| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 063607) |
|   | *rheimann@lchb.com* |
| 2 | Joseph R. Saveri (State Bar No. 130064) |
|   | *jsaveri@lchb.com* |
| 3 | Eric B. Fastiff (State Bar No. 182260) |
|   | *efastiff@lchb.com* |
| 4 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
|   | 275 Battery Street, 30th Floor |
| 5 | San Francisco, CA  94111-3339 |
|   | Telephone:  (415) 956-1000 |
| 6 | Facsimile:  (415) 956-1008 |
| 7 | *Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.* |
| 8 | [Additional Attorneys listed on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated, | Case No. CV-07-5944-SC |
| Plaintiff, | |
| v. | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| CHUNGHWA PICTURE TUBES, LTD., *et al.*, | |
| Defendants. | The Honorable Samuel Conti |
| THIS DOCUMENT RELATES TO: | |
| NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| CHUNGHWA PICTURE TUBES, LTD., *et al.*, | |
| Defendants. | |
| Case No. CV-07-5981-MEJ | |

739332.1       -1-       ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 07-CV-5944-SC

1    Pursuant to Local Rule 3-12 ("Related Cases"), Plaintiff Nathan Muchnick, Inc.
2 submits this administrative motion to consider whether a case filed in this District, *Nathan*
3 *Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-07-5981-MEJ
4 ("*Muchnick*"), should be related to *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No.
5 CV-07-5944-SC ("*Crago*").

6    Pursuant to Local Rule 3-12(d), Plaintiff states that both the *Muchnick* and the
7 *Crago* actions allege that many of the same Defendants violated federal antitrust law by illegally
8 fixing the prices of cathode-ray tubes and/or products containing cathode-ray tubes.  Plaintiffs in
9 *Muchnick* and *Crago* both raise claims for violations of the Sherman Act, 15 U.S.C. § 1.

10   Plaintiff Nathan Muchnick, Inc. is not aware of any other cases that have been
11 related to *Crago*.

12   It appears likely that there will be an unduly burdensome duplication of labor and
13 expense or the possibility of conflicting results if the cases are conducted before different Judges.
14 Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings,
15 and conserve the resources of the parties, their counsel, and the judiciary.

16 Dated: November 28, 2007                    Respectfully submitted,

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP


By:       */s/ Eric B. Fastiff*
               Eric B. Fastiff

Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

| | |
|---|---|
| 1 | H. Laddie Montague, Jr. |
| | *hlmontague@bm.net* |
| 2 | Ruthanne Gordon |
| | *rgordon@bm.net* |
| 3 | Candice Enders |
| | *cenders@bm.net* |
| 4 | BERGER & MONTAGUE, P.C. |
| | 1622 Locust Street |
| 5 | Philadelphia, PA 19103 |
| | Telephone:  (215) 875-3000 |
| 6 | Facsimile:  (215) 875-4604 |
| 7 | *Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.* |
| 8 | |
| 9 | |
| 10 | |
| ... | |
| 28 | |

739332.1        -3-        ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 07-CV-5944-SC