1  Richard M. Heimann (State Bar No. 063607)
   *rheimann@lchb.com*
2  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
3  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008

7  *Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                              (San Francisco Division)

| | |
|---|---|
| 12  CRAGO, INC., on behalf of itself and all others similarly situated, | Case No. CV-07-5944-SC |
| 13 | |
| 14                      Plaintiff, | **[PROPOSED] ORDER RELATING CASES** |
| 15  v. | |
| 16  CHUNGHWA PICTURE TUBES, LTD., *et al.*, | The Honorable Samuel Conti |
| 17                      Defendants. | |
| 18  THIS DOCUMENT RELATES TO: | |
| 19  NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated, | |
| 20 | |
| 21                      Plaintiff, | |
| 22  v. | |
| 23  CHUNGHWA PICTURE TUBES, LTD., *et al.*, | |
| 24                      Defendants. | |
| 25  Case No. CV-07-5981-MEJ | |

26

27      On November 28, 2007, Plaintiff Nathan Muchnick, Inc. filed an Administrative Motion

28  to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12.  The time for

filing an opposition or statement of support has passed.  The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should be Related.

IT IS ORDERED that the following cases are related:

Case No. CV-07-5944-SC     *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*;

Case No. CV-07-5981-MEJ    *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*

**IT IS SO ORDERED.**

Dated:_____  
The Honorable Samuel Conti  
United States District Judge