

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC – 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Crago Inc., on behalf of itself and others similarly situated.

## SUMMONS IN A CIVIL CASE

**V.**

CASE NUMBER:

**SC**

Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes
(Malaysia) Sdn. Bhd., AB Ekranas Ltd., Hitachi, Ltd.,
Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp.,
Irico Display Devices Co., Ltd., LG Electronics, Inc.,
Matsushita Electric Industrial Co., Ltd., et al.

**CV 07 5944**

TO: (Name and address of defendant)

See Attachment A.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce L. Simon
Pearson, Simon, Soter, Warshaw & Penny, LLP
44 Montgomery Street, Suite 1200
San Francisco, California  94104

7 PA

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK

NOV 2 6 2007

DATE _____

NDCAO440

AO 440 (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE | |
| Name of SERVER | TITLE | |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant.  Place where served: _____

                                       _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
     Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____     _____
                  *Date*                                       *Signature of Server*

                                                  _____
                                                  *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## ATTACHMENT A TO SUMMONS IN A CIVIL CASE

Chunghwa Picture Tubes, Ltd.
No. 1127, Heping Rd..
Bade City, Taoyuan
Taiwan

Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.
Lot 1, Subang Hi-Tech Industrial Park
Batu Tiga, 4000 Shah Alam
Selangor Darul Ehsan
Malaysia

Hitachi, Ltd.
6-6 Marunouchi 1-chome
Chiyoda-ku
Tokyo, 100-8280
Japan

Hitachi America, Ltd.
2000 Sierra Point Parkway
Brisbane, California 94005

Hitachi Asia, Ltd.
16 Collyer Quay
#20-00 Hitachi Tower
Singapore 049318

Irico Group Corporation
1 Caihong Rd.
Xianyang City
Shaanxi Province 712021
China

Irico Devices Co., Ltd.
No. 16, Fenghui South Road West
District High-tech Development Zone
Xi'an, SXI 710075
China

1

LG Electronics., Inc.
LG Twin Towers 20
Yeouido-dong
Yeongdeungpo-gu, Seoul
South Korea 150-721

Matsushita Electric Industrial Co., Ltd.
1006, Oaza Kadoma
Kadoma-shi
Osaka 571-8501
Japan

Panasonic Corporation of North America
One Panasonic Way
Secaucus, New Jersey  07094

Orion Electric Co., Ltd.
41-1 Iehisa-cho
Echizen-shi
Fukui 915-8555
Japan

Orion America, Inc.
Hwy. 41 North
Orion Place
Princeton, Indiana  47670

Koninklijke Philips Electronics N.V.
Breigner Center
Amstelplein 2
1096 BC Amsterdam
The Netherlands

Philips Electronics North America
1251 Avenue of the Americas
New York, New York  10020

Samsung, SDI Co., Ltd.
575 Shin-dong
Youngtong-gu Suwon
Kyonggi
South Korea

Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, California  92612

2

Samtel Color, Ltd.
52, Community Centre
New Friends Colony
New Delhi 110065
India

Thai CRT Company, Ltd.
1/F 26 Siam Cement Rd.
Bangsue Dusit, Bangkok
Thailand

Toshiba Corporation
1-1, Shibaura 1-chome
Minato-ku
Tokyo 105-8001
Japan

Beijing-Matsushita Color CRT Company, Ltd.
No. 9 Jiuxianqiao N. Rd.
Dashanzi Chaoyang District
Beijing
China

Matsushita Toshiba Picture Display Co., Ltd.
1-1, Saiwai-cho
Takatsuki-shi
Osaka 569-1193
Japan

LP Displays International, Ltd.
6th Floor, ING Tower
308 Des Voeux Road Central
Sheung Wan
Hong Kong