Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

Attorneys for Plaintiff Hawel A. Hawel
d/b/a City Electronics

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>    Defendants. | Case No. CV-07-5944 SC<br><br>**PLAINTIFF HAWEL A. HAWEL d/b/a CITY ELECTRONICS ADMINISTRATIVE MOTION TO RELATE CASES** |
| This Document Relates to:<br><br>HAWEL A. HAWEL d/b/a CITY ELECTRONICS, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>    Defendants.<br><br>Case No. CV-07-6279-EMC | |

ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. CV-07-5944 SC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Hawel A. Hawel d/b/a City Electronics submits this Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12.

**A.   RELATED CASES**

1.   *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, ("*Crago"*) Case No. CV-07-05944 SC, complaint filed November 26, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti.

2.   *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, ("*Muchnick*") Case No. CV-07-5981 SC, complaint filed November 27, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti by way of a Related Case Order on December 5, 2007.

3.   *Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et al.*, (*"City Electronics")*, Case No. CV-07-6279 EMC, complaint filed on December 12, 2007 in the Northern District of California and assigned to the Honorable Edward M. Chen.

**B.   RELATIONSHIP OF THE ACTIONS**

This administrative motion is made on the grounds that the three actions referred to above involve substantially similar subject matter: an alleged conspiracy to illegally fix, raise, maintain and/or stabilize the prices charged for cathode ray tubes.  Plaintiffs in *Crago, Muchnick* and *City Electronics* all assert claims for violations of the Sherman Act, 15 U.S.C. §1 against many of the same Defendants.

On December 5, 2007, this Court issued a Related Case Order finding the *Crago* and *Muchnick* actions related.

It appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

2

ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. CV-07-5944 SC

**C.     CONCLUSION**

The actions referred to above satisfy the criteria of Civil Local Rule 3-12. Therefore Plaintiff Hawel A. Hawel d/b/a City Electronics respectfully requests that the cases be deemed related and that *City Electronics* be assigned to the Honorable Samuel Conti, the Judge assigned to the low numbered case, *Crago*.

DATED:  December 13, 2007                         SAVERI & SAVERI, INC.

*/s/ Cadio Zirpoli*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
111 Pine Street, Suite 1700
San Francisco, CA   94111
Telephone: (415) 217-6810

Roger M. Schrimp (39379)
Fred A. Silva (128464)
Kathy L. Monday (209084)
Betty L. Julian (222215)
Damrell, Nelson, Schrimp, Pallios, Pacher & Silva
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone: (209)526-3500

Attorneys for Plaintiff Hawel A. Hawel d/b/a City Electronics
