1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11 CRAGO, INC., on behalf of itself and all others similarly situated, | Case No. CV-07-5944 SC |
| 12 | **[PROPOSED] ORDER RELATING** |
| 13 Plaintiff, | **CASES** |
| 14 v. | |
| 15 CHUNGHWA PICTURE TUBES, LTD., *et al.* | The Honorable Samuel Conti |
| 16 | |
| 17 Defendants. | |
| 18 This Document Relates to: | |
| 19 HAWEL A. HAWEL d/b/a CITY ELECTRONICS, on behalf of itself and all others similarly situated, | |
| 20 | |
| 21 Plaintiff, | |
| 22 v. | |
| 23 CHUNGHWA PICTURE TUBES, LTD., *et al.* | |
| 24 | |
| 25 Defendants. | |
| 26 Case No. CV-07-6279 EMC | |
| 27 | |

28

1    On December 13, 2007, Plaintiff Hawel A. Hawel d/b/a City Electronics filed an

2 Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12.  The time for filing an

3 opposition or statement of support has passed.  The Court having considered the papers and

4 pleadings on file, and good cause appearing,

5    HEREBY GRANTS Plaintiff's Administrative Motion to Relate Cases.

6    IT IS SO ORDERED that the following cases are related:

7    Case No. CV-07-5944-SC    *Crago, Inc. v. Chunghwa Picture Tumes, Ltd., et al*;

8    Case No. CV-07-6279    *Hawel A. Hawel d/b/a City Electronics v. Chunghwa
                                Picture Tubes, Ltd., et al.*

9

10    **IT IS SO ORDERED.**

11

12 Dated: _____    _____

13                            The Honorable Samuel Conti
                              United States District Judge

14

15

16 crt.009

17

18

19

20

21

22

23

24

25

26

27

28                                    2