| | |
|---|---|
| 1 | MARIO N. ALIOTO, ESQ. (56433) |
| | LAUREN C. RUSSELL, ESQ. (241151) |
| 2 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| 3 | 2280 Union Street |
| | San Francisco, CA  94123 |
| 4 | Telephone:  (415) 563-7200 |
| | Facsimile: (415) 346-0679 |
| 5 | malioto@tatp.com |
| | laurenrussell@tatp.com |
| 6 | |
| 7 | JOSEPH M. PATANE, ESQ. (72202) |
| | LAW OFFICES OF JOSEPH M. PATANE |
| 8 | 2280 Union Street |
| | San Francisco, CA 94123 |
| 9 | Telephone: (415) 563-7200 |
| | Facsimile: (415) 346-0679 |
| 10 | E-mail: jpatane@tatp.com |

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated, | ) ) ) | Case No. CV-07-5944 SC |
| Plaintiff, | ) ) | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11)** |
| v. | ) ) ) | |
| CHUNGWHA PICTURE TUBES, LTD., *et al.* | ) ) ) | |
| Defendants. | ) ) | |
| **This document relates to:** | ) ) | |
| *Jeffrey Figone v. LG Electronics, et al.,* Case No. CV-07-6331-MMC | ) ) ) | The Honorable Samuel Conti |
| *Michael Juetten, et al. v. Chungwha Picture Tubes, Ltd., et al.,* Case No. CV-07-6225-JL | ) ) ) ) ) | |

**1**
**ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Jeffrey Figone hereby moves this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether the following actions, *Jeffrey Figone v. LG Electronics, Inc., et al.,* Case No. CV-07-6331 MMC ("*Figone*"), filed December 13, 2007, and *Michael Juetten, et al. v. Chungwha Picture Tubes, Ltd., et al.,* Case No. CV-07-6225 JL ("*Juetten*"), filed December 10, 2007, should be related to *Crago Inc. v. Chungwha Picture Tubes, Ltd., et al.,* Case No. CV-07-5944 SC ("*Crago*"), filed November 26, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti.

**I.      Related Cases**

Pursuant to Local Rule 3-12(b), the *Figone* and *Juetten* actions should be related to the *Crago* action as the earliest-filed case.

On December 5, 2007, Judge Conti entered an order relating the *Crago* action and *Nathan Muchnick v. Chungwha Picture Tubes, Ltd., et al.,* Case No. CV-07-5981 ("*Muchnick*"), filed in the Northern District of California on November 27, 2007. On December 13, 2007, plaintiff *City Electronics* filed an administrative motion to relate the *Crago* action to *Hawel A. Hawel d/b/a City Electronics v. Chungwha Picture Tubes, Ltd., et al.,* Case No. CV-07-6279 EMC (*City Electronics*"), filed in the Northern District of California on December 12, 2007.

Like the *Crago, Muchnick* and *City Electronics* actions, the *Figone* and *Juetten* actions allege that defendants engaged in a conspiracy to fix the prices of cathode ray tubes ("CRT").

**II.     Relationship of the Actions**

This Administrative Motion is made on the grounds that the *Figone* and *Juetten* actions and the *Crago, Muchnick* and *City Electronics* actions, all involve substantially similar questions of fact and law and concern the same wrongful acts and occurrences.

Specifically, all cases involve allegations that many of the same defendants participated in a conspiracy to fix, raise or maintain the price of CRTs in violation of Section 1 of the Sherman Act, 15 U.S.C. §1. The *Figone* and *Juetten* actions also allege that the same conduct violated certain state antitrust and consumer protection statutes. Thus, the *Crago, Muchnick*,

1  *City Electronics*, *Figone* and *Juetten* cases "concern substantially the same parties" as well as
2  the same "property, transaction or event." L.R. 3-12(a)(1). Given the closely related nature of
3  these cases, each involving substantially similar questions of law and fact, the assignment of
4  these actions to the same judge would serve the interests of judicial economy and avoid the
5  potential for conflicting rulings.
6       Pursuant to Local Rule 3-12(b)(2), it appears likely that there will be an unduly
7  burdensome duplication of labor and expense or the possibility of conflicting results if these
8  cases are conducted before different Judges. Therefore, it will be more efficient for all cases to
9  proceed before the same Judge so that these analyses and determinations are made by one Court.
10 This will avoid duplication of labor and expenses and the possibility of conflicting results.
11 **III.**    **Conclusion**
12      The *Crago, Muchnick*, *City Electronics*, *Figone* and *Juetten* actions satisfy the criteria of
13 Rule 3-12, and as such, the relation of these actions is proper. Therefore, plaintiff Jeffrey
14 Figone respectfully requests that the *Figone* and *Juetten* actions be related to the *Crago* action
15 and assigned to the Honorable Samuel Conti.

16
Dated: December 17, 2007           By:     /s/ Lauren C. Russell
17                                          Mario N. Alioto (56433)
                                            Lauren C. Russell (241151)
18                                          TRUMP, ALIOTO, TRUMP & PRESCOTT
                                            2280 Union Street
19                                          San Francisco, CA 94123
                                            Telephone: (415) 563-7200
20                                          Facsimile: (415) 346-0679
21                                          E-mail: malioto@tatp.com ;
                                            laurenrussell@tatp.com
22
23                                          Joseph M. Patane (72202)
                                            LAW OFFICES OF JOSEPH M. PATANE
24                                          2280 Union Street
                                            San Francisco, CA 94123
25                                          Telephone: (415) 563-7200
                                            Facsimile: (415) 346-0679
26                                          E-mail: jpatane@tatp.com
27
                                            Lawrence G. Papale (67068)
28                                          LAW OFFICES OF LAWRENCE G. PAPALE

**3**
**ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1308 Main Street #117
St. Helena, CA 94574
Telephone: (707) 963-1704
Facsimile: (707) 963-0706
E-mail: lgpapale@papalelaw.com


Attorneys for Plaintiff Jeffrey Figone And All
Others Similarly Situated

**4**
**ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**