1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. RUSSELL, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3  2280 Union Street
   San Francisco, CA  94123
4  Telephone:  (415) 563-7200
   Facsimile: (415) 346-0679
5  malioto@tatp.com
   laurenrussell@tatp.com
6

7  JOSEPH M. PATANE, ESQ. (72202)
   LAW OFFICES OF JOSEPH M. PATANE
8  2280 Union Street
   San Francisco, CA 94123
9  Telephone: (415) 563-7200
   Facsimile: (415) 346-0679
10 E-mail: jpatane@tatp.com

11 Attorneys for Plaintiff Junghee Kay
12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14

15 | CRAGO, INC., on behalf of itself and all others similarly situated, | Case No. CV-07-5944 SC |
   |---|---|
   | Plaintiff, | **[PROPOSED] ORDER RELATING CASES (Civil Local Rules 3-12 & 7-11)** |
   | v. | |
   | CHUNGWHA PICTURE TUBES, LTD., *et al.* | |
   | Defendants. | |
   | **This document relates to:** | |
   | *Jeffrey Figone v. LG Electronics, et al.,* Case No. CV-07-6331-MMC | The Honorable Samuel Conti |
   | *Michael Juetten, et al. v. Chungwha Picture Tubes, Ltd., et al.,* Case No. CV-07-6225-JL | |

28

**1**
**[PROPOSED] ORDER RELATING CASES**

1    On December 17, 2007, Plaintiff Jeffrey Figone filed an Administrative Motion to
2 Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for
3 filing an opposition or statement of support has passed. The Court having considered the papers
4 and pleadings on file, and good cause appearing,

5    HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases
6 Should Be Related.

7    IT IS ORDERED that the following cases are related:

| | |
|---|---|
| *Crago Inc. v. Chungwha Picture Tubes, Ltd., et al.,* | Case No. CV-07-5944 SC |
| *Jeffrey Figone v. LG Electronics, et al.,* | Case No. CV-07-6331-MMC |
| *Michael Juetten, et al. v. Chungwha Picture Tubes, Ltd., et al.,* | Case No. CV-07-6225-JL |

**IT IS SO ORDERED.**

Dated: _____    _____
The Honorable Samuel Conti
United States District Judge

**2**
[PROPOSED] ORDER RELATING CASES