MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiff Junghee Kay

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated, | Case No. CV-07-5944 SC |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| CHUNGWHA PICTURE TUBES, LTD., *et al.* | |
| Defendants. | |
| **This document relates to:** | |
| *Jeffrey Figone v. LG Electronics, et al.,* Case No. CV-07-6331-MMC | The Honorable Samuel Conti |
| *Michael Juetten, et al. v. Chungwha Picture Tubes, Ltd., et al.,* Case No. CV-07-6225-JL | |

**1**
**PROOF OF SERVICE**

1  I, Lauren C. Russell, declare as follows:

2  I am a resident of the State of California, over the age of eighteen years, and not a party

3  to the within action. I am employed in the State of California, where the mailing occurs, and my

4  business address is TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP, 2280 Union Street, San

5  Francisco, California 94123.

6  On December 17, 2007, I served a true and correct copy of the following document(s):

7  1.   **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

8

9  2.   **DECLARATION OF LAUREN C. RUSSELL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

10

11  3.   **[PROPOSED] ORDER RELATING CASES**

12  by USDC Live System-Document Filing System on all interested parties registered for e-filing.

13  In addition, I served the above documents on the following interested parties by

14  electronic mail:

15  Francis O. Scarpulla
    Craig C. Corbitt
16  Matthew R. Schulz
    Judith A. Zahid
17  ZELLE HOFMANN VOELBEL MASON &
    GETTE, LLP
18  44 Montgomery Street, Suite 3400
    San Francisco, CA 94104
19  fscarpulla@zelle.com
    mschulz@zelle.com
20  ccorbitt@zelle.com
21  jzahid@zelle.com

22
    *Attorneys for Plaintiff Michael Juetten and*
23  *Chad Klebs*

    Richard H. Hagstrom
    Michael Jacobs
    ZELLE HOFMANN VOELBEL MASON &
    GETTE, LLP
    500 Washington Ave. South, Suite 400
    Minneapolis, MN 55415
    rhagstrom@zelle.com
    mjacobs@zelle.com

    *Attorneys for Plaintiff Michael Juetten and Chad Klebs*

24
25
26
27
28

**2**
**PROOF OF SERVICE**

1  I declare under penalty of perjury under the laws of the United States that the foregoing
2 is true and correct.
3  Executed on December 17, 2007, at San Francisco, California.

            /s/ Lauren C. Russell
                Lauren C. Russell