SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
  ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Cal. Bar No. 95788
  jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH, Cal. Bar No. 203524
  mscarborough@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendant
SAMSUNG SDI AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Crago, Inc., | Case No. C07-5944 SC |
| Plaintiff, | |
| v. | **SAMSUNG SDI AMERICA, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Irico Display Devices Co., Ltd., LG Electronics, Inc., Matsushita Electric Industrial Co, Ltd., Panasonic Corporation of North America, Orion Electric Co., Ltd., Orion America, Inc., Koninklijke Philips Electronics N.V., Philips Electronics North America, Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samtel Color, Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Matsushita Toshiba Picture Display Co., Ltd., and LP Displays International, Ltd., | |
| Defendants. | |

-1-

1  Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for
2  defendant Samsung SDI America, Inc.("SDIA"), certifies that the following listed persons,
3  associations of persons, firms, partnerships, corporations (including parent corporations) or
4  other entities (i) have a financial interest in the subject matter in controversy or in a party
5  to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party
6  that could be substantially affected by the outcome of this proceeding:

   1. SDIA is a non-governmental corporate entity whose parent corporation is Samsung SDI Co., Ltd. ("SDI").
   2. SDIA is a subsidiary of SDI, and is owned and controlled by SDI, a non-governmental corporate entity with no parent corporation.
   3. SDI is a Korean corporation that is publicly traded on the Korean stock exchange.
   4. Samsung Electronics Co., Ltd. owns less than 20% of SDI stock. No other publicly traded entity owns more than 10% of SDI stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: December 18, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/_____

MICHAEL W. SCARBOROUGH

Attorneys for Defendant
SAMSUNG SDI AMERICA, INC.