1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2     Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3     ghalling@sheppardmullin.com
   JAMES L. MCGINNIS, Cal. Bar No. 95788
4     jmcginnis@sheppardmullin.com
   MICHAEL SCARBOROUGH, Cal. Bar No. 203524
5     mscarborough@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
6  San Francisco, California 94111-4109
   Telephone:  415-434-9100
7  Facsimile:  415-434-3947

8  Attorneys for Defendant
   SAMSUNG SDI AMERICA, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

| 14 | Crago, Inc., | Case No. C07-5944 SC |
|---|---|---|
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Irico Display Devices Co., Ltd., LG Electronics, Inc., Matsushita Electric Industrial Co, Ltd., Panasonic Corporation of North America, Orion Electric Co., Ltd., Orion America, Inc., Koninklijke Philips Electronics N.V., Philips Electronics North America, Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samtel Color, Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Matsushita Toshiba Picture Display Co., Ltd., and LP Displays International, Ltd., | **SAMSUNG SDI AMERICA, INC.'S FRCP 7.1 DISCLOSURE STATEMENT** |
| 26 | Defendants. | |

27

28

Pursuant to F.R.C.P. 7.1, and to enable the Court to evaluate possible disqualification or recusal, defendant Samsung SDI America, Inc. ("SDIA") certifies the following:

1. SDIA is a non-governmental corporate entity whose parent corporation is Samsung SDI Co., Ltd. ("SDI").
2. SDIA is a subsidiary of SDI, and is owned and controlled by SDI, a non-governmental corporate entity with no parent corporation.
3. SDI is a Korean corporation that is publicly traded on the Korean stock exchange.
4. Samsung Electronics Co., Ltd. owns less than 20% of SDI stock. No other publicly traded entity owns more than 10% of SDI stock.

DATED: December 18, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/_____

MICHAEL W. SCARBOROUGH

Attorneys for Defendant
SAMSUNG SDI AMERICA, INC.