Bruce L. Simon (Bar No. 96241)
  bsimon@psswplaw.com
Esther L. Klisura (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

P. John Brady
  jbrady@stklaw.com
Daniel D. Owen
  dowen@stklaw.com
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509

*Attorneys for Plaintiff Crago, Inc. and the
Proposed Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Crago, Inc., on behalf of itself and others similarly situated.<br><br>              Plaintiff,<br><br>      vs.<br><br>Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Irico Display Devices Co., Ltd., LG Electronics, Inc., Matsushita Electric Industrial Co, Ltd., Panasonic Corporation of North America, Orion Electric Co., Ltd., Orion America, Inc., Koninklijke Philips Electronics N.V., Philips Electronics North America, Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samtel Color, Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Matsushita Toshiba Picture Display Co., Ltd., and LP Displays International, Ltd.<br><br>              Defendants. | Case No. C07-5944 SC<br><br>**STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND COMPLAINTS IN RELATED ACTIONS** |

| | |
|---|---|
| 1 | WHEREAS the undersigned plaintiff has filed the above-captioned case; |
| 2 | WHEREAS plaintiff alleges antitrust violations by manufacturers, distributors, and |
| 3 | sellers of Cathode-Ray Tubes and products containing Cathode-Ray Tubes (collectively |
| 4 | "CRT products"); |
| 5 | WHEREAS six complaints have been filed to date in federal district courts |
| 6 | throughout the United States by plaintiffs purporting to bring class actions on behalf of |
| 7 | direct and indirect purchasers alleging antitrust violations by manufacturers, distributors, |
| 8 | and sellers of CRT products (collectively "the CRT Cases"); |
| 9 | WHEREAS, a motion is pending before the Judicial Panel on Multidistrict |
| 10 | Litigation to transfer the CRT cases to this jurisdiction for coordinated and consolidated |
| 11 | pretrial proceedings pursuant to 28 U.S.C. Section 1407, a response to the motion |
| 12 | supporting coordination or consolidation has been filed, and plaintiff and defendant |
| 13 | Samsung SDI America, Inc. anticipate that additional responses will be filed; |
| 14 | WHEREAS plaintiff anticipates the possibility of Consolidated Amended |
| 15 | Complaints in the CRT Cases; |
| 16 | WHEREAS plaintiff and Samsung SDI America, Inc. have agreed that an orderly |
| 17 | schedule for any response to the pleadings in the CRT Cases would be more efficient for |
| 18 | the parties and for the Court; |
| 19 | WHEREAS plaintiff agrees that the deadline for Samsung SDI America, Inc. to |
| 20 | answer, move, or otherwise respond to its Complaint shall be extended until the earliest of |
| 21 | the following dates: (1) forty-five days after the filing of a Consolidated Amended |
| 22 | Complaint in the CRT Cases; or (2) forty-five days after plaintiff provides written notice to |
| 23 | Samsung SDI America, Inc. that plaintiff does not intend to file a Consolidated Amended |
| 24 | Complaint, provided however, that in the event that Samsung SDI America, Inc. should |
| 25 | agree to an earlier response date in any CRT case, Samsung SDI America, Inc. will |
| 26 | respond to the Complaint in the above-captioned action on that earlier date; |
| 27 | WHEREAS plaintiff further agrees that this extension is available, without further |
| 28 | stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in |

writing of their intention to join this Stipulation;

WHEREAS this Stipulation does not constitute a waiver by Samsung SDI America, Inc. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, with respect to any named defendant joining the Stipulation, this Stipulation does not constitute a waiver of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

PURSUANT TO LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANT SAMSUNG SDI AMERICA, INC., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Samsung SDI America, Inc. to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the CRT Cases; or (2) forty-five days after plaintiff provides written notice to Samsung SDI America, Inc. that plaintiff does not intend to file a Consolidated Amended Complaint, provided however, that in the event that Samsung SDI America, Inc. should agree to an earlier response date in any CRT case, except by court order, Samsung SDI America, Inc. will respond to the Complaint in the above-captioned case on that earlier date.

2. This extension is available, without further stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of their intention to join this Stipulation;

3. This Stipulation does not constitute a waiver by Samsung SDI America, Inc., or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

/ / /

3
STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; [PROPOSED] ORDER

IT IS SO STIPULATED.

DATED: December 13, 2007          By:     /s/ Bruce L. Simon
                                         Bruce L. Simon (Bar No. 92641)
                                          bsimon@psswplaw.com
                                         Esther L. Klisura (Bar No. 221171)
                                          eklisura@psswplaw.com
                                         PEARSON, SIMON, SOTER,
                                          WARSHAW & PENNY, LLP
                                         44 Montgomery Street, Suite 1200
                                         San Francisco, CA 94104
                                         Telephone: (415) 433-9000
                                         Facsimile: (415) 433-9008

                                         P. John Brady
                                          jbrady@stklaw.com
                                         Daniel D. Owen
                                          dowen@stklaw.com
                                         SHUGHART THOMSON &
                                          KILROY, P.C.
                                         Twelve Wyandotte Plaza
                                         120 West 12th Street
                                         Kansas City, Missouri 64105
                                         Telephone: (816) 421-3355
                                         Facsimile: (816) 374-0509

                                         *Attorneys for Plaintiff Crago, Inc. and
                                         the Proposed Direct Purchaser Class*

DATED: December 13, 2007          By:     /s/ Michael W. Scarborough
                                         Michael W. Scarborough
                                         SHEPPARD, MULLIN, RICHTER &
                                         HAMPTON LLP
                                         Four Embarcadero Center, 17th Floor
                                         San Francisco, CA 94111-4109
                                         Telephone: (415) 774-3234
                                         Facsimile: (415) 434-3947

                                         *Attorneys for Defendant Samsung SDI
                                         America, Inc.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Michael W. Scarborough.

/ / /

# ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT, to conserve party and judicial resources and in light of the proceedings currently pending before the Judicial Panel on Multidistrict Litigation to consolidate and transfer all pending CRT Cases to one Court, this extension is available in all related actions (both current actions and those to be related in the future) to any defendant that provides written notice to plaintiff's counsel in such action of this Order and its intention to join this extension, without further stipulation with counsel for plaintiff(s) in the related actions.

Dated: __12/19/07_____    _____
Honorable
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*