| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>BRUCE L. SIMON 96241<br>PEARSON, SIMON SOTER WARSHAW & PENNY<br>44 MONTOMGERY ST SUITE 1200<br>SAN FRANCISCO, CA 94104 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:       FAX NO. *(Optional)*:<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: CARGO INC., ON BEHALF OF ITSELF AND OTHERS SIMILARLY SITUATED. | |
| UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: CARGO INC., ON BEHALF OF ITSELF AND OTHERS SIMILARLY SITUATED. | CASE NUMBER:<br>**CV-07-5944-SC** |
| DEFENDANT/RESPONDENT: CHUNGHWA PICTURE TUBES, LTD.; ET AL. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the *(specify documents)*:
   Summons; Class Action Complaint; Order Setting Initial Case Management Conference and Adr Deadlines; U.s. District Court Northern California, Ecf Registration Information Handout

3. a. Party served *(specify name of party as shown on documents served)*:
   **HITACHI AMERICA, LTD.**
   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person ur item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **BECKY DEGEORGE, REGISTERED AGENT, A white female approx. 40-45 years of age 5'6"-5'8" in height weighing 180 lbs with blonde hair**

4. Address where the party was served:
   **CORPORATION SERVICE COMPANY, 2730 GATEWAY OAKS Drive SUITE 100, SACRAMENTO, CA 95833**

5. I served the party *(check proper box)*
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to rec service of process for the party   (1) on *(date)*: **12/5/2007**   (2) at *(time)*: **11:50 AM**
   b. [ ] **by substituted service.** On *(date)*:   (2) at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual pl of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailin addresss of the person to be served, other than a United States Postal Service post office box. I informed or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at t place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:       fron *(city)*:       or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure. § 417.10<br>Order No. 4985511 VNY<br> |
|---|---|---|

| PLAINTIFF/PETITIONER: | CARGO INC., ON BEHALF OF ITSELF AND OTHERS SIMILARLY SITUATED. | CASE NUMBER: CV-07-5944-SC |
|---|---|---|
| DEFENDANT/RESPONDENT: | CHUNGHWA PICTURE TUBES, LTD.; ET AL. | |

  c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date):*    (2) from *(city):*
   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
   (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
  d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify):*
  c. [ ] as occupant
  d. [X] On behalf of *(specify):* **HITACHI AMERICA, LTD.**
   under the following Code of Civil Procedure section:
     [X] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
     [ ] 416.20 (defunct corporation)   [ ] 416.60 (minor)
     [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
     [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
     [ ] 416.50 (public entity)         [ ] 415.46 (occupant)
                                        [ ] other

7. **Person who served papers**
  a. Name:           **Mike Singh**
  b. Address:        **501 12TH STREET, SACRAMENTO, CA 95814**
  c. Telephone number:  **916-449-8990**
  d. The fee for service was:  **$80.00**
  e. I am:
   (1) [ ] not a registered California process server.
   (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
   (3) [X] registered California process server:
       (i) [ ] owner  [ ] employee  [X] independant contractor
       (ii) [X] Registration No.: **2000-02**
       (iii) [X] County:   **Sacramento**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: **12/12/2007**

_____          _____
          Mike Singh                                    (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]                                    Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                    Order No. 4985511 VNY

https://www.abclegal.com/agents/proofs/california.asp?ord=4985511&typ=corporate&ttl...    12/12/2007