Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:      (415) 693-0700
Facsimile:       (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Richard M. Hagstrom
Michael Jacobs
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
500 Washington Ave. South, Suite 400
Minneapolis, MN 55415
Telephone:      (612) 339-2020
Facsimile:       (612) 336-9100
rhagstrom@zelle.com
mjacobs@zelle.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHUNGHWA PICTURE TUBES, LTD., *et al.* <br><br> Defendants. <br><br> **This document relates to:** <br> *Juetten, et al.  v. Chunghwa Pictures Tubes, Ltd., et al.*, Case No. CV-07-6225-JL <br><br> *Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.*, Case No. CV-07-6303-SC <br><br> *Figone v. LG Electronics, et al.*, Case No. CV-07-6331-MMC | Case No. CV-07-5944-SC <br><br> **PLAINTIFFS MICHAEL JUETTEN AND CHAD KLEBS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> [Civil Local Rule 3-12] |

1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-12(b) and 7-11 of the United States District Court of the Northern District of California, Plaintiffs Michael Juetten and Chad Klebs respectfully submit this Administrative Motion to Consider Whether Cases Should Be Related.

## I.   Related cases

The related actions, pending in this district are:  (1) *Juetten, et al. v. Chungwha Picture Tubes, Ltd., et al.*, No. C-07-6225-JL (N.D. Cal.), complaint filed December 10, 2007 (*Juetten*); (2) *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-07-5944-SC (N.D. Cal.), complaint filed November 26, 2007 (*Crago*); (3) *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-07-5981-MEJ (N.D. Cal.), complaint filed November 27, 2007 (*Muchnick*); (4) *Hawel v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-07-6279-EMC (N.D. Cal.), complaint filed December 12, 2007 (*Hawel*); (5) *Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.*, No. C-07-6303-SC (N.D. Cal.), complaint filed December 13, 2007 (*Caldwell*); and (6) *Figone v. LG Electronics, et al.*, No. C-07-6331-MMC (N.D. Cal.), complaint filed December 13, 2007 (*Figone*).

On December 3, 2007, this Court issued a Related Case Order finding the *Crago* and *Muchnick* actions related.  On December 13, 2007, plaintiff City Electronics filed an administrative motion to relate the *Crago* action to *Hawlel*.  On December 17, 2007, plaintiff Figone filed an administrative motion to relate the *Crago* action to *Figone* and *Juetten*.

## II.   Relationship of the Actions

This Administrative motion is made on the grounds that each of the six cases identified above involves overlapping defendants and substantially the same conducts as the above-captioned case, *Crago, Inc., et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-07-5944-SC.  Each of these actions alleges that defendants agreed, combined and conspired with each other to fix, raise, maintain and/or stabilize the price of Cathode Ray Tubes and/or to allocate markets and/or customers in the United States in violation of Section 1 of the Sherman Act, 15 U.S.C. §1.  The *Juetten*, *Caldwell*, and *Figone* actions also allege that the same conduct violated certain state antitrust and consumer protection statutes.  Relating these cases, pursuant to Civil L.R. 3-12, will

1  advance the convenience of the parties, witnesses and counsel, and avoid the risk of duplicative or
2  inconsistent rulings, orders, and judgments, and serve the interests of justice.
3  Dated:  December 27, 2007                                    Respectfully submitted,

By:      */s/ Craig C. Corbitt*
Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
ZELLE HOFMANN VOELBEL MASON &
GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:      (415) 693-0700
Facsimile:        (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Richard M. Hagstrom
Michael Jacobs
ZELLE HOFMANN VOELBEL MASON &
GETTE LLP
500 Washington Ave. South, Suite 400
Minneapolis, MN 55415
Telephone:      (612) 339-2020
Facsimile:        (612) 336-9100
rhagstrom@zelle.com
mjacobs@zelle.com

*Attorneys for Plaintiffs*

#3171590v1