Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Richard M. Hagstrom
Michael Jacobs
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
500 Washington Ave. South, Suite 400
Minneapolis, MN 55415
Telephone:     (612) 339-2020
Facsimile:      (612) 336-9100
rhagstrom@zelle.com
mjacobs@zelle.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarily situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>Defendants.<br><br>**This document relates to:**<br>*Juetten, et al. v. Chunghwa Pictures Tubes, Ltd., et al.*, Case No. CV-07-6225-JL<br><br>*Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.*, Case No. CV-07-6303-SC<br><br>*Figone v. LG Electronics, et al.*, Case No. CV-07-6331-MMC | Case No. CV-07-5944-SC<br><br>**DECLARATION OF CRAIG C. CORBITT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[Civil Local Rule 3-12]** |

1

I, Craig C. Corbitt, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am a partner of the law firm of Zelle Hofmann Voelbel Mason & Gette, LLP, and my firm serves as attorneys of record for plaintiffs Michael Juetten and Chad Klebs in *Juetten, et al. v. Chunghwa Pictures Tubes, Ltd., et al.*, Case No. CV-07-6225-JL. I submit this Declaration in support of Plaintiffs Michael Juetten and Chad Klebs' Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the matters set forth herein and can and will testify thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint entitled *Juetten, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-07-6225-JL, filed on December 10, 2007 in the Northern District of California and assigned to the Honorable James Larson.

3. Attached hereto as Exhibit B is a true and correct copy of the complaint entitled *Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.*, No. C-07-6303-SC, filed on December 13, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti.

4. Attached hereto as Exhibit C is a true and correct copy of the complaint entitled *Figone v. LG Electronics, et al.,* No. C-07-6331-MMC (N.D. Cal.), filed on December 13, 2007 in the Northern District of California and assigned to the Honorable Maxine M. Chesney.

5. This Court has previously related the following similar matter to the *Crago* action: *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd., et al*., No. C-07-5981-MEJ.

6. On December 13, 2007, plaintiff City Electronics filed an administrative motion to relate the *Crago* action to *Hawel v. Chunghwa Picture Tubes, Ltd., et al*., No. C-07-6279-EMC.

7. On December 17, 2007, plaintiff Figone filed an administrative motion to relate the *Crago* action to *Figone v. LG Electronics, et al.*, Case No. CV-07-6331-MMC and *Juetten, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-07-6225-JL.

8. A stipulation pursuant to Civil L.R. 7-11(a) could not be obtained prior to filing Plaintiffs' Administrative Motion because defendants in this action have not yet appeared.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of December 2007 at San Francisco, California.

                                                  ____/s/ Craig C. Corbitt_____
                                                  Craig C. Corbitt (83251)

#3171591v1