Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Richard M. Hagstrom
Michael Jacobs
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
500 Washington Ave. South, Suite 400
Minneapolis, MN 55415
Telephone:     (612) 339-2020
Facsimile:      (612) 336-9100
rhagstrom@zelle.com
mjacobs@zelle.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>                    Defendants.<br>**This document relates to:**<br>*Juetten, et al.  v. Chunghwa Pictures Tubes, Ltd., et al.*, Case No. CV-07-6225-JL<br><br>*Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.*, Case No. CV-07-6303-SC<br><br>*Figone v. LG Electronics, et al.*, Case No. CV-07-6331-MMC | Case No. CV-07-5944-SC<br><br>**[PROPOSED] ORDER RELATING CASES** |

On December 27, 2007, Plaintiffs Michael Juetten and Chad Klebs filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12.  The time for filing an opposition or statement of support has passed.  The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the following cases are related:

| | |
|---|---|
| Case No. C-07-5944-SC | *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*; |
| Case No.  C-07-6225-JL | *Juetten, et al. v. Chunghwa Picture Tubes, Ltd., et al.*; |
| Case No.  C-07-6303-SC | *Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.*; |
| Case No. C-07-6331-MMC | *Figone v. LG Electronics, et al.*. |

**IT IS SO ORDERED.**

Dated:  _____         _____
The Honorable Samuel Conti
United States District Court Judge

#3171592v1