Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:      (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Richard M. Hagstrom
Michael Jacobs
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
500 Washington Ave. South, Suite 400
Minneapolis, MN 55415
Telephone:      (612) 339-2020
Facsimile:      (612) 336-9100
rhagstrom@zelle.com
mjacobs@zelle.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CHUNGHWA PICTURE TUBES, LTD., *et al.* <br><br> Defendants. | Case No. CV-07-5944-SC <br><br> PROOF OF SERVICE <br><br> **[Civil Local Rule 3-12]** |

**This document relates to:**

*Juetten, et al.  v. Chunghwa Pictures Tubes, Ltd., et al.*, Case No. CV-07-6225-JL

*Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.*, Case No. CV-07-6303-SC

*Figone v. LG Electronics, et al.*, Case No. CV-07-6331-MMC

<u>**CERTIFICATE OF SERVICE**</u>

1

**CRAGO, INC. v. CHUNGHWA PICTURE TUBES, LTD., et al.**
**Case No. CV-07-5944-SC**

I, Monica J. Steele, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on December 27, 2007, I served a true and correct copy of the following document(s) in the manner indicated below:

1. **PLAINTIFFS MICHAEL JUETTEN AND CHAD KLEBS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**
2. **DECLARATION OF CRAIG C. CORIBTT IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**
3. **[PROPOSED] ORDER RELATING CASES**

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: December 27, 2007

Signed _____/s/*Monica J. Steele*_____
Monica J. Steele
Legal Administrative Assistant/Paralegal
to Craig C. Corbitt

#3171595V1