Harry Shulman, Esq.  (209908; harry@themillslawfirm.com)
THE MILLS LAW FIRM
145 Marina Boulevard
San Rafael, California 94901
Telephone:    (415) 455-1326
Facsimile:     (415) 455-1327

[Additional counsel listed on signature page]

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHUNGHWA PICTURE TUBES, LTD., *et al.*, <br><br> Defendants. <br><br> THIS DOCUMENT RELATES TO: <br><br> ART'S TV & APPLIANCE, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> CHUNGHWA PICTURE TUBES, LTD., *et al.*, <br><br> Defendants. <br><br> Case No. 3:07-cv-6416-JCS | Case No. 3:07-cv-5944-SC <br><br> **[PROPOSED] ORDER RELATING CASES** |

[PROPOSED] ORDER
RELATING CASES

CASE NO. 3:07-CV-5944-SC

On January 3, 2007, Plaintiff Art's TV & Appliance filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion.

IT IS SO ORDERED that the following cases are related:

Case No. 3:07-cv-5944   *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*;

Case No. 3:07-cv-6416   *Art's TV & Appliance v. Chunghwa Picture Tubes, Ltd., et al*

**IT IS SO ORDERED**

Dated: _____   _____
                                The Honorable Samuel Conti
                                United States District Judge

[PROPOSED] ORDER
RELATING CASES                  - 2 -              CASE NO. 3:07-CV-5944-SC