Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

Attorneys for Plaintiff Orion Home Systems, LLC

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>           Defendants.<br>_____<br>This Document Relates to:<br><br>ORION HOME SYSTEMS, LLC, on behalf of itself and all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>           Defendants.<br><br>Case No. CV-08-0178-EDL | Case No. CV-07-5944 SC<br><br>**PLAINTIFF ORION HOME SYSTEMS, LLC'S ADMINISTRATIVE MOTION TO RELATE CASES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Orion Home Systems, LLC submits this Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12.

**A.    RELATED CASES**

1.    *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.* ("*Crago*"), Case No. CV-07-05944 SC, complaint filed November 26, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti.

2.    *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd., et al.* ("*Muchnick*"), Case No. CV-07-5981 SC, complaint filed November 27, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti by way of a Related Case Order on December 5, 2007.

3.    *Juetten, et al. v. Chunghwa Picture Tubes, Ltd., et al.* ("*Juetten*"), Case No. CV-07-06225 JL, complaint filed on December 10, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti by way of a Related Case Order on January 4, 2008.

4.    *Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et al.* ("*City Electronics*"), Case No. CV-07-6279 EMC, complaint filed on December 12, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti by way of a Related Case Order on January 4, 2008.

5.    *Caldwell v. Matsuhita Electric Industrial Co., Ltd., et al.* ("*Caldwell*"), Case No. CV-07-06303 SC, complaint filed on December 13, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti by way of a Related Case Order on January 4, 2008.

6.    *Figone v. LG Electronics, Inc., et al.* ("*Figone*"), Case No. CV-07-06331 MMC, complaint filed on December 13, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti by way of a Related Case Order on January 4, 2008.

7.    *Art's TV & Appliance v. Matsuhita Electric Industrial Co., Ltd., et al.* ("*Art's TV*"), Case No. CV-07-6416 JCS, complaint filed on December 19, 2007 in the Northern District

of California and assigned to the Honorable Joseph C. Spero. An Administrative Motion to Consider Whether Cases Should be Related is pending before the Honorable Samuel Conti.

8.       *Monikraft, Inc. v. Chunghwa Picture Tubes, Ltd., et al.* ("*Monikraft*"), Case No. CV-07-6433 SC, complaint filed December 21, 2007 in the Northern District of California and assigned to the Honorable Samuel Conti. Monikraft filed a Notice of Related Cases on December 21, 2007.

9.       *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.* ("*Orion*"), Case No. CV-08-0178 EDL, complaint filed on January 10, 2008 in the Northern District of California and assigned to the Honorable Elizabeth D. Laporte.

**B.       <u>RELATIONSHIP OF THE ACTIONS</u>**

This administrative motion is made on the grounds that the nine actions referred to above involve substantially similar subject matter: an alleged conspiracy to illegally fix, raise, maintain and/or stabilize the prices charged for cathode ray tubes.  Plaintiffs in all nine cases assert claims for violations of the Sherman Act, 15 U.S.C. §1 against many of the same Defendants.

On December 5, 2007, this Court issued a Related Case Order finding the *Crago* and *Muchnick* actions related, and on January 4, 2008 this Court issued a Related Case Order finding *Muchnick*, *Juetten*, *City Electronics*, *Caldwell*, and *Figone* related to *Crago*.

It appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

///
///
///
///
///
///

3

ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. CV-07-5944 SC

C. **CONCLUSION**

The actions referred to above satisfy the criteria of Civil Local Rule 3-12. Therefore Plaintiff Orion Home Systems, LLC respectfully requests that the cases be deemed related and that *Orion* be assigned to the Honorable Samuel Conti, the Judge assigned to the low numbered case, *Crago*.

DATED:  January 15, 2008                    SAVERI & SAVERI, INC.


                                            */s/ Cadio Zirpoli*
                                            Guido Saveri (22349)
                                            R. Alexander Saveri (173102)
                                            Cadio Zirpoli (179108)
                                            111 Pine Street, Suite 1700
                                            San Francisco, CA  94111
                                            Telephone: (415) 217-6810

                                            Randy Renick (179652)
                                            HADSELL, STORMER, KEENY,
                                            RICHARDSON & RENICK
                                            The Marine Building
                                            128 North Fair Oaks Avenue, Suite 204
                                            Pasadena, CA 91103
                                            Telephone: (626) 585-9600

                                            Joseph W. Cotchett (36324)
                                            Steven W. Williams (175489)
                                            COTCHETT, PITRE & McCARTHY
                                            San Francisco Airport Office Center
                                            840 Malcolm Road, Suite 200
                                            Burlingame, CA 94010
                                            Telephone: (650) 697-6000

                                            Attorneys for Plaintiff Orion Home Systems,
                                            LLC

4