IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>　　　　　　Defendants.<br>_____<br>This Document Relates to:<br><br>ORION HOME SYSTEMS, LLC, on behalf of itself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>　　　　　　Defendants.<br><br>Case No. CV-08-0178-EDL | Case No. CV-07-5944 SC<br><br>**[PROPOSED] ORDER RELATING CASES**<br><br>The Honorable Samuel Conti |

[PROPOSED] ORDER RELATING CASES
CASE NO. C-07-5944 SC

On January 15, 2008 Plaintiff Orion Home Systems, LLC filed an Administrative Motion to Relate Cases pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Relate Cases.

IT IS SO ORDERED that the following cases are related:

Case No. CV-07-5944-SC    *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al*;

Case No. CV-08-0178-EDL    *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.*

**IT IS SO ORDERED.**

Dated: _____    _____
The Honorable Samuel Conti
United States District Judge

crt.017

2

[PROPOSED] ORDER RELATING CASES
CASE NO. C-07-5944 SC