Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

[Additional counsel listed on signature page]

Attorneys for Plaintiff in
*Carroll Cut-Rate Furniture v. Chunghwa Picture Tubes, Ltd., et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAGO, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHUNGHWA PICTURE TUBES, LTD., CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD., HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI ASIA, LTD., IRICO GROUP CORP., IRICO DISPLAY DEVICES CO., LTD., LG ELECTRONICS, INC., MATSUSHITA ELECTRIC INDUSTRIAL CO, LTD., PANASONIC CORPORATION OF NORTH AMERICA, ORION ELECTRIC CO., LTD., ORION AMERICA, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA, SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC., SAMTEL COLOR, LTD., THAI CRT COMPANY, LTD., TOSHIBA CORPORATION, BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., LP DISPLAYS INTERNATIONAL, LTD. and MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD.,<br><br>                    Defendants. | No. 07-cv-05944 SC<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

010013-11 218758 V1

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD**:

Pursuant to Local Rule 3-12, Plaintiff Carrol Cut-Rate Furniture respectfully submits this administrative motion to consider whether a case filed in this District, *Carroll Cut-Rate Furniture v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 08-cv-00309 MMC, filed on January 16, 2008 ("*Carroll*"), should be related to another case filed in this District, *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., el al.*, Case No. 07-cv-05944 SC, filed November 26, 2007 ("*Crago*").[1]

Pursuant to Local Rule 3-12(d)(2), Plaintiff states that *Carroll* involves the same defendants as in *Crago*. In addition, these cases involve similar factual allegations. Specifically, both of the cases are proposed class actions on behalf of purchasers of televisions, computer monitors, and other electronic devices containing cathode ray tubes ("CRTs"). Both of these cases allege a conspiracy to raise, maintain and stabilize the prices CRTs and CRT products sold in the United States. They both allege a violation of Section 1 of the Sherman Antitrust Act.

Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges.

Dated:  January 17, 2008                                HAGENS BERMAN SOBOL SHAPIRO LLP


By      /s/ Jeff D. Friedman
        JEFF D. FRIEDMAN (173886)

715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com

---

[1] On January 4, 2008, the Court found the following cases were also related to *Crago: Muchnick v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 07-5981 SC; *Juetten et al. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 07-6225 JL; *Hawel v. Chunghwa Picture Tubes, Ltd., et al.,*, Case No. 07-6279 EMC; *Caldwell v. Matsushita Electric Industrial Co., Ltd., et al.,* Case No. 07-6303; and *Figone v. LG Electronics, Inc., et al.,* Case No. 07-6331 MMC.

1
2  Anthony D. Shapiro
   HAGENS BERMAN SOBOL SHAPIRO LLP
3  1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
4  Telephone:  (206) 623-7292
   Facsimile:  (206) 623-0594
5  tony@hbsslaw.com

6  Steven A. Kanner
   William London
7  Douglas A. Millen
   FREED KANNER LONDON & MILLEN LLC
8  2201 Waukegan Road, Suite 130
   Bannockburn, IL  60015
9  Telephone:  (224) 632-4500
   Facsimile:  (224) 632-4521
10 skanner@fklmlaw.com
   blondon@fklmlaw.com
11 dmillen@fklmlaw.com
12
13 Attorneys for Plaintiff Carroll Cut-Rate Furniture in
   *Carroll Cut-Rate Furniture v. Chunghwa Picture
14 Tubes, Ltd., et al*.

15

16

17

18

19

20

21

22

23

24

25

26

27                                                     - 2 -

28
   ADMINISTRATIVE MOTION TO CONSIDER WHETHER
   CASES SHOULD BE RELATED – No. 07-cv-05944 SC

   010013-11  218758 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                /s/ Jeff D. Friedman
                JEFF D. FRIEDMAN

- 3 -

ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED – No. 07-cv-05944 SC

010013-11  218758 V1

## Mailing Information for a Case 3:07-cv-05944-SC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **P. John Brady**
  jbrady@stklaw.com,docketing@stklaw.com,cfuson@stklaw.com,ksmith@stklaw.com,dowen@stklaw.com,aennis@stklaw.com,dthornton@stklaw.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com

- **Eric B. Fastiff**
  efastiff@lchb.com,jbecklund@lchb.com,akingsdale@lchb.com

- **Esther L Klisura**
  eklisura@psswplaw.com

- **Orion Home Systems, LLC**
  cadio@saveri.com

- **Daniel D. Owen**
  dowen@stklaw.com

- **Lauren Clare Russell**
  laurenrussell@tatp.com

- **Guido Saveri**
  guido@saveri.com

- **Michael W. Scarborough**
  mscarborough@smrh.com,tilee@sheppardmullin.com,khollenbeck@sheppardmullin.com

- **Harry Shulman**
  harry@millslawfirm.com,lornaf@millslawfirm.com

- **Bruce Lee Simon**
  bsimon@psswplaw.com,dwarshaw@psswplaw.com,gsoter@psswplaw.com,cpearson@psswplaw.com,mmorton@psswplaw.com

### Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)