1   Joseph R. Saveri (State Bar No. 130064)
    *jsaveri@lchb.com*
2   Eric B. Fastiff (State Bar No. 182260)
    *efastiff@lchb.com*
3   Brendan Glackin (State Bar No. 199643)
    *bglackin@lchb.com*
4   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
5   San Francisco, CA  94111-3339
    Telephone:  (415) 956-1000
6   Facsimile:  (415) 956-1008

7   H. Laddie Montague, Jr. (*pro hac vice*)
    *hlmontague@bm.net*
8   Ruthanne Gordon (*pro hac vice*)
    *rgordon@bm.net*
9   Candice J. Enders (*pro hac vice*)
    *cenders@bm.net*
10  BERGER & MONTAGUE, P.C.
    1622 Locust Street
11  Philadelphia, PA 19103
    Telephone:  (800) 424-6690
12  Facsimile: (215) 875-4604

13  *Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                        (San Francisco Division)
17

18  IN RE: CATHODE RAY TUBE (CRT)
    ANTITRUST LITIGATION                          Case No. CV-07-5944-SC
19

20  This Document Relates to:

21  NATHAN MUCHNICK, INC., on behalf of          Case No. CV-07-5981-SC
    itself and all others similarly situated,
22                                               **DECLARATION OF BRENDAN
                    Plaintiff,                   GLACKIN IN SUPPORT OF
23                                               PLAINTIFF'S *EX PARTE* MOTION
    v.                                           FOR RELIEF FROM STAY AND FOR
24                                               ISSUANCE OF LETTERS ROGATORY**

    CHUNGHWA PICTURE TUBES, LTD., *et al.*,
25
                    Defendants.
26

27

28

742298.1                    -1-        GLACKIN DECL ISO PLTFS' EX PARTE MOTION FOR
                                           ISSUANCE OF LETTERS ROGATORY
                                                CASE NO. CV-07-5981-SC

I, Brendan Glackin, declare:

1.      I am an attorney with the law firm Lieff, Cabraser, Heimann & Bernstein, LLP ("LCHB"), counsel for Plaintiff Nathan Muchnick, Inc. ("Plaintiff") in this action.  I am a member of the bar of the U.S. District Court for the Northern District of California.  I make this declaration, except where noted, of my own personal knowledge and, if called upon to do so, could and would testify competently to the facts hereto.

2.      Plaintiff initiated this case on November 27, 2007.  Attached hereto as Exhibit A are true and correct copies of (1) the Complaint, (2) the Summons, (3) Magistrate Judge Maria-Elena James's Order Setting Initial Case Management Conference and ADR Deadlines, and (4) the ECF Registration Information Handout.

3.      On December 5, 2007, Plaintiff's case was related to *Crago, Inc. v. Chunghwa Picture Tubes, Ltd.*, Case No. CV-07-5944-SC.  Attached hereto as Exhibit B is a true and correct copy of the Related Case Order.

4.      Attached hereto as Exhibit C are true and correct copies of: (1) Judge Samuel Conti's Order Setting Case Management Conference, (2) Judge Samuel Conti's Order Re Timely Filing of Pleadings, Briefs, Motions, Etc., and (3) and the Standing Order for All Judges of the Northern District of California, Contents of Joint Case Management Conference.

5.      Plaintiff has retained the services of Legal Language Services ("LLS"), a company that specializes in foreign service of process, to effect service of process on six foreign defendants in this action—Samsung Electronics Co. Ltd., Samsung SDI Co., Inc., and LG Electronics Inc. in Korea; LP Displays International, Inc. in Hong Kong; Koninklijke Philips Electronics N.V. in The Netherlands; and Chunghwa Picture Tubes, Ltd. in Taiwan.

6.      Except for Chunghwa Picture Tubes, Ltd., LLS is causing the necessary documentation to be served on each of these defendants pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("The Hague Convention"), 20 U.S.T. 351, T.I.A.S. No. 6638, 658 U.N.T.S. 163.

7.      LLS has explained that service of process through Letters Rogatory is the only method recognized by both Taiwan and United States courts.  The total cost of serving

1    Chunghwa Picture Tubes, Ltd. through the Letters Rogatory method is approximately $4,270.

2    Service by Letters Rogatory requires the involvement of the Taiwanese government and/or court

3    system, and will take approximately four to seven months to complete.  Attached as Exhibit D is a

4    true and correct copy of a December 14, 2007 letter from Legal Language Services regarding

5    service in Taiwan.

6            8.      Pursuant to Civil Local Rule 4-2 and General Order 45, Plaintiff is

7    prepared to serve Chinese translations of the documents in Exhibits A, B, and C on Defendant

8    Chunghwa Picture Tubes, Ltd.

9            9.      Pursuant to Civil Local Rule 7-11(a), Plaintiff was unable to obtain a

10    stipulation requesting judicial action because Chunghwa Picture Tubes, Ltd. has not been served

11    with the Complaint and Summons in this case.

12         I declare under penalty of perjury of the laws of the United States that the

13    foregoing is true and correct.  Executed this 25th day of January, 2008, at San Francisco,

14    California.

15

16                          /s/ Brendan Glackin
                             Brendan Glackin

17

18

19

20

21

22

23

24

25

26

27

28