Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

H. Laddie Montague, Jr. (*pro hac vice*)
*hlmontague@bm.net*
Ruthanne Gordon (*pro hac vice*)
*rgordon@bm.net*
Candice J. Enders (*pro hac vice*)
*cenders@bm.net*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:  (800) 424-6690
Facsimile:  (215) 875-4604

*Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC |
| This Document Relates to:<br><br>NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants. | Case No. CV-07-5981-SC<br><br>**[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY** |

This matter came before the Court pursuant to Civil Local Rule 7-11.  Having

considered Plaintiff's request and any opposition, and GOOD CAUSE appearing, IT IS HEREBY

1  ORDERED THAT:

2  The stay in this matter is lifted for the limited purpose of considering Plaintiff's

3  request for the issuance of letters rogatory for the purpose of effecting service of process on

4  Defendant Chunghwa Picture Tubes, Ltd. in Taiwan.  The motion for issuance of letters rogatory

5  is GRANTED.

6  IT IS SO ORDERED.

7

8  Dated: _____, 2008.   _____

9  The Honorable Samuel Conti