Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Julie J. Bai (227047)
**BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
**BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
222 Lakeview Avenue, Suite 900
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

**Attorneys for Plaintiffs
Univisions-Crimson Holding Inc.,
Central New York Univision Video Systems Inc.
and Crimson Tech Inc.**

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CRAGO, Inc., on Behalf of Itself and all Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>　　　　　　Defendants. | CASE NO. CV-07-5944 SC<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This Document Relates To:<br><br>UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC., and CRIMSON TECH, INC., on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　　Plaintiffs, | |

| | |
|---|---|
| v. | ) |
| | ) |
| CHUNGHWA PICTURE TUBES, LTD, TATUNG COMPANY OF AMERICA, INC., LG ELECTRONICS, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SDI CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., MATSUSHITA ELECTRICAL INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, VICTOR COMPANY OF JAPAN, LIMITED, KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, LG PHILIPS DISPLAYS USA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., MT PICTURE DISPLAY COMPANY, and LP DISPLAYS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| Case No. CV-08-0494 MEJ | ) ) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Univisions-Crimson Holding, Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc. submit this Administrative Motion to relate *Univisions-Crimson Holding, Inc. et al v. Chunghwa Picture Tubes, Ltd. et al,* Case No. C-08-0494 MEJ ("*Univisions*") to the eleven cases listed in Section A pursuant to Civil Local Rule 3-12.

I. **RELATED CASES**

The following cases are related to the *Univisions* case:

| | CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|---|
| 1. | *Crago, Inc. v. Chunghwa Picture Tubes, Ltd. et al.* ("*Crago*") | CV-07-05944 SC | November 26, 2007 |
| 2. | *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd. et al.* ("*Muchnick*") | CV-07-05981 SC | November 27, 2007 |
| 3. | *Juetten, et al. v. Chunghwa Picture Tubes, Ltd. et al.* ("*Juetten*") | CV-07-06225 SC | December 10, 2007 |

|    | CASE NAME | CASE NUMBER | DATE FILED |
|----|-----------|-------------|------------|
| 4. | *Hawel v. Chunghwa Picture Tubes, Ltd. et al.* ("*Hawel*") | CV-07-06279 SC | December 12, 2007 |
| 5. | *Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.* ("*Caldwell*") | CV-07-06303 SC | December 13, 2007 |
| 6. | *Figone v. LG Electronics, Inc. et al.* ("*Figone*") | CV-07-06331 SC | December 13, 2007 |
| 7. | *Art's TV & Appliance v. Chunghwa Picture Tubes, Ltd. et al.* ("*Art's TV*") | CV-07-06416 SC | December 19, 2007 |
| 8. | *Monikraft, Inc. v. Chunghwa Picture Tubes, Ltd. et al.* ("*Monikraft*") | CV-07-06433 SC | December 21, 2007 |
| 9. | *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd. et al.* ("*Orion*") | CV-08-00178 SC | January 10, 2008 |
| 10. | *Carroll Cut-Rate Furniture v. Chunghwa Picture Tubes, Ltd. et al.* ("*Carroll Cut-Rate*") | CV-08-00309 SC | January 16, 2008 |
| 11. | *Pierce v. Beijing-Matsushita Color CRT Company, Ltd. et al.* ("*Pierce*") | CV-08-00337 MMC | January 17, 2008 |

## II.  RELATIONSHIP OF THE ACTIONS

This administrative motion is made on the grounds that *Univisions'* cases involves substantially the same subject matter as the eleven actions listed above in Section A: an alleged conspiracy to illegally fix, raise, maintain and/or stabilize the prices charged for cathode ray tubes. Plaintiffs in all the cases assert claims for violations of the Sherman Act, 15 U.S.C. §1, against many of the same Defendants.

On December 5, 2007, this Court issued a Related Case Order finding the *Crago* and *Muchnick* actions related. Declaration of Christopher T. Heffelfinger in Support of Administrative Motion to Consider Whether Cases Should be Related.  On January 4, 2008 this Court issued a Related Case Order finding *Muchnick*, *Juetten, Hawel*, *Caldwell*, and *Figone* related to *Crago*.  *Id*. On January 16, 2008, this Court issued a Related Case order finding *Muchnick*, *Juetten, Hawel*, *Caldwell*, *Figone, Art's TV and Monikraft* related to *Crago*.  *Id*.  Then on January 22, 2008, this Court issued an Order Relating and Consolidating Cases finding *Muchnick*, *Juetten, Hawel*, *Caldwell*, *Figone, Art's TV, Monikraft, Orion and Carroll Cut-Rate* related to *Crago*.  *Id*.

[CV-07-5944 SC] ADMINISTRATIVE MOTION TO RELATE CASES                               3

It appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

### III.    CONCLUSION

*Univisions* and the eleven actions referred to in Section A above satisfy the criteria of Civil Local Rule 3-12. Therefore, Plaintiffs Univisions-Crimson Holding, Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc. respectfully requests that *Univisions* be deemed related to the eleven cases listed in Section A and that *Univisions* be assigned to the Honorable Samuel Conti, the Judge assigned to the low numbered case, *Crago*.

Dated: January 28, 2008

**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**

By:    /s/ Christopher T. Heffelfinger
       CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr.
Julie J. Bai
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
E-Mail:  jtabacco@bermanesq.com

Manuel J. Dominguez
222 Lakeview Avenue, Suite 900
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322
E-Mail: mdominguez@bermanesq.com

**LAW OFFICE OF MARC J. GREENSPON**
Marc J. Greenspon
6200 Spring Isles Blvd.
Lake Worth, FL 33463
Telephone: (954) 817-6272
Facsimile:  (954) 439-0651
E-Mail: mjgreenspon@yahoo.com

**Attorneys for Plaintiffs
Univisions-Crimson Holding Inc.,
Central New York Univision Video Systems Inc.
and Crimson Tech Inc.**