Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Julie J. Bai (227047)
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, California 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Manuel J. Dominguez
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
222 Lakeview Avenue, Suite 900
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

Attorneys for Plaintiffs
Univisions-Crimson Holding Inc.,
Central New York Univision Video Systems Inc.
and Crimson Tech Inc.

(Additional Counsel on Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CRAGO, Inc., on Behalf of Itself and all Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>　　　　　　Defendants. | CASE NO. CV-07-5944 SC<br><br>**[PROPOSED] ORDER RELATING CASES** |
| This Document Relates To:<br><br>UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC., and CRIMSON TECH, INC., on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　　Plaintiffs, | |

|   |   |
|---|---|
| v. | ) |
|   | ) |
| CHUNGHWA PICTURE TUBES, LTD, TATUNG COMPANY OF AMERICA, INC., LG ELECTRONICS, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SDI CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., MATSUSHITA ELECTRICAL INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, VICTOR COMPANY OF JAPAN, LIMITED, KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, LG PHILIPS DISPLAYS USA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., MT PICTURE DISPLAY COMPANY, and LP DISPLAYS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |
| Case No. CV-08-0494 MEJ | ) ) |

On January 28, 2008, Plaintiffs Univisions-Crimson Holding, Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc. filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion.

IT IS SO ORDERED that *Univisions-Crimson Holding, Inc. et al v. Chunghwa Picture Tubes, Ltd. et al,* Case No. C-08-0494 MEJ is related to the following cases:

| CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| *Crago, Inc. v. Chunghwa Picture Tubes, Ltd. et al.* ("*Crago*") | CV-07-05944 SC | November 26, 2007 |
| *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Ltd. et al.* ("*Muchnick*") | CV-07-05981 SC | November 27, 2007 |
| *Juette, et al. v. Chunghwa Picture Tubes, Ltd. et al.* ("*Juetten*") | CV-07-06225 SC | December 10, 2007 |

| CASE NAME | CASE NUMBER | DATE FILED |
|---|---|---|
| *Hawel v. Chunghwa Picture Tubes, Ltd. et al.* ("*Hawel*") | CV-07-06279 SC | December 12, 2007 |
| *Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.* ("*Caldwell*") | CV-07-06303 SC | December 13, 2007 |
| *Figone v. LG Electronics, Inc. et al.* ("*Figone*") | CV-07-06331 SC | December 13, 2007 |
| *Art's TV & Appliance v. Chunghwa Picture Tubes, Ltd. et al.* ("*Art's TV*") | CV-07-06416 SC | December 19, 2007 |
| *Monikraft, Inc. v. Chunghwa Picture Tubes, Ltd. et al.* ("*Monikraft*") | CV-07-06433 SC | December 21, 2007 |
| *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd. et al.* ("*Orion*") | CV-08-00178 SC | January 10, 2008 |
| *Carroll Cut-Rate Furniture v. Chunghwa Picture Tubes, Ltd. et al.*("*Carroll Cut-Rate*") | CV-08-00309 SC | January 16, 2008 |
| *Pierce v. Beijing-Matsushita Color CRT Company, Ltd. et al.* ("*Pierce*") | CV-08-00337 MMC | January 17, 2008 |

Dated: _____    _____
                                 HONORABLE SAMUEL CONTI
                                 UNITED STATES DISTRICT JUDGE