Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Julie J. Bai (227047)
**BERMAN DeVALERIO PEASE TABACCO
    BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
**BERMAN DeVALERIO PEASE TABACCO
    BURT & PUCILLO**
222 Lakeview Avenue, Suite 900
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

**Attorneys for Plaintiffs
Univisions-Crimson Holding Inc.,
Central New York Univision Video Systems Inc.
and Crimson Tech Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAGO, Inc., on Behalf of Itself and all Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>　　　　　　Defendants. | CASE NO. CV-07-5944 SC<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates To:<br><br>UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC., and CRIMSON TECH, INC., on Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　　Plaintiffs, | |

[CV-07-5944 SC] CERTIFICATE OF SERVICE                                                                                                 1

| | |
|---|---|
| v. | ) |
| CHUNGHWA PICTURE TUBES, LTD, TATUNG COMPANY OF AMERICA, INC., LG ELECTRONICS, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SDI CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., MATSUSHITA ELECTRICAL INDUSTRIAL CO., LTD., PANASONIC CORPORATION OF NORTH AMERICA, VICTOR COMPANY OF JAPAN, LIMITED, KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, LG PHILIPS DISPLAYS USA, INC., TOSHIBA CORPORATION, TOSHIBA AMERICA, INC., TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., MT PICTURE DISPLAY COMPANY, and LP DISPLAYS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |
| Case No. CV-08-0494 MEJ | ) ) |

I, Deborah Vanore, declare that I am over the age of 18 years and not a party to this action. On January 28, 2008, I served true copies of the following documents:

1. ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;

2. DECLARATION OF CHRISTOPHER T. HEFFELFINGER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND

3. [PROPOSED] ORDER RELATING CASES.

on those named in the attached service list, by placing same in sealed envelopes, addressed as shown below, affixing proper first class postage, and depositing them in the United States Mail at San Francisco, California.

///

///

///

[CV-07-5944 SC] CERTIFICATE OF SERVICE                                                                 2

1     I declare under penalty of perjury pursuant to the laws of the United States that the
2 foregoing is true and correct.

3     Executed at San Francisco, California, on January 28, 2008.

*[signature]*
Deborah Vanore

## SERVICE LIST

### Plaintiffs

Christopher Lovell, Esq.
**Lovell Stewart Halebian, LLP**
500 Fifth Avenue
New York, NY 10110
Tel: (212) 608-1900
Fax: (212) 719-4677

*Attorneys for Plaintiff Andrew Kindt*

Bryan L. Clobes, Esq.
Ellen Meriwether, Esq.
**Cafferty Faucher LLP**
1717 Arch Street, Suite 3610
Philadelphia, PA 19103
Tel: (215) 864-2800

*Attorneys for Plaintiff Princeton Display Technologies, Inc.*

Jayne Goldenstein, Esq.
Lee Albert, Esq.
**Mager & Goldstein LLP**
1818 Market Street, Suite 3700
Philadelphia, PA 19103
Tel: (215) 640-3280

*Attorneys for Plaintiff Princeton Display Technologies, Inc.*

Robert N. Kaplan, Esq.
Linda P. Nussbaum, Esq.
Gregory Keith Arenson, Esq.
**Kaplan Fox & Kilsheimer, L.L.P.**
850 Third Avenue, 14th Floor
New York NY 10022
Tel: (212) 687-1980

*Attorneys for Plaintiffs Arch Electronics, Inc.; Meijer, Inc.; Meijer Distribution, Inc.*

H. Laddie Montague, Jr., Esq.
Ruthanne Gordon, Esq.
Candice Enders, Esq.
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel: (215) 875-3000

*Attorneys for Plaintiff Nathan Muchnick, Inc.*

Mary Jane Fait, Esq.
Theodore B. Bell, Esq.
**Wolf Haldenstein Adler Freeman & Herz LLC**
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
Tel: (312) 984-0000

*Attorneys for Plaintiff Princeton Display Technologies, Inc.*

Anthony J. Bolognese, Esq.
**Bolognese & Associates, L.L.C.**
1500 JFK Boulevard
Philadelphia, PA 19102
Tel: (215) 814-6751

*Attorneys for Plaintiff Arch Electronics, Inc.*

Joseph M. Vanek, Esq.
David P. Germaine, Esq.
**Vanek, Vickers & Masini P.C.**
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
Tel: (312) 224-1500

*Attorneys for Plaintiffs Meijer, Inc.; Meijer Distribution, Inc.*

Paul E. Slater, Esq.
**Sperling & Slater**
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
Tel: (312) 641-3200

*Attorneys for Plaintiffs Meijer, Inc.; Meijer Distribution, Inc.*

Michael D. Shaffer, Esq.
**Shaffer & Gaier, LLP**
One Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103
Tel: (212) 751-0100

*Attorneys for Plaintiff Monikraft, Inc.*

W. Joseph Bruckner, Esq.
Elizabeth R. Odette, Esq.
**Lockridge, Grindal, Nauen, P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

*Attorneys for Plaintiffs Royal Data Services, Inc.; OK TV & Appliances, LLC*

Paul F. Bennett, Esq.
Steven O. Sidener, Esq.
Joseph M. Barton, Esq.
**Gold, Bennett, Cera & Sidener, LLP**
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Tel: (415) 777-2230

*Attorneys for Plaintiff Industrial Computing, Inc.*

Michael P. Lehman, Esq.
**Cohen, Milstein, Hausfeld & Toll, PLLC**
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
Tel: (415) 983-3321

*Attorneys for Plaintiff Monikraft, Inc.*

Lisa J. Rodriguez, Esq.
**Trujillo, Rodriguez & Richards, LLP**
8 Kings Highway West
Haddonfield, NJ 08033
Tel: (856) 795-9002

*Attorneys for Plaintiff's Royal Data Services, Inc.; OK TV & Appliances, LLC*

Jeffrey A. Klafter, Esq.
**Klafter & Olsen, LLP**
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
Tel: (914) 997-5656

*Attorneys for Plaintiff Industrial Computing, Inc.*

Joseph W. Cotchett
**Cotchett Pitre & McCarthy**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000

*Attorneys for Plaintiff Orion Home Systems, LLC*

Randy R. Renick, Esq.
Steven Noel Williams, Esq.
**Hadsell Stormer Keeny Richardson & Renick**
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Tel: (626) 686-9600

*Attorneys for Plaintiff Orion Home Systems, LLC*


Lori A. Fanning, Esq.
Marvin A. Miller, Esq.
Matthew E. Van Tine, Esq.
**Miller Law LLC**
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
Tel: (312) 332-3400

*Attorneys for Plaintiff Mark Pierce*

Michael S. Christian, Esq.
Henry A. Cirillo, Esq.
Thomas P. Dove, Esq.
Jonathan M. Watkins, Esq.
**The Furth Firm LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104
Tel: (415) 433-2070
Fax: (415) 982-2076

*Attorneys for Plaintiffs Mark Pierce; Barbara Caldwell*

Steven A. Kanner, Esq.
William H. London, Esq.
Douglas A. Millen, Esq.
**Freed Kanner London & Millen LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521

*Attorneys for Plaintiff Carroll Cut-Rate Furniture*


Joseph M. Alioto, Esq.
**Alioto Law Firm**
555 California Street, Suite 3160
San Francisco, CA 94101
Tel: (415) 434-8900

*Attorneys for Plaintiff Mark Pierce*


Betty L. Julian, Esq.
**Damrell, Nelson, Schrimp, Pallios, Pacher & Silva**
1601 I Street, Fifth Floor
Modesto, CA 95354
Tel: (209) 526-3500
Fax: (209) 526-3534

*Attorneys for Plaintiff Hawel a. Hawel*

**Defendants**

Barry Bendes, Esq.
Anthony J. Viola, Esq.
**Edwards Angell Palmer & Dodge LLP**
750 Lexington Avenue
New York, NY 10022
Tel: (212) 912-2911
Fax: (212) 308-3844
Email: bbendes@eapdlaw.com
         aviola@eapdlaw.com

*Attorneys for Defendant Orion America, Inc.*

Joseph A. Ostoyich, Esq.
**Howrey & Simon**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

*Attorneys for Defendant Philips Electronics North America Corp.*


David L. Yohai, Esq.
**Weil Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

*Attorneys for Defendants Matsushita Electric Industrial Co., Ltd.; Panasonic Corp. of North America*

Beijing-Matsushita Color,
No. 9 Jiuxianqiao N. Rd.
Dashanzi Chaoyang District
Bejing, China

Chunghwa Picture Tubes
Lot 1, Subang Hi-Tech Industrial Park
Batu Tiga, 4000 Shah Alam
Selangor Darul Ehsan, Malaysia

Christopher M. Curran, Esq.
**White & Case LLP**
701 13th Street, NW
Washington, DC 20005-3807
Tel: (202) 626-3643
Fax: (202) 639-9355
Email: ccurran@whitecase.com

*Attorneys for Defendant Toshiba America, Inc.*

Kent M. Roger, Esq.
**Morgan Lewis & Bockius, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1140
Fax: (415) 442-1001

*Attorneys for Defendant Hitachi America, Ltd.*

Daniel E. Alberti, Esq.
**McDermott Will & Emery**
3150 Porter Drive
Palo Alto, CA 94304-1212
Tel: (650) 813.5019
Fax: (650) 813.5100

*Attorneys for Defendant Samtel Color, Ltd.*


Chunghwa Picture Tubes
No. 1127, Hepin b g Rd.
Bade City, Taoyuan, Taiwan

Hitachi Ltd.
6-6, Marunouchi 1-chome
Chiyoda-ku, Tokyo, 100-8280, Japan

Hitachi Asia, Ltd.
16 Collyer Quay, #20-00 Hitachi Tower
Singapore 049318

Irico Display Devices Co., Ltd.
No. 16, Fenghui South Road West
District High-tech Development Zone
Xi'an, SXI 710075

LG Electronics, Inc.
LG Twin Towers
20, Yeouido-dong, Yeongdeungpo-gu
Seoul, South Korea  150-721

Matsushita Toshiba Picture Display Co., Ltd.
1-1 Swiwai-cho
Takatsuki-shi, Osaka 569-1193, Japan

Samtel Color, Ltd.
52, Community Centre, New Friends Colony
New Delhi-110065

Toshiba Corporation
1-1, Shibaura 1-chome
Minato-ku, Toyoko 105-8001, Japan

Irico Group Corp.
1 Caihong Rd.
Xianyang City, Shaanxi Province 712021

Koninklijke Philips Electronics N.V.
Breitner Center, Amstelphein 2, 1096 BC
Amsterdam, The Netherlands

LP Displays International Ltd.
6th Floor, ING Tower
308 Des Voeux Road Central
Sheung Wan, Hong Kong

Samsung SDI Co., Ltd.
15-18th Floor
Samsung Life Insurance Building
150 Taepyungro, 2-99
Jung-gu, Seoul, South Korea

Thai CRT Company, Ltd.
1/F 26 Siam Cement Rd.
Bangsue Dusit, Bangkok, Thailand