Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

H. Laddie Montague, Jr. (*pro hac vice*)
*hlmontague@bm.net*
Ruthanne Gordon (*pro hac vice*)
*rgordon@bm.net*
Candice J. Enders (*pro hac vice*)
*cenders@bm.net*
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604

*Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| NATHAN MUCHNICK, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants. | Case No. CV-07-5981-SC<br><br>**INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY)** |

**TO THE APPROPRIATE JUDICIAL AUTHORITY IN TAIWAN:**

The United States District Court for the Northern District of California presents its compliments to the Appropriate Judicial Authority in Taiwan, and respectfully requests international judicial assistance to effect service of process in connection with a civil proceeding currently pending before this Court in the above-titled matter.

**I. ASSISTANCE REQUESTED**

This Court respectfully requests that the Taiwanese judicial authorities:

1. Cause one copy of the *Summons in a Civil Case*, *Class Action Complaint*, *Order Setting Initial Case Management Conference and ADR Deadline*, *Related Case Order*, *Order Setting Case Management Conference*, *Contents of Joint Case Management Statement* and *ECF Registration Information Handout* annexed hereto to be served upon Defendant Chunghwa Picture Tubes, Ltd. at this address in the manner prescribed for the service of similar documents under the laws of Taiwan:

   **CHUNGHWA PICTURE TUBES, LTD.**
   **1127 Heping Road**
   **Bade City**
   **Taoyuan, Taiwan**

   It has been represented to this Court that defendant Chunghwa Picture Tubes, Ltd. is a company organized and existing under the laws of Taiwan;

2. Cause the person who serves the documents upon a director, managing agent, officer, or other person authorized to accept service of Chunghwa Picture Tubes, Ltd. to execute an affidavit of service as provided by Taiwanese law; and

3. Return through diplomatic channels to plaintiff's attorney the affidavit of service and a copy of the documents that were served.
744910.1 -1- INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY) CASE NO. CV-07-5981-SC

## II. NATURE AND PURPOSE OF THE PROCEEDINGS

Plaintiff brings this class action lawsuit on behalf of individuals and entities in the United States who purchased Cathode Ray Tubes ("CRTs") or products containing CRTs directly from defendants between May 1,1998 through the present. Defendants are leading manufacturers of CRTs and control the majority of the CRT industry. Plaintiff alleges that, after May 1, 1998, defendants conspired, combined, and contracted to fix, raise, maintain, and stabilize the prices at which CRTs and products containing CRTs were sold in the United States. Plaintiff alleges that beginning at least as early as May 1, 1998, defendants entered in a continuing contract, combination, or conspiracy to restrain unreasonably trade and commerce in violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1. As a result, Plaintiff asserts it was forced to pay more for CRTs and products containing CRTs than it would have paid in a competitive CRT market. For its injury, Plaintiff requests damages and an injunction enjoining defendants' allegedly anti-competitive activity under sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26.

## III. RECIPROCITY

The courts of the United States are authorized by statute, Section 1696, Title 28, United States Code, to extend similar assistance to the Tribunals of Taiwan in like cases.

## IV. REIMBURSEMENT FOR COSTS

Counsel for Plaintiffs is willing to ensure reimbursement to the judicial authorities of Taiwan for costs incurred in executing this letter rogatory. If the cost of executing this Court's letter rogatory exceeds $500.00, the judicial authorities of Taiwan are requested to contact the following counsel for plaintiff:

Eric B. Fastiff
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

This Court extends to the judicial authorities of Taiwan the assurances of its highest consideration.

Respectfully Requested,

Dated: January 29, 2008 _____

Judge Samuel Conti
United States District Court –
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
United States of America
+1.415.522.2000

(SEAL OF UNITED STATES DISTRICT COURT – NORTHERN DISTRICT OF CALIFORNIA)

Attachments, in English and in Chinese, in duplicate:
- *Summons in a Civil Case*
- *Class Action Complaint*
- *Order Setting Initial Case Management Conference and ADR Deadline*
- *Related Case Order*
- *Order Setting Case Management Conference*
- *Contents of Joint Case Management Statement*
- *ECF Registration Information*