Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
tony@hbsslaw.com

Attorneys for Plaintiff and the Proposed Class

FILED
08 JAN 31 PM 2: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | No. 07-5944-SC |
| | APPLICATION OF ANTHONY D. SHAPIRO FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| This relates to all actions. | |

APPL'N OF ANTHONY D. SHAPIRO FOR ADMISSION OF        - 1 -
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC
010013-11 220560 V1

1     Pursuant to Civil L.R. 11-3, ANTHONY D. SHAPIRO, an active member in good standing of the bar of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Carroll Cut-Rate Furniture in the above-entitled action. In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

    3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>    Jeff D. Friedman (173886)
>    HAGENS BERMAN SOBOL SHAPIRO LLP
>    715 Hearst Avenue, Suite 202
>    Berkeley, CA 94710
>    Telephone: (510) 725-3000
>    Facsimile: (510) 725-3001

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of January 2008, at Seattle, Washington.

Dated: 1/28/08

ANTHONY D. SHAPIRO