FILED

08 JAN 31 PH 2: 35

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Jeff D. Friedman (173886)
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
3   Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
4   jefff@hbsslaw.com

5   Anthony D. Shapiro
    Ronnie S. Spiegel
6   HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
7   Seattle, WA 98101
    Telephone: (206) 623-7292
8   Facsimile: (206) 623-0594
    tony@hbsslaw.com
9
10  Attorneys for Plaintiff and the Proposed Class

11

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16  IN RE: Cathode Ray Tube (CRT) Antitrust   )   No. 07-5944-SC
    Litigation                                )
17                                            )   APPLICATION OF RONNIE S.
                                              )   SPIEGEL FOR ADMISSION OF
18                                            )   ATTORNEY *PRO HAC VICE*
                                              )
19                                            )
                                              )
20  _____ )
    This relates to all actions.             )
21                                            )
                                              )
22  _____ )

23

24

25

26

27

28
    APPL'N OF RONNIE S. SPIEGEL FOR ADMISSION OF        - 1 -
    ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC
    010013-11 221148 V1

ORIGINAL

1    Pursuant to Civil L.R. 11-3, RONNIE S. SPIEGEL, an active member in good standing of

2 the bar of Washington, hereby applies for admission to practice in the Northern District of

3 California on a *pro hac vice* basis representing Plaintiff Carroll Cut-Rate Furniture in the above-

4 entitled action. In support of this application, I certify on oath that:

5   1.  I am an active member in good standing of a United States Court or of the highest

6 court of another State or the District of Columbia, as indicated above;

7   2.  I agree to abide by the Standards of Professional Conduct set forth in Civil Local

8 Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar

9 with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

10   3.  An attorney who is a member of the bar of this Court in good standing and who

11 maintains an office within the State of California has been designated as co-counsel in the above-

12 entitled action. The name, address and telephone number of that attorney is:

13          Jeff D. Friedman (173886)
            HAGENS BERMAN SOBOL SHAPIRO LLP
14           715 Hearst Avenue, Suite 202
            Berkeley, CA 94710
15           Telephone: (510) 725-3000
            Facsimile: (510) 725-3001
16

17 I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of

18 January 2008, at Seattle, Washington.

19

20

21 Dated:   *1-31-08*         
              RONNIE S. SPIEGEL

22

23

24

25

26

27

28

APPL'N OF RONNIE S. SPIEGEL FOR ADMISSION OF  - 2 -
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC
010013-11 221148 V1