1  Jeff D. Friedman (173886)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, CA  94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  jefff@hbsslaw.com

5  Anthony D. Shapiro
   Ronnie S. Spiegel
6  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
7  Seattle, WA  98101
   Telephone:  (206) 623-7292
8  Facsimile:  (206) 623-0594
9  tony@hbsslaw.com

10 Attorneys for Plaintiff and the Proposed Class

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | IN RE: Cathode Ray Tube (CRT) Antitrust | No. 07-5944-SC |
   | Litigation | |
16 | | [PROPOSED] ORDER GRANTING |
   | | RONNIE S. SPIEGEL APPLICATION |
17 | | FOR ADMISSION OF ATTORNEY |
   | | *PRO HAC VICE* |
18 | | |
19 | | |
20 | This relates to all actions. | |
21

1   RONNIE S. SPIEGEL, an active member in good standing of the bar of the State of

2   Washington, whose business address and telephone number is:

3   HAGENS BERMAN SOBOL SHAPIRO LLP
    1301 Fifth Avenue, Suite 2900
4   Seattle, WA  98101
    (206) 623-7292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Carroll Cut-Rate Furniture.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING RONNIE S. SPIEGEL *PRO HAC VICE* APPLICATION - NO. 07-5944-SC    - 1 -

010013-11 221149 V1