Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
tony@hbsslaw.com

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>This relates to all actions. | No. 07-5944-SC<br><br>[PROPOSED] ORDER GRANTING ANTHONY D. SHAPIRO APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1   ANTHONY D. SHAPIRO, an active member in good standing of the bar of the State of
2   Washington, whose business address and telephone number is:

> HAGENS BERMAN SOBOL SHAPIRO LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA  98101
> (206) 623-7292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Carroll Cut-Rate Furniture.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  2/4/08



SAMUEL IT IS SO ORDERED
UNITED                       JUDGE
Judge Samuel Conti

[PROPOSED] ORDER GRANTING ANTHONY D. SHAPIRO           - 1 -
*PRO HAC VICE* APPLICATION - NO. 07-5944-SC
010013-11  220580 V1