| | |
|---|---|
| 1 | Jeff D. Friedman (173886) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 202 |
|   | Berkeley, CA  94710 |
| 3 | Telephone: (510) 725-3000 |
|   | Facsimile: (510) 725-3001 |
| 4 | jefff@hbsslaw.com |
| 5 | Anthony D. Shapiro |
|   | Ronnie S. Spiegel |
| 6 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 1301 Fifth Avenue, Suite 2900 |
| 7 | Seattle, WA  98101 |
|   | Telephone:  (206) 623-7292 |
| 8 | Facsimile:  (206) 623-0594 |
| 9 | tony@hbsslaw.com |

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | No. 07-5944-SC |
|   | [PROPOSED] ORDER GRANTING RONNIE S. SPIEGEL APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| This relates to all actions. | |

1   RONNIE S. SPIEGEL, an active member in good standing of the bar of the State of
2   Washington, whose business address and telephone number is:

> HAGENS BERMAN SOBOL SHAPIRO LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA  98101
> (206) 623-7292

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Carroll Cut-Rate Furniture.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 2/4/08



SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

[PROPOSED] ORDER GRANTING RONNIE S. SPIEGEL *PRO HAC VICE* APPLICATION - NO. 07-5944-SC     - 1 -

010013-11 221149 V1