BRUCE L. SIMON (Bar No. 96241)
 bsimon@psswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
 eklisura@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

P. JOHN BRADY
 jbrady@stklaw.com
DANIEL D. OWEN
 dowen@stklaw.com
**SHUGHART THOMSON & KILROY**
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile: (816) 374-0509

*Attorneys for Plaintiff and the Proposed Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
| This Document Relates to:<br><br>Crago, Inc., on behalf of itself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Chunghwa Picture Tubes, Ltd., *et al.*,<br><br>Defendants. | Case No. C07-5944 SC<br><br>**DECLARATION OF BRUCE L. SIMON IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR RELIEF FROM STAY AND FOR ISSUANCE OF LETTERS ROGATORY** |

777224.1

I, Bruce L. Simon declare:

1. I am an attorney licensed to practice law in the State of California and in the Northern District of California. I am a partner with the firm of Pearson, Simon, Soter, Warshaw & Penny, LLP, attorneys of record for Plaintiff Crago, Inc. I am making this declaration in support of Plaintiff's *Ex Parte* Motion for Relief From Stay and for Issuance of Letters Rogatory. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2. My office has retained the services of APS International, Ltd., a company that specializes in foreign service of process, to assist in serving the foreign defendants in this case. APS International, Ltd. advised my office that Letters Rogatory must be used to effectively serve the defendants located in Malaysia, Singapore, and Thailand.

3. According to the United States Department of State's website (http://travel.state.gov/law/info/judicial/judicial_683.html), Letters Rogatory must be issued under the seal of the Court and the signature of the Judge. Further, the United States Department of State will not transmit Letters Rogatory to the proper foreign judicial authorities until all documents have been properly certified.

4. On December 17, 2007, my office obtained certified copies of all of the following documents, true and correct copies of which are attached to this declaration:

   (a)   Class Action Complaint filed on behalf of Plaintiff, **Exhibit A** hereto; and

   (b)   Order Setting Initial Case Management Conference and ADR Deadlines, and Standing Order for all Judges of the Northern District of California, Contents of Joint Case Management Statement, **Exhibit B** hereto.

5. On February 1, 2008, my office obtained a certified copy of the Amended Summons in a Civil Case, a copy of which is attached hereto as **Exhibit C**.

6. My office was informed on December 17, 2007 that the ECF Registration Information Handout, which must be served with the Letters Rogatory, cannot be certified by the Court. An uncertified copy is attached hereto as **Exhibit D**.

///

777224.1

2

DECLARATION OF BRUCE L. SIMON IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR RELIEF FROM STAY AND FOR ISSUANCE OF LETTERS ROGATORY; Case No. C07-5944 SC

7. Pursuant to Civil Local Rule 4-2 and General Order 45, the documents in Exhibits A, B, C, and D will be translated into the appropriate language for the purpose of service of process.

8. Civil Local Rule 7-11(a) requires that a motion for an order concerning a miscellaneous administrative matter be accompanied by either a stipulation under Civil Local Rule 7-12 or by a declaration that explains why a stipulation could not be obtained. In this instance, a stipulation was not obtained because the administrative motion concerns service of process of the complaint and summons, which is the sole responsibility of Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 6, 2008, at San Francisco, California.

_____
Bruce L. Simon

777224.1

3

DECLARATION OF BRUCE L. SIMON IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR RELIEF FROM STAY AND FOR ISSUANCE OF LETTERS ROGATORY; Case No. C07-5944 SC