Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
Gianna Gruenwald (228969)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

Attorneys for Plaintiffs Hawel A. Hawel d/b/a
City Electronics and Orion Home Systems, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC |
| This Document Relates to: | |
| *Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et al.* (Case No. CV-07-6279 SC) | **DECLARATION OF GIANNA GRUENWALD IN SUPPORT OF PLAINTIFFS' *EX PARTE* MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE 4-2(a)** |
| *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.* (Case No. CV-08-0178 SC) | Date:       N/A<br>Time:       N/A<br>Courtroom:  1, 17th Floor<br>Judge: The Honorable Samuel Conti |

1  I, GIANNA GRUENWALD, declare:

2      1.      I am an attorney with the law firm Saveri & Saveri, Inc., counsel for Direct

3  Purchaser Plaintiffs ("Plaintiffs") Hawel A. Hawel d/b/a City Electronics ("Hawel") and Orion

4  Home Systems, LLC ("Orion") in this action. I am licensed to practice in the State of California

5  and the Northern District of California. I make this declaration, except where noted, of my own

6  personal knowledge and, if called upon to do so, could and would testify competently to the facts

7  that it contains.

8      2.      On December 12, 2007, plaintiff Hawel filed a class action complaint against

9  several leading manufacturers of televisions, computer monitors, and other electronic devices,

10  including Chunghwa Picture Tubes, Ltd. ("Chunghwa"), Chunghwa Picture Tubes (Malaysia)

11  Sdn. Bhd. ("Chunghwa Malaysia"), Hitachi Asia, Ltd. ("Hitachi"), and Thai CRT Company, Ltd.

12  ("Thai CRT") (collectively, the "Foreign Defendants"), for fixing the price of cathode ray tube

13  products ("CRTs") in violation of federal antitrust laws.

14      4.      On January 10, 2008, plaintiff Orion filed a class action complaint with

15  allegations virtually identical to the *Hawel* action and also named the Foreign Defendants.

16      5.      Plaintiffs retained the services of APS International, Ltd. ("APS"), a company that

17  specializes in foreign service of process, to effect service of process on the Foreign Defendants in

18  this action.

19      6.      Attached hereto as Exhibit A is a true and correct copy of a letter dated January

20  31, 2008, from APS regarding service in Taiwan.

21      7.      Attached hereto as Exhibit B is a true and correct copy of a letter dated February

22  1, 2008, from APS regarding service in Thailand.

23      8.      Attached hereto as Exhibit C is a true and correct copy of a letter dated February

24  1, 2008, from APS regarding service in Malaysia.

25      9.      Attached hereto as Exhibit D is a true and correct copy of a letter dated February

26  1, 2008, from APS regarding service in Singapore.

27

28                                        2

DECL. OF GIANNA GRUENWALD ISO DIRECT PURCHASER PLFFS' *EX PARTE* MISC.
ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY & RELIEF FROM CIVIL LOCAL
RULE 4-2(a); CASE NO. CV-07-5944 SC

10.     APS advises Plaintiffs that service via Letters Rogatory is the only diplomatic method of service that is recognized by the United States and the countries of the Foreign Defendants.

11.     On February 6, 2008, I spoke with Jeff Karsten of APS regarding the service of the Orders Setting Initial Case Management Conference, which contain dates or deadlines that will likely expire by time these Orders reach the appropriate authorities.  Mr. Karsten advised me that service of such Orders in Taiwan may jeopardize service in its entirety because the authorities may review the documents and refuse to serve them if they contain expired dates or deadlines.

12.     Pursuant to Civil Local Rule 7-11(a), Plaintiffs were unable to obtain a stipulation regarding Plaintiffs' Ex Parte Request because the Foreign Defendants have not been served in the above-captioned actions as this is the purpose of this Ex Parte Request.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed this /2 day of February, 2008, at San Francisco, California.

_____
Gianna Gruenwald

Crt.026

3

DECL. OF GIANNA GRUENWALD ISO DIRECT PURCHASER PLFFS' *EX PARTE* MISC. ADMINISTRATIVE REQUEST FOR ISSUANCE OF LETTERS ROGATORY & RELIEF FROM CIVIL LOCAL RULE 4-2(a); CASE NO. CV-07-5944 SC

# EXHIBIT A

# Civil Action Group
## dba APS International, Ltd.



| | |
|---|---|
| APS INTERNATIONAL PLAZA | (952) 831-7776 ext: 341 |
| 7800 GLENROY ROAD | FAX (952) 831-8150 |
| MINNEAPOLIS, MN 55439-3122 | TOLL FREE  (800) 328-7171 |
| | TOLL FREE FAX  (800) 538-5299 |

**www.CivilActionGroup.com**

TRANSMISSION DATE:       January 31, 2008

TO:    Ms. Gianna C. Gruenwald

FROM:      Jeff Karsten
JKarsten@CivilActionGroup.com

Subject:    Service in Taiwan

The following material is  7  pages including the cover sheet.  If you do not receive any of these pages, please call the above named sender at (952) 831-7776.

## COMMENTS:

**Thank you for contacting APS International and the Civil Action Group for your international service of process needs.  The information you have requested follows.**

**Other available services:**
- **Business, Contract & Patent translations**
- **Medical or Private records retrieval**
- **Deposition Scheduling worldwide**
- **Transcriptions (including foreign language tapes)**
- **Investigations and Surveillance**
- **and many more...**

**Online Ordering of all services is available at our website.**

*The information contained in this document is privileged and confidential, intended only for the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone, and destroy the original message.*

# Civil Action Group
## dba APS International, Ltd.



**APS INTERNATIONAL PLAZA**
**7800 GLENROY ROAD**
**MINNEAPOLIS, MN 55439-3122**

(952) 831-7776 ext: 341
FAX (952) 831-8150
**TOLL FREE  (800) 328-7171**
**TOLL FREE FAX  (800) 538-5299**

January 31, 2008

**www.CivilActionGroup.com**

Attn:  Ms. Gianna C. Gruenwald
SAVERI & SAVERI, INC.
111 Pine St., Ste. 1700
San Francisco, CA  94111-5630

RE: Service of process in Taiwan.

Dear Ms. Gruenwald:

Thank you for contacting APS.  We've served tens of thousands of documents abroad and are more than willing to assist you with serving process in Taiwan. APS has been handling international service of process requests since 1981.  Our experience tells us that foreign governments, laws and treaties are changing all the time.  Since we handle such a large volume of requests, we are usually one of the first entities to know about these changes.

Please read the following bolded section carefully. It provides information or current events which may affect service.

**The designations "ROC," "Republic of China," or any references to the "State" or "Nation" of Taiwan should not be included in your documents or in the letter rogatory.  If such language is contained in your documents, it will need to be removed, since such references are a diplomatic faux pas and will result in the U.S. State Department's refusal to handle the documents.**

Taiwan is not party to any international treaty with respect to service of process. The diplomatic method of service is pursuant to Letters Rogatory (28 U.S.C. 1781 (a)(2); F.R.C.P. 4(f)(2)(B)). A letter rogatory ("LR") is a formal request from a U.S. court to a foreign court asking for judicial assistance. There is a specific format and process that must be followed. An alternative method for service of process is outlined below.

The entire Letters Rogatory process normally takes 6 - 12 months or longer for service in Taiwan. If the action is pending in state court, APS recommends obtaining an extension from your trial judge, so that a minimum of 365 days are available to the foreign government for

completing service.  Expedited translations and/or in-house processing is available for additional fees.

In order that we may begin processing your request, please send the following:

**COVER LETTER** - Please include all of the following:

> the requested service(s) of APS (e.g., LR or Informal Service, translations, investigation);

> the name and street address of the defendant(s) to be served – note: If you do not have a valid address, APS has investigators around the world and can assist you;

> any court imposed deadlines relating to service of process;

**TWO COURT-CERTIFIED <u>AND</u> TWO PHOTOCOPIES OF YOUR DOCUMENTS FOR SERVICE, <u>PER SERVE</u>-**   Summons, Complaint, Exhibits and any other court-required attachments.

**PAYMENT** - The following fees represent our standard charges. Since APS operates on a prepaid basis, please be aware that no processing can begin before payment is received.

> **Letters Rogatory Service** ................................................................................ $525.00
>    (each add'l service request in the same country)........................................ $275.00
>    Additional Fee imposed by the US State Department (per service request) ................ $735.00
>
> **Full translation information:**
> Translation of the Letter Rogatory @ $65.00/page ...................................................... $195.00
> Translation of the documents:
> (8 1/2 x 11 double-spaced pages) ............................................................................ $65.00/page
>   Note:  Pages with different spacing or length may be at a higher rate.
> Photocopies of translations:
> Formula:  $0.40/page  x  (number of pages in English + 3)  x  3 copies (per defendant)

If available in an editable format (MS Word®, WordPerfect®, Works®, etc.), please email a copy of the documents to Trans@CivilActionGroup.com or send on CD/disk. If sending by email, please be sure to include the APS File Number referenced on the last page of this document in the subject line. The document in an editable, electronic format assists the translator with formatting the translation similar to the original document.

<u>Informal  Service</u>

**If you don't have time to attempt "Formal" service via Letters Rogatory** (or for any other reason), service of process may also be pursued in Taiwan via a private process server.  APS has many such process servers throughout Taiwan.  It is important to note that this method may not comply with the notice requirements of Taiwan, which could preclude you from enforcing a U.S. judgment within Taiwan.  It could also result in a challenge by the defendant and a Motion to Dismiss your action. This method is only mentioned as a secondary means of providing service on an expedited basis.

Also, informal service is made with English documents not translated into the defendant's language. This may result in Due Process Notice requirements not being met in the US Courts. To avoid this problem, please complete the enclosed "Notice" which we will translate and serve with your documents. (See Shoei Keiko v. Superior Court, 33 Cal. App. 3d 808, 109 Cal. Rptr. 402 (1973) and Julen v. Larson, 25 Cal. App. 3d 325, 101 Cal. Rptr. 796, 327 (1972)).

In order for us to process your **"Informal"** request, we would ask for the following:
  (1)  a cover letter as described above;
  (2)  two copies of the documents for service, with Notice [sample attached];
  (3)  a court order appointing APS as your process server [samples attached]; and
  (4)  a check in the amount of $1,560.00 and $ 65.00 per page to translate the Notice.

This is a base fee for service in major metropolitan areas.  If your defendant is located outside the metropolitan area, additional fees may be necessary for travel expenses.   Informal service normally takes six to nine weeks, however, this can be expedited for additional fees. **If you chose "informal" service and the case is pending in state court, send us a copy of your court's service of process rule(s) under which you require APS to complete service.**

APS never recommends informal service (private server), however, if you have to use that method for any reason, we strongly recommend that it be in conjunction with formal service pursuant to Letters Rogatory.

Pursuing service on a defendant in a foreign country is a serious undertaking.  Let APS help you cut through the red-tape and confusion. We can do all the work for you and let you focus on the other aspects of the litigation. With U.S. courts pushing for quicker turn-around times and setting increasingly shorter deadlines, every day makes a difference. We know what the foreign governments will and will not allow.  If necessary, APS can provide affidavits to assist you with a motion to counter any court-imposed time constraints that cannot be reasonably met.

If you have any further questions regarding this matter, please do not hesitate to call.

Sincerely,


Jeff Karsten
JKarsten@CivilActionGroup.com
International Division

# PLEASE RETURN THIS PAGE TO APS WITH YOUR REQUEST

Date of Fee Quote:    January 31, 2008

APSFile: 251638-1

Attn:  Ms. Gianna C. Gruenwald
SAVERI & SAVERI, INC.
111 Pine St., Ste. 1700
San Francisco, CA  94111-5630


Your File #:    _____

Case Name:    _____

Country:    Taiwan


**Important Considerations:**

1.   Please make your instruction letter to us as detailed as possible.

2.   Be sure to include any time constraints or statutory requirements specific to your court.

3.   Make sure to enclose the appropriate number of copies of all documents for service.

4.   Remember, APS is a prepaid service.  We will not begin the processing of your request until the required fees are paid in advance.


## For specific instructions regarding our requirements, please refer to the preceding pages...

or you may call me toll free at 1-800-328-7171 - ext: 341

Jeff Karsten
JKarsten@CivilActionGroup.com
APS International Division
7800 Glenroy Road
Minneapolis, MN 55439-3122

# NOTICE OF CIVIL LAWSUIT
### *(recommended if full translations will not be included)*

(NAME OF COURT)
(CASE CAPTION)
(CASE NUMBER)

<div style="border:1px solid black;">

# SAMPLE

</div>

---------------------------------------

1.   **IDENTITY OF THE PARTIES:**

    Plaintiff(s): *{list plaintiffs here}*
    Defendant(s): *{list defendants here}*

2.   **DESCRIPTION OF THE DOCUMENTS SERVED:**

    Notice of Civil Lawsuit, Summons in a Civil Action, Complaint

3.   **NATURE AND PURPOSE OF THE PROCEEDINGS:**

    This is a civil lawsuit.  The Plaintiff's claims against the defendant are for judgment in the amount of US$409,899.00 together with interest from December 8, 1991, including the costs and disbursements of this action and for such other and further relief as this court may deem just and proper as a result of the defendant's negligence.

4.   **RESPONSE TO SUMMONS:**

    A written Answer to the Summons and Complaint is required to be filed with the Clerk of the Court, *(Name of Court,* and if applicable, *Name of Plaintiff's attorney/address)*, within **(XX)** days after service of the Summons.

5.   **FAILURE TO SUBMIT AN ANSWER:**

    The failure to submit a timely response with the Court may result in the entry of a default judgment and a request for execution to satisfy the judgment.

Prepared by:

*Name of Attorney*
*Firm Name*
*Address*
*Phone Number*

# SAMPLE ORDER

COURT CAPTION

| | | |
|---|---|---|
| A, B, C | ) | CASE NUMBER: |
| Plaintiffs, | ) | |
| vs. | ) | |
| X, Y, Z | ) | ORDER TO APPOINT |
| | ) | SPECIAL PROCESS SERVICE |
| Defendants. | ) | |

IT IS HEREBY ORDERED,

that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, (insert name of defendant(s)), in Taiwan.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated: _____      _____

                                                        JUDGE

# EXHIBIT B

# Civil Action Group
## dba APS International, Ltd.



| | |
|---|---|
| **APS INTERNATIONAL PLAZA** | **(952) 831-7776 ext: 341** |
| **7800 GLENROY ROAD** | **FAX (952) 831-8150** |
| **MINNEAPOLIS, MN 55439-3122** | **TOLL FREE (800) 328-7171** |
| | **TOLL FREE FAX (800) 538-5299** |

**www.CivilActionGroup.com**

TRANSMISSION DATE:     February 01, 2008

TO:     Ms. Gianna C. Gruenwald

FROM:     Jeff Karsten
JKarsten@CivilActionGroup.com

Subject:     Service in Thailand

The following material is 7 pages including the cover sheet. If you do not receive any of these pages, please call the above named sender at (952) 831-7776.

## COMMENTS:

**Thank you for contacting APS International and the Civil Action Group for your international service of process needs. The information you have requested follows.**

**Other available services:**
- **Business, Contract & Patent translations**
- **Medical or Private records retrieval**
- **Deposition Scheduling worldwide**
- **Transcriptions (including foreign language tapes)**
- **Investigations and Surveillance**
- **and many more...**

**Online Ordering of all services is available at our website.**

*The information contained in this document is privileged and confidential, intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and destroy the original message.*

# Civil Action Group
## dba APS International, Ltd.



| | |
|---|---|
| APS INTERNATIONAL PLAZA | (952) 831-7776 ext: 341 |
| 7800 GLENROY ROAD | FAX (952) 831-8150 |
| MINNEAPOLIS, MN 55439-3122 | TOLL FREE (800) 328-7171 |
| | TOLL FREE FAX (800) 538-5299 |

February 01, 2008

**www.CivilActionGroup.com**

Attn: Ms. Gianna C. Gruenwald
SAVERI & SAVERI, INC.
111 Pine St., Ste. 1700
San Francisco, CA 94111-5630

RE: Service of process in Thailand.

Dear Ms. Gruenwald:

Thank you for contacting APS. We've served tens of thousands of documents abroad and are more than willing to assist you with serving process in Thailand. APS has been handling international service of process requests since 1981. Our experience tells us that foreign governments, laws and treaties are changing all the time. Since we handle such a large volume of requests, we are usually one of the first entities to know about these changes.

Please read the following bolded section carefully. It provides information or current events which may affect service.

**There is no special country information at this time.**

Thailand is not party to any international treaty with respect to service of process. The diplomatic method of service is pursuant to Letters Rogatory (28 U.S.C. 1781 (a)(2); F.R.C.P. 4(f)(2)(B)). A letter rogatory ("LR") is a formal request from a U.S. court to a foreign court asking for judicial assistance. There is a specific format and process that must be followed. An alternative method for service of process is outlined below.

The entire Letters Rogatory process normally takes 6 - 12 months or longer for service in Thailand. If the action is pending in state court, APS recommends obtaining an extension from your trial judge, so that a minimum of 365 days are available to the foreign government for completing service. Expedited translations and/or in-house processing is available for additional fees.

In order that we may begin processing your request, please send the following:

**COVER LETTER** - Please include all of the following:

> the requested service(s) of APS (e.g., LR or Informal Service, translations, investigation);

> the name and street address of the defendant(s) to be served – note: If you do not have a valid address, APS has investigators around the world and can assist you;

> any court imposed deadlines relating to service of process;

**TWO COURT-CERTIFIED <u>AND</u> TWO PHOTOCOPIES OF YOUR DOCUMENTS FOR SERVICE, <u>PER SERVE</u>-** Summons, Complaint, Exhibits and any other court-required attachments.

**PAYMENT -** The following fees represent our standard charges. Since APS operates on a prepaid basis, please be aware that no processing can begin before payment is received.

**Letters Rogatory Service** ............................................................................... $525.00
    (each add'l service request in the same country) ........................................ $275.00
    Additional Fee imposed by the US State Department (per service request) ............... $735.00

**Full translation information:**
Translation of the Letter Rogatory @ $90.00/page ...................................... $270.00
Translation of the documents:
(8 1/2 x 11 double-spaced pages) ............................................................... $90.00/page
  Note: Pages with different spacing or length may be at a higher rate.
Photocopies of translations:
Formula: $0.40/page x (number of pages in English + 3) x 3 copies (per defendant)

If available in an editable format (MS Word®, WordPerfect®, Works®, etc.), please email a copy of the documents to Trans@CivilActionGroup.com or send on CD/disk. If sending by email, please be sure to include the APS File Number referenced on the last page of this document in the subject line. The document in an editable, electronic format assists the translator with formatting the translation similar to the original document.

### Informal Service

**If you don't have time to attempt "Formal" service via Letters Rogatory** (or for any other reason), service of process may also be pursued in Thailand via a private process server. APS has many such process servers throughout Thailand. It is important to note that this method may not comply with the notice requirements of Thailand, which could preclude you from enforcing a U.S. judgment within Thailand. It could also result in a challenge by the defendant and a Motion to Dismiss your action. This method is only mentioned as a secondary means of providing service on an expedited basis.

Also, informal service is made with English documents not translated into the defendants language. This may result in Due Process Notice requirements not being met in the US Courts. To avoid this problem, please complete the enclosed "Notice" which we will translate and serve with your documents. (See <u>Shoei Keiko v. Superior Court,</u> 33 Cal. App. 3d 808, 109 Cal. Rptr.

402 (1973) and <u>Julen v. Larson,</u> 25 Cal. App. 3d 325, 101 Cal. Rptr. 796, 327 (1972))

In order for us to process your **"Informal"** request, we would ask for the following:
    (1) a cover letter as described above;
    (2) two copies of the documents for service, with Notice [sample attached];
    (3) a court order appointing APS as your process server [samples attached]; and
    (4) a check in the amount of $1,380.00 and $ 90.00 per page to translate the Notice.

This is a base fee for service in major metropolitan areas.  If your defendant is located outside the metropolitan area, additional fees may be necessary for travel expenses.   Informal service normally takes six to nine weeks, however, this can be expedited for additional fees. **If you chose "informal" service and the case is pending in state court, send us a copy of your court's service of process rule(s) under which you require APS to complete service.**

APS never recommends informal service (private server), however, if you have to use that method for any reason, we strongly recommend that it be in conjunction with formal service pursuant to Letters Rogatory.

Pursuing service on a defendant in a foreign country is a serious undertaking.  Let APS help you cut through the red-tape and confusion. We can do all the work for you and let you focus on the other aspects of the litigation. With U.S. courts pushing for quicker turn-around times and setting increasingly shorter deadlines, every day makes a difference. We know what the foreign governments will and will not allow.  If necessary, APS can provide affidavits to assist you with a motion to counter any court-imposed time constraints that cannot be reasonably met.

If you have any further questions regarding this matter, please do not hesitate to call.

Sincerely,


Jeff Karsten
JKarsten@CivilActionGroup.com
International Division

# PLEASE RETURN THIS PAGE TO APS WITH YOUR REQUEST

Date of Fee Quote:       February 01, 2008

APSFile: 251638-2

Attn: Ms. Gianna C. Gruenwald
SAVERI & SAVERI, INC.
111 Pine St., Ste. 1700
San Francisco, CA  94111-5630


Your File #:        _____

Case Name:        _____

Country:        Thailand

**Important Considerations:**

1.  Please make your instruction letter to us as detailed as possible.

2.  Be sure to include any time constraints or statutory requirements specific to your court.

3.  Make sure to enclose the appropriate number of copies of all documents for service.

4.  Remember, APS is a prepaid service.  We will not begin the processing of your request until the required fees are paid in advance.


## For specific instructions regarding our requirements, please refer to the preceding pages...

or you may call me toll free at 1-800-328-7171 - ext: 341

Jeff Karsten
JKarsten@CivilActionGroup.com
APS International Division
7800 Glenroy Road
Minneapolis, MN 55439-3122

# NOTICE OF CIVIL LAWSUIT
*(recommended if full translations will not be included)*

(NAME OF COURT)
(CASE CAPTION)
(CASE NUMBER)

```
                              ┌──────────────────────────────┐
                              │                              │
                              │       SAMPLE                 │
                              │                              │
                              └──────────────────────────────┘
```

---------------------------------------

1.   **IDENTITY OF THE PARTIES:**

> Plaintiff(s): *{list plaintiffs here}*
> Defendant(s): *{list defendants here}*

2.   **DESCRIPTION OF THE DOCUMENTS SERVED:**

> Notice of Civil Lawsuit, Summons in a Civil Action, Complaint

3.   **NATURE AND PURPOSE OF THE PROCEEDINGS:**

> This is a civil lawsuit. The Plaintiff's claims against the defendant are for judgment in the amount of US$409,899.00 together with interest from December 8, 1991, including the costs and disbursements of this action and for such other and further relief as this court may deem just and proper as a result of the defendant's negligence.

4.   **RESPONSE TO SUMMONS:**

> A written Answer to the Summons and Complaint is required to be filed with the Clerk of the Court, *(Name of Court,* and if applicable, *Name of Plaintiff's attorney/address)*, within **(XX)** days after service of the Summons.

5.   **FAILURE TO SUBMIT AN ANSWER:**

> The failure to submit a timely response with the Court may result in the entry of a default judgment and a request for execution to satisfy the judgment.

Prepared by:

*Name of Attorney*
*Firm Name*
*Address*
*Phone Number*

# SAMPLE ORDER

COURT CAPTION

| | |
|---|---|
| A, B, C ) | CASE NUMBER: |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | ORDER TO APPOINT |
| X, Y, Z ) | SPECIAL PROCESS SERVICE |
| ) | |
| Defendants. ) | |
| _____ ) | |

IT IS HEREBY ORDERED,

that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, (insert name of defendant(s)), in Thailand.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated: _____    _____
                                                                JUDGE

**EXHIBIT C**

# Civil Action Group
## dba APS International, Ltd.



| | |
|---|---|
| APS INTERNATIONAL PLAZA | (952) 831-7776 ext: 341 |
| 7800 GLENROY ROAD | FAX (952) 831-8150 |
| MINNEAPOLIS, MN 55439-3122 | TOLL FREE  (800) 328-7171 |
| | TOLL FREE FAX  (800) 538-5299 |

**www.CivilActionGroup.com**

TRANSMISSION DATE:      February 01, 2008

TO:    Ms. Gianna C. Gruenwald

FROM:     Jeff Karsten
          JKarsten@CivilActionGroup.com

Subject:    Service in Malaysia

The following material is  6  pages including the cover sheet.  If you do not receive any of these pages, please call the above named sender at (952) 831-7776.

## COMMENTS:

**Thank you for contacting APS International and the Civil Action Group for your international service of process needs.  The information you have requested follows.**

**Other available services:**
- **Business, Contract & Patent translations**
- **Medical or Private records retrieval**
- **Deposition Scheduling worldwide**
- **Transcriptions (including foreign language tapes)**
- **Investigations and Surveillance**
- **and many more…**

**Online Ordering of all services is available at our website.**

*The information contained in this document is privileged and confidential, intended only for the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone, and destroy the original message.*

# Civil Action Group
## dba APS International, Ltd.



| | |
|---|---|
| APS INTERNATIONAL PLAZA | (952) 831-7776 ext: 341 |
| 7800 GLENROY ROAD | FAX (952) 831-8150 |
| MINNEAPOLIS, MN 55439-3122 | TOLL FREE  (800) 328-7171 |
| | TOLL FREE FAX  (800) 538-5299 |

February 01, 2008

**www.CivilActionGroup.com**

Attn:  Ms. Gianna C. Gruenwald
SAVERI & SAVERI, INC.
111 Pine St., Ste. 1700
San Francisco, CA  94111-5630

RE: Service of process in Malaysia.

Dear Ms. Gruenwald:

Thank you for contacting APS.  We've served tens of thousands of documents abroad and are more than willing to assist you with serving process in Malaysia. APS has been handling international service of process requests since 1981.  Our experience tells us that foreign governments, laws and treaties are changing all the time.  Since we handle such a large volume of requests, we are usually one of the first entities to know about these changes.

Please read the following bolded section carefully. It provides information or current events which may affect service.

**Compliance of the foreign officials and timeframe for service via letter rogatory is unknown.  APS will do follow-ups only for the first two years after submission to the State Department.**

Malaysia is not party to any international treaty with respect to service of process. The diplomatic method of service is pursuant to Letters Rogatory (28 U.S.C. 1781 (a)(2); F.R.C.P. 4(f)(2)(B)). A letter rogatory ("LR") is a formal request from a U.S. court to a foreign court asking for judicial assistance. There is a specific format and process that must be followed. An alternative method for service of process is outlined below.

The entire Letters Rogatory process normally takes 6 - 12 months or longer for service in Malaysia. If the action is pending in state court, APS recommends obtaining an extension from your trial judge, so that a minimum of 365 days are available to the foreign government for completing service.  Expedited in-house processing is available for an additional fee.

In order that we may begin processing your request, please send the following:

**COVER LETTER** - Please include all of the following:

> the requested service(s) of APS (e.g., LR or Alternative Service, translations, investigation);

> the name and street address of the defendant(s) to be served – note: If you do not have a valid address, APS has investigators around the world and can assist you;

> any court imposed deadlines relating to service of process;

**TWO COURT-CERTIFIED AND TWO PHOTOCOPIES OF YOUR DOCUMENTS FOR SERVICE, PER SERVE-**   Summons, Complaint, Exhibits and any other court-required attachments.

**PAYMENT -** The following fees represent our standard charges. Since APS operates on a prepaid basis, please be aware that no processing can begin before payment is received.

> **Letters Rogatory Service** ................................................................................$525.00
> (each add'l service request in the same country)........................................$275.00
> Additional Fee imposed by the US State Department (per service request)................$735.00

**Alternative Service**

Service of process may also be pursued in Malaysia via a non-diplomatic alternative method. It is important to note that service via this method must be handled properly. This is not an assignment for your local process server. It could result in a challenge by the defendant and a Motion to Quash/Dismiss your action.  CAG works with you even through the preparation of a response to any challenges to service.

In order for CAG to process your Alternative Service request, please provide the following:

> (1)  A cover letter as described above;
> (2)  Two photocopies of the documents for service, unless your court requires that certified or original documents be served;
> (3)  Payment.  The following fees represent our standard charges for service in major metropolitan areas.  If your defendant is outside these areas, additional fees may be necessary for travel expenses.

> Alternative Service (per location)...............................................................$1,960.00
> (each add'l defendant at same address, if sub-service permitted) ..............$980.00

Alternative service normally takes six to nine weeks, however, this can be expedited for additional fees.

Pursuing service on a defendant in a foreign country is a serious undertaking.  Let APS help you cut through the red-tape and confusion. We can do all the work for you and let you focus on the other aspects of the litigation. With U.S. courts pushing for quicker turn-around times and setting increasingly shorter deadlines, every day makes a difference. We know what the foreign governments will and will not allow.  If necessary, APS can provide affidavits to assist you with a motion to counter any court-imposed time constraints that cannot be reasonably met.

If you have any further questions regarding this matter, please do not hesitate to call.

Sincerely,


Jeff Karsten
JKarsten@CivilActionGroup.com
International Division

# PLEASE RETURN THIS PAGE TO APS WITH YOUR REQUEST

Date of Fee Quote:        February 01, 2008

APSFile: 251638-3

Attn:  Ms. Gianna C. Gruenwald
SAVERI & SAVERI, INC.
111 Pine St., Ste. 1700
San Francisco, CA  94111-5630


Your File #:        _____

Case Name:        _

Country:        Malaysia

**Important Considerations:**

1.   Please make your instruction letter to us as detailed as possible.

2.   Be sure to include any time constraints or statutory requirements specific to your court.

3.   Make sure to enclose the appropriate number of copies of all documents for service.

4.   Remember, APS is a prepaid service.  We will not begin the processing of your request until the required fees are paid in advance.


## For specific instructions regarding our requirements, please refer to the preceding pages...

or you may call me toll free at 1-800-328-7171 - ext: 341

Jeff Karsten
JKarsten@CivilActionGroup.com
APS International Division
7800 Glenroy Road
Minneapolis, MN 55439-3122

# SAMPLE ORDER

## COURT CAPTION

| | | |
|---|---|---|
| A, B, C | ) | CASE NUMBER: |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO APPOINT |
| X, Y, Z | ) | SPECIAL PROCESS SERVICE |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY ORDERED,

that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, (insert name of defendant(s)), in Malaysia.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated: _____    _____
JUDGE

# EXHIBIT D

# Civil Action Group
## dba APS International, Ltd.



| | |
|---|---|
| APS INTERNATIONAL PLAZA | (952) 831-7776 ext: 341 |
| 7800 GLENROY ROAD | FAX (952) 831-8150 |
| MINNEAPOLIS, MN 55439-3122 | TOLL FREE (800) 328-7171 |
| | TOLL FREE FAX (800) 538-5299 |

**www.CivilActionGroup.com**

TRANSMISSION DATE:    February 01, 2008

TO:    Ms. Gianna C. Gruenwald

FROM:    Jeff Karsten
JKarsten@CivilActionGroup.com

Subject:    Service in Singapore

The following material is  6  pages including the cover sheet.  If you do not receive any of these pages, please call the above named sender at (952) 831-7776.

## COMMENTS:

**Thank you for contacting APS International and the Civil Action Group for your international service of process needs.  The information you have requested follows.**

**Other available services:**
- **Business, Contract & Patent translations**
- **Medical or Private records retrieval**
- **Deposition Scheduling worldwide**
- **Transcriptions (including foreign language tapes)**
- **Investigations and Surveillance**
- **and many more…**

**Online Ordering of all services is available at our website.**

*The information contained in this document is privileged and confidential, intended only for the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone, and destroy the original message.*



# Civil Action Group
## dba APS International, Ltd.

| | |
|---|---|
| APS INTERNATIONAL PLAZA | (952) 831-7776 ext: 341 |
| 7800 GLENROY ROAD | FAX (952) 831-8150 |
| MINNEAPOLIS, MN 55439-3122 | TOLL FREE  (800) 328-7171 |
| | TOLL FREE FAX  (800) 538-5299 |

February 01, 2008

**www.CivilActionGroup.com**

Attn:  Ms. Gianna C. Gruenwald
SAVERI & SAVERI, INC.
111 Pine St., Ste. 1700
San Francisco, CA  94111-5630

RE: Service of process in Singapore.

Dear Ms. Gruenwald:

Thank you for contacting APS.  We've served tens of thousands of documents abroad and are more than willing to assist you with serving process in Singapore. APS has been handling international service of process requests since 1981.  Our experience tells us that foreign governments, laws and treaties are changing all the time.  Since we handle such a large volume of requests, we are usually one of the first entities to know about these changes.

Please read the following bolded section carefully. It provides information or current events which may affect service.

**Compliance of the foreign officials and timeframe for service via letter rogatory is unknown.  APS will do follow-ups only for the first two years after submission to the State Department.**

Singapore is not party to any international treaty with respect to service of process. The diplomatic method of service is pursuant to Letters Rogatory (28 U.S.C. 1781 (a)(2); F.R.C.P. 4(f)(2)(B)).  A letter rogatory ("LR") is a formal request from a U.S. court to a foreign court asking for judicial assistance. There is a specific format and process that must be followed. An alternative method for service of process is outlined below.

The entire Letters Rogatory process normally takes 6 - 12 months or longer for service in Singapore. If the action is pending in state court, APS recommends obtaining an extension from your trial judge, so that a minimum of 365 days are available to the foreign government for completing service.  Expedited in-house processing is available for an additional fee.

In order that we may begin processing your request, please send the following:

**COVER LETTER** - Please include all of the following:

> the requested service(s) of APS (e.g., LR or Alternative Service, translations, investigation);

> the name and street address of the defendant(s) to be served – note: If you do not have a valid address, APS has investigators around the world and can assist you;

> any court imposed deadlines relating to service of process;

**TWO COURT-CERTIFIED AND TWO PHOTOCOPIES OF YOUR DOCUMENTS FOR SERVICE, PER SERVE-**   Summons, Complaint, Exhibits and any other court-required attachments.

**PAYMENT -** The following fees represent our standard charges. Since APS operates on a prepaid basis, please be aware that no processing can begin before payment is received.

**Letters Rogatory Service** ..................................................................................... $525.00
(each add'l service request in the same country)....................................................... $275.00
Additional Fee imposed by the US State Department (per service request) ................. $735.00

**Alternative Service**

Service of process may also be pursued in Singapore via a non-diplomatic alternative method. It is important to note that service via this method must be handled properly. This is not an assignment for your local process server. It could result in a challenge by the defendant and a Motion to Quash/Dismiss your action.  CAG works with you even through the preparation of a response to any challenges to service.

In order for CAG to process your Alternative Service request, please provide the following:

> (1)  A cover letter as described above;

> (2)  Two photocopies of the documents for service, unless your court requires that certified or original documents be served;

> (3)  Payment.  The following fees represent our standard charges for service in major metropolitan areas.  If your defendant is outside these areas, additional fees may be necessary for travel expenses.

Alternative Service (per location)............................................................... $1,560.00
(each add'l defendant at same address, if sub-service permitted) ............. $780.00

Alternative service normally takes six to nine weeks, however, this can be expedited for additional fees.

Pursuing service on a defendant in a foreign country is a serious undertaking.  Let APS help you cut through the red-tape and confusion. We can do all the work for you and let you focus on the other aspects of the litigation. With U.S. courts pushing for quicker turn-around times and setting increasingly shorter deadlines, every day makes a difference. We know what the foreign governments will and will not allow.  If necessary, APS can provide affidavits to assist you with a motion to counter any court-imposed time constraints that cannot be reasonably met.

If you have any further questions regarding this matter, please do not hesitate to call.

Sincerely,


Jeff Karsten
JKarsten@CivilActionGroup.com
International Division

# PLEASE RETURN THIS PAGE TO APS WITH YOUR REQUEST

Date of Fee Quote:        February 01, 2008

APSFile: 251638-4

Attn:  Ms. Gianna C. Gruenwald
SAVERI & SAVERI, INC.
111 Pine St., Ste. 1700
San Francisco, CA  94111-5630


Your File #:          _____

Case Name:

Country:        Singapore

## Important Considerations:

1.   Please make your instruction letter to us as detailed as possible.

2.   Be sure to include any time constraints or statutory requirements specific to your court.

3.   Make sure to enclose the appropriate number of copies of all documents for service.

4.   Remember, APS is a prepaid service.  We will not begin the processing of your request until the required fees are paid in advance.


## For specific instructions regarding our requirements, please refer to the preceding pages...

or you may call me toll free at 1-800-328-7171 - ext: 341

Jeff Karsten
JKarsten@CivilActionGroup.com
APS International Division
7800 Glenroy Road
Minneapolis, MN 55439-3122

# SAMPLE ORDER

## COURT CAPTION

| | | |
|---|---|---|
| A, B, C | ) | CASE NUMBER: |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO APPOINT |
| X, Y, Z | ) | SPECIAL PROCESS SERVICE |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY ORDERED,

that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, (insert name of defendant(s)), in Singapore.  Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated: _____      _____
JUDGE