1
2
3
4
5
6
7
8

9            **IN THE UNITED STATES DISTRICT COURT**

10           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                       **SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC |
| This Document Relates to: | |
| *Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et al.* (Case No. CV-07-6279 SC) | **[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE 4-2(a)** |
| *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.* (Case No. CV-08-0178 SC) | Date:        N/A<br>Time:        N/A<br>Courtroom:   1, 17th Floor<br>Judge: The Honorable Samuel Conti |

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE 4-2(a); CASE NO. CV-07-5944 SC

1    This matter came before the Court pursuant to Civil Local Rule 7-11.  Having considered
2    Plaintiffs' request and any opposition, and GOOD CAUSE appearing, IT IS HEREBY
3    ORDERED THAT:
4        The stay in this matter is lifted for the limited purpose of considering Plaintiffs' request
5    for the issuance of Letters Rogatory and relief from Civil Local Rule 4-2(a).
6        Plaintiffs' request for issuance of Letters Rogatory is GRANTED.  Letters Rogatory shall
7    issue in order to effect service of process on defendants Chunghwa Picture Tubes, Ltd.
8    ("Chunghwa"), Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. ("Chunghwa Malaysia"), Hitachi
9    Asia, Ltd. ("Hitachi"), and Thai CRT Company, Ltd. ("Thai CRT") in the following two actions:
10   *Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-07-
11   6279 SC ("*Hawel*"); and *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Ltd., et al.*,
12   Case No. CV-08-0178 SC ("*Orion*").
13       Plaintiffs' request for relief from Civil Local Rule 4-2(a) is also GRANTED.
14       IT IS SO ORDERED.

Dated: _____    _____
                                          The Honorable Samuel Conti
                                          Judge of the United States District Court for
                                          the Northern District of California

Crt.034

2

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY AND RELIEF FROM CIVIL LOCAL RULE 4-2(a); CASE NO. CV-07-5944 SC