

Clerk's Use Only

Initial for fee pd.:

Douglas A. Millen
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
224.632.4500

FILED

08 FEB 12 PM 5:26

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

CRAGO, INC., on behalf of itself
and all others similarly situated,

Plaintiff(s),

v.

CHUNGHWA PICTURE TUBES, LTD.,
et al.,

Defendant(s).

CASE NO. 3:07-cv-5944-SC

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Douglas A. Millen, an active member in good standing of the bar of Supreme Court of Illinois and N.D. Ill., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Art's TV & Appliance in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Harry Shulman, The Mills Law Firm, 145 Marina Blvd.,
San Rafael, CA  94901    Tel. (415) 455-1326

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/8/08

Douglas A. Millen

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015721
Cashier ID: nudot
Transaction Date: 02/12/2008
Payer Name: Freed Kanner London and Mill
en
----------------------------------
PRO HAC VICE
 For: Douglas A. Millen
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:         $210.00
----------------------------------
CHECK
 Check/Money Order Num: 1796
 Amt Tendered:   $210.00
----------------------------------
Total Due:       $210.00
Total Tendered: $210.00
Change Amt:      $0.00

C-07-5944-SC


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```