UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAGO, INC., on behalf of itself and all others similarly situated,

Plaintiff(s),

v.

CHUNGHWA PICTURE TUBES, LTD., et al.,

Defendant(s).

CASE NO. 3:07-cv-5944-SC

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Douglas A. Millen , an active member in good standing of the bar of Supreme Court of Illinois and N.D. Ill. (particular court to which applicant is admitted) whose business address and telephone number is Freed Kanner London & Millen LLC, 2201 Waukegan Road, Suite 130, Bannockburn, IL 60015, (224) 632-4500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Art's TV & Appliance.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

Samuel Conti
United States Judge