

Clerk's Use Only

Initial for fee pd.:

Steven A. Kanner
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
224.632.4500

FILED

08 FEB 13 PM 5:06

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CRAGO, INC. on behalf of itself
and all other similarly situated,

Plaintiff(s),

v.

CHUNGHWA PICTURE TUBES, LTD.,
et al.,

Defendant(s).

CASE NO. 3:07-cv-5944-SC

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Steven A. Kanner, an active member in good standing of the bar of Supreme Court of Illinois and N.D. Ill., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Art's TV & Appliance in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Harry Shulman
The Mills Law Firm
145 Marina Blvd.
San Rafael, CA 94901  Tel. (415) 455-1326

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/8/08

Steven A. Kanner

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015795
Cashier ID: audot
Transaction Date: 02/13/2008
Payer Name: Freed Kanner London and
------------------------------------
PRO HAC VICE
 For: Steven A. Kanner
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1797
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C-07-5944-SC

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```