**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CRAGO, INC., on behalf of itself and
all others similary situated,

Plaintiff(s),

v.

CHUNGHWA PICTURE TUBES, LTD.,
et al.,

Defendant(s).

CASE NO. 3:07-cv-5944-SC

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Steven A. Kanner                    , an active member in good standing of the bar of

Supreme Court of Illinois and N.D. Ill. whose business address and telephone number
(particular court to which applicant is admitted)

is Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
                                                            , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing Plaintiff Art's TV & Appliance.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:

_____
Samuel Conti
United States                    Judge

*United States District Court*
*For the Northern District of California*