BRUCE L. SIMON (Bar No. 96241)
   bsimon@psswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
   eklisura@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

P. JOHN BRADY
   jbrady@stklaw.com
DANIEL D. OWEN
   dowen@stklaw.com
**SHUGHART THOMSON & KILROY, P.C.**
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile:  (816) 374-0509

*Attorneys for Plaintiff and the Proposed Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
| This Document Relates to: | Case No. C07-5944 SC |
| Crago, Inc., on behalf of itself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> Chunghwa Picture Tubes, Ltd., *et al.*, <br><br> Defendants. | [~~PROPOSED~~] **ORDER RE ISSUANCE OF LETTERS ROGATORY** |

777050.1

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY; Case No. C07-5944 SC

1   This matter came before the Court pursuant to Civil Local Rule 7-11. Having considered
2   Plaintiff's motion, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:
3   The stay in this matter is lifted for the limited purpose of considering Plaintiff's motion for
4   the issuance of letters rogatory for the purpose of effecting service of process on Defendants
5   Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Hitachi Asia, Ltd., and Thai CRT Company, Ltd.
6   The motion for issuance of letters rogatory is GRANTED
7   IT IS SO ORDERED

Dated: 2/13, 2008

_____
The Honorable Samuel Conti
United States District Judge

777050.1

[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY; Case No. C07-5944 SC