BRUCE L. SIMON (Bar No. 96241)
  bsimon@psswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
  eklisura@psswplaw.com
**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

P. JOHN BRADY
  jbrady@stklaw.com
DANIEL D. OWEN
  dowen@stklaw.com
**SHUGHART THOMSON & KILROY, P.C.**
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile:  (816) 374-0509

*Attorneys for Plaintiff and the Proposed Direct*
*Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
| This Document Relates to: | Case No. C07-5944 SC |
| Crago, Inc., on behalf of itself and others similarly situated, | **INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY)** |
| Plaintiff, | |
| vs. | |
| Chunghwa Picture Tubes, Ltd., *et al.*, | |
| Defendants. | |

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

777055.1

**1**

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104

**TO THE APPROPRIATE JUDICIAL AUTHORITY IN THAILAND:**

**2** The United States District Court for the Northern District of California presents its

**3** compliments to the judicial authorities of Thailand, and respectfully requests international judicial

**4** assistance to effect service of process in connection with a civil proceeding currently before this

**5** Court in the above captioned matter.

**6** **I.     REQUEST**

**7** This Court respectfully requests the assistance described herein as necessary in the

**8** interests of justice.  The assistance requested is that the judicial authorities of Thailand effect

**9** service of process of (1) the Amended Summons in a Civil Case; (2) the Class Action Complaint;

**10** (3) the Order Setting Initial Case Management Conference and ADR Deadlines, and the Standing

**11** Order for all Judges of the Northern District of California, Contents of Joint Case Management

**12** Statement; and (4) the ECF Registration Information Handout.  This Court requests service of

**13** process on the below named business entity, a named defendant in this action:

**14** Thai CRT Company, Ltd.
1/F 26 Siam Cement Rd.
**15** Bangsue Dusit, Bangkok
Thailand
**16**

**17** The judicial authorities of Thailand are requested to serve the documents listed above by

**18** personal service into the hands of a director, managing agent or other person authorized to accept

**19** service, or in a manner of service consistent with the laws of Thailand.  This Court further requests

**20** that the judicial authorities of Thailand return, through diplomatic channels to Plaintiff's attorney,

**21** the affidavit of service and a copy of the documents that were served.

**22** **II.    SUMMARY OF FACTS**

**23** Plaintiff Crago, Inc. brings this action on behalf of itself and on behalf of a plaintiff class

**24** consisting of all persons and entities who purchased products containing a cathode ray tube

**25** ("CRT") in the United States directly from one or more named defendants between January 1,

**26** 1995 and the present.  Defendants are the leading manufacturers of CRTs and control the majority

**27** of the CRT industry.  Plaintiff alleges that defendants conspired, combined and contracted to fix,

**28** raise, maintain, and stabilize the prices at which CRTs were sold in the United States in violation

777055.1

1    of Section 1 of the Sherman Antitrust Act, 15 United States Code Section 1.  For its injuries,

2    Plaintiff is requesting treble damages and an injunction enjoining defendants' anti-competitive

3    activity under sections 4 and 16 of the Clayton Act, 15 United States Code Sections 15 and 26.

4    **III.    RECIPROCITY**

5         The United States District Court for the Northern District of California is willing to

6    provide similar assistance to the judicial authorities of Thailand.

7    **IV.    REIMBURSEMENT OF COSTS**

8         Counsel for Plaintiff are willing to reimburse the judicial authorities of Thailand for costs

9    incurred in executing this letter rogatory.  If the cost of executing this Court's letter rogatory

10   exceeds $500.00, the judicial authorities of Thailand are requested to contact the following

11   counsel for Plaintiff:

12                              Bruce L. Simon
                               Pearson, Simon, Soter, Warshaw & Penny, LLP
13                              44 Montgomery Street, Suite 1200
                               San Francisco, CA 94104
14                              Telephone: (415) 433-9000
                               Facsimile:  (415) 433-9008
15

16        In acknowledgment of the additional time which is needed to prepare and file a responsive

17   pleading to the attached documents, the time period is extended to 45 days after service.

18        This Court extends to the judicial authorities of Thailand the assurances of its highest

19   consideration.

20

21   DATED: ___2/13_____, 2008

                               _____
22                              The Honorable Samuel Conti
                               United States District Court
     [COURT SEAL]               Northern District of California
23                              450 Golden Gate Avenue
                               San Francisco, California 94102
24                              United States of America
                               +1.415.522.2000
25

26

27

28

777055.1
                                        3
INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY); Case No. C07-5944 SC

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1200
SAN FRANCISCO, CALIFORNIA 94104