# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Carroll Cut-Rate Furniture, on Behalf of Itself and
All Others Similarly Situated,

v.

See Attachment A

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 0309 MMC

TO: (Name and address of defendant)

See Attachment B

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeff D. Friedman
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

JAN 1 6 2008

Richard W. Wieking
CLERK

DATE_____

(BY) DEPUTY CLERK

ANNA SPRINKLES

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                              *Date*                                            *Signature of Server*

                                                                         _____
                                                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## Attachment A for Summons

Defendants:

1. Chunghwa Picture Tubes, Ltd.
2. Chunghwa Picture Tubes (Malaysia) SDN. BHD.
3. Hitachi, LTD.
4. Hitachi America, LTD.
5. Hitachi Asia, LTD.
6. Irico Group Corp.
7. Irico Display Devices Co., LTD.
8. LG Electronics, Inc.
9. Matsushita Electric Industrial Co, LTD.
10. Panasonic Corporation of North America
11. Orion Electric Co., LTD.
12. Orion America, Inc.
13. Koninklijke Philips Electronics N.V.
14. Philips Electronics North America
15. Samsung SDI Co., LTD.
16. Samsung SDI America, Inc.
17. Samtel Color, LTD.
18. Thai CRT Company, LTD.
19. Toshiba Corporation
20. Beijing-Matsushita Color CRT Company, LTD.
21. LP Displays International, LTD.
22. Matsushita Toshiba Picture Display Co., LTD.

**Attachment B for Summons**

Defendants:

1. Chunghwa Picture Tubes, Ltd.
   No. 1127, Heping Rd.
   Bade City, Taoyuan
   Taiwan

2. Chunghwa Picture Tubes (Malaysia) SDN. BHD.
   Lot 1, Subang Hi-Tech Industrial Park
   Batu Tiga, 4000 Shah Alam
   Selangor Darul Ehsan
   Malaysia

3. Hitachi, LTD.
   6-6, Marunouchi
   1-chome ,Chiyoda-ku,
   Tokyo, 100-8280
   Japan

4. Hitachi America, LTD.
   2000 Sierra Point Parkway
   Brisbane, CA 94005

5. Hitachi Asia, LTD.
   16 Collyer Quay
   #20-00 Hitachi Tower
   Singapore 049318

6. Irico Group Corp.
   1 Caihong Road
   Xianyang City
   Shaanxi Province 712021

7. Irico Display Devices Co., LTD.
   No. 16, Fenghui South Road
   West District Hitech Development Zone
   Xi'an, SXI 710075

8. LG Electronics, Inc.
   LG Twin Towers 20
   Yeouido-dong, Yeongdeungpo-gu
   Seoul, South Korea 150-721

**Attachment B for Summons**

9. Matsushita Electric Industrial Co, LTD.
   1006, Oaza Kadoma
   Kadoma-shi, Osaka 571-8501
   Japan

10. Panasonic Corporation of North America
    1 Panasonic Way
    Secaucus, NJ 07094

11. Orion Electric Co., LTD.
    41-1 Iehisa-cho Echizen-shi
    Fukui 915-8555
    Japan

12. Orion America, Inc.
    Highway 41 North Orion Place
    Princeton, IN

13. Koninklijke Philips Electronics N.V.
    Breitner Center, Amstelplein 2
    1096 BC Amsterdam
    The Netherlands

14. Philips Electronics North America
    1251 Avenue of the Americas
    New York, NY

15. Samsung SDI Co., LTD.
    575 Shin-dong
    Youngtong-gu Suwon
    Kyonggi
    South Korea

16. Samsung SDI America, Inc.
    3333 Michelson Drive, Suite 700
    Irvine, CA

17. Samtel Color, LTD.
    52, Community Centre
    New Friends Colony
    New Delhi 110065

18. Thai CRT Company, LTD.
    1/F 26 Siam Cement Road
    Bangsue Dusit, Bangkok
    Thailand

**Attachment B for Summons**

19. Toshiba Corporation
    1-1, Shibaura 1-chome
    Minato-ku, Tokyo 105-8001
    Japan

20. Beijing-Matsushita Color CRT Company, LTD.
    No. 9 Euxiangiao N. Rd.
    Dashanzi Chaoyang District, Beijing
    China

21. LP Displays International, LTD.
    6th Floor, ING Tower
    308 Des Voeux Road Central
    Sheung Wan, Hong Kong

22. Matsushita Toshiba Picture Display Co., LTD.
    1-1, Saiwai-cho
    Takatsuki-shi, Osaka 569-1193
    Japan

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: PLAINTIFF AND THE PROPOSED CLASS | Ref. No. Or File No.<br>W2490764 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CARROLL CUT-RATE FURNITURE, etc.

Defendant:
CHUNGHWA PICTURE TUBES, LTC., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-0309 MMC |
|---|---|---|---|---|

I, Jeff King, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: See Attachment "A" attached hereto and incorporated herein by this reference

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : HITACHI AMERICA, LTD.

By Serving          : BECKY DEGEORGE, Authorized Agent of CSC-Lawyers Incorporating Service, Agent for Service of Process.

Address             : 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833

Date & Time         : Friday, January 25, 2008 @ 1:58 p.m.

Witness fees were   : Not applicable.

Person serving:
Jeff King
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2004-55
   (3) County: Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 1, 2008        Signature:_____
                                                                       Jeff King


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| | Ref. No. Or File No.<br>W2490766 | |
| Attorneys for: PLAINTIFF AND THE PROPOSED CLASS | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CARROLL CUT-RATE FURNITURE, etc.

Defendant:
CHUNGHWA PICTURE TUBES, LTC., et al.

**PROOF OF SERVICE**

| Date: | Time: | Dept/Div: | Case Number: C08-0309 MMC |

I, B. Anderson, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : PANASONIC CORPORATION OF NORTH AMERICA

By Serving : MARGARET WILSON, Authorized Agent of CT CORPORATION SYSTEM, Agent for Service of Process

Address : 818 W. Seventh Street, Los Angeles, California 90017

Date & Time : Friday, January 25, 2008 @ 2:25 p.m.

Witness fees were : Not applicable.

Person serving:
B. Anderson
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 3991
  (3) County: Los Angeles
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 25, 2008     Signature: _____
                                           B. Anderson


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: PLAINTIFF AND THE PROPOSED CLASS | Ref. No. Or File No.<br>W2490765 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CARROLL CUT-RATE FURNITURE, etc.

Defendant:
CHUNGHWA PICTURE TUBES, LTC., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C08-0309 MMC |
|---|---|---|---|---|

I, Jeff King, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: See Attachment "A" attached hereto and incorporated herein by this reference

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : PHILLIPS ELECTRONIC NORTH AMERICA

By Serving           : BECKY DEGEORGE, Authorized Agent of CSC-Lawyers Incorporating Service, Agent for Service of Process.

Address              : 2730 Gateway Oaks Drive, Suite 100, Sacramento, California 95833

Date & Time          : Friday, January 25, 2008 @ 1:58 p.m.

Witness fees were    : Not applicable.

Person serving:
Jeff King
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 2004-55
  (3) County: Sacramento
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 1, 2008                                    Signature: _____
                                                                          Jeff King


Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| | Ref. No. Or File No. | |
| Attorneys for: PLAINTIFF AND THE PROPOSED CLASS | W2490767 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CARROLL CUT-RATE FURNITURE, etc.

Defendant:
CHUNGHWA PICTURE TUBES, LTC., et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C08-0309 MMC |
|---|---|---|---|---|

I, Gordon Chibana, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: See Attachment "A" attached hereto and incorporated herein by this reference

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

| Defendant | : SAMSUNG SDI AMERICA, INC. |
|---|---|
| By Serving | : DIANA KIM, Secretary/Authorized to Accept Service of Process |
| Address | : 3333 Michelson Dirve, Suite 700, Irvine, California 92612 |
| Date & Time | : Friday, January 25, 2008 @ 10:00 a.m. |
| Witness fees were | : Not applicable. |

Person serving:
Gordon Chibana
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 1490
  (3) County: Orange
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 28, 2008            Signature: _____
                                              Gordon Chibana


Printed on recycled paper

| UNITED STATES DISTRICT COURT | CARROLL CUT-RATE FURNITURE, etc. |
|---|---|
| NORTHERN DISTRICT OF CALIFORNIA | CHUNGHWA PICTURE TUBES, LTC., et al. |
| Case # C08-0309 MMC | |

## Attachment "A"

W2490767

## SAMSUNG SDI AMERICA, INC.

SUMMONS IN A CIVIL CASE; CLASS ACTION COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR CIVIL CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CASE MANAGEMENT CONFERENCE ORDER; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

COMPLAINT; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS [Samsung SDI Co., Ltd.); WAIVER OF SERVICE OF SUMMONS [Samsung SDI Co., Ltd.); SELF ADDRESSED STAMPED ENVELOPE

| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JEFFREY D. FRIEDMAN, ESQ. (173886)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Ave., Suite 202<br>Berkeley, California 94710 | (510) 725-3034 | |
| Attorneys for: PLAINTIFF AND THE PROPOSED CLASS | Ref. No. Or File No.<br>W2490768 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
CARROLL CUT-RATE FURNITURE, etc.

Defendant:
CHUNGHWA PICTURE TUBES, LTC., et al.

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>C08-0309 MMC |
|---|---|---|---|---|

I, Pamela J. Conley, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: See Attachment "A" attached hereto and incorporated herein by this reference

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant           : ORION AMERICA, INC.

By Serving          : BARBARA PARKS, Authorized Agent of United Corporate Services,
                      Agent of Service of Process
Address             : 55 Monument Circle, Suite 422 , Indianapolis, Indiana  46204
Date & Time         : Friday, January 25, 2008 @ 1:40 p.m.
Witness fees were   : Not applicable.

Person serving:
Pamela J. Conley
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:
   (3) County:
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 31, 2008                       Signature: /s/ Pamela J. Conley
                                                        Pamela J. Conley


Printed on recycled paper