UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAGO, INC., on behalf of itself and all others similary situated,

Plaintiff(s),

v.

CHUNGHWA PICTURE TUBES, LTD., et al.,

Defendant(s).

CASE NO. 3:07-cv-5944-SC

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Steven A. Kanner , an active member in good standing of the bar of Supreme Court of Illinois and N.D. Ill. *(particular court to which applicant is admitted)* whose business address and telephone number is Freed Kanner London & Millen LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
(224) 632-4500
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Art's TV & Appliance.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:   2/15/08



IT IS SO ORDERED

Samuel Conti
United States District Judge