BARBARA NELSON (CA 87952)
JEANE HAMILTON (CA 157834)
LIDIA MAHER (CA 222253)
ANNA TRYON PLETCHER (CA 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
Email: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | No. CV-07-5944-SC<br>MDL No. 1917<br><br>Date: April 4, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Samuel Conti |

NOTICE OF MOTION AND MOTION BY THE UNITED STATES
TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)

UNITED STATES' NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the United States Department of Justice files this motion, to be heard April 4, 2008 at 10:00 a.m., before the Court of the Honorable Judge Samuel Conti, United States District Court Senior Judge in the Northern District of California. The government moves under Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure for an order to intervene in this civil action for the purpose of limiting discovery until the conclusion of an ongoing criminal grand jury investigation.

The basis for this motion to intervene is that a grand jury has been empaneled in this judicial district investigating criminal violations that include common questions of fact with this civil case. There is an independent ground for jurisdiction, and this motion is timely.

This motion is based on the attached Memorandum of Points and Authorities and Declaration of Attorney Jeane Hamilton. The government is also filing a proposed order.

Dated: February 21, 2008

Respectfully submitted,

/s/ Jeane Hamilton
Jeane Hamilton
Trial Attorney, Antitrust Division
U.S. Department of Justice

CV-07-5944-SC: Motion to Intervene - Pg 2