BARBARA NELSON (CA 87952)
JEANE HAMILTON (CA 157834)
LIDIA MAHER (CA 222253)
ANNA TRYON PLETCHER (CA 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
Email: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | No. CV-07-5944-SC<br>MDL No. 1917<br><br>Date: April 4, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Samuel Conti |

[PROPOSED] ORDER GRANTING THE GOVERNMENT'S MOTION TO INTERVENE

CV-07-5944-SC - [Proposed] Order: Pg. 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | No. 07-5944-SC<br>MDL No. 1917<br><br>Date: April 4, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Samuel Conti |

### [PROPOSED] ORDER TO INTERVENE

On this date, the Court considered the MOTION BY THE UNITED STATES TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B). The Court finds that there is a "claim that shares with the main action a common question of law or fact" between this civil action and a criminal grand jury investigation. The Court further finds that the government has jurisdictional grounds to intervene, and that its motion is timely.

It is therefore Ordered that the Motion be GRANTED. The United States of America, through the Antitrust Division of the U.S. Department of Justice, is permitted to intervene in this action for the purpose of seeking to limit discovery in this civil action. The parties and the Clerk of the Court are instructed to add the Antitrust Division of the U.S. Department of Justice to the service list in this case.

Date: _____, 2008

_____
United States District Court Senior Judge

CV-07-5944-SC - [Proposed] Order: Pg. 2