Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

Attorneys for Plaintiff Hawel A. Hawel d/b/a City Electronics

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>HAWEL A. HAWEL d/b/a CITY ELECTRONICS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>Defendants.<br><br>Case No. CV-07-6279-SC | PLAINTIFF HAWEL A. HAWEL d/b/a CITY ELECTRONICS' STATEMENT OF NON-OPPOSITION TO MOTION BY THE UNITED STATES TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)<br><br>Date: April 4, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Samuel Conti |

PLAINTIFF HAWEL A. HAWEL d/b/a CITY ELECTRONICS' STATEMENT OF NON-OPPOSITION;
CASE NO. CV-07-5944 SC

Plaintiff Hawel A. Hawel d/b/a City Electronics does not oppose the Motion by the United States to Intervene Under Fed. R. Civ. P. 24(b)1(B).

Dated: February 22, 2008.        Respectfully submitted,

                          By: /s/ Guido Saveri
                              Guido Saveri (22349)
                              R. Alexander Saveri (173102)
                              Cadio Zirpoli (179108)
                              SAVERI & SAVERI, INC.
                              111 Pine Street, Suite 1700
                              San Francisco, CA 94111
                              Telephone:  (415) 217-6810
                              Facsimile:  (415) 217-6813
                              guido@saveri.com
                              rick@saveri.com
                              cadio@saveri.com

                              Attorneys for Plaintiff Hawel A. Hawel
                              d/b/a City Electronics

crt.042

2