Steven A. Kanner (*pro hac vice*)
Douglas A. Millen (*pro hac vice*)
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone:  (224) 632-4500
Facsimile:  (224) 632-4521
skanner@fklmlaw.com
dmillen@fklmlaw.com

Harry Shulman, Esq.  (SB No. 209908)
**THE MILLS LAW FIRM**
145 Marina Boulevard
San Rafael, CA  94901
Telephone:  (415) 455-1326
Facsimile:  (415) 455-1327
harry@themillslawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ART'S TV & APPLIANCE, on behalf of itself and all others similarly situated,<br>　　　　　　　　Plaintiff,<br>　　v.<br>CHUNGHWA PICTURE TUBES, LTD. et al.,<br>　　　　　　　　Defendants.<br><br>Case No. C 07-6416 SC | PLAINTIFF ART'S TV & APPLIANCE'S STATEMENT OF NON-OPPOSITION TO MOTION BY THE UNITED STATES TO INTERVENE UNDER FED.R.CIV.P. 24(b)(1)(B)<br><br>Date: April 4, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Samuel Conti |

PLAINTIFF ART'S TV & APPLIANCE'S STATEMENT OF NON-OPPOSITION TO MOTION BY THE UNITED STATES TO INTERVENE UNDER FED.R.CIV.P. 24(b)(1)(B)　　- 1 -

Case 4:07-cv-05944-JST   Document 84   Filed 02/22/08   Page 2 of 2

Plaintiff Art's TV & Appliance does not oppose the Motion by the United States to Intervene Under Fed.R.Civ.P. 24(b)1(B).

Dated:  February 22, 2008                     Respectfully submitted,

                                       By:    /s/ Douglas A. Millen_____
                                              Steven A. Kanner (*pro hac vice*)
                                              Douglas A. Millen (*pro hac vice*)
                                              **FREED KANNER LONDON & MILLEN LLC**
                                              2201 Waukegan Road, Suite 130
                                              Bannockburn, IL 60015
                                              Telephone:  (224) 632-4500
                                              Facsimile:  (224) 632-4521
                                              skanner@fklmlaw.com
                                              dmillen@fklmlaw.com

                                              Harry Shulman, Esq.  (SB No. 209908)
                                              **THE MILLS LAW FIRM**
                                              145 Marina Boulevard
                                              San Rafael, California 94901
                                              Telephone:  (415) 455-1326
                                              Facsimile:  (415) 455-1327
                                              harry@themillslawfirm.com

PLAINTIFF ART'S TV & APPLIANCE'S STATEMENT OF NON-OPPOSITION TO MOTION BY THE UNITED STATES TO INTERVENE UNDER FED.R.CIV.P. 24(b)(1)(B)     - 2 -