Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:    (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. CV-07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Juetten, et al. v. Chunghwa Picture Tubes, Ltd., et al.* (Case No. 3:07-cv-06225-SC). | **STATEMENT OF NON-OPPOSITION BY PLAINTIFFS MICHAEL JUETTEN AND CHAD KLEBS TO THE UNITED STATES' MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)**<br><br>Date:  April 4, 2008<br>Time:  10:00 a.m.<br>Court: One, 17th Floor<br><br>The Honorable Samuel Conti |

1

STATEMENT OF NON-OPPOSITION BY PLAINTIFFS MICHAEL JUETTEN AND CHAD KLEBS
TO THE UNITED STATES' MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)

Pursuant to Civil Local Rule 7-3(b), indirect-purchaser plaintiffs Michael Juetten and Chad Klebs hereby advise the Court that they do not oppose the United States' Motion to Intervene under Federal Rule of Civil Procedure 24(b)(1)(B), filed on February 21, 2008.

Dated: February 22, 2008

Respectfully submitted,

By: /s/ Francis O. Scarpulla

Craig C. Corbitt
Judith A. Zahid
Matthew R. Schultz
ZELLE HOFMANN VOELBEL MASON
& GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770

Richard M. Hagstrom
Michael Jacobs
ZELLE HOFMANN VOELBEL MASON
& GETTE, LLP
500 Washington Avenue, South, Suite 400
Minneapolis, MN 55415
Telephone:   (612) 339-2020
Facsimile:    (612) 336-9100

*Attorneys for Plaintiffs and the Proposed Class*

1

STATEMENT OF NON-OPPOSITION BY PLAINTIFFS MICHAEL JUETTEN AND CHAD KLEBS
TO THE UNITED STATES' MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Case No. CV-07-05944 SC
MDL No. 1917

## CERTIFICATE OF SERVICE

I, C.P. Cusick, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

STATEMENT OF NON-OPPOSITION BY PLAINTIFFS
MICHAEL JUETTEN AND CHAD KLEBS TO THE
UNITED STATES' MOTION TO INTERVENE UNDER
FED. R. CIV. P. 24(b)(1)(B)

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)
☐ by facsimile transmission to the parties listed below;
☐ by overnight mail to the parties listed below;
☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.
☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the above named addressee(s).
☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: February 22, 2008

*C.P. Cusick*
C.P. Cusick

#3172305

---

2
STATEMENT OF NON-OPPOSITION BY PLAINTIFFS MICHAEL JUETTEN AND CHAD KLEBS TO THE UNITED STATES' MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)