Anthony D. Shapiro (*pro hac vice*)
Ronnie S. Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
tony@hbsslaw.com
ronnie@hbsslaw.com

[Additional Counsel listed on signature page]

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-JCS<br>MDL No. 1917 |
| This Document Relates To:<br><br>CARROLL CUT-RATE FURNITURE, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al*.<br><br>Defendants. | PLAINTIFF CARROLL CUT-RATE FURNITURE'S STATEMENT OF NON-OPPOSITION TO MOTION BY THE UNITED STATES TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B) |

PLTF. CARROLL CUT-RATE FURNITURE'S STATEMENT OF NON-OPPOSITION TO MOT. BY THE U.S. TO INTERVENE – 3:07-cv-05944-JCS
010013-12  225319 V1

- 1 -

Plaintiff Carroll Cut-Rate Furniture does not oppose the Motion by the United States to Intervene Under Fed. R. Civ. P. 24(b)(1)(B).

Dated:  February 22, 2008                                  HAGENS BERMAN SOBOL SHAPIRO LLP

By     s/ Anthony D. Shapiro
   Anthony D. Shapiro (*pro hac vice*)
   Ronnie S. Spiegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
tony@hbsslaw.com
ronnie@hbsslaw.com

Jeff D. Friedman (173886)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
jefff@hbsslaw.com

Steven A. Kanner (*pro hac vice*)
Douglas A. Millen (*pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL  60015
Telephone:  (224) 632-4500
Facsimile:  (224) 632-4521
skanner@fklmlaw.com
dmillen@fklmlaw.com

*Attorneys for Plaintiff and the Proposed Class*