Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

[Additional Counsel Listed on Signature Page]

*Attorneys for Individual and Representative Plaintiff
The Stroud Group, Inc., and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC<br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br><br>THE STROUD GROUP, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants.<br><br>Case No. CV-08-1056-MEJ | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Honorable Samuel Conti |

Pursuant to Local Rule 3-12 ("Related Cases"), Plaintiff The Stroud Group, Inc. submits this administrative motion to consider whether a case filed in this District, *The Stroud Group, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-08-1056-MEJ ("*Stroud*"), should be related to *IN RE: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. CV-07-5944-SC ("*CRT*").

1    Pursuant to Local Rule 3-12(d), Plaintiff states that the *Stroud* and the *CRT* actions allege that many of the same Defendants violated federal antitrust law by illegally fixing the prices of cathode-ray tubes and/or products containing cathode-ray tubes.  Plaintiffs in the *Stroud* and *CRT* actions both raise claims for violations of the Sherman Act, 15 U.S.C. § 1.

Plaintiff The Stroud Group, Inc. is aware of the cases that have been related and consolidated as *CRT*, and the cases subject to multidistrict proceedings, MDL No. 1917, transferred to this District.

It appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

Respectfully submitted,

Dated: February 22, 2008        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:  */s/ Eric B. Fastiff*
       Eric B. Fastiff

Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

| | |
|---|---|
| 1 | Joel C. Meredith |
| | *jmeredith@mcgslaw.com* |
| 2 | Steven J. Greenfogel |
| | *sgreenfogel@mcgslaw.com* |
| 3 | Daniel B. Allanoff |
| | *dallanoff@mcgslaw.com* |
| 4 | MEREDITH COHEN GREENFOGEL & |
| | SKIRNICK, P.C. |
| 5 | 1521 Locust Street, 8th Floor |
| | Philadelphia, PA.  19102 |
| 6 | Telephone:  (215) 564-5182 |
| | Facsimile:  (215) 569-0958 |
| 7 | |
| | Martin E. Grossman |
| 8 | LAW OFFICES OF MARTIN E. GROSSMAN |
| | 2121 Green Brier Drive |
| 9 | Villanova, PA  19085 |
| | Telephone:  (610) 527-3277 |
| 10 | |
| | *Attorneys for Individual and Representative Plaintiff* |
| 11 | *The Stroud Group, Inc., and the Proposed Class* |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |