1  Richard M. Heimann (State Bar No. 063607)
   *rheimann@lchb.com*
2  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
3  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008

7  *Attorneys for Individual and Representative Plaintiff Nathan Muchnick, Inc.*

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        (San Francisco Division)

| 12 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC<br>MDL No. 1917 |
|---|---|---|
| 14 | THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER RELATING CASES** |
| 15 | THE STROUD GROUP, INC., on behalf of itself and all others similarly situated, | |
| 16 | | The Honorable Samuel Conti |
| 17 | Plaintiff, | |
| 18 | v. | |
| 19 | CHUNGHWA PICTURE TUBES, LTD., *et al*., | |
| 20 | Defendants. | |
| 21 | Case No. CV-08-1056-MEJ | |

22

23      On February 22, 2008, Plaintiff The Stroud Group, Inc. filed an Administrative Motion to

24  Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12.  The time for

25  filing an opposition or statement of support has passed.  The Court having considered the papers

26  and pleadings on file, and good cause appearing,

27      HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should

28  be Related.

750452.1                          -1-                    [PROPOSED] ORDER RELATING CASES
                                                              CASE NO. 07-CV-5944-SC

1
2       IT IS ORDERED that *The Stroud Group, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*,
3    Case No. CV-08-1056-MEJ, be related to *IN RE: Cathode Ray Tube (CRT) Antitrust Litigation*,
4    Case No. CV-07-5944-SC.
5
6       **IT IS SO ORDERED.**
7
8    Dated:_____
                                         The Honorable Samuel Conti
9                                        United States District Judge

750452.1                           -2-                    [PROPOSED] ORDER RELATING CASES
                                                                 CASE NO. 07-CV-5944-SC