Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

[Additional Counsel Listed on Signature Page]

*Attorneys for Individual and Representative Plaintiff
The Stroud Group, Inc., and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| THE STROUD GROUP, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants. | Case No. CV-08-1056-MEJ<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE**, pursuant to Local Rule 3-13, Plaintiff The Stroud Group, Inc. provides notice that *The Stroud Group, Inc.  v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. CV-08-1056-MEJ ("*Stroud*"), involves all or a material part of the same subject matter and all or substantially all of the same parties in actions coordinated and captioned *IN RE: Cathode Ray Tube (CRT) Antitrust Litigation ("CRT")*, Case No. 07-5944-SC, and *IN RE: Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917.

Pursuant to Local Rule 3-12, Plaintiff has filed in *CRT* an Administrative Motion to consider whether *Stroud* should be related to the *CRT* actions.

Respectfully submitted,

Dated: February 22, 2008         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:    */s/ Eric B. Fastiff*
      Eric B. Fastiff

Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joel C. Meredith
*jmeredith@mcgslaw.com*
Steven J. Greenfogel
*sgreenfogel@mcgslaw.com*
Daniel B. Allanoff
*dallanoff@mcgslaw.com*
MEREDITH COHEN GREENFOGEL &
   SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA.  19102
Telephone:  (215) 564-5182
Facsimile:  (215) 569-0958

Martin E. Grossman
LAW OFFICES OF MARTIN E. GROSSMAN
2121 Green Brier Drive
Villanova, PA  19085
Telephone:  (610) 527-3277

*Attorneys for Individual and Representative Plaintiff The Stroud Group, Inc., and the Proposed Class*