1  Richard M. Heimann (State Bar No. 063607)
   *rheimann@lchb.com*
2  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
3  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
4  Brendan Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
5  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
6  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
7  Facsimile:  (415) 956-1008

8  [Additional Counsel Listed on Signature Page]

9  *Attorneys for Individual and Representative Plaintiff
   The Stroud Group, Inc., and the Proposed Class*

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         (San Francisco Division)

| | |
|---|---|
| THE STROUD GROUP, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants. | Case No. CV-08-1056-MEJ<br><br>**PLAINTIFF THE STROUD GROUP, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO <u>LOCAL RULE 3-16</u>** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceedings, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The Stroud Group, Inc.

No publicly-traded entity owns any share of The Stroud Group, Inc., plaintiff in the above-entitled action.

Respectfully submitted,

Dated: February 22, 2008  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Eric B. Fastiff*
 Eric B. Fastiff

Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
Brendan Glackin (State Bar No. 199643)
*bglackin@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joel C. Meredith
*jmeredith@mcgslaw.com*
Steven J. Greenfogel
*sgreenfogel@mcgslaw.com*
Daniel B. Allanoff
*dallanoff@mcgslaw.com*
MEREDITH COHEN GREENFOGEL &
 SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA.  19102
Telephone:  (215) 564-5182
Facsimile:  (215) 569-0958

Martin E. Grossman
LAW OFFICES OF MARTIN E. GROSSMAN
2121 Green Brier Drive
Villanova, PA  19085
Telephone:  (610) 527-3277

*Attorneys for Individual and Representative Plaintiff The Stroud Group, Inc., and the Proposed Class*

750419.1 - 2 - PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES
CASE NO. CV-08-1056-MEJ