1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. RUSSELL, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA  94123
4  Telephone:  (415) 563-7200
   Facsimile: (415) 346-0679
5  E-mail: malioto@tatp.com
   laurenrussell@tatp.com
6
7  JOSEPH M. PATANE, ESQ. (72202)
   LAW OFFICE OF JOSEPH M. PATANE
8  2280 Union Street
   San Francisco, CA  94123
9  Telephone:  (415) 563-7200
   Facsimile: (415) 346-0679
10 E-mail: jpatane@tatp.com

11 Attorneys for Plaintiff Jeffrey Figone
12 And All Others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **STATEMENT OF NON-OPPOSITION BY PLAINTIFF JEFFREY FIGONE TO THE UNITED STATES' MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)** |
| **This document relates to:** | Date: April 4, 2008 |
| *Figone v. LG Electronics, Inc., et al.,* Case No. 3:07-cv-06331 SC | Time: 10:00 a.m. |
| | Court: One, 17th Floor |
| | The Honorable Samuel Conti |

71811.1

**STATEMENT OF NON-OPPOSITION BY PLAINTIFF JEFFREY FIGONE TO THE UNITED STATES' MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B), MDL NO. 1917**

1    Pursuant to Civil Local Rule 7-3(b), indirect purchaser plaintiff Jeffrey Figone hereby
2 advises the Court that he does not oppose the United States' Motion to Intervene under Federal
3 Rule of Civil Procedure 24(b)(1)(B), filed on February 21, 2008.

4 Dated: February 22, 2008            Respectfully submitted,

5                                     **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

6

7                                     By:    /s/ Mario N. Alioto
                                             Mario N. Alioto (56433)
8                                            Lauren C. Russell (241151)
                                             2280 Union Street
9                                            San Francisco, California 94123
                                             Telephone: (415) 563-7200
10                                           Facsimile: (415) 346-0679
                                             E-mail: malioto@tatp.com
11                                           laurenrussell@tatp.com

12
                                             Joseph M. Patane (72202)
13                                           LAW OFFICE OF JOSEPH M. PATANE
                                             2280 Union Street
14                                           San Francisco, CA  94123
                                             Telephone:  (415) 563-7200
15                                           Facsimile: (415) 346-0679
                                             E-mail: jpatane@tatp.com
16

17                                           Lawrence G. Papale (67068)
                                             LAW OFFICES OF LAWRENCE G. PAPALE
18                                           1308 Main Street #117
                                             St. Helena, CA 94574
19                                           Telephone: (707) 963-1704
                                             Facsimile: (707) 963-0706
20                                           E-mail: lgpapale@papalelaw.com
21
                                             *Attorneys for Plaintiff Figone And All Others*
22                                           *Similarly Situated*

23

24

25

26

27
                                             - 1 -
28
**STATEMENT OF NON-OPPOSITION BY PLAINTIFF JEFFREY FIGONE TO THE UNITED STATES'
MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B), MDL NO. 1917**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 22nd day of February 2008, the foregoing Statement of Non-Opposition By Plaintiff Jeffrey Figone to the United States' Motion to Intervene Under Fed. R. Civ. P. 24(b)(1)(B), was electronically filed and served on all parties via ECF, and is available for viewing and downloading from the ECF system.

      /s/ Lauren C. Russell
          Lauren C. Russell