MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiff Jeffrey Figone
And All Others Similarly Situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **[PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS** |
| **This document relates to:** | Date: April 4, 2008 |
| | Time: 10:00 a.m. |
| **ALL INDIRECT PURCHASER ACTIONS** | Court: One, 17th Floor |
| | The Honorable Samuel Conti |

71811.1

**[PROPOSED] ORDER APPPOINTING INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**

1       The Court, having considered the applications of counsel, and the requirements of
2  the Federal Rules of Civil Procedure, concludes that Trump, Alioto, Trump & Prescott, LLP
3  ("TATP") can effectively represent the indirect purchaser plaintiff class in this litigation.  TATP
4  is hereby appointed Interim Lead Counsel for the Indirect Purchaser Plaintiffs.
5       Interim Lead Counsel for the Indirect Purchaser Plaintiffs shall have the following
6  responsibilities:
7       1.   To coordinate and make work assignments to promote efficient prosecution of this
8  litigation and to avoid duplication of work;
9       2.   To initiate and conduct all discovery proceedings and communicate with
10 Defendants' counsel with respect to same on all issues related to the Indirect Purchaser Plaintiff
11 Class;
12      3.   To coordinate all motions, requests for discovery, experts and other pretrial
13 proceedings regarding the position of all the Indirect Purchaser Plaintiffs. No motion, request for
14 discovery, or other pretrial proceedings in this litigation shall be initiated or filed by any class
15 member except through Interim Lead Counsel;
16      4.   To meet with defense counsel with respect to settlement and other matters on
17 behalf of the Indirect Purchaser Plaintiffs;
18      5.   To record and administer all time and expenses of counsel and staff in the Indirect
19 Purchaser Plaintiffs' class action cases in a form set forth by Interim Lead Counsel on a monthly
20 basis or on such other schedule as may be established. Failure to maintain and timely submit such
21 records will be considered in any fee allocation and may constitute grounds for denying court-
22 awarded attorneys' fees; and
23      6.   To assess plaintiffs' law firms' common litigation costs and to collect assessments
24 on a regular basis.
25 //
26 //
27
28

- 1 -

**[PROPOSED] ORDER APPPOINTING INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**

1   **IT IS SO ORDERED.**

3   Dated: _____          _____
                                            Honorable Samuel Conti
4                                           United States District Judge

**[PROPOSED] ORDER APPPOINTING INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**