1    MARIO N. ALIOTO, ESQ. (56433)
      LAUREN C. RUSSELL, ESQ. (241151)
2    TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
      2280 Union Street
3    San Francisco, CA  94123
      Telephone:  (415) 563-7200
4    Facsimile: (415) 346-0679
      E-mail: malioto@tatp.com
5           laurenrussell@tatp.com

6

7    JOSEPH M. PATANE, ESQ. (72202)
      LAW OFFICE OF JOSEPH M. PATANE
8    2280 Union Street
      San Francisco, CA  94123
9    Telephone:  (415) 563-7200
      Facsimile: (415) 346-0679
10   E-mail: jpatane@tatp.com

11
      Attorneys for Plaintiff Jeffrey Figone
12   And All Others Similarly Situated

13                   **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** ) ) ) ) ) ) ) | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **PROOF OF SERVICE** |
| **This document relates to:** ) ) | Date: April 4, 2008 |
| **ALL INDIRECT PURCHASER ACTIONS** ) ) ) ) | Time: 10:00 a.m. |
| | Court: One, 17th Floor |
| | The Honorable Samuel Conti |

71811.1

1    I, Lauren C. Russell, declare as follows:

2    I am a resident of the State of California, over the age of eighteen years, and not a party to

3    the within action. I am employed in the State of California, where the mailing occurs, and my

4    business address is TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP, 2280 Union Street, San

5    Francisco, California 94123.

6    On February 23, 2008, I served a true and correct copy of the following document(s):

7    **1.**    **PLAINTIFF JEFFREY FIGONE'S NOTICE OF MOTION AND
            MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL**

8            **FOR THE INDIRECT PURCHASER CLASS**

9    **2.**    **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF
            PLAINTIFF JEFFREY FIGONE'S MOTION FOR APPOINTMENT**

10           **OF INTERIM LEAD COUNSEL FOR THE INDIRECT
            PURCHASER CLASS**

11

12   **3.**    **[PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL
            FOR THE INDIRECT PURCHASER CLASS**

13

14   by USDC Live System-Document Filing System on all interested parties registered for e-filing.

15   In addition, I served the above documents on the following interested parties by electronic

16   mail:

17   Anthony J. Bolognese                          Robert N. Kaplan
     BOLOGNESE & ASSOCIATES, LLC                   KAPLAN FOX & KILSHEIMER, LLP

18   1500 JFK Boulevard, Suite 320                 850 Third Avenue, 14th Fl.
     Philadelphia, PA 19102                        New York, NY 10022

19   abolognese@bolognese-law.com                  rkaplan@kaplanfox.com

20
     Gordon Ball                                   Daniel R. Karon

21   BALL & SCOTT                                  GOLDMAN SCARLATO & KARON, PC
     550 Main Avenue, Suite 750                    55 Public Square, Suite 1500

22   Knoxville, TN 37902                           Cleveland, OH 44113-1998
     gball@ballandscott.com                        karon@gsk-law.com

23

24   Krishna B. Narine                             Isaac L. Diel
     LAW OFFICE OF KRISHNA B. NARINE               SHARP MCUEEN

25   7839 Montgomery Avenue                        135 Oak Street
     Elkins Park, PA 19027                         Bonner Springs, KS 66012

26   knarine@kbnlaw.com                            dslawkc@aol.com

27

28
                                            - 1 -

| | | |
|---|---|---|
| 1 | Donna F. Solen | Charles M. Kester |
| 2 | THE MASON LAW FIRM, LLP | THE KESTER LAW FIRM |
| | 1225 19th Street, N.W. | P.O. Box 184 |
| 3 | Suite 500 | Fayetteville, AR 72702-0184 |
| | Washington, DC 20036 | cmkester@nwark.com |
| 4 | dsolen@masonlawdc.com | |
| 5 | Bruce Mulkey | Jeffrey Alan Klafter |
| | THE MULKEY ATTORNEYS GROUP, | KLAFTER & OLSEN LLP |
| 6 | P.A. | 1311 Mamaroneck Avenue, Suite 220 |
| 7 | 1039 W. Walnut, Suite 3 | White Plains, NY 10602 |
| | Rogers, AR 72756 | jak@klafterolsen.com |
| 8 | bruce@mulkeylaw.com | |
| 9 | Christopher Lovell | Jeffrey D. Bores |
| 10 | LOVELL STEWART HALEBIAN LLP | CHESTNUT & CAMBRONNE |
| | 500 Fifth Avenue, Floor 58 | 222 9th Street, Suite 3700 |
| 11 | New York, NY 10110 | Minneapolise, MN 55402 |
| | clovell@lshllp.com | jbores@chestnutcambronne.com |
| 12 | | |
| 13 | Lisa J. Rodriguez | W. Joseph Bruckner |
| | TRUJILLO, RODRIGUEZ & RICHARDS, | LOCKRIDGE GRINDAL & NAUEN PLLP |
| 14 | LLP | 100 Washington Avenue South, Suite 2200 |
| | 8 Kings Highway West | Minneapolis, MN 55401 |
| 15 | Haddonfield, NJ 08033 | wjbruckner@locklaw.com |
| | lisa@trrlaw.com | |
| 16 | | |
| 17 | Joseph M. Alioto | Brian L. Clobes |
| | ALIOTO LAW FIRM | CAFFERTY FAUCHER LLP |
| 18 | 555 California Street, 31 st Fl. | 1717 Arch Street, 36 th Floor |
| | San Francisco, CA 94104 | Philadelphia, PA 19103 |
| 19 | jmalioto@aliotolaw.com | bclobes@caffertyfaucher.com |
| 20 | Lee Albert | James E. Cecchi |
| 21 | MAGER GOLDSTEIN, LLP | CARELLA BYRNE BAIN GILFILLIAN ET |
| | 1818 Market Street, Suite 3710 | AL. |
| 22 | Philadelphia, PA 19103 | 5 Becker Farm Road |
| | lalbert@magergoldstein.com | Roseland, NJ 07068 |
| 23 | | jcecchi@carellabyrne.com |
| 24 | Mary G. Kirkpatrick | Samuel D. Heins |
| 25 | KIRKPATRICK & GOLDSBOROUGH, | HEINS MILLS & OLSEN, PLC |
| | PLLC | 310 Clifton Avenue |
| 26 | Lakewood Commons | Minneapolis, MN 55403 |
| | 1233 Shelburne Road, Suite E-1 | sheins@heinsmills.com |
| 27 | South Burlington, VT 05401 | |
| | mkirk@vtlawfirm.com | |
| 28 | | |

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK, PC
1521 Locust Street, 8th Fl.
Philadelphia, PA 19102
sgreenfogel@mcgslaw.com

Barry Bendes
EDWARDS ANGELL PALMER &
DODGE, LLP
750 Lexington Avenue
New York, NY 10022
bbendes@eapdlaw.com

Christopher M. Curran
WHITE & CASE LLP
701 13th Street, N.W.
Washington, DC 20005
ccurran@whitecase.com

Kent M. Roger
MORGAN LEWIS & BOCKIUS, LLP
One Market Plaza
Spear Tower
San Francisco, CA 94105
Kroger@morganlewis.com

Gary L. Halling
James L. McGinnis
SHEPPARD MULLINS RICHTER &
HAMPTON, LLP
4 Embarcadero Center, 17 th Fl.
San Francisco, CA 94111-4109
ghalling@sheppardmullin.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 23, 2008, at San Francisco, California.

/s/ Lauren C. Russell
Lauren C. Russell

**PROOF OF SERVICE, MDL NO. 1917**