BRUCE L. SIMON (Bar No. 96241)
  bsimon@psswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

P. JOHN BRADY
  jbrady@stklaw.com
DANIEL D. OWEN
  dowen@stklaw.com
SHUGHART THOMSON & KILROY, PC
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile:  (816) 374-0509

*Attorneys for Direct Purchaser Plaintiff Crago, Inc.
and the Proposed Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **JOINT STATEMENT OF NON-OPPOSITION TO MOTION BY UNITED STATES TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)**<br><br>Date:   April 4, 2008<br>Time:   10:00 a.m.<br>Ctrm:   1, 17th Floor<br><br>Honorable Samuel Conti |

**JOINT STATEMENT OF NON-OPPOSITION TO MOTION BY UNITED STATES TO INTERVENE**

Pursuant to Civil Local Rule 7-3(b), Direct Purchaser Plaintiffs Crago, Inc., Nathan Muchnick, Inc., Meijer, Inc., Meijer Distribution, Inc., Arch Electronics, Inc., Industrial Computing, Inc., Wettstein and Sons, Inc., Monikraft, Inc., Royal Data Services, Inc., OK TV& Appliances, LLC, Univision-Crimson Holding, Inc., Central New York Univision Video Systems, Inc., Crimson Tech, Inc., Radio & TV Equipment, Inc., Sound Investments Corporation, and The Stroud Group, Inc. hereby state their non-opposition to the Motion by the United States to Intervene under Federal Rule of Civil Procedure 24(b)(1)(B).  Plaintiffs, however, reserve their right to oppose any requests by the United States to limit discovery in this litigation.

Plaintiffs herein are filing this joint statement in the interest of conserving judicial resources and because certain of the Plaintiffs named are awaiting transfer of their cases to this district pursuant to the Judicial Panel on Multidistrict Litigation's recent transfer order.  A summary of the Plaintiffs joining in this Statement of Non-Opposition is attached hereto as Exhibit A.

Dated:  February 25, 2008            By:    /s/ Bruce L. Simon
                                            Bruce L. Simon
                                            Esther L. Klisura
                                            PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
                                            44 Montgomery Street, Suite 1200
                                            San Francisco, California 94104
                                            Telephone: (415) 433-9000
                                            Facsimile:  (415) 433-9008

                                            *Attorneys for Direct Purchaser Plaintiff Crago, Inc.*

                                            P. John Brady
                                            Daniel D. Owen
                                            SHUGHART THOMSON & KILROY, PC
                                            Twelve Wyandotte Plaza
                                            120 West 12th Street
                                            Kansas City, Missouri 64105
                                            Telephone: (816) 421-3355
                                            Facsimile:  (816) 374-0509

                                            *Attorneys for Direct Purchaser Plaintiff Crago, Inc.*

/ / /

JOINT STATEMENT OF NON-OPPOSITION TO MOTION BY UNITED STATES TO INTERVENE            1

1  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing
2  of this document has been obtained from the attorneys below.

3

4  Richard M. Heimann
   Joseph R. Saveri
5  Eric B. Fastiff
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
6  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
7  Telephone:    (415) 956-1000
   Facsimile:    (415) 956-1008
8
   *Attorneys for Direct Purchaser Plaintiffs Nathan Muchnick, Inc., and The Stroud Group, Inc.*
9
   H. Laddie Montague, Jr.
10 Ruthanne Gordon
   Candice Enders
11 BERGER & MONTAGUE, PC
   1622 Locust Street
12 Philadelphia, PA 19103
   Telephone:    (215) 875-3000
13 Facsimile:    (215) 875-4604

14 *Attorneys for Direct Purchaser Plaintiff Nathan Muchnick, Inc.*

15 Robert N. Kaplan
   Linda P. Nussbaum
16 Gregory K. Arenson
   KAPLAN FOX & KILSHEIMER LLP
17 850 Third Avenue, 14th Floor
   New York, NY 10022
18 Telephone:    (212) 687-1980
   Facsimile:    (212) 687-7714
19
   *Attorneys for Direct Purchaser Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and Arch
20 Electronics, Inc.*

21 Anthony J. Bolognese
   Joshua H. Grabar
22 BOLOGNESE & ASSOCIATES, LLC
   1500 JFK Boulevard, Suite 320
23 Philadelphia, PA 19102
   Telephone:    (215) 814-6751
24 Facsimile:    (215) 814-6764

25 *Attorneys for Direct Purchaser Plaintiff Arch Electronics, Inc.*

26 / / /

27 / / /

28 / / /

JOINT STATEMENT OF NON-OPPOSITION TO MOTION BY UNITED STATES TO INTERVENE    2

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
Telephone:     (415) 777-2230
Facsimile:     (415) 777-5189

*Attorneys for Direct Purchaser Plaintiff Industrial Computing, Inc.*

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON, PLC
310 Clifton Avenue
Minneapolis, MN 55403
Telephone:     (612) 338-4605
Facsimile:     (612) 338-4692

*Attorneys for Direct Purchaser Plaintiff Wettstein and Sons, Inc.*

Michael P. Lehmann
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone:     (415) 229-2080
Facsimile:     (415) 986-3643

*Attorneys for Direct Purchaser Plaintiff Monikraft, Inc.*

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2197
Telephone:     (612) 339-6900
Facsimile:     (612) 339-0981

*Attorneys for Direct Purchaser Plaintiffs Royal Data Services, Inc., and OK TV& Appliances, LLC*

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
BERMAN DEVALERIO PEASE & TABACCO, PC
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone:     (415) 433-3200
Facsimile:     (415) 433-6382

*Attorneys for Direct Purchaser Plaintiffs Univision-Crimson Holding, Inc., Central New York Univision Video Systems, Inc., and Crimson Tech, Inc.*

/ / /

/ / /

**JOINT STATEMENT OF NON-OPPOSITION TO MOTION BY UNITED STATES TO INTERVENE**      3

1 | Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
2 | 650 Northstar East
608 Second Avenue South
3 | Minneapolis, MN 55402
Telephone:   (612) 333-8844
4 | Facsimile:    (612) 339-6622

5 | *Attorneys for Direct Purchaser Plaintiffs Radio & TV Equipment, Inc., and Sound Investments Corporation*