*In re Cathode Ray Tube (CRT) Antitrust Litigation*

# EXHIBIT A

# PLAINTIFFS JOINING IN STATEMENT OF NON-OPPOSITION

| Plaintiffs | District | Case No. | Plaintiffs' Counsel |
|---|---|---|---|
| Crago, Inc. | Northern Dist. of California | 07-5944 | Pearson, Simon, Soter, Warshaw & Penny, LLP<br><br>Shughart Thomson & Kilroy, PC |
| Nathan Muchnick, Inc. | Northern Dist. of California | 07-5981 | Lieff, Cabraser, Heimann & Bernstein, LLP<br><br>Berger & Montague, PC |
| Meijer, Inc. and Meijer Distribution, Inc. | Southern Dist. of New York | 07-10674 | Kaplan Fox & Kilsheimer LLP<br><br>Vanek, Vickers & Masini PC<br><br>Sperling & Slater |
| Arch Electronics, Inc. | Southern Dist. of New York | 07-10664 | Kaplan Fox & Kilsheimer LLP<br><br>Bolognese & Associates, LLC |
| Industrial Computing, Inc. | Southern Dist. of New York | 07-11203 | Klafter & Olsen LLP<br><br>Gold Bennett Cera & Sidener LLP |
| Wettstein and Sons, Inc. d/b/a Wettstein's | Dist. of Minnesota | 07-4889 | Heins Mills & Olson, PLC<br><br>Johns Flaherty & Collins SC<br><br>Meredith Cohen Greenfogel & Skirnick, PC |

| | | | |
|---|---|---|---|
| Monikraft, Inc. | Northern Dist. of California | 07-6433 | Cohen, Milstein, Hausfeld & Toll, PLLC<br><br>Shaffer & Gaier, LLP<br><br>Steyer Lowenthal Boodrakas Alvarez & Smith LLP<br><br>Shepherd, Finkelman, Miller & Shah, LLC<br><br>Fine, Kaplan and Black |
| Royal Data Services, Inc. | Dist. of New Jersey | 08-0039 | Trujillo, Rodriguez & Richards, LLP<br><br>Lockridge Grindal Nauen, PLLP |
| OK TV & Appliances, LLC | Dist. of New Jersey | 08-0086 | Trujillo, Rodriguez & Richards, LLP<br><br>Lockridge Grindal Nauen, PLLP |
| Univision-Crimson Holding, Inc., Central New York Univision Video Systems, Inc., and Crimson Tech, Inc. | Northern Dist. of California | 08-0494 | Berman DeValerio Pease & Tobacco, PC |
| Radio & TV Equipment, Inc. | Dist. of New Jersey | 08-0542 | Trujillo, Rodriguez & Richards, LLP<br><br>Gustafson Gluek PLLC<br><br>Gergosian & Gralewski LLP<br><br>RodaNast, PC<br><br>Neblett Beard & Arsenault |
| Sound Investments Corporation | Dist. of New Jersey | 08-0543 | Trujillo, Rodriguez & Richards, LLP<br><br>Gustafson Gluek PLLC<br><br>Wexler Toriseva Wallace LLP<br><br>Freedman Boyd Hollander Goldberg & Ives, PA |

| The Stroud Group, Inc. | Northern Dist. of California | 08-1056 | Lieff, Cabraser, Heimann & Bernstein, LLP |
| | | | Meredith Cohen Greenfogel & Skirnick, PC |
| | | | Law Offices of Martin E. Grossman |