Guido Saveri (22349) (guido@saveri.com)
R. Alexander Saveri (173102) (rick@saveri.com)
Cadio Zirpoli (179108) (cadio@saveri.com)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Plaintiff Paula Call

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) LITIGATION | Case No. CV-07-5944 SC |
| This Document Relates to: | **PLAINTIFF PAULA CALL'S ADMINISTRATIVE MOTION TO RELATE CASES** |
| PAULA CALL, on behalf of herself and all others similarly situated, | |
| Plaintiff, | |
| v. | |
| CHUNGHWA PICTURE TUBES, LTD., *et al.* | |
| Defendants. | |
| Case No. CV-08-1032-MMC | |

ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. CV-07-5944 SC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Paula Call submits this Administrative Motion pursuant to Civil Local Rule 3-12 to consider whether a case filed in this District, *Paula Call v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. CV-08-1032-MMC ("*Call*") should be related to *IN RE: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. CV-07-5944-SC ("*CRT*").

Pursuant to Local Rule 3-12(d), Plaintiff Paula Call states that *Call* and the *CRT* actions allege that many of the same Defendants violated federal antitrust laws by illegally fixing the prices of cathode ray tubes and/or products containing cathode ray tubes. Plaintiffs in the *Call* and *CRT* actions raise claims for violations of the Sherman Act, 15 U.S.C. § 1.

Plaintiff Paula Call is aware of the cases that have been related and consolidated as *CRT*, and the cases subject to multidistrict proceedings, MDL No. 1917, transferred to this District.

It appears likely that there will be an unduly burdensome duplication of labor and expenses or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

DATED:  February 25, 2008                         SAVERI & SAVERI, INC.

*/s/ Cadio Zirpoli*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
111 Pine Street, Suite 1700
San Francisco, CA   94111
Telephone: (415) 217-6810

Lawrence D. McCabe
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
New York, NY 10016
Telephone: (212) 682-1818

John G. Emerson
Scott E. Poynter
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201
Telephone: (501) 907-2555

Mark Reinhardt
Garrett D. Blanchfield
REINHARDT WENDORF & BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100

Attorneys for Plaintiff Paula Call