1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) LITIGATION | Case No. CV-07-5944 SC |
| This Document Relates to:<br><br>PAULA CALL, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>        Defendants.<br><br>Case No. CV-08-1032-MMC | **[PROPOSED] ORDER RELATING CASES** |

[PROPOSED] ORDER RELATING CASES
CASE NO. C-07-5944 SC

1  On February 25, 2008 Plaintiff Paula Call filed an Administrative Motion to Relate Cases
2 pursuant to Civil Local Rule 3-12.  The time for filing an opposition or statement of support has
3 passed.  The Court having considered the papers and pleadings on file, and good cause appearing,
4  HEREBY GRANTS Plaintiff's Administrative Motion to Relate Cases.
5  IT IS SO ORDERED that *Paula Call, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, Case
6 No. CV-08-1032-MMC, be related to *IN RE: Cathode Ray Tube (CRT) Antitrust Litigation*, Case
7 No. CV-07-5944-SC.

9  **IT IS SO ORDERED.**

11 Dated: _____          _____
                                   The Honorable Samuel Conti
12                                 United States District Judge

crt.041

[PROPOSED] ORDER RELATING CASES
CASE NO. C-07-5944 SC