Henry A. Cirillo (131527; hcirillo@furth.com)
Thomas P. Dove (51921; tdove@furth.com)
Michael S. Christian (212716; mchristian@furth.com)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile:  (415) 982-2076

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:    (312) 332-3400
Facsimile:    (312) 676-2676

Joseph M. Alioto (42680; sexton@aliotolaw.com)
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:   (415) 434-9200

Attorneys for Plaintiff Mark Pierce
and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |
| This Document Relates to:<br><br>*Pierce v. Beijing-Matsushita Color CRT Company, Ltd., et al.*, Case No. 3:08-cv-00337 MMC | |

92216.1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 – Case No. CV-07-5944 SC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Mark Pierce submits this administrative motion to consider whether this action, *Pierce v. Beijing-Matsushita Color CRT Company, Ltd., et al.*, Case No. 3:08-cv-00337 MMC ("*Pierce*"), should be related to *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (Case No. CV-07-5944 SC), transferred to the Honorable Samuel Conti on February 15, 2008 by the Judicial Panel on Multidistrict Litigation.

The *Pierce* action and *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, along with similar antitrust actions that have been filed and related, involve substantially duplicative or overlapping parties, and concern the same wrongful acts and occurrences. Specifically, the cases are proposed class actions on behalf of purchasers of cathode ray tubes ("CRTs"). Both the *Pierce* action and the MDL proceeding allege a conspiracy to fix, maintain, and inflate the prices of CRTs sold in the United States. Both allege a violation of Section 1 of the Sherman Antitrust Act.

Civil Local Rule 3-12 provides that actions are related when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

Having the cases proceed independently will result in duplicative motions and discovery because they raise the same, or substantially the same, questions of fact and law. In contrast, consolidation before a single judge will allow conservation of the parties' resources and judicial resources, and avoid the potential for conflicting results. Indeed, an order relating the cases will allow the parties to streamline the coordination of case management and initial disclosure dates as well as deadlines for responding to the complaints and/or the filing of motions to dismiss.

1  In light of the closely-related nature of the two cases identified herein,
2  plaintiff respectfully submits that *Pierce* is a related case and should be transferred to the
3  Honorable Samuel Conti.
4  Dated: February 25, 2008                Respectfully submitted,

6                                By:    /s/ Henry A. Cirillo

7                                       Henry A. Cirillo (S.B. No. 131527)
                                        Thomas P. Dove (S.B. No. 51921)
8                                       Michael S. Christian (S.B. No. 212716)
                                        THE FURTH FIRM LLP
9                                       225 Bush Street, 15th Floor
                                        San Francisco, California 94104-4249
10                                      Telephone: (415) 433-2070
                                        Facsimile:  (415) 982-2076

12                                      Marvin A. Miller
                                        Lori A. Fanning
                                        Matthew E. Van Tine
13                                      MILLER LAW LLC
                                        115 South LaSalle Street, Suite 2910
14                                      Chicago, IL 60603
                                        Telephone:    (312) 332-3400
15                                      Facsimile:    (312) 676-2676

16                                      Joseph M. Alioto (S.B. No. 42680)
                                        ALIOTO LAW FIRM
17                                      555 California Street, 31st Floor
                                        San Francisco, CA 94104
18                                      Telephone:    (415) 434-8900
                                        Facsimile:    (415) 434-9200

                                        *Attorneys for Plaintiff Mark Pierce and the*
20                                              *Proposed Class*

# CERTIFICATE OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12;**

2. **DECLARATION OF HENRY A. CIRILLO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12;**

3. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12; and**

4. **CERTIFICATE OF SERVICE**.

☑ **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

Executed on February 25, 2008 at San Francisco, California.

Signed /s/   Robert L. Newman

92241.1

CERTIFICATE OF SERVICE – Case No. CV-07-5944 SC