UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Pierce v. Beijing-Matsushita Color CRT Company, Ltd., et al.*, Case No. 3:08-cv-00337 MMC | Case No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

On February 25, 2008, Mark Pierce, plaintiff in *Pierce v. Beijing-Matsushita Color CRT Company, Ltd., et al.*, Case No. 3:08-cv-00337 MMC, filed an Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12. The Court having considered the papers and pleadings on file, and good cause appearing, **HEREBY GRANTS** the Motion.

92218.1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12 – Case No. CV-07-5944 SC

-2-

1   **IT IS HEREBY ORDERED** that the following case is related to *In re:*
2   *Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (Case No. CV-07-5944 SC):
3          1.   *Mark Pierce v. Beijing-Matsushita Color CRT Company, Ltd., et al.*,
4               Case No. 3:08-cv-00337, filed on January 17, 2008 and assigned to
5               the Honorable Maxine M. Chesney.

7   Dated: _____, 2008

                                                  _____
                                                  Hon. Samuel Conti
                                                  Judge of the District Court for the
                                                  Northern District of California