Henry A. Cirillo (131527; hcirillo@furth.com)
Thomas P. Dove (51921; tdove@furth.com)
Michael S. Christian (212716; mchristian@furth.com)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile:  (415) 982-2076

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs Barbara Caldwell,
Mark Pierce and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**STATEMENT OF NON-OPPOSITION BY PLAINTIFFS BARBARA CALDWELL AND MARK PIERCE TO THE UNITED STATES' MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)** |
| This Document Relates to:<br><br>*Caldwell v. Matsushita Electric Industrial Co., Ltd., et al.*, Case No. 3:07-cv-06303 SC<br><br>*Pierce v. Beijing-Matsushita Color CRT Company, Ltd., et al.*, Case No. 3:08-cv-00337 MMC | |

Pursuant to Civil Local Rule 7-3(b), indirect-purchaser plaintiffs Barbara Caldwell and Mark Pierce[1] hereby advise the Court that they do not oppose the United States' Motion to Intervene under Federal Rule of Civil Procedure 24(b)(1)(B), filed on February 21, 2008.  Plaintiffs Caldwell and Pierce, however, reserve their right to oppose any requests by the United States to limit discovery in this litigation.

Dated:  February 25, 2008

Respectfully submitted,

By:  /s/ Henry A. Cirillo
Henry A. Cirillo (S.B. No. 131527)
Thomas P. Dove (S.B. No. 51921)
Michael S. Christian (S.B. No. 212716)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile:  (415) 982-2076

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:    (312) 332-3400
Facsimile:     (312) 676-2676

*Attorneys for Plaintiffs Barbara Caldwell, Mark Pierce and the Proposed Class*

Joseph M. Alioto (S.B. No. 42680)
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone:    (415) 434-8900
Facsimile:     (415) 434-9200

*Attorneys for Plaintiff Mark Pierce and the Proposed Class*

---

[1] Plaintiff Pierce filed an administrative motion today to relate his case to the instant action.

# CERTIFICATE OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. **STATEMENT OF NON-OPPOSITION BY PLAINTIFFS BARBARA CALDWELL AND MARK PIERCE TO THE UNITED STATES' MOTION TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B); and**

2. **CERTIFICATE OF SERVICE**.

☑ **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

Executed on February 25, 2008 at San Francisco, California.

Signed /s/   Robert L. Newman

92258.1

CERTIFICATE OF SERVICE – Case No. CV-07-5944 SC