Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss L. Galloway (234678)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE LLP
44 Montgomery Street - Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Christopher Lovell
Craig M. Essenmacher
Keith Essenmacher
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY  10110
Telephone:     (212) 608-1900
Facsimile:      (212) 719-4775
clovell@lshllp.com
cessenmacher@lshllp.com
kessenmacher@lshllp.com
isiddiqui@lshllp.com

*Attorneys for Plaintiffs and the Proposed*
*Interim Class Counsel for the Indirect-Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF MOTION AND MOTION TO APPOINT INTERIM CLASS COUNSEL FOR INDIRECT-PURCHASER PLAINTIFFS**<br><br>DATE: APRIL 4, 2008<br>TIME: 10:00 A.M.<br>COURTROOM: 1, 17TH FLOOR<br><br>Honorable Samuel Conti |
| This Document Relates to:<br>All Indirect-Purchaser Actions | |

1

NOTICE OF MOTION AND MOTION TO APPOINT INTERIM CLASS COUNSEL
FOR INDIRECT-PURCHASER PLAINTIFFS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 4, 2008, at 10:00 a.m., or as soon thereafter as the matter may be heard before The Honorable Samuel Conti of the United States District Court, Northern District of California, 450 Golden Gate Avenue, Courtroom 1, 17th Floor, San Francisco, California, the undersigned law firm will and hereby does move the Court for an order appointing it as Interim Class Counsel for the putative Indirect-Purchaser Class in these actions, and establishing pretrial procedures to govern the Indirect-Purchaser Cases.

This motion is brought pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.  The grounds for this motion are that this complex case will benefit from the appointment of Interim Class Counsel for the putative Indirect-Purchaser Plaintiffs, and that the undersigned firms and counsel are well qualified for the position due to their extensive experience in antitrust class action litigation and trials, and other complex litigation.  This motion is based on this notice of motion and motion, the supporting memorandum of points and authorities, the Declaration of Francis O. Scarpulla and attached exhibits, and the Proposed Order filed or submitted herewith, any papers filed in reply, such argument as may be presented at the hearing, and all other papers and records on file in this matter.

Dated:  February 25, 2008                                  Respectfully submitted,

By:   /s/Craig C. Corbitt
Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss L. Galloway (234678)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street - Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

| | |
|---|---|
| 1 | Christopher Lovell |
| 2 | Craig M. Essenmacher |
|   | Keith Essenmacher |
| 3 | Imtiaz A. Siddiqui |
|   | LOVELL STEWART HALEBIAN LLP |
| 4 | 500 Fifth Avenue, Floor 58 |
|   | New York, NY  10110 |
| 5 | Telephone:     (212) 608-1900 |
|   | Facsimile:     (212) 719-4775 |
| 6 | clovell@lshllp.com |
|   | cessenmacher@lshllp.com |
| 7 | kessenmacher@lshllp.com |
|   | isiddiqui@lshllp.com |
| 8 | Richard M. Hagstrom |
|   | Michael E. Jacobs |
| 9 | ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP |
| 10 | 500 Washington Ave. South, Suite 400 |
|    | Minneapolis, MN  55415 |
| 11 | Telephone:     (612) 339-2020 |
|    | Facsimile:     (612) 336-9100 |
| 12 | rhagstrom@zelle.com |
|    | mjacobs@zelle.com |

*Attorneys for Plaintiffs and the Proposed Interim Class Counsel for the Indirect-Purchaser Plaintiffs*

3172282v1

-3-
NOTICE OF MOTION AND MOTION TO APPOINT INTERIM CLASS COUNSEL
FOR INDIRECT-PURCHASER PLAINTIFFS