# Exhibit F

Indirect Purchaser

| Case | Case Number | Filed | Venue |
|---|---|---|---|
| *Kindt v. Matsushita Electric Industrial Co., Ltd et al* | 1:07-cv-10322-GBD | 11/13/2007 | S.D.N.Y |
| *Juetten et al v. Chunghwa Picture Tubes, LTD. et al* | 3:07-cv-06225-SC | 12/10/2007 | N.D. Cal. |
| *Caldwell v. Matsushita Electric Industrial Co., Ltd. et al* | 3:07-cv-06303-SC | 12/13/2007 | N.D. Cal. |
| *Figone v. LG Electronics, Inc et al* | 3:07-cv-06331-SC | 12/31/2007 | N.D. Cal. |
| *Glanz v. Chunghwa Picture Tubes Ltd et al* | 4:07-cv-04175-TLW | 12/31/2007 | D. S.C. |
| *Slagle v. Chunghwa Picture Tubes, Ltd. et al* | 2:08-cv-00005-WKS | 01/09/2008 | D. Vt. |
| *Luscher et al v. Chunghwa Picture Tubes, Ltd. et al* | 2:08-cv-00055-LOA | 01/10/2008 | D. Ariz. |
| *Southern Office Supply, Inc. v. Chunghwa Picture Tubes, LTD. et al* | 1:08-cv-00062-DCN | 01/10/2008 | N.D. Ohio |
| *Cook v. Chunghwa Picture Tubes Ltd et al* | 5:08-cv-05013-JLH | 01/11/2008 | W.D. Ark. |
| *Benson v. Chunghwa Picture Tubes, LTD. et al* | 2:08-cv-00011- | 01/14/2008 | E.D. Tenn. |
| *Kushner v. Chunghwa Picture Tubes Ltd. et al* | 0:08-cv-00160-MJD | 01/16/2008 | D. Minn. |
| *Pierce v. Beijing-Matsushita Color CRT Company LTD.* | 3:08-cv-00337 MMC | 1/17/2008 | N.D. Cal. |
| *Patrick v. Chunghwa Picture Tubes, Ltd. et al* | 3:08-cv-00662 | 01/28/2008 | N.D. Cal. |

**Direct Purchaser**

| Case | Case Number | Filed | Venue |
|---|---|---|---|
| *Crago, Inc. v. Chunghwa Picture Tubes, LTD. et al* | 3:07-cv-05944-SC | 11/26/2007 | N.D. Cal. |
| *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes Ltd. et al* | 3:07-cv-05981-SC | 11/27/2007 | N.D. Cal. |
| *Meijer, Inc. et al v. LG Electronics, Inc. et al* | 1:07-cv-10674-GBD | 11/29/2007 | S.D.N.Y |
| *Princeton Display Technologies, Inc. v. Chunghwa Picture Tubes, LTD. et al* | 2:07-cv-05713-SRC | 11/29/2007 | D. N.J. |
| *Arch Electronics, Inc. v. LG Electronics, Inc. et al* | 1:07-cv-10664-GBD | 11/29/2007 | S.D.N.Y |
| *Hawel v. Chunghwa Picture Tubes, LTD. et al* | 3:07-cv-06279-SC | 12/12/2007 | N.D. Cal. |
| *Industrial Computing, Inc. v. Chunghwa Picture Tubes, Ltd. et* | 1:07-cv-11203-GBD | 12/13/2007 | S.D.N.Y |
| *Wettstein and Sons, Inc. v. Chunghwa Picture Tubes, Ltd. al* | 0:07-cv-04889-MJD | 12/18/2007 | D. Minn. |
| *Art's TV & Appliance v. Chunghwa Picture Tubes, LTD. Et al* | 3:07-cv-06416-SC | 12/19/2007 | N.D. Cal. |

| | | | |
|---|---|---|---|
| *Monikraft, Inc. v. Chunghwa Picture Tubes, Ltd et al* | 3:07-cv-06433-SC | 12/21/07 | N.D. Cal. |
| *Royal Data Services, Inc. v. Samsung Electronics Co., LTD.* | 2:08-cv-00039-JAG-MCA | 1/2/2008 | D. N.J. |
| *OK TV & Appliances, LLC v.. Samsung Electronics Co., LTD. et al* | 2:08-cv-00086-JAG-MCA | 01/07/2008 | D. N.J. |
| *Orion Home Systems LLC v. Chunghwa Picture Tubes LTD* | 3:08-cv-00178 EDL | 01/10/2008 | N.D. Cal. |
| *Carroll Cut-Rate Furniture v. Chunghwa Picture Tubes LTD* | 3:08-cv-00309-SC | 1/16/2008 | N.D. Cal. |
| *Univisions-Crimson Holdings Inc.; Central New York Univision Video Systems Inc.; Crimson Tech Inc. v. Chunghwa Picture Tubes LTD* | 3:08-cv-00494 MEJ | 1/23/2008 | N.D. Cal. |
| *Radio & TV Equipment, Inc. Video v. Chunghwa Picture Tues, Ltd.* | 2:08-cv-00542-JAG- MCA | 01/28/2008 | D. N.J. |
| *Sound Investments Corporation, d/b/a Eggers Audio-Video v. Chunghwa Picture Tues, Ltd.* | 2:08-cv-00543-JAG-MCA | 01/28/2008 | D. N.J. |
| *Call v. Chunghwa Picture Tubes, LTD. et al* | 3:08-cv-01032-MMC | 02/20/2008 | N.D. Cal. |

Unknown

| Case | Case Number | Filed | Venue |
|---|---|---|---|
| *Electronic Design Company v. Chunghwa* | 3:08-cv-00614 JL | 01/25/08 | N.D. Cal. |
| *The Stroud Group Inc. v. Chunghwa Picture Tubes Ltd.* | 3:08-cv-01056 MEJ | 02/21/2008 | N.D. Cal. |

2