```
 1 │ Francis O. Scarpulla (41059)
   │ Craig C. Corbitt (83251)
 2 │ Matthew R. Schultz (220641)
   │ Judith A. Zahid (215418)
 3 │ Traviss L. Galloway (234678)
   │ ZELLE, HOFMANN, VOELBEL, MASON
 4 │ & GETTE LLP
   │ 44 Montgomery Street - Suite 3400
 5 │ San Francisco, CA  94104
   │ Telephone:     (415) 693-0700
 6 │ Facsimile:     (415) 693-0770
   │ fscarpulla@zelle.com
 7 │ ccorbitt@zelle.com
 8 │ Christopher Lovell
   │ Craig M. Essenmacher
 9 │ Keith Essenmacher
   │ Imtiaz A. Siddiqui
10 │ LOVELL STEWART HALEBIAN LLP
   │ 500 Fifth Avenue, Floor 58
11 │ New York, NY  10110
   │ Telephone:    (212) 608-1900
12 │ Facsimile:    (212) 719-4775
   │ clovell@lshllp.com
13 │ cessenmacher@lshllp.com
   │ kessenmacher@lshllp.com
14 │ isiddiqui@lshllp.com
15 │ *Attorneys for Plaintiffs and the Proposed*
   │ *Interim Class Counsel for the Indirect-Purchaser Plaintiffs*
16 │
17 │              UNITED STATES DISTRICT COURT
18 │              NORTHERN DISTRICT OF CALIFORNIA
19 │                  SAN FRANCISCO DIVISION
20 │
21 │ IN RE: CATHODE RAY TUBE (CRT)   )  Case No. CV-07-5944-SC
   │ ANTITRUST LITIGATION            )
   │                                 )  MDL No. 1917
22 │ ─────────────────────────────   )
   │ This document relates to:       )  **PROOF OF SERVICE**
23 │                                 )
   │ All Indirect-Purchaser Actions. )  **[Civil Local Rule 3-12]**
24 │                                 )
   │                                 )  Honorable Samuel Conti
25 │                                 )
   │                                 )
26 │                                 )
   │                                 )
27 │ ─────────────────────────────   )
28 │
```

1

PROOF OF SERVICE

# CERTIFICATE OF SERVICE

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Case No. CV-07-5944-SC
MDL No. 1917

I, Monica J. Steele, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on February 25, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

1. **NOTICE OF MOTION AND MOTION TO APPOINT INTERIM CLASS COUNSEL FOR INDIRECT-PURCHASER PLAINTIFFS;**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO APPOINT INTERIM CLASS COUNSEL FOR INDIRECT-PURCHASER PLAINTIFFS;**
3. **DECLARATION OF FRANCIS O. SCARPULLA IN SUPPORT OF MOTION TO APPOINT INTERTIM CLASS COUNSEL FOR INDIRECT-PURCHASER PLAINTIFFS; and**
4. **[PROPOSED] ORDER APPOINTING INTERIM CLASS COUNSEL FOR INDIRECT-PURCHASER PLAINTIFFS**

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: February 25, 2008

Signed     /s/*Monica J. Steele*
Monica J. Steele
Legal Administrative Assistant/Paralegal
to Craig C. Corbitt

#3171595v1