1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  MARISA C. LIVESAY (223247)
   livesay@whafh.com
5  WOLF HALDENSTEIN ADLER
6  FREEMAN & HERZ LLP
7  Symphony Towers
   750 B Street, Suite 2770
8  San Diego, CA  92101
   Telephone:  619/239-4599
9  Facsimile:   619/234-4599
10         - and -
   MARY JANE EDELSTEIN FAIT
11 fait@whafh.com
   55 West Monroe Street, Suite 1111
12 Chicago, IL 60603
13 Telephone:  312/984-0000

14 Attorneys for Plaintiff and the Proposed Direct Purchaser Class

15 [Additional counsel listed on signature page]

16                         UNITED STATES DISTRICT COURT
17                        NORTHERN DISTRICT OF CALIFORNIA
18

| 19 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Case No. CV-07-5944 SC ) |
|---|---|---|
| 20 | | ) MDL No. 1917 ) |
| 21 | This Document relates to: | ) **PLAINTIFF PRINCETON DISPLAY** ) **TECHNOLOGIES, INC.'S STATEMENT** |
| 22 | PRINCETON DISPLAY TECHNOLOGIES, INC., on behalf of itself and all others similarly situated, | ) **OF NON-OPPOSITION TO MOTION BY** ) **UNITED STATES TO INTERVENE** ) **UNDER FED. R. CIV. P. 24(b)(1)(B)** |
| 23 | | ) |
| 24 | Plaintiff, | ) |
| 25 | v. | ) |
| 26 | CHUNGHWA PICTURE TUBES, LTD., et al., | ) Date:     April 4, 2008 |
| 27 | | ) Time:    10:00 a.m. |
| 28 | Defendants. | ) Court:   Hon. Samuel Conti |

PLAINTIFF'S STATEMENT OF NON-OPPOSITION AND MOT TO INTERVENE – Case No. CV-07-5944 SC

1  Plaintiff Princeton Display Technologies, Inc. does not oppose the Motion by the United
2  States to Intervene under Fed. R. Civ. P. 24(b)(1)(B).
3  Plaintiff, however, reserves its right to oppose any requests by the United States to limit
4  discovery in this litigation.

DATED: February 25, 2008

WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT
MARISA C. LIVESAY


                /s/ Marisa C. Livesay
              MARISA C. LIVESAY

Symphony Towers
750 B. Street, Suite 2770
San Diego, California 92101
Telephone:  619/239-4599
Facsimile:  619/234-4590

              - and -

MARY JANE EDELSTEIN FAIT
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone:  312/984-0000

MAGER & GOLDSTEIN LLP
JAYNE GOLDSTEIN
LEE ALBERT
1818 Market Street, Suite 3700
Philadelphia, Pennsylvania  19103
Telephone:  215/640-3280
Facsimile:  215/640-3281

CAFFERTY FAUCHER LLP
BRYAN L. CLOBES
ELLEN MERIWETHER
1717 Arch Street, Suite 3610
Philadelphia, Pennsylvania 19103
Telephone: 215/864-2800
Facsimile:  215/864-2810

| | |
|---|---|
| 1 | CARELLA, BYRNE, BAIN, GILFILLAN, |
| 2 | CECCHI, STEWART & OLSTEIN |
|   | JAMES E. CECCHI |
| 3 | LINDSEY H. TAYLOR |
|   | 5 Becker Farm Road |
| 4 | Roseland, New Jersey 07068 |
|   | Telephone: 973/994-1700 |
| 5 | Facsimile: 973/994-1744 |

Attorneys for Plaintiff and the Proposed Direct Purchaser Class

CATHRODE:15831

## DECLARATION OF SERVICE

I, MARTA STASIK, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on February 25, 2008, declarant served:

**PLAINTIFF PRINCETON DISPLAY TECHNOLOGIES, INC.'S STATEMENT OF NON-OPPOSITION TO MOTION BY UNITED STATES TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)**

via CM/ECF to the parties listed on the attached Service List.

3. That there is regular communication between parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February 2008, at San Diego, California.

*/s/ Marta Stasik*
MARTA STASIK

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Service List – February 25, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
Marisa C. Livesay
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
  619/239-4599
  619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com
livesay@whafh.com

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
  312/984-0000
fait@whafh.com

Brude Lee Simon
Esther L. Kluisura
PEARSON, SIMON SOTER,
 WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
  415/433-9000
  415.433-9008 (fax)
bison@psswplaw.com
eklisura@psswplaw.com

Daniel D. Owen
P. John Brady
SHUGHART THOMSON &
 KILROY, P.C.
Twelve Wyandotte Plaza - Suite 1600
120 W12th Street
Kansas City, MO 64105
  816/395-0671
  816/374-0509
dowen@stklaw.com
jbrady@stklaw.com

Guido Saveri
Cadio Zirpoli
Richard A. Saveri
SAVERI & SAVERI
111 Pine Street, Suite 1700
San Francisco, CA 94111
  415/217-6810
guido@saveri.com
zirpoli@saveri.com
rick@saveri.com

Fred A. Silva
Betty Lisa Julian
Kathy Lee Monday
DAMRELL NELSON ET AL
1601 I Street
Modesto, CA 95354
  209/526-3500
  209/526-3534 (fax)
fsilva@damrell.com
bjulian@damrell.com
kmonday@damrell.com

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Service List – February 25, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Craig C. Corbitt
Francis O. Scarpulla
Judith A. Zahid
Matthrw R. Schultz
ZELLE, HOFMANN, VOELBEL,
  MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
    415/693-0700
    415.693-0770 (fax)
ccorbitt@zelle.com
fscarpulla@zelle.com
jzahid@zelle.com
mschultz@zelle.com

Michael Jacobs
Richard M. Hagstrom
ZELLE HOFMANN VOELBEL MASON
  & GETTE LLP
500 Washington Avenue
South Suite 400
Minneapolis, MN 55415
    612/332-2020
    612/336-9100
mjacobs@zelle.com
rhagstrom@zelle.com

Douglas A. Millen
Steven A. Kanner
William H. London
FREED KANNER LONDON
  & MILLEN LLC
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015
    224/632-4500
    224-632-4519 (fax)
doug@fklmlaw.com
kanner@fklmlaw.com
blondon@fklmlaw.com

Harry Shulman
THE MILLS LAW FIRM
145 Marina Blvd.
San Rafael, CA 94901
    415/445-1326
    415/455-1327 (fax)
harry@millslawfirm.com

Joseph W. Cotchett
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
    650/697-6000
    650/697-0577 (fax)
jcotchett@cpmlegal.com

Randy R. Renick
HADSELL STORMER KEENY RICHARDSON
  & RENICK
128 North Fair Oaks Avenue, Suite 204
Pasadena, Ca 91103
rrr@renicklaw.com

Christopher T. Heffelfinger
Joseph J. Tabacco, Jr.
BERMAN DE VALERIO PEASE
  TABACCO BURT & PU
425 California Street, Suite 2100
San Francisco, CA 94104-2205
    415.433-3200
    415/433-6382 (fax)
cheffelfinger@bermanesq.com
jtabacco@bermanesq.com

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Service List – February 25, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Manuel J. Dominguez
BERMAN DE VALERIO PEASE
 TABACCO BURT & PU
222 Lakeview Avenue, Suite 900
W. Palm Beach, FL 33401
    561/835-9400
    561/835-0322 (fax
mdominguez@bermanesq.com

Marc J. Greenspon
LAW OFFICE OF MARC J.
GREENSPON
6200 Spring Isles Blvd.
Lake Worth, FL 33463
    954/817-6272
mjgreespon@yahoo.com

Ronnie Seidel Spiegel
Anthony D. Shapiro
HAGENS BERMAN
 SOBOL SHAPIRO
1301 5th Avenue, Suite 2900
Seattle, WA 98101
    206/623-7292
    206/623-0594 (fax)
Ronnie@hbsslaw.com
tony@hbsslaw.com

Jeff D. Friedman
HAGENS BERMAN SOBOL
 SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
    510/725-3000
    510/725-3001 (fax)
jefff@hbsslaw.com

Michael P. Lehman
Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIJN, HAUSFELD &
 TOLL, P.L.L.C.
One Embarcadero Ctr., Suite 2440
San Francisco, CA 94111
    415/983-3321
    415/986-3643 (fax)
mlehmann@cmht.com
clebsock@cmht.com
jking@cmht.com

Brendan P. Glackin
Eric B. Fastiff
Joseph R. Saveri
Richard M. Heimann
LIEF CABRASER HEIMANN
 & BERSTEIN LLP
276 Battery Street, 30th Floor
San Francisco, CA 94111-3339
    415/956-1000
    415.956-1008 (fax)
bglackin@lchb.com
efastiff@lchb.com
jsaveri@lchb.com
rheimann@lchb.com

Candice J. Enders
H. Laddie Montague, Jr.
Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
    800-424-6690
    215-875-4604
cenders@bm.net
hlmontague@bm.net
rgordon@bm.net

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Service List – February 25, 2008
Page 1

Henry A. Cirillo
Kathleen Styles Rogers
Michael S. Christian
Thomas Patrick Dove
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 941094
    415-982-2070
    415-982-2076
hcirillo@furth.com
krogers@furth.com
mchristian@furth.com
tdove@furth.com

Lori A. Fanning
Marvin A. Miller
Mathhew E. Van. Tine
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
    312-332-3400
    312-676-2676
lfanning@millerlawllc.com
mmiller@millerlawllc.com
mvantine@millerlawllc.com

Joseph Marid Patane
LAW OFFICE OF JOSEPH M. PATANE
Lauren Clare Russell
Mario N. Alioto
TRUMP ALIOTO TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 92123
    415-563-7200
    415-346-0679
jpatane@tatp.com
laurenrussell@tatp.com
malioto@tatp.com

COUNSEL FOR DEFENDANTS

Gregory Hill
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
    650-802-3000
greg.hull@weil.com

Michael W. Searborough
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
    415-434-9100
mscarborough@smrh.com

INVERVENOR

Jeane Hamilton
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
    415-436-6660
jeane.hamilton@usdoj.gov