

政 府 總 部

香 港 下 亞 厘 畢 道

GOVERNMENT SECRETARIAT

LOWER ALBERT ROAD
HONG KONG

本函檔號 Our Ref.: CSO/ADM/SJ/13/2008A

來函檔號 Your Ref.:

Room 140, 1/F,
Central Government Offices,
East Wing, Central, Hong Kong
Tel No. (852) 2810 3969
Fax No. (852) 2526 4133

13 February 2008

Karina Shreefer, Esq.
Legal Language Services
8014 State Line Road, Suite 110
Leawood, Kansas 66208
USA

Dear Sir,

### Service of Documents on LP Displays International, Ltd.

With reference to your request on 27 December 2007 for service of judicial document, I am pleased to inform you that the document has been served on the party concerned. I return the other copy of the document received for service together with an Affirmation of Service completed by the Bailiff's Assistant of the High Court.

Yours faithfully,

(Ms Josepha Ng)
for Chief Secretary for Administration

CSO/ADM/SJ/13/2008A

Request for Service of Judicial Documents from: USA

Party for Service: LP Displays International, Ltd.

---

### AFFIRMATION OF SERVICE

I, CHEUNG Oi-lin, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named LP Displays International, Ltd. with the following judicial documents:

   i)   Executed "Request" with Attachment "A";
   ii)  "Certificate" (unexecuted);
   iii) "Summary" with Attachment "B";
   iv)  "Notice";
   v)   Summons in a Civil Case with Attachment;
   vi)  Class Action Complaint;
   vii) Order Setting Initial Case Management Conference and ADR Deadlines;
   viii) Related Case Order;
   ix)  Order Setting Case Management Conference;
   x)   Contents of Joint Case Management Statement and
   xi)  ECF Registration Information Handout.

2. I did on Friday the 1st day of February 2008 at 1130 hours call at the address given in the Request for Service, namely, 6th Floor, ING Tower, 308 Des Voeux Road Central, Sheung Wan, Hong Kong for effecting service of the aforesaid judicial documents.

3. On arrival, I served the aforesaid judicial documents to LP Displays International, Ltd. by delivering the same to Ms. Claudia Lee, Executive Secretary of the party for service LP Displays International, Ltd. who voluntarily accepted service on behalf of the party for service at 6th Floor, ING Tower, 308 Des Voeux Road Central, Sheung Wan, Hong Kong.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

```
AFFIRMED at                                  )
Bailiff Hong Kong Regional Office,           )
26th floor, Wanchai Law Courts Building,     )
Hong Kong                                    )
this 1st day of February 2008
```

Before me,

IP Chiu Wah
(    Senior Bailiff    )
Commissioner for Oaths
Judiciary

File No. : <u>CSO/ADM/SJ/13/2008A</u>

Request for Service of Judicial Documents from:

<u>USA</u>

Judicial Documents to be served on :

**<u>LP Displays International, Ltd.</u>**

============================================
## AFFIRMATION OF SERVICE
============================================

Filed this the 1st day of February, 2008.

Bailiff's Assistant
High Court
Hong Kong Special Administrative Region

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | CENTRAL AUTHORITY FOR HONG KONG<br>The Chief Secretary of Hong Kong<br>Central Government Offices<br>Lower Albert Road<br>HONG KONG |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)    LP DISPLAYS INTERNATIONAL, LTD.
6th Floor, ING Tower, 308 Des Voeux Road Central, Sheung Wan, HONG KONG

☐ (a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
(b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b)* :    Personal service in accordance with your internal law for service of documents upon persons or entities in your territory.

☐ (c) ~~by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*;~~
~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*—with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

**List of documents**
*Enumération des pièces*

See Attachment "A."

Done at Leawood, Kansas, U.S.A., the 27 Dec. 2007
*Fait à _____, le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

*Karina Sh[signature]*

*Delete if inappropriate
*Rayer les mentions inutiles.*

[1] (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)*    1st Feb., 2008
- at (place, street, number)
- *à (localité, rue numéro)*    6th Floor, I NG Tower, 308 Des Voeux Road Central, Sheung Wan, Hong Kong

- in one of the following methods authorised by article 5-
*-dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
*b) selon la forme particulière suivante :* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
*c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

-(identity and description of person)
-*(identité et qualité de la personne)*    Ms Claudia Lee

-relationship to the addressee (family, business, or other):
-*liens de parenté, de subordination ou autres, avec le destinataire de l'acte:*    Executive Secretary

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformént à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

Done at _____ , the _____
*Fait à* _____ *, le* _____

11 FEB 2008

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Affirmation of service of Cheung Oi-Lin, Bailiff's Assistant dated 1st Feb., 2008

**Signature and / or stamp.**
*Signature et / ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

**Attachment "A"**
**to "Request" – List of Documents**

1. Executed "Request" with Attachment "A," in duplicate
2. "Certificate" (unexecuted), in duplicate
3. "Summary" with Attachment "B," in duplicate
4. "Notice," in duplicate
5. Summons in a Civil Case with Attachment, in duplicate
6. Class Action Complaint, in duplicate
7. Order Setting Initial Case Management Conference and ADR Deadlines, in duplicate
8. Related Case Order, in duplicate
9. Order Setting Case Management Conference, in duplicate
10. Contents of Joint Case Management Statement, in duplicate
11. ECF Registration Information Handout, in duplicate

## SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial
matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares
en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

Name and address of the requesting authority: Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :*     LEGAL LANGUAGE SERVICES
                                                 8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
                                                 Tel. 1.913.341.3167

Particulars of the parties*:
*Identité des parties :*   NATHAN MUCHNICK, INC., *Plaintiff*
                           CHUNGHWAY PICTURE TUBES, LTD.; TATUNG COMPANY OF AMERICA, INC., et al., *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   To give notice to the Defendant of the commencement of a civil claim against it
                                and to summon it to answer or otherwise respond.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
*Nature et objet de l'instance, le cas échéant, le montant du litige :*   See Attachment "B."

Date and place for entering appearance**:
*Date et lieu de la comparution :*   Defendant is summoned and requited to serve upon Plaintiff's Attorney (Lieff, Cabraser, Heinmann & Bernstein, LLP) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the date of service. Defendant must also file its Answer within a reasonable period of time after service with the Clerk of the United States District Court, Northern District of California located at: 1301 Clay Street, Suite 400 South, Oakland, California 94612, U.S.A.

Court which has given judgment**:
*Juridiction qui a rendu la décision :*   N/A

Date of judgment**:
*Date de la décision :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   Defendant is summoned and requited to serve upon Plaintiff's Attorney (Lieff, Cabraser, Heinmann & Bernstein, LLP) an Answer to the Complaint within twenty (20) days after service of the Summons, exclusive of the date of service. If Defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint. Defendant must also file its Answer with the Clerk of the Court within a reasonable period of time after service.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

Nature and purpose of the document:
*Nature et objet de l'acte :*   N/A

Time limits stated in the document**:
*Indication des délais figurant dans l'acte :*   N/A

\* If appropriate, identity and address of the person interested in the transmission of the document.
 *S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
 *Rayer les mentions inutiles.*

*U.S. Government Printing Office  1990-262-211/20102

3

**Attachment "B"**
**to "Summary of the Document to be Served"**

Plaintiff Nathan Muchnick, Inc. brings this class action individually and on behalf of individuals and entities who purchased directly cathode-ray tubes ("CRTs") and products containing CRTs (jointly, "CRT Products") in the US from the named Defendants during the period from at least May 1, 1998 through the present (the "Class Period"). CRT Products are used in a number of products, including computer monitors and televisions. Plaintiff alleges that during the Class Period, Defendants' collusive behavior artificially inflated the price of CRT Products, with the intention of moderating the downward price pressures on CRT Products caused by the market entry and rapid penetration of more technologically advanced competitive products. Because of Defendants' unlawful conduct and conspiracy, Plaintiff and other members of the Class paid artificially inflated prices for CRT Products, and have therefore been damaged by Defendants' illegal actions. Plaintiff alleges that Defendants are in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

Plaintiff prays for the following relief: that the Court determine that this claim may be maintained as a class action; that the unlawful conduct alleged herein be found in violation of the Sherman Act; damages in an amount to be trebled in accordance with applicable laws; injunctive relief; pre- and post-judgment interest; costs of suit, including reasonable attorneys' fees; and such other relief as the Court may order.

**NOTICE**
*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

---

LP DISPLAYS INTERNATIONAL, LTD.
6th Floor, ING Tower
308 Des Voeux Road Central
Sheung Wan
HONG KONG

---

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Bay Area Legal Aid
405 14th Street, 11th Floor
Oakland, California 94612
U.S.A.
Tel. 1.510.663.4744

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Bay Area Legal Aid
405 14th Street, 11th Floor
Oakland, California 94612
U.S.A.
Tel. 1.510.663.4744