| | |
|---|---|
| 1 | GREGORY D. HULL (57367)<br>Email: greg.hull@weil.com |
| 2 | JOSEPH R. WETZEL (238008)<br>Email: joseph.wetzel@weil.com |
| 3 | WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway |
| 4 | Redwood Shores, California 94065-1175<br>Telephone: (650) 802-3000 |
| 5 | Facsimile: (650) 802-3100 |
| 6 | STEVEN A. REISS *(pro hac vice pending)*<br>Email: steven.reiss@weil.com |
| 7 | DAVID L. YOHAI *(pro hac vice pending)*<br>Email: david.yohai@weil.com |
| 8 | ALAN R. FEIGENBAUM *(pro hac vice pending)*<br>Email: alan.feigenbaum@weil.com |
| 9 | WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue |
| 10 | New York, New York 10153-0119<br>Telephone: (212) 310-8000 |
| 11 | Facsimile: (212) 310-8007 |
| 12 | JEFFREY L. KESSLER<br>Email: jkessler@dl.com |
| 13 | A. PAUL VICTOR<br>Email: pvictor@dl.com |
| 14 | Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas |
| 15 | New York, NY 10019<br>Telephone: (212) 259-8000 |
| 16 | Facsimile: (212) 259-7013 |
| 17 | Attorneys for Defendant |
| 18 | PANASONIC CORPORATION OF NORTH AMERICA |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br><br>MDL. No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, ALAN R. FEIGENBAUM, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the

## PROOF OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on February 28, 2008, I served a copy of:

- **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; and**

- **[PROPOSED] ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION OF ALAN R. FEIGENBAUM**

☒ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

| _**SEE ATTACHED SHEET**_ | ☒ by U.S. Mail<br>☐ by fax<br>☐ by email<br>☐ by overnight delivery<br>☐ by hand |
|---|---|

Executed on February 28, 2008 at Redwood Shores, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
CeCe Stouffer

PROOF OF SERVICE
NY1:\1544471\01\x3pz01!.DOC\62130.0354

## SERVICE LIST

| | |
|---|---|
| **Plaintiff Crago, Inc.**<br>*on behalf of itself and others similarly situated* | Bruce Lee Simon, Esq.<br>Pearson, Simon, Soter, Warshaw & Penny, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Tel:  415-433-9000<br>Fax:  415-433-9008<br>Email: bsimon@psswplaw.com<br><br>Daniel D. Owen, Esq.<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wyandotte Plaza - Suite 1600<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Tel:  816-395-0671<br>Fax:  816-374-0509<br>Email: dowen@stklaw.com<br><br>Esther L Klisura, Esq.<br>Pearson Simon Soter Warshaw & Pelly<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94010<br>Tel:  415-433-9000<br>Fax:  415-433-9008<br>Email: eklisura@psswplaw.com<br><br>P. John Brady, Esq.<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wyandotte Plaza - Suite 1800<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Tel:  816-374-0515<br>Fax:  816-374-0509<br>Email: jbrady@stklaw.com |
| **Plaintiff, Hawel A. Hawel d/b/a City Electronics** | Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel:  415-217-6810<br>Email: guido@saveri.com<br><br>Betty Lisa Julian, Esq.<br>Damrell Nelson et al.<br>1601 I Street<br>Modesto, CA 95354<br>Tel:  209 526-3500<br>Email: bjulian@damrell.com |

| | |
|---|---|
| | Cadio Zirpoli, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Fax: 415-217-6813<br>Email: zirpoli@saveri.com<br><br>Fred A. Silva, Esq.<br>Damrell Nelson Schrimp Pallios, Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA 95354<br>Tel: (209) 526-3500<br>Fax: (209) 526-3534<br>Email: fsilva@damrell.com<br><br>Kathy Lee Monday, Esq.<br>Damrell, Nelson, Schrimp, Pallios, Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA 95354<br>Tel: 209-526-3500<br>Fax: 209-526-3534<br>Email: kmonday@damrell.com<br><br>Richard Alexander Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br>Email: rick@saveri.com |
| ***Plaintiff, Michael Juetten*** | Craig C. Corbitt, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: ccorbitt@zelle.com<br><br>Francis Onofrei Scarpulla, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: fscarpulla@zelle.com<br><br>Judith A. Zahid, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104-4807<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: jzahid@zelle.com |

| | |
|---|---|
| | Matthew Rutledge Schultz, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: mschultz@zelle.com<br><br>Michael Jocobs, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue, South Suite 400<br>Minneapolis, MN 55415<br>Tel:  612 339-2020<br>Fax:  612 336-9100<br>Email: mjacobs@zelle.com<br><br>Richard M. Hagstrom, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>Tel:  612-339-2020<br>Fax:  612-336-9100 |
| ***Plaintiff, Art's TV & Appliance*** | Douglas A. Millen, Esq. (Pro Hac Vice)<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel:  224-632-4500<br>Fax:  224-632-4519<br>Email: doug@fklmlaw.com<br><br>Steven A. Kanner, Esq. (Pro Hac Vice)<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel:  224-632-4500<br>Fax:  224-632-4519<br>Email: kanner@fklmlaw.com<br><br>Harry Shulman, Esq.<br>The Mills Law Firm<br>145 Marina Boulevard<br>San Rafael, CA 94901<br>Tel:  415-445-1326<br>Fax:  415-455-1327<br>Email: harry@millslawfirm.com |
| ***Plaintiff, Orion Home Systems, LLC*** | Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel:  415-217-6810<br>Email: guido@saveri.com |

| | |
|---|---|
| | Joseph W. Cotchett, Esq.<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: 650-697-6000<br>Fax: 650-697-0577<br>Email: jcotchett@cpmlegal.com<br><br>Randy R. Renick, Esq.<br>Hadsell Stormer Keeny Richardson & Renick<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>Tel: 626-585-960<br>Email: rrr@renicklaw.com<br><br>Richard Alexander Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br>Email: rick@saveri.com |
| ***Plaintiff, Univisions-Crimson Holding Inc.*** | Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: cheffelfinger@bermanesq.com<br><br>Joseph J. Tabacco, Jr., Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: jtabacco@bermanesq.com<br><br>Manuel Juan Dominguez, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Tel: 561-835-9400<br>Fax: 561-835-0322<br>Email: mdominguez@bermanesq.com<br><br>Marc Jeffrey Greenspon, Esq.<br>Law Office of Marc J. Greenspon<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463<br>Tel: 954-817-6272<br>Email: mjgreenspon@yahoo.com |

| | |
|---|---|
| **_Plaintiff, Carroll Cut-Rate Furniture_** <br> *on behalf of itself and all others similarly situated* | Ronnie Seidel Spiegel (Pro Hac Vice) <br> Hagens Berman Sobol Shapiro <br> 1301 5th Ave., Suite 2900 <br> Seattle, WA 98101 <br> Tel: 206-623-7292 <br> Email: ronnie@hbsslaw.com <br><br> Anthony D. Shapiro, Esq. <br> Hagens Berman Sobol Shapiro LLP <br> 1301 Fifth Avenue, Suite 2900 <br> Seattle, WA 98101 <br> Tel: 206-623-7292 <br> Fax: 206-623-0594 <br> Email: tony@hbsslaw.com <br><br> Douglas A. Millen, Esq. <br> Freed Kanner London & Millen LLC <br> 2201 Waukegan Road, Suite 130 <br> Bannockburn, IL 60015 <br> Tel: 224-632-4500 <br> Fax: 224-632-4519 <br> Email: doug@fklmlaw.com <br><br> Jeff D. Friedman, Esq. <br> Hagens Berman Sobol Shapiro LLP <br> 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 <br> Tel: 510 725-3000 <br> Fax: 510 725-3001 <br> Email: jefff@hbsslaw.com <br><br> Steven A. Kanner, Esq. <br> Freed Kanner London & Millen LLC <br> 2201 Waukegan Road, Suite 130 <br> Bannockburn, IL 60015 <br> Tel: 224-632-4500 <br> Fax: 224-632-4519 <br> Email: kanner@fklmlaw.com <br><br> William H. London, Esq. <br> Freed Kanner London & Millen LLC <br> 2201 Waukegan Road, Suite 130 <br> Bannockburn, IL 60015 <br> Tel: 224-632-4500 <br> Fax: 224-632-4519 <br> Email: blondon@fklmlaw.com |
| **_Plaintiff, Monikraft, Inc._** <br> *individually and on behalf of a class of all those similarly situated* | Michael P. Lehman, Esq. <br> Cohen, Milstein, Hausfeld & Toll, P.L.L.C. <br> One Embarcadero Center, Suite 2440 <br> San Francisco, CA 94111 <br> Tel: 415-983-3321 <br> Fax: 415-986-3643 <br> Email: mlehmann@cmht.com |

| | |
|---|---|
| ***Plaintiff, Nathan Muchnick, Inc.*** | Brendan Patrick Glackin, Esq.<br>Lief Cabraser Heimann & Berstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415 956-1000<br>Fax: 415 956-1008<br>Email: bglackin@lchb.com<br><br>Candice J. Enders Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: 800-424-6690<br>Fax: 215-875-4604<br>Email: cenders@bm.net<br><br>Eric B. Fastiff, Esq.<br>Lieff, Cabraser, Heimann & Bernstein,LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Fax: 415-956-1008<br>Email: efastiff@lchb.com<br><br>H. Laddie Montague, Jr., Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: 215-875-3010<br>Fax: 215-875-4604<br>Email: hlmontague@bm.net<br><br>Joseph Richard Saveri, Esq.<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Fax: 415-956-1008<br>Email: jsaveri@lchb.com<br><br>Richard Martin Heimann, Esq.<br>Lieff Cabraser Heimann & Bernstein<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Email: rheimann@lchb.com<br><br>Ruthanne Gordon, Esq.<br>Berger & Montague PC<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: 215-875-3000<br>Fax: 215-875-4604<br>Email: rgordon@bm.net |

PROOF OF SERVICE
NY1:\1544471\01\x3pz01!.DOC\62130.0354

7

| | |
|---|---|
| **_Plaintiff, Barbara Caldwell_** <br> *on behalf of herself and all others similarly situated* | Christopher L. Lebsock, Esq. <br> Cohen Milstein Hausfeld & Toll, P.L.L.C. <br> 1 Embarcadero Center, Suite 2440 <br> San Francisco, CA 94111 <br> Tel: 415-229-2080 <br> Fax: 415-986-3643 <br> Email: clebsock@cmht.com <br><br> Henry A. Cirillo, Esq. <br> The Furth Firm LLP <br> 225 Bush Street, 15th Floor <br> San Francisco, CA 94104 <br> Tel: 415-433-2070 <br> Fax: 415-982-2076 <br> Email: Hcirillo@furth.com <br><br> Jon T. King, Esq. <br> Cohen, Milstein, Hausfeld & Toll PLLC <br> One Embarcadero Center, Suite 2440 <br> San Francisco, CA 94111 <br> Tel: (415) 229-2080 <br> Fax: (415) 986-3643 <br> Email: jking@cmht.com <br><br> Kathleen Styles Rogers, Esq. <br> Furth Lehmann LLP <br> 225 Bush Street, 15th Floor <br> San Francisco, CA 94104 <br> Tel: 415-433-2070 <br> Fax: 415-982-2076 <br> Email: krogers@furth.com <br><br> Lori A. Fanning, Esq. <br> Miller Law LLC <br> 115 South LaSalle Street, Suite 2910 <br> Chicago, IL 60603 <br> Tel: 312-332-3400 <br> Fax: 312 676-2676 <br><br> Marvin A. Miller, Esq. <br> Miller Law LLC <br> 115 South LaSalle Street, Suite 2910 <br> Chicago, IL 60603 <br> Tel: 312 332-3400 <br> Fax: 312 676-2676 <br><br> Matthew E. Van Tine, Esq. <br> Miller Law LLC <br> 115 South LaSalle Street, Suite 2910 <br> Chicago, IL 60603 <br> Tel: 312 332-3400 <br> Fax: 312 676-2676 |

| | |
|---|---|
| | Michael S. Christian, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel:  415-433-2070<br>Fax:  415-982-2076<br>Email: mchristian@furth.com<br><br>Thomas Patrick Dove, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel:  415-433-2070<br>Fax:  415-982-2076<br>Email: tdove@furth.com |
| **_Plaintiff, Jeffrey Figone_**<br>*on behalf of himself and all others similarly situated* | Joseph Marid Patane, Esq.<br>Law Office of Joseph M. Patane<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:  415-563-7200<br>Fax:  415-346-0679<br>Email: jpatane@tatp.com<br><br>Lauren Clare Russell, Esq.<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:  415-563-7200<br>Fax:  415-346-0679<br>Email: laurenrussell@tatp.com<br><br>Mario N. Alioto, Esq.<br>Trump Alioto Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:  415 563-7200<br>Fax:  415 346-0679<br>Email: malioto@tatp.com |
| **_Plaintiff, Chad Klebs a Minnesota resident_**<br>*on behalf of themselves and all others similarly situated* | Craig C. Corbitt, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: ccorbitt@zelle.com<br><br>Francis Onofrei Scarpulla, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: fscarpulla@zelle.com |

| | |
|---|---|
| | Judith A. Zahid, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104-4807<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: jzahid@zelle.com<br><br>Matthew Rutledge Schultz, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: mschultz@zelle.com<br><br>Michael Jacobs, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Ave., South - Suite 400<br>Minneapolis, MN 55415<br>Tel:  612-339-2020<br>Fax:  612-336-9100<br>Email: mjacobs@zelle.com<br><br>Richard M. Hagstrom, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>Tel:  612-339-2020<br>Fax:  612-336-9100<br>Email:  rhagstrom@zelle.com |
| ***Plaintiff, Central New York Univision Video Systems, Inc.*** | Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel:  415-433-3200<br>Fax: 415-433-6382<br>Email: cheffelfinger@bermanesq.com<br><br>Joseph J. Tabacco, Jr., Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel:  415-433-3200<br>Fax:  415-433-6382<br>Email: jtabacco@bermanesq.com<br><br>Manuel Juan Dominguez, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Tel:  561-835-9400<br>Fax:  561-835-0322<br>Email: mdominguez@bermanesq.com |

| | |
|---|---|
| | Marc Jeffrey Greenspon, Esq.<br>Law Office of Marc J. Greenspon<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463<br>Tel: 954-817-6272<br>Email: mjgreenspon@yahoo.com |
| ***Plaintiff, Crimson Tech, Inc.*** | Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: cheffelfinger@bermanesq.com<br><br>Joseph J. Tabacco, Jr., Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: jtabacco@bermanesq.com<br><br>Manuel Juan Dominguez, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Tel: 561-835-9400<br>Fax: 561-835-0322<br>Email: mdominguez@bermanesq.com<br><br>Marc Jeffrey Greenspon, Esq.<br>Law Office of Marc J. Greenspon<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463<br>Tel: 954-817-6272<br>Email: mjgreenspon@yahoo.com |
| ***Plaintiff, The Stroud Group, Inc.*** | Eric B. Fastiff, Esq.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Fax: 415-956-1008<br>Email: efastiff@lchb.com |
| ***Plaintiff, Paula Call*** | Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Email: guido@saveri.com |

PROOF OF SERVICE
NY1:\1544471\01\x3pz01!.DOC\62130.0354                    11

| | |
|---|---|
| **_Plaintiff, Mark Pierce_** | Henry A. Cirillo, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: 415-433-2070<br>Fax: 415-982-2076<br>Email: Hcirillo@furth.com |
| **_Plaintiff, Princeton Display Technologies, Inc._** | Marisa C. Livesay, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Tel: 619-239-4599<br>Fax: 619-234-4599<br>Email: livesay@whafh.com |
| **_Defendant, Samsung SDI America, Inc._** | Michael W. Scarborough, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel: 415-434-9100<br>Fax: 415-434-3947<br>Email: mscarborough@smrh.com |