1  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
2  JOSEPH R. WETZEL (238008)
   Email: joseph.wetzel@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  STEVEN A. REISS *(pro hac vice pending)*
   Email: steven.reiss@weil.com
7  DAVID L. YOHAI *(pro hac vice pending)*
   Email: david.yohai@weil.com
8  ALAN R. FEIGENBAUM *(pro hac vice pending)*
   Email: alan.feigenbaum@weil.com
9  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
10 New York, New York 10153-0119
   Telephone: (212) 310-8000
11 Facsimile: (212) 310-8007

12 JEFFREY L. KESSLER
   Email: jkessler@dl.com
13 A. PAUL VICTOR
   Email: pvictor@dl.com
14 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
15 New York, NY 10019
   Telephone: (212) 259-8000
16 Facsimile: (212) 259-7013

17 Attorneys for Defendant

18 PANASONIC CORPORATION OF NORTH AMERICA

19              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. M 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF STEVEN A. REISS** |

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

1 | Steven A. Reiss, an active member in good standing of the bar of the District of
2 | Columbia, whose business address and telephone number is Weil, Gotshal & Manges LLP, 767
3 | Fifth Avenue, New York, NY 10153, (212) 310-8000, having applied in the above-entitled action
4 | for admission to practice in the Northern District of California on a *pro hac vice* basis,
5 | representing Panasonic Corporation of North America,

6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7 | and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8 | appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9 | in the application will constitute notice to the party. All future filings in this action are subject to
10 | the requirements contained in General Order No. 45, *Electronic Case Filing*.

12 | Dated: _____, 2008         _____
                                          Judge Samuel Conti

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF                                    Case No. 07-5944-SC
ATTORNEY *PRO HAC VICE*            2                            MDL No. 1917