1  BRUCE L. SIMON (Bar No. 96241)
     bsimon@psswplaw.com
2  ESTHER L. KLISURA (Bar No. 221171)
     eklisura@psswplaw.com
3  PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
   44 Montgomery Street, Suite 1200
4  San Francisco, California 94104
   Telephone:    (415) 433-9000
5  Facsimile:    (415) 433-9008

6  GUIDO SAVERI (Bar No. 22349)
     guido@saveri.com
7  R. ALEXANDER SAVERI (Bar No. 173102)
     rick@saveri.com
8  CADIO ZIRPOLI (Bar No. 179108)
     cadio@saveri.com
9  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
10 San Francisco, California 94111
   Telephone:    (415) 217-6810
11 Facsimile:    (415) 217-6913

12 *Attorneys for Direct Purchaser Plaintiffs and the
   Proposed Direct Purchaser Class*

13

14

15

16              **UNITED STATES DISTRICT COURT**

17    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

18

19 | IN RE: CATHODE RAY TUBE (CRT)   | Case No. C07-5944 SC
   | ANTITRUST LITIGATION            | MDL No. 1917
20 |

21 | This Document Relates to:       | **[PROPOSED] ORDER APPOINTING
   |                                 | INTERIM LEAD CLASS COUNSEL
22 | ALL DIRECT PURCHASER ACTIONS    | AND EXECUTIVE COMMITTEE FOR
   |                                 | THE DIRECT PURCHASER
23 |                                 | PLAINTIFFS**

24

25

26

27

28

**[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE
FOR THE DIRECT PURCHASER PLAINTIFFS**

1        The Motion to Appoint Interim Lead Class Counsel filed by Pearson, Simon, Soter,

2   Warshaw & Penny, LLP and Saveri & Saveri, Inc. came on regularly for hearing on April 4,

3   2008.  The Court, having carefully considered the papers and pleadings on file and oral

4   arguments of counsel, hereby GRANTS the motion.  It is hereby ORDERED that:

5        1.      Pursuant to Federal Rule of Civil Procedure 23(g)(3), the following attorneys

6   and firms are appointed as Interim Lead Class Counsel for the direct purchaser plaintiffs class:

7                a.      Bruce L. Simon of Pearson, Simon, Soter, Warshaw & Penny, LLP; and

8                b.      Guido Saveri of Saveri & Saveri, Inc.

9        2.      In addition, the following law firms are hereby designated as members of the

10  Direct Purchaser Plaintiffs' Executive Committee:

11               a.      Berger & Montague, P.C.;

12               b.      Cohen, Milstein, Hausfeld & Toll, PLLC;

13               c.      Cotchett, Pitre & McCarthy;

14               d.      Freed Kanner London & Millen LLC;

15               e.      Kaplan Fox & Kilsheimer LLP;

16               f.      Lieff, Carbaser, Heimann & Bernstein, LLP; and

17               g.      Lockridge Grindal Nauen, PLLP.

18       3.      Interim Lead Class Counsel shall be responsible for the overall conduct of the

19  litigation on behalf of the direct purchaser plaintiffs class as follows:

20               a.      To promote the orderly and efficient conduct of this litigation and to

21                       avoid unnecessary duplication and unproductive efforts;

22               b.      To conduct all pretrial, trial and post-trial proceedings on behalf of the

23                       direct purchaser plaintiffs;

24               c.      To sign any pleadings, motions, briefs, discovery requests or objections,

25                       subpoenas or notices on behalf of all direct purchaser plaintiffs, or those

26                       direct purchaser plaintiffs filing the particular papers;

27  / / /

28  / / /

[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE
FOR THE DIRECT PURCHASER PLAINTIFFS                                                                1

1      d.     To determine and present in motions, briefs, oral argument or such other

2              fashion as may be appropriate, the position of all of the direct purchaser

3              plaintiffs as to all matters arising during pretrial and trial proceedings;

4      e.     To designate attorneys to act as spokespersons for the direct purchaser

5              plaintiffs at pretrial conferences;

6      f.     To conduct or coordinate discovery on behalf of direct purchaser

7              plaintiffs consistent with the requirements of the Federal Rules of Civil

8              Procedure, including the preparation of interrogatories, requests for

9              production of documents, requests for admissions and the examination of

10             witnesses in depositions, as well as any motion practice related thereto;

11     g.     To designate attorneys to enter into stipulations necessary for the

12             conduct of the litigation with opposing counsel;

13     h.     To make all work assignments and supervise the Direct Purchaser

14             Plaintiffs' Executive Committee, whose role will be to assist in the

15             prosecution of the consolidated actions;

16     i.     To monitor the activities of direct purchaser plaintiffs' counsel and to

17             implement procedures to ensure that schedules are met and unnecessary

18             expenditures of time and funds are avoided;

19     j.     To collect time, lodestar and expense reports from each firm in the

20             consolidated action, including paralegals and any other staff members

21             whose time is expected to be included in any fee petition;

22     k.     To make and collect assessments from direct purchaser plaintiffs'

23             counsel for the purpose of paying the costs necessary to prosecute the

24             case;

25     l.     To ensure that work assignments are not given to any firm that has not

26             promptly submitted its time and expense records or paid its assessments;

27     m.     To employ and consult with experts;

28 /// 

**[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE**
**FOR THE DIRECT PURCHASER PLAINTIFFS**             2

1         n.      To call meetings of direct purchaser plaintiffs' counsel when deemed

2                    appropriate;

3         o.      To conduct settlement negotiations with defense counsel on behalf of

4                    direct purchaser plaintiffs and the putative direct purchaser class;

5         p.      To ensure that all direct purchaser plaintiffs' counsel are kept informed

6                    of the progress of this litigation as necessary; and

7         q.      To otherwise coordinate the work of all direct purchaser plaintiffs'

8                    counsel, and perform such other duties as the Interim Lead Class

9                    Counsel deems necessary or as authorized by further order of the Court.

10      4.      The Direct Purchaser Plaintiffs' Executive Committee shall be consulted by

11  Interim Lead Class Counsel on substantive issues so that they can assist in the efficient

12  prosecution of the litigation.

13      5.      Interim Lead Class Counsel and the Direct Purchaser Plaintiffs' Executive

14  Committee shall together select working groups or committees to further the efficient

15  prosecution of the litigation as is deemed necessary based on their collective judgment and

16  consideration.

17      6.      Interim Lead Class Counsel are hereby designated as the counsel for plaintiffs

18  in the consolidated actions upon whom all notices, orders, pleadings, motions, discovery, and

19  memoranda relating to the consolidated actions shall be served, and defendants shall effect

20  service of papers on the direct purchaser plaintiffs in the consolidated actions by serving each

21  of the Interim Lead Class Counsel above.  An agreement reached between defendant(s) and

22  Interim Lead Class Counsel or their designee(s), shall be binding on all other plaintiffs'

23  counsel in the direct purchaser consolidated actions.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1     7.     All counsel shall keep a daily record of their time spent and expenses incurred

2  in connection with this litigation, indicating with specificity the hours, location, and particular

3  activity.  Further, all counsel shall endeavor to keep attorneys' fees reasonable and to choose

4  the most appropriate level of staffing for the tasks required in this litigation.

5

6  Dated:  _____          _____

7                                                                  Honorable Samuel Conti
                                                                    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE**
**FOR THE DIRECT PURCHASER PLAINTIFFS**                                                                4