BRUCE L. SIMON (Bar No. 96241)
  bsimon@psswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
  eklisura@psswplaw.com
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, California 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008

GUIDO SAVERI (Bar No. 22349)
  guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
  rick@saveri.com
CADIO ZIRPOLI (Bar No. 179108)
  cadio@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, California 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6913

*Attorneys for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | **PROOF OF SERVICE** |

PROOF OF SERVICE

# PROOF OF SERVICE

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*

Case No. C07-5944 SC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of SAN FRANCISCO, STATE OF CALIFORNIA. My business address is 44 Montgomery Street, Suite 1200, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within action;

On February 29, 2008, I served the following document(s) entitled:

1) **NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE FOR THE DIRECT PURCHASER PLAINTIFFS**

2) **DECLARATION OF BRUCE L. SIMON IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE FOR THE DIRECT PURCHASER PLAINTIFFS**

3) **[PROPOSED] ORDER APPOINTING INTERIM LEAD CLASS COUNSEL AND EXECUTIVE COMMITTEE FOR THE DIRECT PURCHASER PLAINTIFFS**

on ALL INTERESTED PARTIES in this action as follows:

**SEE ATTACHED LIST**

__X__ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

__X__ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Francisco, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 29, 2008, at San Francisco, California.

Madelyn Morton

PROOF OF SERVICE                                                                                             1

**SERVICE LIST**

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*

Case No. C07-5944 SC

**Parties Served By Electronic Notice:**

| | |
|---|---|
| P. John Brady<br>Daniel D. Owen<br>SHUGHART THOMSON & KILROY, P.C.<br>Twelve Wyandotte Plaza<br>120 West 12th Street<br>Kansas City, MO  64105 | *Attorneys for Direct Purchaser Plaintiff Crago, Inc.* |
| Steven A. Kanner<br>Douglas A. Millen<br>FREED KANNER LONDON MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL  60015 | *Attorneys for Direct Purchaser Plaintiffs Art's TV & Appliance and Carroll Cut-Rate Furniture* |
| Richard M. Heimann<br>Joseph R. Saveri<br>Eric B. Fastiff<br>Brendan P. Glackin<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 | *Attorneys for Direct Purchaser Plaintiffs Nathan Muchnick, Inc. and The Stroud Group, Inc.* |
| H. Laddie Montague, Jr.<br>Ruthanne Gordon<br>Candice Enders<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19103 | *Attorneys for Direct Purchaser Plaintiff Nathan Muchnick, Inc.* |
| Fred A. Silva<br>Kathy L. Monday<br>Betty Lisa Julian<br>DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA<br>1601 I Street, Fifth Floor<br>Modesto, CA  95354 | *Attorneys for Direct Purchaser Plaintiff Hawel A. Hawel d/b/a City Electronics* |
| Harry Shulman<br>THE MILLS LAW FIRM<br>145 Marina Boulevard<br>San Rafael, CA  94901 | *Attorneys for Direct Purchaser Plaintiff Art's TV & Appliance* |

| | | |
|---|---|---|
| 1 | Michael P. Lehmann<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111 | *Attorneys for Direct Purchaser Plaintiff Monikraft, Inc.* |
| 2 | | |
| 3 | | |
| 4 | Randy Renick<br>HADSELL, STORMER, KEENY, RICHARDSON & RENICK<br>128 N. Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103 | *Attorneys for Direct Purchaser Plaintiff Orion Home System, LLC* |
| 5 | | |
| 6 | | |
| 7 | Joseph W. Cotchett<br>COTCHETT, PITRE & MCCARTHY<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | *Attorneys for Direct Purchaser Plaintiff Orion Home System, LLC* |
| 8 | | |
| 9 | | |
| 10 | Anthony Shapiro<br>Ronnie Spiegel<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 | *Attorneys for Direct Purchaser Plaintiff Carroll Cut-Rate Furniture* |
| 11 | | |
| 12 | | |
| 13 | Jeff D. Friedman<br>HAGENS BERMAN SOBOL SHAPIRO<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 | *Attorneys for Direct Purchaser Plaintiff Carroll Cut-Rate Furniture* |
| 14 | | |
| 15 | | |
| 16 | Joseph Tabacco, Jr.<br>Christopher T. Heffelfinger<br>BERMAN DEVALERIO PEASE & TOBACCO, P.C.<br>425 California Street, Suite 2100<br>San Francisco, CA 94104 | *Attorneys for Direct Purchaser Plaintiffs Univision Crimson-Holding, Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc.* |
| 17 | | |
| 18 | | |
| 19 | Michael Scarborough<br>Gary L. Halling<br>James L. McGinnis<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | *Attorneys for Defendant Samsung SDI America, Inc.* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | Gregory Hull<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | *Attorneys for Defendant Panasonic North America* |
| 24 | | |
| 25 | | |
| 26 | Jeane Hamilton<br>U.S. DEPARTMENT OF JUSTICE<br>450 Golden Gate Avenue<br>Box 36046, Room 10-0101<br>San Francisco, CA 94102 | *Attorneys for the United States* |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE**                                                                 3

| | | |
|---|---|---|
| 1 | **Parties Served By U.S. Mail:** | |
| 2 | Bryan L. Clobes<br>Ellen Meriwether | *Attorneys for Direct Purchaser Plaintiff*<br>*Princeton Display Technologies, Inc.* |
| 3 | CAFFERTY FAUCHER LLP<br>1717 Arch Street, Suite 3610 | |
| 4 | Philadelphia, PA  19103 | |
| 5 | Mary Jane Fait<br>Theodore B. Bell | *Attorneys for Direct Purchaser Plaintiff*<br>*Princeton Display Technologies, Inc.* |
| 6 | WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC | |
| 7 | 55 W. Monroe Street, Suite 1111<br>Chicago, IL  60603 | |
| 8 | | |
| 9 | Jayne Goldstein<br>Lee Albert | *Attorneys for Direct Purchaser Plaintiff*<br>*Princeton Display Technologies, Inc.* |
| 10 | MAGER & GOLDSTEIN LLP<br>1818 Market Street, Suite 3700 | |
| 11 | Philadelphia, PA  19103 | |
| 12 | Robert N. Kaplan<br>Linda P. Nussbaum<br>Gregory K. Arenson | *Attorneys for Direct Purchaser Plaintiffs*<br>*Meijer, Inc, Meijer Distribution, Inc. and Arch*<br>*Electronics, Inc.* |
| 13 | KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor | |
| 14 | New York, NY  10022 | |
| 15 | Joseph M. Vanek<br>David P. Germaine | *Attorneys for Direct Purchaser Plaintiff*<br>*Meijer, Inc. and Meijer Distribution, Inc.* |
| 16 | VANEK, VICKERS & MASINI P.C.<br>111 South Wacker Drive, Suite 4050 | |
| 17 | Chicago, IL  60606 | |
| 18 | Paul E. Slater<br>SPERLING & SLATER | *Attorneys for Direct Purchaser Plaintiff*<br>*Meijer, Inc. and Meijer Distribution, Inc.* |
| 19 | 55 West Monroe Street, Suite 3200<br>Chicago, IL  60603 | |
| 20 | | |
| 21 | Anthony J. Bolognese<br>Joshua H. Grabar | *Attorneys for Direct Purchaser Plaintiff*<br>*Arch Electronics, Inc.* |
| 22 | BOLOGNESE & ASSOCIATES, LLC<br>1500 JFK Boulevard, Suite 320 | |
| 23 | Philadelphia, PA  19102 | |
| 24 | Jeffrey A. Klafter<br>KLAFTER & OLSEN LLP | *Attorneys for Direct Purchaser Plaintiff*<br>*Industrial Computing, Inc.* |
| 25 | 1311 Mamaroneck Avenue, Suite 220<br>White Plains, NY  10605 | |
| 26 | | |
| 27 | | |
| 28 | | |

**PROOF OF SERVICE**                                                          4

| | | |
|---|---|---|
| 1 | Paul F. Bennett | *Attorneys for Direct Purchaser Plaintiff* |
|   | Steven O. Sidener | *Industrial Computing, Inc.* |
| 2 | Joseph M. Barton | |
|   | GOLD BENNETT CERA & SIDENER LLP | |
| 3 | 595 Market Street, Suite 2300 | |
|   | San Francisco, CA 94105-2835 | |
| 4 | | |
|   | Samuel D. Heins | *Attorneys for Direct Purchaser Plaintiff* |
| 5 | Vincent J. Esades | *Wettstein and Sons, Inc. d/b/a Wettstein's* |
|   | HEINS MILLS & OLSON, P.L.C. | |
| 6 | 310 Clifton Avenue | |
|   | Minneapolis, MN 55403 | |
| 7 | | |
|   | Michael Stoker | *Attorneys for Direct Purchaser Plaintiff* |
| 8 | JOHNS FLAHERTY & COLLINS S.C. | *Wettstein and Sons, Inc. d/b/a Wettstein's* |
|   | Exchange Building, Suite 600 | |
| 9 | 205 Fifth Avenue South | |
|   | P.O. Box 1626 | |
| 10 | LaCrosse, WI 54602-1626 | |
|    | | |
| 11 | Steven J. Greenfogel | *Attorneys for Direct Purchaser Plaintiff* |
|    | MEREDITH COHEN GREENFOGEL & | *Wettstein and Sons, Inc. d/b/a Wettstein's* |
| 12 | SKIRNICK, P.C. | |
|    | 1521 Locust Street, 8th Floor | |
| 13 | Philadelphia, PA 19102 | |
|    | | |
| 14 | Michael D. Shaffer | *Attorneys for Direct Purchaser Plaintiff* |
|    | SHAFFER & GAIER, LLC | *Monikraft, Inc.* |
| 15 | One Penn Center | |
|    | 1617 JFK Boulevard, Suite 946 | |
| 16 | Philadelphia, PA 19103 | |
|    | | |
| 17 | Allan Steyer | *Attorneys for Direct Purchaser Plaintiff* |
|    | STEYER LOWENTHAL BOODRAKAS | *Monikraft, Inc.* |
| 18 | ALVAREZ & SMITH LLP | |
|    | One California Street, Suite 300 | |
| 19 | San Francisco, CA 94111 | |
|    | | |
| 20 | Natalie Finkelman-Bennett | *Attorneys for Direct Purchaser Plaintiff* |
|    | SHEPHERD, FINKELMAN, MILLER & | *Monikraft, Inc.* |
| 21 | SHAH, LLC | |
|    | 35 East State Street | |
| 22 | Pennsylvania, PA 19063 | |
|    | | |
| 23 | Roberta Liebenberg | *Attorneys for Direct Purchaser Plaintiff* |
|    | FINE, KAPLAN AND BLACK | *Monikraft, Inc.* |
| 24 | 1835 Market Street, 28th Fl. | |
|    | Philadelphia, PA 19103 | |
| 25 | | |
|    | Lisa J. Rodriguez | *Attorneys for Direct Purchaser Plaintiffs* |
| 26 | TRUJILLO, RODRIGUEZ & RICHARDS, LLC | *Royal Data Services, Inc., OK TV & Appliance, LLC, Radio & TV Equipment, Inc.* |
| 27 | 8 Kings Highway West | *and Sound Investments Corporation* |
|    | Haddonfield, NJ 08033 | |
| 28 | | |

**PROOF OF SERVICE** 5

| | | |
|---|---|---|
| 1 | W. Joseph Bruckner<br>LOCKRIDGE GRINDAL NAUEN, PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401-2179 | *Attorneys for Direct Purchaser Plaintiffs Royal Data Services, Inc. and OK TV & Appliances, LLC* |
| 2 | Marisa C. Livesay<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>750 B. Street, Suite 2770<br>San Diego, CA 9210 | *Attorneys for Direct Purchaser Plaintiff Princeton Display Technologies, Inc.* |
| 3 | Garrett Blanchfield<br>REINHARDT WENDORF & BLANCHFIELD<br>East 1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 | *Attorneys for Direct Purchaser Plaintiffs Electric Design Company and Paula Call* |
| 4 | Charles H. Johnson<br>CHARLES H. JOHNSON & ASSOCIATES, P.A.<br>2599 Mississippi Street, Suite 101<br>New Brighton, MN 55112 | *Attorneys for Direct Purchaser Plaintiff Electric Design Company* |
| 5 | Neal A. Eisenbraun<br>NEAL A. EISENBRAUN, CHARTERED<br>2599 Mississippi, Suite 201<br>New Brighton, MN 55112 | *Attorneys for Direct Purchaser Plaintiff Electric Design Company* |
| 6 | Eugene A. Spector<br>William G. Caldes<br>SPECTOR, ROSEMAN & KODROFF<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103 | *Attorneys for Direct Purchaser Plaintiff Electric Design Company* |
| 7 | Lawrence D. McCabe<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue<br>New York, NY 10016 | *Attorneys for Direct Purchaser Plaintiff Paula Call* |
| 8 | John G. Emerson<br>Scott E. Poynter<br>EMERSON & POYNTER LLP<br>The Museum Center<br>500 President Clinton Avenue, Suite 305<br>Little Rock, AR 72201 | *Attorneys for Direct Purchaser Plaintiff Paula Call* |
| 9 | Barry Bendes<br>Anthony J. Viola<br>EDWARDS ANGELL PALMER & DODGE LLP<br>750 Lexington Avenue<br>New York, NY 10022 | *Attorneys for Defendants Orion America, Inc. and Orion Electronic Co., Inc.* |

PROOF OF SERVICE                                6

| | |
|---|---|
| Ethan E. Litwin<br>HOWREY LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY  10022 | *Attorneys for Defendant Philips Electronics North America Corporation* |
| Joseph Ostoyich<br>John Taladay<br>HOWREY LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC  20004 | *Attorneys for Defendant Philips Electronics North America Corporation* |
| David Yohai<br>WEIL, GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY  10153 | *Attorneys for Defendants Panasonic North America and Matsushita Electric Industrial Co., Ltd.* |
| Jeffrey L. Kessler<br>A. Paul Victor<br>DEWEY & LEBOEUF LLP<br>1301 Avenue of the Americas<br>New York, NY  10019 | *Attorneys for Defendant Panasonic North America* |
| Todd L. Padnos<br>DEWEY & LEBOEUF LLP<br>One Embarcadero Center, Suite 400<br>San Francisco, CA  94111 | *Attorneys for Defendant Panasonic North America* |
| Samuel R. Miller<br>SIDLEY AUSTIN LLP<br>555 California Street, Suite 2000<br>San Francisco, CA  94104 | *Attorneys for Defendant LG Electronics, Inc. and LG Electronics USA, Inc.* |
| Christopher M. Curran<br>WHITE & CASE LLP<br>701 13th Street, N.W.<br>Washington, DC  20005 | *Attorneys for Defendant Toshiba America, Inc.* |
| Kent M. Roger<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market Plaza<br>Spear Street Tower<br>San Francisco, CA  94105 | *Attorneys for Defendant Hitachi America, Ltd.* |
| Craig P. Seebald<br>McDERMOTT WILL & EMERY LLP<br>600 Thirteenth Street, N.W.<br>Washington, DC  20005-3096 | *Attorneys for Defendant Hitachi, Ltd.* |
| Bruce H. Jackson<br>BAKER & McKENZIE LLP<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA  94111 | *Attorneys for Defendant Tatung Company of America, Inc.* |