Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermanesq.com
Matthew D. Pearson (235339)
mpearson@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
jdominguez@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
222 Lakeview Avenue, Suite 900
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

**Attorneys for Plaintiffs
Univisions-Crimson Holding, Inc.,
Central New York Univision Video Systems, Inc.
and Crimson Tech, Inc.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | CASE NO. CV-07-5944-SC |
| | MDL NO. 1917 |
| | **[PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL FOR THE PUTATIVE DIRECT PURCHASER CLASS** |
| This Document Relates To: | |
| ALL DIRECT PURCHASER ACTIONS | |

1  By notice of motion and motion dated February 29, 2008, plaintiffs Univisions-Crimson Holding, Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc. ("Univisions Plaintiffs") moved this Court for an order appointing Joseph J. Tabacco, Jr. and Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio") as interim lead counsel to represent a putative class of direct purchasers in this multidistrict litigation.  The Court heard oral argument on the Univisions Plaintiffs' motion on April 4, 2008.

Upon considering the Univisions Plaintiffs' motion and memorandum of points and authorities, the supporting declaration of Joseph J. Tabacco, Jr., and oral argument before this Court, and good cause showing, the Court HEREBY GRANTS the Univisions Plaintiffs' motion.

IT IS SO ORDERED that Joseph J. Tabacco, Jr. and Berman DeValerio are appointed interim lead counsel representing a putative class of direct purchasers in this action.

Dated: _____

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE