Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermanesq.com
Matthew D. Pearson (235339)
mpearson@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Manuel J. Dominguez
jdominguez@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

**Attorneys for Plaintiffs Univisions-Crimson Holding, Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | CASE NO. CV-07-5944-SC<br>MDL NO. 1917<br>**PROOF OF SERVICE** |
| This Document Relates To:<br>ALL DIRECT PURCHASER ACTIONS | Date: April 4, 2008<br>Time: 10:00 a.m.<br>Courtroom: One, 17th Floor<br>The Honorable Samuel Conti |

I, Tyler Kelly, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to this action. I am employed in the state of California, and my business address is 425 California Street, Suite 2100, San Francisco, CA 94104.

On February 29, 2008, I served a true and correct copy of the following documents:

1. PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH, INC.'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A PUTATIVE CLASS OF DIRECT PURCHASERS WITH MEMORANDUM OF LAW IN SUPPORT THEREOF

2. DECLARATION OF JOSEPH J. TABACCO, JR. IN SUPPORT OF PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH, INC.'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A PUTATIVE CLASS OF DIRECT PURCHASERS

3. [PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL FOR THE PUTATIVE DIRECT PURCHASER CLASS

by USDC Live System-Document Filing System on all interested parties registered for e-filing.

In addition, I served the above documents on the following interested parties by electronic mail:

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE ASSOCIATES,LLC
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
abolognese@bolognese-law.com

Gordon Ball
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, TN 37902
gball@ballandscott.com

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE
7839 Montgomery Avenue
Elkins Park, PA 19027
knarine@kbnlaw.com

Robert Kaplan
Linda P. Nussbaum
Gregory Keith Arenson
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 15th Fl.
New York, NY 10022
rkaplan@kaplanfox.com

Daniel F. Karon
GOLDMAN SCARLATO & KARON, PC
55 Public Square, Suite 1500
Cleveland, OH 44113-1998
karon@gsk-law.com

Isaac L. Diel
SHARP MCQUEEN
135 Oak Street
Bonner Springs, KS 66012
dslawkc@aol.com

Donna F. Solen
THE MASON LAW FIRM, LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
dsolen@masonlawdc.com

Alexander E. Barnett
THE MASON LAW FIRM, LLP
1120 Avenue of the Americas, Suite 4019
New York, NY 10036
abarnett@masonlawdc.com

Joseph M. Patane
LAW OFFICE OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
jpatane@tatp.com

Charles M. Kester
THE KESTER LAW FIRM
P.O. Box 184
Fayetteville, AR 72702-0184
cmkester@nwark.com

Mary G. Kirkpatrick
KIRKPATRICK & GOLDBOROUGH, PLLC
Lakewood Commons
1233 Shelburne Road, Suite E-1
South Burlington, VT 05401
mkirk@vtlawfirm.com

Lee Albert
Jayne Goldenstein
MAGER GOLDSTEIN, LLP
1818 Market Street, Suite 3710
Philadelphia, PA 19103
lalbert@magergoldstein.com

Joseph M. Alioto
ALIOTO LAW FIRM
555 California Street, 31st Fl.
San Francisco, CA 94104
lmalioto@aliotolaw.com

James E. Cecchi
CARELLA BYRNE BAIN GILFILLIAN ET. AL.
5 Becker Farm Road
Roseland, NJ 07068
jcecchi@carellabyrne.com

Christopher Lovell
Craig M. Essenmacher
Keith Essenmacher
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, 58th Fl.
New York, NY 10110
clovell@lshllp.com

Jeffrey Alan Klafter
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10602
jak@klafterolsen.com

Jeffrey D. Bores
Karl L. Cambronne
CHESTNUT & CAMBRONNE
222 9th Street, Suite 3700
Minneapolis, 55402
jbores@chestnutcambronne.com

Lisa J. Rodriguez
TRUJILLO, RODRIGUEZ & RICHARDS, LLP
8 Kings Highway West
Haddonfield, NJ 08033
lisa@trrlaw.com

Bryan L. Clobes
Ellen Meriwether
CAFFERTY FAUCHER LLP
1717 Arch Street, 36 th Fl.
Philadelphia, PA 19103
bclobes@caffertyfaucer.com

Samuel D. Heins
Vincent J. Esades
Troy J. Hutchinson
Katherine T. Kelly
HEINS MILLS & OLSEN, PLC
310 Clifton Avenue
Minneapolis, MN 55403
sheins@heinsmills.com

W. Joseph Bruckner
Elizabeth R. Odette
LOCKRIDGE GRINDAL & NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
wjbruckner@locklaw.com

Christopher M. Curran
WHITE & CASE LLP
701 13th Street, N.W.
Washington, DC 20005
ccurran@whitecase.com

Bruce Mulkey
THE MULKEY ATTORNEYS GROUP, P.A.
1039 W. Walnut, Suite 3
Rogers, AR 72756
bruce@mulkeylaw.com

Joel C. Meredith
Steven J. Greenfogel
Daniel B. Allanoff
MEREDITH COHEN GREENFOGEL & SKIRNICK, PC
1521 Locust Street, 8th Fl.
Philadelphia, PA 19102
sgreenfogel@mcgslaw.com

Mario N. Alioto
Lauren Russell
TRUMP, ALIOTO, TRUMP, PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
malioto@tatp.com
laurenrussell@tatp.com

Kent M. Roger
MORGAN LEWIS & BOCKIUS, LLP
One Market Plaza
Spear Tower
San Francisco, CA 94105
Kroger@morganlewis.com

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
bsimon@psswplaw.com
eklisura@psswplaw.com

P. John Brady
Daniel D. Owen
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
jbrady@stklaw.com

Barry Bendes
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE, LLP
750 Lexington Avenue
New York, NY 10022
bbendes@eapdlaw.com

Gary L. Halling
James L. McGinnis
SHEPPARD MULLINS RICHTER & HAMPTON, LLP
4 Embarcadero Center, 17 th Fl.
San Francisco, CA 94111-4109
ghalling@sheppardmullin.com

Paul E. Slater
Sperling & Slater
55 W. Monroe Street, Suite 3200
Chicago, IL 60603
pes@sperling-law.com

Francis O. Scarpulla
Craig C. Corbitt
Matthew R. Schultz
Judith A. Zahid
Traviss L. Galloway
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
fscarpulla@zelle.com
ccorbit@zelle.com
mschultz@zelle.com
jzahid@zelle.com
tgalloway@zelle.com

Michael Jacobs
Richard M. Hagstrom
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
500 Washington Avenue South, suite 400
Minneapolis, MN 55415
mjacobs@zelle.com
rhagstrom@zelle.com

Richard M. Heimann
Joseph P. Saveri
Eric B. Fastiff
Brendan Glackin
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
rheimann@lchb.com
jsaveri@lchb.com
efastiff@lchb.com
bglackin@lchb.com

H. Laddie Montague, Jr.
Ruthanne Gordon
Candice Enders
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
hlmontague@bm.net
rgordon@bm.net

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603
fait@whafh.com

Guido Saveri
Richard Alexander Saveri
Cadio Zirpoli
SAVERI & SAVERI INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
guido@saveri.com

Roger M. Schrimp
Fred A. Silva
Kathy L. Monday
Betty L. Julian
DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
info@damrell.com

Henry A. Crillo
Thomas P. Dove
Kathleen Styles Rogers
Christopher L. Lebsock
Jonathan M. Watkins
Michael S. Christian
John T. King
THE FURTH FIRM, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
hcirillo@furth.com
tdove@furth.com
jwatkins@furth.com
mchristian@furth.com

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
mmiller@millerlawllc.com
lfanning@millerlawllc.com
mvantine@millerlawllc.com

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD, BENNETT, CERA & SIDENER, LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
pbennett@gbcslaw.com
ssidener@gbcslaw.com
jbarton@gbcslaw.com

Michael Stoker
JOHNS FLAHERTY & COLLINS, S.C.
Exchange Building, Suite 600
205 Fifth Avenue south
P. O. Box 1626
michael@johnsflaherty.com

Harry Shulman
The Mills Law Firm
145 Marina Boulevard
San Rafael, CA 94901
info@millslawfirm.com

Michael P. Lehman
Cohen, Milstein, Hausfeld & Toll, PLLC
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
mlehmann@cmht.com

Donald Amamgbo
Amamgbo & Associates
7901 Oakport Street, Suite 4900
Oakland, CA 94621
donaldamamgbo@citycom.com

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak
William H. London
FREED, KANNER, LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
skanner@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
blondon@fklmlaw.com

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
lawinfo@cmht.com

Robert Eisler
Sharon K. Robertson
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
150 E. 52nd Street, 30th Floor
New York, NY 10022
reisler@cmht.com
srobertson@cmht.com

John Gressette Felder, Jr.
MCGOWAN HOOD & FELDER
1405 Calhoun Street
Columbia, SC 29201
jfelder@mcgowanhood.com

Eugene A. Spector
William G. Caldes
SPECTOR ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103
classaction@srk-law.com

Michael D. Shaffer
SHAFFER & GAIER, LLP
One Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103
mhgaier@shaffergaier.com

Robert J. Pohlman
RYLEY CARLOCK & APPLEWHITE
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
rpohlman@rcalaw.com

Joseph W. Cotchett
COTCHETT PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
jefff@hbsslaw.com

Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
tony@hbsslaw.com

Mark Reinhardt
Garrett D. Blanchfield, Jr.
REINHARDT WENDORF & BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
info@ralawfirm.com

Charles H. Johnson
Neal A. Eisenbraun
CHARLES H. JOHNSON & ASSOCIATES, P.A.
2599 Mississippi Street, Suite 101
New Brighton, MN 55112
cjohnsonlaw@gmail.com

Reginald Von Terrell
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
REGGIET2@aol.com

Daniel E. Gustafson
Renae D. Steiner
Jason S. Kilene
Amanda M. Martin
GUSTAFSON GLUEK PLCC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
rsteiner@gustafsongluek.com
jkilene@gustafsongluek.com

Kenneth A. Wexler
WEXLER TORISEVA WALLACE LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602
kaw@wtwlaw.com

Joseph Goldberg
FREEDMAN BOYD HOLLANDER GOLDBERG & IVES, P.A.
20 First Plaza, Suite 700
Albuquerque, NM 87102
jg@fbdlaw.com

Robert J. Gralewski, Jr.
GERGOSIAN & GRALEWSKI LLP
655 W. Broadway, Suite 1410
San Diego, CA 92101
bob@gergosian.com

Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
dnast@rodanast.com

Richard J. Arsenault
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
P. O. Box 1190
Alexandria, LA 71309
rarsenault@nbalawfirm.com

Lawrence D. McCabe
MURRAY, FRANK & SAILER LLP
275 Madison Ave.
New York, NY 10016
lmccabe@murrayfrank.com

John G. Emerson
Scott E. Poynter
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Ave., Suite 305
Little Rock, AR 72201
epllp@emersonpoynter.com

Martin E. Grossman
LAW OFFICES OF MARTIN E. GROSSMAN
2121 Green Brier Dr.
Villanova, PA 19085
mgrossman@megrossman.com

Joseph A. Ostoyich
HOWREY & SIMON
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
OstoyichJ@howrey.com

David L. Yohai
WEIL GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153-0119
david.yohai@weil.com

Daniel E. Alberti
MCDERMOTT WILL & EMERY
3150 Porter Drive
Palo Alto, CA 94304-1212
dalberti@mwe.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 29, 2008, at San Francisco, California.

Tyler Kelly