```
 1  GREGORY D. HULL (57367)
    Email: greg.hull@weil.com
 2  JOSEPH R. WETZEL (238008)
    Email: joseph.wetzel@weil.com
 3  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
 4  Redwood Shores, California 94065-1175
    Telephone: (650) 802-3000
 5  Facsimile: (650) 802-3100

 6  STEVEN A. REISS (pro hac vice pending)
    Email: steven.reiss@weil.com
 7  DAVID L. YOHAI (pro hac vice pending)
    Email: david.yohai@weil.com
 8  ALAN R. FEIGENBAUM (pro hac vice pending)
    Email: alan.feigenbaum@weil.com
 9  WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
10  New York, New York 10153-0119
    Telephone:  (212) 310-8000
11  Facsimile:  (212) 310-8007

12  JEFFREY L. KESSLER
    Email: jkessler@dl.com
13  A. PAUL VICTOR
    Email: pvictor@dl.com
14  Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
15  New York, NY 10019
    Telephone: (212) 259-8000
16  Facsimile: (212) 259-7013

17  Attorneys for Defendant

18  PANASONIC CORPORATION OF NORTH AMERICA
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to: | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| ALL ACTIONS | |

Pursuant to Civil L.R. 11-3, ALAN R. FEIGENBAUM, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

1 | Northern District of California on a *pro hac vice* basis representing Defendant Panasonic
2 | Corporation of North America in the above-entitled litigation.
3 | In support of this application, I certify on oath that:
4 | 1.   I am an active member in good standing of a United States Court or of the
5 | highest court of another State or the District of Columbia, as indicated above;
6 | 2.   I agree to abide by the Standards of Professional Conduct set forth in Civil
7 | Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become
8 | familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
9 | 3.   An attorney who is a member of the bar of this Court in good standing and
10 | who maintains an office within the State of California has been designated as co-counsel in the
11 | above-entitled action. The name, address and telephone number of that attorney is:

GREGORY D. HULL (57367)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2008                         Respectfully submitted,

                                                 WEIL, GOTSHAL & MANGES LLP

                                                 By: _____
                                                     Alan R. Feigenbaum
                                                     Email: alan.feigenbaum@weil.com
                                                     WEIL, GOTSHAL & MANGES LLP
                                                     767 Fifth Avenue
                                                     New York, New York 10153-0119
                                                     Telephone: (212) 310-8000
                                                     Facsimile: (212) 310-8007

                                                     *Attorneys for Defendant Panasonic*
                                                     *Corporation of North America*

# PROOF OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on February 28, 2008, I served a copy of:

- **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; and**

- **[PROPOSED] ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION OF ALAN R. FEIGENBAUM**

☒ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

| _**SEE ATTACHED SHEET**_ | ☒ by U.S. Mail<br>☐ by fax<br>☐ by email<br>☐ by overnight delivery<br>☐ by hand |
|---|---|

Executed on February 28, 2008 at Redwood Shores, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
CeCe Stouffer

## SERVICE LIST

| | |
|---|---|
| **_Plaintiff Crago, Inc._**<br>*on behalf of itself and others similarly situated* | Bruce Lee Simon, Esq.<br>Pearson, Simon, Soter, Warshaw & Penny, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Tel: 415-433-9000<br>Fax: 415-433-9008<br>Email: bsimon@psswplaw.com<br><br>Daniel D. Owen, Esq.<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wyandotte Plaza - Suite 1600<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Tel: 816-395-0671<br>Fax: 816-374-0509<br>Email: dowen@stklaw.com<br><br>Esther L Klisura, Esq.<br>Pearson Simon Soter Warshaw & Pelly<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA 94010<br>Tel: 415-433-9000<br>Fax: 415-433-9008<br>Email: eklisura@psswplaw.com<br><br>P. John Brady, Esq.<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wyandotte Plaza - Suite 1800<br>120 W. 12th Street<br>Kansas City, MO 64105<br>Tel: 816-374-0515<br>Fax: 816-374-0509<br>Email: jbrady@stklaw.com |
| **_Plaintiff, Hawel A. Hawel d/b/a City Electronics_** | Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Email: guido@saveri.com<br><br>Betty Lisa Julian, Esq.<br>Damrell Nelson et al.<br>1601 I Street<br>Modesto, CA 95354<br>Tel: 209 526-3500<br>Email: bjulian@damrell.com |

PROOF OF SERVICE
NY1:\1544471\01\x3pz01!.DOC\62130.0354

2

| | | |
|---|---|---|
| 1 | | Cadio Zirpoli, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel:  415-217-6810<br>Fax:  415-217-6813<br>Email: zirpoli@saveri.com<br><br>Fred A. Silva, Esq.<br>Damrell Nelson Schrimp Pallios, Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA 95354<br>Tel:  (209) 526-3500<br>Fax:  (209) 526-3534<br>Email: fsilva@damrell.com<br><br>Kathy Lee Monday, Esq.<br>Damrell, Nelson, Schrimp, Pallios, Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA 95354<br>Tel:  209-526-3500<br>Fax:  209-526-3534<br>Email: kmonday@damrell.com<br><br>Richard Alexander Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel:  (415) 217-6810<br>Email: rick@saveri.com |
| | ***Plaintiff, Michael Juetten*** | Craig C. Corbitt, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: ccorbitt@zelle.com<br><br>Francis Onofrei Scarpulla, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: fscarpulla@zelle.com<br><br>Judith A. Zahid, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104-4807<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: jzahid@zelle.com |

| | |
|---|---|
| | Matthew Rutledge Schultz, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: mschultz@zelle.com<br><br>Michael Jocobs, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue, South Suite 400<br>Minneapolis, MN 55415<br>Tel: 612 339-2020<br>Fax: 612 336-9100<br>Email: mjacobs@zelle.com<br><br>Richard M. Hagstrom, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>Tel: 612-339-2020<br>Fax: 612-336-9100 |
| ***Plaintiff, Art's TV & Appliance*** | Douglas A. Millen, Esq. (Pro Hac Vice)<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: 224-632-4500<br>Fax: 224-632-4519<br>Email: doug@fklmlaw.com<br><br>Steven A. Kanner, Esq. (Pro Hac Vice)<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: 224-632-4500<br>Fax: 224-632-4519<br>Email: kanner@fklmlaw.com<br><br>Harry Shulman, Esq.<br>The Mills Law Firm<br>145 Marina Boulevard<br>San Rafael, CA 94901<br>Tel: 415-445-1326<br>Fax: 415-455-1327<br>Email: harry@millslawfirm.com |
| ***Plaintiff, Orion Home Systems, LLC*** | Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Email: guido@saveri.com |

PROOF OF SERVICE
NY1:\1544471\01\x3pz01!.DOC\62130.0354

4

| | |
|---|---|
| | Joseph W. Cotchett, Esq.<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel:  650-697-6000<br>Fax:  650-697-0577<br>Email: jcotchett@cpmlegal.com<br><br>Randy R. Renick, Esq.<br>Hadsell Stormer Keeny Richardson & Renick<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>Tel:  626-585-960<br>Email: rrr@renicklaw.com<br><br>Richard Alexander Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel:  (415) 217-6810<br>Email: rick@saveri.com |
| ***Plaintiff, Univisions-Crimson Holding Inc.*** | Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel:  415-433-3200<br>Fax:  415-433-6382<br>Email: cheffelfinger@bermanesq.com<br><br>Joseph J. Tabacco, Jr., Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel:  415-433-3200<br>Fax:  415-433-6382<br>Email: jtabacco@bermanesq.com<br><br>Manuel Juan Dominguez, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Tel:  561-835-9400<br>Fax:  561-835-0322<br>Email: mdominguez@bermanesq.com<br><br>Marc Jeffrey Greenspon, Esq.<br>Law Office of Marc J. Greenspon<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463<br>Tel:  954-817-6272<br>Email: mjgreenspon@yahoo.com |

| | | |
|---|---|---|
| 1 | ***Plaintiff, Carroll Cut-Rate Furniture***<br>*on behalf of itself and all others similarly situated* | Ronnie Seidel Spiegel (Pro Hac Vice)<br>Hagens Berman Sobol Shapiro<br>1301 5th Ave., Suite 2900<br>Seattle, WA 98101<br>Tel:  206-623-7292<br>Email: ronnie@hbsslaw.com<br><br>Anthony D. Shapiro, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Tel:  206-623-7292<br>Fax:  206-623-0594<br>Email: tony@hbsslaw.com<br><br>Douglas A. Millen, Esq.<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel:  224-632-4500<br>Fax:  224-632-4519<br>Email: doug@fklmlaw.com<br><br>Jeff D. Friedman, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Tel:  510 725-3000<br>Fax:  510 725-3001<br>Email: jefff@hbsslaw.com<br><br>Steven A. Kanner, Esq.<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel:  224-632-4500<br>Fax:  224-632-4519<br>Email: kanner@fklmlaw.com<br><br>William H. London, Esq.<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel:  224-632-4500<br>Fax:  224-632-4519<br>Email: blondon@fklmlaw.com |
| | ***Plaintiff, Monikraft, Inc.***<br>*individually and on behalf of a class of all those similarly situated* | Michael P. Lehman, Esq.<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel:  415-983-3321<br>Fax:  415-986-3643<br>Email: mlehmann@cmht.com |

PROOF OF SERVICE
NY1:\1544471\01\x3pz01!.DOC\62130.0354

6

| | | |
|---|---|---|
| 1 | ***Plaintiff, Nathan Muchnick, Inc.*** | Brendan Patrick Glackin, Esq.<br>Lief Cabraser Heimann & Berstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415 956-1000<br>Fax: 415 956-1008<br>Email: bglackin@lchb.com<br><br>Candice J. Enders Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: 800-424-6690<br>Fax: 215-875-4604<br>Email: cenders@bm.net<br><br>Eric B. Fastiff, Esq.<br>Lieff, Cabraser, Heimann & Bernstein,LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Fax: 415-956-1008<br>Email: efastiff@lchb.com<br><br>H. Laddie Montague, Jr., Esq.<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: 215-875-3010<br>Fax: 215-875-4604<br>Email: hlmontague@bm.net<br><br>Joseph Richard Saveri, Esq.<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Fax: 415-956-1008<br>Email: jsaveri@lchb.com<br><br>Richard Martin Heimann, Esq.<br>Lieff Cabraser Heimann & Bernstein<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Email: rheimann@lchb.com<br><br>Ruthanne Gordon, Esq.<br>Berger & Montague PC<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Tel: 215-875-3000<br>Fax: 215-875-4604<br>Email: rgordon@bm.net |

| | |
|---|---|
| **_Plaintiff, Barbara Caldwell_** <br> _on behalf of herself and all others similarly situated_ | Christopher L. Lebsock, Esq. <br> Cohen Milstein Hausfeld & Toll, P.L.L.C. <br> 1 Embarcadero Center, Suite 2440 <br> San Francisco, CA 94111 <br> Tel:  415-229-2080 <br> Fax:  415-986-3643 <br> Email: clebsock@cmht.com <br><br> Henry A. Cirillo, Esq. <br> The Furth Firm LLP <br> 225 Bush Street, 15th Floor <br> San Francisco, CA 94104 <br> Tel:  415-433-2070 <br> Fax:  415-982-2076 <br> Email: Hcirillo@furth.com <br><br> Jon T. King, Esq. <br> Cohen, Milstein, Hausfeld & Toll PLLC <br> One Embarcadero Center, Suite 2440 <br> San Francisco, CA 94111 <br> Tel:   (415) 229-2080 <br> Fax:   (415) 986-3643 <br> Email: jking@cmht.com <br><br> Kathleen Styles Rogers, Esq. <br> Furth Lehmann LLP <br> 225 Bush Street, 15th Floor <br> San Francisco, CA 94104 <br> Tel:  415-433-2070 <br> Fax:  415-982-2076 <br> Email: krogers@furth.com <br><br> Lori A. Fanning, Esq. <br> Miller Law LLC <br> 115 South LaSalle Street, Suite 2910 <br> Chicago, IL 60603 <br> Tel:  312-332-3400 <br> Fax:  312 676-2676 <br><br> Marvin A. Miller, Esq. <br> Miller Law LLC <br> 115 South LaSalle Street, Suite 2910 <br> Chicago, IL 60603 <br> Tel:  312 332-3400 <br> Fax:  312 676-2676 <br><br> Matthew E. Van Tine, Esq. <br> Miller Law LLC <br> 115 South LaSalle Street, Suite 2910 <br> Chicago, IL 60603 <br> Tel:  312 332-3400 <br> Fax:  312 676-2676 |

| | | |
|---|---|---|
| 1 | | Michael S. Christian, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel:  415-433-2070<br>Fax:  415-982-2076<br>Email: mchristian@furth.com<br><br>Thomas Patrick Dove, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel:  415-433-2070<br>Fax:  415-982-2076<br>Email: tdove@furth.com |
| 9 | **_Plaintiff, Jeffrey Figone_**<br>*on behalf of himself and all others similarly situated* | Joseph Marid Patane, Esq.<br>Law Office of Joseph M. Patane<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:  415-563-7200<br>Fax:  415-346-0679<br>Email: jpatane@tatp.com<br><br>Lauren Clare Russell, Esq.<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:  415-563-7200<br>Fax:  415-346-0679<br>Email: laurenrussell@tatp.com<br><br>Mario N. Alioto, Esq.<br>Trump Alioto Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel:  415 563-7200<br>Fax:  415 346-0679<br>Email: malioto@tatp.com |
| 21 | **_Plaintiff, Chad Klebs a Minnesota resident_**<br>*on behalf of themselves and all others similarly situated* | Craig C. Corbitt, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: ccorbitt@zelle.com<br><br>Francis Onofrei Scarpulla, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel:  415-693-0700<br>Fax:  415-693-0770<br>Email: fscarpulla@zelle.com |

PROOF OF SERVICE
NY1:\1544471\01\x3pz01!.DOC\62130.0354

9

| | |
|---|---|
| | Judith A. Zahid, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104-4807<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: jzahid@zelle.com<br><br>Matthew Rutledge Schultz, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: mschultz@zelle.com<br><br>Michael Jacobs, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Ave., South - Suite 400<br>Minneapolis, MN 55415<br>Tel: 612-339-2020<br>Fax: 612-336-9100<br>Email: mjacobs@zelle.com<br><br>Richard M. Hagstrom, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>Tel: 612-339-2020<br>Fax: 612-336-9100<br>Email: rhagstrom@zelle.com |
| **_Plaintiff, Central New York Univision Video Systems, Inc._** | Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: cheffelfinger@bermanesq.com<br><br>Joseph J. Tabacco, Jr., Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: jtabacco@bermanesq.com<br><br>Manuel Juan Dominguez, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Tel: 561-835-9400<br>Fax: 561-835-0322<br>Email: mdominguez@bermanesq.com |

| | |
|---|---|
| | Marc Jeffrey Greenspon, Esq.<br>Law Office of Marc J. Greenspon<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463<br>Tel: 954-817-6272<br>Email: mjgreenspon@yahoo.com |
| ***Plaintiff, Crimson Tech, Inc.*** | Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: cheffelfinger@bermanesq.com<br><br>Joseph J. Tabacco, Jr., Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: jtabacco@bermanesq.com<br><br>Manuel Juan Dominguez, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Tel: 561-835-9400<br>Fax: 561-835-0322<br>Email: mdominguez@bermanesq.com<br><br>Marc Jeffrey Greenspon, Esq.<br>Law Office of Marc J. Greenspon<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463<br>Tel: 954-817-6272<br>Email: mjgreenspon@yahoo.com |
| ***Plaintiff, The Stroud Group, Inc.*** | Eric B. Fastiff, Esq.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Fax: 415-956-1008<br>Email: efastiff@lchb.com |
| ***Plaintiff, Paula Call*** | Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Email: guido@saveri.com |

PROOF OF SERVICE
NY1:\1544471\01\x3pz01!.DOC\62130.0354                 11

| | |
|---|---|
| ***Plaintiff, Mark Pierce*** | Henry A. Cirillo, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: 415-433-2070<br>Fax: 415-982-2076<br>Email: Hcirillo@furth.com |
| ***Plaintiff, Princeton Display Technologies, Inc.*** | Marisa C. Livesay, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Tel: 619-239-4599<br>Fax: 619-234-4599<br>Email: livesay@whafh.com |
| ***Defendant, Samsung SDI America, Inc.*** | Michael W. Scarborough, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel: 415-434-9100<br>Fax: 415-434-3947<br>Email: mscarborough@smrh.com |