| | |
|---|---|
| 1 | GREGORY D. HULL (57367) |
|   | Email: greg.hull@weil.com |
| 2 | JOSEPH R. WETZEL (238008) |
|   | Email: joseph.wetzel@weil.com |
| 3 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway |
| 4 | Redwood Shores, California 94065-1175 |
|   | Telephone: (650) 802-3000 |
| 5 | Facsimile: (650) 802-3100 |
| 6 | STEVEN A. REISS *(pro hac vice pending)* |
|   | Email: steven.reiss@weil.com |
| 7 | DAVID L. YOHAI *(pro hac vice pending)* |
|   | Email: david.yohai@weil.com |
| 8 | ALAN R. FEIGENBAUM *(pro hac vice pending)* |
|   | Email: alan.feigenbaum@weil.com |
| 9 | WEIL, GOTSHAL & MANGES LLP |
|   | 767 Fifth Avenue |
| 10 | New York, New York 10153-0119 |
|   | Telephone:  (212) 310-8000 |
| 11 | Facsimile:  (212) 310-8007 |
| 12 | JEFFREY L. KESSLER |
|   | Email: jkessler@dl.com |
| 13 | A. PAUL VICTOR |
|   | Email: pvictor@dl.com |
| 14 | Dewey & LeBoeuf LLP |
|   | 1301 Avenue of the Americas |
| 15 | New York, NY 10019 |
|   | Telephone: (212) 259-8000 |
| 16 | Facsimile: (212) 259-7013 |
| 17 | Attorneys for Defendant |
| 18 | PANASONIC CORPORATION OF NORTH AMERICA |

RECEIVED
08 FEB 28 AM 10: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. M 07-5944-SC |
|   | MDL. No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF ALAN R. FEIGENBAUM** |

| | |
|---|---|
| [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* | Case No. 07-5944-SC<br>MDL No. 1917 |

1  Alan R. Feigenbaum, an active member in good standing of the bars of the
2  Southern and Eastern Districts of New York, whose business address and telephone number is
3  Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, (212) 310-8000, having
4  applied in the above-entitled action for admission to practice in the Northern District of California
5  on a *pro hac vice* basis, representing Panasonic Corporation of North America,

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9  in the application will constitute notice to the party. All future filings in this action are subject to
10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

12  Dated: _____, 2008         _____
13                                                     Judge Samuel Conti