Gordon Ball [TN SBN 001135]
**BALL & SCOTT**
550 Main Avenue, Suite 750
Knoxville, TN  37902
Telephone:     (865) 525-7028
Facsimile:      (865) 525-4679
Email:            gball@ballandscott.com

Daniel R. Karon [OH SBN 0069304; IL SBN 6207193]
Mark S. Goldman [PA SBN 48049]
Brian D. Penny [PA SBN 86805]
**GOLDMAN SCARLATO & KARON, P.C.**
55 Public Square, Suite 1500
Cleveland, OH  44113
Telephone:     (216) 622-1851
Facsimile:      (216) 622-1852
Email:            karon@gsk-law.com

Gilmur R. Murray [CA SBN 111856]
Derek G. Howard [CA SBN 118082]
**MURRAY & HOWARD LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Telephone:     (510) 444-2660
Facsimile:      (510) 444-2522
Email:            dhoward@murrayhowardlaw.com

*Attorneys for Plaintiffs and Proposed Interim Class Counsel for the Indirect-Purchaser Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBES ANTITRUST LITIGATION<br><br>This document relates to:<br><br>All Indirect-Purchaser Actions | ) Master File No.: 3:07-CV-5944<br>)<br>) MDL No. 1917<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>) |

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

Re:   IN RE CATHODE RAY TUBES ANTITRUST LITIGATION
       Master File No.: 3:07-CV-5944 SC; MDL No. 1917

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is Murray & Howard, LLP, 436 14th Street, Oakland, California 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Certificate of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**MULTI-STATE, INDIRECT PRUCHASER PLAINTIFFS' MEMORANDUM SUPPORTING THEIR MOTION FOR APPOINTMENT OF INTERIM CO-LEAD, INDIRECT-PURCHASER CLASS COUNSEL AND ENTRY OF PROPOSED CASE-MANAGEMENT ORDER**

**[PROPOSED] CASE-MANAGEMENT ORDER RELATING TO INDIRECT-PURCHASER CASES**

__XX__   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at Oakland, California. See SERVICE LIST.

__XX__   **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing. See SERVICE LIST.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on March 5, 2008 at Oakland, California.

Dated: March 5, 2008                                       */s/ Amanda L. Arnall*
                                                                          Amanda L. Arnall

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

# SERVICE LIST

**Mailing Information for a Case 3:07-cv-05944-SC**

**Manual Notice List:**

**Lori A. Fanning**
**Matthew E. Van Tine**
**Marvin A. Miller**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Richard M. Hagstrom**
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

**Electronic Mail Notice List:**

- **Mario N. Alioto**
  malioto@tatp.com
- **P. John Brady**
  jbrady@stklaw.com,docketing@stklaw.com,cfuson@stklaw.com,ksmith@stklaw.com,dowen@stklaw.com,aennis@stklaw.com,dthornton@stklaw.com
- **Michael S. Christian**
  mchristian@furth.com
- **Henry A. Cirillo**
  Hcirillo@furth.com,gmgray@furth.com,newman@furth.com,czapanta@furth.com
- **Craig C. Corbitt**
  ccorbitt@zelle.com
- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com
- **Manuel Juan Dominguez**
  mdominguez@bermanesq.com,clesnick@bermanesq.com
- **Thomas Patrick Dove**
  tdove@furth.com
- **Candice J. Enders**
  cenders@bm.net
- **Eric B. Fastiff**
  efastiff@lchb.com,jbecklund@lchb.com,akingsdale@lchb.com
- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com
- **Jeff D. Friedman**
  jefff@hbsslaw.com

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

- **Brendan Patrick Glackin**
  bglackin@lchb.com
- **Ruthanne Gordon**
  rgordon@bm.net,mrussell@bm.net
- **Marc Jeffrey Greenspon**
  mjgreenspon@yahoo.com
- **Jeane Hamilton**
  jeane.hamilton@usdoj.gov,SanFran.ATR@usdoj.gov,paula.lattimore@usdoj.gov
- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com,ysoboleva@bermanesq.com
- **Richard Martin Heimann**
  rheimann@lchb.com
- **Gregory Hull**
  greg.hull@weil.com
- **Michael Jacobs**
  mjacobs@zelle.com
- **Michael Jocobs**
  mjacobs@zelle.com
- **Betty Lisa Julian**
  bjulian@damrell.com
- **Steven A. Kanner**
  kanner@fklmlaw.com
- **Jon T. King**
  jking@cmht.com
- **Esther L Klisura**
  eklisura@psswplaw.com
- **Christopher L. Lebsock**
  clebsock@cmht.com,tsmall@cmht.com
- **Michael P. Lehman**
  mlehmann@cmht.com
- **Marisa C. Livesay**
  livesay@whafh.com
- **William H. London**
  blondon@fklmlaw.com
- **Douglas A. Millen**
  doug@fklmlaw.com
- **Kathy Lee Monday**
  kmonday@damrell.com,mvarni@damrell.com
- **H. Laddie Montague , Jr**
  hlmontague@bm.net
- **Orion Home Systems, LLC**
  cadio@saveri.com
- **Daniel D. Owen**
  dowen@stklaw.com
- **Joseph Marid Patane**
  jpatane@tatp.com

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

- **Randy R. Renick**
  rrr@renicklaw.com,home@renicklaw.com
- **Kathleen Styles Rogers**
  krogers@furth.com
- **Lauren Clare Russell**
  laurenrussell@tatp.com
- **Guido Saveri**
  guido@saveri.com
- **Joseph Richard Saveri**
  jsaveri@lchb.com,dclevenger@lchb.com
- **Richard Alexander Saveri**
  rick@saveri.com
- **Michael W. Scarborough**
  mscarborough@smrh.com,khollenbeck@sheppardmullin.com
- **Francis Onofrei Scarpulla**
  fscarpulla@zelle.com
- **Matthew Rutledge Schultz**
  mschultz@zelle.com
- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,ronnie@hbsslaw.com
- **Harry Shulman**
  harry@millslawfirm.com,lornaf@millslawfirm.com
- **Fred A. Silva**
  fsilva@damrell.com
- **Bruce Lee Simon**
  bsimon@psswplaw.com,dwarshaw@psswplaw.com,gsoter@psswplaw.com,cpearson@psswplaw.com,avargas@psswplaw.com,mmorton@psswplaw.com
- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com
- **Joseph J. Tabacco , Jr**
  jtabacco@bermanesq.com,ysoboleva@bermanesq.com
- **U.S. Department of Justice, Antitrust Division**
  jeane.hamilton@usdoj.gov
- **Judith A. Zahid**
  jzahid@zelle.com
- **Cadio Zirpoli**
  zirpoli@saveri.com

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522