1  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
2  JOSEPH R. WETZEL (238008)
   Email: joseph.wetzel@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  STEVEN A. REISS *(pro hac vice pending)*
   Email: steven.reiss@weil.com
7  DAVID L. YOHAI *(pro hac vice pending)*
   Email: david.yohai@weil.com
8  ALAN R. FEIGENBAUM *(pro hac vice pending)*
   Email: alan.feigenbaum@weil.com
9  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
10 New York, New York 10153-0119
   Telephone:  (212) 310-8000
11 Facsimile:  (212) 310-8007

12 JEFFREY L. KESSLER
   Email: jkessler@dl.com
13 A. PAUL VICTOR
   Email: pvictor@dl.com
14 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
15 New York, NY 10019
   Telephone: (212) 259-8000
16 Facsimile: (212) 259-7013

17 Attorneys for Defendant

18 PANASONIC CORPORATION OF NORTH AMERICA

19
                          **UNITED STATES DISTRICT COURT**
20                        **NORTHERN DISTRICT OF CALIFORNIA**

21 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
   |---|---|
22 | | MDL. No. 1917 |
   | _____ | |
23 | | |
   | This Document Relates to: | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
24 | | |
   | ALL ACTIONS | |
25

26

27

28

                                                                          Case No. 07-5944-SC
   CERTIFICATE OF INTERESTED ENTITIES                                      MDL No. 1917
   OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 5, 2008

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: s/Gregory D. Hull
Gregory D. Hull (57367)
Joseph R. Wetzel (238008)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Steven A. Reiss (*pro hac vice pending*)
David L. Yohai (*pro hac vice pending*)
Alan R. Feigenbaum (*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Jeffrey L. Kessler
A. Paul Victor
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendant Panasonic Corporation of North America

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS                2

Case No. 07-5944-SC
MDL No. 1917