GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

STEVEN A. REISS *(pro hac vice pending)*
Email: steven.reiss@weil.com
DAVID L. YOHAI *(pro hac vice pending)*
Email: david.yohai@weil.com
ALAN R. FEIGENBAUM *(pro hac vice pending)*
Email: alan.feigenbaum@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

JEFFREY L. KESSLER
Email: jkessler@dl.com
A. PAUL VICTOR
Email: pvictor@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendant

PANASONIC CORPORATION OF NORTH AMERICA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| ALL ACTIONS | |

NOTICE OF APPEARANCE

Case No. 07-5944-SC
MDL No. 1917

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firms of Weil, Gotshal & Manges LLP, and Dewey & LeBoeuf LLP, hereby state their appearance in this case on behalf of defendant Panasonic Corporation of North America.

Dated: March 5, 2008

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: s/Gregory D. Hull
Gregory D. Hull (57367)
Joseph R. Wetzel (238008)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Steven A. Reiss (*pro hac vice pending*)
David L. Yohai (*pro hac vice pending*)
Alan R. Feigenbaum (*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Jeffrey L. Kessler
A. Paul Victor
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendant Panasonic Corporation of North America

NOTICE OF APPEARANCE                    2

Case No. 07-5944-SC
MDL No. 1917