United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 07-5944 SC<br>08-0337 MMC |
| ———————————————————— | |
| CRAGO, Inc., | ORDER CONSOLIDATING CASES |
| Plaintiff, | |
| v. | |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |

The Court hereby finds that civil case Pierce v. Beijing-Matsushita Color CRT Co., LTD., et al., Case No. 08-0337, is suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings.  This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

///
///
///
///
///
///
///

1   This consolidated case will henceforth be referred to as "IN
2   RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1971.
3   All documents are to be filed under case number 07-5944-SC and all
4   future filings are to bear the initials "SC" immediately after the
5   case number.

8   IT IS SO ORDERED.

10   Dated: March 10, 2008



12   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2