Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michele C. Jackson (State Bar No. 090807)
*mjackson@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiff The Stroud Group, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>**This Document Relates To:**<br><br>**THE STROUD GROUP, INC., v. CHUNGHWA PICTURE TUBES, LTD.,** *et al.*<br><br>**Civil Action No. 08-1056-SC** | MDL No. 1971<br><br>**MASTER FILE**<br>**N. CV-07-5944-SC**<br><br>**NOTICE OF APPEARANCE OF MICHELE C. JACKSON**<br><br>The Honorable Samuel Conti |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Michele C. Jackson of the law firm of Lieff Cabraser Heimann & Bernstein, LLP, enters her appearance as

/ / /

/ / /

/ / /

/ / /

/ / /

752793.1 — - 1 - — NOTICE OF APPEARANCE OF MICHELE C. JACKSON
CASE NO. CV-07-5944-SC

1  counsel on behalf of plaintiff THE STROUD GROUP, INC. and requests that copies of all future
2  notices, pleadings, and other documents filed in this action be provided to her.

4  Dated:  March 10, 2008                             */s/ Michele C. Jackson*
                                                            Michele C. Jackson

   Richard M. Heimann (State Bar No. 063607)
   *rheimann@lchb.com*
   Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
   Michele C. Jackson (State Bar No. 090807)
   *mjackson@lchb.com*
   Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
   San Francisco, CA  94111-3339
   Telephone:     (415) 956-1000
   Facsimile:      (415) 956-1008

   *Attorneys for Plaintiff The Stroud Group, Inc.*

752793.1                              - 2 -                NOTICE OF APPEARANCE OF MICHELE C. JACKSON
                                                           CASE NO. CV-07-5944-SC