1  Richard M. Heimann (State Bar No. 063607)
   *rheimann@lchb.com*
2  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
3  Michele C. Jackson (State Bar No. 090807)
   *mjackson@lchb.com*
4  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
5  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
6  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
7  Facsimile:  (415) 956-1008

8

   *Attorneys for Plaintiff Nathan Muchnick, Inc.*
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                        (San Francisco Division)

13

14 | **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **MDL No. 1971** |

15 | | **MASTER FILE N. CV-07-5944-SC** |

16 | **This Document Relates To:** | |

17 | **NATHAN MUCHNICK, INC., v. CHUNGHWA PICTURE TUBES, LTD.,** *et al.* | **NOTICE OF APPEARANCE OF MICHELE C. JACKSON** |

18 | | The Honorable Samuel Conti |

19 | **Civil Action No. 07-5981-SC** | |

20

21

22         PLEASE TAKE NOTICE THAT in the above-captioned litigation, Michele C.

23 Jackson of the law firm of Lieff Cabraser Heimann & Bernstein, LLP, enters her appearance as

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

752850.1                            - 1 -                    NOTICE OF APPEARANCE OF MICHELE C. JACKSON
                                                                              CASE NO. CV-07-5944-SC

counsel on behalf of plaintiff NATHAN MUCHNICK, INC. and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to her.

Dated:  March 10, 2008

*/s/ Michele C. Jackson*
Michele C. Jackson

Richard M. Heimann (State Bar No. 063607)
*rheimann@lchb.com*
Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Michele C. Jackson (State Bar No. 090807)
*mjackson@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:    (415) 956-1000
Facsimile:     (415) 956-1008

*Attorneys for Plaintiff Nathan Muchnick, Inc.*