
```
 1  GREGORY D. HULL (57367)
    Email: greg.hull@weil.com
 2  JOSEPH R. WETZEL (238008)
    Email: joseph.wetzel@weil.com
 3  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
 4  Redwood Shores, California 94065-1175
    Telephone: (650) 802-3000
 5  Facsimile: (650) 802-3100

 6  STEVEN A. REISS (pro hac vice pending)
    Email: steven.reiss@weil.com
 7  DAVID L. YOHAI (pro hac vice pending)
    Email: david.yohai@weil.com
 8  ALAN R. FEIGENBAUM (pro hac vice pending)
    Email: alan.feigenbaum@weil.com
 9  WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
10  New York, New York 10153-0119
    Telephone:  (212) 310-8000
11  Facsimile:  (212) 310-8007

12  JEFFREY L. KESSLER
    Email: jkessler@dl.com
13  A. PAUL VICTOR
    Email: pvictor@dl.com
14  Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
15  New York, NY 10019
    Telephone: (212) 259-8000
16  Facsimile: (212) 259-7013

17  Attorneys for Defendant

18  PANASONIC CORPORATION OF NORTH AMERICA
```

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. M 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to: | [PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF DAVID L. YOHAI |
| ALL ACTIONS | |

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

1   David L. Yohai, an active member in good standing of the bars of the Southern
2   and Eastern Districts of New York, whose business address and telephone number is Weil,
3   Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, (212) 310-8000, having
4   applied in the above-entitled action for admission to practice in the Northern District of California
5   on a *pro hac vice* basis, representing Panasonic Corporation of North America,

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7   and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8   appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9   in the application will constitute notice to the party. All future filings in this action are subject to
10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

12  Dated: _3/11/08_____, 2008



Samuel Conti
Judge Samuel Conti

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*                2                       Case No. 07-5944-SC
                                                                MDL No. 1917