1  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
2  JOSEPH R. WETZEL (238008)
   Email: joseph.wetzel@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  STEVEN A. REISS (pro hac vice pending)
   Email: steven.reiss@weil.com
7  DAVID L. YOHAI (pro hac vice pending)
   Email: david.yohai@weil.com
8  ALAN R. FEIGENBAUM (pro hac vice pending)
   Email: alan.feigenbaum@weil.com
9  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
10 New York, New York 10153-0119
   Telephone:  (212) 310-8000
11 Facsimile:  (212) 310-8007

12 JEFFREY L. KESSLER
   Email: jkessler@dl.com
13 A. PAUL VICTOR
   Email: pvictor@dl.com
14 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
15 New York, NY 10019
   Telephone: (212) 259-8000
16 Facsimile: (212) 259-7013

17 Attorneys for Defendant

18 PANASONIC CORPORATION OF NORTH AMERICA

19            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
20

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. M 07-5944-SC |
|---|---|
| | MDL. No. 1917 |
| This Document Relates to: | [PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF STEVEN A. REISS |
| ALL ACTIONS | |

1        Steven A. Reiss, an active member in good standing of the bar of the District of

2   Columbia, whose business address and telephone number is Weil, Gotshal & Manges LLP, 767

3   Fifth Avenue, New York, NY 10153, (212) 310-8000, having applied in the above-entitled action

4   for admission to practice in the Northern District of California on a *pro hac vice* basis,

5   representing Panasonic Corporation of North America,

6        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

7   and conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate

8   appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated

9   in the application will constitute notice to the party.  All future filings in this action are subject to

10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

11

12  Dated: _____3/11/08_____, 2008

13

14

15



16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*       2       Case No. 07-5944-SC
MDL No. 1917