Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermanesq.com
Matthew D. Pearson (235339)
mpearson@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
jdominguez@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
222 Lakeview Avenue, Suite 900
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

**Attorneys for Plaintiffs Univisions-Crimson Holding, Inc.,
Central New York Univision Video Systems, Inc.
and Crimson Tech, Inc.**

(Additional Counsel On Signature Page)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | CASE NO. CV-07-5944-SC <br><br> MDL NO. 1917 <br><br> **PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH, INC.'S NOTICE OF WITHDRAWAL OF THEIR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A PUTATIVE CLASS OF DIRECT PURCHASERS** |
| This Document Relates To: <br><br> ALL DIRECT PURCHASER ACTIONS | Date:  April 4, 2008 <br> Time:  10:00 a.m. <br> Courtroom:  One, 17th Floor <br> The Honorable Samuel Conti |

[CV-07-5944-SC] NOTICE OF WITHDRAWAL OF MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A PUTATIVE CLASS OF DIRECT PURCHASERS

Plaintiffs Univisions-Crimson Holding, Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc. hereby withdraw their Motion For Appointment Of Interim Lead Counsel For A Putative Class Of Direct Purchasers, filed on February 29, 2008, presently scheduled for hearing on April 4, 2008.

Dated: March 11, 2008

**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**

By: /s/ Christopher T. Heffelfinger
Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
Matthew D. Pearson
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
**BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
222 Lakeview Avenue, Suite 900
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

Marc J. Greenspon
**LAW OFFICE OF MARC J. GREENSPON**
6200 Spring Isles Blvd.
Lake Worth, FL 33463
Telephone: (954) 817-6272
Facsimile:  (954) 439-0651
E-Mail: mjgreenspon@yahoo.com

**Attorneys for Plaintiffs Univisions-Crimson Holding, Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc.**