Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermanesq.com
Matthew D. Pearson (235339)
mpearson@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
jdominguez@bermanesq.com
**BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
222 Lakeview Avenue, Suite 900
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

**Attorneys for Plaintiffs
Univisions-Crimson Holding, Inc.,
Central New York Univision Video Systems, Inc.
and Crimson Tech, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | CASE NO. CV-07-5944-SC |
| | MDL NO. 1917 |
| | **PROOF OF SERVICE** |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | Date: April 4, 2008<br>Time: 10:00 a.m.<br>Courtroom: One, 17th Floor<br>The Honorable Samuel Conti |

[NO. CV-07-5944-SC] PROOF OF SERVICE                                                                                       1

1  I, Tyler Kelly, declare as follows:

2  I am a resident of the State of California, over the age of eighteen years, and not a party to this action. I am employed in the state of California, and my business address is 425 California Street, Suite 2100, San Francisco, CA 94104.

On March 11, 2008, I served a true and correct copy of PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH, INC.'S NOTICE OF WITHDRAWAL OF THEIR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A PUTATIVE CLASS OF DIRECT PURCHASERS by USDC Live System-Document Filing System on all interested parties registered for e-filing.

In addition, I served the above documents on the following interested parties by electronic mail:

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE ASSOCIATES, LLC
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
abolognese@bolognese-law.com

Gordon Ball
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, TN 37902
gball@ballandscott.com

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE
7839 Montgomery Avenue
Elkins Park, PA 19027
knarine@kbnlaw.com

Robert Kaplan
Linda P. Nussbaum
Gregory Keith Arenson
KAPLAN FOX & KILSHEIMER, LLP
850 Third Avenue, 15th Fl.
New York, NY 10022
rkaplan@kaplanfox.com

Daniel F. Karon
GOLDMAN SCARLATO & KARON, PC
55 Public Square, Suite 1500
Cleveland, OH 44113-1998
karon@gsk-law.com

Isaac L. Diel
SHARP MCQUEEN
135 Oak Street
Bonner Springs, KS 66012
dslawkc@aol.com

Donna F. Solen
THE MASON LAW FIRM, LLP
1225 19th Street, N.W., Suite 500
Washington, DC 20036
dsolen@masonlawdc.com

Alexander E. Barnett
THE MASON LAW FIRM, LLP
1120 Avenue of the Americas, Suite 4019
New York, NY 10036
abarnett@masonlawdc.com

[NO. CV-07-5944-SC] PROOF OF SERVICE                                                                    2

| | | |
|---|---|---|
| 1 | Joseph M. Patane | Christopher Lovell |
| 2 | LAW OFFICE OF JOSEPH M. PATANE | Craig M. Essenmacher |
|   | 2280 Union Street | Keith Essenmacher |
| 3 | San Francisco, CA 94123 | LOVELL STEWART HALEBIAN LLP |
|   | jpatane@tatp.com | 500 Fifth Avenue, 58th Fl. |
| 4 |  | New York, NY 10110 |
| 5 | Charles M. Kester | clovell@lshllp.com |
|   | THE KESTER LAW FIRM |  |
| 6 | P.O. Box 184 | Jeffrey Alan Klafter |
|   | Fayetteville, AR 72702-0184 | KLAFTER & OLSEN LLP |
| 7 | cmkester@nwark.com | 1311 Mamaroneck Avenue, Suite 220 |
|   |  | White Plains, NY 10602 |
| 8 | Mary G. Kirkpatrick | jak@klafterolsen.com |
| 9 | KIRKPATRICK & GOLDBOROUGH, PLLC |  |
|   |  | Jeffrey D. Bores |
| 10 | Lakewood Commons | Karl L. Cambronne |
|   | 1233 Shelburne Road, Suite E-1 | CHESTNUT & CAMBRONNE |
| 11 | South Burlington, VT 05401 | 222 9th Street, Suite 3700 |
|   | mkirk@vtlawfirm.com | Minneapolis, 55402 |
| 12 |  | jbores@chestnutcambronne.com |
| 13 | Lee Albert |  |
|   | Jayne Goldenstein | Lisa J. Rodriguez |
| 14 | MAGER GOLDSTEIN, LLP | TRUJILLO, RODRIGUEZ & RICHARDS, LLP |
|   | 1818 Market Street, Suite 3710 |  |
| 15 | Philadelphia, PA 19103 | 8 Kings Highway West |
| 16 | lalbert@magergoldstein.com | Haddonfield, NJ 08033 |
|   |  | lisa@trrlaw.com |
| 17 | Joseph M. Alioto |  |
| 18 | ALIOTO LAW FIRM | Bryan L. Clobes |
|   | 555 California Street, 31st Fl. | Ellen Meriwether |
| 19 | San Francisco, CA 94104 | CAFFERTY FAUCHER LLP |
|   | lmalioto@aliotolaw.com | 1717 Arch Street, 36 th Fl. |
| 20 |  | Philadelphia, PA 19103 |
| 21 | James E. Cecchi | bclobes@caffertyfaucer.com |
|   | CARELLA BYRNE BAIN GILFILLIAN |  |
| 22 | ET. AL. | Samuel D. Heins |
|   | 5 Becker Farm Road | Vincent J. Esades |
| 23 | Roseland, NJ 07068 | Troy J. Hutchinson |
|   | jcecchi@carellabyrne.com | Katherine T. Kelly |
| 24 |  | HEINS MILLS & OLSEN, PLC |
| 25 |  | 310 Clifton Avenue |
|   |  | Minneapolis, MN 55403 |
| 26 |  | sheins@heinsmills.com |
| 27 |  |  |
| 28 |  |  |

[NO. CV-07-5944-SC] PROOF OF SERVICE                                       3

| | | |
|---|---|---|
| 1 | W. Joseph Bruckner | Bruce L. Simon |
| 2 | Elizabeth R. Odette | Esther L. Klisura |
|   | LOCKRIDGE GRINDAL & NAUEN PLLP | PEARSON, SIMON, SOTER, WARSHAW |
| 3 | 100 Washington Avenue South, Suite 2200 | & PENNY, LLP |
|   | Minneapolis, MN 55401 | 44 Montgomery Street, Suite 1200 |
| 4 | wjbruckner@locklaw.com | San Francisco, CA 94104 |
|   |   | bsimon@psswplaw.com |
| 5 | Christopher M. Curran | eklisura@psswplaw.com |
| 6 | WHITE & CASE LLP |   |
|   | 701 13th Street, N.W. | P. John Brady |
| 7 | Washington, DC 20005 | Daniel D. Owen |
|   | ccurran@whitecase.com | SHUGHART THOMSON & KILROY, P.C. |
| 8 |   | Twelve Wyandotte Plaza |
| 9 | Bruce Mulkey | 120 W. 12th Street |
|   | THE MULKEY ATTORNEYS GROUP, | Kansas City, MO  64105 |
| 10 | P.A. | jbrady@stklaw.com |
|   | 1039 W. Walnut, Suite 3 |   |
| 11 | Rogers, AR 72756 | Barry Bendes |
| 12 | bruce@mulkeylaw.com | Anthony J. Viola |
|   |   | EDWARDS ANGELL PALMER & |
| 13 | Joel C. Meredith | DODGE, LLP |
|   | Steven J. Greenfogel | 750 Lexington Avenue |
| 14 | Daniel B. Allanoff | New York, NY 10022 |
| 15 | MEREDITH COHEN GREENFOGEL & | bbendes@eapdlaw.com |
|   | SKIRNICK, PC |   |
| 16 | 1521 Locust Street, 8th Fl. | Gary L. Halling |
|   | Philadelphia, PA 19102 | James L. McGinnis |
| 17 | sgreenfogel@mcgslaw.com | SHEPPARD MULLINS RICHTER & |
| 18 |   | HAMPTON, LLP |
|   | Mario N. Alioto | 4 Embarcadero Center, 17 th Fl. |
| 19 | Lauren Russell | San Francisco, CA 94111-4109 |
|   | TRUMP, ALIOTO, TRUMP, PRESCOTT, | ghalling@sheppardmullin.com |
| 20 | LLP |   |
| 21 | 2280 Union Street | Paul E. Slater |
|   | San Francisco, CA 94123 | Sperling & Slater |
| 22 | malioto@tatp.com | 55 W. Monroe Street, Suite 3200 |
|   | laurenrussell@tatp.com | Chicago, IL 60603 |
| 23 | Kent M. Roger | pes@sperling-law.com |
| 24 | MORGAN LEWIS & BOCKIUS, LLP |   |
|   | One Market Plaza |   |
| 25 | Spear Tower |   |
|   | San Francisco, CA 94105 |   |
| 26 | Kroger@morganlewis.com |   |
| 27 |   |   |
| 28 |   |   |

[NO. CV-07-5944-SC] PROOF OF SERVICE                                                                                                 4

| | | |
|---|---|---|
| 1 | Francis O. Scarpulla | Mary Jane Fait |
| 2 | Craig C. Corbitt<br>Matthew R. Schultz | Theodore B. Bell<br>WOLF HALDENSTEIN ADLER |
| 3 | Judith A. Zahid | FREEMAN & HERZ LLC |
| 4 | Traviss L. Galloway<br>ZELLE, HOFMANN, VOELBEL, MASON | 55 W. Monroe Street, Suite 1111<br>Chicago, IL 60603 |
| 5 | & GETTE LLP<br>44 Montgomery Street, Suite 3400 | fait@whafh.com |
| 6 | San Francisco, CA 94104<br>fscarpulla@zelle.com | Guido Saveri<br>Richard Alexander Saveri |
| 7 | ccorbit@zelle.com<br>mschultz@zelle.com | Cadio Zirpoli<br>SAVERI & SAVERI INC. |
| 8 | jzahid@zelle.com<br>tgalloway@zelle.com | 111 Pine Street, Suite 1700<br>San Francisco, CA 94111-5619 |
| 9 | | guido@saveri.com |
| 10 | Michael Jacobs<br>Richard M. Hagstrom | Roger M. Schrimp |
| 11 | ZELLE, HOFMANN, VOELBEL, MASON<br>& GETTE LLP | Fred A. Silva<br>Kathy L. Monday |
| 12 | 500 Washington Avenue South, suite 400 | Betty L. Julian<br>DAMRELL, NELSON, SCHRIMP, |
| 13 | Minneapolis, MN 55415<br>mjacobs@zelle.com | PALLIOS, PACHER & SILVA<br>1601 I Street, 5th Floor |
| 14 | rhagstrom@zelle.com | Modesto, CA 95354 |
| 15 | Richard M. Heimann | info@damrell.com |
| 16 | Joseph P. Saveri<br>Eric B. Fastiff | Henry A. Crillo<br>Thomas P. Dove |
| 17 | Brendan Glackin | Kathleen Styles Rogers |
| 18 | LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN, LLP | Christopher L. Lebsock<br>Jonathan M. Watkins |
| 19 | 275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | Michael S. Christian<br>John T. King |
| 20 | rheimann@lchb.com<br>jsaveri@lchb.com | THE FURTH FIRM, LLP |
| 21 | efastiff@lchb.com | 225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 |
| 22 | bglackin@lchb.com | hcirillo@furth.com<br>tdove@furth.com |
| 23 | H. Laddie Montague, Jr. | jwatkins@furth.com |
| 24 | Ruthanne Gordon<br>Candice Enders | mchristian@furth.com |
| 25 | BERGER & MONTAGUE, P.C.<br>1622 Locust Street | |
| 26 | Philadelphia, PA  19103<br>hlmontague@bm.net | |
| 27 | rgordon@bm.net | |
| 28 | | |

[NO. CV-07-5944-SC] PROOF OF SERVICE                                                                 5

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
mmiller@millerlawllc.com
lfanning@millerlawllc.com
mvantine@millerlawllc.com

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD, BENNETT, CERA & SIDENER, LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835
pbennett@gbcslaw.com
ssidener@gbcslaw.com
jbarton@gbcslaw.com

Michael Stoker
JOHNS FLAHERTY & COLLINS, S.C.
Exchange Building, Suite 600
205 Fifth Avenue south
P. O. Box 1626
michael@johnsflaherty.com

Harry Shulman
The Mills Law Firm
145 Marina Boulevard
San Rafael, CA 94901
info@millslawfirm.com

Michael P. Lehman
Cohen, Milstein, Hausfeld & Toll, PLLC
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
mlehmann@cmht.com

Donald Amamgbo
Amamgbo & Associates
7901 Oakport Street, Suite 4900
Oakland, CA 94621
donaldamamgbo@citycom.com

Steven A. Kanner
Douglas A. Millen
Robert J. Wozniak
William H. London
FREED, KANNER, LONDON & MILLEN, LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
skanner@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
blondon@fklmlaw.com

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
lawinfo@cmht.com

Robert Eisler
Sharon K. Robertson
COHEN, MILSTEIN, HAUSFELD & TOLL, PLLC
150 E. 52nd Street, 30th Floor
New York, NY 10022
reisler@cmht.com
srobertson@cmht.com

John Gressette Felder, Jr.
MCGOWAN HOOD & FELDER
1405 Calhoun Street
Columbia, SC 29201
jfelder@mcgowanhood.com

Eugene A. Spector
William G. Caldes
SPECTOR ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103
classaction@srk-law.com

| | |
|---|---|
| Michael D. Shaffer<br>SHAFFER & GAIER, LLP<br>One Penn Center<br>1617 JFK Boulevard, Suite 946<br>Philadelphia, PA 19103<br>mhgaier@shaffergaier.com | Charles H. Johnson<br>Neal A. Eisenbraun<br>CHARLES H. JOHNSON & ASSOCIATES, P.A.<br>2599 Mississippi Street, Suite 101<br>New Brighton, MN 55112<br>johnsonbarbara5@aol.com;<br>rattler@earthlink.net |
| Robert J. Pohlman<br>RYLEY CARLOCK & APPLEWHITE<br>One North Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4417<br>rpohlman@rcalaw.com | Reginald Von Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>REGGIET2@aol.com |
| Joseph W. Cotchett<br>COTCHETT PITRE & MCCARTHY<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>jcotchett@cpmlegal.com | Daniel E. Gustafson<br>Renae D. Steiner<br>Jason S. Kilene<br>Amanda M. Martin<br>GUSTAFSON GLUEK PLCC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>rsteiner@gustafsongluek.com<br>jkilene@gustafsongluek.com |
| Jeff D. Friedman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>jefff@hbsslaw.com | |
| Anthony D. Shapiro<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>tony@hbsslaw.com | Kenneth A. Wexler<br>WEXLER TORISEVA WALLACE LLP<br>One North LaSalle Street, Suite 2000<br>Chicago, IL 60602<br>kaw@wtwlaw.com |
| Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>REINHARDT WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101<br>info@ralawfirm.com | Joseph Goldberg<br>FREEDMAN BOYD HOLLANDER GOLDBERG & IVES, P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>jg@fbdlaw.com |
| | Robert J. Gralewski, Jr.<br>GERGOSIAN & GRALEWSKI LLP<br>655 W. Broadway, Suite 1410<br>San Diego, CA 92101<br>bob@gergosian.com |

[NO. CV-07-5944-SC] PROOF OF SERVICE     7

| | |
|---|---|
| Dianne M. Nast<br>RODANAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>dnast@rodanast.com | Martin E. Grossman<br>LAW OFFICES OF MARTIN E. GROSSMAN<br>2121 Green Brier Dr.<br>Villanova, PA 19085<br>mgrossman@megrossman.com |
| Richard J. Arsenault<br>NEBLETT BEARD & ARSENAULT<br>2220 Bonaventure Court<br>P. O. Box 1190<br>Alexandria, LA 71309<br>rarsenault@nbalawfirm.com | Joseph A. Ostoyich<br>HOWREY & SIMON<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004<br>OstoyichJ@howrey.com |
| Lawrence D. McCabe<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Ave.<br>New York, NY 10016<br>lmccabe@murrayfrank.com | David L. Yohai<br>WEIL GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>david.yohai@weil.com |
| John G. Emerson<br>Scott E. Poynter<br>EMERSON POYNTER LLP<br>The Museum Center<br>500 President Clinton Ave., Suite 305<br>Little Rock, AR 72201<br>epllp@emersonpoynter.com | Daniel E. Alberti<br>MCDERMOTT WILL & EMERY<br>3150 Porter Drive<br>Palo Alto, CA 94304-1212<br>dalberti@mwe.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 11, 2008, at San Francisco, California.

_____
Tyler Kelly