
MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiff Jeffrey Figone

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11)** |
| **This document relates to:** | |
| *Samuel Nasto, et al. v. LG Electronics, et al.,* Case No. 3:08-cv-1371-MMC | The Honorable Samuel Conti |
| *Carmen Gonzalez v. Chungwha Picture Tubes, Ltd., et al.,* Case No. 5:08-cv-01108-JF | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Jeffrey Figone[1] ("Plaintiff"), hereby moves this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether the actions entitled, *Nasto, et al. v. LG Electronics, et al.,* Case No. 3:08-cv-1371-MMC ("*Nasto*"), filed March 10, 2008, and *Gonzalez v. Chungwha Picture Tubes, Ltd., et al.,* Case No. 5:08-cv-01108-JF, filed February 25, 2008, should be related to the multidistrict proceeding entitled *In re: Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917, Master File No. 3:07-cv-5944 SC ("*CRT Cases*"), which was transferred to the Honorable Samuel Conti by Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"), dated February 15, 2008.

## I.     Relationship of the Actions

This Administrative Motion is made on the grounds that the *Nasto* and *Gonzalez* actions and the *CRT Cases,* along with similar antitrust actions that have been filed and related, all involve substantially duplicative or overlapping parties, substantially similar questions of fact and law, and concern the same wrongful acts and occurrences.

Specifically, all cases involve allegations that many of the same defendants participated in a conspiracy to fix, raise or maintain and/or stabilize the prices of Cathode Ray Tubes products containing Cathode Ray Tubes ("CRT Products") in violation of Section 1 of the Sherman Act, 15 U.S.C. §1. Certain cases brought on behalf of indirect purchasers of CRT Products, such as the *Figone*, *Nasto,* and *Gonzalez* actions, also allege that defendants' conduct violates various state antitrust and consumer protection laws.

Thus, the *CRT Cases*, *Nasto* and *Gonzalez* all "concern substantially the same parties" as well as the same "property, transaction or event." L.R. 3-12(a)(1). Given the closely related nature of these cases, each involving substantially similar questions of law and fact, the assignment of these actions to the same judge would serve the interests of judicial economy and avoid the potential for conflicting rulings.

---

[1] *Figone v. LG Electronics, Inc., et al.,* Case No. 3:07-cv-6331 SC, filed December 13, 2007 ("*Figone*").

Pursuant to Local Rule 3-12(b)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if these cases are conducted before different Judges. Therefore, it will be more efficient for all cases to proceed before the same Judge so that these analyses and determinations are made by one Court. This will avoid duplication of labor and expenses and the possibility of conflicting results.

## II.     Conclusion

The *CRT Cases, Nasto* and *Gonzalez* satisfy the criteria of Rule 3-12, and as such, the relation of these actions is proper. Therefore, Plaintiff respectfully requests that the *Nasto* and *Gonzalez* actions be related to the *CRT Cases* and assigned to the Honorable Samuel Conti.

Dated: March 11, 2008          By:     /s/ Lauren C. Russell
                                       Mario N. Alioto (56433)
                                       Lauren C. Russell (241151)
                                       TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                       2280 Union Street
                                       San Francisco, CA 94123
                                       Telephone: (415) 563-7200
                                       Facsimile: (415) 346-0679
                                       E-mail: malioto@tatp.com ;
                                       laurenrussell@tatp.com

                                       Joseph M. Patane (72202)
                                       LAW OFFICES OF JOSEPH M. PATANE
                                       2280 Union Street
                                       San Francisco, CA 94123
                                       Telephone: (415) 563-7200
                                       Facsimile: (415) 346-0679
                                       E-mail: jpatane@tatp.com

                                       Attorneys for Plaintiff Jeffrey Figone And All
                                       Others Similarly Situated