MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiff Jeffrey Figone

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. CV-07-5944 SC |
| | **[PROPOSED] ORDER RELATING CASES (Civil Local Rules 3-12 & 7-11)** |
| **This document relates to:** | |
| *Samuel Nasto, et al. v. LG Electronics, et al.,* Case No. 3:08-cv-1371-MMC | The Honorable Samuel Conti |
| *Carmen Gonzalez v. Chungwha Picture Tubes, Ltd., et al.,* Case No. 5:08-cv-01108-JF | |

**1**
[PROPOSED] ORDER RELATING CASES

On March 12, 2008, Plaintiff Jeffrey Figone filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the following cases are related:

| | |
|---|---|
| *In re: Cathode Ray Tube (CRT) Antitrust Litigation* | MDL No. 1917<br>Master File No. 3:07-cv-5944-SC |
| *Samuel J. Nasto, et al. v. LG Electronics, Inc. et al.,* | Case No. 3:08-cv-1371-MMC |
| *Carmen Gonzalez v. Chungwha Picture Tubes, Ltd., et al.,* | Case No. 5:08-cv-1108-JF |

**IT IS SO ORDERED.**

Dated: _____       _____
                                         The Honorable Samuel Conti
                                         United States District Judge