MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiff Jeffrey Figone

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. CV-07-5944 SC |
| | **PROOF OF SERVICE** |
| **This document relates to:** | |
| *Samuel Nasto, et al. v. LG Electronics, et al.,* Case No. 3:08-cv-1371-MMC | The Honorable Samuel Conti |
| *Carmen Gonzalez v. Chungwha Picture Tubes, Ltd., et al.,* Case No. 5:08-cv-01108-JF | |

1   I, Lauren C. Russell, declare as follows:

2   I am a resident of the State of California, over the age of eighteen years, and not a party

3   to the within action. I am employed in the State of California, where the mailing occurs, and my

4   business address is TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP, 2280 Union Street, San

5   Francisco, California 94123.

6   On March 12, 2008, I served a true and correct copy of the following document(s):

7       1.    **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

8  

9       2.    **DECLARATION OF LAUREN C. RUSSELL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

10  

11       3.    **[PROPOSED] ORDER RELATING CASES**

12   by USDC Live System-Document Filing System on all interested parties registered for e-filing.

13   In addition, I served the above documents on the following interested parties by

14   electronic mail:

15   James H. McManis
Marwa Elzankaly
16   McMANIS FAULKNER & MORGAN
A Professional Corporation
17   50 W. Fernando Street, 10 th Floor
San Jose, CA 95113
18   jmcmanis@mfmlaw.com
19   melzankaly@mfmlaw.com

20   *Attorneys for Plaintiff Carmen Gonzalez*

21  

22   I declare under penalty of perjury under the laws of the United States that the foregoing

23   is true and correct.

24   Executed on March 12, 2008, at San Francisco, California.

25  

26                           /s/ Lauren C. Russell
                             Lauren C. Russell

27  

28