Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss L. Galloway (234678)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE LLP
44 Montgomery Street - Suite 3400
San Francisco, CA  94104
Telephone:       (415) 693-0700
Facsimile:        (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Terry Rose Saunders
   (*Pro Hac Vice* Admission Pending)
Thomas A. Doyle
   (*Pro Hac Vice* Admission Pending)
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, IL  60603
Telephone:     (312) 551-0051
Facsimile:      (312) 551-4467
trsaunders@saundersdoyle.com
tadoyle@saundersdoyle.com

Christopher Lovell
Craig M. Essenmacher
Keith Essenmacher
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY  10110
Telephone:      (212) 608-1900
Facsimile:       (212) 719-4775
clovell@lshllp.com
cessenmacher@lshllp.com
kessenmacher@lshllp.com
isiddiqui@lshllp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**PLAINTIFF WILLIAM E. STACK'S AND MARGO STACK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[Civil Local Rule 3-12]**<br><br>Honorable Samuel Conti |
| This document relates to:<br><br>*Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* No. C-08-1319-WBD | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil L.R. 3-12 and 7-11 of the United States District Court of the Northern District of California, Plaintiffs William E. Stack and Margo Stack submit this Administrative Motion to Consider Whether Cases Should be Related.

## I.     Related Cases

The related action pending before this Court is:  *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (Case No. CV-07-5944 SC), which was consolidated and transferred to the Honorable Samuel Conti on February 15, 2008, by the Judicial Panel on Multidistrict Litigation.

## II.    Relationship of the Actions

This administrative motion is made on the grounds that the action identified above involves overlapping defendants and substantially the same conduct as the above-captioned case, *Stack, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-08-1319-WBD ("*Stack*").  Both of these actions allege that defendants agreed, combined and conspired with each other to fix, raise, maintain, and stabilize the prices at which cathode ray tubes ("CRTs") and products containing CRTs were sold in the United States.  Plaintiffs in both cases assert claims for violation of the federal antitrust laws of the United States (15 U.S.C. §1).

Relating these cases pursuant to Civil Local Rule 3-12, will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

///
///
///
///
///
///

**III.   Conclusion**

The actions identified above satisfy the criteria of Civil Local Rule 3-12.  Therefore, Plaintiff respectfully requests that the cases be deemed related and that *Stack* be assigned to the Honorable Samuel Conti.

DATED:  March 12, 2008

   /s/Judith A. Zahid
Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss L. Galloway (234678)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE LLP
44 Montgomery Street - Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:       (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Terry Rose Saunders
   (*Pro Hac Vice* Admission Pending)
Thomas A. Doyle
   (*Pro Hac Vice* Admission Pending)
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, IL  60603
Telephone:     (312) 551-0051
Facsimile:       (312) 551-4467
trsaunders@saundersdoyle.com
tadoyle@saundersdoyle.com

Christopher Lovell
Craig M. Essenmacher
Keith Essenmacher
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY  10110
Telephone:     (212) 608-1900
Facsimile:       (212) 719-4775
clovell@lshllp.com
cessenmacher@lshllp.com
kessenmacher@lshllp.com
isiddiqui@lshllp.com

#3172626

3

PLAINTIFF WILLIAM E. STACK'S AND MARGO STACK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED