1  Francis O. Scarpulla (41059)
   Craig C. Corbitt (83251)
2  Matthew R. Schultz (220641)
   Judith A. Zahid (215418)
3  Traviss L. Galloway (234678)
   ZELLE, HOFMANN, VOELBEL, MASON
4  & GETTE LLP
   44 Montgomery Street - Suite 3400
5  San Francisco, CA  94104
   Telephone:      (415) 693-0700
6  Facsimile:       (415) 693-0770
   fscarpulla@zelle.com
7  ccorbitt@zelle.com

8  Terry Rose Saunders                              Christopher Lovell
       (*Pro Hac Vice* Admission Pending)           Craig M. Essenmacher
9  Thomas A. Doyle                                  Keith Essenmacher
       (*Pro Hac Vice* Admission Pending)           Imtiaz A. Siddiqui
10 SAUNDERS & DOYLE                                 LOVELL STEWART HALEBIAN LLP
   20 South Clark Street, Suite 1720                500 Fifth Avenue, Floor 58
11 Chicago, IL  60603                               New York, NY  10110
   Telephone:     (312) 551-0051                    Telephone:     (212) 608-1900
12 Facsimile:      (312) 551-4467                   Facsimile:      (212) 719-4775
   trsaunders@saundersdoyle.com                     clovell@lshllp.com
13 tadoyle@saundersdoyle.com                        cessenmacher@lshllp.com
                                                    kessenmacher@lshllp.com
14                                                  isiddiqui@lshllp.com

15 *Attorneys for Plaintiffs*

16
17                          UNITED STATES DISTRICT COURT
18                         NORTHERN DISTRICT OF CALIFORNIA
                                SAN FRANCISCO DIVISION
19

20 IN RE: CATHODE RAY TUBE (CRT)         )   Case No. CV-07-5944-SC
   ANTITRUST LITIGATION                  )
21 ─────────────────────────────         )   MDL No. 1917
                                         )
22 This document relates to:             )
                                         )   **DECLARATION OF JUDITH A. ZAHID**
23 *Stack, et al., v. Chunghwa Picture Tubes, Ltd.,*  )   **IN SUPPORT OF PLAINTIFFS WILLIAM**
   *et al.,* No. C-08-1319-WBD           )   **E. STACK'S AND MARGO STACK'S**
                                         )   **ADMINISTRATIVE MOTION TO**
24                                       )   **CONSIDER WHETHER CASES SHOULD**
                                         )   **BE RELATED**
25                                       )
                                         )   **[Civil Local Rule 3-12]**
26                                       )
                                         )   Honorable Samuel Conti
27 ─────────────────────────────         )

28

I, Judith A. Zahid, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate of the law firm of Zelle, Hofmann, Voelbel, Mason & Gette, LLP, and my firm serves as attorneys of record for plaintiffs William E. Stack and Margo Stack. I submit this Declaration in support of Plaintiffs William E. Stack's and Margo Stack's Administrative Motion to Consider Whether Cases Should be Related. I have personal knowledge of the matters set forth herein and can and will testify thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint entitled: *Stack, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-08-1319-WBD ("*Stack*"), filed on March 7, 2008 in the Northern District of California, and assigned to the Honorable Wayne D. Brazil.

3. Plaintiffs in *Stack* and *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (Case No. CV-07-5944 SC), both propose a class action on behalf if indirect purchasers of cathode ray tubes ("CRTs") and products containing CRTs ("CRT Products"). These actions both allege a conspiracy to fix, raise, maintain, and stabilize the prices at which CRTs and CRT Products were sold in the United States. Plaintiffs in each of these cases assert claims for violation of the federal antitrust laws of the United States (15 U.S.C. §1) against many of the same defendants.

4. Civil Local Rule 3-12 requires that an Administrative Motion to Consider Whether Cases Should be Related be promptly filed. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because several of the defendants in this action have yet to appear.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 12, 2008 at San Francisco, California.

> /s/Judith A. Zahid
> Judith A. Zahid

#3172625

2
DECLARATION OF JUDITH A. ZAHID IN SUPPORT OF PLAINTIFFS WILLIAM E. STACK'S AND MARGO STACK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED