UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This document relates to: <br><br> *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* No. C-08-1319-WBD | Case No. CV-07-5944-SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER RELATING CASES** <br><br> **[Civil Local Rule 3-12]** <br><br> Honorable Samuel Conti |

On March 12, 2008, Plaintiffs William E. Stack and Margo Stack filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiffs William E. Stack's and Margo Stack's Administrative Motion to Consider Whether Cases Should be Related.

1    IT IS ORDERED that the following cases are related:

2    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (Case No. CV-07-5944

3    SC), and *Stack, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-08-1319-WBD.

4    IT IS SO ORDERED.

6    Dated: _____    _____
                                        The Honorable Samuel Conti
7                                       United States District Court Judge

#3172628