1 | Francis O. Scarpulla (41059)
  | Craig C. Corbitt (83251)
2 | Matthew R. Schultz (220641)
  | Judith A. Zahid (215418)
3 | Traviss L. Galloway (234678)
  | ZELLE, HOFMANN, VOELBEL, MASON
4 | & GETTE LLP
  | 44 Montgomery Street - Suite 3400
5 | San Francisco, CA  94104
  | Telephone:      (415) 693-0700
6 | Facsimile:       (415) 693-0770
  | fscarpulla@zelle.com
7 | ccorbitt@zelle.com

8 | Terry Rose Saunders                                    Christopher Lovell
  |    (*Pro Hac Vice* Admission Pending)                  Craig M. Essenmacher
9 | Thomas A. Doyle                                        Keith Essenmacher
  |    (*Pro Hac Vice* Admission Pending)                  Imtiaz A. Siddiqui
10| SAUNDERS & DOYLE                                       LOVELL STEWART HALEBIAN LLP
  | 20 South Clark Street, Suite 1720                      500 Fifth Avenue, Floor 58
11| Chicago, IL  60603                                     New York, NY  10110
  | Telephone:     (312) 551-0051                          Telephone:     (212) 608-1900
12| Facsimile:     (312) 551-4467                          Facsimile:     (212) 719-4775
  | trsaunders@saundersdoyle.com                           clovell@lshllp.com
13| tadoyle@saundersdoyle.com                              cessenmacher@lshllp.com
  |                                                        kessenmacher@lshllp.com
14|                                                        isiddiqui@lshllp.com

15| *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC |
| | MDL No. 1917 |
| This document relates to: | **PROOF OF SERVICE** |
| *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-08-1319-WBD | **[Civil Local Rule 3-12]** |
| | Honorable Samuel Conti |

1

PROOF OF SERVICE

# CERTIFICATE OF SERVICE

**IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
Case No. CV-07-5944-SC
MDL No. 1917

I, Monica J. Steele, certify and declare under penalty of perjury that I:  am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on March 12, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

1. **PLAINTIFF WILLIAM E. STACK'S AND MARGO STACK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**
2. **DECLARATION OF JUDITH A. ZAHID IN SUPPORT OF PLAINTIFFS WILLIAM E. STACK'S AND MARGO STACK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**
3. **[PROPOSED] ORDER RELATING CASES**

☒   **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated:   March 12, 2008

Signed _____ /s/*Monica J. Steele*_____
Monica J. Steele
Legal Administrative Assistant/Paralegal
to Craig C. Corbitt

#3171595v1