Daniel E. Birkhaeuser (California Bar No.136646)
Jennifer S. Rosenberg (California Bar No.121023)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
dbirkhaeuser@bramsonplutzik.com

David Boies
Timothy Battin
Christopher Le
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704

Eric J. Pickar
BANGS, McCULLEN, BUTLER, FOYE & SIMMONS, LLP
333 West Boulevard, Suite 400
P.O. Box 2670
Rapid City, SD 57709-2670
Telephone: (605) 343-1040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) LITIGATION | CIVIL ACTION NO. M:08-CV-01917-SC |
| This Document Relates to: | **[PROPOSED] ORDER RELATING CASES** |
| DONNA ELLINGSON v. CHUNGHWA PICTURE TUBES LTD., *et al.*, Case No. C08-01364 | |

| | |
|---|---|
| 1 | On March 12, 2008, plaintiff Donna Ellingson filed an Administrative Motion to Consider Whether Cases Should be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing, hereby |

GRANTS Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, and ORDERS that *Ellingson v. Chunghwa Picture Tubes Ltd., et al.*, Case No. C08-01364, is related to those cases consolidated and related within *In Re Cathode Ray Tube (Crt) Litigation*, No. M:08-CV-01917-SC.

**IT IS SO ORDERED.**

Dated:_____

_____
The Honorable Samuel Conti
Judge, United States District Court

[PROPOSED] ORDER RELATING CASES [CASE NO. C08-01364]
53186

1