KRIS MAN (246008)
Email: kman@dl.com
Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:  (415) 951-1100
Facsimile:  (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice pending*)
Email: jkessler@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 259-8000
Facsimile:  (212) 259-7013

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Defendant
PANASONIC CORPORATION OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 07-5944-SC<br><br>MDL. No. 1917<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF MICHELLE LO** |

- 2 -

1  Michelle Lo, an active member in good standing of the bar of the State of New
2  York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301 Avenue of
3  the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-titled action
4  for admission to practice in the Northern District of California on a *pro hac vice* basis,
5  representing Panasonic Corporation of North America.
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9  in the application will constitute notice to the party. All future filings in this action are subject to
10 the requirements contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: _____, 2008     _____
                                    The Hon. Samuel Conti