KRIS MAN (246008)
Email: kman@dl.com
Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:    (415) 951-1100
Facsimile:    (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone:    (650) 802-3000
Facsimile:    (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice pending*)
Email: jkessler@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:    (212) 259-8000
Facsimile:    (212) 259-7013

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007

Attorneys for Defendant
PANASONIC CORPORATION OF NORTH AMERICA

**FILED**
08 MAR 12 PM 3:07

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to: ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1  Pursuant to Civil L.R. 11-3, JEFFREY L. KESSLER, an active member in good
2  standing of the bar of the State of New York, hereby applies for admission to practice in the
3  Northern District of California on a *pro hac vice* basis representing Defendant Panasonic
4  Corporation of North America in the above-entitled litigation.

5  In support of this application, I certify on oath that:

6  1.  I am an active member in good standing of a United States Court or of the
7  highest court of another State or the District of Columbia, as indicated above;

8  2.  I agree to abide by the Standards of Professional Conduct set forth in
9  Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to
10 become familiar with the Local Rules and the Alternative Dispute Resolution programs of this
11 Court; and,

12 3.  An attorney who is a member of the bar of this Court in good standing and
13 who maintains an office within the State of California has been designated as co-counsel in the
14 above-entitled action. The name, address and telephone number of that attorney is:

KRIS MAN (246008)
Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2008                    Respectfully submitted,

DEWEY & LEBOEUF LLP

By: /s/ Jeffrey L. Kessler
    Jeffrey L. Kessler
    Email: jkessler@dl.com
    Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
    New York, New York 10019
    Telephone: (212) 259-8000
    Facsimile: (212) 259-7013

    *Attorneys for Defendant Panasonic
    Corporation of North America*

- 2 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*          Case No. 07-5944-SC
                                                               MDL No. 1917

# PROOF OF SERVICE

I declare that I am employed with the law firm Dewey & LeBoeuf LLP, whose address is Dewey & LeBoeuf, One Embarcadero Center, Suite 400, San Francisco, CA 94111 (hereinafter "D&L"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on March 12, 2008, I served a copy of:

- **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; and**
- **[PROPOSED] ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION OF JEFFREY L. KESSLER**

☒ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at D&L in accordance with D&L's ordinary business practices. I am readily familiar with D&L's practice for collection and processing of mail, and know that in the ordinary course of D&L's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same data as sworn below.

| **SEE ATTACHED SHEET** | ☒ by U.S. Mail<br>☐ by fax<br>☐ by email<br>☐ by overnight delivery<br>☐ by hand |
|---|---|

Executed on March 12, 2008 at San Francisco, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Donna Karbach*
Donna Karbach

| | | |
|---|---|---|
| 1 | | ***SERVICE LIST*** |
| 2-18 | ***Plaintiff Crago, Inc.*** *on behalf of itself and others similarly situated* | Bruce Lee Simon, Esq.<br>Pearson, Simon, Soter, Warshaw & Penny, LLP<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA  94104<br>Tel:  415-433-9000<br>Fax:  415-433-9008<br>Email:  bsimon@psswplaw.com<br><br>Daniel D. Owen, Esq.<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wyandotte Plaza - Suite 1600<br>120 W. 12th Street<br>Kansas City, MO  64105<br>Tel:  816-395-0671<br>Fax:  816-374-0509<br>Email:  dowen@stklaw.com<br><br>Esther L. Klisura, Esq.<br>Pearson Simon Soter Warshaw & Pelly<br>44 Montgomery Street, Suite 1200<br>San Francisco, CA  94010<br>Tel:  415-433-9000<br>Fax:  415-433-9008<br>Email:  eklisura@psswplaw.com<br><br>P. John Brady, Esq.<br>Shughart Thomson & Kilroy, P.C.<br>Twelve Wyandotte Plaza - Suite 1800<br>120 W. 12th Street<br>Kansas City, MO  64105<br>Tel:  816-374-0515<br>Fax:  816-374-0509<br>Email:  jbrady@stklaw.com |
| 19-28 | ***Plaintiff, Hawel A. Hawel d/b/a City Electronics*** | Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA  94111<br>Tel:  415-217-6810<br>Email:  guido@saveri.com<br><br>Betty Lisa Julian, Esq.<br>Damrell Nelson et al.<br>1601 I Street<br>Modesto, CA  95354<br>Tel:  209 526-3500<br>Email:  bjulian@damrell.com |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

- 2 -

| | |
|---|---|
| | Cadio Zirpoli, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Fax: 415-217-6813<br>Email: zirpoli@saveri.com<br><br>Fred A. Silva, Esq.<br>Damrell Nelson Schrimp Pallios, Pacher & Silva<br>16011 Street, 5th Floor<br>Modesto, CA 95354<br>Tel: (209) 526-3500<br>Fax: (209) 526-3534<br>Email: fsilva@damrell.com<br><br>Kathy Lee Monday, Esq.<br>Damrell, Nelson, Schrimp, Pallios, Pacher & Silva<br>16011 Street, 5th Floor<br>Modesto, CA 95354<br>Tel: 209-526-3500<br>Fax: 209-526-3534<br>Email: kmonday@damrell.com<br><br>Richard Alexander Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br>Email: rick@saveri.com |
| ***Plaintiff, Michael Juetten*** | Craig C. Corbitt, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: ccorbitt@zelle.com<br><br>Francis Onofrei Scarpulla, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: fscarpulla@zelle.com<br><br>Judith A. Zahid, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104-4807<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: jzahid@zelle.com |

|  | |
|---|---|
|  | Matthew Rutledge Schultz, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: mschultz@zelle.com<br><br>Michael Jocobs, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue, South Suite 400<br>Minneapolis, MN 55415<br>Tel: 612 339-2020<br>Fax: 612 336-9100<br>Email: mjacobs@zelle.com<br><br>Richard M. Hagstrom, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>Tel: 612-339-2020<br>Fax: 612-336-9100 |
| ***Plaintiff, Art's TV & Appliance*** | Douglas A. Millen, Esq. (Pro Hac Vice)<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: 224-632-4500<br>Fax: 224-632-4519<br>Email: doug@fklmlaw.com<br><br>Steven A. Kanner, Esq. (Pro Hac Vice)<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: 224-632-4500<br>Fax: 224-632-4519<br>Email: kanner@fklmlaw.com<br><br>Harry Shulman, Esq.<br>The Mills Law Firm<br>145 Marina Boulevard<br>San Rafael, CA 94901<br>Tel: 415-445-1326<br>Fax: 415-455-1327<br>Email: harry@millslawfirm.com |
| ***Plaintiff, Orion Home Systems, LLC*** | Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Email: guido@saveri.com |

- 4 -

*Dewey & LeBoeuf LLP*
*One Embarcadero Center, Suite 400*
*San Francisco, CA 94111*

| | |
|---|---|
| | Joseph W. Cotchett, Esq.<br>Cotchett, Pitre & McCarthy<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: 650-697-6000<br>Fax: 650-697-0577<br>Email: jcotchett@cpmlegal.com<br><br>Randy R. Renick, Esq.<br>Hadsell Stormer Keeny Richardson & Renick<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>Tel: 626-585-960<br>Email: rrr@renicklaw.com<br><br>Richard Alexander Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br>Email: rick@saveri.com |
| ***Plaintiff, Univisions-Crimson Holding Inc.*** | Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: cheffelfinger@bermanesq.com<br><br>Joseph J. Tabacco, Jr., Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: jtabacco@bermanesq.com<br><br>Manuel Juan Dominguez, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Tel: 561-835-9400<br>Fax: 561-835-0322<br>Email: mdominguez@bermanesq.com<br><br>Marc Jeffrey Greenspon, Esq.<br>Law Office of Marc J. Greenspon<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463<br>Tel: 954-817-6272<br>Email: mjgreenspon@yahoo.com |

- 5 -

| | |
|---|---|
| ***Plaintiff Carroll Cut-Rate Furniture***<br>*on behalf of itself and all others similarly situated* | Ronnie Seidel Spiegel (Pro Hac Vice)<br>Hagens Berman Sobol Shapiro<br>1301 5th Ave., Suite 2900<br>Seattle, WA 98101<br>Tel: 206-623-7292<br>Email: ronnie@hbsslaw.com<br><br>Anthony D. Shapiro, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101<br>Tel: 206-623-7292<br>Fax: 206-623-0594<br>Email: tony@hbsslaw.com<br><br>Douglas A. Millen, Esq.<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: 224-632-4500<br>Fax: 224-632-4519<br>Email: doug@fklmlaw.com<br><br>Jeff D. Friedman, Esq.<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Tel: 510 725-3000<br>Fax: 510 725-3001<br>Email: jefff@hbsslaw.com<br><br>Steven A. Kanner, Esq.<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: 224-632-4500<br>Fax: 224-632-4519<br>Email: kanner@fklmlaw.com<br><br>William H. London, Esq.<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: 224-632-4500<br>Fax: 224-632-4519<br>Email: blondon@fklmlaw.com |
| ***Plaintiff, Monikraft, Inc.***<br>*individually and on behalf of a class of all those similarly situated* | Michael P. Lehmann, Esq.<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel: 415-983-3321<br>Fax: 415-986-3643<br>Email: mlehmann@cmht.com |

- 6 -

| | |
|---|---|
| ***Plaintiff Barbara Caldwell***<br>*on behalf of herself and all others*<br>*similarly situated* | Christopher L. Lebsock, Esq.<br>Cohen Milstein Hausfeld & Toll, P.L.L.C.<br>1 Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel: 415-229-2080<br>Fax: 415-986-3643<br>Email: clebsock@cmht.com<br><br>Henry A. Cirillo, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: 415-433-2070<br>Fax: 415-982-2076<br>Email: Hcirillo@furth.com<br><br>Jon T. King, Esq.<br>Cohen, Milstein, Hausfeld & Toll PLLC<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel: (415) 229-2080<br>Fax: (415) 986-3643<br>Email: jking@cmht.com<br><br>Kathleen Styles Rogers, Esq.<br>Furth Lehmann LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: 415-433-2070<br>Fax: 415-982-2076<br>Email: krogers@furth.com<br><br>Lori A. Fanning, Esq.<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Tel: 312-332-3400<br>Fax: 312 676-2676<br><br>Marvin A. Miller, Esq.<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Tel: 312 332-3400<br>Fax: 312 676-2676<br><br>Matthew E. Van Tine, Esq.<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>Tel: 312 332-3400<br>Fax: 312 676-2676 |

| | | |
|---|---|---|
| | | Michael S. Christian, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: 415-433-2070<br>Fax: 415-982-2076<br>Email: mchristian@furth.com<br><br>Thomas Patrick Dove, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: 415-433-2070<br>Fax: 415-982-2076<br>Email: tdove@furth.com |
| | **_Plaintiff Jeffrey Figone_**<br>*on behalf of himself and all others similarly situated* | Joseph Marid Patane, Esq.<br>Law Office of Joseph M. Patane<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: 415-563-7200<br>Fax: 415-346-0679<br>Email: jpatane@tatp.com<br><br>Lauren Clare Russell, Esq.<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: 415-563-7200<br>Fax: 415-346-0679<br>Email: laurenrussell@tatp.com<br><br>Mario N. Alioto, Esq.<br>Trump Alioto Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: 415 563-7200<br>Fax: 415 346-0679<br>Email: malioto@tatp.com |
| | **_Plaintiff, Chad Klebs a Minnesota resident_**<br>*on behalf of themselves and all others similarly situated* | Craig C. Corbitt, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: ccorbitt@zelle.com<br><br>Francis Onofrei Scarpulla, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: fscarpulla@zelle.com |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

| | |
|---|---|
| | Judith A. Zahid, Esq.<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104-4807<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: jzahid@zelle.com<br><br>Matthew Rutledge Schultz, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: mschultz@zelle.com<br><br>Michael Jacobs, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Ave., South - Suite 400<br>Minneapolis, MN 55415<br>Tel: 612-339-2020<br>Fax: 612-336-9100<br>Email: mjacobs@zelle.com<br><br>Richard M. Hagstrom, Esq.<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>Tel: 612-339-2020<br>Fax: 612-336-9100<br>Email: rhagstrom@zelle.com |
| ***Plaintiff, Central New York Univision Video Systems, Inc.*** | Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: cheffelfinger@bermanesq.com<br><br>Joseph J. Tabacco, Jr., Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: jtabacco@bermanesq.com |

- 10 -

| | |
|---|---|
| | Manuel Juan Dominguez, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Tel: 561-835-9400<br>Fax: 561-835-0322<br>Email: mdominguez@bermanesq.com<br><br>Marc Jeffrey Greenspon, Esq.<br>Law Office of Marc J. Greenspon<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463<br>Tel: 954-817-6272<br>Email: mjgreenspon@yahoo.com |
| ***Plaintiff, Crimson Tech, Inc.*** | Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: cheffelfinger@bermanesq.com<br><br>Joseph J. Tabacco, Jr., Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>425 California Street, Suite 2100<br>San Francisco, CA 94104-2205<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: jtabacco@bermanesq.com<br><br>Manuel Juan Dominguez, Esq.<br>Berman DeValerio Pease Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>Tel: 561-835-9400<br>Fax: 561-835-0322<br>Email: mdominguez@bermanesq.com<br><br>Marc Jeffrey Greenspon, Esq.<br>Law Office of Marc J. Greenspon<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463<br>Tel: 954-817-6272<br>Email: mjgreenspon@yahoo.com |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

| | |
|---|---|
| **_Plaintiff, The Stroud Group, Inc._** | Eric B. Fastiff, Esq.<br>Lieff, Cabraser, Heimann & Bernstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Fax: 415-956-1008<br>Email: efastiff@lchb.com |
| **_Plaintiff, Paula Call_** | Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Email: guido@saveri.com |
| **_Plaintiff, Mark Pierce_** | Henry A. Cirillo, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: 415-433-2070<br>Fax: 415-982-2076<br>Email: Hcirillo@furth.com |
| **_Plaintiff, Princeton Display Technologies, Inc._** | Marisa C. Livesay, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Tel: 619-239-4599<br>Fax: 619-234-4599<br>Email: livesay@whafh.com |
| **_Defendant, Samsung SDI America, Inc._** | Michael W. Scarborough, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel: 415-434-9100<br>Fax: 415-434-3947<br>Email: mscarborough@smrh.com |