```
 1  KRIS MAN (246009)
    Email: kman@dl.com
 2  Dewey & LeBoeuf LLP
    One Embarcadero Center, Suite 400
 3  San Francisco, CA 94111
    Telephone:   (415) 951-1100
 4  Facsimile:   (415) 951-1180

 5  GREGORY D. HULL (57367)
    Email: greg.hull@weil.com
 6  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
 7  Redwood Shores, California  94065-1175
    Telephone:   (650) 802-3000
 8  Facsimile:   (650) 802-3100

 9  JEFFREY L. KESSLER (pro hac vice pending)
    Email: jkessler@dl.com
10  Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
11  New York, NY  10019
    Telephone:   (212) 259-8000
12  Facsimile:   (212) 259-7013

13  STEVEN A. REISS (pro hac vice)
    Email: steven.reiss@weil.com
14  WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
15  New York, New York  10153-0119
    Telephone:   (212) 310-8000
16  Facsimile:   (212) 310-8007

17  Attorneys for Defendant
    PANASONIC CORPORATION OF NORTH AMERICA
18
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br><br>MDL. No. 1917<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF JEFFREY L. KESSLER** |
| This Document Relates to:  ALL ACTIONS | |

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

1    Jeffrey L. Kessler, an active member in good standing of the bar of the State of
2    New York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301
3    Avenue of the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-
4    titled action for admission to practice in the Northern District of California on a *pro hac vice*
5    basis, representing Panasonic Corporation of North America.
6    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7    and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8    appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9    in the application will constitute notice to the party. All future filings in this action are subject to
10   the requirements contained in General Order No. 45, *Electronic Case Filing*.

12   Dated: _____, 2008    _____
                                      The Hon. Samuel Conti

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

- 2 -
[PROPOSED] ORDER GRANTING APPLICATION                Case No. 07-5944-SC
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*             MDL No. 1917