1   Richard M. Heimann (State Bar No. 063607)
    *rheimann@lchb.com*
2   Joseph R. Saveri (State Bar No. 130064)
    *jsaveri@lchb.com*
3   Eric B. Fastiff (State Bar No. 182260)
    *efastiff@lchb.com*
4   Brendan Glackin (State Bar No. 199643)
    *bglackin@lchb.com*
5   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
6   San Francisco, CA 94111-3339
    Telephone: (415) 956-1000
7   Facsimile: (415) 956-1008

8   *Attorneys for Individual and Representative Plaintiff The Stroud Group, Inc., and*
    *the Proposed Class*
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          (San Francisco Division)

13  | IN RE: CATHODE RAY TUBE (CRT) | Case No. CV-07-5944-SC |
    | ANTITRUST LITIGATION | MDL No. 1917 |
14
    |  | **APPLICATION FOR ADMISSION** |
15  | THIS DOCUMENT RELATES TO: | **OF ATTORNEY *PRO HAC VICE*** |

16  | THE STROUD GROUP, INC., on behalf of | The Honorable Samuel Conti |
    | itself and all others similarly situated, |  |
17
                    Plaintiff,
18
    v.
19
    CHUNGHWA PICTURE TUBES, LTD., *et al*.,
20
                    Defendants.
21
    Case No. CV-08-1056-MEJ
22

23

24          Pursuant to Civil L.R. 11-3, Daniel B. Allanoff, an active member in good

25  standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern

26  District of California on a *pro hac vice* basis representing The Stroud Group, Inc. in the above-

27  entitled action.

28          In support of this application, I certify on oath that:

1            1.      I am an active member in good standing of a United States Court or of the

2    highest court of another State or the District of Columbia, as indicated above;

3            2.      I agree to abide by the Standards of Professional Conduct set forth in Civil

4    Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become

5    familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

6            3.      An attorney who is a member of the bar of this Court in good standing and

7    who maintains an office within the State of California has been designated as co-counsel in the

8    above-entitled action. The name, address and telephone number of that attorney is:

9            Eric B. Fastiff
             Lieff, Cabraser, Heimann & Bernstein, LLP
10           275 Battery Street, 30th Floor
             San Francisco, CA 94111
11           Telephone: (415) 956-1000

12           I declare under penalty of perjury of the laws of the United States that the

13   foregoing in true and correct.

14

15   Dated: March 13, 2008

16

Daniel B. Allanoff

17

18

19

20

21

22

23

24

25

26

27

28