1 | Richard M. Heimann (State Bar No. 063607)
    *rheimann@lchb.com*
2 | Joseph R. Saveri (State Bar No. 130064)
    *jsaveri@lchb.com*
3 | Eric B. Fastiff (State Bar No. 182260)
    *efastiff@lchb.com*
4 | Brendan Glackin (State Bar No. 199643)
    *bglackin@lchb.com*
5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 30th Floor
6 | San Francisco, CA 94111-3339
    Telephone: (415) 956-1000
7 | Facsimile: (415) 956-1008

8 | *Attorneys for Individual and Representative Plaintiff The Stroud Group, Inc., and the Proposed Class*

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | (San Francisco Division)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC<br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| THE STROUD GROUP, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants.<br><br>Case No. CV-08-1056-MEJ | The Honorable Samuel Conti |

Pursuant to Civil L.R. 11-3, Steven J. Greenfogel, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing The Stroud Group, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

---

740130.1 — -1- — APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. CV-07-5981-SC

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Eric B. Fastiff
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

I declare under penalty of perjury of the laws of the United States that the foregoing in true and correct.

Dated: March 13, 2008

Steven J. Greenfogel