1  Richard M. Heimann (State Bar No. 063607)
   *rheimann@lchb.com*
2  Joseph R. Saveri (State Bar No. 130064)
   *jsaveri@lchb.com*
3  Eric B. Fastiff (State Bar No. 182260)
   *efastiff@lchb.com*
4  Brendan Glackin (State Bar No. 199643)
   *bglackin@lchb.com*
5  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 30th Floor
6  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
7  Facsimile: (415) 956-1008

8  *Attorneys for Individual and Representative Plaintiff The Stroud Group, Inc., and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC<br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br><br>THE STROUD GROUP, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants.<br><br>Case No. CV-08-1056-MEJ | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE***<br><br>The Honorable Samuel Conti |

Steven J. Greenfogel, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is: MEREDITH, COHEN, GREENFOGEL & SKIRNICK, P.C., 1521 Locust Street, 8th Floor, Philadelphia, PA 19102, Telephone: (215) 564-5182, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Stroud Group, Inc.

740137.1         -1-         [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
                              CASE NO. CV-07-5981-SC

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3  *hac vice*. Service of papers upon and communication with co-counsel designated in the
4  application will constitute notice to the party. All future filings in this action are subject to the
5  requirements contained in General Order No. 45, *Electronic Case Filing*.

6
7  Dated: March __, 2008
     _____
8    The Honorable Samuel Conti
     United States Senior District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28