Daniel E. Birkhaeuser (SBN: 136646)
Jennifer S. Rosenberg (SBN: 121023)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200
Facsimile:  (925) 945-8792
dbirkhaeuser@bramsonplutzik.com
jrosenberg@bramsonplutzik.com

David Boies
Timothy Battin
Christopher Le
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile:  (703) 764-8704
Dboies@straus-boies.com
Tbattin@straus-boies.com
Cle@straus-boies.com

*Attorneys for Plaintiff*
*Additional Counsel Below*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | CIVIL ACTION NO. 07-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **JOINDER OF PLAINTIFF DONNA ELLINGSON IN SUPPORT OF MOTION OF ZELLE HOFMANN VOELBEL MASON & GETTE, LLP AND LOVELL STEWART HALEBIAN, LLP TO APPOINT INTERIM CLASS COUNSEL FOR THE INDIRECT PURCHASER PLAINTIFFS** |

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, Plaintiff Donna Ellingson ("Plaintiff"), through her undersigned counsel, submits this joinder in the Motion of Zelle Hofmann Voelbel Mason & Gette, LLP and Lovell Stewart Halebian, LLP (collectively the "Zelle/Lovell" firms) to Appoint Interim Class Counsel for Indirect Purchaser Plaintiffs ("Zelle/Lovell Motion").

1

The attorneys representing Plaintiff[1] are highly qualified practitioners in antitrust and consumer protection litigation and possess extensive experience in litigating indirect purchaser class actions in state and federal courts around the country.  While many of the attorneys representing Plaintiff are qualified to serve as lead counsel, Plaintiff and her attorneys feel that deference is properly given to those who laid the groundwork to advance the litigation.[2]  Accordingly, Plaintiff through her counsel respectfully submits that the Zelle/Lovell firms are the most appropriate candidates to lead this multistate indirect purchaser litigation.

## INTRODUCTION

Plaintiff filed her antitrust action against various manufacturers of cathode ray tubes ("CRTs") and cathode ray tube products ("CRT Products") on March 10, 2008 (*Donna Ellingson v. Chunghwa Picture Tubes Ltd., et al.,* Case No. 08-01364).  On March 13, 2008, Plaintiff filed an Administrative Motion requesting that her case be related to the present action, *In Re: Cathode Ray Tube (CRT) Litigation,* MDL No. 1917 (Case No. 07-5944-SC).  A hearing is scheduled for April 4, 2008 to determine, based on various parties' motions, which firm(s) should be appointed Interim Class Counsel.

To date, there are three pending motions seeking appointment of Interim Class Counsel for indirect purchasers of CRTs and CRT Products. These include:

1. The aforementioned Zelle/Lovell Motion, seeking the appointment of the Zelle/Lovell firms as Interim Class Counsel;

---

[1] Since filing the Complaint, in addition to Donna Ellingson of South Dakota, the attorneys for the Plaintiff have been retained by clients in Arizona, West Virginia, and North Carolina.

[2] For instance, Straus & Boies, LLP has served as lead or co-lead counsel in the following cases including but not limited to: *In re Indirect Purchaser Vitamins Litigation,* No. 98-CA-007467 (D.C. Sup. Ct., filed September 30, 1998), *In re: Monosodium Glutamate (MSG) and Nucleotides Litigation*, No. D-0202-CV-200306168 (N.M. Dist. Ct. County of Bernalillo, filed September 3, 2003), *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, MDL No. 02-1486 (N.D. Cal.), and *In re Oriented Strand Board (OSB) Antitrust Litigation*, No. 06-826 (E.D. Pa. filed Feb. 24, 2006).

2. The motion of Plaintiff Jeffrey Figone seeking the appointment of the law firm of Trump, Alioto, Trump & Prescott, LLP ("Trump, Alioto") as Interim Class Counsel; and

3. The motion of *Glanz, et al.,* seeking the appointment of the law firms of Ball & Scott and Goldman Scarlato & Karon, P.C. as Interim Co-Lead Class Counsel.

## BACKGROUND

These related class actions arise from the alleged price-fixing of CRTs and CRT Products. The characteristics and applications of these products and the industry has been previously elaborated upon by other counsel and will not be repeated here. *See* Zelle/Lovell Motion, pg. 9-10. The Zelle/Lovell firms have been at the forefront of prosecuting the indirect purchaser claims against Defendants in this litigation, as they were the first to both investigate the facts and file cases.

## ARGUMENT

In selecting Interim Class Counsel, the Court should consider the following factors: 1) the work counsel has done in identifying or investigating potential claims in the action; 2) counsel's experience in handling class actions, other complex litigation, and claims of the type asserted in the action; 3) counsel's knowledge of the applicable law; and 4) the resources counsel will commit to representing the class. Fed. R. Civ. P. 23(g)(1)(C)(i).  No factor on its own is determinative, but rather, all of the factors must be viewed together. *See* Fed. R. Civ. P. 23 advisory committee notes (2003 Amendments).  Indeed, whether viewed individually or together, Zelle/Lovell are best suited to serve as Interim Class Counsel for indirect purchasers in this action.

### The Zelle/Lovell Firms Have Expended Considerable Efforts in Litigating Indirect Purchaser Claims in This Action

As explained above, the Zelle/Lovell firms and their co-counsel were the first to file indirect purchaser actions in the CRT litigation.  Their research efforts began before the United

States Department of Justice ("DOJ") announced its investigation of the CRT industry, and necessarily required the Zelle/Lovell firms invest considerable time and expenses in preparing their claims.  As a result, the indirect purchaser litigation has already benefited from the work performed by Zelle/Lovell.  In addition, Zelle/Lovell have litigated several related technology cases against many of the same Defendants. Consequently, Zelle/Lovell have worked closely with numerous experts and economists who have done extensive research and analysis on related markets and technologies.

**The Zelle/Lovell Firms Have Extensive Experience in Litigating Major Class Actions**

The success achieved by the Zelle/Lovell firms in leading major class actions is indisputable.[3]  Of additional significance, the Zelle/Lovell firms have leading roles in prosecuting similar technology class actions, several of which are pending in the Northern District of California, including: *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 07-1827 (N.D. Cal.) ("*LCD*"), *In re Static Random Access Memory (SRAM) Antitrust Litig.*, MDL No. 07-1819 (N.D. Cal.) ("*SRAM*"), *In re Flash Memory Antitrust Litig.*, MDL No. 1852 (N.D. Cal.) ("*Flash Memory*"), and *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.* MDL No. 1486 (N.D. Cal) ("*DRAM*").  Included in these actions are some of the same manufacturers and market participants involved in the present action, and although the technology in each case is unique, many similarities exist, including: business practices, internal conspiratorial behavior, technical terminology, and distribution networks.  This overlap can significantly benefit the indirect purchaser class, and Zelle/Lovell are well positioned to ensure that those benefits reach the class.

**The Zelle/Lovell Firms Have Extensive Knowledge of Indirect Purchaser Law**

The Zelle/Lovell firms have amassed extensive knowledge related to managing, organizing, and litigating, multistate *indirect purchaser* class actions. Indirect purchaser class actions present many legal and factual issues that are not present in direct purchaser litigation, and a mastery of those areas is critical to success.  Indirect purchaser litigation presents substantial legal hurdles

---

[3] *See* Zelle/Lovell Motion at 4-9.

4

distinct from those in direct purchaser actions. These unique issues arise in many areas of the litigation process including in discovery, expert work, class certification, and damages. The Zelle/Lovell firms have extensively litigated multistate indirect purchaser claims in state and federal courts throughout the country, and are well versed in the challenges inherent to these types of actions.

### Zelle/Lovell Have Repeatedly Demonstrated Their Willingness and Ability to Commit the Resources Necessary to Represent Indirect Purchaser Classes

Plaintiff's counsel have prosecuted a number of cases alongside the Zelle/Lovell firms, and are uniquely positioned to comment on the willingness, ability and actual commitment of resources these firms expend on behalf of indirect purchaser classes.[4] The Zelle/Lovell firms have consistently demonstrated a strong willingness to invest the human and financial resources necessary to successfully litigate cases. Furthermore, both firms have proved adept at marshalling the collective resources of their co-counsel.

### The Zelle/Lovell Firms Have a Demonstrated Ability to Cooperate Effectively with Co-Counsel

Effectively and efficiently litigating multistate indirect purchaser class actions is extremely challenging. The complex nature of the claims and the vastness of the litigation landscape make well-ordered coordination among counsel essential. Multistate indirect purchaser cases often involve clients and counsel from each of the states for which claims are alleged (*e.g.*, claims on behalf of indirect purchasers in 28 states are asserted in the Kindt complaint). Effectively coordinating the efforts of the numerous firms involved in multistate indirect purchaser cases is critical to adequate representation of the class interests. Although firms readily proclaim their

---

[4] For example, Straus & Boies, LLP has worked closely with one or both of the Zelle/Lovell firms in the following cases: *In re Indirect Purchaser Vitamins Litigation,* No. 98-CA-007467 (D.C. Sup. Ct., filed September 30, 1998); *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, MDL No. 02-1486 (N.D. Cal.); *In re Static Random Access Memory (SRAM) Antitrust Litigation,* MDL No. 07-1819 (N.D. Cal.); *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 07-1827 (N.D. Cal.)("LCD"); and *In re Intel Corp. Microprocessor Antitrust Litigation,* MDL No. 1717 (D. Del.).

ability to coordinate effectively with co-counsel, the Zelle/Lovell firms have a proven record of marshalling the efforts of lawyers in disparate jurisdictions to maximize efficiencies.

## **CONCLUSION**

Plaintiff respectfully submits that the Zelle/Lovell firms are best suited to lead this indirect purchaser class action and therefore join in the Zelle/Lovell Motion for Appointment as Interim Class Counsel.

Respectfully submitted,

Dated: March 14, 2008        BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP

/s/
Daniel E. Birkhaeuser

Daniel E. Birkhaeuser (SBN: 136646)
Jennifer S. Rosenberg (SBN: 121023)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200
Facsimile:  (925) 945-8792
dbirkhaeuser@bramsonplutzik.com
jrosenberg@bramsonplutzik.com

and

David Boies, III, Esq.
Timothy D. Battin, Esq.
Christopher Le, Esq.
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, Virginia 22030
Telephone: (703) 764-8700
Facsimile:  (703) 764-8704
DBoies@straus-boies.com
Tbattin@straus-boies.com
Cle@straus-boies.com

Eric J. Pickar
BANGS, McCULLEN, BUTLER, FOYE &
SIMMONS, LLP
333 West Boulevard, Suite 400
P.O. Box 2670
Rapid City, SD 57709-2670
Telephone:         (605) 343-1040
epickar@bangsmccullen.com

Frank Balint
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, AZ 85012-3311
Telephone:(602) 274-1100
Facsimile: (602) 274-1199
fbalint@BFFB.com

Michael G. Simon
FRANKOVITCH ANETAKIS COLANTONIO &
SIMON
337 Penco Road
Weirton, WV  26062
Telephone: (304) 723-4400
Facsimile:  (304) 723-5892
msimon@facslaw.com

James F. Wyatt, III
WYATT & BLAKE, LLP
435 East Morehead Street
Charlotte, NC  28202-2609
Telephone: (704) 331-0767
Facsimile:  (704) 331-0773
jwyatt@wyattlaw.net

David Freedman
FREEDMAN, BOYD, HOLLANDER,
GOLDBERG & IVES, PA
20 First Plaza, Suite 700
Albuquerque, NM  87102
Telephone:         (505) 842-9960
Facsimile:         (505) 842-0761
DAF@FBDLAW.com

1
2
3
4
5
6

                Jeffrey Bartos
                GUERRIERI, EDMOND, CLAYMAN &
                BARTOS PC
                1625 Massachusetts Ave, NW
                Suite 700
                Washington, DC  20036
                Telephone:         (202) 624-7400
                Facsimile:          (202) 624-7420
                jbartos@geclaw.com

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28