MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Proposed Interim Lead Counsel*
*for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **PLAINTIFF JEFFREY FIGONE'S RESPONSE RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS** |
| **This document relates to:** | Date: April 4, 2008 |
| | Time: 10:00 a.m. |
| **ALL INDIRECT PURCHASER ACTIONS** | Court: One, 17th Floor |
| | The Honorable Samuel Conti |

71811.1

**PLAINTIFF JEFFREY FIGONE'S RESPONSE RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**

## I. Introduction

Trump, Alioto, Trump & Prescott, LLP ("TATP") filed the first motion for appointment as Lead Counsel for the indirect purchaser class. Thereafter, two additional motions were filed:

- The motion of Zelle Hofmann Voelbel Mason & Gette, LLP and Lovell Stewart Halebian LLP to be appointed Lead Counsel; and
- The motion of Ball & Scott and Goldman Scarlato & Karon, P.C. to be appointed Lead Counsel.

TATP is willing to serve along with any of the other counsel who are seeking to be appointed Lead Counsel. TATP should be appointed Lead Counsel for the following reasons:

- The firm has the combination of experience and resources that makes it best suited to serve as Lead Counsel.
- The firm filed one of the earliest cases and represents plaintiffs and putative classes in 10 states.
- TATP has the support of a number of law firms located throughout the country.
- TATP has engaged in discussions with most of the other law firms representing indirect purchasers regarding leadership issues and case management issues in order to prosecute these cases in the most efficient and effective manner.
- The firm has also been in contact with counsel for the direct purchasers and counsel for the defendants regarding case management issues and has longstanding relationships with many of the counsel in this case which will facilitate the efficient resolution of these cases.

## II. TATP Is Best Suited To Serve As Lead Counsel

TATP is the only firm among the moving parties to prosecute a post-CAFA indirect purchaser case up to trial. *See, In re OSB Antitrust Litigation,* Case No. 06-cv-00826 (PSD) (E.D. Pa.). Indirect purchaser cases have traditionally been filed and prosecuted in the state courts. CAFA now confers federal jurisdiction over these cases. Thus, in the wake of CAFA, indirect purchaser cases have been removed to federal court or filed there in the first instance. Indirect

- 1 -

purchaser cases are then consolidated or coordinated with the direct purchaser cases which are also pending in federal court. The pendency of both direct purchaser and indirect purchaser cases in one court is a relatively new phenomenon. To our knowledge, all of these cases, with the exception of *OSB*, are still in their earliest stages.

TATP's experience as Co-Lead Counsel in *OSB* will be invaluable in this case. TATP has demonstrated the ability to work cooperatively with direct purchaser counsel as well as defense counsel through motions to dismiss, massive document discovery, motions for judgment on the pleadings, class certification, motions for summary judgment, and Daubert motions. There have been a number of settlements. The *OSB* case is set for trial of the direct purchaser claims against the remaining defendants in June of this year. The trial of the indirect purchaser claims will follow the trial of the direct purchaser claims. None of the other firms seeking a leadership position can point to this track record.

Many of the same issues that arose in *OSB* are likely to arise in this case. TATP will not need to reinvent the wheel. It can draw on its experience in the *OSB* case to efficiently manage this case.

Most importantly, in *OSB* TATP has successfully certified classes not only for California, but for the following states as well:

- The District of Columbia
- Florida
- Iowa
- Kansas
- Maine
- Michigan
- Minnesota
- Mississippi
- Nevada
- New York

- 2 -
**PLAINTIFF JEFFREY FIGONE'S RESPONSE RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**

- North Carolina
- North Dakota
- Vermont
- West Virginia
- Wisconsin

Plaintiffs will seek to certify similar state classes in this case. TATP's experience in this regard should be afforded great weight in the Court's determination of Lead Counsel. TATP's success in class certification, along with its other qualifications, makes it the best suited firm to serve as Lead Counsel.

Moreover, TATP represents a wide range of plaintiffs from a number of different states. To date, TATP represents 10 plaintiffs from 10 different states. These include California, Nevada, Florida, New Mexico, Minnesota, South Dakota, New York, Michigan, North Dakota and West Virginia. These states are some of the most important in terms of population and favorable state law. Associate counsel in these states will support TATP's prosecution of this case. To date, eight firms support TATP's motion for Lead Counsel.

TATP has engaged in discussions with most of the other law firms representing indirect purchasers regarding leadership issues and case management issues. TATP has recently become aware of some new indirect purchaser cases. We have contacted counsel in those cases as well. We are attempting to resolve leadership issues and case management issues before the April 4, 2008 hearing.

In addition, we have been in contact with the proposed Interim Lead Counsel for the direct purchaser class. An important part of this case will be the coordination of the efforts of direct purchaser and indirect purchaser plaintiffs. Our interests are mostly aligned, but there are some differences that must be addressed. We have been through these issues in *OSB*, and we are confident we will be able to resolve them here, with minimal Court intervention.

Finally, we are already working with the defendants and have discussed the upcoming status conference and case management issues. We have longstanding relationships with certain

- 3 -
**PLAINTIFF JEFFREY FIGONE'S RESPONSE RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**

1  defense counsel which we believe will facilitate the efficient prosecution of this case. We will
2  meet and confer with the defendants regarding service of process on foreign defendants,
3  electronic discovery, a protective order, and a case management plan and schedule.

**III.     Conclusion**

   For all of the foregoing reasons, TATP requests that it be appointed Interim Co-Lead Counsel for the indirect purchaser class.

Dated: March 14, 2008                    Respectfully submitted,

**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

By:   /s/ Mario N. Alioto
      Mario N. Alioto (56433)
      Lauren C. Russell (241151)
      2280 Union Street
      San Francisco, California 94123
      Telephone: (415) 563-7200
      Facsimile: (415) 346-0679
      E-mail: malioto@tatp.com
      laurenrussell@tatp.com

*Proposed Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Joseph M. Patane (72202)
**LAW OFFICE OF JOSEPH M. PATANE**
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Lawrence G. Papale (67068)
**LAW OFFICES OF LAWRENCE G. PAPALE**
1308 Main Street #117
St. Helena, CA 94574
Telephone: (707) 963-1704
Facsimile: (707) 963-0706
E-mail: lgpapale@papalelaw.com

Kenneth L. Valinoti (118442)
**VALINOTI & DITO LLP**
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
E-mail: kvalinoti@valinoti-dito.com

Sherman Kassof (66383)
**LAW OFFICES OF SHERMAN KASSOF**
954 Risa Road, Suite B
Lafayette, CA 94549
Telephone: (510) 652 2554
Facsimile: (510) 652 9308
E-mail: heevay@att.net

Seymour J. Mansfield
Jean B. Roth
**MANSFIELD, TANICK & COHEN, P.A.**
1700 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 339-4295
Facsimile: (612) 339-3161
E-mail: smansfield@mansfieldtanick.com

Joel Flom
**JEFFRIES, OLSON & FLOM, P.A.**
1202 27th Street South
Fargo, N.D. 58103
Telephone: (701) 280-2300
Facsimile: (701) 280-1800
E-mail: joel@jeffrieslaw.com

Michael G. Simon
M. Eric Frankovitch
**FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON**
337 Penco Road
Weirton, WV  26062
Telephone: (304) 723-4400
Facsimile: (304) 723-5892
E-mail: msimon@facslaw.com

**PLAINTIFF JEFFREY FIGONE'S RESPONSE RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**

1
2   Robert Gerard
    **GERARD & OSUCH, LLP**
3   1516 Front Street
    San Diego, CA 92101
4   Telephone: (619) 232-2828
    E-mail: rgerard@gerardlaw.com
5
    Robert Gerard
6   **GERARD & OSUCH, LLP**
    2840 South Jones Blvd.
7   Building D, Unit 4
    Las Vegas, NV 89146
8   Telephone: (702) 251-0093
    E-mail: rgerard@gerardlaw.com
9
10  *Counsel for the Indirect Purchaser Plaintiffs*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF JEFFREY FIGONE'S RESPONSE RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**