Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss L. Galloway (234678)
ZELLE, HOFMANN, VOELBEL, MASON &
GETTE LLP
44 Montgomery Street - Suite 3400
San Francisco, CA  94104
Telephone:      (415) 693-0700
Facsimile:       (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Christopher Lovell
Craig M. Essenmacher
Keith Essenmacher
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY  10110
Telephone:      (212) 608-1900
Facsimile:       (212) 719-4775
clovell@lshllp.com
cessenmacher@lshllp.com

*Attorneys for Plaintiffs and the Proposed Interim Class Counsel for the Indirect-Purchaser Plaintiffs*

*[Additional Counsel Listed on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions | Case No. CV-07-5944-SC<br>MDL No. 1917<br><br>**DECLARATION OF JUDITH A. ZAHID IN SUPPORT OF ZELLE HOFMANN'S AND LOVELL STEWART'S OPPOSITION TO THE MOTIONS OF MESSRS. BALL AND KARON AND TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP TO APPOINT INTERIM CLASS COUNSEL FOR THE INDIRECT-PURCHASER PLAINTIFFS**<br><br>DATE: APRIL 4, 2008<br>TIME: 10:00 A.M.<br>COURTROOM: 1, 17TH FLOOR<br>Honorable Samuel Conti |

I, Judith A. Zahid, declare as follows:

1. I am an attorney duly licensed by the State of California and am admitted to practice before this Court. I am an associate of the law firm of Zelle, Hofmann, Voelbel, Mason & Gette, LLP, and my firm serves as attorneys of record for plaintiffs in this action. I submit this Declaration in support of Zelle Hofmann's and Lovell Stewart's Opposition to the Motions of Messrs. Ball and Karon and Trump, Alioto, Trump & Prescott, LLP to Appoint Interim Class Counsel for the Indirect-Purchaser Plaintiffs. The matters set forth herein are within my personal knowledge except as to those facts which I state upon information and belief, as to which I believe them to be true. If called upon and sworn as a witness I could competently testify regarding them.

2. Attached hereto as Exhibit A is a true and correct copy of a bar chart entitled Microsoft Indirect Purchaser Class Action Settlement Amount Per Resident By Settlement Date, compiled by Zelle Hofmann and based on public records of settlements approved in these states.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 14, 2008 at San Francisco, California.

                                          */s/Judith A. Zahid*
                                          Judith A. Zahid

#3172691