# EXHIBIT A



Microsoft Indirect Purchaser Class Action Settlement Amount Per Resident By Settlement Date