Joseph M. Alioto (SBN 42680)
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone:    (415) 434-8900
Facsimile:    (415) 434-9200
jmalioto@aliotolaw.com

Marvin A. Miller (IL SBN 1916769)
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, Il 60603
Telephone:    (312) 332-3400
Facsimile:    (312) 676-2676
mmiller@millerlaw.com

*Attorneys for Plaintiffs and Proposed Interim Class Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| | **CERTIFICATE OF SERVICE** |
| This Document Relates To: ALL INDIRECT PURCHASER ACTIONS | |

92703.1

CERTIFICATE OF SERVICE – Case No. 3:07-cv-05944-SC

# CERTIFICATE OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. MEMORANDUM IN OPPOSITION TO MOTIONS FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS, AND NOTICE OF CROSS-MOTION AND CROSS-MOTION TO APPOINT ALIOTO LAW FIRM AND MILLER LAW LLC AS INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS;

2. DECLARATION OF JOSEPH M. ALIOTO IN OPPOSITION TO MOTIONS FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS, AND IN SUPPORT OF CROSS-MOTION TO APPOINT ALIOTO LAW FIRM AND MILLER LAW LLC AS INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS;

3. DECLARATION OF MARVIN A. MILLER IN OPPOSITION TO MOTIONS FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS, AND IN SUPPORT OF CROSS-MOTION TO APPOINT ALIOTO LAW FIRM AND MILLER LAW LLC AS INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS;

4. [PROPOSED] CASE MANAGEMENT ORDER RELATING TO INDIRECT PURCHASER CASES; and

5. CERTIFICATE OF SERVICE.

☑ **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

☑ **By Mail**: I placed a true copy on this date of each document listed above in a sealed envelope addressed to each person listed below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

| | |
|---|---|
| Bryan L. Clobes<br>Ellen Meriwether<br>Cafferty Faucher LLP<br>1717 Arch Street, 36th Floor<br>Philadelphia, PA 19103 | Jayne A. Goldstein<br>Lee Albert<br>Mager & Goldstein LLP<br>One Liberty Place<br>1818 Market Street, Suite 3700<br>Philadelphia, PA 19103 |
| Robert N. Kaplan<br>Linda P. Nussbaum<br>Gregory K. Arenson<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022 | Anthony J. Bolognese<br>Joshua H. Grabar<br>Bolognese & Associates, LLC<br>1500 JFK Boulevard, Suite 320<br>Philadelphia, PA 19102 |
| Joseph M. Vanek<br>David P. Germaine<br>Vanek, Vickers & Masini P.C.<br>111 South Wacker Drive, Suite 4050<br>Chicago, IL 60606 | Paul E. Slater<br>Sperling & Slater<br>55 West Monroe Street, Suite 3200<br>Chicago, IL 60603 |
| Jeffrey A. Klafter<br>Klafter & Olsen LLP<br>1311 Mamaroneck Avenue, Suite 220<br>White Plains, NY 10602 | Paul F. Bennett<br>Steven O. Sidener<br>Joseph M. Barton<br>Gold Bennett Cera & Sidener LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105-2835 |
| Samuel D. Heins<br>Vincent J. Esades<br>Troy J. Hutchinson<br>Katherine T. Kelly<br>Heins Mills & Olson, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403 | Michael Stoker<br>Johns Flaherty & Collins, S.C.<br>Exchange Building, Suite 600<br>205 Fifth Avenue South<br>P.O. Box 1626<br>LaCrosse, WI 54602 |
| Michael D. Shaffer<br>Shaffer & Gaier, LLP<br>One Penn Center<br>1617 JFK Boulevard, Suite 946<br>Philadelphia, PA  19103 | Allan Steyer<br>Steyer, Lowenthal, Boodrookas,<br>Alvarez & Smith, LLP<br>One California Street, Third Floor<br>San Francisco, CA 94111 |

| | |
|---|---|
| Natalie Finkelman Bennett<br>Shepherd, Finkelman, Miller & Shah, LLC<br>35 East State Street<br>Media, PA  19063 | Roberta Liebenberg<br>Fine, Kaplan and Black, R.P.C.<br>1835 Market Street, 28th Floor<br>Philadelphia, PA  19103 |
| Lisa J. Rodriguez<br>Trujillo Rodriguez & Richards, LLC<br>8 Kings Highway West<br>Haddonfield, NJ 08033 | W. Joseph Bruckner<br>Elizabeth R. Odette<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue, Suite 2200<br>Minneapolis, MN 55402 |
| Mark Reinhardt<br>Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN 55101 | Charles H. Johnson<br>Charles H. Johnson & Associates PA<br>2599 Mississippi Street<br>New Brighton, MN 55113 |
| Neal A. Eisenbraun<br>Neal A. Eisenbraun, Chartered<br>2599 Mississippi Street, Suite 201<br>New Brighton, MN 55113 | Eugene A. Spector<br>William G. Caldes<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19102 |
| Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 | Barry Bendes<br>Anthony J. Viola<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue<br>New York, NY 10022 |

| | |
|---|---|
| Ethan E. Litwin<br>Howrey LLP<br>Citigroup Center<br>153 East 53rd Street, 54th Floor<br>New York, NY 10022 | Joseph Ostoyich<br>John Taladay<br>Howrey LLP<br>1299 Pennsylvania Avenue, N.W.<br>Washington, DC 20004 |
| Samuel R. Miller<br>Sidley Austin LLP<br>555 California Street, Suite 2000<br>San Francisco, CA 94104 | Christopher M. Curran<br>White & Case LLP<br>701 13th Street, N.W.<br>Washington, DC 20005 |
| Kent M. Roger<br>Morgan, Lewis & Bockius LLP<br>One Market Plaza<br>Spear Street Tower<br>San Francisco, CA 94105 | Craig P. Seebald<br>McDermott Will & Emery LLP<br>600 Thirteenth Street, N.W.<br>Washington, DC 20005 |
| Bruce H. Jackson<br>Baker & McKenzie LLP<br>Two Embarcadero Center, 11th Floor<br>San Francisco, CA 94111 | |

Executed on March 14, 2008 at San Francisco, California.

Signed     /s/   Robert L. Newman