| | |
|---|---|
| 1 | KRIS MAN (246008) |
| | Email: kman@dl.com |
| 2 | Dewey & LeBoeuf LLP |
| | One Embarcadero Center, Suite 400 |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 951-1100 |
| 4 | Facsimile: (415) 951-1180 |
| 5 | GREGORY D. HULL (57367) |
| | Email: greg.hull@weil.com |
| 6 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 7 | Redwood Shores, California 94065-1175 |
| | Telephone: (650) 802-3000 |
| 8 | Facsimile: (650) 802-3100 |
| 9 | JEFFREY L. KESSLER (*pro hac vice pending*) |
| | Email: jkessler@dl.com |
| 10 | Dewey & LeBoeuf LLP |
| | 1301 Avenue of the Americas |
| 11 | New York, NY 10019 |
| | Telephone: (212) 259-8000 |
| 12 | Facsimile: (212) 259-7013 |
| 13 | STEVEN A. REISS (*pro hac vice*) |
| | Email: steven.reiss@weil.com |
| 14 | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| 15 | New York, New York 10153-0119 |
| | Telephone: (212) 310-8000 |
| 16 | Facsimile: (212) 310-8007 |
| 17 | Attorneys for Defendant |
| | PANASONIC CORPORATION OF NORTH AMERICA |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC <br><br> MDL. No. 1917 <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF MICHELLE LO |
| This Document Relates to: ALL ACTIONS | |

1   Michelle Lo, an active member in good standing of the bar of the State of New
2   York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301 Avenue of
3   the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-titled action
4   for admission to practice in the Northern District of California on a *pro hac vice* basis,
5   representing Panasonic Corporation of North America.
6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7   and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8   appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9   in the application will constitute notice to the party. All future filings in this action are subject to
10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

12  Dated: 3/17, 2008



Judge Samuel Conti

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION  
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC  
MDL No. 1917