1  KRIS MAN (246008)
   Email: kman@dl.com
2  Dewey & LeBoeuf LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Telephone:   (415) 951-1100
4  Facsimile:    (415) 951-1180

5  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
6  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
7  Redwood Shores, California  94065-1175
   Telephone:   (650) 802-3000
8  Facsimile:    (650) 802-3100

9  JEFFREY L. KESSLER (*pro hac vice pending*)
   Email: jkessler@dl.com
10 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
11 New York, NY  10019
   Telephone:   (212) 259-8000
12 Facsimile:    (212) 259-7013

13 STEVEN A. REISS (*pro hac vice*)
   Email: steven.reiss@weil.com
14 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
15 New York, New York  10153-0119
   Telephone:   (212) 310-8000
16 Facsimile:    (212) 310-8007

17 Attorneys for Defendant
   PANASONIC CORPORATION OF NORTH AMERICA
18

19
                   **UNITED STATES DISTRICT COURT**
20                 **NORTHERN DISTRICT OF CALIFORNIA**

21 _____
                                              )  No. 07-5944-SC
22 IN RE:  CATHODE RAY TUBE (CRT)             )
   ANTITRUST LITIGATION                       )  MDL. No. 1917
23                                            )
   _____        )  [PROPOSED] **ORDER GRANTING**
24                                            )  **APPLICATION FOR *PRO HAC VICE***
   This Document Relates to:  ALL ACTIONS     )  **ADMISSION OF MICHELLE LO**
25 _____        )

26

27

28

---

[PROPOSED] ORDER GRANTING APPLICATION                           Case No. 07-5944-SC
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*                        MDL No. 1917

Michelle Lo, an active member in good standing of the bar of the State of New York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-titled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Panasonic Corporation of North America.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/17, 2008



IT IS SO ORDERED
Judge Samuel Conti

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917