Daniel E. Birkhaeuser (SBN: 136646)
Jennifer S. Rosenberg (SBN: 121023)
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone: (925) 945-0200
Facsimile:  (925) 945-8792
dbirkhaeuser@bramsonplutzik.com
jrosenberg@bramsonplutzik.com

David Boies
Timothy Battin
Christopher Le
STRAUS & BOIES, LLP
4041 University Drive, Fifth Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile:  (703) 764-8704
Dboies@straus-boies.com
Tbattin@straus-boies.com
Cle@straus-boies.com

*Attorneys for Plaintiff*
*Additional Counsel Below*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CIVIL ACTION NO. 07-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **PROOF OF SERVICE** |

1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Bramson, Plutzik, Mahler & Birkhaeuser, LLP, 2125 Oak Grove Road, Suite 120, Walnut Creek, California 94598. On March 17, 2008, I served the within documents:

**JOINDER OF PLAINTIFF DONNA ELLINGSON IN SUPPORT OF MOTION OF ZELLE HOFMANN VOELBEL MASON & GETTE, LLP AND LOVELL STEWART HALEBIAN, LLP TO APPOINT INTERIM CLASS COUNSEL FOR THE INDIRECT PURCHASER PLAINTIFFS**

**PROOF OF SERVICE**

☒ by placing a copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Walnut Creek, California addressed as set forth below.

☐ by facsimile transmission on that date. This document was transmitted by using a Canon LC 710 facsimile machine that complies with California Rules of Court Rule 2003(3), telephone number (925) 945-8792. The transmission was reported as complete and without error.

☐ By causing personal delivery of a copy of the document(s) listed above to the person(s) addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope with delivery fees provided for a Federal Express pick up box or office designated for overnight delivery, and addressed as set forth below.

Lori Fanning
Marvin Miller
Matthew Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Martin Grossman
Law Offices of Martin Grossman
2121 Green Brier Drive
Villanova, PA 19085

Richard M. Hagstrom
Zelle Hoffman Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneaplois, MN 55415

1  Lawrence D. McCabe
   Murray Frank and Sailer LLP
2  275 Madison Avenue
   New York, NY 10016
3

4  Jonathan Mark Watkins
   The Furth Firm LLP
5  225 Bush Street, 15th floor
   San Francisco, CA 94104-4249
6

7      I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.
8
9

10     I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed on March 17, 2008, at Walnut Creek, California.

11

12                                         Nicholas Adam

3