1  KRIS MAN (246008)
   Email: kman@dl.com
2  Dewey & LeBoeuf LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Telephone:   (415) 951-1100
4  Facsimile:   (415) 951-1180

5  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
6  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
7  Redwood Shores, California 94065-1175
   Telephone:   (650) 802-3000
8  Facsimile:   (650) 802-3100

9  JEFFREY L. KESSLER (*pro hac vice pending*)
   Email: jkessler@dl.com
10 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
11 New York, NY 10019
   Telephone:   (212) 259-8000
12 Facsimile:   (212) 259-7013

13 STEVEN A. REISS (*pro hac vice*)
   Email: steven.reiss@weil.com
14 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
15 New York, New York 10153-0119
   Telephone:   (212) 310-8000
16 Facsimile:   (212) 310-8007

17 Attorneys for Defendant
   PANASONIC CORPORATION OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL. No. 1917 |
| This Document Relates to: ALL ACTIONS | [PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF EVA W. COLE |

- 2 -

1  Eva W. Cole, an active member in good standing of the bar of the State of New
2  York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301 Avenue of
3  the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-titled action
4  for admission to practice in the Northern District of California on a *pro hac vice* basis,
5  representing Panasonic Corporation of North America.

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9  in the application will constitute notice to the party. All future filings in this action are subject to
10 the requirements contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: _____3/17_____, 2008



The Hon. Samuel Conti
Judge Samuel Conti
IT IS SO ORDERED

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917