KRIS MAN (246009)
Email: kman@dl.com
Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice pending*)
Email: jkessler@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
PANASONIC CORPORATION OF NORTH AMERICA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC <br><br> MDL. No. 1917 <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF JEFFREY L. KESSLER |
| This Document Relates to: ALL ACTIONS | |

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

1  Jeffrey L. Kessler, an active member in good standing of the bar of the State of
2  New York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301
3  Avenue of the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-
4  titled action for admission to practice in the Northern District of California on a *pro hac vice*
5  basis, representing Panasonic Corporation of North America.
6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9  in the application will constitute notice to the party. All future filings in this action are subject to
10 the requirements contained in General Order No. 45, *Electronic Case Filing*.

12 Dated: 3/17/08 , 2008



Judge Samuel Conti

-2-

[PROPOSED] ORDER GRANTING APPLICATION  Case No. 07-5944-SC
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*  MDL No. 1917