```
 1  KRIS MAN (246009)
    Email: kman@dl.com
 2  Dewey & LeBoeuf LLP
    One Embarcadero Center, Suite 400
 3  San Francisco, CA 94111
    Telephone:  (415) 951-1100
 4  Facsimile:  (415) 951-1180

 5  GREGORY D. HULL (57367)
    Email: greg.hull@weil.com
 6  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
 7  Redwood Shores, California  94065-1175
    Telephone:  (650) 802-3000
 8  Facsimile:  (650) 802-3100

 9  JEFFREY L. KESSLER (pro hac vice pending)
    Email: jkessler@dl.com
10  Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
11  New York, NY  10019
    Telephone:  (212) 259-8000
12  Facsimile:  (212) 259-7013

13  STEVEN A. REISS (pro hac vice)
    Email: steven.reiss@weil.com
14  WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
15  New York, New York  10153-0119
    Telephone:  (212) 310-8000
16  Facsimile:  (212) 310-8007

17  Attorneys for Defendant
    PANASONIC CORPORATION OF NORTH AMERICA
18
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:  ALL ACTIONS | No. 07-5944-SC<br><br>MDL. No. 1917<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF JEFFREY L. KESSLER |

1   Jeffrey L. Kessler, an active member in good standing of the bar of the State of
2   New York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301
3   Avenue of the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-
4   titled action for admission to practice in the Northern District of California on a *pro hac vice*
5   basis, representing Panasonic Corporation of North America.

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7   and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8   appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9   in the application will constitute notice to the party. All future filings in this action are subject to
10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

12  Dated: _____3/17_____, 2008    

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION          Case No. 07-5944-SC
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*        MDL No. 1917