RECEIVED
08 MAR 13 PM 12: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard M. Heimann (State Bar No. 063607)
rheimann@lchb.com
Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
Brendan Glackin (State Bar No. 199643)
bglackin@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Individual and Representative Plaintiff The Stroud Group, Inc., and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC<br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br><br>THE STROUD GROUP, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants.<br><br>Case No. CV-08-1056-MEJ | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION ***PRO HAC VICE***<br><br>The Honorable Samuel Conti |

Steven J. Greenfogel, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is: MEREDITH, COHEN, GREENFOGEL & SKIRNICK, P.C., 1521 Locust Street, 8th Floor, Philadelphia, PA 19102, Telephone: (215) 564-5182, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Stroud Group, Inc.

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3 *hac vice*. Service of papers upon and communication with co-counsel designated in the
4 application will constitute notice to the party. All future filings in this action are subject to the
5 requirements contained in General Order No. 45, *Electronic Case Filing*.

7 Dated: March 17, 2008

8 The Honorable Samuel Conti
   United States District Judge

*IT IS SO ORDERED*
Judge Samuel Conti

---

740137.1     -2-     [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
CASE NO. CV-07-5981-SC