| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 063607) |
| | *rheimann@lchb.com* |
| 2 | Joseph R. Saveri (State Bar No. 130064) |
| | *jsaveri@lchb.com* |
| 3 | Eric B. Fastiff (State Bar No. 182260) |
| | *efastiff@lchb.com* |
| 4 | Brendan Glackin (State Bar No. 199643) |
| | *bglackin@lchb.com* |
| 5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 30th Floor |
| 6 | San Francisco, CA  94111-3339 |
| | Telephone:  (415) 956-1000 |
| 7 | Facsimile:  (415) 956-1008 |

*Attorneys for Individual and Representative Plaintiff The Stroud Group, Inc., and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC<br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br><br>THE STROUD GROUP, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*,<br><br>Defendants.<br><br>Case No. CV-08-1056-MEJ | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*<br><br>The Honorable Samuel Conti |

Steven J. Greenfogel, an active member in good standing of the bar of Pennsylvania, whose business address and telephone number is: MEREDITH, COHEN, GREENFOGEL & SKIRNICK, P.C., 1521 Locust Street, 8th Floor, Philadelphia, PA 19102, Telephone:  (215) 564-5182, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Stroud Group, Inc.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2  and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*
3  *hac vice*. Service of papers upon and communication with co-counsel designated in the
4  application will constitute notice to the party. All future filings in this action are subject to the
5  requirements contained in General Order No. 45, *Electronic Case Filing*.

7  Dated: March 17, 2008



The Honorable Samuel Conti
United States District Judge