


UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

MDL No. 1917

FILED
MAR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07-5944 SC

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On February 15, 2008, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Samuel Conti.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the action previously transferred to the Northern District of California and assigned to Judge Conti.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of February 15, 2008, and, with the consent of that court, assigned to the Honorable Samuel Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
MAR 1 4 2008
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** MDL No. 1917

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| ARKANSAS WESTERN | |
| ARW 5 08-5013 | Jerry Cook v. Chunghwa Picture Tubes, Ltd., et al. |
| ARIZONA | |
| AZ 2 08-55 | Brian A. Luscher, et al. v. Chunghwa Picture Tubes, Ltd., et al. |
| MINNESOTA | |
| MN 0 07-4889 | Wettstein & Sons, Inc., etc. v. Chunghwa Picture Tubes, Ltd., et al. |
| MN 0 08-160 | Barry Kushner, et al. v. Chunghwa Picture Tubes, Ltd., et al. |
| NEW JERSEY | |
| NJ 2 07-5713 | Princeton Display Technologies, Inc. v. Chunghwa Picture Tubes, Ltd., et al. |
| NJ 2 08-39 | Royal Data Services, Inc. v. Samsung Electronics Co., Ltd., et al. |
| NJ 2 08-86 | OK TV & Appliances, LLC v. Samsung Electronics Co., Ltd., et al. |
| NEW YORK SOUTHERN | |
| NYS 1 07-10664 | Arch Electronics, Inc. v. LG Electronics, Inc., et al. |
| NYS 1 07-10674 | Meijer, Inc., et al. v. LG Electronics, Inc., et al. |
| NYS 1 07-11203 | Industrial Computing, Inc. v. Chunghwa Picture Tubes, Ltd., et al. |
| OHIO NORTHERN | |
| OHN 1 08-62 | Southern Office Supply, Inc. v. Chunghwa Picture Tubes, Ltd., et al. |
| SOUTH CAROLINA | |
| SC 4 07-4175 | Greg A. Glanz v. Chunghwa Picture Tubes, Ltd., et al. |
| TENNESSEE EASTERN | |
| TNE 2 08-11 | Charles Benson v. Chunghwa Picture Tubes, Ltd., et al. |
| VERMONT | |
| VT 2 08-5 | Margaret Slagle v. Chunghwa Picture Tubes, Ltd., et al. |