1   BRUCE L. SIMON (Bar No. 96241)
       bsimon@psswplaw.com
2   ESTHER L. KLISURA (Bar No. 221171)
       eklisura@psswplaw.com
3   PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
    44 Montgomery Street, Suite 1200
4   San Francisco, California 94104
    Telephone:    (415) 433-9000
5   Facsimile:    (415) 433-9008

6   GUIDO SAVERI (Bar No. 22349)
       guido@saveri.com
7   R. ALEXANDER SAVERI (Bar No. 173102)
       rick@saveri.com
8   CADIO ZIRPOLI (Bar No. 179108)
       cadio@saveri.com
9   SAVERI & SAVERI, INC.
    111 Pine Street, Suite 1700
10  San Francisco, California 94111
    Telephone:    (415) 217-6810
11  Facsimile:    (415) 217-6913

12  [Additional attorneys listed on signature page]
    *Attorneys for Direct Purchaser Plaintiffs and the*
13  *Proposed Direct Purchaser Class*

14

15

16                  **UNITED STATES DISTRICT COURT**

17   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

18

19  IN RE: CATHODE RAY TUBE (CRT)          Case No. C07-5944 SC
    ANTITRUST LITIGATION                    MDL No. 1917
20  _____

21  This Document Relates to:              **DIRECT PURCHASER PLAINTIFFS'
                                            STATUS CONFERENCE STATEMENT**
22  ALL DIRECT PURCHASER ACTIONS
                                            Date:     April 4, 2008
23                                          Time:     10:00 a.m.
                                            Ctrm:     1, 17th Floor
24
                                            Honorable Samuel Conti
25

26  _____

27

28

1    The direct purchaser plaintiffs in this multidistrict litigation hereby submit this status

2 conference statement in advance of the April 4, 2008 hearing.  This statement is on behalf of **all**

3 direct purchaser plaintiffs and their counsel, as there are no contested motions for interim lead

4 class counsel in the direct purchaser case.  Because the hearing will be a status conference as

5 opposed to a case management conference, this statement is intended to serve as a brief overview

6 of the proceeding rather than a comprehensive case management plan.  Attached hereto as Exhibit

7 A is a proposed Pretrial Order No. 1 that establishes certain standard procedures for the case, such

8 as the establishment of a master caption and file, admission of attorneys, electronic filing and

9 service of papers, among others.

10                              **OVERVIEW OF THE CASE**

11    This multidistrict litigation proceeding arises from an alleged conspiracy to fix the prices

12 of cathode ray tube ("CRT") products used as display screens in televisions, computer monitors,

13 and other electronic devices.  Defendants are foreign and domestic manufacturers of CRT products

14 and their affiliated companies.  The United States Department of Justice's Antitrust Division

15 ("DOJ") is currently investigating possible collusion in the CRT industry.  The first direct

16 purchaser action was filed on November 26, 2007.  There are 37 known CRT cases at this time, 20

17 direct purchaser actions and 17 indirect purchaser actions.  The class periods alleged by plaintiffs

18 in these cases vary, with the longest class period being January 1, 1995 to the present.

19    On February 15, 2008, the Judicial Panel on Multidistrict Litigation transferred all related

20 cases to this Court for coordinated or consolidated pretrial proceedings.  *See* Docket No. 122.

21 These cases are collectively referred to as *In re Cathode Ray Tube (CRT) Antitrust Litigation.*  The

22 first status conference is scheduled for April 4, 2008.  *See* Docket No. 114.

23                                    **MOTIONS**

24    On February 21, 2008, the DOJ filed a motion to intervene.  The motion was unopposed,

25 and the Court granted the DOJ's motion on March 7, 2008.

26 / / /

27 / / /

28 / / /

1    Currently pending before this Court is an unopposed Motion for Appointment of Interim

2  Lead Class Counsel and Executive Committee for the Direct Purchaser Plaintiffs.[1]  *See* Docket

3  No. 105.  The motion, which was noticed for April 4, 2008, seeks an order appointing Pearson,

4  Simon, Soter, Warshaw & Penny, LLP and Saveri & Saveri, Inc. as interim lead class counsel.

5  The motion also seeks establishment of an organizational structure of plaintiffs' counsel by way of

6  an executive committee.  **The time to oppose the motion has expired, and no oppositions were**

7  **filed.  The organizational structure set forth in that motion is unanimously supported by all**

8  **of the direct purchaser plaintiffs and their counsel.**

9              **MEET AND CONFER BETWEEN PLAINTIFFS AND DEFENDANTS**

10    On December 13, 2007, while the Motion for Transfer and Consolidation of this MDL

11  proceeding was pending, Pearson, Simon, Soter, Warshaw & Penny, LLP entered into a

12  Stipulation re Extension of Time to Respond to Complaint with defendant Samsung SDI America,

13  Inc.  *See* Docket No. 9.  The Stipulation was approved by this Court on December 19, 2007.  *See*

14  Docket No. 16.  Most defendants have now entered into this Stipulation, which makes responsive

15  pleadings due 45 days after the filing of a consolidated complaint.

16    Counsel for the direct purchaser plaintiffs have been working to coordinate the service of

17  process on foreign defendants.  The direct purchaser plaintiffs filed motions for the issuance of

18  letters rogatory in order to serve foreign defendants.  The Court granted these motions.  *See*

19  Docket Nos. 35, 64, and 73.  On February 15, 2008, the direct purchaser plaintiffs sent a proposed

20  stipulation to defense counsel whereby service of process in any one direct or indirect purchaser

21  action would constitute service of process in the consolidated direct or indirect purchaser actions,

22  respectively.  Direct purchaser plaintiffs are therefore taking steps to establish a schedule for the

23  filing of a consolidated complaint for all direct purchaser actions, the establishment of a single

24

25  _____

26  [1]    On February 29, 2008, a second motion for appointment of interim lead class counsel for the
     direct purchaser plaintiffs was filed by plaintiffs Univisions-Crimson Holding, Inc., Central New
27  York Univision Video Systems, Inc., and Crimson Tech., Inc.  *See* Docket No. 109.  On March 11,
     2008, these plaintiffs filed a notice of withdrawal of their motion.  *See* Docket No. 129.

28

1  briefing schedule for all motions to dismiss, and discovery that is coordinated with the indirect

2  purchaser plaintiffs and the government.

3  **SUBMISSION OF JOINT PRETRIAL PLAN AND PROPOSED ORDER**

4       The direct purchaser plaintiffs have organized themselves and are ready to meet and confer

5  with defendants.  This is, of course, subject to the Court granting the unopposed motion for

6  interim lead class counsel and an executive committee filed by the undersigned firms.  However,

7  the direct purchaser plaintiffs recognize that these efforts must be coordinated with the indirect

8  purchaser plaintiffs, among whom there are competing motions for interim lead class counsel.

9  Therefore, the direct purchaser plaintiffs will meet and confer with the indirect purchaser plaintiffs

10  as soon as the Court appoints interim lead class counsel.  At that time, interim lead class counsel

11  will begin discussing and drafting a comprehensive case management plan and pretrial schedule.

12  Counsel for the direct purchaser plaintiffs believe they will be able to submit a proposed case

13  management order that is agreed upon by all plaintiffs' counsel within 30 days of an Order by the

14  Court appointing interim lead class counsel.  In the meantime, the direct purchaser plaintiffs

15  request that the Court enter the Pretrial Order No. 1 attached hereto as Exhibit A.  That order

16  addresses the following:

17       •      establishment of a master docket and file;

18       •      admission of attorneys;

19       •      communications with the Court and counsel;

20       •      electronic filing and service of papers;

21       •      evidence preservation;

22       •      creation of a protective order;

23       •      completion of a Rule 26(f) conference and initial disclosures;

24       •      alternative dispute resolution; and

25       •      scheduling of a case management conference.

26  / / /

27  / / /

28  / / /

**DIRECT PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT**
Case No. C07-5944 SC

3

## ALTERNATIVE DISPUTE RESOLUTION

1    The direct purchaser plaintiffs believe that the selection of an alternative dispute resolution

2    process is premature at this time.  The selection of an alternative dispute resolution process is

3    better suited to occur after the appointment of interim lead class counsel, and in the context of

4    meet and confer discussions on case management.

## REQUEST FOR CASE MANAGEMENT CONFERENCE

5    The direct purchaser plaintiffs request that a case management conference be scheduled for

6    approximately 45 days after an Order appointing interim lead class counsel is entered.  By that

7    time, the direct purchaser plaintiffs will be prepared to submit and discuss a comprehensive case

8    management plan and pretrial schedule, which will include the date for the filing of the

9    consolidated complaint, a briefing schedule for motions to dismiss, a discovery plan, and other

10   pretrial matters.

Dated:  March 19, 2008             By:   /s/ Bruce L. Simon
                                         Bruce L. Simon
                                         Esther L. Klisura
                                         PEARSON, SIMON, SOTER, WARSHAW &
                                         PENNY, LLP
                                         44 Montgomery Street, Suite 1200
                                         San Francisco, California 94104
                                         Telephone:    (415) 433-9000
                                         Facsimile:    (415) 433-9008

                                         *Attorneys for Direct Purchaser Plaintiff Crago,
                                         Inc.*

Dated:  March 19, 2008             By:   /s/ Guido Saveri
                                         Guido Saveri
                                         R. Alexander Saveri
                                         Cadio Zirpoli
                                         SAVERI & SAVERI, INC.
                                         111 Pine Street, Suite 1700
                                         San Francisco, California 94111
                                         Telephone:    (415) 217-6810
                                         Facsimile:    (415) 217-6913

                                         *Attorneys for Direct Purchaser Plaintiffs Hawel A.
                                         Hawel d/b/a City Electronics, Orion Home System,
                                         LLC, Electronic Design Company, and Paula Call*

/ / /

1         Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of

2    this document has been obtained from Guido Saveri.

3                             H. Laddie Montague, Jr.
                          Ruthanne Gordon

4                             Candice Enders
                         BERGER & MONTAGUE, P.C.

5                             1622 Locust Street
                         Philadelphia, PA 19103

6                             Telephone:   (215) 875-3000
                         Facsimile:   (215) 875-4604

7

8                             *Attorneys for Direct Purchaser Plaintiff Nathan
                         Muchnick, Inc.*

9                             Michael P. Lehmann
                         COHEN, MILSTEIN, HAUSFELD & TOLL,

10                            PLLC
                         One Embarcadero Center, Suite 2440

11                            San Francisco, CA 94111
                         Telephone:   (415) 229-2080

12                            Facsimile:   (415) 986-3643

13                            *Attorneys for Direct Purchaser Plaintiff Monikraft,
                         Inc.*

14                            Joseph W. Cotchett

15                            Steven N. Williams
                         COTCHETT, PITRE & McCARTHY

16                            San Francisco Airport Office Center
                         840 Malcolm Road, Suite 200

17                            Burlingame, CA 94010
                         Telephone:   (650) 697-6000

18                            Facsimile:   (650) 697-0577

19                            *Attorneys for Direct Purchaser Plaintiff Orion
                         Home System, LLC*

20                            Michael J. Freed

21                            Steven A. Kanner
                         Douglas A. Millen

22                            FREED KANNER LONDON & MILLEN LLC
                         2201 Waukegan Road, Suite 130

23                            Bannockburn, IL 60015
                         Telephone:   (224) 632-4500

24                            Facsimile:   (224) 632-4521

25                            *Attorneys for Direct Purchaser Plaintiffs Art's TV
                         & Appliance and Carroll Cut-Rate Furniture*

26   / / /

27   / / /

28   / / /

**DIRECT PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT**
Case No. C07-5944 SC

Robert N. Kaplan
Linda P. Nussbaum
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone:    (212) 687-1980
Facsimile:    (212) 687-7714

*Attorneys for Direct Purchaser Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and Arch Electronics, Inc.*

Richard M. Heimann
Joseph R. Saveri
Eric B. Fastiff
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008

*Attorneys for Direct Purchaser Plaintiffs Nathan Muchnick, Inc., and The Stroud Group, Inc.*

W. Joseph Bruckner
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2197
Telephone:    (612) 339-6900
Facsimile:    (612) 339-0981

*Attorneys for Direct Purchaser Plaintiffs Royal Data Services, Inc., and OK TV & Appliances, LLC*

DIRECT PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT
Case No. C07-5944 SC

6