Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss Galloway (234678)
ZELLE HOFMANN VOELBEL
    MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Terry Rose Saunders                         Christopher Lovell
    (*Pro Hac Vice* Admission Pending)       Imtiaz Siddiqui
Thomas A. Doyle                             LOVELL STEWART & HALEBIAN, LLP
    (*Pro Hac Vice* Admission Pending)       500 Fifth Avenue, 58th Floor
SAUNDERS & DOYLE                            New York, NY  10110
20 South Clark Street, Suite 1720           Telephone:  (212) 608-1900
Chicago, IL  60603                          Facsimile:   (212) 719-4677
Telephone:     (312) 551-0051               clovell@lshllp.com
Facsimile:     (312) 551-4467
trsaunders@saundersdoyle.com
tadoyle@saundersdoyle.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 |
| | MDL No. 1917 |
| This Document Relates to: | **PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY; MEMORANDUM OF POINTS AND AUTHORITIES** |
| All Indirect-Purchaser Actions Including: *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. C08-1319-WBD | Honorable Samuel Conti |

PLEASE TAKE NOTICE that for the purpose of effecting service of process in Taiwan on

foreign defendant Chunghwa Picture Tubes, Ltd., and in Malaysia on foreign defendant Chunghwa

1

1  Picture Tubes (Malaysia) Sdn. Bhd., Plaintiffs William E. Stack and Margo Stack. ("Plaintiffs")

2  hereby respectfully requests that the Court: (1) grant Plaintiffs' *Ex Parte* Motion for Issuance of

3  Letters Rogatory; (2) issue the Letters Rogatory, submitted herewith, for Taiwanese and Malaysian

4  defendants Chunghwa Picture Tubes, Ltd., and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd; and

5  (3) issue certified copies of all documents to be served, specifically, (i) Complaint in *Stack, et al.,*

6  *v. Chunghwa Picture Tubes, Ltd., et al.,* No. C-08-1319-WBD; (ii) Summons in a Civil Case; (iii)

7  Civil Cover Sheet; (iv) a copy of the Standing Order for all Judges of the Northern District of

8  California, Contents of Joint Case Management Statement; (v) *Dispute Resolution Procedures in*

9  *the Northern District of California* Handbook ("ADR Handbook"), and (vi) the ECF Registration

10  Information Handout.

11         This *ex parte* motion is brought pursuant to Civil Local Rule 7 -11, which permits a party

12  to proceed *ex parte* where a party may require a Court order with respect to miscellaneous

13  administrative matters, not otherwise governed by a federal statute, federal or local rule or

14  standing order of the assigned judge. This motion is based upon the following Memorandum of

15  Points and Authorities, the Declaration of Judith A. Zahid in support of this *ex parte* motion

16  ("Zahid Decl."), the Letters Rogatory, and the [Proposed] Order filed herewith, and all the papers

17  and pleadings on file in this action.

18                    **MEMORANDUM OF POINTS AND AUTHORITIES**

19         The process of effecting international service of process by Letters Rogatory is a time-

20  consuming process - approximately six to twelve months.  Plaintiffs respectfully requests that the

21  Court issue two Letters Rogatory (three copies of each Letter for a total of six Letters), submitted

22  herewith, so that Plaintiffs may effect service of process in Taiwan and Malaysia on two named

23  defendants in this action: (1) Chunghwa Picture Tubes, Ltd. and (2) Chunghwa Picture Tubes

24  (Malaysia) Sdn. Bhd.  Plaintiff is advised that each Letter Rogatory must bear the Judge's original

25  handwritten signature and the Court's seal.  Zahid Decl. ¶ 3.

26

27

28
PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY; MEMORANDUM OF POINTS
AND AUTHORITIES

In addition, Plaintiff requests that the Court provide certified copies of all documents required for service.  In accordance with the requirements of service in Taiwan, Malaysia, and the United States Department of State, Plaintiff must serve certified copies of all documents.  Zahid Decl. ¶ 3. Civil Local Rule 4-2 requires Plaintiff to serve the following documents:  (i) Complaint in *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* No. C-08-1319-WBD; (ii) Summons in a Civil Case; (iii) Civil Cover Sheet; (iv) a copy of the Standing Order for all Judges of the Northern District of California, Contents of Joint Case Management Statement; (v) *Dispute Resolution Procedures in the Northern District of California* Handbook ("ADR Handbook"), and (vi) the ECF Registration Information Handout.

## I.     PROCEDURAL HISTORY

Plaintiffs filed their Class Action Complaint on March 7, 2008 naming 19 companies as defendants. A summons was issued on March 7, 2008 for all defendants.  Of the 18 defendants, there are 4 domestic defendants and 14 foreign defendants.  The domestic defendants and the foreign defendants located in Japan, China, Hong Kong, Korea, France, The Netherlands, and India are in the process of being served.  These particular foreign defendants are being served pursuant to The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("The Hague Convention"), 20 U.S.T. 361, T.I.A.S. No. 6638, 658 U.N.T.S. 163.

## II.     PLAINTIFFS MUST SERVE THE TAIWANESE AND MALAYSIAN DEFENDANTS BY LETTERS ROGATORY

Taiwan and Malaysia are not signatories to The Hague Convention. Under Federal Rule of Civil Procedure 4(f)(2)(B), if there is no internationally agreed means of service, service may be effected "as the foreign authority directs in response to a letter rogatory."  For service in Taiwan and Malaysia, a private process server may be used, however the party attempting service runs the risk of a motion to dismiss service and, if a judgment is reached in the action, it may not be enforceable if the party did not effect service by Letters Rogatory. Therefore, the preferred method

3

for serving the Taiwanese and Malaysian defendants - Chunghwa Picture Tubes, Ltd., and Chunghwa Picture Tubes (Malaysia) - is through the issuance of Letters Rogatory.

Plaintiffs' counsel has retained the services of APS International, Ltd. ("APS"), a company that specializes in foreign service of process, to assist in serving the defendants in Taiwan and Malaysia by Letters Rogatory. Zahid Decl. ¶2. APS has advised counsel that Letters Rogatory must be used to effectively serve these defendants. *Id.*

### III. THE UNITED STATES DEPARTMENT OF STATE REQUIRES CERTIFIED COPIES

In order to comply with the requirements of service in Taiwan and Malaysia, the United States Department of State, Plaintiffs must serve certified copies of all documents. Zahid Decl. ¶ 3. These certified copies must bear the assigned judge's original handwritten signature and the Court's seal. *Id.* Only after the United States Department of State has received the proper certified documents will the Letters Rogatory be transmitted to foreign judicial authorities. *Id.*

### IV. EXTENSION OF PERIOD TO FILE A RESPONSIVE PLEADING

Plaintiffs additionally seek to extend the period to file a responsive pleading from 20 to 45 days. Failure to extend this period could result in difficulty enforcing a judgment in the foreign court, as that court could find that the United States court did not provide sufficient time to prepare a response.

### V. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully requests that this Court: (1) grant Plaintiffs' *Ex Parte* Motion for Issuance of Letters Rogatory; (2) issue the Letters Rogatory, submitted herewith, for Taiwanese and Malaysian defendants Chunghwa Picture Tubes, Ltd., and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd; and (3) issue certified copies of all documents to be served, specifically, (i) Complaint in *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* No. C-08-1319-WBD; (ii) Summons in a Civil Case; (iii) Civil Cover Sheet; (iv) a copy of the

PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY; MEMORANDUM OF POINTS AND AUTHORITIES

1   Standing Order for all Judges of the Northern District of California, Contents of Joint Case

2   Management Statement; (v) *Dispute Resolution Procedures in the Northern District of California*

3   Handbook ("ADR Handbook"), and (vi) the ECF Registration Information Handout.

4   DATED:  March 20, 2008                Respectfully submitted,

5

6                                   By    */s/ Judith A. Zahid*
                                         Judith A. Zahid

7                                   Francis O. Scarpulla (41059)

8                                   Craig C. Corbitt (83251)
                                  Matthew R. Schultz (220641)

9                                   Judith A. Zahid (215418)
                                  Traviss Galloway (234678)

10                                 ZELLE HOFMANN VOELBEL
                                      MASON & GETTE LLP

11                                   44 Montgomery Street, Suite 3400
                                  San Francisco, CA  94104

12                                 Telephone:     (415) 693-0700
                                Facsimile:      (415) 693-0770

13                                 fscarpulla@zelle.com
                                ccorbitt@zelle.com

14                                 Terry Rose Saunders
                                  (*Pro Hac Vice* Admission Pending)

15                                 Thomas A. Doyle
                                (*Pro Hac Vice* Admission Pending)

16                                 SAUNDERS & DOYLE
                                20 South Clark Street, Suite 1720

17                                 Chicago, IL  60603
                                Telephone:     (312) 551-0051

18                                 Facsimile:      (312) 551-4467
                                trsaunders@saundersdoyle.com

19                                 tadoyle@saundersdoyle.com

20                                 Christopher Lovell

21                                 Imtiaz Siddiqui
                                LOVELL STEWART & HALEBIAN, LLP

22                                 500 Fifth Avenue, 58th Floor
                                New York, NY  10110

23                                 Telephone:  (212) 608-1900
                                Facsimile:   (212) 719-4677

24                                 clovell@lshllp.com

25                                 *Attorneys for Plaintiffs*

#3172564

26

27   PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY; MEMORANDUM OF POINTS

28                               AND AUTHORITIES