Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss L. Galloway (234678)
ZELLE, HOFMANN, VOELBEL,
  MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Terry Rose Saunders
   (*Pro Hac Vice* Admission Pending)
Thomas A. Doyle
   (*Pro Hac Vice* Admission Pending)
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, IL  60603
Telephone:     (312) 551-0051
Facsimile:     (312) 551-4467
trsaunders@saundersdoyle.com
tadoyle@saundersdoyle.com

Christopher Lovell
Imtiaz Siddiqui
LOVELL STEWART & HALEBIAN, LLP
500 Fifth Avenue, 58th Floor
New York, NY  10110
Telephone:     (212) 608-1900
Facsimile:     (212) 719-4677
clovell@lshllp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION This Document Relates To: All Indirect-Purchaser Actions Including: *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. C08-1319-WBD | Case No. CV-07-5944-SC MDL No. 1917 **DECLARATION OF JUDITH A. ZAHID IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **MOTION FOR ISSUANCE OF LETTERS ROGATORY** Honorable Samuel Conti |

1.    I am an attorney licensed to practice law in the State of California and in the

Northern District of California.  I am an associate with the firm Zelle, Hoffman, Voelbel Mason &

1

DECLARATION OF JUDITH A ZAHID IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE
OF LETTERS ROGATORY

Gette, LLP, attorneys of record for Plaintiffs William E. Stack and Margo Stack.  I am making this declaration in support of Plaintiffs' *Ex Parte* Motion for Issuance of Letters Rogatory.  I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2. My office has retained the services of APS International, Ltd., a company that specializes in foreign service of process, to assist in serving the foreign defendants in this case.  APS International, Ltd. advised my office that Letters Rogatory must be used to effectively serve defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., located in Taiwan and Malaysia, respectively.

3. According to the United States Department of State's website (http://travel.state.gov/law/info/judicial/judicial_ 683.html), Letters Rogatory must be issued under the seal of the Court and the signature of the Judge.  Further, the United States Department of State will not transmit Letters Rogatory to the proper foreign judicial authorities until all documents have been properly certified.  To that end, I am also seeking from the Clerk of the Court certified copies of all documents to be served.  The certified documents will be translated into the appropriate language for the purpose of service of process.

4. Civil Local Rule 7-11(a) requires that a motion for an order concerning a miscellaneous administrative matter be accompanied by either a stipulation under Civil Local Rule 7-12 or by a declaration that explains why a stipulation could not be obtained.  In this instance, a stipulation was not obtained because the administrative motion concerns service of process of the complaint and summons, which is the sole responsibility of the Plaintiffs.

5. Attached hereto as Exhibit A is a true and correct copy of the Complaint in *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* No. C-08-1319-WBD ("*Stack*").

6. Attached hereto as Exhibit B is a true and correct copy of the Summons in a Civil Case for *Stack*.

2
DECLARATION OF JUDITH A ZAHID IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY

7. Attached hereto as Exhibit C is a true and correct copy of the Civil Cover Sheet for *Stack*.

8. Attached hereto as Exhibit D is a true and correct copy of the Standing Order for all Judges of the Northern District of California, Contents of Joint Case Management Statement.

9. Attached hereto as Exhibit E is a true and correct copy of the *Dispute Resolution Procedures in the Northern District of California* Handbook ("ADR Handbook").

10. Attached hereto as Exhibit F is a true and correct copy of the ECF Registration Information Handout.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 20, 2008, at San Francisco, California.

>  */s/ Judith A. Zahid*
>  Judith A. Zahid

#3172768