# EXHIBIT B

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

WILLIAM E. STACK, a Tennessee resident, and MARGO STACK, a Tennessee resident, on behalf of themselves and all others similarly situated,

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: E-filing

V.

CHUNGHWA PICTURE TUBES, LTD.; CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.; KONINKLIJKE PHILIPS ELECTRONICS NV; LG ELECTRONICS INC.; LP DISPLAYS INTERNATIONAL, LTD.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD.; BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD.; ORION ELECTRIC CO., LTD.; ORION AMERICA, INC.; PANASONIC CORPORATION OF NORTH AMERICA; PHILIPS ELECTRONICS NORTH AMERICA; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMTEL COLOR, LTD.; TCL INTERNATIONAL HOLDINGS LTD. (TCL); THOMSON S.A.; TCL THOMSON ELECTRONICS CORPORATION; TOSHIBA CORPORATION; and TOSHIBA AMERICA, INC., Defendants.

CV 08 1319 WDB

TO: (Name and address of defendant)
CHUNGHWA PICTURE TUBES, LTD., No. 1127, Heping Rd., Bade City, Taoyuan, Taiwan; CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD., Lot 1, Subang Hi-Tech Industrial Park, Batu Tiga, 4000 Shah Alam, Selangor Darul Ehsan, Malaysia; KONINKLIJKE PHILIPS ELECTRONICS NV, Breitner Center, Amstelplein 2, 1096 BC Amsterdam, The Netherlands; LG ELECTRONICS INC., LG Twin Towers 20, Yeouido-dong, Yeongdeungpo-gu, Seoul, South Korea 150-721; LP DISPLAYS INTERNATIONAL, LTD., 6th Floor, ING Tower, 308 Des Voeux Road Central, Sheung Wan, Hong Kong; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., 1006, Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan; MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD., 1-1, Saiwai-cho, Takatsuki-shi, Osaka 569-1193, Japan; BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., No. 9 Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China; ORION ELECTRIC CO., LTD., 41-1 Iehisa-cho Echizen-shi Fukui 915-8555, Japan; ORION AMERICA, INC., Hwy 41 North, Orion Place, Princeton, IN; PANASONIC CORPORATION OF NORTH AMERICA, One Panasonic way, Secaucus, NJ; PHILIPS ELECTRONICS NORTH AMERICA, 1251 Avenue of the Americas, New York, NY 10020; SAMSUNG SDI CO., LTD., 575 Shin-dong, Youngtong-gu Suwon, Kyonggi, South Korea; SAMSUNG SDI AMERICA, INC., 3333 Michelson Dr., Ste. 700, Irvine, CA; SAMTEL COLOR, LTD., 52, Community Centre, New Friends Colony, New Delhi-110065; TCL INTERNATIONAL HOLDINGS LTD. (TCL), 13th Flr., TCL Tower, 8 Tai Chung Road, Tsuen Wan, Hong Kong; THOMSON S.A., 46, quai Alphonse Le Gallo, Boulogne, France 92100; TCL THOMSON ELECTRONICS CORPORATION, TCL Building, South Nanhai Road, Nanshan District, Shenzhen, Guangdong, China; TOSHIBA CORPORATION, 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan; and TOSHIBA AMERICA, INC., 1251 Avenue of the Americas, New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Francis O. Scarpulla
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700 (telephone); (415) 693-0770 (facsimile)

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK
(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE MAR 7 2008

American LegalNet, Inc.
www.USCourtForms.com

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                            Signature of Server

                                              _____
                                              Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com