UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 |
| | MDL No. 1917 |
| This Document Relates to: | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE** |
| All Indirect-Purchaser Actions Including: *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. C08-1319-WBD | **(LETTER ROGATORY)** |
| | Honorable Samuel Conti |

The United States District Court Northern District of California presents its compliments to the Appropriate Judicial Authority of Malaysia, and requests international assistance to effect service of process to be used in a civil proceeding before this Court in the above captioned matter.

**I.    REQUEST**

This Court respectfully requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the Appropriate Judicial Authority of Malaysia

1

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)

effect Service of Process of (1) Complaint in *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.*, No. C-08-1319-WBD; (2) Summons in a Civil Case; (3) Civil Cover Sheet; (4) a copy of the Standing Order for all Judges of the Northern District of California, Contents of Joint Case Management Statement; (5) Dispute Resolution Procedures in the Northern District of California Handbook ("ADR Handbook"), and (6) the ECF Registration Information Handout.  This Court requests service of process on the below named business entity, a named defendant in this action:

>Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.
>Lot 1, Subang Hi-Tech Industrial Park
>Batu Tiga, 4000 Shah Alam
>Selangor Darul Ehsan, Malaysia

The Appropriate Judicial Authority of Malaysia is requested to serve the documents listed above by personal service into the hands of a director, managing agent or other person authorized to accept service, or in a manner of service consistent with the laws of Malaysia.  This Court further request that the judicial authorities of Malaysia return, through diplomatic channels to Plaintiffs' attorney, the affidavit of service and a copy of the documents that were served.

## II.   FACT OF CASE

Plaintiffs William E. Stack and Margo Stack, for themselves and on behalf of a plaintiff class consisting of all persons and entities residing in the United States which, from at least May 1, 1998 through November 9, 2007, indirectly purchased in the United States, for their own use and not for resale, a cathode ray tube ("CRT") or product containing a CRT ("CRT Product") which was manufactured and/or sold by one or more of the Defendants.  Defendants are the leading manufacturers of CRTs and CRT Products and control the majority of the CRT industry.  Plaintiffs allege that Defendants conspired, combined and contracted to fix, raise, maintain, and stabilize the prices at which CRTs and CRT Products were sold in the United States in violation of Section 1 of the Sherman Antitrust Act, 15 United States Code Section 1, and in violation of Tennessee antitrust laws, Tenn. Code Ann §§ 47-25-101, *et seq*.  For its injuries, Plaintiffs are requesting

treble damages and an injunction enjoining defendants' anti-competitive activity under Section 4 and 16 of the Clayton Act, 15 United States Code Section 15 and 26, and under Tenn. Code Ann §§ 47-25-101, *et seq*.

## III. **RECIPROCITY**

The United States District Court for the Northern District of California would be willing to provide similar assistance to the Appropriate Judicial Authority of Malaysia.

## IV. **REIMBURSEMENT FOR COSTS**

Counsel for Plaintiffs are willing to reimburse the judicial authorities of Malaysia for costs incurred in executing this letter Rogatory. If the cost of executing this Court's Letter Rogatory exceeds $1,500.00, the judicial authorities of Malaysia are requested to contact the following counsel for Plaintiffs:

>   Francis O. Scarpulla
>   Zelle Hofmann Voebel Mason & Gette LLP
>   44 Montgomery Street, Suite 3400, San Francisco, CA 94104.
>   Phone: (415) 693-0700; Fax: (415) 693-0770.

In acknowledgment of the additional time which is needed to prepare and file a responsive pleading to the attached documents, the time period is extended to 45 days after service.

The Court extends to the Appropriate Judicial Authorities of Malaysia assurances of its highest consideration.

DATED: _____     By: _____
                                        The Honorable Samuel Conti
                                        United States District Judge
                                        450 Golden Gate Ave.
                                        San Francisco, CA 94102
                                        United States of America

#3172640v1