1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY** |
| All Indirect-Purchaser Actions Including: *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. C08-1319-WBD | Honorable Samuel Conti |

This matter came before the Court pursuant to Civil Local Rule 7-11. Having considered the Request, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

The motion for issuance of letters rogatory on Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. is GRANTED.

Dated: March ____, 2008

_____
The Honorable Samuel Conti
United States District Judge

#3172563v1