Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss L. Galloway (234678)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE LLP
44 Montgomery Street - Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Terry Rose Saunders
    (*Pro Hac Vice* Admission Pending)
Thomas A. Doyle
    (*Pro Hac Vice* Admission Pending)
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, IL  60603
Telephone:     (312) 551-0051
Facsimile:      (312) 551-4467
trsaunders@saundersdoyle.com
tadoyle@saundersdoyle.com

Christopher Lovell
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY  10110
Telephone:     (212) 608-1900
Facsimile:      (212) 719-4775
clovell@lshllp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions Including: *Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. C08-1319-WBD | Case No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**PROOF OF SERVICE**<br><br>Honorable Samuel Conti |

# CERTIFICATE OF SERVICE

IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Case No. CV-07-5944-SC
MDL No. 1917

I, Monica J. Steele, certify and declare under penalty of perjury that I:  am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on March 20, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

1. **PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTERS ROGATORY; MEMORANDUM OF POINTS AND AUTHORITIES;**
2. **DECLARATION OF JUDITH A. ZAHID IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION FOR ISSUANCE OF LETTER ROGATORY;**
3. **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) (Taiwan);**
4. **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) (Malaysia); and**
5. **[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY**

☒   **By USDC Live System-Document Filing System:**  on all interested parties registered for e-filing.

Dated:  March 20, 2008

Signed    /s/*Monica J. Steele*
Monica J. Steele
Legal Administrative Assistant/Paralegal
to Craig C. Corbitt

#3171595v1