Samuel R. Miller (SBN # 66871)
srmiller@sidley.com
Ryan M. Sandrock (SBN # 251781)
rsandrock@sidley.com
Paul L. Yanosy (SBN # 233014)
pyanosy@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

*Attorneys for Defendants LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL ACTIONS | **CERTIFICATE OF INTERESTED ENTITIES** |

On behalf of Defendants LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC., in the above-captioned matter, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16, the undersigned certifies that the following list of persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

LG Electronics USA, Inc. is a wholly-owned subsidiary of LG Electronics, Inc., a Korean corporation publicly traded on the Korea Stock Exchange.

LG Corporation, Inc. is a 34% shareholder of LG Electronics, Inc.'s stock.

1

Respectfully submitted,

Dated:  March 21, 2008    SIDLEY AUSTIN LLP


By: _____/s/_____

Samuel R. Miller

Samuel R. Miller (SBN # 66871)
srmiller@sidley.com
Ryan M. Sandrock (SBN # 251781)
rsandrock@sidley.com
Paul L. Yanosy (SBN # 233014)
pyanosy@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

*Attorneys for Defendants LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.*