Samuel R. Miller (SBN # 66871)
srmiller@sidley.com
Ryan M. Sandrock (SBN # 251781)
rsandrock@sidley.com
Paul L. Yanosy (SBN # 233014)
pyanosy@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

*Attorneys for Defendants LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

   PLEASE TAKE NOTICE THAT Samuel R. Miller, Ryan M. Sandrock and Paul L. Yanosy of **Sidley Austin LLP** will appear as counsel of record for Defendants LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC. in the above-caption matter.

           Respectfully submitted,

Dated:  March 21, 2008   SIDLEY AUSTIN LLP


          By:    /s/
            Samuel R. Miller

       Samuel R. Miller (SBN # 66871)
       srmiller@sidley.com
       Ryan M. Sandrock (SBN # 251781)
       rsandrock@sidley.com
       Paul L. Yanosy (SBN # 233014)
       pyanosy@sidley.com
       SIDLEY AUSTIN LLP
       555 California Street, Suite 2000
       San Francisco, CA 94104

NOTICE OF APPEARANCE             CASE NO. 07-5944 SC
                               MDL 1917

SF1 1492992v.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

*Attorneys for Defendants LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.*

2

NOTICE OF APPEARANCE

CASE NO. 07-5944 SC
MDL 1917

SF1 1492992v.1