# GOLDMAN SCARLATO & KARON, P.C.

GOLDMAN SCARLATO & KARON, P.C., with offices in Conshohocken, PA, and Cleveland, OH, concentrates its practice in class action litigation in state and federal courts nationwide. The Firm aims to provide efficient, cost effective, and high quality legal representation to its clients.

The Firm was formed in 2005 by Mark S. Goldman, Paul J. Scarlato, and Daniel R. Karon as a spin-off of Weinstein Kitchenoff Scarlato Karon & Goldman Ltd., of which Mr. Goldman and Scarlato were founding members. The Firm's attorneys have considerable experience pursuing litigation in the fields of ERISA, antitrust, consumer fraud, antitrust, and securities fraud class actions, principally for companies and individuals that have been victimized by the unlawful actions of others.

Although it is a fairly new entity, each of the lawyers at Goldman Scarlato & Karon, P.C., has considerable experience prosecuting class actions. While at Weinstein Kitchenoff Scarlato Karon & Goldman Ltd., the Firm's attorneys achieved major civil recoveries for their clients. For example, the Firm's lawyers have been active participants in three of the largest price-fixing antitrust cases in history. In *In re Vitamins Antitrust Litigation,* Messrs. Goldman and Karon represented direct purchasers of vitamins, niacin and choline chloride who claimed that they paid prices which were inflated by an industry-wide price-fixing and market allocation scheme. To date, settlements of over $1 billion have been obtained for the Firm's client and members of the Class. In *In re NASDAQ Antitrust Litigation*, Mr. Goldman represented investors in NASDAQ stocks who were harmed by brokerage firms that colluded to fix the bid and ask spread of the securities. The federal court in New York City approved settlements totaling $1.1 billion in this case. In *In re Brand Name Prescription Drugs Antitrust Litigation*, Mr. Goldman represented independent pharmacies that were harmed by the major brand name drug manufacturers' differential pricing scheme. Settlements of approximately $700 million were obtained for the class of pharmacists in the case. And in *Kaufman v. Motorola, Inc.*, a securities fraud case, Firm

member Mr. Paul J. Scarlato was one of the three lead attorneys for the plaintiff class of shareholders. The action settled for $25 million dollars weeks before trial.

Courts have recognized the quality of the Firm's abilities.  In one such instance, Mr. Goldman brought and successfully settled an ERISA class action on behalf of insureds against two related major health insurance providers that had inflated the consumers' deductible obligation under their major-medical insurance.  Subscribers received substantial premium refunds under the court-approved $1.6 million settlement in *Gilman v. Independence Blue Cross*.  In approving the settlement of the case, the federal court in Philadelphia observed, "The class has been well served by highly qualified counsel . . . ."

## Daniel R. Karon

Mr. Karon is a class-action trial attorney specializing in antitrust, consumer-fraud, and securities-fraud litigation.  He began his class-action career with Much Shelist Freed Denenberg Ament & Rubenstein, P.C. in Chicago, and he now manages Goldman Scarlato & Karon, P.C.'s Cleveland office.  Mr. Karon represents individuals and corporations in consumer-fraud and securities-fraud class-action matters, and he represents domestic and international corporations in domestic and international antitrust class-action matters.

Mr. Karon teaches class-action law as an adjunct professor at Cleveland State University's Cleveland-Marshall College of Law and lectures at The Ohio State University College of Law.  He is also a member of Loyola University Chicago School of Law's Institute for Consumer Antitrust Studies' U.S. Advisory Board and is a member of the Ohio Academy of Trial Lawyers' *Ohio Trial* magazine editorial board.  Mr. Karon is active in the American Bar Association's Antitrust Law Section and co-chairs its Litigation Section, Class Action and Derivatives Suits Committee's Antitrust Subcommittee.

In addition to various antitrust and consumer-fraud class actions, Mr. Karon was extensively involved in the *In re Vitamins Direct Purchaser Antitrust Litigation* (nationwide price-fixing class action that resolved for $2 billion), *In re NASDAQ Market-Makers Antitrust Litigation* (nationwide price-fixing class action that settled for $1.027 billion), *In re Monosodium Glutamate Antitrust Litigation* (nationwide price-fixing class action that settled for $130 million), *In re Methionine Antitrust Litigation* (nationwide price-fixing class action that settled for $101 million), and *In re Sorbates Direct Purchaser Antitrust Litigation* (nationwide price-fixing class action that settled for $94.5 million).  He serves as discovery co-chair in the *In re Bulk Graphite Antitrust Litigation,* class certification co-chair in the *In re Pressure Sensitive Labelstock Antitrust Litigation,* and briefing co-chair in the *In re EPDM Antitrust Litigation* and *In re Carbon Black Antitrust Litigation.*  He serves on the steering committee in the *Bausch & Lomb Contact Lens Product Liability Litigation.*  He also serves as co-lead counsel in multiple indirect-purchaser and consumer-fraud class-action cases.

Mr. Karon also serves as co-lead counsel in multiple indirect-purchaser class-action cases:

*Pearman v. Crompton Corp.,* No. 9192, slip op. at 5 (Tenn. Cir. Ct. Claiborne Cty. June 21, 2005) ($5,800,000 settlement relating to price-fixed EPDM, a synthetic rubber product);

*Pearman v. Crompton Corp.,* No. 9191, slip op. (Tenn. Cir. Ct. Claiborne Cty. Mar. 3, 2006) ($2,117,000 settlement relating to price-fixed NBR, a synthetic rubber product);

*Pearman v. Crompton Corp.,* No. 9214, slip op. (Tenn. Cir. Ct. Claiborne Cty. Mar. 3, 2006) ($1,400,000 settlement relating to price-fixed neoprene, a synthetic rubber product);

*D.R. Ward Constr. Co. v. Rohm & Haas Co.*, MDL 1684 (E.D. Pa. 2004) (concerning price-fixed plastic additives);

*Acoma v. Crompton Corp.*, No. 04-4143-CI-13 (Fla. Cir. Ct. Pinellas Cty. Apr. 11, 2005) (concerning price-fixed EPDM);

*Anderson Contr. v. Crompton Corp.,* No. CL95959 (Iowa Cir. Ct. Polk Cty. Apr. 21, 2005) (concerning price-fixed EPDM);

*Russell & Reiger Quality Painting v. Crompton Corp.*, No. 05 CV 6 (Kan. Dist. Ct. Harvey Cty. Apr. 10, 2005) (concerning price-fixed EPDM);

*Teague v. Crompton Corp.,* 04 CVS 5525, (Gen. Ct. of Justice Guilford Cty. April 21, 2005) (concerning price-fixed EPDM);

*Box Butte County School Dist. No. 6 v. Bayer A.G.,* No. CI 04-270 (Neb. Dist. Ct. Box Butte Cty. April 3, 2005) ((concerning price-fixed EPDM);

*J&S Quality Construction & Investment Co.,* Ltd. v. Bayer A.G., No. L-3198-04 (N.J. Supr. Ct. Apr. 11, 2005) (concerning price-fixed EPDM);

*G&T Roofing Co. v. Bayer A.G.,* No. D-0101-CV-2004-1280 (N.M. Dist. Ct. Santa Fe Cty. April 2, 2004) (concerning price-fixed EPDM);

*110-116 Terrace View Ave, Inc. v. Bayer A.G.*, No. 602008/04 (S.Ct. N.Y., N.Y. Cty. March 12, 2004) (concerning price-fixed EPDM);

*Investors Corp. of Vermont v. Bayer A.G.,* No. S1011-04-CnC (Vt. Supr. Ct. Chittenden Cty June 21, 2004) (concerning price-fixed EPDM);

*Russell & Reiger Quality Painting v. Crompton Corp.,* No. 05CV4 (Kan. Dist. Ct. Harvey Cty. Apr. 10, 2005) (concerning price-fixed NBR);

*Poole v. Bayer A.G.,* No. CI-05-20 (Neb. Dist. Ct. Box Butte Cty. June 3, 2004) (concerning price-fixed NBR);

*Armstrong v. Bayer A.G.,* No. 66-05 CnC (Vt. Supr. Ct. Chittenden Cty July 1, 2004) (concerning price-fixed NBR);

*Wroebel v. Avery Dennison Corp.,* No. 05CV1296 6 (Kan. Dist. Ct. Johnson Cty. July 17, 2005) (concerning price-fixed labelstock);

*Muzzey v. Avery Dennison Corp.,* No. CI-05-20 (Neb. Dist. Ct. Scottsbluff Cty. July 30, 2004) (concerning price-fixed labelstock);

*American Int'l Dist. Corp. v. Avery Dennison Corp.,* No. S-81-05 CnC (Vt. Supr. Ct. Chittenden Cty June 21, 2004) (concerning price-fixed labelstock).

## EDUCATION:

J.D., 1991
  **Michael E. Moritz College of Law, The Ohio State University**
  Member, *The Ohio State Journal on Dispute Resolution*
  Quarterfinalist, First-Year Moot Court Competition

B.A., Speech Communication, 1988
Certificate, Jewish Studies, 1988
   Indiana University-Bloomington

## TEACHING EXPERIENCE:

Adjunct Professor, Cleveland-Marshall College of Law, Cleveland State University, Spring 2006-Present
    Class-Action Law

Guest Lecturer, Michael E. Moritz College of Law, The Ohio State University, February 2008
    Class-Action Law

## BAR ADMISSIONS:

United States District Court for the Southern District of Ohio, 2004

United States District Court for the Northern District of Ohio, 1998

United States Court of Appeals for the Seventh Circuit, 1995

United States District Court for the Northern District of Illinois, 1991

Ohio, 1997

Illinois, 1991

## CLASS-ACTION EXPERIENCE:

Goldman Scarlato & Karon, P.C., Cleveland, OH
*Owner*, 2002-Present

Gallagher Sharp Fulton & Norman, Cleveland, OH
*Attorney*, 2000-2002

Law Offices of Daniel R. Karon, Cleveland, OH
*Owner,* 1998-2000

Much Shelist Freed Denenberg Ament & Rubenstein, P.C., Chicago, IL
*Attorney*, 1994-1998

## PUBLICATIONS:

*"When Congress Gives You Lemons . . ." Plaintiffs' attorneys are forced by the Class Action Fairness Act to devise innovative new ways to prosecute interstate class actions,* PLAINTIFF MAGAZINE 1 (February 2008)

*Multi-State Class Actions After CAFA—Preserving Consumers' Rights by Pleading Creatively,* ABA's CLASS ACTIONS TODAY 9 (special edition 2007)

*"How Do You Take Your Multi-State, Class-Action Litigation? One Lump or Two?" Infusing State Class-Action Jurisprudence into Federal, Multi-State Class-Certification Analyses in a "CAFA-nated" World,* 46 SANTA CLARA L. REV. 567 (2006)

*Unjust Enrichment's Application to Consumer Price-Fixing, Class-Action Claims,* 16 ABA's CLASS ACTIONS & DERIVATIVE SUITS 1 (Winter 2006)

*Undoing the Otherwise Perfect Crime. Applying Unjust Enrichment to Consumer Price-Fixing Claims,* 108 W. VA. L. REV. 395 (2005)

*A Non-Class Action Lawyer's Guide to Ohio Consumer Class Actions–Understanding the Basics and Recognizing Opportunities,* 14:3 OHIO TRIAL 26 (2005)

*Price Fixing and Market Allocation–What to Avoid, What to Watch For,* 2.2 ABA'S THE ANTITRUST COUNSELOR 1 (2005)

*"Your Honor, Tear Down that Illinois Brick Wall!" The National Movement Toward Indirect Purchaser Antitrust Standing and Consumer Justice,* 30 WM. MITCHELL L. REV. 1351 (2004)

*Price Fixing, Market Allocation and Bid Rigging Conspiracies: How to Counsel Your Clients to Detect Violations and Inform You of Potential Claims,* 25 AMER. J. TRIAL ADVOC. 241 (2002)

*Collusion Central. Helping Your Clients Deal with Price Fixers,* 11:3 ABA'S BUS. L. TODAY 9 (2002)

*A Practitioner's Primer on Securities Fraud Class Action Litigation,* 69:6 CLEV. BAR J. 8 (1998)

*Kicking Our Gift Horse in the Mouth – Arbitration and Arbitrator Bias: Its Source, Symptoms and Solutions,*
7 OHIO ST. J. ON DISP. RESOL. 315 (1992)

*Winning Isn't Everything, It's the Only Thing. Violence in Professional Sports: The Need for Federal Regulation and Criminal Sanctions,* 25 IND. L. REV. 147 (1991)

## SPEAKING ENGAGEMENTS:

Lecturer, "Class Actions: Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, June 12, 2008, sponsored by the Cleveland Bar Association

Panelist, Ohio Association for Justice's 2008 Annual Convention, "New Developments in Plaintiffs' Antitrust Law," Columbus, OH, May 9, 2008, sponsored by the Ohio Association for Justice

Lecturer, "Class Actions for Non-Class Action Lawyers.  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Los Angeles, CA, February 21, 2008, sponsored by the Los Angeles County Bar Association

Panelist, "Class Action Removal Standards in Flux.  New Litigation Strategies for Plaintiff and Defense Counsel," national teleconference, February 19, 2008, sponsored by Strafford Publications

Panelist and Moderator, ABA's 11th Annual National Institute on Class Actions, "The Nationwide Class: White Elephant, Endangered Species, or Alive and Well?" Chicago, IL, October 19, 2007, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Panel Co-Chair, ABA's 2007 Annual Meeting, "'Is this CAFA or Kafka?'  Multi-State Class Actions in a Time of Metamorphosis–A Surreal-Life, Three-Act Play," San Francisco, CA, August 9-12, 2007, sponsored by the ABA

Panelist, ABA's **2007 Litigation Section Annual Conference**, "The Last Laugh–Perspectives on CAFA," San Antonio, TX, April 11-14, 2007, sponsored by the American Bar Association

Lecturer, "Class Actions for Non-Class Action Lawyers," Los Angeles, CA, February 23, 2007, sponsored by the Los Angeles County Bar Association

Moderator, ABA's 10th Annual National Institute on Class Actions," Chicago, IL, October 27, 2006, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Lecturer, "The Business Litigation Seminar," Cleveland, OH, June 21, 2006, sponsored by the Cleveland Bar Association

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business–How to Avoid Being a Victim," Cleveland, OH, June 16, 2006, sponsored by the Cleveland Chemical Association

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, June 6, 2006, sponsored by the Cleveland Bar Association

Lecturer/Panelist, "Civil Practice and Litigation Techniques in Federal and State Courts," Charleston, SC, May 31, 2006, sponsored by ALI-ABA

Lecturer, "Class Actions for Non-Class Action Lawyers," Los Angeles, CA, February 25, 2006, sponsored by the Los Angeles County Bar Association

Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, December 6, 2005, sponsored by the Cleveland Bar Association

Lecturer, "Class Actions: Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, November 18, 2005, sponsored by the Cuyahoga County Bar Association

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business–How to Avoid Being a Victim," Pittsburgh, PA, November 11, 2005, sponsored by the Pittsburgh Chemical Association

Moderator, "ABA's 9th Annual National Institute on Class Actions," Chicago, IL, September 23, 2005, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business–How to Avoid Being a Victim," Cleveland, OH, September 16, 2005, sponsored by the Cleveland Chemical Association

Featured Speaker, "Price Fixing and Market Allocation Schemes in the Commodity Chemicals Business–How to Avoid Being a Victim," Vail, CO, July 26, 2005, sponsored by the OC Chemical Dealers' Association

Lecturer, "Class Actions: Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, May 20, 2005, sponsored by the Cleveland Bar Association

Lecturer, "Class Actions for Non-Class Action Lawyers," Miami, FL, May 13, 2005, sponsored by Lighthouse Seminar Group, Dallas, TX

Lecturer, "Class Actions for Non-Class Action Lawyers: Understanding the Basics and Recognizing Opportunities," Phoenix, AZ, March 25, 2005, sponsored by the Maricopa County Bar Association

Lecturer, "Class Actions for Non-Class Action Lawyers," Chicago, IL, January 21, 2005, sponsored by Lighthouse Seminar Group, Dallas, TX

Lecturer, "Recognizing Class Action Opportunities," Columbus, OH, December 12, 2004, sponsored by the Columbus Bar Association

Lecturer, "Class Actions: Understanding the Basics and Recognizing Opportunities," Cleveland, OH, May 28, 2004, sponsored by the Cleveland Bar Association

Lecturer, "Select Topics for Trial Lawyers, A Primer on Class Actions for the Non-Class Action Litigator in New York," New York, NY, August 11, 2004, sponsored by Lorman Educational Services, Eau Claire, WI

Lecturer, "The Business Litigation Seminar-Advanced Tactics and Motions," Cleveland, OH, December 12, 2003, sponsored by the Cleveland Bar Association

Lecturer, "Community Litigation Workshop," Detroit, MI, June 5, 1998, sponsored by the Firearms Litigation Clearinghouse, Washington D.C.

## PROFESSIONAL ACTIVITIES:

American Bar Association, 2003-Present
   Litigation Section, Co-Chair, Class Action and Derivative Suits Committee's Antitrust Subcommittee
   Antitrust Section

American Society of Writers on Legal Subjects, 2004-Present
   Law-Review Award Committee
   Brief-Writing Committee

American Association of Justice, 1998-Present
   Business Torts/Class-Action Section Subcommittee

Cleveland Bar Association, 1997-Present

National Association for Consumer Advocates, 2003-Present

Ohio Academy of Trial Lawyers, 2003-Present

## BOARD MEMBERSHIPS AND CIVIC ACTIVITIES:

Loyola University Chicago School of Law, Institute for Consumer Antitrust Studies' U.S. Advisory Board, 2004-Present

**Antitrust Section Council Member, Ohio State Bar Association, 2007-Present**

Editorial Board, Ohio Academy of Trial Lawyers' *Ohio Trial* Magazine, 2004-Present

Editorial Board, American Bar Association, Litigation Section's *Class Actions Today. Jurisdiction to Resolution* (special publication), 2007-2008

Women's Community Foundation, Men's Executive Committee, 2004-Present

Judge, Landskroner Foundation for Children's 9th Annual Law Student Closing Argument Competition, 2007

Anti-Defamation League's Steinberg Leadership Institute, 1998-2000

Associate Attorney's Committee Co-Chair, Lawyers' Division, Jewish Federation of Metropolitan Chicago, 1995-1997

DePaul University College of Law, Moot Court Judge, 1993-1994

Sigma Alpha Mu - Sigma Zeta Housing Corporation, 2004-Present

Young Leadership Board, Jewish Federation of Metropolitan Chicago, 1993-1997

Young Leadership Board, Jewish Community Federation of Cleveland, 1997-2000

**HONORS AND AWARDS:**

Norvelle Scholarship for Academic Excellence, Indiana University