Gordon Ball (TN SBN: 001135)
**BALL & SCOTT**
550 Main Avenue, Suite 750
Knoxville, TN  37902
Telephone:      865-525-7028
Facsimile:       865-525-4679
Email:             gball@ballandscott.com

Daniel R. Karon (OH SBN: 0069304, IL SBN: 6207193)
**GOLDMAN SCARLATO & KARON, P.C.**
55 Public Square, Suite 1500
Cleveland, OH  44113
Telephone:      (216) 622-1851
Facsimile:       (216) 622-1852
Email:             karon@gsk-law.com

Derek G. Howard (CA SBN: 118082)
**MURRAY & HOWARD LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
T:  (510) 444-2660
F:  (510) 444-2522
dhoward@murrayhowardlaw.com

*Attorneys for Plaintiffs and Proposed Interim Class Counsel*
*for the Indirect-Purchaser Plaintiffs*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 3:07-CV-5944<br>MDL No. 1917 |
| This document relates to:  All indirect-purchaser actions | **DECLARATION OF DANIEL R. KARON IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD, INDIRECT-PURCHASER CLASS COUNSEL AND ENTRY OF PROPOSED CASE-MANAGEMENT ORDER**<br><br>DATE:  April 4, 2008<br>TIME:  10:00 A.M.<br>COURTROOM:  1, 17th Floor<br>JUDGE:  Samuel Conti |

I, Daniel R. Karon, declare as follows:

1. I am an attorney duly licensed by the States of Ohio and Illinois. I am a partner of the law firm of Goldman Scarlato and Karon, P.C. and my firm, along with others, serves as attorneys of record for Indirect Purchasers located in multiple states. The matters set forth herein are within my personal knowledge except as to those facts that I state upon information and belief, as to which I believe them to be true. If called upon and sworn as a witness, I could competently testify regarding them. I make this declaration pursuant to 28 U.S.C. 1746.

2. On December 31, 2007, I filed *Glanz v. Chunghwa Picture Tubes, Ltd., et al.,* No. 07-cv-04175 (D.S.C.). Shortly thereafter I filed other complaints, including *Slagle v. Chunghwa Picture Tubes, Ltd., et al.,* No 08-cv-00005 (D. Vt.) on January 9, 2008; *Luscher, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 08-cv-00055 (D. Ariz.) on January 10, 2008; *Southern Office Supply, Inc. v. Chunghwa Picture Tubes, Ltd., et al.,* No. 08-cv-00062 (N.D. Ohio) on January 10, 2008; *Cook v. Chunghwa Picture Tubes, Ltd., et al.*, No. 08-cv-05013 (W.D. Ark.) on January 11, 2008; *Benson v. Chunghwa Picture Tubes, Ltd., et al.,* No. 08-cv-00011 (E.D. Tenn.) on January 14, 2008; and *Kushner v. Chunghwa Picture Tubes, Ltd., et al.,* No. 08-cv-00160 (D. Minn.) on January 16, 2008.

3. Ball and Scott and Goldman Scarlato and Karon, P. C. have served as the court-appointed Lead Counsel and Co-Lead Counsel for plaintiffs in the multiple cases set forth in Messrs. Ball's and Karon's attached CVs.

4. Upon information and belief, certain defendants are also being investigated by government agencies from Japan, South Korea, the European Union and the U.S. on a coordinated basis on suspicion that they formed an international cartel to fix prices for CRTs and CRT Products.

5. Upon information and belief, some of the defendants in this action are also being investigated by the Antitrust Division of the USDOJ for engaging in anti-competitive activities in the markets for SRAM, Flash Memory, and TFT-LCD products. Certain of the defendants were indicted for conspiring to fix DRAM prices.

6. Prior to the announcement that the DOJ was investigating the CRT market, Ball and Scott and Goldman Scarlato and Karon, P. C. had been independently investigating the CRT market

1
**DECLARATION OF DANIEL R. KARON IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD, INDIRECT-PURCHASER CLASS COUNSEL AND ENTRY OF PROPOSED CASE-MANAGEMENT ORDER**

(among others) and its competitive participants and comparing and contrasting various aspects of the CRT market, including pricing, with other technical markets. As a result, my firm was able to file one of the first complaints in the nation.

7. This litigation involves a large amount of commerce sold by defendants who have headquarters in China, India, Japan, the Netherlands, Singapore, South Korea, Taiwan and the U.S., and who have retained highly qualified law firms to defend them in this action.

8. There are 33 cases filed that have been consolidated, or are anticipated to be consolidated, before this Court, at least 13 of which are Indirect-Purchaser actions.

9. At present, 38 defendants have been named.

10. The Indirect-Purchaser cases filed thus far assert state antitrust or consumer protection claims under 31 states' laws: Alaska, Arkansas, Arizona, California, the District of Columbia, Florida, Hawaii, Idaho, Iowa, Kansas, Massachusetts, Maine, Michigan, Minnesota, Mississippi, Montana, Nebraska, Nevada, New Hampshire, New Hersey, New Mexico, New York, North Carolina, North Dakota, Rhode Island, South Carolina, South Dakota, Tennessee, Vermont, West Virginia, and Wisconsin, many in which Ball and Scott and my firm represent class representatives.

11. Attached hereto as Exhibit A is a true copy of my article: *"Your Honor, Tear Down that Illinois Brick Wall!" The National Movement Toward Indirect Purchaser Antitrust Standing and Consumer Justice,* 30 Wm. Mitchell L. Rev. 1351 (2004).

12. Attached hereto as Exhibit B is a true copy of my article: *Undoing the Otherwise Perfect Crime- Applying Unjust Enrichment to Consumer Price-Fixing Claims*, 108 W.Va. L. Rev. 395, (2005).

13. Attached hereto as Exhibit C is a true copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation, dated February 27, 2008.

14. Attached hereto as Exhibit D is a copy of our [Proposed] Case-Management Order Relating to Indirect-Purchaser Cases.

15. Attached hereto as Exhibit E are the *curriculum vitae* of Gordon Ball and Daniel R. Karon.

16. Attached hereto as Exhibit F is a true and correct copy of "Ruling on Plaintiff's Motion for Class Certification," entered in *Anderson Contracting, Inc., v. Bayer AG., et al.,* No. CL 95959, slip op. (Iowa Dist. Ct., Polk Cty. Mar. 19, 2007).

17. Attached hereto as Exhibit G is a true and correct copy of the *Third Circuit Task Force on Selection of Class Counsel*, 74 Temple L. Rev, 689, 705 (2001).

18. Attached hereto as Exhibit H is a true copy of my article; *New Pleading Themes Under CAFA*, ABA's Class Actions Today 9, (special edition 2008).

19. Attached hereto as Exhibit I is a true copy of my article: *"How Do You Take Your Multi-State, Class Action Litigation? One Lump or Two?" Infusing State Class-Action Jurisprudence into Federal, Multi-State, Class-Certification Analyses in a "CAFA-Nated" World,* 46 Santa Clara L. Rev. 567, (2006).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of March 2008, in Cleveland, Ohio.

By: */s/ Daniel R. Karon*
     Daniel R. Karon