| | |
|---|---|
| 1 | DAVID M. LISI (SBN 154926) |
| | Email: lisid@howrey.com |
| 2 | HOWREY LLP |
| | 1950 University Avenue, 4th Floor |
| 3 | East Palo Alto, CA 94303 |
| | Telephone: (650) 798-3530 |
| 4 | Facsimile:  (650) 798-3600 |
| 5 | JOSEPH A. OSTOYICH *(pro hac vice pending)* |
| | Email: ostoyichj@howrey.com |
| 6 | HOWREY LLP |
| | 1299 Pennsylvania Ave NW |
| 7 | Washington, DC 20004 |
| | Telephone: (202) 383-7241 |
| 8 | Facsimile:  (202) 383-6610 |
| 9 | ETHAN E. LITWIN *(pro hac vice pending)* |
| | Email: litwine@howrey.com |
| 10 | HOWREY LLP |
| | Citigroup Center |
| 11 | 153 E. 53rd Street, 54th Floor |
| | Telephone:  (212) 896-6500 |
| 12 | Facsimile:  (212) 896-6501 |
| 13 | Attorneys for Defendant |
| | Philips Electronics North America Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | **NOTICE OF APPEARANCE** |
| This Relates to All Actions. | |

-1-
NOTICE OF APPEARANCE - NO. 07-5944-SC; MDL No. 1917


TO ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that the undersigned attorney, David M. Lisi, a member of the bar of this Court, enters his appearance in the above-captioned action as counsel for Defendant, Philips Electronics North America Corporation, and respectfully requests service of pleadings and other papers filed in this action and any order and notices from this Court be delivered to the undersigned.

Dated: March 21, 2008

Respectfully submitted,

HOWREY LLP

By: /s/ David M. Lisi
DAVID M. LISI (SBN 154926)
Email: lisid@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3530
Facsimile:  (650) 798-3600

*Attorney for Defendant*
*Philips Electronics North America Corporation*