DAVID M. LISI (SBN 154926)
Email: lisid@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3530
Facsimile: (650) 798-3600

JOSEPH A. OSTOYICH *(pro hac vice pending)*
Email: ostoyichj@howrey.com
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-7241
Facsimile: (202) 383-6610

ETHAN E. LITWIN *(pro hac vice pending)*
Email: litwine@howrey.com
HOWREY LLP
Citigroup Center
153 E. 53rd Street, 54th Floor
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

Attorneys for Defendant
Philips Electronics North America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | **PROOF OF SERVICE** |
| This Relates to All Actions. | |

## PROOF OF SERVICE

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION* (Case No. 07-5944-SC)

STATE OF NEWYORK, COUNTY OF NEW YORK

I am employed in the County of NEW YORK, STATE OF NEW YORK. My business address is Citigroup Center, 153 East 53rd Street, 54th Floor, New York, New York 10022. I am over the age of eighteen years and am not a party to the within action;

On March 21, 2008, I served the following document(s) entitled:

1) NOTICE OF APPEARANCE OF DAVID M. LISI

in this action as follows:

### SEE ATTACHED LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in New York, New York, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 21, 2008, at New York, New York.

Christina A. Bennett

# SERVICE LIST

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*

Case No. 07-5944-SC

<u>Parties Served By Electronic Notice:</u>

| | |
|---|---|
| P. John Brady<br>Daniel D. Owen<br>SHUGHART THOMSON & KILROY, P.C.<br>Twelve Wyandotte Plaza<br>120 West 12th Street<br>Kansas City, MO 64105 | *Attorneys for Direct Purchaser Plaintiff Crago, Inc.* |
| Bruce Lee Simons<br>Esther L. Klisura<br>PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP<br>44 Montgomery Street<br>Suite 1200<br>San Francisco, CA 94104 | *Attorneys for Direct Purchaser Plaintiff Crago, Inc.* |
| Guido Saveri<br>Richard Alexander Saveri<br>Cadio Zirpoldi<br>SAVERI & SAVERI, INC.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111 | *Attorneys for Direct Purchaser Plaintiff Hawel A. Hawel d/b/a City Electronics & Orion Home System, LLC and Paula Call* |
| Fred A. Silva<br>Betty Lisa Julian<br>Kathy Lee Monday<br>DAMRELL NELSON SCHRIMP PALLIOS, PACHER & SILVA<br>1601 I Street, 5th Floor<br>Modesto, CA 95354 | *Attorneys for Direct Purchaser Plaintiff Hawel A. Hawel d/b/a City Electronics* |
| Craig C. Corbitt<br>Francis Onofrei Scarpulla<br>Judith A. Zahid<br>Matthew Rutledge Schultz<br>Michael Jacobs<br>Richard M. Hagstrom<br>Traviss Levine Galloway<br>ZELLE, HOFFMAN, VOELBEL, MASON & GETTE LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | *Attorneys for Indirect Purchaser Plaintiff Michael Juetten, Chad Klebs and William E. and Margo Stack* |

| | | |
|---|---|---|
| 1 | Steven A. Kanner | *Attorneys for Direct Purchaser Plaintiffs Art's TV & Appliance and Carroll Cut-Rate Furniture* |
| 2 | Douglas A. Millen | |
| 3 | William H. London | |
| | FREED KANNER LONDON MILLEN LLC | |
| 4 | 2201 Waukegan Road, Suite 130 | |
| | Bannockburn, IL 60015 | |
| 5 | Harry Shulman | *Attorneys for Direct Purchaser Plaintiffs Art's TV & Appliance and Carroll Cut-Rate Furniture* |
| | THE MILLS LAW FIRM | |
| 6 | 145 Marina Boulevard | |
| | San Rafael, CA 94901 | |
| 7 | Randy Renick | *Attorneys for Direct Purchaser Plaintiff Orion Home System, LLC* |
| 8 | HADSELL, STORMER, KEENY, RICHARDSON & RENICK | |
| 9 | 128 N. Fair Oaks Avenue, Suite 204 | |
| | Pasadena, CA 91103 | |
| 10 | Joseph W. Cotchett | |
| 11 | COTCHETT, PITRE & MCCARTHY | *Attorneys for Direct Purchaser Plaintiff Orion Home System, LLC* |
| | San Francisco Airport Office Center | |
| 12 | 840 Malcolm Road, Suite 200 | |
| | Burlingame, CA 94010 | |
| 13 | Mario N. Alioto | *Attorneys for Indirect Purchaser Plaintiff Jeffrey Figone, Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, and Gary Hanson* |
| 14 | Lauren Clare Russell | |
| | TRUMP ALIOTO TRUMP & PRESCOTT, LLP | |
| 15 | 2280 Union Street | |
| | San Francisco, CA 94123 | |
| 16 | | |
| 17 | Joseph Marid Patane | *Jeffrey Figone, Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, and Gary Hanson* |
| | LAW OFFICE OF JOSEPH M. PATANE | |
| 18 | 2280 Union Street | |
| | San Francisco, CA 94123 | |
| 19 | | |
| 20 | Joseph T. Tabacco, Jr. | *Attorneys for Direct Purchaser Plaintiffs Univision Crimson-Holding, Inc., and Central New York Univision Video Systems, Inc. and Crimson Tech, Inc.* |
| | Christopher T. Heffelfinger | |
| 21 | Manuel Juan Dominguez | |
| | BERMAN DEVALERIO PEASE & TOBACCO, P.C. | |
| 22 | 425 California Street, Suite 2100 | |
| 23 | San Francisco, CA 94104 | |
| 24 | Marc Jeffrey Greenspon | *Attorneys for Direct Purchaser Plaintiffs Univision Crimson-Holding, Inc., and Central New York Univision Video Systems, Inc. and Crimson Tech, Inc.* |
| | LAW OFFICE OF MARC J. GREENSPON | |
| 25 | 6200 Spring Isles Blvd. | |
| | Lake Worth, FL 33463 | |
| 26 | Anthony Shapiro | *Attorneys for Direct Purchaser Plaintiff Carroll Cut-Rate Furniture* |
| 27 | Ronnie Seidel Spiegel | |
| | HAGENS BERMAN SOBOL SHAPIRO | |
| 28 | 1301 Fifth Avenue, Suite 2900 | |

| | | |
|---|---|---|
| 1 | Seattle, WA 98101 | |
| 2 | Jeff D. Friedman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 | *Attorneys for Direct Purchaser Plaintiff*<br>*Carroll Cut-Rate Furniture* |
| 3 | | |
| 4 | Michael P. Lehman<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111 | *Attorneys for Direct Purchaser Plaintiff*<br>*Monikraft, Inc.* |
| 5 | | |
| 6 | | |
| 7 | Richard Martin Heimann<br>Michele Chickerell Jackson<br>Joseph Richard Saveri<br>Eric B. Fastiff<br>Brendan Patrick Glackin<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | *Attorneys for Direct Purchaser Plaintiffs*<br>*Nathan Muchnick, Inc. and The Stroud Group, Inc,* |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | H. Laddie Montague, Jr.<br>Ruthanne Gordon<br>Candice J. Enders<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103 | *Attorneys for Direct Purchaser Plaintiff*<br>*Nathan Muchnick, Inc,* |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | Christopher Lebsock<br>Jon T. King<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Barbara Caldwell* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | Henry A. Cirillo<br>Michael S. Christian<br>Thomas Patrick Dove<br>THE FURTH LAW FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Barbara Caldwell and Mark Pierce* |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Kathleen Styles Rogers<br>GLANCY BINKOW & GOLDBERG LLP<br>One Embarcadero Center<br>Suite 760<br>San Francisco, CA 94111 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Barbara Caldwell* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Lori A. Fanning<br>Marvin A. Miller<br>Matthew E. Van Tine<br>MILLER LAW LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Barbara Caldwell and Mark Pierce* |
| Daniel Bruce Allanoff<br>Steven J. Greenfogel<br>Joel Cary Meredith<br>MEREDITH COHEN GREENFOGEL &<br>SKIRNICK, P.C.<br>1521 Locust Street, 8th Floor<br>Philadelphia, PA 19102 | *Attorneys for Direct Purchaser Plaintiff*<br>*The Stroud Group* |
| Martin E. Grossman<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 | *Attorneys for Direct Purchaser Plaintiff*<br>*The Stroud Group* |
| Lawrence D. McCabe<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue<br>New York, NY 10016 | *Attorneys for Direct Purchaser Plaintiff*<br>*Paula Call* |
| John G. Emerson<br>Scott E. Poynter<br>EMERSON & POYNTER LLP<br>The Museum Center<br>500 President Clinton Avenue, Suite 305<br>Little Rock, AR 72201 | *Attorneys for Direct Purchaser Plaintiff*<br>*Paula Call* |
| Joseph M. Alioto<br>ALIOTO LAW FIRM<br>555 California Street, 31st Floor<br>San Francisco, CA 94104 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Mark Pierce* |
| Bryan L. Clobes<br>Ellen Meriwether<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street, Suite 3610<br>Philadelphia, PA 19103 | *Attorneys for Direct Purchaser Plaintiff*<br>*Princeton Display Technologies, Inc.* |

| | |
|---|---|
| Mary Jane Fait<br>Theodore B. Bell<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>55 W. Monroe Street, Suite 1111<br>Chicago, IL 60603 | *Attorneys for Direct Purchaser Plaintiff<br>Princeton Display Technologies, Inc.* |
| Jayne Goldstein<br>Lee Albert<br>MAGER & GOLDSTEIN LLP<br>1818 Market Street, Suite 3700<br>Philadelphia, PA 19103 | *Attorneys for Direct Purchaser Plaintiff<br>Princeton Display Technologies, Inc.* |
| Derek G. Howard<br>MURRAY & HOWARD, LLP<br>436 14th Street<br>Suite 1413<br>Oakland, CA 94612 | *Attorneys for Indirect Purchaser Plaintiff<br>Greg A. Glanz* |
| James H. McManis<br>Marwa Elzankaly<br>McMANIS FAULKNER & MORGAN<br>A Professional Corporation<br>50 W. San Fernando Street<br>10th Floor<br>San Jose, CA 95113 | *Attorneys for Indirect Plaintiff Carmen<br>Gonzalez* |
| Terry Rose Saunders<br>Thomas Arthur Doyle<br>SAUNDERS & DOYLE<br>20 South Clark Street<br>Suite 1720<br>Chicago, IL 60603 | *Attorneys for Indirect Purchaser Plaintiff<br>William E. and Margo Stack* |
| Christopher Lovell<br>Imtiaz A. Siddiqui<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>New York, NY 10110 | *Attorneys for Indirect Purchaser Plaintiff<br>William E. and Margo Stack* |
| Alan Roth Plutzik<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598 | *Attorneys for Indirect Purchaser Plaintiff<br>Donna Ellingson* |

| | | |
|---|---|---|
| 1 | David Boies, III | *Attorneys for Indirect Purchaser Plaintiff* |
| 2 | Christopher Le<br>Timothy D. Battin | *Donna Ellingson* |
| 3 | STRAUS & BOIES, LLP<br>4041 University Dr. | |
| 4 | Fifth Fl.<br>Faifax, VA 22030 | |
| 5 | | |
| 6 | Daniel Edward Birkhaeuser<br>Jennifer Susan Rosenberg | *Attorneys for Indirect Purchaser Plaintiff*<br>*Donna Ellingson* |
| 7 | BRAMSON, PLUTZIK, MAHLER &<br>BIRKHAEUSER | |
| 8 | 2125 Oak Grove Road<br>Suite 120 | |
| 9 | Walnut Creek, CA 94598 | |
| 10 | Eric James Pickar | *Attorneys for Indirect Purchaser Plaintiff* |
| 11 | BANGS, McMULLEN, BUTLER, FOYE &<br>SIMMONS, L.L.P. | *Donna Ellingson* |
| 12 | P.O. Box 2670<br>Rapid City, SD 57709-2670 | |
| 13 | | |
| 14 | Joel Flom<br>JEFFRIES OLSON & FLOM PA | *Attorneys for Indirect Purchaser Plaintiff*<br>*Samuel J. Nasto, Patrick Piper, Craig* |
| 15 | 1202 27th Street South<br>Fargo, ND 58103 | *Stephenson, David G. Norby, John Larch,*<br>*Constance Hare, James Stringwell and Gary*<br>*Hanson* |
| 16 | | |
| 17 | Kenneth Leo Valinoti | *Attorneys for Indirect Purchaser Plaintiff* |
| 18 | VALINOTI & DITO LLP<br>180 Montgomery Street | *Samuel J. Nasto, Patrick Piper, Craig*<br>*Stephenson, David G. Norby, John Larch,* |
| 19 | Suite 940<br>San Francisco, CA 94104-4223 | *Constance Hare, James Stringwell and Gary*<br>*Hanson* |
| 20 | | |
| 21 | Lawrence Genero Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE | *Attorneys for Indirect Purchaser Plaintiff*<br>*Samuel J. Nasto, Patrick Piper, Craig* |
| 22 | The Cornerstone Building<br>1308 Main Street, Suite 117 | *Stephenson, David G. Norby, John Larch,*<br>*Constance Hare, James Stringwell and Gary* |
| 23 | St. Helena, CA 94574 | *Hanson* |
| 24 | M. Eric Frankovitch | *Attorneys for Indirect Purchaser Plaintiff* |
| 25 | Michael G. Simon<br>FRANKOVITCH ANETAKIS COLANTONIO & | *Samuel J. Nasto, Patrick Piper, Craig*<br>*Stephenson, David G. Norby, John Larch,* |
| 26 | SIMON<br>337 Penco Rd. | *Constance Hare, James Stringwell and Gary*<br>*Hanson* |
| 27 | Weirton, WV 26062 | |
| 28 | | |

| | |
|---|---|
| Robert B. Gerard<br>GERARD SELDEN & OSUCH<br>2840 South Jones Boulevard<br>Building D, Unit 4<br>Las Vegas, NV 89146 | *Attorneys for Indirect Purchaser Plaintiff Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell and Gary Hanson* |
| Seymour J. Mansfield<br>MANSFIELD TANICK & COHEN<br>1700 U.S. Bank Plaza South<br>2200 South Sixth Street<br>Minneapolis, MN 55402-1106 | *Attorneys for Indirect Purchaser Plaintiff Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell and Gary Hanson* |
| Sherman Kassof<br>LAW OFFICES OF SHERMAN KASSOF<br>9514 Risa Road<br>Suite B<br>Lafayette, CA 94549 | *Attorneys for Indirect Purchaser Plaintiff Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell and Gary Hanson* |
| Gregory Hull<br>Joseph Richard Wetzel<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | *Attorneys for Defendant Panasonic North America* |
| Alan Feigenbaum<br>Steven Alan Reiss<br>WEIL, GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Defendants Panasonic North America* |
| Eva W. Cole<br>Michelle Lo<br>A. Paul Victor<br>Jeffrey L. Kessler<br>DEWEY & LeBOEUF LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | *Attorneys for Defendants Panasonic North America* |
| Michael W. Scarborough<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | *Attorneys for Defendant Samsung SDI America, Inc.* |

| | | |
|---|---|---|
| 1 | | |
| 2 | Jeane Hamilton<br>U.S. DEPARTMENT OF JUSTICE | *Attorneys for the United States Department of Justice, Antitrust Division* |
| 3 | 450 Golden Gate Avenue<br>Box 36046, Room 10-0101 | |
| 4 | San Francisco, CA 94102 | |
| 5 | | |
| 6 | **Parties Served by U.S. Mail:** | |
| 7 | S. Randall Hood | *Attorneys for Indirect Purchaser Plaintiff* |
| 8 | William A. McKinnon<br>McGOWAN HOOD & FELDER, LLC | *Greg A. Glanz* |
| 9 | 1539 Healthcare Drive<br>Rock Hill, SC 29732 | |
| 10 | | |
| 11 | John G. Felder, Jr.<br>McGOWAN HOOD & FELDER, LLC | *Attorneys for Indirect Purchaser Plaintiff*<br>*Greg A. Glanz* |
| 12 | 1405 Calhoun St.<br>Columbia, SC 29201 | |
| 13 | | |
| 14 | Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE | *Attorneys for Indirect Purchaser Plaintiff*<br>*Greg A. Glanz* |
| 15 | 7839 Montgomery Ave.<br>Elkins Park, PA 19027 | |
| 16 | | |
| 17 | Issac L. Diel<br>SHARP McQUEEN | *Attorneys for Indirect Purchaser Plaintiff*<br>*Greg A. Glanz* |
| 18 | 135 Oak Street<br>Bonner Springs, KS 66012 | |
| 19 | | |
| 20 | Donna F. Solen<br>THE MASON LAW FIRM, LLP | *Attorneys for Indirect Purchaser Plaintiff*<br>*Greg A. Glanz* |
| 21 | 1225 19th Street, N.W.<br>Suite 500 | |
| 22 | Washington, DC 20036 | |
| 23 | Chunghwa Picture Tubes, Ltd.<br>No. 1127, Heping Rd. | *Defendant* |
| 24 | Bade City, Taoyuan, Taiwan | |
| 25 | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. | *Defendant* |
| 26 | Lot 1, Subang Hi-Tech Industrial Park<br>Batu Tiga, 4000 Shah Alam | |
| 27 | Selangor Darul Ehsan, Malaysia | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Lot 1, Subang Hi-Tech Industrial Park<br>Batu Tiga, 4000 Shah Alam<br>Selangor Darul Ehsan, Malaysia | *Defendant* |
| 2 | | |
| 3 | | |
| 4 | Hitachi, Ltd.<br>6-6, Marunouchi 1-chome<br>Chiyoda-ku, Tokyo, 100-8280, Japan | *Defendant* |
| 5 | | |
| 6 | Hitachi America Ltd.<br>2000 Sierra Point Parkway<br>Brisbane, California 94005 | *Defendant* |
| 7 | | |
| 8 | Hitachi Asia, Ltd.<br>16 Collyer Quay, #20-00 Hitachi Tower<br>Singapore 049318 | *Defendant* |
| 9 | | |
| 10 | Irico Group Corporation<br>1 Caihong Rd.<br>Xianyang City, Shaanxi Province 712021 | *Defendant* |
| 11 | | |
| 12 | | |
| 13 | Irico Display Devices Co.<br>No. 16 Fenghui South Road West<br>Disctrict High-Tech Development Zone<br>Xi'an, SX1 710775 | *Defendant* |
| 14 | | |
| 15 | | |
| 16 | LG Electronics, Inc.<br>LG Twin Towers<br>20, Yeouido-dong, Yeungdeungpo-gu<br>Seoul, Korea 150-721 | *Defendant* |
| 17 | | |
| 18 | Matsushita Electric Industrial Co., Ltd.<br>1006, Oaza Kadoma, KAdoma-shi<br>Osaka 571-8501, Japan | *Defendant* |
| 19 | | |
| 20 | WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | *Attorneys for Defendant Matsushita Electric Industrial Co., Ltd.* |
| 21 | | |
| 22 | | |
| 23 | Orion Electric Co., Ltd.<br>41-1 Iehisa-cho Echizen-shi Fukui<br>915-8555, Japan | *Defendant* |
| 24 | | |
| 25 | Orion America, Inc.<br>Highway 41 North Orion Place<br>Princeton, IN 47670 | *Defendant* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Barry Bendes, Esq. | *Attorneys for Defendant Orion Electric Co.,* |
| | Anthony J. Viola | *Ltd. and Orion America, Inc.* |
| 2 | EDWARDS ANGELL PALMER & DODGE LLP | |
| | 750 Lexington Avenue | |
| 3 | New York, NY 10022 | |
| 4 | | |
| | Koninklijke Philips Electronics N.V. | *Defendant* |
| 5 | Breitner Center, Amstelplein 2, | |
| | 1096 BC Amsterdam, The Netherlands | |
| 6 | | |
| | Samsung SDI Co., Ltd. | |
| 7 | 575 Shin-dong, Yeontong-gu Suwon | *Defendant* |
| | Gyeonggi-do | |
| 8 | Korea, 443-731 | |
| 9 | | |
| | Samtel Color, Ltd. | *Defendant* |
| 10 | 52, Community Centre, New Friends Colony | |
| | New Delhi 110065, India | |
| 11 | | |
| | Thai CRT Co., Ltd. | *Defendant* |
| 12 | 1/F 26 Siam Cement Rd. | |
| 13 | Bangsue Dusit, Bangkok, Thailand | |
| 14 | | |
| | Toshiba Corporation | *Defendant* |
| 15 | 1-1, Shibaura 1-chome | |
| | Minato-Ku, Tokyo | |
| 16 | 105-8001, Japan | |
| 17 | Beijing-Matsushita Color CRT Company, Ltd. | *Defendant* |
| | No. 9 Jiuxianqiao N. Rd. | |
| 18 | Dashanzi Chaoyang District | |
| 19 | Beijing, People's Republic of China | |
| 20 | LP Displays International, Ltd. | *Defendant* |
| | 6th Floor, ING Tower | |
| 21 | 308 Des Voeux Road Central | |
| | Sheung Wan, Hong Kong, China | |
| 22 | | |
| 23 | MT Picture Display Co., Ltd. *aka* Matsushita | *Defendant* |
| | Toshiba Picture Display | |
| 24 | 1-1, Saiwai-cho | |
| | Takatsuki, Osaka 569-1193, Japan | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |