DAVID M. LISI (SBN 154926)
Email: lisid@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3530
Facsimile:  (650) 798-3600

JOSEPH A. OSTOYICH *(pro hac vice pending)*
Email: ostoyichj@howrey.com
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-7241
Facsimile:  (202) 383-6610

ETHAN E. LITWIN *(pro hac vice pending)*
Email: litwine@howrey.com
HOWREY LLP
Citigroup Center
153 E. 53rd Street, 54th Floor
Telephone:  (212) 896-6500
Facsimile:  (212) 896-6501

Attorneys for Defendant
Philips Electronics North America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  Cathode Ray Tube (CRT) Antirust Litigation<br><br>This Relates to All Actions. | No. 07-5944-SC<br><br>**STIPULATION RE ATTORNEY OF RECORD INFORMATION** |

WHEREAS David M. Lisi, a member of Howrey LLP, filed a notice of appearance as counsel for Defendant Philips Electronics North America Corporation ("PENAC") in the above captioned case on March 21, 2008;

WHEREAS the docket currently lists Gregory Hull of Weil, Gotshal & Manges LLP as the attorney of record for Defendant PENAC;

WHEREAS Weil, Gotshal & Manges LLP does not now and has not ever represented PENAC or any other Philips entity in the above captioned matter;

WHEREAS Alan Feigenbaum, Steven A. Reiss and David L. Yohai of Weil, Gotshal & Manges LLP are listed as counsel for various plaintiffs;

WHEREAS the above three attorneys do not represent any of the plaintiffs, but in fact represent Defendant Panasonic Corporation of North America ("PNA").

PURSUANT TO LOCAL RULE 7-12, DEFENDANT PNA AND DEFENDANT PENAC, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPUALATE AS FOLLOWS:

1. The docket should be amended to reflect that Howrey LLP, not Weil, Gosthal & Manges LLP, represents PENAC; and

2. The docket should be amended to reflect that Weil, Gotshal & Manges LLP are counsel for Defendant PNA and not for any Plaintiffs.

1
2
3       IT IS SO STIPULATED.
4
5
6   DATED: March 21, 2008              By:  /s/ David M. Lisi
                                       DAVID M. LISI (SBN 154926)
7                                      Email: lisid@howrey.com
                                       HOWREY LLP
8                                      1950 University Avenue, 4th Floor
                                       East Palo Alto, CA 94303
9                                      Telephone: (650) 798-3530
                                       Facsimile:  (650) 798-3600
10                                     *Attorney for Defendant*
                                          *Philips Electronics North America Corporation*
11
12
13  DATED: March 21, 2008              By:  /s/ Alan Fiegenbaum
                                       Alan Feigenbaum (*pro hac vice*)
14                                     WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
15                                     New York, New York 10153
16                                     Alan.Feigenbaum@weil.com
                                       Telephone:  (212)310-8275
17                                     Facsimile:  (212) 310- 8007
18                                     *Attorney for Defendant*
                                          *Panasonic Corporation of North America*
19
20  S O  O R D E R E D:
21
22
    _____
23  Honorable Samuel Conti
    U.S. District Judge
24
25  Dated:_____
26
27
28
    STIPULATION RE ATTORNEY OF RECORD INFORMATION-NO. 07-5944-SC; MDL No. 1917