1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. RUSSELL, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA  94123
   Telephone:  (415) 563-7200
4  Facsimile: (415) 346-0679
   E-mail: malioto@tatp.com
5  laurenrussell@tatp.com

6
7  *Proposed Interim Lead Counsel*
   *for the Indirect Purchaser Class*

8
                UNITED STATES DISTRICT COURT
9
              NORTHERN DISTRICT OF CALIFORNIA
10

11  **IN RE: CATHODE RAY TUBE (CRT)**      )   Master File No. CV-07-5944 SC
    **ANTITRUST LITIGATION**               )
12                                         )   MDL No. 1917
                                           )
13                                         )   **DECLARATION OF MARIO N. ALIOTO**
                                           )   **IN SUPPORT OF PLAINTIFF JEFFREY**
14                                         )   **FIGONE'S REPLY RE: MOTION FOR**
                                           )   **APPOINTMENT OF INTERIM LEAD**
15                                         )   **COUNSEL FOR THE INDIRECT**
16                                         )   **PURCHASER CLASS**
                                           )
17  **This document relates to:**          )   Date: April 4, 2008
                                           )   Time: 10:00 a.m.
18  **ALL INDIRECT PURCHASER ACTIONS**     )   Court: One, 17th Floor
19                                         )
                                           )   The Honorable Samuel Conti
20                                         )

21

22

23

24

25

26

27  71811.1

28  DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF PLAINTIFF JEFFREY FIGONE'S REPLY
    RE: MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT
    PURCHASER CLASS
    MDL NO. 1917

1      I, Mario N. Alioto, declare:

2      1.      I am an attorney duly licensed by the State of California and am admitted to

3   practice before this Court. I am a partner of the law firm Trump, Alioto, Trump & Prescott, LLP

4   and my firm serves as attorney of record in the above-captioned action for plaintiff Jeffrey

5   Figone ("Plaintiff"). The matters set forth herein are with my personal knowledge and, if called

6   upon and sworn as a witness I could competently testify regarding them.

7      2.      Attached hereto as Exhibit A is a true and correct copy of Table 1: Candidates For

8   Lead Counsel and Plaintiffs Represented By State. This was prepared from the information

9   contained on Exhibit B.

10     3.      Attached hereto as Exhibit B is a table showing all the indirect purchaser cases

11  that I am aware of. This table is based on all available information on indirect purchaser case

12  filings to date.

13     4.      Attached hereto as Exhibit C is a true and correct copy of "Annual Estimates of

14  the Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1,

15  2007, published by the United States Census Bureau.

16     I declare under penalty of perjury under the laws of the United States that the foregoing is

17  true and correct. Executed this 21st day of March, 2008 at San Francisco, California.

18

19

20                                      /s/ Mario N. Alioto
                                             Mario N. Alioto
21

22                                      *Attorney for Plaintiff Jeffrey Figone*

23

24

25

26

27                                      - 1 -

28  **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF PLAINTIFF JEFFREY FIGONE'S REPLY
    RE: MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT
    PURCHASER CLASS
    MDL NO. 1917**

# EXHIBIT A

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, MDL NO. 1917, MASTER FILE NO. 3:07-CV-5944 SC

Table 1: Candidates for Lead Counsel and Plaintiffs Represented By State

| Plaintiffs By State | Trump, Alioto, Trump & Prescott, LLP's Clients | Goldman Scarlato & Karon P.C.'s Clients | Zelle Hofmann Voelbel Mason & Gette, LLP's Clients | Lovell Stewart Halebian, LLP's Clients | Ball & Scott's Client | Miller Law, LLC's Clients | Alioto Law Firm's Client |
|---|---|---|---|---|---|---|---|
| Arizona | X | X | | | | | |
| California | X | | X | | | | |
| Florida | X | | | | | | |
| Massachusetts | X | | | | | X | |
| Michigan | X | | | X | | | |
| Minnesota | X | X | X | | | | |
| Mississippi | X | | | | | | |
| Nevada | X | | | | | | |
| New Mexico | X | | | | | | |
| New York | X | | | | | | |
| North Dakota | X | | | | | | |
| South Dakota | X | | | | | | |
| West Virginia | X | | | | | | |
| Wisconsin | X | | | | | | |
| Arkansas | | X | | | | | |
| Kansas | | X | | | | | |
| New Hampshire | | | | | | X | X |
| South Carolina | | X | | | | | |
| Tennessee | | X | X | X | X | | |
| Vermont | | X | | | | | |

# EXHIBIT B

**EXHIBIT B**

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, MDL NO. 1917
MASTER FILE NO. 3:07-CV-5944
Honorable Samuel Conti

**Consolidated Indirect Purchaser Actions**

| | Case Name | Case Number | Named Plaintiffs | States Represented | Counsel |
|---|---|---|---|---|---|
| 1. | Figone v. LG Electronics, Inc., et al., | 3:07-cv-6331 SC (N.D. Cal.) | Jeffrey Figone | California | Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>malioto@tatp.com<br>laurenrussell@tatp.com<br><br>Joseph M. Patane<br>LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123<br>jpatane@tatp.com<br><br>Lawrence G. Papale (67068)<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street #117<br>St. Helena, CA 94574 |

1

| | | | | | lgpapale@papalelaw.com |
|---|---|---|---|---|---|
| **2.** | *Nasto, et al. v. LG Electronics, Inc., et al.* | 3:08-cv-1371 MMC (N.D. Cal.) | Samuel L. Nasto<br>Patrick Piper<br>Adrienne Belai<br>Craig Stephenson<br>David G. Norby<br>John Larch<br>Constance Hare<br>James Stringwell<br>Gary Hanson | Nevada<br>Florida<br>New York<br>New Mexico<br>Minnesota<br>West Virginia<br>South Dakota<br>Michigan<br>North Dakota | Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP &<br>PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>malioto@tatp.com<br>laurenrussell@tatp.com<br><br>Joseph M. Patane<br>LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA  94123<br>jpatane@tatp.com<br><br>Lawrence G. Papale (67068)<br>LAW OFFICES OF LAWRENCE G.<br>PAPALE<br>1308 Main Street #117<br>St. Helena, CA 94574<br>lgpapale@papalelaw.com<br><br>Kenneth L. Valinoti (118442)<br>VALINOTI & DITO LLP<br>180 Montgomery Street, Suite 940<br>San Francisco, CA 94104<br>E-mail: kvalinoti@valinoti-dito.com<br><br>Sherman Kassof (66383) |

LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
E-mail: heevay@att.net

Seymour J. Mansfield
Jean B. Roth
MANSFIELD, TANICK & COHEN, P.A.
1700 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN 55402
E-mail: smansfield@mansfieldtanick.com

Joel Flom
JEFFRIES, OLSON & FLOM, P.A.
1202 27th Street South
Fargo, N.D. 58103
E-mail: joel@jeffrieslaw.com

Michael G. Simon
M. Eric Frankovitch
FRANKOVITCH, ANETAKIS,
COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
E-mail: msimon@facslaw.com

Robert Gerard
GERARD & OSUCH, LLP
1516 Front Street
San Diego, CA 92101

3

| # | | | | | |
|---|---|---|---|---|---|
| | | | | | E-mail: rgerard@gerardlaw.com<br><br>Robert Gerard<br>GERARD & OSUCH, LLP<br>2840 South Jones Blvd.<br>Building D, Unit 4<br>Las Vegas, NV 89146<br>E-mail: rgerard@gerardlaw.com |
| 3. | Glanz v. Chungwha Picture Tubes, Ltd., et al. | 4:07-cv-4175 TLW (D.S.C.) | Greg A. Glanz | South Carolina | Daniel R. Karon<br>Mark S. Goldman<br>Brian D. Penny<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>karon@gsk-law.com<br><br>S. Randall Hood<br>William A. McKinnon<br>McGOWAN HOOD & FELDER, LLC<br>1659 Healthcare Drive<br>Rock Hill, SC 29732<br><br>John G. Felder, Jr.<br>McGOWAN HOOD & FELDER, LLC<br>1405 Calhoun Street<br>Columbia, SC 29201<br><br>Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE<br>7839 Montgomery Avenue |

4

| | | | | Elkins Park, PA 19027<br>knarine@kbnlaw.com |
|---|---|---|---|---|
| | | | | Isaac L. Diel<br>SHARP McQUEEN<br>135 Oak Street<br>Bonner Springs, KS 66012<br>dslawkc@aol.com |
| | | | | Donna F. Solen<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, N.W., Suite 500<br>Washington, DC 20036<br>dsolen@masonlawdc.com |
| 4. | *Slagle v. Chungwha Picture Tubes, Ltd., et al.* | 2:08-cv-0005<br>WKS<br>(D. Vt.) | Margaret<br>Slagle | Vermont | Mary G. Kirkpatrick<br>KIRKPATRICK & GOLDSBOROUGH,<br>PLLC<br>Lakewood Commons<br>1233 Shelburne Road, Suite E-1<br>South Burlington, VT 05401<br>mkirk@vtlawfirm.com |
| | | | | Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>karon@gsk-law.com |
| | | | | Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE |

5

| | | | | |
|---|---|---|---|---|
| | | | | 7839 Montgomery Avenue<br>Elkins Park, PA 19027<br>knarine@kbnlaw.com<br><br>Isaac L. Diel<br>SHARP McQUEEN<br>135 Oak Street<br>Bonner Springs, KS 66012<br>dslawkc@aol.com<br><br>Donna F. Solen<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, N.W., Suite 500<br>Washington, DC 20036<br>dsolen@masonlawdc.com |
| 5. | Luscher v. Chungwha Picture Tubes, Ltd., et al. | 2:08-cv-0055 LOA (D. Ariz.) | Brian A. Luscher<br>Scott Friedson | Arizona | Robert J. Pohlman<br>RYLEY CARLOCK & APPLEWHITE<br>One North Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4417<br><br>Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>karon@gsk-law.com<br>Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE<br>7839 Montgomery Avenue<br>Elkins Park, PA 19027<br>knarine@kbnlaw.com |

| | | | | | Isaac L. Diel<br>SHARP McQUEEN<br>135 Oak Street<br>Bonner Springs, KS 66012<br>dslawkc@aol.com |
| --- | --- | --- | --- | --- | --- |
| | | | | | Donna F. Solen<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, N.W., Suite 500<br>Washington, DC 20036<br>dsolen@masonlawdc.com |
| **6.** | *Southern Office Supply, Inc. v.<br>Chungwha Picture Tubes,<br>Ltd., et al.* | 1:08-cv-0062<br>DCN<br>(N.D. Ohio) | Southern<br>Office<br>Supply, Inc. | Kansas | Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>karon@gsk-law.com |
| | | | | | Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE<br>7839 Montgomery Avenue<br>Elkins Park, PA 19027<br>knarine@kbnlaw.com |
| | | | | | Isaac L. Diel<br>SHARP McQUEEN<br>135 Oak Street<br>Bonner Springs, KS 66012<br>dslawkc@aol.com |

7

| | | | | Donna F. Solen<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, N.W., Suite 500<br>Washington, DC 20036<br>dsolen@masonlawdc.com |
|---|---|---|---|---|
| 7. | *Cook v. Chungwha Picture Tubes, Ltd., et al.* | 5:08-cv-5013 JLH (W.D. Ark.) | Jerry Cook | Arkansas | Charles M. Kester<br>THE KESTER LAW FIRM<br>P.O. Box 184<br>Fayetteville, AR 72702-0184<br>cmkester@nwark.com<br><br>Bruce Mulkey<br>THE MULKEY ATTORNEYS GROUP, P.A.<br>1039 W. Walnut, Suite 3<br>Rogers, AR 72756<br>bruce@mulkeylaw.com<br><br>Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>karon@gsk-law.com<br><br>Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE<br>7839 Montgomery Avenue<br>Elkins Park, PA 19027<br>knarine@kbnlaw.com |

| | | | | |
|---|---|---|---|---|
| | | | | Isaac L. Diel<br>SHARP McQUEEN<br>135 Oak Street<br>Bonner Springs, KS 66012<br>dslawkc@aol.com<br><br>Donna F. Solen<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, N.W., Suite 500<br>Washington, DC 20036<br>dsolen@masonlawdc.com<br><br>Alexander E. Barnett<br>THE MASON LAW FIRM, LLP<br>1120 Avenue of the Americas<br>Suite 4019<br>New York, NY 10036<br>abarnett@masonlawdc.com |
| **8.** | *Benson v. Chungwha Picture Tubes, Ltd., et al.* | 2:08-cv-0011<br>JRG<br>(E.D. Tenn.) | Charles<br>Benson | Tennessee | Gordon Ball<br>BALL & SCOTT<br>550 Main Ave., Suite 550<br>Knoxville, TN 37902<br>gball@ballandscott.com<br><br>Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>karon@gsk-law.com |

| | | | | |
|---|---|---|---|---|
| | | | | Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE<br>7839 Montgomery Avenue<br>Elkins Park, PA 19027<br>knarine@kbnlaw.com<br><br>Isaac L. Diel<br>SHARP McQUEEN<br>135 Oak Street<br>Bonner Springs, KS 66012<br>dslawkc@aol.com<br><br>Donna F. Solen<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, N.W., Suite 500<br>Washington, DC 20036<br>dsolen@masonlawdc.com |
| 9. | Kushner v. Chungwha Picture Tubes, Ltd. | 0:08-cv-0160 MMC (D. Minn.) | Barry Kushner<br>Alan Rotman | Minnesota<br><br>Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113<br>karon@gsk-law.com<br><br>Karl L. Cambronne<br>CHESTNUT & CAMBRONNE<br>3700 Campbell Mithun Tower<br>222 South Ninth Street<br>Minneapolis, MN 55402 |
| 10. | Juetten, et al. v. Chungwha | 3:07-cv-6225 | Michael | California<br><br>Francis O. Scarpulla |

10

| | | | | |
|---|---|---|---|---|
| *Picture Tubes, Ltd., et al.,* | Juetten<br>Chad Klebs | JL<br>(N.D. Cal.) | | Minnesota | Craig C. Corbitt<br>Judith A. Zahid<br>Matthew R. Schulz<br>ZELLE, HOFMANN, VOELBEL, MASON<br>& GETTE, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>fscarpulla@zelle.com<br>ccorbitt@zelle.com<br>jzahid@zelle.com<br>mschulz@zelle.com<br><br>Richard M. Hagstrom<br>Michael Jacobs<br>ZELLE, HOFMANN, VOELBEL, MASON<br>& GETTE, LLP<br>500 Washington Ave. South<br>Suite 400<br>Minneapolis, MN 55415<br>rhagstrom@zelle.com<br>mjacobs@zelle.com |
| 11. *Kindt v. Matsushita Electric Industrial Co., Ltd., et al.* | Andrew<br>Kindt | 07-cv-10322<br>(S.D.N.Y.) | | Michigan | Christopher Lovell<br>Craig Essenmacher<br>Keith Essenmacher<br>Imtiaz A. Siddiqui<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue, Floor 58<br>New York, NY 10110<br>clovell@lshllp.com<br>cessenmacher@lshllp.com |

| | | | | | kessenmacher@lshllp.com<br>isiddiqui@lshllp.com |
|---|---|---|---|---|---|
| 12. | Patrick v. Chungwha Picture Tubes, Ltd., et al. | 3:08-cv-00662 JSW (N.D. Cal.) | Dennis Patrick | California | Donald Amamgbo<br>AMAMGBO & ASSOCIATES<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621<br>donald@amamgbolaw.com<br><br>Reginald Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA 94804<br>reggiet2@aol.com |
| 13. | Caldwell v. Matsushita Electric Industrial Co., Ltd. | 3:08-cv-6303 SC (N.D. Cal.) | Barbara Caldwell | Massachusetts | Henry A. Cirillo<br>Thomas P. Dove<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249<br>hcirillo@furth.com<br><br>Marvin A. Miller<br>Lori A. Fanning<br>Matthew E. Van Tine<br>MILLER LAW LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| 14. | Gonzalez v. Chungwha Picture Tubes, Ltd., et al. | 5:08-cv-1108 JF | Carmen Gonzalez | California | James H. McManis<br>Marwa Elzankaly |

| | | | | |
|---|---|---|---|---|
| | | | | McMANIS FAULKNER & MORGAN<br>A Professional Corporation<br>50 W. Fernando Street, 10 th Floor<br>San Jose, CA 95113<br>jmcmanis@mfmlaw.com<br>melzankaly@mfmlaw.com |
| **15.** | *Pierce v. Beijing-Matsushita Color CRT Company, Ltd., et al.* | 3:08-cv-0337 SC<br>(N.D. Cal.) | Mark Pierce | New Hampshire | Henry A. Cirillo<br>Thomas P. Dove<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249<br>hcirillo@furth.com<br><br>Marvin A. Miller<br>Lori A. Fanning<br>Matthew E. Van Tine<br>MILLER LAW LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br><br>Joseph M. Alioto<br>ALIOTO LAW FIRM<br>555 California Street, 31 st Floor<br>San Francisco, CA 94104<br>sexton@aliotolaw.com |
| **16.** | *Stack, et al. v. Chungwha Picture Tubes, Ltd., et al.* | 4:08-cv-1319 WDB<br>(N.D. Cal.) | William E. Stack<br>Margo Stack | Tennessee | Francis O. Scarpulla<br>Craig C. Corbitt<br>Judith A. Zahid<br>Matthew R. Schulz<br>Traviss Galloway |

13

| | | | | ZELLE, HOFMANN, VOELBEL, MASON & GETTE, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>fscarpulla@zelle.com<br>ccorbitt@zelle.com<br>jzahid@zelle.com<br>mschulz@zelle.com<br>tgalloway@zelle.com<br><br>Terry Rose Saunders<br>Thomas A. Doyle<br>SAUNDERS & DOYLE<br>20 South Clark Street, Suite 1720<br>Chicago, IL 60603<br>trsaunders@saundersdoyle.com<br>tadoyle@saundersdoyle.com<br><br>Christopher Lovell<br>Imtiaz A. Siddiqui<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue, Floor 58<br>New York, NY 10110<br>clovell@lshllp.com<br>isiddiqui@lshllp.com |
| 17. | *Ellingson v. Chungwha Picture Tubes Ltd., et al.,* | 08-cv-1364 SC | Donna Ellingson | South Dakota | David Boies<br>Timothy Battin<br>Christopher Le<br>STRAUS & BOIES, LLP<br>4041 University Drive, Fifth Floor |

14

Fairfax, VA 22030
dboies@straus-boies.com
tbattin@straus-boies.com
cle@straus-boies.com

Daniel E. Birkhaeuser
Jennifer S. Rosenberg
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
dbirkhaeuser@bramsonplutzik.com
jrosenberg@bramsonplutzik.com

15

# EXHIBIT C

Table 1: Annual Estimates of the Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2007

| Geographic Area | July 1, 2007 | July 1, 2006 | July 1, 2005 | July 1, 2004 | July 1, 2003 | July 1, 2002 | July 1, 2001 | July 1, 2000 | April 1, 2000 Estimates Base | Census |
|---|---|---|---|---|---|---|---|---|---|---|
| United States | 301,621,157 | 298,754,819 | 295,895,897 | 293,191,511 | 290,447,644 | 287,888,021 | 285,112,030 | 282,194,308 | 281,424,602 | 281,421,906 |
| Northeast | 54,680,626 | 54,590,172 | 54,504,684 | 54,458,728 | 54,327,381 | 54,128,785 | 53,910,115 | 53,667,649 | 53,594,782 | 53,594,378 |
| Midwest | 66,388,795 | 66,128,483 | 65,853,847 | 65,626,756 | 65,347,299 | 65,094,788 | 64,820,696 | 64,496,645 | 64,395,200 | 64,392,776 |
| South | 110,454,786 | 108,894,582 | 107,384,947 | 105,866,963 | 104,431,808 | 103,188,427 | 101,869,063 | 100,567,977 | 100,235,853 | 100,236,820 |
| West | 70,096,950 | 69,141,582 | 68,152,419 | 67,239,064 | 66,341,156 | 65,476,021 | 64,512,156 | 63,462,037 | 63,198,767 | 63,197,932 |
| Alabama | 4,627,851 | 4,590,240 | 4,539,611 | 4,508,540 | 4,488,071 | 4,471,006 | 4,463,224 | 4,451,887 | 4,447,351 | 4,447,100 |
| Alaska | 683,478 | 677,450 | 669,411 | 661,661 | 650,967 | 642,699 | 633,277 | 627,462 | 626,931 | 626,932 |
| Arizona | 6,338,755 | 6,165,689 | 5,952,083 | 5,744,367 | 5,579,307 | 5,444,881 | 5,301,097 | 5,167,260 | 5,130,615 | 5,130,632 |
| Arkansas | 2,834,797 | 2,809,111 | 2,772,152 | 2,742,898 | 2,720,006 | 2,703,310 | 2,690,254 | 2,678,397 | 2,673,398 | 2,673,400 |
| California | 36,553,215 | 36,249,872 | 35,990,312 | 35,721,991 | 35,376,833 | 34,963,856 | 34,525,902 | 34,004,051 | 33,871,655 | 33,871,648 |
| Colorado | 4,861,515 | 4,766,248 | 4,673,724 | 4,609,264 | 4,555,212 | 4,507,762 | 4,433,997 | 4,338,252 | 4,302,019 | 4,301,261 |
| Connecticut | 3,502,309 | 3,495,753 | 3,486,490 | 3,481,890 | 3,472,964 | 3,451,867 | 3,429,770 | 3,411,990 | 3,405,602 | 3,405,565 |
| Delaware | 864,764 | 852,747 | 840,558 | 827,671 | 815,798 | 804,875 | 795,126 | 786,463 | 783,600 | 783,600 |
| District of Columbia | 588,292 | 585,459 | 582,049 | 579,621 | 577,467 | 579,190 | 577,648 | 571,799 | 572,059 | 572,059 |
| Florida | 18,251,243 | 18,057,508 | 17,736,027 | 17,342,623 | 16,959,251 | 16,667,906 | 16,348,628 | 16,049,316 | 15,982,824 | 15,982,378 |
| Georgia | 9,544,750 | 9,342,080 | 9,107,719 | 8,921,371 | 8,740,008 | 8,591,169 | 8,422,127 | 8,230,919 | 8,186,816 | 8,186,453 |
| Hawaii | 1,283,388 | 1,278,635 | 1,267,581 | 1,254,172 | 1,240,325 | 1,228,763 | 1,218,553 | 1,211,586 | 1,211,537 | 1,211,537 |
| Idaho | 1,499,402 | 1,463,878 | 1,425,894 | 1,391,751 | 1,364,038 | 1,342,103 | 1,320,918 | 1,299,578 | 1,293,956 | 1,293,953 |
| Illinois | 12,852,548 | 12,777,042 | 12,719,550 | 12,680,053 | 12,625,246 | 12,578,317 | 12,516,683 | 12,439,219 | 12,419,647 | 12,419,293 |
| Indiana | 6,345,289 | 6,302,646 | 6,257,121 | 6,218,863 | 6,184,519 | 6,151,102 | 6,125,525 | 6,091,735 | 6,080,521 | 6,080,485 |
| Iowa | 2,988,046 | 2,972,566 | 2,955,587 | 2,946,009 | 2,935,991 | 2,931,084 | 2,930,031 | 2,928,246 | 2,926,382 | 2,926,324 |
| Kansas | 2,775,997 | 2,755,817 | 2,741,665 | 2,730,828 | 2,721,824 | 2,712,383 | 2,700,979 | 2,692,890 | 2,688,418 | 2,688,418 |
| Kentucky | 4,241,474 | 4,204,444 | 4,171,016 | 4,139,859 | 4,114,069 | 4,089,032 | 4,067,461 | 4,049,049 | 4,042,281 | 4,041,769 |
| Louisiana | 4,293,204 | 4,243,288 | 4,495,670 | 4,487,966 | 4,473,679 | 4,465,490 | 4,460,285 | 4,469,044 | 4,468,958 | 4,468,976 |
| Maine | 1,317,207 | 1,314,910 | 1,312,222 | 1,308,892 | 1,303,441 | 1,294,187 | 1,284,872 | 1,277,225 | 1,274,921 | 1,274,923 |
| Maryland | 5,618,344 | 5,602,017 | 5,573,163 | 5,537,662 | 5,494,136 | 5,433,822 | 5,374,956 | 5,310,916 | 5,296,508 | 5,296,486 |
| Massachusetts | 6,449,755 | 6,434,389 | 6,429,137 | 6,433,676 | 6,438,510 | 6,431,788 | 6,407,631 | 6,363,190 | 6,349,105 | 6,349,097 |
| Michigan | 10,071,822 | 10,102,322 | 10,107,940 | 10,102,720 | 10,075,217 | 10,043,737 | 10,006,963 | 9,955,417 | 9,938,482 | 9,938,444 |
| Minnesota | 5,197,621 | 5,154,586 | 5,113,824 | 5,085,626 | 5,052,497 | 5,020,624 | 4,984,100 | 4,934,185 | 4,919,492 | 4,919,479 |
| Mississippi | 2,918,785 | 2,899,112 | 2,900,456 | 2,886,860 | 2,868,343 | 2,859,196 | 2,853,579 | 2,848,424 | 2,844,656 | 2,844,658 |
| Missouri | 5,878,415 | 5,837,639 | 5,787,885 | 5,744,753 | 5,705,971 | 5,676,209 | 5,641,517 | 5,606,140 | 5,596,683 | 5,595,211 |
| Montana | 957,861 | 946,795 | 935,784 | 926,721 | 917,453 | 910,282 | 906,098 | 903,329 | 902,195 | 902,195 |
| Nebraska | 1,774,571 | 1,763,765 | 1,754,042 | 1,743,954 | 1,734,746 | 1,725,545 | 1,718,280 | 1,713,322 | 1,711,265 | 1,711,263 |
| Nevada | 2,565,382 | 2,492,427 | 2,408,948 | 2,329,960 | 2,238,336 | 2,167,645 | 2,095,331 | 2,018,494 | 1,998,257 | 1,998,257 |
| New Hampshire | 1,315,828 | 1,311,821 | 1,303,112 | 1,294,285 | 1,282,844 | 1,272,185 | 1,257,347 | 1,240,442 | 1,235,786 | 1,235,786 |

**Table 1: Annual Estimates of the Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2007**

| Geographic Area | July 1, 2007 | July 1, 2006 | July 1, 2005 | July 1, 2004 | July 1, 2003 | July 1, 2002 | July 1, 2001 | July 1, 2000 | April 1, 2000 Estimates Base | Census |
|---|---|---|---|---|---|---|---|---|---|---|
| New Jersey | 8,685,920 | 8,666,075 | 8,657,445 | 8,641,235 | 8,604,990 | 8,558,327 | 8,495,644 | 8,431,951 | 8,414,347 | 8,414,350 |
| New Mexico | 1,969,915 | 1,942,302 | 1,916,331 | 1,892,182 | 1,870,113 | 1,850,562 | 1,829,032 | 1,820,861 | 1,819,046 | 1,819,046 |
| New York | 19,297,729 | 19,281,988 | 19,262,545 | 19,258,479 | 19,207,652 | 19,132,542 | 19,076,610 | 18,996,571 | 18,976,821 | 18,976,457 |
| North Carolina | 9,061,032 | 8,869,442 | 8,679,089 | 8,538,378 | 8,421,149 | 8,319,293 | 8,203,565 | 8,079,777 | 8,046,491 | 8,049,313 |
| North Dakota | 639,715 | 637,460 | 635,938 | 636,814 | 633,159 | 633,861 | 636,385 | 641,236 | 642,200 | 642,200 |
| Ohio | 11,466,917 | 11,463,513 | 11,459,776 | 11,452,808 | 11,435,980 | 11,414,816 | 11,392,869 | 11,364,143 | 11,353,145 | 11,353,140 |
| Oklahoma | 3,617,316 | 3,577,536 | 3,535,926 | 3,516,552 | 3,499,937 | 3,485,515 | 3,464,818 | 3,454,058 | 3,450,654 | 3,450,654 |
| Oregon | 3,747,455 | 3,691,084 | 3,629,959 | 3,583,027 | 3,556,956 | 3,521,520 | 3,472,224 | 3,431,096 | 3,421,436 | 3,421,399 |
| Pennsylvania | 12,432,792 | 12,402,817 | 12,367,276 | 12,348,618 | 12,327,250 | 12,305,751 | 12,287,542 | 12,285,564 | 12,281,054 | 12,281,054 |
| Rhode Island | 1,057,832 | 1,061,641 | 1,066,721 | 1,072,859 | 1,072,629 | 1,066,888 | 1,058,474 | 1,050,807 | 1,048,319 | 1,048,319 |
| South Carolina | 4,407,709 | 4,330,108 | 4,254,989 | 4,201,437 | 4,146,770 | 4,104,683 | 4,062,933 | 4,023,628 | 4,011,816 | 4,012,012 |
| South Dakota | 796,214 | 788,467 | 780,046 | 774,129 | 766,882 | 761,995 | 758,852 | 755,713 | 754,844 | 754,844 |
| Tennessee | 6,156,719 | 6,074,913 | 5,989,309 | 5,912,063 | 5,853,371 | 5,801,841 | 5,754,637 | 5,703,415 | 5,689,262 | 5,689,283 |
| Texas | 23,904,380 | 23,407,629 | 22,843,999 | 22,454,811 | 22,085,973 | 21,730,350 | 21,340,494 | 20,948,843 | 20,851,799 | 20,851,820 |
| Utah | 2,645,330 | 2,579,535 | 2,505,013 | 2,430,841 | 2,373,260 | 2,336,872 | 2,292,177 | 2,244,431 | 2,233,198 | 2,233,169 |
| Vermont | 621,254 | 620,778 | 619,736 | 618,794 | 617,101 | 615,250 | 612,225 | 609,909 | 608,827 | 608,827 |
| Virginia | 7,712,091 | 7,640,249 | 7,557,588 | 7,464,033 | 7,370,557 | 7,281,659 | 7,190,468 | 7,104,992 | 7,079,030 | 7,078,515 |
| Washington | 6,468,424 | 6,374,910 | 6,270,838 | 6,189,869 | 6,118,988 | 6,061,872 | 5,990,518 | 5,911,652 | 5,894,140 | 5,894,121 |
| West Virginia | 1,812,035 | 1,808,699 | 1,805,626 | 1,804,618 | 1,803,223 | 1,800,090 | 1,798,860 | 1,807,050 | 1,808,350 | 1,808,344 |
| Wisconsin | 5,601,640 | 5,572,660 | 5,540,473 | 5,510,199 | 5,475,267 | 5,445,115 | 5,408,512 | 5,374,399 | 5,363,715 | 5,363,675 |
| Wyoming | 522,830 | 512,757 | 506,541 | 503,258 | 499,368 | 497,204 | 493,032 | 493,985 | 493,782 | 493,782 |
| **Puerto Rico** | 3,941,459 | 3,925,971 | 3,909,866 | 3,893,104 | 3,875,818 | 3,857,474 | 3,836,971 | 3,813,571 | 3,808,603 | 3,808,610 |

Note: The April 1, 2000 Population Estimates base reflects changes to the Census 2000 population from the Count Question Resolution program and geographic program revisions.  See Geographic Terms and Definitions at http://www.census.gov/popest/geographic/ for a list of the states that are included in each region.

Suggested Citation:

Table 1: Annual Estimates of the Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2007 (NST-EST2007-01)

Source: Population Division, U.S. Census Bureau

Release Date: December 27, 2007