MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Proposed Interim Lead Counsel
for the Indirect Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **[PROPOSED] ORDER APPOINTING INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS** |
| **This document relates to:** | Date: April 4, 2008 |
| | Time: 10:00 a.m. |
| **ALL INDIRECT PURCHASER ACTIONS** | Court: One, 17th Floor |
| | The Honorable Samuel Conti |

71811.1

[PROPOSED] ORDER APPPOINTING INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917

The Motion to Appoint Interim Lead Class Counsel filed by Trump Alioto Trump & Prescott LLP came on regularly for hearing on April 4, 2008. The Court, having carefully considered the papers and pleadings on file and oral arguments of counsel, hereby GRANTS the motion. It is hereby ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 23(g) (3), the following attorneys and firms are appointed as Interim Lead Class Counsel for the Indirect Purchaser Plaintiffs class:

_____

_____

_____

2. In addition, the following law firms are hereby designated as members of the Indirect Purchaser Plaintiffs' Executive Committee:

_____

_____

_____

_____

3. Interim Lead Class Counsel shall be responsible for the overall conduct of the litigation on behalf of the indirect purchaser plaintiffs class as follows:

   a. To promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and unproductive efforts;

   b. To conduct all pretrial, trial and post-trial proceedings on behalf of the indirect purchaser plaintiffs;

   c.   To sign any pleadings, motions, briefs, discovery requests or objections, subpoenas or notices on behalf of all indirect purchaser plaintiffs, or those indirect purchaser plaintiffs filing the particular paper;

   d.   To determine and present in motions, briefs, oral argument or such other fashion as may be appropriate , the position of all of the indirect purchaser plaintiffs as to all matters arising during pretrial and trial proceedings;

   e.   To designate attorneys to act as spokespersons for the indirect purchaser plaintiffs at pretrial conferences;

   f.   To conduct or coordinate discovery on behalf of indirect purchaser plaintiffs consistent with the requirements of the Federal Rules of Civil Procedure, including the preparation of interrogatories, requests for production of documents, requests for admissions and the examination of witness in depositions, as well as any motion practice related thereto;

   g.   To designate attorneys to enter into stipulations necessary for the conduct of the litigation with opposing counsel;

   h.   To make all work assignments and supervise the Indirect Purchaser Plaintiifs' Executive Committee, whose role will be to assist in the prosecution of the consolidated actions;

   i.   To monitor the activities of indirect purchaser plaintiffs' counsel and to implement procedures to ensure that schedules are met and unnecessary expenditures of time and funds are avoided;

   j.   To collect time, lodestar and expense reports from each firm in the consolidated action, including paralegals and any other staff members whose time is expected to be included in any fee petition;

      k.   To make and collect assessments from indirect purchaser plaintiffs' counsel for the purpose of paying the costs necessary to prosecute the case;

      l.   To ensure that work assignments are not given to any firm that has not promptly submitted its time and expense records or paid its assessments;

      m.   To employ and consult with experts;

      n.   To call meetings of indirect purchaser plaintiffs' counsel when deemed appropriate;

      o.   To conduct settlement negotiations with defense counsel on behalf of the indirect purchaser plaintiffs and the putative indirect purchaser class;

      p.   To ensure that all indirect purchaser plaintiffs' counsel are kept informed of the progress of this litigation as necessary; and

      q.   To otherwise coordinate the work of all indirect purchaser plaintiffs' counsel, and perform such other duties as the Interim Lead Class Counsel deems necessary or as authorized by further order of the Court.

4.    The Indirect Purchaser Plaintiffs' Executive Committee shall be consulted by Interim Lead Class Counsel on substantive issues so that they can assist in the efficient prosecution of the litigation.

5.    Interim Lead Class Counsel and the Indirect Purchaser Plaintiffs' Executive Committee shall together select working groups or committees to further the efficient prosecution of the litigation as is deemed necessary based on their collective judgment and consideration.

6.    Interim Lead Class Counsel are hereby designated as the counsel for plaintiffs in the consolidated actions upon whom all notices, orders, pleadings, motions, discovery, and memoranda relating to the consolidated actions shall be served, and defendants shall effect service of papers on the indirect purchaser plaintiffs in the consolidated actions by serving each of the Interim Lead Class Counsel set out herein.  An agreement reached between defendant(s)

1  and Interim Lead Class Counsel or their designee(s), shall be binding on all other plaintiffs'
2  counsel in the indirect purchaser consolidated actions.
3      7.    All counsel shall keep a daily record of their time spent and expenses incurred in
4  connection with this litigation, indicating with specificity the hours, location, and particular
5  activity.  Further, all counsel shall endeavor to keep attorneys' fees reasonable and to choose the
6  appropriate level of staffing for the tasks required in this litigation.

Dated: _____    _____

                                                Honorable Samuel Conti
                                                UNITED STATES DISTRICT COURT