Gordon Ball [TN SBN 001135]
**BALL & SCOTT**
550 Main Avenue, Suite 750
Knoxville, TN 37902
Telephone:     (865) 525-7028
Facsimile:      (865) 525-4679
Email:           gball@ballandscott.com

Daniel R. Karon [OH SBN 0069304; IL SBN 6207193]
**GOLDMAN SCARLATO & KARON, P.C.**
55 Public Square, Suite 1500
Cleveland, OH 44113
Telephone:     (216) 622-1851
Facsimile:      (216) 622-1852
Email:           karon@gsk-law.com

Derek G. Howard [CA SBN 118082]
**MURRAY & HOWARD LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
Telephone:     (510) 444-2660
Facsimile:      (510) 444-2522
Email:           dhoward@murrayhowardlaw.com

*Attorneys for Plaintiffs and Proposed Interim Class Counsel for the Indirect-Purchaser Plaintiffs*

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBES ANTITRUST LITIGATION | Master File No.: 3:07-CV-5944 <br><br> MDL No. 1917 <br><br> **CERTIFICATE OF SERVICE** |
| This document relates to: <br><br> All Indirect-Purchaser Actions | |

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

Re: IN RE CATHODE RAY TUBES ANTITRUST LITIGATION
Master File No.: 3:07-CV-5944 SC; MDL No. 1917

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Alameda, State of California, am over eighteen (18) years of age and my business address is Murray & Howard, LLP, 436 14th Street, Oakland, California 94612, whose members are members of the State Bar of California. I am not a party to or interested in the cause entitled upon the document to which this Certificate of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**MULTI-STATE GROUP'S COMBINED REPLY AND RESPONSE TO: (1) ZELLE HOFMANN'S AND LOVELL STEWART'S OPPOSITION TO BALL AND KARON'S MOTION FOR APPOINTMENT OF INTERIM INDIRECT-PURCHASER CLASS COUNSEL (2) ALIOTO LAW FIRM'S AND MILLER LAW LLC'S AND (3) TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP  MOTIONS TO BE APPOINTED INTERIM INDIRECT PURCHASER CLASS COUNSEL**

**DECLARATION OF DANIEL R. KARON IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD, INDIRECT-PURCHASER CLASS COUNSEL AND ENTRY OF PROPOSED CASE-MANAGEMENT ORDER**

**XX** **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at Oakland, California. See SERVICE LIST.

**XX** **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing. See SERVICE LIST.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Oakland, California that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on March 22, 2008 at Oakland, California.

Dated: March 22, 2008                                    */s/ Ashley M. Romero*
                                                                        Ashley M. Romero

**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

1
CERTIFICATE OF SERVICE

# SERVICE LIST

**Mailing Information for a Case 3:07-cv-05944-SC**

**Manual Notice List:**

Eva W. Cole
**Dewey & LeBoeuf LLP**
1301 Avenue of the Americas
New York, NY 10019

Lori A. Fanning
**Miller Law LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Traviss Levine Galloway
**Zelle Hofmann Voelbel Mason & Gette**
44 Montgomery St #3400
San Francisco, CA 94104

Martin E. Grossman
**Law Offices of Martin E. Grossman**
2121 Green Brier Drive
Villanova, PA 19085

Richard M. Hagstrom
**Zelle Hofmann Voelbel Mason & Gette LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Lawrence D. McCabe
**Murray Frank & Sailer LLP**
275 Madison Avenue
New York, NY 10016

Marvin A. Miller
**Miller Law LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

Imtiaz A. Siddiqui
**Lovell Stewart Halebian LLP**
500 Fifth Avenue
New York, NY 10110

Matthew E. Van Tine
**Miller Law LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Jonathan Mark Watkins
**The Furth Firm LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249

**Electronic Mail Notice List:**

- Joseph M. Alioto     jmalioto@aliotolaw.com

- Mario N. Alioto     malioto@tatp.com

- Mario Nunzio Alioto     malioto@tatp.com

- Daniel Bruce Allanoff     dallanoff@mcgslaw.com

- Timothy D. Battin     tbattin@straus-boies.com

- Daniel Edward Birkhaeuser     dbirkhaeuser@bramsonplutzik.com

- David Boies , III     dboies@straus-boies.com, tpalumbo@straus-boies.com

- P. John Brady     jbrady@stklaw.com, aennis@stklaw.com, cfuson@stklaw.com, docketing@stklaw.com, dowen@stklaw.com, dthornton@stklaw.com, ksmith@stklaw.com

- Michael S. Christian     mchristian@furth.com

- Henry A. Cirillo     Hcirillo@furth.com, czapanta@furth.com, gmgray@furth.com, newman@furth.com

- Craig C. Corbitt     ccorbitt@zelle.com

- Joseph W. Cotchett     jcotchett@cpmlegal.com

- Manuel Juan Dominguez     mdominguez@bermanesq.com, clesnick@bermanesq.com

**MURRAY & HOWARD, LLP**
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

3
CERTIFICATE OF SERVICE

Thomas Patrick Dove     tdove@furth.com

Thomas Arthur Doyle     jrkrol@saundersdoyle.com, tadoyle@saundersdoyle.com, trsaunders@saundersdoyle.com

Marwa Elzankaly     melzankaly@mfmlaw.com, smaes@mfmlaw.com

Candice J. Enders     cenders@bm.net

Eric B. Fastiff     efastiff@lchb.com, akingsdale@lchb.com, jbecklund@lchb.com

Alan Feigenbaum     Alan.Feigenbaum@weil.com, tina.losito@weil.com

Joel Flom     joel@jeffreislaw.com

M. Eric Frankovitch     msimon@facslaw.com

Jeff D Friedman     jefff@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

Jeff D. Friedman     jefff@hbsslaw.com

Robert B. Gerard     rgerard@gerardlaw.com

Brendan Patrick Glackin     bglackin@lchb.com

Ruthanne Gordon     rgordon@bm.net, mrussell@bm.net

Steven J. Greenfogel     sgreenfogel@mcgslaw.com, apaul@mcgslaw.com

Marc Jeffrey Greenspon     mjgreenspon@yahoo.com

Jeane Hamilton     jeane.hamilton@usdoj.gov, paula.lattimore@usdoj.gov, SanFran.ATR@usdoj.gov

Christopher T. Heffelfinger     cheffelfinger@bermanesq.com, ysoboleva@bermanesq.com

Richard Martin Heimann     rheimann@lchb.com

Derek G. Howard     dhoward@murrayhowardlaw.com, aarnall@murrayhowardlaw.com, aromero@murrayhowardlaw.com, gmurray@murrayhowardlaw.com, syundt@murrayhowardlaw.com

Gregory Hull     greg.hull@weil.com

Michele Chickerell Jackson     mjackson@lchb.com, dclevenger@lchb.com, glewis@lchb.com, tjackson@lchb.com

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA 94612
Tel. (510) 444-2660
Fax (510) 444-2522

| | |
|---|---|
| 1 | Michael Jacobs    mjacobs@zelle.com |
| 2 | Michael Jocobs    mjacobs@zelle.com |
| 3 | Betty Lisa Julian    bjulian@damrell.com |
| 4 | Steven A. Kanner    kanner@fklmlaw.com |
| 5 | Sherman Kassof    heevay@att.net, heevay@yahoo.com |
| 6 | Jeffrey L. Kessler    jkessler@dl.com, lpmco@dl.com, mlo@dewey.ballantine.com |
| 7 | Jon T. King    jking@cmht.com |
| 8 | Esther L Klisura    eklisura@psswplaw.com |
| 9 | Christopher Le    cle@straus-boies.com |
| 10 | Christopher L. Lebsock    clebsock@cmht.com, tsmall@cmht.com |
| 11 | Michael P. Lehman    mlehmann@cmht.com |
| 12 | Marisa C. Livesay    livesay@whafh.com |
| 13 | Michelle Lo    mlo@dl.com |
| 14 | William H. London    blondon@fklmlaw.com |
| 15 | Christopher Lovell    clovell@lshllp.com |
| 16 | Seymour J. Mansfield    smansfield@mansfieldtanick.com |
| 17 | James H. McManis    jmcmanis@mfmlaw.com, clarsen@mfmlaw.com, smaes@mfmlaw.com |
| 18 | Joel Cary Meredith    jmeredith@mcgslaw.com, apaul@mcgslaw.com |
| 19 | Douglas A. Millen    doug@fklmlaw.com |
| 20 | Kathy Lee Monday    kmonday@damrell.com, mvarni@damrell.com |
| 21 | H. Laddie Montague, Jr    hlmontague@bm.net |
| 22 | Orion Home Systems, LLC    cadio@saveri.com |
| 23 | Daniel D. Owen    dowen@stklaw.com |

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

Lawrence Genaro Papale     lgpapale@papalelaw.com

Joseph Marid Patane     jpatane@tatp.com

Eric James Pickar     epickar@bangsmccullen.com

Alan Roth Plutzik     aplutzik@bramsonplutzik.com

Steven Alan Reiss     steven.reiss@weil.com

Randy R. Renick     rrr@renicklaw.com, home@renicklaw.com

Kathleen Styles Rogers     krogers@glancylaw.com, sfreception@glancylaw.com

Jennifer Susan Rosenberg     jrosenberg@bramsonplutzik.com, moldenburg@bramsonplutzik.com

Lauren Clare Russell     laurenrussell@tatp.com

Terry Rose Saunders     trsaunders@saundersdoyle.com

Guido Saveri     guido@saveri.com

Joseph Richard Saveri     jsaveri@lchb.com, dclevenger@lchb.com

Richard Alexander Saveri     rick@saveri.com

Michael W. Scarborough     mscarborough@smrh.com, khollenbeck@sheppardmullin.com

Francis Onofrei Scarpulla     fscarpulla@zelle.com

Matthew Rutledge Schultz     mschultz@zelle.com

Anthony D. Shapiro     tony@hbsslaw.com, george@hbsslaw.com, ronnie@hbsslaw.com

Harry Shulman     harry@millslawfirm.com, lornaf@millslawfirm.com

Fred A. Silva     fsilva@damrell.com

Bruce Lee Simon     bsimon@psswplaw.com, avargas@psswplaw.com, cpearson@psswplaw.com, dwarshaw@psswplaw.com, gsoter@psswplaw.com, mmorton@psswplaw.com

Michael G. Simon     msimon@facslaw.com

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522

6
CERTIFICATE OF SERVICE

Ronnie Seidel Spiegel     ronnie@hbsslaw.com

Joseph J. Tabacco , Jr     jtabacco@bermanesq.com,  ysoboleva@bermanesq.com

U.S. Department of Justice, Antitrust Division     jeane.hamilton@usdoj.gov

Kenneth Leo Valinoti     kvalinoti@valinoti-dito.com, maria@valinoti-dito.com

A. Paul Victor     pvictor@dl.com

Joseph Richard Wetzel     joseph.wetzel@weil.com, conrad.mckinney@weil.com

David L. Yohai     david.yohai@weil.com

Judith A. Zahid     jzahid@zelle.com

Cadio Zirpoli     zirpoli@saveri.com

MURRAY & HOWARD, LLP
436 14th Street, Suite 1413
Oakland, CA  94612
Tel. (510) 444-2660
Fax (510) 444-2522