| | |
|---|---|
| 1 | David M. Lisi (SBN 154926) |
|   | HOWREY LLP |
| 2 | 1950 University Avenue, 4th Floor |
|   | East Palo Alto, CA 94303 |
| 3 | Telephone: (650) 798-3530 |
|   | Facsimile: (650) 798-3600 |
| 4 | lisid@howrey.com |
| 5 | Joseph A. Ostoyich |
|   | HOWREY LLP |
| 6 | 1299 Pennsylvania Ave NW |
|   | Washington, DC 20004 |
| 7 | Telephone: (202) 383-7241 |
|   | Facsimile: (202) 383-6610 |
| 8 | ostoyichj@howrey.com |
| 9 | Attorneys for Defendant, Philips Electronics North America Corporation |

FILED
08 MAR 24 PM 2:20
[signature], U.S. DISTRICT COURT
[NORTHERN] DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | **APPLICATION OF JOSEPH A. OSTOYICH FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Relates to All Actions. | |

-1-
APPLICATION OF JOSEPH A. OSTOYICH FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

1    Pursuant to Civil L.R. 11-3, JOSEPH A. OSTOYICH, an active member in good standing of
2  the bars of the District of Columbia and New York, hereby applies for admission to practice in the
3  Northern District of California on a *pro hac vice* basis representing Defendant Philips Electronics
4  North America Corporation in the above-entitled action. In support of this application, I certify on
5  oath that:

6    1.    I am an active member in good standing of a United States Court or of the highest court
7  of another State or District of Columbia, as indicated above;

8    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
9  11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the
10 Local Rules and the Alternative Dispute Resolution programs of this Court; and,

11   3.    An attorney who is a member of the bar of this Court in good standing and who
12 maintains an office within the State of California has been designated as co-counsel in the above-
13 entitled action. The name, address and telephone number of that attorney is:

    David M. Lisi (SBN 154926)
    HOWREY LLP
    1950 University Avenue, 4th Floor
    East Palo Alto, CA 94303
    Telephone: (650) 798-3530
    Facsimile: (650) 798-3600
    lisid@howrey.com

18   I declare under penalty of perjury that the foregoing is true and correct.

20 Dated: March 19, 2008

             _____
             JOSEPH A. OSTOYICH