1  David M. Lisi (SBN 154926)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3530
   Facsimile:  (650) 798-3600
4  lisid@howrey.com

5  Joseph A. Ostoyich
   HOWREY LLP
6  1299 Pennsylvania Ave NW
   Washington, DC 20004
7  Telephone: (202) 383-7241
   Facsimile:  (202) 383-6610
8  ostoyichj@howrey.com

9  Attorneys for Defendant, Philips Electronics North America Corporation

10

11

12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14

15
   IN RE:  Cathode Ray Tube (CRT) Antirust      )   No. 07-5944-SC
16 Litigation                                   )
                                                )   **[PROPOSED] ORDER GRANTING**
17                                              )   **JOSEPH A. OSTOYICH'S APPLICATION**
                                                )   **FOR ADMISSION OF ATTORNEY**
18                                              )   ***PRO HAC VICE***
                                                )
19 ─────────────────────────────                )
   This relates to all actions.                 )
20                                              )
                                                )
21

22

23

24

25

26

27

28

                                    -1-
   [PROPOSED] ORDER GRANTING JOSEPH A. OSTOYICH FOR ADMISSION OF
                   ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

1     JOSEPH A. OSTOYICH, an active member in good standing of the bar of Washington, D.C.,
2 whose business address and telephone number is:

           Joseph A. Ostoyich
           HOWREY LLP
           1299 Pennsylvania Ave NW
           Washington, DC 20004
           Telephone: (202) 383-7241
           Facsimile: (202) 383-6610
           ostoyichj@howrey.com

7 Having applied in the above-entitled action for admission to practice in the Northern District of
8 California on a *pro hac vice* basis, representing Defendant Philips Electronics North America
9 Corporation;

10     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
12 Services of papers upon and communication with co-counsel designed in the application will constitute
13 notice to the party. All future filings in this action are subject to the requirements contained in General
14 Order No. 45, *Electronic Case Filing*.

16 Dated: _____

           _____
           SAMUEL CONTI
           UNITED STATES DISTRICT JUDGE