David M. Lisi (SBN 154926)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3530
Facsimile: (650) 798-3600
lisid@howrey.com

Ethan E. Litwin
HOWREY LLP
Citigroup Center
153 E. 53rd Street, 54th Floor
Telephone: (212) 896-6500
Facsimile: (212) 896-6501
litwine@howrey.com

Attorneys for Defendant, Philips Electronics North America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | **APPLICATION OF ETHAN E. LITWIN FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| This Relates to All Actions. | |

-1-
APPLICATION OF ETHAN E. LITWIN FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

Pursuant to Civil L.R. 11-3, ETHAN E. LITWIN, an active member in good standing of the bar of New York, and the United States District Courts for the Southern and Eastern Districts of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Philips Electronics North America Corporation in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. I am an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> David M. Lisi (SBN 154926)
> HOWREY LLP
> 1950 University Avenue, 4th Floor
> East Palo Alto, CA 94303
> Telephone: (650) 798-3530
> Facsimile: (650) 798-3600
> lisid@howrey.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2008

ETHAN E. LITWIN