1  David M. Lisi (SBN 154926)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3530
   Facsimile: (650) 798-3600
4  lisid@howrey.com

5  Ethan E. Litwin
   HOWREY LLP
6  Citigroup Center
   153 E. 53rd Street, 54th Floor
7  Telephone: (212) 896-6500
   Facsimile: (212) 896-6501
8  litwine@howrey.com

9  Attorneys for Defendant, Philips Electronics North America Corporation

10

11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15
   IN RE: Cathode Ray Tube (CRT) Antirust  )  No. 07-5944-SC
16 Litigation                              )
                                           )  **[PROPOSED] ORDER GRANTING**
17                                         )  **ETHAN E. LITWIN'S APPLICATION FOR**
                                           )  **ADMISSION OF ATTORNEY**
18                                         )  ***PRO HAC VICE***
                                           )
19 _____     )
   This relates to all actions.            )
20                                         )
                                           )
21

22

23

24

25

26

27

28

-1-
[PROPOSED] ORDER GRANTING ETHAN E. LITWIN FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

1  ETHAN E. LITWIN, an active member in good standing of the bar of the State of New York,
2  whose business address and telephone number is:

3   Ethan E. Litwin
    HOWREY LLP
4   Citigroup Center
    153 E. 53rd Street, 54th Floor
5   Telephone: (212) 896-6500
    Facsimile: (212) 896-6501
6   litwine@howrey.com

7  Having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing Defendant Philips Electronics North America
9  Corporation;

10  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
12  Services of papers upon and communication with co-counsel designed in the application will constitute
13  notice to the party. All future filings in this action are subject to the requirements contained in General
14  Order No. 45, *Electronic Case Filing*.

16  Dated: _____

19  SAMUEL CONTI
    UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER GRANTING ETHAN E. LITWIN FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC