1  DAVID M. LISI (SBN 154926)
   Email: lisid@howrey.com
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 798-3530
4  Facsimile: (650) 798-3600

5  JOSEPH A. OSTOYICH *(pro hac vice pending)*
   Email: ostoyichj@howrey.com
6  HOWREY LLP
   1299 Pennsylvania Ave NW
7  Washington, DC 20004
   Telephone: (202) 383-7241
8  Facsimile: (202) 383-6610

9  ETHAN E. LITWIN *(pro hac vice pending)*
   Email: litwine@howrey.com
10 HOWREY LLP
   Citigroup Center
11 153 E. 53rd Street, 54th Floor
   Telephone: (212) 896-6500
12 Facsimile: (212) 896-6501

13 Attorneys for Defendant
   Philips Electronics North America Corporation
14

15

16                      UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19
   IN RE: Cathode Ray Tube (CRT) Antirust      )    No. 07-5944-SC
20 Litigation                                  )
                                               )    **PROOF OF SERVICE**
21                                             )
                                               )
22                                             )
                                               )
23 _____ )
   This Relates to All Actions.                )
24                                             )
                                               )
25 _____ )

26

27

28

- 1 -

FILED

03 MAR 24  PM 2: 20

ER V. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE**

1

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION (*Case No. 07-5944-SC)

2

STATE OF NEW YORK, COUNTY OF NEW YORK

3

I am employed in the County of NEW YORK, STATE OF NEW YORK. My business address

4   is Citigroup Center, 153 East 53rd Street, 54th Floor, New York, New York 10022. I am over the age of
eighteen years and am not a party to the within action;

5

On March 21, 2008, I served the following document(s) entitled:

6

1)    APPLICATION OF JOSEPH A. OSTOYICH FOR ADMISSION OF ATTORNEY
7         *PRO HAC VICE*

8   2)    [PROPOSED] ORDER GRANTING JOSEPH A. OSTOYICH'S APPLICATION FOR
         ADMISSION OF ATTORNEY *PRO HAC VICE*
9

10  3)    APPLICATION OF ETHAN E. LITWIN FOR ADMISSION OF ATTORNEY
         *PRO HAC VICE*
11

12  4)    [PROPOSED] ORDER GRANTING ETHAN E. LITWIN'S APPLICATION FOR
         ADMISSION OF ATTORNEY *PRO HAC VICE*

13
in this action as follows:
14

**SEE ATTACHED LIST**

15

☒   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be
16       served by means of this Court's electronic transmission of the Notice of Filing through the
         Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF
17       Users set forth in the service list obtained from this Court.

18
☒   **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and
19       placing it for and mailing following ordinary business practices. I am readily familiar with
         the firm's practice of collection and processing correspondence, pleadings and other matters
20       for mailing with the United States Postal Service. The correspondence, pleadings and other
         matters are deposited with the United States Postal Service with postage thereon fully
21       prepaid in New York, New York, on the same day in the ordinary course of business. I am
         aware that on motion of the party served, service is presumed invalid if the postal
22       cancellation date or postage meter date is more than one day after date of deposit for mailing
23       in affidavit.

24       I declare that I am employed in the office of a member of the bar of this Court at whose
         direction the service was made.
25

         Executed on March 21, 2008, at New York, New York.
26

27                                        Christina A. Bennett

28

-2-

SERVICE LIST

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*

Case No. 07-5944-SC

Parties Served By Electronic Notice:

P. John Brady
Daniel D. Owen
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105

*Attorneys for Direct Purchaser Plaintiff
Crago, Inc.*

Bruce Lee Simons
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104

*Attorneys for Direct Purchaser Plaintiff
Crago, Inc.*

Guido Saveri
Richard Alexander Saveri
Cadio Zirpoldi
SAVERI & SAVERI, INC.
111 Pine Street
Suite 1700
San Francisco, CA 94111

*Attorneys for Direct Purchaser Plaintiff
Hawel A. Hawel d/b/a City Electronics &
Orion Home System, LLC and Paula Call*

Fred A. Silva
Betty Lisa Julian
Kathy Lee Monday
DAMRELL NELSON SCHRIMP PALLIOS,
PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354

*Attorneys for Direct Purchaser Plaintiff
Hawel A. Hawel d/b/a City Electronics*

Craig C. Corbitt
Francis Onofrei Scarpulla
Judith A. Zahid
Matthew Rutledge Schultz
Michael Jacobs
Richard M. Hagstrom
Traviss Levine Galloway
ZELLE, HOFFMAN, VOELBEL, MASON &
GETTE LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

*Attorneys for Indirect Purchaser Plaintiff
Michael Juetten, Chad Klebs and William E.
and Margo Stack*

-- 3 --

| | |
|---|---|
| Steven A. Kanner<br>Douglas A. Millen<br>William H. London<br>FREED KANNER LONDON MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015 | *Attorneys for Direct Purchaser Plaintiffs Art's TV & Appliance and Carroll Cut-Rate Furniture* |
| Harry Shulman<br>THE MILLS LAW FIRM<br>145 Marina Boulevard<br>San Rafael, CA 94901 | *Attorneys for Direct Purchaser Plaintiffs Art's TV & Appliance and Carroll Cut-Rate Furniture* |
| Randy Renick<br>HADSELL, STORMER, KEENY,<br>RICHARDSON & RENICK<br>128 N. Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103 | *Attorneys for Direct Purchaser Plaintiff Orion Home System, LLC* |
| Joseph W. Cotchett<br>COTCHETT, PITRE & MCCARTHY<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | *Attorneys for Direct Purchaser Plaintiff Orion Home System, LLC* |
| Mario N. Alioto<br>Lauren Clare Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123 | *Attorneys for Indirect Purchaser Plaintiff Jeffrey Figone, Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, and Gary Hanson* |
| Joseph Marid Patane<br>LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123 | *Jeffrey Figone, Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, and Gary Hanson* |
| Joseph T. Tabacco, Jr.<br>Christopher T. Heffelfinger<br>Manuel Juan Dominguez<br>BERMAN DEVALERIO PEASE &<br>TOBACCO, P.C.<br>425 California Street, Suite 2100<br>San Francisco, CA 94104 | *Attorneys for Direct Purchaser Plaintiffs Univision Crimson-Holding, Inc., and Central New York Univision Video Systems, Inc. and Crimson Tech, Inc.* |
| Marc Jeffrey Greenspon<br>LAW OFFICE OF MARC J. GREENSPON<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463 | *Attorneys for Direct Purchaser Plaintiffs Univision Crimson-Holding, Inc., and Central New York Univision Video Systems, Inc. and Crimson Tech, Inc.* |
| Anthony Shapiro<br>Ronnie Seidel Spiegel<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 Fifth Avenue, Suite 2900 | *Attorneys for Direct Purchaser Plaintiff Carroll Cut-Rate Furniture* |

Seattle, WA 98101

Jeff D. Friedman
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710

*Attorneys for Direct Purchaser Plaintiff*
*Carroll Cut-Rate Furniture*

Michael P. Lehman
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
One Embarcadero Center, Suite 2440
San Francisco, CA 94111

*Attorneys for Direct Purchaser Plaintiff*
*Monikraft, Inc.*

Richard Martin Heimann
Michele Chickerell Jackson
Joseph Richard Saveri
Eric B. Fastiff
Brendan Patrick Glackin
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

*Attorneys for Direct Purchaser Plaintiffs*
*Nathan Muchnick, Inc. and The Stroud*
*Group, Inc,*

H. Laddie Montague, Jr.
Ruthanne Gordon
Candice J. Enders
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

*Attorneys for Direct Purchaser Plaintiff*
*Nathan Muchnick, Inc,*

Christopher Lebsock
Jon T. King
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
One Embarcadero Center, Suite 2440
San Francisco, CA 94111

*Attorneys for Indirect Purchaser Plaintiff*
*Barbara Caldwell*

Henry A. Cirillo
Michael S. Christian
Thomas Patrick Dove
THE FURTH LAW FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

*Attorneys for Indirect Purchaser Plaintiff*
*Barbara Caldwell and Mark Pierce*

Kathleen Styles Rogers
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center
Suite 760
San Francisco, CA 94111

*Attorneys for Indirect Purchaser Plaintiff*
*Barbara Caldwell*

-- 5 --

| | |
|---|---|
| 1 | Lori A. Fanning<br>Marvin A. Miller | *Attorneys for Indirect Purchaser Plaintiff*<br>*Barbara Caldwell and Mark Pierce* |
| 2 | Matthew E. Van Tine<br>MILLER LAW LLC | |
| 3 | 115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | |
| 4 | | |
| 5 | Daniel Bruce Allanoff<br>Steven J. Greenfogel | *Attorneys for Direct Purchaser Plaintiff*<br>*The Stroud Group* |
| 6 | Joel Cary Meredith<br>MEREDITH COHEN GREENFOGEL & | |
| 7 | SKIRNICK, P.C. | |
| 8 | 1521 Locust Street, 8th Floor<br>Philadelphia, PA 19102 | |

1
Lori A. Fanning
Marvin A. Miller

*Attorneys for Indirect Purchaser Plaintiff*
*Barbara Caldwell and Mark Pierce*

2
Matthew E. Van Tine
MILLER LAW LLC

3
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

4

5
Daniel Bruce Allanoff
Steven J. Greenfogel

*Attorneys for Direct Purchaser Plaintiff*
*The Stroud Group*

6
Joel Cary Meredith
MEREDITH COHEN GREENFOGEL &

7
SKIRNICK, P.C.

8
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

9

10
Martin E. Grossman
Law Offices of Martin E. Grossman

*Attorneys for Direct Purchaser Plaintiff*
*The Stroud Group*

11
2121 Green Brier Drive
Villanova, PA 19085

12

13
Lawrence D. McCabe
MURRAY, FRANK & SAILER LLP

*Attorneys for Direct Purchaser Plaintiff*
*Paula Call*

14
275 Madison Avenue
New York, NY 10016

15

16
John G. Emerson
Scott E. Poynter

*Attorneys for Direct Purchaser Plaintiff*
*Paula Call*

17
EMERSON & POYNTER LLP
The Museum Center

18
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201

19
Joseph M. Alioto
ALIOTO LAW FIRM

*Attorneys for Indirect Purchaser Plaintiff*
*Mark Pierce*

20
555 California Street, 31st Floor

21
San Francisco, CA 94104

22
Bryan L. Clobes
Ellen Meriwether

*Attorneys for Direct Purchaser Plaintiff*
*Princeton Display Technologies, Inc.*

23
CAFFERTY FAUCHER LLP

24
1717 Arch Street, Suite 3610
Philadelphia, PA 19103

25

26

27

28

-- 6 --

| | |
|---|---|
| 1 | Mary Jane Fait | *Attorneys for Direct Purchaser Plaintiff* |
| | Theodore B. Bell | *Princeton Display Technologies, Inc.* |
| 2 | WOLF HALDENSTEIN ADLER | |
| | FREEMAN & HERZ LLC | |
| 3 | 55 W. Monroe Street, Suite 1111 | |
| 4 | Chicago, IL 60603 | |

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603

*Attorneys for Direct Purchaser Plaintiff*
*Princeton Display Technologies, Inc.*

Jayne Goldstein
Lee Albert
MAGER & GOLDSTEIN LLP
1818 Market Street, Suite 3700
Philadelphia, PA 19103

*Attorneys for Direct Purchaser Plaintiff*
*Princeton Display Technologies, Inc.*

Derek G. Howard
MURRAY & HOWARD, LLP
436 14th Street
Suite 1413
Oakland, CA 94612

*Attorneys for Indirect Purchaser Plaintiff*
*Greg A. Glanz*

James H. McManis
Marwa Elzankaly
McMANIS FAULKNER & MORGAN
A Professional Corporation
50 W. San Fernando Street
10th Floor
San Jose, CA 95113

*Attorneys for Indirect Plaintiff Carmen*
*Gonzalez*

Terry Rose Saunders
Thomas Arthur Doyle
SAUNDERS & DOYLE
20 South Clark Street
Suite 1720
Chicago, IL 60603

*Attorneys for Indirect Purchaser Plaintiff*
*William E. and Margo Stack*

Christopher Lovell
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110

*Attorneys for Indirect Purchaser Plaintiff*
*William E. and Margo Stack*

Alan Roth Plutzik
SCHIFFRIN BARROWAY TOPAZ & KESSLER
LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

*Attorneys for Indirect Purchaser Plaintiff*
*Donna Ellingson*

-- 7 --

| | |
|---|---|
| David Boies, III<br>Christopher Le<br>Timothy D. Battin<br>STRAUS & BOIES, LLP<br>4041 University Dr.<br>Fifth Fl.<br>Faifax, VA 22030 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Donna Ellingson* |
| Daniel Edward Birkhaeuser<br>Jennifer Susan Rosenberg<br>BRAMSON, PLUTZIK, MAHLER &<br>BIRKHAEUSER<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Donna Ellingson* |
| Eric James Pickar<br>BANGS, McMULLEN, BUTLER, FOYE &<br>SIMMONS, L.L.P.<br>P.O. Box 2670<br>Rapid City, SD 57709-2670 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Donna Ellingson* |
| Joel Flom<br>JEFFRIES OLSON & FLOM PA<br>1202 27th Street South<br>Fargo, ND 58103 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Samuel J. Nasto, Patrick Piper, Craig*<br>*Stephenson, David G. Norby, John Larch,*<br>*Constance Hare, James Stringwell and Gary*<br>*Hanson* |
| Kenneth Leo Valinoti<br>VALINOTI & DITO LLP<br>180 Montgomery Street<br>Suite 940<br>San Francisco, CA 94104-4223 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Samuel J. Nasto, Patrick Piper, Craig*<br>*Stephenson, David G. Norby, John Larch,*<br>*Constance Hare, James Stringwell and Gary*<br>*Hanson* |
| Lawrence Genero Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>The Cornerstone Building<br>1308 Main Street, Suite 117<br>St. Helena, CA 94574 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Samuel J. Nasto, Patrick Piper, Craig*<br>*Stephenson, David G. Norby, John Larch,*<br>*Constance Hare, James Stringwell and Gary*<br>*Hanson* |
| M. Eric Frankovitch<br>Michael G. Simon<br>FRANKOVITCH ANETAKIS COLANTONIO &<br>SIMON<br>337 Penco Rd.<br>Weirton, WV 26062 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Samuel J. Nasto, Patrick Piper, Craig*<br>*Stephenson, David G. Norby, John Larch,*<br>*Constance Hare, James Stringwell and Gary*<br>*Hanson* |

-- 8 --

| | |
|---|---|
| 1 | Robert B. Gerard<br>GERARD SELDEN & OSUCH | *Attorneys for Indirect Purchaser Plaintiff*<br>*Samuel J. Nasto, Patrick Piper, Craig* |
| 2 | 2840 South Jones Boulevard | *Stephenson, David G. Norby, John Larch,* |
| | Building D, Unit 4 | *Constance Hare, James Stringwell and Gary* |
| 3 | Las Vegas, NV 89146 | *Hanson* |

Robert B. Gerard
GERARD SELDEN & OSUCH
2840 South Jones Boulevard
Building D, Unit 4
Las Vegas, NV 89146

*Attorneys for Indirect Purchaser Plaintiff Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell and Gary Hanson*

Seymour J. Mansfield
MANSFIELD TANICK & COHEN
1700 U.S. Bank Plaza South
2200 South Sixth Street
Minneapolis, MN 55402-1106

*Attorneys for Indirect Purchaser Plaintiff Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell and Gary Hanson*

Sherman Kassof
LAW OFFICES OF SHERMAN KASSOF
9514 Risa Road
Suite B
Lafayette, CA 94549

*Attorneys for Indirect Purchaser Plaintiff Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell and Gary Hanson*

Gregory Hull
Joseph Richard Wetzel
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

*Attorneys for Defendant Panasonic North America*

Alan Feigenbaum
Steven Alan Reiss
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153

*Attorneys for Defendants Panasonic North America*

Eva W. Cole
Michelle Lo
A. Paul Victor
Jeffrey L. Kessler
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

*Attorneys for Defendants Panasonic North America*

Michael W. Scarborough
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

*Attorneys for Defendant Samsung SDI America, Inc.*

-- 9 --

| | | |
|---|---|---|
| 1 | | |
| 2 | Jeane Hamilton<br>U.S. DEPARTMENT OF JUSTICE | *Attorneys for the United States Department of*<br>*Justice, Antitrust Division* |
| 3 | 450 Golden Gate Avenue<br>Box 36046, Room 10-0101 | |
| 4 | San Francisco, CA 94102 | |
| 5 | | |

6 **Parties Served by U.S. Mail:**

| | | |
|---|---|---|
| 7 | S. Randall Hood | *Attorneys for Indirect Purchaser Plaintiff* |
| 8 | William A. McKinnon<br>McGOWAN HOOD & FELDER, LLC | *Greg A. Glanz* |
| 9 | 1539 Healthcare Drive<br>Rock Hill, SC 29732 | |
| 10 | | |
| 11 | John G. Felder, Jr.<br>McGOWAN HOOD & FELDER, LLC | *Attorneys for Indirect Purchaser Plaintiff*<br>*Greg A. Glanz* |
| 12 | 1405 Calhoun St.<br>Columbia, SC 29201 | |
| 13 | Krishna B. Narine | *Attorneys for Indirect Purchaser Plaintiff* |
| 14 | LAW OFFICE OF KRISHNA B. NARINE<br>7839 Montgomery Ave. | *Greg A. Glanz* |
| 15 | Elkins Park, PA 19027 | |
| 16 | Issac L. Diel | *Attorneys for Indirect Purchaser Plaintiff* |
| 17 | SHARP McQUEEN<br>135 Oak Street | *Greg A. Glanz* |
| 18 | Bonner Springs, KS 66012 | |
| 19 | Donna F. Solen | *Attorneys for Indirect Purchaser Plaintiff* |
| 20 | THE MASON LAW FIRM, LLP<br>1225 19th Street, N.W. | *Greg A. Glanz* |
| 21 | Suite 500<br>Washington, DC 20036 | |
| 22 | | |
| 23 | Chunghwa Picture Tubes, Ltd.<br>No. 1127, Heping Rd. | *Defendant* |
| 24 | Bade City, Taoyuan, Taiwan | |
| 25 | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Lot 1, Subang Hi-Tech Industrial Park | *Defendant* |
| 26 | Batu Tiga, 4000 Shah Alam<br>Selangor Darul Ehsan, Malaysia | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Lot 1, Subang Hi-Tech Industrial Park | *Defendant* |
| 2 | Batu Tiga, 4000 Shah Alam | |
| 3 | Selangor Darul Ehsan, Malaysia | |
| 4 | Hitachi, Ltd.<br>6-6, Marunouchi 1-chome | *Defendant* |
| 5 | Chiyoda-ku, Tokyo, 100-8280, Japan | |
| 6 | Hitachi America Ltd. | *Defendant* |
| 7 | 2000 Sierra Point Parkway<br>Brisbane, California 94005 | |
| 8 | Hitachi Asia, Ltd.<br>16 Collyer Quay, #20-00 Hitachi Tower | *Defendant* |
| 9 | Singapore 049318 | |
| 10 | Irico Group Corporation | *Defendant* |
| 11 | 1 Caihong Rd.<br>Xianyang City, Shaanxi Province 712021 | |
| 12 | Irico Display Devices Co. | *Defendant* |
| 13 | No. 16 Fenghui South Road West<br>Disctrict High-Tech Development Zone | |
| 14 | Xi'an, SX1 710775 | |
| 15 | LG Electronics, Inc. | *Defendant* |
| 16 | LG Twin Towers<br>20, Yeouido-dong, Yeungdeungpo-gu | |
| 17 | Seoul, Korea 150-721 | |
| 18 | Matsushita Electric Industrial Co., Ltd. | *Defendant* |
| 19 | 1006, Oaza Kadoma, KAdoma-shi<br>Osaka 571-8501, Japan | |
| 20 | WEIL GOTSHAL & MANGES LLP | *Attorneys for Defendant Matsushita Electric* |
| 21 | 767 Fifth Avenue | *Industrial Co., Ltd.* |
| 22 | New York, NY 10153-0119 | |
| 23 | Orion Electric Co., Ltd.<br>41-1 Iehisa-cho Echizen-shi Fukui | *Defendant* |
| 24 | 915-8555, Japan | |
| 25 | Orion America, Inc. | *Defendant* |
| 26 | Highway 41 North Orion Place<br>Princeton, IN 47670 | |
| 27 | | |
| 28 | | |

-- 11 --

| | | |
|---|---|---|
| 1 | Barry Bendes, Esq. | *Attorneys for Defendant Orion Electric Co.,* |
| 2 | Anthony J. Viola<br>EDWARDS ANGELL PALMER & DODGE LLP | *Ltd. and Orion America, Inc.* |
| 3 | 750 Lexington Avenue<br>New York, NY 10022 | |
| 4 | Koninklijke Philips Electronics N.V. | *Defendant* |
| 5 | Breitner Center, Amstelplein 2,<br>1096 BC Amsterdam, The Netherlands | |
| 6 | | |
| 7 | Samsung SDI Co., Ltd.<br>575 Shin-dong, Yeontong-gu Suwon | *Defendant* |
| 8 | Gyeonggi-do<br>Korea, 443-731 | |
| 9 | Samtel Color, Ltd. | *Defendant* |
| 10 | 52, Community Centre, New Friends Colony<br>New Delhi 110065, India | |
| 11 | | |
| 12 | Thai CRT Co., Ltd.<br>1/F 26 Siam Cement Rd. | *Defendant* |
| 13 | Bangsue Dusit, Bangkok, Thailand | |
| 14 | Toshiba Corporation | *Defendant* |
| 15 | 1-1, Shibaura 1-chome<br>Minato-Ku, Tokyo | |
| 16 | 105-8001, Japan | |
| 17 | Beijing-Matsushita Color CRT Company, Ltd. | *Defendant* |
| 18 | No. 9 Jiuxianqiao N. Rd.<br>Dashanzi Chaoyang District | |
| 19 | Beijing, People's Republic of China | |
| 20 | LP Displays International, Ltd.<br>6th Floor, ING Tower | *Defendant* |
| 21 | 308 Des Voeux Road Central<br>Sheung Wan, Hong Kong, China | |
| 22 | | |
| 23 | MT Picture Display Co., Ltd. *aka* Matsushita<br>Toshiba Picture Display | *Defendant* |
| 24 | 1-1, Saiwai-cho<br>Takatsuki, Osaka 569-1193, Japan | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-- 12 --