1  David M. Lisi (SBN 154926)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3530
   Facsimile: (650) 798-3600
4  lisid@howrey.com

5  Joseph A. Ostoyich
   HOWREY LLP
6  1299 Pennsylvania Ave NW
   Washington, DC 20004
7  Telephone: (202) 383-7241
   Facsimile: (202) 383-6610
8  ostoyichj@howrey.com

9  Attorneys for Defendant, Philips Electronics North America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
|---|---|
| This relates to all actions. | [PROPOSED] ORDER GRANTING JOSEPH A. OSTOYICH'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

-1-
[PROPOSED] ORDER GRANTING JOSEPH A. OSTOYICH FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

1  JOSEPH A. OSTOYICH, an active member in good standing of the bar of Washington, D.C.,
2  whose business address and telephone number is:

    Joseph A. Ostoyich
    HOWREY LLP
    1299 Pennsylvania Ave NW
    Washington, DC 20004
    Telephone: (202) 383-7241
    Facsimile: (202) 383-6610
    ostoyichj@howrey.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Philips Electronics North America Corporation;

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:   3/25/08

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

-2-

[PROPOSED] ORDER GRANTING JOSEPH A. OSTOYICH FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC