1  David M. Lisi (SBN 154926)
   HOWREY LLP
2  1950 University Avenue, 4th Floor
   East Palo Alto, CA 94303
3  Telephone: (650) 798-3530
   Facsimile:  (650) 798-3600
4  lisid@howrey.com

5  Ethan E. Litwin
   HOWREY LLP
6  Citigroup Center
   153 E. 53rd Street, 54th Floor
7  Telephone: (212) 896-6500
   Facsimile:  (212) 896-6501
8  litwine@howrey.com

9  Attorneys for Defendant, Philips Electronics North America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | [~~PROPOSED~~] **ORDER GRANTING ETHAN E. LITWIN'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This relates to all actions. | |

-1-
[PROPOSED] ORDER GRANTING ETHAN E. LITWIN FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

1  ETHAN E. LITWIN, an active member in good standing of the bar of the State of New York,
2  whose business address and telephone number is:

>   Ethan E. Litwin
>   HOWREY LLP
>   Citigroup Center
>   153 E. 53rd Street, 54th Floor
>   Telephone: (212) 896-6500
>   Facsimile: (212) 896-6501
>   litwine@howrey.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Philips Electronics North America Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____3/25/08_____

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

-2-
[PROPOSED] ORDER GRANTING ETHAN E. LITWIN FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC