MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

JOSEPH M. PATANE, ESQ. (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Attorneys for Plaintiff Jeffrey Figone

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rules 3-12 & 7-11)** |
| **This document relates to:** | |
| *Brigid Terry, et al. v. LG Electronics, Inc., et al.,* Case No. 3:08-cv-1559-VRW | The Honorable Samuel Conti |

**1**
**ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Jeffrey Figone[1] ("Plaintiff"), hereby moves this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether the action entitled, *Brigid Terry, et al. v. LG Electronics, Inc., et al.,* Case No. 3:08-cv-1559-VRW ("*Terry*"), filed March 21, 2008, should be related to the multidistrict proceeding entitled *In re: Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917, Master File No. 3:07-cv-5944 SC ("*CRT Cases*"), which was assigned to the Honorable Samuel Conti by Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"), dated February 15, 2008.

I.  **Relationship of the Actions**

This Administrative Motion is made on the grounds that the *Terry* action and the *CRT Cases,* along with similar antitrust actions that have been filed and related, all involve substantially duplicative or overlapping parties, substantially similar questions of fact and law, and concern the same wrongful acts and occurrences.

Specifically, all cases involve allegations that many of the same defendants participated in a conspiracy to fix, raise or maintain and/or stabilize the prices of Cathode Ray Tubes and products containing Cathode Ray Tubes ("CRT Products") in violation of Section 1 of the Sherman Act, 15 U.S.C. §1. Certain cases brought on behalf of indirect purchasers of CRT Products, such as the *Figone* and *Terry* actions, also allege that defendants' conduct violates various state antitrust and consumer protection laws.

Thus, the *CRT Cases* and the *Terry* case "concern substantially the same parties" as well as the same "property, transaction or event." L.R. 3-12(a)(1). Given the closely related nature of these cases, each involving substantially similar questions of law and fact, the assignment of these cases to the same Judge would serve the interests of judicial economy and avoid the potential for conflicting rulings.

---

[1] *Figone v. LG Electronics, Inc., et al.,* Case No. 3:07-cv-6331 SC, filed December 13, 2007 ("*Figone*").

**2**
**ADMINSTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Pursuant to Local Rule 3-12(b)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if these cases are conducted before different Judges. Therefore, it will be more efficient for all cases to proceed before the same Judge so that these analyses and determinations are made by one Court. This will avoid duplication of labor and expenses and the possibility of conflicting results.

**II.     Conclusion**

The *CRT Cases* and the *Terry* case satisfy the criteria of Rule 3-12, and as such, the relation of these actions is proper. Therefore, Plaintiff respectfully requests that *Terry* be related to the *CRT Cases* and assigned to the Honorable Samuel Conti.

Dated: March 25, 2008         By:     /s/ Lauren C. Russell
                                      Mario N. Alioto (56433)
                                      Lauren C. Russell (241151)
                                      TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                      2280 Union Street
                                      San Francisco, CA 94123
                                      Telephone: (415) 563-7200
                                      Facsimile: (415) 346-0679
                                      E-mail: malioto@tatp.com ;
                                      laurenrussell@tatp.com

                                      Joseph M. Patane (72202)
                                      LAW OFFICES OF JOSEPH M. PATANE
                                      2280 Union Street
                                      San Francisco, CA 94123
                                      Telephone: (415) 563-7200
                                      Facsimile: (415) 346-0679
                                      E-mail: jpatane@tatp.com

                                      Attorneys for Plaintiff Jeffrey Figone And All
                                      Others Similarly Situated