1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. RUSSELL, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3  2280 Union Street
   San Francisco, CA  94123
4  Telephone:  (415) 563-7200
   Facsimile: (415) 346-0679
5  malioto@tatp.com
   laurenrussell@tatp.com
6
7  JOSEPH M. PATANE, ESQ. (72202)
   LAW OFFICES OF JOSEPH M. PATANE
8  2280 Union Street
   San Francisco, CA 94123
9  Telephone: (415) 563-7200
   Facsimile: (415) 346-0679
10 E-mail: jpatane@tatp.com

Attorneys for Plaintiff Jeffrey Figone

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. CV-07-5944 SC |
| | **[PROPOSED] ORDER RELATING CASES (Civil Local Rules 3-12 & 7-11)** |
| **This document relates to:** | |
| *Brigid Terry, et al. v. LG Electronics, Inc., et al.,* Case No. 3:08-cv-1559-VRW | The Honorable Samuel Conti |

**1**
[PROPOSED] ORDER RELATING CASES

On March 25, 2008, Plaintiff Jeffrey Figone filed an Administrative Motion to Consider Whether Cases Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS ORDERED that the following cases are related:

| | |
|---|---|
| *In re: Cathode Ray Tube (CRT) Antitrust Litigation* | MDL No. 1917<br>Master File No. 3:07-cv-5944-SC |
| *Brigid Terry, et al. v. LG Electronics, Inc., et al.,* | Case No. 3:08-cv-1559-VRW |

**IT IS SO ORDERED.**

Dated: _____     _____
                                     The Honorable Samuel Conti
                                     United States District Judge