Daniel E. Birkhaeuser (SBN: 136646)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Timothy D. Battin
STRAUS & BOIES, LLP
4041 University Dive
Fifth Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704

Attorneys for Plaintiff Donna Ellingson

FILED

'08 MAR 25 PH 5: 07

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRIC COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br><br>MDL. No. 1917 |
| This Document Relates to:<br><br>ALL CASES | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Timothy D. Battin, an active member in good standing of the bar of Virginia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Donna Ellingson in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Daniel E. Birkhaeuser
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

I declare under penalty of perjury that the foregoing is ~~true~~ and correct.

Dated: 3/24/08

Timothy D. Battin

STRAUS & BOIES, LLP
4041 University Dive
Fifth Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
Email: tbattin@straus-boies.com

Attorney for Plaintiff Donna Ellingson

UNITED STATES DISTRIC COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION / | No. 07-5944-SC<br>MDL. No. 1917 |
| This Document Relates to:<br>ALL ACTIONS<br>/ | **(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Timothy D. Battin, an active member in good standing of the bar of Virginia, whose business address and telephone number is STRAUS & BOIES, LLP, 4041 University Drive, Fifth Floor, Fairfax, Virginia, 22030, Telephone: (703)764-8700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Donna Ellingson.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, *Electronic Case Filing*.

Dated:_____

The Honorable Samuel Conti
United States Senior District Judge

1