# UNITED STATES DISTRIC COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to: | **(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| ALL ACTIONS | |

Timothy D. Battin, an active member in good standing of the bar of Virginia, whose business address and telephone number is STRAUS & BOIES, LLP, 4041 University Drive, Fifth Floor, Fairfax, Virginia, 22030, Telephone: (703)764-8700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff Donna Ellingson.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute to the party. All future filings in this action are subject to the requirements contained in the General Order No. 45, *Electronic Case Filing*.

Dated:_____                             _____

                                              The Honorable Samuel Conti
                                              United States Senior District Judge

1