BARBARA NELSON (CA 87952)
JEANE HAMILTON (CA 157834)
LIDIA MAHER (CA 222253)
ANNA TRYON PLETCHER (CA 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
Email: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | No. CV-07-5944-SC<br>MDL No. 1917<br><br>Date: April 4, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Samuel Conti<br><br>UNITED STATES' STATUS CONFERENCE STATEMENT |

On March 7, 2008, the Court granted the United States' motion to intervene for the purpose of seeking to limit discovery in this civil action. The United States intends to seek the order limiting discovery after conferring with counsel for defendants and counsel for direct and indirect purchasers, once lead counsel has been selected by the Court.

Dated: March 26, 2008

Respectfully submitted,

Jeane Hamilton
Trial Attorney, Antitrust Division
U.S. Department of Justice

CV-07-5944-SC: U.S. STATUS CONF STMT - Pg 1