Christopher L. Lebsock(184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:     (415) 229-2080
Facsimile:      (415) 986-3643

*Attorneys for Certain Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **APPLICATION BY ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF BARBARA CALDWELL** |
| *Barbara Caldwell, on behalf of herself and all others similarly situated,* | |
| v. | **(NO HEARING DATE ASSIGNED)** |
| *Matsushita Electric Industrial Co., Ltd, et al.* N. D. Case No. 3:07-cv-06303-SC | |

     Attorneys Christopher L. Lebsock and Jon T. King hereby apply for an order allowing Henry A. Cirillo and The Furth Firm, LLP to substitute for Christopher L. Lebsock and Jon T. King as counsel for Plaintiff Barbara Caldwell, one of the indirect purchaser plaintiffs that filed a lawsuit in this multidistrict antitrust proceeding.  Plaintiff Caldwell will not suffer any prejudice as a result of the order sought by Attorneys Lebsock and King because she will continue to be represented by other attorneys of her choosing at The Furth Firm, LLP ("Furth").  This application is based on the following:

APPLICATION BY ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING TO WITHDRAW AS COUNSEL FOR PLAINTIFF BARBARA CALDWELL
Case No.  07-cv-05944-SC

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW
SAN FRANCISCO

- Attorneys Lebsock and King were affiliated with Furth until January 11, 2008; thereafter they became affiliated with Cohen Milstein Hausfeld & Toll, P.L.L.C. ("CMHT");

- Furth filed a complaint in this litigation on behalf of Plaintiff Caldwell while Attorneys Lebsock and King were affiliated with Furth.  Attorneys Lebsock and King were identified as two of the attorneys representing Plaintiff Caldwell.

- Plaintiff Caldwell is a client of Furth, and not of Attorney Lebsock or King, or of CMHT;

- Plaintiff Caldwell has consented to the withdrawal of Attorneys Lebsock and King as her attorneys.  *See* Exhibit 1 to the Declaration of Christopher L. Lebsock in Support of Application (executed consent to withdraw);

- Henry A. Cirillo and Furth have consented to continue as Plaintiff Caldwell's attorneys after Attorneys Lebsock and King substitute out.  *See* Exhibit 2 to the Declaration of Christopher L. Lebsock in Support of Application (executed substitution of counsel); and

- This application will not prejudice any party, nor will it adversely affect any matter currently on calendar in this litigation.  Plaintiff Caldwell will continue to be represented by Furth attorneys, as she desires.

Moreover, this application is necessary because Plaintiff Caldwell alleges that she is an *indirect purchaser* of cathode ray tubes, the product at issue in this antitrust litigation.  CMHT represents Plaintiff MoniKraft, Inc., a *direct purchaser* of cathode ray tubes.  There is a potential for conflicts between the direct and indirect purchasers.  Therefore, Attorneys Lebsock and King

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW
SAN FRANCISCO

APPLICATION BY ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING RE
SUBSTITUTION OF COUNSEL FOR PLAINTIFF BARBARA CALDWELL
Case No.  07-cv-05944-SC

- 2 -

believe that the most appropriate course of action is for them to definitively substitute out as counsel for Plaintiff Caldwell, the client of their former firm.

Dated: March 25, 2008

By:  */s/ Christopher L. Lebsock*
Christopher L. Lebsock (184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA  94111
Telephone:  (415) 229-2080
Facsimile:  (415) 986-3643

*Attorneys for Certain Plaintiffs*

359379.1 1

APPLICATION BY ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF BARBARA CALDWELL
Case No.  07-cv-05944-SC

- 3 -

COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
ATTORNEYS AT LAW
SAN FRANCISCO