Christopher L. Lebsock(184546; clebsock@cmht.com)
Jon T. King (205073; jking@cmht.com)
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center
Suite 2440
San Francisco, CA 94111
Telephone:   (415) 229-2080
Facsimile:    (415) 986-3643

*Attorneys for Certain Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: *Barbara Caldwell, on behalf of herself and all others similarly situated,* v. *Matsushita Electric Industrial Co., Ltd, et al.* N. D. Cal. Case No. 3:07-cv-06303-SC | **DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF APPLICATION BY ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF BARBARA CALDWELL** **(NO HEARING DATE SCHEDULED)** |

I, Christopher L. Lebsock, hereby declare:

1.     I am an attorney at Cohen Milstein Hausfeld & Toll, P.L.L.C. ("CMHT"), one of the firms that has made an appearance in this litigation. I have personal knowledge of the following facts and could and would testify competently thereto if called as a witness.

2.     Jon T. King and I were employed by The Furth Firm, LLP ("Furth") until January 11, 2008. On January 14, 2008 we moved our practice to CMHT. While Mr. King and I were employed by Furth, a complaint was filed by Furth attorneys in the above captioned litigation on

behalf of Plaintiff Barbara Caldwell.  Jon King and I were identified as counsel for Plaintiff Caldwell when the complaint was initially filed.  Plaintiff Caldwell is a client of Furth and is not a client of Mr. King or me, or our new firm, CMHT.

3. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff Barbara Caldwell's Consent For Withdrawal Of Attorneys Christopher L. Lebsock And Jon T. King As Her Attorneys Of Record executed by Plaintiff Caldwell.

4. Attached hereto as Exhibit 2 is a true and correct copy of Consent For Substitution Of Counsel executed by Furth attorney Henry A. Cirillo as well as Christopher L. Lebsock and Jon T. King.

4. Furth attorneys will continue to represent Plaintiff Caldwell in this litigation pursuant to Plaintiff Caldwell's arrangements with that firm.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on March 25, 2008 at San Francisco, California.

/s/ *Christopher Lebsock*
Christopher L. Lebsock

359247.1 1

DECLARATION OF CHRISTOPHER L. LEBSOCK IN SUPPORT OF APPLICATION BY ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING RE SUBSTITUTIION OF COUNSEL FOR PLAINTIFF BARBARA CALDWELL
Case No. 07-cv-05944-SC

-2-

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT 1

Henry A. Cirillo (131527; hcirillo @furth.com)
Thomas P. Dove (51921; tdove@furth.com)
Michael S. Christian (212716; mchristian@furth.com)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:   (415) 433-2070
Facsimile:   (415) 982-2076

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:   (312) 332-3400
Facsimile:   (312) 676-2676

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: *Caldwell v. Matsushita Electric Industrial Co., Ltd., et al.*, Case No. 3:07-cv-06303 SC | **PLAINTIFF BARBARA CALDWELL'S CONSENT FOR WITHDRAWAL OF ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING AS HER ATTORNEYS OF RECORD** |

I, Barbara Caldwell, state:

I understand that attorneys Christopher L. Lebsock and Jon T. King entered appearances on my behalf in *Caldwell v. Matsushita Electric Industrial Co., Ltd., et al.*, Case No. 3:07-cv-06303 SC (N.D. Cal.) while they were employed by The Furth Firm LLP. I further understand that Mr. Lebsock and Mr. King have recently moved their practices to Cohen Milstein Hausfeld & Toll, P.L.L.C. I wish to be represented by The

92769.1
PLAINTIFF BARBARA CALDWELL'S CONSENT FOR WITHDRAWAL OF ATTORNEYS CHRISTOPHER L. LEBSOCK AND JON T. KING AS HER ATTORNEYS OF RECORD – Case No. CV-07-5944 SC

1  Furth Firm LLP and its attorneys Henry A. Cirillo, Thomas P. Dove and Michael S.
2  Christian of The Furth Firm LLP.  Therefore, I consent to the withdrawal of Mr. Lebsock
3  and Mr. King as my attorneys of record in the above-captioned action.
4         I further understand that The Furth Firm LLP will continue as my counsel in
5  this matter.
6         Executed this 18th day of March, 2008.

*Barbara A. Caldwell*
Barbara Caldwell

92769.1       -2-
PLAINTIFF BARBARA CALDWELL'S CONSENT FOR WITHDRAWAL OF ATTORNEYS
CHRISTOPHER L. LEBSOCK AND JON T. KING AS HER ATTORNEYS OF RECORD – Case No. CV-07-5944 SC

# EXHIBIT 2

1  Henry A. Cirillo (131527; hcirillo @furth.com)
   Thomas P. Dove (51921; tdove@furth.com)
2  Michael S. Christian (212716; mchristian@furth.com)
   THE FURTH FIRM LLP
3  225 Bush Street, 15th Floor
   San Francisco, CA 94104-4249
4  Telephone:    (415) 433-2070
   Facsimile:    (415) 982-2076
5
   Marvin A. Miller
6  Lori A. Fanning
   Matthew E. Van Tine
7  MILLER LAW LLC
   115 South LaSalle Street, Suite 2910
8  Chicago, IL 60603
   Telephone:    (312) 332-3400
9  Facsimile:    (312) 676-2676

10 Attorneys for Plaintiff and the Putative Class

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 SC |
|---|---|
|  | MDL No. 1917 |
|  | **CONSENT FOR SUBSTITUTION OF COUNSEL** |
| This Document Relates to: | |
| *Caldwell v. Matsushita Electric Industrial Co., Ltd., et al.*, Case No. 3:07-cv-06303 SC | |

92980.1
CONSENT FOR SUBSTITUTION OF COUNSEL – Case No. CV-07-5944 SC

Henry A. Cirillo and The Furth Firm LLP hereby consent to substitute for attorneys Christopher L. Lebsock and Jon T. King as counsel of record for plaintiff Barbara Caldwell in the above-captioned matter.

Dated:  March 25, 2008

Respectfully submitted,

By: _____
Henry A. Cirillo
The Furth Firm LLP

*Attorneys for Plaintiff and the Proposed Class*

By: _____
Christopher L. Lebsock

By: _____
Jon T. King
Cohen Milstein Hausfeld & Toll, PLLC