1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE CATHODE RAY TUBE (CRT)          Case No.  07-cv-05944-SC
    ANTITRUST LITIGATION
12                                        MDL No. 1913
13  This Document Relates to:
                                          **[PROPOSED] ORDER GRANTING**
14  *Barbara Caldwell, on behalf of herself and*   **APPLICATION BY ATTORNEYS**
    *others similarly situated,*          **CHRISTOPHER L. LEBSOCK AND JON**
15                                        **T. KING RE SUBSTITUTION OF**
                                          **COUNSEL FOR PLAINTIFF**
16    v.                                  **BARBARA CALDWELL**

17  *Matsushita Electric Industrial Co., Ltd, et al.,*
    N. D. Cal. Case No. 3:07-cv-06303-SC
18

19

20

21

22

23

24

25

26

27

28
    [PROPOSED] ORDER GRANTING APPLICATION BY ATTORNEYS CHRISTOPHER L.
    LEBSOCK AND JON T. KING RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF
    BARBARA CALDWELL
    Case No. 07-cv-05944-SC

1    Pursuant to Local Rule 11-5(a) and on good cause shown, the Application By Attorneys

2    Christopher L. Lebsock And Jon T. King Re Substitution Of Counsel For Plaintiff Barbara

3    Caldwell is granted.  Attorneys Christopher L. Lebsock and Jon T. King are hereby withdrawn as

4    counsel for Plaintiff Barbara Caldwell.  Henry A. Cirillo and The Furth Firm LLP shall continue

5    as counsel for Plaintiff Caldwell.

6

7    SO ORDERED.

8

9    Dated:  March ____, 2008            _____

10                                                            HON. SAMUEL CONTI
                                                          UNITED STATES DISTRICT JUDGE
11
     359610.1 1
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COHEN, MILSTEIN,
HAUSFELD & TOLL
P.L.L.C.
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING APPLICATION BY ATTORNEYS CHRISTOPHER L.
LEBSOCK AND JON T. KING RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF BARBARA
CALDWELL                                                                                      - 2-
Case No. 07-cv-05944-SC