1  JAMES McMANIS (40958)
   MARWA ELZANKALY (206658)
2  McMANIS FAULKNER & MORGAN
   A Professional Corporation
3  50 W. San Fernando Street, 10th Floor
   San José, California  95113
4  Telephone:  (408) 279-8700
   Facsimile:   (408) 279-3244
5  melzankaly@mfmlaw.com
6
7  Attorneys for Indirect Purchaser Plaintiff,
   CARMEN GONZALEZ
8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.  CV-07-5944-SC<br>MDL No. 1917 |
|---|---|
| This document relates to:<br><br>All Indirect-Purchaser Actions | **MEMORANDUM OF PLAINTIFF CARMEN GONZALEZ IN SUPPORT OF APPLICATION TO APPOINT ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP AND LOVELL STEWART HALEBIAN LLP AS LEAD CLASS COUNSEL**<br><br>Date:  April 4, 2008<br>Time:  10:00 a.m.<br>Courtroom: 1, 17th Floor<br><br>The Honorable Samuel Conti |

                        **INTRODUCTION**

        Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the law firm of McManis

Faulkner & Morgan, counsel for Carmen Gonzalez, an indirect purchaser plaintiff in the above-

entitled action, submits this memorandum in support of the motion by Zelle, Hofmann, Voelbel,

Mason & Gette LLP ("Zelle Hofmann") and Lovell Stewart Halebian LLP ("Lovell Stewart") to

be appointed as interim lead class counsel.

                              1

|   |   |
|---|---|
| 1 | **ARGUMENT** |
| 2 | On February 25, 2008, Zelle Hofmann and Lovell Stewart filed their motion to be |
| 3 | appointed as interim lead counsel for the indirect purchaser class in this action.  Appointment of |
| 4 | an interim lead counsel will benefit this complex litigation by centralizing a point of |
| 5 | communication between representatives of the indirect purchaser plaintiffs and counsel for the |
| 6 | defendants.  While a number of law firms have moved for appointment as interim lead counsel, |
| 7 | Zelle Hofmann and Lovell Stewart are the firms most capable of representing the indirect |
| 8 | purchaser class. |
| 9 | The earliest cathode ray tube cases filed in this country on behalf of an indirect purchaser |
| 10 | were filed by Lovell Stewart and Zelle Hofmann.  Prior to these filings, Zelle Hofmann and |
| 11 | Lovell Stewart had served as lead or co-lead counsel in a number of antitrust class actions |
| 12 | against large corporations, including ones within the technology industry.  Both firms have a |
| 13 | long and well-chronicled history of their successful representation of plaintiffs in antitrust |
| 14 | litigation.  Therefore, they have the necessary experience, skill and resources to serve as lead |
| 15 | counsel in this case. |

**CONCLUSION**

For the reasons stated in this memorandum and the memorandum filed by Zelle Hofmann and Lovell Stewart, McManis Faulkner & Morgan respectfully requests appointment of Zelle Hofmann and Lovell Stewart as interim lead class counsel for the indirect purchaser plaintiffs.

Dated: March 27, 2008

McMANIS FAULKNER & MORGAN

JAMES McMANIS
MARWA ELZANKALY

Attorneys for Indirect Purchaser
Plaintiff, Carmen Gonzalez

2

MEMORANDUM OF PLAINTIFF GONZALEZ IN SUPPORT OF APPLICATION FOR APPOINTMENT OF
ZELLE HOFMANN AND LOVELL STEWART AS LEAD COUNSEL