Marvin A. Miller (IL SBN 1916769)
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:    (312) 332-3400
Facsimile:    (312) 676-2676
mmiller@millerlaw.com

*Attorneys for Plaintiffs*
*Barbara Caldwell and Mark Pierce*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-05944-SC <br><br> MDL No. 1917 <br><br> **CLASS ACTION** <br><br> **NOTICE OF WITHDRAWAL OF MILLER LAW LLC FROM OPPOSITION TO MOTIONS FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS AND FROM CROSS-MOTION TO APPOINT ALIOTO LAW FIRM AND MILLER LAW LLC AS INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS (Related Cases)** <br><br> (FRCP Rules 1 and 23(g)) <br><br> Date: April 4, 2008 <br> Time: 10:00 A.M. <br><br> Hon. Samuel Conti <br> Courtroom One, 17th Floor |
| This Document Relates to: <br><br> **ALL INDIRECT PURCHASER ACTIONS** | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Miller Law LLC hereby withdraws from the Opposition to Motions for Appointment of Interim Lead Class Counsel for Indirect

92990.1

NOTICE OF WITHDRAWAL OF MILLER LAW LLC FROM OPPOSITION TO MOTIONS FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS AND FROM CROSS-MOTION TO APPOINT ALIOTO LAW FIRM AND MILLER LAW LLC AS INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS – Case No. 3:07-cv-05944-SC

Purchaser Plaintiffs, and Notice of Cross-Motion and Cross-Motion to Appoint Alioto Law Firm and Miller Law LLC as Interim Lead Class Counsel for Indirect Purchaser Plaintiffs, filed March 14, 2008 (Doc. No. 144).

Dated:  March 27, 2008                                  Respectfully submitted,

                                                      By:      /s/ Marvin A. Miller
                                                             Miller Law LLC

*Attorneys for Plaintiffs*
*Barbara Caldwell and Mark Pierce*

# CERTIFICATE OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. **NOTICE OF WITHDRAWAL OF MILLER LAW LLC FROM OPPOSITION TO MOTIONS FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS AND FROM CROSS-MOTION TO APPOINT ALIOTO LAW FIRM AND MILLER LAW LLC AS INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS; and**

2. **CERTIFICATE OF SERVICE**.

☑   **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

Executed on March 27, 2008 at San Francisco, California.

Signed     /s/   Robert L. Newman

92291.1

CERTIFICATE OF SERVICE – Case No. 3:07-cv-05944-SC