**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                         415.522.2000

March 27th, 2008

Re:  MDL 1917 In re: Cathode Ray Tube (CRT) Antitrust Litigation

Title of Case                                                           Case Number
Barry Kushner, et al. v. Chunghwa Picture Tubes        C.A. No.08-160

Dear Sir/Madam:

    This is to advise you that the above entitled case has been transferred from the District of Minnesota to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Samuel Conti.  We have given the action the individual case number **C 08-1622 to be followed by the initials SC**.

    Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

Simone Voltz
Deputy Clerk

cc: Counsel
    MDL