Counsel Listed On Signature Block

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944<br>MDL No. 1917 |
| This Document Relates to:<br>All Indirect-Purchaser Actions | **INDIRECT-PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT**<br><br>DATE: APRIL 4, 2008<br>TIME: 10:00 A.M.<br>COURTROOM: 1, 17TH FLOOR<br><br>Honorable Samuel Conti |

INDIRECT-PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT

The Indirect-Purchaser Plaintiffs submit this status conference statement in advance of the hearing scheduled for April 4, 2008.

## OVERVIEW OF THE INDIRECT-PURCHASER CASES

This multidistrict proceeding arises from alleged price-fixing of: (1) cathode ray tubes ("CRTs") used in the manufacture of televisions and computer monitors; and (2) products containing cathode ray tubes ("CRT Products"). Defendants, and their affiliated companies, are foreign and domestic manufacturers of CRTs and CRT Products. Indirect-Purchaser Plaintiffs are end-users of these products, which they bought from someone other than Defendants, such as original equipment manufacturers ("OEMs") or retailers.

Indirect-Purchaser Plaintiffs claim damages caused by Defendants' alleged conspiracy to fix prices of CRTs and CRT Products sold throughout the United States indirectly to Plaintiffs and the other members of the indirect-purchaser class. Certain of the Defendants are being investigated for fixing CRT prices, on a coordinated basis, by government agencies from the United States, Japan, South Korea, and the European Union. Indirect-Purchaser Plaintiffs allege that they paid higher prices for CRTs and CRT Products than they would have absent the conspiracy. The broadest class periods alleged in the complaints charge that the conspiracy began in 1995 and continues through the present.

The indirect-purchaser complaints allege claims for injunctive relief under Section 16 of the Clayton Act, 15 U.S.C. § 26, for violation of Section 1 of the Sherman Act, 15 U.S.C. § 1, for violation of multiple states' antitrust and consumer protection laws, and for unjust enrichment under various states' common laws.

This Court has jurisdiction over the federal claims under 28 U.S.C. §§ 1331 and 1337. The Court has supplemental jurisdiction over all state-law claims asserted by Indirect-Purchaser Plaintiffs under 28 U.S.C. § 1367, as well as original jurisdiction over these claims under 28 U.S.C. § 1332, as amended by the Class Action Fairness Act.

By Order dated February 15, 2008, the Judicial Panel on Multidistrict Litigation transferred all related *CRT* cases to this Court for coordination and/or consolidation of

pretrial proceedings.  A list of all known indirect-purchaser cases, including counsel for each of the named plaintiffs, is attached as Exhibit A.

## PENDING MOTIONS

Currently pending before this Court are four motions seeking appointment of interim lead counsel for the Indirect-Purchaser Plaintiffs.  The applicants for lead counsel, in order of their filing dates, are:

1. Trump, Alioto, Trump & Prescott, LLP;
2. Zelle, Hofmann, Voelbel, Mason & Gette LLP and Lovell Stewart Halebian LLP;
3. Ball & Scott and Goldman Scarlato & Karon, P.C.; and
4. Alioto Law Firm.

*See* Docket Nos. 90, 99, 114, and 144.[1]   Miller Law LLC, which had previously joined in a motion to be appointed interim co-lead counsel on behalf of the indirect-purchaser plaintiffs with the Alioto Law Firm, withdrew its application on March 27, 2008.  *See* Docket No. 181.

All motions to appoint interim lead counsel are set for hearing on April 4, 2008. Indirect-Purchaser Plaintiffs respectfully submit that these motions should be resolved before there is a formal meet-and-confer process on case-management issues.

In addition, on March 20, 2008, Zelle Hofmann/Lovell Stewart, two of the firms proposed as interim co-lead counsel for the Indirect-Purchaser Plaintiffs, filed a Motion for Issuance of Letters Rogatory, in order to serve certain foreign defendants.  *See* Docket No. 162.  The Court has previously granted similar Letters-Rogatory motions filed by the Direct-Purchaser Plaintiffs.  *See* Docket Nos. 35, 64, and 73.  Moreover, both Zelle Hofmann/Lovell Stewart and Ball & Scott/Goldman Scarlato & Karon, P.C, two other firms proposed as interim co-lead counsel for the Indirect-Purchaser Plaintiffs, have initiated proceedings with APS International, Ltd. for the purpose of serving certain foreign defendants.  Trump, Alioto,

---

[1] There is also one pending motion to appoint interim lead counsel in the direct-purchaser cases.  *See* Docket No. 105.

2

Trump & Prescott, LLP, another firm proposed as interim co-lead counsel, has also made efforts to serve foreign defendants.

## MEET AND CONFER AMONG COUNSEL REGARDING CASE MANAGEMENT PLAN

Counsel for Indirect-Purchaser Plaintiffs are prepared to meet with counsel for Direct-Purchaser Plaintiffs and with Defendants' counsel to discuss case management issues and prepare a proposed case management plan. Indirect-Purchaser Plaintiffs agree with Direct-Purchaser Plaintiffs that, within 30 days of an Order appointing interim lead counsel, all parties will submit to the Court a proposal for a comprehensive case-management plan and schedule.

Counsel for the Indirect-Purchaser Plaintiffs will use reasonable efforts to work with Counsel for the Direct-Purchaser Plaintiffs to coordinate discovery and other matters to prevent duplication of effort, promote the efficient and timely resolution of the case, and allow all parties to conduct discovery reasonably necessary to permit a fair conclusion of the cases.

## REQUEST FOR CASE MANAGEMENT CONFERENCE

Indirect-Purchaser Plaintiffs join with the Direct-Purchaser Plaintiffs to request that a Case Management Conference be scheduled approximately 45 days after the Court issues orders appointing interim lead counsel. Counsel for the Indirect-Purchaser Plaintiffs will be prepared to discuss a complete case management plan and pretrial schedule at that time.

Dated: March 28, 2008                                  Respectfully submitted,

By: */s/ Francis O. Scarpulla*
Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss L. Galloway (234678)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street - Suite 3400
San Francisco, CA  94104
Tel.: (415) 693-0700
Fax: (415) 693-0770

Richard M. Hagstrom
Michael E. Jacobs
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
500 Washington Ave. South, Suite 400
Minneapolis, MN 55415
Tel: (612) 339-2020
Fax: (612) 336-9100

*Attorneys for Plaintiffs Michael Juetten, Chad Klebs, William E. Stack and Margo Stack*

By: */s/ Christopher Lovell*
Christopher Lovell
Craig M. Essenmacher
Keith Essenmacher
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
Telephone:    (212) 608-1900
Facsimile:    (212) 719-4775

*Attorneys for Indirect-Purchaser Plaintiffs Andrew Kindt, William E. Stack and Margo Stack*

Terry Rose Saunders
Thomas A. Doyle
SAUNDERS & DOYLE
20 South Clark Street, Suite 1720
Chicago, IL 60603
Tel: (312) 551-0051
Fax: (312) 551-4467

*Attorneys for Indirect-Purchaser Plaintiffs William E. Stack and Margo Stack*

By: */s/ Mario N. Alioto*
Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP ALIOTO TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679

Joseph M. Patane (72202)
LAW OFFICES OF JOSEPH M. PATANE
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200
Fax: (415) 346-0679

4

INDIRECT-PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT

Lawrence G. Papale (67068)
LAW OFFICES OF JOSEPH M. PATANE
1308 Main Street #117
St. Helena, CA 94123
Tel: (707) 963-1704
Fax: (707) 963-0706

Kenneth L. Valinoti (118442)
VALINOTI & DITO LLP
180 Montgomery Street, Suite 940
San Francisco, CA 94104
E-mail: kvalinoti@valinoti-dito.com

Sherman Kassof (66383)
LAW OFFICES OF SHERMAN KASSOF
954 Risa Road, Suite B
Lafayette, CA 94549
E-mail: heevay@att.net

Seymour J. Mansfield
Jean B. Roth
Lawrence P. Schaefer, Of Counsel
MANSFIELD, TANICK & COHEN, P.A.
1700 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN 55402
E-mail: smansfield@mansfieldtanick.com

Joel Flom
JEFFRIES, OLSON & FLOM, P.A.
1202 27th Street South
Fargo, N.D. 58103
E-mail: joel@jeffrieslaw.com

Michael G. Simon
M. Eric Frankovitch
FRANKOVITCH, ANETAKIS,
COLANTONIO & SIMON
337 Penco Road
Weirton, WV 26062
E-mail: msimon@facslaw.com

Robert Gerard
GERARD & OSUCH, LLP
1516 Front Street
San Diego, CA 92101
E-mail: rgerard@gerardlaw.com

Robert Gerard
GERARD & OSUCH, LLP
2840 South Jones Blvd.
Building D, Unit 4
Las Vegas, NV 89146
E-mail: rgerard@gerardlaw.com

5
INDIRECT-PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT

Robert Bonsignore
ATTORNEY AT LAW
23 Forest Street
Medford, MA 02155
E-mail: rbonsignore@aol.com

*Attorneys for Indirect-Purchaser Plaintiffs Jeffrey Figone, Samuel L. Nasto Patrick Piper, Adrienne Belai, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, Gary Hanson Brigid Terry, Anthony Gianasca, Brighid Flaherty, and Bridget Ten Eyck*

By: */s/ Henry Cirillo*
Henry Cirillo
Thomas P. Dove
Michael S. Christian
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA  94104-4249
Tel: (415) 433-2070
Fax: (415) 982-2076

Joseph M. Alioto
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Tel: (415) 434-8900
Fax: (415) 434-9200

Marvin A. Miller
Lori A. Fanning
Matthew E. Van Tine
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603
Tel: (312) 332-3400
Fax: (312) 676-2676

*Attorneys for Indirect-Purchaser Plaintiffs Barbara Caldwell and Mark Pierce*

By:  */s/ Gordon Ball*
Gordon Ball
BALL & SCOTT
550 Main Ave., Suite 601
Knoxville, TN 37902
Tel: (865) 525-7028
Fax: (865) 525-4679

*Attorneys for Indirect-Purchaser Plaintiff Charles Benson*

|   |   |
|---|---|
| 1 |  |
| 2 | By:   /s/ *Daniel R. Karon*<br>Daniel R. Karon |
|   | GOLDMAN SCARLATO & KARON, P.C. |
| 3 | 55 Public Square, Suite 1500<br>Cleveland, OH  44113-1998 |
| 4 | Tel: (216) 622-1851<br>Fax: (216) 622-1852 |

By:   /s/ *Daniel R. Karon*
Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH  44113-1998
Tel: (216) 622-1851
Fax: (216) 622-1852

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE, P.C.
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19027
Tel: (215) 914-2460
Fax: (215) 914-2462

Isaac L. Diel
SHARP MCQUEEN P.A.
Financial Plaza 6900 College Blvd., Suite 285
Overland Park, KS  66211
Tel: (913) 661-9931
Fax: (913) 661-9935

Donna F. Solen
THE MASON LAW FIRM, LLP
1225 19th Street, N.W., Suite 500
Washington, DC  20036
Tel: (202) 640-1162
Fax: (202) 429-2294

*Attorneys for Indirect-Purchaser Plaintiffs Margaret Slagle, Brian A. Luscher, Scott Friedson, Southern Office Supply, Inc., Jerry Cook, Charles Benson, Barry Kushner and Alan Rotman*

F. Xavier Starkes
STARKES LAW FIRM, LLC
1817 Hampton Street
Columbia, SC 29202
Tel: (803) 758-2882
Fax: (803) 758-2454

S. Randall Hood
William A. McKinnon
MCGOWAN HOOD & FELDER, LLC
1539 Healthcare Drive
Rock Hill, SC  29732
Tel: (803) 327-7800
Fax: (803) 328-5656

John G. Felder, Jr.
MCGOWAN HOOD & FELDER, LLC
1405 Calhoun Street
Columbia, SC  29201
Tel: (803) 779-0100
Fax: (803) 787-0750

*Attorneys for Indirect-Purchaser Plaintiff Greg A. Glanz*

Mary G. Kirkpatrick
KIRKPATRICK & GOLDSBOROUGH, PLLC
Lakewood Commons
1233 Shelburne Road, Suite E-1
South Burlington, VT  05401
Tel: (802) 651-0960
Fax: (802) 651-0964

*Attorneys for Indirect-Purchaser Plaintiff Margaret Slagle*

Robert James Pohlman
RYLEY CARLOCK & APPLEWHITE PC
1 N Central Ave., Ste 1200
Phoenix, AZ 85004-4417
Tel: (602) 440-4812
Fax: (602) 257-6912

*Attorneys for Indirect-Purchaser Plaintiffs Brian A. Luscher and Scott Fried*

Charles M. Kester
THE KESTER LAW FIRM
P.O. Box 184
Fayetteville, AR 72702-0184
Tel: (479) 582-4600
Fax: (479) 571-1671

Bruce Mulkey
THE MULKEY ATTORNEYS GROUP, P.A.
1039 W. Walnut, Suite 3
Rogers, AR 72756
Tel: (479) 631-0481
Fax: (479) 631-5994

*Attorneys for Indirect-Purchaser Plaintiff Jerry Cook*

8
INDIRECT-PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT

Karl L. Cambronne
Jeffrey D. Bores
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN  55402
Tel: (612) 339-7300
Fax: (612) 336-2940

*Attorneys for Indirect-Purchaser Plaintiffs*
*Barry Kushner and Alan Rotman*

Donald Amamgbo
AMAMGBO & ASSOCIATE
7901 Oakport Street, Suite 4900
Oakland, CA  94621
Tel: (510) 615-6000
Fax: (510) 615-6025

Reginald Terrell
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA.  94804
Tel: (510) 237-9700
Fax: (510) 237-4616

*Attorneys for Indirect-Purchaser Plaintiff*
*Dennis Patrick*

James H. McManis
Marwa Elzankaly
MCMANIS FAULKNER & MORGAN
A Professional Corporation
50 W. San Fernando Street
10th Floor
San Jose, CA  95113
Tel:  (408) 279-8700
Fax:  (408) 279-3244

*Attorneys for Indirect-Purchaser Plaintiff*
*Carmen Gonzalez*

By: */s/ Daniel Birkhaeuser*
Daniel Birkhaeuser
BRAMSON, PLUTZIK, MAHLER &
BIRKHAEUSER
2125 Oak Grove Rd., Suite 120
Walnut Creek, CA 94598
Tel: (925) 945-0200
Fax: (925) 945-8792

INDIRECT-PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT

|   |   |
|---|---|
| 1 | By: */s/ Timothy Battin* |
| 2 | David Boies<br>Timothy Battin |
| 3 | Christopher Le<br>STRAUS & BOIES, LLP |
| 4 | 4041 University Drive, 5th Floor<br>Fairfax, VA 22030 |
|   | Tel: (703) 764-8700 |
| 5 | Fax: (703) 764-8704 |

By:  */s/ Timothy Battin*
David Boies
Timothy Battin
Christopher Le
STRAUS & BOIES, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030
Tel: (703) 764-8700
Fax: (703) 764-8704

James F. Wyatt, III
WYATT & BLAKE, LLP
435 East Morehead Street
Charlotte, NC  28202-2609
Tel:  (704) 331-0767
Fax:  (704) 331-0773

Michael G. Simon
FRANKOVITCH ANETAKIS
COLANTONIO & SIMON
337 Penco Road
Weirton, WV  26062
Tel:  (304) 723-4400
Fax:  (304) 723-5892

Frank Balint
BONNETT, FAIRBOURN, FRIEDMAN &
BALINT, P.C.
2901 North Central Avenue, Suite 1000
Phoenix, AZ  85012-3311
Tel:  (602) 274-1100
Fax:  (602) 274-1199

Jeffrey Bartos
GUERRIERI, EDMOND, CLAYMAN &
BARTOS PC
1625 Massachusetts Ave., NW, Suite 700
Washington, DC  20036
Tel:  (202) 624-7400
Fax:  (202) 624-7420

David Freedman
FREEDMAN, BOYD, HOLLANDER,
GOLDBERG & IVES, PA
10 First Plaza, Suite 700
Albuquerque, NM  87102
Tel:  (505) 842-9960
Fax:  (505) 842-0761

INDIRECT-PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT

1
2
3
4
5
6
7
8

                              Eric J. Pickar
                              BANGS, Mc CULLEN, BUTLER, FOYE
                              & SIMMONS, LLP
                              333 West Boulevard, Suite 400
                              P.O. Box 2670
                              Rapid City, SD  57709-2670
                              Tel:  (605) 343-1040

                              *Attorneys for Indirect-Purchaser Plaintiff*
                              *Donna Ellingson*

9  #3172849v1

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

11

INDIRECT-PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT