# Exhibit A

## EXHIBIT A

### Consolidated Indirect-Purchaser Actions
### (by date of filing)

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| Andrew Kindt, on behalf of himself and all others similarly situated | 1:07-cv-10322 (S.D.N.Y.) | 11/13/07 | Michigan | Christopher Lovell<br>Craig M. Essenmacher<br>Keith Essenmacher<br>Imtiaz A. Siddiqui<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue Floor 58<br>New York, NY 10110<br>Tel: (212) 608-1900<br>Fax: (212) 719-4775 |
| Michael Juetten and Chad Klebs, on behalf of themselves and all others similarly situated | 3:07-cv-06225 (N.D. Cal.) | 12/10/07 | California Minnesota | Francis O. Scarpulla<br>Craig C. Corbitt<br>Matthew R. Schultz<br>Judith A. Zahid<br>Traviss L. Galloway<br>ZELLE HOFMANN VOELBEL MASON & GETTE LLP<br>44 Montgomery Street Suite 3400<br>San Francisco, CA  94104<br>Tel: (415) 693-0700<br>Fax: (415) 693-0770<br><br>Richard M. Hagstrom<br>Michael E. Jacobs<br>ZELLE HOFMANN VOELBEL MASON & GETTE LLP<br>500 Washington Avenue South, Suite 400<br>Minneapolis, MN  55415<br>Tel: (612) 339-2020<br>Fax: (612) 336-9100 |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| Barbara Caldwell, on behalf of herself and all others similarly situated | 3:07-cv-06303 (N.D. Cal.) | 12/13/07 | Massachusetts | Henry Cirillo<br>Michael S. Christian<br>Thomas P. Dove<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA  94104-4249<br>Tel: (415) 433-2070<br>Fax: (415) 982-2076<br><br>Marvin A. Miller<br>Lori A. Fanning<br>Matthew E. Van Tine<br>MILLER LAW LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL  60603<br>Tel: (312) 332-3400<br>Fax: (312) 676-2676 |
| Jeffrey Figone, on behalf of himself and all others similarly situated | 3:07-cv-06331 (N.D. Cal.) | 12/31/07 | California | Joseph M. Patane<br>LAW OFFICES OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679<br><br>Lawrence G. Papale<br>LAW OFFICES OF JOSEPH M. PATANE<br>1308 Main Street #117<br>St. Helena, CA  94123<br>Tel: (707) 963-1704<br>Fax: (707) 963-0706<br><br>Mario N. Alioto<br>Lauren C. Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel: (415) 563-7200<br>Fax: (415) 346-0679 |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| Greg A. Glanz, on behalf of himself and all others similarly situated | 4:07-cv-04175 (D.S.C.) | 12/31/07 | South Carolina | S. Randall Hodd<br>William A. McKinnon<br>MCGOWAN HOOD & FELDER, LLC<br>1539 Healthcare Drive<br>Rock Hill, SC 29732<br>Tel: (803) 327-7800<br>Fax: (803) 328-5656<br><br>John G. Felder, Jr.<br>MCGOWAN HOOD & FELDER, LLC<br>1405 Calhoun Street<br>Columbia, SC 29201<br>Tel: (803) 779-0100<br>Fax: (803) 787-0750 |
| Margaret Slagle, on behalf of herself and all others similarly situated | 2:08-cv-00005 (D. Vt.) | 01/09/08 | Vermont | Mary G. Kirkpatrick<br>KIRKPATRICK & GOLDSBOROUGH, PLLC<br>Lakewood Commons<br>1233 Shelburne Road, Suite E-1<br>South Burlington, VT 05401<br>Tel: (802) 651-0960<br>Fax: (802) 651-0964<br><br>Daniel R. Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113-1998<br>Tel: (216) 622-1851<br>Fax: (216) 622-1852<br><br>Krishna B. Narine<br>LAW OFFICE OF KRISHNA B. NARINE, P.C.<br>2600 Philmont Avenue, Suite 324<br>Huntingdon Valley, PA 19027<br>Tel: (215) 914-2460<br>Fax: (215) 914-2462 |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| | | | | Isaac L. Diel<br>SHARP MCQUEEN P.A.<br>Financial Plaza 6900 College Blvd.; Suite 285<br>Overland Park, KS  66211<br>Tel: (913) 661-9931<br>Fax: (913) 661-9935<br><br>Donna F. Solen<br>THE MASON LAW FIRM, LLP<br>1225 19th Street, N.W., Suite 500<br>Washington, DC  20036<br>Tel: (202) 640-1162<br>Fax: (202) 429-2294 |
| Brian A. Luscher and Scott Fried, on behalf of themselves and all others similarly situated | 2:08-cv-00055 (D. Ariz.) | 01/10/08 | Arizona | Robert James Pohlman<br>RYLEY CARLOCK & APPLEWHITE PC<br>1 N Central Ave., Ste 1200<br>Phoenix, AZ 85004-4417<br>Tel: (602) 440-4812<br>Fax: (602) 257-6912<br><br>GOLDMAN SCARLATO & KARON PC<br>(See above for address)<br><br>LAW OFFICE OF KRISHNA B NARINE<br>(See above for address)<br><br>Isaac L Diel<br>SHARP MCQUEEN<br>135 Oak St<br>Bonner Springs, KS 66012<br>Tel: (913) 383-8711<br>Fax: (913) 422-0307<br><br>THE MASON LAW FIRM LLP<br>(See above for address) |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| Southern Office Supply, Inc., on behalf of itself and all others similarly situated | 1:08-cv-00062 (N.D. Ohio) | 01/10/08 | Kansas | GOLDMAN SCARLATO & KARON, P.C. (See above for address)<br><br>LAW OFFICE OF KRISHNA B. NARINE (See above for address)<br><br>SHARP McQUEEN (See above for address)<br><br>THE MASON LAW FIRM, PC (See above for address) |
| Jerry Cook, on behalf of himself and all others similarly situated | 5:08-cv-05013 (W.D. Ark.) | 01/11/08 | Arkansas | Charles M. Kester<br>THE KESTER LAW FIRM<br>P.O. Box 184<br>Fayetteville, AR 72702-0184<br>Tel: (479) 582-4600<br>Fax: (479) 571-1671<br><br>Bruce Mulkey<br>THE MULKEY ATTORNEYS GROUP, P.A.<br>1039 W. Walnut, Suite 3<br>Rogers, AR 72756<br>Tel: (479) 631-0481<br>Fax: (479) 631-5994<br><br>GOLDMAN SCARLATO & KARON, P.C. (See above for address)<br><br>LAW OFFICE OF KRISHNA B. NARINE (See above for address)<br><br>SHARP MCQUEEN (See above for address)<br><br>THE MASON LAW FIRM, LLP (See above for address) |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| Charles Benson, on behalf of himself and all others similarly situated | 2:08-cv-00011 (E.D. Tenn.) | 01/14/08 | Tennessee | Gordon Ball<br>BALL & SCO'IT<br>550 Main Ave., Suite 601<br>Knoxville, TN 37902<br>Tel: (865) 525-7028<br>Fax: (865) 525-4679<br><br>GOLDMAN SCARLATO & KARON, P.C.<br>(See above for address)<br><br>LAW OFFICE OF KRISHNA B. NARINE<br>(See above for address)<br><br>SHARP MCQUEEN<br>(See above for address)<br><br>THE MASON LAW FIRM, LLP<br>(See above for address) |
| Barry Kushner and Alan Rotman, on behalf of themselves and all others similarly situated | 0:08-cv-00160 (D. Minn.) | 01/16/08 | Minnesota | Karl L. Cambronne<br>Jeffrey D. Bores<br>CHESTNUT & CAMBRONNE, P.A.<br>3700 Campbell Mithun Tower<br>222 South Ninth Street<br>Minneapolis, MN 55402<br>Tel: (612) 339-7300<br>Fax: (612) 336-2940<br><br>GOLDMAN SCARLATO & KARON, P.C.<br>(See above for address)<br><br>LAW OFFICE OF KRISHNA B. NARINE<br>(See above for address)<br><br>SHARP MCQUEEN<br>(See above for address) |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| Mark Pierce, on behalf of himself and all others similarly situated | 3:08-cv-00337 (N.D. Cal.) | 01/17/08 | New Hampshire | THE FURTH FIRM LLP (See above for address)<br><br>Joseph M. Alioto<br>ALIOTO LAW FIRM<br>555 California Street, 31st Floor<br>San Francisco, CA 94104<br>Tel: (415) 434-8900<br>Fax: (415) 434-9200<br><br>MILLER LAW LLC<br>(See above for address) |
| Dennis Patrick, on behalf of himself and all others similarly situated | 3:08-cv-00662 (N.D. Cal.) | 01/28/08 | California | Donald Amamgbo<br>AMAMGBO & ASSOCIATE<br>7901 Oakport Street, Suite 4900<br>Oakland, CA 94621<br>Tel: (510) 615-6000<br>Fax: (510) 615-6025<br><br>Reginald Terrell<br>THE TERRELL LAW GROUP<br>223 25th Street<br>Richmond, CA. 94804<br>Tel: (510) 237-9700<br>Fax: (510) 237-4616 |
| Carmen Gonzalez, on behalf of herself and all others similarly situated | 5:08-cv-01108 (N.D. Cal.) | 02/25/08 | California | James H. McManis<br>Marwa Elzankaly<br>MCMANIS FAULKNER & MORGAN<br>A Professional Corporation<br>50 W. San Fernando Street<br>10th Floor<br>San Jose, CA 95113<br>Tel: (408) 279-8700<br>Fax: (408) 279-3244 |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| William E. Stack and Margo Stack, on behalf of themselves and all others similarly situated | 08-cv-1319 (N.D. Cal.) | 03/07/08 | Tennessee | ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP (See above for address)<br><br>LOVELL STEWART HALEBIAN LLP (See above for address)<br><br>Terry Rose Saunders<br>Thomas A. Doyle<br>SAUNDERS & DOYLE<br>20 South Clark Street, Suite 1720<br>Chicago, IL  60603<br>Tel:  (312) 551-0051<br>Fax:  (312) 551-4467 |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| Samuel L. Nasto, Patrick Piper, Adrienne Belai, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, and Gary Hanson on behalf of themselves and all others similarly situated | 3:08-cv-01371 (N.D. Cal.) | 03/10/08 | Nevada Florida New York New Mexico Minnesota West Virginia South Dakota Michigan North Dakota | TRUMP ALIOTO TRUMP & PRESCOTT, LLP (See above for address)<br><br>LAW OFFICE OF JOSEPH M. PATANE (See above for address)<br><br>LAW OFFICE OF LAWRENCE G. PAPALE (See above for address)<br><br>VALINOTI & DITO, LLP 180 Montgomery Street Suite 940 San Francisco, CA 94104 (415) 986-1338 (415) 986-1231 E-mail: kvalinoti@valinoti-dito.com<br><br>LAW OFFICES OF SHERMAN KASSOF 954 Risa Road, Suite B Lafayette, CA 94549 (510) 652-2554 (510) 652-9308 E-mail: heevay@att.net<br><br>MANSFIELD TANICK & COHEN, P.C. 1700 U.S. Bank Plaza 220 South Sixth Street Minneapolis, MN 55402 (612) 339-4295 (612) 339-3161 smansfield@ mansfieldtanick.com<br><br>Joel Flom JEFFRIES, OLSON & FLOM P.C. 1202 27th Street South Fargo, ND 58103 (701) 280-2300 |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| Donna Ellingson, on behalf of herself and all others similarly situated | 3:08-cv-01374 (N.D. Cal.) | 03/10/08 | South Dakota | Daniel Birkhaeuser<br>BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER<br>2125 Oak Grove Rd., Suite 120<br>Walnut Creek, CA 94598<br>Tel: (925) 945-0200<br>Fax: (925) 945-8792<br><br>David Boies<br>Timothy Battin<br>Christopher Le<br>STRAUS & BOIES, LLP<br>4041 University Drive, 5th Floor<br>Fairfax, VA 22030<br>Tel: (703) 764-8700<br>Fax: (703) 764-8704<br><br>Eric J. Pickar<br>BANGS, McCULLEN, BUTLER, FOYE & SIMMONS, LLP<br>333 West Boulevard, Suite 400<br>P.O. Box 2670<br>Rapid City, SD 57709-2670<br>Tel: (605) 343-1040<br>epickar@bangsmccullen.com<br><br>David Freedman<br>FREEDMAN, BOYD, HOLLANDER, GOLDBERG & IVES, PA<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>Tel: (505) 842-9960<br>Fax: (505) 842-0761<br>DAF@FBDLAW.com<br><br>Jeffrey Bartos<br>GUERRIERI, EDMOND, CLAYMAN & BARTOS PC<br>1625 Massachusetts Ave, NW<br>Suite 700<br>Washington, DC 20036<br>Tel: (202) 624-7400 |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| | | | | Fax: (202) 624-7420<br>ibartos@geclaw.com<br><br>Frank Balint<br>BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.<br>2901 North Central Avenue<br>Suite 1000<br>Phoenix, AZ 85012-3311<br>Tel: (602) 274-1100<br>Fax: (602) 274-1199<br>fbalint@BFFB.com<br><br>Michael G. Simon<br>FRANKOVITCH ANETAKIS COLANTONIO & SIMON<br>337 Penco Road<br>Weirton, WV 26062<br>Tel: (304) 723-4400<br>Fax: (304) 723-5892<br>msimon@facslaw.com<br><br>James F. Wyatt, III<br>WYATT & BLAKE, LLP<br>435 East Morehead Street<br>Charlotte, NC 28202-2609<br>Tel: (704) 331-0767 Fax: (704) 331-0773<br>jwyatt@wyattlaw.net |

| Plaintiff(s) | Case No. | Date Filed | State Represented | Counsel |
|---|---|---|---|---|
| Brigid Terry, Anthony Gianasca, Brighid Flaherty and Bridget Ten Eyck, on behalf of themselves and all others similarly situated | 3:08-cv-01559 (N.D. Cal.) | 03/21/08 | Massachusetts Mississippi Arizona Wisconsin | TRUMP ALIOTO TRUMP & PRESCOTT, LLP (See above for address) LAW OFFICE OF JOSEPH M. PATANE (See above for address) LAW OFFICES OF LAWRENCE G. PAPALE (See above for address) VALINOTI & DITO LLP (See above for address) LAW OFFICES OF SHERMAN KASSOF (See above for address) MANSFIELD, TANICK & COHEN, P.A. (See above for address) Robert Bonsignore ATTORNEY AT LAW 23 Forest Street Medford, MA 02155 E-mail: rbonsignore@aol.com |

3172850v1