Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss L. Galloway (234678)
ZELLE, HOFMANN, VOELBEL, MASON
& GETTE LLP
44 Montgomery Street - Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Christopher Lovell
Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue, Floor 58
New York, NY  10110
Telephone:     (212) 608-1900
Facsimile:     (212) 719-4775
clovell@lshllp.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE** |
| All Indirect-Purchaser Actions. | |
| | Honorable Samuel Conti |

# CERTIFICATE OF SERVICE

IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Case No. CV-07-5944-SC
MDL No. 1917

I, Monica J. Steele, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on March 28, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

1. **INDIRECT-PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT**

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated:   March 28, 2008

Signed _____/s/*Monica J. Steele*_____
Monica J. Steele
Legal Administrative Assistant/Paralegal
to Craig C. Corbitt

#3171595v1