Joseph M. Alioto (42680)
Theresa D. Moore (99978)
Angela Alioto-Grace (206899)
Joseph M. Alioto, Jr. (215554)
555 California street, 31st Floor
San Francisco, CA 94104
Telephone:      (415) 434-8900
Facsimile:       (415) 434-9200
Email:             sexton@aliotolaw.com

*Attorneys for Plaintiffs and Proposed Interim Class Counsel
for the Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 3:07-CV-5944 |
| | MDL No. 1917 |
| This document relates to: All indirect-purchaser actions | **NOTICE OF APPEARANCE OF JOSEPH M. ALIOTO** |

PLEASE TAKE NOTICE THAT in the above captioned litigation, Joseph M. Alioto of the Alioto Law Firm enters appearance as counsel on behalf of plaintiff MARGARET SLAGLE, BRIAN LUSCHER, SCOTT FRIEDSON, SOUTHERN OFFICE SUPPLY, INC., JERRY COOK,

**NOTICE OF APPEARANCE OF JOSEPH M. ALIOTO**

CHARLES BENSON, BARRY KUSHNER, AND ALAN ROTMAN and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

Dated:   March 28, 2008                    ALIOTO LAW FIRM

                                   By:   /s/ Joseph M. Alioto
                                         Joseph M. Alioto (42680)
                                         Theresa D. Moore (99978)
                                         Angela Alioto-Grace (206899)
                                         Joseph M. Alioto, Jr. (215554)
                                         555 California street, 31st Floor
                                         San Francisco, CA 94104
                                         Telephone:      (415) 434-8900
                                         Facsimile:      (415) 434-9200
                                         Email:          sexton@aliotolaw.com

                                         *Attorneys for Plaintiffs and Proposed Interim Class Counsel for the Indirect-Purchaser Plaintiffs*

**NOTICE OF APPEARANCE OF JOSEPH M. ALIOTO**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF APPEARANCE OF JOSEPH M. ALIOTO**