Joseph M. Alioto [SBN 42680]
**ALIOTO LAW FIRM**
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone:     (415) 434-8900
Facsimile:     (415) 434-9200
jmalioto@aliotolaw.com

Daniel R. Karon [OH SBN 0069304; IL SBN 6207193]
karon@gsk-law.com
Mark S. Goldman [PA SBN 48049]
goldman@gsk-law.com
Brian D. Penny [PA SBN 86805]
penny@gsk-law.com
**GOLDMAN SCARLATO & KARON, P.C.**
55 Public Square, Suite 1500
Cleveland, OH 44113
Telephone:     (216) 622-1851
Facsimile:     (216) 622-1852

Gordon Ball [TN SBN 001135]
gball@ballandscott.com
**BALL & SCOTT**
550 Main Avenue, Suite 750
Knoxville, TN 37902
Telephone:     (865) 525-7028
Facsimile:     (865) 525-4679

*Attorneys for Multi-State Plaintiffs and Proposed Interim Class Counsel for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>**ALL INDIRECT-PURCHASER ACTIONS** | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL MEMORANDUM SUPPORTING GOLDMAN SCARLATO & KARON, P.C. AND BALL & SCOTT'S MOTION FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL**<br><br>**(Related Cases)**<br><br>(FRCP Rules 1 and 23(g))<br><br>Date: April 4, 2008<br>Time: 10:00 a.m. |

)
) Hon. Samuel Conti
) Courtroom One, 17th Floor
)

Goldman Scarlato & Karon, P.C. and Ball & Scott—two of the law firms moving for appointment as interim co-lead counsel—learned yesterday that another co-lead counsel applicant, Miller Law LLC, intends to withdraw the Co-Lead Counsel application that it has filed along with The Alioto Law Firm. But the Alioto Law Firm, remains interested in pursing a Co-Lead Counsel position and, to this end, today filed a Notice of Appearance as Additional Counsel of Record on behalf of the multiple plaintiffs represented by Goldman Scarlato & Karon, P.C. and/or Ball & Scott. Moreover, by the instant memorandum, Goldman Scarlato & Karon and Ball & Scott support The Alioto Law Firm's addition as proposed interim co-lead counsel and accordingly restate Joseph M. Alioto's qualifications to ensure that the Court may properly consider these qualifications as satisfying Fed. R. 23(g).

A.  <u>The Alioto Firm Has Substantial Experience Trying Class Actions And Antitrust Claims Involving Alleged International Price-Fixing Cartels. It is Qualified To Act As Additional Co-Lead Counsel And Meets The Requirement Of Experience, Knowledge, And Resources.</u>

The Alioto Law Firm practices exclusively in the area of antitrust law and offers over 38 years of prosecuting antitrust actions under every section of the antitrust laws, including the prosecution of cases against international price-fixing cartels operating in Asia, Europe, and the United States. Alioto Decl. at ¶¶1-3. Joseph M. Alioto has tried and won multiple private antitrust actions including, for example, *Bray v. Safeway* (in 1974 the largest judgment in the history of the antitrust laws at that time) and *McDonald v. Johnson & Johnson* (in 1981, the largest judgment—$170 million—for individuals in the history of the antitrust laws). *See* Alioto Decl., Ex. A. With over 80 trials to his credit, Mr. Alioto has tried antitrust matters involving every major industry from high-tech and electronics to manufacturing to service, from trading to finance to supply, from retail to transportation to mining, both foreign and

domestic. Mr. Alioto is a regular lecturer, teacher, and nationwide consultant to antitrust practitioners. Indeed, his skills as a plaintiff's antitrust trial lawyer are so renowned that he is regularly retained as a consultant or to conduct antitrust trials—including by some of the candidates for interim lead counsel in this case. *See* Alioto Decl. at ¶7.

The Alioto Law Firm's skills are particularly useful here because this is an international price-fixing case. The Alioto Law Firm and Mr. Alioto, in particular, have tried international price fixing cases. As part of his extensive experience, Mr. Alioto deposed the Chief Executives of major electronics firms including, for example, executives from named defendants in this case. In short, Mr. Alioto has a breadth of experience working in and developing international antitrust cases for trial. *See* Alioto Decl. at ¶¶3-4. As set forth in Mr. Alioto's accompanying Declaration, The Alioto Firm gained an understanding of the mechanics of alleged price-fixing cartels in Asia and Europe beginning in the 1980s. Mr. Alioto's familiarity with the allegations in this case began long before 2008, when government investigations into the related LCD market began to surface in 2006. Some manufacturers who were defendants and/or witnesses in these earlier cases appear to have played a critical role in this case.

Based on previous litigation, The Alioto Law Firm understands which witnesses are important, how the manufacturers operate internally and with other defendants, and their pressure points, weakness, or strategies, any of which may lead to earlier settlements with some or all of the defendants. Because of the Alioto firm's experience and past work-product, it has a leg up on the alleged practices, potential locations, and manner in which alleged price fixing may have occurred. Given the breadth of this past experience, no other firm seeking appointment is better prepared to direct the investigation and trial preparation.

The attorneys who would work on the matter are listed in Exhibits A and B to the Alioto Declaration and include:

    a.    <u>Joseph M. Alioto</u>.

Joseph M. Alioto has over 38 years of experience prosecuting private antitrust cases. Not only has he argued in the Supreme Court of the United States, every circuit of the

United States Courts of Appeals, and United States District Courts of approximately 40 states, but he has also prosecuted cases against foreign corporations headquartered in Australia, Asia, Europe, and South and Central America. Alioto Decl. at ¶¶1-3. In addition to his breadth of experience, Mr. Alioto excels in successful prosecution of antitrust cases, having tried and won more or as many antitrust cases as any other attorney in the country. *See* Alioto Decl., Ex. A. Additionally, Mr. Alioto has the most impressive record of published antitrust decisions in federal courts of any counsel applying to be interim lead counsel. *See* Alioto Decl., Ex. A. Having prosecuted cases throughout the world, Mr. Alioto is familiar not only with the strategies, tactics, and procedures necessary for prosecuting such cases and bringing them to trial, but he is also intimately familiar with the policies, practices, and procedures of the named defendants in this particular case. Alioto Decl. at ¶¶4, 6.

In addition to his nearly impeccable record as an antitrust attorney who has represented antitrust plaintiffs in more than 300 cases, Mr. Alioto is recognized as an expert in antitrust matters. He has lectured at American Bar Association meetings as well as other symposia on the techniques of prosecuting and trying antitrust cases; he has been asked by other law firms to lead them in the prosecution of these cases; he has testified before the United States Senate Judiciary Committee and participated in televised debates with the Reagan and Bush Administrations regarding antitrust law. *See* Alioto Decl. at ¶¶5,7, Ex. A. During his speaking engagements, Mr. Alioto covers both the pragmatic instruction focused on how to try international antitrust cases to the theoretical and philosophical underpinning of antitrust laws. *Id*.

        b.      <u>Theresa D. Moore</u>.

Theresa D. Moore focuses on antitrust, unfair competition, business, consumer, and complex class action cases. Ms. Moore has represented clients in antitrust litigation involving illegal pricing, illegal price-fixing conspiracies, and class actions involving indirect purchasers in industries ranging from travel to retail to drug manufacturing. Ms. Moore has served as counsel in more than seven class action lawsuits, both in California and nationwide.

1  Since 1981, Ms. Moore has been lead counsel in over 100 trials, including civil and criminal
2  trials.
3       In addition to her antitrust and class action background, Ms. Moore serves as a Judge
4  Pro Tem for the State of California in San Francisco Superior Court; she is a distinguished
5  Adjunct Professor in Trial Advocacy and Evidence courses at the University of California,
6  Hastings College of the Law.  Ms. Moore also specializes in mediation, as she is a California
7  Certified Mediator and Special Master, a position through which she has successfully
8  mediated approximately 150 cases for private and government organizations.
9       c.     <u>Angelina Alioto-Grace</u>.
10       Angelina Alioto-Grace focuses on antitrust, complex business torts, intellectual
11  property, unfair competition, and class action lawsuits.  After having clerked for the Office of
12  Counsel to the President of the United States, Ms. Alioto-Grace's experience includes both
13  trial and appellate advocacy.  As a trial lawyer, Ms. Alioto-Grace excels at all aspects of trial
14  preparation; she also is instrumental in pre-trial responsibilities, including discovery, client
15  management, and settlement negotiation.
16       d.     <u>Joseph M. Alioto, Jr.</u>
17       Joseph M. Alioto, Jr. is admitted to practice in the United States Supreme Court, the
18  Ninth Circuit Court of Appeals, United States District Courts in California and Ohio, and the
19  California Supreme Court.  Mr. Alioto, Jr., has prosecuted federal and California antitrust and
20  unfair competition violations exclusively for five years; he has served as both first- and
21  second-chair counsel in actions involving price-fixing, monopolization, price discrimination,
22  merger enforcement, and competition and business tort claims.  In price-fixing cases, Mr.
23  Alioto, Jr., has represented clients in the software, oil, air transportation, pharmaceutical, rail
24  freight, hotel, and HVAC manufacturing industries.
25       Of particular note to this case, Mr. Alioto, Jr., is at the forefront of the debate
26  concerning "pass-on" issues in Direct and Indirect Purchaser overcharge cases.  *See* Alioto
27  Decl., Ex. B.  He has challenged the availability of the pass-on defense in so-called "Illinois
28

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for
Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

Brick Repealer" states as an issue of first-impression currently pending in the California Court of Appeal.

B.  <u>Alioto's Collective Previous Experience And Leadership In Class Action Cases And Knowledge About The Facts And Substantive Legal Issues Ensure Careful Identification And Investigation As The Case Continues.</u>

Like Goldman Scarlato & Karon and Ball & Scott, Alioto, too, has established his knowledge and begun investigation of the key issues, defendants, and industry in this case.

With the first status conference on April 4, and case leadership still uncertain, the case clearly is in an early stage. The defendants remain under investigation by a host of international governmental authorities, including the DOJ. Alioto has significant experience and work-product knowledge in the area of alleged price fixing, including price fixing of consumer electronics produced in Asia and Europe. Alioto's past experiences are extremely valuable to the class and would allow for focused discovery from the outset.

Alioto affirms that should he be appointed interim lead co-counsel for indirect purchaser plaintiffs, his firm would continue to develop the issues and facts in these consolidated cases as well as identify and research all relevant legal issues.

C.  <u>Alioto Will Dedicate The Resources Necessary To Prosecute This Action In An Efficient Manner.</u>

Alioto has taken the lead role in preparing antitrust cases for trials for over 38 years and has extensive international experience in prosecuting antitrust and price-fixing actions. Alioto Decl. at ¶¶3-4. Alioto is located in the Bay Area and has practiced extensively before this Court, and its proximity to the Court will serve to facilitate efficient scheduling of hearings, conferences, and other activities with the Court and defense counsel. To the extent that travel arrangements between the U.S. and Asia are necessary, Alioto's firm is well-suited to facilitate travel arrangements efficiently. As evidenced by his history of litigating antitrust and class actions both national and international in scope, Alioto possesses the resources necessary to act as lead counsel on the indirect purchaser side. Alioto Decl. at ¶¶1-3, 7.

D.     <u>If Appointed As Interim Counsel, Alioto Will Cooperate With The Other Candidates For Interim Lead Counsel For The Indirect Purchasers.</u>

Given the caliber of attorneys that are working on the case, Alioto expects that the need for coordination between the direct and indirect purchaser groups – particularly in discovery matters – and an emphasis on moving forward in a professional and efficient manner, are matters that are well understood. Should any defendant, or for that matter direct purchaser counsel, point to *Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1977)[1], superseded in California by statute in *BWI Custom Kitchen v. Owens-Illinois, Inc.*, 191 Cal.App. 3d 1341 (1987), and related pass-on issues as questions requiring special factual and legal attention, then the Alioto firm, which is at the forefront of issues concerning the pass-on defense, is well prepared to address this issue. Alioto Decl., Ex. A.

Alioto believes that the case would also benefit from an entry of an order for preservation of electronic evidence in the immediate future. With regard to a protective order, Alioto anticipates that the defendants will bring a motion for such an order, and the defendants should tender one by early May 2008 with a return date before the Court to resolve any differences. Because these matters are not novel, they can and should be performed by experienced counsel in fairly short order.

E.     <u>The Appointment Of Counsel Should Be Based On What Is Best For The Class And Should Not Be Determined Because Of The Result Of A Bargaining Process Among Competing Attorneys</u>.

The task of the appointment of interim lead class counsel is unlike other civil litigation and is not a choice that is left solely to the clients or counsel. Instead, this task falls to the Court. *See generally* Manual for Complex Litigation Fourth (2004) ("Manual"), at §21.27. The self-appointment of counsel as a lead counsel candidate(s), particularly by those firms that repeatedly work together on other cases, does not necessarily dictate what is best for the

---

[1] Issues remaining under study by the Antitrust Modernization Commission include the remedies and legal liabilities in antitrust proceedings and whether that case serves or disserves federal antitrust law. This area of the law may see significant developments prior to the end of this litigation.

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

1  class.[2]  The Manual makes clear that the suggestion of counsel is but just one factor and that
2  "[w]hile it may be appropriate and possibly even beneficial for several firms to divide work
3  among themselves, such an arrangement should be necessary, not simply the result of a
4  bargain among the attorneys."  Manual, *supra*, at § 10.224, citing *In re Auction Houses*
5  *Antitrust Litig.*, 197 F.R.D. 71 (S.D.N.Y. 2000) (emphasis added); *Smiley v. Sincoff*, 958 F.2d
6  498 (2d Cir. 1992); *In re Fine Paper Antitrust Litig.*, 98 F.R.D. 48 (E.D. Pa. 1983), *aff'd in*
7  *part and rev'd in part*, 751 F.2d 562 (3d Cir. 1984).

The case leadership should not be guided in a manner that may be best suited for arrangements made among attorneys with competing interest for control, promises of work in return for agreement with the self-appointment, and division of attorneys' fees.  *See In re International Air Transp. Surcharge Antitrust Litig.*, *supra* (two lead counsel).  [In the pending *In re SRAM Antitrust Litigation*, MDL No. 1819 (N.D. Cal.), Judge Wilken rejected Zelle Hofmann's original proposed leadership consortium as a top-heavy structure and only allowed for one lead counsel.  *See* Zelle Hofmann Mem. at page 1.]

F.  <u>The Interim Leadership Should Be Set Up With An Eye Toward Class Certification And Efficient Trial Preparation, Not A Long Administrative Procedure With Duplicative And Overlapping Work</u>.

The Plaintiffs should work in a manner that assumes this price-fixing case will proceed to trial as soon as practical.  The leadership should not be structured with the intention of setting up a long administrative process.  By streamlining leadership and focusing on what is needed for class certification and trial, the impetus will be on working efficiently and minimizing the cost to the class.  For example, the structure proposed by Alioto (and supported by Goldman Scarlato & Karon and Ball & Scott) will minimize overly-broad document requests and unnecessary document review, whittling down depositions and

---

[2]  See ¶7 of Scarpulla Declaration in Support of Zelle Hoffman and Lovell Stewart Motion Mem., describing continued and ongoing working relationship between these firms. Leadership structures that are cobbled together merely to advance or compromise the competing interests of particular lawyers in this or other cases, should be rejected.  *See In re "Agent Orange" Prod. Liab. Litig.*, 818 F.2d 179, 187 (2d Cir. 1987) (citing *Cullen v. New York State Civil Serv. Comm'n.*, 566 F.2d 846, 849 (2d Cir. 1977)).  The Plaintiff Class leadership organization should also meet the factors outlined in § 10.224 of the Manual.

1  subpoenas to the critical witnesses, and accumulating only the evidence necessary for class
2  certification and trial.  *See In re Auction Houses Litig.*, 2001-1 Trade Cas. (CCH) P73, 171,
3  *approval of settlement rejected* in 135 F.Supp.2d 438 (S.D.N.Y 2001) (rejecting fee
4  application of one of the applicants in this case because of duplication of time and effort
5  improperly by "counsel anxious to participate in this litigation to find clients.").
6      The Manual specifically notes that the well-managed case must provide for
7  appropriate staffing and that such appropriate staffing will assure that the fees, if any, will be
8  based on results and a percentage of the recovery of the class.  Manual, *supra*, at pp. 246-248.

## **CONCLUSION**

11      As explained, Goldman Scarlato & Karon and Ball & Scott welcome The Alioto Firm
12  as additional proposed Interim Co-Lead Counsel.  And should the Court believe only that one
13  law firm from each group's co-lead counsel slate is the most appropriate way to proceed,
14  Goldman Scarlato & Karon and Ball & Scott support The Alioto Firm as serving this purpose.

| | |
|---|---|
| Dated: March 28, 2008 | Respectfully submitted, |
| | By:    */s/Joseph M. Alioto* |
| | Joseph M. Alioto |
| | ALIOTO LAW FIRM |
| | 555 California Street, 31st Floor |
| | San Francisco, CA 94104 |
| | Tel: (415) 434-8900 |
| | Fax: (415) 434-9200 |

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH  44113-1998
Tel: (216) 622-1851
Fax: (216) 622-1852

Krishna B. Narine
LAW OFFICE OF KRISHNA B. NARINE, P.C.
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA 19027
Tel: (215) 914-2460
Fax: (215) 914-2462

Isaac L. Diel
SHARP MCQUEEN P.A.
Financial Plaza 6900 College Blvd., Suite 285
Overland Park, KS  66211
Tel: (913) 661-9931
Fax: (913) 661-9935

Donna F. Solen
THE MASON LAW FIRM, LLP
1225 19th Street, N.W., Suite 500
Washington, DC  20036
Tel: (202) 640-1162
Fax: (202) 429-2294

F. Xavier Starkes
STARKES LAW FIRM, LLC
1817 Hampton Street
Columbia, SC 29202
Tel: (803) 758-2882
Fax: (803) 758-2454

|    |                                           |
|----|-------------------------------------------|
| 1  | S. Randall Hood                           |
| 2  | William A. McKinnon                       |
|    | McGOWAN HOOD & FELDER, LLC                |
| 3  | 1539 Healthcare Drive                     |
|    | Rock Hill, SC  29732                      |
| 4  | Tel: (803) 327-7800                       |
|    | Fax: (803) 328-5656                       |
| 5  |                                           |
| 6  | John G. Felder, Jr.                       |
|    | McGOWAN HOOD & FELDER, LLC                |
| 7  | 1405 Calhoun Street                       |
|    | Columbia, SC  29201                       |
| 8  | Tel: (803) 779-0100                       |
|    | Fax: (803) 787-0750                       |

S. Randall Hood
William A. McKinnon
McGOWAN HOOD & FELDER, LLC
1539 Healthcare Drive
Rock Hill, SC  29732
Tel: (803) 327-7800
Fax: (803) 328-5656

John G. Felder, Jr.
McGOWAN HOOD & FELDER, LLC
1405 Calhoun Street
Columbia, SC  29201
Tel: (803) 779-0100
Fax: (803) 787-0750

Mary G. Kirkpatrick
KIRKPATRICK & GOLDSBOROUGH, PLLC
Lakewood Commons
1233 Shelburne Road, Suite E-1
South Burlington, VT  05401
Tel: (802) 651-0960
Fax: (802) 651-0964

Robert J. Pohlman
RYLEY CARLOCK & APPLEWHITE, PC
1 N Central Ave., Ste 1200
Phoenix, AZ 85004-4417
Tel: (602) 440-4812
Fax: (602) 257-6912

Charles M. Kester
THE KESTER LAW FIRM
P.O. Box 184
Fayetteville, AR 72702-0184
Tel: (479) 582-4600
Fax: (479) 571-1671

Bruce Mulkey
THE MULKEY ATTORNEYS GROUP, P.A.
1039 W. Walnut, Suite 3
Rogers, AR 72756
Tel: (479) 631-0481
Fax: (479) 631-5994

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Karl L. Cambronne
Jeffrey D. Bores
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN  55402
Tel: (612) 339-7300
Fax: (612) 336-2940

Steven J. Miller
MILLER GOLER FAGAES, LLP
100 Erieview Plaza, 27th Floor
Cleveland, OH  44114
Tel:  (216) 696-3366
Fax:  (216) 363-5835

*Attorneys for the Multi-State, Indirect-Purchaser Plaintiffs*

1  Joseph M. Alioto [SBN 42680]
   **ALIOTO LAW FIRM**
2  555 California Street, 31st Floor
   San Francisco, CA 94104
3  Telephone:    (415) 434-8900
   Facsimile:    (415) 434-9200
4  Email:        jmalioto@aliotolaw.com

5  Gordon Ball [TN SBN 001135]
   **BALL & SCOTT**
6  550 Main Avenue, Suite 750
7  Knoxville, TN  37902
   Telephone:    (865) 525-7028
8  Facsimile:    (865) 525-4679
   Email:        gball@ballandscott.com
9
   Daniel R. Karon [OH SBN 0069304; IL SBN 6207193]
10 **GOLDMAN SCARLATO & KARON, P.C.**
11 55 Public Square, Suite 1500
   Cleveland, OH  44113
12 Telephone:    (216) 622-1851
   Facsimile:    (216) 622-1852
13 Email:        karon@gsk-law.com

14 *Attorneys for Plaintiffs and Proposed Interim Class Counsel*
15 *for the Indirect-Purchaser Plaintiffs*

16 [Additional counsel listed on signature page]

17                      **UNITED STATES DISTRICT COURT**
18                     **NORTHERN DISTRICT OF CALIFORNIA**
19                           **SAN FRANCISCO DIVISION**
20

| | |
|---|---|
| IN RE CATHODE RAY TUBES ANTITRUST LITIGATION | Master File No.: 3:07-CV-5944 |
| | MDL No. 1917 |
| | **CERTIFICATE OF SERVICE** |
| This document relates to: | |
| All Indirect-Purchaser Actions | |

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

# CERTIFICATE OF SERVICE

Re:   IN RE CATHODE RAY TUBES ANTITRUST LITIGATION
      Master File No.: 3:07-CV-5944 SC; MDL No. 1917

I certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Cuyahoga, State of Ohio, am over eighteen (18) years of age and my business address is Goldman Scarlato & Karon, P. C., 55 Public Square, Suite 1500,Cleveland, Ohio 44113, whose members are members of the State Bar of Ohio.  I am not a party to or interested in the cause entitled upon the document to which this Certificate of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**SUPPLEMENTAL MEMORANDUM SUPPORTING GOLDMAN SCARLATO & KARON, P.C. AND BALL & SCOTT'S MOTION FOR APPOINTMENT AS INTERIM CO-LEAD COUNSEL**

  **XX**   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at Cleveland, Ohio. See SERVICE LIST.

  **XX**   **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing. See SERVICE LIST.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Cleveland, Ohio that same day in the ordinary course of business.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed on March 22, 2008 at Cleveland, Ohio.

Dated: March 28, 2008                     */s/ Daniel R. Karon*
                                          Daniel R. Karon

# SERVICE LIST

**Mailing Information for a Case 3:07-cv-05944-SC**

**Manual Notice List:**

Eva W. Cole
**Dewey & LeBoeuf LLP**
1301 Avenue of the Americas
New York, NY 10019

Lori A. Fanning
**Miller Law LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

Traviss Levine Galloway
**Zelle Hofmann Voelbel Mason & Gette**
44 Montgomery St #3400
San Francisco, CA 94104

Martin E. Grossman
**Law Offices of Martin E. Grossman**
2121 Green Brier Drive
Villanova, PA 19085

Richard M. Hagstrom
**Zelle Hofmann Voelbel Mason & Gette LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Lawrence D. McCabe
**Murray Frank & Sailer LLP**
275 Madison Avenue
New York, NY 10016

Marvin A. Miller
**Miller Law LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Imtiaz A. Siddiqui
**Lovell Stewart Halebian LLP**
500 Fifth Avenue
New York, NY 10110

Matthew E. Van Tine
**Miller Law LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Jonathan Mark Watkins
**The Furth Firm LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249

**Electronic Mail Notice List:**

   Joseph M. Alioto      jmalioto@aliotolaw.com

   Mario N. Alioto      malioto@tatp.com

   Mario Nunzio Alioto      malioto@tatp.com

   Daniel Bruce Allanoff      dallanoff@mcgslaw.com

   Timothy D. Battin      tbattin@straus-boies.com

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

1  Daniel Edward Birkhaeuser     dbirkhaeuser@bramsonplutzik.com

2  David Boies , III    dboies@straus-boies.com, tpalumbo@straus-boies.com

3  P. John Brady     jbrady@stklaw.com, aennis@stklaw.com, cfuson@stklaw.com,
4  docketing@stklaw.com, dowen@stklaw.com, dthornton@stklaw.com,
   ksmith@stklaw.com
5
   Michael S. Christian      mchristian@furth.com
6
   Henry A. Cirillo     Hcirillo@furth.com, czapanta@furth.com, gmgray@furth.com,
7  newman@furth.com
8  Craig C. Corbitt     ccorbitt@zelle.com

9  Joseph W. Cotchett     jcotchett@cpmlegal.com

10 Manuel Juan Dominguez      mdominguez@bermanesq.com, clesnick@bermanesq.com

11 Thomas Patrick Dove     tdove@furth.com

12 Thomas Arthur Doyle     jrkrol@saundersdoyle.com, tadoyle@saundersdoyle.com,
13 trsaunders@saundersdoyle.com

14 Marwa Elzankaly     melzankaly@mfmlaw.com, smaes@mfmlaw.com

15 Candice J. Enders     cenders@bm.net

16
   Eric B. Fastiff     efastiff@lchb.com, akingsdale@lchb.com, jbecklund@lchb.com
17
   Alan Feigenbaum      Alan.Feigenbaum@weil.com, tina.losito@weil.com
18
19 Joel Flom     joel@jeffreislaw.com

20 M. Eric Frankovitch     msimon@facslaw.com

21 Jeff D Friedman     jefff@hbsslaw.com, nancyq@hbsslaw.com, sf_filings@hbsslaw.com

22 Jeff D. Friedman     jefff@hbsslaw.com

23 Robert B. Gerard     rgerard@gerardlaw.com
24
   Brendan Patrick Glackin     bglackin@lchb.com
25
26 Ruthanne Gordon     rgordon@bm.net, mrussell@bm.net

27 Steven J. Greenfogel     sgreenfogel@mcgslaw.com, apaul@mcgslaw.com

28 Marc Jeffrey Greenspon     mjgreenspon@yahoo.com

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for
Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

| | |
|---|---|
| 1 | Jeane Hamilton     jeane.hamilton@usdoj.gov, paula.lattimore@usdoj.gov, SanFran.ATR@usdoj.gov |
| 2 | |
| 3 | Christopher T. Heffelfinger     cheffelfinger@bermanesq.com, ysoboleva@bermanesq.com |
| 4 | |
| 5 | Richard Martin Heimann     rheimann@lchb.com |
| 6 | Derek G. Howard     dhoward@murrayhowardlaw.com, aarnall@murrayhowardlaw.com, aromero@murrayhowardlaw.com, gmurray@murrayhowardlaw.com, syundt@murrayhowardlaw.com |
| 7 | |
| 8 | Gregory Hull     greg.hull@weil.com |
| 9 | Michele Chickerell Jackson     mjackson@lchb.com, dclevenger@lchb.com, glewis@lchb.com, tjackson@lchb.com |
| 10 | |
| 11 | Michael Jacobs     mjacobs@zelle.com |
| 12 | Michael Jocobs     mjacobs@zelle.com |
| 13 | Betty Lisa Julian     bjulian@damrell.com |
| 14 | Steven A. Kanner     kanner@fklmlaw.com |
| 15 | Sherman Kassof     heevay@att.net, heevay@yahoo.com |
| 16 | |
| 17 | Jeffrey L. Kessler     jkessler@dl.com, lpmco@dl.com, mlo@dewey.ballantine.com |
| 18 | Jon T. King     jking@cmht.com |
| 19 | Esther L Klisura     eklisura@psswplaw.com |
| 20 | Christopher Le     cle@straus-boies.com |
| 21 | Christopher L. Lebsock     clebsock@cmht.com, tsmall@cmht.com |
| 22 | |
| 23 | Michael P. Lehman     mlehmann@cmht.com |
| 24 | Marisa C. Livesay     livesay@whafh.com |
| 25 | Michelle Lo     mlo@dl.com |
| 26 | William H. London     blondon@fklmlaw.com |
| 27 | Christopher Lovell     clovell@lshllp.com |
| 28 | Seymour J. Mansfield     smansfield@mansfieldtanick.com |

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

| | |
|---|---|
| 1 | James H. McManis    jmcmanis@mfmlaw.com, clarsen@mfmlaw.com, smaes@mfmlaw.com |
| 2 | |
| 3 | Joel Cary Meredith    jmeredith@mcgslaw.com, apaul@mcgslaw.com |
| 4 | Douglas A. Millen    doug@fklmlaw.com |
| 5 | Kathy Lee Monday    kmonday@damrell.com, mvarni@damrell.com |
| 6 | H. Laddie Montague , Jr    hlmontague@bm.net |
| 7 | Orion Home Systems, LLC    cadio@saveri.com |
| 8 | Daniel D. Owen    dowen@stklaw.com |
| 9 | Lawrence Genaro Papale    lgpapale@papalelaw.com |
| 10 | |
| 11 | Joseph Marid Patane    jpatane@tatp.com |
| 12 | Eric James Pickar    epickar@bangsmccullen.com |
| 13 | Alan Roth Plutzik    aplutzik@bramsonplutzik.com |
| 14 | Steven Alan Reiss    steven.reiss@weil.com |
| 15 | Randy R. Renick    rrr@renicklaw.com, home@renicklaw.com |
| 16 | Kathleen Styles Rogers    krogers@glancylaw.com, sfreception@glancylaw.com |
| 17 | |
| 18 | Jennifer Susan Rosenberg    jrosenberg@bramsonplutzik.com, moldenburg@bramsonplutzik.com |
| 19 | Lauren Clare Russell    laurenrussell@tatp.com |
| 20 | Terry Rose Saunders    trsaunders@saundersdoyle.com |
| 21 | |
| 22 | Guido Saveri    guido@saveri.com |
| 23 | Joseph Richard Saveri    jsaveri@lchb.com, dclevenger@lchb.com |
| 24 | Richard Alexander Saveri    rick@saveri.com |
| 25 | Michael W. Scarborough    mscarborough@smrh.com, khollenbeck@sheppardmullin.com |
| 26 | |
| 27 | Francis Onofrei Scarpulla    fscarpulla@zelle.com |
| 28 | Matthew Rutledge Schultz    mschultz@zelle.com |

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

1 | Anthony D. Shapiro     tony@hbsslaw.com, george@hbsslaw.com, ronnie@hbsslaw.com
2 | Harry Shulman     harry@millslawfirm.com, lornaf@millslawfirm.com
3 | Fred A. Silva     fsilva@damrell.com
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Supplemental Memorandum Supporting Goldman Scarlato & Karon, P.C. and Ball & Scott's Motion for Appointment as Interim Co-Lead Counsel – Case No. 3:07-cv-05944-SC

Bruce Lee Simon     bsimon@psswplaw.com, avargas@psswplaw.com, cpearson@psswplaw.com, dwarshaw@psswplaw.com, gsoter@psswplaw.com, mmorton@psswplaw.com

Michael G. Simon     msimon@facslaw.com

Ronnie Seidel Spiegel     ronnie@hbsslaw.com

Joseph J. Tabacco , Jr     jtabacco@bermanesq.com, ysoboleva@bermanesq.com

U.S. Department of Justice, Antitrust Division     jeane.hamilton@usdoj.gov

Kenneth Leo Valinoti     kvalinoti@valinoti-dito.com, maria@valinoti-dito.com

A. Paul Victor     pvictor@dl.com

Joseph Richard Wetzel     joseph.wetzel@weil.com, conrad.mckinney@weil.com

David L. Yohai     david.yohai@weil.com

Judith A. Zahid     jzahid@zelle.com

Cadio Zirpoli     zirpoli@saveri.com