1  Joseph M. Alioto (SBN 42680)
   ALIOTO LAW FIRM
2  555 California Street, 31st Floor
   San Francisco, CA 94104
3  Telephone:    (415) 434-8900
   Facsimile:     (415) 434-9200
4  jmalioto@aliotolaw.com

5  *Attorneys for Plaintiffs and Proposed Interim Class Counsel*
   *for the Indirect Purchaser Plaintiffs*
6

7                    **UNITED STATES DISTRICT COURT**

8                 **NORTHERN DISTRICT OF CALIFORNIA**

9  _____ )  Master File No. 3:07-cv-05944-SC
                                    )
10 **IN RE: CATHODE RAY TUBE (CRT)** )  MDL No. 1917
   **ANTITRUST LITIGATION**          )
11                                   )  **CLASS ACTION**
                                     )
12 _____ )  **DECLARATION OF JOSEPH M.**
                                     )  **ALIOTO IN SUPPORT OF GOLDMAN**
13 This Document Relates to:         )  **SCARLATO & KARON, P.C. AND**
                                     )  **BALL & SCOTT'S SUPPLEMENTAL**
14                                   )  **MEMORANDUM SUPPORTING**
   **ALL INDIRECT PURCHASER**        )  **JOSEPH M. ALIOTO, GOLDMAN**
15 **ACTIONS**                       )  **SCARLATO & KARON, P.C., AND**
                                     )  **BALL & SCOTT'S APPLICATION FOR**
16                                   )  **APPOINTMENT AS INTERIM CO-**
                                     )  **LEAD COUNSEL**
17                                   )
                                     )
18                                   )  Date:  April 4, 2008
                                     )  Time: 10:00 A.M.
19                                   )
                                     )  Hon. Samuel Conti
20                                   )  Courtroom One, 17th Floor
                                     )
21 _____ )

22 I, JOSEPH M. ALIOTO, declare and state as follows:

23         1.      I have prosecuted private antitrust cases almost exclusively for more

24 than thirty-eight years.

25         2.      I have argued in favor of antitrust plaintiffs before the Supreme Court

26 of the United States, all of the circuits of the United States Courts of Appeal, and the United

27

28 _____
   DECLARATION OF JOSEPH M. ALIOTO IN SUPPORT OF GOLDMAN SCARLATO & KARON, P.C.
   AND BALL & SCOTT'S SUPPLEMENTAL MEMORANDUM SUPPORTING JOSEPH M. ALIOTO,
   GOLDMAN SCARLATO & KARON, P.C., AND BALL & SCOTT'S APPLICATION FOR APPOINTMENT
   AS INTERIM CO-LEAD COUNSEL– Case No. 3:07-cv-05944-SC

1  States District Courts of approximately forty states, as outlined in the biography attached as

2  Exhibit A.

3         3.     For at least the last twenty-five years, I have prosecuted private

4  antitrust cases against domestic as well as foreign corporate defendants from Asia, Europe,

5  South and Central America, and Australia.

6         4.     By reason of my practice involving both foreign and domestic

7  corporate defendants, I am familiar with strategies, tactics and procedures which have proven

8  efficient and productive both for the prosecution and trial of such cases.

9         5.     By reason of my experiences, I have lectured at American Bar

10 Association meetings and other symposia on the techniques of prosecuting and trying antitrust

11 cases involving foreign corporations and their executives.

12        6.     I have prosecuted price-fixing conspiracies and other antitrust

13 violations against many of the named defendants in this case, and I have knowledge of their

14 policies, practices and procedures directly relevant to the charges alleged in this case.

15        7.     Throughout my career, I have led many other law firms in the

16 prosecution of private antitrust cases, and I am familiar with administering the efficient and

17 productive prosecution of such cases involving multiple law firms.

18        8.     Attached hereto as Exhibit B is a true and correct copy of the

19 biographies of additional counsel from my firm.

20        I declare under penalty of perjury under the laws of the United States that the

21 foregoing is true and correct.

22        Executed this 28th day of March 2008 in San Francisco, California.

23

24        /s/ Joseph M. Alioto

                                        Joseph M. Alioto

25

26

27

28

# EXHIBIT A

# ALIOTO LAW FIRM

555 CALIFORNIA STREET, 31ST FLOOR
SAN FRANCISCO, CALIFORNIA 94104
(415) 434-8900 • FAX (415) 434-9200

---

Joseph M. Alioto has prosecuted private antitrust cases for the last thirty-eight years. He has tried and won more or as many antitrust cases as any other attorney in the country. He has represented farmers, independent companies, inventors, patent holders, manufacturers, suppliers, wholesalers, retailers, distributors, unions, consumers, and entrepreneurs against foreign as well as domestic corporations. Mr. Alioto's cases involve every major industry from manufacturing to service, trading to finance, supply to retail, transportation to mining, foreign and domestic.

## COURT MEMBERSHIP

Mr. Alioto has argued antitrust appeals on behalf of plaintiffs in the United States Supreme Court and all twelve Circuit Courts of Appeals. He has represented antitrust plaintiffs in federal court in almost every state in the country. He has appeared before the California Supreme Court, every California appellate district, and has tried cases in every major California city.

United States Supreme Court

United States Court of Appeals for the First Circuit
United States Court of Appeals for the Second Circuit
United States Court of Appeals for the Third Circuit
United States Court of Appeals for the Fourth Circuit
United States Court of Appeals for the Fifth Circuit
United States Court of Appeals for the Sixth Circuit
United States Court of Appeals for the Seventh Circuit
United States Court of Appeals for the Eighth Circuit
United States Court of Appeals for the Ninth Circuit
United States Court of Appeals for the Tenth Circuit
United States Court of Appeals for the Eleventh Circuit
United States Court of Appeals for the District of Columbia Circuit

United States District Courts, Pro Hac Vice: Mr. Alioto has tried antitrust cases in the federal District Courts in some forty states including courts in New York, New York; Boston, Massachusetts; Atlanta, Georgia; Minneapolis, Minnesota; Wichita Kansas; Fort Worth, Dallas, and Amarillo, Texas; Las Vegas and Reno, Nevada; Boise, Idaho; Seattle/Tacoma, Washington; Salt Lake City, Utah; Honolulu, Hawaii; Phoenix, Arizona; Albuquerque, New Mexico; Philadelphia, Pennsylvania; and others.

*Joseph M. Alioto*

### ANTITRUST CASES SINCE 1969

Since 1969, Mr. Alioto has represented antitrust plaintiffs in more than 300 cases involving the following industries:

> Accounting, Advertising, Agricultural Products, Airlines, Aluminum, Appraisals, Automobiles, Barges, Beef, Cable, Compact Discs, Computers, Construction, Consumer Electronic Products, Corn Wetmilling, Cosmetics, Distilled Spirits, Distribution, Electronic Thermometers, Electronics, Farm Equipment, Football, Glass, Hardware and Software, Health Care and Hospitals, Ice Cream, Insurance, Livestock, Milk, Mining, Mortgage Banking, Network Electronics, Oil, Newspapers, Optic Fibers, Overhead Doors, Pacemakers, Peripheral Manufacturers, Photo-Finishing, Physicians, Potatoes, Potash, Processing, Professionals and Professional Services, Publishing, Retailing, Rendering, Satellites Services and Equipment, Shipping, Soda Ash, Soft Drinks, Steam Shipping, Telephone, Tickets, Trading, Transcutaneous Electronic Nerve Stimulator, Travel Industries, Trucking, VCR's, Wheat, Wool, and others.

### ANTITRUST TRIALS

Mr. Alioto has tried and won more or as many antitrust cases as any attorney in the country. A sampling of his trials, which last anywhere from three weeks to seven months, include the following:

> Gary v. Shell, (Oil);
> Hallmark v. Reynolds, (Alumina);
> Treasure Valley Potato Growers v. Ore-Ida, (Potatoes);
> Fulhurst v. Maytag, (electronic ticketing);
> Chisholm v. International Harvester, (farm equipment);
> Kohn v. Maricopa Rendering, (rendering);
> De Voto v. Bankers Mortgage, (mortgage banking);
> Janich v. American Distilling, (distilled spirits);
> Bray v. Safeway Stores, (cattle/beef);
> Cointronics v. Burroughs, (computer processing);
> TwoDoor v. Overhead Door, (electronic doors);
> Kaplan v. Burroughs, (computer processing);
> Aloha Airlines v. Hawaiian Airlines, (air lines);
> Bubble-Up v. Coca-Cola, (soft drinks);
> Selton v. PT&T, (yellow page publishing);
> Dimmitt v. CPC International, (corn wet milling);
> Broadway v. UPS, (delivery/consolidation service);
> McDonald v. Johnson & Johnson, (TENS/pacemakers);
> Rickards v. CERF, (veterinarians);

*Joseph M. Alioto*

Adams Construction (construction);
Ringsby v. Consolidated Freightways, (long haul trucking);
Lightwave v. Corning, (optic fiber);
Metropolitan News v. Daily Journal (newspaper publishing);
Las Vegas Sun v. Summa Corp., (advertising/publishing);
Syufy v. American Theaters, (motion picture production and exhibition);
Forro v. IBM, (computer/peripheral manufacturers)
Amec v. Johnson & Johnson (electronic medical equipment);
Filco v. Amana, (consumer electronic sales);
United States v. Rice Growers, (rice);
Go-Video v. Matsushita, (VCRs);
Blue Cross v. HCA, (hospitals/insurance);
Southern Publishing v. Lesher Publishing, (newspapers);
Rao v. S/T Hospitals, (physicians);
Los Angeles Raiders v. NFL, (football);
Baldareli v. H&R Block, (tax preparation;
Latian v. Banco do Brasil, (foreign finance);
Anderson v. Touche, Ross, (accounting);
Montreal Trading v. MIC, (international potash trading)
King v. National Benevolent Association (real estate)
Reilly v. Hearst Newspaper Corporation (newspapers)
Raiders v. National Football League (football)
IREF v. Arthur Andersen (accounting)

## TRIALS OF SPECIAL NOTE

Mr. Alioto has twice set the record for the largest judgments in the history of the
Antitrust Laws:

*Bray v. Safeway*, largest judgment in the history of the antitrust laws up to that date
(1974, $32 million).

*McDonald v. Johnson & Johnson*, largest judgment for individuals in the history of the
antitrust laws up to that date (1981, $170 million).

## LECTURES ON ANTITRUST

Approximately 10-20 at American Bar Association, State Bar Associations, Law
Schools, Symposia, etc. Topics have varied from practical instruction (*e.g.* "How To Try
An International Antitrust Case") to philosophical underpinning of the antitrust laws (*e.g.*
"Adam Smith, Antitrust, and the United States.")

*Joseph M. Alioto*

# EXHIBIT B

**Theresa D. Moore**

Ms. Moore specializes in trial practice and mediation. Her substantive legal focus includes antitrust, unfair competition, business, consumer and complex class actions. Ms. Moore has been representing antitrust plaintiffs with the Alioto Law Firm since 1981. She has been lead counsel in over 100 trials, including civil and criminal trials as a Deputy District Attorney in San Francisco.

Ms. Moore is a Judge Pro Tem for the State of California in San Francisco Superior Court. She is a distinguished Professor Adjunct in Trial Advocacy and Evidence at the University of California, Hastings College of Law. She has served as keynote speaker and co-chair for the National College of Advocacy.

Ms. Moore is also a California Certified Mediator and Special Master. She has successfully mediated approximately 150 cases for private and government organizations, including the Federal Equal Employments Opportunity Commission, Multi-Option ADR Project, State of California First District Court of Appeal , Conflicts Resolution Center, San Francisco Superior Court, and the San Mateo County Courts.

Ms Moore received her Juris Doctor from the University of California, Hastings College of the Law in 1981. She received her Bachelor of Arts from the University of Santa Clara in 1978.

Ms. Moore is admitted to practice in the State of California, as well as the United States District Courts for the Northern, Eastern and Central Districts of California.

A representative sample of Ms. Moore's class action and antitrust cases includes:

*AD/SAT v. Associated Press, et al.*-- antitrust litigation alleging illegal pricing
U.S.D.C. S.D.N.Y.; Case No. 94-civ-6655 (PKL)

*In Re: Airline Ticket Commission Antitrust Litigation*- antitrust class action alleging that the airlines conspired to fix travel agents' commission rates
U.S.D.C. Minn Fourth Division;MDL Docket No. 1058 Master File No. 4-95-107 (all actions combined)

*AD/SAT v. McClatchy Newspapers, Inc.*-- antitrust litigation alleging and illegal pricing conspiracy  U.S.D.C. for the Eastern District of California; Case No. CIV-S-95-1387 (DFL) (PAN)

*Neve Brothers, et al. v. Potash Corporation of Saskatechewan, et al.* -- antitrust class action of inidrect purchasers of potash.
Sup. Ct. CA S.F. Case No. 959767; Ct. App. CA, 1st Dist.

*Theresa D. Moore*

*Notz et al v Ticketmaster-Southern Californai, Inc. et al.* --antitrust consumer class action alleging a territorial allocation in violation of the Cartwright Act
Sup. Ct. CA S.F. Case No. 943-327

*Cosmetics Antitrust Litigation*--antitrust class action alleging that manufacturers of prestige cosmetics and retail department stores conspired to prevent discounting of cosmetics   Sup. Ct CA Marin J.C.C.P. 4056; USDC N.D.CA No. 3:03 cv-03359 SBA

*Automobile Antitrust Litigation* I, II  JCCP 4298 and 4303—antitrust statewide class action by indirect purchasers alleging a price fixing conspiracy. Sup.Ct. CA S.F; J.C.C.P. Nos. 004298, 004303;U.S.D.C. for the District of Maine; MDL 03-md-1532

*Clayworth, et al. v. Pfizer, Inc., et al.*--antitrust action by indirect purchaser retail pharmacists alleging a price fixing conspiracy. against major drug manufacturers
Sup. Ct. CA Alameda Case No. 04172428

*In Re Nasdaq Market Makers Antitrust Litigation* --antitrust nationwide class action alleging a price fixing conspiracy MDL 1023 94 Civ. 3996 (RWS)

*Breaux v Agency Rent a Car; USDC N.D. CA*--class action of employees of rental car company

*In Re Tableware Litigation;* antitrust action alleging illegal pricing and boycott U.S.D.C. Case No. C-04-3514 VRW

*Theresa D. Moore*

**Angelina Alioto-Grace**

Mrs. Alioto-Grace is a general commercial litigator with a focus in antitrust, complex business tort, class action, intellectual property, unfair competition, and racial discrimination. Her experience includes both trial and appellate advocacy in the federal and state courts. Mrs. Alioto-Grace's responsibilities include all aspects of trial preparation from opening statement through argument. Additional pre-trial responsibilities include initiating pleadings, all phases of discovery, client retention and management, and settlement negotiation.

Mrs. Alioto-Grace is admitted to practice in the State of California, the State of New York, the Commonwealth of Massachusetts, the United States Supreme Court, the Ninth Circuit Court of Appeals, the United States District Court for the Northern District of California and the United States District Courts for the Southern and Eastern Districts of New York.

Mrs. Alioto-Grace is a former associate of Akin, Gump, Strauss, Hauer & Feld L.L.P. in New York, New York. She received her Juris Doctorate in 1995 from the Georgetown University Law Center. After law school, Mrs. Alioto-Grace clerked for the Office of the Counsel to the President of the United States.

*Angelina Alioto-Grace*

**Joseph M. Alioto, Jr.**

Mr. Alioto has prosecuted federal and California antitrust and unfair competition violations exclusively for over five years. He serves as first- and second-chair counsel in multi-party federal and state actions involving price-fixing, monopolization, price discrimination, merger enforcement and various related competition and business tort claims.   He has represented clients in a dozen cases involving price-fixing conspiracies in the oil, air transportation, pharmaceutical, rail freight, hotel, HVAC manufacturing, and software industries. He has briefed and argued oppositions to summary judgment in price-fixing conspiracy cases in both state and federal court. Mr. Alioto is at the forefront of the debate concerning "pass-on" issues in Direct/Indirect Purchaser overcharge cases. His appeal challenging the availability of the pass-on defense in so-called "*Illinois Brick* Repealer" states is an issue of first-impression now pending before the California Court of Appeal. Mr. Alioto's appellate antitrust experience includes advocacy before the Ninth Circuit and California appellate courts. He is the Chairman of the Antitrust Committee of the American Bar Association, Young Lawyers Division.

Mr. Alioto graduated with the joint degrees Juris Doctorate and Masters in Business Administration from the University of California at Berkeley, Boalt Hall School of Law and Haas School of Business in 2001. During law school, he clerked for the Honorable Timothy A. Reardon, California Court of Appeal, and conducted trials and law/motion for the Alameda County District Attorney's Office. Upon graduation, he was invited to clerk for District Judge Frank Bullock, Jr., Middle District of North Carolina. Mr. Alioto graduated from Georgetown University with a Bachelor of Science, *cum laude*, 1994.

Admitted to practice in the United States Supreme Court (2006); Ninth Circuit Court of Appeals (2001); United States District Court, California and Ohio (2001, 2003); and California Supreme Court (2001).

**Thomas P. Pier**

    Mr. Pier practices antitrust litigation with the Alioto Law Firm.  He is admitted to practice in the State of California, as well as the United States District Court for the Northern District of California.  Since joining the Alioto Law Firm in 2005, Mr. Pier has been involved in antitrust litigation in the fields of transportation, communications, pharmaceuticals, and building controls.  Mr. Pier's primary responsibilities are in the coordination of discovery matters.

    Mr. Pier received a Juris Doctorate from the University of San Francisco in 2004.  Mr. Pier also received a Master of Arts in Journalism from the University of Texas, Austin in 2003, and a Bachelor of Arts in Public Policy from Brown University in 1995.

*Thomas P. Pier*