Joseph M. Alioto (SBN 42680)
ALIOTO LAW FIRM
555 California Street, 31st Floor
San Francisco, CA 94104
Telephone:   (415) 434-8900
Facsimile:   (415) 434-9200
jmalioto@aliotolaw.com

*Attorneys for Plaintiff Mark Pierce*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>**ALL INDIRECT PURCHASER ACTIONS** | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF ALIOTO LAW FIRM FROM OPPOSITION TO MOTIONS FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS AND FROM CROSS-MOTION TO APPOINT ALIOTO LAW FIRM AND MILLER LAW LLC AS INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS (Related Cases)**<br><br>(FRCP Rules 1 and 23(g))<br><br>Date: April 4, 2008<br>Time: 10:00 A.M.<br><br>Hon. Samuel Conti<br>Courtroom One, 17th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Alioto Law Firm hereby withdraws from the Opposition to Motions for Appointment of Interim Lead Class Counsel for Indirect Purchaser Plaintiffs, and Notice of Cross-Motion and Cross-Motion to Appoint Alioto Law

93029.1

1  Firm and Miller Law LLC as Interim Lead Class Counsel for Indirect Purchaser Plaintiffs,
2  filed March 14, 2008 (Doc. No. 144).
3  Dated:  March 28, 2008                    Respectfully submitted,
4
5                                            By:    /s/ Joseph M. Alioto
                                                    Alioto Law Firm
6                                            *Attorneys for Plaintiff Mark Pierce*

93029.1                                       -2-
NOTICE OF WITHDRAWAL OF ALIOTO LAW FIRM FROM OPPOSITION TO MOTIONS FOR APPOINTMENT OF INTERIM
LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS AND FROM CROSS-MOTION TO APPOINT ALIOTO
LAW FIRM AND MILLER LAW LLC AS INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS – Case
No. 3:07-cv-05944-SC

# CERTIFICATE OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by THE FURTH FIRM LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. **NOTICE OF WITHDRAWAL OF ALIOTO LAW FIRM FROM OPPOSITION TO MOTIONS FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS AND FROM CROSS-MOTION TO APPOINT ALIOTO LAW FIRM AND MILLER LAW LLC AS INTERIM LEAD CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS; and**

2. **CERTIFICATE OF SERVICE**.

☑ **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

Executed on March 28, 2008 at San Francisco, California.

Signed     /s/   Robert L. Newman

93030.1

CERTIFICATE OF SERVICE – Case No. 3:07-cv-05944-SC