1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2      Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3      ghalling@sheppardmullin.com
   JAMES L. MCGINNIS, Cal. Bar No. 95788
4      jmcginnis@sheppardmullin.com
   MICHAEL SCARBOROUGH, Cal. Bar No. 203524
5      mscarborough@sheppardmullin.com
   Four Embarcadero Center, 17th Floor
6   San Francisco, California 94111-4109
   Telephone:   415-434-9100
7   Facsimile:   415-434-3947

8   Attorneys for Defendant
   SAMSUNG SDI AMERICA, INC.

9

10                 UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

| 14  IN RE:  Cathode Ray Tube (CRT) Antitrust Litigation | Case No. C07-5944 SC |
|---|---|
| This Relates to All Actions | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*
(Case No. 07-5944-SC)

      I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

      On **March 28, 2008**, I served the following document(s) entitled:

**Defendants' Status Conference Statement**.

in the above-referenced action as follows:

**See Attached Service List**

☒    **BY CMC/ECF Notice of Electronic Filing:**  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒    **BY MAIL:**  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    **FEDERAL:**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on **March 28, 2008**, at San Francisco, California.


                /s/  James Livingston
                James Livingston

**SERVICE LIST**

**IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. 3:07-cv-05944-SC**

Parties Served by Electronic Notice

| | |
|---|---|
| Douglas A. Millen, Esq. (Pro Hac Vice)<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL  60015<br>Tel:  224-632-4500<br>Fax:  224-632-4519<br>Email:  doug@fklmlaw.com | *Attorneys for Plaintiffs Art's TV & Appliance and*<br>*Carroll Cut-Rate Furniture* |
| Christopher L. Lebsock, Esq.<br>Cohen Milstein Hausfeld & Toll, P.L.L.C.<br>1 Embarcadero Center, Suite 2440<br>San Francisco, CA  94111<br>Tel: 415-229-2080<br>Fax: 415-986-3643<br>Email:  clebsock@cmht.com | *Attorneys for Plaintiff Barbara Caldwell* |
| Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA  94111<br>Tel:  415-217-6810<br>Email:  guido@saveri.com | *Attorneys for Plaintiff Paula Call, Electronic*<br>*Design Co., Hawel A. Hawel d/b/a City*<br>*Electronics, and Orion Home Systems, LLC* |
| Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA  94104<br>Tel:  415-433-3200<br>Fax: 415-433-6382<br>Email:  cheffelfinger@bermanesq.com | *Attorneys for Plaintiffs, Central New York*<br>*Univision Video Systems, Inc., Crimson Tech,*<br>*Inc., and Univisions-Crimson Holding Inc.* |
| Bruce Lee Simon, Esq.<br>Pearson, Simon, Soter, Warshaw & Penny,<br>LLP 44 Montgomery Street, Suite 1200<br>San Francisco, CA  94104<br>Tel:  415-433-9000<br>Fax:  415-433-9008<br>Email:  bsimon@psswplaw.com | *Attorneys for Plaintiff Crago, Inc.* |

| | | |
|---|---|---|
| 1 | Daniel E. Birkhauser | *Attorneys for Plaintiff, Donna Ellingson* |
| 2 | Bramson, Pluttzik, Mahler & Birkhaeuser LLP | |
| 3 | 2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598 | |
| 4 | Tel: 925-945-0200<br>Fax: 925-945-8792<br>Email: dbirkhauser@bramsonplutzik.com | |
| 5 | | |
| 6 | Joseph Marid Patane, Esq.<br>Law Office of Joseph M. Patane | *Attorneys for Plaintiffs Jeffrey Figone, Samuel J. Nasto, and Brigid Terry* |
| 7 | 2280 Union Street<br>San Francisco, CA 94123<br>Tel: 415-563-7200 | |
| 8 | Fax: 415-346-0679<br>Email: jpatane@tatp.com | |
| 9 | | |
| 10 | James McManis<br>McMANIS FAULKNER & MORGAN | *Attorneys for Plaintiff Carmen Gonzalez* |
| 11 | A Professional Corporation<br>50 W. San Fernando Street, 10th Floor<br>San José, CA 95113 | |
| 12 | Tel:    408-279-8700<br>Fax:    408-279-3244 | |
| 13 | melzankaly@mfmlaw.com | |
| 14 | Craig C. Corbitt, Esq. | *Attorneys for Michael Juetten and Chad Klebs* |
| 15 | Zelle, Hofmann, Voelbel, Mason & Gette LLP | |
| 16 | 44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700 | |
| 17 | Fax: 415-693-0770<br>Email: ccorbitt@zelle.com | |
| 18 | | |
| 19 | Christopher Lovell<br>LOVELL STEWART HALEBIAN LLP | *Attorneys for Plaintiff, Andrew Kindt and William Stack* |
| 20 | 500 Fifth Avenue<br>Floor 58<br>New York, NY 10110 | |
| 21 | Tel:    212-608-1900<br>Fax:    212-719-4677 | |
| 22 | Email: LSHLLP@LSHLLP.COM | |
| 23 | Michael P. Lehmann, Esq. | *Attorneys for Plaintiff, Monikraft, Inc.* |
| 24 | Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111 | |
| 25 | Tel: 415-983-3321<br>Fax: 415-986-3643 | |
| 26 | Email: mlehmann@cmht.com | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Brendan Patrick Glackin, Esq.<br>Lief Cabraser Heimann & Berstein LLP | *Attorneys for Plaintiff Nathan Muchnick, Inc.* |
| 2 | 275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 | |
| 3 | Tel:  415 956-1000<br>Fax:  415 956-1008 | |
| 4 | Email:  bglackin@lchb.com | |
| 5 | Henry A. Cirillo, Esq.<br>The Furth Firm LLP | *Attorneys for Plaintiff Mark Pierce* |
| 6 | 225 Bush Street, 15th Floor<br>San Francisco, CA  94104 | |
| 7 | Tel: 415-433-2070<br>Fax: 415-982-2076 | |
| 8 | Email:  Hcirillo@furth.com | |
| 9 | Marisa C. Livesay, Esq.<br>Wolf Haldenstein Adler Freeman & Herz | *Attorneys for Plaintiff, Princeton Display Technologies, Inc.* |
| 10 | LLP<br>750 B Street, Suite 2770 | |
| 11 | San Diego, CA  92101<br>Tel: 619-239-4599 | |
| 12 | Fax: 619-234-4599<br>Email:  livesay@whafh.com | |
| 13 | | |
| 14 | Eric B. Fastiff, Esq.<br>Lieff, Cabraser, Heimann & Bernstein LLP | *Attorneys for Plaintiff The Stroud Group, Inc.* |
| 15 | 275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 | |
| 16 | Tel:  415-956-1000<br>Fax:  415-956-1008 | |
| 17 | Email:  efastiff@lchb.com | |
| 18 | KENT ROGER<br>MORGAN LEWIS & BOCKIUS LLP | *Attorneys for Defendant Hitachi America Ltd.* |
| 19 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 | |
| 20 | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 | |
| 21 | Email: kroger@morganlewis.com | |
| 22 | Samuel Ray Miller<br>Sidley Austin LLP | *Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.* |
| 23 | 555 California Street, Suite 5000 | |
| 24 | San Francisco, CA 94111<br>(415) 772-1200 | |
| 25 | Fax: (415) 772-7400<br>Email: srmiller@sidley.com | |
| 26 | | |
| 27 | | |
| 28 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ethan E. Litwin
Howrey LLP
153 E. 53rd Street, 54th Floor
New York, NY 10022
Tel: 212-896-6500
Fax: 212-896-6501
Email: litwine@howrey.com

*Attorneys for Defendant Philips Electronics North
America*

Michael W. Scarborough, Esq.
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Tel: 415-434-9100
Fax: 415-434-3947
Email: mscarborough@smrh.com

*Attorneys for Defendant Samsung SDI America,
Inc.*

Christopher Curran
White & Case
701 Thirteenth Street, NW
Washington, DC 20005
Tel: 202-626-3600
Fax: 202-639-9355
Email: ccurran@whitecase.com

*Attorneys for Defendants, Toshiba America, Inc.,
Toshiba America Information Systems, Defendant,
Toshiba America Consumer Products, L.L.C.,
Defendant Toshiba America Electronics
Components, Inc*

Jeane Hamilton
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102

*Attorneys for United States Department of Justice*

1

2

<u>Parties Manually Served by U.S. Mail</u>

3

4   Guri Ademi                                    *Attorneys for Plaintiff James Allee*
    Ademi & O'Reilly, LLP
5   3620 E. Layton Avenue
    Cudahy, WI 53110
6   Tel:  414-482-8000
    Fax: 414-482-8001

7   Robert N. Kaplan                              *Attorneys for Plaintiffs Arch Electronics and*
    KAPLAN FOX & KILSHEIMER LLP                   *Meijer, Inc.*
8   850 Third Avenue, 14th Floor
    New York, NY  10022
9   Tel:    212-687-1980
    Fax:    212-687-7714
10  Email:  rkaplan@kaplanfox.com

11  Douglas A. Millen, Esq. (Pro Hac Vice)        *Attorneys for Plaintiffs Art's TV & Appliance and*
    Freed Kanner London & Millen LLC              *Carroll Cut-Rate Furniture*
12  2201 Waukegan Road, Suite 130
    Bannockburn, IL  60015
13  Tel:  224-632-4500
    Fax:  224-632-4519
14  Email:  doug@fklmlaw.com

15  Gordon Ball                                   *Attorneys for Plaintiff Charles Benson*
    Ball & Scott
16  Suite 601, 550 Main Ave.
    Knoxville, TN 37902
17  Tel: 865-525-7028
    Fax: 865-525-4679
18  Email:  gball@ballandscott.com

19  Jeffrey A. Klafter                            *Attorneys for Plaintiff Industrial Computing, Inc.*
    KLAFTER & OLSEN LLP
20  1311 Mamaroneck Avenue, Suite 220
    White Plains, NY  10605
21  Tel:    914-997-5656
    Fax:    914-997-2444
22  Email:  jak@klafterolsen.com

23  Donald Amamgbo, Esq.                          *Attorneys for Plaintiff Dennis Patrick*
    AMAMGBO & ASSOCIATES
24  7901 Oakport Street, Suite 4900
    Oakland, California  94621
25  Tel:    510-615-6000
    Fax:    510-615-6025

26

27

28

| | |
|---|---|
| 1 | Lisa J. Rodriguez | *Attorneys for Plaintiffs Radio & TV Equipment,* |
| | TRUJILLO RODRIGUEZ & RICHARDS, | *Inc., Royal Data Services, Inc., OK TV &* |
| 2 | LLC | *Appliances, and Sound Investments Corp. d/b/a* |
| | 8 Kings Highway West | *Eggers Audio-Video* |
| 3 | Haddonfield, NJ  08033 | |
| 4 | Tel:    856-795-9002 | |

1 | Lisa J. Rodriguez
2 | TRUJILLO RODRIGUEZ & RICHARDS, LLC
3 | 8 Kings Highway West
  | Haddonfield, NJ  08033
4 | Tel:    856-795-9002

*Attorneys for Plaintiffs Radio & TV Equipment, Inc., Royal Data Services, Inc., OK TV & Appliances, and Sound Investments Corp. d/b/a Eggers Audio-Video*

5 | Daniel R Karon
6 | GOLDMAN SCARLATO & KARON, P.C.
  | 55 Public Square, Suite 1500
7 | Cleveland, OH  44113-1998
  | Tel:    216-622-1851
8 | Fax:    216-622-1852
  | Email: karon@gsk-law.com
9 |

*Attorneys for Plaintiffs, Southern Office Supply, Inc., Barry Kushner. Jerry Cook, Greg Glanz. Brian Luscher, and Margaret Slagle*

10 | Samuel D. Heins
   | HEINS MILLS & OLSON, P.L.C.
11 | 310 Clifton Avenue
   | Minneapolis, MN  55403
12 | Tel:    612-338-4605
   | Fax:    612-338-4692
13 | Email: heins@heinsmills.com

*Attorneys for Plaintiff Wettstein and Sons, Inc.*

14 | Beijing-Matsushita Color CRT Company, Ltd.
15 | No. 9 Jiuxianqiao N. Rd
16 | Dashanzi Chaoyang District
   | Beijing, People's Republic of China
17 |

*Defendant, Beijing-Matsushita Color CRT Company, Ltd.*

18 | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.
19 | Lot 1, Subang Hi-Tech Industrial Park
   | Bata Tiga, 4000 Shah Alam
20 | Selangor Darul Ehsan, Malaysia

*Defendant, Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*

21 | Chunghwa Picture Tubes, Ltd.
   | No. 1127, Heping Rd.
22 | Bade City, Taoyuan, Taiwan

*Defendant, Chunghwa Picture Tubes, Ltd.*

23 | Hitachi Asia, Ltd.
24 | 16 Collyer Quay
   | #20-00 Hitachi Tower
25 | Singapore 049318

*Defendant, Hitachi Asia, Ltd.*

26 | Hitachi, Ltd.
27 | 6-6, Marunouchi 1-chome
   | Chiyoda-ku, Tokyo, 100-8280, Japan
28 |

*Defendant, Hitachi, Ltd.*

| | | |
|---|---|---|
| 1 | Irico Group Corporation | *Defendant, Irico Group Corporation* |
| | 1 Caihong Rd. | |
| 2 | Xianyang City, Shaanxi Province 712021 | |
| 3 | People's Republic of China | |
| 4 | Irico, Display Devices Co. | *Defendant, Irico, Display Devices Co.* |
| | No. 16 Fenghui South Road West | |
| 5 | Disctrict High-Tech Development Zone | |
| | Xi'an, SX1 710775 | |
| 6 | People's Republic of China | |
| 7 | Koninklijke Philips Electronics N.V. | *Defendant, Koninklijke Philips Electronics N.V.* |
| 8 | Breitner Center, Amstelplein 2, | |
| | 1096 BC Amsterdam, The Netherlands | |
| 9 | | |
| | MICHAEL R. LAZERWITZ | *Attorneys for Defendant, LP Displays* |
| 10 | CLEARY GOTTLIEB STEEN & | *International, Ltd.* |
| | HAMILTON LLP | |
| 11 | 2000 Pennsylvania Avenue, NW | |
| | Washington, DC 20006 | |
| 12 | Telephone: (202) 974-1679 | |
| 13 | Facsimile: (202) 974-1999 | |
| | Email: mlazerwitz@cgsh.com | |
| 14 | | |
| 15 | Matsushita Electric Industrial Co., Ltd. | *Defendant, Matsushita Electric Industrial Co.,* |
| | 1006, Oaza Kadoma, KAdoma-shi | *Ltd.* |
| 16 | Osaka 571-8501, Japan | |
| 17 | MT Picture Display Co., Ltd. *aka* Matsushita | *Defendant, MT Picture Display Co., Ltd. aka* |
| | Toshiba Picture Display | *Matsushita* |
| 18 | 1-1, Saiwai-cho | *Toshiba Picture Display* |
| 19 | Takatsuki, Osaka 569-1193, Japan | |
| 20 | Barry Bendes, Esq. | *Defendant, Orion America, Inc.* |
| | Anthony J. Viola | |
| 21 | EDWARDS ANGELL PALMER & DODGE | |
| | LLP | |
| 22 | 750 Lexington Avenue | |
| 23 | New York, NY 10022 | |
| 24 | Orion Electric-Co., Ltd | *Defendant, Orion Electric-Co., Ltd* |
| | 41-1 Iehisa-cho Echizen-shi Fukui | |
| 25 | 915-8555, Japan | |
| 26 | | |
| 27 | | |
| 28 | | |

1 | Samsung SDI Co., Ltd. | *Defendant, Samsung SDI Co., Ltd.*
2 | 575 Shin-dong, Yeontong-gu Suwon
  | Gyeonggi-do
3 | Korea, 443-731

4 | Samtel Color, Ltd. | *Defendant, Samtel Color, Ltd.*
  | 52, Community Centre, New Friends Colony
5 | New Delhi 110065, India

6 | Thai CRT Co., Ltd. | *Defendant, Thai CRT Co., Ltd.*
  | 1/F 26 Siam Cement Rd.
7 | Bangsue Dusit, Bangkok, Thailand

8 |
9 | Christopher Curran | *Attorneys for Defendants, Toshiba America, Inc.,*
  | White & Case | *Toshiba America Information Systems, Toshiba*
  | 701 Thirteenth Street, NW | *America Consumer Products, L.L.C., and Toshiba*
10 | Washington, DC 20005 | *America Electronics Components, Inc*
  | Tel:  202-626-3600
11 | Fax:  202-639-9355
12 | Email:  ccurran@whitecase.com

13 | Toshiba Corporation | *Defendant, Toshiba Corporation*
  | 1-1, Shibaura 1-chome
14 | Minato-Ku, Tokyo
  | 105-8001, Japan
15 |

16 | Curt Holbreich | *Attorneys for Defendants TPV International*
  | K&L Gates | *(U.S.A.)*
17 | 55 Second Street, Suite 1700
  | San Francisco, CA 94105-3493
18 | Tel:  415-882-8200
  | Fax:  415-882-8220
19 | Email:  curt.holbreich@klgates.com

20
21
22
23
24
25
26
27
28