```
 1  BARRY J. BENDES (pro hac vice forthcoming)
    Email: bbendes@eapdlaw.com
 2  ANTHONY J. VIOLA (pro hac vice forthcoming)
    Email: aviola@eapdlaw.com
 3  JOSEPH E. CZERNIAWSKI (pro hac vice forthcoming)
    Email: jczerniawski@eapdlaw.com
 4  EDWARDS ANGELL PALMER & DODGE LLP
    750 Lexington Avenue
 5  New York, New York 10022
    Telephone: 212.308.4411
 6  Facsimile: 212.308.4844

 7

 8  DAVID W. EVANS (Bar No. 79466)
    Email: devans@hbblaw.com
 9  HAIGHT BROWN & BONESTEEL LLP
    71 Stevenson Street, 20th Floor
10  San Francisco, California 94105-2981
    Telephone: 415.546.7500
11  Facsimile: 415.546.7505

12  Attorneys for Defendant
    ORION AMERICA, INC.
13
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) | Case No. 07-05944-SC<br><br>MDL No. 1917 |
|---|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | ) ) ) ) ) | **NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firms Edwards, Angell, Palmer & Dodge, LLP and its local counsel, Haight Brown & Bonesteel LLP, hereby state their appearance in this case on behalf of defendant Orion America, Inc.

Dated: March 31, 2008

Respectfully Submitted,

Barry J. Bendes *(pro hac vice forthcoming)*
Anthony J. Viola *(pro hac vice forthcoming)*
Joseph E. Czerniawski *(pro hac vice forthcoming)*
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
Telephone: 212.308.4411
Facsimile: 212.308.4844

David W. Evans (Bar No. 79466)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

By: /s/ David W. Evans

David W. Evans
Attorneys for Defendant
**ORION AMERICA INC.**