1 | Roger M. Schrimp, SBN 39379
Fred A. Silva, SBN 128464
2 | Kathy L. Monday, SBN 209084
Clinton P. Walker, SBN 151560
3 | DAMRELL, NELSON, SCHRIMP,
   PALLIOS, PACHER & SILVA
4 | 1601 "I" Street, Fifth Floor
Modesto, California 95354
5 | Tel: (209) 526-3500
Fax: (209) 526-3534

6 | Attorneys for Plaintiff Hawel A. Hawel

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE TAY TUBE (CRT) ANTITRUST LITIGATION, | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE OF CLINTON P. WALKER** |
| ALL ACTIONS | |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following additional counsel from the law firm Damrell, Nelson, Schrimp, Pallios, Pacher & Silva will be appearing in the above-captioned matter:

      Clinton P. Walker    cwalker@damrell.com

Dated: March 31, 2008    Respectfully Submitted,

By: /s/ Clinton P. Walker
Clinton P. Walker
DAMRELL, NELSON, SCHRIMP,
PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Tel: (209) 526-3500
Fax: (209) 526-3534

## CERTIFICATE OF SERVICE

I, Mary E. Varni, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Damrell, Nelson, Schrimp, Pallios, Pacher & Silva, 1601 I Street, 5th Floor, Modesto, California 95354.

On March 31, 2008, I filed the foregoing, **NOTICE OF APPEARANCE OF CLINTON P. WALKER**, with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the forgoing document by first-class mail to the following non-CM/ECF participants:

**Eva W. Cole**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

**Lori A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Traviss Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

**Martin E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**Richard M. Hagstrom**
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

*Damrell Nelson Schrimp Pallios Pacher & Silva*
*A Professional Corporation*

1 **Imtiaz A. Siddiqui**
Lovell Stewart Halebian LLP
2 500 Fifth Avenue
New York, NY 10110
3
**Matthew E. Van Tine**
4 Miller Law LLC
115 South LaSalle Street, Suite 2910
5 Chicago, IL 60603

6 **Jonathan Mark Watkins**
The Furth Firm LLP
7 225 Bush Street, 15th Floor
San Francisco, CA 94104-4249

*Mary E. Varni* (signature)

Mary E. Varni

*Damrell Nelson*
*Schrimp Pallios*
*Pacher & Silva*
*A Professional*
*Corporation*

2
**CERTIFICATE OF SERVICE**