UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect-Purchaser Actions Including:<br>*Stack, et al., v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. C08-1319-WBD | Case No. CV-07-5944<br><br>MDL No. 1917<br><br>[PROPOSED] ORDER RE ISSUANCE OF LETTERS ROGATORY<br><br>Honorable Samuel Conti |

This matter came before the Court pursuant to Civil Local Rule 7-11. Having considered the Request, and GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT:

The motion for issuance of letters rogatory on Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. is GRANTED.

Dated: March  31 , 2008

_____
The Honorable Samuel Conti
United States District Judge

#3172563v1