FILED
08 MAR 28 PM 3:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KRIS MAN (246008)
Email: kman@dl.com
Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER
Email: jkessler@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

STEVEN A. REISS
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant
PANASONIC CORPORATION OF NORTH AMERICA

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to: ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, A. PAUL VICTOR, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Panasonic Corporation of North America in the above-entitled litigation.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

KRIS MAN (246008)
Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2008

Respectfully submitted,

DEWEY & LEBOEUF LLP

By: /s/ A. Paul Victor
A. Paul Victor
Email: pvictor@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

*Attorneys for Defendant Panasonic Corporation of North America*

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

- 2 -

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* Case No. 07-5944-SC
MDL No. 1917

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**PROOF OF SERVICE**

I declare that I am employed with the law firm Dewey & LeBoeuf LLP, whose address is Dewey & LeBoeuf, One Embarcadero Center, Suite 400, San Francisco, CA 94111 (hereinafter "D&L"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on March 28, 2008, I served a copy of:

- **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; and**
- **[PROPOSED] ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION OF A. PAUL VICTOR**

☒ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at D&L in accordance with D&L's ordinary business practices. I am readily familiar with D&L's practice for collection and processing of mail, and know that in the ordinary course of D&L's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same data as sworn below.

| | |
|---|---|
| ***SEE ATTACHED SHEET*** | ☒ by U.S. Mail<br>☐ by fax<br>☐ by email<br>☐ by overnight delivery<br>☐ by hand |

Executed on March 28, 2008 at San Francisco, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Donna L Karbach

Donna Karbach

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

***SERVICE LIST***

| ATTORNEY / ADDRESSEE | PARTY |
|---|---|
| Guri Ademi<br>Ademi & O'Reilly, LLP<br>3620 E. Layton Avenue<br>Cudahy, WI 53110<br>Tel: 414-482-8000<br>Fax: 414-482-8001 | ***Plaintiff, James Allee***<br>*on behalf of himself and all others similarly situated* |
| Robert N. Kaplan<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Tel: 212-687-1980<br>Fax: 212-687-7714<br>Email: rkaplan@kaplanfox.com | ***Plaintiff, Arch Electronics***<br>*on behalf of itself and others similarly situated*<br><br>***Plaintiff, Meijer, Inc.***<br>*on behalf of itself and others similarly situated* |
| Douglas A. Millen, Esq. (Pro Hac Vice)<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: 224-632-4500<br>Fax: 224-632-4519<br>Email: doug@fklmlaw.com | ***Plaintiff, Art's TV & Appliance***<br>*on behalf of itself and all others similarly situated*<br><br>***Plaintiff, Carroll Cut-Rate Furniture***<br>*on behalf of itself and all others similarly situated* |
| Gordon Ball<br>Ball & Scott<br>Suite 601, 550 Main Ave.<br>Knoxville, TN 37902<br>Tel: 865-525-7028<br>Fax: 865-525-4679<br>Email: gball@ballandscott.com | ***Plaintiff, Charles Benson***<br>*on behalf of himself and all others similarly situated* |
| Christopher L. Lebsock, Esq.<br>Cohen Milstein Hausfeld & Toll, P.L.L.C.<br>1 Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel: 415-229-2080<br>Fax: 415-986-3643<br>Email: clebsock@cmht.com | ***Plaintiff, Barbara Caldwell***<br>*on behalf of herself and all others similarly situated* |

| ATTORNEY / ADDRESSEE | PARTY |
|---|---|
| Guido Saveri, Esq.<br>Saveri & Saveri Inc.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>Tel: 415-217-6810<br>Email: guido@saveri.com | ***Plaintiff, Paula Call***<br>*on behalf of herself and all others similarly situated*<br><br>***Plaintiff, Electronic Design Co.***<br>*on behalf of itself and others similarly situated*<br><br>***Plaintiff, Hawel A. Hawel d/b/a City Electronics***<br>*on behalf of itself and all others similarly situated*<br><br>***Plaintiff, Orion Home Systems, LLC***<br>*on behalf of itself and all others similarly situated* |
| Christopher T. Heffelfinger, Esq.<br>Berman DeValerio Pease & Tabacco, P.C.<br>425 California Street, Suite 2025<br>San Francisco, CA 94104<br>Tel: 415-433-3200<br>Fax: 415-433-6382<br>Email: cheffelfinger@bermanesq.com | ***Plaintiff, Central New York Univision Video Systems, Inc.***<br>*on behalf of itself and others similarly situated*<br><br>***Plaintiff, Crimson Tech, Inc.***<br>*on behalf of itself and others similarly situated*<br><br>***Plaintiff, Univisions-Crimson Holding Inc.***<br>*on behalf of itself and all others similarly situated* |
| Bruce Lee Simon, Esq.<br>Pearson, Simon, Soter, Warshaw & Penny, LLP 44 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Tel: 415-433-9000<br>Fax: 415-433-9008<br>Email: bsimon@psswplaw.com | ***Plaintiff, Crago, Inc.***<br>*on behalf of itself and others similarly situated* |
| Daniel E. Birkhauser<br>Bramson, Pluttzik, Mahler & Birkhaeuser LLP<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Tel: 925-945-0200<br>Fax: 925-945-8792<br>Email: dbirkhauser@bramsonplutzik.com | ***Plaintiff, Donna Ellingson***<br>*on behalf of herself and all others similarly situated* |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

| ATTORNEY / ADDRESSEE | PARTY |
|---|---|
| Joseph Marid Patane, Esq.<br>Law Office of Joseph M. Patane<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel: 415-563-7200<br>Fax: 415-346-0679<br>Email: jpatane@tatp.com | ***Plaintiff, Jeffrey Figone***<br>*on behalf of himself and all others similarly situated*<br><br>***Plaintiff, Samuel J. Nasto***<br>*on behalf of himself and all others similarly situated*<br><br>***Plaintiff, Brigid Terry***<br>*on behalf of herself and all others similarly situated* |
| James McManis<br>McMANIS FAULKNER & MORGAN<br>A Professional Corporation<br>50 W. San Fernando Street, 10th Floor<br>San José, CA 95113<br>Tel: 408-279-8700<br>Fax: 408-279-3244<br>melzankaly@mfmlaw.com | ***Plaintiff, Carmen Gonzalez***<br>*on behalf of herself and all others similarly situated* |
| Jeffrey A. Klafter<br>KLAFTER & OLSEN LLP<br>1311 Mamaroneck Avenue, Suite 220<br>White Plains, NY 10605<br>Tel: 914-997-5656<br>Fax: 914-997-2444<br>Email: jak@klafterolsen.com | ***Plaintiff, Industrial Computing, Inc.***<br>*on behalf of itself and others similarly situated* |
| Craig C. Corbitt, Esq.<br>Zelle, Hofmann, Voelbel, Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Tel: 415-693-0700<br>Fax: 415-693-0770<br>Email: ccorbitt@zelle.com | ***Plaintiff, Michael Juetten***<br>*on behalf of himself and all others similarly situated*<br><br>***Plaintiff, Chad Klebs a Minnesota resident***<br>*on behalf of themselves and all others similarly situated* |
| Christopher Lovell<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>Floor 58<br>New York, NY 10110<br>Tel: 212-608-1900<br>Fax: 212-719-4677<br>Email: LSHLLP@LSHLLP.COM | ***Plaintiff, Andrew Kindt***<br>*on behalf of himself and all others similarly situated*<br><br>***Plaintiff, William Stack***<br>*on behalf of himself and all others similarly situated* |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

| ATTORNEY / ADDRESSEE | PARTY |
|---|---|
| Michael P. Lehmann, Esq.<br>Cohen, Milstein, Hausfeld & Toll, P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111<br>Tel: 415-983-3321<br>Fax: 415-986-3643<br>Email: mlehmann@cmht.com | ***Plaintiff, Monikraft, Inc.***<br>*individually and on behalf of a class of all those similarly situated* |
| Brendan Patrick Glackin, Esq.<br>Lief Cabraser Heimann & Berstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415 956-1000<br>Fax: 415 956-1008<br>Email: bglackin@lchb.com | ***Plaintiff, Nathan Muchnick, Inc.***<br>*on behalf of himself and all others similarly situated* |
| Donald Amamgbo, Esq.<br>AMAMGBO & ASSOCIATES<br>7901 Oakport Street, Suite 4900<br>Oakland, California 94621<br>Tel: 510-615-6000<br>Fax: 510-615-6025 | ***Plaintiff, Dennis Patrick***<br>*on behalf of himself and all others similarly situated* |
| Henry A. Cirillo, Esq.<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104<br>Tel: 415-433-2070<br>Fax: 415-982-2076<br>Email: Hcirillo@furth.com | ***Plaintiff, Mark Pierce***<br>*on behalf of himself and all others similarly situated* |
| Marisa C. Livesay, Esq.<br>Wolf Haldenstein Adler Freeman & Herz LLP<br>750 B Street, Suite 2770<br>San Diego, CA 92101<br>Tel: 619-239-4599<br>Fax: 619-234-4599<br>Email: livesay@whafh.com | ***Plaintiff, Princeton Display Technologies, Inc.***<br>*on behalf of itself and others similarly situated* |
| Lisa J. Rodriguez<br>TRUJILLO RODRIGUEZ & RICHARDS, LLC<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Tel: 856-795-9002 | ***Plaintiff, Radio & TV Equipment, Inc.***<br>*on behalf of itself and others similarly situated*<br><br>***Plaintiff, Royal Data Services, Inc.***<br>*on behalf of itself and others similarly situated*<br><br>***Plaintiff, OK TV & Appliances***<br>*on behalf of itself and others similarly situated*<br><br>***Plaintiff, Sound Investments Corp. d/b/a Eggers Audio-Video***<br>*on behalf of itself and others similarly situated* |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

| ATTORNEY / ADDRESSEE | PARTY |
|---|---|
| Daniel R Karon<br>GOLDMAN SCARLATO & KARON, P.C.<br>55 Public Square, Suite 1500<br>Cleveland, OH 44113-1998<br>Tel: 216-622-1851<br>Fax: 216-622-1852<br>Email: karon@gsk-law.com | ***Plaintiff, Southern Office Supply, Inc.***<br>*on behalf of itself and others similarly situated*<br><br>***Plaintiff, Barry Kushner***<br>*on behalf of himself and all others similarly situated*<br><br>***Plaintiff, Jerry Cook***<br>*on behalf of himself and all others similarly situated*<br><br>***Plaintiff, Greg Glanz***<br>*on behalf of himself and all others similarly situated*<br><br>***Plaintiff, Brian Luscher***<br>*on behalf of himself and all others similarly situated*<br><br>***Plaintiff, Margaret Slagle***<br>*on behalf of herself and all others similarly situated* |
| Eric B. Fastiff, Esq.<br>Lieff, Cabraser, Heimann & Bernstein LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Tel: 415-956-1000<br>Fax: 415-956-1008<br>Email: efastiff@lchb.com | ***Plaintiff, The Stroud Group, Inc.***<br>*on behalf of itself and others similarly situated* |
| Samuel D. Heins<br>HEINS MILLS & OLSON, P.L.C.<br>310 Clifton Avenue<br>Minneapolis, MN 55403<br>Tel: 612-338-4605<br>Fax: 612-338-4692<br>Email: heins@heinsmills.com | ***Plaintiff, Wettstein and Sons, Inc.***<br>*on behalf of itself and others similarly situated* |
| Beijing-Matsushita Color CRT Company, Ltd.<br>No. 9 Jiuxianqiao N. Rd<br>Dashanzi Chaoyang District<br>Beijing, People's Republic of China | ***Defendant, Beijing-Matsushita Color CRT Company, Ltd.*** |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

| ATTORNEY / ADDRESSEE | PARTY |
|---|---|
| Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.<br>Lot 1, Subang Hi-Tech Industrial Park<br>Bata Tiga, 4000 Shah Alam<br>Selangor Darul Ehsan, Malaysia | ***Defendant, Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.*** |
| Chunghwa Picture Tubes, Ltd.<br>No. 1127, Heping Rd.<br>Bade City, Taoyuan, Taiwan | ***Defendant, Chunghwa Picture Tubes, Ltd.*** |
| KENT ROGER<br>MORGAN LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>Email: kroger@morganlewis.com | ***Defendant, Hitachi America Ltd.*** |
| Hitachi Asia, Ltd.<br>16 Collyer Quay<br>#20-00 Hitachi Tower<br>Singapore 049318 | ***Defendant, Hitachi Asia, Ltd.*** |
| Hitachi, Ltd.<br>6-6, Marunouchi 1-chome<br>Chiyoda-ku, Tokyo, 100-8280, Japan | ***Defendant, Hitachi, Ltd.*** |
| Irico Group Corporation<br>1 Caihong Rd.<br>Xianyang City, Shaanxi Province 712021 | ***Defendant, Irico Group Corporation*** |
| Irico, Display Devices Co.<br>No. 16 Fenghui South Road West<br>Disctrict High-Tech Development Zone<br>Xi'an, SX1 710775 | ***Defendant, Irico, Display Devices Co.*** |
| Koninklijke Philips Electronics N.V.<br>Breitner Center, Amstelplein 2,<br>1096 BC Amsterdam, The Netherlands | ***Defendant, Koninklijke Philips Electronics N.V.*** |
| Samuel Ray Miller<br>Sidley Austin LLP<br>555 California Street, Suite 5000<br>San Francisco, CA 94111<br>(415) 772-1200<br>Fax: (415) 772-7400<br>Email: srmiller@sidley.com | ***Defendant, LG Electronics, Inc.***<br><br>***Defendant, LG Electronics USA, Inc.*** |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

| ATTORNEY / ADDRESSEE | PARTY |
|---|---|
| MICHAEL R. LAZERWITZ<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Telephone: (202) 974-1679<br>Facsimile: (202) 974-1999<br>Email: mlazerwitz@cgsh.com | ***Defendant, LP Displays International, Ltd.*** |
| Matsushita Electric Industrial Co., Ltd.<br>1006, Oaza Kadoma, KAdoma-shi<br>Osaka 571-8501, Japan | ***Defendant, Matsushita Electric Industrial Co., Ltd.*** |
| MT Picture Display Co., Ltd. *aka* Matsushita Toshiba Picture Display<br>1-1, Saiwai-cho<br>Takatsuki, Osaka 569-1193, Japan | ***Defendant, MT Picture Display Co., Ltd. aka Matsushita<br>Toshiba Picture Display*** |
| Barry Bendes, Esq.<br>Anthony J. Viola<br>EDWARDS ANGELL PALMER & DODGE LLP<br>750 Lexington Avenue<br>New York, NY 10022 | ***Defendant, Orion America, Inc.*** |
| Orion Electric-Co., Ltd<br>41-1 Iehisa-cho Echizen-shi Fukui<br>915-8555, Japan | ***Defendant, Orion Electric-Co., Ltd*** |
| Ethan E. Litwin<br>Howrey LLP<br>153 E. 53rd Street, 54th Floor<br>New York, NY 10022<br>Tel: 212-896-6500<br>Fax: 212-896-6501<br>Email: litwine@howrey.com | ***Defendant, Philips Electronics North America*** |
| Michael W. Scarborough, Esq.<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel: 415-434-9100<br>Fax: 415-434-3947<br>Email: mscarborough@smrh.com | ***Defendant, Samsung SDI America, Inc.*** |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

| ATTORNEY / ADDRESSEE | PARTY |
|---|---|
| Samsung SDI Co., Ltd.<br>575 Shin-dong, Yeontong-gu Suwon<br>Gyeonggi-do<br>Korea, 443-731 | ***Defendant, Samsung SDI Co., Ltd.*** |
| Samtel Color, Ltd.<br>52, Community Centre, New Friends Colony<br>New Delhi 110065, India | ***Defendant, Samtel Color, Ltd.*** |
| Thai CRT Co., Ltd.<br>1/F 26 Siam Cement Rd.<br>Bangsue Dusit, Bangkok, Thailand | ***Defendant, Thai CRT Co., Ltd.*** |
| Christopher Curran<br>White & Case<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Tel: 202-626-3600<br>Fax: 202-639-9355<br>Email: ccurran@whitecase.com | ***Defendant, Toshiba America, Inc.***<br><br>***Defendant, Toshiba America Information Systems***<br><br>***Defendant, Toshiba America Consumer Products, L.L.C.***<br><br>***Defendant Toshiba America Electronics Components, Inc*** |
| Toshiba Corporation<br>1-1, Shibaura 1-chome<br>Minato-Ku, Tokyo<br>105-8001, Japan | ***Defendant, Toshiba Corporation*** |
| Curt Holbreich<br>K&L Gates<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Tel: 415-882-8200<br>Fax: 415-882-8220<br>Email: curt.holbreich@klgates.com | ***Defendant, TPV International (U.S.A.)*** |
| Jeane Hamilton<br>U.S. Department of Justice<br>450 Golden Gate Avenue<br>Box 36046, Room 10-0101<br>San Francisco, CA 94102 | ***United States Department of Justice*** |

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111