```
KRIS MAN (246008)
Email: kman@dl.com
Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:    (415) 951-1100
Facsimile:    (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone:    (650) 802-3000
Facsimile:    (650) 802-3100

JEFFREY L. KESSLER
Email: jkessler@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:    (212) 259-8000
Facsimile:    (212) 259-7013

STEVEN A. REISS
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:    (212) 310-8000
Facsimile:    (212) 310-8007
```

Attorneys for Defendant
PANASONIC CORPORATION OF NORTH AMERICA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL. No. 1917<br>**[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF A. PAUL VICTOR** |
| This Document Relates to: ALL ACTIONS | |

- 2 -

1   A. Paul Victor, an active member in good standing of the bar of the State of New
2   York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301 Avenue of
3   the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-titled action
4   for admission to practice in the Northern District of California on a *pro hac vice* basis,
5   representing Panasonic Corporation of North America.

6   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
7   and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
8   appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
9   in the application will constitute notice to the party. All future filings in this action are subject to
10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

12  Dated: _____, 2008       _____
                                        The Hon. Samuel Conti

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION                Case No. 07-5944-SC
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*             MDL No. 1917

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111