MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Proposed Interim Lead Counsel*
*for the Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **PLAINTIFF JEFFREY FIGONE'S RESPONSE TO SUPPLEMENTAL MEMORANDUM FILED MARCH 28, 2008 RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS** |
| This document relates to: | Date: April 4, 2008 |
| | Time: 10:00 a.m. |
| ALL INDIRECT PURCHASER ACTIONS | Court: One, 17th Floor |
| | The Honorable Samuel Conti |

71811.1

1    Plaintiff Jeffrey Figone and his counsel, Trump, Alioto, Trump & Prescott, LLP

2    ("TATP"), file this Response to the Supplemental Memorandum Supporting Goldman Scarlato &

3    Karon, P.C. And Ball & Scott's Motion For Appointment As Interim Co-Lead Counsel. The so-

4    called Supplemental Memorandum is in fact a new motion for lead counsel. As such, it is

5    untimely. It should not be considered by the Court at this late date.

6    The Karon/Ball group is not better qualified to serve as lead counsel than TATP. TATP

7    has established in its prior filings that it has done the most work to advance this litigation, has a

8    proven track record in handling these cases, and has the manpower and other resources to

9    prosecute these cases. This is not contested on this record.

10    The addition of Joseph M. Alioto to the Karon/Ball group does not make that group better

11    qualified to serve as lead counsel than TATP. Joseph M. Alioto has withdrawn his original

12    motion for lead counsel which he filed on behalf of his client Pierce. This raises a number of

13    questions which bear on his suitability to serve as lead counsel. Mr. Alioto has not furnished any

14    information about the reasons for the withdrawal of his original motion. Questions remain as to

15    the status of plaintiff Pierce and Mr. Alioto's continued representation of him.

16    Mr. Alioto has entered his appearance for another group of plaintiffs represented by the

17    Karon/Ball group. TATP noted in its Reply papers filed March 21, 2008 that Joseph M. Alioto

18    represented only one new plaintiff, a resident of New Hampshire, and thus had a very small stake

19    in this litigation. Reply, p. 8:11-18. By allying himself with the Karon/Ball group, Mr. Alioto can

20    now say he represents the Karon/Ball clients in Arkansas, Kansas, South Carolina and Vermont.[1]

21    This still does not give him a greater stake in this matter than TATP. The new states

22    Joseph M. Alioto seeks to represent only account for 9% of the total population of all states

23    represented. In contrast, TATP represents 14 states which account for 87% of the total population

24    of all states represented.

25

26

27    [1] The Karon/Ball group also represents clients in Arizona, Minnesota and Tennessee. But these
states are also represented by other counsel. *See,* Figone Reply, p. 6:1-14.

28
- 1 -
**PLAINTIFF JEFFREY FIGONE'S RESPONSE TO SUPPLEMENTAL MEMORANDUM FILED MARCH
28, 2008 RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT
PURCHASER CLASS, MDL NO. 1917**

1    Moreover, Joseph M. Alioto did not do any work to investigate, research and file for the

2    plaintiffs in these states. That work was done by Karon/Ball before Joseph M. Alioto

3    recently associated into these cases. Finally, Joseph M. Alioto is not the primary lawyer for the

4    clients he has been associated in to represent. Thus, he should not be selected as lead counsel

5    over TATP which served as lead counsel to 14 clients in 14 different states. We are aware of no

6    case in which counsel was associated in, during the pendency of lead counsel motions, and was

7    appointed lead counsel over the primary lawyers in the case.

8    While TATP believes it is best suited to serve as lead counsel, it by no means seeks to

9    exclude any other firm from a role in this case. TATP has worked closely with Zelle, Hoffman in

10   a number of cases in the past, and continues to do so in a number of pending cases. Similarly,

11   TATP has worked closely with the Karon and Ball firms in the past, and continues to do so in

12   pending cases. Therefore, if the Court is inclined to appoint one firm from the Zelle/Lovell group

13   or one firm from the Karon/Ball group, as requested by Karon/Ball in their Supplemental

14   Memorandum, TATP would welcome the opportunity to work with these other firms.

15   For these and all the reasons previously set forth, TATP should be appointed one of the

16   lead counsel in this case.

17   Dated: March 31, 2008                    Respectfully submitted,

18                                            **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

19

20                                 By:    /s/ Mario N. Alioto
21                                        Mario N. Alioto (56433)
                                          Lauren C. Russell (241151)
22                                        2280 Union Street
                                          San Francisco, California 94123
23                                        Telephone: (415) 563-7200
                                          Facsimile: (415) 346-0679
24                                        E-mail: malioto@tatp.com
                                          laurenrussell@tatp.com
25
26                                        *Proposed Interim Lead Counsel for the Indirect*
                                          *Purchaser Plaintiffs*
27

28
**PLAINTIFF JEFFREY FIGONE'S RESPONSE TO SUPPLEMENTAL MEMORANDUM FILED MARCH
28, 2008 RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT
PURCHASER CLASS, MDL NO. 1917**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joseph M. Patane (72202)
**LAW OFFICE OF JOSEPH M. PATANE**
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

Lawrence G. Papale (67068)
**LAW OFFICES OF LAWRENCE G. PAPALE**
1308 Main Street #117
St. Helena, CA 94574
Telephone: (707) 963-1704
Facsimile: (707) 963-0706
E-mail: lgpapale@papalelaw.com

Kenneth L. Valinoti (118442)
**VALINOTI & DITO LLP**
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
E-mail: kvalinoti@valinoti-dito.com

Sherman Kassof (66383)
**LAW OFFICES OF SHERMAN KASSOF**
954 Risa Road, Suite B
Lafayette, CA 94549
Telephone: (510) 652 2554
Facsimile: (510) 652 9308
E-mail: heevay@att.net

Seymour J. Mansfield
Jean B. Roth
**MANSFIELD, TANICK & COHEN, P.A.**
1700 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 339-4295
Facsimile: (612) 339-3161
E-mail: smansfield@mansfieldtanick.com

- 3 -

**PLAINTIFF JEFFREY FIGONE'S RESPONSE TO SUPPLEMENTAL MEMORANDUM FILED MARCH 28, 2008 RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**

Joel Flom
**JEFFRIES, OLSON & FLOM, P.A.**
1202 27th Street South
Fargo, N.D. 58103
Telephone: (701) 280-2300
Facsimile: (701) 280-1800
E-mail: joel@jeffrieslaw.com

Michael G. Simon
M. Eric Frankovitch
**FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON**
337 Penco Road
Weirton, WV  26062
Telephone: (304) 723-4400
Facsimile: (304) 723-5892
E-mail: msimon@facslaw.com

Robert Gerard
**GERARD & OSUCH, LLP**
1516 Front Street
San Diego, CA 92101
Telephone: (619) 232-2828
E-mail: rgerard@gerardlaw.com

Robert Gerard
**GERARD & OSUCH, LLP**
2840 South Jones Blvd.
Building D, Unit 4
Las Vegas, NV 89146
Telephone: (702) 251-0093
E-mail: rgerard@gerardlaw.com

Robert Bonsignore
**ATTORNEY AT LAW**
23 Forest Street
Medford, MA 02155
E-mail: rbonsignore@aol.com

***Counsel for the Indirect Purchaser Plaintiffs***

- 4 -

**PLAINTIFF JEFFREY FIGONE'S RESPONSE TO SUPPLEMENTAL MEMORANDUM FILED MARCH 28, 2008 RE: MOTIONS FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER CLASS, MDL NO. 1917**