MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Proposed Interim Lead Counsel
for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **PLAINTIFF JEFFREY FIGONE'S RESPONSE TO MEMORANDUM OF PLAINTIFF CARMEN GONZALEZ** |
| **This document relates to:** | Date: April 4, 2008 |
| | Time: 10:00 a.m. |
| **ALL INDIRECT PURCHASER ACTIONS** | Court: One, 17th Floor |
| | The Honorable Samuel Conti |

71811.1

**PLAINTIFF JEFFREY FIGONE'S RESPONSE TO MEMORANDUM OF CARMEN GONZALEZ, MDL NO. 1917**

1    Plaintiff Carmen Gonzalez has filed a Memorandum In Support of Application To
2    Appoint Zelle Hoffman Voelbel Mason & Gette, LLP And Lovell Stewart Halebian, LLP As
3    Lead Counsel. The briefing on lead counsel closed on March 21, 2008. Thus, this memorandum
4    is late and should not be considered by the Court. If the Court is inclined to consider this late
5    filing, we respectfully request that it consider this response as well.

6    The Gonzalez memorandum is entitled to no weight in the Court's determination of lead
7    counsel. Plaintiff Gonzalez filed her action on February 25, 2008, well after the other Complaints
8    in this action. She is a resident of California, and she alleges claims similar to those alleged in all
9    the other cases. Hers is the fourth Complaint brought on behalf of a California resident.[1] Her
10   Complaint adds nothing to this litigation.

11   Moreover, we are not aware of any significant action taken by Gonzalez in this case to
12   date, other than the filing of her complaint. We are not aware of any leading role which
13   Gonzalez's counsel has taken in any other indirect purchaser case. In light of the tag-along nature
14   of the *Gonzalez* case, and no known track record of her counsel in indirect purchaser cases, we do
15   not believe Gonzalez or her counsel will be a major participant in this litigation.

16   This is not meant as a criticism of Gonzalez or her counsel. It is simply intended to
17   demonstrate that since Gonzalez will not be a major participant in this case, her endorsement of
18   other firms for lead counsel should be given no weight. To the extent her role in this case will be
19   minimal or non-existent, she gives up nothing by ceding control over her case to other firms.
20   Moreover, her endorsement of other firms could be no more than an accommodation based on
21   past alliances and allegiances. *See, Manual for Complex Litigation, Fourth,* § 10.224 ("Side
22   agreements among attorneys also may have a significant effect on positions taken in the [lead
23   counsel] proceedings…. For these reasons, the judge is advised to take an active part in the
24   decision on the appointment of counsel. Deferring to proposals by counsel without independent

---

[1] *See,* Figone Reply p. 6:1-14. In addition to the 2 California plaintiffs identified on the chart, there is an additional case brought on behalf of a California plaintiff: *Patrick v. Chungwha Picture Tubes, Ltd., et al.* 3:08-cv-00662 JSW (N.D. Cal.).

- 1 -

**PLAINTIFF JEFFREY FIGONE'S RESPONSE TO MEMORANDUM OF CARMEN GONZALEZ, MDL NO. 1917**

examination, even those that seem to have the concurrence of a majority of those affected, invites problems down the road….").

In contrast to Gonzalez, Trump, Alioto, Trump & Prescott, LLP ("TATP") has filed 3 separate Complaints on behalf of 14 plaintiffs in 14 separate states. We have included all associate counsel on these Complaints. They are also listed below. These associate counsel have played an integral role in this case by advising our clients and investigating their claims. They will continue to play an important role in the prosecution of this case going forward. The fact that these associate firms support TATP for lead counsel should, therefore, be given due consideration in the Court's appointment of lead counsel.

Dated: March 31, 2008         Respectfully submitted,

**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

By:     /s/ Mario N. Alioto
Mario N. Alioto (56433)
Lauren C. Russell (241151)
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Proposed Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Joseph M. Patane (72202)
**LAW OFFICE OF JOSEPH M. PATANE**
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: jpatane@tatp.com

- 2 -
**PLAINTIFF JEFFREY FIGONE'S RESPONSE TO MEMORANDUM OF CARMEN GONZALEZ, MDL NO. 1917**

Lawrence G. Papale (67068)
**LAW OFFICES OF LAWRENCE G. PAPALE**
1308 Main Street #117
St. Helena, CA 94574
Telephone: (707) 963-1704
Facsimile: (707) 963-0706
E-mail: lgpapale@papalelaw.com

Kenneth L. Valinoti (118442)
**VALINOTI & DITO LLP**
180 Montgomery Street, Suite 940
San Francisco, CA 94104
Telephone: (415) 986-1338
Facsimile: (415) 986-1231
E-mail: kvalinoti@valinoti-dito.com

Sherman Kassof (66383)
**LAW OFFICES OF SHERMAN KASSOF**
954 Risa Road, Suite B
Lafayette, CA 94549
Telephone: (510) 652 2554
Facsimile: (510) 652 9308
E-mail: heevay@att.net

Seymour J. Mansfield
Jean B. Roth
**MANSFIELD, TANICK & COHEN, P.A.**
1700 U.S. Bank Plaza
220 South Sixth Street
Minneapolis, MN  55402
Telephone: (612) 339-4295
Facsimile: (612) 339-3161
E-mail: smansfield@mansfieldtanick.com

Joel Flom
**JEFFRIES, OLSON & FLOM, P.A.**
1202 27th Street South
Fargo, N.D. 58103
Telephone: (701) 280-2300
Facsimile: (701) 280-1800
E-mail: joel@jeffrieslaw.com

- 3 -

**PLAINTIFF JEFFREY FIGONE'S RESPONSE TO MEMORANDUM OF CARMEN GONZALEZ, MDL NO. 1917**

Michael G. Simon
M. Eric Frankovitch
**FRANKOVITCH, ANETAKIS, COLANTONIO & SIMON**
337 Penco Road
Weirton, WV  26062
Telephone: (304) 723-4400
Facsimile: (304) 723-5892
E-mail: msimon@facslaw.com

Robert Gerard
**GERARD & OSUCH, LLP**
1516 Front Street
San Diego, CA 92101
Telephone: (619) 232-2828
E-mail: rgerard@gerardlaw.com

Robert Gerard
**GERARD & OSUCH, LLP**
2840 South Jones Blvd.
Building D, Unit 4
Las Vegas, NV 89146
Telephone: (702) 251-0093
E-mail: rgerard@gerardlaw.com

Robert Bonsignore
**ATTORNEY AT LAW**
23 Forest Street
Medford, MA 02155
E-mail: rbonsignore@aol.com

*Counsel for the Indirect Purchaser Plaintiffs*

- 4 -
**PLAINTIFF JEFFREY FIGONE'S RESPONSE TO MEMORANDUM OF CARMEN GONZALEZ, MDL NO. 1917**