**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 1st, 2008

Re:  MDL 1917 In re: Cathode Ray Tube (CRT) Antitrust Litigation

<u>Title of Case</u>
Brian A. Luscher, et al. v. Chunghwa Picture Tubes

<u>Case Number</u>
C.A. No. 2:08-55

Dear Sir/Madam:

  This is to advise you that the above entitled case has been transferred from the District of Arizona to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Samuel Conti.  We have given the action the individual case number ***C 08-1624 to be followed by the initials SC***.

All future documents submitted in this case are to be presented to the Court in compliance with the Court's order of 7 March 2008 in case no. C 07-5944 SC.

  Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*[signature: Simone Voltz]*

Simone Voltz
Deputy Clerk

cc: Counsel
  MDL