DAVID M. LISI (SBN 154926)
Email: lisid@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3530
Facsimile:  (650) 798-3600

JOSEPH A. OSTOYICH *(pro hac vice pending)*
Email: ostoyichj@howrey.com
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-7241
Facsimile:  (202) 383-6610

ETHAN E. LITWIN *(pro hac vice pending)*
Email: litwine@howrey.com
HOWREY LLP
Citigroup Center
153 E. 53rd Street, 54th Floor
Telephone:  (212) 896-6500
Facsimile:  (212) 896-6501

Attorneys for Defendant
Philips Electronics North America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE:  Cathode Ray Tube (CRT) Antirust Litigation | ) ) ) ) ) ) ) ) ) | No. 07-5944-SC **STIPULATION RE ATTORNEY OF RECORD INFORMATION** |
| This Relates to All Actions. | ) ) ) | |

WHEREAS David M. Lisi, a member of Howrey LLP, filed a notice of appearance as counsel for Defendant Philips Electronics North America Corporation ("PENAC") in the above captioned case on March 21, 2008;

WHEREAS the docket currently lists Gregory Hull of Weil, Gotshal & Manges LLP as the attorney of record for Defendant PENAC;

WHEREAS Weil, Gotshal & Manges LLP does not now and has not ever represented PENAC or any other Philips entity in the above captioned matter;

WHEREAS Alan Feigenbaum, Steven A. Reiss and David L. Yohai of Weil, Gotshal & Manges LLP are listed as counsel for various plaintiffs;

WHEREAS the above three attorneys do not represent any of the plaintiffs, but in fact represent Defendant Panasonic Corporation of North America ("PNA").

PURSUANT TO LOCAL RULE 7-12, DEFENDANT PNA AND DEFENDANT PENAC, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPUALATE AS FOLLOWS:

1.      The docket should be amended to reflect that Howrey LLP, not Weil, Gosthal & Manges LLP, represents PENAC; and

2.      The docket should be amended to reflect that Weil, Gotshal & Manges LLP are counsel for Defendant PNA and not for any Plaintiffs.

1

2

3        IT IS SO STIPULATED.

4

5

6    DATED:  March 21, 2008              By:  /s/ David M. Lisi
                                        DAVID M. LISI (SBN 154926)
7                                       Email: lisid@howrey.com
                                        HOWREY LLP
8                                       1950 University Avenue, 4th Floor
                                        East Palo Alto, CA 94303
9                                       Telephone: (650) 798-3530
                                        Facsimile:  (650) 798-3600
10                                      *Attorney for Defendant*
                                           *Philips Electronics North America Corporation*
11

12

13   DATED:  March 21, 2008             By:  /s/ Alan Fiegenbaum
                                        Alan Feigenbaum (*pro hac vice*)
14                                      WEIL, GOTSHAL & MANGES LLP
15                                      767 Fifth Avenue
                                        New York, New York 10153
16                                      Alan.Feigenbaum@weil.com
                                        Telephone:  (212)310-8275
17                                      Facsimile:  (212) 310- 8007
18                                      *Attorney for Defendant*
                                           *Panasonic Corporation of North America*
19

20   S O  O R D E R E D:

21

22

23   _____
     Honorable Samuel Conti
24   U.S. District Judge

25   Dated:_____  3/31/08

26

27

28

1  DAVID M. LISI (SBN 154926)
   Email: lisid@howrey.com
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 798-3530
4  Facsimile:  (650) 798-3600

5  JOSEPH A. OSTOYICH (pro hac vice pending)
   Email: ostoyichj@howrey.com
6  HOWREY LLP
   1299 Pennsylvania Ave NW
7  Washington, DC 20004
   Telephone: (202) 383-7241
8  Facsimile:  (202) 383-6610

9  ETHAN E. LITWIN (pro hac vice pending)
   Email: litwine@howrey.com
10 HOWREY LLP
   Citigroup Center
11 153 E. 53rd Street, 54th Floor
   Telephone:  (212) 896-6500
12 Facsimile:  (212) 896-6501

13 Attorneys for Defendant
   Philips Electronics North America Corporation
14

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19 IN RE:  Cathode Ray Tube (CRT) Antirust        )    No. 07-5944-SC
20 Litigation                                     )
                                                  )    **PROOF OF SERVICE**
21                                                )
                                                  )
22                                                )
                                                  )
23 _____       )
                                                  )
   This Relates to All Actions.                   )
24                                                )
                                                  )
25

26

27

28

                                - 1 -

**PROOF OF SERVICE**

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION (*Case No. 07-5944-SC)

STATE OF NEW YORK, COUNTY OF NEW YORK

     I am employed in the County of NEW YORK, STATE OF NEW YORK.  My business address is Citigroup Center, 153 East 53rd Street, 54th Floor, New York, New York 10022. I am over the age of eighteen years and am not a party to the within action;

     On March 21, 2008, I served the following document(s) entitled:

1)    STIPULATION RE ATTORNEY OF RECORD INFORMATION

in this action as follows:

**SEE ATTACHED LIST**

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒    **BY MAIL:**  By placing a true copy thereof in a sealed envelope addressed as above, and placing it for and mailing following ordinary business practices.  I am readily familiar with the firm's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service.  The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in New York, New York, on the same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

     Executed on March 21, 2008, at New York, New York.

_____
Christina A. Bennett

SERVICE LIST

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*

Case No. 07-5944-SC

Parties Served By Electronic Notice:

| | |
|---|---|
| P. John Brady<br>Daniel D. Owen<br>SHUGHART THOMSON & KILROY, P.C.<br>Twelve Wyandotte Plaza<br>120 West 12th Street<br>Kansas City, MO 64105 | *Attorneys for Direct Purchaser Plaintiff*<br>*Crago, Inc.* |
| Bruce Lee Simons<br>Esther L. Klisura<br>PEARSON, SIMON, SOTER, WARSHAW &<br>PENNY, LLP<br>44 Montgomery Street<br>Suite 1200<br>San Francisco, CA 94104 | *Attorneys for Direct Purchaser Plaintiff*<br>*Crago, Inc.* |
| Guido Saveri<br>Richard Alexander Saveri<br>Cadio Zirpoldi<br>SAVERI & SAVERI, INC.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111 | *Attorneys for Direct Purchaser Plaintiff*<br>*Hawel A. Hawel d/b/a City Electronics &*<br>*Orion Home System, LLC and Paula Call* |
| Fred A. Silva<br>Betty Lisa Julian<br>Kathy Lee Monday<br>DAMRELL NELSON SCHRIMP PALLIOS,<br>PACHER & SILVA<br>1601 I Street, 5th Floor<br>Modesto, CA 95354 | *Attorneys for Direct Purchaser Plaintiff*<br>*Hawel A. Hawel d/b/a City Electronics* |
| Craig C. Corbitt<br>Francis Onofrei Scarpulla<br>Judith A. Zahid<br>Matthew Rutledge Schultz<br>Michael Jacobs<br>Richard M. Hagstrom<br>Traviss Levine Galloway<br>ZELLE, HOFFMAN, VOELBEL, MASON &<br>GETTE LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | *Attorneys for Indirect Purchaser Plaintiff*<br>*Michael Juetten, Chad Klebs and William E.*<br>*and Margo Stack* |

-- 3 --

| | | |
|---|---|---|
| 1 | Steven A. Kanner<br>Douglas A. Millen | *Attorneys for Direct Purchaser Plaintiffs Art's* |
| 2 | William H. London | *TV & Appliance and Carroll Cut-Rate* |
| 3 | FREED KANNER LONDON MILLEN LLC<br>2201 Waukegan Road, Suite 130 | *Furniture* |
| 4 | Bannockburn, IL 60015 | |
| 5 | Harry Shulman<br>THE MILLS LAW FIRM | *Attorneys for Direct Purchaser Plaintiffs Art's*<br>*TV & Appliance and Carroll Cut-Rate* |
| 6 | 145 Marina Boulevard<br>San Rafael, CA 94901 | *Furniture* |
| 7 | Randy Renick<br>HADSELL, STORMER, KEENY, | *Attorneys for Direct Purchaser Plaintiff*<br>*Orion Home System, LLC* |
| 8 | RICHARDSON & RENICK<br>128 N. Fair Oaks Avenue, Suite 204 | |
| 9 | Pasadena, CA 91103 | |
| 10 | Joseph W. Cotchett<br>COTCHETT, PITRE & MCCARTHY | |
| 11 | San Francisco Airport Office Center | *Attorneys for Direct Purchaser Plaintiff*<br>*Orion Home System, LLC* |
| 12 | 840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | |
| 13 | Mario N. Alioto | *Attorneys for Indirect Purchaser Plaintiff* |
| 14 | Lauren Clare Russell<br>TRUMP ALIOTO TRUMP & PRESCOTT, LLP | *Jeffrey Figone, Samuel J. Nasto, Patrick*<br>*Piper, Craig Stephenson, David G. Norby,* |
| 15 | 2280 Union Street<br>San Francisco, CA 94123 | *John Larch, Constance Hare, James*<br>*Stringwell, and Gary Hanson* |
| 16 | | |
| 17 | Joseph Marid Patane<br>LAW OFFICE OF JOSEPH M. PATANE | *Jeffrey Figone, Samuel J. Nasto, Patrick*<br>*Piper, Craig Stephenson, David G. Norby,* |
| 18 | 2280 Union Street<br>San Francisco, CA 94123 | *John Larch, Constance Hare, James*<br>*Stringwell, and Gary Hanson* |
| 19 | | |
| 20 | Joseph T. Tabacco, Jr.<br>Christopher T. Heffelfinger | *Attorneys for Direct Purchaser Plaintiffs*<br>*Univision Crimson-Holding, Inc., and* |
| 21 | Manuel Juan Dominguez<br>BERMAN DEVALERIO PEASE & | *Central New York Univision Video Systems,*<br>*Inc. and Crimson Tech, Inc.* |
| 22 | TOBACCO, P.C.<br>425 California Street, Suite 2100 | |
| 23 | San Francisco, CA 94104 | |
| 24 | Marc Jeffrey Greenspon<br>LAW OFFICE OF MARC J. GREENSPON | *Attorneys for Direct Purchaser Plaintiffs*<br>*Univision Crimson-Holding, Inc., and* |
| 25 | 6200 Spring Isles Blvd.<br>Lake Worth, FL 33463 | *Central New York Univision Video Systems,*<br>*Inc. and Crimson Tech, Inc.* |
| 26 | Anthony Shapiro | *Attorneys for Direct Purchaser Plaintiff* |
| 27 | Ronnie Seidel Spiegel<br>HAGENS BERMAN SOBOL SHAPIRO | *Carroll Cut-Rate Furniture* |
| 28 | 1301 Fifth Avenue, Suite 2900 | |

Seattle, WA 98101

1  Jeff D. Friedman                                  *Attorneys for Direct Purchaser Plaintiff*
   HAGENS BERMAN SOBOL SHAPIRO LLP                   *Carroll Cut-Rate Furniture*
2  715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
3

4  Michael P. Lehman                                 *Attorneys for Direct Purchaser Plaintiff*
   COHEN, MILSTEIN, HAUSFELD & TOLL,                 *Monikraft, Inc.*
5  P.L.L.C.
   One Embarcadero Center, Suite 2440
6  San Francisco, CA 94111

7  Richard Martin Heimann                            *Attorneys for Direct Purchaser Plaintiffs*
   Michele Chickerell Jackson                        *Nathan Muchnick, Inc. and The Stroud*
8  Joseph Richard Saveri                             *Group, Inc,*
   Eric B. Fastiff
9  Brendan Patrick Glackin
   LIEFF, CABRASER, HEIMANN &
10 BERNSTEIN, LLP
   275 Battery Street, 30th Floor
11 San Francisco, CA 94111-3339

12 H. Laddie Montague, Jr.                           *Attorneys for Direct Purchaser Plaintiff*
   Ruthanne Gordon                                   *Nathan Muchnick, Inc,*
13 Candice J. Enders
   BERGER & MONTAGUE, P.C.
14 1622 Locust Street
   Philadelphia, PA 19103
15

16 Christopher Lebsock                               *Attorneys for Indirect Purchaser Plaintiff*
   Jon T. King                                       *Barbara Caldwell*
17 COHEN, MILSTEIN, HAUSFELD & TOLL,
   P.L.L.C.
18 One Embarcadero Center, Suite 2440
   San Francisco, CA 94111
19

20 Henry A. Cirillo                                  *Attorneys for Indirect Purchaser Plaintiff*
   Michael S. Christian                              *Barbara Caldwell and Mark Pierce*
21 Thomas Patrick Dove
   THE FURTH LAW FIRM LLP
22 225 Bush Street, 15th Floor
   San Francisco, CA 94104
23

24 Kathleen Styles Rogers                            *Attorneys for Indirect Purchaser Plaintiff*
   GLANCY BINKOW & GOLDBERG LLP                      *Barbara Caldwell*
25 One Embarcadero Center
   Suite 760
26 San Francisco, CA 94111

27

28

| | | |
|---|---|---|
| 1 | Lori A. Fanning<br>Marvin A. Miller | *Attorneys for Indirect Purchaser Plaintiff*<br>*Barbara Caldwell and Mark Pierce* |
| 2 | Matthew E. Van Tine<br>MILLER LAW LLC | |
| 3 | 115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | |
| 4 | | |
| 5 | Daniel Bruce Allanoff<br>Steven J. Greenfogel | *Attorneys for Direct Purchaser Plaintiff*<br>*The Stroud Group* |
| 6 | Joel Cary Meredith<br>MEREDITH COHEN GREENFOGEL & | |
| 7 | SKIRNICK, P.C. | |
| 8 | 1521 Locust Street, 8th Floor<br>Philadelphia, PA 19102 | |
| 9 | | |
| 10 | Martin E. Grossman<br>Law Offices of Martin E. Grossman | *Attorneys for Direct Purchaser Plaintiff*<br>*The Stroud Group* |
| 11 | 2121 Green Brier Drive<br>Villanova, PA 19085 | |
| 12 | | |
| 13 | Lawrence D. McCabe<br>MURRAY, FRANK & SAILER LLP | *Attorneys for Direct Purchaser Plaintiff*<br>*Paula Call* |
| 14 | 275 Madison Avenue<br>New York, NY 10016 | |
| 15 | John G. Emerson | *Attorneys for Direct Purchaser Plaintiff*<br>*Paula Call* |
| 16 | Scott E. Poynter<br>EMERSON & POYNTER LLP | |
| 17 | The Museum Center<br>500 President Clinton Avenue, Suite 305 | |
| 18 | Little Rock, AR 72201 | |
| 19 | Joseph M. Alioto | *Attorneys for Indirect Purchaser Plaintiff*<br>*Mark Pierce* |
| 20 | ALIOTO LAW FIRM<br>555 California Street, 31st Floor | |
| 21 | San Francisco, CA 94104 | |
| 22 | Bryan L. Clobes | *Attorneys for Direct Purchaser Plaintiff*<br>*Princeton Display Technologies, Inc.* |
| 23 | Ellen Meriwether<br>CAFFERTY FAUCHER LLP | |
| 24 | 1717 Arch Street, Suite 3610<br>Philadelphia, PA 19103 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Mary Jane Fait<br>Theodore B. Bell | *Attorneys for Direct Purchaser Plaintiff*<br>*Princeton Display Technologies, Inc.* |
| 2 | WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC | |
| 3 | 55 W. Monroe Street, Suite 1111<br>Chicago, IL 60603 | |
| 4 | | |
| 5 | Jayne Goldstein<br>Lee Albert | *Attorneys for Direct Purchaser Plaintiff*<br>*Princeton Display Technologies, Inc.* |
| 6 | MAGER & GOLDSTEIN LLP<br>1818 Market Street, Suite 3700 | |
| 7 | Philadelphia, PA 19103 | |
| 8 | Derek G. Howard<br>MURRAY & HOWARD, LLP | *Attorneys for Indirect Purchaser Plaintiff*<br>*Greg A. Glanz* |
| 9 | 436 14th Street<br>Suite 1413 | |
| 10 | Oakland, CA 94612 | |
| 11 | James H. McManis<br>Marwa Elzankaly | *Attorneys for Indirect Plaintiff Carmen*<br>*Gonzalez* |
| 12 | McMANIS FAULKNER & MORGAN<br>A Professional Corporation | |
| 13 | 50 W. San Fernando Street | |
| 14 | 10th Floor<br>San Jose, CA 95113 | |
| 15 | | |
| 16 | | |
| 17 | Terry Rose Saunders<br>Thomas Arthur Doyle | *Attorneys for Indirect Purchaser Plaintiff*<br>*William E. and Margo Stack* |
| 18 | SAUNDERS & DOYLE<br>20 South Clark Street | |
| 19 | Suite 1720<br>Chicago, IL 60603 | |
| 20 | | |
| 21 | Christopher Lovell<br>Imtiaz A. Siddiqui | *Attorneys for Indirect Purchaser Plaintiff*<br>*William E. and Margo Stack* |
| 22 | LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue | |
| 23 | New York, NY 10110 | |
| 24 | Alan Roth Plutzik<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER | *Attorneys for Indirect Purchaser Plaintiff*<br>*Donna Ellingson* |
| 25 | LLP<br>2125 Oak Grove Road | |
| 26 | Suite 120 | |
| 27 | Walnut Creek, CA 94598 | |
| 28 | | |

| | | |
|---|---|---|
| 1 | David Boies, III | *Attorneys for Indirect Purchaser Plaintiff* |
| | Christopher Le | *Donna Ellingson* |
| 2 | Timothy D. Battin | |
| 3 | STRAUS & BOIES, LLP | |
| | 4041 University Dr. | |
| 4 | Fifth Fl. | |
| | Faifax, VA 22030 | |
| 5 | | |
| | Daniel Edward Birkhaeuser | *Attorneys for Indirect Purchaser Plaintiff* |
| 6 | Jennifer Susan Rosenberg | *Donna Ellingson* |
| | BRAMSON, PLUTZIK, MAHLER & | |
| 7 | BIRKHAEUSER | |
| | 2125 Oak Grove Road | |
| 8 | Suite 120 | |
| 9 | Walnut Creek, CA 94598 | |
| 10 | Eric James Pickar | *Attorneys for Indirect Purchaser Plaintiff* |
| | BANGS, McMULLEN, BUTLER, FOYE & | *Donna Ellingson* |
| 11 | SIMMONS, L.L.P. | |
| | P.O. Box 2670 | |
| 12 | Rapid City, SD 57709-2670 | |
| 13 | | |
| | Joel Flom | *Attorneys for Indirect Purchaser Plaintiff* |
| 14 | JEFFRIES OLSON & FLOM PA | *Samuel J. Nasto, Patrick Piper, Craig* |
| | 1202 27th Street South | *Stephenson, David G. Norby, John Larch,* |
| 15 | Fargo, ND 58103 | *Constance Hare, James Stringwell and Gary* |
| | | *Hanson* |
| 16 | | |
| 17 | Kenneth Leo Valinoti | *Attorneys for Indirect Purchaser Plaintiff* |
| | VALINOTI & DITO LLP | *Samuel J. Nasto, Patrick Piper, Craig* |
| 18 | 180 Montgomery Street | *Stephenson, David G. Norby, John Larch,* |
| | Suite 940 | *Constance Hare, James Stringwell and Gary* |
| 19 | San Francisco, CA 94104-4223 | *Hanson* |
| 20 | | |
| | Lawrence Genero Papale | *Attorneys for Indirect Purchaser Plaintiff* |
| 21 | LAW OFFICES OF LAWRENCE G. PAPALE | *Samuel J. Nasto, Patrick Piper, Craig* |
| | The Cornerstone Building | *Stephenson, David G. Norby, John Larch,* |
| 22 | 1308 Main Street, Suite 117 | *Constance Hare, James Stringwell and Gary* |
| 23 | St. Helena, CA 94574 | *Hanson* |
| 24 | M. Eric Frankovitch | *Attorneys for Indirect Purchaser Plaintiff* |
| | Michael G. Simon | *Samuel J. Nasto, Patrick Piper, Craig* |
| 25 | FRANKOVITCH ANETAKIS COLANTONIO & | *Stephenson, David G. Norby, John Larch,* |
| | SIMON | *Constance Hare, James Stringwell and Gary* |
| 26 | 337 Penco Rd. | *Hanson* |
| 27 | Weirton, WV 26062 | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Robert B. Gerard<br>GERARD SELDEN & OSUCH<br>2840 South Jones Boulevard<br>Building D, Unit 4<br>Las Vegas, NV 89146 | *Attorneys for Indirect Purchaser Plaintiff Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell and Gary Hanson* |
| 5 | Seymour J. Mansfield<br>MANSFIELD TANICK & COHEN<br>1700 U.S. Bank Plaza South<br>2200 South Sixth Street<br>Minneapolis, MN 55402-1106 | *Attorneys for Indirect Purchaser Plaintiff Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell and Gary Hanson* |
| 8 | Sherman Kassof<br>LAW OFFICES OF SHERMAN KASSOF<br>9514 Risa Road<br>Suite B<br>Lafayette, CA 94549 | *Attorneys for Indirect Purchaser Plaintiff Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell and Gary Hanson* |
| 11 | Gregory Hull<br>Joseph Richard Wetzel<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | *Attorneys for Defendant Panasonic North America* |
| 15 | Alan Feigenbaum<br>Steven Alan Reiss<br>WEIL, GOTSHAL & MANGES, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | *Attorneys for Defendants Panasonic North America* |
| 18 | Eva W. Cole<br>Michelle Lo<br>A. Paul Victor<br>Jeffrey L. Kessler<br>DEWEY & LeBOEUF LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | *Attorneys for Defendants Panasonic North America* |
| 22 | Michael W. Scarborough<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 | *Attorneys for Defendant Samsung SDI America, Inc.* |

1

2    Jeane Hamilton                      *Attorneys for the United States Department of*
   U.S. DEPARTMENT OF JUSTICE        *Justice, Antitrust Division*

3    450 Golden Gate Avenue
   Box 36046, Room 10-0101

4    San Francisco, CA 94102

5

6    **Parties Served by U.S. Mail:**

7    S. Randall Hood                         *Attorneys for Indirect Purchaser Plaintiff*
   William A. McKinnon                *Greg A. Glanz*

8    McGOWAN HOOD & FELDER, LLC
   1539 Healthcare Drive

9    Rock Hill, SC 29732

10

11    John G. Felder, Jr.                        *Attorneys for Indirect Purchaser Plaintiff*
   McGOWAN HOOD & FELDER, LLC      *Greg A. Glanz*

12    1405 Calhoun St.
   Columbia, SC 29201

13

14    Krishna B. Narine                     *Attorneys for Indirect Purchaser Plaintiff*
   LAW OFFICE OF KRISHNA B. NARINE    *Greg A. Glanz*

15    7839 Montgomery Ave.
   Elkins Park, PA 19027

16

17    Issac L. Diel                            *Attorneys for Indirect Purchaser Plaintiff*
   SHARP McQUEEN                     *Greg A. Glanz*

18    135 Oak Street
   Bonner Springs, KS 66012

19

20    Donna F. Solen                       *Attorneys for Indirect Purchaser Plaintiff*
   THE MASON LAW FIRM, LLP         *Greg A. Glanz*
   1225 19th Street, N.W.

21    Suite 500
   Washington, DC 20036

22

23    Chunghwa Picture Tubes, Ltd.         *Defendant*
   No. 1127, Heping Rd.

24    Bade City, Taoyuan, Taiwan

25    Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.    *Defendant*
   Lot 1, Subang Hi-Tech Industrial Park

26    Batu Tiga, 4000 Shah Alam
   Selangor Darul Ehsan, Malaysia

27

28

| | | |
|---|---|---|
| 1 | Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. | *Defendant* |
| | Lot 1, Subang Hi-Tech Industrial Park | |
| 2 | Batu Tiga, 4000 Shah Alam | |
| | Selangor Darul Ehsan, Malaysia | |
| 3 | | |
| 4 | Hitachi, Ltd. | *Defendant* |
| | 6-6, Marunouchi 1-chome | |
| 5 | Chiyoda-ku, Tokyo, 100-8280, Japan | |
| 6 | Hitachi America Ltd. | *Defendant* |
| | 2000 Sierra Point Parkway | |
| 7 | Brisbane, California 94005 | |
| 8 | Hitachi Asia, Ltd. | *Defendant* |
| | 16 Collyer Quay, #20-00 Hitachi Tower | |
| 9 | Singapore 049318 | |
| 10 | Irico Group Corporation | *Defendant* |
| | 1 Caihong Rd. | |
| 11 | Xianyang City, Shaanxi Province 712021 | |
| 12 | Irico Display Devices Co. | *Defendant* |
| 13 | No. 16 Fenghui South Road West | |
| | Disctrict High-Tech Development Zone | |
| 14 | Xi'an, SX1 710775 | |
| 15 | LG Electronics, Inc. | *Defendant* |
| | LG Twin Towers | |
| 16 | 20, Yeouido-dong, Yeungdeungpo-gu | |
| 17 | Seoul, Korea 150-721 | |
| 18 | Matsushita Electric Industrial Co., Ltd. | *Defendant* |
| | 1006, Oaza Kadoma, KAdoma-shi | |
| 19 | Osaka 571-8501, Japan | |
| 20 | | |
| | WEIL GOTSHAL & MANGES LLP | *Attorneys for Defendant Matsushita Electric* |
| 21 | 767 Fifth Avenue | *Industrial Co., Ltd.* |
| | New York, NY 10153-0119 | |
| 22 | | |
| 23 | Orion Electric Co., Ltd. | *Defendant* |
| | 41-1 Iehisa-cho Echizen-shi Fukui | |
| 24 | 915-8555, Japan | |
| 25 | Orion America, Inc. | *Defendant* |
| | Highway 41 North Orion Place | |
| 26 | Princeton, IN 47670 | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Barry Bendes, Esq.<br>Anthony J. Viola<br>EDWARDS ANGELL PALMER & DODGE LLP<br>750 Lexington Avenue<br>New York, NY 10022 | *Attorneys for Defendant Orion Electric Co.,<br>Ltd. and Orion America, Inc.* |
| 2 | | |
| 3 | | |
| 4 | Koninklijke Philips Electronics N.V.<br>Breitner Center, Amstelplein 2,<br>1096 BC Amsterdam, The Netherlands | *Defendant* |
| 5 | | |
| 6 | | |
| 7 | Samsung SDI Co., Ltd.<br>575 Shin-dong, Yeontong-gu Suwon<br>Gyeonggi-do<br>Korea, 443-731 | *Defendant* |
| 8 | | |
| 9 | | |
| 10 | Samtel Color, Ltd.<br>52, Community Centre, New Friends Colony<br>New Delhi 110065, India | *Defendant* |
| 11 | | |
| 12 | Thai CRT Co., Ltd.<br>1/F 26 Siam Cement Rd.<br>Bangsue Dusit, Bangkok, Thailand | *Defendant* |
| 13 | | |
| 14 | Toshiba Corporation<br>1-1, Shibaura 1-chome<br>Minato-Ku, Tokyo<br>105-8001, Japan | *Defendant* |
| 15 | | |
| 16 | | |
| 17 | Beijing-Matsushita Color CRT Company, Ltd.<br>No. 9 Jiuxianqiao N. Rd.<br>Dashanzi Chaoyang District<br>Beijing, People's Republic of China | *Defendant* |
| 18 | | |
| 19 | | |
| 20 | LP Displays International, Ltd.<br>6th Floor, ING Tower<br>308 Des Voeux Road Central<br>Sheung Wan, Hong Kong, China | *Defendant* |
| 21 | | |
| 22 | | |
| 23 | MT Picture Display Co., Ltd. *aka* Matsushita<br>Toshiba Picture Display<br>1-1, Saiwai-cho<br>Takatsuki, Osaka 569-1193, Japan | *Defendant* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |