FILED ORIGINAL

08 MAR 31 PM 4:49

[illegible court stamp] U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

GORDON BALL [TN SBN 001135]
gball@ballandscott.com
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, TN 37902
T: (865) 525-7028
F: (865) 525-4679

DANIEL R. KARON [OH SBN 0069304j; IL SBN 6207193]
karon@gsk-law.com
MARK S. GOLDMAN [PA SBN 48089]
goldman@gsk-law.com
BRIAN D. PENNY [PA SBN 86805]
penny@gsk-law.com
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113
T: (216) 622-1851
F: (216) 622-1852

GILMUR R. MURRAY [SBN:111856]
gmurray@murrayhowardlaw.com
DEREK G. HOWARD [SBN:118082]
dhoward@murrayhowardlaw.com
**MURRAY & HOWARD LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
T: (510) 444-2660
F: (510) 444-2522

*Attorney for Plaintifs and Proposed Interim Class Counsel*
*for the Indirect-Purchaser Plaintiffs*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br>MDL No. 1917 |
| This Document Relates to: All Indirect-Purchaser Actions | **APPLICATION OF DANIEL R. KARON FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

APPLICATION OF DANIEL R. KARON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1 | Pursuant to Civil L.R. 11-3, DANIEL R. KARON, an active member in good standing of the
2 | bars of Ohio and Illinois, hereby applies for admission to practice in the Northern District of
3 | California on a pro hac vice basis representing Plaintiff Southern Office Supply, Inc. in the above-
4 | entitled action. In support of this application, I certify under oath that:

5 |     1.    I am an active member in good standing of a United States Court or of the highest
6 | court of another State or the District of Columbia, as indicated above;

7 |     2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
8 | Rule 11-4, to comply with General Order No., 45, Electronic Case Filing, and to become familiar
9 | with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

10 |     3.    An attorney who is a member of the bar of this Court in good standing and who
11 | maintains an office within the State of California has been designated as co-counsel in the above-
12 | entitled action. The name, address and telephone number of that attorney is:

    Derek G. Howard [CA SBN 118082]
    MURRAY and HOWARD, LLP
    436 14TH Street, Suite 1413
    Oakland, CA 94612
    Telephone: (510) 444-2660
    Facsimile:  (510) 444-2522
    Email: dhoward@murrayhowardlaw.com

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of March, 2008, at Cleveland, Ohio.

Dated: March 28, 2008

                    Daniel R. Karon

---

APPLICATION OF DANIEL R. KARON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*