GORDON BALL [TN SBN 001135]
gball@ballandscott.com
**BALL & SCOTT**
550 Main Avenue, Suite 750
Knoxville, TN 37902
T: (865) 525-7028
F: (865) 525-4679

DANIEL R. KARON [OH SBN 0069304; IL SBN 6207193]
karon@gsk-law.com
MARK S. GOLDMAN [PA SBN 48049]
goldman@gsk-law.com
BRIAN D. PENNY [PA SBN 86805]
penny@gsk-law.com
**GOLDMAN SCARLATO & KARON, P.C.**
55 Public Square, Suite 1500
Cleveland, OH 44113
T: (216) 622-1851
F: (216) 622-1852

GILMUR R. MURRAY [CA SBN 111856]
ggilmur@murrayandhoward.com
DEREK G. HOWARD
dhoward@murrayandhoward.com
**MURRAY & HOWARD LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
T: (510) 444-2660
F: (510) 444-2522

*Attorneys for Plaintiffs and Proposed Interim Class Counsel for the Indirect-Purchaser Plaintiffs*
[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-5944-SC<br>MDL No. 1917 |
| This Document Relates to: All Indirect – Purchaser Actions | **[PROPOSED] ORDER GRANTING APPLICATION OF DANIEL R. KARON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

APPLICATION OF DANIEL R. KARON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

1  DANIEL R. KARON, an active member in good standing of the bars of the State of Ohio
2  and Illinois, whose business address and telephone number is:
   GOLDMAN SCARLATO & KARON, P.C.
3  55 Public Square, Suite 1500
   Cleveland, OH  44113
4  Telephone: (216) 622-1851
5  having applied in the above-entitled action for admission to practice in the Northern District of
6  California on a *pro hac vice* basis, representing Plaintiff Southern Office Supply, Inc.
7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designated in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.
12
13
14 Dated: _____
15
16
17
18                                          _____
                                            SAMUEL CONTI
19                                          UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28

APPLICATION OF DANIEL R. KARON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*