```
 1  Francis O. Scarpulla (41059)
    Craig C. Corbitt (83251)
 2  Matthew R. Schultz (220641)
    Judith A. Zahid (215418)
 3  Traviss Galloway (234678)
    ZELLE HOFMANN VOELBEL
 4      MASON & GETTE LLP
    44 Montgomery Street, Suite 3400
 5  San Francisco, CA  94104
    Telephone:      (415) 693-0700
 6  Facsimile:      (415) 693-0770
    fscarpulla@zelle.com
 7  ccorbitt@zelle.com

 8  Attorneys for Indirect-PurchaserPlaintiffs
    Michael Juetten, Chad Klebs, William E.
 9  Stack and Margo Stack

10  Christopher Lovell (Pro Hac)
    Imtiaz Siddiqui (Pro Hac)
11  LOVELL STEWART & HALEBIAN, LLP
    500 Fifth Avenue, 58th Floor
12  New York, NY  10110
    Telephone:  (212) 608-1900
13  Facsimile:   (212) 719-4677
    clovell@lshllp.com
14
    Attorneys for Indirect-Purchaser Plaintiffs
15  Andrew Kindt, William E. Stack and Margo
    Stack
16
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 |
| | MDL No. 1917 |
| | **STATEMENT BY ZELLE HOFMANN VOELBEL MASON & GETTE LLP AND LOVELL STEWART & HALEBIAN, LLP REGARDING SUPPLEMENTAL MEMORANDUM FILED BY GOLDMAN SCARLOTO & KARON, BALL & SCOTT AND TRUMP ALIOTO TRUMP & PRESCOTT  (FRCP 1 AND 23(8))** |
| This Document Relates to: | |
| All Indirect-Purchaser Actions | |
| | DATE: APRIL 4, 2008 |
| | TIME: 10:00 A.M. |
| | COURTROOM: 1, 17TH FLOOR |
| | Honorable Samuel Conti |

1

STATEMENT BY ZELLE HOFMANN VOELBEL MASON & GETTE LLP AND LOVELL STEWART & HALEBIAN, LLP

Because of the untimely filing of the Supplemental Memorandum Supporting Goldman Scarloto & Karon, PC and Ball & Scott's motion for appointment as interim co-lead counsel, Zelle Hofmann Voelbel Mason & Gette, LLP and Lovell Stewart & Halebian, LLP respectfully request permission to respond to certain statements made in that supplemental filing at the hearing on Friday, April 4, 2008, should the Court wish to hear argument on any of the issues raised therein.

DATED:  March 31, 2008                          Respectfully submitted,

By   */s/ Francis O. Scarpulla*
     Francis O. Scarpulla

Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Traviss Galloway (234678)
ZELLE HOFMANN VOELBEL
     MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:   (415) 693-0700
Facsimile:    (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Christopher Lovell
Imtiaz Siddiqui
LOVELL STEWART & HALEBIAN, LLP
500 Fifth Avenue, 58th Floor
New York, NY  10110
Telephone:  (212) 608-1900
Facsimile:   (212) 719-4677
clovell@lshllp.com

*Attorneys for Plaintiffs*

#3172564