1   Jeremy J. Calsyn (State Bar No. 205062)
    *jcalsyn@cgsh.com*
2   Cleary Gottlieb Steen & Hamilton LLP
    2000 Pennsylvania Avenue, N.W.
3   Washington, DC 20006
    Phone: (202) 974-1500
4   Fax: (202) 974-1999

5   Counsel for Defendant

6   *LP Displays International Ltd.*

7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10                    **(SAN FRANCISCO DIVISION)**

11

12

13   IN RE : CATHODE RAY TUBE (CRT)            No. 07-5944-SC
     ANTITRUST LITIGATION
                                               MDL No. 1917
14   ------------------------------------------------------------
                                               **NOTICE OF**
15   This Document Relates to:  ALL ACTIONS    **APPEARANCE**

16

17

18        PLEASE TAKE NOTICE THAT attorney Jeremy J. Calsyn of **Cleary Gottlieb Steen**

19   **and Hamilton LLP,** located at 2000 Pennsylvania Avenue, N.W., Washington, DC 20006

20   will appear as counsel of record for Defendant LP Displays International Ltd. in the above-

21   captioned matter.

22

23   Dated: April 1, 2008                  /s/ Jeremy J. Calsyn
                                           Jeremy J. Calsyn (State Bar No. 205062)
24                                         *jcalsyn@cgsh.com*
                                           CLEARY GOTTLIEB STEEN &
25                                         HAMILTON LLP
                                           2000 Pennsylvania Avenue, N.W.
26                                         Washington, DC 20006
                                           Phone: (202) 974-1500
27                                         Fax: (202) 974-1999

     Counsel for Defendant
28   *LP Displays International Ltd.*

1

## CERTIFICATE OF SERVICE

2          I, Allison E. Collins, assistant managing clerk, declare that I am over the age of eighteen (18)

3   and not a party to the within action.   I am employed at the law firm of Cleary Gottlieb Steen &

4   Hamilton, 2000 Pennsylvania Avenue, NW, Suite 9000, Washington, DC 20006.

5          On April 1, 2008, I filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the

6   Court using the Official Court Electronic Document Filing System, which served copies on all

7   interested parties registered for electronic filing.  I also certify that I mailed a true copy of the forgoing

8   document by first-class mail to the following non-CM/ECF participants:

9   **Eva W. Cole**
    Dewey & LeBoeuf LLP
10  1301 Avenue of the Americas
    New York, NY 10019

11

12  **Lori A. Fanning**
    Miller Law LLC
    115 South LaSalle Street, Suite 2910
13  Chicago, IL 60603

14  **M. Eric Frankovitch**
    Frankovitch Anetakis Colantonio & Simon
15  337 Penco Rd.
    Weirton, WV 26062

16

17  **Traviss Levine Galloway**
    Zelle Hofmann Voelbel Mason & Gette
    44 Montgomery St. #3400
18  San Francisco, CA 94104

19  **Martin E. Grossman**
    Law Offices of Martin E. Grossman
20  2121 Green Brier Drive
    Villanova, PA 19085

21

22  **Richard M. Hagstrom**
    Zelle Hofmann Voelbel Mason & Gette LLP
    500 Washington Avenue South, Suite 4000
23  Minneapolis, MN 55415

24  **Lawrence D. McCabe**
    Murray Frank & Sailer LLP
25  275 Madison Avenue
    New York, NY 10016

26

27  **Imtiaz A. Siddiqui**
    Lovell Stewart Halebian LLP
    500 Fifth Avenue
28  New York, NY 10110

1   **Matthew E. Van Tine**
    Miller Law LLC
2   115 South LaSalle Street, Suite 2910
    Chicago IL 60603
3
    **Jonathan Mark Watkins**
4   The Furth Firm LLP
    225 Bush Street, 15th Floor
5   San Francisco, CA 94104-4249
6
7
                                    _Allison C. Collins_
8                                   Allison E. Collins
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28