Jeremy J. Calsyn (State Bar No. 205062)
*jcalsyn@cgsh.com*
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 974-1500
Fax: (202) 974-1999

Counsel for Defendant
*LP Displays International Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE : CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>--------<br><br>This Document Relates to: ALL ACTIONS | No. 07-5944-SC<br><br>MDL No. 1917<br><br>**LP DISPLAYS INTERNATIONAL LTD.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LP Displays International Ltd. ("LPD HK") makes the following disclosure:

1. LPD HK is a non-governmental corporate entity whose parent corporation is LP Displays International B.V. ("LPD").

2. LPD, a non-governmental corporate entity established under Dutch law, owns 100% of shares in LPD HK.

Dated: April 1, 2008                           /s/ Jeremy J. Calsyn
                                               Jeremy J. Calsyn (State Bar No. 205062)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*jcalsyn@cgsh.com*
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 974-1500
Fax: (202) 974-1999

Counsel for Defendant
*LP Displays International Ltd.*

## CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of Cleary Gottlieb Steen & Hamilton, 2000 Pennsylvania Avenue, NW, Suite 9000, Washington, DC 20006.

On April 1, 2008, I filed the foregoing **CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the forgoing document by first-class mail to the following non-CM/ECF participants:

**Eva W. Cole**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

**Lori A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**M. Eric Frankovitch**
Frankovitch Anetakis Colantonio & Simon
337 Penco Rd.
Weirton, WV 26062

**Traviss Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St. #3400
San Francisco, CA 94104

**Martin E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**Richard M. Hagstrom**
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

**Imtiaz A. Siddiqui**
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

1  | **Matthew E. Van Tine**
   | Miller Law LLC
2  | 115 South LaSalle Street, Suite 2910
   | Chicago IL 60603
3  |
   | **Jonathan Mark Watkins**
4  | The Furth Firm LLP
   | 225 Bush Street, 15th Floor
5  | San Francisco, CA 94104-4249

*/s/ Allison E. Collins*
Allison E. Collins