Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiff
STEVEN GANZ and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | **PLAINTIFF STEVEN GANZ'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This Document Relates to: | Case No. C 08-01721 JCS |
| STEVEN GANZ, a California resident, on behalf of himself and all others similarly situated, v. CHUNGHWA PICTURE TUBES, LTD.; LP DISPLAYS INTERNATIONAL, LTD.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MT PICTURE DISPLAY CO., LTD.; KONINKLIJKE PHILIPS ELECTRONICS NV; SAMSUNG SDI CO.; TOSHIBA CORP.; TOSHIBA AMERICA, INC., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that plaintiff Steven Ganz ("Plaintiff"), hereby moves this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether the action entitled, *Steven Ganz v. Chunghwa Picture Tubes, Ltd.*, Case No. 08-CV-01721 filed on March 31, 2008 in the United States District Court for the Northern District of California, should be related to *Crago, Inc. v. Chunghwa Picture Tubes, Inc. et*

*al.*, Case No. CV 07-05944 SC filed in the Northern District of California on November 26, 2007. Further, Plaintiff Ganz hereby moves this Court to coordinate this case with the MDL proceeding entitled *In Re: Cathode Ray Tube (CRT) Antitrust Litigation,* MDL 1917.

Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court for the Northern District of California, Plaintiff Steven Ganz and the Proposed Class ("Plaintiff") submits this Administrative Motion to Consider Whether Cases Should be Related.

I.  **RELATED CASES**

1.  *Crago, Inc. v. Chunghwa Picture Tubes, Inc. et al.*, Case No. CV 07-05944 SC filed in the Northern District of California on November 26, 2007, the lead member case for the Multidistrict Litigation matter of In Re: Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917;

2.  *Nathan Muchnick, Inc. v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-05981-SC filed in the Northern District of California on November 27, 2007 and related to the *Crago, Inc.* action by Court order on January 23, 2008;

3.  *Juetten v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-06225 SC filed in the Northern District of California on December 12, 2007 and related to the *Crago, Inc.* action by Court order on January 23, 2008;

4.  *Hawel v. Chunghwa Picture Tubes, Inc. et al.*, Case No.07-CV-06279 SC filed in the Northern District of California on December 12, 2007 and related to the *Crago, Inc.* action by Court order on January 23, 2008;

5.  *Caldwell v. Matsushita Electric Industrial Co., Ltd. et al.*, Case No. 07-CV-06303 SC filed in the Northern District of California on December 13, 2007 and related to the *Crago, Inc.* action by Court order on January 23, 2008;

6.  *Figone v. LG Electronics, et al.*, Case No. 07-CV-06331 SC filed in the Northern District of California on December 13, 2007 and related to the *Crago, Inc.* action by Court order on January 23, 2008;

7.  *Art's TV & Appliance v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-06416 SC filed in the Northern District of California on December 19, 2007 and related to the *Crago, Inc.* action by Court order on January 23, 2008;

8.  *Monikraft, Inc. v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-06433 SC filed in the Northern District of California on December 21, 2007 and related to the *Crago, Inc.* action by Court order on January 23, 2008;

9.  *Orion Home Systems, LLC v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-00178 SC filed in the Northern District of California on January 10, 2008 and related to the *Crago, Inc.* action by Court order on January 23, 2008;

10. *Carroll Cut-Rate Furniture v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-00309 SC filed in the Northern District of California on January 16, 2008 and related to the *Crago, Inc.* action by Court order on January 23, 2008;

11. *Pierce v. Beijing-Matsushita Color CRT Company, Ltd., et al.*, Case No. 07-CV-00337 SC filed in the Northern District of California on January 17, 2008 and related to the *Crago, Inc.* action by Court order on March 10, 2008;

12. *Univisions-Crimson Holding, Inc., et al. v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-00494 SC filed in the Northern District of California on January 23, 2008 and related to the *Crago, Inc.* action by Court order on January 31, 2008;

13. *Call v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-01032 SC filed in the Northern District of California on February 20, 2008 and related to the *Crago, Inc.* action by Court order on March 10, 2008;

14. *The Stroud Group, Inc. v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-01056 SC filed in the Northern District of California on February 21, 2008 and related to the *Crago, Inc.* action by Court order on March 7, 2008;

15. *Gonzalez v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-01108 SC filed in the Northern District of California on February 25, 2008 and related to the *Crago, Inc.* action by Court order on March 18, 2008;

16. *Stack v. Chunghwa Picture Tubes, Inc. et al.*, Case No. 07-CV-01319 SC filed in the Northern District of California on March 7, 2008 and related to the *Crago, Inc.* action by Court order on March 18, 2008;

//

17. *Kindt v. Matsuchita Electric Industrial, Co., Ltd., et al.*, Case No. 07-CV-01345 SC transferred from the Southern District of New York; Case Number 1:07-10322 to the Northern District of California on March 10, 2008 and related to the *Crago, Inc.* action by Court order on March 10, 2008;

18. *Elligson v. Chunghwa Picture Tubes, LTD., et al.*, Case No. 07-CV-01364 SC filed in the Northern District of California on March 10, 2008 and related to the *Crago, Inc.* action by Court order on March 17, 2008;

19. *Nasto v. LG Electronics, Inc., et al.*, Case No. 07-CV-01371 SC filed in the Northern District of California on March 10, 2008 and related to the *Crago, Inc.* action by Court order on March 17, 2008;

20. *Slagle v. Chunghwa Picture Tubes, LTD., et al.*, Case No. 07-CV-01621 SC filed in the Northern District of California on March 26, 2008 and related to the *Crago, Inc.* action by Court order on March 26, 2008;

21. *Kushner v. Chunghwa Picture Tubes, LTD., et al.*, Case No. 07-CV-01622 SC filed in the Northern District of California on March 26, 2008 and related to the *Crago, Inc.* action by Court order on March 26, 2008;

22. *Cook v. Chunghwa Picture Tubes, LTD., et al.*, Case No. 07-CV-01623 SC filed in the Northern District of California on March 26, 2008 and related to the *Crago, Inc.* action by Court order on March 26, 2008;

23. *Luscher v. Chunghwa Picture Tubes, LTD., et al.*, Case No. 07-CV-01624 SC filed in the Northern District of California on March 26, 2008 and related to the *Crago, Inc.* action by Court order on March 26, 2008;

24. *Wettstein and Sons, Inc. v. Chunghwa Picture Tubes, LTD., et al.*, Case No. 07-CV-01626 SC filed in the Northern District of California on March 26, 2008 and related to the *Crago, Inc.* action by Court order on March 26, 2008;

25. *Industrial Computing, Inc. v. Chunghwa Picture Tubes, LTD., et al.*, Case No. 07-CV-01627 SC filed in the Northern District of California on March 26, 2008 and related to the *Crago, Inc.* action by Court order on March 26, 2008;

## II. RELATIONSHIP OF THE ACTIONS

This Administrative Motion is made on the grounds that this action and the related actions identified above involve substantially the same defendants, and require determination of the same or substantially the same questions of fact and law and concern the same wrongful acts and occurrences. Specially, all cases involve allegations that defendants participated in a conspiracy to fix, raise, maintain, and/or stabilize the prices of cathode ray tubes ("CRTs"), which are used in a number of products including televisions and computer monitors in violation of the Sherman Antitrust Act, 15 U.S.C. § 1. Given the closely related nature of each of these cases, each involving substantially similar questions of law and fact, the assignment of these actions to the same judge would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Dated: April 2, 2008

GROSS BELSKY ALONSO LLP

By: /s/ Terry Gross
Terry Gross

Attorneys for Plaintiff Steven Ganz
and the Proposed Class

# CERTIFICATE OF SERVICE

**RE:** *Steven Ganz v. Chunghwa Picture Tubes, et al.*
Case No. CV 08-01721 JCS

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **PLAINTIFF STEVEN GANZ'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

___  **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

___  **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX  **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number M:07-CV-05944-SC (MDL 1917).

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2008 at San Francisco, California.

                         /s/ Mary B. Cunniff
                         MARY B. CUNNIFF