Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:  (415) 544-0201

Attorneys for Plaintiff
STEVEN GANZ and the Proposed Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | **[PROPOSED] ORDER GRANTING PLAINTIFF STEVEN GANZ'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| This Document Relates to: | **(Civil Local Rule 3-12 AND 7-11)** |
| STEVEN GANZ, a California resident, on behalf of himself and all others similarly situated, v. CHUNGHWA PICTURE TUBES, LTD.; LP DISPLAYS INTERNATIONAL, LTD.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MT PICTURE DISPLAY CO., LTD.; KONINKLIJKE PHILIPS ELECTRONICS NV; SAMSUNG SDI CO.; TOSHIBA CORP.; TOSHIBA AMERICA, INC., | Case No. C 08-01721 JCS |
| Defendants. | |

1       Pursuant to Local Rule 3-12, and on good cause shown, Plaintiff Steven Ganz's Administrative

2  Motion to Consider Whether Cases Should be Related is GRANTED.  The matter captioned *Steven*

3  *Ganz v. Chunghwa Picture Tubes, et al.*, Case No. C 08-01721 JCS, filed on March 31, 2008, is

4  related to the matter captioned *Crago, Inc. v. Chunghwa Picture Tubes, Inc. et al.*, Case No. CV 07-

5  05944 SC filed in the Northern District of California on November 26, 2007.  Further, *Ganz* shall be

6  coordinated with the MDL proceeding entitled *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*,

7  Case No. M:08-CV-01917 SC.

8  Dated: _____, 2008        _____

                                        Honorable Samuel Conti