REGINALD TERRELL (SB#127874)
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616

DONALD AMAMGBO
AMAMGBO & ASSOCIATES
7901 Oakport Street, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: No. CV-07-5944<br>MDL Docket No.: 1917 |
| This document relates to:<br><br>All indirect purchaser actions. | PLAINTIFF DENNIS PATRICK JOINDER IN THE ZELLE HOFMANN/LEVELL STEWART ET AL. MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL<br><br>Honorable Samuel Conti<br><br>Date: 4-4-2008<br>Time: 9:00 AM<br>Courtroom: 1, 17th Floor<br>Judge: Hon. Samuel Conti |

TO THE HONORABLE SAMUEL CONTI, ALL PARTIES HEREIN AND THEIR

NOTICE OF JOINDER IN PLAINTIFF JUETTEN, KLEBS AND STACK'S MOTION FOR

APPOINTMENT OF INTERIM LEAD COUNSEL - 1

ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Dennis Patrick ("Plaintiff Patrick") submits this joinder in support of the Zelle Hofmann Voelbel Mason and Gette LLP and Lovell Stewart firms ("Zelle/Lovell firms") pending motion requesting that their offices be appointed interim lead counsel in this action. The Zelle/Lovell firms filed the initial cases in this matter and are experienced in litigating similar price-fixing cases. Moreover, the Zelle and Lovell firms have both developed working, cooperative relationships with the other firms representing plaintiffs in this action and likewise intend to create an organizational structure, including creation of a Steering Committee, to prosecute the case in an efficient streamline manner.  Plaintiff Patrick supports the Zelle/Lovell firms' proposed management structure and submits that the efficiencies created will be in the best interest of the proposed class.

Therefore, for the foregoing reasons, Plaintiff Patrick hereby requests that the Zelle and Lovell firms be appointed interim lead counsel.

Dated: 4-2-2008

THE TERRELL LAW GROUP
AMAMGBO & ASSOCIATES

By: _____
Reginald Terrell

FILER'S ATTESTATION

I, Reginald Terrell, am the ESC User whose identification and password are being used to file Plaintiff Dennis Patrick Joinder in the Zelle/Lovell motion for appointment of interim lead counsel.  In compliance with General Order 45.X.B, I hereby attest that Donald Amamgbo, counsel of record for plaintiff Dennis Patrick has concurred in the filing of this document.

Dated:  4-2-2008

*/s/ Reginald Terrell*
Reginald Terrell

NOTICE OF JOINDER IN PLAINTIFF JUETTEN, KLEBS AND STACK'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL - 3

PROOF OF SERVICE

I, Jose Vargas Jr., declare that I am over the age of eighteen and not a party to the within action. I am employed at the Terrell Law Group, 223 25th Street, Richmond, CA 94804.

On April 2, 2008, I used the Northern District of California's Electronic Case Filing System, with ECF registered to Reginald Terrell, to file the following documents:

PLAINTIFF DENNIS PATRICK'S JOINDER IN THE ZELLE/LOVELL MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL

The ECF system is designed to send an e-mail message to all parties in the case, which constitutes service. The parties served by e-mail in this case are found on the Court's Electronic Mail Notice List.

I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CMC/ECF participants:

Eva Cole
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Lori A. Fanning
Miller Law LLC
115 S. LaSalle St., #2910
Chicago, IL 60603

M. Eric Frankovitch
Frankovitch Anetakis Colantonio & Simon
337 Penco Rd.
Weirton, WV 26062

NOTICE OF JOINDER IN PLAINTIFF JUETTEN, KLEBS AND STACK'S MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL - 4

1 | Traviss Levine Galloway
  | Zelle Hofmann Voelbel Mason & Gette
2 | 44 Montgomery Street, #3400
  | San Francisco, CA 94104
3 |
4 | Richard Hagstrom
  | Zelle Hofmann Voelbel Mason & Gette
  | 500 Washington Avenue Soute, #4000
5 | Minneapolis, MN 55415
6 |
  | Martin Grossman
7 | 2121 Green Brier Drive
  | Villanova, PA 19085
8 |
  | Lawrence McCabe
9 | Murray Frank & Sailer LLP
  | 275 Madison Avenue
10| New York, NY 10016
11|
  | Imtiaz Siddiqui
  | Lovell Stewart Halebian LLP
12| 500 5th Avenue
13| New York, NY 10110
14| Jonathan Watkins
  | The Furth Firm
15| 225 Bush St., 15th Floor
  | San Francisco, CA 94104-4249
16|
17| Dated:   4-2-2008                          _____
                                               JOSE VARGAS JR.
18|
19|
20|
21|
22|
23|
24|
25|

NOTICE OF JOINDER IN PLAINTIFF JUETTEN, KLEBS AND STACK'S MOTION FOR

APPOINTMENT OF INTERIM LEAD COUNSEL - 5