Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiff
STEVEN GANZ and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-CV-05944<br>MDL Docket No. 1917<br><br>**PLAINTIFF STEVEN GANZ'S JOINDER IN MOTION TO APPOINT INDIRECT-PURCHASER PLAINTIFFS INTERIM CLASS COUNSEL ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP AND LOVELL STEWART HALEBIAN LLP**<br><br>Date:   April 4, 2008<br>Time:   10:00 a.m.<br>Courtroom 1, 17th Floor<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br>All Indirect-Purchaser Actions | |

## I.     INTRODUCTION

Plaintiff Steven Ganz (Plaintiff) submits this response in support of Plaintiff Crago, Inc.'s application to appoint Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle Hofmann") and Lovell Stewart Halebian LLP ("Lovell Stewart") as Interim Class Counsel filed on February 25, 2008. Both Zelle Hofmann and Lovell Stewart are particularly qualified to serve as lead class counsel as the firms have exceptional experience in handling antitrust monopoly and price-fixing lawsuits on a national and international basis. In addition, both firms have served in leadership roles in various antitrust class actions throughout the United States.

The Zelle Hofmann and Lovell Stewart firms have been at the head of the investigation and litigation of claims against the Cathode Ray Tube ("CRT") industry for the industry's practice of conspiring to increase the prices of CRTs. Based on Zelle Hofmann and Lovell Stewart's work in identifying and investigation potential claims in this action, experience in class actions, knowledge of the applicable law and field at issue and the resources the firms will commit to representing the class, the Court should appoint CPM as Interim Lead Counsel for the plaintiff class.

**II.     Plaintiff Steven Ganz Supports Appointment of Zelle Hofmann and Lovell Stewart as Interim Lead Counsel as the Firms are Well-Qualified**

Plaintiff Steven Ganz supports the appointment of Zelle Hofmann and Lovell Stewart as Interim Lead Counsel in this action. Zelle Hofmann was appointed as sole Lead Counsel in the *In Re Static Random Access Memory (SRAM) Antitrust Litigation*, Case No. MDL 07-01819 (N.D. Cal.), Co-Lead Counsel in *In Re TFT-LCD (Flat Panel) Antitrust Litigation*, and Co-Lead Counsel in *In Re Flash Memory Antitrust Litigation*, Case No. MDL 07-1852 (N.D.Cal.). Zelle Hofmann has been instrumental in successfully leading litigation (including two jury trials) in class actions against Microsoft Corporation including *Microsoft Corp. Antitrust Litig.*, No. 00-5994 (Hennepin Co. Dist. Ct., Minnesota), as Co-Lead; *Microsoft Corp. Antitrust Litig.*, No. CL 82311 (Polk Co. Dist. Ct., Iowa), as Co-Lead; *Microsoft Corp. Antitrust Litig.*, No. 05-CV-010927 (Milwaukee Co. Dist. Ct., Wisconsin), as Co-Lead; and *Microsoft Cases*, J.C.C.P. No. 4106 (San Francisco Superior Court), as Liaison Counsel and Chair of the Executive Committee. Because Zelle Hofmann has also served in leadership roles in several antitrust class actions arising out of non-technological markets, including serving as Co-Lead Counsel in both *In re Western States Wholesale Natural Gas Antitrust Litig.*, No. 2:03-cv-01431-PMP-PAL (D. Nev.), and *Issuer Public Offering Fee Antitrust Litig.*, Nos. 98-CIV 7890 (LMM) and 00-CIV 7804 (LMM).

The Lovell Stewart firm has also served as Lead Counsel or Co-Lead Counsel in numerous litigation matters including *In Re Microsoft Corp. Antitrust Litigation*, MDL No. 1332 (D. Md.), *In Re Rambus Antitrust Litigation*, No. C 06-04852-RMW (N.D.Cal), *In Re Digital Music Antitrust Litigation*, 06-CV-01780 (LAP) (S.D.N.Y.); *In Re NASDAQ Market-Makers Antitrust Litigation*, 187 F.R.D. 465, 471 (S.D.N.Y. 1998), *In Re Sumitomo Copper Antitrust Litigation*, 74 F. Supp.2d 393,

ZELLE HOFMANN AND LOVELL STEWART
CASE NO. C 08-01383 MEJ                                                                                                           2

395 (S.D.N.Y. 1999), *Blatt v. Merrill Lynch Fenner & Smith Inc.*, 94 Civ. 2348 (JAG) (D.N.J.), *In Re Soybeans Futures Litigation*, 89 Civ. 7009 (CRN) (N.D. Ill.), *Dennison v. BP Products North America, Inc.,* No. 06 C 3541 (N.D.Ill.), and *In Re Auction Houses Antitrust Litigation*, No. 00 Civ. 0648 (LAK) (S.D.N.Y.).

Both Zelle Hofmann and Lovell Stewart currently serve on the Executive Committee for numerous antitrust class actions, including the following multidistrict litigation matters: *In re Dynamic Random Access Memory* (*DRAM*) *Antitrust Litig.,* MDL 1486 PJH (N.D. Cal.) (Zelle Hofmann is a member of the Executive Committee for the Indirect-Purchasers Plaintiffs; Lovell Stewart is a member of the Executive Committee for the Direct-Purchasers Plaintiffs), *LCDs* (Lovell Stewart is a member of the Indirect-Purchasers Plaintiffs' Working Group), *Flash Memory* (Lovell Stewart is a member of the Executive Committee for the Indirect-Purchasers Plaintiffs), *In re Graphics Processing Units Antitrust Litig.*, MDL 1826 WHA (N.D. Cal.) (Zelle Hofmann and Lovell Stewart are contributing counsel on behalf of the Indirect-Purchasers Plaintiffs), *In re Intel Corp. Microprocessor Antitrust Litig.*, MDL No. 1717 (D. Del.) (Zelle Hofmann is Chair of the Committee for Third Party Discovery and the Experts).

As a result of the firms's role in these matters, Zelle Hofmann and Lovell Stewart are especially well-suited to serve as Interim Lead Counsel in this action. Both cases listed above involve the same industry and substantially similar antitrust allegations to the allegations made in this antitrust litigation. Therefore, Zelle Hofmann and Lovell Stewart is uniquely qualified to handle the factual and legal issues that will arise in the Cathode Ray Tube antitrust litigation matters.

**III.    Zelle Hofmann and Lovell Stewart Have Already Taken the Lead in These Cases**

Zelle Hofmann and Lovell Stewart has already taken an active lead in prosecuting these cases. Zelle Hofmann and Lovell Stewart has served the first two complaints against defendants in this matter and initiated the investigation into price fixing in this industry.

//

//

//

//

**IV.    Conclusion**

For all the foregoing reasons, Plaintiff hereby requests that Zelle Hofmann and Lovell Stewart be appointed as Interim Lead Counsel in this litigation.

Dated:  April 2, 2008

GROSS BELSKY ALONSO LLP

By:    /s/ Terry Gross
         Terry Gross

Attorneys for Plaintiff STEVEN GANZ
and the Proposed Class

# CERTIFICATE OF SERVICE

**RE:** *Steven Ganz v. Chunghwa Picture Tubes, et al.*
Case No. CV 08-01721 JCS

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **PLAINTIFF STEVEN GANZ'S JOINDER IN MOTION TO APPOINT INDIRECT-PURCHASER PLAINTIFFS INTERIM CLASS COUNSEL ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP AND LOVELL STEWART HALEBIAN LLP**

___  **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

___  **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX  **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Number M:08-CV-01917 SC.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2008 at San Francisco, California.

          /s/ Mary B. Cunniff
          MARY B. CUNNIFF