Robert W. Tarun (State Bar No. 64881)
 (robert.w.tarun@bakernet.com)
Bruce H. Jackson (State Bar No. 98118)
 (bruce.h.jackson@bakernet.com)
Nancy C. Allred (State Bar No. 245736)
 (nancy.c.allred@bakernet.com)
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:   +1 415 576 3099

Attorneys for Defendant
TATUNG COMPANY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>Plaintiff,<br><br>This Document Relates To:<br>ALL ACTIONS | Case No.  C07-5944 SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT TATUNG COMPANY OF AMERICA, INC.**<br><br>Courtroom: 1 – 17th Floor<br><br>**Before the Honorable Samuel Conti** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6545122.1

CASE NO . C07-5944 SC – MDL NO. 1917
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT TATUNG

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby appear in the above-captioned action on behalf of Defendant Tatung Company of America, Inc.

Robert W. Tarun      (State Bar No. 64881)
Bruce H. Jackson     (State Bar No. 98118)
Nancy Chung Allred (State Bar No. 245736)
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111

Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Email: robert.w.tarun@bakernet.com
Email: bruce.h.jackson@bakernet.com
Email: nancy.c.allred@bakernet.com

Respectfully submitted,

Dated: April 3, 2008

BAKER & McKENZIE LLP

ROBERT W. TARUN
BRUCE H. JACKSON
NANCY CHUNG ALLRED

By: _____
Bruce H. Jackson
Attorneys for Defendant
TATUNG COMPANY OF AMERICA, INC.

1

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6545122.1

CASE NO . C07-5944 SC – MDL NO. 1917
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT TATUNG