1  Robert W. Tarun (State Bar No. 64881)
      (robert.w.tarun@bakernet.com)
2  Bruce H. Jackson (State Bar No. 98118)
      (bruce.h.jackson@bakernet.com)
3  Nancy C. Allred (State Bar No. 245736)
      (nancy.c.allred@bakernet.com)
4  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
5  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
6  Facsimile:  +1 415 576 3099

7  Attorneys for Defendant
   TATUNG COMPANY OF AMERICA, INC.

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12  IN RE: CATHODE RAY TUBE (CRT)          **Case No.  C07-5944 SC**
    ANTITRUST LITIGATION,                  **MDL No. 1917**
13
                                           **CERTIFICATION OF INTERESTED**
14              Plaintiff,                 **PERSONS AND ENTITIES FOR**
                                           **DEFENDANT TATUNG COMPANY**
15  _____       **OF AMERICA, INC._____**

16  This Document Relates To:
    ALL ACTIONS                            **Courtroom: 1 – 17th Floor**
17
                                           **Before the Honorable Samuel Conti**
18

19

20

21

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

SFODMS/6545124.1

CASE NO . C07-5944 SC – MDL NO. 1917
CERTIFICATION OF INTERESTED PERSONS AND ENTITIES FOR DEFENDANT TATUNG

1    Pursuant to Civil L.R. 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the

2  undersigned certifies that the following listed persons, associations of persons, firms, partnerships,

3  corporations (including parent corporations) or other entities (i) have a financial interest in the

4  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in

5  that subject matter or in a party that could be substantially affected by the outcome of this

6  proceeding:

7

8  • Tatung Company, a Taiwanese public company, owns fifty percent of Defendant Tatung

9    Company of America, Inc.

10  • The Estate of Lun-Kuan Lin owns forty-four percent of Defendant Tatung Company of

11    America, Inc.

12  • Andrew Sun owns three percent of Defendant Tatung Company of America, Inc., and serves

13    on its board of directors.

14

15  • Christina Sun owns three percent of Defendant Tatung Company of America, Inc.

16  • Wei-Shan Lin serves on the board of directors of Defendant Tatung Company of America,

17    Inc.

18  • Daniel Chang serves on the board of directors of Defendant Tatung Company of America,

19    Inc.

20

21  • Michael Lai serves on the board of directors of Defendant Tatung Company of America, Inc.

22

23

24

25

26

27

28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6545124.1

1

1     •   Jing-Kuan Chan serves on the board of directors of Defendant Tatung Company of America,

2     Inc.

5                        Respectfully submitted,

6 Dated: April 3, 2008         BAKER & McKENZIE LLP

7                        ROBERT W. TARUN
                         BRUCE H. JACKSON
                         NANCY CHUNG ALLRED

9                        By:

10                         Bruce H. Jackson
                        Attorneys for Defendant

11                  TATUNG COMPANY OF AMERICA, INC.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6545124.1

CASE NO . C07-5944 SC – MDL NO. 1917
CERTIFICATION OF INTERESTED PERSONS AND ENTITIES FOR DEFENDANT TATUNG