Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:  (415) 544-0201

Attorneys for Plaintiff
STEVEN GANZ and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | [PROPOSED] ORDER GRANTING PLAINTIFF STEVEN GANZ'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| This Document Relates to: | (Civil Local Rule 3-12 AND 7-11) |
| STEVEN GANZ, a California resident, on behalf of himself and all others similarly situated, v. CHUNGHWA PICTURE TUBES, LTD.; LP DISPLAYS INTERNATIONAL, LTD.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MT PICTURE DISPLAY CO., LTD.; KONINKLIJKE PHILIPS ELECTRONICS NV; SAMSUNG SDI CO.; TOSHIBA CORP.; TOSHIBA AMERICA, INC., Defendants. | Case No. C 08-01721 JCS |

1  Pursuant to Local Rule 3-12, and on good cause shown, Plaintiff Steven Ganz's Administrative
2  Motion to Consider Whether Cases Should be Related is GRANTED.  The matter captioned *Steven
3  Ganz v. Chunghwa Picture Tubes, et al.*, Case No. C 08-01721 JCS, filed on March 31, 2008, is
4  related to the matter captioned *Crago, Inc. v. Chunghwa Picture Tubes, Inc. et al.*, Case No. CV 07-
5  05944 SC filed in the Northern District of California on November 26, 2007.  Further, *Ganz* shall be
6  coordinated with the MDL proceeding entitled *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*,
7  Case No. M:08-CV-01917 SC.

Dated: __April 3_____, 2008    _____
Honorable Samuel C.



[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
CASE NO. 07-CV-05944                                                                                                       2