Susan G. Kupfer (Bar No. 141724)
Kathleen S. Rogers (Bar No. 122853)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Telephone: (415) 972-8160
Facsimile:  (415) 972-8166
skupfer@glancylaw.com
krogers@glancylaw.com

*Attorneys for Plaintiff Dana Ross
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.:  3:07-cv-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **PLAINTIFF DANA ROSS' ADMINISTRATIVE MOTION TO RELATE CASE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Dana Ross, plaintiff in *Dana Ross  v. Chunghwa Picture Tubes et al.*, Case No. 3:08-cv-1807-VRW, pending in the Northern District of California, hereby brings this Administrative Motion to Relate Case pursuant to Civil Local Rule 3-12.

**A.    RELATED CASES**

1.    *In re Cathode Ray Tube (CRT) Antitrust Litigation*

Master File No. 3:07-cv-5944 (*"CRT"*);

2. *Dana Ross v. Chunghwa Picture Tubes, Ltd., et al.*

Case No. 3:08-cv-1807-VRW (*"Ross"*)

**B.    RELATIONSHIP OF THE CASES**

Civil Local Rule 3-12(a) provides that actions are related when:

> (1)    The actions concern substantially the same parties, property, transaction or event; and
>
> (2)    It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

The cases sought to be related meet both criteria of Rule 3-12.  First, *Ross* involves substantially the same parties and events as alleged in *CRT*.  Like *CRT, Ross* is a class action brought on behalf of purchasers of cathode ray tubes ("CRTs"), and it names the same defendants.  As in *CRT*, *Ross* alleges that Defendants, some of the largest manufacturers of CRTs in the world, violated federal antitrust laws by conspiring to set the prices of CRTs.  Consequently, the cases will involve many common facts relating to the CRT industry and many common legal questions relating to class certification and liability under antitrust laws.

Second, given their substantial similarities, duplication will result if the two actions proceed before different judges.  Moreover, no prejudice will result from relating the cases.  Just recently, on February 15, 2008, all cases in MDL No. 1917 were transferred to this Court, and plaintiffs in MDL No. 1917 have yet to file a consolidated complaint.

**C.    CONCLUSION**

In light of the related nature of the cases identified in this motion, the substantial experience of the Honorable Samuel Conti with antitrust class actions, and the opportunities for judicial economy, plaintiff Dana Ross respectfully requests that his case be deemed related to *In re Cathode Ray Tube (CRT) Antitrust Litigation.*

Respectfully submitted,

DATED: April 3, 2008

/s/  Susan G. Kupfer
Susan G. Kupfer (Bar No. 141724)
Kathleen S. Rogers (Bar No. 122853)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Telephone: (415) 972-8160
Facsimile:   (415) 972-8166
skupfer@glancylaw.com
krogers@glancylaw.com

*Attorneys for Plaintiff Dana Ross and the Proposed Class*