Susan G. Kupfer (Bar No. 141724)
Kathleen S. Rogers (Bar No. 122853)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Telephone: (415) 972-8160
Facsimile:  (415) 972-8166
skupfer@glancylaw.com
krogers@glancylaw.com

*Attorneys for Plaintiff Dana Ross
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **DECLARATION OF SUSAN G. KUPFER IN SUPPORT OF PLAINTIFF DANA ROSS' ADMINISTRATIVE MOTION TO RELATE CASE** |

I, Susan G. Kupfer, declare as follows:

1.      I am an attorney duly licensed to practice before this Court.  I am a member of the law firm Glancy Binkow & Goldberg LLP, and counsel for Plaintiff Dana Ross in the case entitled *Dana Ross v. Chunghwa Picture Tubes et al.,* Case No. 3:08-cv-1807-VRW, pending in

1  the Northern District of California (*"Ross"*).  I submit this Declaration in support of Plaintiff
2  Dana Ross' Administrative Motion to Relate Case.  I make this Declaration based on personal
3  knowledge, and if called to testify, I could and would do so competently as to the matters set
4  forth below.

    2. Attached as Exhibit A is a true and correct copy of the *Ross* Complaint.  The *Ross* action is a proposed class action on behalf of purchasers of cathode ray tubes.  Like the actions in the Cathode Ray Tube (CRT) Antitrust Litigation, *Ross* alleges a conspiracy by the same defendants to fix, raise, maintain and stabilize the price of cathode ray tubes in violation of Section 1 of the Sherman Act, U.S.C. §1.

    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 3rd day of April, 2008 at San Francisco, California.

/s/  Susan G. Kupfer
Susan G. Kupfer (Bar No. 141724)
Kathleen S. Rogers (Bar No. 122853)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Telephone: (415) 972-8160
Facsimile:   (415) 972-8166
skupfer@glancylaw.com
krogers@glancylaw.com

*Attorneys for Plaintiff Dana Ross and the Proposed Class*

DECLARATION OF SUSAN G. KUPFER IN SUPPORT OF PLAINTIFF DANA ROSS' ADMINISTRATIVE MOTION TO RELATE CASE
Case No. 3:07-cv-5944
MDL No. 1917

2