1  Susan G. Kupfer (Bar No. 141724)
   Kathleen S. Rogers (Bar No. 122853)
2  GLANCY BINKOW & GOLDBERG LLP
   One Embarcadero Center, Suite 760
3  San Francisco, CA  94111
   Telephone: (415) 972-8160
4  Facsimile:  (415) 972-8166
   skupfer@glancylaw.com
5  krogers@glancylaw.com

6  *Attorneys for Plaintiff Dana Ross
   and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBES (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Dana Ross v. Chunghwa Picture Tubes et al.,* N.D. Cal. Case No. 3:08-cv-1807-VRW | **[PROPOSED] ORDER GRANTING PLAINTIFF DANA ROSS' ADMINISTRATIVE MOTION TO RELATE CASE** |

Pursuant to Civil Local Rule 3-12, and on good cause shown, Plaintiff Dana Ross' Administrative Motion to Relate Case is granted.  The action captioned *Dana Ross v. Chunghwa Picture Tubes et al.,* N.D. Cal. Case No. 3:08-cv-1807-VRW is hereby related to and shall be consolidated in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, N.D. Cal. Case No. 3:07-cv-5944-SC.

IT IS SO ORDERED.

Dated: _____, 2008

                                          Hon. Samuel Conti