Susan G. Kupfer (Bar No. 141724)
Kathleen S. Rogers (Bar No. 122853)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Telephone: (415) 972-8160
Facsimile: (415) 972-8166
skupfer@glancylaw.com
krogers@glancylaw.com

*Attorneys for Plaintiff Dana Ross and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944-SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **PROOF OF SERVICE** |

## PROOF OF SERVICE

I, Alexandra K. Lubkin, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Glancy Binkow & Goldberg LLP, One Embarcadero Center, Suite 760, San Francisco, California, 94111; am not a party to or interested in the cause entitled upon the document to which this Proof of Service accompanies; and that on April 3, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

1. **PLAINTIFF DANA ROSS' ADMINISTRATIVE MOTION TO RELATE CASE**

2. **DECLARATION OF SUSAN G. KUPFER IN SUPPORT OF PLAINTIFF DANA ROSS' ADMINISTRATIVE MOTION TO RELATE CASE**

3. **[PROPOSED] ORDER GRANTING PLAINTIFF DANA ROSS' ADMINISTRATIVE MOTION TO RELATE CASE**

4. **PROOF OF SERVICE**

☒  By USDC Live System-Document Filing System: on all interested parties registered for e-filing in the above-captioned case.

Dated: April 3, 2008            Signed