Guido Saveri (22349) (guido@saveri.com)
R. Alexander Saveri (173102) (rick@saveri.com)
Cadio Zirpoli (179108) (cadio@saveri.com)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

Attorneys for Plaintiff Electronic Design Company

[Additional Counsel Listed on Signature Page]

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT ) LITIGATION | Case No. CV-07-5944 SC |
| This Document Relates to:<br><br>ELECTRONIC DESIGN COMPANY, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHUNGHWA PICTURE TUBES, LTD., *et al.*<br><br>　　　　　Defendants.<br><br>Case No. CV-08-0614-JL | **PLAINTIFF ELECTRONIC DESIGN COMPANY'S ADMINISTRATIVE MOTION TO RELATE CASES** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Electronic Design Company submits this Administrative Motion pursuant to Civil Local Rule 3-12 to consider whether a case filed in this District, *Electronic Design Company v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. CV-08-0614-JL ("*EDC*") should be related to *IN RE: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. CV-07-5944-SC ("*CRT*").

Pursuant to Local Rule 3-12(d), Plaintiff Electronic Design Company states that the *EDC* and *CRT* actions allege that many of the same Defendants violated federal antitrust laws by illegally fixing the prices of cathode ray tubes and/or products containing cathode ray tubes. Plaintiffs in the *EDC* and *CRT* actions raise claims for violations of the Sherman Act, 15 U.S.C. § 1.

Plaintiff Electronic Design Company is aware of the cases that have been related and consolidated as *CRT*, and the cases subject to multidistrict proceedings, MDL No. 1917, transferred to this District.

It appears likely that there will be an unduly burdensome duplication of labor and expenses or the possibility of conflicting results if the cases are conducted before different Judges. Relating the cases will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.


DATED:  April 3, 2008                    SAVERI & SAVERI, INC.


                                        */s/ Cadio Zirpoli*
                                        Guido Saveri (22349)
                                        R. Alexander Saveri (173102)
                                        Cadio Zirpoli (179108)
                                        111 Pine Street, Suite 1700
                                        San Francisco, CA  94111
                                        Telephone: (415) 217-6810

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Mark Reinhardt
Garrett D. Blanchfield
REINHARDT WENDORF &
BLANCHFIELD
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100

Charles H. Johnson
CHARLES H. JOHNSON &
ASSOCIATES, P.A.
2599 Mississippi Street, Suite 101
New Brighton, MN 51112
Telephone: (651) 633-5685

Neil A. Eisenbraun
NEIL A. EISENBRAUN, CHARTERED
2599 Mississippi Street, Suite 201
New Brighton, MN 51112
Telephone: (651) 633-5685

Eugene A. Spector
William G. Caldes
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300

Attorneys for Plaintiff Electronic Design
Company

3

ADMINISTRATIVE MOTION TO RELATE CASES
CASE NO. CV-07-5944 SC