1
2
3
4
5
6
7
8
9
10
11
12

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

13
14

IN RE: CATHODE RAY TUBE (CRT) LITIGATION

Case No. CV-07-5944 SC

15
16

This Document Relates to:

ELECTRONIC DESIGN COMPANY,, on behalf of itself and all others similarly situated,

**[PROPOSED] ORDER RELATING CASES**

17
18
19

Plaintiff,

20

v.

21
22

CHUNGHWA PICTURE TUBES, LTD., *et al.*

23

Defendants.

24

Case No. CV-08-0614-JL

25
26
27
28

[PROPOSED] ORDER RELATING CASES
CASE NO. C-07-5944 SC

1    On April 3, 2008 Plaintiff Electronic Design Company filed an Administrative Motion to
2  Relate Cases pursuant to Civil Local Rule 3-12.  The time for filing an opposition or statement of
3  support has passed.  The Court having considered the papers and pleadings on file, and good
4  cause appearing,

5    HEREBY GRANTS Plaintiff's Administrative Motion to Relate Cases.
6    IT IS SO ORDERED that *Electronic Design Company v. Chunghwa Picture Tubes, Ltd.,*
7  *et al.*, Case No. CV-08-0614-JL, be related to *IN RE: Cathode Ray Tube (CRT) Antitrust*
8  *Litigation*, Case No. CV-07-5944-SC.

10    **IT IS SO ORDERED.**

12  Dated: _____         _____
                                   The Honorable Samuel Conti
13                                 United States District Judge