1  Susan G. Kupfer (Bar No. 141724)
   Kathleen S. Rogers (Bar No. 122853)
2  GLANCY BINKOW & GOLDBERG LLP
   One Embarcadero Center, Suite 760
3  San Francisco, CA  94111
   Telephone: (415) 972-8160
4  Facsimile:  (415) 972-8166
   skupfer@glancylaw.com
5  krogers@glancylaw.com

6  *Attorneys for Plaintiff Dana Ross*
   *and the Proposed Class*

7

8

9

10               **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                 **SAN FRANCISCO DIVISION**

13

14  IN RE CATHODE RAY TUBE (CRT)        Case No.:  3:07-cv-5944-SC
    ANTITRUST LITIGATION
                                        MDL No. 1917
15

16  This Document Relates to:          **PLAINTIFF DANA ROSS' JOINDER IN
                                        THE ZELLE HOFMANN AND LOVELL
17  ALL ACTIONS                         STEWART MOTION TO APPOINT
                                        INTERIM CLASS COUNSEL FOR
18                                      INDIRECT PURCHASER PLAINTIFFS**

19                                      **Date:  April 4, 2008
                                        Time:  10:00 a.m.**
20                                      **Courtroom 1, 17th Floor**

21                                      **The Honorable Samuel Conti**

22

23

24

25

Plaintiff Dana Ross[1] through his counsel, Glancy Binkow & Goldberg, submits this joinder in the Motion to Appoint Interim Class Counsel for Indirect-Purchaser Plaintiffs [Doc. No. 99], seeking appointment of Zelle, Hofmann, Voelbel, Mason & Gette LLP ("Zelle Hofmann") and Lovell Stewart Halebian LLP ("Lovell Stewart") as interim co-lead counsel for the indirect purchaser plaintiffs.  Both Zelle Hofmann and Lovell Stewart are particularly well-qualified to serve as interim co-lead class counsel in light of their considerable experience as lead counsel in other key antitrust litigation in this district, across the United States and internationally.

Zelle Hofmann and Lovell Stewart have headed the investigation and litigation of claims against the Defendants for their alleged price-fixing in the cathode ray tube (CRT) industry. Based on Zelle Hofmann's and Lovell Stewart's work in identifying and investigating potential claims in this litigation, their experience in antitrust actions and in representing classes of plaintiffs, their history of cooperation and leadership in multi-district class action litigation, their knowledge of the applicable law and their firm resources, the Court should appoint Zelle Hofmann and Lovell Stewart as interim co-lead counsel for the indirect purchaser plaintiffs.

## I.  PLAINTIFF DANA ROSS SUPPORTS APPOINTMENT OF ZELLE HOFFMAN AND LOVELL STEWART AS INTERIM CO-LEAD COUNSEL BASED ON THEIR SUBSTANTIAL QUALIFICATIONS

Plaintiff Dana Ross supports the appointment of Zelle Hoffman and Lovell Stewart as interim co-lead counsel.  Plaintiff Dana Ross' counsel, the firm of Glancy, Binkow & Goldberg and its attorneys, have worked on a substantial number of significant antitrust cases in which Zelle Hoffman has served as lead counsel or on key committees, and in which it played pivotal roles in successful prosecution for the plaintiff classes.  Zelle Hoffman is the court-appointed Lead Counsel for the indirect purchaser plaintiffs in the *In Re Static Access Memory (SRAM)*

---

[1] Plaintiff Dana Ross has filed an Administrative Motion to Relate Case (Doc. 224) to consolidate his complaint in *Ross v. Chunghwa Picture Tubes, Ltd. et al.*, Case No. 3:08-cv-1807-VRW, with MDL No. 1917.

1   *Antitrust Litigation*, Case No. MDL 07-01819 (N.D.Cal.), Co-lead Counsel in *In re TFT-LCD*

2   *(Flat Panel) Antitrust Litigation*, and Co-Lead Counsel in *In Re Flash Memory Antitrust*

3   *Litigation*, Case No. MDL 07-1852 (N.D.Cal.).   Plaintiff Dana Ross' counsel is Co-Lead

4   Counsel with Zelle Hofmann in *In re Western States Wholesale Natural Gas Antitrust Litig.*,

5   2:03-cv-01431-PMP-PAL (D.Nev.).   In the experience of Plaintiff's counsel, Zelle Hofmann

6   consistently demonstrates its substantial experience, leadership, and commitment in all cases in

7   which courts have appointed the firm lead or co-lead counsel.   Zelle, Hofmann's substantial role

8   in trying actions in the *Microsoft* litigation further enhances its qualifications to serve as interim

9   lead counsel in this litigation.  See, *Microsoft Corp. Antitrust Litig.*, No. 00-5994 (Hennepin Co.

10   Dist. Ct., Minnesota), as Co-Lead;   *Microsoft Corp. Antitrust Litig.*, No. CL 82311 (Polk Co.

11   Dist. Ct., Iowa), as Co-Lead;   *Microsoft Corp. Antitrust Litig.*, No. 05-cv-010927 (Milwaukee

12   Co. Dist. Ct., Wisconsin), as Co-Lead; and *Microsoft Cases*, J.C.C.P. No. 4106 (San Francisco

13   Superior Court), as Liaison Counsel and Chair of the Executive Committee.

14        The Lovell Stewart firm has also served as Lead or Co-Lead Counsel in significant

15   antitrust actions, including *In Re Microsoft Corp. Antitrust Litigation*, MDL No. 1332 (D. Md.);

16   *In Re Rambus Antitrust Litigation*, No. C 06-04852-RMW (N.D. Cal.); *In Re Digital Music*

17   *Antitrust Litigation*, 06-cv-01780 (LAP) (S.D. N.Y); *In Re NASDAQ Market-Makers Antitrust*

18   *Litigation*, 187 F.R.D. 465, 471 (S.D. N.Y. 1998); *In Re Sumitomo Copper Antitrust Litigation*,

19   74 F. Supp.2d 393, 395 (S.D. N.Y 1999); *Blatt v. Merrill Lynch Fenner & Smith Inc.*, 94 Civ.

20   2348 (JAG) (D. N.J.); *In Re Soybeans Futures Litigation*, 89 Civ. 7009 (CRN) (N.D. Ill.);

21   *Dennison v. BP Products North America, Inc.*, No. 06 C 3541 (N.D. Ill.); and *In Re Auction*

22   *Houses Antitrust Litigation*, No. 00 Civ. 0648 (LAK) (S.D. N.Y.).

23        Both Zelle Hoffman and Lovell Stewart currently serve on Executive Committees for

24   numerous antitrust class actions, including the following multidistrict litigation matters: *In re*

25   *Dynamic Random Access Memory (DRAM) Antitrust Litig.*, MDL 1486 PJH (N.D. Cal.) (Zelle

Hofmann is a member of the Executive Committee for the Direct-Purchasers Plaintiffs); *In re TFT-LCD Antitrust Litig.*, MDL 1827 SI (N.D. Cal.) (Lovell Stewart is a member of the Indirect-Purchasers Plaintiffs' Working Group), *Flash Memory* (Lovell Stewart is a member of the Executive Committee for the Indirect-Purchasers Plaintiffs), *In re Graphics Processing Units Antitrust Litig.*, MDL 1826 WHA (N.D. Cal.) (Zelle Hofmann and Lovell Steward are contributing counsel on behalf of the Indirect-Purchasers Plaintiffs), *In re Intel Corp. Microprocessor Antitrust Litig.*, MDL 1717 (D. Del.) (Zelle Hofmann is Chair of the Committee for Third Party Discovery and the Experts). *DRAM*, *Flash Memory*, *Graphics* and *Intel* involve the same industry and substantially similar price-fixing allegations as those alleged in this action.

As a result of the two firms' roles in the above-cited matters and their expertise and qualifications to handle antitrust class actions, and on the basis of the considerable, favorable experience Plaintiff Dana Ross' counsel has had in working with these firms, Plaintiff urges the Court to appoint them Interim Co-Lead Counsel. Zelle Hofmann and Lovell Stewart are particularly well-qualified to handle and factual and legal issues that will arise in the CRT litigation, and to lead this litigation.

## II.  ZELLE HOFMANN AND LOVELL STEWART HAVE ALREADY TAKEN THE LEAD IN THESE CASES.

Zelle Hofmann and Lovell Stewart have already taken an active lead in prosecuting these cases. They served the first two complaints against defendants in this matter and initiated the investigation into price-fixing in the CRTs industry.

## III.  CONCLUSION.

For all of the foregoing reasons, Plaintiff Dana Ross and his counsel Glancy Binkow & Goldberg hereby join in the request that Zelle Hofmann and Lovell Stewart be appointed Interim Co-Lead Counsel for the indirect purchaser plaintiffs in this litigation.

Respectfully submitted,

1   DATED: April 3, 2008

2                                        /s/  Susan G. Kupfer
                                        —————————————————————
3                                        Susan G. Kupfer (Bar No. 141724)
                                        Kathleen S. Rogers (Bar No. 122853)
4                                        GLANCY BINKOW & GOLDBERG LLP
                                        One Embarcadero Center, Suite 760
5                                        San Francisco, CA  94111
                                        Telephone: (415) 972-8160
6                                        Facsimile:   (415) 972-8166
                                        skupfer@glancylaw.com
7                                        krogers@glancylaw.com

8                                        *Attorneys for Plaintiff Dana Ross and the*
                                        *Proposed Class*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25