

Barry J. Bendes *(pro hac vice pending)*
Email: bbendes@eapdlaw.com
Anthony J. Viola *(pro hac vice pending)*
Email: aviola@eapdlaw.com
Joseph E. Czerniawski *(pro hac vice pending)*
Email: jczerniawski@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY  10022
Telephone:  212.308.4411
Facsimile:  212.308.4844

David W. Evans (Bar No. 79466)
Email: devans@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone:  415.546.7500
Facsimile:  415.546.7505

Attorneys for Defendant
**ORION AMERICA, INC.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION ) ) ) ) This document relates to: ) ALL ACTIONS ) ) | Case No. 07-05944-SC<br><br>MDL No. 1917<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Joseph E. Czerniawski, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Orion America, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> David W. Evans
> HAIGHT BROWN & BONESTEEL LLP
> 71 Stevenson Street, 20th Floor
> San Francisco, CA 94105-2981
> Telephone: 415.546.7500
> Facsimile: 415.546.7505

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 2, 2008

NYC 297293.1