Barry J. Bendes *(pro hac vice pending)*
Email: bbendes@eapdlaw.com
Anthony J. Viola *(pro hac vice pending)*
Email: aviola@eapdlaw.com
Joseph E. Czerniawski *(pro hac vice pending)*
Email: jczerniawski@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
Telephone: 212.308.4411
Facsimile: 212.308.4844

David W. Evans (Bar No. 79466)
Email: devans@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant
**ORION AMERICA, INC.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION ) ) ) ) ) ) ) ) ) ) This document relates to: ) ALL ACTIONS ) ) ) | Case No. 07-05944-SC<br><br>MDL No. 1917<br><br>**(Proposed)**<br>**ORDER GRANTING**<br>**APPLICATION FOR**<br>**ADMISSION OF**<br>**ATTORNEY *PRO HAC VICE*** |

Joseph E. Czerniawski, an active member in good standing of the bar of the U.S. District

Court for the Southern District of New York, whose business address and telephone number is

Edwards Angell Palmer & Dodge LLP, 750 Lexington Avenue, New York, NY 10022,

212.308.4411, having applied in the above-entitled action for admission to practice in the Northern

District of California on a *pro hac vice* basis, representing Orion America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April __, 2008

_____
United States Magistrate Judge

NYC 297295.1