UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

MDL 1917

| | | |
|---|---|---|
| C-07-5944 | SAMUEL CONTI | DATE April 4, 2008 |
| Case Number | Judge | |

Title: IN RE CATHODE RAY TUBE ANTITRUST LITIGATION

Attorneys: PLEASE SEE ATTACHED SHEET FOR APPEARANCES

Deputy Clerk: T. De Martini     Court Reporter: Margo Gurule

PROCEEDINGS

1. Status Conference - Held
2. Motions for Appointment of Lead Plaintiff And Lead Plaintiff Counsel - Not Held


Discovery Cutoff:_____Pretrial Statements Due_____

Case Continued to_____for Pretrial Conference

Case Continued to_____for Court/Jury Trial

Case Continued to 7/11/08 @ 10:00 a.m.  for Further Status Conference

Case Continued to 5/9/08 @ 10:00 a.m. for Motions for Appointment of Lead Plaintiff Counsel


**ORDERED AFTER HEARING:** Parties seeking to be appointed interim Lead indirect counsel should file within the next ten days a letter containing their proposed fee arrangements, billable hours, cases tried, magnitude of cases and any other information the parties may consider helpful to the Court. This letter is to be filed in camera under seal and delivered directly to Judge Conti's chambers. The Court is considering appointing a Special Master in this case. Direct purchasers' request for an Executive Committee will be ruled on at the 5/9/08 hearing. The Government counsel is to keep the Court informed as to the status of the Grand Jury proceedings.

```
C-07-5944              SAMUEL CONTI           DATE April 4, 2008
Case Number            Judge
```

Title: IN RE CATHODE RAY TUBE ANTITRUST LITIGATION

ATTORNEYS

| Plaintiffs | Defendants |
|---|---|
| GUIDO SAVERI | GARY HALLING |
| BRUCE SIMON | DAVID LISI |
| CHRISTOPHER LOVELL | RYAN SANDROCK |
| KEN VALINOTI | KURT HOLBREICH |
| CADIO ZIRPOLI | JEFFREY KESSLER |
| DAN KARON | ROBERT TARUN |
| MICHAEL LEHMANN | BRUCE JACKSON |
| JENNIFER ROSENBERG | ROXANE BUSEY |
| TIMOTHY BATTIN | DAVID EVANS |
| MICHELLE JACKSON | JAMES MCGINNIS |
| MARIO ALIOTO | DAVID YOHAI |
| ISAAC DIEL | KENT ROGER |
| RICK SAVERI | LUCIUS LAU |
| JOSPEH ALIOTO | CHRISTOPHER HEFFELFINGER |
| TRAVISS GALLOWAY | |
| SHERMAN KUSSOF | |
| ALLAN STEYER | U.S. INTERVENOR |
| FRANCIS SCARPULLA | |
| JOSPEH PATINE | JEANE HAMILTON |
| JUDITH ZAHID | BARBARA NELSON |
| CRAIG CORGITT | LIDIA MAHER |
| THERESA MOORE | |
| CLINT WALKER | |