```
 1  GOLD BENNETT CERA & SIDENER LLP
    PAUL F. BENNETT (State Bar No. 63318)
 2  STEVEN O. SIDENER (State Bar No. 121062)
    JOSEPH M. BARTON (State Bar No. 188441)
 3  595 Market Street, Suite 2300
    San Francisco, California 94105-2835
 4  Telephone: (415) 777-2230
    Facsimile: (415) 777-5189
 5  E-Mail: pfb@gbcslaw.com
    E-Mail: ssidener@gbcslaw.com
 6  E-Mail: jbarton@gbcslaw.com

 7  Attorneys for Plaintiff
    Industrial Computing, Inc.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| This Document Relates To: *Industrial Computing, Inc. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. 08-cv-01627-SC, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF INDUSTRIAL COMPUTING, INC.** |

#118935

1  NOTICE IS HEREBY GIVEN that plaintiff Industrial Computing, Inc., pursuant to Rule
2  41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses, without prejudice, its action
3  against all defendants. The adverse parties have not filed either an answer to the complaint or a
4  motion for summary judgment and no class has been certified.

6  Dated: April 1, 2008                          GOLD BENNETT CERA & SIDENER LLP

8                                                By: _____
9                                                        Joseph M. Barton



IT IS SO ORDERED
Judge Samuel Conti

#118935

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF INDUSTRIAL COMPUTING,
INC. - Case No. C-07-1827 SI                                                           -1-

## CERTIFICATE OF SERVICE

I, Carie Loder, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835. I am over the age of eighteen years and am not a party to this action.

On April 1, 2008, I electronically filed the following **"NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF INDUSTRIAL COMPUTING, INC.**" with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 1, 2008, at San Francisco, California.

_____
Carie Loder

#118935

CERTIFICATE OF SERVICE                                                                                    -2-