

Clerk's Use Only
Initial for fee pd.:



Karen Sewell
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601
312-861-8000

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C:07-5944 SC<br>MDL NO. 1917 |
| This document relates to:<br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Karen Sewell, an active member in good standing of the bar of the Northern District of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as cocounsel in the above-entitled action. The name, address and telephone number of that attorney is:

1

1  Bruce H. Jackson (State Bar No. 98118)
   Baker & McKenzie LLP
2  Two Embarcadero Center, 11th Floor
   San Francisco, CA 94111-3802
3  (415) 576-3000

4  I declare under penalty of perjury that the foregoing is true and correct.

5  Dated: April 3, 2008

6  _____
                Karen Sewell

2