



Roxane C. Busey
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601
312-861-8000

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C:07-5944 SC<br>MDL NO. 1917 |
| This document relates to:<br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Roxane C. Busey, an active member in good standing of the bar of the Northern District of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as cocounsel in the above-entitled action. The name, address and telephone number of that attorney is:

1

1 | Bruce H. Jackson (State Bar No. 98118)
  | Baker & McKenzie LLP
2 | Two Embarcadero Center, 11th Floor
  | San Francisco, CA 94111-3802
3 | (415) 576-3000

4 | I declare under penalty of perjury that the foregoing is true and correct.

5 | Dated: April 3, 2008

6 | _____Roxane C. Busey_____
  |            Roxane C. Busey

2