UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C:07-5944 SC<br>MDL NO. 1917 |
| This document relates to:<br>ALL ACTIONS | ~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Karen Sewell, an active member in good standing of the bar of the Northern District of Illinois, whose business address and telephone number is:

130 E. Randolph Drive, Suite 3500
Chicago, IL 60601
312-861-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Tatung Company of America, Inc., in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: 4/8/08

_____
Honorable
United States

IT IS SO ORDERED
Judge Samuel Conti

CHIDMS1/2610490.1

3