Michael R. Lazerwitz
mlazerwitz@cgsh.com
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 974-1500
Fax: (202) 974-1999

Counsel for Defendant
*LP Displays International Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>----<br><br>This Document Relates to:  ALL CASES | No. 07-5944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT attorney MICHAEL R. LAZERWITZ hereby enters his appearance as counsel *pro hac vice* on behalf of Defendant LP Displays International Ltd. in the above-captioned matter.

Pursuant to Paragraph 6 of Pretrial Order No. 1 dated April 4, 2008, and Rule 1.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, I certify on oath that I am an active member in good standing of the bar of the District of Columbia and am admitted to practice in the United States District Court

for the District of Columbia.

I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 8, 2008

/s/ Michael R. Lazerwitz
Michael R. Lazerwitz
mlazerwitz@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006
Phone: (202) 974-1500
Fax: (202) 974-1999

Counsel for Defendant
*LP Displays International Ltd.*

## CERTIFICATE OF SERVICE

I, Allison E. Collins, assistant managing clerk, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of Cleary Gottlieb Steen & Hamilton, 2000 Pennsylvania Avenue, NW, Suite 9000, Washington, DC 20006.

On April 8, 2008, I filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the forgoing document by first-class mail to the following non-CM/ECF participants:

**Eva W. Cole**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

**Lori A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**M. Eric Frankovitch**
Frankovitch Anetakis Colantonio & Simon
337 Penco Rd.
Weirton, WV 26062

**Traviss Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St. #3400
San Francisco, CA 94104

**Martin E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**Richard M. Hagstrom**
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

1  **Imtiaz A. Siddiqui**
   Lovell Stewart Halebian LLP
2  500 Fifth Avenue
   New York, NY 10110
3

4  **Matthew E. Van Tine**
   Miller Law LLC
   115 South LaSalle Street, Suite 2910
5  Chicago IL 60603

6  **Jonathan Mark Watkins**
   The Furth Firm LLP
7  225 Bush Street, 15th Floor
   San Francisco, CA 94104-4249
8

9

10                                          /s/ Allison C. Collins
                                            Allison E. Collins
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service                                              Case No. 07-5944-SC
                                                                    MDL 1917