1  DAVID M. LISI (SBN 154926)
   Email: lisid@howrey.com
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 798-3530
4  Facsimile:  (650) 798-3600

5  JOSEPH A. OSTOYICH *(pro hac vice)*
   Email: ostoyichj@howrey.com
6  HOWREY LLP
   1299 Pennsylvania Ave NW
7  Washington, DC 20004
   Telephone: (202) 383-7241
8  Facsimile:  (202) 383-6610

9  ETHAN E. LITWIN *(pro hac vice)*
   Email: litwine@howrey.com
10 HOWREY LLP
   Citigroup Center
11 153 E. 53rd Street, 54th Floor
   Telephone: (212) 896-6500
12 Facsimile:  (212) 896-6501

13 Attorneys for Defendant
   Philips Electronics North America Corporation

FILED
08 APR -7 PM 5: 17

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | **APPLICATION OF JOHN M. TALADAY FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Relates to All Actions. | |

Pursuant to Civil L.R. 11-3, JOHN M. TALADAY, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Philips Electronics North America Corporation in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> David M. Lisi (SBN 154926)
> HOWREY LLP
> 1950 University Avenue, 4th Floor
> East Palo Alto, CA 94303
> Telephone: (650) 798-3530
> Facsimile: (650) 798-3600
> lisid@howrey.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2008

JOHN M. TALADAY