1  DAVID M. LISI (SBN 154926)
   Email: lisid@howrey.com
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 798-3530
4  Facsimile:  (650) 798-3600

5  JOSEPH A. OSTOYICH *(pro hac vice)*
   Email: ostoyichj@howrey.com
6  HOWREY LLP
   1299 Pennsylvania Ave NW
7  Washington, DC 20004
   Telephone: (202) 383-7241
8  Facsimile:  (202) 383-6610

9  ETHAN E. LITWIN *(pro hac vice)*
   Email: litwine@howrey.com
10 HOWREY LLP
   Citigroup Center
11 153 E. 53rd Street, 54th Floor
   Telephone: (212) 896-6500
12 Facsimile:  (212) 896-6501

13 Attorneys for Defendant
   Philips Electronics North America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | **[PROPOSED] ORDER GRANTING JOHN M. TALADAY'S APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| This relates to all actions. | |

1  JOHN M. TALADAY, an active member in good standing of the bar of Washington, D.C.,
2  whose business address and telephone number is:

   John M. Taladay
   HOWREY LLP
   1299 Pennsylvania Ave NW
   Washington, DC 20004
   Telephone: (202) 383-6564
   Facsimile:  (202) 383-6610
   taladayj@howrey.com

7  Having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing Defendant Philips Electronics North America
9  Corporation;

10  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
12  Services of papers upon and communication with co-counsel designed in the application will constitute
13  notice to the party. All future filings in this action are subject to the requirements contained in General
14  Order No. 45, *Electronic Case Filing*.

16  Dated: _____

19  SAMUEL CONTI
    UNITED STATES DISTRICT JUDGE