1   DAVID M. LISI (SBN 154926)
    Email: lisid@howrey.com
2   HOWREY LLP
    1950 University Avenue, 4th Floor
3   East Palo Alto, CA 94303
    Telephone: (650) 798-3530
4   Facsimile: (650) 798-3600

5   JOSEPH A. OSTOYICH *(pro hac vice)*
    Email: ostoyichj@howrey.com
6   HOWREY LLP
    1299 Pennsylvania Ave NW
7   Washington, DC 20004
    Telephone: (202) 383-7241
8   Facsimile: (202) 383-6610

9   ETHAN E. LITWIN *(pro hac vice)*
    Email: litwine@howrey.com
10  HOWREY LLP
    Citigroup Center
11  153 E. 53rd Street, 54th Floor
    Telephone: (212) 896-6500
12  Facsimile: (212) 896-6501

13  Attorneys for Defendant
    Philips Electronics North America Corporation

14

15

16                        UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18

19
    IN RE:  Cathode Ray Tube (CRT) Antitrust    )   No. 07-5944-SC
20  Litigation                                   )
                                                 )   **PROOF OF SERVICE**
21                                               )
                                                 )
22                                               )
                                                 )
23  _____             )
    This Relates to All Actions.                 )
24                                               )
    _____             )
25

26

27

28

                                    - 1 -

## PROOF OF SERVICE

1

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION (*Case No. 07-5944-SC)

2

STATE OF NEWYORK, COUNTY OF NEW YORK

3

4   I am employed in the County of NEW YORK, STATE OF NEW YORK. My business address is Citigroup Center, 153 East 53rd Street, 54th Floor, New York, New York 10022. I am over the age of eighteen years and am not a party to the within action;

5

6   On April 4, 2008, the foregoing, **Application of John M. Taladay for Admission of Attorney *Pro Hac Vice* and the [Proposed] Order Granting John M. Taladay's Application for Admission**

7   **of Attorney *Pro Hac Vice*** was filed with the Clerk of the Court. I also certify that I mailed a true copy of the foregoing document by first-class U.S. mail to all parties as listed on the attached.

8

9   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

10   Executed on April 4, 2008 at New York, New York.

11

12

13

14   Christina A. Bennett

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

SERVICE LIST

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*

Case No. 07-5944-SC

Parties Served By U.S. Mail:

P. John Brady                                    *Attorneys for Plaintiff Crago, Inc.*
Daniel D. Owen
SHUGHART THOMSON & KILROY, P.C.
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, MO 64105

Bruce Lee Simon                                  *Attorneys for Plaintiff Crago, Inc.*
Esther L. Klisura
PEARSON, SIMON, SOTER, WARSHAW &
PENNY, LLP
44 Montgomery Street
Suite 1200
San Francisco, CA 94104

Guido Saveri                                     *Attorneys for Plaintiffs Hawel A. Hawel d/b/a*
Richard Alexander Saveri                         *City Electronics; Orion Home System, LLC*
Cadio Zirpoldi                                   *and Paula Call*
SAVERI & SAVERI, INC.
111 Pine Street
Suite 1700
San Francisco, CA 94111

Fred A. Silva                                    *Attorneys for Plaintiff Hawel A. Hawel d/b/a*
Betty Lisa Julian                                *City Electronics*
Kathy Lee Monday
Clinton Paul Walker
DAMRELL NELSON SCHRIMP PALLIOS,
PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354

Craig C. Corbitt                                 *Attorneys for Plaintiffs Michael Juetten, Chad*
Francis Onofrei Scarpulla                        *Klebs; William E. and Margo Stack*
Judith A. Zahid
Matthew Rutledge Schultz
Michael Jacobs
ZELLE, HOFFMAN, VOELBEL, MASON &
GETTE LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

-- 3 --

| | |
|---|---|
| Steven A. Kanner<br>Douglas A. Millen<br>William H. London<br>FREED KANNER LONDON MILLEN LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015 | *Attorneys for Plaintiffs Art's TV & Appliance and Carroll Cut-Rate Furniture* |
| Harry Shulman<br>THE MILLS LAW FIRM<br>145 Marina Boulevard<br>San Rafael, CA 94901 | *Attorneys for Plaintiffs Art's TV & Appliance and Carroll Cut-Rate Furniture* |
| Randy Renick<br>HADSELL, STORMER, KEENY,<br>RICHARDSON & RENICK<br>128 N. Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103 | *Attorneys for Plaintiff Orion Home System, LLC* |
| Joseph W. Cotchett<br>COTCHETT, PITRE & MCCARTHY<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010 | *Attorneys for Plaintiff Orion Home System, LLC* |
| Christopher T. Heffelfinger<br>Joseph T. Tabacco, Jr.<br>Manuel Juan Dominguez<br>BERMAN DEVALERIO PEASE &<br>TOBACCO, P.C.<br>425 California Street, Suite 2100<br>San Francisco, CA 94104 | *Attorneys for Plaintiffs Univision Crimson-Holding, Inc.; Central New York Univision Video Systems, Inc. and Crimson Tech, Inc.* |
| Marc Jeffrey Greenspon<br>LAW OFFICE OF MARC J. GREENSPON<br>6200 Spring Isles Blvd.<br>Lake Worth, FL 33463 | *Attorneys for Plaintiffs Univision Crimson-Holding, Inc.; Central New York Univision Video Systems, Inc. and Crimson Tech, Inc.* |
| Ronnie Seidel Spiegel<br>Anthony Shapiro<br>HAGENS BERMAN SOBOL SHAPIRO<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA 98101 | *Attorneys for Plaintiff Carroll Cut-Rate Furniture* |
| Jeff D. Friedman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 | *Attorneys for Plaintiff Carroll Cut-Rate Furniture* |
| Michael P. Lehmann<br>COHEN, MILSTEIN, HAUSFELD & TOLL,<br>P.L.L.C.<br>One Embarcadero Center, Suite 2440<br>San Francisco, CA 94111 | *Attorneys for Plaintiff Monikraft, Inc.* |

-- 4 --

| | | |
|---|---|---|
| 1 | Richard Martin Heimann | *Attorneys for Plaintiffs Nathan Muchnick, Inc.* |
| | Michele Chickerell Jackson | *and The Stroud Group, Inc,* |
| | Joseph Richard Saveri | |
| 2 | Eric B. Fastiff | |
| 3 | Brendan Patrick Glackin | |
| | LIEFF, CABRASER, HEIMANN & | |
| 4 | BERNSTEIN, LLP | |
| | 275 Battery Street, 30th Floor | |
| 5 | San Francisco, CA 94111-3339 | |

H. Laddie Montague, Jr.                    *Attorneys for Plaintiff Nathan Muchnick, Inc,*
Ruthanne Gordon
Candice J. Enders
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103

Christopher Lebsock                        *Attorneys for Plaintiff Barbara Caldwell*
Jon T. King
COHEN, MILSTEIN, HAUSFELD & TOLL,
P.L.L.C.
One Embarcadero Center, Suite 2440
San Francisco, CA 94111

Henry A. Cirillo                           *Attorneys for Plaintiffs Barbara Caldwell and*
Michael S. Christian                       *Mark Pierce*
Thomas Patrick Dove
THE FURTH LAW FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

Kathleen Styles Rogers                     *Attorneys for Plaintiff Barbara Caldwell*
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center
Suite 760
San Francisco, CA 94111

Marvin A. Miller                           *Attorneys for Plaintiffs Barbara Caldwell and*
MILLER LAW LLC                             *Mark Pierce*
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Mario Nunzio Alioto                        *Attorneys for Plaintiffs Jeffrey Figone,*
Lauren Clare Russell                       *Samuel J. Nasto; Patrick Piper; Craig*
TRUMP ALIOTO TRUMP & PRESCOTT, LLP         *Stephenson; David G. Norby; John Larch;*
2280 Union Street                          *Constance Hare; James Stringwell and Gary*
San Francisco, CA 94123                    *Hanson*

| | |
|---|---|
| 1    2 | Joseph Marid Patane<br>LAW OFFICE OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123 | *Attorneys for Plaintiffs Jeffrey Figone,*<br>*Samuel J. Nasto; Patrick Piper; Craig*<br>*Stephenson; David G. Norby; John Larch;*<br>*Constance Hare; James Stringwell and Gary*<br>*Hanson* |

1  Joseph Marid Patane
   LAW OFFICE OF JOSEPH M. PATANE
2  2280 Union Street
   San Francisco, CA 94123

*Attorneys for Plaintiffs Jeffrey Figone,*
*Samuel J. Nasto; Patrick Piper; Craig*
*Stephenson; David G. Norby; John Larch;*
*Constance Hare; James Stringwell and Gary*
*Hanson*

3

4  Daniel Bruce Allanoff
   Steven J. Greenfogel
5  Joel Cary Meredith
   MEREDITH COHEN GREENFOGEL &
6  SKIRNICK, P.C.
   1521 Locust Street, 8th Floor
7  Philadelphia, PA 19102

*Attorneys for Plaintiff The Stroud Group*

8  John G. Emerson
   Scott E. Poynter
9  EMERSON & POYNTER LLP
   The Museum Center
10 500 President Clinton Avenue, Suite 305
   Little Rock, AR 72201
11

*Attorneys for Plaintiff Paula Call*

12 Joseph M. Alioto
   Angelina Alioto-Grace
13 Joseph M. Alioto, Jr.
   Theresa Driscoll Moore
14 ALIOTO LAW FIRM
   555 California Street, 31st Floor
15 San Francisco, CA 94104

*Attorneys for Plaintiffs Mark Pierce;*
*Margaret Slagle; Barry Kushner; Jerry*
*Cook; Brian A. Luscher and  Scott Friedson*

16 Marisa C. Livesay
   WOLF HALDENSTEIN ADLER FREEMAN &
17 HERZ LLP
   750 B Street, Suite 2770
18 San Diego, CA 92101

*Attorneys for Plaintiff Princeton Display*
*Technologies, Inc.*

19 Derek G. Howard
   MURRAY & HOWARD, LLP
20 436 14th Street
   Suite 1413
21 Oakland, CA 94612
22

*Attorneys for Plaintiff Greg A. Glanz*

23 James H. McManis
   Marwa Elzankaly
24 McMANIS FAULKNER & MORGAN
   A Professional Corporation
25 50 W. San Fernando Street
   10th Floor
26 San Jose, CA 95113

*Attorneys for Plaintiff Carmen Gonzalez*

27

28

-- 6 --

| | |
|---|---|
| Terry Rose Saunders<br>Thomas Arthur Doyle<br>SAUNDERS & DOYLE<br>20 South Clark Street<br>Suite 1720<br>Chicago, IL 60603 | *Attorneys for Plaintiffs William E. and Margo*<br>*Stack* |
| Christopher Lovell<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>New York, NY 10110 | *Attorneys for Plaintiffs William E. and Margo*<br>*Stack* |
| Alan Roth Plutzik<br>SCHIFFRIN BARROWAY TOPAZ & KESSLER<br>LLP<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598 | *Attorneys for Plaintiff Donna Ellingson* |
| David Boies, III<br>Christopher Le<br>Timothy D. Battin<br>STRAUS & BOIES, LLP<br>4041 University Dr.<br>Fifth Fl.<br>Faifax, VA 22030 | *Attorneys for Plaintiff Donna Ellingson* |
| Daniel Edward Birkhaeuser<br>Jennifer Susan Rosenberg<br>BRAMSON, PLUTZIK, MAHLER &<br>BIRKHAEUSER<br>2125 Oak Grove Road<br>Suite 120<br>Walnut Creek, CA 94598 | *Attorneys for Plaintiff Donna Ellingson* |
| Eric James Pickar<br>BANGS, McMULLEN, BUTLER, FOYE &<br>SIMMONS, L.L.P.<br>P.O. Box 2670<br>Rapid City, SD 57709-2670 | *Attorneys for Plaintiff Donna Ellingson* |
| Joel Flom<br>JEFFRIES OLSON & FLOM PA<br>1202 27th Street South<br>Fargo, ND 58103 | *Attorneys for Plaintiffs Samuel J. Nasto,*<br>*Patrick Piper; Craig Stephenson; David G.*<br>*Norby; John Larch; Constance Hare; James*<br>*Stringwell and Gary Hanson* |

|  |  |
|---|---|
| Kenneth Leo Valinoti<br>VALINOTI & DITO LLP<br>180 Montgomery Street<br>Suite 940<br>San Francisco, CA 94104-4223 | *Attorneys for Plaintiffs Samuel J. Nasto, Patrick Piper; Craig Stephenson; David G. Norby; John Larch; Constance Hare; James Stringwell and Gary Hanson* |
| Lawrence Genero Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>The Cornerstone Building<br>1308 Main Street, Suite 117<br>St. Helena, CA 94574 | *Attorneys for Plaintiffs Samuel J. Nasto, Patrick Piper; Craig Stephenson; David G. Norby; John Larch; Constance Hare; James Stringwell and Gary Hanson* |
| M. Eric Frankovitch<br>Michael G. Simon<br>FRANKOVITCH ANETAKIS COLANTONIO &<br>SIMON<br>337 Penco Rd.<br>Weirton, WV 26062 | *Attorneys for Plaintiffs Samuel J. Nasto, Patrick Piper; Craig Stephenson; David G. Norby; John Larch; Constance Hare; James Stringwell and Gary Hanson* |
| Robert B. Gerard<br>GERARD SELDEN & OSUCH<br>2840 South Jones Boulevard<br>Building D, Unit 4<br>Las Vegas, NV 89146 | *Attorneys for Plaintiffs Samuel J. Nasto, Patrick Piper; Craig Stephenson; David G. Norby; John Larch; Constance Hare; James Stringwell and Gary Hanson* |
| Seymour J. Mansfield<br>MANSFIELD TANICK & COHEN<br>1700 U.S. Bank Plaza South<br>2200 South Sixth Street<br>Minneapolis, MN 55402-1106 | *Attorneys for Plaintiffs Samuel J. Nasto, Patrick Piper; Craig Stephenson; David G. Norby; John Larch; Constance Hare; James Stringwell and Gary Hanson* |
| Sherman Kassof<br>LAW OFFICES OF SHERMAN KASSOF<br>9514 Risa Road<br>Suite B<br>Lafayette, CA 94549 | *Attorneys for Plaintiffs Samuel J. Nasto, Patrick Piper; Craig Stephenson; David G. Norby; John Larch; Constance Hare; James Stringwell and Gary Hanson* |
| Daniel R. Karon<br>GOLDMAN SCARLATO and KARON, PC<br>55 Public Square<br>Suite 1500<br>Cleveland, OH 44114 | *Attorneys for Plaintiff Margaret Slagle* |
| Mary Gilmore Kirkpatrick<br>KIRKPATRICK & GOLDBOROUGH PLLC<br>1233 Shelburne Road, Suite E-1<br>South Burlington, VT 05403 | *Attorneys for Plaintiff Margaret Slagle* |

| | | |
|---|---|---|
| 1 | Jeffrey D. Bores<br>Karl L. Cambronne | *Attorneys for Plaintiff Barry Kushner* |
| 2 | CHESTNUT & CAMBRONNE<br>222 S. 9TH Street, Suite 3700 | |
| 3 | Minneapolis, MN 55402 | |
| 4 | Bruce L. Mulkey<br>THE MULKEY ATTORNEYS GROUP P.A. | *Attorneys for Plaintiff Jerry Cook* |
| 5 | 1039 W. Walnut, Suite 3<br>Rogers, AR 72756 | |
| 6 | Charles M. Kester<br>THE KESTER LAW FIRM | *Attorneys for Plaintiff Jerry Cook* |
| 7 | P.O. Box 184 | |
| 8 | Fayetteville, AR 72702-0184 | |
| 9 | Robert James Pohlman<br>RYLEY CARLOCK & APPLEWHITE PC | *Attorneys for Plaintiffs Brian A. Luscher and Scott Friedson* |
| 10 | 1 N Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4417 | |
| 11 | Katherine T. Kelly<br>Samuel D. Heins | *Attorneys for Plaintiff Wettstein & Sons, Inc.* |
| 12 | Troy J. Hutchinson | |
| 13 | Vincent J. Esades<br>HEINS MILLS & OLSON PLC | |
| 14 | 310 Clifton Avenue | |
| 15 | Minneapolis, MN 55403 | |
| | Jeffrey Alan Kafter | *Attorneys for Plaintiff Industrial Computing, Inc.* |
| 16 | KLAFTER & OLSEN LLP<br>1311 Mamaroneck Avenue, Suite 220 | |
| 17 | White Plains, NY 10602 | |
| 18 | Samuel Ray Miller<br>Paul Lionel Yanosy, Jr. | *Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.* |
| 19 | Ryan Sandrock | |
| 20 | SIDLEY AUSTIN LLP<br>555 California Street, Suite 5000 | |
| 21 | San Francisco, CA 94111 | |
| 22 | Gregory Hull<br>Joseph Richard Wetzel | *Attorneys for Defendant Panasonic North America* |
| 23 | WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway | |
| 24 | Redwood Shores, CA 94065 | |
| 25 | Alan Feigenbaum<br>Steven Alan Reiss | *Attorneys for Defendant Panasonic North America* |
| 26 | WEIL, GOTSHAL & MANGES, LLP | |
| 27 | 767 Fifth Avenue<br>New York, NY 10153 | |
| 28 | | |

-- 9 --

Eva W. Cole
Michelle Lo
A. Paul Victor
Jeffrey L. Kessler
DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

*Attorneys for Defendants Panasonic North America; Matsushita Electric Industrial Co., Ltd.; Matsushita Toshiba Picture Display Co., Ltd.; MT Picture Display Corporation of America (OH, NY)*

David W. Evans
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981

*Attorneys for Defendant Orion America, Inc.*

James Landon McGinnis
Michael W. Scarborough
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111

*Attorneys for Defendant Samsung SDI America, Inc.*

Jeane Hamilton
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102

*Attorneys for the United States Department of Justice, Antitrust Division*

| | |
|---|---|
| Lori A. Fanning<br>MILLER LAW LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | *Attorneys for Plaintiff Barbara Caldwell and Mark Pierce* |
| Traviss Levine Galloway<br>ZELLE, HOFFMAN, VOELBEL, MASON &<br>GETTE LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | *Attorneys for Plaintiffs William E. and Margo Stack* |
| Martin E. Grossman<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 | *Attorneys for Plaintiff The Stroud Group* |
| Richard M. Hagstrom<br>ZELLE, HOFFMAN, VOELBEL, MASON &<br>GETTE LLP<br>44 Montgomery Street<br>Suite 3400<br>San Francisco, CA 94104 | *Attorneys for Plaintiffs Michael Juetten and Chad Klebs* |
| Lawrence D. McCabe<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue<br>New York, NY 10016 | *Attorneys for Plaintiff Paula Call* |
| Roger Martin Schrimp<br>DAMRELL NELSON SCHRIMP PALLIOS,<br>PACHER & SILVA<br>1601 I Street, 5th Floor<br>Modesto, CA 95354 | *Attorneys for Plaintiff Hawel A. Hawel d/b/a City Electronics* |
| Imtiaz A. Siddiqui<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>New York, NY 10110 | *Attorneys for Plaintiffs William E. and Margo Stack* |
| Matthew E. Van Tine<br>Jonathan Mark Watkins<br>MILLER LAW LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | *Attorneys for Plaintiffs Barbara Caldwell and Mark Pierce* |

-- 11 --

| | | |
|---|---|---|
| 1 | Joel Sanders<br>Joshua Hess<br>Rachel Brass | *Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.* |
| 2 | Adam Wilson | |
| 3 | GIBSON, DUNN & CRUTCHER<br>One Montgomery Street | |
| 4 | Post Montgomery Center<br>San Francisco, CA 94104-4505 | |
| 5 | Kent Roger | *Attorneys for Defendants Hitachi, Ltd., Hitachi* |
| 6 | Rebecca Falk<br>Christine Safreno | *America Ltd. and Hitachi Asia, Ltd.* |
| 7 | MORGAN LEWIS & BOCKIUS LLP<br>One Market Street | |
| 8 | San Francisco, CA 94105-1596 | |
| 9 | Irico Group Corporation<br>1 Caihong Rd. | *Defendant* |
| 10 | Xianyang City, Shaanxi Province 712021 | |
| 11 | Irico Display Devices Co. | *Defendant* |
| 12 | No. 16 Fenghui South Road West<br>Disctrict High-Tech Development Zone | |
| 13 | Xi'an, SX1 710775 | |
| 14 | Joe Czernawski | *Attorneys for Defendants Orion Electric Co.,* |
| 15 | Barry Bendes<br>Anthony J. Viola | *Ltd. and Orion America, Inc.* |
| 16 | EDWARDS ANGELL PALMER & DODGE LLP<br>750 Lexington Avenue | |
| 17 | New York, NY 10022 | |
| 18 | Koninklijke Philips Electronics N.V. | *Defendant* |
| 19 | Breitner Center, Amstelplein 2,<br>1096 BC Amsterdam, The Netherlands | |
| 20 | Samtel Color, Ltd. | *Defendant* |
| 21 | 52, Community Centre, New Friends Colony<br>New Delhi 110065, India | |
| 22 | | |
| 23 | Thai CRT Co., Ltd.<br>1/F 26 Siam Cement Rd. | *Defendant* |
| 24 | Bangsue Dusit, Bangkok, Thailand | |
| 25 | George Paul | *Attorneys for Defendants Toshiba Corporation;* |
| 26 | Albie Lau<br>Christopher Curran | *Toshiba America Electronics Components, Inc.;<br>Toshiba America Information Systems, Inc.* |
| 27 | WHITE & CASE<br>701 Thirteenth Street, NW | |
| 28 | Washington, DC 20005 | |

-- 12 --

| | | |
|---|---|---|
| 1<br>2 | Beijing-Matsushita Color CRT Company, Ltd.<br>No. 9 Jiuxianqiao N. Rd.<br>Dashanzi Chaoyang District<br>Beijing, People's Republic of China | *Defendant* |
| 3<br>4<br>5<br>6 | Michael Lazerwitz<br>Jeremy Calsyn<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC 20006 | *Attorneys for Defendants LP Displays*<br>*International Ltd. and LP Displays America* |
| 7<br>8<br>9 | Patrick Ahern<br>BAKER & MCKENZIE<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 | *Attorneys for Defendant Tatung America* |
| 10<br>11<br>12 | Aya Kobori<br>WHITE & CASE<br>1155 Avenue of the Americas<br>New York, NY 10036-2787 | *Attorneys for Defendants Toshiba Corporation;*<br>*Toshiba America Electronics Components, Inc.;*<br>*Toshiba America Information Systems, Inc.* |
| 13<br>14 | Daryl Libow<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006-5805 | *Attorneys for Defendants Thomson Electronics*<br>*Corporation and Thomson S.A.* |
| 15<br>16<br>17<br>18 | Jason de Bretteville<br>Brendan Cullen<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, CA 94303-3308 | *Attorneys for Defendants Thomson Electronics*<br>*Corporation and Thomson S.A.* |

-- 13 --