# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092

tel  +1 212 259 8050
fax  +1 212 259 7013
jkessler@dl.com

April 9, 2008

**VIA ECF**

The Honorable Samuel Conti
United States District Judge
United States District Court, Northern District of California
Courtroom No. 1
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC, MDL No. 1917
      This Document Relates to: All Actions

Dear Judge Conti:

On behalf of the undersigned defense counsel, I write to respectfully request that the Court modify certain provisions of Pretrial Order No. 1 (Docket No. 230), in order to make them more consistent with Your Honor's intentions as stated during the Status Conference on April 4, 2008.  Since counsel did not receive Pretrial Order No. 1 until after the close of the April 4 Status Conference, we did not have the opportunity to address these points before the Court at or during the Status Conference.

First, the Court indicated during the Status Conference that it would not be appointing lead counsel for plaintiffs until after the hearing on May 9, 2008.  However, Paragraph 15 of Pretrial Order No. 1, which provides that "[w]ithin 30 days of the entry of this Order, the parties shall complete a Rule 26(f) conference and shall make initial disclosures within 14 days thereafter," requires that the parties engage in a Rule 26(f) conference before lead counsel for plaintiffs has been appointed.  This obligation would appear to be premature, since it would seem to make more sense for the Rule 26(f) conference to occur after this Court has appointed lead counsel for the plaintiffs.

Furthermore, the exchange of initial disclosures within the next 45 days, prior to an opportunity to meaningfully discuss the process with whomever is appointed interim lead counsel, and prior to the filing of any consolidated amended complaint, would also appear to be premature.  As stated in Defendants' Status Conference Statement, permitting discovery in advance of the filing of the consolidated amended complaint would cause confusion and also be a drain on judicial and party resources.  Moreover, Defendants intend to file a motion to stay discovery pending motions to dismiss, and the Department of Justice has intervened in this litigation to seek a stay of discovery (the scope of which has yet to be determined).

NEW YORK  |  LONDON MULTINATIONAL PARTNERSHIP  |  WASHINGTON, DC
ALBANY  |  ALMATY  |  AUSTIN  |  BEIJING  |  BOSTON  |  BRUSSELS  |  CHARLOTTE  |  CHICAGO  |  DUBAI
EAST PALO ALTO  |  FRANKFURT  |  HARTFORD  |  HONG KONG  |  HOUSTON  |  JACKSONVILLE  |  JOHANNESBURG(PTY) LTD.
LOS ANGELES  |  MILAN  |  MOSCOW  |  PARIS MULTINATIONAL PARTNERSHIP  |  RIYADH AFFILIATED OFFICE  |  ROME  |  SAN FRANCISCO  |  WARSAW

The Honorable Samuel Conti
April 9, 2008
Page 2

Defendants respectfully submit that initial disclosures should wait until the scope of the Government's request becomes clearer and the Court can rule on the motion to stay that Defendants intend to file, especially since it is not clear which Defendants will remain in the case after the filing of the consolidated amended complaint.  For these reasons, Defendants respectfully request that the Court modify or remove Paragraph 15 of its Order, or direct the parties to address these issues further with the Special Master.

Second, the Court stated during the Status Conference that the hearing scheduled for July 11, 2008 would be a Status Conference and not a Case Management Conference.  The Caption of Paragraph 17 of Pretrial Order No. 1, however, refers to a "Further Case Management Conference" and the text requires that the parties file a Joint Case Management Statement ten court days prior to the Status Conference on July 11, 2008.  Defendants thus respectfully request that the Court strike the Caption and Paragraph 17 of the Order and insert a new caption and Paragraph 17 as follows:

> "**FURTHER STATUS CONFERENCE**
>
> "17.   The Court shall conduct a Status Conference on July 11, 2008 at 10:00 A.M.  The parties shall electronically file a Joint Status Conference Statement ten (10) court days prior thereto."

Respectfully submitted,


By:   /s/ Jeffrey Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email : ecole@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

The Honorable Samuel Conti
April 9, 2008
Page 3

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ALAN R. FEIGENBAUM (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant Panasonic Corporation of North America


By:  ⎯⎯/s/ Samuel Miller⎯⎯⎯⎯⎯⎯⎯⎯⎯
SAMUEL R. MILLER
Email: srmiller@sidley.com
RYAN SANDROCK
Email: rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone : (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.

The Honorable Samuel Conti
April 9, 2008
Page 4

By: __/s/ Anthony Viola_____
ANTHONY J. VIOLA (*pro hac vice*)
Email: aviola@eapdlaw.com
BARRY BENDES (*pro hac vice*)
Email: bbendes@eapdlaw.com
JOSEPH CZERNIAWSKI (*pro hac vice*)
Email: jczerniawski@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

DAVID W. EVANS
Email: devans@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA  94105-2981
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

Attorneys for Defendant Orion America, Inc.


By: __/s/ Ethan Litwin_____
ETHAN E. LITWIN (*pro hac vice*)
Email: LitwinE@howrey.com
HOWREY LLP
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

JOSEPH A. OSTOYICH (*pro hac vice*)
Email: OstoyichJ@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Defendant Philips Electronics North America Corporation

The Honorable Samuel Conti
April 9, 2008
Page 5

By:     /s/ Patrick Ahern
PATRICK J. AHERN
Email: patrick.j.ahern@bakernet.com
BAKER & McKENZIE
130 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-8000
Fascimile:  (312) 861-2899

Attorneys for Defendant Tatung America


By:     /s/ Curt Holbreich
CURT HOLBREICH
Email: curt.holbreich@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone : (415) 882-8025
Facsimile: (415) 882-8220

Attorneys for Defendant TPV International (USA), Inc.


By:     /s/ James McGinnis
GARY L. HALLING, Cal. Bar No. 66087
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Cal. Bar No. 95788
Email: jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH, Cal. Bar No. 203524
Email: mscarborough@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

Attorneys for Defendant Samsung SDI America, Inc.

The Honorable Samuel Conti
April 9, 2008
Page 6

By:   /s/ Christopher Curran
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email:  ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email:  gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email:  alau@whitecase.com
WHITE & CASE LLP
701 13th Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

Attorneys for Toshiba America, Inc.; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; and Toshiba America Electronic Components, Inc.


By:   /s/ Kent Roger
KENT M. ROGER
Email: kroger@morganlewis.com
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant Hitachi America, Ltd.