**SAVERI & SAVERI, INC.**
111 PINE STREET, SUITE 1700
SAN FRANCISCO, CALIFORNIA 94111-5619
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

April 9, 2008

**VIA ECF**

The Honorable Samuel Conti
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

   **Re***:* *In re Cathode Ray Tube (CRT) Antitrust Litigation,* **No. 07-5944 SC,**
     *MDL No. 1917*

Your Honor:

  We write on behalf of the Direct Purchaser Plaintiffs in the above-referenced action. We received Defendants' April 9, 2008 Joint Letter requesting modification of the Court's Pretrial Order No. 1. First, we object to the Defendants' request to modify the Court's Order by way of a letter instead of the procedures established by the Order itself or the Civil Local Rules for the Northern District of California. Second, we were surprised to receive such a letter because Defendants did not contact us to discuss the issues raised in the letter. Consequently, we had no alternative but to respond by way of letter to the Court.

  The Court's Pretrial Order No. 1 clearly states at paragraph 12, "All parties are to make best efforts to resolve scheduling and other procedural issues by conferring with opposing counsel in the case(s) before contacting the court." Moreover, Civil Local Rule 7-11 sets forth the procedures by which defendants may properly put before the Court the issues raised in their April 9, 2008 letter.

  We are authorized to speak on behalf of all Direct Purchaser Plaintiffs and have requested a Rule 26(f) conference, by letter sent to defense counsel today, in order to comply with all provisions of Pretrial Order No. 1.

The Honorable Samuel Conti
United States District Judge
April 9, 2008
Page 2

  Direct Purchaser Plaintiffs respectfully request Your Honor deny the Defendants' requested modifications to Pretrial Order No. 1 and have them comply with the terms of the Order and the Civil Local Rules for the Northern District of California.

        Respectfully Submitted,

         /s/

        Guido Saveri
        SAVERI & SAVERI, INC.

         /s/


        Bruce L. Simon
        PEARSON, SIMON, SOTER, WARSHAW &
        PENNY, LLP

        *Proposed Co-Lead Counsel for the Direct*
        *Purchaser Plaintiffs*