# ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

| | | |
|---|---|---|
| BOSTON<br>DALLAS<br>MINNEAPOLIS<br>SAN FRANCISCO<br>WASHINGTON, D.C.<br>BEIJING*<br>SHANGHAI*<br>*In association with ZY & Partners | 44 MONTGOMERY STREET - SUITE 3400<br>SAN FRANCISCO, CALIFORNIA 94104<br>415-693-0700  TELEPHONE<br>415-693-0770  FACSIMILE<br>www.zelle.com | Francis O. Scarpulla<br>fscarpulla@zelle.com<br>(415) 633-1929 |

April 10, 2008

**VIA ECF**

The Honorable Samuel Conti
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: *Cathode Ray Tube (CRT) Antitrust Litigation, No 07-5944-SC, MDL – 1917*
         This document relates to:  All Actions

Dear Judge Conti:

    I have both Mr. Kessler's letter of April 9, 2008 on behalf of the defendants and Mr. Saveri's response on behalf of the Direct-Purchaser Plaintiffs.

    I respectfully suggest that all of the issues raised by Mr. Kessler can be resolved – at least by the Indirect-Purchaser Plaintiffs – with a meet-and-confer session scheduled shortly after Your Honor appoints Interim Lead Counsel for the two groups of plaintiffs, including the preparation of a joint schedule for pre-trial proceedings, which can address any Rule 26(f) concerns.

    Moreover, if the Department of Justice is included in any such meeting, any stay issues it has can be dealt with at that time.

    Therefore, I respectfully suggest that there is no need to modify Your Honor's Pretrial Order No. 1 at this time.

                                             Respectfully yours,

                                             By: */s/ Francis O. Scarpulla*
                                                 Francis O. Scarpulla

**CERTIFICATE OF SERVICE**

**IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
Case No. CV-07-5944-SC
MDL No. 1917

I, Melissa Bibbs, certify and declare under penalty of perjury that I:  am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on April 10, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

**April 10, 2007 Letter to Judge Conti**

☒   **By USDC Live System-Document Filing System:**  on all interested parties registered for e-filing.

Dated:  April 10, 2008

                                      Signed  _____/s/*Melissa Bibbs*_____
                                      Melissa Bibbs
                                      Legal Administrative Assistant
                                      to Francis O. Scarpulla

3173022v1