Please reply to: San Francisco

April 10, 2008



**Trump
Alioto
Trump &
Prescott**
ATTORNEYS LLP

Honorable Samuel Conti
United States District Court
Northern District of California
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94123

Re:  *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* **Master File No. 3:07-cv-5944-SC, MDL No. 1917**
**This letter relates to: All Actions**

Dear Judge Conti:

This is in response to Mr. Kessler's letter of April 9, 2008 and Mr. Saveri's response dated April 9, 2008.

Upon receipt of those 2 letters yesterday, I e-mailed the other candidates for lead counsel for the indirect purchasers in order to prepare a response to those letters on behalf of all indirect purchasers.

I have not heard back from the other candidates for lead counsel for the indirect purchasers and thus am submitting this letter only on behalf of our clients. Our clients are Jeffrey Figone, Samuel J. Nasto, Patrick Piper, Adrienne Belai, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, Gary Hanson, Brigid Terry, Anthony Gianasca, Brighid Flaherty, and Bridget Ten Eyck. They have asserted claims on behalf of classes of indirect purchasers in the states of California, Nevada, Florida, New York, New Mexico, Minnesota, West Virginia, South Dakota, Michigan, North Dakota, Wisconsin, Massachusetts, Arizona and Mississippi.

We concur in the direct purchasers' request that Pretrial Order No. 1 not be modified and that the parties meet and confer to discuss the matters raised by Mr. Kessler in his letter.

Very truly yours,

/s/

Mario N. Alioto
TRUMP, ALIOTO, TRUMP &
PRESCOTT, LLP

2280 Union Street
San Francisco, CA 94123
(415) 563-7200
FAX (415) 346-0679

2201 Walnut Avenue, Ste. 200
Fremont, CA 94538
(510) 790-0900
FAX (510) 790-4856