DAVID M. LISI (SBN 154926)
Email: lisid@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3530
Facsimile: (650) 798-3600

JOSEPH A. OSTOYICH *(pro hac vice)*
Email: ostoyichj@howrey.com
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-7241
Facsimile: (202) 383-6610

ETHAN E. LITWIN *(pro hac vice)*
Email: litwine@howrey.com
HOWREY LLP
Citigroup Center
153 E. 53rd Street, 54th Floor
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

Attorneys for Defendant
Philips Electronics North America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | [PROPOSED] ORDER GRANTING JOHN M. TALADAY'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| This relates to all actions. | |

JOHN M. TALADAY, an active member in good standing of the bar of Washington, D.C., whose business address and telephone number is:

> John M. Taladay
> HOWREY LLP
> 1299 Pennsylvania Ave NW
> Washington, DC 20004
> Telephone: (202) 383-6564
> Facsimile: (202) 383-6610
> taladayj@howrey.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Philips Electronics North America Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/10/08

SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
Judge Samuel Conti

-2-
[PROPOSED] ORDER GRANTING JOHN M. TALADAY FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC