KENT M. ROGER, State Bar No. 95987
JONATHAN DEGOOYER, State Bar No. 221007
REBECCA A. FALK, State Bar No. 226798
CHRISTINE S. SAFRENO, State Bar No. 251970
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415)442-1001
E-mail: kroger@morganlewis.com
 jdegooyer@morganlewis.com
 rfalk@morganlewis.com
 csafreno@morganlewis.com

Attorneys for Defendant
HITACHI AMERICA LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>Plaintiff,<br><br>This Document Relates To:<br>ALL ACTIONS | Case No.:C07-5944 SC<br>MDL NO. 1917<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT HITACHI AMERICA LTD.**<br><br>Courtooom: 1 – 17th Floor<br>Before the Honorable Samuel Conti |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7690127.1

NOTICE OF APPEARANCE OF COUNSEL
USDC - N.D. OF CA CASE NO. C 07-5944 SC

TO: **THE CLERK OF THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

**NOTICE IS HEREBY GIVEN** that the undersigned respectfully requests that Kent M. Roger, Esq., Jonathan M. DeGooyer, Esq., Rebecca A. Falk, Esq., and Christine S. Safreno, Esq., of the law firm of Morgan, Lewis & Bockius LLP, Spear Street Tower, One Market, San Francisco, California 94105, telephone: (415) 442-1000, hereby appears in the above-captioned action as attorney of record for Defendant Hitachi America Ltd. and they be included via email on the Court's notification of all electronic filings in this action.

Dated: April 17, 2008

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER

By  /S/
Kent M. Roger
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126

Attorneys for Defendant
HITACHI AMERICA LTD.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7690127.1

1

NOTICE OF APPEARANCE OF COUNSEL
USDC - N.D. OF CA CASE NO. C 07-5944 SC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: April 17, 2008

                                                /S/
KENT M. ROGER
MORGAN, LEWIS & BOCKIUS, LLP

# PROOF OF SERVICE

**In RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**United States District Court Case No. C 07-5944 SC**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126. On April 17, 2008 I served the within document(s):

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT HITACHI AMERICA LTD.**

☒ **U.S. MAIL:** I placed the document(s) listed above into envelope(s) addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

☐ **OVERNIGHT DELIVERY (FedEx):** I placed the document(s) listed above into envelope(s) or package(s) designated by the express service carrier and addressed to the person(s) at the address(es) set forth below. I placed the sealed envelope(s) or package(s) for collection and overnight delivery by following the ordinary business practices of Morgan, Lewis & Bockius LLP, San Francisco, California. I am readily familiar with the firm's practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery the same day as the correspondence is placed for collection.

☐ **PERSONAL SERVICE:** I arranged for the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below (through **Specialized Legal Service, Professional Messenger).**

☐ **FACSIMILE:** I transmitted the document(s) listed above via facsimile machine at the time stated on the attached transmission report(s). The facsimile transmission(s) was reported as complete and without error

☐ **ELECTRONIC MAIL:** I personally transmitted via electronic mail (E-MAIL) the document(s) listed above to the person(s) at the electronic mail address(es) set forth below.

| Party Served | Method of Service |
|---|---|
| *Attorneys for Defendant Tatung America*<br>Patrick J. Ahern<br>Roxane Busey<br>Karen Sewell<br>Baker & McKenzie LLP<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 | VIA U.S. MAIL |

| | | |
|---|---|---|
| 1 | *Attorneys for Defendant Tatung America, Inc.* | VIA U.S. MAIL |
| 2 | Robert W. Tarun<br>Bruce H. Jackson | |
| 3 | Nancy Chung<br>Baker & McKenzie | |
| 4 | Two Embarcadero Center 11th Floor<br>San Francisco, CA 94111-3909 | |
| 5 | *Attorneys for Defendants Orion Electric Co., Ltd. and Orion America, Inc.* | VIA U.S. MAIL |
| 6 | Joseph E. Czerniawski | |
| 7 | Barry J. Bendes<br>Anthony J. Viola | |
| 8 | Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue | |
| 9 | New York, NY 10022 | |
| 10 | *Attorneys for Direct Purchaser Plaintiffs Electric Design Company* | VIA U.S. MAIL |
| 11 | Neal A. Eisenbraun<br>Neal A. Eisenbraun, Chartered | |
| 12 | 2599 Mississippi Street<br>New Brighton, MN 55113 | |
| 13 | *Attorneys for Defendants Barbara Caldwell and Mark Pierce* | VIA U.S. MAIL |
| 14 | Lori A. Fanning<br>Miller Law LLC | |
| 15 | 115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | |
| 16 | *Attorneys for Plaintiffs William E. and Margo Stack* | VIA U.S. MAIL |
| 17 | Traviss Levine Galloway<br>Zelle Hofmann Voelbel Mason & Gette LLP | |
| 18 | 44 Montgomery St., #3400<br>San Francisco, CA 94104 | |
| 19 | *Attorneys for Plaintiff The Stroud Group* | VIA U.S. MAIL |
| 20 | Martin E. Grossman<br>Law Offices of Martin E. Grossman | |
| 21 | 2121 Green Brier Drive<br>Villanova, PA 19085 | |
| 22 | *Attorneys for Plaintiffs Michael Juetten and Chad Klebs* | VIA U.S. MAIL |
| 23 | Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP | |
| 24 | 500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 | |
| 25 | *Attorneys for Direct Purchasers Plaintiff Electric Design Company* | VIA U.S. MAIL |
| 26 | Charles H. Johnson | |
| 27 | Charles H Johnson & Associates PA<br>2599 Mississippi Street | |
| 28 | New Brighton, MN 55113 | |

| | |
|---|---|
| *Attorneys for Plaintiff Paula Call*<br>Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 | VIA U.S. MAIL |
| *Attorneys for Direct Purchasers Plaintiff Electric Design Company and Paula Call*<br>Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 | VIA U.S. MAIL |
| *Attorneys for Plaintiff Hawel A. Hawel d/b/a City Electronics*<br>Roger Martin Schrimp<br>Damrell Nelson Schrimp Pallios Pacher & Silva<br>1601 I Street 5th Floor<br>Modesto, CA 95354 | VIA U.S. MAIL |
| *Attorneys for Plaintiffs William E. and Margo Stack*<br>Imtiaz A. Siddiqui<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue<br>New York, NY 10110 | VIA U.S. MAIL |
| *Attorneys for Plaintiffs Barbara Caldwell and Mark Pierce*<br>Jonathan Mark Watkins<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 | VIA U.S. MAIL |
| *Attorneys for Plaintiffs Barbara Caldwell and Mark Pierce*<br>Matthew E. Van Tine<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | VIA U.S. MAIL |
| *Attorneys for Samuel J. Nasto, et al.*<br>Jean B. Roth<br>Seymour J. Mansfield<br>Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 | VIA U.S. MAIL |
| *Attorneys for Defendant Philips Electronics North America Corporation*<br>John M. Taladay<br>Baker & Hostetler<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036 | VIA U.S. MAIL |

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct. Executed on April 17, 2008, at San Francisco, California.

                                              /S/
                                Joanie Tamiko Owyang

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

1-SF/7690127.1

5

NOTICE OF APPEARANCE OF COUNSEL
USDC - N.D. OF CA CASE NO. C 07-5944 SC