BARBARA NELSON (CA 87952)
JEANE HAMILTON (CA 157834)
LIDIA MAHER (CA 222253)
ANNA TRYON PLETCHER (CA 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660
Facsimile: (415)436-6687
Email: Barbara.Nelson@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> ALL ACTIONS | No. 07-5944-SC <br> MDL No. 1917 <br><br> NOTICE OF APPEARANCE OF COUNSEL |

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance in the above-captioned action on behalf of the Antitrust Division of the U.S. Department of Justice.

Dated: April 18, 2008

Barbara J. Nelson
Trial Attorney, Antitrust Division
U.S. Department of Justice