GORDON BALL [TN SBN 001135]
gball@ballandscott.com
**BALL & SCOTT**
550 Main Avenue, Suite 750
Knoxville, TN  37902
T:  (865) 525-7028
F:  (865) 525-4679

DANIEL R. KARON [OH SBN 0069304; IL SBN 6207193]
karon@gsk-law.com
MARK S. GOLDMAN [PA SBN 48049]
goldman@gsk-law.com
BRIAN D. PENNY [PA SBN 86805]
penny@gsk-law.com
**GOLDMAN SCARLATO & KARON, P.C.**
55 Public Square,  Suite 1500
Cleveland, OH  44113
T:  (216) 622-1851
F:  (216) 622-1852

GILMUR R. MURRAY [CA SBN 111856]
ggilmur@murrayandhoward.com
DEREK G. HOWARD
dhoward@murrayandhoward.com
**MURRAY & HOWARD LLP**
436 14th Street, Suite 1413
Oakland, CA 94612
T:  (510) 444-2660
F:  (510) 444-2522

*Attorneys for Plaintiffs and Proposed Interim Class Counsel for the Indirect-Purchaser Plaintiffs*
[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-5944-SC MDL No. 1917 |
| This Document Relates to:  All Indirect – Purchaser Actions | **NOTICE OF APPEARANCE OF DEREK G. HOWARD** |

1         PLEASE TAKE NOTICE THAT in the above-captioned litigation, Derek G. Howard of the

2    law firm of Murray and Howard, LLP enters an appearance as counsel on behalf of plaintiffs Barry

3    Kushner Alan Rotman and requests that copies of all future notices, pleadings and other documents

4    filed in this action be provided to him.

5    Dated:  April 23, 2008               MURRAY & HOWARD, LLP

6

7                   By:  /s/ Derek G. Howard_____

8                       Gilmer R. Murray [CA SBN 111856]

9                       ggilmer@murrayandhoward.com

10                      Derek G. Howard

11                      dhoward@murrayandhoward.com

12                      436 14th Street, Suite 1413

13                      Oakland, CA  94612

14                      Telephone:  (510) 444-2660

15                      Facsimile:    (510) 444-2522

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Re:    IN RE CATHODE RAY TUBES ANTITRUST LITIGATION
        Master File No.: 3:07-CV-5944 SC; MDL No. 1917

     I, Diane F. McFeeley, certify and declare under penalty of perjury that I: am a citizen of the United States and employed in the County of Cuyahoga, State of Ohio, am over eighteen (18) years of age and my business address is, Goldman, Scarlato & Karon, P.C., 55 Public Square, Suite 1500, Cleveland, OH 44113, whose members are members of the State Bar of Ohio.  I am not a party to or interested in the cause entitled upon the document to which this Certificate of Service is affixed; and that I served a true an correct copy of the following document(s) in the manner indicated below:

**NOTICE OF APPEARANCE OF DEREK G. HOWARD**

  **XX**   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at Cleveland, Ohio. See SERVICE LIST.

  **XX**   **By USDC ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing. See SERVICE LIST.

     I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the Unites States Postal Service, and said correspondence would be deposited with the United Sates Postal Service at Cleveland, Ohio that same day in the ordinary course of business.

     I declare under the penalty of perjury that the foregoing is true and correct.  Executed on April 23, 2008 at Cleveland, Ohio.

Dated: April 23, 2008                    */s/Diane F. McFeeley*
                                  Diane F. McFeeley

NOTICE OF APPEARANCE OF DEREK G. HOWARD

### SERVICE LIST:

**Via U.S. Mail**

Patrick J. Ahern
Roxane Busey
Karen Sewell
**Baker & McKenzie**
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601

Barry J. Bendes
Jospeh E. Czerniawski
**Edwards Angell Palmer & Dodge LLP**
750 Lexington Avenue
New York, NY 10022

Issac L. Diel
**Sharp McQueen**
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Neal A Eisenbraun
**Neal A Eisenbraun, Chartered**
2599 Mississippi Street
New Brighton, MN 55113

Lori A. Fanning
Matthew E. Van Tine
**Miller Law LLC**
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Traviss Levine Galloway
**Zelle Hofmann Voelbel Mason & Gette, LLP**
44 Montgomery St #3400
San Francisco, CA 94104

Martin E. Grossman
**Law Offices of Martin E. Grossman**
2121 Green Brier Drive
Villanova, PA 19085

Richard M. Hagstrom
**Zelle Hofmann Voelbel Mason & Gette LLP**
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Charles H. Johnson
**Charles H Johnson & Associates PA**
2599 Mississippi Street
New Brighton, MN 55113

Lawrence D. McCabe
**Murray Frank & Sailer LLP**
275 Madison Avenue
New York, NY 10016

Krishna B. Narine
**The Law Offices of Krishna B. Narine**
2600 Philmont Avenue, Suite 324
Huntingdon Valley, PA  19006

Mark Reinhardt
**Reinhardt Wendorf & Blanchfield**
East 1250 First National Bank Building
32 Minnesota Street
St. Paul, MN 55101

Lisa J. Rodriguez
**Trujillo Rodriguez & Richards LLP**
8 Kings Highway West
Haddonfield, NJ 08033

Jean B. Roth
Lawrence P. Schaefer
**Mansfield Tanick & Cohen**
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Roger Martin Schrimp
**Damrell Nelson Schrimp Pallios Pacher & Silva**
1601 I Street 5th Floor
Modesto, CA 95354

Imtiaz A. Siddiqui
**Lovell Stewart Halebian LLP**
500 Fifth Avenue
New York, NY 10110

Donna F. Solen
**Mason Law Firm**
1225 19th Street, NW, Suite 500
Washington, DC 20036

John M. Taladay
**Baker & Hostetler**
1050 Connecticut Ave N.W.
Washington, DC 20036

Anthony J. Viola
**Edwards Angell Palmer & Dodge LLP**
750 Lexington Avenue
New York, NY 10022

Jonathan Mark Watkins
**The Furth Firm LLP**
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249