JAMES M. McMANIS (SBN 40958)
MARWA ELZANKALY (SBN 206658)
McMANIS FAULKNER
A Professional Corporation
50 West San Fernando Street, 10th Floor
San Jose, California 95113
Telephone:    408-279-8700
Facsimile:    408-279-3244
Email: jmcmanis@mcmanisfaulkner.com
       melzankaly@mcmanisfaulkner.com

Attorneys for Plaintiff,
Carmen Gonzalez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. C07-5944 SC<br>MDL No. 1917 |
|---|---|
| This document relates to:  ALL ACTIONS | **INDIRECT PURCHASER PLAINTIFF, CARMEN GONZALEZ'S, CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  April 29, 2008                    McMANIS FAULKNER & MORGAN

                                          _____
                                          JAMES McMANIS
                                          MARWA ELZANKALY

                                          Attorneys for Plaintiff

---

CERTIFICATION OF INTERESTED ENTITIES                                        Case No. C07-5944 SC