Curt Holbreich (SBN 168053)
curt.holbreich@klgates.com
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendant
TPV International (USA), Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Direct Purchaser Actions | Case No. C-07-5944-SC<br>MDL No. 1917<br><br>Case No. C-08-1984-SC<br>Case No. C-08-2204-SC<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis, 55 Second Street, Suite 1700, San Francisco, California 94105**.

On **May 2, 2008**, I served the foregoing document(s):

**NOTICE OF APPEARANCE PURSUANT TO GENERAL ORDER 45**

**DEFENDANT TPV INTERNATIONAL (USA), INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FRCP 7.1 DISCLOSURE STATEMENT**

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

**See Attached Service List**

[X] **BY MAIL (By Following Office Business Practice):** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ] **BY FACSIMILE:** The recipient(s) have confirmed in writing that service by facsimile is acceptable to them. At __:__ _.m., I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 8820-8200 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[ ] **BY FEDERAL EXPRESS:** I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 2, 2008, at San Francisco, California.

**Catherine J. Williams**

# SERVICE LIST

Patrick J. Ahern
Karen Swwell
Baker & McKenzie
One Prudential Plaza
130 East Randolph Drive
Chicago, IL  60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY  10022

Anthony J. Bolognese
Joshua H. Grabar
Bolognese & Associates, LLC
1500 JFK Boulevard
Philadelphia, PA  19102

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS  66211

Neal A. Eisenbraun
Neal A. Eisenbraun, Chartered
2599 Mississipi Street
New Brighton, MN  55113

Lori A. Fanning
Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603

John Gressette Felder, Jr.
McGowan Hood Fedler and Johnson
1405 Calhoun Street
Columbia, SC  29201

Traviss Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St., #3400
San Francisco, CA 94104

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette
500 Washingotn Avenue South, Suite 4000
Minneapolis, MN 55415

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Charles H. Johnson
Charles H. Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Lawrence D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Jean B. Roth
Lawrence P. Schaefer
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55401-4511

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street, 5th Floor
Modesto, CA 95354

Imtiaz A. Siddiqui
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

Donna F. Solen
Mason Law Firm
1225 19th Street NW, Suite 500
Washington, DC 20036

John M. Taladay
Baker & Hostetler
1050 Connecticut Ave NW
Washington, DC 20036

Jonathan Mark Watkins
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249