JAMES McMANIS (40958)
MARWA ELZANKALY (206658)
McMANIS FAULKNER
A Professional Corporation
50 W. San Fernando Street, 10th Floor
San Jose, CA 95113
Telephone: (408) 279-8700
Facsimile: (408) 279-3244
Email:   jmcmanis@mcmanisfaulkner.com
         melzankaly@mcmanisfaulkner.com

Attorneys for Plaintiff, CARMEN GONZALEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTI-TRUST LITIGATION | Case No. C07-05944 SC |
|---|---|
|  | (MDL 1917) |
| This Document Relates to: | NOTICE OF CHANGE OF FIRM NAME |
| All Actions |  |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, counsel for plaintiff, formerly known as McManis Faulkner & Morgan, has changed its name to McManis Faulkner. McManis Faulkner's email addresses have also changed as noted above. McManis Faulkner's address, telephone and fax numbers shall remain the same.

Please update your records accordingly.

DATED: May 8, 2008                                   McMANIS FAULKNER

                                                     _____
                                                     JAMES McMANIS
                                                     MARWA ELZANKALY

                                                     Attorneys for Plaintiff, Carmen Gonzalez