MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel
for the Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP'S CERTIFICATE ACCEPTING THE TERMS OF APPOINTMENT AS INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER PLAINTIFFS** |
| **This document relates to:** | The Honorable Samuel Conti |
| **ALL INDIRECT PURCHASER ACTIONS** | |

1

Mario N. Alioto and Trump, Alioto, Trump & Prescott, LLP hereby accept the terms of appointment as Interim Lead Counsel for the Indirect Purchaser Plaintiffs as set forth in this Court's Order Appointing Interim Lead Counsel filed May 9, 2008.

Dated: May 9, 2008                    Respectfully submitted,

**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

By:   /s/ Mario N. Alioto
       Mario N. Alioto (56433)
       Lauren C. Russell (241151)
       2280 Union Street
       San Francisco, California 94123
       Telephone: (415) 563-7200
       Facsimile: (415) 346-0679
       E-mail: malioto@tatp.com
       laurenrussell@tatp.com

*Interim Lead Counsel*
*for the Indirect Purchaser Plaintiffs*

**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP'S CERTIFICATE ACCEPTING THE TERMS OF APPOINTMENT AS INTERIM LEAD COUNSEL FOR THE INDIRECT PURCHASER PLAINTIFFS**