GUIDO SAVERI (22349)
*guido@saveri.com*
R. ALEXANDER SAVERI (173102)
*rick@saveri.com*
GEOFFREY C. RUSHING (126910)
*grushing@saveri.com*
CADIO ZIRPOLI (179108)
*cadio@saveri.com*
GIANNA GRUENWALD (228969)
*gianna@saveri.com*
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for
the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC<br><br>MDL No. 1917<br><br>**SAVERI & SAVERI, INC'S CERTIFICATE ACCEPTING THE TERMS OF APPOINTMENT AS INTERIM LEAD COUNSEL FOR THE DIRECT PURCHASER PLAINTIFFS**<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |

1  Guido Saveri and Saveri & Saveri, Inc. hereby accept the terms of appointment as Interim
2  Lead Counsel for the Direct Purchaser Plaintiffs as set forth in the Court's May 9, 2008 Order
3  Appointing Interim Lead Counsel.
4  DATED: May 12, 2008                     Respectfully submitted,

By:  */s/Guido Saveri*
     Guido Saveri (22349)
     R. Alexander Saveri (173102)
     Geoffrey C. Rushing (126910)
     Cadio Zirpoli (179108)
     Gianna Gruenwald (228969)
     SAVERI & SAVERI, INC.
     111 Pine Street, Suite 1700
     San Francisco, CA  94111
     Telephone: (415) 217-6810

     *Interim Lead Counsel for the*
     *Direct Purchaser Plaintiffs*

Crt.054

- 1 -
SAVERI & SAVERI, INC'S CERTIFICATE ACCEPTING THE TERMS OF APPOINTMENT
AS INTERIM LEAD COUNSEL FOR THE DIRECT PURCHASER PLAINTIFFS