THE TERRELL LAW GROUP
REGINALD TERRELL SB# 127874
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616


AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025


Attorneys for Plaintiff
DENNIS PATRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-5944 SC |
| | Case No.: 08-0662 JSW |
| | MDL No. 1971 |
| **This document relates to:** | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (Civil Local Rule 3-12)** |
| Dennis Patrick, a California resident, on behalf of himself and all others similarly situated, | |
| Plaintiff, | The Honorable Samuel Conti |
| v. | |
| Chunghwa Picture Tubes, LTD.; LLP Display International LTD.; Matsushita Electric Industrial Co., LTD.; Koninkluke Electronics NV; Smasung SDI Co.; Toshiba Corp.; Toshiba America Inc., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that a related case, Dennis Patrick, a California resident on Behalf Of Himself And All Others Similarly Situated v. Chunghwa Picture Tubes, LTD., et al. ("Patrick") was filed on April 30, 2008, in the United States District Court for the Northern District of California. Pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California, and Rule 7.5(a) of the Rules of Procedure for the Judicial Panel on Multidistrict Litigation, Plaintiff Dennis Patrick ("Plaintiff") submits this Administrative Motion to Consider Whether Cases Should Be Related.

**I.   Related Cases**

The *Patrick* action should be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1971 (Master File No. M: 07-cv-05944 SC), transferred to the Honorable Samuel Conti by Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML").

Judge Conti has previously related the following matters to In re: Cathode Ray Tube (CRT) Antitrust Litigation, Case No. C: 07-cv-5594 SC:

| Case |
|---|
| 3:07-cv-05981-SC Nathan Muchnick, Inc. v. Chunghwa Picture Tubes Ltd. et al |
| 3:07-cv-06225-SC Juetten et al v. Chunghwa Picture Tubes, LTD. et al |
| 3:07-cv-06279-SC Hawel v. Chunghwa Picture Tubes, LTD. et al |
| 3:07-cv-06303-SC Caldwell v. Matsushita Electric Industrial Co., Ltd. et al |
| 3:07-cv-06331-SC Figone v. LG Electronics, Inc et al |
| 3:07-cv-06416-SC Art's TV & Appliance v. Chunghwa Picture Tubes, LTD. et al |
| 3:07-cv-06433-SC Monikraft, Inc v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-00178-SC Orion Home Systems, LLC v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-00309-SC Carroll Cut-Rate Furniture v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-00337-SC Pierce v. Beijing-Matsushita Color CRT Company, Ltd. et al |
| 3:08-cv-00494-SC Univisions-Crimson Holding, Inc. et al v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-00614-SC Electronic Design Company v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01032-SC Call v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01056-SC The Stroud Group, Inc. v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01108-SC Gonzalez v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01319-SC Stack et al v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01345-SC Kindt v. Matsuchita Electric Industrial Co., Ltd., et al |
| 3:08-cv-01364-SC Elligson v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01371-SC Nasto et al v. LG Electronics, Inc et al |
| 3:08-cv-01559-SC Terry et al v. LG Electronics, Inc. et al |
| 3:08-cv-01621-SC Slagle v. Chunghwa Picture Tubes, LTD. et al |

| |
|---|
| 3:08-cv-01622-SC Kushner et al v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01623-SC Cook v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01624-SC Luscher et al v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01626-SC Wettstein and Sons, Inc v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01627-SC Industrial Computing, Inc. v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01721-SC Ganz v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01807-SC Ross v. Chunghwa Picture Tubes Ltd. et al |
| 3:08-cv-01983-SC Southern Office Supply, Inc v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-01984-SC OK TV & Appliances, LLC v. Samsung Electronics Co., Ltd et al |
| 3:08-cv-01985-SC Benson v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-02023-SC Meijer, Inc. et al v. LG Electronics, Inc et al |
| 3:08-cv-02024-SC Arch Electronics, Inc v. LG Electronics, Inc et al |
| 3:08-cv-02204-SC Royal Data Services, Inc. v. Samsung Electronics Co., Ltd. et al |
| 3:08-cv-02205-SC Princeton Display Technologies, Inc. v. Chunghwa Picture Tubes, LTD. et al |
| 3:08-cv-02206-SC Glanz v. Chunghwa Picture Tubes Ltd. et al |

Several of these actions were centralized by the JPML in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1971 (Master File No. M: 07-cv-05594 SC), and assigned to the Honorable Samuel Conti.

## II. Relationship to the Actions

This Administrative Motion is made on the grounds that this action and the related multidistrict litigation identified above involve substantially the same defendants, and require determination of the same or substantially the same questions of fact and law and concern the same wrongful acts and occurrences.

Specifically, all cases involve allegations that defendants participated in a conspiracy to fix, raise or maintain the amount of fuel surcharges for international air transportation services to and from the United States in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. Given the closely related nature of these cases, each involving substantially similar questions of law and fact, the assignment of these actions to the same judge would serve the interests of judicial economy and avoid the potential for conflicting rulings.

*Patrick* was filed in the Northern District of California, the district to which the MDL Panel transferred *In re Cathode Ray Tube (CRT) Antitrust Litigation*. Pursuant to 28 U.S.C. § 1407(a) and MDL Panel Rule 7.5(a), *Patrick* need not be transferred by the MDL Panel but should be

considered for relation by the transferee Judge.

Pursuant to Local Rule 3-12(b)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different judges. The MDL Panel found the centralization was necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary. The same efficiencies will occur if the Court relates *Patrick* to *In re Cathode Ray Tube (CRT) Antitrust Litigation*.

DATED: 5/19/08

THE TERRELL LAW GROUP

By: _____
REGINALD TERRELL SB# 127874
THE TERRELL LAW GROUP
223 25th Street
Richmond, CA 94804
510-237-9700
510-237-4616

Attorneys for Plaintiff/Dennis Patrick
And All Others Similarly Situated