1  THE TERRELL LAW GROUP
   REGINALD TERRELL SB# 127874
2  223 25th Street
   Richmond, CA 94804
3  Telephone: 510-237-9700
   Facsimile: 510-237-4616
4

5  AMAMGBO & ASSOCIATES
   DONALD AMAMGBO
6  7901 Oakport, Suite 4900
   Oakland, CA 94621
7  Telephone: 510-615-6000
   Facsimile: 510-615-6025
8

9  Attorneys for Plaintiff
   Dennis Patrick
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  IN RE:  CATHODE RAY TUBE (CRT)          Master File No.:  07-5944 SC
    ANTITRUST LITIGATION
15                                           Case No.:  08-0662 JSW
16  _____        MDL No.:  1971

17  **This document relates to:**            **DECLARATION OF REGINALD
                                             TERRELL IN SUPPORT OF
18  Dennis Patrick, a California resident, on  ADMINISTRATIVE MOTION TO
    behalf of himself and all others similarly  CONSIDER WHETHER CASES
19  situated,                                SHOULD BE RELATED

20                        Plaintiff,
                                             The Honorable Samuel Conti
21          v.

22  Chunghwa Picture Tubes, LTD.; LLP Display
    International LTD; Matsushita Electric
23  Industrial Co., LTD.; Koninkluke Electronics
    NV; Samsung SDI Co.; Toshiba Corp.;
24  Toshiba America Inc.,

25                        Defendants.

26  _____

27

28

                                   1

1      I, Reginald Terrell, declare as follows:

2      1.     I am the principal at the Terrell Law Group and am a member in good standing of

3 the State Bar of California. This declaration is based on personal knowledge, except where

4 specified that information is based on information and belief, and if called to testify, I could and

5 would do as competently as to matters set forth herein. I am co-counsel for Plaintiff Dennis Patrick

6 in *Patrick v. Chunghwa Picture Tubes, LT., et al.,* Case No. 3:08-cv-00662 JSW. I submit this

7 declaration in support of Plaintiff Dennis Patrick's administrative Motion to Consider Whether

8 Case Should Be Related.

9      2.     On January 28, 2008, Plaintiff Dennis Patrick filed a Complaint in the Northern

10 District of California alleging a conspiracy by the same defendants as those in In re: Cathode Ray

11 Tube (CRT) Antitrust Litigation, Case No. C: 07-cv-05944, who have been named in a conspiracy

12 to fix and or maintain prices of Cathode Ray Tubes in violation of Section 1 of the Sherman Act,

13 U.S.C. Section 1.

14      3.     This Court has related the following matters to In re: Cathode Ray Tube (CRT)

15 Antitrust Litigation, Case No. C: 07-cv-05944 SC:

16 3:07-cv-05981-SC Nathan Muchnick, Inc. v. Chunghwa Picture Tubes Ltd. et al

17 3:07-cv-06225-SC Juetten et al v. Chunghwa Picture Tubes, LTD. et al

3:07-cv-06279-SC Hawel v. Chunghwa Picture Tubes, LTD. et al

18 3:07-cv-06303-SC Caldwell v. Matsushita Electric Industrial Co., Ltd. et al

19 3:07-cv-06331-SC Figone v. LG Electronics, Inc et al

3:07-cv-06416-SC Art's TV & Appliance v. Chunghwa Picture Tubes, LTD. et al

20 3:07-cv-06433-SC Monikraft, Inc v. Chunghwa Picture Tubes, LTD. et al

21 3:08-cv-00178-SC Orion Home Systems, LLC v. Chunghwa Picture Tubes, LTD. et al

22 3:08-cv-00309-SC Carroll Cut-Rate Furniture v. Chunghwa Picture Tubes, LTD. et al

3:08-cv-00337-SC Pierce v. Beijing-Matsushita Color CRT Company, Ltd. et al

23 3:08-cv-00494-SC Univisions-Crimson Holding, Inc. et al v. Chunghwa Picture Tubes, LTD. et al

24 3:08-cv-00614-SC Electronic Design Company v. Chunghwa Picture Tubes, LTD. et al

3:08-cv-01032-SC Call v. Chunghwa Picture Tubes, LTD. et al

25 3:08-cv-01056-SC The Stroud Group, Inc. v. Chunghwa Picture Tubes, LTD. et al

26 3:08-cv-01108-SC Gonzalez v. Chunghwa Picture Tubes, LTD. et al

27      5.     The Judicial Panel on Multidistrict Litigation ("JPML") transferred several actions

28 pending in other districts to the Northern District of California. The JPML concluded that the

1   actions sought to recover damages for Defendants' violations of antitrust laws arising in the context

2   of an alleged conspiracy to fix or maintain prices of Cathode Ray Tubes.  Pursuant to 28 U.S.C.

3   § 1407, the JPML held that centralization is necessary, "in order to eliminate duplicative discovery,

4   prevent inconsistent pretrial rulings (especially with respect to class certification matters), and

5   conserve the resources of the parties, their counsel and the judiciary." J.P.M.L. Docket No. 1971,

6   Transfer Order.  The JPML assigned the matter to the Honorable Samuel Conti for all coordinated

7   or consolidated pretrial proceedings.

8        6.        Mr. Patrick has not appeared in this or any of the related actions currently pending in

9   the Northern District of California.

10        I declare under penalty of perjury under the laws of the United States that the foregoing is

11   true and correct.  Executed on this 18th day of May, 2008 at Richmond, California.

REGINALD TERRELL

DECL. OF REGINALD TERRELL ISO MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED