THE TERRELL LAW GROUP
REGINALD TERRELL SB# 127874
223 25th Street
Richmond, CA 94804
Telephone: 510-237-9700
Facsimile: 510-237-4616


AMAMGBO & ASSOCIATES
DONALD AMAMGBO
7901 Oakport, Suite 4900
Oakland, CA 94621
Telephone: 510-615-6000
Facsimile: 510-615-6025


Attorneys for Plaintiff
Dennis Patrick

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-5944 SC |
| | Case No.: 08-0662 JSW |
| | MDL No.: 1971 |
| **This document relates to:** | |
| Dennis Patrick, a California resident, on behalf of himself and all others similarly situated, | **PROOF OF SERVICE** |
| Plaintiff, | The Honorable Samuel Conti |
| v. | |
| Chunghwa Picture Tubes, LTD.; LLP Display International LTD; Matsushita Electric Industrial Co., LTD.; Koninkluke Electronics NV; Samsung SDI Co.; Toshiba Corp.; Toshiba America Inc., | |
| Defendants. | |
| Case No. | |

I, Reginald Terrell, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the State of California, where the mailing occurs, and my business address is the Terrell Law Group, 223 25th Street, Richmond, California 94804.

On May 20, 2008 I served a true and correct copy of the following document(s):

1. **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

2. **DECLARATION OF REGINALD TERRELL IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

3. **[PROPOSED] ORDER RELATING CASES**

by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 20, 2008 at Richmond, California.

_____      X  /s/ Jose Vargas Jr.
                                   _____
                                   JOSE VARGAS JR.

PROOF OF SERVICE