BRUCE L. SIMON (Bar No. 96241)
ESTHER L. KLISURA (Bar No. 221171)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, California 94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008
Email:          bsimon@psswplaw.com

*Attorneys for Direct Purchaser Plaintiffs and the Proposed Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL ACTIONS | **NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effectively immediately the address for the San Francisco office of PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP has changed. The new address is as follows:

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104

The firm's e-mail address, telephone and facsimile numbers remain the same.

Please update your records accordingly.

DATED: June 2, 2008

**PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP**

By: /s/ Bruce L. Simon
BRUCE L. SIMON
*Interim Co-Lead Counsel for the Direct Purchaser Plaintiffs and the Proposed Class*

784731.1 NOTICE OF CHANGE OF ADDRESS