BRUCE L. SIMON (Bar No. 96241)
ESTHER L. KLISURA (Bar No. 221171)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, California 94104
Telephone:    (415) 433-9000
Facsimile:     (415) 433-9008
Email:          bsimon@psswplaw.com

*Attorneys for Direct Purchaser Plaintiffs and the*
*Proposed Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **PROOF OF SERVICE** |

PROOF OF SERVICE

**PROOF OF SERVICE**

*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*

Case No. C07-5944 SC

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of SAN FRANCISCO, STATE OF CALIFORNIA.  My business address is 44 Montgomery Street, Suite 1430, San Francisco, California 94104.  I am over the age of eighteen years and am not a party to the within action;

On June 2, 2008, I served the following document(s) entitled:

**NOTICE OF CHANGE OF ADDRESS**

on ALL INTERESTED PARTIES in this action as follows:

____X____   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on  June 2, 2008, at San Francisco, California.

_____
Cynthia Thomas