1 | KRIS MAN (246008)
Email: kman@dl.com
2 | Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
3 | San Francisco, CA 94111
Telephone:   (415) 951-1100
4 | Facsimile:   (415) 951-1180

5 | GREGORY D. HULL (57367)
Email: greg.hull@weil.com
6 | WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
7 | Redwood Shores, California 94065-1175
Telephone:   (650) 802-3000
8 | Facsimile:   (650) 802-3100

9 | JEFFREY L. KESSLER
Email: jkessler@dl.com
10 | Dewey & LeBoeuf LLP
1301 Avenue of the Americas
11 | New York, NY 10019
Telephone:   (212) 259-8000
12 | Facsimile:   (212) 259-7013

13 | STEVEN A. REISS
Email: steven.reiss@weil.com
14 | WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
15 | New York, New York 10153-0119
Telephone:   (212) 310-8000
16 | Facsimile:   (212) 310-8007

17 | Attorneys for Defendants
PANASONIC CORPORATION OF NORTH AMERICA and
18 | MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
|---|---|
| | MDL. No. 1917 |
| This Document Relates to: ALL ACTIONS | **NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firms of Dewey & LeBoeuf LLP, and Weil, Gotshal & Manges LLP, hereby state their appearance in this case on behalf of defendant MT Picture Display Corporation of America (New York).

Dated: June 4, 2008

Respectfully submitted,

DEWEY & LEBOEUF LLP

By: s/Jeffrey L. Kessler
Jeffrey L. Kessler (*admitted pro hac vice*)
A. Paul Victor (*admitted pro hac vice*)
Eva W. Cole (*admitted pro hac vice*)
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Steven A. Reiss (*admitted pro hac vice*)
David L. Yohai (*admitted pro hac vice*)
Alan R. Feigenbaum (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant MT Picture Display Corporation of America (New York)*

-2-

NOTICE OF APPEARANCE

Case No. 07-5944-SC
MDL No. 1917