**ORIGINAL**

FILED

JUN   2008

1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Christopher T. Heffelfinger (118058)
   cheffelfinger@bermanesq.com
3  Matthew D. Pearson (235339)
   mpearson@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94104-2205
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7
   Manuel J. Dominguez
8  jdominguez@bermanesq.com
   **BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO**
9  222 Lakeview Avenue, Suite 900
10 West Palm Beach, FL 33401
   Telephone: (561) 835-9400
11 Facsimile: (561) 835-0322

12 **Attorneys for Plaintiffs**
   **Univisions-Crimson Holding, Inc.,**
13 **Central New York Univision Video Systems, Inc.**
   **and Crimson Tech, Inc.**
14

15               UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17
18 **IN RE: CATHODE RAY TUBE (CRT)**        ) CASE NO. CV-07-5944-SC
   **ANTITRUST LITIGATION**                 )
19                                          ) MDL NO. 1917
                                            )
20                                          ) **APPLICATION FOR ADMISSION OF**
                                            ) **ATTORNEY PRO HAC VICE**
21                                          )
22

23       Pursuant to Civil L.R. 11-3, Manuel J. Dominguez, an active member in good standing of
24 the bar of the State of Florida, hereby applies for admission to practice in the Northern District of
25 California on a *pro hac vice* basis, representing plaintiffs Univisions-Crimson Holding, Inc.,
26 Central New York Univision Video Systems, Inc. and Crimson Tech, Inc. in the above-entitled
27 action.
28       In support of this application, I certify on oath that:

[CV-07-5944-SC] APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE            1

1. I am an active member in good standing of a United States Court or of the highest court of another state or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Christopher T. Heffelfinger
BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 27, 2008

_____
Manuel J. Dominguez

[CV-07-5944-SC] APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE    2