ORIGINAL


RECEIVED
08 JUN -4 AM 11: 02
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Christopher T. Heffelfinger (118058)
   cheffelfinger@bermanesq.com
3  Matthew D. Pearson (235339)
   mpearson@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO
   BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94104-2205
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6382
7
   Manuel J. Dominguez
8  jdominguez@bermanesq.com
   **BERMAN DeVALERIO PEASE TABACCO
9  BURT & PUCILLO**
   222 Lakeview Avenue, Suite 900
10 West Palm Beach, FL  33401
   Telephone: (561) 835-9400
11 Facsimile:  (561) 835-0322

12 **Attorneys for Plaintiffs
   Univisions-Crimson Holding, Inc.,**
13 **Central New York Univision Video Systems, Inc.
   and Crimson Tech, Inc.**

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | CASE NO. CV-07-5944-SC |
| | MDL NO. 1917 |
| | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

23    Manuel J. Dominguez, an active member in good standing of the bar of the State of
24 Florida, whose business address and telephone number are 222 Lakeview Avenue, Suite 900, West
25 Palm Beach, Florida 33401, telephone: (561) 835-9400, having applied in the above-entitled action
26 for admission to practice in the Northern District of California on a *pro hac vice* basis,
27 representing plaintiffs Univisions-Crimson Holding, Inc., Central New York Univision Video
28 Systems, Inc. and Crimson Tech, Inc.,

[CV-07-5944-SC] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE                                                                            1

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3   *vice*. Service of papers upon and communication with co-counsel designated in the application
4   will constitute notice to the party. All future filings in this action are subject to the requirements
5   contained in General Order No. 45, *Electronic Case Filing*.
6   Dated: _____

                                                    _____
                                                    United States District Judge

[CV-07-5944-SC] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE                                                              2