GUIDO SAVERI (22349)
  *guido@saveri.com*
R. ALEXANDER SAVERI (173102)
  *rick@saveri.com*
GEOFFREY C. RUSHING (126910)
  *grushing@saveri.com*
CADIO ZIRPOLI (179108)
  *cadio@saveri.com*
GIANNA GRUENWALD (228969)
  *gianna@saveri.com*
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for*
*Direct Purchaser Plaintiffs*

[Additional counsel and parties listed on signature pages]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **JOINT RULE 26(f) REPORT** |
| ALL ACTIONS | |

By and through their counsel the undersigned parties have met and conferred pursuant to Rule 26(f) and the Court's Pretrial Order No. 1 and submit this joint report.

**A.    DISCOVERY STATUS**

On June 6, 2008, the Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs and those Defendants that have been served exchanged initial disclosures in accordance with the Court's Pretrial Order.

**JOINT RULE 26(f) REPORT**
Master File No. M07-5944 SC

Direct Purchaser Plaintiffs' ("Plaintiffs") have propounded requests for production of documents seeking the following general information: (1) documents produced by defendants to the United States Department of Justice and other government enforcement authorities in response to enforcement actions involving CRTs and CRT products; (2) documents sufficient to show corporate structure and organization and also to identify key personnel responsible for the marketing, sales and pricing of CRTs and CRT products; and (3) electronic data sufficient to identify defendants' customers, sales, and prices relating to CRTs and CRT products.  Moreover, in the event any defendant argues that the Court lacks personal jurisdiction over that defendant, the affected group(s) of Plaintiffs may propound discovery relating to the issue of jurisdiction over that defendant.  Plaintiffs contend that discovery should proceed now because the parties have met and conferred in accordance with the Court's Pretrial Order and Rule 26(f) and no discovery stay is in place.

Defendants maintain that no discovery, other than the initial disclosures referenced above, should take place until Plaintiffs' consolidated amended complaints have been filed, the concerns of the Department of Justice regarding discovery have been resolved, and all motions to dismiss have been ruled upon by the Court.  Defendants believe that a stay of discovery for this period of time is what was envisioned by the Supreme Court in *Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1967 (2007).

The parties will continue to meet and confer to see if a resolution of their discovery positions is possible, as well as to develop a case management schedule, including a date for the filing of consolidated amended complaints.  Defendants may seek a discovery stay or, alternatively, Plaintiffs may seek an order to compel discovery.

B.     **DEPARTMENT OF JUSTICE**

The Court granted the Government's motion to intervene for the purpose of seeking to limit discovery in this civil action.  *See* Order to Intervene (Docket No. 120).  The parties have been in contact with the DOJ concerning its position on discovery, but as of the date of this filing, the DOJ has not made a final decision as to its position.

C. **APPOINTMENT OF SPECIAL MASTER**

Having reviewed the Declaration of Charles A. Legge Regarding Proposed Appointment as Master, the undersigned parties have no objection to Judge Legge's appointment as Special Master in this action.

D. **SCHEDULE OF DATES**

Given the current circumstances in this case, the parties recommend that they submit a supplemental report not later than 30 days after the next Status Conference on July 11, 2008. Hopefully, the parties will be able to work out their differences. If possible, a mutually agreed upon plan with specific deadlines could then be presented to the Court by stipulation.

DATED: June 6, 2008

By: /s/ Guido Saveri
GUIDO SAVERI, Bar No. 22349
guido@saveri.com
SAVERI & SAVERI INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415)217-6810
Facsimile: (415)217-6813

*Interim Lead Counsel for
the Direct Purchaser Plaintiffs*

By: /s/ Mario Alioto
MARIO N. ALIOTO, Bar No. 56433
malioto@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415)563-7200
Facsimile: (415)346-0679

*Interim Lead Counsel for
the Indirect Purchaser Plaintiffs*

| | |
|---|---|
| 1 | By:  /s/ Gary Halling |
| | GARY L. HALLING, Bar No. 66087 |
| 2 | ghalling@sheppardmullin.com |
| | JAMES L. MCGINNIS, Bar No. 95788 |
| 3 | jmcginnis@sheppardmullin.com |
| | MICHAEL SCARBOROUGH, Bar No. 203524 |
| 4 | mscarborough@sheppardmullin.com |
| | SHEPPARD, MULLIN, RICHTER & |
| 5 | HAMPTON LLP |
| | Four Embarcadero Center, 17th Floor |
| 6 | San Francisco, California 94111-4109 |
| | Telephone: 415-434-9100 |
| 7 | Facsimile: 415-434-3947 |
| 8 | Attorneys for Defendants |
| | SAMSUNG SDI AMERICA, INC. |
| 9 | and SAMSUNG SDI CO., LTD. |
| 10 | By:  /s/ Steven Reiss |
| | STEVEN A. REISS (pro hac vice) |
| 11 | Email: steven.reiss@weil.com |
| | DAVID L. YOHAI (pro hac vice) |
| 12 | Email: david.yohai@weil.com |
| | ALAN R. FEIGENBAUM (pro hac vice) |
| 13 | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| 14 | New York, New York 10153-0119 |
| | Telephone:  (212) 310-8000 |
| 15 | Facsimile:  (212) 310-8007 |
| 16 | JEFFREY L. KESSLER (pro hac vice) |
| | Email: jkessler@dl.com |
| 17 | A. PAUL VICTOR (pro hac vice) |
| | Email: pvictor@dl.com |
| 18 | EVA W. COLE (pro hac vice) |
| | Email : ecole@dl.com |
| 19 | DEWEY & LEBOEUF LLP |
| | 1301 Avenue of the Americas |
| 20 | New York, NY 10019 |
| | Telephone: (212) 259-8000 |
| 21 | Facsimile: (212) 259-7013 |
| 22 | GREGORY D. HULL (57367) |
| | Email: greg.hull@weil.com |
| 23 | JOSEPH R. WETZEL (238008) |
| | Email: joseph.wetzel@weil.com |
| 24 | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| 25 | Redwood Shores, California 94065-1175 |
| | Telephone: (650) 802-3000 |
| 26 | Facsimile: (650) 802-3100 |
| 27 | Attorneys for Defendants Panasonic Corporation |
| | of North America and MT Picture Display |
| 28 | Corporation of America (NY) (defunct) |

**JOINT RULE 26(f) REPORT**
Master File No. M07-5944 SC                                                                 4

By:     /s/ Samuel Miller
SAMUEL R. MILLER
Email: srmiller@sidley.com
RYAN SANDROCK
Email: rsandrock@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, CA 94104
Telephone : (415) 772-1200
Facsimile: (415) 772-7400

Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.

By:     /s/ Curt Holbreich
CURT HOLBREICH
Email: curt.holbreich@klgates.com
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone : (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant TPV International (USA), Inc.

By:     /s/ Michael Lazerwitz
MICHAEL R. LAZERWITZ (pro hac vice)
Email: mlazerwitz@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC  20006
Telephone:  (202) 974-1679
Facsimile:  (202) 974-1999

Attorneys for Defendant LP Displays International Ltd.

By:     /s/ Anthony Viola
ANTHONY J. VIOLA (pro hac vice)
Email: aviola@eapdlaw.com
BARRY BENDES (pro hac vice)
Email: bbendes@eapdlaw.com
JOSEPH CZERNIAWSKI (pro hac vice)
Email: jczerniawski@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

| | |
|---|---|
| 1 | |
| 2 | DAVID W. EVANS<br>Email: devans@hbblaw.com<br>HAIGHT BROWN & BONESTEEL LLP |
| 3 | 71 Stevenson Street, 20th Floor<br>San Francisco, CA 94105-2981 |
| 4 | Telephone: (415) 546-7500<br>Facsimile: (415) 546-7505 |
| 5 | |
| 6 | Attorneys for Defendant Orion America, Inc. |

By: __/s/ Ethan Litwin_____
ETHAN E. LITWIN (pro hac vice)
Email: LitwinE@howrey.com
HOWREY LLP
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

JOSEPH A. OSTOYICH (pro hac vice)
Email: OstoyichJ@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

Attorneys for Defendant Philips Electronics North America Corporation

By: __/s/ Kent Roger_____
KENT ROGER
Email: kroger@morganlewis.com
CHRISTINE SAFRENO
Email: csafreno@morganlewis.com
JONATHAN M. DEGOOYER
Email: jdegooyer@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Attorneys for Defendant Hitachi America, Ltd.


By: /s/ Christopher Curran
CHRISTOPHER M. CURRAN (pro hac vice)
Email: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
Email: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
Email: alau@whitecase.com
WHITE & CASE LLP
701 ThirteenthStreet, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

Counsel to Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.

By: /s/ Bruce H. Jackson
Bruce H. Jackson (State Bar No. 98118)
  (bruce.h.jackson@bakernet.com)
Robert W. Tarun (State Bar No. 64881)
  (robert.w.tarun@bakernet.com)
Nancy C. Allred (State Bar No. 245736)
  (nancy.c.allred@bakernet.com)
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:   +1 415 576 3000
Facsimile:     +1 415 576 3099

Patrick J. Ahern (pro hac vice)
  (patrick.j.ahern@bakernet.com)
Roxane C. Busey (pro hac vice)
  (roxane.c.busey@bakernet.com)
Karen Sewell (pro hac vice)
  (karen.sewell@bakernet.com)
BAKER & MCKENZIE LLP
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone:   +1 312 861 8000

Attorneys for Tatung Company of America, Inc.