## SAVERI & SAVERI, INC.
111 PINE STREET, SUITE 1700
SAN FRANCISCO, CALIFORNIA 94111-5619
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

June 12, 2008

The Honorable Samuel Conti
United States District Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
Courtroom 1, 17th Floor
San Francisco, CA 94102

Re: *In re Cathode Ray Tube (CRT) Antitrust Litigation,* No. 07-5944 SC, MDL No. 1917

Dear Judge Conti:

In accordance with the Court's direction in paragraph 14 of Pretrial Order No. 1, the parties hereby present a Stipulated Protective Order in the above-referenced matter. Plaintiffs counsel and all defense counsel who have appeared in the matter have signed the attached order and agreed to all of its terms.

Sincerely,

| SAVERI & SAVERI, INC. | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP | DEWEY & LE BOEUF LLP |
|---|---|---|
| *(signature)* | *(signature)* | *(signature)* |
| GUIDO SAVERI | MARIO N. ALIOTO | JEFFREY L. KESSLER |
| *Interim Lead Counsel* | *Interim Lead Counsel* | *Counsel for Panasonic Corp.* |
| *Direct Purchaser Plaintiffs* | *Indirect Purchaser Plaintiffs* | *of North America* |