Volume 1

Pages 1 - 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAMUEL CONTI

| | |
|---|---|
| In Re:  Cathode Ray Tube (CRT) Antitrust Litigation. ) ) | |
| _____ ) | NO. MDL 1917 |
| ) | |
| Crago, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. C 07-5944-SC |
| ) | |
| Chunghwa Picture Tubes, Ltd., et ) al., ) | |
| ) | San Francisco, California |
| Defendants. ) | Friday |
| ) | May 9, 2008 |
| _____ ) | 10:25 a.m. |

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

**For Plaintiff**:          Saveri & Saveri, Inc.
                            111 Pine Street, Suite 1700
                            San Francisco, CA  94111
                            (415) 217-6810
                            (415) 217-6813 (fax)
                    **BY:  GUIDO SAVERI**
                          **R. ALEXANDER SAVERI**
                          **CADIO ZIRPOLI**

(Appearances Continued On Next Page)

**Reported By:   Lydia Zinn, CSR #9223, RPR**
                **Official Reporter - U.S. District Court**

```
 1   APPEARANCES (CONT'D)
     For Plaintiff:          Pearson Simon Soter Warshaw Penny LLP
 2                           44 Montgomery Street, Suite 1200
                             San Francisco, CA  94104
 3                           (415) 433-9000
                             (415) 433-9008 (fax)
 4                     BY:   BRUCE L. SIMON

 5   For Plaintiff:          Lovell Stewart Halebian, LLP
                             500 Fifth Avenue
 6                           New York, New York  10110
                             (212) 608-1900
 7                           (212( 719-4677 (fax)
                       BY:   CHRISTOPHER LOVELL
 8
     For Plaintiff:          Lieff Cabraser Heimann &
 9                           Bernstein
                             275 Battery St., 30th Fl.
10                           San Francisco, California  94111-3339
                             (415) 956-1000
11                           (415) 956-1008 (fax)
                       BY:   MICHELE CHICKERELL JACKSON
12                           ERIC B. FASTIFF

13   For Plaintiff:          Damrell Nelson Schrimp Pallios
                             Pacher & Silva
14                           1601 I Street, 5th Floor
                             Modesto, CA  95354
15                           (209) 526-3500
                             (209) 526-3534 (fax)
16                     BY:   DAVID B. WALKER

17   For Plaintiff:          The Law Firm of Joseph M. Alioto
                             555 California Street
18                           San Francisco, California  94104
                             (415) 434-8900
19                           (415) 434-9200 (fax)
                       BY:   JOSEPH M. ALIOTO
20                           THERESA DRISCOLL MOORE

21   For Plaintiff:          Sherman Kassof, Attorney at Law
                             954 Risa Road, Suite B
22                           Lafayette, CA  94549
                             (510) 652-2554
23                           (510) 652-9308 (fax)
                       BY:   SHERMAN KASSOF
24

25
```

```
 1   APPEARANCES (CONT'D)
     For Plaintiff:          Zelle Hoffmann
 2                           44 Montgomery Street, Suite 3400
                              San Francisco, CA  94104
 3                           (415) 693-0700
                             (415) 693-0770 (fax)
 4               BY:  FRANCIS ONOFREI SCARPULLA

 5   For Plaintiff:          Trump, Alioto, Trump & Prescott
                             2280 Union Street
 6                           San Franicsco, CA  94123
                             (415) 563-200
 7                           (415) 346-0679 (fax)
                 BY:  MARIO N. ALIOTO
 8
     For Defendant:          Howrey, LLP
 9                           1950 University Avenue, 4th Floor
                             East Palo Alto, CA
10                           (650) 898-3500
                             (650) 798-3600 (fax)
11               BY:  DAVID M. LISI

12   For Defendant:          Weil, Gotshal & Manges
                             201 Redwood Shores Parkway
13                           Redwood Shores, California  94065
                             (650) 802-3000
14                           (650) 802-3100 (fax)
                 BY:  JOSEPH R. WETZEL
15
     For Defendant:          Morgan Lewis & Bockius, LLP
16                           One Market, Spear Street Tower
                             San Francisco, CA  94105
17                           (415) 442-1000
                             (415) 442-1001 (fax)
18               BY:  JONATHAN DEGOOYER

19   For Defendant:          Sidley Austin, LLP
                             555 California Street
20                           San Francisco, CA  94104-1715
                             (415) 772-1219
21                           (415) 772-7400 (fax)
                 BY:  RYAN SANDROCK
22

23

24

25
```

```
 1   APPEARANCES (CONT'D)
     For Defendant:          Sheppard Mullin Richter & Hampton
 2                           Four Embarcadero Center, 17th Floor
                             San Francisco, CA  94111-4106
 3                           (415) 434-9100
                             (415) 434-3947
 4                      BY:  JAMES LANDON MCGINNIS

 5   For Intervenor:         United States Department of Justice
                             Antitrust Division
 6                           450 Golden Gate Avenue, 10th Floor
                             San Francisco, CA  94102
 7                           (415) 436-6600
                             (415) 436-6687 (fax)
 8                      BY:  JEANE HAMILTON

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          **THE CLERK:**  Calling number five, MDL 1917, Civil

2    07-5944, Crago, Incorporated, et al., versus Chunghwa Picture

3    Tubes Limited, et al.

4          **MR. SIMON:**  Good morning, your Honor.  Bruce Simon,

5    on behalf of plaintiff, Crago.  I am one of the proposed

6    co-leads on the direct side.

7          **MR. G. SAVERI:**  Good morning, your Honor.

8    Guido Saveri, on behalf of the plaintiffs.

9          **MR. M. ALIOTO:**  Good morning, your Honor.

10   Mario Alioto, of Trump, Alioto, Trump & Prescott, for the

11   indirect-purchaser plaintiffs.

12         **MR. LOVELL:**  Good morning again, Judge.

13   Chris Lovell, on behalf of the indirect-purchaser plaintiffs.

14         **MR. J. ALIOTO:**  Good morning, your Honor.

15   Joseph M. Alioto, for plaintiffs.

16         **MR. SCARPULLA:**  Good morning, your Honor.

17   Francis Scarpulla, appearing on behalf of the indirect

18   purchasers.

19         **MS. HAMILTON:**  Good morning, your Honor.

20   Jeane Hamilton, representing the United States.

21         **MR. LISI:**  Good morning, your Honor.  David Lisi,

22   here on behalf of defendant Phillips.

23         **MR. MC GINNIS:**  James McGinnis, your Honor, on behalf

24   of Samsung SDI America, Inc.  Good morning.

25         **MR. SANDROCK:**  Good morning, your Honor.

1  Ryan Sandrock, on behalf of the LG defendants in the direct

2  action.

3          **MR. WETZELL:**  Good morning.  Joe Wetzell, Weil,

4  Gotshal & Manges, on behalf of Panasonic North America.

5          **MR. DE GOOYER:**  Jonathan DeGooyer, on behalf of

6  Hitachi America, Ltd.

7          **THE COURT:**  All.  Right, fine.

8          Counsel, I've gone over all the applications.  And,

9  of course, each one is eminently qualified.  And the fact that

10 I put one over another doesn't indicate that anything is bad

11 about the ones that are not appointed.  They just all --

12 lawyers all around.  However, in reviewing all the

13 applications, I have found that I made my pick so far as the

14 direct and indirect.

15         So far as the interim class counsel for the direct

16 purchasers, I'm going to appoint Guido Saveri and his firm,

17 Saveri & Saveri, as interim lead class counsel for the direct

18 purchasers.

19         And for the indirect, I'm going to appoint

20 Mario Alioto and the firm of Trump, Alioto, Trump & Prescott as

21 interim lead counsel for the punitive nationwide class.

22         So far as co-counsel, I don't think we need any

23 co-counsel, and so I'm not going to appoint any co-counsel.

24         I noticed everybody to appear mainly because if

25 anybody has any objection, I'd like to hear it.  And if not --

1    also, I've contacted Judge Legge, of JAMS.  And he is

2    available.  And I sent him a copy of the complaint, so that he

3    could check through his organization if there were any

4    conflicts.  And I haven't heard from him about that.  So if you

5    want to appoint Legge, fine.  If you don't want to appoint

6    Legge, that's fine, too; whatever you're going to do.

7            And that ends my day.  So if anybody has anything to

8    say, I'd be happy to hear it.  If not, see you in the future.

9            Yes.  And here's a copy of my Order, gentlemen

10   (indicating).

11           When the other attorneys come in, let me know.

12           (At 10:30 a.m. the proceedings were adjourned.)

13                          -   -   -   -

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF REPORTER

I, LYDIA ZINN, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in MDL 1917, In Re: Cathode Ray Tube (CRT) Antitrust Litigation, and C. 07-5944-SC, Crago, Inc., vs. Chunghwa Picture Tubes, Ltd. et al., were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing.

The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

_____

/s/ Lydia Zinn, CSR 9223, RPR

Monday, June 16, 2008