GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
CADIO ZIRPOLI (179108)
  zirpoli@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810

STEVEN F. BENZ
  sbenz@khhte.com
WILLIAM J. CONYNGHAM
  bconyngham@khhte.com
ANDREW C. SHEN
  ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.
1615 K Street NW
Suite 400
Washington, DC 20036-3209
Telephone: (202) 326-7900

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> *Studio Spectrum, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-08-2980 JL | Master File No. CV-07-5944 SC <br><br> MDL No. 1917 <br><br> **PLAINTIFF STUDIO SPECTRUM, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12** |

-1-

PLFF. STUDIO SPECTRUM, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12; Case No. CV-07-5944 SC

1   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2   PLEASE TAKE NOTICE that Plaintiff Studio Sepctrum, Inc. submits this

3   Administrative Motion pursuant to Civil Local Rule 3-12 to consider whether a case filed in

4   this District, *Studio Spectrum, Inc. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. CV-08-

5   2980-JL ("*Studio Spectrum*") should be related to *In Re Cathode Ray Tube (CRT) Antitrust*

6   *Litigation*, Case No. CV-07-5944-SC ("*CRT*").

7   Civil Local Rule 3-12(a) provides:

8       An action is related to another when:

9       (1)    The actions concern substantially the same parties, property,
10               transaction or event; and

11       (2)    It appears likely that there will be an unduly burdensome duplication
            of labor and expense or conflicting results if the cases are conducted
12               before different Judges.

13   Here, *Studio Spectrum* should be related to *CRT* because both actions allege an illegal

14   conspiracy by many of the same defendants to fix the prices of cathode ray tubes ("CRTs")

15   and/or products containing cathode ray tubes in violation of the Sherman Act, 15 U.S.C. § 1.

16   In addition, both *Studio Spectrum* and *CRT* are brought as putative class actions on behalf of

17   direct purchasers of CRTs.

18   Because *Studio Spectrum* and *CRT* contain substantially similar allegations and raise

19   similar questions of law and fact, having the cases proceed independently will result in

20   duplicative motions and discovery. Relating the cases will help eliminate duplicative

21   discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties,

22   their counsel, and the judiciary.

23   ///

24   ///

25   ///

26

27

28

In light of the closely-related nature of *Studio Spectrum* and *CRT*, plaintiff respectfully submits that *Studio Spectrum* is a related case and should be transferred to the Honorable Samuel Conti.

Dated:   June 17, 2008.                         Respectfully submitted,


                              By:         /s/ R. Alexander Saveri
                                    GUIDO SAVERI (22349)
                                      guido@saveri.com
                                    R. ALEXANDER SAVERI (173102)
                                      rick@saveri.com
                                    CADIO ZIRPOLI (179108)
                                      zirpoli@saveri.com
                                    SAVERI & SAVERI, INC.
                                    111 Pine Street, Suite 1700
                                    San Francisco, CA  94111-5619
                                    Telephone:  (415) 217-6810

                                    STEVEN F. BENZ
                                      sbenz@khhte.com
                                    WILLIAM J. CONYNGHAM
                                      bconyngham@khhte.com
                                    ANDREW C. SHEN
                                      ashen@khhte.com
                                    KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.
                                    1615 K Street NW
                                    Suite 400
                                    Washington, DC 20036-3209
                                    Telephone: (202) 326-7900

                                    Attorneys for Plaintiff

Crt.081

-3-
PLFF. STUDIO SPECTRUM, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL LOCAL RULE 3-12; Case No. CV-07-5944 SC