GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
CADIO ZIRPOLI (179108)
  zirpoli@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810

STEVEN F. BENZ
  sbenz@khhte.com
WILLIAM J. CONYNGHAM
  bconyngham@khhte.com
ANDREW C. SHEN
  ashen@khhte.com
KELLOGG, HUBER, HANSEN, TODD & EVANS, P.L.L.C.
1615 K Street NW
Suite 400
Washington, DC 20036-3209
Telephone: (202) 326-7900

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: *Studio Spectrum, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-08-2980 JL | **[PROPOSED] ORDER GRANTING PLAINTIFF STUDIO SPECTRUM, INC.'S ADMINISTRATIVE MOTION TO RELATE CASES** |

-1-

[PROPOSED] ORDER GRANTING PLFF. STUDIO SPECTRUM, INC.'S ADMINISTRATIVE MOTION TO RELATE CASES; Case No. CV-07-5944 SC

On June 17, 2008, Plaintiff Studio Spectrum, Inc. filed an Administrative Motion to Consider Whether Case Should Be Related pursuant to Civil Local Rule 3-12. The time for filing an opposition or statement of support has passed. The Court having considered the papers and pleadings on file, and good cause appearing,

HEREBY GRANTS Plaintiff Studio Spectrum's Administrative Motion.

IT IS SO ORDERED that *Studio Spectrum, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-08-2980-JL, be related to *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. CV-07-5944-SC.

**IT IS SO ORDERED.**

Dated: _____       _____
                             The Honorable Samuel Conti
                             United States District Judge

Crt.083