Vincent J. Esades
Renae D. Steiner
Scott W. Carlson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
*vesades@heinsmills.com*
*rsteiner@heinsmills.com*
*scarlson@heinsmills.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF CHANGE OF AFFILIATION** |
| This Document Relates to: | |
| ALL DIRECT PURCHASER ACTIONS | The Honorable Samuel Conti |

NOTICE OF CHANGE OF AFFILIATION

66415

PLEASE TAKE NOTICE that effective immediately Renae D. Steiner is affiliated with Heins Mills & Olson, P.L.C.

Please direct all pleadings, motions, briefs, correspondence and any other communications or documents to her at the address, phone number and email address below.

Dated: June 19, 2008                                  Respectfully Submitted,

                                                      /s/ Renae D. Steiner
Vincent J. Esades
Renae D. Steiner
Scott W. Carlson
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
Facsimile: (612) 338-4692
*vesades@heinsmills.com*
*rsteiner@heinsmills.com*
*scarlson@heinsmills.com*

Attorneys for Direct Purchaser Plaintiffs

NOTICE OF CHANGE OF AFFILIATION

66415