```
1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   TERRENCE A. CALLAN #36305
2  Email: terrence.callan@pillsburylaw.com
   50 Fremont Street
3  Post Office Box 7880
   San Francisco, CA  94120-7880
4  Telephone: (415) 983-1000
   Facsimile: (415) 983-1200
5
   PILLSBURY WINTHROP SHAW PITTMAN LLP
6  JOSEPH R. TIFFANY II # 67821
   Email: joseph.tiffany@pillsburylaw.com
7  PHILIP A. SIMPKINS # 246635
   Email: philip.simpkins@pillsburylaw.com
8  2475 Hanover Street
   Palo Alto, CA  94304-1114
9  Telephone: (650) 233-4500
   Facsimile: (650) 233-4545
10
   Attorneys for Defendants
11 IRICO DISPLAY DEVICES CO., LTD. and
   IRICO GROUP CORPORATION
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: C-07-5944 SC<br>MDL NO. 1917<br><br>**NOTICE OF APPEARANCE** |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Terrence A. Callan, Joseph R. Tiffany II and Philip A. Simpkins of Pillsbury Winthrop Shaw Pittman LLP hereby enter their appearance

//

//

1  as counsel of record for defendants **IRICO DISPLAY DEVICES CO., LTD. and IRICO**
2  **GROUP CORPORATION.** Copies of all pleadings, papers and notices should be served
3  as follows:

4  
5  PILLSBURY WINTHROP SHAW PITTMAN LLP
   TERRENCE A. CALLAN #36305
   Email: terrence.callan@pillsburylaw.com
6  50 Fremont Street
   Post Office Box 7880
7  San Francisco, CA 94120-7880
   Telephone: (415) 983-1000
8  Facsimile: (415) 983-1200

9  PILLSBURY WINTHROP SHAW PITTMAN LLP
   JOSEPH R. TIFFANY II # 67821
10 Email: joseph.tiffany@pillsburylaw.com
   PHILIP A. SIMPKINS # 246635
11 Email: philip.simpkins@pillsburylaw.com
   2475 Hanover Street
12 Palo Alto, CA 94304-1114
   Telephone: (650) 233-4500
13 Facsimile: (650) 233-4545

14

15 Dated: June 24, 2008

16                                              PILLSBURY WINTHROP SHAW PITTMAN LLP

17

18

19                                              By _____/s/ Joseph R. Tiffany II_____
                                                        Joseph R. Tiffany II

20

21                                              Attorneys for Defendants
                                                IRICO DISPLAY DEVICES CO., LTD. and
22                                              IRICO GROUP CORPORATION

23

24

25

26

27

28

1 **PROOF OF SERVICE**

2

3 *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*

4 **Case No. C-07-5944 SC, MDL No. 1917 (N.D. Cal.)**

5    I, Susan Hersom, legal secretary, declare that I am over the age of eighteen (18) and

6 not a party to the above-referenced action. I am employed at the law firm of Pillsbury

7 Winthrop Shaw Pittman LLP.

8    On June 24, 2008, I filed the foregoing Notice of Appearance with the Clerk of the

9 Court using the Official Court Electronic Document Filing System, which served copies on

10 all interested parties registered for electronic filing. I also certify that I mailed a true copy

11 of the foregoing document by first-class mail to the following non-CM/ECF participants:

12
   Patrick J. Ahern
   Baker & McKenzie
13 One Prudential Plaza
   130 East Randolph Drive
14 Chicago, IL 60601

15
   Roxane Busey
   Baker & McKenzie LLP
16 130 E. Randolph Drive, Suite 3500
   Chicago, IL 60601
17
   Issac L. Diel
18 Sharp McQueen
   6900 College Boulevard, Suite 285
19 Overland Park, KS 66211

20 Manuel J. Dominguez
   Berman DeValerio Peasse Tabacco Burt & Pucillo
21 222 Lakeview Avenue, Suite 900
   West Palm Beach, FL 33401
22
   Neal A Eisenbraun
23 Neal A Eisenbraun, Chartered
   2599 Mississippi Street
24 New Brighton, MN 55113

25 Lori A. Fanning
   Miller Law LLC
26 115 South LaSalle Street, Suite 2910
   Chicago, IL 60603
27

28
701141967v1                        - 1 -                           PROOF OF SERVICE
                                                                   Case No. C-07-5944 SC
                                                                   MDL NO. 1917

| | |
|---|---|
| 1 | John Gressette Felder |
| 2 | McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 |
| 3 | |
| 4 | Traviss Levine Galloway<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St #3400 |
| 5 | San Francisco, CA 94104 |
| 6 | Martin E. Grossman |
| 7 | Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 |
| 8 | |
| 9 | Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000 |
| 10 | Minneapolis, MN 55415 |
| 11 | Gregory D. Hull |
| 12 | Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175 |
| 13 | |
| 14 | Charles H. Johnson<br>Charles H Johnson & Associates PA<br>2599 Mississippi Street |
| 15 | New Brighton, MN 55113 |
| 16 | Lawrence D. McCabe |
| 17 | Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 |
| 18 | |
| 19 | Krishna B. Narine<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East |
| 20 | Suite 400<br>Bala Cynwyd, PA 19004 |
| 21 | |
| 22 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield |
| 23 | East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 |
| 24 | |
| 25 | Steven A. Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue |
| 26 | New York, NY 10153-0119 |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Jean B. Roth |
|   | Mansfield Tanick & Cohen |
| 2 | 1700 U.S. Bank Plaza South |
|   | 220 South Sixth Street |
| 3 | Minneapolis, MN 55402-4511 |
| 4 | Lawrence P. Schaefer |
|   | Mansfield Tanick & Cohen |
| 5 | 1700 U.S. Bank Plaza South |
|   | 220 South Sixth Street |
| 6 | Minneapolis, MN 55402-4511 |
| 7 | Roger Martin Schrimp |
|   | Damrell Nelson Schrimp Pallios Pacher & Silva |
| 8 | 1601 I Street 5th Floor |
|   | Modesto, CA 95354 |
| 9 | |
|   | Karen Sewell |
| 10 | Baker & McKenzie LLP |
|   | 130 E. Randolph Drive, Suite 3500 |
| 11 | Chicago, Il 60601 |
| 12 | Imtiaz A. Siddiqui |
|   | Lovell Stewart Halebian LLP |
| 13 | 500 Fifth Avenue |
|   | New York, NY 10110 |
| 14 | |
|   | Donna F. Solen |
| 15 | Mason Law Firm-Washington |
|   | 1225 19th Street, NW, Suite 500 |
| 16 | Washington, DC 20036 |
| 17 | John M. Taladay |
|   | Baker & Hostetler |
| 18 | 1050 Connecticut Ave N.W. |
|   | Washington, DC 20036 |
| 19 | |
|   | Matthew E. Van Tine |
| 20 | Miller Law LLC |
|   | 115 South LaSalle Street, Suite 2910 |
| 21 | Chicago, IL 60603 |
| 22 | Anthony J. Viola |
|   | Edwards Angell Palmer & Dodge LLP |
| 23 | 750 Lexington Avenue |
|   | New York, NY 10022 |
| 24 | |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

| | |
|---|---|
| 1 | Jonathan Mark Watkins |
| 2 | The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 |
| 3 | |
| 4 | |
| 5 | _____ |
| 6 | Susan Hersom |

701141967v1                                  - 4 -                        PROOF OF SERVICE
                                                                       Case No. C-07-5944 SC
                                                                            MDL NO. 1917