PILLSBURY WINTHROP SHAW PITTMAN LLP
TERRENCE A. CALLAN #36305
Email: terrence.callan@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
JOSEPH R. TIFFANY II # 67821
Email: joseph.tiffany@pillsburylaw.com
PHILIP A. SIMPKINS # 246635
Email: philip.simpkins@pillsburylaw.com
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendants
IRICO DISPLAY DEVICES CO., LTD. and
IRICO GROUP CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: C-07-5944 SC<br>MDL NO. 1917 |
| This Document Relates To:<br>ALL ACTIONS | DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS<br><br>[Fed. R. Civ. P. 7.1]<br>[Local Rule 3-16] |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, Defendant **IRICO DISPLAY DEVICES CO., LTD.** ("Irico Display") discloses and certifies, by and through its attorney, as follows:

1. Pursuant to Federal Rule of Civil Procedure 7.1, Irico Display discloses that (1) its parent corporation is Irico Group Electronics Company Limited and

1  (2) no publicly held corporation other than Irico Group Electronics Company Limited owns 10% or more of Irico Display's stock.

2. Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties and Irico Group Electronics Company Limited, there is no such interest to report.

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-16, Defendant **IRICO GROUP CORPORATION** ("Irico Group") discloses and certifies, by and through its attorney, as follows:

1. Pursuant to Federal Rule of Civil Procedure 7.1, Irico Group discloses that (1) it is a corporation wholly owned by the People's Republic of China and it has no parent company, and (2) no publicly held corporation owns 10% or more of Irico Group's stock.

2. Pursuant to Civil Local Rule 3-16, the undersigned certifies as follows: that Irico Group is a corporation wholly owned by the People's Republic of China, and that as of this date, other than the named parties and the People's Republic of China, there is no such interest to report.

Dated: June 24, 2008.

PILLSBURY WINTHROP SHAW PITTMAN LLP


By _____/s/ Joseph R. Tiffany II_____
    Joseph R. Tiffany II

Attorneys for Defendants
IRICO DISPLAY DEVICES CO., LTD. and
IRICO GROUP CORPORATION

# PROOF OF SERVICE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation*

**Case No. C-07-5944 SC, MDL No. 1917 (N.D. Cal.)**

I, Susan Hersom, legal secretary, declare that I am over the age of eighteen (18) and not a party to the above-referenced action. I am employed at the law firm of Pillsbury Winthrop Shaw Pittman LLP.

On June 24, 2008, I filed the foregoing Disclosure Statement and Certification of Interested Entities or Persons with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Baker & McKenzie
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601

Roxane Busey
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Manuel J. Dominguez
Berman DeValerio Peasse Tabacco Burt & Pucillo
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401

Neal A Eisenbraun
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

701141967v1

- 1 -

PROOF OF SERVICE
Case No. C-07-5944 SC
MDL NO. 1917

| | |
|---|---|
| 1 | John Gressette Felder |
| 2 | McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 |
| 3 | |
| 4 | Traviss Levine Galloway<br>Zelle Hofmann Voelbel Mason & Gette |
| 5 | 44 Montgomery St #3400<br>San Francisco, CA 94104 |
| 6 | Martin E. Grossman |
| 7 | Law Offices of Martin E. Grossman<br>2121 Green Brier Drive |
| 8 | Villanova, PA 19085 |
| 9 | Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP |
| 10 | 500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 |
| 11 | Gregory D. Hull |
| 12 | Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway |
| 13 | Redwood Shores, CA 94065-1175 |
| 14 | Charles H. Johnson<br>Charles H Johnson & Associates PA |
| 15 | 2599 Mississippi Street<br>New Brighton, MN 55113 |
| 16 | Lawrence D. McCabe |
| 17 | Murray Frank & Sailer LLP<br>275 Madison Avenue |
| 18 | New York, NY 10016 |
| 19 | Krishna B. Narine<br>Schiffrin & Barroway, LLP |
| 20 | Three Bala Plaza East<br>Suite 400 |
| 21 | Bala Cynwyd, PA 19004 |
| 22 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield |
| 23 | East 1000 First National Bank Building<br>322 Minnesota Street |
| 24 | St. Paul, MN 55101 |
| 25 | Steven A. Reiss<br>Weil Gotshal & Manges LLP |
| 26 | 767 Fifth Avenue<br>New York, NY 10153-0119 |
| 27 | |
| 28 | |

701141967v1

- 2 -

PROOF OF SERVICE
Case No. C-07-5944 SC
MDL NO. 1917

| | |
|---|---|
| 1 | Jean B. Roth |
| 2 | Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South |
| 3 | 220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| 4 | Lawrence P. Schaefer |
| 5 | Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South |
| 6 | 220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| 7 | Roger Martin Schrimp |
| 8 | Damrell Nelson Schrimp Pallios Pacher & Silva<br>1601 I Street 5th Floor |
| 9 | Modesto, CA 95354 |
| 10 | Karen Sewell<br>Baker & McKenzie LLP |
| 11 | 130 E. Randolph Drive, Suite 3500<br>Chicago, Il 60601 |
| 12 | Imtiaz A. Siddiqui |
| 13 | Lovell Stewart Halebian LLP<br>500 Fifth Avenue |
| 14 | New York, NY 10110 |
| 15 | Donna F. Solen<br>Mason Law Firm-Washington |
| 16 | 1225 19th Street, NW, Suite 500<br>Washington, DC 20036 |
| 17 | John M. Taladay |
| 18 | Baker & Hostetler<br>1050 Connecticut Ave N.W. |
| 19 | Washington, DC 20036 |
| 20 | Matthew E. Van Tine<br>Miller Law LLC |
| 21 | 115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| 22 | Anthony J. Viola |
| 23 | Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue |
| 24 | New York, NY 10022 |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

| | |
|---|---|
| 1 | Jonathan Mark Watkins |
| 2 | The Furth Firm LLP |
| | 225 Bush Street, 15th Floor |
| 3 | San Francisco, CA 94104-4249 |

_____
Susan Hersom

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

701141967v1

- 4 -

PROOF OF SERVICE
Case No. C-07-5944 SC
MDL NO. 1917