United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: Cathode Ray Tube (CRT) Antitrust Litigation

MDL No. 1917

Case No. 07-5944 SC
08-2980 JL

CRAGO, Inc.,

Plaintiff,

v.

CHUNGHWA PICTURE TUBES, LTD., et al.,

Defendants.

ORDER CONSOLIDATING CASES

The Court hereby finds civil case Studio Spectrum, Inc. v. Chunghwa Picture Tubes, LTD. et al., Case No. 08-2980, suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings. This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

These consolidated cases will henceforth be referred to as "IN RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1917. All documents are to be filed under case number 07-5944-SC and all future filings are to bear the initials "SC" immediately after the case number.

United States District Court
For the Northern District of California

The parties are directed to comply with Pretrial Order No. 1 issued in In Re Cathode Ray Tube (CRT) Antitrust Litigation, 07-5944, MDL No. 1917, Docket No. 230., for all future filings.

IT IS SO ORDERED.

Dated: June 24, 2008



UNITED STATES DISTRICT JUDGE