Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Matthew R. Schultz (220641)
Judith A. Zahid (215418)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
fscarpulla@zelle.com
ccorbitt@zelle.com

Richard M. Hagstrom
Michael Jacobs
ZELLE HOFMANN VOELBEL
MASON & GETTE LLP
500 Washington Ave. South, Suite 400
Minneapolis, MN 55415
Telephone:     (612) 339-2020
Facsimile:      (612) 336-9100
rhagstrom@zelle.com
mjacobs@zelle.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This document relates to: | **NOTICE OF ASSOCIATION OF COUNSEL** |
| *Juetten, et al.  v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. CV-07-6225-SC | |

1 **TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

2    PLEASE TAKE NOTICE that Zelle Hofmann Voelbel Mason & Gette LLP hereby

3 associates Jennie Lee Anderson and Micha Star Liberty as counsel of record in this action on

4 behalf of Plaintiffs Michael Juetten and Chad Klebs and the proposed class of indirect purchasers

5 alleged in this action.

6    Accordingly, in addition to the other counsel of record, please serve copies of all filings

7 and papers on the following:

8   Jennie Lee Anderson
    Micha Star Liberty
9   Andrus Liberty & Anderson LLP
    1438 Market Street
10  San Francisco, CA 94102
    Telephone: (415) 896-1000
11  Facsimile: (415) 896-2249
    jennie@libertylaw.com

13 Dated: June 25, 2008                Respectfully submitted,

14                                     By:   */s/ Craig C. Corbitt*
                                       Francis O. Scarpulla (41059)
15                                     Craig C. Corbitt (83251)
                                       Matthew R. Schultz (220641)
16                                     Judith A. Zahid (215418)
                                       Qianwei Fu (242669)
17                                     ZELLE HOFMANN VOELBEL MASON &
                                       GETTE LLP
18                                     44 Montgomery Street, Suite 3400
                                       San Francisco, CA 94104
19                                     Telephone:   (415) 693-0700
                                       Facsimile:   (415) 693-0770
20                                     fscarpulla@zelle.com
                                       ccorbitt@zelle.com
21
                                       Richard M. Hagstrom
22                                     Michael Jacobs
                                       ZELLE HOFMANN VOELBEL MASON &
23                                     GETTE LLP
                                       500 Washington Ave. South, Suite 400
24                                     Minneapolis, MN 55415
                                       Telephone:   (612) 339-2020
25                                     Facsimile:   (612) 336-9100
                                       rhagstrom@zelle.com
26                                     mjacobs@zelle.com

27                                     *Attorneys for Plaintiffs and the Proposed Class*

28
                                    2
                    NOTICE OF ASSOCIATION OF COUNSEL

**CERTIFICATE OF SERVICE**

IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Master File No. CV-07-5944-SC
MDL No. 1917
Case No. CV-07-6225-SC

I, Marie J. Babione, certify and declare under penalty of perjury that I:  am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on June 25, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

   **1.**   **NOTICE OF ASSOCIATION OF COUNSEL**

☒   **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

☒   **By Electronic Mail**:  I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the named addressee(s) indicated below.

Jennie Lee Anderson
Micha Star Liberty
Andrus Liberty & Anderson LLP
1438 Market Street
San Francisco, CA 94102
Telephone:  (415) 896-1000
Facsimile:  (415) 896-2249
*jennie@libertylaw.com*

Dated:   June 25, 2008

Signed     /s/*Marie J. Babione*
Marie J. Babione
Paralegal to Craig C. Corbitt

#3213518v1