GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
CADIO ZIRPOLI (179108)
  zirpoli@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>All Actions | **PROOF OF SERVICE ON CERTAIN FOREIGN DEFENDANTS** |

PROOF OF SERVICE ON CERTAIN FOREIGN DEFENDANTS; Case No. CV-07-5944 SC

1  Attached hereto as Exhibits A, B, C, and D are true and correct copies of Certificates
2  of service of process on the following defendants, respectively: (1) LG Electronics, Inc.; (2)
3  Samsung Electronics Co., Ltd.; (3) Samsung SDI Co., Ltd.; and (4) Koninklijke Philips
4  Electronics N.V. ("Royal Philips").

6  Dated: June 25, 2008.                    Respectfully submitted,

8                                   By:    /s/ Cadio Zirpoli
                                           GUIDO SAVERI (22349)
9                                            guido@saveri.com
                                           R. ALEXANDER SAVERI (173102)
10                                           rick@saveri.com
                                           CADIO ZIRPOLI (179108)
11                                           zirpoli@saveri.com
                                           SAVERI & SAVERI, INC.
12                                         111 Pine Street, Suite 1700
                                           San Francisco, CA 94111-5619
13                                         Telephone: (415) 217-6810
                                           Facsimile: (415) 217-6813
14
                                           *Attorneys for Plaintiffs*
15

Crt.089

EXHIBIT A

REQUEST
FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE REPUBLIC OF KOREA<br>Ministry of Court Administration<br>Attn.: Director of International Affairs<br>967, Seocho-dong, Seocho-gu, Room 503<br>Seoul 137-750<br>REPUBLIC OF KOREA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)   LG ELECTRONICS, INC.
LG Twin Towers 20, Yeouido-dong, Yeongdeungpo-gu, Seoul 150-721, REPUBLIC OF KOREA

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal service in accordance with your internal law for service of documents upon persons or entities in your territory.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte et de ses annexes avec l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

**List of documents**
*Enumération des pièces*

See Attachment "A."

Done at Leawood, Kansas, U.S.A., the 11 Jan. 2008
*Fait à _____, le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

*Karina [signature]*

*Delete if inappropriate
*Rayer les mentions inutiles.*

[1] (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

**Attachment "A"**
**to "Request" – List of Documents**

1. Executed "Request" with Attachment "A," in duplicate
2. "Certificate" (unexecuted), in duplicate
3. "Summary" with Attachment "B," in duplicate
4. "Notice," in duplicate
5. Summons in a Civil Case with Attachment, in English and Korean, in duplicate
6. Class Action Complaint, in English and Korean, in duplicate
7. Order Setting Initial Case Management Conference and ADR Deadlines, in English and Korean, in duplicate
8. Related Case Order, in English and Korean, in duplicate
9. Order Setting Case Management Conference, in English and Korean, in duplicate
10. Contents of Joint Case Management Statement, in English and Korean, in duplicate
11. ECF Registration Information Handout, in English and Korean, in duplicate

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

the (date) ~~2008. 1. 14. 10:19~~    2008. 3. 18.

- at (place, street, number) 대한민국 서울 영등포구 영등포동 20 LG Twin Towers

- in one of the following methods authorised by article 5 :

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

b) in accordance with the following particular method* :

c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to :
- (identity and description of person)
    조재원
- relationship to the addressee (family, business or other) :
    서무계원(employee))

2) that the document has not been served, by reason of the following facts* :

*Annexes*
Documents returned :

In appropriate cases, documents establishing the service :
    우편송달통지서

Done at ___서울남부지방법원___

the ___2008. 3. 14.___

Signature and/or stamp

서울남부지방법원 민사○○○
법원주사  강    재

* Delete if inappropriate.

EXHIBIT B

2008-D-67

1/14

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'áranger des actes judiciaires ou extrajudiciares en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE REPUBLIC<br>OF KOREA<br>Ministry of Court Administration<br>Attn.: Director of International Affairs<br>967, Seocho-dong, Seocho-gu, Room 503<br>Seoul 137-750<br>REPUBLIC OF KOREA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*     SAMSUNG ELECTRONICS CO., LTD.
Samsung Main Building 250, Taepyeongno 2-ga, Jung-gu, Seoul 100-742, REPUBLIC OF KOREA

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~*(a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*     Personal service in accordance with your internal
law for service of documents upon persons or entities in your territory.

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes*-with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

**SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.**

List of documents
*Enumération des pièces*

See Attachment "A."

Done at Leawood, Kansas, U.S.A., the 11 Jan. 2008
*Fait à _____, le _____*
Signature and/or stamp.
*Signature et/ou cachet.*

/s/ Karina Shf

*Delete if inappropriate
*Rayer les mentions inutiles.*

1 (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

**Attachment "A"**
**to "Request" – List of Documents**

1. Executed "Request" with Attachment "A," in duplicate
2. "Certificate" (unexecuted), in duplicate
3. "Summary" with Attachment "B," in duplicate
4. "Notice," in duplicate
5. Summons in a Civil Case with Attachment, in English and Korean, in duplicate
6. Class Action Complaint, in English and Korean, in duplicate
7. Order Setting Initial Case Management Conference and ADR Deadlines, in English and Korean, in duplicate
8. Related Case Order, in English and Korean, in duplicate
9. Order Setting Case Management Conference, in English and Korean, in duplicate
10. Contents of Joint Case Management Statement, in English and Korean, in duplicate
11. ECF Registration Information Handout, in English and Korean, in duplicate

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.

1) that the document has been served*
- the (date) _____ 2008. 3. 10. _____
- at (place, street, number) _____ 서울 중구 태평로2가 250 삼성본관빌딩 _____

- in one of the following methods authorised by article 5 :
   a) ------------------------------------------------------------- * (삭제)
✓ b) in accordance with the following particular method* :
   _____ 우편송달 _____
   c) --------------------------------------------* (삭제)

The documents referred to in the request have been delivered to :
- (identity and description of person)
   _____ 홍 진 혁 _____
- relationship to the addressee (family, business or other) :
   _____ 고용인 or 사무원 → employee _____

2) -------------------------------------------------* : (삭제)

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*
Documents returned :
_____

In appropriate cases, documents establishing the service :
_____ 우편송달통지서 _____

Done at _____ 서울중앙지방법원 _____
the _____ 2008. 4. 29. _____
Signature and/or stamp

서울지방법원 민사신청과
법원주사   이 종 헌 [stamp]

* Delete if inappropriate.
A2646

EXHIBIT C

V14

2008-D-68

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'áranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE REPUBLIC OF KOREA<br>Ministry of Court Administration<br>Attn.: Director of International Affairs<br>967, Seocho-dong, Seocho-gu, Room 503<br>Seoul 137-750<br>REPUBLIC OF KOREA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)*   SAMSUNG, SDI CO., LTD.
575 Shin-dong, Youngtong-gu Suwon, Kyonggi, REPUBLIC OF KOREA

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~*(a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*   Personal service in accordance with your internal law for service of documents upon persons or entities in your territory.

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate as provided on the reverse side.
*Cette autorité est prié de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

**SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.**

List of documents
*Enumération des pièces*

See Attachment "A."

Done at  Leawood, Kansas, U.S.A. , the  11 Jan. 2008
*Fait à _____, le _____*
Signature and/or stamp.
*Signature et/ou cachet.*

*Karina Sh*

*Delete if inappropriate
Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

**Attachment "A"**
**to "Request" – List of Documents**

1. Executed "Request" with Attachment "A," in duplicate
2. "Certificate" (unexecuted), in duplicate
3. "Summary" with Attachment "B," in duplicate
4. "Notice," in duplicate
5. Summons in a Civil Case with Attachment, in English and Korean, in duplicate
6. Class Action Complaint, in English and Korean, in duplicate
7. Order Setting Initial Case Management Conference and ADR Deadlines, in English and Korean, in duplicate
8. Related Case Order, in English and Korean, in duplicate
9. Order Setting Case Management Conference, in English and Korean, in duplicate
10. Contents of Joint Case Management Statement, in English and Korean, in duplicate
11. ECF Registration Information Handout, in English and Korean, in duplicate

# CERTIFICATE
# 증 명 서

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.
아래 당국은 협약 제6조에 따라 다음 사항을 확인하는 바입니다.

1) that the document has been served*
문서가 다음과 같이 송달됨*

- the (date) (일자) __2008. 2. 20.__
- at (place, street, number) (장소) __수원시 영통구 신동 575__
- in one of the following methods authorised by article 5 :
제5조가 규정하는 다음의 방식에 의함

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
협약 제5조 제1단 제1호의 규정에 따름*

~~b) in accordance with the following particular method*~~ :
다음의 특정방식에 의함*

_____

~~c) by delivery to the addressee, who accepted it voluntarily*~~
임의로 수령하는 수신인에게 교부함*

The documents referred to in the request have been delivered to :
요청서에 언급된 문서는 다음의 사람에게 교부됨

- (identity and description of person) (교부받은 자의 표시)
  __김보람__

- relationship to the addressee (family, business or other) 수신인과의 관계 (가족, 고용관계 및 기타) :
  __직원 (employee)__

~~2) that the document has not been served, by reason of the following facts*~~ :
문서는 다음의 사유로 인하여 송달되지 못함*

_____

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~
협약 제12조 제2단에 따라 신청인은 첨부된 진술서에 기재된 비용을 지불 또는 상환하여야 함*

Annexes
첨부서류

~~Documents returned~~ :

_____

In appropriate cases, documents establishing the service :
적절한 경우, 송달을 증명하는 문서

__사건별 송달현황부__

Done at (장소) __Suwon District Court__
the (일자) __2008. 03. 13.__
Signature and/or stamp
서명 또는 날인  수원지방법원 민사신청과
               법 원 주 사  김 종 [stamp]

* Delete if inappropriate.
* 적절하지 아니한 경우에는 삭제합니다.

# EXHIBIT D

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciares ou extrajudicares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

IR.908.132.102

ARRONDISSEMENTSPARKET
S-GRAVENHAGE
Ingek. 1 0 MAART 2008
No.

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE NETHERLANDS<br>Public Prosecutor's Office<br>Medewerkster Internationale Rechtshulp (Team ZwaCri)<br>Prince Clauslaan 60<br>Room 724, Building P1<br>2595 AJ Den Haag<br>THE NETHERLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* KONINKLIJKE PHILIPS ELECTRONICS N.V. (KvK 17001910)
Breitner Center, Amstelplein 2, 1096 BC, Amsterdam, THE NETHERLANDS

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
~~*(a) selon les formes légales (article 5, alinéa premier, lettre a).*~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :* __Personal service by *gerechtsdeurwaarder* J.C. Haak of Van der Hoeden & Mulder or by *substitute gerechtsdeurwaarder* upon defendant OR substituted service by *gerechtsdeurwaarder* Haak or by *substitute gerechtsdeurwaarder* at the address indicated; resulting expense to be borne by the Applicant.__

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*;~~
~~*(c) le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

**SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.**

**List of documents**
*Enumération des pièces*

See Attachment "A."

Done at __Leawood, Kansas, U.S.A.__, the __10 Jan. 2008__
*Fait à _____, le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

*[signature]*

*Delete if inappropriate
*Rayer les mentions inutiles.*

1 (Formerly OBD-116 which was formerly LAA-116, both of which may still be used)

USM-94
(Est. 11/22/77)

## ATTACHMENT "A"

Executed "Request" with Attachment "A"
"Certificate" (unexecuted)
"Summary" with Attachment "B"
"Notice,"
Summons in a Civil Case with Attachment, in English and Dutch
Class Action Complaint, in English and Dutch
Order Setting Initial Case Management Conference and ADR Deadlines, in English and Dutch
Related Case Order, in English and Dutch
Order Setting Case Management Conference, in English and Dutch
Contents of Joint Case Management Statement, in English and Dutch
ECF Registration Information Handout, in English and Dutch

Reverse of the request
CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served*

- the (date) **March 6th 2008**
................................................................................................................................

- at (place, street, number, country) **Amsterdam, Amstelplein 2, The Netherlands**
................................................................................................................................
................................................................................................................................

- in one of the following methods authorised by Article 5:

a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.~~

b) in accordance with the following particular method*: **personal service by gerechtsdeurwaarder (court bailiff) J.C. Haak upon defendant Koninklijke Philips Electronics N.V., who is represented by Mrs. Inge Hoeppertz, secretary in the legal department of the defendant.**

c) ~~by delivery to the addressee, who accepted it voluntarily*.~~

The documents referred to in the request have been delivered to:
- (identity and description of person) **Mrs. Inge Hoeppertz**
- ................................................................................................................................
................................................................................................................................
- relationship to the addressee (family, business or other): **secretary in the legal department**
- ................................................................................................................................
................................................................................................................................

2) ~~that the document has not been served, by reason of the following facts*:~~
................................................................................................................................
................................................................................................................................

~~In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

Annexes
Documents returned:

**See Attachment "A"**
................................................................................................................................

In appropriate cases, documents establishing the service:

**1. Betekeningsexploot (Affidavit of Service), attached**

[your signature and seal]
Done at **Amsterdam March 6th 2008.**
Signature and/or stamp
**J.C. Haak**

countersignature/seal of
Dutch Central Authority