**KAPLAN FOX & KILSHEIMER LLP**
Gary L. Specks
1655 Lake Cook Road, Suite 139
Highland Park, IL 60036
Telephone: (847) 831-1585
Fax: (847) 831-1580
Email: gspecks@kaplanfox.com

Attorneys for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHRODE RAY TUBE (CRT) AITRUST LITIGATION | Case No. 07-cv-5944<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | |

### NOTICE OF APPEARANCE OF GARY L. SPECKS

PLEASE TAKE NOTICE that Gary L. Specks of Kaplan, Fox & Kilsheimer, LLP hereby enters his appearance on behalf of Plaintiffs Meijer Inc. and Meijer Distribution, Inc.

Dated: June 30, 2008

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/ Gary L. Specks
Gary L. Specks
1655 Lake Cook Road, Suite 139
Highland Park, IL 60035
Telephone: 847-831-1585
Fax: 847-831-1580
Email: gspecks@kaplanfox.com

## CERTIFICATE OF SERVICE

I, Roseann Kelly, hereby certify that I filed and served the following Notice of Appearance of Gary L. Specks using the Office Court Electronic Filing System to all parties in this action.

Dated: June 30, 2008

_____
Roseann Kelly

1