John G. Emerson (*pro hac vice forthcoming*)
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867
Email: jemerson@emersonpoynter.com

*Attorney for Plaintiff Paula Call*

FILED

08 JUN 27 PM 3: 00

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No.: 3:07-CV-5944 |
| | ) |
| | ) |
| ———————————————— | ) MDL NO. 1917 |
| | ) |
| | ) **APPLICATION FOR ADMISSION OF** |
| This document relates to: | ) **JOHN G. EMERSON *PRO HAC VICE*** |
| | ) |
| ALL ACTIONS | ) |
| ———————————————— | ) |

Pursuant to Civil L.R. 11-3, John G. Emerson, an active member in good standing of the bar of the States of Texas, Washington, & Arkansas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Paula Call in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another state of the District of Colombia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

1

become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Guido Saveri
R. Alexander Saveri
Cadio Zirpoli
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 25, 2008                          EMERSON POYNTER LLP


By: /s/ John G. Emerson
    John G. Emerson (*pro hac vice forthcoming*)
    EMERSON POYNTER LLP
    830 Apollo Lane
    Houston, TX 77058
    Telephone: (281) 488-8854
    Facsimile: (281) 488-8867
    Email: jemerson@emersonpoynter.com

    ***Attorney for Plaintiff Paula Call***

2

<u>**CERTIFICATE OF SERVICE**</u>

I, Tanya R. Autry, declare that I am over the age of eighteen (18) and not a party to the within action.  I am employed in the law firm of Emerson Poynter LLP, The Museum Center, 500 President Clinton Avenue, Suite 305, Little Rock, Arkansas 72201.

On June 26, 2008, I filed the foregoing **APPLICATION FOR ADMISSION OF JOHN G. EMERSON *PRO HAC VICE***, with the Clerk of the Court and served copies on all interested parties registered for electronic filing & on the attached Service List.

/s/  Tanya R. Autry                        .
Tanya R. Autry

3

1

## SERVICE LIST

2

## IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
### Case No. 3:07-cv-05944-SC

3

Parties Served by Electronic Notice

4

5 | Douglas A. Millen, Esq. (Pro Hac Vice)     *Attorneys for Plaintiffs Art's TV & Appliance and*
Freed Kanner London & Millen LLC     *Carroll Cut-Rate Furniture*

6 | 2201 Waukegan Road, Suite 130
Bannockburn, IL  60015

7 | Tel:  224-632-4500
Fax:  224-632-4519

8 | Email:  doug@fklmlaw.com

9 | Christopher L. Lebsock, Esq.     *Attorneys for Plaintiff Barbara Caldwell*
Cohen Milstein Hausfeld & Toll, P.L.L.C.

10 | 1 Embarcadero Center, Suite 2440
San Francisco, CA  94111

11 | Tel:  415-229-2080
Fax:  415-986-3643

12 | Email:  clebsock@cmht.com

13 | Guido Saveri, Esq.     *Attorneys for Plaintiff Paula Call, Electronic*
Saveri & Saveri Inc.     *Design Co., Hawel A. Hawel d/b/a City*

14 | 111 Pine Street, Suite 1700     *Electronics, and Orion Home Systems, LLC*
San Francisco, CA  94111

15 | Tel:  415-217-6810
Email:  guido@saveri.com

16

17 | Christopher T. Heffelfinger, Esq.     *Attorneys for Plaintiffs, Central New York*
Berman DeValerio Pease & Tabacco, P.C.     *Univision Video Systems, Inc., Crimson Tech,*
425 California Street, Suite 2025     *Inc., and Univisions-Crimson Holding Inc.*

18 | San Francisco, CA  94104
Tel:  415-433-3200

19 | Fax:  415-433-6382
Email:  cheffelfinger@bermanesq.com

20

21 | Bruce Lee Simon, Esq.     *Attorneys for Plaintiff Crago, Inc.*
Pearson, Simon, Soter, Warshaw & Penny,

22 | LLP 44 Montgomery Street, Suite 1200
San Francisco, CA  94104

23 | Tel:  415-433-9000
Fax:  415-433-9008

24 | Email:  bsimon@psswplaw.com

25

26

27

28

| | | |
|---|---|---|
| 1 | Daniel E. Birkhauser | *Attorneys for Plaintiff, Donna Ellingson* |
| | Bramson, Pluttzik, Mahler & Birkhaeuser | |
| 2 | LLP | |
| | 2125 Oak Grove Road, Suite 120 | |
| 3 | Walnut Creek, CA 94598 | |
| | Tel: 925-945-0200 | |
| 4 | Fax: 925-945-8792 | |
| | Email: dbirkhauser@bramsonplutzik.com | |
| 5 | | |
| | Joseph Marid Patane, Esq. | *Attorneys for Plaintiffs Jeffrey Figone, Samuel J.* |
| 6 | Law Office of Joseph M. Patane | *Nasto, and Brigid Terry* |
| | 2280 Union Street | |
| 7 | San Francisco, CA 94123 | |
| | Tel: 415-563-7200 | |
| 8 | Fax: 415-346-0679 | |
| | Email: jpatane@tatp.com | |
| 9 | | |
| | James McManis | *Attorneys for Plaintiff Carmen Gonzalez* |
| 10 | McMANIS FAULKNER & MORGAN | |
| | A Professional Corporation | |
| 11 | 50 W. San Fernando Street, 10th Floor | |
| | San José, CA 95113 | |
| 12 | Tel:    408-279-8700 | |
| | Fax:    408-279-3244 | |
| 13 | melzankaly@mfmlaw.com | |
| 14 | Craig C. Corbitt, Esq. | *Attorneys for Michael Juetten and Chad Klebs* |
| | Zelle, Hofmann, Voelbel, Mason & Gette | |
| 15 | LLP | |
| | 44 Montgomery Street, Suite 3400 | |
| 16 | San Francisco, CA 94104 | |
| | Tel: 415-693-0700 | |
| 17 | Fax: 415-693-0770 | |
| | Email: ccorbitt@zelle.com | |
| 18 | | |
| | Christopher Lovell | *Attorneys for Plaintiff, Andrew Kindt and* |
| 19 | LOVELL STEWART HALEBIAN LLP | *William Stack* |
| | 500 Fifth Avenue | |
| 20 | Floor 58 | |
| | New York, NY 10110 | |
| 21 | Tel:    212-608-1900 | |
| | Fax:    212-719-4677 | |
| 22 | Email: LSHLLP@LSHLLP.COM | |
| 23 | Michael P. Lehmann, Esq. | *Attorneys for Plaintiff, Monikraft, Inc.* |
| | Cohen, Milstein, Hausfeld & Toll, P.L.L.C. | |
| 24 | One Embarcadero Center, Suite 2440 | |
| | San Francisco, CA 94111 | |
| 25 | Tel: 415-983-3321 | |
| | Fax: 415-986-3643 | |
| 26 | Email: mlehmann@cmht.com | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Brendan Patrick Glackin, Esq.<br>Lief Cabraser Heimann & Berstein LLP | *Attorneys for Plaintiff Nathan Muchnick, Inc.* |
| 2 | 275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 | |
| 3 | Tel:  415 956-1000<br>Fax:  415 956-1008 | |
| 4 | Email:  bglackin@lchb.com | |
| 5 | Henry A. Cirillo, Esq.<br>The Furth Firm LLP | *Attorneys for Plaintiff Mark Pierce* |
| 6 | 225 Bush Street, 15th Floor<br>San Francisco, CA  94104 | |
| 7 | Tel:  415-433-2070<br>Fax:  415-982-2076 | |
| 8 | Email:  Hcirillo@furth.com | |
| 9 | Marisa C. Livesay, Esq.<br>Wolf Haldenstein Adler Freeman & Herz | *Attorneys for Plaintiff, Princeton Display Technologies, Inc.* |
| 10 | LLP<br>750 B Street, Suite 2770 | |
| 11 | San Diego, CA  92101<br>Tel:  619-239-4599 | |
| 12 | Fax:  619-234-4599<br>Email:  livesay@whafh.com | |
| 13 | | |
| 14 | Eric B. Fastiff, Esq.<br>Lieff, Cabraser, Heimann & Bernstein LLP | *Attorneys for Plaintiff The Stroud Group, Inc.* |
| 15 | 275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339 | |
| 16 | Tel:  415-956-1000<br>Fax:  415-956-1008 | |
| 17 | Email:  efastiff@lchb.com | |
| 18 | KENT ROGER<br>MORGAN LEWIS & BOCKIUS LLP | *Attorneys for Defendant Hitachi America Ltd.* |
| 19 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 | |
| 20 | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 | |
| 21 | Email: kroger@morganlewis.com | |
| 22 | Samuel Ray Miller<br>Sidley Austin LLP | *Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.* |
| 23 | 555 California Street, Suite 5000 | |
| 24 | San Francisco, CA 94111<br>(415) 772-1200 | |
| 25 | Fax: (415) 772-7400<br>Email: srmiller@sidley.com | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Ethan E. Litwin | *Attorneys for Defendant Philips Electronics North America* |
| 2 | Howrey LLP | |
| | 153 E. 53rd Street, 54th Floor | |
| 3 | New York, NY 10022 | |
| | Tel: 212-896-6500 | |
| 4 | Fax: 212-896-6501 | |
| | Email: litwine@howrey.com | |
| 5 | | |
| 6 | Michael W. Scarborough, Esq. | *Attorneys for Defendant Samsung SDI America, Inc.* |
| | Sheppard Mullin Richter & Hampton LLP | |
| 7 | Four Embarcadero Center, 17th Floor | |
| | San Francisco, CA 94111-4106 | |
| 8 | Tel: 415-434-9100 | |
| | Fax: 415-434-3947 | |
| 9 | Email: mscarborough@smrh.com | |
| 10 | | |
| | Christopher Curran | *Attorneys for Defendants, Toshiba America, Inc., Toshiba America Information Systems, Defendant, Toshiba America Consumer Products, L.L.C., Defendant Toshiba America Electronics Components, Inc* |
| 11 | White & Case | |
| | 701 Thirteenth Street, NW | |
| 12 | Washington, DC 20005 | |
| | Tel: 202-626-3600 | |
| 13 | Fax: 202-639-9355 | |
| | Email: ccurran@whitecase.com | |
| 14 | | |
| 15 | Jeane Hamilton | *Attorneys for United States Department of Justice* |
| | U.S. Department of Justice | |
| 16 | 450 Golden Gate Avenue | |
| | Box 36046, Room 10-0101 | |
| 17 | San Francisco, CA 94102 | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1

2

**Parties Manually Served by U.S. Mail**

3

4     Guri Ademi                                          *Attorneys for Plaintiff James Allee*
      Ademi & O'Reilly, LLP
5     3620 E. Layton Avenue
      Cudahy, WI 53110
      Tel:  414-482-8000
6     Fax: 414-482-8001

7     Robert N. Kaplan                                    *Attorneys for Plaintiffs Arch Electronics and*
      KAPLAN FOX & KILSHEIMER LLP                         *Meijer, Inc.*
8     850 Third Avenue, 14th Floor
      New York, NY 10022
9     Tel:    212-687-1980
      Fax:    212-687-7714
10    Email:  rkaplan@kaplanfox.com

11    Douglas A. Millen, Esq. (Pro Hac Vice)              *Attorneys for Plaintiffs Art's TV & Appliance and*
      Freed Kanner London & Millen LLC                    *Carroll Cut-Rate Furniture*
12    2201 Waukegan Road, Suite 130
      Bannockburn, IL 60015
13    Tel: 224-632-4500
      Fax: 224-632-4519
14    Email: doug@fklmlaw.com

15    Gordon Ball                                         *Attorneys for Plaintiff Charles Benson*
      Ball & Scott
16    Suite 601, 550 Main Ave.
      Knoxville, TN 37902
17    Tel: 865-525-7028
      Fax: 865-525-4679
18    Email: gball@ballandscott.com

19    Jeffrey A. Klafter                                  *Attorneys for Plaintiff Industrial Computing, Inc.*
      KLAFTER & OLSEN LLP
20    1311 Mamaroneck Avenue, Suite 220
      White Plains, NY 10605
21    Tel:    914-997-5656
      Fax:    914-997-2444
22    Email: jak@klafterolsen.com

23    Donald Amamgbo, Esq.                                *Attorneys for Plaintiff Dennis Patrick*
      AMAMGBO & ASSOCIATES
24    7901 Oakport Street, Suite 4900
      Oakland, California 94621
25    Tel:    510-615-6000
      Fax:    510-615-6025

26

27

28

W02-WEST:FJV\400765602.1          **-7-**          CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Lisa J. Rodriguez<br>TRUJILLO RODRIGUEZ & RICHARDS,<br>LLC<br>8 Kings Highway West<br>Haddonfield, NJ 08033<br>Tel:    856-795-9002 | *Attorneys for Plaintiffs Radio & TV Equipment,*<br>*Inc., Royal Data Services, Inc., OK TV &*<br>*Appliances, and Sound Investments Corp. d/b/a*<br>*Eggers Audio-Video* |

1
Lisa J. Rodriguez
TRUJILLO RODRIGUEZ & RICHARDS,
2 LLC
8 Kings Highway West
3 Haddonfield, NJ 08033
Tel:    856-795-9002
4

*Attorneys for Plaintiffs Radio & TV Equipment,*
*Inc., Royal Data Services, Inc., OK TV &*
*Appliances, and Sound Investments Corp. d/b/a*
*Eggers Audio-Video*

5
Daniel R Karon
GOLDMAN SCARLATO & KARON, P.C.
6 55 Public Square, Suite 1500
Cleveland, OH 44113-1998
7 Tel:    216-622-1851
Fax:    216-622-1852
8 Email: karon@gsk-law.com
9

*Attorneys for Plaintiffs, Southern Office Supply,*
*Inc., Barry Kushner. Jerry Cook, Greg Glanz.*
*Brian Luscher, and Margaret Slagle*

10
Samuel D. Heins
HEINS MILLS & OLSON, P.L.C.
11 310 Clifton Avenue
Minneapolis, MN 55403
12 Tel:    612-338-4605
Fax:    612-338-4692
13 Email: heins@heinsmills.com

*Attorneys for Plaintiff Wettstein and Sons, Inc.*

14
Beijing-Matsushita Color CRT Company,
15 Ltd.
No. 9 Jiuxianqiao N. Rd
16 Dashanzi Chaoyang District
Beijing, People's Republic of China
17

*Defendant, Beijing-Matsushita Color CRT*
*Company, Ltd.*

18 Chunghwa Picture Tubes (Malaysia) Sdn.
Bhd.
19 Lot 1, Subang Hi-Tech Industrial Park
Bata Tiga, 4000 Shah Alam
20 Selangor Darul Ehsan, Malaysia

*Defendant, Chunghwa Picture Tubes (Malaysia)*
*Sdn. Bhd.*

21 Chunghwa Picture Tubes, Ltd.
No. 1127, Heping Rd.
22 Bade City, Taoyuan, Taiwan
23

*Defendant, Chunghwa Picture Tubes, Ltd.*

Hitachi Asia, Ltd.
24 16 Collyer Quay
#20-00 Hitachi Tower
25 Singapore 049318

*Defendant, Hitachi Asia, Ltd.*

26 Hitachi, Ltd.
6-6, Marunouchi 1-chome
27 Chiyoda-ku, Tokyo, 100-8280, Japan
28

*Defendant, Hitachi, Ltd.*

| | | |
|---|---|---|
| 1 | Irico Group Corporation | *Defendant, Irico Group Corporation* |
| | 1 Caihong Rd. | |
| 2 | Xianyang City, Shaanxi Province 712021 | |
| 3 | People's Republic of China | |
| | | |
| 4 | Irico, Display Devices Co. | *Defendant, Irico, Display Devices Co.* |
| | No. 16 Fenghui South Road West | |
| 5 | Disctrict High-Tech Development Zone | |
| | Xi'an, SXI 710775 | |
| 6 | People's Republic of China | |
| | | |
| 7 | Koninklijke Philips Electronics N.V. | *Defendant, Koninklijke Philips Electronics N.V.* |
| 8 | Breitner Center, Amstelplein 2, | |
| | 1096 BC Amsterdam, The Netherlands | |
| 9 | | |
| | MICHAEL R. LAZERWITZ | *Attorneys for Defendant, LP Displays* |
| 10 | CLEARY GOTTLIEB STEEN & | *International, Ltd.* |
| | HAMILTON LLP | |
| 11 | 2000 Pennsylvania Avenue, NW | |
| | Washington, DC 20006 | |
| 12 | Telephone: (202) 974-1679 | |
| | Facsimile: (202) 974-1999 | |
| 13 | Email: mlazerwitz@cgsh.com | |
| 14 | | |
| | Matsushita Electric Industrial Co., Ltd. | *Defendant, Matsushita Electric Industrial Co.,* |
| 15 | 1006, Oaza Kadoma, KAdoma-shi | *Ltd.* |
| | Osaka 571-8501, Japan | |
| 16 | | |
| 17 | MT Picture Display Co., Ltd. *aka* Matsushita | *Defendant, MT Picture Display Co., Ltd. aka* |
| | Toshiba Picture Display | *Matsushita* |
| 18 | 1-1, Saiwai-cho | *Toshiba Picture Display* |
| | Takatsuki, Osaka 569-1193, Japan | |
| 19 | | |
| 20 | Barry Bendes, Esq. | *Defendant, Orion America, Inc.* |
| | Anthony J. Viola | |
| 21 | EDWARDS ANGELL PALMER & DODGE | |
| | LLP | |
| 22 | 750 Lexington Avenue | |
| | New York, NY 10022 | |
| 23 | | |
| 24 | Orion Electric-Co., Ltd | *Defendant, Orion Electric-Co., Ltd* |
| | 41-1 Iehisa-cho Echizen-shi Fukui | |
| 25 | 915-8555, Japan | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Samsung SDI Co., Ltd. | *Defendant, Samsung SDI Co., Ltd.* |
| 2 | 575 Shin-dong, Yeontong-gu Suwon Gyeonggi-do | |
| 3 | Korea, 443-731 | |
| 4 | Samtel Color, Ltd. | *Defendant, Samtel Color, Ltd.* |
| 5 | 52, Community Centre, New Friends Colony New Delhi 110065, India | |
| 6 | Thai CRT Co., Ltd. | *Defendant, Thai CRT Co., Ltd.* |
| 7 | 1/F 26 Siam Cement Rd. Bangsue Dusit, Bangkok, Thailand | |
| 8 | Christopher Curran | *Attorneys for Defendants, Toshiba America, Inc.,* |
| 9 | White & Case | *Toshiba America Information Systems, Toshiba* |
| 10 | 701 Thirteenth Street, NW Washington, DC 20005 | *America Consumer Products, L.L.C., and Toshiba America Electronics Components, Inc* |
| 11 | Tel:  202-626-3600 Fax:  202-639-9355 | |
| 12 | Email:  ccurran@whitecase.com | |
| 13 | Toshiba Corporation | *Defendant, Toshiba Corporation* |
| 14 | 1-1, Shibaura 1-chome Minato-Ku, Tokyo | |
| 15 | 105-8001, Japan | |
| 16 | Curt Holbreich | *Attorneys for Defendants TPV International* |
| 17 | K&L Gates 55 Second Street, Suite 1700 | *(U.S.A.)* |
| 18 | San Francisco, CA 94105-3493 Tel:  415-882-8200 | |
| 19 | Fax:  415-882-8220 Email:  curt.holbreich@klgates.com | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

W02-WEST:FJV\400765602.1

-10-

CERTIFICATE OF SERVICE