John G. Emerson *(pro hac vice forthcoming)*
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867
Email: jemerson@emersonpoynter.com

***Attorney for Plaintiff Paula Call***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No.: 3:07-CV-5944 |
| | ) MDL NO. 1917 |
| This document relates to: | ) **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JOHN G. EMERSON *PRO HAC VICE*** |
| ALL ACTIONS | ) |

John G. Emerson, an active member in good standing of the bar of Texas, Washington, and Arkansas, whose business address and telephone is

Emerson Poynter LLP
830 Apollo Lane
Houston, Texas 77058
Phone: 281-488-8854

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff Paula Call.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: June ______, 2008

_______________________________________
JUDGE
United States District Court