1 | W. Joseph Bruckner (*pro hac vice*; wjbruckner@locklaw.com)
2 | Elizabeth R. Odette (*pro hac vice*; erodette@locklaw.com)
Lockridge Grindal Nauen P.L.L.P.
3 | 100 Washington Avenue South
Suite 2200
4 | Minneapolis, MN  55401
Telephone:  (612) 339-6900
5 | Facsimile:  (612) 339-0981

6 | Counsel for Plaintiffs Royal Data Services, Inc. &
OK TV & Appliances LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Master File No. 07-5944 SC |
| | MDL Docket No. 1917 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | **NOTICE OF APPEARANCE OF W. JOSEPH BRUCKNER** |

383345-1

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that W. Joseph Bruckner (wjbruckner@locklaw.com) of the

3  firm Lockridge Grindal Nauen P.L.L.P. hereby enters his appearance on behalf of plaintiffs

4  Royal Data Services, Inc. and OK TV & Appliances, LLC and all others similarly situated in *In*

5  *Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC (N.D. Cal.), MDL No. 1917,

6  and requests that all pleadings, notices, orders, correspondence and other papers in connection

7  with this action be served upon him at the e-mail address listed above.

8  DATED:  July 2, 2008                            LOCKRIDGE GRINDAL NAUEN P.L.L.P.

10                                            /s/ W. Joseph Bruckner
                                              W. Joseph Bruckner (*pro hac vice*;
11                                            wjbruckner@locklaw.com)
                                              Elizabeth R. Odette (*pro hac vice*;
12                                            erodette@locklaw.com)
                                              100 Washington Avenue South
13                                            Suite 2200
                                              Minneapolis, MN  55401
14                                            Telephone:  (612) 339-6900
                                              Facsimile:  (612) 339-0981

383345-1