W. Joseph Bruckner (*pro hac vice*; wjbruckner@locklaw.com)
Elizabeth R. Odette (*pro hac vice*; erodette@locklaw.com)
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981

Counsel for Plaintiffs Royal Data Services, Inc. & OK TV & Appliances LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Master File No. 07-5944 SC |
| | MDL Docket No. 1917 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, W. Joseph Bruckner, hereby affirm and declare that on July 2, 2008, I caused a copy of the Notice of Appearance of W. Joseph Bruckner to be electronically filed and served via the Court's ECF system and/or by depositing the same in the U.S. Mail, postage prepaid, on this date to the parties on the attached service list.

DATED:  July 2, 2008         LOCKRIDGE GRINDAL NAUEN P.L.L.P.

/s/ W. Joseph Bruckner
W. Joseph Bruckner
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
wjbruckner@locklaw.com

383347-1

**In Re: Cathode Ray Tube (CRT) Antitrust Litigation**
**Case 3:07-cv-05944-SC**

Service List

| | |
|---|---|
| Patrick J. Ahern<br>Baker & McKenzie<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 | Roxane Busey<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL 60601 |
| Manuel J. Dominguez<br>Berman DeValerio Peasse Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 | Neal A Eisenbraun<br>Neal A Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN 55113 |
| John Gressette Felder, Jr<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 | Traviss Levine Galloway<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St #3400<br>San Francisco, CA 94104 |
| Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 | Gregory D. Hull<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175 |
| Andrus Star Liberty<br>Andrus Liberty & Anderson LLP<br>1438 Market Street<br>San Francisco, CA 94102 | Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 |
| Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 | Steven A. Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 | Roger Martin Schrimp<br>Damrell Nelson Schrimp Pallios Pacher & Silva<br>1601 I Street 5th Floor<br>Modesto, CA 95354 |

| | |
|---|---|
| Imtiaz A. Siddiqui<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue<br>New York, NY 10110 | Donna F. Solen<br>Mason Law Firm-Washington<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036 |
| Jonathan Mark Watkins<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 | Matthew E. Van Tine<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| John M. Taladay<br>Baker & Hostetler<br>1050 Connecticut Ave N.W.<br>Washington, DC 20036 | Charles H. Johnson<br>Charles H Johnson & Associates PA<br>2599 Mississippi Street<br>New Brighton, MN 55113 |
| Anthony J. Viola<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue<br>New York, NY 10022 | Krishna B. Narine<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004 |
| Jean B. Roth<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 | Martin E. Grossman<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 |
| Karen Sewell<br>Baker & McKenzie LLP<br>130 E. Randolph Drive,<br>Suite 3500<br>Chicago, Il 60601 | Lori A. Fanning<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| Issac L. Diel<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211 | |