W. Joseph Bruckner (*pro hac vice*; wjbruckner@locklaw.com)
Elizabeth R. Odette (*pro hac vice*; erodette@locklaw.com)
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981

Counsel for Plaintiffs Royal Data Services, Inc. &
OK TV & Appliances LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Master File No. 07-5944 SC |
| | MDL Docket No. 1917 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | **NOTICE OF APPEARANCE OF ELIZABETH R. ODETTE** |

383349-1

1  TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that Elizabeth R. Odette (erodette@locklaw.com) of the firm

3  Lockridge Grindal Nauen P.L.L.P. hereby enters her appearance on behalf of plaintiffs Royal

4  Data Services, Inc. and OK TV & Appliances, LLC and all others similarly situated in *In Re:*

5  *Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC (N.D. Cal.), MDL No. 1917, and

6  requests that all pleadings, notices, orders, correspondence and other papers in connection with

7  this action be served upon him at the e-mail address listed above.

8  DATED:  July 2, 2008                           LOCKRIDGE GRINDAL NAUEN P.L.L.P.

/s/ Elizabeth R. Odette
W. Joseph Bruckner (*pro hac vice*;
wjbruckner@locklaw.com)
Elizabeth R. Odette (*pro hac vice*;
erodette@locklaw.com)
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981

383349-1