W. Joseph Bruckner (*pro hac vice*; wjbruckner@locklaw.com)
Elizabeth R. Odette (*pro hac vice*; erodette@locklaw.com)
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981

Counsel for Plaintiffs Royal Data Services, Inc. & OK TV & Appliances LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Master File No. 07-5944 SC |
| | MDL Docket No. 1917 |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I, Elizabeth R. Odette, hereby affirm and declare that on July 2, 2008, I caused a copy of the Notice of Appearance of Elizabeth R. Odette to be electronically filed and served via the Court's ECF system and/or by depositing the same in the U.S. Mail, postage prepaid, on this date to the parties on the attached service list.

DATED:  July 2, 2008                    LOCKRIDGE GRINDAL NAUEN P.L.L.P.

/s/ Elizabeth R. Odette
Elizabeth R. Odette
100 Washington Avenue South
Suite 2200
Minneapolis, MN  55401
Telephone:  (612) 339-6900
Facsimile:  (612) 339-0981
erodette@locklaw.com

383350-1

In Re: Cathode Ray Tube (CRT) Antitrust Litigation
Case 3:07-cv-05944-SC

Service List

Patrick J. Ahern
Baker & McKenzie
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601

Roxane Busey
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601

Manuel J. Dominguez
Berman DeValerio Peasse Tabacco Burt & Pucillo
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401

Neal A Eisenbraun
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

John Gressette Felder, Jr
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Traviss Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Gregory D. Hull
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175

Andrus Star Liberty
Andrus Liberty &
Anderson LLP
1438 Market Street
San Francisco, CA 94102

Lawrence D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Steven A. Reiss
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Lawrence P. Schaefer
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street 5th Floor
Modesto, CA 95354

383383-1

Imtiaz A. Siddiqui
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

Jonathan Mark Watkins
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249

Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

John M. Taladay
Baker & Hostetler
1050 Connecticut Ave N.W.
Washington, DC 20036

Charles H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Anthony J. Viola
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Karen Sewell
Baker & McKenzie LLP
130 E. Randolph Drive,
Suite 3500
Chicago, Il 60601

Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211