1  LIDIA MAHER (CA 222253)
   JEANE HAMILTON (CA 157834)
2  BARBARA NELSON (CA 87952)
   MAY LEE HEYE (CA 209366)
3  ANNA TRYON PLETCHER (CA 239730)
   Antitrust Division
4  U.S. Department of Justice
   450 Golden Gate Avenue
5  Box 36046, Room 10-0101
   San Francisco, CA  94102
6  Telephone: (415) 436-6660
   Facsimile: (415) 436-6687
7  Email: Jeane.Hamilton@usdoj.gov

8  Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL No. 1917<br><br>Date: September 5, 2008<br>Time: 10 a.m.<br>Court: Hon. Samuel Conti |
| This Document Relates to All Cases | |

**NOTICE OF MOTION AND MOTION BY THE UNITED STATES FOR A LIMITED STAY OF DISCOVERY**

<u>UNITED STATES' NOTICE OF MOTION AND MOTION</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT the United States Department of Justice files this Motion for a Limited Stay of Discovery before the Court of the Honorable Judge Samuel Conti, United States District Court Senior Judge in the Northern District of California. The government hereby moves this Court for a limited stay of discovery for a period of twelve months, beginning on the date of the hearing of this motion, September 5, 2008. The United States will provide a status report on the progress of the grand jury investigation on March 6, 2009 or on any other date as it pleases the Court. Upon lifting of the limited stay on September 4, 2009, the United States will provide a progress report to the Court and propose a schedule for staged discovery thereafter.

    Permitting full discovery in this civil matter to go forward at this time could lead to the disclosure of secret grand jury material, allow potential defendants in the criminal case to use the civil discovery process to subvert the more limited discovery rules of the Federal Rules of Criminal Procedure and otherwise undermine the government's criminal investigation.

    This motion is based on a Memorandum of Points and Authorities and the Declaration of Jeane Hamilton (Filed Under Seal). The government is also filing a proposed order.

Dated: July 7, 2008

                                                               Respectfully submitted,

                                                               /s/ Jeane Hamilton
                                                               Jeane Hamilton
                                                               Attorney, San Francisco Office
                                                               Antitrust Division
                                                               U.S. Department of Justice