John G. Emerson *(pro hac vice)*
Email: jemerson@emersonpoynter.com
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

*Attorney for Plaintiff Paula Call*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No.: 3:07-CV-5944 ) ) ) MDL NO. 1917 ) |
| This document relates to: ALL ACTIONS | ) **NOTICE OF APPEARANCE OF** ) **JOHN G. EMERSON** ) ) |

PLEASE TAKE NOTICE THAT in the above captioned litigation, John G. Emerson of the law firm of Emerson Poynter LLP hereby enters his appearance as counsel on behalf of plaintiff PAULA CALL and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him at the email address provided.

Dated:  July 9, 2008                            EMERSON POYNTER LLP

                                                By: /s/ John G. Emerson
                                                    John G. Emerson, *pro hac vice*
                                                    Email: jemerson@emersonpoynter.com
                                                    EMERSON POYNTER LLP
                                                    830 Apollo Lane
                                                    Houston, TX 77058
                                                    Telephone: (281) 488-8854
                                                    Facsimile: (281) 488-8867

                                                *Attorney for Plaintiff Paula Call*