John G. Emerson *(pro hac vice)*
Email: jemerson@emersonpoynter.com
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

*Attorney for Plaintiff Paula Call*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No.: 3:07-CV-5944 ) ) ) MDL NO. 1917 ) |
| This document relates to: | ) **CERTIFICATE OF SERVICE** ) |
| ALL ACTIONS | ) ) |

## CERTIFICATE OF SERVICE

I, John G. Emerson, declare that I am over the age of eighteen (18) and not a party to the within action. I am a partner in the law firm of Emerson Poynter LLP, The Museum Center, 500 President Clinton Avenue, Suite 305, Little Rock, Arkansas 72201.

On July 9, 2008, I caused a copy of the **NOTICE OF APPEARANCE OF JOHN G. EMERSON** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also served a copy upon all counsel not registered via the ECF system by depositing the same in the U.S. mail, postage paid, on this date to all parties listed on the attached service list.

1

Dated: July 9, 2008                         EMERSON POYNTER LLP

By: /s/ John G. Emerson
    John G. Emerson, *pro hac vice*
    Email: jemerson@emersonpoynter.com
    EMERSON POYNTER LLP
    830 Apollo Lane
    Houston, TX 77058
    Telephone: (281) 488-8854
    Facsimile: (281) 488-8867

***Attorney for Plaintiff Paula Call***

**In Re: Cathode Ray Tube (CRT) Antitrust Litigation**
**Case 3:07-cv-05944-SC**

Service List

| | |
|---|---|
| Patrick J. Ahern<br>Baker & McKenzie<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 | Roxane Busey<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL 60601 |
| Manuel J. Dominguez<br>Berman DeValerio Peasse Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 | Neal A Eisenbraun<br>Neal A Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN 55113 |
| John Gressette Felder, Jr<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 | Traviss Levine Galloway<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St #3400<br>San Francisco, CA 94104 |
| Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 | Gregory D. Hull<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175 |
| Andrus Star Liberty<br>Andrus Liberty & Anderson LLP<br>1438 Market Street<br>San Francisco, CA 94102 | Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 |
| Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 | Steven A. Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 | Roger Martin Schrimp<br>Damrell Nelson Schrimp Pallios Pacher & Silva<br>1601 I Street 5th Floor<br>Modesto, CA 95354 |

Imtiaz A. Siddiqui
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

Jonathan Mark Watkins
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249

John M. Taladay
Baker & Hostetler
1050 Connecticut Ave N.W.
Washington, DC 20036

Anthony J. Viola
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Karen Sewell
Baker & McKenzie LLP
130 E. Randolph Drive,
Suite 3500
Chicago, Il 60601

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Charles H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603