Counsel Listed On Signature Block

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**JOINT STIPULATION AS TO FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO: (i) THE DIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND (ii) THE INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM DEFENDANTS** |
| This Document Relates to:<br><br>ALL ACTIONS | |

1   WHEREAS, on June 6, 2008, the Direct Purchaser Plaintiffs served
2   their First Set of Requests for the Production of Documents ("Direct Purchaser
3   Plaintiffs' Document Demands") on certain of the undersigned defendants; and
4   WHEREAS, pursuant to the Federal Rule of Civil Procedure, the time
5   for defendants to serve their written responses and/or objections to the Direct
6   Purchaser Plaintiffs' Document Demands is due on or about July 10, 2008; and
7   WHEREAS, on June 10, 2008, the Indirect Purchaser Plaintiffs served
8   their First Set of Requests for the Production of Documents from Defendants
9   ("Indirect Purchaser Plaintiffs' Document Demands") on certain of the undersigned
10  defendants; and
11  WHEREAS, pursuant to the Federal Rule of Civil Procedure, the time
12  for defendants to serve their written responses and/or objections to the Indirect
13  Purchaser Plaintiffs' Document Demands is due on or about July 14, 2008; and
14  WHEREAS, defendants, the Direct Purchaser Plaintiffs, and the
15  Indirect Purchaser Plaintiffs have conferred and agree to extend the time for the
16  undersigned defendants to serve their respective written responses and/or objections
17  to the Direct Purchaser Plaintiffs' Document Demands and the Indirect Purchaser
18  Plaintiffs' Document Demands to and through July 25, 2008.
19  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
20  by and between counsel to the respective parties, that the time for the undersigned
21  defendants to serve their written responses and/or objections to the Direct Purchaser
22  Plaintiffs' Document Demands and the Indirect Purchaser Plaintiffs' Document
23  Demands is extended to and through July 25, 2008.
24
25
26
27
28

IT IS FURTHER HEREBY STIPULATED AND AGREED that the parties hereto reserve all rights and defenses not specifically addressed hereby.

Respectfully submitted,

Dated: July 9, 2008

By: /s/ Guido Saveri
Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102)
rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
**SAVERI & SAVERI INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415)217-6810
Facsimile: (415)217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

By: /s/ Mario N. Alioto
Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

By: /s/ Gary Halling
GARY L. HALLING, Bar No. 66087
ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Bar No. 95788
jmcginnis@sheppardmullin.com

MICHAEL SCARBOROUGH, Bar No. 203524
mscarborough@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

*Attorneys for Defendants*
*Samsung SDI America, INC.*
*and* Samsung *SDI Co., Ltd.*


By: ___/s/ Jeffrey L. Kessler___
JEFFREY L. KESSLER (pro hac vice)
Email: jkessler@dl.com
A. PAUL VICTOR (pro hac vice)
Email: pvictor@dl.com
EVA W. COLE (pro hac vice)
Email : ecole@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

STEVEN A. REISS (pro hac vice)
Email: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
Email: david.yohai@weil.com
ALAN R. FEIGENBAUM (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)

```
 1                                    Email: joseph.wetzel@weil.com
                                      WEIL, GOTSHAL & MANGES LLP
 2                                    201 Redwood Shores Parkway
                                      Redwood Shores, California 94065-1175
 3                                    Telephone: (650) 802-3000
                                      Facsimile: (650) 802-3100
 4
 5
                                      *Attorneys for Defendants Panasonic
 6                                    Corporation of North America and MT
                                      Picture Display*
 7                                    *Corporation of America (NY) (defunct)*
 8
                                      By:   /s/ Samuel Miller
 9                                    SAMUEL R. MILLER
                                      Email: srmiller@sidley.com
10                                    RYAN SANDROCK
                                      Email: rsandrock@sidley.com
11                                    SIDLEY AUSTIN LLP
                                      555 California Street
12                                    San Francisco, CA 94104
                                      Telephone : (415) 772-1200
13                                    Facsimile: (415) 772-7400
14
15                                    *Attorneys for Defendants LG Electronics,*
                                      *Inc. and LG Electronics USA, Inc.*
16
17
                                      By:   /s/ Michael Lazerwitz
18                                    MICHAEL R. LAZERWITZ (pro hac vice)
                                      Email: mlazerwitz@cgsh.com
19                                    CLEARY GOTTLIEB STEEN &
                                      HAMILTON LLP
20                                    2000 Pennsylvania Avenue, NW
                                      Washington, DC  20006
21                                    Telephone:  (202) 974-1679
                                      Facsimile:  (202) 974-1999
22
23                                    *Attorneys for Direct Purchaser Defendant*
                                      *LP Displays International Ltd.*
24
25
                                      By:   /s/ Anthony Viola
26                                    ANTHONY J. VIOLA (pro hac vice)
                                      Email: aviola@eapdlaw.com
27
28
                                          4
   W02-WEST:1ESC1\400924770.1         JOINT STIPULATION TO EXTEND TIME TO RESPOND TO
   MDL No. 1917                       DOCUMENT DEMANDS
```

```
                          BARRY BENDES (pro hac vice)
                          Email: bbendes@eapdlaw.com
                          JOSEPH CZERNIAWSKI (pro hac vice)
                          Email: jczerniawski@eapdlaw.com
                          EDWARDS ANGELL PALMER & DODGE
                          LLP
                          750 Lexington Avenue
                          New York, NY 10022
                          Telephone: (212) 308-4411
                          Facsimile: (212) 308-4844

                          DAVID W. EVANS
                          Email: devans@hbblaw.com
                          HAIGHT BROWN & BONESTEEL LLP
                          71 Stevenson Street, 20th Floor
                          San Francisco, CA  94105-2981
                          Telephone: (415) 546-7500
                          Facsimile: (415) 546-7505
```

*Attorneys for Defendant Orion America, Inc.*

```
                          By:   /s/ Ethan Litwin
                          ETHAN E. LITWIN       (pro hac vice)
                          Email: LitwinE@howrey.com
                          HOWREY LLP
                          153 East 53rd Street, 54th Floor
                          New York, NY 10022
                          Telephone: (212) 896-6500
                          Facsimile: (212) 896-6501
                          JOSEPH A. OSTOYICH (pro hac vice)
                          Email: OstoyichJ@howrey.com
                          HOWREY LLP
                          1299 Pennsylvania Avenue, N.W.
                          Washington, D.C. 20004-2402
                          Telephone: (202) 783-0800
                          Facsimile: (202) 383-6610
```

*Attorneys for Defendant Philips Electronics North America Corporation*

```
 1                          By:  /s/ Kent Roger
 2                          KENT ROGER
                            Email: kroger@morganlewis.com
 3                          LAURA ALEXIS LEE
                            Email : llee@morganlewis.com
 4                          JONATHAN M. DEGOOYER
 5                          Email : jdegooyer@morganlewis.com
                            MORGAN LEWIS & BOCKIUS LLP
 6                          One Market, Spear Street Tower
 7                          San Francisco, CA 94105-1596
                            Telephone: (415) 442-1000
 8                          Facsimile: (415) 442-1001
 9
                            Attorneys for Defendant Hitachi America,
10                          Ltd.
11
                            By:  /s/ Christopher Curran
12                          CHRISTOPHER M. CURRAN (pro hac vice)
13                          Email: ccurran@whitecase.com
                            GEORGE L. PAUL (pro hac vice)
14                          Email: gpaul@whitecase.com
                            LUCIUS B. LAU (pro hac vice)
15                          Email: alau@whitecase.com
16                          WHITE & CASE LLP
                            701 ThirteenthStreet, N.W.
17                          Washington, D.C.  20005
                            Telephone:  (202) 626-3600
18                          Facsimile:  (202) 639-9355
19
20                          Counsel to Defendants Toshiba America,
                            Inc.,
21                          Toshiba America Information Systems, Inc.,
                            Toshiba America Consumer Products,
22                          L.L.C.,
                            and Toshiba America Electronic
23                          Components, Inc.
24
                            By:  /s/ Bruce H. Jackson
25                          Bruce H. Jackson (State Bar No. 98118)
26                          (bruce.h.jackson@bakernet.com)
                            Robert W. Tarun (State Bar No. 64881)
27                          (robert.w.tarun@bakernet.com)
28                          Nancy C. Allred (State Bar No. 245736)
```

6

| | |
|---|---|
| 1 | (nancy.c.allred@bakernet.com) |
| 2 | BAKER & MCKENZIE LLP |
|   | Two Embarcadero Center, 11th Floor |
| 3 | San Francisco, CA  94111-3802 |
| 4 | Telephone:   +1 415 576 3000 |
|   | Facsimile:    +1 415 576 3099 |
| 5 | Patrick J. Ahern (pro hac vice) |
| 6 | (patrick.j.ahern@bakernet.com) |
|   | Roxane C. Busey (pro hac vice) |
| 7 | (roxane.c.busey@bakernet.com) |
| 8 | Karen Sewell (pro hac vice) |
|   | (karen.sewell@bakernet.com) |
| 9 | BAKER & MCKENZIE LLP |
| 10 | 130 E. Randolph Dr., Suite 3500 |
|    | Chicago, IL 60601 |
| 11 | Telephone:   +1 312 861 8000 |
| 12 | ***Attorneys for Tatung Company of America, Inc.*** |