Terry Calvani (53260)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: (202) 777-4505
Fax: (202) 777-4555

*Attorney for Defendant Beijing Matsushita Color CRT Company, Ltd.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944<br>MDL NO. 1917 – ALL CASES |
| This document relates to:<br>ALL ACTIONS | **NOTICE OF APPEARANCE OF TERRY CALVANI** |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Terry Calvani of the law firm of Freshfields Bruckhaus Deringer US LLP hereby enters his appearance as counsel on behalf of defendant **Beijing Matsushita Color CRT Company, Ltd.**, and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

Dated: July 16, 2008

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ *Terry Calvani*
Terry Calvani (CA Bar No. 53260)
Freshfields Bruckhaus Deringer US LLP
Email: terry.calvani@freshfields.com
701 Pennsylvania Avenue NW
Suite 600
Washington, DC 20004
Tel: (202) 777-4505
Fax: (202) 777-4555