Terry Calvani (53260)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: (202) 777-4505
Fax: (202) 777-4555

*Attorney for Defendant Beijing Matsushita Color CRT Company, Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944-SC<br>MDL No. 1917 – ALL CASES |
| This document relates to:<br>ALL ACTIONS | **CERTIFICATE OF SERVICE** |

I, Terry Calvani, declare that I am over the age of eighteen (18) and not a party to the within action. I am counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

On July 16, 2008, I caused a copy of the **NOTICE OF APPEARANCE OF TERRY CALVANI** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also served a copy upon all counsel not registered via the ECF system by depositing the same in the U.S. mail, postage paid, on this date to all parties listed on the attached service list.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 16, 2008 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| 3 | | |
| 4 | | By: /s/ *Terry Calvani* <br> Terry Calvani (CA Bar No. 53260) |
| 5 | | Freshfields Bruckhaus Deringer US LLP |
| 6 | | Email: terry.calvani@freshfields.com <br> 701 Pennsylvania Avenue NW |
| 7 | | Suite 600 <br> Washington, DC  20004 <br> Tel: (202) 777-4505 |
| 8 | | Fax: (202) 777-4555 |
| 9 | | ***Attorney for Defendant Beijing Matsushita Color CRT Company, Ltd.*** |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**SERVICE LIST**

| | |
|---|---|
| Patrick J. Ahern<br>Baker & McKenzie<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL  60601 | Roxane Busey<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL  60601 |
| Isaac L. Diel<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS  66211 | Lori A. Fanning<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL  60603 |
| John Gressette Felder, Jr.<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC  29201 | Traviss Levine Galloway<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St #3400<br>San Francisco, CA  94104 |
| Martin E. Grossman<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA  19085 | Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South<br>Suite 4000<br>Minneapolis, MN  55415 |
| Andrus Star Liberty<br>Andrus Liberty & Anderson LLP<br>1438 Market Street<br>San Francisco, CA  94102 | Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY  10016 |
| Krishna B. Narine<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd PA  19004 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 100 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN  55101 |
| Lisa J. Rodriguez<br>Trujillo Rodriguez & Richards LLP<br>8 Kings Highway West<br>Haddonfield, NJ  08033 | Jean B. Roth<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN  55402-4511 |
| Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN  55402-4511 | Roger Martin Schrimp<br>Damrell Nelson Schrimp Pallios Pacher & Silva<br>1601 I Street, 5th Floor<br>Modesto, CA  95354 |
| Karen Sewell<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL  60601 | Imtiaz A. Siddiqui<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue<br>New York, NY  10110 |

| | | |
|---|---|---|
| 1 | Donna F. Solen<br>Mason Law Firm – Washington | John M. Taladay<br>Baker & Hostetler |
| 2 | 1225 19th Street, N.W., Suite 500<br>Washington, DC  20036 | 1050 Connecticut Avenue, NW<br>Washington, DC  20036 |
| 3 | | |
| 4 | Matthew E. Van Tine<br>Miller Law LLC | Anthony J. Viola<br>Edwards Angell Palmer & Dodge LLP |
| 5 | 115 South LaSalle Street, Suite 2910<br>Chicago, IL  60603 | 750 Lexington Avenue<br>New York, NY  10022 |
| 6 | Jonathan Mark Watkins<br>The Furth Firm LLP | |
| 7 | 225 Bush Street, 15th Floor<br>San Francisco, CA  94104-4249 | |