LIDIA MAHER (CA 222253)
JEANE HAMILTON (CA 157834)
BARBARA NELSON (CA 87952)
MAY LEE HEYE (CA 209366)
ANNA TRYON PLETCHER (CA 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
Email: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | No. CV-07-5944-SC<br>MDL No. 1917<br><br>Date: September 5, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Samuel Conti<br><br>MOTION TO DISCLOSE DECLARATION OF JEANE HAMILTON TO SPECIAL MASTER |

## MOTION TO DISCLOSE DECLARATION OF JEANE HAMILTON TO SPECIAL MASTER

On July 8, 2008, this Court permitted the United States to file under seal the Declaration of Jeane Hamilton in Support of the United States' Motion for a Limited Stay of Discovery ("Hamilton Declaration"). On June 16, 2008, the Judge Charles A. Legge was appointed special master in this litigation. The United States believes, and Judge Legge concurs, that the Hamilton Declaration should be disclosed to Judge Legge. The information contained in the Hamilton Declaration will permit Judge Legge to be more fully informed, thereby assisting him in his duties as special master.

The United States requests that the Court sign the attached Order permitting the United States to provide a copy of the Hamilton Declaration to Judge Legge. The proposed Order further states that Judge Legge maintain the confidentiality of the Hamilton Declaration and not disclose its contents, except to his staff as necessary to assist him in his duties as special master.

Dated: July 17, 2008

Respectfully submitted,

_____
Jeane Hamilton
Attorney, San Francisco Office
Antitrust Division
U.S. Department of Justice