1  Terry Calvani (53260)
**FRESHFIELDS BRUCKHAUS DERINGER**
2  **US LLP**
Email: terry.calvani@freshfields.com
3  701 Pennsylvania Avenue, NW
Suite 600
4  Washington, DC  20004
Tel:  (202) 777-4505
5  Fax:  (202) 777-4555

6  *Attorney for Defendant Beijing Matsushita*
*Color CRT Company, Ltd.*

7

## UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA

9

## SAN FRANCISCO DIVISION

10

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION ) ) ) ) ) | Case No.: 3:07-CV-5944 MDL NO. 1917 – ALL CASES |
| This document relates to: ) ) ) | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| ALL ACTIONS ) ) | |

11

12

13

14

15

16       Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of

17  California Civil Local Rule 3-16, Defendant **Beijing Matsushita Color CRT Co., Ltd.**

18  discloses and certifies, by and through its undersigned attorney, that the following listed

19  persons, associations of persons, firms, partnerships, corporations (including parent

20  corporations) or other entities (i) have a financial interest in the subject matter in

21  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that

22  subject matter or in a party that could be substantially affected by the outcome of this

23  proceeding.

24       Beijing Matsushita Color CRT Co., Ltd. is a joint venture company held by the

25  following four entities: (1) named party MT Picture Display Co. Ltd.; (2) Beijing Orient

26  Electronics (Group) Co., Ltd., a Chinese company limited by shares; (3) China National

27  Electronics Import & Export Beijing Company, a China state-owned enterprise; and

28

1   (4) Beijing Yayunchun Branch of the Industrial and Commercial Bank of China, Ltd., a

2   China state-owned enterprise.

3         These representations are made to enable the Court to evaluate possible

4   disqualification or recusal.

5   Dated:  July 17, 2008                      FRESHFIELDS BRUCKHAUS
                                          DERINGER US LLP

6

7                                By:/s/ *Terry Calvani*
                                     Terry Calvani (CA Bar No. 53260)
                                     Freshfields Bruckhaus Deringer

8                                       US LLP
                                     Email: terry.calvani@freshfields.com

9                                       701 Pennsylvania Avenue NW
                                      Suite 600

10                                    Washington, DC  20004
                                   Tel: (202) 777-4505

11                                    Fax: (202) 777-4555

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Interested Entities or Persons