Terry Calvani (53260)
**FRESHFIELDS BRUCKHAUS DERINGER
US LLP**
Email: terry.calvani@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel: (202) 777-4505
Fax: (202) 777-4555

*Attorney for Defendant Beijing Matsushita
Color CRT Company, Ltd.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944-SC MDL No. 1917 – ALL CASES |
| This document relates to: ALL ACTIONS | **CERTIFICATE OF SERVICE** |

I, Terry Calvani, declare that I am over the age of eighteen (18) and not a party to the within action.  I am counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

On July 17, 2008, I caused a copy of the **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** of Defendant Beijing Matsushita Color CRT Company, Ltd., to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing.  I also served a copy upon all counsel not registered via the ECF system by depositing the same in the U.S. mail, postage paid, on this date to all parties listed on the attached service list.

-1-

1

2   Dated:  July 17, 2008                              FRESHFIELDS BRUCKHAUS
                                                       DERINGER US LLP
3
                                                       By:/s/ *Terry Calvani*
4                                                          Terry Calvani (CA Bar No. 53260)
                                                           Freshfields Bruckhaus Deringer
5                                                           US LLP
                                                           Email: terry.calvani@freshfields.com
6                                                          701 Pennsylvania Avenue NW
                                                           Suite 600
7                                                          Washington, DC  20004
                                                           Tel: (202) 777-4505
8                                                          Fax: (202) 777-4555

9                                                      ***Attorney for Defendant Beijing
                                                       Matsushita Color CRT Company, Ltd.***
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**SERVICE LIST**

2

Patrick J. Ahern
Baker & McKenzie
3 One Prudential Plaza
130 East Randolph Drive
4 Chicago, IL  60601

Roxane Busey
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL  60601

5

Isaac L. Diel
Sharp McQueen
6 6900 College Boulevard, Suite 285
Overland Park, KS  66211

Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603

7

John Gressette Felder, Jr.
8 McGowan Hood Felder and Johnson
1405 Calhoun Street
9 Columbia, SC  29201

Traviss Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA  94104

10

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
11 Villanova, PA  19085

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette
LLP
500 Washington Avenue South
Suite 4000
Minneapolis, MN  55415

12

13

Andrus Star Liberty
Andrus Liberty & Anderson LLP
14 1438 Market Street
San Francisco, CA  94102

Lawrence D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY  10016

15

Krishna B. Narine
16 Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
17 Bala Cynwyd PA  19004

Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 100 First National Bank Building
322 Minnesota Street
St. Paul, MN  55101

18

Jean B. Roth
19 Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
20 220 South Sixth Street
Minneapolis, MN  55402-4511

Lawrence P. Schaefer
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402-4511

21

Roger Martin Schrimp
22 Damrell Nelson Schrimp Pallios Pacher &
Silva
23 1601 I Street, 5th Floor
Modesto, CA  95354

Karen Sewell
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL  60601

24

Imtiaz A. Siddiqui
25 Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY  10110

Donna F. Solen
Mason Law Firm – Washington
1225 19th Street, N.W., Suite 500
Washington, DC  20036

26

27

28

John M. Taladay
Baker & Hostetler
1050 Connecticut Avenue, NW
Washington, DC  20036

Anthony J. Viola
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY  10022

Neal A. Eisenbraun
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN  55113

Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL  60603

Jonathan Mark Watkins
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA  94104-4249

Charles H. Johnson
Charles H. Johnson & Assocs., PA
2599 Mississippi Street
New Brighton, MN  55113