1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  One California Plaza
   300 S. Grand Ave., Suite 3900
3  Los Angeles, CA 90071-3172
   Telephone: (213) 617-1200
4  Facsimile: (213) 617-1975
   Email: jwesterman@milberg.com
5

6  MILBERG LLP                                          ADEMI & O'REILLY, LLP
   PETER SAFIRSTEIN (*pro hac vice* admission           GURI ADEMI (*pro hac vice* admission to be
7  to be submitted)                                     submitted)
   ANDREW MORGANTI (*pro hac vice*                      SHPETIM ADEMI (*pro hac vice* admission to
8  admission to be submitted)                           be submitted)
   One Pennsylvania Plaza, 49th Floor                   3620 Layton Avenue
9  New York, NY 10119                                   Cudahay, WI 53100
   Telephone: (212) 594-5300                            Telephone: (414) 482-8000
10 Facsimile: (212) 868-1229                            Facsimile: (414) 482-8001
   Email: psafirstein@milberg.com                       Email: gademi@ademilaw.com
11       amorganti@milberg.com                                 sademi@ademilaw.com

12
   Counsel for Plaintiffs and
13 the Proposed Indirect Purchaser Class

14                   UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 IN RE CATHODE RAY TUBE (CRT)    )   Master File No. CV-07-5944-SC
   ANTITRUST LITIGATION            )
17                                 )   MDL No. 1917
                                   )
18 _____  )
   This Document Relates to:       )   PLAINTIFFS JAMES E. ALLEE, KORY
19                                 )   PENTLAND AND JIM BROWN'S
   *JAMES E. ALLEE, et al. v. MATSUSHITA* )   ADMINISTRATIVE MOTION TO
20 *ELECTRIC INDUSTRIAL CO., Case No. CV-* )   CONSIDER WHETHER CASES SHOULD
   *08-3493-EDL*                   )   BE RELATED PURSUANT TO CIVIL
21                                 )   LOCAL RULE 3-12 AND 7-11
                                   )
22 _____

23

24

25

26

27

28

ADMINISTRATIVE MOTION TO RELATE CASES
Case No. CV-07-5944 -SC

DOCS\440620v1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs James E. Allee, Kory Pentland and Jim Brown ("plaintiffs") hereby move this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether the action entitled *James E. Allee, et al. v. Matsushita Electric Industrial Co.,* Case No. CV-08-3493-EDL ("*Allee*"), filed July 21, 2008, should be related to *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. CV-07-5944-SC ("*CRT*"), filed November 26, 2007.

Civil Local Rule 3-12(a) provides:

> An action is related to another when:
> (1) The actions concern substantially the same parties, property, transaction or event; and
> (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Here, *Allee* should be related to *CRT* because both actions involve allegations that defendants participated in a conspiracy to fix, raise, maintain, and/or stabilize the price of cathode ray tube products, which are used in a number of products including televisions and computer monitors in violation of the Sherman Antitrust Act, 15 U.S.C. § 1. Given the closely related nature of these cases, each involving substantially similar questions of law and fact, the assignment of this action to the same judge would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Therefore, plaintiffs respectfully request that the *Allee* action be related to the *CRT* action and assigned to the Honorable Samuel Conti.

Respectfully submitted,

DATED: July 22, 2008

MILBERG LLP
JEFF S. WESTERMAN

*/s/ JEFF S. WESTERMAN*
JEFF S. WESTERMAN

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milberg.com

MILBERG LLP
PETER SAFIRSTEIN (*pro hac vice* admission to be submitted)
ANDREW MORGANTI (*pro hac vice* admission to be submitted)
One Pennsylvania Plaza
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229
Email: psafirstein@milberg.com
           amorganti@milberg.com

ADEMI & O'REILLY, LLP
Guri Ademi (*pro hac vice* admission to be submitted)
Shpetim Ademi (*pro hac vice* admission to be submitted)
3620 Layton Avenue
Cudahay, WI 53100
Telephone:  (414) 482-8000
Facsimile:  (414) 482-8001
Email: gademi@ademilaw.com
           sademi@ademilaw.com

*Counsel for Plaintiffs and the Proposed Indirect Purchaser Class*

ADMINISTRATIVE MOTION TO RELATE CASES
Case No. CV-07-5944-SC

-2-

DOCS\440620v1