1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  One California Plaza
   300 S. Grand Ave., Suite 3900
3  Los Angeles, CA 90071-3172
   Telephone: (213) 617-1200
4  Facsimile: (213) 617-1975
   Email: jwesterman@milberg.com
5

6  MILBERG LLP                                          ADEMI & O'REILLY, LLP
   PETER SAFIRSTEIN (*pro hac vice* admission           GURI ADEMI (*pro hac vice* admission to be
7  to be submitted)                                     submitted)
   ANDREW MORGANTI (*pro hac vice*                      SHPETIM ADEMI (*pro hac vice* admission to
8  admission to be submitted)                           be submitted)
   One Pennsylvania Plaza, 49th Floor                   3620 Layton Avenue
9  New York, NY 10119                                   Cudahay, WI 53100
   Telephone: (212) 594-5300                            Telephone: (414) 482-8000
10 Facsimile: (212) 868-1229                            Facsimile: (414) 482-8001
   Email: psafirstein@milberg.com                       Email: gademi@ademilaw.com
11        amorganti@milberg.com                                sademi@ademilaw.com

12
   Counsel for Plaintiffs and
13 the Proposed Indirect Purchaser Class

14                        UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16  IN RE CATHODE RAY TUBE (CRT) )           Master File No. CV-07-5944-SC
    ANTITRUST LITIGATION          )
17                                )          MDL No. 1917
                                  )
18  _____)
    This Document Relates to:     )          DECLARATION OF JEFF S. WESTERMAN
19                                )          IN SUPPORT OF PLAINTIFFS JAMES E.
    *JAMES E. ALLEE, et al. v. MATSUSHITA* ) ALLEE, KORY PENTLAND AND JIM
20  *ELECTRIC INDUSTRIAL CO., Case No. CV-* ) BROWN'S ADMINISTRATIVE MOTION
    *08-3493-EDL*                 )          TO CONSIDER WHETHER CASES
21                                )          SHOULD BE RELATED PURSUANT TO
                                  )          CIVIL LOCAL RULE 3-12 AND 7-11
22  _____)

23

24

25

26

27

28  DECLARATION OF JEFF S. WESTERMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO
    RELATE CASES
    Case No. CV-07-5944-SC
    DOCS\440631v1

I, Jeff S. Westerman, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm Milberg LLP, I am counsel for plaintiffs James E. Allee, Kory Pentland and Jim Brown, in the above-entitled action. This Declaration is based on personal knowledge, except where specified that information is based on information and belief, and if called to testify, I could and would do so competently as to the matters set forth herein. I submit this Declaration in support of plaintiffs' Administrative Motion to Consider Whether Cases Should be Related.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint entitled *James E. Allee, et al. v. Matsushita Electric Industrial Co.,* Case No. CV-08-3493-EDL ("*Allee*"), the *Allee* action alleges a conspiracy to fix, raise, maintain and stabilize the price of cathode ray tube products in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

3. The *Allee* action is a proposed class action on behalf of indirect purchasers of products containing cathode ray tubes in the United States from one of more named defendants. Like *In Re Cathode Ray Tube* (CRT) *Antitrust Litigation*, Case No. CV-07-5944-SC ("*CRT*"), the *Allee* action alleges a conspiracy to fix, raise, maintain and stabilize the price of cathode ray tube products in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

4. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because defendants in the *Allee* action have not yet appeared.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of July 2008 at Los Angeles, California

*/s/ JEFF S. WESTERMAN*
JEFF S. WESTERMAN

DECLARATION OF JEFF S. WESTERMAN IN SUPPORT OF ADMINISTRATIVE MOTION TO RELATE CASES
Case No. CV-07-5944-SC

-1-

DOCS\440631v1