1
2
3
4
5
6
7
8
9
10                            UNITED STATES DISTRICT COURT
11                           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | [PROPOSED] ORDER RELATING CASES (CIVIL LOCAL RULES 3-12 AND 7-11) |
| *JAMES E. ALLEE, et al. v. MATSUSHITA ELECTRIC INDUSTRIAL CO.*, Case No. CV-08-3493-EDL | |

[PROPOSED] ORDER RELATING CASES
Case No. CV-07-5944-SC
DOCS\440639v1

1   On July 22, 2008, plaintiffs James E. Allee, Kory Pentland and Jim Brown ("plaintiffs")
2   filed an Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil
3   Local Rule 3-12 and 7-11.  The time for filing an opposition or statement of support has passed.
4   The Court having considered the papers and pleadings on file, and good cause appearing,

5   HEREBY GRANTS Plaintiffs' Administrative Motion to Consider Whether Cases
6   Should Be Related.

7   IT IS ORDERED that the following cases are related:

8   *In Re Cathode Ray Tube (CRT) Antitrust Litigation*   Case No. CV-07-5944-SC

9   *James E. Allee, et al. v. Matsushita Electric*   Case No. CV-08-3493-EDL
10  *Industrial Co.*

12  **IT IS SO ORDERED.**

14  DATED: _____

        _____
15      THE HONORABLE SAMUEL CONTI
        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RELATING CASES
Case No. CV-07-5944- SC                                                    -1-
DOCS\440639v1