Case 4:07-cv-05944-JST   Document 336   Filed 07/22/08   Page 1 of 17

GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
CADIO ZIRPOLI (179108)
  zirpoli@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

Attorneys for Direct Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**CLASS ACTION** |
| This Document Relates to:<br><br>All Direct Purchaser Actions | **PROOF OF SERVICE ON CERTAIN FOREIGN DEFENDANTS** |

Proof of Service on Certain Foreign Defendants; Case No. CV-07-5944 SC

Attached hereto as Exhibits A, B, and C are true and correct copies of Certificates of service of process on the following defendants, respectively: (1) Irico Display Devices Co., Ltd.; (2) Irico Group Corporation; and (3) Beijing-Matsushita Color CRT Company, Ltd.

Dated: July 22, 2008.  Respectfully submitted,

By: /s/ *Cadio Zirpoli*
GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Attorneys for Direct Purchaser Plaintiffs*

Crt.091

# EXHIBIT A

# SHENXI PROVINCE SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shenxi Province Superior People's Court]

Judicial Association No. SX-08-682

| Cause of Action | Tort | Case No. | Law Association No. 657 2008 |
|---|---|---|---|
| Document for Service and Number | 1. Summary of documents served, one copy;  2. Summons, one copy; 3. Complaint, one copy;  and 4. Other documents. | | |
| Servee(s) | Irico Display Devices ., Ltd. | | |
| Address for Service | 1 South Fenghui Road, New Technology Zone, Xi'an City, (Shenxi Province) . | | |
| Recipient's Signature or Seal | Zhao, Dong Fei | | June 3, 2008 |
| Substitute Recipient and Reason(s) for Substitution | Administration director, Irico Display Devices Co., Ltd. | | 3, 2008 |
| Notes | | | |

Issuer:   Hu, Yu                                   Server:   Li, Jian Hong

*Note:*

   *(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.*

   *(2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.*

Case Name: Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant: Irico Display Devices Co., Ltd.
Court Case No.: CV-07-6279

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___June 3, 2008___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___No.1, Fenghui Nan Road, High-Tech Development Zone, Xi'an, Shanxi, China.___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) in accordance with the following particular method*:
           b) *selon la forme particulière suivante:* _____
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Zhao Lefei___

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Director of company office.___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Case, Order Setting Case Management Conference, Consent to Proceed Before a United States Magistrate Judge, ECF Registration Information Handout, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* ___Beijing___, the / le ___June 25, 2008___
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE
AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | DIVISION OF JUDICIAL ASSISTANCE<br>Ministry of Justice<br>No.10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br><br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*    Irico Display Devices Co., Ltd.
        No. 16, Fenghui South Road West, District High-tech Development Zone, Xi'an, SXI 710075, China
            Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Class Action Complaint
--Summons in a Civil Case
--Order Setting Case Management Conference
--Consent to Proceed Before a United States Magistrate Judge
--ECF Registration Information Handout
--Translations
--Summary of the Documents to be Served

Done at                                          , the 4/28/08
*Fait à* Minneapolis, Minnesota, U.S.A.            *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# 陕 西 省 高 级 人 民 法 院

送达回证

SX-08-682

| 案　由 | 侵权 | 案号 | (陕协)字第657号 2008 |
|---|---|---|---|
| 送达文书名称和件数 | 1. 被送达文书概要一份<br>2. 传票一份<br>3. 诉状一份<br>4. 公告 | | |
| 受送达人 | Irico Display Devices Co., Ltd. | | |
| 送达地址 | 西安市高新技术开发区 Fenghui南路1号 | | |
| 受送达人签名或盖章 | 彭智 　　　　2008年 6月 3日 | | |
| 代收人及代收事由 | 彩虹发河公司办公室彭智 　　　　2008年 6月 3日 | | |
| 备　考 | | | |

填发人：[签名]　　　　送达人：[签名]

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。

②代收诉讼文书的，由代收人签名或盖章后，还应注明与受送达人的关系及代收理由。

# EXHIBIT B

# SHENXI PROVINCE SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Shenxi Province Superior People's Court]

Judicial Association No. SX-08-681

| Cause of Action | Tort | Case No. | Law Association No. 658 2008 |
|---|---|---|---|
| Document for Service and Number | 1. Summary of documents served, one copy; 2. Summons, one copy; 3. Complaint, one copy; and 4. other documents. | | |
| Servee(s) | Irico Group Corporation | | |
| Address for Service | 1 Cai Hong Road, Xian Yang City, Shenxi Province 712021. | | |
| Recipient's Signature or Seal | Yan, Yuan Long                                June 3, 2008 | | |
| Substitute Recipient and Reason(s) for Substitution | Company Legal Advisor                                     Date | | |
| Notes | | | |

Issuer:   Hu, Yu                               Server:   Li, Jian Hong

*Note:*

   *(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.*

   *(2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.*

Case Name: Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant: Irico Group Corporation
Court Case No.: CV-07-6279

Sx-08-681

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___June 3, 2008___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___No.1 Caihong Road, Xianyang City, Shanxi, China.___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Yan Somebody (The signature can not be recognized)___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Legal consultant of the company.___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Case, Order Setting Case Management Conference, Consent to Proceed Before a United States Magistrate Judge, ECF Registration Information Handout, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at ___Beijing___ the ___June 25, 2008___
*Fait à*          *le*
Signature and/or stamp
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | DIVISION OF JUDICIAL ASSISTANCE<br>Ministry of Justice<br>No.10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br><br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*    Irico Group Corporation
           1 Caihong Rd., Xianyang City, Shaanxi Province 712021, China
                                Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Class Action Complaint
--Summons in a Civil Case
--Order Setting Case Management Conference
--Consent to Proceed Before a United States Magistrate Judge
--ECF Registration Information Handout
--Translations
--Summary of the Documents to be Served

Done at                                                          , the 4/28/08
*Fait à* Minneapolis, Minnesota, U.S.A.          *, le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# 陕西省高级人民法院
## 送达回证

SX-08-681

| 案　　由 | 侵权 | 案号 | (法协)字第658号 2008 |
|---|---|---|---|
| 送达文书名称和件数 | 1. 被送达文书概要一份　4. 文书<br>2. 传票一份<br>3. 诉状一份 | | |
| 受送达人 | Irico Group Corporation | | |
| 送达地址 | 陕西省咸阳市彩虹路1号　712021 | | |
| 受送达人签名或盖章 | [signature] | 2008年 6月 3日 | |
| 代收人及代收事由 | 公司法律顾问 | 年　月　日 | |
| 备　　考 | | | |

填发人：[signature]　　　送达人：李建红

注：①送达刑事诉讼文书，按照刑事诉讼法第五十七条的规定办理；送达民事、行政诉讼文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　②代收诉讼文书的，由代收人签名或盖章后，还应注明与受送达人的关系及代收理由。

EXHIBIT C

## BEIJING CITY SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing City Superior People's Court]

Judicial Association No. SX-08-683

| Cause of Action | | Case No. | Law Association No. (2008) 656 |
|---|---|---|---|
| Document for Service and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy; Other document, one copy. | | |
| Servee(s) | Beijing Matsushita Color Display Devices Co. Ltd. | | |
| Address for Service | 9 North JiuXianQiao Road, DaShanZi, ZhaoYang District, (Beijing) | | |
| Recipient's Signature or Seal | Wang, Tong Zhi, Head of Finance Department, Beijing Matsushita Color Display Devices Co. Ltd. Telephone: 13910681160 | | |
| Substitute Recipient and Reason(s) for Substitution | | | |
| Notes | United States | | |

Issuer:   Chen, Xin          Server:   Wang, Dong

*Note:*

(1) *The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §51; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.*

(2) *In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.*

(3) *This Proof of Service form can also be used for service in Hong Kong and Macao.*

Case Name: Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant: Beijing-Matsushita Color CRT Company, Ltd.
Court Case No.: CV-07-6279

Sx-08-683

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___No mentioned.___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___No. 9 Jiu Xianqiao N. Road, Dashanzi, Chaoyang District, Beijing, China.___
   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Wang Somebody. (The signature can not be recognized.)___
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___Manager of finance department.___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Case, Order Setting Case Management Conference, Consent to Proceed Before a United States Magistrate Judge, ECF Registration Information Handout, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at ___Beijing___, the ___July 2, 2008___
*Fait à*

Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | DIVISION OF JUDICIAL ASSISTANCE<br>Ministry of Justice<br>No.10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br><br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   Beijing-Matsushita Color CRT Company, Ltd.
             No. 9 Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China
                   Tel:

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

--Class Action Complaint
--Summons in a Civil Case
--Order Setting Case Management Conference
--Consent to Proceed Before a United States Magistrate Judge
--ECF Registration Information Handout
--Translations
--Summary of the Documents to be Served

Done at                                            , the  4/28/08
*Fait à* Minneapolis, Minnesota, U.S.A.    *, le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

# 北京市高级人民法院
## 送 达 回 证

SX-08-683

| 案　　由 | | 案　　号 | 法协（2008）656号 |
|---|---|---|---|
| 送达文书<br>名称和件数 | 文书概要一份<br>诉状一份 | | 传票一份<br>文书一份 |
| 受送达人 | 北京 Matsushita 彩色显像管公司　音译：松下 | | |
| 送达地址 | 朝阳区大山子酒仙桥北路9号 | | |
| 受送达人<br>签名或盖章 | 孔月英，北京松下彩色显像管<br>有限公司财务部部长，电话：<br>13910681160 | | |
| 代收人<br>代收理由 | | | |
| 备　　考 | 美国 | | |

填发人　陈新　　　　　　　　　　　　　　　　送达人　王东

注：（1）送达刑事诉讼文书，按照刑事诉讼法第五　一条的规定办理；送达民事、行政诉讼
　　　　文书，按照或参照民事诉讼法第七十八条、第七十九条的规定办理。
　　（2）代收诉讼文书的，由代收人签名或盖章后，还应注明其与受送达人的关系及代收理
　　　　由。
　　（3）本《〈送达回证〉》适用涉港、澳地区送达。

