MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
One California Plaza
300 S. Grand Ave., Suite 3900
Los Angeles, CA 90071-3172
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

MILBERG LLP
PETER SAFIRSTEIN (*pro hac vice* admission to be submitted)
ANDREW MORGANTI (*pro hac vice* admission to be submitted)
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milberg.com
      amorganti@milberg.com

ADEMI & O'REILLY, LLP
GURI ADEMI (*pro hac vice* admission to be submitted)
SHPETIM ADEMI (*pro hac vice* admission to be submitted)
3620 Layton Avenue
Cudahay, WI 53100
Telephone: (414) 482-8000
Facsimile: (414) 482-8001
Email: gademi@ademilaw.com
      sademi@ademilaw.com

Counsel for Plaintiffs and
the Proposed Indirect Purchaser Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | PROOF OF SERVICE |
| *JAMES E. ALLEE, et al. v. MATSUSHITA ELECTRIC INDUSTRIAL CO.,* Case No. CV-08-3493-EDL | |

# DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, employed in the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071-3149.

2. That on July 22 2008, declarant served the following:

Plaintiffs James E. Allee, Kory Pentland And Jim Brown's Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Civil Local Rule 3-12 And 7-11

Declaration Of Jeff S. Westerman In Support Of Plaintiffs James E. Allee, Kory Pentland And Jim Brown's Administrative Motion To Consider Whether Cases Should Be Related Pursuant To Civil Local Rule 3-12 And 7-11

[Proposed] Order Relating Cases (Civil Local Rules 3-12 And 7-11)

by depositing a true copy thereof in a United States mailbox at Los Angeles, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of July, 2008, at Los Angeles, California.

_____
CECILLE CHAFFINS

PROOF OF SERVICE
Case No. CV-07-5944-SC

-1-

DOCS\440768v1

In re Cathode Ray Tube (CRT) Antitrust Litigation
U.S.D.C., Northern District

Case No. CV-07-5944-SC

Non-Electronically Mailed Service List

| | |
|---|---|
| Patrick J. Ahern<br>Baker & McKenzie<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 | Martin E. Grossman<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 |
| Roxane Busey<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL 60601 | Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 |
| Issac L. Diel<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211 | Gregory D. Hull<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175 |
| Manuel J. Dominguez<br>Berman DeValerio Peasse Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 | Charles H. Johnson<br>Charles H Johnson & Associates PA<br>2599 Mississippi Street<br>New Brighton, MN 55113 |
| Neal A Eisenbraun<br>Neal A Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN 55113 | Andrus Star Liberty<br>Andrus Liberty & Anderson LLP<br>1438 Market Street<br>San Francisco, CA 94102 |
| John G. Emerson<br>Emerson Poynter LLP<br>830 Apollo Lane<br>Houston, TX 77058 | Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 |
| Lori A. Fanning<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | Krishna B. Narine<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004 |
| John Gressette Felder , Jr<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 |
| Traviss Levine Galloway<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St # ;3400<br>San Francisco, CA 94104 | Steven A. Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 |

| | |
|---|---|
| 1 | |
| 2 | Jean B. Roth<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| 3 | |
| 4 | |
| 5 | Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| 6 | |
| 7 | |
| 8 | Roger Martin Schrimp<br>Damrell Nelson Schrimp Pallios Pacher & Silva<br>1601 I Street 5th Floor<br>Modesto, CA 95354 |
| 9 | |
| 10 | Karen Sewell<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Sutie 3500<br>Chicago, Il 60601 |
| 11 | |
| 12 | Imtiaz A. Siddiqui<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue<br>New York, NY 10110 |
| 13 | |
| 14 | Donna F. Solen<br>Mason Law Firm-Washington<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036 |
| 15 | |
| 16 | |
| 17 | John M. Taladay<br>Baker & Hostetler<br>1050 Connecticut Ave N.W.<br>Washington, DC 20036 |
| 18 | |
| 19 | Matthew E. Van Tine<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| 20 | |
| 21 | Anthony J. Viola<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue<br>New York, NY 10022 |
| 22 | |
| 23 | Jonathan Mark Watkins<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE
Case No. CV-07-5944-SC
DOCS\440768v1

-3-