LIDIA MAHER (CA 222253)
JEANE HAMILTON (CA 157834)
BARBARA NELSON (CA 87952)
MAY LEE HEYE (CA 209366)
ANNA TRYON PLETCHER (CA 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687
Email: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. CV-07-5944-SC<br>MDL No. 1917<br><br>Date: September 5, 008<br>Time: 10:00 a.m.<br>Court: Hon. Samuel Conti<br><br>[PROPOSED] ORDER TO PERMIT SPECIAL MASTER TO REVIEW DECLARATION OF JEANE HAMILTON |
| This Document Relates to All Actions | |

**[PROPOSED] ORDER TO DISCLOSE DECLARATION OF JEANE HAMILTON TO SPECIAL MASTER**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | No. CV-07-5944-SC<br>MDL No. 1917 ALL CASES<br><br>Date:   September 5, 2008<br>Time:   10:00 a.m.<br>Court:  Hon. Samuel Conti<br><br>ORDER TO DISCLOSE DECLARATION OF JEANE HAMILTON TO SPECIAL MASTER |

## ORDER TO DISCLOSE

Upon application of the Antitrust Division of the United States Department of Justice, and good cause appearing therefore, IT IS HEREBY ORDERED that the United States provide a copy of the Declaration of Jeane Hamilton in Support of the United States' Motion for a Limited Stay of Discovery ("Hamilton Declaration") to the special master in this litigation, the Honorable Charles A. Legge. Further, Judge Legge is instructed to maintain the confidentiality of the Hamilton Declaration and not disclose its contents, except to his staff as necessary to assist him in his duties as special master.

Date: _____, 2008

_____
United States District Court Senior Judge