1   LIDIA MAHER (CA 222253)
    JEANE HAMILTON (CA 157834)
2   BARBARA NELSON (CA 87952)
    MAY LEE HEYE (CA 209366)
3   ANNA TRYON PLETCHER (CA 239730)
    Antitrust Division
4   U.S. Department of Justice
    450 Golden Gate Avenue
5   Box 36046, Room 10-0101
    San Francisco, CA 94102
6   Telephone: (415) 436-6660
    Facsimile: (415) 436-6687
7   Email: Jeane.Hamilton@usdoj.gov

8   Attorneys for the United States

9
10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                            SAN FRANCISCO DIVISION

13  IN RE: CATHODE RAY TUBE (CRT)         )   No. CV-07-5944-SC
    ANTITRUST LITIGATION                  )   MDL No. 1917
14                                        )
                                          )   Date:  September 5, 008
                                          )   Time:  10:00 a.m.
15                                        )   Court: Hon. Samuel Conti
                                          )
16                                        )   [▓▓▓▓▓▓▓] ORDER TO
    This Document Relates to All Actions  )   PERMIT SPECIAL MASTER
17                                        )   TO REVIEW DECLARATION
                                          )   OF JEANE HAMILTON
18                                        )
                                          )
19  _____ )

20

21              [▓▓▓▓▓▓▓] ORDER TO DISCLOSE DECLARATION OF
                  JEANE HAMILTON TO SPECIAL MASTER
22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | No. CV-07-5944-SC<br>MDL No. 1917 ALL CASES<br><br>Date: September 5, 2008<br>Time: 10:00 a.m.<br>Court: Hon. Samuel Conti<br><br>ORDER TO DISCLOSE DECLARATION OF JEANE HAMILTON TO SPECIAL MASTER |

### ORDER TO DISCLOSE

Upon application of the Antitrust Division of the United States Department of Justice, and good cause appearing therefore, IT IS HEREBY ORDERED that the United States provide a copy of the Declaration of Jeane Hamilton in Support of the United States' Motion for a Limited Stay of Discovery ("Hamilton Declaration") to the special master in this litigation, the Honorable Charles A. Legge. Further, Judge Legge is instructed to maintain the confidentiality of the Hamilton Declaration and not disclose its contents, except to his staff as necessary to assist him in his duties as special master.

Date: __July 23__, 2008

_____
United States District Court Senior Judge