```
                                      PAGES 1 - 7

             UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

         BEFORE THE HONORABLE SAMUEL CONTI

IN RE:  CATHODE RAY TUBE (CRT)    )
ANTITRUST LITIGATION              )  NO. 07-5944 SC
                                  )  MDL NO. 1917
                                  )
                                  )  SAN FRANCISCO, CALIFORNIA
                                  )  JULY 11, 2008
_____)
```

### TRANSCRIPT OF PROCEEDINGS

**APPEARANCES:**

**FOR PLAINTIFFS**           SAVERI & SAVERI, INC.
                             111 PINE STREET, SUITE 1700
                             SAN FRANCISCO, CALIFORNIA  94111
                   **BY: GUIDO SAVERI, ESQUIRE**
                        **R. ALEXANDER SAVERI, ESQUIRE**

                             PEARSON, SIMON, SOTER, WARSHAW &
                                PENNY, LLP
                             44 MONTGOMERY STREET, SUITE 1430
                             SAN FRANCISCO, CALIFORNIA  94104
                   **BY: BRUCE L. SIMON, ESQUIRE**

                             THE LAW FIRM OF JOSEPH M. ALIOTO
                             555 CALIFORNIA STREET, SUITE 3160
                             SAN FRANCISCO, CALIFORNIA  94111
                   **BY: THERESA DRISCOLL MOORE, ESQUIRE**

                             DAMRELL, NELSON, SCHRIMP, PALLIOS,
                                PACHER & SILVA
                             1601 I STREET, FIFTH FLOOR
                             MODESTO, CALIFORNIA  95354
                   **BY: KATHY L. MONDAY, ESQUIRE**


(FURTHER APPEARANCES ON FOLLOWING PAGES)

REPORTED BY    JOAN MARIE COLUMBINI, CSR 5435, RPR
               OFFICIAL COURT REPORTER, U.S. DISTRICT COURT.

*JOAN MARIE COLUMBINI, CSR, RPR*
*OFFICIAL COURT REPORTER, USDC*
*415-255-6842*

**APPEARANCES (CONTINUED):**

```
FOR PLAINTIFFS        TRUMP, ALIOTO, TRUMP & PRESCOTT
                      2280 UNION STREET
                      SAN FRANCISCO, CALIFORNIA  94123
                 BY:  MARIO N. ALIOTO, ESQUIRE
                      LAUREN C. RUSSELL, ESQUIRE
                      JOSEPH M. PATANE, ESQUIRE

                      LIEFF, CABRASER, HEINMANN &
                        BERNSTEIN, LLP
                      275 BATTERY STREET, 30TH FLOOR
                      SAN FRANCISCO, CALIFORNIA  94111
                 BY:  BRENDAN PATRICK GLACKIN, ESQUIRE

                      ZELLE, HOFMANN, VOELBEL, MASON &
                        GETTE, LLP
                      44 MONTGOMERY STREET, SUITE 3400
                      SAN FRANCISCO, CALIFORNIA  94104
                 BY:  CRAIG C. CORBITT, ESQUIRE


FOR DEFENDANT ORION   HAIGHT, BROWN & BONESTEEL, LLP
                      71 STEVENSON STREET, 20TH FLOOR
                      SAN FRANCISCO, CALIFORNIA  94105
                 BY:  DAVID W. EVANS, ESQUIRE


FOR DEFENDANT SAMSUNG SHEPPARD, MULLIN, RICHTER &
SDI AMERICA             HAMPTON, LLP
                      FOUR EMBARCADERO CENTER, 17TH FLOOR
                      SAN FRANCISCO, CALIFORNIA  94111
                 BY:  JAMES MCGINNIS, ESQUIRE


FOR DEFENDANT         DEWEY & LEBOEUF, LLP
PANASONIC NORTH       1301 AVENUE OF THE AMERICAS
AMERICA               NEW YORK, NEW YORK  10019
                 BY:  JEFFREY L. KESSLER, ESQUIRE


FOR DEFENDANT         PILLSBURY, WINTHROP, SHAW &
IRICO GROUP CORP.       PITTMAN, LLP
                      2475 HANOVER STREET
                      PALO ALTO, CALIFORNIA  94304
                 BY:  TERRENCE A. CALLAN, ESQUIRE
                      JOSEPH R. TIFFANY, II, ESQUIRE
```

*JOAN MARIE COLUMBINI, CSR, RPR*
*OFFICIAL COURT REPORTER, USDC*
*415-255-6842*

**APPEARANCES (CONTINUED):**


**FOR DEFENDANT TOSHIBA**     WHITE & CASE, LLP
                              701 THIRTEENTH STREET, NW
                              WASHINGTON, DC  20005
                        BY:   **LUCIUS B. LAU, ESQUIRE**


**FOR DEFENDANT PHILIPS**     HOWREY, LLP
**ELECTRONICS**               CITIGROUP CENTER
                              153 EAST 53RD STREET, FLOOR 54
                              NEW YORK, NEW YORK  10022
                        BY:   **ETHAN E. LITWIN, ESQUIRE**


**FOR DEFENDANT TVP**         K&L GATES
**INTERNATIONAL**             55 SECOND STREET, SUITE 1700
                              SAN FRANCISCO, CALIFORNIA  94105
                        BY:   **CURT HOLBREICH, ESQUIRE**


**FOR DEFENDANT**             CLEARY, GOTTLIEB, STEIN & HAMILTON
**LP DISPLAYS**               2000 PENNSYLVANIA AVE NW
                              SUITE 900
                              WASHINGTON, DC  20006
                        BY:   **MICHAEL LAZERWITZ, ESQUIRE**


**FOR DEFENDANT TANTUNG**     BAKER & MCKENZIE, LLP
                              ONE PRUDENTIAL PLAZA, SUITE 3500
                              130 EAST RANDOLPH DRIVE
                              CHICAGO, ILLINOIS  60601
                        BY:   **ROXANE C. BUSEY, ESQUIRE**


**SPECIAL MASTER**            JEANE HAMILTON
                              450 GOLDEN GATE AVENUE
                              SAN FRANCISCO, CALIFORNIA  94102

```
 1              PROCEEDINGS; FRIDAY, JULY 11, 2008

 2

 3          THE CLERK:  MDL 1917, IN RE:  CATHODE RAY TUBE (CRT)
 4   ANTITRUST LITIGATION, UNDER CIVIL 07-5944.
 5          MR. GUIDO SAVERI:  GOOD MORNING, YOUR HONOR.  GUIDO
 6   SAVERI FOR THE DIRECT PURCHASER PLAINTIFFS.
 7          MR. MCGINNIS:  GOOD MORNING, YOUR HONOR. JAMES
 8   MCGINNIS OF SHEPPARD, MULLIN FOR SAMSUNG SDI.
 9          MR. ALIOTO:  GOOD MORNING, YOUR HONOR.  MARIO
10   ALIOTO, INDIRECT PURCHASER PLAINTIFFS.
11          MR. KESSLER:  GOOD MORNING, YOUR HONOR.  JEFF
12   KESSLER OF DEWEY & LEBOEUF FOR PANASONIC NORTH AMERICA AND
13   MATSUSHITA DEFENDANTS.
14          MS. RUSSELL:  GOOD MORNING, YOUR HONOR.  LAUREN
15   RUSSELL ON BEHALF OF THE INDIRECT PURCHASER PLAINTIFFS.
16          MR. EVANS:  GOOD MORNING, YOUR HONOR.  DAVID EVANS
17   FOR DEFENDANT ORION AMERICAN.
18          MS. HAMILTON:  GOOD MORNING, YOUR HONOR.  JEAN
19   HAMILTON FOR THE UNITED STATES.
20          MR. R. SAVERI:  GOOD MORNING, YOUR HONOR.  RICK
21   SAVERI ON BEHALF OF DIRECT PURCHASER PLAINTIFFS.
22          THE COURT:  THIS IS A HEARING ON THE JOINT STATUS
23   CONFERENCE.
24          MR. SAVERI, I'VE READ THE PAPERS, AND I NOTICE WE
25   HAVE SET FOR, LATER ON IN THIS, QUESTION OF THE GOVERNMENT'S
```

1   LIMITED DISCOVERY ORDER, CORRECT?

2           **MR. GUIDO SAVERI:**  YES.

3           **THE COURT:**  ALSO, I ALSO READ ON YOUR LAST PAGE

4   HERE, YOU CITE A CASE BY THE NAME OF *TWOMBLEY*.  I READ THAT

5   CASE.  I DON'T SEE HOW THAT APPLIES TO THIS SITUATION AT ALL.

6   SO YOU MIGHT, JUST ON YOUR SPARE TIME, YOU MIGHT WANT TO TAKE

7   ANOTHER LOOK AT THAT AND SEE HOW IT APPLIES.

8           ONE OTHER SUGGESTION I HAVE -- I READ YOUR REPORT.

9   IT SEEMS FINE.  THE ONLY OTHER SUGGESTION I HAVE, YOU FILED AN

10  ANSWER TO THE GOVERNMENT'S MOTION FOR --

11          **MR. GUIDO SAVERI:**  YES.

12          **THE COURT:**  -- LIMITED DISCOVERY AND HAVE IT SET ON

13  ANOTHER DATE.  ARE YOU READY TO ARGUE IT NOW SO ALL THESE

14  PEOPLE DON'T HAVE TO COME IN ON ANOTHER DATE?

15          **MR. GUIDO SAVERI:**  WELL, WHAT WE WERE SUGGESTING,

16  THE GOVERNMENT FILE A STAY TO SEPTEMBER THE 5TH, AND THERE'S A

17  BRIEFING SCHEDULE WITH AN ORDER TO DO THAT.  I HAVE TALKED TO

18  THE ATTORNEYS FOR THE DEFENDANTS AND EVERYONE WHO SAID THAT WE

19  MAY SUGGEST MOVING THIS TO THE DATE OF SEPTEMBER THE 5TH TO

20  HEAR THAT MOTION, IF NECESSARY, AND, ALSO, WE CAN RESOLVE,

21  MAYBE, SOME OTHER PROBLEMS THAT WE WON'T NEED TO BOTHER THE

22  COURT WITH.

23          NOW, AS FAR AS ARGUING THE *TWOMBLEY* MOTION, I'M VERY

24  FAMILIAR WITH THE *TWOMBLEY* MOTION.  I THINK IT DOESN'T APPLY TO

25  THIS CASE, PERIOD.  I'VE ARGUED IT BEFORE.  IT HAS NOTHING TO

1  DO WITH IT.  I'M WILLING TO ARGUE IT RIGHT NOW.  I DON'T KNOW
2  ABOUT THE DEFENDANTS, BUT I DON'T THINK IT APPLIES.  THE CASES
3  ARE CLEAR IT DOESN'T.
4      **THE COURT:**  THAT CASE HAS TO DO WITH A MOTION TO
5  DISMISS.  IT TALKS ABOUT A MOTION TO DISMISS, NOT THIS.  THE
6  ISSUE IS DO I SIGN THIS ORDER OR DON'T I SIGN THE ORDER.  ISN'T
7  THAT THE ISSUE?
8      **MR. GUIDO SAVERI:**  WELL, WITH REFERENCE TO FILING --
9      **THE COURT:**  I'LL TELL YOU RIGHT NOW I'M GOING TO
10 SIGN AN ORDER.  SO I THINK MY SUGGESTION WOULD BE FOR YOU AND
11 THE GOVERNMENT TO LOOK AT THE GOVERNMENT'S PROPOSED ORDER --
12     **MR. GUIDO SAVERI:**  OKAY.
13     **THE COURT:**  -- AND SEE HOW THAT COMPORTS WITH WHAT
14 YOU THINK IT SHOULD BE.  GET TOGETHER WITH THAT.  GET TOGETHER
15 WITH THE SPECIAL MASTER, AND WORK OUT AN ORDER.  AND IF YOU
16 HAVE ANY PROBLEMS WITH THAT ORDER, THEN COME BACK TO ME, AND
17 I'LL BE VERY HAPPY TO HEAR IT ON THE DATE YOU --
18     **MR. GUIDO SAVERI:**  SWELL.  THAT WOULD BE GREAT.
19     **MR. MCGINNIS:**  YOUR HONOR, IN FACT, THAT WAS EXACTLY
20 THE WAY WE INTENDED TO PROCEED, AND, SINCE THAT'S YOUR ORDER --
21     **MR. GUIDO SAVERI:**  HE'S A GENIUS, YOUR HONOR.
22     **MR. MCGINNIS:**  SO, YOUR HONOR, WE WILL DO THAT, AND
23 WE WILL TALK AMONGST OURSELVES AND TRY TO RESOLVE IT.  IF WE --
24 IF IT'S HELPFUL FOR US TO GET JUDGE LEGGE INVOLVED --
25     **THE COURT:**  SUBMIT AN ORDER TO ME.  I'LL SIGN IT.

```
 1  IF YOU DON'T RESOLVE IT, WE'LL HAVE ANOTHER -- TALK TO THE
 2  SPECIAL MASTER, AND WORK IT OUT.  IF YOU DON'T WORK IT OUT,
 3  CALL UP THE CLERK, AND SHE'LL SEE PUT YOU ON THE CALENDAR ANY
 4  TIME YOU WANT TO COME ON.
 5            MR. GUIDO SAVERI:  THAT'S GREAT.
 6            MR. MCGINNIS:  THIS IS EXACTLY WHAT WE WOULD LIKE.
 7  THANKS, YOUR HONOR.
 8            THE COURT:  THANK YOU, GENTLEMAN.  THAT'S ALL.
 9            THE CLERK:  ALL RISE.  THIS COURT STANDS IN RECESS.
10            (PROCEEDINGS ADJOURNED.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**CERTIFICATE OF REPORTER**

I, JOAN MARIE COLUMBINI, OFFICIAL REPORTER FOR THE UNITED STATES COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS IN MDL 1917, C-07-5944 SC, IN RE:  CATHODE RAY TUBE ANTITRUST LITIGATION, WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED UNDER MY DIRECTION INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS AS BOUND BY ME AT THE TIME OF FILING.

THE VALIDITY OF THE REPORTER'S CERTIFICATION OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY AND/OR REMOVAL FROM THE COURT FILE.

S/B JOAN MARIE COLUMBINI

JOAN MARIE COLUMBINI, CSR 5435, RPR

MONDAY, JULY 28, 2008