KRIS MAN (246008)
Email: kman@dl.com
Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:  (415) 951-1100
Facsimile:  (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

JEFFREY L. KESSLER
Email: jkessler@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 259-8000
Facsimile:  (212) 259-7013

STEVEN A. REISS
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Defendants
PANASONIC CORPORATION OF NORTH AMERICA,
MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
MT PICTURE DISPLAY CO., LTD and
MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to: ALL DIRECT PURCHASER ACTIONS | **NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE                                              Case No. 07-5944-SC
                                                                  MDL No. 1917

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firms of Dewey & LeBoeuf LLP, and Weil, Gotshal & Manges LLP, hereby state their appearance in the direct purchaser CRT cases on behalf of defendant Matsushita Electric Industrial Co., Ltd. ("MEI").

Dated:  July 28, 2008

Respectfully submitted,

DEWEY & LEBOEUF LLP

By: s/Jeffrey L. Kessler
Jeffrey L. Kessler (*admitted pro hac vice*)
A. Paul Victor (*admitted pro hac vice*)
Eva W. Cole (*admitted pro hac vice*)
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Steven A. Reiss (*admitted pro hac vice*)
David L. Yohai (*admitted pro hac vice*)
Alan R. Feigenbaum (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant Matsushita Electric Industrial Co., Ltd.*