KRIS MAN (246008)
Email: kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3628
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER
Email: jkessler@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue Of The Americas
New York, NY 10019-6022
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

STEVEN A. REISS
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants
PANASONIC CORPORATION OF NORTH AMERICA,
MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
MT PICTURE DISPLAY CO., LTD. And
MATASHUTIA ELECTRIC INDUSTRIAL CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to: ALL ACTIONS | No. 07-5944-SC<br><br>MDL No. 1917<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111-3619.

On July 28, 2008, I served the following document(s) described as:

- **NOTICE OF APPEARANCE**

☒ **By CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/Email Correspondence from Users set forth in the service list obtained from this court.

☒ **By United States mail**. I enclosed the documents in sealed envelopes addressed to the persons at the addresses in the **Service List** and placed them for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in envelopes with postage fully prepaid. I am employed in the county where the mailing occurred. The envelopes were placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2008 at San Francisco, California.

/s/ *Donna Karbach*
Donna Karbach

**SERVICE LIST**

Patrick J. Ahern
Roxane Busey
Baker & McKenzie
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Manual J. Dominguez
Berman DeValerio Peasse Tabacco Burt & Pucillo
222 Lake View Avenue, Suite 900
West Palm Beach, FL 33401

Neal A. Eisenbraun
Neal A. Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

John G. Emerson
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

Lori A. Fanning
Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

John Gressette Felder, Jr.
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Traviss Levine Galloway
Zelle Hofman Voelbel Mason & Gette
44 Montgomery Street, #3400
San Francisco, CA 94104

Marti E. Grossman
Law Offices Of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Gregory D. Hull
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175

Charles H. Johnson
Charles H. Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Andrus Star Liberty
Andrus Liberty & Anderson LLP
1438 Market Street
San Francisco, CA 94102

Lawrence D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Steven A. Reiss
Weil Gotshal & Manges LLP
767 Fifth Avenue
New Yor, NY 10153-0119

Jean B. Roth
Lawrence P. Schaefer
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios
Pacher & Silva
1601 I Street, 5th Floor
Modesto, CA 95354

Karen Sewell
Baker & McKenzie LLP
130 E. Randoph Drive, Suite 3500
Chicago, IL 60601

Imtiaz A. Siddiqui
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

Donna F. Solen
Mason Law Firm
1225 19th Street NW, Suite 500
Washington, DC 20036

Anthony J. Viola
Edwards Angell Palmer & Dodge
750 Lexington Avenue
New York, NY 10022

Jonathan Mark Watkins
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249