1  KRIS MAN (246008)
   Email: kman@dl.com
2  Dewey & LeBoeuf LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Telephone:    (415) 951-1100
4  Facsimile:    (415) 951-1180

5  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
6  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
7  Redwood Shores, California 94065-1175
   Telephone:    (650) 802-3000
8  Facsimile:    (650) 802-3100

9  JEFFREY L. KESSLER
   Email: jkessler@dl.com
10 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
11 New York, NY 10019
   Telephone:    (212) 259-8000
12 Facsimile:    (212) 259-7013

13 STEVEN A. REISS
   Email: steven.reiss@weil.com
14 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
15 New York, New York 10153-0119
   Telephone:    (212) 310-8000
16 Facsimile:    (212) 310-8007

17 Attorneys for Defendants
   PANASONIC CORPORATION OF NORTH AMERICA,
18 MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
   MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and
19 MT PICTURE DISPLAY CO., LTD.

20                    **UNITED STATES DISTRICT COURT**
21                    **NORTHERN DISTRICT OF CALIFORNIA**

22

23 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) | No. 07-5944-SC |
   |---|---|---|
24 | | ) | MDL. No. 1917 |
25 | | ) | **NOTICE OF APPEARANCE** |
26 | This Document Relates to: ALL DIRECT PURCHASER ACTIONS | ) ) ) | |

27

28

---

NOTICE OF APPEARANCE                                             Case No. 07-5944-SC
                                                                 MDL No. 1917

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firms of Dewey & LeBoeuf LLP, and Weil, Gotshal & Manges LLP, hereby state their appearance in the direct purchaser CRT cases on behalf of defendant MT Picture Display Co., Ltd.

Dated: July 28, 2008

Respectfully submitted,

DEWEY & LEBOEUF LLP

By: s/Jeffrey L. Kessler
    Jeffrey L. Kessler (*admitted pro hac vice*)
    A. Paul Victor (*admitted pro hac vice*)
    Eva W. Cole (*admitted pro hac vice*)
    Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
    New York, New York 10019
    Telephone: (212) 259-8000
    Facsimile: (212) 259-7013

    Steven A. Reiss (*admitted pro hac vice*)
    David L. Yohai (*admitted pro hac vice*)
    Alan R. Feigenbaum (*admitted pro hac vice*)
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153-0119
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    *Attorneys for Defendant MT Picture Display Co., Ltd.*