1  KRIS MAN (246008)
   Email:  kman@dl.com
2  DEWEY & LEBOEUF LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA  94111-3628
   Telephone:     (415) 951-1100
4  Facsimile:      (415) 951-1180

5  GREGORY D. HULL (57367)
   Email:  greg.hull@weil.com
6  WEIL, GOTHAL & MANGES LLP
   201 Redwood Shores Parkway
7  Redwood Shores, CA  94065-1175
   Telephone:     (650) 802-3000
8  Facsimile:      (650) 802-3100

9  JEFFREY L. KESSLER
   Email:  jkessler@dl.com
10 DEWEY & LEBOEUF LLP
   1301 Avenue Of The Americas
11 New York, NY  10019-6022
   Telephone:     (212) 259-8000
12 Facsimile:      (212) 259-7013

13 STEVEN A. REISS
   Email:  steven.reiss@weil.com
14 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
15 New York, NY  10153-0119
   Telephone:     (212) 310-8000
16 Facsimile:      (212) 310-8007

17 Attorneys for Defendants
   PANASONIC CORPORATION OF NORTH AMERICA,
18 MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
   MT PICTURE DISPLAY CO., LTD. And
19 MATASHUTIA ELECTRIC INDUSTRIAL CO., LTD.

20                **UNITED STATES DISTRICT COURT**

21                **NORTHERN DISTRICT OF CALIFORNIA**

22

23 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No.  07-5944-SC |
24 | | MDL No. 1917 |
25 | This document relates to:  ALL ACTIONS | **PROOF OF SERVICE** |

26

27

28

1

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111-3619.

On July 28, 2008, I served the following document(s) described as:

- **NOTICE OF APPEARANCE**

☒ **By CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/Email Correspondence from Users set forth in the service list obtained from this court.

☒ **By United States mail**. I enclosed the documents in sealed envelopes addressed to the persons at the addresses in the **Service List** and placed them for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in envelopes with postage fully prepaid. I am employed in the county where the mailing occurred. The envelopes were placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2008 at San Francisco, California.

/s/ *Donna Karbach*
Donna Karbach

# SERVICE LIST

| | |
|---|---|
| Patrick J. Ahern<br>Roxane Busey<br>Baker & McKenzie<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL  60601 | Issac L. Diel<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS  66211 |
| Manual J. Dominguez<br>Berman DeValerio Peasse Tabacco<br>    Burt & Pucillo<br>222 Lake View Avenue, Suite 900<br>West Palm Beach, FL  33401 | Neal A. Eisenbraun<br>Neal A. Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN  55113 |
| John G. Emerson<br>Emerson Poynter LLP<br>830 Apollo Lane<br>Houston, TX  77058 | Lori A. Fanning<br>Matthew E. Van Tine<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL  60603 |
| John Gressette Felder, Jr.<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC  29201 | Traviss Levine Galloway<br>Zelle Hofman Voelbel Mason & Gette<br>44 Montgomery Street, #3400<br>San Francisco, CA  94104 |
| Marti E. Grossman<br>Law Offices Of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 | Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN  55415 |
| Gregory D. Hull<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065-1175 | Charles H. Johnson<br>Charles H. Johnson & Associates PA<br>2599 Mississippi Street<br>New Brighton, MN  55113 |
| Andrus Star Liberty<br>Andrus Liberty & Anderson LLP<br>1438 Market Street<br>San Francisco, CA  94102 | Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY  10016 |
| Krishna B. Narine<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA  19004 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN  55101 |
| Steven A. Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New Yor, NY  10153-0119 | Jean B. Roth<br>Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN  55402-4511 |

1  Roger Martin Schrimp                          Karen Sewell
   Damrell Nelson Schrimp Pallios                Baker & McKenzie LLP
2      Pacher & Silva                            130 E. Randoph Drive, Suite 3500
   1601 I Street, 5th Floor                      Chicago, IL  60601
3  Modesto, CA  95354

4  Imtiaz A. Siddiqui                            Donna F. Solen
   Lovell Stewart Halebian LLP                   Mason Law Firm
5  500 Fifth Avenue                              1225 19th Street NW, Suite 500
   New York, NY  10110                           Washington, DC  20036
6
   Anthony J. Viola                              Jonathan Mark Watkins
7  Edwards Angell Palmer & Dodge                 The Furth Firm LLP
   750 Lexington Avenue                          225 Bush Street, 15th Floor
8  New York, NY  10022                           San Francisco, CA  94104-4249

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE                                                       No.  07-5944-SC
                                                                       MDL No. 1917
SF 223133.2 779602 676546