1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. RUSSELL, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
5  E-mail: malioto@tatp.com
   laurenrussell@tatp.com
6

7  *Interim Lead Counsel*
   *for the Indirect Purchaser Plaintiffs*

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | IN RE: CATHODE RAY TUBE (CRT) | ) | Master File No. CV-07-5944 SC |
   | ANTITRUST LITIGATION | ) | |
12 | | ) | MDL No. 1917 |
   | | ) | |
13 | | ) | **DECLARATION OF LAUREN C.** |
   | | ) | **RUSSELL IN SUPPORT OF THE** |
14 | | ) | **INDIRECT PURCHASER PLAINTIFFS'** |
   | | ) | **NOTICE OF MOTION AND MOTION TO** |
15 | | ) | **AUTHORIZE SERVICE ON CERTAIN** |
   | | ) | **FOREIGN DEFENDANTS PURSUANT** |
16 | | ) | **TO FEDERAL RULE OF CIVIL** |
17 | | ) | **PROCEDURE 4(F)(3)** |
   | | ) | |
18 | **This document relates to:** | ) | Date: September 5, 2008 |
   | | ) | Time: 10:00 a.m. |
19 | **ALL INDIRECT PURCHASER ACTIONS** | ) | Court: One, 17th Floor |
20 | | ) | |
   | | ) | The Honorable Samuel Conti |
21 | | ) | |

22

23      I, Lauren C. Russell, declare:

24      1.      I am an attorney duly licensed by the State of California and am admitted to

25  practice before this Court. I am an associate of the law firm Trump, Alioto, Trump & Prescott,

26  LLP and my firm serves as Interim Lead Counsel for the Indirect Purchaser Plaintiffs in the

27  above-captioned action. The matters set forth herein are within my personal knowledge and if

28  called upon and sworn as a witness I could competently testify regarding them.

                                    1

1     2.     This is a consolidated class action brought under federal and state antitrust laws

2    alleging price-fixing and other anticompetitive conduct by manufacturers of Cathode Ray Tubes

3    and products containing Cathode Ray Tubes.

4     3.     By Order dated February 15, 2008, the Judicial Panel on Multidistrict Litigation

5    transferred all related Cathode Ray Tube Cases ("*CRT Cases*") to this Court for coordinated

6    and/or consolidated pretrial proceedings.

7     4.     The Indirect Purchaser Plaintiffs ("Plaintiffs") name a total of 36 defendants, 21 of

8    which are located abroad. These 21 foreign defendants are located in 11 different countries. Some

9    of these countries are signatories to the Hague Convention on Service Abroad of Judicial and

10    Extrajudicial Documents ("The Hague Convention"), and others are not. These non-signatory

11    countries require that service be effected on their citizens and corporations via Letters Rogatory.

12     5.     Of the 21 foreign defendants, 6 have made general appearances in the *CRT Cases*,

13    thereby obviating the need for Plaintiffs to formally serve them with an indirect purchaser

14    summons and complaint.

15     6.     Most of the countries where defendants are located require that the summons and

16    complaint be translated into that country's language for service. In this case, this will mean

17    translating the summons and complaint into 7 different languages.

18     7.     APS International, Inc., an international process server, informs me that the total

19    cost of serving the remaining 15 foreign defendants will be approximately $30,000 and that, on

20    average, service of process through the methods prescribed by the Hague Convention takes 4-6

21    months and Letters Rogatory can take up to a year or more.

22     8.     The following foreign defendants have a United States wholly-owned subsidiary

23    or related entity that has been named as a defendant in the *CRT Cases* and has appeared in these

24    cases through counsel:

25    //

26    //

27

28

2

**DECLARATION OF LAUREN C. RUSSELL IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
MOTION TO AUTHORIZE SERVICE ON CERTAIN FOREIGN DEFENDANTS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)**

| Foreign Defendant | United States Subsidiary/Related Entity | United States Counsel |
|---|---|---|
| Hitachi, Ltd. | Hitachi America, Ltd. | Morgan Lewis & Bockius, LLP |
| Hitachi Asia, Ltd. | Hitachi America, Ltd. | Morgan Lewis & Bockius, LLP |
| Koninklijke Phillips Electronics N.V. a/k/a Royal Phillips N.V. | Phillips Electronics North America Corporation | Howrey LLP |
| Matsushita Electric Industrial Co., Ltd. | Panasonic Corporation of North America | Dewey LeBoeuf LLP AND Weil, Gotshal & Manges, LLP |
| Matsushita Toshiba Picture Display Co., Ltd. | MT Picture Display Corporation of America (New York) | Dewey LeBoeuf LLP Weil, Gotshal & Manges, LLP |
| Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. | Sheppard Mullin Richter & Hampton, LLP |
| Toshiba Corporation | Toshiba America, Inc. | White & Case, LLP |

9. Foreign defendants Samsung Electronics Co., Ltd. ("Samsung") and Royal Phillips N.V. ("Royal Phillips") have been served by the direct purchaser plaintiffs.

10. The same attorneys that represent the U.S. subsidiaries of Samsung and Royal Phillips in the *CRT Cases* have informed Plaintiffs that they also represent Samsung and Royal Phillips.

11. Defendants Matsushita Electric Industrial Co., Ltd. and Matsushita Toshiba Picture Display Co., Ltd. have appeared in the direct purchaser case, and are represented by the same attorneys that represent their U.S. wholly-owned subsidiaries, Panasonic Corporation of North America and MT Picture Display Corporation of America (New York).

3

DECLARATION OF LAUREN C. RUSSELL IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION TO AUTHORIZE SERVICE ON CERTAIN FOREIGN DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)

1    12.    On July 11, 2008, I sent an e-mail to counsel for the U.S. Subsidiary Defendants,

2    with a draft of the Motion To Authorize Service On Certain Foreign Defendants Pursuant to

3    Federal Rule of Civil Procedure 4(f)(3), requesting that the U.S. Subsidiary Defendants accept

4    service of the indirect purchaser summons and complaint for their foreign affiliates. The e-mail

5    also requested that counsel inform us if they intend to oppose the motion. None of the U.S.

6    Subsidiary Defendants responded to the e-mail.

7    13.    The other 8 foreign defendants are not the subject of this motion because they do

8    not have a United States wholly-owned subsidiary, related entity, or counsel that is already

9    involved in this case. Plaintiffs are in the process of serving these defendants in accordance with

10   The Hague Convention or by Letters Rogatory.

11   14.    Foreign defendants LG Electronics, Inc., LP Displays International, Ltd. (f/k/a LG

12   Phillips Displays), Irico Group Corporation, Irico Display Devices Co., Ltd., Beijing-Matsushita

13   Color CRT Company, Ltd., and Samsung SDI Co., Ltd. have been served by the direct purchaser

14   plaintiffs and have appeared in both the direct and indirect cases.

15   15.    Attached hereto as Exhibit A is a true and correct copy of the Proof of Service on

16   foreign defendants Samsung Electronics Co., Ltd. and Koninklijke Phillips Electronics N.V. a/k/a

17   Royal Phillips N.V.

18   16.    Attached hereto as Exhibit B is a true and correct copy of the Notice of

19   Appearance by Kris Man on behalf of defendant Matsushita Electric Industrial Co., Ltd.

20   17.    Attached hereto as Exhibit C is a true and correct copy of the Notice of

21   Appearance by Kris Man on behalf of defendant MT Picture Display Co., Ltd.

22   I declare under penalty of perjury under the laws of the United States that the foregoing is

23   true and correct. Executed this 1st day of August, 2008 at San Francisco, California.

24

25                                    /s/ Lauren C. Russell
                                          Lauren C. Russell
26

27                                  *Interim Lead Counsel*
                              *for the Indirect Purchaser Plaintiffs*
28                                           4
**DECLARATION OF LAUREN C. RUSSELL IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
MOTION TO AUTHORIZE SERVICE ON CERTAIN FOREIGN DEFENDANTS PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)**

# EXHIBIT A

1  GUIDO SAVERI (22349)
   guido@saveri.com
2  R. ALEXANDER SAVERI (173102)
   rick@saveri.com
3  CADIO ZIRPOLI (179108)
   zirpoli@saveri.com
4  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
5  San Francisco, CA 94111-5619
   Telephone: (415) 217-6810
6  Facsimile: (415) 217-6813

7  Attorneys for Plaintiffs
8

9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12               **SAN FRANCISCO DIVISION**

13

| 14 | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
|---|---|---|
| 15 | | MDL No. 1917 |
| 16 | | **PROOF OF SERVICE ON CERTAIN FOREIGN DEFENDANTS** |
| 17 | This Document Relates to: | |
| 18 | All Actions | |

19

20

21

22

23

24

25

26

27

28

-1-

1    Attached hereto as Exhibits A, B, C, and D are true and correct copies of Certificates

2   of service of process on the following defendants, respectively: (1) LG Electronics, Inc.; (2)

3   Samsung Electronics Co., Ltd.; (3) Samsung SDI Co., Ltd.; and (4) Koninklijke Philips

4   Electronics N.V. ("Royal Philips").

5

6   Dated:  June 25, 2008.                    Respectfully submitted,

7

8                                    By:    /s/ Cadio Zirpoli
                                            GUIDO SAVERI (22349)
9                                              guido@saveri.com
                                            R. ALEXANDER SAVERI (173102)
10                                             rick@saveri.com
                                            CADIO ZIRPOLI (179108)
11                                             zirpoli@saveri.com
                                            SAVERI & SAVERI, INC.
12                                          111 Pine Street, Suite 1700
                                            San Francisco, CA  94111-5619
13                                          Telephone:  (415) 217-6810
                                            Facsimile:  (415) 217-6813
14
                                            *Attorneys for Plaintiffs*
15

16

17

18

19
    Crt.089
20

21

22

23

24

25

26

27

28
                                            -2-
    PROOF OF SERVICE ON CERTAIN FOREIGN DEFENDANTS; Case No. CV-07-5944 SC

# EXHIBIT A

OF SERVICE ABROAD OF JUDICIAL OR...

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE REPUBLIC<br>OF KOREA<br>Ministry of Court Administration<br>Attn.: Director of International Affairs<br>967, Seocho-dong, Seocho-gu, Room 503<br>Seoul 137-750<br>REPUBLIC OF KOREA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* LG ELECTRONICS, INC.

LG Twin Towers 20, Yeouido-dong, Yeongdeungpo-gu, Seoul 150-721, REPUBLIC OF KOREA

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*(a) selon les formes légales (article 5, alinéa premier, lettre a).*

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :* Personal service in accordance with your internal
law for service of documents upon persons or entities in your territory.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*(c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*-with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

See Attachment "A."

Done at Leawood, Kansas, U.S.A., the 11 Jan. 2008
*Fait à* , *le*
Signature and/or stamp.
*Signature et/ou cachet.*

*Delete if inappropriate
Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94 (Est. 11/22/77)

**Attachment "A"**
**to "Request" – List of Documents**

1.    Executed "Request" with Attachment "A," in duplicate
2.    "Certificate" (unexecuted), in duplicate
3.    "Summary" with Attachment "B," in duplicate
4.    "Notice," in duplicate
5.    Summons in a Civil Case with Attachment, in English and Korean, in duplicate
6.    Class Action Complaint, in English and Korean, in duplicate
7.    Order Setting Initial Case Management Conference and ADR Deadlines, in English and Korean, in duplicate
8.    Related Case Order, in English and Korean, in duplicate
9.    Order Setting Case Management Conference, in English and Korean, in duplicate
10.   Contents of Joint Case Management Statement, in English and Korean, in duplicate
11.   ECF Registration Information Handout, in English and Korean, in duplicate

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.

1) that the document has been served*

the (date) _____ ~~2008. 1. 14. 10:19~~   _2008 . . . .._

- at (place, street, number) 市政에서울 영등포구 영등포동 20 LG Twin Towers

- in one of the following methods authorised by article 5 :

   a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

   b) in accordance with the following particular method* :

   c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to :

- (identity and description of person)

   _____ 조재원 _____

- relationship to the addressee (family, business or other) :

   _____ 서무계원(employee)) _____

2) that the document has not been served, by reason of the following facts* :

_____

_____

_____


*Annexes*

Documents returned : _____


In appropriate cases, documents establishing the service :

_____ 우편송달통지서 _____


Done at _____ 서울남부지방법원 _____

the _____ 2008. 3. 14. _____

Signature and/or stamp

서울남부지방법원 민사
법원주사 강   제

* Delete if inappropriate.

# EXHIBIT B

2008-0-07

**REQUEST**

1/14

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*

*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'àranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE REPUBLIC<br>OF KOREA<br>Ministry of Court Administration<br>Attn.: Director of International Affairs<br>967, Seocho-dong, Seocho-gu, Room 503<br>Seoul 137-750<br>REPUBLIC OF KOREA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*   SAMSUNG ELECTRONICS CO., LTD.

   Samsung Main Building 250, Taepyeongno 2-ga, Jung-gu, Seoul 100-742, REPUBLIC OF KOREA

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.~~*
   ~~(a) selon les formes légales (article 5, alinda premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *(b) selon la forme particulière suivante (article 5, alinda premier, lettre b)* :   Personal service in accordance with your internal
   law for service of documents upon persons or entities in your territory.

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)~~*:
   ~~(c) le cas échéant, par remise simple (article 5, alinda 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec
l'attestation figurant au verso.*

**SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.**

**List of documents**

*Enumération des pièces*

   See Attachment "A."

Done at  Leawood, Kansas, U.S.A. , the  11   Jan. 2008

*Fait à* _____ , *le* _____

Signature and/or stamp.

*Signature et/ou cachet.*

*Karina Shreefer [signature]*

\*Delete if inappropriate
*Rayer les mentions inutiles.*

¹ (Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

**Attachment "A"**
**to "Request" – List of Documents**

1.  Executed "Request" with Attachment "A," in duplicate
2.  "Certificate" (unexecuted), in duplicate
3.  "Summary" with Attachment "B," in duplicate
4.  "Notice," in duplicate
5.  Summons in a Civil Case with Attachment, in English and Korean, in duplicate
6.  Class Action Complaint, in English and Korean, in duplicate
7.  Order Setting Initial Case Management Conference and ADR Deadlines, in English and Korean, in duplicate
8.  Related Case Order, in English and Korean, in duplicate
9.  Order Setting Case Management Conference, in English and Korean, in duplicate
10. Contents of Joint Case Management Statement, in English and Korean, in duplicate
11. ECF Registration Information Handout, in English and Korean, in duplicate

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.

1) that the document has been served*

- the (date) _____ 2008. 3. 10. _____
- at (place, street, number) ____ 서울 중구 태평로2가 250 삼성본관빌딩 _____

- in one of the following methods authorised by article 5 :

a) ————————————————————————————————————————— * (삭제)

✓ b) in accordance with the following particular method* :
_____ 우편송달 _____

c) ————————————————————————* (삭제)

The documents referred to in the request have been delivered to :

- (identity and description of person)
_____ 홍 진 혁 _____

- relationship to the addressee (family, business or other) :
_____ 고용인 or 사무원 → employee _____

2) ————————————————————————————* : (삭제)

_____

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Annexes*
Documents returned :

_____

_____

In appropriate cases, documents establishing the service :
_____ 우편송달통지서 _____

_____

| | |
|---|---|
| | Done at _____ 서울중앙지방법원 _____ |
| | the _____ 2008. 4. 29. _____ |
| | Signature and/or stamp |
| | 서울지방법원 민사신청과 |
| | 법원주사  이 종 현 |

* Delete if inappropriate.

# EXHIBIT C

2008–D–68

V/14

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| *Identité et adresse du requérant* | *Adresse de l'autorité destinataire* |
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE REPUBLIC<br>OF KOREA<br>Ministry of Court Administration<br>Attn.: Director of International Affairs<br>967, Seocho-dong, Seocho-gu, Room 503<br>Seoul 137-750<br>REPUBLIC OF KOREA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(*identité et adresse*)    SAMSUNG, SDI CO., LTD.

575 Shin-dong, Youngtong-gu Suwon, Kyonggi, REPUBLIC OF KOREA

☐    (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
(a) selon les formes légales (article 5, alinéa premier, lettre a).

☒    (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :    Personal service in accordance with your internal
law for service of documents upon persons or entities in your territory.

☐    (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
(c) le cas échéant, par remise simple (article 5, alinéa 2).

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*–with a certificate
as provided on the reverse side.
*Cette autorité est prié de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec
l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a)
OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

**List of documents**
*Enumération des pièces*

See Attachment "A."

Done at  Leawood, Kansas, U.S.A. , the  11 Jan. 2008

*Fait à _____, le _____*

Signature and/or stamp.
*Signature et/ou cachet.*

Karina Shf

*\*Delete if inappropriate*
*Rayer les mentions inutiles.*

[1] (Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

**Attachment "A"**
**to "Request" – List of Documents**

1.    Executed "Request" with Attachment "A," in duplicate
2.    "Certificate" (unexecuted), in duplicate
3.    "Summary" with Attachment "B," in duplicate
4.    "Notice," in duplicate
5.    Summons in a Civil Case with Attachment, in English and Korean, in duplicate
6.    Class Action Complaint, in English and Korean, in duplicate
7.    Order Setting Initial Case Management Conference and ADR Deadlines, in English and Korean, in duplicate
8.    Related Case Order, in English and Korean, in duplicate
9.    Order Setting Case Management Conference, in English and Korean, in duplicate
10.   Contents of Joint Case Management Statement, in English and Korean, in duplicate
11.   ECF Registration Information Handout, in English and Korean, in duplicate

## CERTIFICATE
## 증      명      서

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention.
아래 당국은 협약 제6조에 따라 다음 사항을 확인하는 바입니다.

1) that the document has been served*
문서가 다음과 같이 송달됨*

- the (date) (일자)   2008.  2.  20.

- at (place, street, number) (장소)    수원시 영통구 신동 575

- in one of the following methods authorised by article 5 :
제5조가 규정하는 다음의 방식에 의함

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
협약 제5조 제1단 제1호의 규정에 따름*

~~b) in accordance with the following particular method* :~~
다음의 특정방식에 의함*



~~c) by delivery to the addressee, who accepted it voluntarily*~~
임의로 수령하는 수신인에게 교부함*

The documents referred to in the request have been delivered to :
요청서에 언급된 문서는 다음의 사람에게 교부됨

- (identity and description of person) (교부받은 자의 표시)

김보람

- relationship to the addressee (family, business or other)  수신인과의 관계 (가족, 고용관계 및 기타) :

직원 (employee)

~~2) that the document has not been served, by reason of the following facts* :~~
문서는 다음의 사유로 인하여 송달되지 못함*



~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or
reimburse the expenses detailed in the attached statement*.~~
협약 제12조 제2단에 따라 신청인은 첨부된 진술서에 기재된 비용을 지불 또는 상환하여야 함*

*Annexes*
첨부서류

~~Documents returned :~~

In appropriate cases, documents establishing the service :
적절한 경우, 송달을 증명하는 문서

사건별 송달현황부

|  | Done at (장소)  Suwon District Court |
|  | the (일자) _____  2008.   03.   13. |
|  | Signature and/or stamp |
|  | 서명 또는 날인  수원지방법원  민사신청 |
|  | 법 원 주 사   김   종 |

* Delete if inappropriate.
* 적절하지 아니한 경우에는 삭제합니다.

EXHIBIT D

IR . 908 . 132 . 102

**REQUEST**

**FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS**

ARRONDISSEMENTSPARKET
'S-GRAVENHAGE

*DEMANDE*

*AUX FINS DE SIGNIFICATION.OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Ingek. 1 0 MAART 2008

No.

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciares en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE<br>NETHERLANDS<br>Public Prosecutor's Office<br>Medewerkster Internationale Rechtshulp (Team ZwaCri)<br>Prince Clauslaan 60<br>Room 724, Building P1<br>2595 AJ Den Haag<br>THE NETHERLANDS |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés,
en le priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
     *(identité et adresse)*     KONINKLIJKE PHILIPS ELECTRONICS N.V. (KvK 17001910)

     Breitner Center, Amstelplein 2, 1096 BC, Amsterdam, THE NETHERLANDS

☐     ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*~~
     ~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~

☒     (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
     *(b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) :*     Personal service by *gerechtsdeurwaarder* J.C. Haak of

     Van der Hoeden & Mulder or by *substitute gerechtsdeurwaarder* upon defendant OR substituted service by *gerechtsdeurwaarder*

     Haak or by *substitute gerechtsdeurwaarder* at the address indicated; resulting expense to be borne by the Applicant.

☐     ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
     ~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*--with a certificate
as provided on the reverse side.

*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec
l'attestation figurant au verso.*

     SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a)
     OF THE U.S. FEDERAL RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

See Attachment "A."

Done at  Leawood, Kansas, U.S.A. , the  10  Jan. 2008

*Fait à* _____ , *le* _____

Signature and/or stamp.

*Signature et/ou cachet.*

*Karina*

*Delete if inappropriate
Rayer les mentions inutiles.*

(Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

## ATTACHMENT "A"

Executed "Request" with Attachment "A"

"Certificate" (unexecuted)

"Summary" with Attachment "B"

"Notice,"

Summons in a Civil Case with Attachment, in English and Dutch

Class Action Complaint, in English and Dutch

Order Setting Initial Case Management Conference and ADR Deadlines, in English and Dutch

Related Case Order, in English and Dutch

Order Setting Case Management Conference, in English and Dutch

Contents of Joint Case Management Statement, in English and Dutch

ECF Registration Information Handout, in English and Dutch

Reverse of the request
CERTIFICATE

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served*

- the (date) **March 6th 2008**

..........................................................................................................................................

- at (place, street, number, country) **Amsterdam, Amstelplein 2, The Netherlands**

..........................................................................................................................................
..........................................................................................................................................
- in one of the following methods authorised by Article 5:

~~a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.~~

b) in accordance with the following particular method*: **personal service by gerechtsdeurwaarder (court bailiff) J.C. Haak upon defendant Koninklijke Philips Electronics N.V., who is represented by Mrs. Inge Hoeppertz, secretary in the legal department of the defendant.**

~~c) by delivery to the addressee, who accepted it voluntarily*.~~
The documents referred to in the request have been delivered to:

- (identity and description of person) **Mrs. Inge Hoeppertz**
- ..............................................................................................................................
..........................................................................................................................................
- relationship to the addressee (family, business or other): **secretary in the legal department**
- ....................................................................................................
..........................................................................................................................................

~~2) that the document has not been served, by reason of the following facts*:~~
..........................................................................................................................................
..........................................................................................................................................

~~In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

Annexes
Documents returned:

**See Attachment "A"**
..........................................................................................................................................
In appropriate cases, documents establishing the service:

**1. Betekeningsexploot (Affidavit of Service), attached**

[your signature and seal]
Done at **Amsterdam  March 6th 2008.**
Signature and/or stamp
J.C. Haak

countersignature/seal of
Dutch Central Authority

# EXHIBIT B

1  KRIS MAN (246008)
   Email: kman@dl.com
2  Dewey & LeBoeuf LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Telephone:    (415) 951-1100
4  Facsimile:    (415) 951-1180

5  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
6  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
7  Redwood Shores, California 94065-1175
   Telephone:    (650) 802-3000
8  Facsimile:    (650) 802-3100

9  JEFFREY L. KESSLER
   Email: jkessler@dl.com
10 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
11 New York, NY 10019
   Telephone:    (212) 259-8000
12 Facsimile:    (212) 259-7013

13 STEVEN A. REISS
   Email: steven.reiss@weil.com
14 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
15 New York, New York 10153-0119
   Telephone:    (212) 310-8000
16 Facsimile:    (212) 310-8007

17 Attorneys for Defendants
   PANASONIC CORPORATION OF NORTH AMERICA,
18 MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
   MT PICTURE DISPLAY CO., LTD and
19 MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.

20                  **UNITED STATES DISTRICT COURT**
21                  **NORTHERN DISTRICT OF CALIFORNIA**

22

23 IN RE: CATHODE RAY TUBE (CRT)          )   No. 07-5944-SC
   ANTITRUST LITIGATION                   )
24                                        )   MDL. No. 1917
                                          )
25 _____       )   **NOTICE OF APPEARANCE**
                                          )
   This Document Relates to: ALL DIRECT   )
26 PURCHASER ACTIONS                      )
                                          )
27

28

---

NOTICE OF APPEARANCE                                    Case No. 07-5944-SC
                                                           MDL No. 1917

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2          PLEASE TAKE NOTICE that the undersigned law firms of Dewey & LeBoeuf

3    LLP, and Weil, Gotshal & Manges LLP, hereby state their appearance in the direct purchaser

4    CRT cases on behalf of defendant Matsushita Electric Industrial Co., Ltd. ("MEI").

5

6    Dated: July 28, 2008                       Respectfully submitted,

7                                               DEWEY & LEBOEUF LLP

8

9                                          By:  s/Jeffrey L. Kessler
                                               Jeffrey L. Kessler (*admitted pro hac vice*)
10                                             A. Paul Victor (*admitted pro hac vice*)
                                               Eva W. Cole (*admitted pro hac vice*)
11                                             Dewey & LeBoeuf LLP
                                               1301 Avenue of the Americas
12                                             New York, New York 10019
                                               Telephone: (212) 259-8000
13                                             Facsimile: (212) 259-7013

14                                             Steven A. Reiss (*admitted pro hac vice*)
                                               David L. Yohai (*admitted pro hac vice*)
15                                             Alan R. Feigenbaum (*admitted pro hac vice*)
                                               WEIL, GOTSHAL & MANGES LLP
16                                             767 Fifth Avenue
                                               New York, New York 10153-0119
17                                             Telephone: (212) 310-8000
                                               Facsimile: (212) 310-8007

18                                             *Attorneys for Defendant Matsushita Electric
                                               Industrial Co., Ltd.*
19

20

21

22

23

24

25

26

27

28
                                        - 2 -
NOTICE OF APPEARANCE                                    Case No. 07-5944-SC
                                                       MDL No. 1917

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

# EXHIBIT C

1  KRIS MAN (246008)
   Email: kman@dl.com
2  Dewey & LeBoeuf LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Telephone:    (415) 951-1100
4  Facsimile:    (415) 951-1180

5  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
6  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
7  Redwood Shores, California 94065-1175
   Telephone:    (650) 802-3000
8  Facsimile:    (650) 802-3100

9  JEFFREY L. KESSLER
   Email: jkessler@dl.com
10 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
11 New York, NY 10019
   Telephone:    (212) 259-8000
12 Facsimile:    (212) 259-7013

13 STEVEN A. REISS
   Email: steven.reiss@weil.com
14 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
15 New York, New York 10153-0119
   Telephone:    (212) 310-8000
16 Facsimile:    (212) 310-8007

17 Attorneys for Defendants
   PANASONIC CORPORATION OF NORTH AMERICA,
18 MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
   MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. and
19 MT PICTURE DISPLAY CO., LTD.

20              UNITED STATES DISTRICT COURT
21             NORTHERN DISTRICT OF CALIFORNIA

22

23 IN RE: CATHODE RAY TUBE (CRT)        )   No. 07-5944-SC
   ANTITRUST LITIGATION                 )
24                                       )   MDL. No. 1917
                                         )
25 _____ )   NOTICE OF APPEARANCE
   This Document Relates to: ALL DIRECT  )
26 PURCHASER ACTIONS                     )
                                         )
27 _____ )

28

NOTICE OF APPEARANCE                              Case No. 07-5944-SC
                                                  MDL No. 1917

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

1                     TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2            PLEASE TAKE NOTICE that the undersigned law firms of Dewey & LeBoeuf

3 LLP, and Weil, Gotshal & Manges LLP, hereby state their appearance in the direct purchaser

4 CRT cases on behalf of defendant MT Picture Display Co., Ltd.

5

6 Dated: July 28, 2008                 Respectfully submitted,

7                           DEWEY & LEBOEUF LLP

8

9                   By: s/Jeffrey L. Kessler
                          Jeffrey L. Kessler (*admitted pro hac vice*)
                          A. Paul Victor (*admitted pro hac vice*)

10                           Eva W. Cole (*admitted pro hac vice*)
                          Dewey & LeBoeuf LLP

11                           1301 Avenue of the Americas
                          New York, New York 10019

12                           Telephone: (212) 259-8000
                          Facsimile: (212) 259-7013

13

14                           Steven A. Reiss (*admitted pro hac vice*)
                          David L. Yohai (*admitted pro hac vice*)

15                           Alan R. Feigenbaum (*admitted pro hac vice*)
                          WEIL, GOTSHAL & MANGES LLP

16                           767 Fifth Avenue
                          New York, New York 10153-0119

17                           Telephone: (212) 310-8000
                          Facsimile: (212) 310-8007

18                           *Attorneys for Defendant MT Picture Display Co., Ltd.*

19

20

21

22

23

24

25

26

27

28

                              - 2 -

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

NOTICE OF APPEARANCE                       Case No. 07-5944-SC
                                            MDL No. 1917