MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel
for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO AUTHORIZE SERVICE ON CERTAIN FOREIGN DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)** |
| **This document relates to:** | Date: September 5, 2008 |
| | Time: 10:00 a.m. |
| **ALL INDIRECT PURCHASER ACTIONS** | Court: One, 17th Floor |
| | The Honorable Samuel Conti |

1

The Court, having considered the papers filed in connection with the Indirect Purchaser Plaintiffs' Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3), and finding good cause appearing therefor, hereby GRANTS the motion.

Pursuant to Federal Rule of Civil Procedure 4(f)(3), **IT IS HEREBY ORDERED** that:

1. The Indirect Purchaser Plaintiffs shall serve each of the foreign defendants listed in the chart below by:

    a. causing a copy of an indirect purchaser summons and complaint to be delivered to their respective U.S. subsidiary or related entity, as indicated in the chart below. The summons and complaint shall be contained in an envelope addressed to the appropriate foreign defendant; and

    b. causing a copy of an indirect purchaser summons and complaint to be delivered to counsel for each foreign defendant's U.S. subsidiary or related entity, as indicated in the chart below. The summons and complaint shall be contained in an envelope addressed to the appropriate foreign defendant, care of counsel listed in the chart below.

2. Service on the foreign defendants listed in the chart below shall be complete upon delivery of an indirect purchaser summons and complaint in the manner described in paragraph 1, subsections (a) *and* (b).

| Foreign Defendant | United States Subsidiary/Related Entity | United States Counsel |
|---|---|---|
| Hitachi, Ltd. | Hitachi America, Ltd.<br>2000 Sierra Point Pkwy.<br>Brisbane, CA 94005-1835 | Kent M. Roger<br>Morgan Lewis & Bockius, LLP<br>One Market<br>Spear Street Tower, Suite 2800<br>San Francisco, CA 94105 |

| | | |
|---|---|---|
| Hitachi Asia, Ltd. | Hitachi America, Ltd. 2000 Sierra Point Pkwy. Brisbane, CA 94005-1835 | Kent M. Roger Morgan Lewis & Bockius, LLP One Market Spear Street Tower, Suite 2800 San Francisco, CA 94105 |
| Koninklijke Phillips Electronics N.V. a/k/a Royal Phillips N.V. | Phillips Electronics North America Corporation 1251 Avenue of the Americas, New York, NY 10020-1104 | Joseph A. Ostoyich Howrey LLP 1299 Pennsylvania Ave., N.W. Washington, DC 20004 |
| Matsushita Electric Industrial Co., Ltd. | Panasonic Corporation of North America 1 Panasonic Way, Secaucus, NJ 07094 | Jeffrey L. Kessler Dewey & LeBoeuf LLP 1301 Avenue of the Americas New York, NY 10019 and Steven A. Reiss Weil, Gotshal & Manges, LLP 767 Fifth Avenue New York, NY 10153-0119 |
| Matsushita Toshiba Picture Display Co., Ltd. | MT Picture Display Corporation of America (New York) 100 Westinghouse Cir. Horseheads, NY 14845 | Jeffrey L. Kessler Dewey & LeBoeuf LLP 1301 Avenue of the Americas New York, NY 10019 and Steven A. Reiss Weil, Gotshal & Manges, LLP 767 Fifth Avenue New York, NY 10153-0119 |
| Samsung Electronics Co., Ltd. | Samsung Electronics America, Inc. 105 Challenger Road 6th Floor Ridgefield Park, NJ 07660 | James McGinnis Sheppard Mullin Richter & Hampton, LLP Four Embarcadero Center 17th Floor San Francisco, CA 94111-4109 |
| Toshiba Corporation | Toshiba America, Inc. 1251 Avenue of the Americas, Suite 4110 New York, NY 10020 | Christopher M. Curran White & Case, LLP 701 Thirteenth Street, N.W. Washington, DC 20005 |

3

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO AUTHORIZE SERVICE ON CERTAIN FOREIGN DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)

3. The U.S. subsidiary, related entity, or counsel that is served with the envelope containing an indirect purchaser summons and complaint as described in paragraph 1, shall cause such envelope to be promptly transmitted to the appropriate foreign defendant.

**IT IS SO ORDERED.**

Dated: _____     _____
                                    Honorable Samuel Conti
                                    UNITED STATES DISTRICT COURT