RECEIVED

AUG 0 7 2008

RICHARD W. WIEKING.
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JAMES E. ALLEE, KORY PENTLAND and JIM BROWN on behalf of themselves and others similarly situated, | CASE NO. 3:07-CV-05944-SC |
| Plaintiff(s), | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; et al, | |
| Defendant(s). | |

Shpetim Ademi ☐ , an active member in good standing of the bar of the Eastern District of Wisconsin ☐ whose business address and telephone number (particular court to which applicant is admitted) is

3620 East Layton Avenue
Cudahy, WI 53110
Telephone: (414) 482-8000 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District     Judge

UNITED STATES DISTRICT COURT
For the Northern District of California