

Clerk's Use Only
Initial for fee pd.:

ADEMI & O'REILLY, LLP
GURI ADEMI
3620 East Layton Avenue
Cudahy, WI 53110
Telephone: (414) 482-8000

FILED

08 AUG -7 PM 3:56

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JAMES E. ALLEE, KORY PENTLAND and JIM BROWN on behalf of themselves and others similarly situated,

Plaintiff(s),

v.

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; et al,

Defendant(s).

CASE NO. 3:07-CV-05944-SC

**APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Guri Ademi, an active member in good standing of the bar of the Eastern District of Wisconsin, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
MILBERG LLP, JEFF S. WESTERMAN, One California Plaza, 300 S. Grand Ave., Suite 3900, Los Angeles, CA 90071, Telephone: (213) 617-1200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7-30-08

Guri Ademi