**RECEIVED**

AUG 07 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

JAMES E. ALLEE, KORY PENTLAND
and JIM BROWN on behalf of themselves
and others similarly situated,

               Plaintiff(s),

   v.

MATSUSHITA ELECTRIC
INDUSTRIAL CO., LTD.; et al,

               Defendant(s).

CASE NO.  3:07-CV-05944-SC

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Shpetim Ademi                     , an active member in good standing of the bar of

the Eastern District of Wisconsin          whose business address and telephone number

(particular court to which applicant is admitted)

is

3620 East Layton Avenue
Cudahy, WI 53110
Telephone:  (414) 482-8000                     ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Plaintiffs                     .

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:   8/11/08



IT IS SO ORDERED
Judge Samuel Conti

United                          Judge

UNITED STATES DISTRICT COURT
For the Northern District of California