# UNITED STATES DISTRICT COURT
## Northern District of California

JAMES E. ALLEE, KORY PENTLAND and JIM BROWN on behalf of themselves and others similarly situated,

    Plaintiff(s),

v.

MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; et al,

    Defendant(s).

CASE NO. 3:07-CV-05944-SC

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Guri Ademi , an active member in good standing of the bar of the Eastern District of Wisconsin whose business address and telephone number (particular court to which applicant is admitted) is

3620 East Layton Avenue
Cudahy, WI 53110
Telephone: (414) 482-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/11/08



IT IS SO ORDERED
United States District Judge
Judge Samuel Conti