Counsel Listed On Signature Block

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br>ALL ACTIONS | **SUPPLEMENTAL JOINT RULE 26(f) REPORT** |

On or about June 6, 2008, the parties submitted an initial Joint Rule 26(f) Report stating that they were in the process of meeting and conferring to develop a discovery plan. The parties indicated that they would submit a supplemental report not later than 30 days after the July 11, 2008 Status Conference. Accordingly, by and through their counsel, the undersigned submit this supplemental joint report pursuant to Rule 26(f) and the Court's Pretrial Order No. 1.

**A.     DISCOVERY STATUS AND RELATED ISSUES**

The parties met with Special Master Legge on July 29, 2008, in an effort to attempt to resolve the Motion for Limited Stay of Discovery, filed by Intervenor Department of Justice ("DOJ") on July 7, 2008 (the "Stay Motion") and to discuss certain other disputed issues, including the date for the filing of consolidated amended complaints.

1  On July 30, 2008, counsel for plaintiffs circulated a draft Proposed
2 Stipulation and Order for Limited Discovery Stay, modifying the Proposed
3 Order Granting the United States' Motion for Limited Stay of Discovery filed
4 by the DOJ with its Stay Motion.
5  On August 5, 2008, counsel for defendants, counsel for plaintiffs,
6 and the DOJ submitted letters to Special Master Legge setting forth their
7 respective positions on the DOJ's Stay Motion and on the following additional
8 topics: (i) scope of permissible discovery prior to the filing of consolidated
9 amended complaints and the resolution of motions to dismiss; (ii) the
10 identification by plaintiffs of the defendants to be named in the consolidated
11 amended complaints; (iii) the appropriate relevant time period for any
12 discovery; (iv) the timing of the filing of consolidated amended complaints; and
13 (v) Indirect Purchaser Plaintiffs' Motion to Authorize Service on Certain
14 Foreign Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3)
15 ("Service Motion") (discussed in greater detail in Section C, *infra*).  Counsel for
16 defendants and the DOJ also submitted proposed revisions to the plaintiffs'
17 draft Proposed Stipulation and Order for Limited Discovery Stay.
18  On August 6, 2008, the parties and the DOJ met with Judge Legge
19 in a further effort to resolve the DOJ's Stay Motion, to reach consensus on the
20 draft Proposed Stipulation and Order for Limited Discovery Stay, and to resolve
21 the parties' other related disputes.  The parties are scheduled for further
22 discussions on August 12, 2008.  The parties are to report the results of their
23 discussions to Judge Legge and the DOJ on August 13, 2008. The parties hope
24 to resolve the Stay Motion.  The parties intend to file the Proposed Stipulation
25 and Order for Limited Discovery Stay upon agreement by the parties and the
26 DOJ.  If the parties and the DOJ are unable to reach agreement, plaintiffs and
27
28

1  defendants agree to submit responses to the DOJ's Stay Motion by August 20,
2  2008.  The Stay Motion will be heard by this Court on September 5, 2008.

3  **B.      INDIRECT PURCHASER PLAINTIFFS' SERVICE MOTION**

4  On August 1, 2008, the indirect purchaser plaintiffs filed their
5  Service Motion.  The parties have been meeting and conferring regarding the
6  Service Motion as set forth, *supra*.

7  During the meeting with Judge Legge on August 5, 2008, the
8  parties agreed, subject to this Court's approval, to submit the Service Motion to
9  Judge Legge so that he may attempt to resolve the motion, and if it cannot be
10 resolved, make a recommendation to the Court in advance of the September 5,
11 2008 hearing. The defendants agreed to submit a response to the motion on
12 August 15, 2008, the indirect purchaser plaintiffs will reply on August 22,
13 2008, and the parties will appear before Judge Legge on August 27, 2008. The
14 Service Motion is currently set for hearing before this Court on September 5,
15 2008.

16 The direct purchaser plaintiffs have either served, or are in the process of
17 serving, foreign defendants.  To the extent the indirect purchaser plaintiffs'
18 Service Motion is relevant to the direct purchaser plaintiffs, they join in the
19 Service Motion and seek the same relief.

20 **C.      PLAINTIFFS' OUTSTANDING DISCOVERY REQUESTS**

21 On or about June 4, 2008, the direct purchaser plaintiffs served
22 upon some defendants their First Set of Requests for Production of Documents.
23 On or about June 10, 2008, the indirect purchaser plaintiffs served upon some
24 defendants their First Request for Production of Documents from Defendants.
25 As a result of the parties' continuing negotiations to resolve discovery issues
26 and to develop a discovery plan, plaintiffs agreed to extend the time by which

27
28

served defendants had to respond to the discovery requests. Served defendants' written responses are currently due August 13, 2008.

Respectfully submitted,

Dated: August 11, 2008

By: ⎯/s/ Jeffrey L. Kessler⎯
JEFFREY L. KESSLER (pro hac vice)
Email: jkessler@dl.com
A. PAUL VICTOR (pro hac vice)
Email: pvictor@dl.com
EVA W. COLE (pro hac vice)
Email : ecole@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

STEVEN A. REISS (pro hac vice)
Email: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
Email: david.yohai@weil.com
ALAN R. FEIGENBAUM (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

***Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Corporation of America (NY) (defunct), MT Picture Display Co., Ltd. and Matsushita Electric Industrial Co.***

By: ⎯/s/ Gary Halling⎯
GARY L. HALLING, Bar No. 66087
ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Bar No. 95788

-4-

SUPPLEMENTAL JOINT RULE 26(f) REPORT

| | |
|---|---|
| 1 | jmcginnis@sheppardmullin.com |
| | MICHAEL SCARBOROUGH, Bar No. 203524 |
| 2 | mscarborough@sheppardmullin.com |
| 3 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| | Four Embarcadero Center, 17th Floor |
| 4 | San Francisco, California 94111-4109 |
| | Telephone: 415-434-9100 |
| 5 | Facsimile: 415-434-3947 |
| 6 | ***Attorneys for Defendants Samsung SDI America, INC. and Samsung SDI Co., Ltd.*** |
| 7 | |
| 8 | By:   /s/ Samuel Miller |
| | SAMUEL R. MILLER |
| 9 | Email: srmiller@sidley.com |
| | RYAN SANDROCK |
| 10 | Email: rsandrock@sidley.com |
| | SIDLEY AUSTIN LLP |
| 11 | 555 California Street |
| | San Francisco, CA 94104 |
| 12 | Telephone : (415) 772-1200 |
| | Facsimile: (415) 772-7400 |
| 13 | |
| 14 | ***Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*** |
| 15 | |
| 16 | By:   /s/ Curt Holbreich |
| | CURT HOLBREICH |
| 17 | Email: curt.holbreich@klgates.com |
| | K&L GATES LLP |
| 18 | 55 Second Street, Suite 1700 |
| | San Francisco, California 94105-3493 |
| 19 | Telephone : (415) 882-8200 |
| | Facsimile: (415) 882-8220 |
| 20 | |
| 21 | ***Attorneys for Defendant TPV International (USA), Inc.*** |
| 22 | |
| 23 | By:   /s/ Michael Lazerwitz |
| | MICHAEL R. LAZERWITZ (pro hac vice) |
| 24 | Email: mlazerwitz@cgsh.com |
| 25 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | 2000 Pennsylvania Avenue, NW |
| 26 | Washington, DC  20006 |
| | Telephone:  (202) 974-1679 |
| 27 | Facsimile:  (202) 974-1999 |
| 28 | |

*Attorneys for Defendant LP Displays International Ltd.*

By: /s/ Anthony Viola
ANTHONY J. VIOLA (pro hac vice)
Email: aviola@eapdlaw.com
BARRY BENDES (pro hac vice)
Email: bbendes@eapdlaw.com
JOSEPH CZERNIAWSKI (pro hac vice)
Email: jczerniawski@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

DAVID W. EVANS
Email: devans@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

*Attorneys for Defendant Orion America, Inc.*

By: /s/ Ethan Litwin
ETHAN E. LITWIN     (pro hac vice)
Email: LitwinE@howrey.com
HOWREY LLP
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

JOSEPH A. OSTOYICH (pro hac vice)
Email: OstoyichJ@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendant Philips Electronics North America Corporation*

By: /s/ Kent Roger
KENT ROGER
Email: kroger@morganlewis.com

|   |   |
|---|---|
| 1 | Laura A. Lee |
| 2 | Laura Alexis Lee<br>llee@morganlewis.com |
| 3 | Thomas Green<br>tgreen@morganlewis.com |
|   | MORGAN LEWIS & BOCKIUS LLP |
| 4 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 5 | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 6 |   |
|   | ***Attorneys for Defendants Hitachi*** |
| 7 | ***America, Ltd. and Hitachi, Ltd.*** |
| 8 |   |
|   | By:  /s/ Christopher Curran |
| 9 | CHRISTOPHER M. CURRAN (pro hac vice) |
| 10 | Email: ccurran@whitecase.com |
|   | GEORGE L. PAUL (pro hac vice) |
| 11 | Email: gpaul@whitecase.com<br>LUCIUS B. LAU (pro hac vice) |
| 12 | Email: alau@whitecase.com |
|   | WHITE & CASE LLP |
| 13 | 701 ThirteenthStreet, N.W.<br>Washington, D.C.  20005 |
| 14 | Telephone:  (202) 626-3600<br>Facsimile:  (202) 639-9355 |
| 15 |   |
|   | ***Counsel to Defendants Toshiba*** |
| 16 | ***America, Inc.,***<br>***Toshiba America Information Systems,*** |
| 17 | ***Inc.,***<br>***Toshiba America Consumer Products,*** |
| 18 | ***L.L.C.,***<br>***and Toshiba America Electronic*** |
| 19 | ***Components, Inc.*** |
| 20 | By:  /s/ Bruce H. Jackson |
|   | Bruce H. Jackson (State Bar No. 98118) |
| 21 | (bruce.h.jackson@bakernet.com)<br>Robert W. Tarun (State Bar No. 64881) |
| 22 | (robert.w.tarun@bakernet.com) |
|   | Nancy C. Allred (State Bar No. 245736) |
| 23 | (nancy.c.allred@bakernet.com)<br>BAKER & MCKENZIE LLP |
| 24 | Two Embarcadero Center, 11th Floor |
| 25 | San Francisco, CA  94111-3802<br>Telephone:   +1 415 576 3000 |
|   | Facsimile:    +1 415 576 3099 |
| 26 |   |
| 27 | Patrick J. Ahern (pro hac vice)<br>(patrick.j.ahern@bakernet.com) |
| 28 | Roxane C. Busey (pro hac vice) |

-7-

SUPPLEMENTAL JOINT RULE 26(f) REPORT

(roxane.c.busey@bakernet.com)
Karen Sewell (pro hac vice)
(karen.sewell@bakernet.com)
BAKER & MCKENZIE LLP
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone:   +1 312 861 8000

***Attorneys for Tatung Company of America, Inc.***

By:   /s/  Terry Calvani
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Telephone:  (202) 777-4505
Facsimile:  (202) 777-4555

***Attorney for Defendant Beijing Matsushita Color CRT Company, Ltd.***

By: /s/ Guido Saveri
Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102)
rick@saveri.com
Cadio Zirpoli (179108)
cadio@saveri.com
**SAVERI & SAVERI INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415)217-6810
Facsimile: (415)217-6813

***Interim Lead Counsel for the Direct Purchaser Plaintiffs***

By: /s/ Mario N. Alioto

| | |
|---|---|
| 1 | Mario N. Alioto (56433) |
| 2 | malioto@tatp.com |
|   | Lauren C. Russell (241151) |
| 3 | laurenrussell@tatp.com |
| 4 | **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP** |
| 5 | 2280 Union Street |
|   | San Francisco, California 94123 |
| 6 | Telephone: (415) 563-7200 |
| 7 | Facsimile: (415) 346-0679 |

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

By: /s/ Jeane Hamilton
Jeane Hamilton
Jeane.Hamilton@usdoj.gov
Lidia Maher
Lidia.Maher@usdoj.gov
**U.S. Department of Justice, Antitrust Division**
450 Golden Gate Avenue
Box 36046
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687

*Attorneys for United States*