| Clerk's Use Only | |
|---|---|
| Initial for fee pd.: |  |

Kevin B. Love
CRIDEN & LOVE, PA
7301 Southwest 57th Court, Suite 515
South Miami, FL 33143
Tel: 305-357-9000

FILED

08 AUG 14 PM 2: 25

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

Plaintiff(s),

v.

Defendant(s).

CASE NO. 07-5944-SC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Kevin B. Love, an active member in good standing of the bar of Florida, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Arch Electronics Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Lori S. Brody, KAPLAN FOX & KILSHEIMER LLP, 1801 Century Park East, Suite 1460, Los Angeles, CA 90067; Tel. 310-785-0800

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2008