UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

CASE NO. 07-5944-SC

Plaintiff(s),
v.

Defendant(s).
_____/

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Kevin B. Love , an active member in good standing of the bar of Florida whose business address and telephone number (particular court to which applicant is admitted) is

Kevin B. Love, CRIDEN & LOVE, PA, 7301 Southwest 57th Court, Suite 515, South Miami, FL 33143; Tel: 305-357-9000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Arch Electronics Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States Magistrate Judge