1   KENT M. ROGER, State Bar No. 95987
    THOMAS R. GREEN, State Bar No. 203480
2   LAURA A. LEE, State Bar No. 246032
    MORGAN, LEWIS & BOCKIUS, LLP
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel: (415) 442-1000 / Fax: (415)442-1001
    E-mail: kroger@morganlewis.com
5          jdegooyer@morganlewis.com
           llee@morganlewis.com
6          tgreen@morganlewis.com

7   *Attorneys for Defendants*
    *HITACHI, LTD. and HITACHI ASIA, LTD.*
8
    MARIO N. ALIOTO, ESQ. (56433)
9   LAUREN C. RUSSELL, ESQ. (241151)
    TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
10  2280 Union Street
    San Francisco, CA 94123
11  Tel:  (415) 563-7200 / Fax:  (415) 346-0679
    Email: malioto@tatp.com
12         laurenrussell@tatp.com

13  *Interim Lead Counsel for the*
    *Indirect Purchaser Plaintiffs*
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17                 SAN FRANCISCO DIVISION

18  **IN RE: CATHODE RAY TUBE (CRT)**      Master File No.:  C07-5944 SC
    **ANTITRUST LITIGATION**
19                                          MDL NO. 1917
20
                                            **STIPULATION RE: SERVICE OF**
21                                          **PROCESS ON FOREIGN DEFENDANTS**
                                            **HITACHI, LTD. AND HITACHI ASIA,**
22  This Document Relates To:              **LTD.**

23  **ALL INDIRECT PURCHASER**             **THE HONORABLE SAMUEL CONTI**
    **ACTIONS**
24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20808868.2

1    WHEREAS, foreign defendants Hitachi, Ltd. ("HTC") and Hitachi Asia, Ltd. ("HAS")

2 have not been formally served with process in the Indirect Purchaser Cathode Ray Tubes Cases

3 ("Indirect Purchaser Action");

4    WHEREAS, HTC and Hitachi America, Ltd. have been formally served with process in

5 the Direct Purchaser Cathode Ray Tubes Cases ("Direct Purchaser Action");

6    WHEREAS, on August 1, 2008, the Indirect Purchaser Plaintiffs ("Plaintiffs") filed a

7 Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil

8 Procedure 4(f)(3) ("Service Motion");

9    WHEREAS, Plaintiffs' Service Motion requests that the Court exercise its discretion

10 pursuant to Fed. R. Civ. Pro. 4(f)(3) and order that certain foreign defendants, including HTC and

11 HAS, may be served through their U.S. wholly-owned subsidiary/related entity and its counsel;

12 and

13    WHEREAS, the parties have met and conferred and undersigned counsel for HTC and

14 HAS has agreed to accept service of process in the Indirect Purchaser Action on behalf of HTC

15 and HAS.

16    NOW, THEREFORE, PLAINTIFFS AND HTC AND HAS, BY AND THROUGH

17 THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE THAT:

18    1.    HTC and HAS shall be deemed served with the Summons and Complaint in

19 *Figone v. LG Electronics, Inc., et al.*, Case No. 07-6331-SC in the Indirect Purchaser Action as of

20 the date of execution of this Stipulation.

21    2.    Notwithstanding Paragraph (1), HTC and HAS shall not be required to (i) appear

22 in the Indirect Purchaser Action until sixty (60) days after the date of execution of this

23 Stipulation; or (ii) comply with initial disclosure obligations pursuant to Rule 26 of the Federal

24 Rules of Civil Procedure until ninety (90) days after the date of execution of this Stipulation.  In

25 addition, HTC's and HAS's time to answer, move, or otherwise respond to plaintiffs' Complaint

26 shall be extended as set forth in the Stipulation and Order Re Extension Of Time For Defendant

27 To Respond To Complaint, dated December 19, 2007.  Finally, HTC and HAS shall not be

28 required to respond to any discovery served by Plaintiffs until at least ninety (90) days after the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20808868.2

1

STIPULATION RE: SERVICE OF PROCESS ON
FOREIGN DEFENDANTS HITACHI, LTD. AND
HITACHI ASIA, LTD.   CASE NO. C07-5944 SC

1   date of execution of this Stipulation, except with respect to any discovery obligations imposed

2   upon the HTC and HAS by a negotiated Stipulation for Limited Discovery Stay.

3       3.    Plaintiffs hereby withdraw their Service Motion as to HTC and HAS.

4       4.    Plaintiffs' Service Motion will proceed as to the remaining foreign defendants as

5   they are listed in the Service Motion.

6       5.    Plaintiff's hereby agree that they will not cite, rely upon, or utilize in any other

7   way this Stipulation in any litigation or proceeding other than in this case.

8

9   Dated: August 15, 2008          **MORGAN, LEWIS & BOCKIUS LLP**

10

11   By:_____/s/   Thomas R. Green_____
        Thomas R. Green

12   One Market, Spear Street Tower
    San Francisco, CA 94105-1126

13   Tel:  (415) 442-1000
    Fax:  (415) 442-1001

14

15   ***Attorneys For Defendants Hitachi, Ltd.
and Hitachi Asia, Ltd.***

16   Dated: August 15, 2008          **TRUMP, ALIOTO, TRUMP &
PRESCOTT, LLP**

17

18   By:_____/s/   Mario N. Alioto_____
        Mario N. Alioto

19

20   2280 Union Street
    San Francisco, CA 94123

21   Tel:  (415) 563-7200
    Fax:  (415) 346-0679

22   ***Interim Lead Counsel for the
Indirect Purchaser Plaintiffs***

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20808868.2

2

STIPULATION RE: SERVICE OF PROCESS ON
FOREIGN DEFENDANTS HITACHI, LTD. AND
HITACHI ASIA, LTD.    CASE NO. C07-5944 SC

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Thomas R. Green, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of August 2008 San Francisco, California.


By _____/s/  Thomas R. Green_____
Thomas R. Green

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20808868.2

3

STIPULATION RE: SERVICE OF PROCESS ON
FOREIGN DEFENDANTS HITACHI, LTD. AND
HITACHI ASIA, LTD.    CASE NO. C07-5944 SC