KENT M. ROGER, State Bar No. 95987
JONATHAN M. DEGOOYER, State Bar No. 221007
LAURA A. LEE, State Bar No. 246032
THOMAS R. GREEN, State Bar No. 203480
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: (415) 442-1000
Fax: (415)442-1001
E-mail: kroger@morganlewis.com
　　　　jdegooyer@morganlewis.com
　　　　llee@morganlewis.com
　　　　tgreen@morganlewis.com

*Attorneys for Defendants*
*HITACHI, LTD. and HITACHI ASIA, LTD.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: C07-5944 SC<br><br>MDL NO. 1917<br><br>**PROOF OF SERVICE**<br><br>THE HONORABLE SAMUEL CONTI |
| This Document Relates To:<br><br>**ALL INDIRECT PURCHASER ACTIONS** | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20809085.1

PROOF OF SERVICE
C07-5944 SC

# PROOF OF SERVICE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, Master File No. C07-5944 SC
This Document Relates to: ALL INDIRECT PURCHASER ACTIONS
We Represent Defendants Hitachi, Ltd and Hitachi ASIA, Ltd. (Client # 034913.0496)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **August 15, 2008**, I served the within document(s) to the addressees listed below:

**STIPULATION RE: SERVICE OF PROCESS ON FOREIGN DEFENDANTS HITACHI, LTD. AND HITACHI ASIA, LTD.**

| Addressee | Represent | Service |
|---|---|---|
| SEE ATTACHED LIST | SEE ATTACHED LIST | U.S. MAIL |

| | |
|---|---|
| ☐ | by transmitting **via facsimile** the document(s) listed above to the fax number(s) set forth below on this date. |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below. |
| ☐ | by placing the document(s) listed above in a sealed **Federal Express** envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a **Federal Express** agent for delivery. |
| ☐ | I caused the envelope(s) with the document(s) listed above to be **delivered by hand**, by [Specialized Legal Inc.] [One Legal Process Server], to the addressee(s) noted below. |
| ☐ | by transmitting via **E-Mailing** the document(s) listed above to the person(s) at the address(es) set forth below. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **August 15, 2008**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

/s/ Linda Buda
Linda Buda

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/20809085.1

1

PROOF OF SERVICE
C07-5944 SC

# LIST OF PARITIES RE: MANUAL SERVICE

***IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION***, **MASTER FILE NO. C07-5944 SC**
**THIS DOCUMENT RELATES TO: ALL INDIRECT PURCHASER ACTIONS**
We Represent Defendants Hitachi, Ltd and Hitachi ASIA, Ltd. (Client # 034913.0496)

|   | **PARTY (Manual Service)** | *Representing* |
|---|---|---|
| 1. | **Guri Ademi, Shpetim Ademi**<br>Ademi & O'Reilly LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110<br>414-482-8000<br>414-482-8001 (fax)<br>*Assigned: 07/31/2008*<br>*ATTORNEY TO BE NOTICED* | **James E. Allee** (plaintiff*);* **Jim Brown** (plaintiff*);* **Kory Pentland** (plaintiff*);* **Arch Electronics, Inc** (plaintiff*);* **Art's TV & Appliance** (plaintiff*);* **Carroll Cut-Rate Furniture** (plaintiff*);* **Central New York Univision Video Systems, Inc.** (plaintiff*);* **Crago, Inc.** (plaintiff*);* **Crimson Tech, Inc.** (plaintiff*);* **Electronic Design Company** (plaintiff*);* **Hawel A. Hawel d/b/a City Electronics** (plaintiff*);* **Meijer Distribution, Inc.** (plaintiff*);* **Meijer, Inc.** (plaintiff*);* **Monikraft, Inc** (plaintiff*);* **Nathan Muchnick, Inc.** (plaintiff*);* **OK TV & Appliances, LLC** (plaintiff*);* **Princeton Display Technologies, Inc.** (plaintiff*);* **Royal Data Services, Inc.** (plaintiff*);* **Southern Office Supply, Inc** (plaintiff*);* **Studio Spectrum, Inc.** (plaintiff*);* **The Stroud Group, Inc.** (plaintiff*);* **Univisions-Crimson Holding Inc.** (plaintiff*);* **Wettstein and Sons, Inc** (plaintiff*);* **Anthony Gianasca** (plaintiff*);* **Barbara Caldwell** (plaintiff*);* **Barry Kushner** (plaintiff*);* **Brian A. Luscher** (plaintiff*);* **Bridget Ten Eyck** (plaintiff*);* **Brighid Flaherty** (plaintiff*);* **Brigid Terry** (plaintiff*);* **Carmen Gonzalez** (plaintiff*);* **Chad Klebs** (plaintiff*);* **Charles Benson** (plaintiff*);* **Constance Hare** (plaintiff*);* **Craig Stephenson** (plaintiff*);* **Dana Ross** (plaintiff*);* **David G. Norby** (plaintiff*);* **Dennis Patrick** (plaintiff*);* **Donna Ellingson** (plaintiff*);* **Gary Hanson** (plaintiff*);* **Greg A Glanz** (plaintiff*);* **James Stringwell** (plaintiff*);* **Jeffrey Figone** (plaintiff*);* **Jerry Cook** (plaintiff*);* **John Larch** (plaintiff*);* **Margaret Slagle** (plaintiff*);* **Margo Stack** (plaintiff*);* **Mark Pierce** (plaintiff*);* **Michael Juetten** (plaintiff*);* **Patrick Piper** (plaintiff*);* **Samuel J. Nasto** (plaintiff*);* **Scott Friedson** (plaintiff*);* **William E. Stack** (plaintiff*);* **Orion Home Systems, LLC**  Saveri & Saveri, Inc. 111 Pine Street Suite 1700 San Francisco, CA 94111 415-217-6810 cadio@saveri.com (plaintiff*);* **Paula Call**  Saveri & Saveri, Inc. 111 Pine Street Suite 1700 San Francisco, CA 94111 415.217.6810 (plaintiff*);* **Steven Ganz**  Gross Belsky Alonso LLP 180 Montgomery Street Suite 2200 San Francisco, CA 94104 415-544-0200 415-544-0201 (fax) terry@grossbelsky.com (plaintiff*);* **James E. Allee** (plaintiff*);* |

| | | |
|---|---|---|
| 2. | **Patrick J. Ahern**<br>Baker & McKenzie<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601<br>(312) 861-8000<br>  *Assigned: 04/08/2008*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | **Tatung Company of America, Inc.** *(Defendant)* |
| 3. | **Roxane Busey**<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL 60601<br>312-861-8000<br>  *Assigned: 04/08/2008*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | **Tatung Company of America, Inc.** *(Defendant)* |
| 4. | **Issac L. Diel**<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211<br>913 661-9931<br>913 661-9935 (fax)<br>  *Assigned: 04/16/2008*<br>  *ATTORNEY TO BE NOTICED* | **Southern Office Supply, Inc** *(Plaintiff)* |
| 5. | **Manuel J. Dominguez**<br>Berman DeValerio Peasse Tabacco<br>Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401<br>561-835-9400<br>561-835-0322 (fax)<br>  *Assigned: 06/09/2008*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | **Central New York Univision Video Systems, Inc.** *(Plaintiff)*<br>**Crimson Tech, Inc.** *(Plaintiff)*<br>**Univisions-Crimson Holding Inc.** *(Plaintiff)* |
| 6. | **Neal A Eisenbraun**<br>Neal A Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN 55113<br>651-633-5685<br>651-633-4442 (fax)<br>rattler@earthlink.net<br>  *Assigned: 04/09/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Electronic Design Company** *(Plaintiff)* |

| | | |
|---|---|---|
| 7. | **John G. Emerson**<br>Emerson Poynter LLP<br>830 Apollo Lane<br>Houston, TX 77058<br>281-488-8854<br>281-488-8867 (fax)<br>  *Assigned: 07/03/2008*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | **Paula Call**<br>Saveri & Saveri, Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111<br>415.217.6810 *(Plaintiff)* |
| 8. | **Lori A. Fanning**<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>312 332-3400<br>312 676-2676 (fax)<br>  *Assigned: 02/01/2008*<br>  *ATTORNEY TO BE NOTICED* | **Barbara Caldwell** *(Plaintiff)*<br>**Mark Pierce** *(Plaintiff)* |
| 9. | **John Gressette Felder, Jr.**<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201<br>803-779-0100<br>803-787-0750 (fax)<br>  *Assigned: 04/29/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Greg A Glanz** *(Plaintiff)* |
| 10. | **Traviss Levine Galloway**<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St #3400<br>San Francisco, CA 94104<br>415 693-0700<br>415 693-0700 (fax)<br>  *Assigned: 03/17/2008*<br>  *ATTORNEY TO BE NOTICED* | **Margo Stack** *(Plaintiff)*<br>**William E. Stack** *(Plaintiff)* |
| 11. | **Martin E. Grossman**<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085<br>310-527-3277<br>  *Assigned: 03/10/2008*<br>  *ATTORNEY TO BE NOTICED* | **The Stroud Group, Inc.** *(Plaintiff)* |

| | | |
|---|---|---|
| 12. | **Richard M. Hagstrom**<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415<br>612/339-2020<br>612/336-9100 (fax)<br>  *Assigned: 02/01/2008*<br>  ATTORNEY TO BE NOTICED | **Chad Klebs** *(Plaintiff)* |
| 13. | **Gregory Hull**<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>650-802-3000<br>650-802-3100 (fax)<br>greg.hull@weil.com<br>  *Assigned: 02/01/2008*<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | **Philips Electronics North America** *(Defendant)*<br>**Panasonic Corporation of North America** *(Defendant)*<br>**MT Picture Display Corporation of America (New York)** *(Defendant)* |
| 14. | **Charles H. Johnson**<br>Charles H Johnson & Associates PA<br>2599 Mississippi Street<br>New Brighton, MN 55113<br>651-633-5685<br>651-633-4442 (fax)<br>johnsonbarbara5@aol.com<br>  *Assigned: 04/09/2008*<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | **Electronic Design Company** *(Plaintiff)* |
| 15. | **Andrus Star Liberty**<br>Andrus Liberty & Anderson LLP<br>1438 Market Street<br>San Francisco, CA 94102<br>415 896-1000<br>415 896-2249 (fax)<br>  *Assigned: 06/25/2008*<br>  ATTORNEY TO BE NOTICED | **Chad Klebs** *(Plaintiff)*<br>**Michael Juetten** *(Plaintiff)* |
| 16. | **Lawrence D. McCabe**<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016<br>212 682-1818<br>  *Assigned: 03/10/2008*<br>  ATTORNEY TO BE NOTICED | **Paula Call**<br>Saveri & Saveri, Inc.<br>111 Pine Street<br>Suite 1700<br>San Francisco, CA 94111<br>415.217.6810 *(Plaintiff)* |

| | | |
|---|---|---|
| 17. | **Krishna B. Narine**<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004<br>215-822-2202<br>215 914-2462 (fax)<br>  *Assigned: 04/16/2008*<br>  *ATTORNEY TO BE NOTICED* | **Southern Office Supply, Inc** *(Plaintiff)* |
| 18. | **Mark Reinhardt**<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101<br>651-227-9990<br>  *Assigned: 04/09/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Electronic Design Company** *(Plaintiff)* |
| 19. | **Steven A. Reiss**<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>212 310-8000<br>212 310-8007 (fax)<br>  *Assigned: 06/04/2008*<br>  *ATTORNEY TO BE NOTICED* | **MT Picture Display Corporation of America (New York)** *(Defendant)*<br>**Panasonic Corporation of North America** *(Defendant)*<br>**Art's TV & Appliance** *(Plaintiff)*<br>**Carroll Cut-Rate Furniture** *(Plaintiff)*<br>**Central New York Univision Video Systems, Inc.** *(Plaintiff)*<br>**Crago, Inc.** *(Plaintiff)*<br>**Crimson Tech, Inc.** *(Plaintiff)*<br>**Hawel A. Hawel d/b/a City Electronics** *(Plaintiff)*<br>**Monikraft, Inc** *(Plaintiff)*<br>**Nathan Muchnick, Inc.** *(Plaintiff)*<br>**Princeton Display Technologies, Inc.** *(Plaintiff)*<br>**The Stroud Group, Inc.** *(Plaintiff)*<br>**Univisions-Crimson Holding Inc.** *(Plaintiff)*<br>**Barbara Caldwell** *(Plaintiff)*<br>**Chad Klebs** *(Plaintiff)*<br>**Greg A Glanz** *(Plaintiff)*<br>**Jeffrey Figone** *(Plaintiff)*<br>**Mark Pierce** *(Plaintiff)*<br>**Michael Juetten** *(Plaintiff)*<br>**Orion Home Systems, LLC**<br>Saveri & Saveri, Inc.<br>111 Pine Street,Suite 1700<br>San Francisco, CA 94111<br>415-217-6810<br>cadio@saveri.com *(Plaintiff)*<br>**Paula Call**<br>Saveri & Saveri, Inc.<br>111 Pine Street Suite 1700<br>San Francisco, CA 94111<br>415.217.6810 *(Plaintiff)* |

| | | |
|---|---|---|
| **20.** | **Jean B. Roth**<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511<br>(612) 339-4295<br>  *Assigned: 04/10/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Anthony Gianasca** *(Plaintiff)*<br>**Bridget Ten Eyck** *(Plaintiff)*<br>**Brighid Flaherty** *(Plaintiff)*<br>**Brighid Flaherty** *(Plaintiff)* |
| **21.** | **Lawrence P. Schaefer**<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511<br>(612) 339-4295<br>  *Assigned: 04/10/2008*<br>  *LEAD ATTORNEY*<br>  *ATTORNEY TO BE NOTICED* | **Brighid Flaherty** *(Plaintiff)*<br>**Brigid Terry** *(Plaintiff* |
| **22.** | **Roger Martin Schrimp**<br>Damrell Nelson Schrimp Pallios<br>Pacher & Silva<br>1601 I Street 5th Floor<br>Modesto, CA 95354<br>209 526-3500<br>209 526-3534 (fax)<br>  *Assigned: 03/31/2008*<br>  *ATTORNEY TO BE NOTICED* | **Hawel A. Hawel d/b/a City Electronics** *(Plaintiff)* |
| **23.** | **Karen Sewell**<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Sutie 3500<br>Chicago, Il 60601<br>312-861-8000<br>  *Assigned: 04/08/2008*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | **Tatung Company of America, Inc.** *(Defendant)* |
| **24.** | **Imtiaz A. Siddiqui**<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>(212) 608-1900<br>(212) 719-4775 (fax)<br>  *Assigned: 03/17/2008*<br>  *ATTORNEY TO BE NOTICED* | **Margo Stack** *(Plaintiff)*<br>**William E. Stack** *(Plaintiff)* |

| | | |
|---|---|---|
| **25.** | **Donna F. Solen**<br>Mason Law Firm-Washington<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036<br>202 429-2290<br>202 429-2294 (fax)<br>  *Assigned: 04/16/2008*<br>  *ATTORNEY TO BE NOTICED* | **Southern Office Supply, Inc** *(Plaintiff)* |
| **26.** | **Matthew E. Van Tine**<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603<br>312 332-3400<br>312 676-2676 (fax)<br>  *Assigned: 02/01/2008*<br>  *ATTORNEY TO BE NOTICED* | **Barbara Caldwell** *(Plaintiff)*<br>**Mark Pierce** *(Plaintiff)* |
| **27.** | **Anthony J. Viola**<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>212-308-4411<br>212-308-4844 (fax)<br>  *Assigned: 04/08/2008*<br>  *PRO HAC VICE*<br>  *ATTORNEY TO BE NOTICED* | **Orion America, Inc.** *(Defendant)* |
| **28.** | **Jonathan Mark Watkins**<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249<br>415-433-2070<br>415-982-2076 (fax)<br>  *Assigned: 03/10/2008*<br>  *ATTORNEY TO BE NOTICED* | **Mark Pierce** *(Plaintiff)* |