MARIO N. ALIOTO, ESQ. (56433) malioto@tatp.com
LAUREN C. RUSSELL, ESQ. (241151) laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679

***Interim Lead Counsel for the
Indirect Purchaser Plaintiffs***

JEFFREY L. KESSLER *(pro hac vice)* jkessler@dl.com
EVA COLE *(pro hac vice)* ecole@dl.com
DEWEY & LEBOEUF, LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

***Counsel for Defendants Panasonic Corp. of North America,
MT Picture Display Corp of America (New York) (defunct),
MT Picture Display Co., Ltd., and
Matsushita Electric Industrial Co., Ltd***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | )  Master File No. CV-07-5944 SC |
| | ) |
| | )  MDL No. 1917 |
| | ) |
| | )  **STIPULATION RE: SERVICE OF** |
| | )  **PROCESS ON FOREIGN** |
| | )  **DEFENDANTS MATSUSHITA** |
| | )  **ELECTRICAL INDUSTRIAL, LTD.** |
| | )  **AND MT PICTURE DISPLAY CO.,** |
| | )  **LTD.** |
| | ) |
| **This document relates to:** | ) |
| | ) |
| **ALL INDIRECT PURCHASER ACTIONS** | )  The Honorable Samuel Conti |

1    WHEREAS, foreign defendants Matsushita Electric Industrial, Ltd. and MT

2    Picture Display Co., Ltd. (collectively hereinafter the "Matsushita Defendants") have not

3    been formally served with process in the Indirect Purchaser Cathode Ray Tubes Cases

4    ("Indirect Purchaser Action");

5    WHEREAS, the Matsushita Defendants have been formally served with process in

6    the Direct Purchaser Cathode Ray Tubes Cases ("Direct Purchaser Action");

7    WHEREAS, on July 28, 2008, the Matsushita Defendants appeared in the Direct

8    Purchaser Action through counsel;

9    WHEREAS, on August 1, 2008, the Indirect Purchaser Plaintiffs ("Plaintiffs")

10   filed a Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal

11   Rule of Civil Procedure 4(f)(3) ("Service Motion");

12   WHEREAS, Plaintiffs' Service Motion requests that the Court exercise its

13   discretion pursuant to Fed. R. Civ. Pro. 4(f)(3) and order that certain foreign defendants,

14   including the Matsushita Defendants, may be served through their U.S. wholly-owned

15   subsidiary/related entity and their counsel;

16   WHEREAS, the parties have met and conferred and undersigned counsel for the

17   Matsushita Defendants has agreed to accept service of process in the Indirect Purchaser

18   Action on behalf the Matsushita Defendants.

19   NOW, THEREFORE, PLAINTIFFS AND THE MATSUSHITA DEFENDANTS,

20   BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE

21   AND AGREE THAT:

22   1.    The Matsushita Defendants shall be deemed served with the Summons and

23   Complaint in *Figone v. LG Electronics, Inc., et al.,* Case No. 07-6331-SC in the Indirect

24   Purchaser Action as of the date of execution of this Stipulation.

25   2.    Notwithstanding Paragraph (1), the Matsushita Defendants shall not be

26   required to (i) appear in the Indirect Purchaser Action until sixty (60) days after the date

27

28

- 1 -

**STIPULATION RE: SERVICE OF PROCESS ON DEFENDANTS MATSUSHITA ELECTRIC
INDUSTRIAL, LTD. AND MT PICTURE DISPLAY CO., LTD.
MDL 1917**

1  of execution of this Stipulation; or (ii) comply with initial disclosure obligations pursuant

2  to Rule 26 of the Federal Rules of Civil Procedure until ninety (90) days after the date of

3  execution of this Stipulation.  In addition, the Matsushita Defendants' time to answer,

4  move, or otherwise respond to plaintiffs' Complaint shall be extended as set forth in the

5  Stipulation and Order Re Extension Of Time For Defendant To Respond To Complaint,

6  dated December 19, 2007.  Finally, the Matsushita Defendants shall not be required to

7  respond to any discovery served by Plaintiffs until at least ninety (90) days after the date

8  of execution of this Stipulation, except with respect to any discovery obligations imposed

9  upon the Matsushita Defendants by a negotiated Stipulation for Limited Discovery Stay.

10       3.      Plaintiffs hereby withdraw their Service Motion as to the Matsushita

11  Defendants.

12       4.      Plaintiffs' Service Motion will proceed as to the remaining foreign

13  defendants as they are listed in the Service Motion.

14       5.      Plaintiffs hereby agree that they will not cite, rely upon, or utilize in any

15  other way this Stipulation in any litigation or proceeding other than this case.

16

17  DATED: August 15, 2008                    **TRUMP, ALIOTO, TRUMP &**

18                                            **PRESCOTT, LLP**

19

20                                     By:   /s/ Mario N. Alioto
                                              MARIO N. ALIOTO

21

22                                     *Interim Lead Counsel for the Indirect Purchaser*

23                                     *Plaintiffs Class*

24  //

25  //

26

27                               - 2 -

28
**STIPULATION RE: SERVICE OF PROCESS ON DEFENDANTS MATSUSHITA ELECTRIC
INDUSTRIAL, LTD. AND MT PICTURE DISPLAY CO., LTD.
MDL 1917**

1

2

DATED: August 15, 2008

**DEWEY & LEBOEUF LLP**

3

4

By:  /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER

5

6

7

*Counsel for Defendants Panasonic Corp. of North America, MT Picture Display Corp of America (New York) (defunct), MT Picture Display Co., Ltd., and Matsushita Electric Industrial Co., Ltd*

8

9

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

10

11

12

13

14

I, Lauren C. Russell, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of August, San Francisco, California.

15

16

/s/ Lauren C. Russell

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION RE: SERVICE OF PROCESS ON DEFENDANTS MATSUSHITA ELECTRIC INDUSTRIAL, LTD. AND MT PICTURE DISPLAY CO., LTD.
MDL 1917**