UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| | **ORDER DENYING INDIRECT PURCHASER PLAINTIFFS' MOTION TO AUTHORIZE SERVICE ON CERTAIN FOREIGN DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Date:   September 5, 2008<br>Time:   10:00 a.m.<br>Court:  One, 17th Floor<br><br>The Honorable Samuel Conti |

Upon consideration of Indirect Purchaser Plaintiffs' Motion to Authorize Service on Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3), Toshiba Corporation's opposition to the motion, and all other pertinent papers, it is hereby

ORDERED that the motion is denied.


Dated: _____     _____

                                             Honorable Samuel Conti
                                             United States District Judge

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005