UNITED STATES DISTRICT COURT

Northern District of California

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

CASE NO. 07-5944-SC

Plaintiff(s),
v.

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Defendant(s).
_____/

Kevin B. Love, an active member in good standing of the bar of Florida whose business address and telephone number (particular court to which applicant is admitted) is

Kevin B. Love, CRIDEN & LOVE, PA, 7301 Southwest 57th Court, Suite 515, South Miami, FL 33143; Tel: 305-357-9000

,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Arch Electronics Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 15, 2008



United States District Judge
Judge Samuel Conti