1  MARIO N. ALIOTO, ESQ. (56433) malioto@tatp.com
   LAUREN C. RUSSELL, ESQ. (241151) laurenrussell@tatp.com
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3  2280 Union Street
   San Francisco, CA  94123
4  Telephone:  (415) 563-7200
   Facsimile: (415) 346-0679
5
   *Interim Lead Counsel for the*
6  *Indirect Purchaser Plaintiffs*

7  GARY L. HALLING, Bar No. 66087
   ghalling@sheppardmullin.com
8  JAMES L. MCGINNIS, Bar No. 95788
9  jmcginnis@sheppardmullin.com
   MICHAEL SCARBOROUGH, Bar No. 203524
10 mscarborough@sheppardmullin.com
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
11 Four Embarcadero Center, 17th Floor
12 San Francisco, California 94111-4109
   Telephone: 415-434-9100
13 Facsimile: 415-434-3947

14 *Attorneys for Defendants Samsung SDI America, Inc.,*
   *Samsung SDI Co., Ltd., and Samsung Electronics Co., Ltd.*
15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** ) )  ) ) ) ) ) ) ) ) | Master File No. CV-07-5944 SC  MDL No. 1917  **STIPULATION RE: SERVICE OF PROCESS ON FOREIGN DEFENDANT SAMSUNG ELECTRONICS CO., LTD.** |
| **This document relates to:** ) ) **ALL INDIRECT PURCHASER ACTIONS** ) ) | The Honorable Samuel Conti |

**STIPULATION RE: SERVICE OF PROCESS ON DEFENDANT SAMSUNG ELECTRONICS CO., LTD.**
**MDL 1917**

1    WHEREAS, foreign defendant Samsung Electronics Co., Ltd. ("Samsung") has not been
2 formally served with process in the Indirect Purchaser Cathode Ray Tubes Cases ("Indirect
3 Purchaser Action");
4    WHEREAS, Samsung has been formally served with process in the Direct Purchaser
5 Cathode Ray Tubes Cases ("Direct Purchaser Action");
6    WHEREAS, on August 1, 2008, the Indirect Purchaser Plaintiffs ("Plaintiffs") filed a
7 Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil
8 Procedure 4(f)(3) ("Service Motion");
9    WHEREAS, Plaintiffs' Service Motion requests that the Court exercise its discretion
10 pursuant to Fed. R. Civ. Pro. 4(f)(3) and order that certain foreign defendants, including the
11 Samsung, may be served through their U.S. wholly-owned subsidiary/related entity and their
12 counsel; and
13    WHEREAS, the parties have met and conferred and undersigned counsel for Samsung
14 has agreed to accept service of process in the Indirect Purchaser Action on behalf of Samsung.
15    NOW, THEREFORE, PLAINTIFFS AND SAMSUNG, BY AND THROUGH THEIR
16 UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE THAT:
17    1.    Samsung shall be deemed served with the Summons and Complaint in *Figone v.*
18 *LG Electronics, Inc., et al.,* Case No. 07-6331-SC in the Indirect Purchaser Action as of the date
19 of execution of this Stipulation.
20    2.    Notwithstanding Paragraph (1), Samsung shall not be required to (i) appear in the
21 Indirect Purchaser Action until sixty (60) days after the date of execution of this Stipulation; or
22 (ii) comply with initial disclosure obligations pursuant to Rule 26 of the Federal Rules of Civil
23 Procedure until ninety (90) days after the date of execution of this Stipulation.  In addition,
24 Samsung's time to answer, move, or otherwise respond to Plaintiffs' Complaint shall be extended
25 as set forth in the Stipulation and Order Re Extension Of Time For Defendant To Respond To
26 Complaint, dated December 19, 2007.  Finally, Samsung shall not be required to respond to any

**STIPULATION RE: SERVICE OF PROCESS ON DEFENDANT SAMSUNG ELECTRONICS CO., LTD.
MDL 1917**

1  discovery served by Plaintiffs until at least ninety (90) days after the date of execution of this
2  Stipulation, except with respect to any discovery obligations imposed upon Samsung by a
3  negotiated Stipulation for Limited Discovery Stay.

4      3.      Plaintiffs hereby withdraw their Service Motion as to Samsung.

5      4.      Plaintiffs' Service Motion will proceed as to the remaining foreign defendants as
6  they are listed in the Service Motion.

7      5.      Plaintiffs hereby agree that they will not cite, rely upon, or utilize in any other way
8  this Stipulation in any litigation or proceeding other than this case.

DATED: August 18, 2008                              **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

By:   /s/ Mario N. Alioto
          MARIO N. ALIOTO

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs Class*

DATED: August 18, 2008                              **SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**

By:   /s/ James L. McGinnis
          JAMES L. McGINNIS

***Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd.,and Samsung Electronics Co., Ltd.***

**STIPULATION RE: SERVICE OF PROCESS ON DEFENDANT SAMSUNG ELECTRONICS CO., LTD.
MDL 1917**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lauren C. Russell, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 18th day of August, San Francisco, California.

              /s/ Lauren C. Russell

**STIPULATION RE: SERVICE OF PROCESS ON DEFENDANT SAMSUNG ELECTRONICS CO., LTD.
MDL 1917**