| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | TERRENCE A. CALLAN #36305 |
| 2 | Email: terrence.callan@pillsburylaw.com |
| | 50 Fremont Street |
| 3 | Post Office Box 7880 |
| | San Francisco, CA 94120-7880 |
| 4 | Telephone: (415) 983-1000 |
| | Facsimile: (415) 983-1200 |
| 5 | |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 6 | JOSEPH R. TIFFANY II # 67821 |
| | Email: joseph.tiffany@pillsburylaw.com |
| 7 | PHILIP A. SIMPKINS # 246635 |
| | Email: philip.simpkins@pillsburylaw.com |
| 8 | 2475 Hanover Street |
| | Palo Alto, CA 94304-1114 |
| 9 | Telephone: (650) 233-4500 |
| | Facsimile: (650) 233-4545 |
| 10 | |
| | Attorneys for Defendants |
| 11 | IRICO DISPLAY DEVICES CO., LTD. and |
| | IRICO GROUP CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: C07-5944 SC<br>MDL NO. 1917<br><br>**CERTIFICATE OF SERVICE**<br><br>Courtroom: 1 – 17th Floor<br>Before the Honorable Samuel Conti |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

I am employed in State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Pillsbury Winthrop Shaw Pittman LLP, 2475 Hanover Street, Palo Alto, CA 94304-1114. On **August 22, 2008**, I served the documents titled:

| | |
|---|---|
| 1 | **STIPULATION RE: SERVICE OF PROCESS ON FOREIGN DEFENDANTS IRICO DISPLAY DEVICES CO., LTD. AND IRICO GROUP CORPORATION** |
| 2 | |
| 3 | on the parties in this action as follows: **SEE ATTACHED LIST** |
| 4 | |
| 5 | ☒ **(BY MAIL)** I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Palo Alto, CA. I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. |
| 6 | |
| 7 | |
| 8 | ☐ **(BY FACSIMILE)** The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error to the numbers listed above. |
| 9 | |
| 10 | ☐ **(BY EMAIL TRANSMISSION)** The above-referenced document was transmitted via electronic transmission to the persons at the electronic-email addresses indicated above. |
| 11 | ☐ **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by _____ to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith. |
| 12 | |
| 13 | ☐ **(BY OVERNIGHT COURIER)** I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by <u>Federal Express</u> for overnight delivery. |
| 14 | |
| 15 | |
| 16 | I declare under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2008, at Palo Alto, California. |
| 17 | |
| 18 | |
| 19 | _____<br>Meri L. Y. Rose |

| | |
|---|---|
| \<td colspan=2\> SERVICE LIST | |

SERVICE LIST

| | |
|---|---|
| Guri Ademi<br>Shpetim Ademi<br>ADEMI & O'REILLY LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110 | Patrick J. Ahern<br>Roxane Busey<br>Karen Sewell<br>BAKER & MCKENZIE<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 |
| Issac L. Diel<br>SHARP MCQUEEN<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211 | Manuel J. Dominguez<br>BERMAN DEVALERIO PEASSE<br>TABACCO BURT & PUCILLO<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 |
| Neal A Eisenbraun<br>2599 Mississippi Street<br>New Brighton, MN 55113 | John G. Emerson<br>EMERSON POYNTER LLP<br>830 Apollo Lane<br>Houston, TX 77058 |
| Lori A. Fanning<br>Matthew E. Van Tine<br>MILLER LAW LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | John Gressette Felder, Jr.<br>McGOWAN HOOD FELDER AND JOHNSON<br>1405 Calhoun Street<br>Columbia, SC 29201 |
| Traviss Levine Galloway<br>ZELLE HOFMANN VOELBEL MASON & GETTE<br>44 Montgomery St #3400<br>San Francisco, CA 94104 | Martin E. Grossman<br>LAW OFFICES OF MARTIN E. GROSSMAN<br>2121 Green Brier Drive<br>Villanova, PA 19085 |
| Richard M. Hagstrom<br>ZELLE HOFMANN VOELBEL MASON & GETTE LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 | Gregory D. Hull<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175 |
| Charles H. Johnson<br>CHARLES H JOHNSON & ASSOCIATES PA<br>2599 Mississippi Street<br>New Brighton, MN 55113 | Charles A. Legge<br>JAMS<br>Two Embarcadero Ctr #1100<br>San Francisco, CA 94111 |
| Andrus Star Liberty<br>ANDRUS LIBERTY & ANDERSON LLP<br>1438 Market Street<br>San Francisco, CA 94102 | Lawrence D. McCabe<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue<br>New York, NY 10016 |

| | | |
|---|---|---|
| 1 | Krishna B. Narine<br>SCHIFFRIN & BARROWAY, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004 | Mark Reinhardt<br>REINHARDT WENDORF &<br>BLANCHFIELD<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Steven A. Reiss<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Jean B. Roth<br>Lawrence P. Schaefer<br>MANSFIELD TANICK & COHEN<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| 6 | | |
| 7 | | |
| 8 | Roger Martin Schrimp<br>DAMRELL NELSON SCHRIMP<br>PALLIOS PACHER & SILVA<br>1601 I Street  5th Floor<br>Modesto, CA 95354 | Imtiaz A. Siddiqui<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>New York, NY 10110 |
| 9 | | |
| 10 | | |
| 11 | Donna F. Solen<br>MASON LAW FIRM-WASHINGTON<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036 | Anthony J. Viola<br>EDWARDS ANGELL PALMER &<br>DODGE LLP<br>750 Lexington Avenue<br>New York, NY 10022 |
| 12 | | |
| 13 | | |
| 14 | Jonathan Mark Watkins<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 | |
| 15 | | |
| 16 | | |