Clerk's Use Only

Initial for fee pd.:

David P. Germaine
Vanek, Vickers & Masini, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606

Phone: 312-224-1500
Facsimile: 312-224-1510

FILED

08 AUG 22 PM 12: 46

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

In Re: Cathode Ray Tube (CRT) Antitrust
Litigation
MDL 1917

CASE NO. 3:07-cv-05944-SC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, David P. Germaine , an active member in good standing of the bar of Illinois , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Meijer, Inc. and Meijer Distribution, Inc in the above-entitled action.

In support of this application, I certify on oath that:

1.   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.   An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Laurence D. King           350 Sansome Street, Suite 400
Kaplan Fox & Kilsheimer LLP   San Francisco, CA  94101      415-772-4700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/18/08