UNITED STATES DISTRICT COURT

Northern District of California

In Re: Cathode Ray Tube (CRT) Antitrust Litigation
MDL 1917

CASE NO. 3:07-cv-05944-SC

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

_____/

David P. Germaine ☐ , an active member in good standing of the bar of Illinois ☐ whose business address and telephone number (particular court to which applicant is admitted) is

Vanek, Vickers & Masini, P.C.   Phone: 312-224-1500
111 South Wacker Drive, Suite 4050   Facsimile: 312-224-1510
Chicago, Illinois 60606 ,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Meijer, Inc. and Meijer Distribution, Inc. ☐ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
United States District   Judge