

Clerk's Use Only
Initial for fee pd.:

Joseph M. Vanek
Vanek, Vickers & Masini, P.C.
111 South Wacker Drive, Suite 4050
Chicago, Illinois 60606

Phone: 312-224-1500
Facsimile: 312-224-1510

FILED
08 AUG 22 PM 12: 47

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

In Re: Cathode Ray Tube (CRT) Antitrust Litigation
MDL 1917

CASE NO. 3:07-cv-05944-SC

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

_____/

Pursuant to Civil L.R. 11-3, Joseph M. Vanek, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Meijer, Inc. and Meijer Distribution, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Laurence D. King            350 Sansome Street, Suite 400
   Kaplan Fox & Kilsheimer LLP  San Francisco, CA  94101     415-772-4700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/18/08