**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk  415.522.2000

26 August 2008

Re:   MDL – 1917   In Re Cathode Ray Tube (CRT) Antitrust Litigation

<u>Title of Case</u>  <u>Case Number</u>
*Radio & TV Equipment, Inc. -v- Chunghwa Picture Tubes*  C.A. No. 2:08-0542

Dear Sir/Madam:

   This is to advise you that the above entitled case has been transferred from the district of New Jersey to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the **Honorable Samuel Conti**.  We have given the action the individual case number ***C 08-4063 followed by the initials SC***.

   All future documents submitted in this case are to be presented to the Court in compliance with  <u>Pretrial Order No. 1</u>  issued on 4 April 2008 in the MDL case, case no. C 07-5944 SC, docket no. 230.

   Please be advised that this action has been designated as an E-Filing case. Therefore counsel is directed to register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos*

Rufino C. Santos
Deputy Clerk


cc: Counsel
    MDL