

Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
www.howrey.com

**David Lisi**
Partner
T 650.798.3500
F 650.798.3600
D 650.798.3530
lisid@howrey.com

August 26, 2008

<u>*VIA FACSIMILE: 415-982-5287*</u>

The Honorable Charles A. Legge
Attention: Melissa Ornstil, Esq.
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

    Re:  *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al.*
          <u>Reference #1100054618</u>
          <u>Hearing: Service of Process on Foreign Defendants</u>

Dear Judge Legge and Ms. Ornstil:

    Please find attached a copy of the Court's opinion in *Hickory Travel Systems, Inc. v. TUI AG, et al.*, 213 F.R.D. 547 (N.D. Cal. 2003). We believe that this opinion is directly relevant to the issues raised in the Indirect Purchaser Plaintiffs' Motion to Authorize Service to be heard by telephone tomorrow at 10am. In particular, we believe that Judge Conti's discussion of the applicable standard at 213 F.R.D. 552-53 addresses the issues raised by the Parties in this motion. We apologize for the late submission of this case, but we were only made aware of the opinion today and feel it is important for the Court to consider Judge Conti's analysis herein.

Very truly yours,

David M. Lisi

AMSTERDAM   BRUSSELS   CHICAGO   EAST PALO ALTO   HOUSTON   IRVINE   LONDON   LOS ANGELES
MADRID   MUNICH   NEW YORK   NORTHERN VIRGINIA   PARIS   SALT LAKE CITY   SAN FRANCISCO   TAIPEI   WASHINGTON, DC

DM_US:21425541_1