UNITED STATES DISTRICT COURT
For the Northern District of California

1
2  UNITED STATES DISTRICT COURT
3  Northern District of California
4
5  In Re: Cathode Ray Tube (CRT) Antitrust Litigation
6  MDL 1917
                                          CASE NO. 3:07-cv-05944-SC
7
                                          (Proposed)
                                          ORDER GRANTING APPLICATION
8                                         FOR ADMISSION OF ATTORNEY
                                          *PRO HAC VICE*
9
10
11
12  _____/
13  David P. Germaine                      , an active member in good standing of the bar of
14  Illinois                                whose business address and telephone number
15  (particular court to which applicant is admitted)
16  is
17  Vanek, Vickers & Masini, P.C.          Phone: 312-224-1500
    111 South Wacker Drive, Suite 4050     Facsimile: 312-224-1510
18  Chicago, Illinois 60606                                                              ,
19  having applied in the above-entitled action for admission to practice in the Northern District of
20  California on a *pro hac vice* basis, representing Meijer, Inc. and Meijer Distribution, Inc.
21      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
23  *vice*. Service of papers upon and communication with co-counsel designated in the application will
24  constitute notice to the party. All future filings in this action are subject to the requirements
25  contained in General Order No. 45, *Electronic Case Filing*.
26
27  Dated:  8/26/08
28
                                          
                                          United States District Judge
                                          Judge Samuel Conti