Case Name : Hawel A.Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant : Hitachi, Ltd.
Court Case No. : CV-07-6279

## CERTIFICATE
### ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

    - the (date)_____**July 4, 2008**_____
    - at (place, street, number)___**Hitachi, Ltd.**_____
    _____**1-6-6, Marunouchi, Chiyoda-ku, Tokyo**_____

    - in one of the following methods authorized by article 5 -
    [X]  (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    ~~[ ]  (b) in accordance with the following particular method*.~~
    ~~[ ]  (c) by delivery to the addressee, who accepted it voluntarily *.~~

The documents referred to in the request have been delivered to:

    -(identity and description of person)_____**Katsuhiro Asano**_____

    - relationship to the addressee (family, business or other):_____
    _____**Employee of Hitachi, Ltd.**_____

~~2) that the document has not been served, by reason of the following facts*:~~
_____
_____
_____

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

LIST OF DOCUMENTS:  Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint - Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District - ECF Registration Information Handout, Translations

Annexes
Documents returned:

_____
_____
In appropriate cases, documents
establishing the service:
_____
**Report of Service by Mail**
_____

Done at **Tokyo**, the **July 8, 2008**

Signature and / or stamp.
**Tokyo District Court,**
**Civil 28th**
**Fumiko Yokoo, Clerk**

2

[SEAL]

* Delete if inappropriate

(840111)A-2

| REPORT OF SERVICE BY MAIL (Address, etc.) | Date July 3, 2008 |
|---|---|

| Case number | 2008 - (I) - 174 |
|---|---|

= Service of Documents =

List of Documents
1. Summary of the Document
2. Summons
3. Class Action Complaint
4. Order Setting Case Management Conference
5. Consent to Proceed Before A United States Magistrate Judge
6. ECF Registration Information Handout
7. Translations of 2 to 6

Sender of Documents
   Address   1-1-4, Kasumigaseki, Chiyoda-Ku, Tokyo 100-8920           (i) A
   Name      Tokyo District Court, Civil 28th

Recipient of Documents
   Hitachi, Ltd.

Signature and/or seal of person accepting the documents
   Katsuhiro Asano

Place of service   Hitachi, Ltd., Nihon Seimei Marunouchi Bldg., 1-6-6, Marunouchi, Chiyoda-ku, Tokyo
   Zip code        100-8280

Date and time of service
   [0][7]  [0][4]  [2][0][0][8]  [1][2]
   month    day      year         time

Manner of service
   1  Personal Service.
   (2) Substitute service on person left in charge.
      a. Clerk (· Employee)              b. person residing therein
               Name ( Katsuhiro Asano                                 )
   3  Refusal of service.
      a. Defendant  b. Clerk·Employee  c. person residing therein
               Name (                                                  )
   4  Service to person who came to post office with an authorizaion.
      a. Clerk · Employee               b. person residing therein
               Name (                                                  )

I served as shown above.    Date: July 4, 2008
(a.) Japan Post Service Co.,Ltd.  Ginza        Branch
 b.  Japan Post Network Co.,Ltd.              Post Office   (Seal of Usui)
     Server : Minoru Usui                                   For sender only

I hereby confirmed these documents were properly served and information was properly entered.   Date: July 4, 2008
(a.) Japan Post Service Co.,Ltd.  Ginza        Branch
 b.  Japan Post Network Co.,Ltd.              Post Office
     Certifying Officer : Hidekazu Kawabata    (Seal of Kawabata)

(Receipt
Tokyo District Court
July 5, 2008
Civil 28th)

= Instructions for Japanese only =
1 If the person accepting the documents cannot sign or affix their seal, state the reason at Signature and/or seal of person.
2 Use 24-Hour System for time of service.
3 Enter clearly Place of service.                                                140
4 If you are served at the post office, enter " at the window " only.

552

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Judy A. Nunn<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JNunn@CivilActionGroup.com | Ministry of Foreign Affairs<br>Consular Policy Division<br>Consular Affairs Bureau, MOFA<br>Kasumigaseki 2-2-1, Chiyoda-ku<br>Tokyo, 100-8919<br><br>Japan |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)

*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

   *(identité et adresse)*   __Hitachi, Ltd.__
   __6-6, Marunouchi 1-chome, Chiyoda-ku, Tokyo, 100-8280, Japan__
                       Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons in a Civil Case
Class Action Complaint - Jury Trial Demanded
Order Setting Case Management Conference
Consent to Proceed Before A United States Magistrate Judge
U.S. District Court Northern District - ECF Registration Information Handout
Translations
Summary of the Documents to be Served

Done at __Minneapolis, Minnesota, U.S.A.__ , the __April 21, 2008__
*Fait à*                                                    *, le*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used)    USM-94    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*



20.4.24

Case Name: Hawel A. Hawel d/b/a City Electronics  v.  Chunghwa Picture Tubes, Ltd.
Defendant: Hitachi, Ltd.
Court Case No.: CV-07-6279

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___平成20年7月4日___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___東京都千代田区丸の内 1-6-6  株式会社日立製作所___
   ___日本生命丸の内ビル___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] ~~(b) in accordance with the following particular method*:~~
         b) *selon la forme particulière suivante:* ___
      
      [ ] ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___浅野勝弘___

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___株式会社日立製作所 従業者___

~~2) that the document has not been served, by reason of the following facts*:~~
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

___
___
___

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint - Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District - ECF Registration Information Handout, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

___
___
___

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
___郵便送達報告書___

Done at / *Fait à* ___東京都___ , the / *le* ___2008. 7. 8___

Signature and/or stamp.
*Signature et/ou cachet.*

東京地方裁判所民事第28部
裁判所書記官  横尾史子

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

(840111) A-2

| 郵便送達報告書 | 発送年月日 | 平成 20 年 7 月 3 日 |
|---|---|---|
| （住所，居所等用） | | |

| 事件番号 | 平成 20 年 （ヱ）第 174 号 |
|---|---|

| 送達書類 | 書類の名称 | 1. 文書の要領（SUMMARY）<br>2. 召喚状<br>3. 集団訴訟告訴状<br>4. 事件管理協議指定命令書<br>5. 連邦下級判事による訴訟手続きに対する同意<br>6. ECF登録情報ハンドアウト<br>7. 2ないし6の訳文 |
|---|---|---|
| 差出人 | 所在地 | 郵便番号 100-8920<br>東京都千代田区霞が関1丁目1番4号 ㋑Ⓐ |
| | 名称 | 東京地方裁判所民事第28部 |
| 受送達者本人氏名 | | 株式会社 日立製作所 |

| 受領者の押印又は署名 | 浅野勝弘 |
|---|---|

| 送達の場所 | 郵便番号 100-8280   株式会社 日立製作所<br>東京都千代田区丸の内1-6-6 日本生命丸の内ビル |
|---|---|

| 送達年月日時 | 平成 20 年 07 月 04 日 12 時 |
|---|---|

| 送達方法 | 1 | 受送達者本人に渡した。 |
|---|---|---|
| | 2 | 受送達者本人に出会わなかったので，書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>ア 使用人・従業者　イ 同居者<br>（氏名： 浅野勝弘 ） |
| | 3 | 次の者が正当な理由なく受取りを拒んだので，その場に差し置いた。<br>ア 受送達者本人　イ 使用人・従業者　ウ 同居者<br>（氏名： ） |
| | 4 | 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>ア 使用人・従業者　イ 同居者<br>（氏名： ） |

上記のとおり送達しました。　平成 20 年 7 月 4 日
（所属）　　　　　　　　　　　　配達担当者
㋐ 郵便事業(株)　銀座 支店
㋑ 郵便局(株)　　　郵便局　臼井 実 ㊞

上記送達に係る郵便物が適正に送達されたこと及びその送達に関する事項が適正に記載されていることを確認しました。
平成 20 年 7 月 4 日
（所属）　　　　　　　　　　　　郵便認証司
㋐ 郵便事業(株)　銀座 支店
㋑ 郵便局(株)　　　郵便局　河島 英□ ㊞

差出人記入欄 □

注意
1　受領者が押印又は署名をすることができないときは，「受領者の押印又は署名」欄にその旨を記入すること。
2　「送達の場所」欄は，市町村名から住居番号等まで詳細明確に記入すること。ただし，営業所の窓口において交付したときは，「窓口」とのみ記入すること。
3　「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは，枠内に右詰めで記入すること。また，時刻は24時間制で記入すること。
4　「送達方法」欄は，次により記入すること。
　(1)「1」，「2」，「3」及び「4」の欄については，該当する数字ひとつを「○」で囲むこと。
　(2)「2」，「3」又は「4」を「○」で囲んだ場合は，さらに該当するものを「○」で囲み，その氏名を記入する。ただし，受送達者本人であるときは，その氏名を記入しない。
5　配達担当者及び郵便認証司の「所属」欄は該当するものを「○」で囲み，その名称を記入すること。

