Case Name : Hawel A.Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant : Orion Electric Co., Ltd.
Court Case No.: CV-07-6279

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

- the (date) **July 3, 2008**
- at (place, street, number) **Orion Electric Co., Ltd. 41-1, Iehisa-cho, Echizen-City, Fukui-Pref.**

- in one of the following methods authorised by article 5 -

[X ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

~~[ ] (b) in accordance with the following particular method*.~~

~~[ ] (c) by delivery to the addressee, who accepted it voluntarily *.~~

The documents referred to in the request have been delivered to:

-(identity and description of person) **Yoshihito Nakamura**

- relationship to the addressee (family, business or other): **Employee of Orion Electric Co., Ltd.**

~~2) that the document has not been served, by reason of the following facts*:~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint – Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District – ECF Registration Information Handout, Translations

Annexes
Documents returned:

In appropriate cases, documents establishing the service:

**Report of Service by Mail**

Done at **Fukui Prefecture**, the **July 7, 2008**

Signature and / or stamp.
**Fukui District Court, Civil**
**Kazuto Asahi, Clerk**

SEAL

2

* Delete if inappropriate

(840111)

| REPORT OF SERVICE BY MAIL ( Address, etc. ) | Date July 2, 2008 |
|---|---|
| Case number 2008 - (I) - 3 | |

= Service of Documents =

List of Documents
1. Summary of the Document
2. Summons
3. Class Action Complaint
4. Order Setting Case Management Conference
5. Consent to Proceed Before A United States Magistrate Judge
6. ECF Registration Information Handout
7. Translations of 2 to 6

Sender of Documents
Address **1-1-1, Haruyama, Fukui City 910-8524**
Name **Fukui District Court, Civil**

Recipient of Documents
**Orion Electric Co., Ltd.**

Signature and/or seal of person accepting the documents
**Yoshihito Nakamura**

Place of service **Orion Electric Co., Ltd.**
**41-1, Iehisa-cho, Echizen-City, Fukui-Pref.**
Zip code **915-0801**

Date and time of service

| | 7 | | 3 | 2 0 0 8 | 1 | 1 |
|---|---|---|---|---|---|---|
| month | | day | | year | time | |

Manner of service
1 Personal Service.
(2) Substitute service on person left in charge.
(a) Clerk · Employee b. person residing therein
Name ( **Yoshihito Nakamura** )
3 Refusal of service.
a. Defendant b. Clerk·Employee c. person residing therein
Name ( )
4 Service to person who came to post office with an authorizaion.
a. Clerk · Employee b. person residing therein
Name ( )

I served as shown above. Date: **July 3, 2008**
(a) Japan Post Service Co.,Ltd. **Takefu** Branch
b. Japan Post Network Co.,Ltd. Post Office
Server : **Takaharu Sakai** **Seal of Sakai**

I hereby confirmed these documents were properly served and information was properly entered. Date: **July 3, 2008**
(a) Japan Post Service Co.,Ltd. **Takefu** Branch
b. Japan Post Network Co.,Ltd. Post Office
Certifying Officer : **Hidetoshi Katazawa** **Seal of Katazawa**

For sender only

**Copy Fukui District Court July 6, 2008 Civil**

= Instructions for Japanese only =
1 If the person accepting the documents cannot sign or affix their seal, state the reason at Signature and/or seal of person.
2 Use 24-Hour System for time of service.
3 Enter clearly Place of service.
4 If you are served at the post office, enter " at the window " only.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| **Identity and address of the applicant** *Identité et adresse du requérant* | **Address of receiving authority** *Adresse de l'autorité destinataire* |
|---|---|
| **Judy A. Nunn**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776 Fax: 952.831.8150**<br>**Email: JNunn@CivilActionGroup.com** | **Ministry of Foreign Affairs**<br>**Consular Policy Division**<br>**Consular Affairs Bureau, MOFA**<br>**Kasumigaseki 2-2-1, Chiyoda-ku**<br>**Tokyo, 100-8919**<br><br>**Japan** |

**The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)**
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
*(identité et adresse)* Orion Electric Co., Ltd.
41-1 Iehisa-cho, Echizen-shi, Fukui 915-8555, Japan
Tel:

[X] (a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] (b) **in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
*b) selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) **by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
*c) le cas échéant, par remise simple (article 5, alinéa 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.**
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons in a Civil Case
Class Action Complaint - Jury Trial Demanded
Order Setting Case Management Conference
Consent to Proceed Before A United States Magistrate Judge
U.S. District Court Northern District - ECF Registration Information Handout
Translations
Summary of the Documents to be Served

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

**Done at** *Fait à* Minneapolis, Minnesota, U.S.A., **the** *le* April 21, 2008

**Signature and/or stamp.**
*Signature et/ou cachet.*

外務省情報通信課 受 20.4.24 付 受信係

(Formerly OBD-116 which was formerly LAA-116, both of which may still be used) USM-94 (Est. 11/22/77)

*** Delete if inappropriate.**
*. Rayer les mentions inutiles*

Case Name: Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant: Orion Electric Co., Ltd.
Court Case No.: CV-07-6279

**CERTIFICATE**
***ATTESTATION***

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1) that the document has been served***
*1. que la demande a été exécutée*

- **the (date)** / *le (date)* 平成20年7月3日
- **at (place, street, number)** / *à (localité, rue numéro)* 福井県越前市家久町41-1 オリオン電機株式会社

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*

X [ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

~~[ ] (b) in accordance with the following particular method*:~~
*b) selon la forme particulière suivante:*

~~[ ] (c) by delivery to the addressee, who accepted it voluntarily.*~~
*c) par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*

- **(identity and description of person)** / *(identité et qualité de la personne)* 中村嘉仁
- **relationship to the addressee (family, business or other):** / *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* オリオン電機株式会社従業者

~~2) that the document has not been served, by reason of the following facts*:~~
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint - Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District - ECF Registration Information Handout, Translations**

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
郵便送達報告書

**Done at** / *Fait à* 福井県 **, the** / *, le* 2008.7.7

**Signature and/or stamp.**
*Signature et/ou cachet.*

福井地方裁判所民事部
裁判所書記官 朝日和人

* **Delete if inappropriate.**
*Rayer les mentions inutiles.*

(840111)

# 郵便送達報告書（住所，居所等用）

| | |
|---|---|
| 発送年月日 | 平成20年7月2日 |
| 事件番号 | 平成20年（エ）第3号 |
| 送達書類 書類の名称 | 1. 文書の要領（SUMMARY）<br>2. 召喚状<br>3. 集団訴訟告訴状<br>4. 事件管理協議指定命令書<br>5. 連邦下級判事による訴訟手続きに対する同意<br>6. ECF登録情報ハンドアウト<br>7. 2ないし6の訳文 |
| 差出人 所在地 | 郵便番号 910-8524 福井市春山一丁目1番1号 |
| 差出人 名称 | 福井地方裁判所　民事訟廷事務室 |
| 受送達者本人氏名 | オリオン電機株式会社 |
| 受領者の押印又は署名 | 中村嘉仁 |
| 送達の場所 | 郵便番号 915-0801 ~~オリオン電機株式会社~~ 福井県越前市家久町41-1 |
| 送達年月日時 | 平成20年7月3日11時 |

**送達方法**

1 受送達者本人に渡した。

(2) 受送達者本人に出会わなかったので，書類の受領について相当のわきまえがあると認められる次の者に渡した。
(ア) 使用人・従業者　イ 同居者
（氏名：中村嘉仁）

3 次の者が正当な理由なく受取りを拒んだので，その場に差し置いた。
ア 受送達者本人　イ 使用人・従業者　ウ 同居者
（氏名：　　）

4 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。
ア 使用人・従業者　イ 同居者
（氏名：　　）

上記のとおり送達しました。　平成20年7月3日
（所属）(ア) 郵便事業(株)　イ 郵便局(株)　武生支店／郵便局
配達担当者　酒井隆晴（酒井）

上記送達に係る郵便物が適正に送達されたこと及びその送達に関する事項が適正に記載されていることを確認しました。　平成20年7月3日
（所属）(ア) 郵便事業(株)　イ 郵便局(株)　武生支店／郵便局
郵便認証司　堅澤英俊（堅澤）

差出人記入欄

福井地方裁判所受付民事…　転写　20.7.-6　時　分　第　号

（注意）
1 受領者が押印又は署名をすることができないときは，「受領者の押印又は署名」欄にその旨を記入すること。
2 「送達の場所」欄は，市町村名から住居番号等まで詳細明確に記入すること。ただし，営業所の窓口において交付したときは，「窓口」とのみ記入すること。
3 「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは，枠内に右詰めで記入すること。また，時刻は24時間制で記入すること。
4 「送達方法」欄は，次により記入すること。
（1）「1」，「2」，「3」及び「4」の欄については，該当する数字ひとつを「○」で囲む。
（2）「2」，「3」又は「4」を「○」で囲んだ場合は，さらに該当するものを「○」で囲み，その氏名を記入する。ただし，受送達者本人であるときは，その氏名を記入しない。
5 配達担当者及び郵便認証司の「所属」欄は該当するものを「○」で囲み，その名称を記入すること。