MARIO N. ALIOTO, ESQ. (56433) malioto@tatp.com
LAUREN C. RUSSELL, ESQ. (241151) laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the*
*Indirect Purchaser Plaintiffs*

Terry Calvani (53260) terry.calvani@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4505
Fax:  (202) 777-4555

*Counsel for Defendant Beijing Matsushita*
*Color CRT Company, Ltd.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944 MDL NO. 1917 |
| | STIPULATION RE: SERVICE OF PROCESS ON FOREIGN DEFENDANT BEIJING MATSUSHITA COLOR CRT COMPANY, LTD. |
| **This document relates to:** ALL INDIRECT PURCHASER ACTIONS | |
| | **Before the Honorable Samuel Conti** |

WHEREAS, foreign defendant Beijing Matsushita Color CRT Company, Ltd. (hereinafter "BMCC") has not been formally served with process in any case brought by indirect purchasers of cathode ray tubes ("CRTs") or CRT products ("Indirect Purchaser Actions");

WHEREAS, BMCC has been formally served with process in the case of *Hawel v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. C 07-06279 (the "*Hawel* Case"), a class action brought by plaintiffs purporting to represent direct purchasers of CRTs and CRT products (a "Direct Purchaser Action");

1 WHEREAS, the *Hawel* Case has been consolidated with other Direct Purchaser Actions and Indirect Purchaser Actions which are collectively referred to as "*In re: Cathode Ray Tube (CRT) Antitrust Litigation*" (the "Consolidated Cases");

WHEREAS, on July 16, 2008, counsel for BMCC electronically filed a notice of appearance in the Consolidated Cases and the *Hawel* Case (the "Notice of Appearance") as required by the Court's Pretrial Order Number 1, filed April 4, 2008;

WHEREAS, on August 1, 2008, plaintiffs in the Indirect Purchaser Actions ("Indirect Purchaser Plaintiffs") filed a Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3) ("Service Motion");

WHEREAS, Indirect Purchaser Plaintiffs claim in their Service Motion that the filing of the Notice of Appearance by counsel for BMCC obviates the need for the Indirect Purchaser Plaintiffs to formally serve BMCC in the Indirect Purchaser Actions;

WHEREAS, BMCC disputes the Indirect Purchaser Plaintiffs' claim;

WHEREAS, the parties have met and conferred and undersigned counsel for BMCC has agreed to accept service of process in the Indirect Purchaser Action on behalf of BMCC.

NOW, THEREFORE, INDIRECT PURCHASER PLAINTIFFS AND BMCC, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE THAT:

1. BMCC shall be deemed served with the Summons and Complaint in *Figone v. LG Electronics, Inc., et al.*, Case No. 07-6331-SC in the Indirect Purchaser Actions as of the date of execution of this Stipulation.

2. Notwithstanding Paragraph (1), BMCC shall not be required to (i) appear in the Indirect Purchaser Action until sixty (60) days after the date of execution of this Stipulation; or (ii) comply with initial disclosure obligations pursuant to Rule 26 of the Federal Rules of Civil Procedure until ninety (90) days after the date of execution of this Stipulation. In addition, BMCC's time to answer, move, or otherwise respond to the Indirect Purchaser Plaintiffs' Complaint shall be extended as set forth in the Stipulation and Order Re Extension Of Time For

1  Defendant To Respond To Complaint, dated December 19, 2007.  Finally, BMCC shall not be
2  required to respond to any discovery served by Indirect Purchaser Plaintiffs until at least ninety
3  (90) days after the date of service of any such request, except with respect to any discovery
4  obligations imposed upon BMCC by a negotiated Stipulation for Limited Discovery Stay.

5        3.  To the extent the Service Motion was intended to, or did, apply to BMCC,
6  Indirect Purchaser Plaintiffs hereby withdraw their Service Motion as to BMCC.

7        4.  Indirect Purchaser Plaintiffs' Service Motion will proceed as to the remaining
8  foreign defendants as they are listed in the Service Motion.

9        5.  Indirect Purchaser Plaintiffs hereby agree that they will not cite, rely upon, or
10 utilize in any other way this Stipulation in any litigation or proceeding other than this case.

DATED: August 28, 2008

**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

By:  /s/ Mario N. Alioto
        MARIO N. ALIOTO

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs Class*

DATED: August 28, 2008

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

By:  /s/ Terry Calvani
        TERRY CALVANI

*Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Terry Calvani, hereby attest that I have the concurrence of Mario Alioto to file this document.

                                       /s/ Terry Calvani
                                         TERRY CALVANI