BARRY J. BENDES (*admitted pro hac vice*)
Email: bbendes@eapdlaw.com
ANTHONY J. VIOLA (*admitted pro hac vice*)
Email: aviola@eapdlaw.com
JOSEPH E. CZERNIAWSKI (*admitted pro hac vice*)
Email: jczerniawski@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
Telephone: 212.308.4411
Facsimile: 212.308.4844

DAVID W. EVANS (Bar No. 79466)
Email: devans@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendant
**ORION ELECTRIC CO. LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| ALL DIRECT PURCHASER ACTIONS | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firms Edwards, Angell, Palmer & Dodge, LLP and its local counsel, Haight Brown & Bonesteel LLP, hereby state their appearance in this case on behalf of defendant Orion Electric Co. Ltd. for all direct purchaser actions only.

Dated:  September 5, 2008           Respectfully Submitted,

Barry J. Bendes (*admitted pro hac vice*)
Anthony J. Viola (*admitted pro hac vice*)
Joseph E. Czerniawski (*admitted pro hac vice*)
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
Telephone: 212.308.4411
Facsimile: 212.308.4844

David W. Evans (Bar No. 79466)
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone: 415.546.7500
Facsimile: 415.546.7505


By:    S/David Evans
       David W. Evans
       Attorneys for Defendant
       **ORION ELECTRIC CO. LTD.**