Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Jason de Bretteville (SBN 195069)
(debrettevillej@sullcrom.com)
Laura E. Kabler (SBN 241281)
(kablerl@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700

Attorneys for Defendant Thomson S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.  07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS. | NOTICE OF APPEARANCE OF SULLIVAN & CROMWELL LLP ON BEHALF OF <u>DEFENDANT THOMSON S.A.</u> |

SULLIVAN
&
CROMWELL LLP

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firm of Sullivan & Cromwell LLP does hereby enter its appearance in the direct purchaser CRT cases on behalf of THOMSON S.A. effective immediately.

Dated:  September 10, 2008

/s/ Brendan P. Cullen
Brendan P. Cullen (SBN 194057)
Jason de Bretteville (SBN 195069)
Laura E. Kabler (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Attorneys for Defendant Thomson S.A.