KRIS MAN (246008)
Email: kman@dl.com
DEWEY & LeBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3628
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER
Email: jkessler@dl.com
DEWEY & LeBOEUF LLP
1301 Avenue Of The Americas
New York, NY 10019-6022
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

STEVEN A. REISS
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendants
PANASONIC CORPORATION OF NORTH AMERICA,
MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
MT PICTURE DISPLAY CO., LTD. And
MATASHUTIA ELECTRIC INDUSTRIAL CO., LTD.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL No. 1917 |
| This document relates to: ALL ACTIONS | **PROOF OF SERVICE** |

1

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111-3619.

On September 11, 2008, I served the following document(s) described as:

- **STIPULATION AND [PROPOSED] ORDER FOR LIMITED DISCOVERY STAY**

☒ **By CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/Email Correspondence from Users set forth in the service list obtained from this court.

☒ **By United States mail**. I enclosed the documents in sealed envelopes addressed to the persons at the addresses in the **Service List** and placed them for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in envelopes with postage fully prepaid. I am employed in the county where the mailing occurred. The envelopes were placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 11, 2008 at San Francisco, California.


_____/s/ *Donna Karbach*_____
Donna Karbach

## SERVICE LIST

| | |
|---|---|
| Patrick J. Ahern<br>Roxane Busey<br>Karen Sewell<br>Baker & McKenzie<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL 60601 | Issac L. Diel<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211 |
| Donna F. Solen<br>Mason Law Firm<br>1225 19th Street NW, Suite 500<br>Washington, DC 20036 | Neal A. Eisenbraun<br>Neal A. Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN 55113 |
| Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>St. Paul, MN 55102 | Lori A. Fanning<br>Matthew E. Van Tine<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| John Gressette Felder, Jr.<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 | Traviss Levine Galloway<br>Zelle Hofman Voelbel Mason & Gette<br>44 Montgomery Street, #3400<br>San Francisco, CA 94104 |
| Martin E. Grossman<br>Law Offices Of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 | Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 |
| Guri Ademi<br>Shpetim Ademi<br>Ademi & O'Reilly LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110 | Charles H. Johnson<br>Charles H. Johnson & Associates PA<br>2599 Mississippi Street<br>New Brighton, MN 55113 |
| Andrus Star Liberty<br>Andrus Liberty & Anderson LLP<br>1438 Market Street<br>San Francisco, CA 94102 | Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 |
| Krishna B. Narine<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 |
| Jonathan Mark Watkins<br>The Furth Firm LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249 | Jean B. Roth<br>Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 |

3

No. 07-5944-SC
MDL No. 1917

1

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios
   Pacher & Silva
1601 I Street, 5th Floor
Modesto, CA  95354

Imtiaz A. Siddiqui
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY  10110

SF 223133.3 779602 676546