IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. C-07-5499-SC<br>MDL No. 1917<br><br>Clerk's Notice |

YOU ARE NOTIFIED THAT the **Intervenor United States Motion to Stay Discovery set for Friday, September 19, 2008 at 10:00 A.M. is OFF CALENDAR.**

Dated: September 15, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
Courtroom Deputy Clerk