Kate S. McMillan (*pro hac vice*)
kate.mcmillan@freshfields.com
Terry Calvani (53260)
terry.calvani@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4566
Fax:  (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944<br>MDL NO. 1917 – ALL CASES<br><br>**NOTICE OF APPEARANCE OF KATE S. MCMILLAN**<br><br>Before the Honorable Samuel Conti |
| This document relates to:<br><br>ALL ACTIONS | |

PLEASE TAKE NOTICE that Kate S. McMillan hereby enters her appearance *pro hac vice* in these actions on behalf of defendant Beijing Matsushita Color CRT Company, Ltd.  Ms. McMillan is admitted to practice and in good standing in the United States District Court for the District of Columbia.

1 | Dated: September 22, 2008

Respectfully submitted,

Freshfields Bruckhaus Deringer US LLP

By: /s/ Kate S. McMillan
Kate S. McMillan (*pro hac vice*)
Terry Calvani (53260)
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.*