Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151) laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
**SAVERI & SAVERI INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415)217-6810
Facsimile: (415)217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

[Additional Counsel Appear on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL** |
| **This document relates to:** | |
| **ALL ACTIONS** | The Honorable Samuel Conti |

400947743.5

**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Northern District of California Civil Local Rule 7-11, all parties hereby move for an Order that: (1) all papers filed under the Electronic Case Filing ("ECF") system pursuant to General Order 45 and Pretrial Order No. 1 shall be served through the ECF system, and no service of paper copies will be required; and (2) all other papers required to be served on a party to this action shall be served by electronic mail pursuant to FRCP 5(b)(2)(E), subject to the provisions of FRCP 6(d) regarding computation of additional time after certain kinds of service, and subject to constraints caused by message size. The parties have entered into a Joint Stipulation To: (i) Serve Filed Papers Only Through Electronic Case Filing System; and (ii) Serve Non-Filed Papers Only Via Electronic Mail.

This motion is based on the attached memorandum of law, the attached Joint Stipulation of the parties, and the [Proposed] Order filed herewith, and such further matters as this Court may consider.

**MEMORANDUM OF LAW**

The parties have stipulated that all papers that are filed under the ECF system pursuant to General Order 45 and Pretrial Order No. 1 should be served through the ECF system, and no service of paper copies should be required. The parties have further stipulated that all other papers required to be served on a party to this action shall be served by electronic mail pursuant to FRCP 5(b)(2)(E), subject to the provisions of FRCP 6(d) regarding computation of additional time after certain kinds of service, and subject to constraints caused by message size. *See,* Exhibit 1.

Interim co-lead counsel for the direct and indirect purchaser plaintiffs and counsel representing each served defendant have registered for ECF service as required by Pretrial Order No. 1. Thus, all parties who have appeared in this action will receive adequate notice using the ECF system, and service of paper copies is not necessary.

- 1 -

**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**

1    The parties believe that requiring service of paper copies of ECF-filed documents to the
2 approximately 29 persons who have not registered as ECF users in connection with this action is
3 unduly burdensome, a waste of resources, and contrary to the interest of judicial economy
4 protected by General Order 45. In Pretrial Order No. 1, dated April 4, 2008, the Court notified
5 parties that this case is subject to the ECF system, pursuant to General Order 45, and that each
6 attorney of record '"is obligated to become an ECF user."' *Id.* at ¶ 9 (quoting General Order 45).
7 The Court ordered that if counsel had not already done so, "counsel shall register forthwith as an
8 ECF User and be issued an ECF User ID and password." *Id.* Because almost 6 months has
9 passed since this notice of the obligation to register as ECF users, and all served parties that have
10 appeared in the action have counsel that have registered as ECF users, there is no need to require
11 paper service of documents filed electronically in the ECF system.

12    The parties also wish to avoid the unnecessary cost and waste of resources attendant with
13 the required service of paper copies of documents not filed through ECF.  Fed. R. Civ. P.
14 5(b)(2)(E) provides that service of a document may be made by "sending it by electronic means if
15 the person consented in writing--in which event service is complete upon transmission, but is not
16 effective if the serving party learns that it did not reach the person to be served." The parties have
17 stipulated to service of all non-filed papers via electronic mail, subject to the provisions of FRCP
18 6(d) regarding computation of additional time after certain kinds of service.  Parties serving
19 papers by electronic mail shall include "CRT MDL 1917" or a substantially similar notation in
20 the subject line of any service e-mail.  E-mail service shall not be required if it would be
21 infeasible, due to message size constraints or otherwise, or if personal service is effected instead.

## CONCLUSION

23    For the foregoing reasons, and based on the parties' Joint Stipulation, the parties
24 respectfully request that the Court enter an Order providing that (1) all papers filed under the
25 ECF system pursuant to General Order 45 and Pretrial Order No. 1 shall be served through the
26 ECF system, and no service of paper copies will be required; and (2) all other papers required to

- 2 -

**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**

be served on a party to this action shall be served by electronic mail pursuant to FRCP 5(b)(2)(E), subject to the provisions of FRCP 6(d) regarding computation of additional time after certain kinds of service, and subject to constraints caused by message size.

Dated: September 26, 2008     By:     /s/ Mario N. Alioto
Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Dated:  September 9, 2008     By:     /s/ Guido Saveri
Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
**SAVERI & SAVERI INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415)217-6810
Facsimile: (415)217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Dated: September 9, 2008     By:     /s/ Gary Halling
GARY L. HALLING, Bar No. 66087
ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Bar No. 95788
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH, Bar No. 203524
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor

- 3 -
**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**

|   |   |
|---|---|
| 1 | San Francisco, California 94111-4109 |
| 2 | Telephone: 415-434-9100<br>Facsimile: 415-434-3947 |

*Attorneys for Defendants*
*Samsung SDI America, Inc.*
*and Samsung SDI Co., Ltd.*

Dated: September 9, 2008          By:          /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
Email: jkessler@dl.com
A. PAUL VICTOR (pro hac vice)
Email: pvictor@dl.com
EVA W. COLE (pro hac vice)
Email : ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

STEVEN A. REISS (pro hac vice)
Email: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
Email: david.yohai@weil.com
ALAN R. FEIGENBAUM (pro hac vice)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corp. of*
*North America, MT Picture Display Corp of*
*America (New York) (defunct), MT Picture Display*
*Co., Ltd., and Matsushita Electric Industrial Co.,*

- 4 -

**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**

*Ltd.*

| | | |
|---|---|---|
| Dated: September 9, 2008 | By: | /s/ Samuel Miller |

        SAMUEL R. MILLER
        Email: srmiller@sidley.com
        RYAN SANDROCK
        Email: rsandrock@sidley.com
        **SIDLEY AUSTIN LLP**
        555 California Street
        San Francisco, CA 94104
        Telephone : (415) 772-1200
        Facsimile: (415) 772-7400

        *Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*

| | | |
|---|---|---|
| Dated: September 9, 2008 | By: | /s/ Michael Lazerwitz |

        MICHAEL R. LAZERWITZ (pro hac vice)
        Email: mlazerwitz@cgsh.com
        **CLEARY GOTTLIEB STEEN & HAMILTON LLP**
        2000 Pennsylvania Avenue, NW
        Washington, DC  20006
        Telephone:  (202) 974-1679
        Facsimile:  (202) 974-1999

        *Attorneys for Direct Purchaser Defendant LP Displays International Ltd.*

| | | |
|---|---|---|
| Dated: September 9, 2008 | By: | /s/ Anthony Viola |

        ANTHONY J. VIOLA (pro hac vice)
        Email: aviola@eapdlaw.com
        BARRY BENDES (pro hac vice)
        Email: bbendes@eapdlaw.com
        JOSEPH CZERNIAWSKI (pro hac vice)
        Email: jczerniawski@eapdlaw.com
        **EDWARDS ANGELL PALMER & DODGE LLP**
        750 Lexington Avenue
        New York, NY 10022
        Telephone: (212) 308-4411
        Facsimile: (212) 308-4844

**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**

|   |   |   |   |
|---|---|---|---|
| | | | DAVID W. EVANS |
| | | | Email: devans@hbblaw.com |
| | | | HAIGHT BROWN & BONESTEEL LLP |
| | | | 71 Stevenson Street, 20th Floor |
| | | | San Francisco, CA  94105-2981 |
| | | | Telephone: (415) 546-7500 |
| | | | Facsimile: (415) 546-7505 |
| | | | |
| | | | *Attorneys for Defendant Orion America, Inc.* |
| Dated: September 9, 2008 | | By: | /s/ Ethan Litwin |
| | | | ETHAN E. LITWIN   (pro hac vice) |
| | | | Email: LitwinE@howrey.com |
| | | | **HOWREY LLP** |
| | | | 153 East 53rd Street, 54th Floor |
| | | | New York, NY 10022 |
| | | | Telephone: (212) 896-6500 |
| | | | Facsimile: (212) 896-6501 |
| | | | |
| | | | JOSEPH A. OSTOYICH (pro hac vice) |
| | | | Email: OstoyichJ@howrey.com |
| | | | **HOWREY LLP** |
| | | | 1299 Pennsylvania Avenue, N.W. |
| | | | Washington, D.C. 20004-2402 |
| | | | Telephone: (202) 783-0800 |
| | | | Facsimile: (202) 383-6610 |
| | | | |
| | | | *Attorneys for Defendant Philips Electronics North America Corporation* |
| Dated: September 9, 2008 | | By: | /s/ Kent M. Roger |
| | | | KENT M. ROGER |
| | | | Email: kroger@morganlewis.com |
| | | | LAURA ALEXIS LEE |
| | | | Email : llee@morganlewis.com |
| | | | THOMAS R. GREEN |
| | | | Email : tgreen@morganlewis.com |
| | | | **MORGAN LEWIS & BOCKIUS LLP** |
| | | | One Market, Spear Street Tower |
| | | | San Francisco, CA 94105-1596 |
| | | | Telephone: (415) 442-1000 |
| | | | Facsimile: (415) 442-1001 |
| | | | |
| | | | *Attorneys for Defendant Hitachi America, Ltd.* |

- 6 -

**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**

| | | | |
|---|---|---|---|
| Dated: September 9, 2008 | | By: | /s/ Christopher Curran |

CHRISTOPHER M. CURRAN (pro hac vice)
Email: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
Email: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 ThirteenthStreet, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

Dated: September 9, 2008                By:       /s/ Bruce H. Jackson

Bruce H. Jackson (State Bar No. 98118)
(bruce.h.jackson@bakernet.com)
Robert W. Tarun (State Bar No. 64881)
(robert.w.tarun@bakernet.com)
Nancy C. Allred (State Bar No. 245736)
(nancy.c.allred@bakernet.com)
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:    +1 415 576 3099

Patrick J. Ahern (pro hac vice)
(patrick.j.ahern@bakernet.com)
Roxane C. Busey (pro hac vice)
(roxane.c.busey@bakernet.com)
Karen Sewell (pro hac vice)
(karen.sewell@bakernet.com)
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone:  +1 312 861 8000

*Attorneys for Tatung Company of America, Inc.*

- 7 -

**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**

| | | | |
|---|---|---|---|
| 1 | Dated: September 9, 2008 | By: | /s/ Terry Calvani |

Terry Calvani (State Bar No. 53260)
Email: terry.calvani@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4505
Fax:  (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

Dated: September 9, 2008          By:          /s/ Philip A. Simpkins

PHILIP A. SIMPKINS (State Bar No. 246635)
Email: philip.simpkins@pillsburylaw.com
JOSEPH R. TIFFANY II (State Bar No. 67821)
Email: joseph.tiffany@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2475 Hanover Street
Palo Alto, CA  94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

TERRENCE A. CALLAN (State Bar No. 36305)
Email: terrence.callan@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Attorneys for Defendants*
*IRICO Display Devices Co., Ltd. and*
*IRICO Group Corporation*

- 8 -
**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lauren C. Russell, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of September, 2008, at San Francisco, California.

/s/ Lauren C. Russell

**JOINT ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**