1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**Counsel Listed In Signature Blocks**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **JOINT STIPULATION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL** |
| **This document relates to:** | |
| ALL ACTIONS | The Honorable Samuel Conti |

1  WHEREAS, in Pretrial Order No. 1, the Court ordered that: "These cases are subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI, which requires that all documents in such a case be filed electronically. General Order, Section IV(A) provides that '[e]ach attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF.' If he or she has not already done so, counsel shall register forthwith as an ECF User and be issued an ECF User ID and password." Pretrial Order No. 1, ¶ 9, filed April 4, 2008;

WHEREAS, interim lead counsel for the direct purchaser plaintiffs and the indirect purchaser plaintiffs, and counsel for the defendants named and served in this action, have properly registered as ECF Users in connection with this action;

WHEREAS, General Order 45, IX. C. 2. provides that "[i]n an action subject to ECF, when service of a document other than a third-party complaint is required to be made upon a person who is not a registered ECF User, a paper copy of the document shall be served on the person (as otherwise required by the Federal Rules of Civil and Criminal Procedure or the Local Rules), along with a copy of the ECF handout received by the filer at the time of opening the case which contains information necessary for registration.";

WHEREAS, the parties agree that the cost of serving paper copies of ECF-filed documents to the approximately 30 persons who are not registered as ECF Users in connection with this action is unduly burdensome, a waste of resources, and contrary to the interest of judicial economy protected by General Order 45; and

WHEREAS, the parties wish to avoid the unnecessary cost and waste of resources attendant with the required service of paper copies of documents not filed through ECF, and hereby consent to electronic mail service of such documents pursuant to FRCP 5(b)(2)(E).

//

//

- 1 -

**JOINT STIPULATION TO SERVE FILED PAPERS VIA ECF AND NON-FILED PAPERS VIA E-MAIL**
**MDL 1917**

1     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE THAT:

2     1.    All papers that are filed under the ECF system pursuant to General Order 45 and Pretrial Order No. 1 shall be served through the ECF system, and no service of paper copies will be necessary.

3     2.    All other papers required to be served on a party to this action shall be served by electronic mail pursuant to FRCP 5(b)(2)(E), subject to the provisions of FRCP 6(d) regarding computation of additional time after certain kinds of service.  Parties serving papers by electronic mail shall include "CRT MDL 1917" or a substantially similar notation in the subject line of any service e-mail.  E-mail service shall not be required if it would be infeasible, due to message size constraints or otherwise, or if personal service is effected instead.

Respectfully submitted,

Dated:  September 26, 2008    By:    /s/ Mario N. Alioto
Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Dated:  September 26, 2008    By:    /s/ Guido Saveri
Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
**SAVERI & SAVERI INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415)217-6810
Facsimile: (415)217-6813

*Interim Lead Counsel for the Direct Purchaser*

- 2 -

**JOINT STIPULATION TO SERVE FILED PAPERS VIA ECF AND NON-FILED PAPERS VIA E-MAIL
MDL 1917**

*Plaintiffs*

Dated: September 26, 2008        By:        /s/ Gary Halling
GARY L. HALLING, Bar No. 66087
ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Bar No. 95788
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH, Bar No. 203524
mscarborough@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

***Attorneys for Defendants
Samsung SDI America, Inc.
and Samsung SDI Co., Ltd***.

Dated: September 26, 2008        By:        /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
Email: jkessler@dl.com
A. PAUL VICTOR (pro hac vice)
Email: pvictor@dl.com
EVA W. COLE (pro hac vice)
Email : ecole@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

STEVEN A. REISS (pro hac vice)
Email: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
Email: david.yohai@weil.com
ALAN R. FEIGENBAUM (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

- 3 -
**JOINT STIPULATION TO SERVE FILED PAPERS VIA ECF AND NON-FILED PAPERS VIA E-MAIL
MDL 1917**

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     |     |     |

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corp. of North America, MT Picture Display Corp of America (New York) (defunct), MT Picture Display Co., Ltd., and Matsushita Electric Industrial Co., Ltd.*

Dated:  September 26, 2008           By:           /s/ Samuel Miller
                                                   SAMUEL R. MILLER
                                                   Email: srmiller@sidley.com
                                                   RYAN SANDROCK
                                                   Email: rsandrock@sidley.com
                                                   SIDLEY AUSTIN LLP
                                                   555 California Street
                                                   San Francisco, CA 94104
                                                   Telephone : (415) 772-1200
                                                   Facsimile: (415) 772-7400

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*

Dated:  September 26, 2008           By:           /s/ Michael Lazerwitz
                                                   MICHAEL R. LAZERWITZ (pro hac vice)
                                                   Email: mlazerwitz@cgsh.com
                                                   CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                                   2000 Pennsylvania Avenue, NW
                                                   Washington, DC  20006
                                                   Telephone:  (202) 974-1679
                                                   Facsimile:  (202) 974-1999

*Attorneys for Direct Purchaser Defendant LP Displays International Ltd.*

- 4 -

**JOINT STIPULATION TO SERVE FILED PAPERS VIA ECF AND NON-FILED PAPERS VIA E-MAIL**
**MDL 1917**

| | | | |
|---|---|---|---|
| Dated:  September 26, 2008 | | By: | _____/s/ Anthony Viola_____ |

                                      ANTHONY J. VIOLA (pro hac vice)
                                      Email: aviola@eapdlaw.com
                                      BARRY BENDES (pro hac vice)
                                      Email: bbendes@eapdlaw.com
                                      JOSEPH CZERNIAWSKI (pro hac vice)
                                      Email: jczerniawski@eapdlaw.com
                                      EDWARDS ANGELL PALMER & DODGE LLP
                                      750 Lexington Avenue
                                      New York, NY 10022
                                      Telephone: (212) 308-4411
                                      Facsimile: (212) 308-4844

                                      DAVID W. EVANS
                                      Email: devans@hbblaw.com
                                      HAIGHT BROWN & BONESTEEL LLP
                                      71 Stevenson Street, 20th Floor
                                      San Francisco, CA  94105-2981
                                      Telephone: (415) 546-7500
                                      Facsimile: (415) 546-7505

                                    ***Attorneys for Defendant Orion America, Inc.***


Dated:  September 26, 2008         By:        _____/s/ Ethan Litwin_____

                                      ETHAN E. LITWIN   (pro hac vice)
                                      Email: LitwinE@howrey.com
                                      HOWREY LLP
                                      153 East 53rd Street, 54th Floor
                                      New York, NY 10022
                                      Telephone: (212) 896-6500
                                      Facsimile: (212) 896-6501
                                      JOSEPH A. OSTOYICH (pro hac vice)
                                      Email: OstoyichJ@howrey.com
                                      HOWREY LLP
                                      1299 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20004-2402
                                      Telephone: (202) 783-0800
                                      Facsimile: (202) 383-6610

                                    ***Attorneys for Defendant Philips Electronics North America Corporation***

- 5 -

**JOINT STIPULATION TO SERVE FILED PAPERS VIA ECF AND NON-FILED PAPERS VIA E-MAIL**
**MDL 1917**

Dated: September 26, 2008      By:         /s/ Kent M. Roger
                                        KENT M. ROGER
                                        Email: kroger@morganlewis.com
                                        LAURA ALEXIS LEE
                                        Email : llee@morganlewis.com
                                        THOMAS R. GREEN
                                        Email : tgreen@morganlewis.com
                                        MORGAN LEWIS & BOCKIUS LLP
                                        One Market, Spear Street Tower
                                        San Francisco, CA 94105-1596
                                        Telephone: (415) 442-1000
                                        Facsimile: (415) 442-1001

                                        ***Attorneys for Defendant Hitachi America, Ltd.***


Dated: September 26, 2008      By:         /s/ Christopher Curran
                                        CHRISTOPHER M. CURRAN (pro hac vice)
                                        Email: ccurran@whitecase.com
                                        GEORGE L. PAUL (pro hac vice)
                                        Email: gpaul@whitecase.com
                                        LUCIUS B. LAU (pro hac vice)
                                        Email: alau@whitecase.com
                                        WHITE & CASE LLP
                                        701 ThirteenthStreet, N.W.
                                        Washington, D.C.  20005
                                        Telephone:  (202) 626-3600
                                        Facsimile:  (202) 639-9355

                                        ***Counsel to Defendants Toshiba America, Inc.,
                                        Toshiba America Information Systems, Inc.,
                                        Toshiba America Consumer Products, L.L.C.,
                                        and Toshiba America Electronic Components, Inc.***

- 6 -

**JOINT STIPULATION TO SERVE FILED PAPERS VIA ECF AND NON-FILED PAPERS VIA E-MAIL
MDL 1917**

| | | | |
|---|---|---|---|
| 1 | Dated: September 26, 2008 | By: | /s/ Bruce H. Jackson |

Bruce H. Jackson (State Bar No. 98118)
(bruce.h.jackson@bakernet.com)
Robert W. Tarun (State Bar No. 64881)
(robert.w.tarun@bakernet.com)
Nancy C. Allred (State Bar No. 245736)
(nancy.c.allred@bakernet.com)
BAKER & MCKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

Patrick J. Ahern (pro hac vice)
(patrick.j.ahern@bakernet.com)
Roxane C. Busey (pro hac vice)
(roxane.c.busey@bakernet.com)
Karen Sewell (pro hac vice)
(karen.sewell@bakernet.com)
BAKER & MCKENZIE LLP
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: +1 312 861 8000

*Attorneys for Tatung Company of America, Inc.*

Dated: September 26, 2008        By:        /s/ Terry Calvani

Terry Calvani (State Bar No. 53260)
Email: terry.calvani@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: (202) 777-4505
Fax: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

| | | |
|---|---|---|
| Dated: September 26, 2008 | By: | /s/ Philip A. Simpkins |

PHILIP A. SIMPKINS (State Bar No. 246635)
Email: philip.simpkins@pillsburylaw.com
JOSEPH R. TIFFANY II (State Bar No. 67821)
Email: joseph.tiffany@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2475 Hanover Street
Palo Alto, CA  94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

TERRENCE A. CALLAN (State Bar No. 36305)
Email: terrence.callan@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

*Attorneys for Defendants*
*IRICO Display Devices Co., Ltd. and*
*IRICO Group Corporation*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Lauren C. Russell, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 26th day of September, 2008 at San Francisco, California.

/s/ Lauren C. Russell

- 8 -
**JOINT STIPULATION TO SERVE FILED PAPERS VIA ECF AND NON-FILED PAPERS VIA E-MAIL**
**MDL 1917**