1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | ) ) ) ) ) ) ) ) ) ) | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ELECTRONIC CASE FILING SYSTEM; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL** |
| **This document relates to:**<br><br>**ALL ACTIONS** | ) ) ) ) ) ) | The Honorable Samuel Conti |

400947743.5

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ECF; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL NO. 1917**

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the parties' Administrative Motion is GRANTED, and that:

    1.  All papers that are filed under the ECF system pursuant to General Order 45 and Pretrial Order No. 1 shall be served through the ECF system, and no service of paper copies will be necessary.

    2.  All other papers required to be served on a party to this action shall be served by electronic mail pursuant to FRCP 5(b)(2)(E), subject to the provisions of FRCP 6(d) regarding computation of additional time after certain kinds of service.  Parties serving papers by electronic mail shall include "CRT MDL 1917" or a substantially similar notation in the subject line of any service e-mail.  E-mail service shall not be required if it would be infeasible, due to message size constraints or otherwise, or if personal service is effected instead.

Dated: ___9/29/08_____



Honorable _____
UNITED STATES DISTRICT JUDGE

- 1 -

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO: (i) SERVE FILED PAPERS ONLY THROUGH ECF; AND (ii) SERVE NON-FILED PAPERS VIA E-MAIL, MDL 1917**