JAYNE A. GOLDSTEIN
MAGER & GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954-515-0123
Facsimile: 954-515-0124

Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C-07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | |

### NOTICE OF CHANGE OF FIRM AFFILIATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Jayne A. Goldstein** hereby advises the Court and all parties in this matter that as of September 15, 2008, she will be affiliated with **Shepherd, Finkelman, Miller & Shah, LLP.** Her new firm information is as follows:

1640 Town Center Circle, Suite 216<br>
Weston, FL 33326<br>
Telephone: 954/515-0123<br>
Facsimile: 954/515-0124<br>
Email: jgoldstein@sfmslaw.com

As of the above date, please use this new firm information on all pleadings, correspondence and other documents.

Dated: September 30, 2008           By: ___s/Jayne A. Goldstein___
                                          Jayne A. Goldstein (Fl Bar No. 144088)
                                          SHEPHERD, FINKELMAN, MILLER
                                          & SHAH, LLP
                                          1640 Town Center Circle, Suite 216
                                          Weston, FL 33326
                                          Telephone: 954/515-0123
                                          Facsimile: 954/515-0124
                                          jgoldstein@sfmslaw.com