JAYNE A. GOLDSTEIN (admitted Pro Hac Vice)
MAGER & GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
Telephone: 954-515-0123
Facsimile: 954-515-0124

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) LITIGATION | Case No. C07-5944 SC<br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO<br>ALL DIRECT PURCHASER ACTIONS | **PROOF OF SERVICE** |

I, Pamela Mauger, declare that I am over the age of 18 years and I am not a party to this action. I am employed by Shepherd Finkelman Miller & Shah, LLP. My business address is 35 E. State Street, Media, PA 19063. On September 30, 2008, I served the document(s) listed below on the interested parties in this action in the manner indicated below:

Document(s) Served:

**NOTICE OF CHANGE OF FIRM AFFILIATION**

Manner of Service:

X] MAIL: by placing true copies of the document(s) listed above in a sealed envelope, to the above-named parties in this action, addressed as shown, with postage thereon fully prepaid for collection and mailing pursuant to the ordinary business practice of this office, which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

[] FEDERAL EXPRESS: I am readily familiar with the business practice for collection and processing correspondence for mailing with the Federal Express service. I know that the envelopes were sealed and deposited with Federal Express in Media, PA. I caused the document(s) to be sent by Federal Express service to the parties identified above.

[] FACSIMILE: I caused the document(s) to be sent via facsimile to the parties identified above. The facsimile machine I used complied with California Rules of Court, Rule 2003 (03), the transmission was reported as complete, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission.

[X] ELECTRONICALLY E-FILING the document as indicated on the Notice of Electronic Filing and by that filing was sent to all counsel registered to receive ECF Filings. All other counsel on the attached Service List were served via first class mail postage prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 30, 2008, at Media, Pennsylvania.

_____
Pamela Mauger

SERVICE LIST
*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*

Parties Served By U.S. Mail:

Bryan L. Clobes
Ellen Meriwether
CAFFERTY FAUCHER LLP
1717 Arch Street, Suite 3610
Philadelphia, PA 19103

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603

Robert N. Kaplan
Linda P. Nussbaum
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022

Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI P.C.
111 South Wacker Drive, Suite 4050
Chicago, IL 60606

Paul E. Slater
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102

Jeffrey A. Klafter
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403

Michael Stoker
JOHNS FLAHERTY & COLLINS S.C.
Exchange Building, Suite 600
205 Fifth Avenue South
P.O. Box 1626
LaCrosse, WI 54602-1626

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

Michael D. Shaffer
SHAFFER & GAIER, LLC
One Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103

Lisa J. Rodriguez

TRUJILLO, RODRIGUEZ & RICHARDS, LLC
8 Kings Highway West
Haddonfield, NJ 08033

W. Joseph Bruckner
LOCKRJDGE GRINDAL NAUEN, PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179

Charles H. Johnson
CHARLES H. JOHNSON & ASSOCIATES, P.A.
2599 Mississippi Street, Suite 101
New Brighton, MN 55112

Neal A. Eisenbraun
NEAL A. EISENBRAUN, CHARTERED
2599 Mississippi, Suite 201
New Brighton, MN 55112

Eugene A. Spector
William G. Caldes
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Lawrence D. McCabe
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
NewYork,NY 10016

John G. Emerson
Scott E. Poynter
EMERSON & POYNTER LLP
The Museum Center
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201

Barry Bendes
Anthony J. Viola

EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Ethan E. Litwin
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022

Joseph Ostoyich
John Taladay
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Jeffrey L. Kessler
A. Paul Victor
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

Todd L. Padnos
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104

Christopher M. Curran
WHITE & CASE LLP
701 13th Street, N.W.
Washington, DC 20005

Kent M. Roger
MORGAN, LEWIS & BOCKIUS LLP
One Market Plaza
Spear Street Tower
San Francisco, CA 94105

Craig P. Seebald
McDERMOTT WILL & EMERY LLP

600 Thirteenth Street, N.W.
Washington, DC 20005-3096

Bruce H. Jackson
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco. CA 94111

Allan Steyer
STEYER LOWENTHAL BOODRAKAS
ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111

Marisa C. Livesay
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
750 B. Street, Suite 2770
San Diego, CA 9210

Roberta Liebenberg
FINE, KAPLAN AND BLACK
1835 Market Street, 28th Fl.
Philadelphia, PA 19103

SERVICE LIST
*IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION*

Parties Served By U.S. Mail:

Bryan L. Clobes
Ellen Meriwether
CAFFERTY FAUCHER LLP
1717 Arch Street, Suite 3610
Philadelphia, PA 19103

Mary Jane Fait
Theodore B. Bell
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
55 W. Monroe Street, Suite 1111
Chicago, IL 60603

Robert N. Kaplan
Linda P. Nussbaum
Gregory K. Arenson
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue, 14th Floor
New York, NY 10022

Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI P.C.
111 South Wacker Drive, Suite 4050
Chicago, IL 60606

Paul E. Slater
SPERLING & SLATER
55 West Monroe Street, Suite 3200
Chicago, IL 60603

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102

Jeffrey A. Klafter
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605

Paul F. Bennett
Steven O. Sidener
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105-2835

Samuel D. Heins
Vincent J. Esades
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403

Michael Stoker
JOHNS FLAHERTY & COLLINS S.C.
Exchange Building, Suite 600
205 Fifth Avenue South
P.O. Box 1626
LaCrosse, WI 54602-1626

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL &
SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA 19102

Michael D. Shaffer
SHAFFER & GAIER, LLC
One Penn Center
1617 JFK Boulevard, Suite 946
Philadelphia, PA 19103

Lisa J. Rodriguez

TRUJILLO, RODRIGUEZ & RICHARDS, LLC
8 Kings Highway West
Haddonfield, NJ 08033

W. Joseph Bruckner
LOCKRJDGE GRINDAL NAUEN, PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179

Charles H. Johnson
CHARLES H. JOHNSON & ASSOCIATES, P.A.
2599 Mississippi Street, Suite 101
New Brighton, MN 55112

Neal A. Eisenbraun
NEAL A. EISENBRAUN, CHARTERED
2599 Mississippi, Suite 201
New Brighton, MN 55112

Eugene A. Spector
William G. Caldes
SPECTOR, ROSEMAN & KODROFF
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Lawrence D. McCabe
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
NewYork,NY 10016

John G. Emerson
Scott E. Poynter
EMERSON & POYNTER LLP
The Museum Center
500 President Clinton Avenue, Suite 305
Little Rock, AR 72201

Barry Bendes
Anthony J. Viola

EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Ethan E. Litwin
HOWREY LLP
Citigroup Center
153 East 53rd Street, 54th Floor
New York, NY 10022

Joseph Ostoyich
John Taladay
HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004

Jeffrey L. Kessler
A. Paul Victor
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

Todd L. Padnos
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104

Christopher M. Curran
WHITE & CASE LLP
701 13th Street, N.W.
Washington, DC 20005

Kent M. Roger
MORGAN, LEWIS & BOCKIUS LLP
One Market Plaza
Spear Street Tower
San Francisco, CA 94105

Craig P. Seebald
McDERMOTT WILL & EMERY LLP

600 Thirteenth Street, N.W.
Washington, DC 20005-3096

Bruce H. Jackson
BAKER & McKENZIE LLP
Two Embarcadero Center, 11th Floor
San Francisco. CA 94111

Allan Steyer
STEYER LOWENTHAL BOODRAKAS
ALVAREZ & SMITH LLP
One California Street, Suite 300
San Francisco, CA 94111

Marisa C. Livesay
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC
750 B. Street, Suite 2770
San Diego, CA 9210

Roberta Liebenberg
FINE, KAPLAN AND BLACK
1835 Market Street, 28th Fl.
Philadelphia, PA 19103