SECOND ORIGINAL

Gérard LOUVION
Michel PLUMEL

-----

Associated Huissiers

-----

23-29 Rue de la
Belle Feuille
92100 BOULOGNE
Fax: 01 41 10 89 71

**SERVICE OF WRIT**

In the YEAR TWO THOUSAND AND EIGHT
and on AUGUST TWENTY-SECOND

*The Civil-Law Professional Partnership Gérard LOUVION and Michel PLUMEL, associated Huissiers, attached to the Regional Court in NANTERRE, Court Criers at the District Court in BOULOGNE, domiciled in said city at 23-29 Rue de la Belle Feuille, represented by one of them, the undersigned,*

References to be used:

File: 100137135
Writ: 4863126
RF/RF
Tel.: 01.41.10.49.00

UPON

S.A. THOMSON
with its headquarters located in 92100 BOULOGNE BILLANCOURT
46 quai Alphonse Le Gallo
RDC
Represented by its Chief Executive Officer,
and where I was and spoke as stated hereinafter in the report of service,

AT THE REQUEST OF

SOUND INVESTMENTS CORPORATION
Represented by Diane K. MEYERS
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota
55439-3122
United States of America

Gérard LOUVION
Michel PLUMEL
Associated Huissiers
S.C.P.
23-29 Rue de la
Belle Feuille
92100 BOULOGNE
R.C.S. NANTERRE
D 391 552 676
Tel.: 01.41.10.49.00
Fax: 01 41 10 89 71

Electing address for service at my practice,

I am delivering to you the enclosed documents:
A writ from the UNITED STATES OF AMERICA, written in the English language, together with its translation into the French language, as well as a summary of the documents to be served written in the English language.

Informing them that this service is made for all useful purposes.

WITHOUT PREJUDICE

| | |
|---|---|
| Gérard LOUVION<br>Michel PLUMEL<br>---<br>Associated Huissiers<br>---<br>23-29 Rue de la<br>Belle Feuille<br>92100 BOULOGNE<br>Fax: 01 41 10 89 71 | **REPORT OF SERVICE**<br>(AN OPERATING CORPORATION)<br><br>WRIT: Service<br><br>CASE: SOUND INVESTMENTS CORPORA vs. THOMSON<br><br>*The Civil-Law Professional Partnership Gérard LOUVION and Michel PLUMEL, associated Huissiers, attached to the Regional Court in NANTERRE, Court Criers at the District Court in BOULOGNE, domiciled in said city at 23-29 Rue de la Belle Feuille, represented by one of them, the undersigned,* |

References to be used:

File N° 100137135
Writ N° 4863126
RF/SC
Tel.: 01.41.10.49.00

UPON: S.A. THOMSON
46 quai Alphonse Le Gallo
RDC
1
92100 BOULOGNE BILLANCOURT

The copy of the above-mentioned writ was delivered by a sworn Clerk per the statements made to the Clerk,

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TO A CORPORATION

Name: Mrs. COGNARD
First name: MARIE NOELLE
Capacity: EMPLOYEE

*Cost of writ*
(Decree dated 12/12/96)
(IN EUROS)

| | |
|---|---|
| Art. 6, Fixed Fees | 26.40 |
| Art. 18, Travel | 6.37 |
| Total w/o Tax | 32.77 |
| Total V.A.T. | 6.42 |
| Art. 20, Postage | 0.88 |
| Art. 20, Ft-sum tax | 9.15 |
| Total w/tax (Euro) | 49.22 |

who stated that she was authorized to receive a copy of the writ.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I left a copy of the writ in a sealed envelope, indicating only the addressee's name and address on one side, and the Huissier's stamp on the flap on the other side.

A notice of visit with today's date, indicating the nature of writ, the petitioner's name and the name of the person who received the copy, was left at the domicile of the person served.

The letter specified in Article 658 in the New Code of Civil Procedure, together with a copy of the writ of service, was sent on: August 22, 2008

The writ contains 86 pages.

ZSIGMO/3882601
08/22/08
Page: 1

One of the partners
G. LOUVION

Certification by the Huissier
of all statements related to service

*[Huissier's signature and stamp]*

|   |   |
|---|---|
| Gérard LOUVION<br>Michel PLUMEL<br><br>Huissiers de Justice<br>Associés<br><br>23-29 Rue de la<br>Belle Feuille<br>92100 BOULOGNE<br>FAX: 01 41 10 89 71 | L'AN DEUX MILLE HUIT<br>Et le VINGT DEUX AOUT<br><br>La Société Civile Professionnelle Gérard LOUVION et Michel PLUMEL, Huissiers de Justice associés, près le tribunal de Grande Instance de NANTERRE, Audienciers près le Tribunal d'Instance de BOULOGNE y séant demeurant dite ville, 23-29 Rue de la Belle Feuille, représentée par l'un d'eux soussigné, |

**Références à rappeler**

Dossier : 100137135
Acte   :   4863126
RF/RF
Tél : 01.41.10.49.00

A

S.A. THOMSON
dont le siège social est à 92100 BOULOGNE BILLANCOURT
46 quai Alphonse Le Gallo
RDC
représentée par son Président Directeur Général,
et où étant et parlant comme il est dit ci-après au procès-verbal de signification,

A LA DEMANDE DE

La société SOUND INVESTMENTS CORPORATION
Représentée par Diane K. MYERS
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota
55439-3122
ETATS-UNIS D'AMERIQUE

Elisant domicile en mon étude,

Je vous remets ci-joint:
Un acte en provenance des ETATS-UNIS D'AMERIQUE rédigé en langue américaine et accompagnée d'une traduction en langue française ainsi que d'une fiche explicative des éléments essentiels de l'acte remplie en langue américaine.

Lui déclarant que la présente signification lui est faite à toutes fins utiles.

SOUS TOUTES RESERVES

**Gérard LOUVION**
**Michel PLUMEL**
HUISSIERS DE JUSTICE ASSOCIÉS
S.C.P.
23-29, rue de la Belle Feuille
92100 BOULOGNE
R.C.S. NANTERRE D 391 552 676
Téléphone : 01 41 10 49 00
Fax : 01 41 10 89 71

# PROCES VERBAL DE SIGNIFICATION

(PERSONNE MORALE PRESENTE)

```
| Gérard LOUVION      |
| Michel PLUMEL       |
|---------------------|
| Huissiers de Justice|
|      Associés       |
|---------------------|
| 23-29 Rue de la     |
|   Belle Feuille     |
| 92100  BOULOGNE     |
| FAX: 01 41 10 89 71 |
```

**Références à rappeler**

Dossier : 100137135
Acte    : 4863126
RF/SC
Tél : 01.41.10.49.00

ACTE : Signification

AFFAIRE : SOUND INVESTMENTS CORPORA c/THOMSON

La Société Civile Professionnelle Gérard LOUVION et Michel PLUMEL, Huissiers de Justice associés, près le tribunal de Grande Instance de NANTERRE, Audienciers près le Tribunal d'Instance de BOULOGNE y séant demeurant dite ville, 23-29 Rue de la Belle Feuille, représentée par l'un d'eux soussigné,

    A : S.A. THOMSON
    46 quai  Alphonse Le Gallo
    RDC
    1
    92100 BOULOGNE BILLANCOURT

La copie de l'acte sus énoncé a été remise par Clerc assermenté suivant les déclarations qui lui ont été faites,

**************************************************************

## A UNE PERSONNE MORALE

*Coût du présent acte*
(décret du 12/12/96)
----(EN EUROS)------
Art.6 dr.fixe    26.40
Art.18 Deplact    6.37
                -------
Total H.T.       32.77
Total T.V.A       6.42
Art.20 Fr.port    0.88
Art.20 Taxe F.    9.15
                -------
TotalTTC EUROS   49.22

Nom : MME COGNARD
Prénom: MARIE NOELLE
Qualité : EMPLOYEE

se déclarant habilité à recevoir la copie de l'acte.
**************************************************************

J'ai laissé copie de l'acte sous enveloppe fermée, ne comportant d'autres indications que d'un côté le nom et l'adresse du destinataire de l'acte, et de l'autre côté le cachet de l'Huissier apposé sur la fermeture du pli.

Un avis de passage daté de ce jour, mentionnant la nature de l'acte, le nom du requérant et le nom de la personne ayant reçu la copie a été laissé au domicile du signifié.

La lettre prévue par l'article 658 du Nouveau Code de Procédure Civile contenant la copie de l'acte de signification a été adressée le : 22 août 2008

Le présent acte comporte 86 feuille(s)

                    Visa de l'Huissier de Justice des
                    mentions relatives à la signification


                        l'un des Associés
                        G.LOUVION



ZSIGMO/3882601
22/08/08
Page :    1

SIGNIFICATION

Gérard LOUVION
Michel PLUMEL

Huissiers de Justice
Associés

23-29 Rue de la
Belle Feuille
92100 BOULOGNE
FAX: 01 41 10 89 71

L'AN DEUX MILLE HUIT
Et le VINGT DEUX AOUT

La Société Civile Professionnelle Gérard LOUVION et Michel PLUMEL, Huissiers de Justice associés, près le tribunal de Grande Instance de NANTERRE, Audienciers près le Tribunal d'Instance de BOULOGNE y séant demeurant dite ville, 23-29 Rue de la Belle Feuille, représentée par l'un d'eux soussigné,

**Références à rappeler**

Dossier : 100137135
Acte   : 4863126
RF/RF
Tél : 01.41.10.49.00

A

S.A. THOMSON
dont le siège social est à 92100 BOULOGNE BILLANCOURT
46 quai Alphonse Le Gallo
RDC
représentée par son Président Directeur Général,
et où étant et parlant comme il est dit ci-après au procès-verbal de signification,

A LA DEMANDE DE

La société SOUND INVESTMENTS CORPORATION
Représentée par Diane K. MYERS
APS INTERNATIONAL, LTD
APS International Plaza
7800 Glenroy Road
Minneapolis, Minnesota
55439-3122
ETATS-UNIS D'AMERIQUE

Gérard LOUVION
Michel PLUMEL
HUISSIERS DE JUSTICE ASSOCIÉS
S.C.P.
23-29, rue de la Belle Feuille
92100 BOULOGNE
R.C.S. NANTERRE D 391 552 676
Téléphone : 01 41 10 49 00
Fax : 01 41 10 89 71

Elisant domicile en mon étude,

Je vous remets ci-joint:
Un acte en provenance des ETATS-UNIS D'AMERIQUE rédigé en langue américaine et accompagnée d'une traduction en langue française ainsi que d'une fiche explicative des éléments essentiels de l'acte remplie en langue américaine.

Lui déclarant que la présente signification lui est faite à toutes fins utiles.

SOUS TOUTES RESERVES

# PROCES VERBAL DE SIGNIFICATION

(PERSONNE MORALE PRESENTE)

```
| Gérard  LOUVION    |
| Michel PLUMEL      |
|                    |
| Huissiers de Justice|
|     Associés       |
|                    |
|  23-29 Rue de la   |
|   Belle Feuille    |
|  92100  BOULOGNE   |
| FAX: 01 41 10 89 71|
```

**Références à rappeler**

Dossier : 100137135
Acte    :   4863126
RF/SC
Tél : 01.41.10.49.00

ACTE : Signification

AFFAIRE : SOUND INVESTMENTS CORPORA c/THOMSON

La Société Civile Professionnelle Gérard LOUVION et Michel PLUMEL, Huissiers de Justice associés, près le tribunal de Grande Instance de NANTERRE, Audienciers près le Tribunal d'Instance de BOULOGNE y séant demeurant dite ville, 23-29 Rue de la Belle Feuille, représentée par l'un d'eux soussigné,

A : S.A. THOMSON
    46 quai  Alphonse Le Gallo
    RDC
    1
    92100 BOULOGNE BILLANCOURT

La copie de l'acte sus énoncé a été remise par Clerc assermenté suivant les déclarations qui lui ont été faites,

*****************************************************************

## A UNE PERSONNE MORALE

```
*Coût du présent acte*
(décret du 12/12/96)
----(EN EUROS)------
Art.6 dr.fixe    26.40
Art.18 Deplact    6.37
                 ------
Total H.T.       32.77
Total T.V.A       6.42
Art.20 Fr.port    0.88
Art.20 Taxe F.    9.15
                 ------
TotalTTC EUROS   49.22
```

Nom : MME COGNARD
Prénom: MARIE NOELLE
Qualité : EMPLOYEE

se déclarant habilité à recevoir la copie de l'acte.
*****************************************************************

J'ai laissé copie de l'acte sous enveloppe fermée, ne comportant d'autres indications que d'un côté le nom et l'adresse du destinataire de l'acte, et de l'autre côté le cachet de l'Huissier apposé sur la fermeture du pli.

Un avis de passage daté de ce jour, mentionnant la nature de l'acte, le nom du requérant et le nom de la personne ayant reçu la copie a été laissé au domicile du signifié.

La lettre prévue par l'article 658 du Nouveau Code de Procédure Civile contenant la copie de l'acte de signification a été adressée le : 22 août 2008

Le présent acte comporte 86 feuille(s)

                    Visa de l'Huissier de Justice des
                    mentions relatives à la signification

                        l'un des Associés
                        G.LOUVION



ZSIGMO/3882601
22/08/08
Page :    1

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: New Jersey

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | MINISTERE DE LA JUSTICE<br>(Bureau de l'Entraide judiciare intl)<br>13, place Vendôme<br>Paris Cedex 01<br><br>75042<br>France |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
  (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

  *(identité et adresse)*   Thomson S.A.
          46, quai Alphonse Le Gallo, Boulogne, France, 92100
                    Tel:

[ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[X] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b)*: En remettant les documents à un huissier, qui se chargera de les signifier à un cadre administratif, un agent gérant ou tout autre agent autorisé à accepter des documents légaux pour le compte du Défendeur. Le Défendeur ne doit pas avoir l'option de refuser la signification. Un chèque d'un montant de 89.00 euro pour couvrir les honoraires de l'huissier est inclus.
[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes* -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons in a Civil Action
Class Action Complaint
Order Setting Case Management Conference /
Standing Order for All Judges
Pretrial Order No. 1
Order Appointing Special Master
ECF Registration Information Handout
Judge Information
Summary of the Document to Be Served
Translations

Done at    APS International Plaza
           7800 Glenroy Road
           Minneapolis, MN 55439
*Fait à* Minneapolis, Minnesota, U.S.A.     , the 7-29-8
                                             , *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[signature: Diane K Myers]

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*