Case Name : Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant : Matsushita Electric Industrial Co., Ltd.
Court Case No.: CV-07-6279

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

- the (date) _____July 7, 2008_____
- at (place, street, number) __1006, Oaza Kadoma, Kadoma City, Osaka__
  __Matsushita Electric Industrial Co., Ltd.__

- in one of the following methods authorized by article 5 -
  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  ~~[ ] (b) in accordance with the following particular method*.~~

  ~~[ ] (c) by delivery to the addressee, who accepted it voluntarily *.~~

The documents referred to in the request have been delivered to:

- (identity and description of person)___Yasuaki Mizuhara___

- relationship to the addressee (family, business or other):___
  __Employee of Matsushita Electric Industrial Co., Ltd.__

~~2) that the document has not been served, by reason of the following facts*:~~
_____
_____
_____


~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint – Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District – ECF Registration Information Handout, Translations


Annexes
Documents returned:
_____

| | |
|---|---|
| In appropriate cases, documents establishing the service: | Done at __Osaka-Fu__, the __July 18, 2008__ |
| __Report of Service by Mail__ | Signature and / or stamp. Osaka District Court, Civil 16th Yoshio Sakai, Clerk [SEAL] |

2

* Delete if inappropriate

(840111)

| REPORT OF SERVICE BY MAIL<br>( Address, etc. ) | Date<br>July 4, 2008 |
|---|---|
| Case number | 2008 - (I) - 55 |

= Service of Documents =

List of Documents
1. Summary of the Document (SUMMARY)
2. Summons       3. Class Action Complaint
4. Order Setting Case Management Conference
5. Consent to Proceed Before A United States Magistrate Judge
6. ECF Registration Information Handout
7. Translations of 2 to 6

Sender of Documents
   Address    2-1-10, Nishi-Tenma, Kita-Ku, Osaka  City
              530-8522
   Name       Osaka District Court, Civil 16th, 2F

Recipient of Documents
              Matsushita Electric Industrial Co., Ltd.

Signature and/or seal of person accepting the documents

(Seal of Mizuhara)

Place of service
              1006, Oaza Kadoma, Kadoma City, Osaka
   Zip code   571-0050

Date and time of service
   month: 7   day: 7   year: 2008   time: 10

Manner of service
   1  Personal Service.
   (2) Substitute service on person left in charge.    ←complete 7/15
       (a) Clerk · Employee        b. person residing therein
           Name ( Yasuaki Mizuhara )
   3  Refusal of service.
       a. Defendant   b. Clerk·Employee   c. person residing therein
           Name (                                                 )
   4  Service to person who came to post office with an authorizaion.
       a. Clerk · Employee        b. person residing therein
           Name (                                                 )

I served as shown above.    Date: July 7, 2008
(a.) Japan Post Service Co.,Ltd. Kadoma    Branch
 b.  Japan Post Network Co.,Ltd.           Post Office   (Seal of Miyagawa)
     Server : Kenichi Miyagawa                           For sender only

I hereby confirmed these documents were properly served and
information was properly entered.  Date: July 7, 2008
(a.) Japan Post Service Co.,Ltd. Kadoma    Branch
 b.  Japan Post Network Co.,Ltd.           Post Office
     Certifying Officer : Yoshio Aratani   (Seal of Aratani)

(Receipt Osaka District Court July 9, 2008 Civil 16th)

= Instructions for Japanese only =
1 If the person accepting the documents cannot sign or affix
  their seal, state the reason at Signature and/or seal of person.
2 Use 24-Hour System for time of service.
3 Enter clearly Place of service.
4 If you are served at the post office, enter " at the window " only.

(22)

2008 - (I) - 55

[√] To: Japan Post Service Co., Ltd., __Kadoma__ Branch

Yoshio Sakai, Clerk

Osaka District Court, Civil 16th

2-1-10, Nishi-Tenma, Kita-Ku, Osaka City

Zip Code 530-8522

TEL 06-6316-2862,    FAX 06-6363-1415



Regarding the Revision of "Report of Service by Mail" (requested)

I requested that you serve the "Report of Service by Mail" which is attached, regarding the above case. But I was advised that <u>there is a discrepancy</u>. Therefore, I request that you follow the directions and correct the item shown below.

Note

[√] Regarding #2 of "Manner of service", please check "Clerk" or "Employee"

concluded

(840111)

| REPORT OF SERVICE BY MAIL (Address, etc.) | Date July 4, 2008 |
|---|---|
| Case number        2008 - (I) - 55 | Receipt Osaka District Court July 17, 2008 Civil 16th |

= Service of Documents =

List of Documents
1. Summary of the Document (SUMMARY)
2. Summons          3. Class Action Complaint
4. Order Setting Case Management Conference
5. Consent to Proceed Before A United States Magistrate Judge
6. ECF Registration Information Handout
7. Translations of 2 to 6

Sender of Documents
    Address    2-1-10, Nishi-Tenma, Kita-Ku, Osaka City 530-8522
    Name       Osaka District Court, Civil 16th, 2F

Recipient of Documents
    Matsushita Electric Industrial Co., Ltd.

Signature and/or seal of person accepting the documents
                                            [Seal of Mizuhara]

Place of service
    1006, Oaza Kadoma, Kadoma City, Osaka
    Zip code   571-0050

Date and time of service
    [7] month  [7] day  [2008] year  [10] time

Manner of service
1 Personal Service.
(2) Substitute service on person left in charge.
   (a) Clerk · Employee          b. person residing therein
       Name ( Yasuaki Mizuhara )
3 Refusal of service.
   a. Defendant  b. Clerk·Employee  c. person residing therein
       Name (                                                 )
4 Service to person who came to post office with an authorizaion.
   a. Clerk · Employee            b. person residing therein
       Name (                                                 )

I served as shown above.     Date: July 7, 2008
(a.) Japan Post Service Co.,Ltd. Kadoma    Branch
 b.  Japan Post Network Co.,Ltd.           Post Office    [Seal of Miyagawa]
     Server : Kenichi Miyagawa                            For sender only

I hereby confirmed these documents were properly served and information was properly entered.   Date: July 7, 2008
(a.) Japan Post Service Co.,Ltd. Kadoma    Branch
 b.  Japan Post Network Co.,Ltd.           Post Office
     Certifying Officer : Yoshio Aratani                  [Seal of Aratani]

[Receipt Osaka District Court July 9, 2008 Civil 16th]

= Instructions for Japanese only =
1 If the person accepting the documents cannot sign or affix their seal, state the reason at Signature and/or seal of person.
2 Use 24-Hour System for time of service.
3 Enter clearly Place of service.
4 If you are served at the post office, enter " at the window " only.

(22)

553

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Judy A. Nunn<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JNunn@CivilActionGroup.com | Ministry of Foreign Affairs<br>Consular Policy Division<br>Consular Affairs Bureau, MOFA<br>Kasumigaseki 2-2-1, Chiyoda-ku<br>Tokyo, 100-8919<br><br>Japan |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*     Matsushita Electric Industrial Co., Ltd.
    1006 Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan
                Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  a)  *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  b)  *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  c)  *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons in a Civil Case
Class Action Complaint - Jury Trial Demanded
Order Setting Case Management Conference
Consent to Proceed Before A United States
Magistrate Judge
U.S. District Court Northern District - ECF
Registration Information Handout
Translations
Summary of the Documents to be Served

Done at APS INTERNATIONAL
Fait à  APS International Plaza
        7800 Glenroy Road
        Minneapolis, MN 55439 , the April 21, 2008
        Minneapolis, Minnesota, U.S.A.            , le

Signature and/or stamp.
*Signature et/ou cachet.*

[signature: Judy A Nunn]

(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)              (Est. 11/22/77)

[stamp: 20.4.24]

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Hawel A. Hawel d/b/a City Electronics  v.  Chunghwa Picture Tubes, Ltd.
Defendant: Matsushita Electric Industrial Co., Ltd.
Court Case No.: CV-07-6279

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
- the (date)
- *le (date)* ___平成20年7月7日___
- at (place, street, number)
- *à (localité, rue numéro)* ___大阪府門真市大字門真1006　松下電器産業株式会社___

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] ~~(b) in accordance with the following particular method*:~~
  *b) selon la forme particuliére suivante:* _____
  [ ] ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
  *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* ___水原保彰___

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___松下電器産業株式会社 従業者___

~~2) that the document has not been served, by reason of the following facts*:~~
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint - Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District - ECF Registration Information Handout, Translations

Annexes
*Annexes*
Documents returned:
*Piéces renvoyées:*

_____
_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

___郵便送達報告書___
___補正書面___

Done at ___大阪府___ , the ___2008. 7. 18___
*Fait à* , *le*

Signature and/or stamp.
*Signature et/ou cachet.*
大阪地方裁判所第16民事部
裁判所書記官　坂　井　良　雄

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

(840111)

| 郵便送達報告書 (住所, 居所等用) | 発送年月日 | 平成 20 年 7. -4 日 |
|---|---|---|

| 事件番号 | 平成 20 年 (ワ) 第 55 号 |
|---|---|

| 送達書類 | 書類の名称 | 1. 文書の要領 (SUMMARY), 2. 召喚状<br>3. 集団訴訟告訴状, 4. 事件管理協議指定命令書<br>5. 連邦下級判事による訴訟手続きに対する同意<br>6. ECF登録情報ハンドアウト, 7. 7ないし6の訳文 |
|---|---|---|
| | 差出人 所在地 | 郵便番号 530-8522<br>大阪市北区西天満2丁目1番10号 |
| | 名称 | 大阪地方裁判所第16民事部 2F |
| | 受送達者本人氏名 | 松下電器産業 株式会社 |

| 受領者の押印又は署名 | (米原) |
|---|---|

| 送達の場所 | 郵便番号 571-0050<br>大阪府門真市大字門真 1006 |
|---|---|

| 送達年月日時 | 平成 20 年 7 月 7 日 10 時 |
|---|---|

| 送達方法 | 1 | 受送達者本人に渡した。 |
|---|---|---|
| | 2 | 受送達者本人に出会わなかったので、書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>(ア) 使用人・従業者  イ 同居者  (氏名: 永原伊彰) |
| | 3 | 次の者が正当な理由なく受取りを拒んだので、その場に差し置いた。<br>ア 受送達者本人  イ 使用人・従業者  ウ 同居者<br>(氏名: ) |
| | 4 | 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>ア 使用人・従業者  イ 同居者<br>(氏名: ) |

← 補正 7/15

大阪地方裁判所第16民事部
受付
20.7.-9

上記のとおり送達しました。  平成 20 年 7 月 7 日
(所属)  配達担当者
(ア) 郵便事業(株) 門真 支店    宮○健一
 イ 郵便局(株)       郵便局

上記送達に係る郵便物が適正に送達されたこと及びその送達に関する事項が適正に記載されていることを確認しました。
 平成 20 年 7 月 7 日
(所属)       郵便認証司
(ア) 郵便事業(株) 門真 支店    新谷祥夫
 イ 郵便局(株)       郵便局

差出人記入欄

注意
1 受領者が押印又は署名をすることができないときは、「受領者の押印又は署名」欄にその旨を記入すること。
2 「送達の場所」欄は、市町村名から住居番号等まで詳細明確に記入すること。ただし、営業所の窓口において交付したときは、「窓口」とのみ記入すること。
3 「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは、枠内に右詰めで記入すること。また、時刻は24時間制で記入すること。
4 「送達方法」欄は、次により記入すること。
 (1) 「1」、「2」、「3」及び「4」の欄については、該当する数字ひとつを「○」で囲む。
 (2) 「2」、「3」又は「4」を「○」で囲んだ場合は、さらに該当するものを「○」で囲み、その氏名を記入する。ただし、受送達者本人であるときは、その氏名を記入しない。
5 配達担当者及び郵便認証司の「所属」欄は該当するものを「○」で囲み、その名称を記入すること。

平成２０年（ワ）第　５５号

☐　郵便局株式会社＿＿＿＿＿郵便局　殿

☑　郵便事業株式会社＿門真＿支店　殿

〒530－8522

大阪市北区西天満二丁目1番10号

大阪地方裁判所第16民事部

裁判所書記官　　　坂井　良雄

電話　06－6316－2862，FAX　06－6363－1415

郵便送達報告書の補正について（依頼）

　頭書事件について，当職は，添付した郵便送達報告書のとおり送達してくださるよう依頼しました。ところが，あなたからこれと異なる送達をした旨の報告を受けました。当職は，下記の事項（☐にレを付したもの）を問い合わせたいと考えます。

　ついては，添付した郵便送達報告書写しに付記提出願います。

記

☐　「受領者の押印又は署名」がありません。

☐　「送達の場所」が書いてないか，不足しています。

　　なお，送達の場所は，市町村名以降も書くことになっています。

☐　「送達年月日時」が未到来日になっています。

☐　「送達方法」が書いてないか，不足しています。

☐　記1のあて名と異なる住所に送達された理由を教えてください。

☑　「送達方法」が「２－ア－使用人・従業者」になっていますが、「使用人」「従業者」のどちらになるかの明記がありません。

以　上

(840111)

| 郵 便 送 達 報 告 書<br>(住所，居所等用) | 発送年月日 | 平成 20 年 7. -4 日 |
|---|---|---|

| 事件番号 | 平成 20 年（ヲ）第 55 号 |
|---|---|

| 送達書類 | 書類の名称 | 1. 文書の受領 (SUMMARY), 2. 召喚状<br>3. 集団訴訟告訴状, 4. 事件管理協議指定命令書<br>5. 連邦下級判事による訴訟手続きに対する同意<br>6. ECF登録情報ハンドアウト, 7. スから6の訳文 |
|---|---|---|
| | 差出人 所在地 | 郵便番号 530-8522<br>大阪市北区西天満2丁目1番10号 |
| | 名称 | 大阪地方裁判所第16民事部 2F |
| | 受送達者本人氏名 | 松下電器産業 株式会社 |

| 受領者の押印又は署名 | ㊞ |
|---|---|

| 送達の場所 | 郵便番号 571-0050<br>大阪府門真市大字門真 1006 |
|---|---|

| 送達年月日時 | 平成 20 年 7 月 7 日 10 時 |
|---|---|

| 送達方法 | 1 | 受送達者本人に渡した。 |
|---|---|---|
| | 2 | 受送達者本人に出会わなかったので、書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>㋐ 使用人・従業者　イ 同居者<br>（氏名： 永原伊彰 ） |
| | 3 | 次の者が正当な理由なく受取りを拒んだので、その場に差し置いた。<br>ア 受送達者本人　イ 使用人・従業者　ウ 同居者<br>（氏名： ） |
| | 4 | 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。<br>ア 使用人・従業者　イ 同居者<br>（氏名： ） |

上記のとおり送達しました。　平成 20 年 7 月 7 日
(所属)　配達担当者
㋐ 郵便事業(株) 門真 支店　宮井健一 ㊞
イ 郵便局(株)　　　　郵便局

上記送達に係る郵便物が適正に送達されたこと及びその送達に関する事項が適正に記載されていることを確認しました。
　　　　　平成 20 年 7 月 7 日
(所属)　郵便認証司
㋐ 郵便事業(株) 門真 支店　新谷祥夫 ㊞
イ 郵便局(株)　　　　郵便局

(注意)
1　受領者が押印又は署名をすることができないときは、「受領者の押印又は署名」欄にその旨を記入すること。
2　「送達の場所」欄は、市町村名から住居番号等まで詳細明確に記入すること。ただし、営業所の窓口において交付したときは、「窓口」とのみ記入すること。
3　「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは、枠内に右詰めで記入すること。また、時刻は24時間制で記入すること。
4　「送達方法」欄は、次により記入すること。
（1）「1」、「2」、「3」及び「4」の欄については、該当する数字ひとつを「○」で囲む。
（2）「2」、「3」又は「4」を「○」で囲んだ場合には、さらに該当するものを「○」で囲み、その氏名を記入する。ただし、受送達者本人であるときは、その氏名を記入しない。
5　配達担当者及び郵便認証司の「所属」欄は該当するものを「○」で囲み、その名称を記入すること。