Case Name : Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant : Matsushita Toshiba Picture Display Co., Ltd.
Court Case No.: CV-07-6279

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

    - the (date) **July 10, 2008**
    - at (place, street, number) **1-1, Saiwai-cho, Takatsuki-shi, Osaka**
    **Matsushita Toshiba Picture Display Co., Ltd.**

    - in one of the following methods authorized by article 5 -
    [X]  (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
    ~~[ ]  (b) in accordance with the following particular method*.~~

    ~~[ ]  (c) by delivery to the addressee, who accepted it voluntarily *.~~

The documents referred to in the request have been delivered to:

    -(identity and description of person) **Susumu Nishimura**

    - relationship to the addressee (family, business or other):
    **Employee of Matsushita Toshiba Picture Display Co., Ltd.**

~~2) that the document has not been served, by reason of the following facts*:~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint — Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District — ECF Registration Information Handout, Translations

Annexes
Documents returned:

In appropriate cases, documents establishing the service:

**Report of Service by Mail**

Done at **Osaka-Fu**, the **July 18, 2008**

Signature and / or stamp.
**Osaka District Court,
Civil 17th
Masami Yamamoto, Clerk**

[SEAL]

2

* Delete if inappropriate

(840111)

| REPORT OF SERVICE BY MAIL ( Address, etc. ) | Date July 9, 2008 |
|---|---|
| Case number | 2008 - (I) - 56 |

= Service of Documents =

List of Documents
1. Summary of the Document (SUMMARY)
2. Summons          3. Class Action Complaint
4. Order Setting Case Management Conference
5. Consent to Proceed Before A United States Magistrate Judge
6. ECF Registration Information Handout
7. Translations of 2 to 6

Sender of Documents
    Address   2-1-10, Nishi-Tenma, Kita-Ku, Osaka   City

    Name   Osaka District Court, Civil 17th Clerk's Office

Recipient of Documents
    Matsushita Toshiba Picture Display Co., Ltd.

Signature and/or seal of person accepting the documents
    (Seal of Nishimura)

Place of service
    1-1, Saiwai-cho, Takatsuki-shi, Osaka
    Zip code   569-1193

Date and time of service
    0 7   1 0   2 0 0 8   1 1
    month   day    year    time

Manner of service
  1  Personal Service.
  (2) Substitute service on person left in charge.
    (a) Clerk · Employee        b. person residing therein
    Name (  Susumu Nishimura                )
  3  Refusal of service.
    a. Defendant  b. Clerk·Employee  c. person residing therein
    Name (                                 )
  4  Service to person who came to post office with an authorizaion.
    a. Clerk · Employee        b. person residing therein
    Name (                                 )

I served as shown above.    Date: July 10, 2008
(a.) Japan Post Service Co.,Ltd. Takatsuki Kita Branch
b. Japan Post Network Co.,Ltd.           Post Office
    Server : Harunori Tanida
    (Seal of Tanida)  For sender only

I hereby confirmed these documents were properly served and information was properly entered.   Date: July 10, 2008
(a.) Japan Post Service Co.,Ltd. Takatsuki Kita Branch
b. Japan Post Network Co.,Ltd.           Post Office
    Certifying Officer : Minoru Fujita
    (Seal of Fujita)

(Receipt Osaka District Court July 17, 2008 Civil 17th)

= Instructions for Japanese only =
1 If the person accepting the documents cannot sign or affix their seal, state the reason at Signature and/or seal of person.
2 Use 24-Hour System for time of service.
3 Enter clearly Place of service.
4 If you are served at the post office, enter " at the window " only.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Judy A. Nunn<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JNunn@CivilActionGroup.com | Ministry of Foreign Affairs<br>Consular Policy Division<br>Consular Affairs Bureau, MOFA<br>Kasumigaseki 2-2-1, Chiyoda-ku<br>Tokyo, 100-8919<br><br>Japan |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)   Matsushita Toshiba Picture Display Co., Ltd.
1-1, Saiwai-cho, Takatsuki-shi, Osaka 569-1193, Japan
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Summons in a Civil Case
Class Action Complaint - Jury Trial Demanded
Order Setting Case Management Conference
Consent to Proceed Before A United States Magistrate Judge
U.S. District Court Northern District - ECF Registration Information Handout
Translations
Summary of the Documents to be Served

Done at APS INTERNATIONAL, APS International Plaza, 7800 Glenroy Road
*Fait à* Minneapolis, Minnesota U.S.A. MN 55439 , the April 21, 2008
                                             *le*

Signature and/or stamp.
*Signature et/ou cachet.*

[signature: Judy Nunn]

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)


20.4.24

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant: Matsushita Toshiba Picture Display Co., Ltd.
Court Case No.: CV-07-6279

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
 - the (date)
 - *le (date)* 平成20年7月10日
 - at (place, street, number)
 - *à (localité, rue numéro)* 大阪府高槻市幸町1-1  Matsushita Toshiba Picture Display Co., Ltd

 - in one of the following methods authorised by article 5-
 - *dans une des formes suivantes prévues à l'article 5:*
   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
   ~~[ ] (b) in accordance with the following particular method*:~~
       b) *selon la forme particulière suivante:* _____
   ~~[ ] (c) by delivery to the addressee, who accepted it voluntarily.*~~
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
 - (identity and description of person)
 - *(identité et qualité de la personne)* 西村 晋

 - relationship to the addressee (family, business or other):
 - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* Matsushita Toshiba Picture Display Co., Ltd従業者

~~2) that the document has not been served, by reason of the following facts*:~~
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint - Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District - ECF Registration Information Handout, Translations

Annexes
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

郵便送達報告書

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at 大阪府 , the 2008. 7. 18
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

大阪地方裁判所第17民事部
裁判所書記官 山本 真己

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

(840111)

| 郵便送達報告書 (住所，居所等用) | 発送年月日 | 平成 20 年 7 月 9 日 |

| 事件番号 | 平成 20 年 (ヱ) 第 56 号 |

| 送達書類 | 書類の名称 | 1. 文書の要領 (SUMMARY) 2. 召喚状<br>3. 集団訴訟告訴状 4. 事件管理協議指定命令書<br>5. 連邦下級判事による訴訟手続きに対する同意<br>6. ECF 登録情報ハンドアウト<br>7. 2ないし6の訳文 |
| | 差出人 所在地 | 郵便番号 大阪市北区西天満2丁目1番10号 |
| | 差出人 名称 | 大阪地方裁判所第17民事部書記官室 |
| | 受送達者本人氏名 | Matsushita Toshiba Picture Display Co., Ltd. |

受領者の押印又は署名　㊞西村

送達の場所　郵便番号 ~~〒569-1143~~ 〒569-1193
大阪府高槻市幸町1番1号

送達年月日時　平成 20 年 07 月 10 日 11 時

送達方法:
1. 受送達者本人に渡した。
2. 受送達者本人に出会わなかったので，書類の受領について相当のわきまえがあると認められる次の者に渡した。
　ア 使用人・(従業者)・イ 同居者　(氏名：西村 晋)
3. 次の者が正当な理由なく受取りを拒んだので，その場に差し置いた。
　ア 受送達者本人　イ 使用人・従業者　ウ 同居者　(氏名：　)
4. 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。
　ア 使用人・従業者　イ 同居者　(氏名：谷　)

上記のとおり送達しました。平成 20 年 7 月 10 日
(所属) ア 郵便事業(株) 高槻北 支店　イ 郵便局(株) 郵便局
配達担当者 谷田治則 ㊞

大阪地方裁判所第17民事部 受付 20.7.17

上記送達に係る郵便物が適正に送達されたこと及びその送達に関する事項が適正に記載されていることを確認しました。
平成 20 年 7 月 10 日
(所属) ア 郵便事業(株) 高槻北 支店　イ 郵便局(株) 郵便局
郵便認証司　藤田実 ㊞

注意:
1. 受領者が押印又は署名をすることができないときは，「受領者の押印又は署名」欄にその旨を記入すること。
2. 「送達の場所」欄は，市町村名から住居番号等まで詳細明確に記入すること。ただし，営業所の窓口において交付したときは，「窓口」とのみ記入すること。
3. 「送達年月日時」欄の年月日時のいずれかの数字が1桁のときは，枠内に右詰めで記入すること。また，時刻は24時間制で記入すること。
4. 「送達方法」欄は，次により記入すること。
(1) 「1」，「2」，「3」及び「4」の欄については，該当する数字ひとつを「○」で囲む。
(2) 「2」，「3」又は「4」を「○」で囲んだ場合は，さらに該当するものを「○」で囲み，その氏名を記入する。ただし，受送達者本人であるときは，その氏名を記入しない。
5. 配達担当者及び郵便認証司の「所属」欄は該当するものを「○」で囲み，その名称を記入すること。