UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates To: ALL ACTIONS | **CLASS ACTION** |

**NOTICE OF CHANGE OF FIRM NAME**

TO THE CLERK:

Kindly note that the name of the law firm Spector Roseman & Kodroff, P.C., counsel for plaintiff, Electronic Design Company, in the above-captioned matter, has been changed to Spector Roseman Kodroff & Willis, P.C., at the same address and telephone number.

Dated:  October 6, 2008

/s/Eugene A. Spector
Eugene A. Spector
William G. Caldes
SPECTOR ROSEMAN KODROFF
  & WILLIS, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel:  (215) 496-0300
Fax:  (215) 496-6611
espector@srkw-law.com
bcaldes@srkw-law.com

*Attorneys for Electronic Design Company*

- 1 -