GUIDO SAVERI (22349)
guido@saveri.com
R. ALEXANDER SAVERI (173102)
rick@saveri.com
GEOFFREY C. RUSHING (126910)
grushing@saveri.com
CADIO ZIRPOLI (179108)
zirpoli@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Direct Purchaser Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Actions | **ASSOCIATION OF COUNSEL** |

**PLEASE TAKE NOTICE THAT** Saveri & Saveri, Inc., counsel of record for plaintiff ORION HOME SYSTEMS, LLC hereby associates the law firm of Gross Belsky Alonso LLP, as another counsel of record on behalf of plaintiff ORION HOME SYSTEMS, LLC herein.

1
ASSOCIATION OF COUNSEL; Case No. CV-07-5944 SC

The address and telephone numbers of Gross Belsky Alonso LLP are as follows:

Terry Gross
Adam C. Belsky
Monique Alonso
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone:   (415) 544-0200
Facsimile:   (415) 544-0201
terry@gba-law.com

Dated: October 7, 2008

SAVERI & SAVERI, INC.

_____
Cadio Zirpoli

Dated: October 7, 2008

GROSS BELSKY ALONSO LLP

_____
Terry Gross

2

ASSOCIATION OF COUNSEL; Case No. CV-07-5944 SC