Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
ccorbitt@zelle.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This document relates to: | **NOTICE OF ASSOCIATION OF COUNSEL** |
| All Indirect-Purchaser Actions. | |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Zelle Hofmann Voelbel Mason & Gette LLP hereby associates W. Timothy Needham of Janssen, Malloy, Needham, Morrison, Reinholtsen & Crowley, LLP as counsel of record in this action on behalf of Plaintiffs Michael Juetten and Chad Klebs and the proposed class of indirect purchasers alleged in this action.

Accordingly, in addition to the other counsel of record, please serve copies of all filings and papers on the following:

    W. Timothy Needham
    JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP
    730 5th Street
    P.O. Drawer 1288
    Eureka, CA  95502
    Telephone:     (707) 445-2071
    Facsimile:      (707) 445-8305
    Email:              tneedham@janssenlaw.com

Dated:  October 8, 2008

Respectfully submitted,

By:  ____/s/ Craig C. Corbitt_____
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
ccorbitt@zelle.com

*Attorneys for Plaintiffs and the Proposed Class*

# CERTIFICATE OF SERVICE

**IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
Master File No. CV-07-5944-SC
MDL No. 1917
Case No. CV-07-6225-SC

I, Monica J. Steele, certify and declare under penalty of perjury that I:  am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on October 8, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

**1.     NOTICE OF ASSOCIATION OF COUNSEL**

☒    **By USDC Live System-Document Filing System:**  on all interested parties registered for e-filing.

☒    **By Electronic Mail**:  I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the named addressee(s) indicated below.

W. Timothy Needham
JANSSEN, MALLOY, NEEDHAM, MORRISON, REINHOLTSEN & CROWLEY, LLP
730 5th Street
P.O. Drawer 1288
Eureka, CA  95502
Telephone:     (707) 445-2071
Facsimile:       (707) 445-8305
Email:             tneedham@janssenlaw.com

Dated:   October 8, 2008

Signed      /s/*Monica J. Steele*
Monica J. Steele
Legal Administrative Assistant/Paralegal
to Craig C. Corbitt

#3214666v1

CERTIFICATE OF SERVICE