```
 1  KRIS MAN (246008)
    Email: kman@dl.com
 2  Dewey & LeBoeuf LLP
    One Embarcadero Center, Suite 400
 3  San Francisco, CA 94111
    Telephone:    (415) 951-1100
 4  Facsimile:    (415) 951-1180

 5  GREGORY D. HULL (57367)
    Email: greg.hull@weil.com
 6  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
 7  Redwood Shores, California 94065-1175
    Telephone:    (650) 802-3000
 8  Facsimile:    (650) 802-3100

 9  JEFFREY L. KESSLER
    Email: jkessler@dl.com
10  Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
11  New York, NY 10019
    Telephone:    (212) 259-8000
12  Facsimile:    (212) 259-7013

13  STEVEN A. REISS
    Email: steven.reiss@weil.com
14  WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
15  New York, New York 10153-0119
    Telephone:    (212) 310-8000
16  Facsimile:    (212) 310-8007

17  Attorneys for Defendants
    PANASONIC CORPORATION OF NORTH AMERICA,
18  MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
    PANASONIC CORPORATION and
19  MT PICTURE DISPLAY CO., LTD.
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE

Case No. 07-5944-SC
MDL No. 1917

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firms of Dewey & LeBoeuf LLP, and Weil, Gotshal & Manges LLP, hereby state their appearance in the indirect purchaser CRT cases on behalf of defendant MT Picture Display Co., Ltd.

Dated: October 14, 2008

Respectfully submitted,

DEWEY & LEBOEUF LLP

By: s/Jeffrey L. Kessler
Jeffrey L. Kessler (*admitted pro hac vice*)
A. Paul Victor (*admitted pro hac vice*)
Eva W. Cole (*admitted pro hac vice*)
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Steven A. Reiss (*admitted pro hac vice*)
David L. Yohai (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants MT Picture Display Co., Ltd., Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Corporation of America (New York) (defunct)*