KRIS MAN (246008)
Email: kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:  (415) 951-1100
Facsimile:  (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California  94065-1175
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY  10019
Telephone:  (212) 259-8000
Facsimile:  (212) 259-7013

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Defendants
PANASONIC CORPORATION
PANASONIC CORPORATION OF NORTH AMERICA,
MT PICTURE DISPLAY CO., LTD. and
MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK) (defunct)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to:  ALL ACTIONS | **NOTICE OF CHANGE OF PARTY NAME** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, effective October 1, 2008, Defendant Matsushita Electric Industrial Co., Ltd. ("MEI") changed its name to Panasonic Corporation (the "Company"). The Company's address otherwise remains unchanged.

Dated: October 14, 2008

DEWEY & LEBOEUF LLP

By: s/Jeffrey L. Kessler
Jeffrey L. Kessler (admitted *pro hac vice*)
A. Paul Victor (admitted *pro hac vice*)
Eva W. Cole (admitted *pro hac vice*)
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Steven A. Reiss (admitted *pro hac vice*)
David L. Yohai (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0019
Telephone: (212) 310-8000
Facsimile: (212) 310-7013

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., and MT Picture Display Corporation of America (New York) (defunct)*

NOTICE OF CHANGE OF PARTY NAME

Case No. 07-5944-SC
MDL No. 1917
- 1 -