KRIS MAN (246008)
Email: kman@dl.com
Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:   (415) 951-1100
Facsimile:   (415) 951-1180

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California  94065-1175
Telephone:   (650) 802-3000
Facsimile:   (650) 802-3100

JEFFREY L. KESSLER
Email: jkessler@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019
Telephone:   (212) 259-8000
Facsimile:   (212) 259-7013

STEVEN A. REISS
Email: steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153-0119
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

Attorneys for Defendants
PANASONIC CORPORATION OF NORTH AMERICA,
MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
MT PICTURE DISPLAY CO., LTD and
PANASONIC CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL. No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firms of Dewey & LeBoeuf LLP, and Weil, Gotshal & Manges LLP, hereby state their appearance in the indirect purchaser CRT cases on behalf of defendant Panasonic Corporation (formerly known as Matsushita Electric Industrial Co., Ltd.).

Dated: October 14, 2008

Respectfully submitted,

DEWEY & LEBOEUF LLP

By:  s/Jeffrey L. Kessler
Jeffrey L. Kessler (*admitted pro hac vice*)
A. Paul Victor (*admitted pro hac vice*)
Eva W. Cole (*admitted pro hac vice*)
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Steven A. Reiss (*admitted pro hac vice*)
David L. Yohai (*admitted pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., and MT Picture Display Corporation of America (New York) (defunct)*

NOTICE OF APPEARANCE

Case No. 07-5944-SC
MDL No. 1917