KRIS MAN (246008)
Email:  kman@dl.com
DEWEY & LEBOEUF LLP
One Embarcadero Center, Suite 400
San Francisco, CA  94111-3628
Telephone:     (415) 951-1100
Facsimile:      (415) 951-1180

GREGORY D. HULL (57367)
Email:  greg.hull@weil.com
WEIL, GOTHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065-1175
Telephone:     (650) 802-3000
Facsimile:      (650) 802-3100

JEFFREY L. KESSLER
Email:  jkessler@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue Of The Americas
New York, NY  10019-6022
Telephone:     (212) 259-8000
Facsimile:      (212) 259-7013

STEVEN A. REISS
Email:  steven.reiss@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone:     (212) 310-8000
Facsimile:      (212) 310-8007

Attorneys for Defendants
PANASONIC CORPORATION OF NORTH AMERICA,
MT PICTURE DISPLAY CORPORATION OF AMERICA (NEW YORK),
MT PICTURE DISPLAY CO., LTD. And
MATASHUTIA ELECTRIC INDUSTRIAL CO., LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No.  07-5944-SC |
| | MDL No. 1917 |
| This document relates to:  ALL ACTIONS | **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is: Dewey & LeBoeuf LLP, One Embarcadero Center, Suite 400, San Francisco, CA 94111-3619.

On October 14, 2008, I served the following document(s) described as:

- **NOTICE OF APPEARANCE (MT Picture Display Co., LTD)**
- **NOTICE OF APPEARANCE (Panasonic Corporation)**
- **NOTICE OF CHANGE OF PARTY NAME**

☒ **By CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/Email Correspondence from Users set forth in the service list obtained from this court.

☐ **By United States mail**. I enclosed the documents in sealed envelopes addressed to the persons at the addresses in the **Service List** and placed them for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collection and mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in envelopes with postage fully prepaid. I am employed in the county where the mailing occurred. The envelopes were placed in the mail at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 14, 2008 at San Francisco, California.

                                         /s/ *Kris H Man*
                                          Kris H. Man