1  BARRY J. BENDES (*admitted pro hac vice*)
   E-mail:  bbendes@eapdlaw.com
2  ANTHONY J. VIOLA (*admitted pro hac vice*)
   E-mail:  aviola@eapdlaw.com
3  JOSEPH E. CZERNIAWSKI (*admitted pro hac vice*)
   E-mail:  jczerniawski@eapdlaw.com
4  EDWARDS ANGELL PALMER & DODGE LLP
   750 Lexington Avenue
5  New York, New York 10022
   Telephone:  212.308.4411
6  Facsimile:  212.308.4844

7  DAVID W. EVANS (Bar No. 79466)
   E-mail:  devans@hbblaw.com
8  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
9  San Francisco, California 94105-2981
   Telephone:  415.546.7500
10 Facsimile:  415.546.7505

11 Attorneys for Defendant **ORION ELECTRIC CO. LTD.**

12                UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

15 CATHODE RAY TUBE (CRT)              ) Case No. 07-05944-SC
   ANTITRUST LITIGATION                )
16 _____ ) MDL No. 1917
                                       )
17 This Document Relates to:           ) **DEFENDANT ORION ELECTRIC CO.**
                                       ) **LTD.'s NOTICE RE**
18 ALL DIRECT PURCHASER ACTIONS.       ) **JURISDICTIONAL DEFENSE**
   _____ )
19

20

21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

OA08-0000001
3455333.1

1

DEFENDANT ORION ELECTRIC CO. LTD.'s
NOTICE RE JURISDICTIONAL DEFENSE

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2              Pursuant to ¶ 4(g) of this Court's September 12, 2008 Stipulation and Order, Orion Electric

3    Co. Ltd. submits this notice that it does not believe that this Court may exercise personal

4    jurisdiction over it, and intends to reserve that defense.  However, because Plaintiffs' counsel has

5    notified Orion Electric, under ¶ 11 of that Order, that they do not intend to name Orion Electric

6    Co. Ltd. as a Defendant, we do not believe it necessary to present such a statement explaining the

7    basis of this jurisdictional defense at this time.

8

9    Dated:  October 15, 2008                         Respectfully Submitted,

10                                                    Barry J. Bendes (*admitted pro hac vice*)
                                                      Anthony J. Viola (*admitted pro hac vice*)
11                                                    Joseph E. Czerniawski (*admitted pro hac vice*)
                                                      EDWARDS ANGELL PALMER & DODGE
12                                                    LLP
                                                      750 Lexington Avenue
13                                                    New York, New York 10022
                                                      Telephone: 212.308.4411
14                                                    Facsimile: 212.308.4844

15                                                    David W. Evans (Bar No. 79466)
                                                      HAIGHT BROWN & BONESTEEL LLP
16                                                    71 Stevenson Street, 20th Floor
                                                      San Francisco, California 94105-2981
17                                                    Telephone: 415.546.7500
                                                      Facsimile: 415.546.7505

18

19                                                    By: _____
                                                           David W. Evans
20                                                         Attorneys for Defendant
                                                         **ORION ELECTRIC CO. LTD.**
21

22

23

24

25

26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

OA08-0000001
3455333.1

2

DEFENDANT ORION ELECTRIC CO. LTD.'s
NOTICE RE JURISDICTIONAL DEFENSE