Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Jason de Bretteville (SBN 195069)
(debrettevillej@sullcrom.com)
Laura E. Kabler (SBN 241281)
(kablerl@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Defendant Thomson S.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: ALL DIRECT PURCHASER ACTIONS. | NOTICE OF DEFENDANT THOMSON S.A. PURSUANT TO PARAGRAPH 4(G) OF STIPULATION AND ORDER FOR LIMITED DISCOVERY STAY |

SULLIVAN
&
CROMWELL LLP

Pursuant to Paragraph 4(g) of the Stipulation and Order for Limited Discovery Stay entered on September 12, 2008 (the "Stipulation") and joined by Thomson S.A. on October 15, 2008, Thomson S.A. hereby provides notice of its intent to object to any discovery or other proceedings in the above-entitled action on the ground that the Court lacks personal jurisdiction over Thomson S.A. Because Thomson S.A. conducted no CRT-related business activities in the United States and because Thomson S.A. is and at all relevant times has been outside the jurisdiction of this Court, Thomson S.A. is not a proper defendant in this action. As provided in Paragraph 4(g) of the Stipulation, by serving this statement, Thomson S.A. preserves (i) all rights to contest the jurisdiction of the Court and (ii) all objections to any discovery that may be sought by Plaintiffs in this action.

Dated: October 15, 2008

                                                */s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
Jason de Bretteville (SBN 195069)
Laura E. Kabler (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Attorneys for Defendant Thomson S.A.