1  Bruce H. Jackson, State Bar No. 98118
     (bruce.h.jackson@bakernet.com)
2  Robert W. Tarun, State Bar No. 64881
     (robert.w.tarun@bakernet.com)
3  **BAKER & McKENZIE LLP**
   Two Embarcadero Center, 11th Floor
4  San Francisco, CA  94111-3802
   Telephone: +1 415 576 3000
5  Facsimile:   +1 415 576 3099

6  Patrick J. Ahern (*pro hac vice*)
     (patrick.j.ahern@bakernet.com)
7  Roxane C. Busey (*pro hac vice*)
     (roxane.c.busey@bakernet.com)
8  Karen Sewell (*pro hac vice*)
     (karen.sewell@bakernet.com)
9  **BAKER & McKENZIE LLP**
   130 E. Randolph Dr., Suite 3500
10 Chicago, IL  60601
   Telephone: +1 312 861 8000

11
   Attorneys for Defendant
12 TATUNG COMPANY OF AMERICA, INC.

13
14                          UNITED STATES DISTRICT COURT
15                          NORTHERN DISTRICT OF CALIFORNIA
16                              SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | **Master File No.  07-5944-SC**<br><br>**MDL No. 1917**<br><br>**DEFENDANT TATUNG COMPANY OF AMERICA'S OBJECTIONS TO PARAGRAPH 4(D) OF THE <u>DISCOVERY STAY STIPULATION</u>** |
| 21 This Document Relates To:<br><br>22 ALL DIRECT PURCHASER ACTIONS | |

24
25
26
27
28

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

Master File No 07-5944-SC / MDL No. 1917
DEFENDANT TATUNG COMPANY OF AMERICA'S OBJECTIONS TO PARAGRAPH 4(D) OF THE DISCOVERY STAY STIPULATION
SFODMS/6560958.1

Pursuant to Paragraph 12 of the Stipulation and Order for Limited Discovery Stay entered September 12, 2008 (DE #379), Defendant Tatung Company of America, Inc. ("TUS" or "Defendant") hereby objects to Paragraph 4(d) as follows:

1. TUS objects to Paragraph 4(d) to the extent that it is inconsistent with or exceeds the obligations imposed by the Federal Rules of Civil Procedure, this Court's local rules and standing orders, or other applicable rules or law.

2. TUS objects to Paragraph 4(d) to the extent it seeks the disclosure of information that is prohibited by law, regulation, or order of a court, or other authority of a foreign jurisdiction in which the information or documents are located.

3. TUS objects to Paragraph 4(d) on the ground that it is premature and to the extent it seeks information or documents relating to an ongoing government investigation referenced in any Complaint. Such requests jeopardize the secrecy of grand jury proceedings and are inconsistent with Rule 6(e) of the Federal Rules of Criminal Procedure.

4. TUS objects to Paragraph 4(d) on the ground that it seeks any information or any document that is protected from disclosure by the attorney-client privilege, work product doctrine, joint defense or common interest privilege, privacy privilege, self-critical analysis privilege, or by any other applicable doctrine or privilege. In the event of any document production, any inadvertent production of any privileged or protected document will not constitute a waiver of any privilege or protection.

5. TUS objects to Paragraph 4(d) to the extent that it requires TUS to produce documents that are not in its possession, custody or control. TUS also objects to the extent that any request seeks information from a non-party, such as, but not limited to, any of TUS's parent, subsidiary, affiliate or sibling corporations or companies.

6. TUS objects to Paragraph 4(d) on the ground that it seeks information or documents about sales of CRTs and CRT products or other activities outside the United States that had no effect on United States commerce or markets in the United States. Any answer provided by TUS will be limited to information concerning United States commerce or markets in the United States.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

1

Master File No 07-5944-SC / MDL No. 1917
DEFENDANT TATUNG COMPANY OF AMERICA'S OBJECTIONS TO PARAGRAPH 4(D) OF THE DISCOVERY STAY STIPULATION
SFODMS/6560958.1

7. TUS objects to Paragraph 4(d) to the extent that it seeks documents containing trade secrets, highly confidential information, proprietary commercial information, or other sensitive or confidential information protected by constitutional, statutory, or common law rights of privacy or confidentiality, and any confidentiality agreement or obligations, or any applicable order. Subject to and without waiving these objections, TUS will produce such information and materials that are non-privileged, responsive and relevant, subject to the terms of the Stipulated Protective Order entered by the Court on June 18, 2008.

8. TUS reserves the right to assert additional general and specific objections to the production of information or documents in response to Paragraph 4(d) as appropriate and to supplement these objections and responses. TUS also reserves the right to assert additional general and specific objections arising from matters discovered during the course of this litigation or as a result of plaintiffs' consolidated complaint.

9. TUS's decision, now or in the future, to provide information or documents notwithstanding the objectionable nature of any of the definitions or instructions, or the interrogatories or document requests themselves, should not be construed as: (a) an admission that Paragraph 4(d) is proper or that the information it seeks is within the proper bounds of discovery, (b) a stipulation that the material is relevant or admissible, (c) a waiver of TUS's general objections or the objections asserted in response to specific document requests, or (d) an agreement that requests for similar information will be treated in a similar manner.

///

///

///

Baker & McKenzie LLP
San Francisco

2

Master File No 07-5944-SC / MDL No. 1917
DEFENDANT TATUNG COMPANY OF AMERICA'S OBJECTIONS TO PARAGRAPH 4(D) OF THE DISCOVERY STAY STIPULATION
SFODMS/6560958.1

**WILLINGNESS TO MEET AND CONFER**

TUS is willing to meet and confer with plaintiffs' counsel with respect to any of the matters objected to herein.

Dated: October 15, 2008

BAKER & McKENZIE LLP
Bruce H. Jackson
Robert W. Tarun

BAKER & McKENZIE LLP
Patrick J. Ahern
Roxane C. Busey
Karen Sewell


By: _____/s/_____
　　　Bruce H. Jackson
Attorneys for Defendant
TATUNG COMPANY OF AMERICA, INC.

Baker & McKenzie LLP
San Francisco

3

Master File No 07-5944-SC / MDL No. 1917
DEFENDANT TATUNG COMPANY OF AMERICA'S OBJECTIONS TO PARAGRAPH 4(D) OF THE DISCOVERY STAY STIPULATION
SFODMS/6560958.1