Terry Calvani (53260)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4505
Fax:  (202) 777-4555

*Attorney for Defendant Beijing Matsushita Color CRT Company, Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944 MDL NO. 1917 |
| This document relates to: | **OBJECTIONS OF DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD., TO PLAINTIFFS' DISCOVERY REQUESTS** |
| ALL ACTIONS | Before the Honorable Samuel Conti |

Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") hereby objects to the discovery requested pursuant to the Stipulation and Order for Limited Discovery Stay filed September 12, 2008 ("Discovery Stipulation").

The Discovery Stipulation was entered as between plaintiffs and certain defendants; BMCC is not a signatory to the Discovery Stipulation.  The Discovery Stipulation claims to be a request by plaintiffs' counsel to all defendants (including non-signing defendants) for the production of documents sufficient to show the information requested under Paragraph 4(b-f) of the Discovery Stipulation.  Pursuant to Paragraph 12 of the Discovery Stipulation and Rule 34 of the Federal Rules of Civil Procedure, BMCC hereby submits objections to the discovery requested under Paragraph 4 of the Discovery Stipulation.  In making this filing as required by the Discovery Stipulation, BMCC does not intend to waive any objection to personal jurisdiction or any other defense.

**GENERAL OBJECTIONS**

1. BMCC objects to Paragraph 4 of the Discovery Stipulation to the extent that it seeks to prematurely compel information that is untimely and inappropriate given BMCC's intent to raise the issue of a lack of personal jurisdiction if BMCC is named in plaintiffs' consolidated amended complaint.  BMCC has served plaintiffs with a statement of its intent to assert a personal jurisdiction defense as required by Paragraph 4(g) of the Discovery Stipulation. Paragraph 4(g) of the Discovery Stipulation does not explicitly provide that complying with the terms of discovery by a non-signing defendant would not constitute a waiver of that non-signing defendant's personal jurisdiction defense.  BMCC does not intend to waive its objection to personal jurisdiction, and therefore objects to Paragraph 4 of the Discovery Stipulation.

2. BMCC objects to Paragraph 4 of the Discovery Stipulation to the extent that the requests arise from a complaint or complaints that fail to sufficiently plead allegations against BMCC.

3. BMCC objects to Paragraph 4 of the Discovery Stipulation on the ground, and to the extent, that its requests are overbroad, vague, and ambiguous.  The requests contain language that is undefined and unclear, including indistinct undefined catch-all phrases such as "affiliates" and "process."

4. BMCC objects to Paragraph 4 of the Discovery Stipulation to the extent that the discovery sought can be obtained from another source that is more convenient, less burdensome, and less expensive.  BMCC understands that one or more of the defendants that are signatories to the Discovery Stipulation intend to produce information relating to the group of companies of which BMCC's Japanese joint venture parent is a member, and that such production will include information relating to BMCC.

5. BMCC objects to Paragraph 4 of the Discovery Stipulation to the extent that the discovery requested is excessively burdensome and/or expensive as weighed against the likely benefit.

1        6.     BMCC objects to Paragraph 4 of the Discovery Stipulation to the extent that it

2    attempts or purports to seek information pertaining to issues beyond the claims and defenses of

3    the parties in this litigation.

4                           **SPECIFIC OBJECTIONS**

5        <u>Discovery Stipulation Paragraph 4(b):</u> ". . . produce documents sufficient to show the

6    dollar and/or unit amount of purchases and/or sales of CRTs and/or CRT products in the United

7    States by defendants from or to third parties, from or to other defendants, or by or between a

8    defendant's subsidiaries, joint ventures, or affiliates, and either documents sufficient to show, or

9    written answers disclosing, the identity of the undersigned defendants' customers and/or

10    distributors of CRTs and/or CRT products in the United States."

11        <u>Objections to Paragraph 4(b):</u>  BMCC objects to this request based on its intent to assert a

12    personal jurisdiction defense and in order to preserve its jurisdictional arguments.   BMCC

13    incorporates by reference the foregoing General Objections.

14        <u>Discovery Stipulation Paragraph 4(c):</u> ". . . produce documents sufficient to show the

15    dollar and/or unit amount of sales of CRTs and/or CRT products in the United States to putative

16    class members."

17        <u>Objections to Paragraph 4(c):</u>  BMCC objects to this request based on its intent to assert a

18    personal jurisdiction defense and in order to preserve its jurisdictional arguments.   BMCC

19    incorporates by reference the foregoing General Objections.

20        <u>Discovery Stipulation Paragraph 4(d):</u> "plaintiffs are entitled to seek discovery of

21    defendants' (including their subsidiaries, joint ventures, and affiliates) production capacity,

22    capacity utilization, production costs, inventory levels, sales volumes, product lines, profitability,

23    competitive position, market shares, sales terms and conditions, costs, process, and shipments for

24    CRTs or CRT products."

25        <u>Objections to Paragraph 4(d):</u>   This subparagraph does not appear to constitute a

26    discovery request on BMCC, but rather provides notice that plaintiffs may seek such discovery.

27    To the extent that Paragraph 12 of the Discovery Stipulation may be intended to require BMCC,

28

1   as a non-signing defendant, to anticipate its potential objections to such discovery, BMCC

2   hereby reserves the right to object to such discovery.  BMCC objects to such a request based on

3   its intent to assert a personal jurisdiction defense and in order to preserve its jurisdictional

4   arguments.  BMCC incorporates by reference the foregoing General Objections.

5       <u>Discovery Stipulation Paragraph 4(e)</u>: ". . . produce either documents sufficient to show,

6   or written answers disclosing, the identities of persons in positions of management or control of

7   defendants' respective CRT operations, including any directors, officers, managing agents and

8   employees; discovery may seek narrative answers, which include the names, positions, dates of

9   employment, tenure and addresses for each person identified during the class period."

10       <u>Objections to Paragraph 4(e)</u>:  BMCC objects to this request based on its intent to assert a

11   personal jurisdiction defense and in order to preserve its jurisdictional arguments.   BMCC

12   incorporates by reference the foregoing General Objections.

13       <u>Discovery Stipulation Paragraph 4(f)</u>: ". . . produce either documents sufficient to show,

14   or written answers disclosing, the storage, location, retention, destruction or identity of relevant

15   corporate records."

16       <u>Objections to Paragraph 4(f)</u>:  BMCC objects to this request based on its intent to assert a

17   personal jurisdiction defense and in order to preserve its jurisdictional arguments.   BMCC

18   incorporates by reference the foregoing General Objections.

19

20   Dated:  October 15, 2008        FRESHFIELDS BRUCKHAUS
                              DERINGER US LLP

21
                              By:<u>/s/ *Terry Calvani*</u>

22                                 Terry Calvani (CA Bar No. 53260)
                                Freshfields Bruckhaus Deringer

23                                    US LLP
                              Email: terry.calvani@freshfields.com

24                                 701 Pennsylvania Avenue NW
                              Suite 600

25                                 Washington, DC  20004
                              Tel: (202) 777-4505

26                                 Fax: (202) 777-4555

27

28

**CERTIFICATE OF SERVICE**

I, Terry Calvani, declare that I am over the age of eighteen (18) and not a party to the within action.  I am counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

On October 15, 2008, I caused a copy of **OBJECTIONS OF DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD., TO PLAINTIFFS' DISCOVERY REQUESTS** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.


Dated:  October 15, 2008

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By:/s/ *Terry Calvani*
Terry Calvani (CA Bar No. 53260)
  Freshfields Bruckhaus Deringer
   US LLP
Email: terry.calvani@freshfields.com
701 Pennsylvania Avenue NW
Suite 600
Washington, DC  20004
Tel: (202) 777-4505
Fax: (202) 777-4555

***Attorney for Defendant Beijing
Matsushita Color CRT Company, Ltd.***