KENT M. ROGER, State Bar No. 095987
THOMAS R. GREEN, State Bar No. 203480
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

email: kroger@morganlewis.com
        tgreen@morganlewis.com

*Attorneys for Defendants*
*Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America,*
*Ltd. and Hitachi Electronic Devices (USA), Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL ACTIONS | **PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20865603.2

PROOF OF SERVICE
C07-5944 SC / MDL NO. 1917

# PROOF OF SERVICE
*In Re: Cathode Ray Tube (CRT) Antitrust Litigation*
Case No. C07-5944 SC MDL No. 1917

We Represent Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd. and Hitachi Electronic Devices (USA), Inc. (Client # 034913.0496)

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On **October 15, 2008**, I served the within document(s) to the addressees listed below:

**HITACHI DEFENDANTS' RESPONSE TO DISCOVERY REQUESTED BY PARAGRAPH 4(d) OF THE STIPULATION AND ORDER FOR LIMITED DISCOVERY STAY DATED SEPTEMBER 12, 2008**

| Addressee | Service Via |
|---|---|
| See Attached Electronic Mail Notice List | E-Mail |
| See Attached US Manual Noticed List | U.S. MAIL |

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **United States mail** at San Francisco, California addressed as set forth below.

[x] by transmitting via **E-Mailing** the document(s) listed above to the person(s) at the address(es) set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **October 15, 2008**, at San Francisco, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

*/s/ Linda Buda*
Linda Buda

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/20865603.2

1

PROOF OF SERVICE
C07-5944 SC / MDL NO. 1917

**Electronic Mail Notice List**

- **Lee Albert**
  lalbert@murrayfrank.com
- **Joseph M. Alioto**
  jmalioto@aliotolaw.com
- **Joseph M. Alioto , Jr**
  seton@aliotolaw.com
- **Mario N. Alioto**
  malioto@tatp.com
- **Mario Nunzio Alioto**
  malioto@tatp.com
- **Angelina Alioto-Grace**
  sexton@aliotolaw.com
- **Daniel Bruce Allanoff**
  dallanoff@mcgslaw.com
- **Nancy Chung Allred**
  nancy.c.allred@bakernet.com
- **Jennie Lee Anderson**
  jennie@libertylaw.com
- **Gregory Keith Arenson**
  garenson@kaplanfox.com
- **Gordon Ball**
  gball@ballandscott.com
- **Joseph M. Barton**
  jmb@gbcslaw.com,cgw@gbcslaw.com,efilingnotices@gbcslaw.com,cdl@gbcslaw.com
- **Timothy D. Battin**
  tbattin@straus-boies.com
- **Barry J Bendes**
  bbendes@eapdlaw.com
- **Barry J. Bendes**
  bbendes@eapdlaw.com
- **Daniel Edward Birkhaeuser**
  dbirkhaeuser@bramsonplutzik.com
- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com
- **David Boies , III**
  dboies@straus-boies.com,tpalumbo@straus-boies.com
- **Anthony J. Bolognese**
  abolognese@bolognese-law.com
- **Robert J. Bonsignore**
  rbonsignore@bandblaw.net,alakin@bandblaw.net
- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

1

*This relates to: ALL ACTIONS*   No. 07-5944 SC
MDL No. 1917

- **P. John Brady**
  jbrady@stklaw.com,docketing@stklaw.com,cfuson@stklaw.com,ksmith@stklaw.com,do
  wen@stklaw.com,aennis@stklaw.com,dthornton@stklaw.com
- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sipeem@locklaw.com,pottehn@locklaw.com
- **William G. Caldes**
  bcaldes@srk-law.com
- **Terrence A. Callan**
  terrence.callan@pillsburylaw.com
- **Jeremy James Calsyn**
  jcalsyn@cgsh.com,ejdavis@cgsh.com,ecapehart@cgsh.com,aecollins@cgsh.com
- **Terry Calvani**
  terry.calvani@freshfields.com
- **Karl L. Cambronne**
  kcambronne@chestnutcambronne.com
- **Scott W. Carlson**
  scarlson@heinsmills.com
- **Drew A. Carson**
  carson@millergolerfaeges.com
- **James E. Cecchi**
  jcecchi@carellabyrne.com
- **Michael S. Christian**
  mchristian@furth.com,rnewman@zelle.com
- **Henry A. Cirillo**
  Hcirillo@furth.com,rnewman@zelle.com
- **William C. Cleveland**
  wcleveland@buistmoore.com
- **Bryan L. Clobes**
  bclobes@millerfaucher.com
- **Eva W. Cole**
  ecole@dl.com
- **Craig C. Corbitt**
  ccorbitt@zelle.com
- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com
- **Brendan P. Cullen**
  cullenb@sullcrom.com,carrejoa@sullcrom.com
- **Christopher M. Curran**
  ccurran@whitecase.com,mmoffett@whitecase.com
- **Joseph E. Czerniawski**
  jczerniawski@eapdlaw.com
- **Joseph Edward Czerniawski**
  JCzerniawski@eapdlaw.com

- **Jonathan DeGooyer**
  jdegooyer@morganlewis.com,lwalker@morganlewis.com
- **Manuel Juan Dominguez**
  mdominguez@bermanesq.com,ppease@bermanesq.com,bdentremont@bermanesq.com,s homer@bermanesq.com,clesnick@bermanesq.com,vmcallister@bermanesq.com
- **Thomas Patrick Dove**
  tdove@furth.com
- **Thomas Arthur Doyle**
  trsaunders@saundersdoyle.com,tadoyle@saundersdoyle.com,jrkrol@saundersdoyle.com
- **Marwa Elzankaly**
  melzankaly@mcmanisfaulkner.com,sshakoori@mcmanisfaulkner.com,nshakoori@mcmanisfaulkner.com
- **John G. Emerson**
  jemerson@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com,michelle@emersonpoynter.com
- **Candice J. Enders**
  cenders@bm.net
- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,mobrien@heinsmills.com
- **David W. Evans**
  kblack@hbblaw.com,devans@hbblaw.com
- **Rebecca Ann Falk**
  rfalk@morganlewis.com,eeberline@morganlewis.com
- **Eric B. Fastiff**
  efastiff@lchb.com,akingsdale@lchb.com
- **Alan Feigenbaum**
  Alan.Feigenbaum@weil.com,tina.losito@weil.com
- **Joel Flom**
  joel@jeffreislaw.com
- **M. Eric Frankovitch**
  msimon@facslaw.com
- **Jeff D Friedman**
  jefff@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com
- **Jeff D. Friedman**
  jefff@hbsslaw.com
- **Qianwei Fu**
  qfu@zelle.com
- **Steven Ganz**
  terry@grossbelsky.com
- **Robert B. Gerard**
  rgerard@gerardlaw.com
- **David Paul Germaine**
  dgermaine@vaneklaw.com

- **Bernadette Shawan Gillians**
  sgillians@buistmoore.com
- **Brendan Patrick Glackin**
  bglackin@lchb.com
- **Jayne A. Goldstein**
  jgoldstein@sfmslaw.com
- **Jayne Arnold Goldstein**
  jgoldstein@sfmslaw.com,mbastian@magergoldstein.com
- **Ruthanne Gordon**
  rgordon@bm.net,mrussell@bm.net,emagnus@bm.net
- **Joshua H. Grabar**
  jgrabar@bolognese-law.com
- **Thomas R. Green**
  tgreen@morganlewis.com,lbuda@morganlewis.com
- **Steven J. Greenfogel**
  sgreenfogel@mcgslaw.com,apaul@mcgslaw.com
- **Marc Jeffrey Greenspon**
  mjgreenspon@yahoo.com
- **Terry Gross**
  terry@grossbelsky.com,joann@grossbelsky.com
- **Gary L. Halling**
  ghalling@smrh.com,tcunningham@sheppardmullin.com,ewhite@smrh.com,cmok@sheppardmullin.com,khollenbeck@sheppardmullin.com,mscarborough@sheppardmullin.com,MOhearn@sheppardmullin.com,rcreagan@sheppardmullin.com,eparis@sheppardmullin.com
- **Jeane Hamilton**
  jeane.hamilton@usdoj.gov,SanFran.ATR@usdoj.gov,paula.lattimore@usdoj.gov
- **Christopher T. Heffelfinger**
  cheffelfinger@bermanesq.com,ysoboleva@bermanesq.com
- **Richard Martin Heimann**
  rheimann@lchb.com
- **Samuel D. Heins**
  sheins@heinsmills.com
- **Curt Holbreich**
  curt.holbreich@klgates.com,cathy.williams@klgates.com
- **Steven Randall Hood**
  rhood@mcgowanhood.com
- **Derek G. Howard**
  dhoward@murrayhowardlaw.com,gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com,syundt@murrayhowardlaw.com,aromero@murrayhowardlaw.com
- **Gregory Hull**
  greg.hull@weil.com
- **Troy J. Hutchinson**
  thutchinson@heinsmills.com

- **Bruce H. Jackson**
  karen.sewell@bakernet.com,roxane.c.busey@bakernet.com
- **Michele Chickerell Jackson**
  mjackson@lchb.com,tjackson@lchb.com,dclevenger@lchb.com
- **Michael Jacobs**
  mjacobs@zelle.com
- **Michael Jocobs**
  mjacobs@zelle.com
- **Betty Lisa Julian**
  bjulian@damrell.com
- **Laura Elizabeth Kabler**
  kablerl@sullcrom.com
- **Steven A. Kanner**
  kanner@fklmlaw.com
- **Robert N. Kaplan**
  rkaplan@kaplanfox.com
- **Robert N. Kaplan**
  rkaplan@kaplanfox.com
- **Daniel R. Karon**
  karon@gsk-law.com
- **Daniel R. Karon**
  karon@gsk-law.com,mcfeeley@gsk-law.com
- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com
- **Katherine T. Kelly**
  kkelly@heinsmills.com
- **Jeffrey L. Kessler**
  jkessler@dl.com,mlo@dewey.ballantine.com,lpmco@dl.com,courtalert@dl.com
- **Charles M. Kester**
  cmkester@nwark.com
- **Mary Gilmore Kirkpatrick**
  mkirk@vtlawfirm.com
- **Jeffrey Alan Klafter**
  jak@klafterolsen.com
- **Esther L Klisura**
  eklisura@psswplaw.com
- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com
- **Lucius B. Lau**
  alau@whitecase.com
- **Michael Robert Lazerwitz**
  mlazerwitz@cgsh.com,kasullivan@cgsh.com
- **Christopher Le**
  cle@straus-boies.com,jmoser@straus-boies.com,ecf@straus-boies.com

- **Charles A. Legge**
  melissaornstil@jamsadr.com
- **Michael P. Lehmann**
  mlehmann@cmht.com
- **David Michael Lisi**
  lisid@howrey.com,bennettc@howrey.com,gibbst@howrey.com
- **Ethan E. Litwin**
  litwine@howrey.com
- **Marisa C. Livesay**
  livesay@whafh.com
- **Michelle Lo**
  mlo@dl.com
- **William H. London**
  blondon@fklmlaw.com
- **Kevin Bruce Love**
  klove@cridenlove.com
- **Christopher Lovell**
  clovell@lshllp.com
- **Lidia Maher**
  Lidia.Maher@usdoj.gov,SanFran.ATR@usdoj.gov
- **Kris Hue Chau Man**
  kman@dl.com,sholstrom@dl.com
- **Seymour J. Mansfield**
  smansfield@mansfieldtanick.com
- **Mark D. Marino**
  mark.marino@klgates.com
- **James Landon McGinnis**
  jmcginnis@sheppardmullin.com
- **William Angus McKinnon**
  bmckinnon@mcgowanhood.com
- **James McManis**
  jmcmanis@mcmanisfaulkner.com,clarsen@mcmanisfaulkner.com
- **Kate S. McMillan**
  kate.mcmillan@freshfields.com
- **Joel Cary Meredith**
  jmeredith@mcgslaw.com,apaul@mcgslaw.com
- **Douglas A. Millen**
  doug@fklmlaw.com
- **Marvin A. Miller**
  mmiller@millerlawllc.com
- **Samuel Ray Miller**
  srmiller@sidley.com
- **Steven J. Miller**
  miller@millergolerfaeges.com

- **Kathy Lee Monday**
  kmonday@damrell.com,NWeston-Dawkes@damrell.com
- **H. Laddie Montague , Jr**
  hlmontague@bm.net
- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com
- **Andrew Morganti**
  amorganti@milbergweiss.com
- **Bruce L. Mulkey**
  bruce@mulkeylaw.com
- **Daniel J. Mulligan**
  dan@jmglawoffices.com
- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,dhoward@murrayhowardlaw.com,aarnall@murrayhowardlaw.com,aromero@murrayhowardlaw.com
- **Barbara J. Nelson**
  barbara.nelson@usdoj.gov,paula.lattimore@usdoj.gov
- **Linda P. Nussbaum**
  lnussbaum@kaplanfox.com
- **Elizabeth R. Odette**
  erodette@locklaw.com,mnhoffman@locklaw.com
- **Orion Home Systems, LLC**
  cadio@saveri.com
- **Joseph A. Ostoyich**
  OstoyichJ@howrey.com
- **Daniel D. Owen**
  dowen@stklaw.com
- **Lawrence Genaro Papale**
  lgpapale@papalelaw.com
- **Joseph Marid Patane**
  jpatane@tatp.com
- **George L. Paul**
  gpaul@whitecase.com
- **Eric James Pickar**
  epickar@bangsmccullen.com
- **Anna Tryon Pletcher**
  anna.pletcher@usdoj.gov
- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com
- **Robert James Pohlman**
  rpohlman@rcalaw.com
- **Steven Alan Reiss**
  steven.reiss@weil.com

- **Randy R. Renick**
  rrr@renicklaw.com,home@renicklaw.com
- **Lisa J. Rodriguez**
  lisa@trrlaw.com
- **Kent Michael Roger**
  kroger@morganlewis.com,mchiu@morganlewis.com,wschaub@morganlewis.com,apietras@morganlewis.com,jowyang@morganlewis.com
- **Kathleen Styles Rogers**
  krogers@glancylaw.com,sfreception@glancylaw.com
- **Jennifer Susan Rosenberg**
  jrosenberg@bramsonplutzik.com,moldenburg@bramsonplutzik.com
- **Geoffrey Conrad Rushing**
  grushing@saveri.com
- **Lauren Clare Russell**
  laurenrussell@tatp.com
- **Peter Safirstein**
  psafirstein@milbergweiss.com
- **Christine S. Safreno**
  csafreno@morganlewis.com
- **Ryan Sandrock**
  rsandrock@sidley.com
- **Terry Rose Saunders**
  trsaunders@saundersdoyle.com
- **Guido Saveri**
  guido@saveri.com
- **Joseph Richard Saveri**
  jsaveri@lchb.com,dclevenger@lchb.com
- **Richard Alexander Saveri**
  rick@saveri.com
- **Michael W. Scarborough**
  mscarborough@smrh.com,khollenbeck@sheppardmullin.com
- **Francis Onofrei Scarpulla**
  fscarpulla@zelle.com,mbibbs@zelle.com
- **Matthew Rutledge Schultz**
  mschultz@zelle.com
- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,ronnie@hbsslaw.com
- **Harry Shulman**
  harry@millslawfirm.com,lornaf@millslawfirm.com
- **Fred A. Silva**
  fsilva@damrell.com

*In Re: CATHODE RAY TUBE (CRT ANTITRUST LITIGATION*

*This relates to:* ALL ACTIONS    No. 07-5944 SC
MDL No. 1917

- **Bruce Lee Simon**
  bsimon@psswplaw.com,jwatkins@psswplaw.com,cthomas@psswplaw.com,dwarshaw@psswplaw.com,avargas@psswplaw.com,bpouya@psswplaw.com,cpearson@psswplaw.com,gsoter@psswplaw.com
- **Michael G. Simon**
  msimon@facslaw.com
- **Philip Andrew Simpkins**
  philip.simpkins@pillsburylaw.com,meri@pillsburylaw.com
- **Gary Laurence Specks**
  gspecks@kaplanfox.com
- **Eugene A. Spector**
  espector@srk-law.com
- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com
- **Fernando Xaxier Starkes**
  xavier@starkeslawfrim.com
- **Ranae D. Steiner**
  rsteiner@heinsmills.com
- **Joseph J. Tabacco , Jr**
  jtabacco@bermanesq.com,ysoboleva@bermanesq.com
- **John M. Taladay**
  TaladayJ@howrey.com
- **Robert Walter Tarun**
  robert.w.tarun@bakernet.com,tawnya.m.lee@bakernet.com,bruce.h.jackson@bakernet.com,barbara.d.loeb@bakernet.com,nada.k.hitti@bakernet.com
- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com
- **Reginald Von Terrell**
  reggiet2@aol.com
- **Thomas S.A.**
  debrettevillej@sullcrom.com
- **Joseph R. Tiffany , II**
  joseph.tiffany@pillsburylaw.com,david.tull@pillsburylaw.com,susan.hersom@pillsburylaw.com
- **Andrew R. Tillman**
  art@paineter.com
- **U.S. Department of Justice, Antitrust Division**
  jeane.hamilton@usdoj.gov
- **Kenneth Leo Valinoti**
  kvalinoti@valinoti-dito.com,maria@valinoti-dito.com
- **Joseph Michael Vanek**
  jvanek@vaneklaw.com
- **A. Paul Victor**
  pvictor@dl.com,courtalert@dl.com

07-5944 SC
MDL No. 1917

DB2/20865538.1

*In Re: CATHODE RAY TUBE (CRT ANTITRUST LITIGATION*

| | |
|---|---|
| *This relates to:* ALL ACTIONS | No. 07-5944 SC<br>MDL No. 1917 |

- **Anthony J. Viola**
  aviola@eapdlaw.com
- **Clinton Paul Walker**
  cwalker@damrell.com,mfildes@damrell.com
- **Jeff S. Westerman**
  jwesterman@milberg.com,schang@milberg.com,cchaffins@milberg.com
- **Joseph Richard Wetzel**
  joseph.wetzel@weil.com,conrad.mckinney@weil.com
- **Paul Lionel Yanosy , Jr**
  pyanosy@sidley.com,mclemens@sidley.com
- **David L. Yohai**
  david.yohai@weil.com
- **Judith A. Zahid**
  jzahid@zelle.com
- **Cadio Zirpoli**
  zirpoli@saveri.com
- **Jason de Bretteville**
  debrettevillej@sullcrom.com,laytej@sullcrom.com

## US Mail Noticed List

**Guri Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Shpetim Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Patrick J. Ahern**
Baker & McKenzie
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601

**Roxane Busey**
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601

**Issac L. Diel**
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

**Manuel J. Dominguez**
Berman DeValerio Peasse Tabacco Burt & Pucillo
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401

**Neal A Eisenbraun**
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

**John G. Emerson**
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

**Lori A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**John Gressette Felder**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Traviss Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

**Martin E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**Richard M. Hagstrom**
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

**Gregory D. Hull**
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175

**Charles H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Andrus Star Liberty**
Andrus Liberty & Anderson LLP
1438 Market Street
San Francisco, CA 94102

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

**Krishna B. Narine**
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

**Mark Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

**Steven A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

*In Re: CATHODE RAY TUBE (CRT ANTITRUST LITIGATION*

*This relates to:* ALL ACTIONS  No. 07-5944 SC
             MDL No. 1917

**Jean B. Roth**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Lawrence P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street  5th Floor
Modesto, CA 95354

**Karen Sewell**
Baker & McKenzie LLP
130 E. Randolph Drive, Sutie 3500
Chicago, Il 60601

**Imtiaz A. Siddiqui**
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

**Donna F. Solen**
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Jonathan Mark Watkins**
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249