1  Brendan P. Cullen (SBN 194057)
   (cullenb@sullcrom.com)
2  Jason de Bretteville (SBN 195069)
   (debrettevillej@sullcrom.com)
3  Laura E. Kabler (SBN 241281)
   (kablerl@sullcrom.com)
4  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
5  Palo Alto, California 94303
   Telephone:     (650) 461-5600
6  Facsimile:     (650) 461-5700

7  Attorneys for Defendant Thomson S.A.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | NOTICE OF APPEARANCE OF SULLIVAN & CROMWELL LLP ON BEHALF OF DEFENDANT THOMSON S.A. |
| ALL INDIRECT PURCHASER ACTIONS. | |

Notice of Appearance; Case No. CV-07-5944-SC

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned law firm of Sullivan & Cromwell LLP does hereby enter its appearance in the indirect purchaser CRT cases on behalf of THOMSON S.A. effective immediately.

Dated: October 28, 2008

Brendan P. Cullen (SBN 194057)
Jason de Bretteville (SBN 195069)
Laura E. Kabler (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:   (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Defendant Thomson S.A.