

**FILED**

OCT 2 9 2008

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

United States Department of State

*Washington, D.C.   20520*

October 21, 2008

RECEIVED
08 OCT 29 PM 12: 11
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SC)

07 - 5944 SC

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Dear Sir:

This is in response to your request for the transmission of a request for
international judicial assistance to Thailand.  The U.S. Embassy in Bangkok
transmitted the request to the Ministry of Foreign Affairs of Thailand under cover
of a diplomatic note on April 29, 2008.

The Ministry of Foreign Affairs returned the enclosed documents to the U.S.
Embassy on August 19, 2008.  Please do not hesitate to contact me at 202-736-
7443 if you have any questions regarding this matter.

Sincerely,

*Marlene Shoemaker*

Marlene Shoemaker
East Asia Pacific Division
American Citizens Services and
Crisis Management

VENUE:

|  |  |  |
|---|---|---|
| *Thailand* | ) | |
| (Name of Country) | ) | |
| | ) | |
| *Bangkok* | ) | |
| (Name of Country, Province, etc.) | ) | |
| | ) | ss: |
| *Bangkok* | ) | |
| (Name of City) | ) | |
| | ) | |
| *Embassy of the United States of America* | ) | |
| (Name of Foreign Service Post) | ) | |

       I hereby certify that I received the annexed letters rogatory and accompanying documents on the date shown below.

*August 19, 2008*
(Date of Receipt)

*Ministry of Foreign Affairs*
*of Thailand*
(Transmitting Authority)

(Signature of Consular Officer)

*Lora O. Lund*
(Typed Name of Consular Officer)

*Consul, ACS Chief*
(Title of Consular Officer)

*August 28, 2008*
(Date)



No. 0304/ 20404

The Ministry of Foreign Affairs presents its compliments to the Embassy of the United States of America and, with reference to the latter's Note No. 1463 dated 29 April 2008 regarding the service of judicial documents upon Thai CRT Co., Ltd., the defendant, has the honour to inform the latter that the Ministry was informed by the Office of the Judiciary that the service has been unsuccessful because the officer was unable to locate the said address. The Embassy's documents for service are therefore returned herewith.

In this connection, the Embassy is kindly requested to remit a sum of 250 baht by postal order made payable to the Civil Court through the Ministry of Foreign Affairs, being payment for the expenses incurred by the court official.

The Ministry of Foreign Affairs avails itself of this opportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.



(Ministry of Foreign Affairs,

11 August 2008)

The Embassy of the United States of America,

BANGKOK.



# Certificate

The undersigned authority has the honour to certify that the documents have delivered on June 21, 2008 at Unit 1/F26, Siam Cement Rd., Bangsue, Dusit, Bangkok, Thailand 10300 in accordance with the Thai Civil Procedure Code, sections 74 and 76.

The documents referred to in the request have not been served by reason of the following facts: do not meet Unit 1/F26, Siam Cement Rd., Bangsue, Dusit, Bangkok, Thailand 10300.



Done at the Civil Court

Saksid Jirapornvacharakon

Chief Judge of the Civil Court



Ref. No.: SP300.001/24897

**AFFIRMATION OF SERVICE**
**OF FOREIGN PROCESS**

The Office of the Judiciary has the honour to affirm that the judicial documents of the US District Court for the Northern District of California were processed by a court officer of the Civil Court on 21 June 2008 at the address indicated in the letter of request of the US District Court for the Northern District of California in accordance with the method prescribed in the Civil Procedure Code of Thailand.

The request abovementioned could not be completed because the officer was unable to locate the address.

The expense incurred from the service was 250 Baht.





รายงานเจ้าหน้าที่                                                              คดีหมายเลขดำที่ ................../25..........
รายงานผลการส่งหมาย                                                    คดีหมายเลขแดงที่ ................../25..........

ศาลแพ่ง (แทนศาล                                                      )
วันที่ ๒๓ เดือน มิ.ย.๕๑ พ.ศ.

ความ   ( ✓ ) แพ่ง   ( ) อาญา   ( ) ล้มละลาย

น. โอเรียนโทร ธร/ต๓ ๑๑๐๓/๑๐๒ ๕ ..................................โจทก์

ระหว่าง  ............มอ๙๓๓๗, ซักเจอร์ กนด์ ๑๑๐๓ถัา.................................จำเลย

ขอเสนอรายงานต่อท่านผู้พิพากษา มีข้อความตามที่จะกล่าวดังต่อไปนี้
คดีนี้เมื่อวันที่ ๒๑ มิ.ย.๕๑ เวลากลางวันข้าพเจ้าได้นำ   ( ✓ ) หมายเรียกและสำเนาคำฟ้อง
( ) หมายนัด   ( ) ประกาศขายทอดตลาด   ( ) คำบังคับ   ( ) ...............................
ไปส่งให้แก่  น. ไทยธีธรรที่ ๑๓ ..................................   ( ) โจทก์
( ) จำเลย   ( ) ผู้ร้อง ..................................   ( ) ...........................
ณ บ้านเลขที่ ๑/๑๐๘ ๔๖ หมู่ — ถนน ธีรพงษ์เมนต์ ตรอก/ซอย —
แขวง มาธุ เขต จุ๕๓ กรุงเทพมหานคร ปรากฏว่า
( ) ส่งได้   ( ) โดยผู้มีชื่อตามหมายเป็นผู้รับหมายไว้ด้วยตนเอง   ( ) บ้านปิดจึงปิดหมายไว้ตามคำสั่งศาล
                   ( ) โดย ..................................... อายุเกิน ๒๐ ปี อยู่ในสถานที่เดียวกันยินดีรับไว้แทน
                   ( ) ไม่พบผู้รับตามหมาย และไม่มีผู้รับไว้แทน จึงได้ปิดหมายไว้ตามคำสั่งศาล
                   ( ) พบ ..................................... เป็นนิติบุคคล ไม่มีผู้รับแทน จึงปิดหมายไว้ตามคำสั่งศาล
                   ( ) วางหมายโดย ..................................................................... พยาน
( ✓ ) ส่งไม่ได้   ( ) ไม่พบผู้รับหมายและไม่มีผู้รับแทน  ( ) บ้านปิด  ( ) บ้านรื้อถอนไปแล้ว  ( ) ย้ายไปอยู่ที่อื่นแล้ว
                   ( ✓ ) ไม่พบภูมิลำเนาตามที่ระบุในหมาย  ( ) ไม่มีชื่อในทะเบียนบ้านดังกล่าว  ( ) ไปธุระข้างนอกยังไม่กลับ
                   ( ) พบ ..................................................................... เป็นนิติบุคคล ไม่มีผู้รับหมายแทน
หมายเหตุ  ได้สอบถามทาง ปลด. แล้วบอกว่าไม่มีบ้านเลขที่ ตามหมายจ/ปฏิเภทหมายเรียกยังไม่ได้
สภาพภูมิลำเนา   ( ) บ้าน   ( ) ตึกแถว   ( ) ทาวน์เฮาส์   ( ) คอนโด   ( ) แฟลต   ( ) อาคารสำนักงาน
                   ( ) บ้าน   ชั้น สี   เลขที่บ้านใกล้เคียง ..................   ชื่อหมู่บ้าน ..................
ข้าพเจ้าได้รับค่าพาหนะและค่าป่วยการเงินจำนวน ๕๕๐ บาท เงินค่าหมายขาด — บาท ขอได้โปรดเรียกให้ด้วย
จึงเรียนมาเพื่อโปรดทราบ

ได้ตรวจถูกต้องแล้ว                                        ควรมีควรแล้วแต่จะโปรด
_____                          ลงชื่อ _____ ผู้ส่งหมาย
(.............................)                                        (.............................)

วันที่ ..........................................

ที่ ศย 300.001 /
อ้างถึง หนังสือ ที่ ศย ๐/๖ , ๒๒๓๕๑ ลงวันที่ ๙ ม.ค.๕๑
เรียน ผู้อำนวยการสำนักอำนวยการประจำศาล
        เพื่อทราบ และนำเสนอท่านผู้พิพากษาเพื่อโปรดพิจารณาต่อไป

กลุ่มงานรับคำคู่ความและส่งหมาย โทร ๐ ๒๕๔๑ ๒๑๘๓ ๒ ต่อ ๑๒๑๒ - ๑๒๒๒

แบบพิมพ์

น. โรเรียน เอน ธิร์เกิล 11000100 8 ............................ โจทก์

ระหว่าง

กรุ ซุดร, มิก เจอร์ ทมน 11000 ตัว ............................ จำเลย

ขอเสนอรายงานต่อท่านผู้พิพากษา มีข้อความตามที่จะกล่าวดังต่อไปนี้
คดีนี้เมื่อวันที่ ..31.มิ.ย..51.. เวลากลางวันข้าพเจ้าได้นำ ( ✓ ) หมายเรียกและสำเนาคำฟ้อง
( ) หมายนัด ( ) ประกาศขายทอดตลาด ( ) คำบังคับ ( ) ......................
ไปส่งให้แก่ น. เทมช์อวรก์ อก ............................. ( ) โจทก์
( ) จำเลย ............................ ( ) ผู้ร้อง ............................ ( ) ......................
ณ บ้านเลขที่ 1/10ฟ 26 หมู่ — ถนน ธีมมสิ่งมนต์ ............ ตรอก/ซอย —
แขวง มาริโอ เขต คริธ กรุงเทพมหานคร ปรากฏว่า

( ) ส่งได้ ( ) โดยผู้มีชื่อตามหมายเป็นผู้รับหมายไว้ด้วยตนเอง ( ) บ้านปิดจึงปิดหมายไว้ตามคำสั่งศาล
( ) โดย ............................ อายุเกิน 20 ปี อยู่ในสถานที่เดียวกันยินดีรับไว้แทน
( ) ไม่พบผู้รับตามหมาย และไม่มีผู้รับไว้แทน จึงได้ปิดหมายไว้ตามคำสั่งศาล
( ) พบ ............................ เป็นนิติบุคคล ไม่มีผู้รับแทน จึงปิดหมายไว้ตามคำสั่งศาล
( ) วางหมายโดย ............................ พยาน

( ✓ ) ส่งไม่ได้ ( ) ไม่พบผู้รับหมายและไม่มีผู้ใดรับแทน ( ) บ้านปิด ( ) บ้านรื้อถอนไปแล้ว ( ) ย้ายไปอยู่ที่อื่นแล้ว
( ✓ ) ไม่พบภูมิลำเนาตามที่ระบุในหมาย ( ) ไม่มีชื่อในทะเบียนบ้านดังกล่าว ( ) ไปธุระข้างนอกยังไม่กลับ
( ) พบ ............................ เป็นนิติบุคคล ไม่มีผู้รับหมายแทน

หมายเหตุ ได้สอบถามทาง นิติ... บุริ่ง บอกว่า ไม่ได้มีทะเบอยิ่ง ทำมายนวย ปกรเทนเทร ธรรกล้มอย ใน
............................ ทั้งหวงมริ้อ

สภาพภูมิลำเนา ( ) บ้าน ( ) ตึกแถว ( ) ทาวน์เฮาส์ ( ) คอนโดฯ ( ) แฟลต ( ) อาคารสำนักงาน
จำนวน ............ ชั้น สี ............ เลขที่บ้านใกล้เคียง ............ ชื่อหมู่บ้าน ............
ข้าพเจ้าได้รับค่าพาหนะและค่าป่วยการเป็นเงิน 250 บาท เงินค่าหมายขาด — บาท ขอได้โปรดเรียกให้ด้วย
จึงเรียนมาเพื่อโปรดทราบ

ได้ตรวจถูกต้องแล้ว                                ควรมิควรแล้วแต่จะโปรด

............. ฟ.ค .............                    ลงชื่อ ............ ผู้ส่งหมาย
(............ ว................ พุ.ทมรุ่น)                    (ตล้มพ์รื่ง ทม้ลิ่มรุ่น)

............................

............. วันที่ .............
ที่ ศย 300.001 / ............
อ้างถึง หนังสือ ที่ ศย 0/6 , 22351 ลงวันที่ 9 มิ.ค.51
เรียน ผู้อำนวยการสำนักอำนวยการประจำศาล ............................
เพื่อทราบ และนำเสนอท่านผู้พิพากษาเพื่อโปรดพิจารณาต่อไป

กลุ่มงานรับคำคู่ความและส่งหมาย  โทร. 0 2541 2420-9 ต่อ 1212, 1300
โทรสาร 0 2541 2388

(นางสาวพรชนก สัจจะมั่นมงคล)
เจ้าหน้าที่งานศาลยุติธรรม 6 ปฏิบัติราชการแทน
ผู้อำนวยการสำนักอำนวยการประจำศาลแพ่ง



Ref. No.: SP300.001/24897

## AFFIRMATION OF SERVICE
## OF FOREIGN PROCESS

The Office of the Judiciary has the honour to affirm that the judicial documents of the US District Court for the Northern District of California were processed by a court officer of the Civil Court on 21 June 2008 at the address indicated in the letter of request of the US District Court for the Northern District of California in accordance with the method prescribed in the Civil Procedure Code of Thailand.

The request abovementioned could not be completed because the officer was unable to locate the address.

The expense incurred from the service was 250 Baht.





1   Guido Saveri (22349)
    R. Alexander Saveri (173102)
2   Cadio Zirpoli (179108)
    Gianna Gruenwald (228969)
3   SAVERI & SAVERI, INC.
    111 Pine Street, Suite 1700
4   San Francisco, CA 94111
    Telephone:  (415) 217-6810
5   Facsimile:  (415) 217-6813
    guido@saveri.com
6   rick@saveri.com
    cadio@saveri.com
7
8   Attorneys for Plaintiff Orion Home Systems, LLC

**FILED**

FEB 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9              **IN THE UNITED STATES DISTRICT COURT**

10         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                  **SAN FRANCISCO DIVISION**

12  IN RE: CATHODE RAY TUBE (CRT)          Case No. CV-07-5944 SC
    ANTITRUST LITIGATION

13  **This Document Relates to:**

14  ***Orion Home Systems, LLC v. Chunghwa***     **REQUEST FOR INTERNATIONAL**
15  ***Picture Tubes, Ltd., et al.,***             **JUDICIAL ASSISTANCE**
    **Case No. CV-08-0178 SC**
16                                              Courtroom:  1, 17th Floor
                                                Judge: The Honorable Samuel Conti
17

18

19

20

21                          ECF DOCUMENT
22              I hereby attest and certify this is a printed copy of a
                document which was electronically filed with the United States
23              District Court for the Northern District of California.

24              Date Filed: _____2/20/08_____

25              RICHARD W. WIEKING, Clerk

                By: _____, Deputy Clerk
26

27

28

REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE; CASE NO. CV-07-5944 SC



7006 2350 0001 9367 0654

U.S. MARSHALS SERVICE

INSPECTED BY

OCT 29 2008

Clerk of Court
United States District Court
Northern District of California
450 Golden State Avenue
San Francisco,
CA 94102

RECEIVED
OCT 2 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA