GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
GEOFFREY C. RUSHING (126910)
  grushing@saveri.com
CADIO ZIRPOLI (179108)
  zirpoli@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

Attorneys for Direct Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**CLASS ACTION**<br><br>**SUMMONS RETURNED EXECUTED FOR CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.** |
| This Document Relates to:<br><br>All Actions | |

SUMMONS RETURNED EXECUTED; Case No. CV-07-5944 SC

1

Malaysia                              )
City of Kuala Lumpur                  )
Embassy of the United States          )  ss:
   of America                        )

      I hereby certify that I received the annexed letters rogatory and accompanying documents on the date shown below.

<u>July 18, 2008</u>

<u>Ministry of Foreign Affairs
of Malaysia</u>

<u>*(signature)*                 </u>
William M. Hammaker
Consul of the United States of America

<u>September 5, 2008</u>

CERIFICATE OF SERVICE OF FOREIGN PROCESS

ORDER 65 RULE 2 (6) RULES OF THE HIGH COURT 1980

      MOHD KAFLI BIN CHE ALI
      SENIOR ASSISTANT REGISTRAR
      HIGH COURT MALAYA

I, ………………………………….. hereby certify that the documents annexed hereto are as follows:

(1) The process received with a Request for Service; and

(2) A copy of the evidence of service upon the person named in the process.

And I certify that such service so proved, and the proof thereof, are such as are required by the law and practice of the High Court regulating the service of legal process in Malaya/Borneo, and the proof thereof.

And I certify that the cost of effecting such service, as duly certified by me amounts to the sum of **RM 30.00.**

Dated the 25 day of June, 2008.

(seal)

      Registrar
      MOHD KAFLI BIN CHE ALI
      SENIOR ASSISTANT REGISTRAR
      HIGH COURT MALAYA

**PERAKUAN PENYAMPAIAN PROSES LUAR NEGERI**
**ATURAN 65 KAEDAH 2 (6) KAEDAH-KAEDAH MAHKAMAH TINGGI 1980**

Saya, MOHD KAFLI BIN CHE ALI / PENOLONG KANAN PENDAFTAR / MAHKAMAH TINGGI MALAYA ………………………………….. dengan ini memperakukan bahawa dokumen-dokumen yang dilampirkan bersama-sama ini adalah seperti berikut:

(1) Proses yang diterima dengan Permintaan untuk Penyampaian; dan
(2) Satu salinan keterangan penyampaian kepada orang yang dinamakan dalam proses itu.

Dan saya memperakukan bahawa penyampaian itu yang dibuktikan sedemikian, dan buktinya adalah sebagaimana yang dikehendaki oleh undang-undang dan amalan Mahkamah Tinggi yang mengawalselia penyampaian proses undang-undang di Malaya/Borneo, dan bukti baginya.

Dan saya memperakukan bahawa kos bagi melaksanakan penyampaian itu, sebagaimana yang diperakui dengan sewajarnya oleh saya, berjumlah sebanyak **RM 30.00**.

Bertarikh pada 25 haribulan Jun 2008.

(meterai)

………………………………….
Pendaftar
MOHD KAFLI BIN CHE ALI
PENOLONG KANAN PENDAFTAR
MAHKAMAH TINGGI MALAYA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CASE NO - C 08 0178

ORION HOME SYSTEMS, LLS.on behaif of itself
And all others similarly situated,

Plaintiff,

v

CHUNGHWA PICTURE TUBES, LTD.,
CHUNGHWA PICTURE TUBES, ( MALAYSIA )
SDN.BHD,LTD,HITACHI AMERICA,LTD,HITACHI ASIA,
LTD,,IRICO GROUP CORP, IRICO DISPLAY DEVICES CO,
LTD, LG ELECTRONICS U.S.A,INC, MATSUSHITA
ELECTRIC INDUSTRIAL CO, LTD PANASONIC CORPORATION
OF NORTH AMERICA,ORION ELECTRIC CO,LTD ORION
AMERICA INC,KININKLIJKE PHILIPS ELECTRONICS N.V.,
PHILIPS ELECTRONICS NORTH AMERICA,
SAMSUNG SDI CO.,LTD., SAMSUNG SDI
AMERICA INC., SAMTTEL COLOR, LTD., THAI
CRT COMPANY, LTD., TOSHIBA
CORPORATION, BEIJING-MATSUSHITA
TOSHIBA PICTURE DISPLAY CO., LTD., AND
LP DISPLAYS INTERNATIONAL, LTD.

Defendants.

**AFFIDAVIT SERAHAN**

Saya SHAHROOM AMIR BIN ISHAK (K/P: 650103-08-7183) seorang Warganegara Malaysia yang cukup umur dan beralamat di LOT 60B, Jalan 36D, kg cheras Baru 56100 Kuala Lumpur sesungguhnya bersumpah dan menyatakan seperti berikut :-

2.   Saya adalah seorang Penghantar Saman Mahkamah Majistret Shah Alam dan saya telah serahkan satu (1) salinan Dokumen bertarikh 14/05/2008 bertanda 'SA' pada 4/6/2007 jam 11.15 pagi di CHUNGHWA PICTURE ( MALAYSIA ) SDN BHD LOT1,SUBANG HITECH INDUSTRIAL PARK, Batu 3 40000 Shah Alam Selangor dengan cara saya sendiri serahkan Dokumen kepada Pengarah di Syarikat tersebut. Beliau menerima serta menurunkan tandatangan sebagai bukti penerimaan.

3.   Kemudian daripada itu saya ada catatkan pada salinan salinan Dokumen bertanda 'SA' pada 4/6/2008

Diikrarkan oleh Shahroom Amir Bin Ishak
Di Mahkamah Majistret Shah Alam, Selangor
Pada 4/6/2008



Dihadapan saya
No. A-B086
MOHD JAMIL
BIN ISMAIL
Pesuruhjaya Sumpah

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CASE NO - C 08 0178

ORION HOME SYSTEMS, LLS.on behaif of itself
And all others similarly situated,

                              Plaintiff,

    v

CHUNGHWA PICTURE TUBES, LTD.,
CHUNGHWA PICTURE TUBES, ( MALAYSIA )
SDN.BHD,LTD,HITACHI AMERICA,LTD,HITACHI ASIA,
LTD,,IRICO GROUP CORP, IRICO DISPLAY DEVICES CO,
LTD, LG ELECTRONICS U.S.A,INC, MATSUSHITA
ELECTRIC INDUSTRIAL CO, LTD PANASONIC CORPORATION
OF NORTH AMERICA,ORION ELECTRIC CO,LTD ORION
AMERICA INC,KININKLIJKE  PHILIPS ELECTRONICS N.V.,
PHILIPS ELECTRONICS NORTH AMERICA,
SAMSUNG SDI CO.,LTD., SAMSUNG SDI
AMERICA INC., SAMTTEL COLOR, LTD., THAI
CRT COMPANY, LTD., TOSHIBA
CORPORATION, BEIJING-MATSUSHITA
TOSHIBA PICTURE DISPLAY CO., LTD., AND
LP DISPLAYS INTERNATIONAL, LTD.

                              Defendants.

## PERAKUAN MENGENALPASTI EKSIBIT

Saya dengan ini mengesahkan bahawa eksibit bertanda 'SA' seperti yang dirujuk di dalam Affidavit Serahan oleh SHAHROOM AMIR BIN ISHAK (K/P: 650103-08-7183) Yang disumpah dihadapan saya pada 4/6/2008.

                                              Di hadapan saya,

                                         PESURUHJAYA SUMPAH
                                         MOHD JAMIL
                                         BIN ISMAIL
                                         P. P. N.

                             MAHKAMAH TINGGI SHAH ALAM
                                    SELANGOR