1  Bruce C. McCulloch (*pro hac vice*)
   bruce.mcculloch@freshfields.com
2  Terry Calvani (53260)
   terry.calvani@freshfields.com
3  FRESHFIELDS BRUCKHAUS DERINGER US LLP
   701 Pennsylvania Avenue, NW, Suite 600
4  Washington, DC 20004
   Tel: (202) 777-4566
5  Fax: (202) 777-4555

6  *Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.*

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                         **SAN FRANCISCO DIVISION**
10

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No.: 3:07-CV-5944<br>MDL NO. 1917 – ALL CASES<br><br>**NOTICE OF APPEARANCE OF BRUCE C. MCCULLOCH**<br><br>Before the Honorable Samuel Conti |
|---|---|---|
| This document relates to:<br><br>ALL ACTIONS | | |

16     PLEASE TAKE NOTICE that Bruce C. McCulloch hereby enters his appearance *pro hac*

17  *vice* in these actions on behalf of defendant Beijing Matsushita Color CRT Company, Ltd. Mr.

18  McCulloch is admitted to practice and in good standing in the United States District Court for the

19  District of Columbia.

20  Dated: November 12, 2008              Respectfully submitted,

21                                        Freshfields Bruckhaus Deringer US LLP

22

23                                        By: /s/ *Bruce C. McCulloch*
                                              Bruce C. McCulloch (*pro hac vice*)
24                                            Terry Calvani (53260)
                                              701 Pennsylvania Avenue, NW, Ste 600
25                                            Washington, DC 20004
                                              Tel: (202) 777-4500
26                                            Fax: (202) 777-4555

27                                        *Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.*
28

NOTICE OF APPEARANCE OF BRUCE C. MCCULLOCH
Case No. 07-cv-5944-SC, MDL No. 1917                                                    -1-

**CERTIFICATE OF SERVICE**

I, Bruce C. McCulloch, declare that I am over the age of eighteen (18) and not a party to the within action.  I am counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

On November 12, 2008, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF BRUCE C. MCCULLOCH** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.

Dated:  November 12, 2008

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: /s/ *Bruce C. McCulloch*
　　Bruce C. McCulloch (*pro hac vice*)
　　Freshfields Bruckhaus Deringer
　　　US LLP
　　Email: bruce.mcculloch@freshfields.com
　　701 Pennsylvania Avenue NW, Suite 600
　　Washington, DC  20004
　　Tel: (202) 777-4547
　　Fax: (202) 777-4555

*Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.*