Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Jon T. King (SBN 205073)
Hausfeld LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Tel:  (415) 633-1949

*Attorneys for Plaintiff Monikraft, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| ALL ACTIONS | |

TO THE COURT AND ALL COUNSEL OF RECORD:

Please enter the appearance of Christopher L. Lebsock and Jon T. King of the law firm Hausfeld LLP as counsel for Monikraft, Inc.

Dated:  November 14, 2008            Respectfully submitted,

*/s/ Christopher L. Lebsock*
Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Jon T. King (SBN 205073)
Hausfeld LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Tel:  (415) 633-1949