Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Jon T. King (SBN 205073)
Hausfeld LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Tel:  (415) 633-1949

***Attorneys for Plaintiff Monikraft, Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CHANGE OF FIRM AFFILIATION** |
| ALL ACTIONS | |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Michael P. Lehmann, counsel of record for

Plaintiff Monikraft, Inc. is now affiliated with Hausfeld LLP at the following address:

HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Tel:  (415) 633-1949
mlehmann@hausfeldllp.com

Dated:  November 14, 2008          Respectfully submitted,

                                        */s/ Christopher L. Lebsock*
                                        Michael P. Lehmann (SBN 77152)
                                        Christopher L. Lebsock (SBN 184546)
                                        Jon T. King (SBN 205073)
                                        Hausfeld LLP
                                        44 Montgomery Street, Suite 3400
                                        San Francisco, CA  94104
                                        Tel:  (415) 633-1949