Michael P. Lehmann (SBN 77152)
Christopher L. Lebsock (SBN 184546)
Jon T. King (SBN 205073)
Hausfeld LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1949

*Attorneys for Plaintiff Monikraft, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE** |
| ALL ACTIONS | |

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA** )
)
**COUNTY OF SAN FRANCISCO** )

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the case.  My business address is 44 Montgomery Street, Suite 3400, San Francisco, CA 94104.

On November 14, 2008, the foregoing document:

(1)   **NOTICE OF CHANGE OF FIRM AFFILIATION**

was filed electronically.  Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System, and notice of this filing will be sent to the parties by operation of the Court's ECF System.

I declare that I am a member of the bar of this Court.

Dated:  November 14, 2008              */s/ Christopher L. Lebsock*
                                       Christopher L. Lebsock