GUIDO SAVERI (22349)
guido@saveri.com
R. ALEXANDER SAVERI (173102)
rick@saveri.com
GEOFFREY C. RUSHING (126910)
grushing@saveri.com
CADIO ZIRPOLI (179108)
cadio@saveri.com
DAVID SIMS (248181)
dsims@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6813

Attorneys for Direct Purchaser Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-cv-5944-SC |
|---|---|
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: | **NOTICE OF CHANGE OF ADDRESS** |
| All Actions | |
| | Judge: Hon. Samuel Conti |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

SAVERI & SAVERI, INC. hereby advises the Court and all parties in this matter that as of December 8, 2008, the firm's new address is:

**SAVERI & SAVERI, INC.**
**706 Sansome Street**
**San Francisco, CA 94111**

The telephone and facsimile numbers, and all e-mail addresses will remain the same.

As of the above date, please use this new address on all pleadings, correspondence, and other documents.

Dated: December 8, 2008

By:   /s/ R. Alexander Saveri
GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
CADIO ZIRPOLI (179108)
GEOFFREY RUSHING (126910)
DAVID SIMS (248181)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone:  (415) 217-6810

NOTICE OF CHANGE OF ADDRESS; Case No. 07-cv-5944-SC