**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

10 December 2008

Re:   MDL 08-1917 In re Cathode Ray Tube (CRT) Antitrust Litigation

<u>Title of Case</u>
*Sound Investments Corp. -v- Chunghwa Picture Tubes, Ltd., et al*

<u>Case Number</u>
C.A. No. 2:08-0543

Dear Sir/Madam:

    This is to advise you that the above entitled case has been transferred to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the **Honorable Samuel Conti**. We have given the action the individual case number ***C 08-5521 to be followed by the initials SC***.

    All future documents submitted in this case are to be presented to the Court in <u>compliance with  Pretrial Order No. 1</u> issued on 4 April 2008 in the MDL case, case no. C 07-5944 SC, docket no. 230.

    Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos*

Rufino C. Santos
Deputy Clerk

cc: Counsel
     MDL