Case Name : Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant : Toshiba Corporation
Court Case No. : CV-07-6279

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

- the (date) **September 26, 2008**
- at (place, street, number) **1-1-1, Shibaura, Minato-Ku, Tokyo**

- in one of the following methods authorized by article 5 -
  [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
  ~~[ ] (b) in accordance with the following particular method*.~~
  ~~[ ] (c) by delivery to the addressee, who accepted it voluntarily*.~~

The documents referred to in the request have been delivered to:

-(identity and description of person) **Ayano Serizawa**

- relationship to the addressee (family, business or other): **Employee of Toshiba Corporation**

~~2) that the document has not been served, by reason of the following facts*:~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint - Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District — ECF Registration Information Handout, Translations

Annexes
Documents returned:

In appropriate cases, documents establishing the service:

**Report of Service by Mail**

Done at **Tokyo**, the **September 30, 2008**

Signature and / or stamp.
**Tokyo District Court,
Civil 48th
Takayuki Yamamoto, Clerk**

[SEAL]

2

* Delete if inappropriate

(840111)A-2

| REPORT OF SERVICE BY MAIL (Address, etc.) | Date September 25, 2008 |
|---|---|

| Case number | 2008 - (I) - 266 |
|---|---|

= Service of Documents =

List of Documents
1. Summary of the Document (SUMMARY)    2. Summons
3. Class Action Complaint
4. Order Setting Case Management Conference
5. Consent to Proceed Before A United States Magistrate Judge
6. ECF Registration Information Handout
7. Translations of 2 to 6

Sender of Documents
  Address  1-1-4, Kasumigaseki, Chiyoda-Ku, Tokyo 100-8920
  Name     Tokyo District Court, Civil 48th,    i
                                                B

Recipient of Documents
  Toshiba Corporation

Signature and/or seal of person accepting the documents
  Ayano Serizawa

Place of service
  1-1-1, Shibaura, Minato-Ku, Tokyo
  Zip code  105-0023

Date and time of service
  | 9 | 2 6 | 2 0 0 8 | 1 6 |
  month  day   year    time

Manner of service
  1  Personal Service.
  (2) Substitute service on person left in charge.
     (a.) Clerk · Employee       b. person residing therein
          Name (  Ayano Serizawa                         )
  3  Refusal of service.
     a. Defendant  b. Clerk·Employee  c. person residing therein
          Name (                                         )
  4  Service to person who came to post office with an authorizaion.
     a. Clerk · Employee       b. person residing therein
          Name (                                         )

I served as shown above.   Date: September 26, 2008
(a.) Japan Post Service Co.,Ltd. Ginza      Branch
 b.  Japan Post Network Co.,Ltd.            Post Office    Seal of
     Server : Shinji Ohashi                                Ohashi

I hereby confirmed these documents were properly served and                For sender
information was properly entered.  Date: September 26, 2008                only
(a.) Japan Post Service Co.,Ltd. Ginza      Branch
 b.  Japan Post Network Co.,Ltd.            Post Office
     Certifying Officer : Shigeo Mochimaru              Seal of
                                                        Mochimaru

Receipt
Tokyo District Court
September 29, 2008
Civil 48th

= Instructions for Japanese only =
1 If the person accepting the documents cannot sign or affix
   their seal, state the reason at Signature and/or seal of person.
2 Use 24-Hour System for time of service.
3 Enter clearly Place of service.
4 If you are served at the post office, enter " at the window " only.

Case Name: Hawel A. Hawel d/b/a City Electronics v. Chunghwa Picture Tubes, Ltd.
Defendant: Toshiba Corporation
Court Case No.: CV-07-6279

## CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
   - the (date) / *le (date)* ___平成 20年 9月 26日___
   - at (place, street, number) / *à (localité, rue numéro)* ___東京都港区芝浦 1-1-1___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] ~~(b) in accordance with the following particular method*:~~
          b) *selon la forme particulière suivante:* _____
      [ ] ~~(c) by delivery to the addressee, who accepted it voluntarily.*~~
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person) / *(identité et qualité de la personne)* ___芹澤綾乃___
   - relationship to the addressee (family, business or other): / *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___株式会社東芝 従業員___

2) ~~that the document has not been served, by reason of the following facts*:~~
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.~~

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Summons in a Civil Case, Class Action Complaint - Jury Trial Demanded, Order Setting Case Management Conference, Consent to Proceed Before A United States Magistrate Judge, U.S. District Court Northern District - ECF Registration Information Handout, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
___郵便送達報告書___

Done at / *Fait à* ___東京都___ , the / *le* ___2008. 9. 30___

Signature and/or stamp.
*Signature et/ou cachet.*
東京地方裁判所民事第48部
裁判所書記官 山本隆行

\* Delete if inappropriate.
*Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: California

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Judy A. Nunn<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JNunn@CivilActionGroup.com | Ministry of Foreign Affairs<br>Consular Policy Division<br>Consular Affairs Bureau, MOFA<br>Kasumigaseki 2-2-1, Chiyoda-ku<br>Tokyo, 100-8919<br><br>Japan |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)  Toshiba Corporation
1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a)* *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b)* *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c)* *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons in a Civil Case
Class Action Complaint - Jury Trial Demanded
Order Setting Case Management Conference
Consent to Proceed Before A United States Magistrate Judge
U.S. District Court Northern District - ECF Registration Information Handout
Translations
Summary of the Documents to be Served

Done at _____, the July 11, 2008
*Fait à* Minneapolis, Minnesota, U.S.A.     *le*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116          USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
*Rayer les mentions inutiles*

(840111) A-2

| 郵便送達報告書 (住所, 居所等用) | 発送年月日 | 平成 20 年 9 月 25 日 |

事件番号　平成 20 年（ヨ）第 266 号

送達書類の名称：
1. 文書の要領（SUMMARY）　2. 召喚状
3. 集団訴訟告訴状　4. 事物管理協議指定命令書
5. 連邦下級判事による訴訟手続に対する同意
6. ECF登録情報ハンドアウト
7. 2ないし6の訳文

差出人　所在地　郵便番号 100-8920
東京都千代田区霞が関1丁目1番4号

名称　東京地方裁判所民事第48部 いB

受送達者本人氏名　株式会社 東芝

受領者の押印又は署名　芹澤 綾乃

送達の場所　郵便番号 105-0023
東京都港区芝浦1-1-1

送達年月日時　平成 20 年 9 月 26 日 16 時

送達方法：
1 受送達者本人に渡した。
2 受送達者本人に出会わなかったので、書類の受領について相当のわきまえがあると認められる次の者に渡した。
ア 使用人・従業者　イ 同居者
（氏名： 芹澤綾乃 ）
3 次の者が正当な理由なく受取りを拒んだので、その場に差し置いた。
4 営業所に出向いた書類の受領について相当のわきまえがあると認められる次の者に渡した。

上記のとおり送達しました。　平成 20 年 9 月 26 日
配達担当者
郵便事業（株）銀座 支店　大橋慎二

所属 56149　平成 20 年 9 月 26 日
郵便認証司
郵便事業（株）銀座 支店　芹方茂生

