Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
ccorbitt@zelle.com

*Counsel for Indirect-Purchaser Plaintiffs*

Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:     (415) 563-7200
Facsimile:      (415) 346-0679
malioto@tatp.com

*Interim Lead Counsel for Indirect-
Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF FIRM NAME CHANGE** |
| All Actions | |

| | |
|---|---|
| 1 | TO:    ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 2 | **PLEASE TAKE NOTICE** that effective January 1, 2009, the firm name of **Zelle,** |
| 3 | **Hofmann, Voelbel, Mason & Gette LLP** was changed to **Zelle Hofmann Voelbel & Mason** |
| 4 | **LLP**.  The firm's address and phone numbers will remain the same. |
| 5 | . |

Dated:  January 9, 2009                              By:    /s/Craig C. Corbitt

> Francis O. Scarpulla (41059)
> Craig C. Corbitt (83251)
> Judith A. Zahid (215418)
> Patrick B. Clayton (240191)
> Qianwei Fu (242669)
> ZELLE HOFMANN VOELBEL & MASON LLP
> 44 Montgomery Street, Suite 3400
> San Francisco, CA  94104
> Telephone:        (415) 693-0700
> Facsimile:          (415) 693-0770
> ccorbitt@zelle.com
>
> *Counsel for Indirect-Purchaser Plaintiffs*
>
> Mario N. Alioto (56433)
> Lauren C. Russell (241151)
> TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
> 2280 Union Street
> San Francisco, CA  94123
> Telephone:        (415) 563-7200
> Facsimile:          (415) 346-0679
> malioto@tatp.com
>
> *Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

**CERTIFICATE OF SERVICE**

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. CV-07-5944-SC**
**MDL No. 1917**

I, Monica J. Steele, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

1. **NOTICE OF FIRM NAME CHANGE**

☐ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)
☐ by facsimile transmission to the parties listed below;
☐ by overnight mail to the parties listed below;
☐ by today personally delivering the said document(s) to the person(s) indicated below in a manner provided by law, by handing them the documents or by leaving the said document(s) at the office(s) or usual place(s) of business, during usual business hours, of the said person(s) with a clerk or other person who was apparently in charge thereof and at least 18 years of age, whom I informed of the contents.
☐ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the offices and/or to attorneys of offices of the below named addressee(s).
☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: January 9, 2009

Signed  /s/Monica J. Steele
Monica J. Steele

#3215416v1