1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Christopher T. Heffelfinger (118058)
   cheffelfinger@bermanesq.com
3  Matthew D. Pearson (235339)
   mpearson@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO**
     **BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA  94104-2205
6  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6382
7
   Manuel J. Dominguez
8  jdominguez@bermanesq.com
   **BERMAN DeVALERIO PEASE TABACCO**
9    **BURT & PUCILLO**
   222 Lakeview Avenue, Suite 900
10 West Palm Beach, FL  33401
   Telephone: (561) 835-9400
11 Facsimile:  (561) 835-0322

12 **Attorneys for Plaintiffs**
   **Univisions-Crimson Holding, Inc.,**
13 **Central New York Univision Video Systems, Inc.**
   **and Crimson Tech, Inc.**

14

15                **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17 _____
                                            )
18 **IN RE: CATHODE RAY TUBE (CRT)**          )   CASE NO. CV-07-5944-SC
   **ANTITRUST LITIGATION**                   )
19                                            )   MDL NO. 1917
                                            )
20                                            )   **NOTICE OF CHANGE OF FIRM NAME**
                                            )   **AND OFFICE ADDRESS**
21                                            )
   _____)
22

23

24

25

26

27

28

[CV-07-5944-SC] NOTICE OF CHANGE OF FIRM NAME AND OFFICE ADDRESS

PLEASE TAKE NOTICE that effective January 1, 2009, Berman DeValerio Pease Tabacco Burt & Pucillo has changed its name to Berman DeValerio.

The firm's address, telephone and facsimile numbers will remain the same for the office in Boston.

The firm's address, telephone and facsimile numbers will remain the same for the office in San Francisco, with the exception that the suite number will be changed to 2100.

The office located in West Palm Beach will be located at:

4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL  33410
Tel:  (561) 835-9400
Fax: (561) 835-0322

Dated:  January 9, 2009

BERMAN DeVALERIO

By: _____
Christopher T. Heffelfinger

Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermanesq.com
Matthew D. Pearson (235339)
mpearson@bermanesq.com
BERMAN DeVALERIO
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
jdominguez@bermanesq.com
BERMAN DeVALERIO
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL  33410
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

**Attorneys for Plaintiffs**
**Univisions-Crimson Holding, Inc.,**
**Central New York Univision Video Systems,**
**Inc. and Crimson Tech, Inc.**

[CV-07-5944-SC] NOTICE OF CHANGE OF FIRM NAME AND OFFICE ADDRESS          1