Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*
*jcalsyn@cgsh.com*

Counsel for Defendant
*LP Displays International Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> ALL CASES | NO. 07-5944 SC <br><br> MDL NO. 1917 <br><br> **MOTION FOR LEAVE TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON LLP** |

Pursuant to Local Rule 11-5, Michael R. Lazerwitz and Jeremy J. Calsyn of Cleary Gottlieb Steen & Hamilton LLP, ("Cleary Gottlieb") counsel for Defendant LP Displays International Ltd. ("LP Displays) hereby move for the Court to permit Cleary Gottlieb to withdraw as attorneys of record for LP Displays based on the following grounds:

1. On December 31, 2008, Bruno Arboit and Simon Richard Blade were appointed as Joint and Several Liquidators of LP Displays under Section 241 of Hong Kong's Companies Ordinance.  *See* Exhibit 1, Notification of Appointment of Liquidator or Provisional Liquidator.

2. Upon entering into liquidation, LP Displays requested that Messrs. Arboit and Blade issue a letter to Cleary Gottlieb ordering Cleary Gottlieb to withdraw as counsel for LP Displays.

3. On January 7, 2009, Cleary Gottlieb received a letter from Mr. Blade instructing Cleary Gottlieb to file a motion to withdraw as counsel and refund any funds held by Cleary Gottlieb on behalf of LP Displays. *See* Exhibit 2, January 7, 2009, Letter from Simon Blade to Michael Lazerwitz.

4. On January 8, 2009, Cleary Gottlieb provided written notice to the other parties that have appeared in this case of its intent to withdraw as counsel.

5. Cleary Gottlieb's withdrawal will not result in any prejudice to any other litigant or any harm to the administration of justice, and it will not cause any delay in the resolution of this case.

Based on the foregoing, Counsel respectfully requests that the Court grant them leave to withdraw, effective immediately. A proposed form of order is simultaneously filed herewith.

DATED: January 12, 2009

Respectfully submitted,

/s/ Michael R. Lazerwitz

Michael R. Lazerwitz (PRO HAC VICE)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

Counsel for Defendant
*LP Displays International Ltd.*