**Exhibit 1**



**公司註冊處**
**Companies Registry**

# 委任清盤人或臨時清盤人通知書
## Notification of Appointment of Liquidator or Provisional Liquidator

(公司條例第 195(a)、228A(10) 及 253(1)(b)條)
(Companies Ordinance ss.195(a), 228A(10) & 253(1)(b))

**表格 Form** **W3**

### 重要事項   Important Notes

- 填表前請參閱《填表須知》。
  請用黑色墨水列印。
- Please read the accompanying notes before completing this form.
  Please print in black ink.

**公司編號 Company Number**

**746175**

---

**1   公司名稱 Company Name**

**LP DISPLAYS INTERNATIONAL LIMITED**

(清盤在進行中 In Liquidation)

---

**2   清盤方式 Mode of Winding Up**

請在有關空格內加 ✓ 號   Please tick the relevant box

☐  由法院作出清盤 Winding Up by Court

☐  成員自動清盤 Members Voluntary Winding Up

☑  債權人自動清盤 Creditors Voluntary Winding Up

☐  其他清盤方式 (請註明) Others (Please specify)

_____
_____
_____

---

(註 Note 4)

**提交人的資料 Presentor's Reference**

姓名 Name:   Baker Tilly Hong Kong

地址 Address:   Unit 1203-1213, 12th Floor,
China Merchants Tower,
Shun Tak Centre
168-200 Connaught Road Central
Hong Kong

電話 Tel: 2826 5008    傳真 Fax:  2536 9066

電郵地址 E-mail Address:

檔號 Reference: L0482/SB/JOL/CC/022

**請勿填寫本欄 For Official Use**

CR 收件日期 RECEIVED
0 5 JAN 2009
文件管理組
Document Management Section

表格 **W3**
Form

公司編號 **Company Number**

746175

## 3 委任詳情 Details of Appointment

請在有關空格內加 ✓ 號   Please tick the relevant box(es)

**1** 身份 **Capacity**
- [✓] 清盤人 Liquidator
- [ ] 臨時清盤人 Provisional Liquidator

類別 **Status**
- [ ] 唯一 Sole
- [ ] 共同 Joint
- [✓] 共同及各別 Joint & Several

委任方式 **Mode of Appointment**
- [ ] 公司決議 Resolution of Company
- [✓] 債權人決議 Resolution of Creditors
- [ ] 董事決議 Resolution of Directors
- [ ] 法院命令 Court Order
- [ ] 破產管理署署長委任 by the Official Receiver

中文姓名 **Name in Chinese**: N/A

英文姓名 **Name in English**:
- 姓氏 Surname: Arboit
- 名字 Other Names: Bruno

地址 **Address**: Unit 1202-1203, 12th Floor, China Merchants Tower, Shun Tak Centre, 168-200 Connaught Road Central, Hong Kong

國家 Country:

(註 Note 6) 電郵地址 **E-mail Address**:

(註 Note 7) 身份證明 **Identification**
a  香港身份證號碼 Hong Kong Identity Card Number: P780753 (1)
b  海外護照 Overseas Passport
   簽發國家 Issuing Country:      號碼 Number:

委任日期 **Date of Appointment**: 31 日 DD  12 月 MM  2008 年 YYYY

表格 Form **W3**

公司編號 Company Number: **765175**

## 3 委任詳情 Details of Appointment (續上頁 cont'd)

請在有關空格內加 ✓ 號  Please tick the relevant box(es)

**2 身份 Capacity**: ✓ 清盤人 Liquidator ☐ 臨時清盤人 Provisional Liquidator

**類別 Status**: ☐ 唯一 Sole ☐ 共同 Joint ✓ 共同及各別 Joint & Several

**委任方式 Mode of Appointment**: ☐ 公司決議 Resolution of Company ✓ 債權人決議 Resolution of Creditors ☐ 董事決議 Resolution of Directors ☐ 法院命令 Court Order ☐ 破產管理署署長委任 by the Official Receiver

**中文姓名 Name in Chinese**: N/A

**英文姓名 Name in English**:
- 姓氏 Surname: Blade
- 名字 Other Names: Simon Richard

**地址 Address**: Unit 1202-1203, 12th Floor, China Merchants Tower, Shun Tak Centre, 168-200 Connaught Road Central, Hong Kong

國家 Country:

(註 Note 6) **電郵地址 E-mail Address**:

(註 Note 7) **身份證明 Identification**
a 香港身份證號碼 Hong Kong Identity Card Number: P569534(5)
b 海外護照 Overseas Passport: 簽發國家 Issuing Country: ____  號碼 Number: ____

**委任日期 Date of Appointment**: 31 日 DD / 12 月 MM / 2008 年 YYYY

(註 Note 5)
簽署 Signed: *(signature)* 
姓名 Name: **Bruno Arboit**
清盤人／~~臨時清盤人~~*
Liquidator／~~Provisional Liquidator~~ *
日期 Date: 05 JAN 2009 日 DD / 月 MM / 年 YYYY

簽署 Signed: *(signature)*
姓名 Name: **Simon Richard Blade**
清盤人／~~臨時清盤人~~*
Liquidator／~~Provisional Liquidator~~ *
日期 Date: 05 JAN 2009 日 DD / 月 MM / 年 YYYY

*請刪去不適用者   Delete whichever does not apply

第三頁 Page 3