**Exhibit 2**



**BAKER TILLY**
HONG KONG
香港天華

12th Floor, China Merchants Tower
Shun Tak Centre
168-200 Connaught Road Central
Hong Kong
香 港 干 諾 道 中 1 6 8 - 2 0 0 號
信 德 中 心 招 商 局 大 廈 1 2 樓
Tel: +852 2525 0171
Fax: +852 2810 1417
www.bakertillyhk.com
enquiries@bakertillyhk.com

7 January 2009

Our Ref: L0482/SB/JOL/CC/035

**BY EMAIL (mlazerwitz@cgsh.com) AND POST**

Cleary, Gottlieb, Steen & Hamilton LLP
Bank of China Tower
One Garden Road
Hong Kong

Attn: Mr. Michael Lazerwitz

Dear Sirs

**LP Displays International Limited (In Creditors' Voluntary Liquidation) ("the Company")**

We refer to your email to Mr. David Ahn on 22 December 2008.

Bruno Arboit and Simon Richard Blade were appointed Joint and Several Liquidators of the Company on 31 December 2008, pursuant to Section 241 of the Companies Ordinance. We enclose a copy of the notice of appointment for your reference.

In view of the liquidation, we confirm that you should cease to act for the Company effective from 31 December 2008. Please file a motion with the US Court to withdraw as counsel. Kindly also refund any funds held in your account on behalf of the Company by cheque make payable to "**LP Displays International Limited (In Liquidation)**".

Should you have any queries concerning the above, please do not hesitate to contact Calvin Chan of this office on 2826 5014.

Yours faithfully
For and on behalf of
LP Displays International Limited

**Simon Blade**
Joint and Several Liquidator





Baker Tilly Hong Kong Business Recovery Limited
• Business turnaround
• Reconstruction
• Litigation support
• Forensic accounting
• Investigation
• Liquidation
• Bankruptcy

Directors
Bruno Arboit
Simon Blade
Joseph Lam