Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*
*jcalsyn@cgsh.com*

Counsel for Defendant
*LP Displays International Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL CASES | NO. 07-5944 SC<br><br>MDL NO. 1917<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON LLP** |

The Court, having considered the motion for leave to withdraw of Cleary Gottlieb Steen & Hamilton LLP and all papers filed in connection therewith, and good cause appearing, HEREBY ORDERS:

The motion for leave to withdraw of Cleary Gottlieb Steen & Hamilton LLP is GRANTED.

IT IS SO ORDERED.

Dated: _____    _____

Honorable Samuel Conti

UNITED STATES DISTRICT JUDGE