1  Michael R. Lazerwitz (PRO HAC VICE)
   Jeremy J. Calsyn (State Bar No. 205062)
2  CLEARY GOTTLIEB STEEN & HAMILTON LLP
   2000 Pennsylvania Ave., NW
3  Washington, DC 20006
   (202) 974-1500 (Phone)
4  (202) 974-1999 (Facsimile)
   *mlazerwitz@cgsh.com*
5  *jcalsyn@cgsh.com*

6  Counsel for Defendant
   *LP Displays International Ltd.*

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

| 12 In Re: Cathode Ray Tube (CRT) | NO. 07-5944 SC |
|---|---|
| 13 ANTITRUST LITIGATION | MDL NO. 1917 |
| 14 This Document Relates To: | **CERTIFICATE OF SERVICE** |
| 15 ALL CASES | |

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE, NO. 07-5944 SC

1

CERTIFICATE OF SERVICE

2      I, Kimberly A. Lynch, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP,

3 hereby certify that:

4      On January 12, 2009, a copy of the following:

5       • Motion for Leave to Withdraw of Cleary Gottlieb Steen & Hamilton LLP and

6       • [Proposed Order] Granting Motion for Leave to Withdraw of Cleary Gottlieb

7        Steen & Hamilton LLP

8 were served by the USDC-NDCA CM/ECF System on all interested parties registered for e-

9 filing.

10

11                               Kimberly A. Lynch

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2