Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415)217-6810
Facsimile: (415)217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151) laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **DIRECT AND INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON, LLP AS COUNSEL FOR DEFENDANT LP DISPLAYS INTERNATIONAL, LTD.** |
| **This document relates to:** | |
| **ALL ACTIONS** | The Honorable Samuel Conti |

400947743.5

**DIRECT AND INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON, LLP AS COUNSEL FOR DEFENDANT LP DISPLAYS INTERNATIONAL, LTD.**

1    On January 12, 2008, Michael R. Lazerwitz and Jeremy J. Calsyn of Cleary Gottlieb

2  Steen & Hamilton, LLP ("Cleary Gottlieb") filed a motion pursuant to Local Rule 11-5 for leave

3  to withdraw as attorneys of record for defendant LP Displays International, Ltd. ("LP Displays").

4    The Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs ("Plaintiffs") have no

5  objection to the withdrawal of Messrs. Lazerwitz and Calsyn as attorneys of record for defendant

6  LP Displays, provided that the requirements of Local Rule 11-5 (b) are met. In the words of the

7  local rule, the instant motion to withdraw "is not accompanied by simultaneous appearance of

8  substitute counsel or agreement of the party to appear *pro se*."  Some new person, therefore, must

9  be designated to receive service of documents in this litigation on behalf of defendant LP

10  Displays.  Plaintiffs respectfully submit that the Court should order as follows:

11    1.    Plaintiffs may continue to serve LP Displays with all filings in this action through

12  the Court's ECF system in accordance with General Order 45 and the Order Granting

13  Administrative Motion To (i) Serve Filed Papers Only Through ECF System; And (ii) Serve

14  Non-Filed Papers Via E-Mail, entered by this Court on September 29, 2008, and may otherwise

15  communicate with LP Displays by electronic mail as set forth in paragraph 2 below; and

16    2.    Plaintiffs may continue to serve and communicate with LP Displays by electronic

17  mail to the Joint and Several Liquidators, Mr. Simon Richard Blade and Mr. Bruno Arboit, at

18  their respective email addresses: simonblade@bakertillyhk.com and

19  brunoarboit@bakertillyhk.com.

20  Dated:  January 13, 2009          By:    _____/s/ Guido Saveri_____
21                                           Guido Saveri (41059) guido@saveri.com
22                                           R. Alexander Saveri (173102) rick@saveri.com
                                             Cadio Zirpoli (179108) cadio@saveri.com
23                                           **SAVERI & SAVERI INC.**
                                             706 Sansome Street
24                                           San Francisco, CA 94111
                                             Telephone: (415)217-6810
25                                           Facsimile: (415)217-6813

26                                           *Interim Lead Counsel for the Direct Purchaser*

27

28  **DIRECT AND INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON, LLP AS COUNSEL FOR DEFENDANT LP DISPLAYS INTERNATIONAL, LTD.**

1

*Plaintiffs*

2

Dated: January 13, 2009          By:          /s/ Mario N. Alioto

3                                            Mario N. Alioto (56433) malioto@tatp.com
                                             Lauren C. Russell (241151)
4                                            laurenrussell@tatp.com
                                             **TRUMP, ALIOTO, TRUMP & PRESCOTT,**
5                                            **LLP**
                                             2280 Union Street
6                                            San Francisco, California 94123
                                             Telephone: (415) 563-7200
7                                            Facsimile: (415) 346-0679

8

9                                            *Interim Lead Counsel for the Indirect Purchaser*
                                             *Plaintiffs*

10

11

12

13

14

15                    **ATTESTATION PURSUANT TO GENERAL ORDER 45**

16          I, Lauren C. Russell, attest that concurrence in the filing of this document has been

17  obtained from all signatories.  I declare under penalty of perjury under the laws of the United

18  States of America that the foregoing is true and correct.  Executed this 13th day of January, 2009,

19  at San Francisco, California.

20

21                                            /s/ Lauren C. Russell

22

23

24

25

26

27                              - 2 -
    **DIRECT AND INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO**
28  **WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON, LLP AS COUNSEL FOR DEFENDANT**
    **LP DISPLAYS INTERNATIONAL, LTD.**