1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **[PROPOSED] ORDER RE: MOTION TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON, LLP** |
| **This document relates to:** | |
| **ALL ACTIONS** | The Honorable Samuel Conti |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

400947743.5

**[PROPOSED] ORDER RE: MOTION TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON, LLP**

1  The Court, having considered the Motion For Leave To Withdraw Of Cleary Gottlieb Steen & Hamilton, LLP as attorneys of record for defendant LP Displays International, Ltd., and the Response thereto by the direct and indirect purchaser plaintiffs, hereby GRANTS the Motion subject to the following conditions:

2.  1. Plaintiffs may continue to serve LP Displays with all filings in this action through the Court's ECF system in accordance with General Order 45 and the Order Granting Administrative Motion To (i) Serve Filed Papers Only Through ECF System; And (ii) Serve Non-Filed Papers Via E-Mail, entered by this Court on September 29, 2008, and may otherwise communicate with LP Displays by electronic mail as set forth in paragraph 2 below; and

3.  2. Plaintiffs may continue to serve and communicate with LP Displays by electronic mail to the Joint and Several Liquidators, Mr. Simon Richard Blade and Mr. Bruno Arboit, at their respective email addresses: simonblade@bakertillyhk.com and brunoarboit@bakertillyhk.com.

IT IS SO ORDERED.

Dated: _____      _____
                                     Honorable Samuel Conti
                                     UNITED STATES DISTRICT JUDGE

- 1 -

**[PROPOSED] ORDER RE: MOTION FOR LEAVE TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON, LLP**