United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This document relates to: | ORDER RE: MOTION FOR LEAVE TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| ALL ACTIONS | |

This matter comes before the Court on the motion of Michael R. Lazerwitz and Jeremy J. Calsyn of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") for leave to withdraw as counsel for Defendant LP Displays International Ltd. ("LP Displays"). It is HEREBY ORDERED that no later than five (5) business days from the date of this order Cleary Gottlieb must file a declaration with the Court stating as follows:

Cleary Gottlieb will continue to accept service of papers for LP Displays for forwarding purposes in accordance with the requirements of Local Rule 11-5(b).

Cleary Gottlieb will continue to accept, for forwarding purposes, service of papers filed in this action in accordance with the Order Granting Administrative Motion To (i) Serve Filed Papers Only Through Electronic Case Filing System; And (ii) Serve

Non-Filed Papers Via E-Mail, entered by this Court on September 29, 2008.  Docket No. 383.

IT IS SO ORDERED.

Dated: January 16, 2009

_____
UNITED STATES DISTRICT JUDGE

-2-