Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:    (415) 563-7200
Facsimile:     (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF INTENT TO SERVE SUBPOENAS** |
| All Actions | |

NOTICE IS HEREBY GIVEN that the Indirect Purchaser Plaintiffs in the above-captioned action shall serve subpoenas for production of documents on the entities listed below. Subpoenas for the production of documents from these entities are attached hereto as the exhibit listed.

| Exhibit | Entity Subpoenaed |
| --- | --- |
| A. | Acer America Corporation |
| B. | Amazon.com, Inc. |
| C. | AOC |
| D. | Apple |
| E. | Arrow Electronics |
| F. | BenQ USA Corp. |
| G. | Best Buy Co., Inc. |
| H. | Buy.com |
| I. | CDW Corporation |
| J. | Costco |
| K. | CTX Technology |
| L. | Dell Inc. |
| M. | Envision Display |
| N. | Fry's Electronics, Inc. |
| O. | Funai Corporation, Inc. |
| P. | Gateway, Inc. |
| Q. | Iiyama North America, Inc. |
| R. | Ingram Micro Inc. |
| S. | Lenovo |
| T. | Meijer, Inc. |
| U. | NEC Display Solutions of America |
| V. | Newegg.com |
| W. | Nexgen |
| X. | nowdirect.com |
| Y. | Office Depot |
| Z. | Office Max |
| AA. | PC Connection |
| BB. | PC Mall |
| CC. | Proview Technology, Inc. |
| DD. | RadioShack Corporation |
| EE. | Sam's Club |
| FF. | Sanyo North America Corporation |
| GG. | Sharp Electronics Corporation |
| HH. | Sony Corporation of America |
| II. | Staples |
| JJ. | SYNAP |
| KK. | Target |
| LL. | Tech Depot |

MM.     Wal-Mart Stores, Inc.
NN.     Zones

Dated:  January 16, 2009          By:   /s/ Mario N. Alioto

Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:      (415) 563-7200
Facsimile:      (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

#3215403v1