Michael R. Lazerwitz (PRO HAC VICE)
Jeremy J. Calsyn (State Bar No. 205062)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*
*jcalsyn@cgsh.com*

Counsel for Defendant
*LP Displays International Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re: Cathode Ray Tube (CRT) ANTITRUST LITIGATION | NO. 07-5944 SC<br>MDL NO. 1917 |
|---|---|
| This Document Relates To:<br>ALL CASES | **DECLARATION OF MICHAEL R. LAZERWITZ IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON LLP** |

I, Michael R. Lazerwitz, counsel for Defendant LP Displays International Ltd. ("LP Displays"), hereby declare that:

1.  Upon Cleary Gottlieb Steen & Hamilton's ("Cleary Gottlieb's") withdrawal as counsel for LP Displays, Cleary Gottlieb will continue to accept service of papers for LP Displays for forwarding purposes in accordance with Local Rule 11-5(b).

2.  Cleary Gottlieb will continue to accept for forwarding purposes service of papers filed in this action in accordance with the Order Granting Administrative Motion To (i) Serve Filed Papers Only Through Electronic Case Filing System; And (ii) Serve Non-Filed Papers Via E-Mail, entered by this Court on September 29, 2008.

DECLARATION OF MICHAEL R. LAZERWITZ IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW OF CLEARY GOTTLIEB STEEN & HAMILTON LLP, NO. 07-5944 SC

1      3.     Cleary Gottlieb will notify LP Displays of these conditions before withdrawing as
2  counsel.

4  DATED: January 21, 2009                      Respectfully submitted,

                                         /s/ Michael R. Lazerwitz

                                         Michael R. Lazerwitz
                                         CLEARY GOTTLIEB STEEN &
                                         HAMILTON LLP
                                         2000 Pennsylvania Ave., NW
                                         Washington, DC 20006
                                         (202) 974-1500 (Phone)
                                         (202) 974-1999 (Facsimile)
                                         *mlazerwitz@cgsh.com*

                                         Counsel for Defendant
                                         *LP Displays International Ltd.*