1  Michael R. Lazerwitz (PRO HAC VICE)
   Jeremy J. Calsyn (State Bar No. 205062)
2  CLEARY GOTTLIEB STEEN & HAMILTON LLP
   2000 Pennsylvania Ave., NW
3  Washington, DC 20006
   (202) 974-1500 (Phone)
4  (202) 974-1999 (Facsimile)
   *mlazerwitz@cgsh.com*
5  *jcalsyn@cgsh.com*

6  Counsel for Defendant
   *LP Displays International Ltd.*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | In Re: Cathode Ray Tube (CRT) | NO. 07-5944 SC |
13 | ANTITRUST LITIGATION | MDL NO. 1917 |
14 | This Document Relates To: | **CERTIFICATE OF SERVICE** |
15 | ALL CASES |

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Emily C. Capehart, assistant managing clerk at Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On January 21, 2009, a copy of the following:

- Declaration of Michael R. Lazerwitz in Support of Motion for Leave to Withdraw of Cleary Gottlieb Steen & Hamilton LLP

was served by the USDC-NDCA CM/ECF System on all interested parties registered for e-filing.

*[signature]*
Emily C. Capehart