KARL CAMBRONNE
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402
Telephone: (612) 339-7300
Facsimile: (612) 336-2940

DANIEL R. KARON
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113-1998
Telephone: (216) 622-1851
Facsimile: (216) 622-1852

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944<br>MDL Docket No. 1917 |
| This document relates to:<br><br>Barry Kushner, et al. v. Chunghwa Picture Tubes, et al.<br>C/A No. C-08-1622 | Honorable Samuel Conti<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF LIST** |

The undersigned, Karl L. Cambronne, of the Law Firm of Chestnut and Cambronne, P.A. hereby withdraws as counsel for Barry Kushner in the above-captioned litigation and further requests that his name be removed from the Electronic Case Filing list of recipients in the above-referenced MDL action.

Dated: January 28, 2009

**CHESTNUT & CAMBRONNE, P.A.**

By /s/ Karl L. Cambronne
Karl L. Cambronne #14321
3700 Campbell Mithun Tower
222 South Ninth Street
Minneapolis, MN 55402
(612) 339-7300
Fax (612) 336-2940

KARL CAMBRONNE
CHESTNUT & CAMBRONNE, P.A.
3700 Campbell Mithun Tower
222 South 9th Street
Minneapolis, MN 55402
Telephone: (612) 339-7300
Facsimile: (612) 336-2940

DANIEL R. KARON
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113-1998
Telephone: (216) 622-1851
Facsimile: (216) 622-1852

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944<br>MDL Docket No. 1917 |
| This document relates to:<br>Barry Kushner, et al. v. Chunghwa Picture Tubes, et al.<br>C/A No. C-08-1622 | Honorable Samuel Conti<br><br>**CERTIFICATE OF SERVICE** |

I, Diane F. McFeeley, administrative assistant at Goldman, Scarlato and Karon, P.C., hereby certify that:

On January 28, 2009, a copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF LIST was served by the USDC/NDCA CM/ECF System on all interested parties registered for E-Filing.

_____
Diane F. McFeeley