1  Counsel Listed on Signature Block

2

3  ## UNITED STATES DISTRICT COURT

4  ## FOR THE NORTHERN DISTRICT OF CALIFORNIA

5  ## SAN FRANCISCO DIVISION

6  )

7  )   No. C07-5944 SC
   )   MDL No. 1917
   )

8  IN RE: CATHODE RAY TUBE (CRT)   )   Date: March 6, 2009
   ANTITRUST LITIGATION            )   Time: TBD
9                                  )   Court: Hon. Samuel Conti
   )

10 )

11 This Document Related to All Cases )
   )

12 )
   )

13 _____ )

14

15 ## STIPULATION AND [PROPOSED] ORDER
   ## TO EXTEND LIMITED DISCOVERY STAY

16     WHEREAS the Court, on September 12, 2008, entered an Order pursuant to Stipulation,

17 granting a Limited Stay of Discovery for six (6) months, which will expire on March 12, 2009

18 ("September 12, 2008 Stay Order");

19     WHEREAS there is an ongoing criminal grand jury investigation involving the products

20 at issue in this case;

21     WHEREAS the September 12, 2008 Stay Order required the United States to report to the

22 Court on the status of the grand jury investigation and/or file a motion with the Court to extend

23 the stay by January 30, 2009;

24     WHEREAS the parties have met and conferred and agreed to request modification and

25 extension of the September 12, 2008 Stay Order;

26     PLAINTIFFS, DEFENDANTS, AND THE UNITED STATES, BY AND THROUGH

27 THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. C07-5944 SC

1.      This Stipulation and Order shall extend the September 12, 2008 Stay Order until September 11, 2009 ("Stay Period"), unless further extended by the Court upon motion for good cause shown.

2.      That Paragraph 6 of the September 12, 2008 Stay Order shall be modified and replaced in its entirety with the following new Paragraph 6:

(a)      This Stipulation and Order does not prohibit the service of interrogatories, requests for admissions, requests for production of documents, or third party document subpoenas, as set forth in paragraph 4(a) above, except to the extent that such discovery requires the production of discovery which is stayed hereunder. No discovery of emails or email searches shall take place during the Stay Period.

(b)      No deposition discovery may be taken until September 12, 2009. Thereafter, until January 4, 2010, no deposition discovery may be taken, except that depositions may be taken of defendants' customers or suppliers, or their employees, provided in any case that the deponent is not a defendant or a subsidiary or affiliate of a defendant, or an employee, agent, or former employee of any of them. Such deposition subpoenas may include requests for documents to be produced by the deponent at the deposition, provided that no document requests may request the identification of documents produced in response to a grand jury subpoena or the production of documents disclosing the contents of the witness' testimony, if any, before the grand jury or communications with the United States relating to the grand jury proceedings.

3.      Upon termination of the Stay Period, each defendant who has appeared in this case and produced documents to the grand jury shall produce to the other parties (to the extent they or their claims have not been dismissed) all documents produced to the grand jury without a discovery request. Every 90 days thereafter each served defendant who has appeared in this case and produced documents to the grand jury shall produce to the other parties (to the extent they or their claims have not been dismissed), on a rolling basis, all documents produced to the grand jury the preceding 90 days.

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. C07-5944 SC

Dated: January 30, 2009

By:   /s/Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
Email: jkessler@dl.com
A. PAUL VICTOR (pro hac vice)
Email: pvictor@dl.com
EVA W. COLE (pro hac vice)
Email: ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

STEVEN A. REISS (pro hac vice)
Email: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
Email: david.yohai@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Corporation of America (NY) (defunct); MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*

By:   /s/Gary L. Halling
GARY L. HALLING (66087)
Ghalling@sheppardmullin.com
JAMES L. MCGINNIS (95788)
Jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH (203524)
Mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. C07-5944 SC

1

2

*Attorneys for Defendants*
*Samsung SDI America, Inc. and Samsung SDI*
*Co., Ltd.*

3

By:   /s/Samuel R. Miller
SAMUEL R. MILLER

4

Email: srmiller@sidley.com
RYAN SANDROCK

5

Email: rsandrock@sidley.com
**SIDLEY AUSTIN LLP**

6

555 California Street
San Francisco, CA 94104

7

Telephone: (415) 772-1200
Facsimile: (415) 772-7400

8

9

*Attorneys for Defendants LG Electronics, Inc.*
*and LG Electronics USA, Inc.*

10

By:   /s/Joel S. Sanders
JOEL S. SANDERS

11

Email: jsanders@gibsondunn.com
JOSHUA HESS

12

Email: jhess@gibsondunn.com
**GIBSON, DUNN & CRUTCHER**

13

555 Mission Street, Suite 3000
San Francisco, CA 94105

14

Telephone: (415) 393-8200
Facsimile: (415) 986-5309

15

16

*Attorneys for Chunghwa Picture Tubes, Ltd.*

17

By:   /s/Ethan E. Litwin
ETHAN E. LITWIN (pro hac vice)
Email: LitwinE@howrey.com

18

**HOWREY LLP**
153 East 53rd Street, 54th Floor

19

New York, NY 10022
Telephone: (212) 896-6500

20

Facsimile: (212) 896-6501

21

By:   /s/Joseph A. Ostoyich
JOSEPH A. OSTOYICH (pro hac vice)

22

Email: OstoyichJ@howrey.com
**HOWREY LLP**

23

1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402

24

Telephone: (202) 783-0800
Facsimile: (202) 383-6610

25

26

*Attorneys for Defendant Philip Electronics*
*North America Corporation and Koninklijke*
*Philips Electronics N.V.*

27

By:   /s/Anthony J. Viola

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. C07-5944 SC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANTHONY J. VIOLA (pro hac vice)
Email: aviola@eapdlaw.com
BARRY BENDES (pro hac vice)
Email: bbendes@eapdlaw.com
JOSEPH CZERNIAWSKI (pro hac vice)
Email: jczerniawski@eapdlaw.com
**EDWARDS ANGELL PALMER & DODGE
LLP**
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411
Facsimile: (212) 308-4844

DAVID W. EVANS
E-mail: devans@hbblaw.com
**HAIGHT BROWN & BONESTEEL LLP**
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

*Attorneys for Defendant Orion America, Inc.
and Orion Electric Co., Ltd.*

By:___/s/Bruce H. Jackson_____
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
NANCY C. ALLRED (245736)
Email: nancy.c.allred@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (pro hac vice)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (pro hac vice)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL (pro hac vice)
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: (312) 861-8000

*Attorneys for Tatung Company of America, Inc.*

By:___/s/Kent M. Roger_____
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
THOMAS R. GREEN (203480)

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. C07-5944 SC

Email: tgreen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

***Attorneys for Defendants Hitachi, Ltd., Hitachi
Asia, Ltd., Hitachi America, Ltd. and Hitachi
Electronic Devices (USA), Ltd.***


By:   /s/Brendan P. Cullen
BRENDAN P. CULLEN (194057)
Email: cullenb@sullcrom.com
JASON DE BRETTEVILLE (195069)
Email: debrettevillej@sullcrom.com
LAURA E. KABLER (241281)
Email: kablerl@sullcrom.com
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, California 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700

***Attorneys for Defendant Thomson S.A.***


By:   /s/Guido Saveri
GUIDO SAVERI (41059)
Email: guido@saveri.com
R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com
CADIO ZIRPOLI (179108)
Email: cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

***Interim Lead Counsel for the Direct Purchaser
Plaintiffs***

By:   /s/Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT,
LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. C07-5944 SC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Facsimile: (415) 346-0679

***Interim Lead Counsel for the Indirect
Purchaser Plaintiffs***

By:   /s/Lidia Maher
LIDIA MAHER (222253)
Email: Lidia.Maher@usdoj.gov
BARBARA NELSON (87952)
Email: Barbara.Nelson@usdoj.gov
JEANE HAMILTON (157834)
Email: Jeane.Hamilton@usdoj.gov
MAY LEE HEYE (209366)
Email: May.Heye@usdoj.gov
ANNA TRYON PLETCHER (239730)
Email: Anna.Pletcher@usdoj.gov
**U.S. DEPARTMENT OF JUSTICE,
ANTITRUST DIVISION**
450 Golden Gate Avenue
Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415)436-6687

***Attorneys for the United States***



**STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY**
Case No. C07-5944 SC

1

**PROPOSED ORDER**

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5   Dated: _____        _____
                                      Honorable Samuel Conti
6                                     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. C07-5944 SC