BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
  eklisura@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 1430
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

*Attorneys for Plaintiff and the Proposed Direct*
*Purchaser Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES** |
| ALL ACTIONS | |

*Sidebar (vertical text):* PEARSON, SIMON, WARSHAW & PENNY, LLP
44 MONTGOMERY STREET, SUITE 1430
SAN FRANCISCO, CALIFORNIA 94104

795631.1

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1   TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE THAT effective February 2, 2009, the firm name of Pearson,

3   Simon, Soter, Warshaw & Penny, LLP was changed to:

4                    PEARSON, SIMON, WARSHAW & PENNY, LLP

5   The address, telephone and facsimile numbers remain the same.  The e-mail addresses for the

6   attorneys in this matter have been changed as follows:

7        Clifford H. Pearson              cpearson@pswplaw.com

8        Bruce L. Simon                   bsimon@pswplaw.com

9        Daniel L. Warshaw                dwarshaw@pswplaw.com

10       Jonathan M. Watkins              jwatkins@pswplaw.com

11       Esther L. Klisura                eklisura@pswplaw.com

12       Ashlei M. Vargas                 avargas@pswplaw.com

13

14   Dated:  February 9, 2009                      Respectfully submitted,

15

16                                        By:    /s/ Bruce L. Simon
                                                 BRUCE L. SIMON (Bar No. 92641)
17                                               ESTHER L. KLISURA (Bar No. 221171)
                                                 JONATHAN M. WATKINS (Bar No. 196898)
18                                               ASHLEI M. VARGAS (Bar No. 250045)
                                                 **PEARSON, SIMON, WARSHAW**
19                                               **& PENNY, LLP**
                                                 44 Montgomery Street, Suite 1430
20                                               San Francisco, CA  94104
                                                 Telephone:    (415) 433-9000
21                                               Facsimile:    (415) 433-9008

22                                               CLIFFORD H. PEARSON (Bar No. 108523)
                                                 DANIEL L. WARSHAW (Bar No. 185365)
23                                               **PEARSON, SIMON, WARSHAW &**
                                                 **PENNY, LLP**
24                                               15165 Ventura Boulevard, Suite 400
                                                 Sherman Oaks, CA  91403
25                                               Telephone:    (818) 788-8300
                                                 Facsimile:    (818) 788-8104

26                                               *Attorneys for Plaintiff and the Proposed*
                                                 *Direct Purchaser Class*
27

28

795631.1
                                        2
                NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES