IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

No. C-07-5944-SC
MDL No. 1917

Clerk's Notice

This Notice Relates to All Cases

    YOU ARE NOTIFIED THAT the **Status Conference** scheduled for **March 6, 2009** before the Honorable Samuel Conti is **OFF CALENDAR**.

Dated: February 19, 2009

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
      Courtroom Deputy Clerk