LIDIA MAHER (CSBN 222253)
BARBARA NELSON (CSBN 87952)
JEANE HAMILTON (CSBN 157834)
ANNA TRYON PLETCHER (CSBN 239730)
MAY LEE HEYE (CSBN 209366)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| | No. CV-07-5944 (SC) |
| | MDL No. 1917 |
| This Document Relates to: | |
| ALL ACTIONS | |
| UNITED STATES OF AMERICA | No. CR-09-013 (WHA) |
| v. | |
| CHENG YUAN LIN, a.k.a. C.Y. LIN, | |
| Defendant. | |

     The United States, under Crim. L. R. 8-1, files this Notice of Related Case in a Criminal Action for <u>In re: Cathode Ray Tube (CRT) Antitrust Litigation</u>, CV-07-5944 (SC), and <u>United</u>

NOTICE OF RELATED CASE - PAGE 1
Case No. CR-09-0131 (WHA)

States v. Cheng Yuan "C.Y." Lin, CR-09-0131 (WHA). These civil and criminal antitrust cases concern one or more of the same defendants and allege similar events and occurrences.

In In re: Cathode Ray Tube (CRT) Antitrust Litigation, civil plaintiffs allege that cathode ray tube manufacturers conspired to fix the prices of cathode ray tubes. On March 7, 2008, Judge Samuel Conti granted the United States' Motion to Intervene in the civil case for the purpose of staying discovery to avoid interference with the United States' related criminal investigation. Specifically, Judge Conti found that "there is a 'claim that shares with the main action a common question of law or fact' between this civil action and a criminal grand jury investigation." Order to Intervene, Doc. 120 (1:16-18). On February 10, 2009, the United States filed a two-count Indictment in United States v. Cheng Yuan "C.Y." Lin, charging C.Y. Lin with participating in a conspiracy to fix prices, reduce output, and allocate market shares of color display tubes and with participating in a conspiracy to fix prices of color picture tubes in violation of Section 1 of the Sherman Act (15 U.S.C. § 1). Color display tubes and color picture tubes are types of cathode ray tubes. The charges in the Indictment arise out of similar facts alleged in the civil case.

The assignment of United States v. Cheng Yuan "C.Y." Lin to Judge Conti, to whom the civil antitrust case has been assigned, is therefore likely to conserve judicial resources and promote an efficient determination of the action.

DATED:        February 25, 2009

Respectfully submitted,

BY:      /s/ May Lee Heye
Lidia Maher
Barbara Nelson
Jeane Hamilton
Anna Tryon Pletcher
May Lee Heye
Attorneys
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Ph:     (415) 436-6660
Fax:    (415) 436-6687

**CERTIFICATE OF SERVICE**

I, Esther Fallas, certify:

That I am a citizen of the United States and am employed by the U.S. Department of Justice, Antitrust Division, at 450 Golden Gate Avenue, Room 10-0101, San Francisco, CA 94102; I am over the age of eighteen years; and am not a party to the within action.

That on February 25, 2009, I sent by fax and via United States Postal Service a copy of the following pleadings to each of the below listed counsel:

1. Notice of Related Case in a Criminal Action
2. [Proposed] Order on Stipulated Notice of Related Case in a Criminal Action

Barry F. McNeil, Esq.
Haynes & Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219
Fax: (214) 200-0535

I declare under the penalty of perjury that the foregoing is true and correct. Executed on February 25, 2009, at San Francisco, California.

    /s/  Esther Fallas
Esther Fallas

NOTICE OF RELATED CASE - PAGE 3
Case No. CR-09-0131 (WHA)