LIDIA MAHER (CSBN 222253)
BARBARA NELSON (CSBN 87952)
JEANE HAMILTON (CSBN 157834)
ANNA TRYON PLETCHER (CSBN 239730)
MAY LEE HEYE (CSBN 209366)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | PROPOSED ORDER ON NOTICE OF RELATED CASE IN A CRIMINAL ACTION |
| | No. CV-07-5944 (SC) |
| | MDL No. 1917 |
| This Document Relates to: ALL ACTIONS | |
| UNITED STATES OF AMERICA<br>v.<br>CHENG YUAN LIN, a.k.a. C.Y. LIN,<br>Defendant. | No. CR-09-0131 (WHA) |

## **[PROPOSED] ORDER**

This Court has considered the Notice of Related Case in a Criminal Action under Crim.

[PROPOSED] ORDER - PAGE 1
Case No. CR-09-0131 (WHA)

1 | L. R. 8-1, filed by the United States.  Because the assignment of <u>United States v. Cheng Yuan
2 | "C.Y." Lin</u>, CR-09-0131 (WHA), to Judge Samuel Conti is likely to conserve judicial resources
3 | and promote an efficient determination of the action, it is ordered that this case is transferred to
4 | Judge Conti.

6 | DATED: _____, 2009

                                                                          U.S. District Court Judge

[PROPOSED] ORDER - PAGE 2
Case No. CR-09-0131 (WHA)