Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.:  Master File No. CV-07-5944 SC |
| This document relates to:<br>*Juetten, et al. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. CV-07-6225-SC | MDL No. 1917<br><br>**NOTICE OF CHANGE IN COUNSEL** |

TO: THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Micha Star Liberty is no longer a member of

Andrus Anderson LLP (formerly Andrus Liberty & Anderson LLP), counsel for Plaintiffs in the

above-captioned case and, as such, will no longer be counsel of record for Plaintiffs in this case.

Accordingly, Plaintiffs respectfully requests that Ms. Liberty be removed from the Court's

electronic mail notice list and counsel's service lists.

///

///

///

///

///

///

///

1    Dated: February 25, 2009                    Respectfully submitted,

2                                                ANDRUS ANDERSON LLP

3                                                      /s/ Jennie Lee Anderson
                                                       Jennie Lee Anderson
4
                                                Lori E. Andrus (SBN 205816)
5                                               Jennie Lee Anderson (SBN 203586)
                                                ANDRUS ANDERSON LLP
6                                               155 Montgomery Street, Suite 900
                                                San Francisco, CA 94104
7                                               Telephone: (415) 986-1400
                                                Facsimile: (415) 986-1474
8                                               lori@andrusanderson.com
                                                jennie@andrusanderson.com
9

10

11

12

13

14

15

16                          **CERTIFICATE OF SERVICE**

17              I hereby certify that on February 25, 2009, I electronically filed the above

18    document with the Clerk of the Court using the CM/ECF system which will send notification of

19    such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

20              I certify under penalty of perjury under the laws of the United States of America

21    that the foregoing is true and correct.

22
      Dated: February 25, 2009                       /s/ Jennie Lee Anderson
23                                                    Jennie Lee Anderson

24
                                                ANDRUS ANDERSON LLP
25                                              155 Montgomery Street, Suite 900
                                                San Francisco, CA 94104
26                                              Telephone: (415) 986-1400
                                                Facsimile: (415) 986-1474
27                                              lori@andrusanderson.com

28

801343.1                        - 2 -                    NOTICE OF CHANGE OF COUNSEL
                                                         CASE NO.:  CV-07-5944 SC