1  Lori E. Andrus (SBN 205816)
   Jennie Lee Anderson (SBN 203586)
2  ANDRUS ANDERSON LLP
   155 Montgomery Street, Suite 900
3  San Francisco, CA 94104
   Telephone: (415) 986-1400
4  Facsimile: (415) 986-1474
   lori@andrusanderson.com
5  jennie@andrusanderson.com

6
   *Attorneys for Plaintiff and the Proposed Class*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE:  CATHODE RAY TUBE (CRT) | Case No.:  Master File No. CV-07-5944 SC |
    ANTITRUST LITIGATION
12 |                                | MDL No. 1917 |
    This document relates to all actions.
13 |                                | **NOTICE OF ADDRESS AND NAME CHANGE** |

14

15

16            TO: THE COURT AND ALL COUNSEL OF RECORD:

17            PLEASE TAKE NOTICE that, effective February 1, 2009, the firm name of

18 Andrus Liberty & Anderson LLP was changed to Andrus Anderson LLP. The firm's address and

19 contact information have also changed. The current contact information is as follows:

20
                          ANDRUS ANDERSON LLP
21                        155 Montgomery Street, Suite 900
                          San Francisco, CA 94104
22                        Telephone: (415) 986-1400
                          Facsimile: (415) 986-1474
23                        www.andrusanderson.com
                          lori@andrusanderson.com
24                        jennie@andrusanderson.com

25

26 ///

27 ///

28 ///

801343.1                         -1-                NOTICE OF ADDRESS AND NAME CHANGE
                                                     CASE NO.:  CV-07-5944 SC

| | | |
|---|---|---|
| 1 | Dated: February 25, 2009 | Respectfully submitted, |
| 2 | | ANDRUS ANDERSON LLP |
| 3 | | _/s/ Jennie Lee Anderson_ |
| | | Jennie Lee Anderson |

Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2009, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 25, 2009                    _/s/ Jennie Lee Anderson_
                                            Jennie Lee Anderson

ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com