```
 1  LIDIA MAHER (CSBN 222253)
    BARBARA NELSON (CSBN 87952)
 2  JEANE HAMILTON (CSBN 157834)
    ANNA TRYON PLETCHER (CSBN 239730)
 3  MAY LEE HEYE (CSBN 209366)
    Antitrust Division
 4  U.S. Department of Justice
    450 Golden Gate Avenue
 5  Box 36046, Room 10-0101
    San Francisco, CA  94102
 6  Telephone:  (415) 436-6660

 7  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | PROPOSED ORDER ON NOTICE OF RELATED CASE IN A CRIMINAL ACTION<br><br>No. CV-07-5944 (SC)<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHENG YUAN LIN, a.k.a. C.Y. LIN,<br><br>Defendant. | No. CR-09-0131 (WHA) |

### [PROPOSED] ORDER

This Court has considered the Notice of Related Case in a Criminal Action under Crim.

[PROPOSED] ORDER - PAGE 1
Case No. CR-09-0131 (WHA)

1  L. R. 8-1, filed by the United States.  Because the assignment of <u>United States v. Cheng Yuan</u>
2  <u>"C.Y." Lin</u>, CR-09-0131 (WHA), to Judge Samuel Conti is likely to conserve judicial resources
3  and promote an efficient determination of the action, it is ordered that this case is transferred to
4  Judge Conti.

6  DATED: _____, 2009            _____
                                            U.S. District Court Judge

[PROPOSED] ORDER - PAGE 2
Case No. CR-09-0131 (WHA)