P. John Brady
Daniel D. Owen
Christopher Wilson
POLSINELLI SHUGHART PC
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
Telephone:  (816) 421-3355
Facsimile:  (816) 374-0509
jbrady@stklaw.com
dowen@stklaw.com
cwilson@stklaw.com
*Attorneys for Plaintiff Crago Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C07-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT effective February 1, 2009, the firm name of Shughart Thomson & Kilroy, PC was changed to:

**POLSINELLI SHUGHART PC**

The address, telephone and facsimile numbers remain the same.  The e-mail addresses for the attorneys in this matter have been changed as follows:

P. John Brady                    jbrady@polsinelli.com

Daniel D. Owen                 dowen@polsinelli.com

Christopher Wilson            cwilson@polsinelli.com

Dated:  March 9, 2009

1

**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES**

1

2                              Respectfully submitted,

3

4                           By:/s/ *P. John Brady*
                                P. JOHN BRADY

5                                DANIEL D. OWEN
                                CHRISTOPHER WILSON

6                                POLSINELLI SHUGHART PC
                                Twelve Wyandotte Plaza

7                                120 W. 12th Street
                                Kansas City, MO 64105

8                                Telephone:  (816) 421-3355
                                Facsimile:  (816) 374-0509

9                                *Attorneys for Plaintiff Crago Corporation*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES**