Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON
LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:      (415) 693-0700
Facsimile:      (415) 693-0770
ccorbitt@zelle.com

*Counsel for Indirect-Purchaser Plaintiffs*

Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT,
LLP
2280 Union Street
San Francisco, CA  94123
Telephone:     (415) 563-7200
Facsimile:     (415) 346-0679
malioto@tatp.com

*Interim Lead Counsel for Indirect-
Purchaser Plaintiffs*

(Additional Counsel Appear on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CHANGE OF ADDRESS** |
| All Indirect-Purchaser Actions. | |

1

1    **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2          **PLEASE TAKE NOTICE** that Lovell Stewart Halebian LLP, counsel of record in this

3    case, hereby files its **NOTICE OF CHANGE OF ADDRESS,** effective immediately. The correct

4    address is:

5            Lovell Stewart Halebian LLP
             61 Broadway, Suite 501
6              New York, NY 10006

7          **PLEASE TAKE FURTHER NOTICE** that telephone numbers, fax numbers and email

8    addresses will not change.

9    Dated: March 10, 2009                 By:   _/s/Judith A. Zahid_____

10                                        Francis O. Scarpulla (41059)
                                       Craig C. Corbitt (83251)

11                                        Judith A. Zahid (215418)
                                       Patrick B. Clayton (240191)

12                                        Qianwei Fu (242669)
                                       ZELLE HOFMANN VOELBEL &

13                                        MASON LLP
                                       44 Montgomery Street, Suite 3400

14                                        San Francisco, CA 94104
                                       Telephone:     (415) 693-0700

15                                        Facsimile:      (415) 693-0770
                                       ccorbitt@zelle.com

16                                        *Counsel for Indirect-Purchaser Plaintiffs*

17                                        Mario N. Alioto (56433)
                                       Lauren C. Russell (241151)

18                                        TRUMP, ALIOTO, TRUMP &
                                       PRESCOTT, LLP

19                                        2280 Union Street

20                                        San Francisco, CA 94123
                                       Telephone:     (415) 563-7200

21                                        Facsimile:      (415) 346-0679
                                       malioto@tatp.com

22                                        *Interim Lead Counsel for Indirect-*
                                       *Purchaser Plaintiffs*

23

24                                        Christopher Lovell
                                       LOVELL STEWART HALEBIAN LLP

25                                        61 Broadway, Suite 501
                                       New York, NY 10006

26                                        Telephone:     (212) 608-1900

27                                        *Attorneys for Plaintiffs*

#3216332

28                                      2

1

## <u>CERTIFICATE OF SERVICE</u>

2

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. CV-07-5944-SC**
3
**MDL No. 1917**

4      I, Monica J. Steele, certify and declare under penalty of perjury that I:  am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason
5 LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within
6 California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s)
7 in the manner indicated below:

8      **1.      NOTICE OF CHANGE OF ADDRESS**

9   ☐      by today depositing, at San Francisco, California, the said document(s) in the United States
           mail in a sealed envelope, with first-class postage thereon fully prepaid; (and/or)
10  ☐      by facsimile transmission to the parties listed below;
         ☐      by overnight mail to the parties listed below;
11  ☐      by today personally delivering the said document(s) to the person(s) indicated below in a
           manner provided by law, by handing them the documents or by leaving the said
12         document(s) at the office(s) or usual place(s) of business, during usual business hours, of
           the said person(s) with a clerk or other person who was apparently in charge thereof and at
13         least 18 years of age, whom I informed of the contents.
14  ☐      (BY ELECTRONIC MAIL)  I caused such document(s) to be emailed to the offices and/or
           to attorneys of offices of the below named addressee(s).
15  ☒      **By USDC Live System-Document Filing System:**  on all interested parties registered for
           e-filing.

16

17  Dated:  March 10, 2009

                                            Signed  _/s/Monica J. Steele_____
18                                                   Monica J. Steele

19

20

21

22

23

24

25

26

27

28

---

3