GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

STEVEN A. REISS *(admitted pro hac vice)*
Email: steven.reiss@weil.com
DAVID L. YOHAI *(admitted pro hac vice)*
Email: david.yohai@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

JEFFREY L. KESSLER *(admitted pro hac vice)*
Email: jkessler@dl.com
A. PAUL VICTOR *(admitted pro hac vice)*
Email: pvictor@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendants

PANASONIC CORPORATION OF NORTH AMERICA;
MT PICTURE DISPLAY CORPORATION OF AMERICA (NY)
(DEFUNCT); MT PICTURE DISPLAY CO., LTD. AND
PANASONIC CORPORATION (F/K/A MATSUSHITA ELECTRIC
INDUSTRIAL CO.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF CHANGE IN COUNSEL** |
| ALL ACTIONS | |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Alan R. Feigenbaum is no longer associated with Weil, Gotshal & Manges LLP, co-counsel for the Panasonic Defendants in the above-captioned case.  Accordingly, the Panasonic Defendants respectfully request that Mr. Feigenbaum be removed from the Court's electronic mail notice list and counsel's service lists.

Dated: March 12, 2009                                  Respectfully submitted,

                                                                WEIL, GOTSHAL & MANGES LLP

                                                                By:   /s/  *Gregory D. Hull*
                                                                             Gregory D. Hull

                                                               Attorneys for Panasonic Defendants

|  |  |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175. I am not a party to the above-captioned matter, and I am over the age of eighteen years.

I further declare that on March 12, 2009, I electronically filed the document entitled **NOTICE OF CHANGE IN COUNSEL** with the Clerk of the Court by **USDC Live System-Document Filing System** which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 12, 2009

By:   /s/   *Rebecca Kraus*
      Rebecca Kraus

CERTIFICATE OF SERVICE

Case No. 07-5944-SC
MDL No. 1917