AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION (DIRECT PURCHASER ACTIONS)<br><br>*Plaintiff*<br><br>v.<br><br>*Defendant* | )<br>)<br>)<br>)<br>) Civil Action No. 3:07-cv-5944 SC; MDL No. 1917<br>)<br>)<br>)<br>) |

*amended*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Addendum

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Guido Saveri
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
(415) 217-6810
guido@saveri.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**

CLERK OF COURT

Date: 3/19/09

*Signature of Clerk or Deputy Clerk*

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
(DIRECT PURCHASER ACTIONS)
Civil Action No: 3:07-cv-5944 SC; MDL No. 1917

**ADDENDUM**

Chunghwa Picture Tubes, Ltd.
Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.
Daewoo International Corporation
Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd.
Hitachi, Ltd.
Hitachi Displays, Ltd.
Hitachi America, Ltd.
Hitachi Asia, Ltd.
Hitachi Electronic Devices (USA)
Shenzhen SEG Hitachi Color Display Devices, Ltd.
Irico Group Corporation
Irico Group Electronics Co., Ltd.
Irico Display Devices Co., Ltd.
LG Electronics, Inc.
LG Electronics USA, Inc.
LG Electronics Taiwan Taipei Co., Ltd.
LP Displays International, Ltd.
Panasonic Corporation, f/k/a Matsushita Electric Industrial Co, Ltd.
Matsushita Electronic Corporation (Malaysia) Sdn Bhd.
Panasonic Corporation of North America
Panasonic Consumer Electronics Co.
Koninklijke Philips Electronics N.V.
Philips Electronics Industries Ltd.
Philips Electronics North America
Philips Consumer Electronics Co.
Philips Electronics Industries (Taiwan), Ltd.
Philips da Amazonia Industria Electronica Ltda.
Samsung Electronics Co., Ltd.
Samsung Electronics America, Inc.
Samsung SDI (Malaysia) Sdn Bhd.
Samsung SDI Co., Ltd. f/k/a Samsung Display Device Company
Samsung SDI America, Inc.
Samsung SDI Mexico S.A. de C.V.
Samsung SDI Brasil Ltda.
Shenzhen Samsung SDI Co. Ltd.
Tianjin Samsung SDI Co., Ltd.
Samtel Color, Ltd.
Tatung Company of America, Inc.
Thai CRT Company, Ltd.
Toshiba Corporation
Toshiba America, Inc.
Toshiba America Consumer Products LLC
Toshiba America Consumer Products, Inc.
Toshiba America Electronic Components, Inc.
Toshiba America Information Systems, Inc.
Toshiba Display Devices (Thailand) Company, Ltd.
MT Picture Display Co., Ltd., f/k/a Matsushita Toshiba Picture Display Co., Ltd.
Beijing-Matsushita Color CRT Company, Ltd.

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*


                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc: