Haight Brown & Bonesteel LLP

LAWYERS

71 Stevenson Street
20th Floor
San Francisco, CA
94105-2981

*tel:* 415.546.7500
*fax:* 415.546.7505

www.hbblaw.com



David W. Evans

March 24, 2009

**VIA ECF**

The Honorable Samuel Conti
United States District Judge
United States District Court, Northern District of California
Courtroom No. 1, 17th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC, MDL No. 1917
              This Document Relates to:  All Actions

Dear Judge Conti:

As Your Honor is aware, the parties (with the approval of the Court) entered into a Stipulation and Order last September regarding the schedule and procedure for these cases. Among other things, plaintiffs were required to indicate by September 30, 2008 which defendants they would be naming in a subsequent Amended Complaint. By correspondence dated September 30, 2008, plaintiffs' counsel did so. Our clients Orion America, Inc. and Orion Electric Company, Ltd. were not on plaintiffs' list. Last week, also pursuant to that Stipulation and Order, plaintiffs (both direct and indirect) filed their Consolidated Amended Complaints. Neither Orion America, Inc. nor Orion Electric Company, Ltd. is named.[1]

---

[1] The company named Orion Electric Company, Ltd. which is our client is a Japanese entity. In ¶ 28 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint and in ¶ 107 of the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint there is a reference to another company apparently called "Orion Electric Company" but, as set forth in those paragraphs, that company was a South Korean entity associated with Daewoo which went bankrupt in 2004. Since it is defunct, it is not a named defendant. It is not the Orion Electric Company, Ltd. (a Japanese company) which we represent.

Haight Brown & Bonesteel LLP

The Honorable Samuel Conti
March 24, 2009
Page 2

Accordingly, we ask that the Court regard this letter as our request on behalf of Orion America, Inc. and Orion Electric Company, Ltd. that the captions of all underlying actions be modified to remove their names, and that they (and we as their counsel) be removed from the service list and from ECF with respect to these cases. We thank the Court for its attention to our request.

Respectfully submitted,

By: ___/s/_____
David W. Evans

DAVID W. EVANS
Email: devans@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
Telephone: (415) 546-7500
Facsimile: (415) 546-7505

ANTHONY J. VIOLA (*pro hac vice*)
Email: aviola@eapdlaw.com
BARRY BENDES (*pro hac vice*)
Email: bbendes@eapdlaw.com
JOSEPH CZERNIAWSKI (*pro hac vice*)
Email: jczerniawski@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022
Telephone: (212) 308-4411 Facsimile: (212) 308-4844

Attorneys for Defendants Orion America, Inc. and Orion Electric Company, Ltd.

DWE

cc:     All Counsel   **(VIA ECF)**