BARRY J. BENDES *(pro hac vice forthcoming)*
Email: bbendes@eapdlaw.com
ANTHONY J. VIOLA *(pro hac vice forthcoming)*
Email: aviola@eapdlaw.com
JOSEPH E. CZERNIAWSKI *(pro hac vice forthcoming)*
Email: jczerniawski@eapdlaw.com
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York  10022
Telephone: 212.308.4411
Facsimile: 212.308.4844

DAVID W. EVANS (Bar No. 79466)
Email: devans@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, California 94105-2981
Telephone:  415.546.7500
Facsimile:  415.546.7505

Attorneys for Defendant
**ORION AMERICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **CERTIFICATE OF MAILING** |
| ALL ACTIONS | |

# CERTIFICATE OF MAILING

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 71 Stevenson Street, 20th Floor, San Francisco, California 94105-2981.

On March 24, 2009, I served on interested parties in said action the within:

**LETTER FROM DAVID W. EVANS DATED MARCH 24, 2009**

by placing a true copy thereof in sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at San Francisco, California.

| | |
|---|---|
| Charles H. Johnson<br>Charles H Johnson & Associates P A<br>2599 Mississippi Street<br>New Brighton, MN 55113 | Donna F. Solen<br>Mason Law Firm-Washington<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036 |
| Gregory D. Hull<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Guri Ademi<br>Ademi & O'Reilly LLP<br>3620 East Layton Avenue Cudahy, WI 53110 |
| Imtiaz A. Siddiqui<br>Lovell Stewart Halebian LLP 500 Fifth Avenue<br>New York, NY 10110 | Issac L. Diel<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211 |
| Jean B. Roth<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 | John G. Emerson<br>Emerson Poynter LLP<br>830 Apollo Lane<br>Houston, TX 77058 |
| John Gressette Felder, Jr<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 | Karen Sewell<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL 60601 |
| Krishna B. Narine<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004 | Lawrence D. McCabe<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 |
| Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 | Lori A. Fanning<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |

| | | |
|---|---|---|
| 1 | Manuel Dominguez<br>Berman DeValerio Peasse Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield East<br>1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 |
| 5 | Martin E. Grossman<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 | Matthew E. Van Tine<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| 8 | Neal A Eisenbraun<br>Neal A Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN 55113 | Patrick Bradford Clayton<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street, Suite #3400<br>San Francisco, CA 94104 |
| 10 | Richard M. Hagstrom<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 | Roger Martin Schrimp<br>Damrell Nelson Schrimp Pallios Pacher & Silva<br>1601 I Street 5th Floor<br>Modesto, CA 95354 |
| 14 | Roxane Busey<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL 60601 | Shpetim Ademi<br>Ademi & O'Reilly LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110 |
| 16 | Steven A. Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Traviss Levine Galloway<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St #3400<br>San Francisco, CA 94104 |

I deposited such envelope in the mail at San Francisco, California. The envelope was mailed with postage thereon fully prepaid.

Executed on March 24, 2009, at San Francisco, California.

I declare under penalty of perjury that I am a member of the bar of this Court and that the foregoing is true and correct.

Ann Jo Foo
(Type or print name)

(Signature)