

ORIGINAL

1  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
2  JOSEPH R. WETZEL (238008)
   Email: joseph.wetzel@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  STEVEN A. REISS (*admitted pro hac vice*)
   Email: steven.reiss@weil.com
7  DAVID L. YOHAI (*admitted pro hac vice*)
   Email: david.yohai@weil.com
8  DAVID E. YOLKUT (*pro hac vice admission pending*)
   Email: david.yolkut@weil.com
9  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
10 New York, New York 10153-0119
   Telephone: (212) 310-8000
11 Facsimile: (212) 310-8007

12 JEFFREY L. KESSLER (*admitted pro hac vice*)
   Email: jkessler@dl.com
13 A. PAUL VICTOR (*admitted pro hac vice*)
   Email: pvictor@dl.com
14 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
15 New York, NY 10019
   Telephone: (212) 259-8000
16 Facsimile: (212) 259-7013

17 Attorneys for Defendants

18 PANASONIC CORPORATION OF NORTH AMERICA;
   MT PICTURE DISPLAY CO., LTD. AND
19 PANASONIC CORPORATION (F/K/A MATSUSHITA ELECTRIC
   INDUSTRIAL CO.)
20

FILED
MAR 24 PM 2:53
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| ALL ACTIONS | |

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

1         Pursuant to Civil L.R. 11-3, DAVID E. YOLKUT, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the Panasonic Defendants in the above-entitled litigation.

        In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

    3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> GREGORY D. HULL (57367)
> WEIL, GOTSHAL & MANGES LLP
> Silicon Valley Office
> 201 Redwood Shores Parkway
> Redwood Shores, California 94065-1175
> Telephone: (650) 802-3000
> Facsimile: (650) 802-3100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2009

Respectfully submitted,

*/s/ David E. Yolkut*
David E. Yolkut
Email: david.yolkut@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

2

Case No. 07-5944-SC
MDL No. 1917