1  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
2  JOSEPH R. WETZEL (238008)
   Email: joseph.wetzel@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  STEVEN A. REISS *(admitted pro hac vice)*
   Email: steven.reiss@weil.com
7  DAVID L. YOHAI *(admitted pro hac vice)*
   Email: david.yohai@weil.com
8  DAVID E. YOLKUT *(pro hac vice admission pending)*
   Email: david.yolkut@weil.com
9  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
10 New York, New York 10153-0119
   Telephone:  (212) 310-8000
11 Facsimile:  (212) 310-8007

12 JEFFREY L. KESSLER *(admitted pro hac vice)*
   Email: jkessler@dl.com
13 A. PAUL VICTOR *(admitted pro hac vice)*
   Email: pvictor@dl.com
14 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
15 New York, NY 10019
   Telephone: (212) 259-8000
16 Facsimile: (212) 259-7013

17 Attorneys for Defendants

18 PANASONIC CORPORATION OF NORTH AMERICA;
   MT PICTURE DISPLAY CO., LTD. AND
19 PANASONIC CORPORATION (F/K/A MATSUSHITA ELECTRIC
   INDUSTRIAL CO.)
20

21              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
22

23 IN RE: CATHODE RAY TUBE (CRT)
   ANTITRUST LITIGATION                    No. M 07-5944-SC

24                                          MDL No. 1917

25 This Document Relates to:              **[PROPOSED] ORDER GRANTING
                                          APPLICATION FOR *PRO HAC VICE*
26 ALL ACTIONS                            ADMISSION OF DAVID E. YOLKUT**

27

28

   [PROPOSED] ORDER GRANTING              Case No. 07-5944-SC
   APPLICATION FOR ADMISSION OF           MDL No. 1917
   ATTORNEY *PRO HAC VICE*

1  David E. Yolkut, an active member in good standing of the bars of the State of

2  New York and the Southern District of New York, whose business address and telephone number

3  is Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, (212) 310-8000,

4  having applied in the above-entitled action for admission to practice in the Northern District of

5  California on a *pro hac vice* basis, representing the Panasonic Defendants,

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

7  and conditions of Civil Local Rule 11-3.  All papers filed by the attorney must indicate

8  appearance *pro hac vice*.  Service of papers upon and communication with co-counsel designated

9  in the application will constitute notice to the party.  All future filings in this action are subject to

10  the requirements contained in General Order No. 45, *Electronic Case Filing*.

11

12  Dated: _____        _____

13                                                                  Judge Samuel Conti

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*                          2