AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litig. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  3:07-cv-5944 SC; MDL No. 1917 |
| *Defendant*  **amended** | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    SEE ADDENDUM

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mario N. Alioto
> Trump, Alioto, Trump & Prescott, LLP
> 2280 Union Street
> San Francisco, CA 94123

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date:   03/24/2009

**ALFRED AMISTOSO**

*Signature of Clerk of Court or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   3:07-cv-5944 SC; MDL No. 1917

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
## (INDIRECT PURCHASER ACTIONS)
## 3:07-cv-5944 SC; MDL No. 1917

### Addendum to Amended Summons

**NAMES AND ADDRESSES OF DEFENDANTS:**

| | |
|---|---|
| **LG Electronics, Inc.** | LG Twin Towers 20, Yeouido-dong, Yeongdeungpo-gu, Seoul, Korea 150-721 |
| **LG Electronics U.S.A., Inc.** | 1000 Sylvan Avenue, Englewood Cliffs, NJ 07632 |
| **LG Electronics Taiwan Taipei Co., Ltd.** | 7F, No.47, Lane3, Jihu Road, NeiHu District, Taipei City, Taiwan |
| **Samsung Electronics Co., Ltd.** | Samsung Main Building, 250, 2-ga, Taepyong-ro, Jung-gu Seoul 100-742, South Korea |
| **Samsung Electronics America, Inc.** | 105 Challenger Road, 6th Floor, Ridgefield Park, New Jersey 07660 |
| **Samsung SDI Co., Ltd.** | 15th – 18th Floor, Samsung Life Insurance Building, 150, 2-ga, Taepyong-ro, Jung-gu, Seoul, 100-716, South Korea |
| **Samsung SDI America, Inc.** | 3333 Michelson Drive, Suite 700, Irvine, California |
| **Samsung SDI Mexico S.A. de C.V.** | Blvd. Los Olivos, No.21014, Parque Industrial El Florido, Tijuana, B.C. Mexico |
| **Samsung SDI Brasil Ltda.** | Av. Eixo Norte Sul, S/N, Distrito Industrial, 69088-480 Manaus, Amazonas, Brazil |
| **Shenzhen Samsung SDI Co. Ltd.** | Huanggang Bei Lu, Futian Gu, Shenzhen, China |
| **Tianjin Samsung SDI Co., Ltd.** | Developing Zone of Yi-Xian Park, Wuqing County, Tianjin, China |

| | |
|---|---|
| **Samsung SDI (Malaysia) Sdn. Bhd.** | Lot 635 & 660, Kawasan Perindustrian, Tuanku, Jaafar, 71450 Sungai Gadut, Negeri Semblian Darul Khusus, Malaysia |
| **Samtel Color, Ltd.** | 52, Community Centre, New Friends Colony, New Delhi-110065 |
| **Toshiba Corporation** | 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan |
| **Toshiba America, Inc.** | 1251 Avenue of the Americas, Suite 4110, New York, NY 10020 |
| **Toshiba America Consumer Products, LLC** | 82 Totawa Rd., Wayne, New Jersey 07470-3114 |
| **Toshiba America Consumer Products, Inc.** | 1420-B Toshiba Drive, Lebanon, Tennessee, 37087 |
| **Toshiba America Electronics Components, Inc.** | 9775 Toledo Way, Irvine, California 92618 |
| **Toshiba America Information Systems, Inc.** | 9470 Irvine Boulevard, Irvine, California 92718 |
| **Toshiba Display Devices (Thailand) Company, Ltd.** | 142 Moo 5 Bangkadi Industrial Estate, Tivanon Road, Pathum Thani, Thailand 12000 |
| **MT Picture Display Co., Ltd.** | 1-1, Saiwai-cho, Takatsuki-shi, Osaka 569-1193, Japan |
| **Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)** | 1006 Oaza Kadoma, Kadoma-shi, Osaka 571-8501, Japan |
| **Panasonic Corporation of North America** | One Panasonic Way, Secaucus, New Jersey |
| **Panasonic Consumer Electronics Company** | One Panasonic Way, Secaucus, New Jersey |
| **Matsushita Electronic Corporation (Malaysia) Sdn Bhd.** | Lot 1, Persiaran Tengku Ampuan Section 21, Shah Alam Industrial Site, Shah Alam, Malaysia 40000 |

| | |
|---|---|
| **Beijing-Matsushita Color CRT Company, Ltd.** | No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China |
| **Daewoo International Corporation** | 84-11 Namdaemunno 5-ga, Jung-gu, Seoul, Korea (100-753) |
| **Daewoo Electronics Corporation (f/k/a Daewoo Electronics Company, Ltd.)** | 686 Ahyeon-dong, Mapagu, Seoul, Korea |
| **Hitachi, Ltd.** | 6-1 Marunouchi Center Building 13F, Chiyoda-ku, Tokyo 100-8220, Japan |
| **Hitachi Displays, Ltd.** | AKS Building, 3 Kandaneribeicho 3, Chiyoda-ku, Tokyo, 101-0022, Japan |
| **Hitachi Electronic Devices (USA), Inc.** | 1000 Hurricane Shoals Road, Ste. D-100, Lawrenceville, GA 30043 |
| **Hitachi America, Ltd.** | 2000 Sierra Point Pkwy. Brisbane, CA 94005-1835 |
| **Hitachi Asia, Ltd.** | 16 Collyer Quay, #20-00 Hitachi Tower, Singapore, 049318 |
| **Shenzhen SEG Hitachi Color Display Devices, Ltd.** | 5001 Huanggang Road, Futian District, Shenzhen 518035, China |
| **Chunghwa Picture Tubes, Ltd.** | 1127 Hopin Road, Padeh City, Taoyuan, Taiwan |
| **Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.** | Lot 1, Subang Hi-Tech Industrial Park, Batu Tiga, 4000 Shah Alam, Selangor Darul Ehsan, Malaysia |
| **LP Displays International, Ltd. f/k/a LG Philips Displays** | 6th Floor, ING Tower, 308 Des Voeux Road Central, Sheung Wan, Hong Kong |
| **Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V.** | Amstelplein 2, Breitner Center, 1070 MX Amsterdam, The Netherlands |
| **Philips Electronics North America Corporation** | 1251 Avenue of the Americas, New York, NY 10020-1104 |
| **Philips Electronics Industries, Ltd.** | 15F 3-1 Yuanqu Street, Nangang |

| | |
|---|---|
| | District, Taipei, Taiwan |
| **Philips Consumer Electronics Co.** | 64 Perimeter Center E., Atlanta, GA 30346-2295 |
| **Philips Electronics Industries (Taiwan), Ltd.** | 15F 3-1 Yuanqu Street, Nangang District, Taipei, Taiwan |
| **Philips da Amazonia Industria Electronica Ltda.** | Av Torquato Tapajos 2236, 1 andar (parte 1), Flores, Manaus, AM 39048-660, Brazil |
| **IRICO Group Corporation** | 1 Caihong Rd., Xianyang City, Shaanxi Province 712021 |
| **IRICO Display Devices Co., Ltd.** | No. 16, Fenghui South Road West, District High-tech Development Zone, Xi'an, SXI 710075 |
| **IRICO Group Electronics Co., Ltd.** | 1 Caihong Rd., Xianyang City, Shaanxi Province 712021 |
| **Thai CRT Company, Ltd.** | 1/F Siam Cement Road, Bangsue Dusit, Bangkok, Thailand |
| **Tatung Company** | 22, Sec. 3, Chung-Shan N. Rd., Taipei City, 104 Taiwan |
| **Tatung Company of America, Inc.** | 2850 El Presidio Street, Long Beach, California |