```
 1  GREGORY D. HULL (57367)
    Email: greg.hull@weil.com
 2  JOSEPH R. WETZEL (238008)
    Email: joseph.wetzel@weil.com
 3  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
 4  Redwood Shores, California 94065-1175
    Telephone: (650) 802-3000
 5  Facsimile: (650) 802-3100

 6  STEVEN A. REISS (admitted pro hac vice)
    Email: steven.reiss@weil.com
 7  DAVID L. YOHAI (admitted pro hac vice)
    Email: david.yohai@weil.com
 8  DAVID E. YOLKUT (pro hac vice admission pending)
    Email: david.yolkut@weil.com
 9  WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
10  New York, New York 10153-0119
    Telephone: (212) 310-8000
11  Facsimile: (212) 310-8007

12  JEFFREY L. KESSLER (admitted pro hac vice)
    Email: jkessler@dl.com
13  A. PAUL VICTOR (admitted pro hac vice)
    Email: pvictor@dl.com
14  Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
15  New York, NY 10019
    Telephone: (212) 259-8000
16  Facsimile: (212) 259-7013

17  Attorneys for Defendants

18  PANASONIC CORPORATION OF NORTH AMERICA;
    MT PICTURE DISPLAY CO., LTD. AND
19  PANASONIC CORPORATION (F/K/A MATSUSHITA ELECTRIC
    INDUSTRIAL CO.)
20
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. M 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF DAVID E. YOLKUT |

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

David E. Yolkut, an active member in good standing of the bars of the State of New York and the Southern District of New York, whose business address and telephone number is Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153, (212) 310-8000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Panasonic Defendants,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  ~~May 25, 2008~~  March 25, 2009



IT IS SO ORDERED

Judge Samuel Conti

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

2

Case No. 07-5944-SC
MDL No. 1917