GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

STEVEN A. REISS *(admitted pro hac vice)*
Email: steven.reiss@weil.com
DAVID L. YOHAI *(admitted pro hac vice)*
Email: david.yohai@weil.com
DAVID E. YOLKUT *(admitted pro hac vice)*
Email: david.yolkut@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

JEFFREY L. KESSLER *(admitted pro hac vice)*
Email: jkessler@dl.com
A. PAUL VICTOR *(admitted pro hac vice)*
Email: pvictor@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendants

PANASONIC CORPORATION OF NORTH AMERICA;
MT PICTURE DISPLAY CO., LTD. AND
PANASONIC CORPORATION (F/K/A MATSUSHITA ELECTRIC
INDUSTRIAL CO.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | ***CERTIFICATE OF SERVICE*** |
| ALL ACTIONS | |

1                                   Case No. 07-5944-SC
                                    MDL No. 1917
*CERTIFICATE OF SERVICE*

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on March 24, 2009, I filed by ECF filing the Application for Admission of Attorney *Pro Hac Vice* and [Proposed] Order Granting Application for Admission of David E. Yolkut. I further declare that on March 30, 2009, I served a copy of:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID E. YOLKUT**

**ORDER GRANTING APPLICATION FOR ADMISSION OF DAVID E. YOLKUT**

☒ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

Charles H. Johnson
Charles H. Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN  55113

Donna F. Solen
Mason Law Firm – Washington
1225 19th Street, NW, Suite 500
Washington, DC  20036

Guri Ademi
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI  53110

Imtiaz A. Siddiqui
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY  10110

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS  66211

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402-4511

| | |
|---|---|
| 1 | John Gressette Felder, Jr. |
| | McGowan Hood Felder & Johnson |
| 2 | 1405 Calhoun Street |
| | Columbia, SC  29201 |
| 3 | |
| | Karen Sewell |
| 4 | Baker & McKenzie LLP |
| | 130 E. Randolph Drive, Suite 3500 |
| 5 | Chicago, IL  60601 |
| 6 | Krishna B. Narine |
| | Schiffrin & Barroway, LLP |
| 7 | Three Bala Plaza East, Suite 400 |
| | Bala Cynwyd, PA  19004 |
| 8 | |
| | Lawrence D. McCabe |
| 9 | Murray Frank & Sailer LLP |
| | 275 Madison Avenue |
| 10 | New York, NY  10016 |
| 11 | Lawrence P. Schaefer |
| | Mansfield Tanick & Cohen |
| 12 | 1700 U.S. Bank Plaza South |
| | 220 South Sixth Street |
| 13 | Minneapolis, MN  55402-4511 |
| 14 | Lori A. Fanning |
| | Miller Law LLC |
| 15 | 115 So. LaSalle Street, Suite 2910 |
| | Chicago, IL  60603 |
| 16 | |
| | Mark Reinhardt |
| 17 | Reinhardt Wendorf & Blanchfield |
| | East 1000 First National Bank Building |
| 18 | 322 Minnesota Street |
| | St. Paul, MN  55101 |
| 19 | |
| | Martin E. Grossman |
| 20 | Law Offices of Martin E. Grossman |
| | 2121 Green Brier Drive |
| 21 | Villanova, PA  19085 |
| 22 | Matthew E. Van Tine |
| | Miller Law LLC |
| 23 | 115 So. LaSalle Street, Suite 2910 |
| | Chicago, IL  60603 |
| 24 | |
| | Neal A. Eisenbraun |
| 25 | Neal A. Eisenbraun, Chartered |
| | 2599 Mississippi Street |
| 26 | New Brighton, MN  55113 |
| 27 | |
| 28 | |

*CERTIFICATE OF SERVICE*

Patrick Bradford Clayton
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104

Traviss Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery Street, Suite 3400
San Francisco, CA  94104

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN  55415

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
15601 I Street, 5th Floor
Modesto, CA  95354

Roxane Busey
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL  60601

Shpetim Ademi
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI  53110

Executed on March 30, 2009 at Redwood Shores, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Rebecca Kraus*
Rebecca Kraus

*CERTIFICATE OF SERVICE*