UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br>MDL No. 1917 |
| This document relates to:<br>ALL ACTIONS | ORDER RE: SPECIAL <u>MASTER'S DUTIES</u> |

On June 16, 2008, the Court appointed the Honorable Charles A. Legge, United States District Judge (Retired), as a Special Master to assist the Court in this litigation ("Order"). Docket No. 302. Pursuant to that Order, all motions that will be filed in this litigation are referred to Judge Legge, who will issue recommendations and tentative rulings on the motions. These recommendations will be subject to the Court's final approval. <u>See</u> Order ¶¶ 16-19. The parties are to contact Sarah Nevins, Judge Legge's Case Manager, at 415-774-2657 to calendar all such motions.

IT IS SO ORDERED.

Dated: April 8, 2009

_____
UNITED STATES DISTRICT JUDGE