Robert G. Methvin, Jr., Esq.
James Michael Terrell, Esq.
J. Matthew Stephens, Esq.
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:   (205) 939-0199
Facsimile:   (205) 939-0399
sreynolds@mmlaw.net

Counsel for Plaintiffs Brady Lane Cotton, Charles Jenkins and Colleen Sobotka

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF APPEARANCE** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

TO:   TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert G. Methvin, Jr., James Michael Terrell, and J. Matthew Stephens enter an appearance on behalf of Plaintiffs Brady Lane Cotton, Charles Jenkins and Colleen Sobotka in the above-captioned action, and requests that all pleadings, notices, orders and other papers in connection with this action be served upon them at the e-mail address listed above.

DATED: April 24, 2009

1

1
2                       Respectfully submitted,
3
4
5           By:     s/Robert G. Methvin, Jr.
                           Robert G. Methvin, Jr.
6                          James Michael Terrell
                           J. Matthew Stephens
7                          McCallum, Methvin & Terrell, P.C.
                           The Highland Building
8                          2201 Arlington Avenue South
                           Birmingham, AL 35205
9                          Tel: (205) 939-0199
                           Fax: (205) 939-0399
10
11                         ***Attorneys for Plaintiffs Brady Lane Cotton, Charles Jenkins and Colleen Sobotka***
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                      2