Robert G. Methvin, Jr., Esq.
James Michael Terrell, Esq.
J. Matthew Stephens, Esq.
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399
sreynolds@mmlaw.net

Counsel for Plaintiffs Brady Lane Cotton, Charles Jenkins
and Colleen Sobotka

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **PROOF OF SERVICE** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | |

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA** )
)
**COUNTY OF SAN FRANCISCO** )

I, the undersigned, declare:

I am a citizen of the United States; am over the age of 18 years; am employed by MCCALLUM, METHVIN & TERRELL, P.C., located at 2201 Arlington Avenue South, Birmingham, Alabama 35205; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicted below:

**NOTICE OF APPEARANCE**

[X]  **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's USDC Live System - Document Filing System on all interested parties registered for electronic filing in this action.

[ ]  **By Mail:** I placed a true copy on this date of each document listed above in a sealed envelope addressed to each person listed on the attached service list. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.

Executed on April 24, 2009 at Birmingham, Alabama.

s/Robert G. Methvin, Jr._____
Robert G. Methvin, Jr.

2

PROOF OF SERVICE
MASTER FILE NO. 3:07-CV-5944 SC, MDL DOCKET NO. 1917