Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287

Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618<br><br>ORDER Re BRIEFING AND HEARING OF MOTIONS TO DISMISS |

    On March 16, 2009, the Direct Purchaser plaintiffs filed a consolidated amended complaint ("Direct CAC") and the Indirect Purchaser plaintiffs filed a consolidated amended complaint ("Indirect CAC"). Certain defendants[1] subsequently notified plaintiffs of their intent to file motions to dismiss. The parties met and conferred about a schedule and plan for the motions to dismiss, but were unable to reach an agreement.

    Thereafter, the parties presented to the Special Master their respective plans for the motions to dismiss, and the matter was heard by telephone on April 17, 2009.

    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. With respect to certain issues jointly affecting each Participating Defendant, the Participating Defendants shall file one joint brief in support of their motions to dismiss

---

[1] The Participating Defendants are listed in Appendix A.

1

the Direct CAC and one joint brief in support of their motions to dismiss the Indirect CAC. The joint briefs shall discuss, in addition to the subjects listed on page two of Mr. Kessler's letter of April 14, 2009, the joint position of the Participating Defendants regarding <u>Bell Atlantic Corporation vs. Twombly</u>, 550 US 544 (2007). The joint opening briefs shall not exceed fifty (50) pages each; each opposition brief shall not exceed fifty (50) pages; and each reply brief shall not exceed twenty five (25) pages.

2. With respect to certain additional issues affecting some or all individual Participating Defendants, including the application of <u>Bell Atlantic vs. Twombly</u> to particular defendants or groups of defendants, Participating Defendants shall file no more than one additional brief per group of Participating Defendants[2] in support of their motions to dismiss both the Direct and Indirect CACs. The additional briefs shall not address issues covered by the joint briefs. The length of the opening and opposition briefs shall not exceed twenty-five (25) pages, and reply briefs shall not exceed fifteen (15) pages.

3. Participating Defendants shall file their opening briefs, no later than May 18, 2009.

4. Plaintiffs shall file their opposition briefs, no later than June 26, 2009.

5. Participating Defendants shall file their reply briefs, no later than July 22, 2009.

6. The oral arguments of the motions to dismiss will be held at the San Francisco Resolution Center of JAMS beginning at 9 a.m. on August 4, 2009, and extending as necessary to August 5, 2009.

7. To the extent that plaintiffs seek discovery regarding any <u>in personam</u> jurisdiction issues raised by the motions, the parties shall meet and confer on a new briefing schedule for the <u>in personam</u> jurisdiction motions only.

Dated: April 24, 2009

*Charles A. Legge*
United States District Judge (Ret.)
Special Master

---

[2] The groups of Participating Defendants for briefing purposes only are listed in Appendix A.

## APPENDIX A

**Defendants Participating in Briefing Proposal by Group of Defendants**[*]

<u>Beijing-Matsushita Color CRT Company, Ltd.</u>

<u>Hitachi Defendants</u>
Hitachi, Ltd.
Hitachi Displays, Ltd.
Hitachi America, Ltd.
Hitachi Asia, Ltd.
Hitachi Electronic Devices (USA)

<u>Irico Defendants</u>
Irico Group Corporation
Irico Group Electronics Co., Ltd.
Irico Display Devices Co., Ltd.

<u>LG Defendants</u>
LG Electronics, Inc.
LG Electronics USA, Inc.
LG Electronics Taiwan Taipei Co., Ltd.

<u>Panasonic Defendants</u>
Panasonic Corporation
Matsushita Electronic Corporation (Malaysia) Shn. Bhd.
Panasonic Corporation of North America
Panasonic Consumer Electronics Co.
MT Picture Display Co., Ltd.

<u>Philips Defendants</u>
Koninklijke Philips Electronics N.V.
Philips Electronics Industries Ltd.
Philips Electronics North America
Philips Consumer Electronics Co.
Philips Electronics Industries (Taiwan), Ltd.
Philips da Amazonia Industria Electronica Ltda.

---

[*] The groupings of defendants in this Appendix A do not constitute an admission that all such defendants are (i) legal entities; (ii) properly named as defendants in the Consolidated Amended Complaints; (iii) represented by counsel in this action; (iv) represented by counsel in the United States; (v) subject to personal jurisdiction in this action; (vi) subject to personal jurisdiction in the United States; and/or (vi) part of the same group of companies as of this or any other date.

| Defendants Participating in Briefing Proposal by Group of Defendants* |
|---|
| <u>Samsung Electronics Defendants</u><br>Samsung Electronics Co., Ltd.<br>Samsung Electronics America, Inc.<br><br><u>Samsung SDI Defendants</u><br>Samsung SDI (Malaysia) Sdn. Bhd.<br>Samsung SDI Co., Ltd.<br>Samsung SDI America, Inc.<br>Samsung SDI Mexico S.A. de C.V.<br>Samsung SDI Brasil Ltda.<br>Shenzhen Samsung SDI Co. Ltd.<br>Tianjin Samsung SDI Co., Ltd.<br><br><u>Samtel Color, Ltd.</u><br><br><u>Tatung Defendants</u><br>Tatung Company<br>Tatung Company of America, Inc.<br><br><u>Thai CRT Company</u><br><br><u>Toshiba Defendants</u><br>Toshiba Corporation<br>Toshiba America, Inc.<br>Toshiba America Consumer Products, LLC<br>Toshiba America Consumer Products, Inc.<br>Toshiba America Electronic Components, Inc.<br>Toshiba America Information Systems, Inc.<br>Toshiba Display Devices (Thailand) Company, Ltd. |