Keith T. Belt, Jr., Esq.
Chris W. Cantrell, Esq.
BELT LAW FIRM, P.C.
2204 Lakeshore Drive, Suite 208
Birmingham, AL 35209
Phone: (205) 933-1500
Fax:    (205) 933-5500
E-Mail: keithb@beltlawfirm.com
         chrisc@beltlawfirm.com

Counsel for Plaintiff Colleen Sobotka

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF APPEARANCE** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

TO:    TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Keith T. Belt, Jr., and Chris W. Cantrell, enter an appearance on behalf of Plaintiff Colleen Sobotka in the above-captioned action, in addition to all prior noted counsel, and requests that all pleadings, notices, orders and other papers in connection with this action be served upon them at the e-mail address listed above.

DATED: May 4, 2009

1

NOTICE OF APPEARANCE
MASTER FILE NO. 3:07-CV-5944 SC, MDL DOCKET NO. 1917

Respectfully submitted,

By: /s/KEITH T. BELT, JR.

/s/CHRIS W. CANTRELL
Keith T. Belt, Jr., Esq.
Chris W. Cantrell, Esq.
BELT LAW FIRM, P.C.
2204 Lakeshore Drive, Suite 208
Birmingham, AL 35209
Phone: (205) 933-1500
Fax:    (205) 933-5500
E-Mail: keithb@beltlawfirm.com
           chrisc@beltlawfirm.com

***Attorneys for Plaintiffs Brady Lane Cotton, Charles Jenkins and Colleen Sobotka***

### CERTIFICATE OF SERVICE

I do hereby certify that on _4/m_ day of May, 2009, I electronically filed the foregoing with the Clerk of the Court, using the PACER system which will send notification of such filing to the following registered persons and that those persons not registered with the PACER system were served by placing a copy of same in the United States Mail, First Class Postage Prepaid, to:

_____
OF COUNSEL

2