Christine A. Laciak (*pro hac vice*)
christine.laciak@freshfields.com
Terry Calvani (53260)
terry.calvani@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944<br>MDL NO. 1917 – ALL CASES<br>**NOTICE OF APPEARANCE OF CHRISTINE A. LACIAK**<br>Before the Honorable Samuel Conti |
| This document relates to:<br><br>ALL ACTIONS | |

PLEASE TAKE NOTICE that Christine A. Laciak hereby enters her appearance *pro hac vice* in these actions on behalf of defendant Beijing Matsushita Color CRT Company, Ltd.  Ms. Laciak is admitted to practice and in good standing in the United States District Court for the District of Columbia.

Dated:  May 8, 2009                                Respectfully submitted,

                                                                Freshfields Bruckhaus Deringer US LLP


                                                                By:  /s/  Christine A. Laciak
                                                                Christine A. Laciak (*pro hac vice*)
                                                                Terry Calvani (53260)
                                                                701 Pennsylvania Avenue, NW, Ste 600
                                                                Washington, DC  20004
                                                                Tel:  (202) 777-4500
                                                                Fax:  (202) 777-4555

                                                                *Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.*

**CERTIFICATE OF SERVICE**

I, Christine A. Laciak, declare that I am over the age of eighteen (18) and not a party to the within action.  I am an associate with the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

On May 8, 2009, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF CHRISTINE A. LACIAK** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.

Dated:  May 8, 2009

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By: /s/ *Christine A. Laciak*
Christine A. Laciak (*pro hac vice*)
Freshfields Bruckhaus Deringer
  US LLP
Email: christine.laciak@freshfields.com
701 Pennsylvania Avenue NW, Suite 600
Washington, DC  20004
Tel: (202) 777-4578
Fax: (202) 777-4555

***Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.***