| | |
|---|---|
| 1 | MICHAEL F. TUBACH (S.B. #145955) |
| | mtubach@omm.com |
| 2 | O'MELVENY & MYERS LLP |
| | Two Embarcadero Center, 28th Floor |
| 3 | San Francisco, CA 94111-3823 |
| | Telephone: (415) 984-8700 |
| 4 | Facsimile: (415) 984-8701 |
| 5 | *Attorney for Defendants* |
| | *Samsung Electronics Co., Ltd. and* |
| 6 | *Samsung Electronics America, Inc.* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:07-cv-5944 SC<br>MDL No. 1917<br><br>**Notice of Appearance**<br><br>The Honorable Samuel Conti |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that Michel F. Tubach of O'Melveny & Myers LLP hereby appears as counsel of record on behalf of Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in the above-captioned action, and requests that all pleadings, notices, orders and other papers in connection with this action be served upon him at the e-mail address listed above.

  As a further courtesy to the Court, I wish to advise that other attorneys from O'Melveny & Myers LLP including Ian Simmons are filing for admission *pro hac vice* in this court to represent Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in this matter.

1  Dated: May 13, 2009

2                                          Respectfully submitted,

3

4                                          By: *s/* Michael F. Tubach
                                                Michael F. Tubach
5                                          O'MELVENY & MYERS LLP
                                           Two Embarcadero Center, 28th Floor
6                                          San Francisco, CA  94111-3823
                                           Telephone: (415) 984-8700
7                                          Facsimile: (415) 984-8701

8                                          *Attorney for Defendants*
                                           *Samsung Electronics Co., Ltd. and*
9                                          *Samsung Electronics America, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Michael F. Tubach declare that I am over the age of eighteen (18) and not a party to this action. I am a partner with the law firm of O'Melveny & Myers LLP, Two Embarcadero Center, 28th Floor, San Francisco, CA 94111-3823.

On May 13, 2009, I caused a true and correct copy of the foregoing Notice of Appearance to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.

Dated: May 13, 2009

By: *s/* Michael F. Tubach
Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorney for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*