1  IAN SIMMONS (S.B. #439645)
   isimmons@omm.com
2  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
3  Washington, D.C. 20006-4001
   Telephone: (202) 383-5300
4  Facsimile: (202) 383-5414

FILED
09 MAY 13 PM 3:27

5  *Attorney for Defendants*
   *Samsung Electronics Co., Ltd. and*
6  *Samsung Electronics America, Inc.*

7

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

11 IN RE: CATHODE RAY TUBE (CRT)      Case No. 3:07-cv-5944 SC
   ANTITRUST LITIGATION      MDL No. 1917
12

13 This document relates to:      **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

14 ALL ACTIONS

15

16       Pursuant to Civil L.R. 11-3, Ian Simmons, an active member in good standing of the bar

17 of the District of Columbia, hereby applies for admission to practice in the Northern District of

18 California on a pro hac vice basis representing Samsung Electronics Co., Ltd. and Samsung

19 Electronics America, Inc. in the above-entitled action.

20       In support of this application, I certify on oath that:

21     1.    I am an active member in good standing of a United States Court or of the highest

22         court of another State or the District of Columbia, as indicated above;

23     2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

24         Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

25         become familiar with the Local Rules and the Alternative Dispute Resolution

26         programs of this Court; and,

27     3.    An attorney who is a member of the bar of this Court in good standing and who

28         maintains an office within the State of California has been designated as co-

|   |   |
|---|---|
| 1 | counsel in the above entitled action. The name, address and telephone number of |
| 2 | that attorney is: |
| 3 | Michael Tubach |
| 4 | O'Melveny & Myers LLP |
| 5 | Two Embarcadero Center, 28th Floor |
| 6 | San Francisco, CA  94111-3823 |
| 7 | (415) 984-8700 |
| 8 |   |
| 9 | I declare under penalty of perjury that the foregoing is true and correct. |

Date: May 12, 2009



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

IAN T. SIMMONS

was on the 5TH day of NOVEMBER, 1993 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 11, 2009.

GARLAND PINKSTON, JR., CLERK

By: *M. Charles*
Deputy Clerk