1  William T. Johnson, III, Esq.
   BELT LAW FIRM, P.C.
2  2204 Lakeshore Drive, Suite 208
   Birmingham, AL 35209
3  Phone: (205) 933-1500
4  Fax:    (205) 933-5500
   E-Mail: boj@beltlawfirm.com
5

6  Counsel for Plaintiff Colleen Sobotka

7

8  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF APPEARANCE** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

TO:    TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that William T. Johnson, III, enters an appearance on behalf of Plaintiff Colleen Sobotka in the above-captioned action, in addition to all prior noted counsel, and requests that all pleadings, notices, orders and other papers in connection with this action be served upon him at the e-mail address listed above.

DATED: May 14, 2009

1

Respectfully submitted,

By: _William T. Johnson, III_
William T. Johnson, III
BELT LAW FIRM, P.C.
2204 Lakeshore Drive, Suite 208
Birmingham, AL 35209
Phone: (205) 933-1500
Fax:     (205) 933-5500
E-Mail: boj@beltlawfirm.com

***Attorney for Plaintiff Colleen Sobotka***

### CERTIFICATE OF SERVICE

I do hereby certify that on <u>14th</u> day of <u>May</u>, <u>2009</u>, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by placing a copy of same in the United States Mail, First Class Postage Prepaid, to:

_____
OF COUNSEL