THAD A. DAVIS (CSB # 220503)
  thad.davis@ropesgray.com
ROPES & GRAY LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone:   (415) 315-6300
Facsimile:    (415) 315-6350

Attorneys for Defendant
DAEWOO INTERNATIONAL CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC—MDL No. 1917 <br> JAMS Reference No. 1100054618 <br><br> **NOTICE OF APPEARANCE** |
| This document relates to: | Special Master: Hon. Charles A. Legge (Ret.) |
| ALL ACTIONS | |

PLEASE TAKE NOTICE, Thad A. Davis, hereby enters his appearance as counsel of record for Defendant DAEWOO INTERNATIONAL CORPORATION.

Dated:  May 15, 2009

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

ROPES & GRAY LLP

By ___s/ Thad A. Davis_____
       Thad A. Davis (CSB #220503)
       *New Attorney for Defendant*
       One Embarcadero Center, Ste. 2200
       San Francisco, CA  94111-3711
       Telephone: (650) 617-4000
       Facsimile:  (650) 617-4090

## CERTIFICATE OF SERVICE

On this 15th day of May 2009, a copy of the foregoing Notice of Appearance was served upon all parties listed below through ECF:

Mario N. Alioto
Lauren C. Russell
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
Gianna Gruenwald
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

s/ Thad A. Davis