MARIO N. ALIOTO, ESQ. (56433) malioto@tatp.com
LAUREN C. RUSSELL, ESQ. (241151) laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS PHILIPS CONSUMER ELECTRONICS CO. AND PHILIPS ELECTRONICS INDUSTRIES, LTD. [F.R.C.P. 41(a)(1)]** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

71811.1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, MDL NO. 1917**

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Indirect Purchaser Plaintiffs in
2   the above-captioned actions, through counsel, hereby dismiss without prejudice all claims made
3   these actions against Philips Consumer Electronics Co. and Philips Electronics Industries, Ltd.

Dated: May 15, 2008                          Respectfully submitted,

By:   /s/ Mario N. Alioto
      Mario N. Alioto (56433) malioto@tatp.com
      Lauren C. Russell (241151) laurenrussell@tatp.com
      **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
      2280 Union Street
      San Francisco, California 94123
      Telephone: (415) 563-7200
      Facsimile: (415) 346-0679

      *Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lauren C. Russell, attest that concurrence in the filing of this document has been properly obtained from the signatory, Mario N. Alioto.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of May, 2009, in San Francisco, California.

/s/ Lauren C. Russell

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, MDL 1917**