GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
GEOFFREY C. RUSHING (126910)
  grushing@saveri.com
CADIO ZIRPOLI (179108)
  cadio@saveri.com
GIANNA GRUENWALD (228969)
  gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
|---|---|
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>    All Direct Purchaser Actions | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS TOSHIBA AMERICA CONSUMER PRODUCTS, INC. AND TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD. [F.R.C.P. 41(a)(1)]** |
| | The Honorable Samuel Conti |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-5944 SC; MDL No. 1917

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Direct Purchaser Plaintiffs in the
2 above-captioned actions, through counsel, hereby dismiss without prejudice all claims made in
3 these actions against Toshiba America Consumer Products, Inc. and Toshiba Display Devices
4 (Thailand) Company, Ltd.

6 Dated: May 18, 2009                     Respectfully submitted,

                                     By:    /s/ *Guido Saveri*
                                            Guido Saveri (22349)
                                            R. Alexander Saveri (173102)
                                            Geoffrey C. Rushing (126910)
                                            Cadio Zirpoli (179108)
                                            Gianna Gruenwald (228969)
                                            SAVERI & SAVERI, INC.
                                            706 Sansome Street
                                            San Francisco, California 94111
                                            Telephone: (415) 217-6810
                                            Facsimile: (415) 217-6813

                                            *Interim Lead Counsel for the*
                                            *Direct Purchaser Plaintiffs*

crt.139

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-5944 SC; MDL No. 1917