UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | No.: 3:07-CV-5944 SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING BEIJING MATSUSHITA COLOR CRT CO., LTD.'S MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |

On August 4, 2009 at 9:00 a.m., defendant Beijing Matsushita Color CRT Co., Ltd.'s Motion to Dismiss Direct Purchaser Plaintiff's Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint ("Motion to Dismiss") came on for hearing before this Court. The Court considered all papers submitted in support of and in opposition to the Motion to Dismiss, as well as argument of counsel. Based thereon and good cause appearing,

**IT IS HEREBY ORDERED** as follows: Beijing Matsushita Color CRT Co., Ltd.'s Motion to Dismiss is **GRANTED** without leave to amend.

**IT IS SO ORDERED**.

Date: _____    _____
                                             HON. SAMUEL CONTI
                                             UNITED STATES DISTRICT JUDGE