# EXHIBIT 3

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel. 415.442.1000
Fax: 415.442.1001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

**Thomas R. Green**
Associate
415.442.1485
tgreen@MorganLewis.com

May 15, 2009

**VIA EMAIL AND U.S. MAIL**

Cadio R. Zirpoli, Esq.
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, California 94111
zirpoli@saveri.com

Lauren C. Russell, Esq.
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, California 94123
laurenrussell@tatp.com

Re:   *In re Cathode Ray Tube Antitrust Litigation*
      MDL No. 1917 Master File: 3:07-cv-5944C
      Client-Matter No. 034913-0496

Dear Counsel,

I write this letter to confirm the agreement I reached by phone with Guido Saveri and Cadio Zirpoli last Friday. I understood from our conversation that counsel for the Indirect Plaintiffs had agreed to the following as well. You have indicated that both the Direct Plaintiffs and Indirect Plaintiffs have no objection to the Hitachi defendants arguing at the motion to dismiss stage that Shenzhen SEG Hitachi Color Display Devices, Ltd. ("Shenzhen SEG") is not a Hitachi entity, and that it is not, as alleged, wholly owned and controlled by Hitachi Displays, Ltd., or any other Hitachi entity. Both Guido and Cadio indicated that they would prefer that these issues be handled through a motion to dismiss rather than by amending the complaints at this time. Therefore, Plaintiffs also agreed that they will not object and have no objection to the Hitachi defendants introducing the Share Transfer Agreement I previously sent to you into evidence for the Court's consideration in support of the Hitachi defendants' motion to dismiss the consolidated complaints.

Thank you for your attention to this matter.

Sincerely,

*Thomas R Green /lj*

Thomas R. Green

DB2/21114708.1