Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Marie L. Fiala (SBN 79676)
mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:        (415) 772-1200
Facsimile:         (415) 772-7400

Attorneys For Defendants
LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and
LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC <br><br> MDL No. 1917 |
| This Document Relates To: <br><br> DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | **NOTICE REGARDING REPRESENTATION OF LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that Paul L. Yanosy has resigned from Sidley Austin LLP, and he is no longer attorney of record for defendants LG Electronics, Inc. ("LGE"), LG Electronics USA, Inc. ("LGUSA"), and LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") in this matter.  The following attorneys continue to represent LGE, LGUSA, and LGETT and serve as counsel of record:

> Samuel R. Miller (SBN 66871)
> srmiller@sidley.com
> Marie L. Fiala (SBN 79676)
> mfiala@sidley.com
> Ryan M. Sandrock (SBN 251781)
> rsandrock@sidley.com
> Robert B. Martin, III (SBN 235489)
> rbmartin@sidley.com
> SIDLEY AUSTIN LLP
> 555 California Street, 20th Floor
> San Francisco, California  94104
> Telephone:     (415) 772-1200
> Facsimile:     (415) 772-7400

Dated:  May 18, 2009                              SIDLEY AUSTIN LLP


By: /s/ Samuel R. Miller
    _____
    Samuel R. Miller
    Attorneys For Defendants
    LG ELECTRONICS, INC.; LG
    ELECTRONICS USA, INC.; and
    LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

SF1 1528675v.1

**NOTICE REGARDING REPRESENTATION OF LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD.  NO.: 3:07-CV-5944 SC**