Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Marie L. Fiala (SBN 79676)
mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:           (415) 772-1200
Facsimile:            (415) 772-7400

Attorneys For Defendants
LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and
LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD.'S MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | |

**[PROPOSED] ORDER GRANTING LGE ENTITIES' MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT – CASE NO.: 3:07-CV-5944 SC**

# [**PROPOSED**] **ORDER**

The Court, having considered all of the evidence and arguments presented by the parties, hereby GRANTS LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.'s Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, and the Complaints are DISMISSED WITHOUT LEAVE TO AMEND.

IT IS SO ORDERED.

Dated: August ____, 2009

THE HONORABLE SAMUEL CONTI
United States District Senior Judge

[PROPOSED] ORDER GRANTING LGE ENTITIES' MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT – CASE NO.: 3:07-CV-5944 SC

SF1 1528671v.1