Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Marie L. Fiala (SBN 79676)
mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California 94104
Telephone:      (415) 772-1200
Facsimile:       (415) 772-7400

Attorneys For Defendants
LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and
LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | **LG ENTITIES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| | Date:    August 4, 2009<br>Time:    9:00 a.m.<br>Before:  The Honorable Charles A. Legge, U.S. District Judge (Ret.), Special Master |

## REQUEST FOR JUDICIAL NOTICE

Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd. ("the LG Entities") respectfully request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201(d), of the documents set forth below and attached as exhibits to the Declaration of Robert B. Martin, III ("Declaration"), filed concurrently herewith, in support of their Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, filed concurrently with this request. The exhibits are true and correct copies of the referenced documents, as set forth in the attached Declaration.

**Exhibit A:** Indictment filed in *United States v. Cheng Yuan Lin*, No. CR-09-0131 WHA (N.D. Cal.), filed February 10, 2009.

**Exhibit B:** Judgment in a Criminal Case filed in *United States v. LG Display Co. Ltd.*, No. CR-08-0803 SI (N.D. Cal.), filed December 23, 2008.

In evaluating the LG Entities' Motion to Dismiss, the Court may consider documents incorporated by reference (either explicitly or implicitly) in the Complaints, and other publicly-available documents capable of accurate and ready determination and not reasonably subject to dispute. Fed. R. Evid. 201(b); *In re Silicon Graphics Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (the incorporation by reference doctrine "permits a district court to consider documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading." (alterations omitted)); *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998) (where a complaint is "predicated upon a document," courts may consider the document at the pleading stage "even if plaintiff's complaint does not explicitly refer to it"). The Court may also "take judicial notice of court filings and other matters of public record." *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006).

1

LG ENTITIES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

Here, Exhibit A is a publicly-filed indictment filed in the U.S. District Court, Northern District of California.  Both Complaints refer to the contents of the indictment.  DPC ¶¶ 7, 126; IPC ¶¶ 4, 203, 205.  Exhibit B is a publicly-filed court judgment.  The Court should thus take judicial notice of the exhibits.

Respectfully submitted,

Dated:  May 18, 2009                                                             SIDLEY AUSTIN LLP


                                                                     By: /s/ Robert B. Martin, III
                                                                            Robert B. Martin, III
                                                                            Attorneys For Defendants
                                                                            LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

**LG ENTITIES' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

SF1 1528672v.1