Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Marie L. Fiala (SBN 79676)
mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:        (415) 772-1200
Facsimile:        (415) 772-7400

Attorneys For Defendants
LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and
LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: | **DECLARATION OF ROBERT B. MARTIN, III IN SUPPORT OF THE LG ENTITIES' REQUEST FOR JUDICIAL NOTICE** |
| DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | Date:     August 4, 2009<br>Time:     9:00 a.m.<br>Before:   The Honorable Charles A. Legge, U.S. District Judge (Ret.), Special Master |

## **DECLARATION OF ROBERT B. MARTIN, III**

I, Robert B. Martin, III, declare as follows:

    1.    I am admitted to practice law before all the courts of the State of California and the U.S. District Court, Northern District of California.  I am an attorney with the law firm of Sidley Austin LLP, counsel of record for LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd. ("the LG Entities").  I submit this Declaration in support of the LG Entities' Request for Judicial Notice filed in support of their Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint.  I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

    2.    Attached as Exhibit A to this Declaration is a true and correct copy of the Indictment filed in *United States v. Cheng Yuan Lin*, No. CR-09-0131 WHA (N.D. Cal.), filed February 10, 2009.

    3.    Attached as Exhibit B to this Declaration is a true and correct copy of the Judgment in a Criminal Case filed in *United States v. LG Display Co. Ltd.*, No. CR-08-0803 SI (N.D. Cal.), filed December 23, 2008.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2008                        Respectfully submitted,

                                                By:    /s/ Robert B. Martin, III
                                                              Robert B. Martin, III