KENT M. ROGER, State Bar No. 95987
THOMAS R. GREEN, State Bar No. 203480
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
        tgreen@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI AMERICA, LTD.,
HITACHI ASIA, LTD. HITACHI DISPLAYS,
LTD., and HITACHI ELECTRONIC DEVICES
(USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | No. C 07-5944 SC<br>MDL No. 1917<br><br>**PROOF OF SERVICE** |

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21113368.1

CASE NO. C07-5944 SC; MDL NO. 1917
PROOF OF SERVICE

## **PROOF OF SERVICE**

I am a resident of the State of California and over the age of eighteen years and not a party to the within-entitled action; my business address is One Market, Spear Street Tower, San Francisco, California 94105-1126.

On May 18, 2009, I served the within document(s):

**HITACHI DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE DIRECT-PURCHASER PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT AND THE INDIRECT-PURCHASER PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT**

**DECLARATION OF THOMAS R. GREEN IN SUPPORT OF THE HITACHI DEFENDANTS' MOTION TO DISMISS THE DIRECT-PURCHASER PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT AND THE INDIRECT-PURCHASER PLAINTIFFS' AMENDED CONSOLIDATED COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by causing the document(s) listed above to be personally delivered at to the person(s) at the address(es) set forth below.

☐ by transmitting via electronic mail the document(s) listed above to each of the person(s) as set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on May 18, 2009, at San Francisco, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

/s/
Charisse Holsome

**MANUAL NOTICE SERVICE LIST**

*In Re: CATHODE RAY TUBE (CRT ANTITRUST LITIGATION)*
*This relates to: ALL ACTIONS*
No. 07-5944 SC, MDL No. 1917

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

| | |
|---|---|
| **Guri Ademi**<br>Ademi & O'Reilly LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110 | **Lori A. Fanning**<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| **Shpetim Ademi**<br>Ademi & O'Reilly LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110 | **John Gressette Felder**<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 |
| **Roxane Busey**<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL 60601 | **Traviss Levine Gallowav**<br>Zelle Hofmann Voelbel & Mason<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 |
| **Patrick Bradford Clayton**<br>Zelle, Hoffman, Voelbel & Mason LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | **Martin E. Grossman**<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 |
| **Isaac L. Diel**<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211 | **Richard M. Hagstrom**<br>Zelle Hofmann Voelbel & Mason LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 |
| **Manuel J. Dominguez**<br>Berman DeValerio Peasse Tabacco<br>   Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 | **Gregory D. Hull**<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065-1175 |
| **Neal A. Eisenbraun**<br>Neal A. Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN 55113 | **Charles H. Johnson**<br>Charles H Johnson & Associates PA<br>2599 Mississippi Street<br>New Brighton, MN 55112 |
| **John G. Emerson**<br>Emerson Poynter LLP<br>830 Apollo Lane<br>Houston, TX 77058 | **Lawrence D. McCabe**<br>Murray Frank & Sailer LLP<br>275 Madison Avenue<br>New York, NY 10016 |

# MANUAL NOTICE SERVICE LIST

*In Re: CATHODE RAY TUBE (CRT ANTITRUST LITIGATION)*
*This relates to:  ALL ACTIONS*
No. 07-5944 SC, MDL No. 1917

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing).

**Krishna B. Narine**
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

**Mark Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

**Steven A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Jean B. Roth**
Mansfield, Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN  55402-4511

**Lawrence P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street  5th Floor
Modesto, CA 95354

**Karen Sewell**
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, Il 60601

**Donna F. Solen**
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

**Imtiaz A. Siddiqui**
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603