1
2
3
4
5
6
7
8
9
10
11
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC—MDL No. 1917 |
| _____ | **[PROPOSED] ORDER GRANTING PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA'S MOTION TO DISMISS DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS** |
| This Document Relates to: | |
| ALL ACTIONS | |

1

2      The Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and

3  Indirect Purchaser Plaintiffs' Consolidated Amended Complaint (the "Complaints"), filed by

4  Defendants Panasonic Corporation ("Panasonic Corp.") and Panasonic Corporation of North

5  America ("PNA") (collectively, the "Panasonic Defendants"), came on regularly for hearing

6  before this Court.

7      The Court having considered all papers filed in support of and in opposition to said

8  motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY

9  ORDERED that the Panasonic Defendants' motion to dismiss for failure to state a claim for relief

10  against Panasonic Corp. and PNA is GRANTED without leave to amend.  The Complaints are

11  hereby DISMISSED as to Panasonic Corp. and PNA with prejudice.

12  IT IS SO ORDERED.

13

14  DATED: _____      _____

15                                                                HON. SAMUEL CONTI
                                                                   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28