1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| In re:   CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Case No. 07-5944-SC ) ) MDL No. 1917 ) ) [PROPOSED] ORDER GRANTING ) KONINKLIJKE PHILIPS ELECTRONICS ) N.V., PHILIPS ELECTRONICS NORTH ) AMERICA CORPORATION, PHILIPS ) ELECTRONICS INDUSTRIES (TAIWAN), ) LTD. AND PHILIPS DA AMAZONIA ) INDUSTRIA ELECTRONICA LTDA.'S ) MOTION TO DISMISS THE DIRECT ) PURCHASER PLAINTIFFS' AND THE ) INDIRECT PURCHASER PLAINTIFFS' ) CONSOLIDATED AMENDED ) COMPLAINTS |
| This Document Relates to:  ALL ACTIONS | ) ) Date:     August 4, 2009 ) Time:     9:00 am ) Before:  The Honorable Charles A. Legge ) |

23   The Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint and

24 Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, filed by Defendants Koninklijke

25 Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries

26 (Taiwan), Ltd. and Philips da Amazonia Industria Electronica Ltda. came on regularly for hearing before

27 this Court.   Defendants moved pursuant to Federal Rules of Civil Procedure 12(b)(6) and12(b)(2).

28

Having considered the pleadings and all papers filed in support of and in opposition to said motion, and having entertained argument of counsel, and good cause appearing,

**IT IS HEREBY ORDERED:**

1.      Koninklijke Philips Electronics N.V.'s motion to dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint is **GRANTED** without leave to amend.

2.      Koninklijke Philips Electronics N.V.'s motion to dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint is **GRANTED** without leave to amend.

3.      Philips Electronics North America Corporation's motion to dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint is **GRANTED** without leave to amend.

4.      Philips Electronics North America Corporation's motion to dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint is **GRANTED** without leave to amend.

5.      Philips Electronics Industries (Taiwan), Ltd.'s motion to dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint is **GRANTED** without leave to amend.

6.      Philips Electronics Industries (Taiwan), Ltd.'s motion to dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint is **GRANTED** without leave to amend.

7.      Philips da Amazonia Industria Electronica Ltda.'s motion to dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint is **GRANTED** without leave to amend.

8.      Philips da Amazonia Industria Electronica Ltda.'s motion to dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint is **GRANTED** without leave to amend.

IT IS SO ORDERED.

DATED:   _____        _____
                                                              HON. SAMUEL CONTI
                                                              UNITED STATES DISTRICT JUDGE