UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS and<br>INDIRECT PURCHASER ACTIONS | |

**DECLARATION OF IVY P. Y. LIN**

I, Ivy P. Y. Lin, declare and state as follows:

1. I am employed as Senior Counsel of Philips Electronics Industries (Taiwan), Ltd. ("PEIT") and have held this position since November 2003. The information contained herein is based on my own personal knowledge, my review of reasonably available documents prepared and/or maintained by PEIT in the ordinary course of business and upon information provided to me by employees responsible for and with knowledge of the business and accounting records of PEIT. If called upon to testify as a witness, I can competently testify that to the best of my knowledge and belief the matters set forth herein are true.

2. This declaration is made in support of the Defendant PEIT's Motion to Dismiss for Lack of Personal Jurisdiction.

3. PEIT is a Taiwanese corporation formed and organized under the laws of Taiwan.

4. PEIT has its principal place of business at 15F, 3-1 Yuanqua St., Nangang District, Taipei, Taiwan.

5. PEIT does not have any subsidiaries in the United States.

Declaration of Ivy P. Y. Lin
Case No.: 3:07-CV-5944 SC

6. PEIT maintains its own board of directors. PEIT also has its own corporate officers who run PEIT on a day-to-day basis.

7. PEIT is not registered to do business in the United States.

8. PEIT does not have any: (a) offices; (b) manufacturing plant; (c) personnel; (d) post office box; or (e) telephone listing in the United States. PEIT also does not have any bank accounts in the United States.

9. PEIT does not own or lease any real property in the United States.

10. PEIT does not pay taxes in the United States.

11. The books and records of PEIT are kept outside of the United States.

12. PEIT does not engage in any manufacturing activities for Cathode Ray Tubes or any other product in the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 18, 2009.

_____