UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | **DECLARATION OF PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA.** |

On behalf of Philips da Amazonia Industria Electronica Ltda. ("Philips da Amazonia"), I declare and state as follows:

1.  The information contained herein is based on my own personal knowledge, my review of reasonably available documents prepared and/or maintained by Philips da Amazonia in the ordinary course of business and upon information provided to me by employees responsible for and with knowledge of the business and accounting records of Philips da Amazonia. I can competently testify that to the best of my knowledge and belief the matters set forth herein are true.

2.  This declaration is made in support of Defendant Philips da Amazonia's Motion to Dismiss for Lack of Personal Jurisdiction.

3.  Philips da Amazonia is a Brazilian corporation with its principal place of business at Av Torquato Tapajos 2236, 1 andar (parte 1), Flores, Manaus, AM 39048-660, Brazil.

4.  Philips da Amazonia is an indirect subsidiary of Koninklijke Philips Electronics N.V. ("KPE").

5.  Philips da Amazonia has an independent board of directors and its own officers who manage day-to-day operations.

6.  Philips da Amazonia does not have any manufacturing plants or offices in the United States.

7. Philips da Amazonia does not pay taxes in the United States and does not own or lease any real property in the United States.

8. Philips da Amazonia does not have a telephone listing or mailing address in the United States.

9. Philips da Amazonia is not registered to do business in the United States.

10. Philips da Amazonia maintains its own corporate records, payroll, and financial plans and statements. Also, the books and records of Philips da Amazonia are kept in Brazil.

11. Philips da Amazonia does not have any subsidiaries in the United States.

12. Philips da Amazonia does not engage in any manufacturing activities for Cathode Ray Tubes or any other product in the United States.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge. Executed on May 18, 2009.

2

Declaration of Philips da Amazonia Industria Electronica Ltda.
Case No.: 3:07-CV-5944 SC