| | |
|---|---|
| 1 | DAVID M. LISI (SBN 154926) |
|   | Email: lisid@howrey.com |
| 2 | HOWREY LLP |
|   | 1950 University Avenue, 4th Floor |
| 3 | East Palo Alto, CA 94303 |
|   | Telephone: (650) 798-3530 |
| 4 | Facsimile: (650) 798-3600 |
| 5 | JOHN M. TALADAY *(pro hac vice)* |
|   | Email: taladayj@howrey.com |
| 6 | HOWREY LLP |
|   | 1299 Pennsylvania Ave NW |
| 7 | Washington, DC 20004 |
|   | Telephone: (202) 383-6564 |
| 8 | Facsimile:  (202) 383-6610 |
| 9 | ETHAN E. LITWIN *(pro hac vice)* |
|   | Email: litwine@howrey.com |
| 10 | HOWREY LLP |
|   | Citigroup Center |
| 11 | 153 E. 53rd Street, 54th Floor |
|   | Telephone: (212) 896-6500 |
| 12 | Facsimile: (212) 896-6501 |
| 13 | Attorneys for KONINKLIJKE PHILIPS ELECTRONICS N.V., |
|   | PHILIPS ELECTRONICS NORTH AMERICA |
| 14 | CORPORATION, PHILIPS ELECTRONICS INDUSTRIES |
|   | (TAIWAN), LTD. AND PHILIPS DA AMAZONIA |
| 15 | INDUSTRIA ELECTRONICA LTDA. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) | Case No. C-07-5944-SC  MDL No. 1917 |
| This Document Relates to:  ALL ACTIONS | ) ) ) ) ) ) | **CERTIFICATE OF INTERESTED ENTITIES** |

_____
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS – CASE NO.: 3:07-CV-5944 SC

DM_US:22152414_1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil L.R. 3-16, the undersigned, counsel of record for defendants Koninklijke Philips Electronics N.V. ("KPE"), Philips Electronics North America Corporation ("PENAC"), Philips Electronics Industries (Taiwan), Ltd. ("PEIT") and Philips da Amazonia Industria Electronica Ltda. ("Philips da Amazonia") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1.  KPE is a Dutch corporation that is publicly traded on the Amsterdam and New York Stock Exchanges.

2.  PENAC is a wholly-owned subsidiary of Philips Holding USA, Inc.

3.  PEIT is a wholly-owned subsidiary of KPE.

4.  Philips do Brazil and Philips Overseas Holding Corporation each own more than 10% of the shares of Philips da Amazonia.

DATED:  May 18, 2009

Respectfully submitted,

HOWREY LLP

       /s/ David M. Lisi       
DAVID M. LISI

1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3530
Facsimile: (650) 798-3600
Email: lisid@howrey.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd. and Philips da Amazonia Industria Electronica Ltda.*

---

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS – CASE NO.: 3:07-CV-5944 SC

DM_US:22152414_1