# CERTIFICATE OF SERVICE

I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is DEWEY & LeBOEUF LLP, 1301 Avenue of the Americas, New York, NY, 10019. On May 18, 2009, I served the within document:

**DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

☐ I sent such document from facsimile machine on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I am readily familiar with Dewey & LeBoeuf's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

☐ I served the above-referenced document(s) via electronic transmission to the email address of the addressee(s) as indicated below.

☒ by electronically filing a true copy of each document listed above via the Court's USDC Live System – Document Filing System, which will serve a true copy of each document listed above on all interested parties registered for electronic filing in this action.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 18, 2009, at New York, NY

                                           s/Eva W. Cole
                                           Eva W. Cole