MICHAEL TUBACH (SBN#145955)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: mtubach@omm.com

IAN SIMMONS (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: isimmons@omm.com

Attorneys For Defendants
**SAMSUNG ELECTRONICS CO., LTD.; and**
**SAMSUNG ELECTRONICS AMERICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DEFENDANTS' SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO DISMISS** |
| DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | |
| | Date: August 4, 2009
Time: 9:00 a.m.
Place: JAMS Resolution Center
Before: The Honorable Charles A. Legge, U.S. District Judge (Ret.), Special Master |

[PROPOSED] ORDER TO DISMISS

After consideration of the parties' briefs and argument, IT IS HEREBY ORDERED that the Samsung Electronics Co., Ltd., And Samsung Electronics America, Inc.'s Motion To Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint And Indirect Purchaser Plaintiffs' Consolidated Amended Complaint be GRANTED with prejudice.

Dated: _____, 2009

_____
The Honorable Samuel Conti
United States District Judge