MICHAEL F. TUBACH (SBN 145955)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
Email:  mtubach@omm.com

IAN SIMMONS (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
Email:  isimmons@omm.com

Attorneys For Defendants
**SAMSUNG ELECTRONICS CO., LTD.; and**
**SAMSUNG ELECTRONICS AMERICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: | **SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE** |
| DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | Date:   August 4, 2009<br>Time:   9:00 a.m.<br>Before: The Honorable Charles A. Legge, U.S. District Judge (Ret.), Special Master |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. respectfully requests that this Court take judicial notice of the Indictment filed in *United States v. Cheng Yuan Lin*, No. CR-09-0131 WHA (N.D. Cal.), which is authenticated by and attached as Exhibit A to the Declaration Of Ian Simmons In Support Of The SE Defendants' Request For Judicial Notice ("Simmons Declaration"), served and filed herewith.

Under Rule of Evidence 201, a court may take judicial notice of "a fact not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Moreover, in considering a motion to dismiss, courts may consider documents incorporated by reference (either explicitly or implicitly) in the complaints. *See In re Silicon Graphics Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (the incorporation by reference doctrine "permits a district court to consider documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading." (alterations and internal quotations omitted)).

Here, Exhibit A to the Simmons Declaration is an indictment filed in the United States District Court for the Northern District of California. Courts may take judicial notice of an indictment issued by a grand jury. *See United States v. Ellsworth*, 647 F.2d 957, 963 (9th Cir. 1981); *see also United States v. Elashyi*, 554 F.3d 480, 501 n.9 (5th Cir. 2008); *Kowalski v. Gagne*, 914 F.2d 299, 305-06 (1st Cir. 1990); *FTC v. J.K. Publications, Inc.*, 99 F. Supp. 2d 1176, 1198 n.62 (C.D. Cal. 2000). In addition, the indictment is referenced in both the Direct Purchasers' and Indirect Purchasers' complaints. *See* DPC ¶ 7, IPC ¶ 4.

For the foregoing reasons, the SE Defendants respectfully request that the Court take judicial notice of the document attached as Exhibit A to the Simmons Declaration.

1

SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE: 3:07-CV-5944 SC, MDL NO. 1917

| | | |
|---|---|---|
| 1 | Dated: May 18, 2008 | Respectfully submitted,<br>O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: /s/ Ian Simmons<br>Ian Simmons (*pro hac vice*) |
| 4 | | |
| 5 | | 1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: (202) 383-5300 |
| 6 | | Facsimile: (202) 383-5414<br>Email: isimmons@omm.com |
| 7 | | |
| 8 | | *Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.* |

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2009, I electronically filed Samsung Electronics Co. Ltd., and Samsung Electronics America, Inc.'s Request for Judicial Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                                        /s/ Ian Simmons
                                        Ian Simmons