MICHAEL TUBACH (SBN 145955)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: mtubach@omm.com

IAN SIMMONS (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: isimmons@omm.com

Attorneys For Defendants
**SAMSUNG ELECTRONICS CO., LTD.; and**
**SAMSUNG ELECTRONICS AMERICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC <br><br> MDL No. 1917 <br><br> **DECLARATION OF IAN SIMMONS IN SUPPORT OF SAMSUNG ELECTRONICS CO., LTD., AND SAMSUNG ELECTRONICS AMERICA, INC.'S REQUEST FOR JUDICIAL NOTICE** <br><br> Date: August 4, 2009 <br> Time: 9:00 a.m. <br> Before: The Honorable Charles A. Legge, U.S. District Judge (Ret.), Special Master |
| This Document Relates To: <br><br> DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | |

## DECLARATION OF IAN SIMMONS

I, Ian Simmons, declare as follows:

1. I am admitted *pro hac vice* to practice law before the U.S. District Court, in the Northern District of California. I am an attorney with the law firm of O'Melveny & Myers LLP, counsel of record for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("the SE Defendants"). I submit this Declaration in support of the SE Defendants' Request for Judicial Notice filed in support of their Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit A to this Declaration is a true and correct copy of the Indictment filed in *United States v. Cheng Yuan Lin*, No. CR-09-0131 WHA (N.D. Cal.), filed February 10, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2008

Respectfully submitted,

By: /s/ Ian Simmons
Ian Simmons

1