| | |
|---|---|
| 1 | WILLIAM DIAZ (Bar No. 232297) |
| | wdiaz@mwe.com |
| 2 | **McDERMOTT WILL & EMERY LLP** |
| | 18191 Von Karman Avenue, Suite 500 |
| 3 | Irvine, CA 92612-7108 |
| | Telephone: +1 949 851 0633 |
| 4 | Facsimile: +1 949 851 9348 |
| 5 | Attorneys for Defendant |
| | **SAMTEL COLOR LTD.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br><br><br><br><br><br>This Document Relates to:<br><br>DIRECT PURCHASER ACTION. | CASE NO. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SAMTEL COLOR LIMITED'S MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS AMENDED CONSOLIDATED COMPLAINT**<br><br>[Notice of Motion and Motion to Dismiss; and Declaration of Sunil K. Gupta in Support of Motion to Dismiss Filed Concurrently Herewith]<br><br>Date: August 4, 2009<br>Time: 9:00 a.m. |

This Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint ("DP-CAC") and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint ("IP-CAC"), filed by Samtel Color Limited ("Samtel") came on regularly for hearing before this Court.

      Having considered all papers filed in support of and in opposition to said Motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that Samtel's Motion to Dismiss is GRANTED.

      1.      The DP-CAC and IP-CAC are DISMISSED in their entirety because this Court does not have personal jurisdiction over Defendant Samtel Color Limited pursuant to Federal Rule of Civil Procedure 12(b)(2).

      2.      The DP-CAC and IP-CAC are DISMISSED in their entirety because the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs have not stated a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

      3.      Accordingly, this Motion is hereby GRANTED in its entirety; and

the DP-CAC and IP-CAC are hereby DISMISSED WITH PREJUDICE as to Defendant Samtel Color Limited.

Dated: _____         _____
                                                                 Honorable Samuel Conti
                                                                 United States District Judge

ORC 461156-1.081734.0011

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

# CERTIFICATE OF SERVICE

I, William Diaz, declare that I am over the age of eighteen (18) and not a party to this action. I am a partner with the law firm of McDermott Will & Emery LLP, 18191 Von Karman, Suite 500, Irvine, CA 92612-7108.

On May 18, 2009, I caused a true and correct copy of the foregoing [Proposed] Order Granting Samtel Color Limited's Motion To Dismiss Direct Purchaser Plaintiffs Consolidated Amended Complaint And Indirect Purchaser Plaintiffs Amended Consolidated Complaint to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing in the above-entitled matter.

Dated: May 18, 2008                     McDERMOTT WILL & EMERY LLP

                                        By:   /s/ William Diaz
                                              WILLIAM DIAZ
                                              Attorneys for Defendant SAMTEL COLOR
                                              LIMITED