WILLIAM DIAZ (Bar No. 232297)
wdiaz@mwe.com
**McDERMOTT WILL & EMERY LLP**
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone: +1 949 851 0633
Facsimile: +1 949 851 9348

Attorneys for Defendant
**SAMTEL COLOR LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DIRECT PURCHASER ACTION. | CASE NO. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF SUNIL K. GUPTA IN SUPPORT OF DEFENDANT SAMTEL COLOR LIMITED'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR FAILURE TO STATE A CLAIM**<br><br>[Notice of Motion and Motion to Dismiss; and (Proposed) Order Granting Motion to Dismiss Without Leave to Amend Filed Concurrently Herewith]<br><br>Date: August 4, 2009<br>Time: 9:00 a.m. |

I, Sunil K. Gupta, declare and state as follows:

1. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Defendant Samtel Color Limited's ("Samtel") Motion to Dismiss for Lack of Personal Jurisdiction. The statements contained in this declaration are based on my personal knowledge, and I would and could testify competently thereto if called as a witness.

2. I am currently the Group Head of Internal Audit and Legal and Company Secretary of Samtel. I have held this position since January 16, 2007.

3. Samtel is an Indian company, formed in 1986 and organized under the laws of India. Samtel is headquartered in New Delhi, India. Samtel is publicly traded on the Bombay Stock Exchange (BSE: SMTL).

4. Samtel is part of the Samtel Group, but is a distinct entity with its own facilities, Board of Directors, management and employees. Samtel is not majority-owned or controlled by any other person or entity.

5. Samtel produces cathode ray tubes for color televisions (Color Picture Tubes ("CPTs")), deflection yokes and electron guns at its manufacturing facilities in Ghaziabad and Parwanoo, India. Samtel does not manufacture finished CRT products containing CPTs (*e.g.*, televisions). Samtel's customers are primarily television manufacturers located in India and elsewhere in Asia. Since its formation, Samtel has never manufactured CPTs, deflection yokes or electron guns in the United States. Samtel also has not conducted regular or ongoing sales of CPTs, deflection yokes or electron guns in the United States.

6. Samtel has never marketed its products in the United States, or intentionally directed sales toward the United States in the 23 years that it has existed. However, on two occasions in 1996 and 1997, Samtel sold a small quantity of CPTs to a global customer that manufactures and distributes displays, at the customer's request, and subject to Indian law. Samtel exported these CPTs to the United States, again at the customer's request. These exports amounted to only approximately 0.01% of Samtel's sales (by volume and value) in each of 1996 and 1997, and were isolated exports that did not create an ongoing relationship with the customer. This customer is not one of the Plaintiffs named in the instant lawsuits. In 2001, Samtel provided two (2) CPTs to another entity located in the United States for the sole purpose of testing equipment that Samtel acquired from the entity for shipment to India. This entity is also not a Plaintiff in this litigation.

7. Samtel has no business operations in the United States and does not control any entity with operations in the United States, or have any subsidiaries located in the United States.

8. Samtel is not registered as a foreign corporation do business in the United States, or have a registered agent in the United States.

9. Samtel does not maintain any offices, telephones or mailing addresses in the United States. Nor does Samtel own, lease, or rent any property or assets in the United States or have a bank account in the United States. Samtel's books and records are kept outside of the United States.

10. Samtel does not have any employees in the United States, has not paid any taxes in the United States, and does not advertise or solicit sales in the United States.

11. Samtel has not entered into any independent third party licensing agreements to direct the sale of CPTs, deflection yokes or electron guns to the United States.

12. Samtel has not commenced lawsuits in any court in the United States.

13. Samtel engaged the Indian subsidiary of Underwriter Laboratories to obtain necessary safety approvals for Samtel to do business in India. I understand that Indian customers require the same approvals as customers located in the United States. Samtel, however, only obtained the safety approvals through Underwriter Laboratories' Indian subsidiary to enable it to serve its domestic customers in India. Obtaining or holding a "safety approval" in the United States was not--and is not--relevant to Samtel because Samtel has never sought to do business in the United States.

14. I am aware that the Plaintiffs' Complaints allege that Samtel formed a joint venture with Corning, Inc. to manufacture glass for picture tubes. Samtel, however, did not participate in the formation or operation of this venture. Rather, I understand that a distinct entity created by the Samtel Group formed this venture with Corning. This entity was known as Samcor. Samtel does not control and is not controlled by the Samtel Group or Samcor. The joint venture, now known as Samtel Glass, operates in Kota, Rajasthan, India. Neither Samcor

1  nor Samtel Glass have operations in the United States. Moreover, Samtel Glass (and
2  before it, Samcor) has its own management. Samtel is not involved in Samtel Glass' day-
3  to-day operations.

4      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of
5  the United States of America that the foregoing representations are true and correct.

6      Executed on May 18, 2009.

_____
Sunil K. Gupta

ORC 461154-1.081734.0011

# CERTIFICATE OF SERVICE

I, William Diaz, declare that I am over the age of eighteen (18) and not a party to this action. I am a partner with the law firm of McDermott Will & Emery LLP, 18191 Von Karman, Suite 500, Irvine, CA 92612-7108.

On May 18, 2009, I caused a true and correct copy of the foregoing Declaration Of Sunil K. Gupta In Support Of Defendant Samtel Color Limited's Motion To Dismiss For Lack Of Personal Jurisdiction And For Failure To State A Claim to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing in the above-entitled matter.

Dated: May 18, 2008        McDERMOTT WILL & EMERY LLP

By: */s/ William Diaz*
    WILLIAM DIAZ
    Attorneys for Defendant SAMTEL COLOR LIMITED