William Diaz (SBN 232297)
wdiaz@mwe.com
MCDERMOTT WILL & EMERY LLP
18191 Von Karman Avenue
Suite 500
Irvine, California 92612
Telephone: (949) 757-7129
Facsimile: (949) 851-9348

Attorneys For Defendants
SAMTEL COLOR LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC <br><br> MDL No. 1917 |
| This Document Relates To: <br><br> DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

    Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-16, Defendant Samtel Color Limited makes the following disclosures:

    1.    Samtel Color Limited is publicly traded on the Bombay Stock Exchange and does not have a parent corporation.

    2.    Samtel India Limited, which is publicly traded on the Bombay Stock Exchange, holds approximately 11% of Samtel Color Limited stock.

Dated: May 18, 2008        McDERMOTT WILL & EMERY LLP

By:   */s/ William Diaz*
      WILLIAM DIAZ
      Attorneys for Defendant SAMTEL COLOR LIMITED

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**      1      (3:07-CV-5944 SC; MDL NO. 1917)

# CERTIFICATE OF SERVICE

I, William Diaz, declare that I am over the age of eighteen (18) and not a party to this action. I am a partner with the law firm of McDermott Will & Emery LLP, 18191 Von Karman, Suite 500, Irvine, CA 92612-7108.

On May 18, 2009, I caused a true and correct copy of the foregoing Certificate of Interested Entities or Persons to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing in the above-entitled matter.

Dated: May 18, 2008         McDERMOTT WILL & EMERY LLP

By:   */s/ William Diaz*
    WILLIAM DIAZ
    Attorneys for Defendant SAMTEL COLOR LIMITED

ORC 461166-1.081734.0011