GREGORY D. HULL (57367)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: greg.hull@weil.com

STEVEN A. REISS (*Admitted Pro Hac Vice*)
DAVID L. YOHAI (*Admitted Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)
**[Additional Moving Defendants and Counsel Listed on Signature Pages]**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**

This Document Relates to:

INDIRECT PURCHASER ACTION.

No.: M-07-5944 SC—MDL NO. 1917

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND DECLARATION IN SUPPORT THEREOF**

Date: August 4, 2009
Time: 9:00 a.m.
Before: The Honorable Charles A. Legge, U.S. District Judge (Ret.), Special Master

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Defendants who have moved to dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, undersigned below, hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the following documents, true and correct copies of which are authenticated in the attached Declaration of David L. Yohai in Support of Defendants' Request for Judicial Notice.

- Exhibit A: Transcript of Proceedings, *Cornelison v. Visa U.S.A., Inc.*, No. 03-1350 (S.D. Cir. Ct. Sep. 29, 2004)
- Exhibit B: Legislative Bill No. 1278, introduced to the 97th Legislature of Nebraska on January 23, 2002.
- Exhibit C: Introducer's Statement of Intent, Nebraska State Sen. Kermit A. Brashear, regarding Legislative Bill No. 1278, dated Feb. 27, 2002.
- Exhibit D: Committee Statement, Nebraska State Senate Committee on the Judiciary, regarding Legislative Bill No. 1278, dated Feb. 27, 2002.
- Exhibit E: Assembly Bill No. 108, Nevada Legislature, 70th Sess., dated Feb. 4, 1999.
- Exhibit F: Minutes of the Nevada State Senate Committee on Commerce and Labor, dated March 8, 1999.
- Exhibit G: Order, *Ferrell v. Wyeth-Ayerst Labs., Inc.*, No. 1:01-cv-00447-SSB-TSH (S.D. Ohio, July 1, 2004).
- Exhibit H: Senate Bill No. 1320, 21st Legislature of the State of Hawaii.
- Exhibit I: Order, *Sperry v. Crompton Corp.*, No.17872/02 (N.Y. Sup. Ct., Nov. 25, 2003).

This Court may properly take judicial notice of these documents pursuant to Rule 201 of the Federal Rules of Evidence. *See Aramark v. Service Employees*, 530 F.3d 817, 826 n.4 (9th Cir. 2008) (court may take judicial notice of legislative materials); *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (court may take

judicial notice of proceedings in state or federal court if such proceedings have a direct relation to matters at issue); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (court may take judicial notice of "matters of public record" outside the pleadings in conjunction with a motion to dismiss); *In re DRAM Antitrust Litig.*, 516 F.Supp.2d 1072, 1094 n.8 (N.D. Cal. (2007) (taking judicial notice of relevant unpublished authority, including *Cornelison* transcript cited above, with respect to "an issue directly before the court").

Defendants' Request for Judicial Notice is based upon the arguments herein, the declaration of David L. Yohai, the pleadings and papers on file in this action, and such oral argument as this Court may entertain.

Dated: May 18, 2009

By: /s/ David L.Yohai
STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email : ecole@dl.com
**DEWEY & LEBOEUF LLP**

1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

***Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)***

By: /s/ Gary L. Halling

GARY L. HALLING (66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH (203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

***Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.***

By: /s/ Michael Tubach

MICHAEL TUBACH (145955)
Email: mtubach@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8876
Facsimile: (415) 984-8701

IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

Faacsimile: (202) 383-5414

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

By: /s/ Samuel Miller
SAMUEL R. MILLER (66871)
Email: srmiller@sidley.com
RYAN M. SANDROCK (251781)
Email: rsandrock@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

***Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.***

By: /s/ Ethan E. Litwin
ETHAN E. LITWIN (*pro hac vice*)
Email: LitwinE@howrey.com
**HOWREY LLP**
153 East 53rd Street, 54th Floor
New York, NY 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

***Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.***

By: /s/ Bruce H. Jackson
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (*pro hac vice*)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (*pro hac vice*)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL *(pro hac vice*)
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: (312) 861-8000

***Attorneys for Tatung Company of America, Inc.***

By: /s/ Kent M. Roger

KENT M. ROGER (95987)
Email: kroger@morganlewis.com
THOMAS R. GREEN (203480)
Email: tgreen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

***Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.***

By: /s/ Terry Calvani

TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
Email: bruce.mcculloch@freshfields.com
KATE S. MCMILLAN (*pro hac vice*)
Email: kate.mcmillan@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

***Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.***

By: /s/ George L. Paul
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

***Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba America Consumer Products L.L.C.***

By: /s/ Thad A. Davis
Thad A. Davis (220503)
Email: Thad.Davis@ropesgray.com
**ROPES & GRAY LLP**
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone: (415) 315-2329
Facsimile: (415) 315-4899

***Attorneys for Daewoo International Co.***

By: /s/ Terrance A. Callan
TERRANCE A. CALLAN (36305)
Email: terrance.callan@pillsburylaw.com
**PILLSBURY**
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1525
Facsimile: (415) 983-1200

JOSEPH R. TIFFANY II (67821)
Email: joseph.tiffany@pillsburylaw.com
PHILIP A. SIMPKINS (246635)
Email: philip.simpkins@pillsburylaw.com
**PILLSBURY**

2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

***Attorneys for Irico Display Devices Co., Ltd. and Irico Group Corporation***

By: /s/ William Diaz
WILLIAM DIAZ (232297)
Email: wdiaz@mwe.com
**MCDERMOTT WILL & EMERY**
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612-7108
Telephone: (949) 851-0633
Facsimile: (949) 851-9348

***Attorneys for Samtel Color, Ltd.***

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories, as well as from the declarant, David L. Yohai, whose signature is appended to the Declaration filed concurrently herewith.

**DECLARATION OF DAVID L. YOHAI IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

I, David L. Yohai, declare:

1. I am an attorney at law admitted to the bar of the State of New York and am admitted on a *pro hac vice* basis to practice before this Court in this litigation. I am a partner of Weil, Gotshal, & Manges LLP and am one of the attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.). I submit this Declaration in support of Defendants' Request for Judicial Notice.

2. Attached as Exhibit A hereto is a true and correct copy of a Transcript of Proceedings in *Cornelison v. Visa U.S.A., Inc.*, No. 03-1350 (S.D. Cir. Ct. Sep. 29, 2004).

3. Attached as Exhibit B hereto is a true and correct copy of Legislative Bill No. 1278, introduced to the 97th Legislature of Nebraska on January 23, 2002.

4. Attached as Exhibit C hereto is a true and correct copy of an Introducer's Statement of Intent, Nebraska State Sen. Kermit A. Brashear, regarding Legislative Bill No. 1278, dated Feb. 27, 2002.

5. Attached as Exhibit D hereto is a true and correct copy of a Committee Statement, Nebraska State Senate Committee on the Judiciary, regarding Legislative Bill No. 1278, dated Feb. 27, 2002.

6. Attached as Exhibit E hereto is a true and correct copy of Assembly Bill No. 108, Nevada Legislature, 70th Sess., dated Feb. 4, 1999.

7. Attached as Exhibit F hereto is a true and correct copy of Minutes of the Nevada State Senate Committee on Commerce and Labor, dated March 8, 1999.

8. Attached as Exhibit G hereto is a true and correct copy of an Order in *Ferrell v. Wyeth-Ayerst Labs., Inc.*, No. 1:01-cv-00447-SSB-TSH (S.D. Ohio, July 1, 2004).

9. Attached as Exhibit H hereto is a true and correct copy of Senate Bill No. 1320, 21st Legislature of the State of Hawaii.

10. Attached as Exhibit I hereto is a true and correct copy of an Order in *Sperry v. Crompton Corp.*, No.17872/02 (N.Y. Sup. Ct., Nov. 25, 2003).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 18th day of May, 2009.

/s/
David L. Yohai

MDL NO. 1917 DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND DECLARATION IN SUPPORT THEREOF

9