1   GREGORY D. HULL (57367)
    Email: greg.hull@weil.com
2   WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
3   Redwood Shores, California 94065-1175
    Telephone: (650) 802-3000
4   Facsimile: (650) 802-3100

5   STEVEN A. REISS (admitted pro hac vice)
    Email: steven.reiss@weil.com
6   DAVID L. YOHAI (admitted pro hac vice)
    Email: david.yohai@weil.com
7   WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
8   New York, New York 10153-0119
    Telephone:  (212) 310-8000
9   Facsimile:  (212) 310-8007

10  JEFFREY L. KESSLER (admitted pro hac vice)
    Email: jkessler@dl.com
11  A. PAUL VICTOR (admitted pro hac vice)
    Email: pvictor@dl.com
12  Dewey & LeBoeuf LLP
    1301 Avenue of the Americas
13  New York, NY 10019
    Telephone: (212) 259-8000
14  Facsimile: (212) 259-7013

15  Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co.,
16  Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)

17

18                          **UNITED STATES DISTRICT COURT**
                           **NORTHERN DISTRICT OF CALIFORNIA**
19

20  IN RE: CATHODE RAY TUBE (CRT)
    ANTITRUST LITIGATION                    No. 07-cv-5944-SC—MDL No. 1917
21  _____
                                            **CERTIFICATE OF SERVICE**
22  This Document Relates to:

23  INDIRECT PURCHASER ACTION.

24

25

26

27

28

                                            1

**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on May 18, 2009, I served a copy of:

1. **DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

2. **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

3. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND DECLARATION IN SUPPORT THEREOF**

☒ **ELECTRONIC FILING** by serving a true copy on this date of each document listed above via the Court's USDC Live System – Document Filing System on all interested parties registered for electronic filing in this action.

☐ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

Executed on May 18, 2009 at Redwood Shores, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____*/s/ Rebecca Kraus*_____
Rebecca Kraus

CERTIFICATE OF SERVICE

Case No. 07-5944-SC
MDL No. 1917