FILED

THAD A. DAVIS (CSB # 220503)
 thad.davis@ropesgray.com
ROPES & GRAY LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

09 MAY 19 PM 2: 18

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANE E. WILLIS (*pro hac vice pending*)
 jane.willis@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Attorney for Defendant
DAEWOO INTERNATIONAL
CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LIGITATION, | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Jane E. Willis, an active member in good standing of the bar of Massachusetts, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant DAEWOO INTERNATIONAL CORPORATION in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

>Thad A. Davis (CSB # 220503)
>ROPES & GRAY LLP
>One Embarcadero Center
>San Francisco, California 94111-3711

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: May 18, 2009

By  /s/ Jane E. Willis
Jane E. Willis
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050

Attorneys for Defendant
DAEWOO INTERNATIONAL CORPORATION