THAD A. DAVIS (CSB # 220503)
 thad.davis@ropesgray.com
ROPES & GRAY LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

JANE E. WILLIS (*pro hac vice pending*)
 jane.willis@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Attorney for Defendant
DAEWOO INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LIGITATION, | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF JANE E. WILLIS** |

Jane E. Willis, an active member in good standing of the bar of Massachusetts and the United States District Court of Massachusetts, whose business address and telephone number is ROPES & GRAY LLP, One International Place, Boston, Massachusetts 02110, (617) 951-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant DAEWOO INTERNATIONAL CORPORATION.

1      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

6
7
8
9  Dated:                                          By _____
10                                                    Hon Charles A. Legge
                                                      United States District Judge (Ret.)
11                                                    Special Master
                                                      UNITED STATES DISTRICT COURT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No. 07-5944 SC, MDL No. 1917

2