FILED

THAD A. DAVIS (CSB # 220503)
thad.davis@ropesgray.com   09 MAY 19  PM 2: 18
ROPES & GRAY LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

JANE E. WILLIS (*pro hac vice pending*)
jane.willis@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Attorneys for Defendant
DAEWOO INTERNATIONAL
CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LIGITATION, | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| ALL ACTIONS | |

1    I declare that I am employed with the law firm Ropes & Gray LLP, whose address is

2    Ropes & Gray LLP, One Embarcadero Center, Suite 2200, San Francisco, CA 94111. I am not

3    a party to the within cause, and I am over the age of eighteen years.

4         I hereby certify that I served the following:

5         **1.       APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

6         **2.       [PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE*
7                    ADMISSION OF JANE E. WILLIS**

8    by causing a true copy thereof to be delivered by U.S. Mail, First Class postage prepaid, to:

9    Charles H. Johnson                          Lawrence D. McCabe
     Charles H. Johnson & Associates PA          Murray Frank & Sailer LLP
10   2599 Mississippi Street                     275 Madison Avenue
     New Brighton, MN 55113                      New York, NY 10016
11

12   Donna F. Solen                              Imtiaz A. Siddiqui
     Mason Law Firm – Washington                 Lovell Stewart Halebian LLP
13   1225 19th Street, NW, Suite 500             500 Fifth Avenue
14   Washington, DC 20036                        New York, NY 10110

15   Martin E. Grossman                          Issac L. Diel
     Law Offices of Martin E. Grossman          Sharp McQueen
16   2121 Green Brier Drive                      6900 College Boulevard, Suite 285
17   Villanova, PA 19085                         Overland Park, KS 66211

18
     Lori A. Fanning                             Lawrence P. Schaefer
19   Matthew E. Van Tine                         Mansfield Tanick & Cohen
     Miller Law LLC                              1700 U.S. Bank Plaza South
20   115 So. LaSalle Street, Suite 2910          220 South Sixth Street
21   Chicago, IL 60603                           Minneapolis, MN 55402-4511

22   Guri Ademi                                  Mark Reinhardt
     Shpetim Ademi                               Reinhardt Wendorf & Blanchfield
23   Ademi & O'Reilly LLP                        East 1000 First National Bank Building
24   3620 East Layton Avenue                     322 Minnesota Street
     Cudahy, WI 53110                            St. Paul, MN 55101
25

26   Jean B. Roth                                Neal A. Eisenbraun
     Mansfield Tanick & Cohen                    Neal A. Eisenbraun, Chartered
27   1700 U.S. Bank Plaza South                  2599 Mississippi Street
     220 South Sixth Street                      New Brighton, MN 55113
28   Minneapolis, MN 55402-4511

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Roxane Busey
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601
Christine A. Laciak
Terry Calvani
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, NW, #600
Washington, DC 20004

John Gressette Felder, Jr.
McGowan Hood Felder & Johnson
1405 Calhoun Street
Columbia, SC 29201
Patrick Bradford Clayton
Traviss Levine Galloway
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
|

Karen Sewell
Roxane Busey
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, # 4000
Minneapolis, MN 55415

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher &
Silva
15601 I Street, 5th Floor
Modesto, CA 9535

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Keith T. Belt, Jr.
Chris W. Cantrell
William T. Johnson
Belt Law Firm
2204 Lakeshore Drive, Suite 208
Birmingham, AL 35209

Robert G. Methvin, Jr.
James Michael Terrell
J. Matthew Stephens
McCallum, Methvin & Terrell, P.Oc.
2201 Arlington Avenue South
Birmingham, AL 35205

Michael F. Tubach
O'Melveny &Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823

I certify under the penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2009 in San Francisco, California.

*Mellany Amon*

Mellany Amon