Jeffrey J. Lederman (SBN: 104622)
jlederman@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
DAEWOO ELECTRONICS CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC—MDL No. 1917<br>JAMS Reference No. 1100054618<br>**NOTICE OF SPECIAL APPEARANCE** |
| This document relates to:<br>ALL ACTIONS | Special Master: Hon. Charles A. Legge (Ret.) |

**PLEASE TAKE NOTICE** that Winston & Strawn LLP by Jeffrey J. Lederman hereby enters a special appearance as counsel of record for Defendant DAEWOO ELECTRONICS CORPORATION ("DEC"). This appearance expressly preserves, and does not waive, DEC's right to contest personal jurisdiction in this matter.

Dated: May 20, 2009

Respectfully submitted,

WINSTON & STRAWN LLP

By: /s/ Jeffrey J. Lederman
　　Jeffrey J. Lederman
　　Attorney for Defendant
　　DAEWOO ELECTRONICS
　　CORPORATION

NOTICE OF SPECIAL APPEARANCE
Case No. 07-5944-SC—MDL No. 1917