R. Brent Irby
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone:   (205) 824-7767
Facsimile:   (205) 824-7768
birby@mhcilaw.com
ehoaglund@mhcilaw.com
Counsel for Plaintiff Albert Sidney Crigler

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF APPEARANCE** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

TO:   TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that R. Brent Irby and Eric D. Hoaglund enter an appearance on behalf of Plaintiff Albert Sidney Crigler in the above-captioned action, and requests that all pleadings, notices, orders and other papers in connection with this action be served upon them at the e-mail address listed above.

DATED: May 21, 2009

1

Respectfully submitted,

By: s/R. Brent Irby
R. Brent Irby
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Tel: (205) 824-7767
Fax: (205) 824-7768

***Attorneys for Plaintiff Albert Sidney Crigler***

R. Brent Irby
Eric D. Hoaglund
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 35216
Telephone:   (205) 824-7767
Facsimile:   (205) 824-7768
birby@mhcilaw.com
ehoaglund@mhcilaw.com
Counsel for Plaintiff Albert Sidney Crigler

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **PROOF OF SERVICE** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | |

## CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA**        )
                               )
**COUNTY OF SAN FRANCISCO**    )

I, the undersigned, declare:

I am a citizen of the United States; am over the age of 18 years; am employed by MCCALLUM, HOAGLUND, COOK & IRBY, LLP, located at 905 Montgomery Highway, Suite 201, Vestavia Hills, Alabama 35216, I am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicted below:

**NOTICE OF APPEARANCE**

[X]    **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's USDC Live System - Document Filing System on all interested parties

1

registered for electronic filing in this action.

[ ] **By Mail:** I placed a true copy on this date of each document listed above in a sealed envelope addressed to each person listed on the attached service list. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.

Executed on May 21, 2009 at Birmingham, Alabama.

s/R. Brent Irby
R. Brent Irby

PROOF OF SERVICE
MASTER FILE NO. 3:07-CV-5944 SC, MDL DOCKET NO. 1917