```
THAD A. DAVIS (CSB # 220503)
  thad.davis@ropesgray.com
ROPES & GRAY LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone:  (415) 315-6300
Facsimile:  (415) 315-6350

JANE E. WILLIS (*pro hac vice pending*)
  jane.willis@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050

Attorney for Defendant
DAEWOO INTERNATIONAL
CORPORATION
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LIGITATION, <br><br> This Document Relates to: <br><br> ALL ACTIONS | Case No. C07-5944 SC <br> MDL No. 1917 <br><br> [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF JANE E. WILLIS |

Jane E. Willis, an active member in good standing of the bar of Massachusetts and the United States District Court of Massachusetts, whose business address and telephone number is ROPES & GRAY LLP, One International Place, Boston, Massachusetts 02110, (617) 951-7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant DAEWOO INTERNATIONAL CORPORATION.

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application
4  will constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

9  Dated:   5/21/09       By 

IT IS SO ORDERED

Judge Samuel Conti

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
Case No. 07-5944 SC, MDL No. 1917

2