**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

Direct Dial + 202 626 3696    Direct Facsimile + 202 639 9355    alau@whitecase.com

May 21, 2009

<u>VIA ECF</u>

The Honorable Samuel Conti
United States District Judge
United States District Court for the Northern District of California
Courtroom No. 1
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC,  MDL No. 1917

Dear Judge Conti:

      We represent various Toshiba entities in this action (Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America Electronic Components, Inc.).

      On May 18, 2009, we filed a motion to dismiss on behalf of these Toshiba entities.  In filing this motion, the CM/ECF system indicated that TACP had been terminated as a party.  It has not.

      To date, only two Toshiba entities have been dismissed from this action.  On May 15, 2009, the Indirect Purchaser Plaintiffs filed a notice of voluntary dismissal with respect to Toshiba America Consumer Products, Inc. ("TACPI") and Toshiba Display Devices (Thailand) Company, Ltd. ("TDDT").  Docket Entry 459.  On May 18, 2009, the Direct Purchaser Plaintiffs also filed a notice of voluntary dismissal with respect to TACPI and TDDT.  Docket Entry 462.

      Viewing the CM/ECF system, it appears that TACP has been confused with TACPI. Although TACPI has been voluntarily dismissed by the plaintiffs, it is currently listed as an active defendant on the CM/ECF system.

      By this letter, we request that the CM/ECF system be updated to reflect the fact that TACPI is terminated and TACP remains an active defendant.

Hon. Samuel Conti

May 21, 2009

Please feel free to contact me with any questions.

Respectfully submitted,

  /s/  Lucius B. Lau
Lucius B. Lau (admitted *pro hac vice*)