1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jason S. Kilene
(jkilene@gustafsongluek.com)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612)333-8844
Facsimile: (612)339-6622

*Counsel for Plaintiff Radio & TV Equipment, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

This document relates to:

ALL ACTIONS

)
)
)
)
)
)
)
)
)
)
)
)

**Case No.: 3:07-CV-5944-SC
MDL No. 1917**

**NOTICE OF APPEARANCE OF
JASON S. KILENE**

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORDS

PLEASE TAKE NOTICE that Jason S. Kilene (jkilene@gustafsongluek.com) of the firm

Gustafson Gluek PLLC hereby enters his appearance on behalf of plaintiff Radio & TV

Equipment, Inc. and all others similarly situated in *In Re: Cathode Ray Tube (CRT) Antitrust*

*Litigation*, No. 07-5944 SC (N.D. Cal.), MDL No. 1917, and requests that all pleadings, notices,

orders, correspondence and other papers in connection with this action be served upon him at the

e-mail address listed above.

Dated:      05/21/2009            /s/ Jason S. Kilene

Jason S. Kilene
(jkilene@gustafsongluek.com)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612)333-8844
Facsimile: (612)339-6622