Jason S. Kilene
(jkilene@gustafsongluek.com)
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612)333-8844
Facsimile: (612)339-6622

*Counsel for Plaintiff Radio & TV Equipment, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No.: 3:07-CV-5944-SC**<br>**MDL No. 1917**<br><br>**CERTIFICATE OF SERVICE** |
| This document relates to:<br><br>ALL ACTIONS | |

    I, Jason S. Kilene, hereby affirm and declare that on May 21, 2009, I caused a copy of the **Notice of Appearance of Jason S. Kilene** to be electronically filed and served via the Court's ECF system and/or by depositing the same in the U.S. Mail, postage prepaid, on this date to the parties on the attached service list.

Dated:  05/21/2009                          /s/ Jason S. Kilene
                                             Jason S. Kilene
                                             (jkilene@gustafsongluek.com)
                                             **Gustafson Gluek PLLC**
                                             650 Northstar East
                                             608 Second Avenue South
                                             Minneapolis, MN 55402
                                             Telephone: (612)333-8844
                                             Facsimile: (612)339-6622

*In re Cathode Ray Tube (CRT) Antitrust Litigation*

Case 3:07-cv-05944-SC

SERVICE LIST

**Guri Ademi**
**Shpetim Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Roxane Busey**
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601

**Patrick Bradford Clayton**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite #3400
San Francisco, CA 94104

**Issac L. Diel**
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

**Manuel J. Dominguez**
Berman DeValerio Peasse Tabacco Burt & Pucillo
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401

**Neal A Eisenbraun**
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

**John G. Emerson**
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

**Lori A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**John Gressette Felder, Jr.**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Traviss Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

**Martin E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**Richard M. Hagstrom**
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

**Gregory D. Hull**
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

**Charles H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

**Mark Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

**Jean B. Roth**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Roger Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street  5th Floor
Modesto, CA 95354

**Imtiaz A. Siddiqui**
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110

**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Krishna B. Narine**
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

**Steven A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Lawrence P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

**Karen Sewell**
Baker & McKenzie LLP
130 E. Randolph Drive, Sutie 3500
Chicago, Il 60601

**Donna F. Solen**
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036