| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Elizabeth Anne McKenna
MILBERG LLP
One Pennsylvania Plaza, 50th Floor
New York, NY 10119
(212) 631-8605

**FILED**
MAY 2 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE: Cathode Ray Tube (CRT) Antitrust Litigation

Plaintiff(s),

v.

Defendant(s).

CASE NO. 07-5944-SC
MDL No.: 1917

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Elizabeth Anne McKenna, an active member in good standing of the bar of Eastern and Southern Districts of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Kory Pentland, (see attached list) in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Jeff Westerman, Milberg LLP, 300 South Grand Avenue, Suite 3900, Los Angeles, CA 90071, (213) 617-1200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 20, 2009

Elizabeth Anne McKenna

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No.: 07-5944-SC

**Elizabeth Anne McKenna- Application For Admission Of Attorney Pro Hac Vice**

**Additional Plaintiffs:**

James Brown

Ryan Rizzo

Joshua Maida

Travis Burau