IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT)<br>Antitrust Litigation<br><br>　　　　Plaintiff,<br><br>v.<br><br>　　　　Defendant.<br>_____/ | CASE NO. 07-5944-SC<br>**MDL No.:  1917**<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Elizabeth Anne McKenna , whose business address and telephone number is

One Pennsylvania Plaza, 50th floor
New York, NY 10119
(212) 631-8605

and who is an active member in good standing of the bar of E.D.N.Y. and S.D.N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Kory Pentland, (see attached list)

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Samuel Conti
　　　　　　　　　　　　　　　　　　　　　　　United States District    Judge

*RECEIVED MAY 26 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No.: 07-5944-SC

**Elizabeth Anne McKenna- Application For Admission Of Attorney Pro Hac Vice**

**Additional Plaintiffs:**

James Brown

Ryan Rizzo

Joshua Maida

Travis Burau