1  STEVEN F. BENZ (D.C. Bar No. 428026)
     sbenz@khhte.com
2  KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC
   1615 M Street, N.W.
3  Suite 400
   Washington, D.C. 20036
4  Telephone: (202) 326-7900
   Facsimile: (202) 326-7999
5
   *Counsel for Plaintiff Studio Spectrum, Inc.*
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
                         **SAN FRANCISCO DIVISION**
10

11

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 SC |
|---|---|
|  | MDL No. 1917 |
|  | **NOTICE OF APPEARANCE** |
| This document relates to: | The Honorable Samuel Conti |
| ALL DIRECT PURCHASER ACTIONS |  |

16

17       PLEASE TAKE NOTICE that attorney Steven F. Benz of the law firm Kellogg, Huber,

18  Hansen, Todd, Evans & Figel, PLLC, located at 1615 M Street, N.W., Suite 400, Washington,

19  D.C. 20036 hereby appears as additional attorney of record on behalf of Plaintiff Studio Spectrum,

20  Inc., in the above-captioned action, and requests that all court documents in connection with this

21  action be served upon him at the e-mail address listed above.

---

Notice of Appearance
Case No. 3:07-cv-05944 SC; MDL No. 1917

| | | | |
|---|---|---|---|
| 1 | DATED:  May 28, 2009 | | Respectfully submitted, |
| 2 | | | |
| 3 | | By: | */s/ Steven F. Benz* |
| 4 | | | Steven F. Benz |
| 5 | | | KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, PLLC |
| 6 | | | 1615 M Street, N.W. Suite 400 |
| 7 | | | Washington, D.C. 20036 Telephone:  (202) 326-7900 |
| 8 | | | *Counsel for Plaintiff Studio Spectrum, Inc.* |