DAVID M. LISI (SBN 154926)
Email: lisid@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3530
Facsimile: (650) 798-3600

JOHN M. TALADAY (pro hac vice)
Email: taladayj@howrey.com
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-6564
Facsimile: (202) 383-6610

ETHAN E. LITWIN (pro hac vice)
Email: litwine@howrey.com
HOWREY LLP
Citigroup Center
153 E. 53rd Street, 54th Floor
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

Attorneys for KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD. AND PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antitrust Litigation | No. 07-5944-SC |
| | MDL No. 1917 |
| This Relates to All Actions. | **APPLICATION OF RICHARD A. RIPLEY FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, RICHARD A. RIPLEY, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Philips Electronics North America Corporation in the above-entitled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

1      2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

     3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> David M. Lisi (SBN 154926)
> HOWREY LLP
> 1950 University Avenue, 4th Floor
> East Palo Alto, CA 94303
> Telephone: (650) 798-3530
> Facsimile:  (650) 798-3600
> lisid@howrey.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2009

RICHARD A. RIPLEY

-2-
APPLICATION OF RICHARD A. RIPLEY FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC