1  DAVID M. LISI (SBN 154926)
   Email: lisid@howrey.com
2  HOWREY LLP
   1950 University Avenue, 4th Floor
3  East Palo Alto, CA 94303
   Telephone: (650) 798-3530
4  Facsimile: (650) 798-3600

5  JOHN M. TALADAY (pro hac vice)
   Email: taladayj@howrey.com
6  HOWREY LLP
   1299 Pennsylvania Ave NW
7  Washington, DC 20004
   Telephone: (202) 383-6564
8  Facsimile: (202) 383-6610

9  ETHAN E. LITWIN (pro hac vice)
   Email: litwine@howrey.com
10 HOWREY LLP
   Citigroup Center
11 153 E. 53rd Street, 54th Floor
   Telephone: (212) 896-6500
12 Facsimile: (212) 896-6501

13 Attorneys for KONINKLIJKE PHILIPS ELECTRONICS N.V.,
   PHILIPS ELECTRONICS NORTH AMERICA
14 CORPORATION, PHILIPS ELECTRONICS INDUSTRIES
   (TAIWAN), LTD. AND PHILIPS DA AMAZONIA
15 INDUSTRIA ELECTRONICA LTDA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | MDL. No. 1917 |
| | **[PROPOSED] ORDER GRANTING RICHARD A. RIPLEY'S APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| This relates to all actions. | |

1   RICHARD A. RIPLEY, an active member in good standing of the bar of Washington, D.C.,
2   whose business address and telephone number is:

3               Richard A. Ripley
                HOWREY LLP
4               1299 Pennsylvania Ave NW
                Washington, DC 20004
5               Telephone: (202) 383-6755
                Facsimile:  (202) 383-6610
6               ripleyr@howrey.com

7   Having applied in the above-entitled action for admission to practice in the Northern District of
8   California on a *pro hac vice* basis, representing Defendant Philips Electronics North America
9   Corporation;

10      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
11  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
12  Services of papers upon and communication with co-counsel designed in the application will constitute
13  notice to the party. All future filings in this action are subject to the requirements contained in General
14  Order No. 45, *Electronic Case Filing*.

16  Dated: _____

19                              SAMUEL CONTI
                                UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER GRANTING RICHARD A. RIPLEY FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - CASE NO. 3:07-5944-SC