LIDIA MAHER (CA 222253)
JEANE HAMILTON (CA 157834)
MAY LEE HEYE (CA 209366)
ANNA TRYON PLETCHER (CA 239730)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660
Facsimile: (415) 436-6687
Email: Jeane.Hamilton@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Cases | No. 3:07-cv-5944 SC<br>MDL No. 1917<br><br>**NOTICE OF REMOVAL OF COUNSEL** |

The Department of Justice, Antitrust Division hereby files this Notice of Removal of Counsel. Jeane Hamilton is no longer assigned to this matter. Please remove her email address, jeane.hamilton@usdoj.gov from this docket.

DATED: May 28, 2009                              Respectfully submitted,


                                                 _____/s/_____
                                                 JEANE HAMILTON
                                                 Trial Attorney

NOTICE OF REMOVAL OF COUNSEL
No. 07-5944