```
 1  DAVID M. LISI (SBN 154926)
    Email: lisid@howrey.com
 2  HOWREY LLP
    1950 University Avenue, 4th Floor
 3  East Palo Alto, CA 94303
    Telephone: (650) 798-3530
 4  Facsimile:  (650) 798-3600

 5  JOHN M. TALADAY (pro hac vice)
    Email: taladayj@howrey.com
 6  HOWREY LLP
    1299 Pennsylvania Ave NW
 7  Washington, DC 20004
    Telephone: (202) 383-6564
 8  Facsimile:  (202) 383-6610

 9  ETHAN E. LITWIN (pro hac vice)
    Email: litwine@howrey.com
10  HOWREY LLP
    Citigroup Center
11  153 E. 53rd Street, 54th Floor
    Telephone:  (212) 896-6500
12  Facsimile:  (212) 896-6501

13  Attorneys for KONINKLIJKE PHILIPS ELECTRONICS N.V.,
    PHILIPS ELECTRONICS NORTH AMERICA
14  CORPORATION, PHILIPS ELECTRONICS INDUSTRIES
    (TAIWAN), LTD. AND PHILIPS DA AMAZONIA
15  INDUSTRIA ELECTRONICA LTDA.
```

[Received stamp: MAY 27 PM 3:07, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: Cathode Ray Tube (CRT) Antirust Litigation | No. 07-5944-SC |
| | MDL. No. 1917 |
| This relates to all actions. | **[PROPOSED] ORDER GRANTING RICHARD A. RIPLEY'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1  RICHARD A. RIPLEY, an active member in good standing of the bar of Washington, D.C.,
2  whose business address and telephone number is:

>   Richard A. Ripley
>   HOWREY LLP
>   1299 Pennsylvania Ave NW
>   Washington, DC 20004
>   Telephone: (202) 383-6755
>   Facsimile: (202) 383-6610
>   ripleyr@howrey.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant Philips Electronics North America Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 6/1/09

_____
SAMUEL _____ UNITED _____ JUDGE

IT IS SO ORDERED
Judge Samuel Conti

-2-
[PROPOSED] ORDER GRANTING RICHARD A. RIPLEY FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - CASE NO. 3:07-5944-SC