| | |
|---|---|
| 1 | Hon. Charles A. Legge (Ret.) |
| 2 | JAMS |
|   | Two Embarcadero Center, Suite 1500 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 774-2644 |
| 4 | Fax: (415) 982-5287 |
|   | Special Master |
| 5 | |
| 6 | |
| 7 | COUNSEL LISTED ON SIGNATURE BLOCK |

# JAMS

| | | |
|---|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) | No.: M-07-5944 SC <br><br> MDL NO. 1917 <br> JAMS Reference No. 1100054618 |
| This Document Relates to: <br><br> ALL ACTIONS. | ) ) ) ) ) ) ) | STIPULATION AND [PROPOSED] ~~~~ ORDER RE: AMENDED MOTION TO DISMISS BRIEFING SCHEDULE AND EXTENDED LIMITED DISCOVERY STAY |

WHEREAS on March 16, 2009, the Direct Purchaser Plaintiffs filed a consolidated amended complaint ("Direct CAC");

WHEREAS on March 16, 2009, the Indirect Purchaser Plaintiffs filed a consolidated amended complaint ("Indirect CAC");

WHEREAS on April 24, 2009, Special Master Charles A. Legge issued an Order with respect to the briefing schedule in connection with Defendants' joint and individual motions to dismiss the Direct CAC and the Indirect CAC, which included the following schedule: Defendants' opening briefs to be filed no later than May 18, 2009; Plaintiffs' opposition briefs to be filed no later than June 26, 2009; Defendants' reply briefs to be filed no later than July 22, 2009; and oral arguments to be held on August 4, 2009, extending as necessary to August 5, 2009;

WHEREAS on May 18, 2009, Defendants filed joint and individual motions to dismiss; and

WHEREAS the Direct Purchaser Plaintiffs have requested, and the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs ("Plaintiffs") and Defendants have agreed, that the briefing schedule be amended as set forth below;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Defendants, that:

1. Plaintiffs shall file their briefs in opposition to Defendants' joint and individual motions to dismiss the Direct CAC and the Indirect CAC no later than August 3, 2009.

2. Defendants shall file their reply briefs in further support of their joint and individual motions to dismiss the Direct CAC and the Indirect CAC no later than September 24, 2009.

3. The limitations on page limits, as set forth in Judge Legge's April 24, 2009 Order, shall remain the same.

4. Oral arguments in connection with Defendants' motions to dismiss will be held at the San Francisco Resolution Center of JAMS beginning at 9 a.m. on October 5, 2009, and

MDL NO. 1917

STIPULATION AND [PROPOSED] ORDER

1

extending as necessary to October 6, 2009; or on a date thereafter that is convenient to Judge Legge.

5.  The "Stay Period," as defined in paragraph 1 of the February 5, 2009 Stipulation and Order To Extend Limited Discovery Stay (the "Discovery Stay Stipulation"), shall be extended until such time as the Court has issued its decision(s) on the various motions to dismiss that were filed on May 18, 2009. Moreover, with respect to Paragraph 2(b) of the Discovery Stay Stipulation, the stay on deposition discovery, including a stay on deposition discovery as to Defendants' customers, suppliers and their employees, shall be in effect until January 4, 2010. If the Court has not issued its decision(s) on Defendants' motions to dismiss by that date, all discovery that has been stayed – including deposition discovery, as set forth above – will remain stayed until after the Court has issued its decision(s). The parties recognize that the personal jurisdiction motions may be decided after the other motions to dismiss. This will not further extend the Stay Period for those Defendants who did not make jurisdiction motions beyond the date of a decision by the Court on the other Defendants' motions.

6.  All other provisions of Judge Legge's April 24, 2009 Order, including Paragraph 7 relating to Plaintiffs seeking discovery on personal jurisdiction, and the parties meeting and conferring, shall remain in effect.

Dated: June 3, 2009

By: /s/ David L.Yohai
STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

| | |
|---|---|
| 1 | GREGORY D. HULL (57367) |
| 2 | Email: greg.hull@weil.com<br>**WEIL, GOTSHAL & MANGES LLP** |
| 3 | 201 Redwood Shores Parkway<br>Redwood Shores, California 94065-1175 |
| 4 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| 5 | By: /s/ Jeffrey L. Kessler |
| 6 | JEFFREY L. KESSLER (*pro hac vice*)<br>Email: jkessler@dl.com |
| 7 | A. PAUL VICTOR (*pro hac vice*)<br>Email: pvictor@dl.com |
| 8 | EVA W. COLE (*pro hac vice*)<br>Email: ecole@dl.com |
| 9 | **DEWEY & LEBOEUF LLP** |
| 10 | 1301 Avenue of the Americas<br>New York, NY 10019 |
| 11 | Telephone: (212) 259-8000<br>Facsimile: (212) 259-7013 |
| 12 | |
| 13 | ***Attorneys for Defendants Panasonic Corporation of North America, MT Picture*** |
| 14 | ***Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*** |
| 15 | |
| 16 | By: /s/ Gary L. Halling<br>GARY L. HALLING (66087) |
| 17 | Email: ghalling@sheppardmullin.com<br>JAMES L. MCGINNIS (95788) |
| 18 | Email: jmcginnis@sheppardmullin.com<br>MICHAEL SCARBOROUGH (203524) |
| 19 | Email: mscarborough@sheppardmullin.com |
| 20 | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 21 | Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109 |
| 22 | Telephone: (415)-434-9100<br>Facsimile: (415)-434-3947 |
| 23 | |
| 24 | ***Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung*** |
| 25 | ***SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda.,*** |
| 26 | ***Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*** |
| 27 | |
| 28 | MDL NO. 1917 — STIPULATION AND [PROPOSED] ORDER |

| | |
|---|---|
| 1 | By: /s/ Michael Tubach |
| | MICHAEL TUBACH (145955) |
| 2 | Email: mtubach@omm.com |
| | **O'MELVENY & MYERS LLP** |
| 3 | Two Embarcadero Center, 28th Floor |
| | San Francisco, California 94111-3823 |
| 4 | Telephone: (415) 984-8876 |
| | Facsimile: (415) 984-8701 |
| 5 | |
| 6 | IAN SIMMONS (*pro hac vice*) |
| | Email: isimmons@omm.com |
| 7 | **O'MELVENY & MYERS LLP** |
| | 1625 Eye Street, NW |
| 8 | Washington, DC 20006 |
| | Telephone: (202) 383-5300 |
| 9 | Faacsimile: (202) 383-5414 |
| 10 | |
| | ***Attorneys for Defendants Samsung Electronics*** |
| 11 | ***Co., Ltd. and Samsung Electronics America,*** |
| | ***Inc.*** |
| 12 | |
| 13 | By: /s/ Samuel Miller |
| | SAMUEL R. MILLER (66871) |
| 14 | Email: srmiller@sidley.com |
| | MARIE L. FIALA (79676) |
| 15 | Email: mfiala@sidley.com |
| | RYAN M. SANDROCK (251781) |
| 16 | Email: rsandrock@sidley.com |
| | ROBERT B. MARTIN III (235489) |
| 17 | Email: rbmartin@sidley.com |
| | **SIDLEY AUSTIN LLP** |
| 18 | 555 California Street |
| | San Francisco, CA 94104 |
| 19 | Telephone: (415) 772-1200 |
| | Facsimile: (415) 772-7400 |
| 20 | |
| 21 | ***Attorneys for Defendants LG Electronics, Inc.,*** |
| | ***LG Electronics USA, Inc., and LG Electronics*** |
| 22 | ***Taiwan Taipei Co., Ltd.*** |
| 23 | |
| | By: /s/ Ethan E. Litwin |
| 24 | ETHAN E. LITWIN   (*pro hac vice*) |
| | Email: LitwinE@howrey.com |
| 25 | **HOWREY LLP** |
| | 153 East 53rd Street, 54th Floor |
| 26 | New York, NY 10022 |
| 27 | Telephone: (212) 896-6500 |
| | Facsimile: (212) 896-6501 |
| 28 | |

MDL NO. 1917                                   STIPULATION AND [PROPOSED] ORDER

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*

By: /s/ Bruce H. Jackson
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA   94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (*pro hac vice*)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (*pro hac vice*)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL *(pro hac vice)*
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: (312) 861-8000

*Attorneys for Tatung Company of America, Inc.*

By: /s/ Kent M. Roger
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
THOMAS R. GREEN (203480)
Email: tgreen@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.*

|   |   |
|---|---|
| 1 | By: /s/ Terry Calvani |
|   | TERRY CALVANI (53260) |
| 2 | Email: terry.calvani@freshfields.com |
|   | BRUCE C. MCCULLOCH (*pro hac vice*) |
| 3 | Email: bruce.mcculloch@freshfields.com |
|   | CHRISTINE A. LACIAK (*pro hac vice*) |
| 4 | Email: christine.laciak@freshfields.com |
|   | **FRESHFIELDS BRUCKHAUS DERINGER** |
| 5 | **US LLP** |
|   | 701 Pennsylvania Avenue, N.W., Suite 600 |
| 6 | Washington, DC   20004 |
| 7 | Telephone: (202) 777-4500 |
|   | Facsimile: (202) 777-4555 |
| 8 |   |
| 9 | ***Attorneys for Defendant Beijing Matsushita*** |
|   | ***Color CRT Company, Ltd.*** |
| 10 |   |
| 11 | By: /s/ George L. Paul |
|   | CHRISTOPHER M. CURRAN (*pro hac vice*) |
| 12 | Email: ccurran@whitecase.com |
|   | GEORGE L. PAUL (*pro hac vice*) |
| 13 | Email: gpaul@whitecase.com |
|   | LUCIUS B. LAU (*pro hac vice*) |
| 14 | Email: alau@whitecase.com |
|   | **WHITE & CASE LLP** |
| 15 | 701 Thirteenth Street, N.W. |
| 16 | Washington, DC   20005 |
|   | Telephone: (202) 626-3600 |
| 17 | Facsimile: (202) 639-9355 |
| 18 |   |
|   | ***Attorneys for Defendants Toshiba Corporation,*** |
| 19 | ***Toshiba America Electronic Components, Inc.,*** |
|   | ***Toshiba America Information Systems, Inc.,*** |
| 20 | ***Toshiba America, Inc., and Toshiba America*** |
|   | ***Consumer Products L.L.C.*** |
| 21 |   |
|   | By: /s/ Thad A. Davis |
| 22 | Thad A. Davis (220503) |
|   | Email: Thad.Davis@ropesgray.com |
| 23 | **ROPES & GRAY LLP** |
|   | One Embarcadero Center |
| 24 | Suite 2200 |
| 25 | San Francisco, CA 94111-3711 |
|   | Telephone: (415) 315-2329 |
| 26 | Facsimile: (415) 315-4899 |
| 27 |   |
|   | ***Attorneys for Daewoo International Co.*** |
| 28 |   |

MDL NO. 1917                                                                                   STIPULATION AND [PROPOSED] ORDER

6

|   |   |
|---|---|
| 1 | By: /s/ Terrence A. Callan |
|   | TERRENCE A. CALLAN (36305) |
| 2 | Email: terrence.callan@pillsburylaw.com |
|   | **PILLSBURY WINTHROP** |
| 3 | **SHAW PITTMAN LLP** |
|   | 50 Fremont Street |
| 4 | San Francisco, CA 94105-2228 |
|   | Telephone: (415) 983-1525 |
| 5 | Facsimile: (415) 983-1200 |

JOSEPH R. TIFFANY II (67821)
Email: joseph.tiffany@pillsburylaw.com
PHILIP A. SIMPKINS (246635)
Email: philip.simpkins@pillsburylaw.com
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

*Attorneys for Irico Display Devices Co., Ltd. and Irico Group Corporation*


By: /s/ William Diaz
WILLIAM DIAZ (232297)
Email: wdiaz@mwe.com
**MCDERMOTT WILL & EMERY**
18191 Von Karman Avenue
Suite 500
Irvine, CA 92612-7108
Telephone: (949) 851-0633
Facsimile: (949) 851-9348

*Attorneys for Samtel Color, Ltd.*


By: /s/ Guido Saveri
GUIDO SAVERI (41059)
Email: guido@saveri.com
R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com
CADIO ZIRPOLI (179108)
Email: cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, CA 94111

MDL NO. 1917          STIPULATION AND [PROPOSED] ORDER

Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 8, 2009

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master