THAD A. DAVIS (CSB # 220503)
  thad.davis@ropesgray.com
ROPES & GRAY LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone:   (415) 315-6300
Facsimile:    (415) 315-6350


JANE E. WILLIS (*pro hac vice*)
  jane.willis@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone:   (617) 951-7000
Facsimile:    (617) 951-7050


Attorneys for Defendant
DAEWOO INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING DAEWOO INTERNATIONAL CORPORATION'S MOTION TO DISMISS THE DIRECT PURCHASER PLAINTIFFS' AND THE INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS**<br><br>Date:  October 5, 2009, 9:00 a.m.<br>Place:  JAMS Resolution Center<br>Special Master:  Hon. Charles A. Legge (Ret.) |

[PROPOSED] ORDER GRANTING DAEWOO INTERNATIONAL CORPORATION'S MOTION TO DISMISS
THE DIRECT PURCHASER PLAINTIFFS' AND THE INDIRECT PURCHASER PLAINTIFFS'
CONSOLIDATED AMENDED COMPLAINTS -  CASE NO. C07-5944 SC, MDL NO. 1917

1


1  On October 5, 2009 at 9:00 a.m., defendant Daewoo International Corporation's Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint and the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint ("the Complaints") came on for hearing before this Court.

Having considered the pleadings and papers filed in support of and in opposition to said motion, and having entertained argument of counsel, and good cause appearing,

**IT IS HEREBY ORDERED:**

1.   Daewoo International's Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint is GRANTED without leave to amend.

2.   Daewoo International's Motion to Dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint is GRANTED without leave to amend.

3.   The Complaints are hereby DISMISSED as to Daewoo International with prejudice.

IT IS SO ORDERED.

DATED:   _____          _____
                                    HON. SAMUEL CONTI
                                    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing Proposed Order was served upon the parties and counsel of record, through the Court's electronic filing system, on June 17, 2009.

                                                /s/ Thad A. Davis
                                                Thad A. Davis