UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C07-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF YOUNG-SEON LEE IN SUPPORT OF DAEWOO INTERNATIONAL CORPORATION'S MOTION TO DISMISS**<br><br>Date:   October 5, 2009, 9:00 a.m.<br>Place:  JAMS Resolution Center<br>Special Master:  Hon. Charles A. Legge (Ret.) |

**DECLARATION OF YOUNG-SEON LEE**

I, Young-Seon Lee, declare as follows:

1.   I am over 18 years of age, and I would testify under oath as to the matters set forth in this declaration if called upon to do so.

2.   I serve as the Vice President of Daewoo International Corporation ("Daewoo International"). The information contained herein is based on my own personal knowledge and upon information provided to me by employees responsible for and with the knowledge of the business and accounting records of Daewoo International.

**Daewoo International Corporation**

3.   Daewoo International was formed and incorporated on December 27, 2000. Daewoo International is a publicly-traded company whose shares have been listed on the Korea Stock Exchange since March 23, 2001. Daewoo International is a trading company that acts as an agent or

broker for other companies or trades or resells for its own account. Daewoo International exports a wide variety of products, including, but not limited to, steel, metals, chemicals, and machinery. Daewoo International trades these products internationally.

4. Daewoo International has never been in an affiliate relationship with Daewoo Electronics Company, Ltd. ("Daewoo Electronics") or Orion Electric Company ("Orion Electric") or Daewoo-Orion Société Anonyme ("DOSA").

5. Daewoo International is not the parent of Daewoo Electronics and likewise Daewoo Electronics is not a subsidiary of Daewoo International and never has been. Nor has Daewoo International ever been in a parent-subsidiary relationship with Orion Electric or DOSA.

6. Daewoo International has never owned shares in Daewoo Electronics. Nor has Daewoo International ever owned shares in Orion Electric or DOSA.

7. Daewoo International has never been a producer or manufacturer of cathode ray tubes ("CRTs"). Daewoo International has never been a producer or manufacturer of products containing CRTs. Daewoo International has never manufactured electronic display products and has engaged in no industrial research regarding electronic display products. In this regard, Daewoo International has never been a member of the Electronic Display Industrial Research Association.

8. Daewoo International has never sold or exported CRTs to the United States. For a limited period from 2001 to 2003, Daewoo International engaged in the trading and export of products containing CRTs to the United States. During this period, Daewoo International's exported less than $25 million in products containing CRTs to the United States. Eighty percent of these transactions were in products containing CRTs manufactured by entities that are not defendants in this case. Daewoo International's margin on electronics transactions during this period was approximately 1% and therefore Daewoo International estimates that its revenue from products containing CRTs that it exported to the United States was approximately $250,000. Daewoo International has not engaged in the trading and export of products containing CRTs to the United States since May 2003 – over six years ago.

DECLARATION OF YOUNG-SEON LEE IN SUPPORT OF OF DAEWOO INTERNATIONAL CORPORATION'S MOTION TO DISMISS - CASE NO. C07-5944 SC, MDL NO. 1917

**Workout of the Daewoo Group**

9. "Daewoo Group" was an abstract name and concept used to describe a group of companies for a period of time in the 1980s and 1990s. At its peak, the Daewoo Group consisted of 12 major companies: Daewoo Corporation; Daewoo Motor Company; Daewoo Motor Sales Co., Ltd; SSangyong Motor Company; Daewoo Heavy Industries & Machinery Ltd; Daewoo Capital Co., Ltd; Diners Club Korea Co.,Ltd; Daewoo Electronics Company, Ltd.; Daewoo Electronic Components Co., Ltd; Daewoo Telecom Co., Ltd; Orion Electric Company; and Keangnam Enterprises Co., Ltd, and hundreds of smaller companies.

10. The Daewoo Group was not a legal entity and therefore, the Daewoo Group did not have legal capacity to be a party to a contract or sue or be sued. Rather it was an "enterprise group" which is a designation given to certain groups of corporations by the Fair Trade Commission of Korea. The Fair Trade Commission may designate corporations as belonging to an enterprise group.

11. Due to a nationwide financial crisis, the Korean government announced on August 26, 1999, that it was putting each of the 12 major Daewoo companies into a workout program, a reorganization proceeding similar to an out-of-court bankruptcy.

12. As part of Daewoo Corporation's workout plan pursuant to the Korean Commercial Code, Daewoo Corporation was divided into three independent companies: Daewoo International for trading operations, Daewoo Engineering and Construction Co., Ltd. for construction operations, and Daewoo Corporation for remaining operations.

13. The Fair Trade Commission officially confirmed the withdrawal of the Daewoo Group's designation as an enterprise group on April 1, 2000.

14. Daewoo International was formed on December 27, 2000, almost nine months after the Daewoo Group's enterprise designation was withdrawn and the Daewoo Group ceased to exist as an enterprise group. Daewoo International is not the successor in interest to the Daewoo Group.

DECLARATION OF YOUNG-SEON LEE IN SUPPORT OF OF DAEWOO INTERNATIONAL CORPORATION'S MOTION TO DISMISS - CASE NO. C07-5944 SC, MDL NO. 1917

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing representations are true and correct.

Executed on: June 16th, 2009

By: _____
Young-Seon Lee
Vice President of Daewoo International

DECLARATION OF YOUNG-SEON LEE IN SUPPORT OF OF DAEWOO INTERNATIONAL CORPORATION'S MOTION TO DISMISS - CASE NO. C07-5944 SC, MDL NO. 1917

1
2   **CERTIFICATE OF SERVICE**
3
4   The undersigned counsel hereby certifies that a true and correct copy of the foregoing
5   Declaration of Young-Seon Lee was electronically filed and served upon the parties and counsel of
6   record, through the court's electronic filing system, on June 17, 2009.
7
                                                    /s/ Thad A. Davis
                                                    Thad A. Davis
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF YOUNG-SEON LEE IN SUPPORT OF OF DAEWOO INTERNATIONAL CORPORATION'S
MOTION TO DISMISS - CASE NO. C07-5944 SC, MDL NO. 1917