THAD A. DAVIS (CSB # 220503)
  thad.davis@ropesgray.com
ROPES & GRAY LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone:   (415) 315-6300
Facsimile:    (415) 315-6350

JANE E. WILLIS (*pro hac vice*)
  jane.willis@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone:   (617) 951-7000
Facsimile:      (617) 951-7050

Attorneys for Defendant
DAEWOO INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **DAEWOO INTERNATIONAL CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS**<br><br>Date:  October 5, 2009, 9:00 a.m.<br>Place:  JAMS Resolution Center<br>Special Master:  Hon. Charles A. Legge (Ret.) |

DAEWOO INTERNATIONAL CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS - CASE NO. C07-5944 SC, MDL NO. 1917

1

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, defendant Daewoo International Corporation respectfully requests that this Court take judicial notice of the below-listed documents, true and correct copies of which are authenticated in the attached Declaration of Thad A. Davis in Support of Daewoo International's Request for Judicial Notice ("Davis Declaration"), served and filed herewith.

- Exhibit A:  Daewoo International's 2007 Independent Audit Report prepared by Ernst & Young, February 5, 2008

- Exhibit B:  LexisNexis Report of Daewoo International's Corporate Affiliations

This Court may properly take judicial notice of these documents under Rule 201 of the Federal Rules of Evidence.  *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 127 S. Ct. 2499, 2509 (2007); *Sears, Roebuck & Co. v. Metropolitan Engravers, Ltd.*, 245 F.2d 67, 70 (9th Cir. 1956) ("judicial notice may be taken of a fact to show that a complaint does not state a cause of action").  A court deciding a motion to dismiss may consider certain additional facts and documents outside the pleadings where: (1) the documents are incorporated by reference into the complaint, and (2) facts that are properly the subject of judicial notice.  *Parrino v. FHP, Inc.*, 146 F.3d 699, 705 (9th Cir. 1998), *superseded by statute on other grounds as recognized by Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 681 (9th Cir. 2006).

Judicial notice is appropriate where the facts in question are "not subject to reasonable dispute" in that they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Under this rule of evidence, courts routinely take judicial notice of information from public sources such as information concerning business and industry facts.  *Metzler Inv. GMBH v. Corinthian Colls.,*

DAEWOO INTERNATIONAL CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS -  CASE NO. C07-5944 SC, MDL NO. 1917

**2**

*Inc.*, 540 F.3d 1049, 1064, n.7 (9th Cir. 2008); *See Dreiling v. Am. Exp. Co.,* 458 F.3d 942, 946 n. 2 (9th Cir. 2006) (SEC filings subject to judicial notice); *Small v. Operative Plasterers' and Cement Masons' Intern. Ass'n Local 200*, AFL-CIO 2009 WL 689632, *2 (9th Cir. March 17, 2009) (granting defendant's motion to take judicial notice of the Board's 2006 Annual Report).

Additionally, the "incorporation by reference" doctrine permits the court to take into account documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading." *In re Silicon Graphics Inc. Sec. Litig.,* 183 F.3d 970, 986 (9th Cir.1999) (quoting *Branch v. Tunnell,* 14 F.3d 449, 454 (9th Cir.1994)) (alteration in original). The Ninth Circuit has extended the "incorporation by reference" doctrine to situations in which the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document, even though the plaintiff does not explicitly allege the contents of that document in the complaint. *Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (*citing Parrino v. FHP, Inc.,* 146 F.3d 699, 706 (9th Cir. 1998)). The materials that Daewoo International seeks this Court to take judicial notice of fall into one or both of these categories.

Exhibits A and B are publicly-available documents containing business facts relating to Daewoo International. The Court may take judicial notice of these documents as their authenticity is not in dispute. *Branch*, 14 F.3d at 453. Moreover, both the Direct Purchasers' and Indirect Purchasers' complaints incorrectly reference the corporate structure of Daewoo International and other entities bearing the name Daewoo. DP-CAC ¶¶ 27-28; IP-CAC ¶¶ 106-07. Judicial notice of these documents will clarify the record and assist in the resolution of Daewoo International's motion.

DAEWOO INTERNATIONAL CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS - CASE NO. C07-5944 SC, MDL NO. 1917

3

1 | Daewoo International's Request for Judicial Notice is based upon the arguments herein, the declaration of Thad A. Davis, the pleadings and papers on file in this action, and such oral argument as this Court may entertain.

Dated: June 17, 2009

By: /s/ Thad A. Davis
Thad A. Davis (CSB # 220503)
thad.davis@ropesgray.com
ROPES & GRAY LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Jane E. Willis (*pro hac vice*)
jane.willis@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Attorneys for Defendant

DAEWOO INTERNATIONAL CORPORATION

DAEWOO INTERNATIONAL CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS - CASE NO. C07-5944 SC, MDL NO. 1917

4

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing Request for Judicial Notice was served upon the parties and counsel of record, through the Court's electronic filing system, on June 17, 2009.

                                                /s/ Thad A. Davis
                                                Thad A. Davis

DAEWOO INTERNATIONAL CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS -  CASE NO. C07-5944 SC, MDL NO. 1917

5