THAD A. DAVIS (CSB # 220503)
  thad.davis@ropesgray.com
ROPES & GRAY LLP
One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone:   (415) 315-6300
Facsimile:    (415) 315-6350

JANE E. WILLIS (*pro hac vice*)
  jane.willis@ropesgray.com
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
Telephone:   (617) 951-7000
Facsimile:    (617) 951-7050

Attorneys for Defendant
DAEWOO INTERNATIONAL
CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. C07-5944 SC<br>MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF THAD A. DAVIS IN SUPPORT OF DAEWOO INTERNATIONAL CORPORATION'S REQUEST FOR JUDICIAL NOTICE** |
| ALL ACTIONS | Date: October 5, 2009, 9:00 a.m.<br>Place:  JAMS Resolution Center<br>Special Master:  Hon. Charles A. Legge (Ret.) |

## DECLARATION OF THAD A. DAVIS

I, Thad A. Davis, declare as follows:

1.      I am admitted to practice law before all the courts of the State of California and U.S. District Court, Northern District of California.  I am an attorney with the law firm of Ropes & Gray LLP, counsel of record for Daewoo International Corporation ("Daewoo International"). I submit this Declaration in support of Daewoo International's Request for Judicial Notice filed in support of its Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint.   Based on personal knowledge and my review of the attached documents, I am fully competent to testify to the facts set forth herein.

2.      Attached as Exhibit A to this Declaration is a true and correct copy of Daewoo International's 2007 Independent Audit Report prepared by Ernst & Young, February 5, 2008.

3.      Attached as Exhibit B to this Declaration is a true and correct copy of LexisNexis Report of Daewoo International's Corporate Affiliations.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  June 17, 2009                                    Respectfully submitted,


                                                        By:  _/s/ Thad A. Davis_____
                                                            Thad A. Davis

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that a true and correct copy of the foregoing Declaration in Support of Daewoo International Corporation's Request for Judicial Notice was served upon the parties and counsel of record, through the Court's electronic filing system, on June 17, 2009.

  /s/ Thad A. Davis _____
Thad A. Davis

**DECLARATION OF THAD A. DAVIS IN SUPPORT OF OF DAEWOO INTERNATIONAL CORPORATION'S REQUEST FOR JUDICIAL NOTICE** -  CASE NO. C07-5944 SC, MDL NO. 1917

3