

1 of 1 DOCUMENT

Copyright 2009 Reed Elsevier Inc. All rights reserved.

LexisNexis® Corporate Affiliations

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*HIERARCHY\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
(LEVEL) COMPANY

. (P)  Daewoo International Corp. (Parent), Seoul, Korea (South)
. (1) Daewoo America Development, Inc. (Subsidiary), Issaquah, WA
. (1) Daewoo International America Corp. (Subsidiary), Ridgefield Park, NJ
. (1) Daewoo International America Corp. (Subsidiary), Anaheim, CA
. (1) Al-Bab Care of Daewoo (Subsidiary), Riyadh, Saudi Arabia
. (1) The Blue Sea Company W.L.L. (Subsidiary), Kuwait, Kuwait
. (1) Daewoo Corp.-Algiers (Subsidiary), Algiers, Alger, Algeria
. (1) Daewoo Corp. Amsterdam B.V. (Subsidiary), Amsterdam, Netherlands
. (1) Daewoo Corp.-Budapest (Subsidiary), Budapest, Hungary
. (1) Daewoo Corp.-Cairo (Subsidiary), Cairo, Maadl, Egypt
. (1) Daewoo Corp.-Dalian (Subsidiary), Dalian, China
. (1) Daewoo Corp.-Dubai (Subsidiary), Dubai, United Arab Emirates
. (1) Daewoo Corp.-Guangzhou (Subsidiary), Guangzhou, China
. (1) Daewoo Corp.-Johannesburg (Subsidiary), Johannesburg, Sandton, South Africa
. (1) Daewoo Corp.-Luanda (Subsidiary), Luanda, Angola
. (1) Daewoo Corp.-Nagoya (Subsidiary), Nagoya, Japan
. (1) Daewoo Corp.-Qingdao (Subsidiary), Qingdao, China
. (1) Daewoo Corp.-Shanghai (Subsidiary), Shanghai, China
. (1) Daewoo Corp.-Tehran (Subsidiary), Tehran, Iran
. (1) Daewoo Corp.-Tripoli (Subsidiary), Tripoli, Libya
. (1) Daewoo Corp. Warsaw (Subsidiary), Warsaw, Poland
. (1) Daewoo do Brazil Imp Exp. Ltd. (Subsidiary), Sao Paulo, Brazil

- (1) Daewoo Global Nigeria Ltd. (Subsidiary), Lagos, Nigeria
- (1) Daewoo Hong Kong Ltd. (Subsidiary), Kowloon, China (Hong Kong)
- (1) Daewoo International - Caracas (Subsidiary), Caracas, Venezuela
- (1) Daewoo International Corp Madrid (Subsidiary), Madrid, Spain
- (1) Daewoo International Corp. (Subsidiary), Colon, Panama
- (1) Daewoo International Corporation (Subsidiary), Nairobi, Kenya
- (1) Daewoo International Corporation (Subsidiary), New Malden, Surrey, United Kingdom
- (1) Daewoo International Corp. - Algeria (Subsidiary), Algiers, Algeria
- (1) Daewoo International Corporation Sucursal Buenos Aires (Subsidiary), Buenos Aires, Argentina
- (1) Daewoo International Corp. -Taiwan (Subsidiary), Taipei, Taiwan
- (1) Daewoo International Germany GmbH (Subsidiary), Hamburg, Hessen, Germany
- (1) Daewoo International (Japan) Corp. (Subsidiary), Osaka, Japan
- (1) Daewoo International (Japan) Corp. (Subsidiary), Tokyo, Japan
- (1) Daewoo Italia S.R.L. (Subsidiary), Milan, Agrate Brianza, Italy
- (1) Daewoo Nigeria Limited (Subsidiary), Lagos, Nigeria
- (1) Daewoo Singapore Pte. Ltd. (Subsidiary), Singapore, Singapore
- (1) Daytek Electronics Corp. (Subsidiary), Delta, BC, Canada
- (1) GM Daewoo Australia Pty. Limited (Subsidiary), Sydney, NSW, Australia
- (1) Myanmar Daewoo Ltd. (Subsidiary), Yangon, Myanmar

- All in Hierarchy

**LOAD-DATE:** June 1, 2009