**MILBERG LLP**
Jeff S. Westerman
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

**MILBERG LLP**
Paul Novak
Peter Safirstein
Elizabeth McKenna
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944<br>MDL Docket No. 1917 |
| This document relates to:<br>ALL ACTIONS | Honorable Samuel Conti<br>**CERTIFICATE OF SERVICE** |

I, Paul F. Novak, hereby certify that on this 18th day of June, 2009, I caused a true and correct copy of the foregoing Order dated 5/28/09 granting *pro hac vice* admission to Paul F. Novak to be served via ECF upon all counsel registered with the Court's electronic filing system and via United States regular mail upon the parties listed on the attached service list.

**Guri Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Shpetim Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Charles H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

---

CERTIFICATE OF SERVICE
Case No. 07-5944 SC, MDL No. 1917             1

| | |
|---|---|
| 1 | |

**Roxane Busey**  
Baker & McKenzie LLP  
130 E. Randolph Drive, Suite 3500  
Chicago, IL 60601

**Krishna B. Narine**  
Schiffrin & Barroway, LLP  
Three Bala Plaza East  
Suite 400  
Bala Cynwyd, PA 19004

**Patrick Bradford Clayton**  
Zelle Hofmann Voelbel & Mason LLP  
44 Montgomery Street, Suite #3400  
San Francisco, CA 94104

**Mark Reinhardt**  
Reinhardt Wendorf & Blanchfield  
East 1000 First National Bank Building  
322 Minnesota Street  
St. Paul, MN 55101

**Issac L. Diel**  
Sharp McQueen  
6900 College Boulevard, Suite 285  
Overland Park, KS 66211

**Steven A. Reiss**  
Weil Gotshal & Manges LLP  
767 Fifth Avenue  
New York, NY 10153-0119

**Manuel J. Dominguez**  
Berman DeValerio Peasse Tabacco Burt & Pucillo  
222 Lakeview Avenue, Suite 900  
West Palm Beach, FL 33401

**Richard A. Ripley**  
Howrey LLP  
1299 Pennsylvania Ave., N.W.  
Washington, DC 20004

**Neal A Eisenbraun**  
Neal A Eisenbraun, Chartered  
2599 Mississippi Street  
New Brighton, MN 55113

**Jean B. Roth**  
Mansfield Tanick & Cohen  
1700 U.S. Bank Plaza South  
220 South Sixth Street  
Minneapolis, MN 55402-4511

**John G. Emerson**  
Emerson Poynter LLP  
830 Apollo Lane  
Houston, TX 77058

**Lawrence P. Schaefer**  
Mansfield Tanick & Cohen  
1700 U.S. Bank Plaza South  
220 South Sixth Street  
Minneapolis, MN 55402-4511

**Lori A. Fanning**  
Miller Law LLC  
115 South LaSalle Street, Suite 2910  
Chicago, IL 60603

**Roger Martin Schrimp**  
Damrell Nelson Schrimp Pallios Pacher & Silva  
1601 I Street 5th Floor  
Modesto, CA 95354

**John Gressette Felder, Jr**  
McGowan Hood Felder and Johnson  
1405 Calhoun Street  
Columbia, SC 29201

**Karen Sewell**  
Baker & McKenzie LLP  
130 E. Randolph Drive, Sutie 3500  
Chicago, Il 60601

**Traviss Levine Galloway**  
Zelle Hofmann Voelbel Mason & Gette  
44 Montgomery St #3400  
San Francisco, CA 94104

**Imtiaz A. Siddiqui**  
Lovell Stewart Halebian LLP  
500 Fifth Avenue  
New York, NY 10110

---

CERTIFICATE OF SERVICE  
Case No. 07-5944 SC, MDL No. 1917

2

| | |
|---|---|
| **Martin E. Grossman**<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 | **Donna F. Solen**<br>Mason Law Firm-Washington<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036 |
| **Richard M. Hagstrom**<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 | **Matthew E. Van Tine**<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| **Gregory D. Hull**<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | |

By: /s/ Paul F. Novak
Paul F. Novak