**MILBERG LLP**
Jeff S. Westerman
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone:   (213) 617-1200
Facsimile:    (213) 617-1975

**MILBERG LLP**
Paul Novak
Peter Safirstein
Elizabeth McKenna
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944<br>MDL Docket No. 1917 |
| This document relates to:<br>ALL ACTIONS | Honorable Samuel Conti<br>**CERTIFICATE OF SERVICE** |

I, Paul F. Novak, hereby certify that on this 18th day of June, 2009, I caused a true and correct copy of the foregoing Order dated 5/28/09 granting *pro hac vice* admission to Elizabeth Anne McKenna to be served via ECF upon all counsel registered with the Court's electronic filing system and via United States regular mail upon the parties listed on the attached service list.

**Guri Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Shpetim Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Charles H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

| | |
|---|---|
| Roxane Busey<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL 60601 | Krishna B. Narine<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004 |
| Patrick Bradford Clayton<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street, Suite #3400<br>San Francisco, CA 94104 | Mark Reinhardt<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 |
| Issac L. Diel<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211 | Steven A. Reiss<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| Manuel J. Dominguez<br>Berman DeValerio Peasse Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 | Richard A. Ripley<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |
| Neal A Eisenbraun<br>Neal A Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN 55113 | Jean B. Roth<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| John G. Emerson<br>Emerson Poynter LLP<br>830 Apollo Lane<br>Houston, TX 77058 | Lawrence P. Schaefer<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| Lori A. Fanning<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | Roger Martin Schrimp<br>Damrell Nelson Schrimp Pallios Pacher & Silva<br>1601 I Street 5th Floor<br>Modesto, CA 95354 |
| John Gressette Felder, Jr<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 | Karen Sewell<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Sutie 3500<br>Chicago, Il 60601 |
| Traviss Levine Galloway<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St #3400<br>San Francisco, CA 94104 | Imtiaz A. Siddiqui<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue<br>New York, NY 10110 |
| Martin E. Grossman<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 | Donna F. Solen<br>Mason Law Firm-Washington<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036 |

CERTIFICATE OF SERVICE
Case No. 07-5944 SC, MDL No. 1917                    2

**Richard M. Hagstrom**
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

**Gregory D. Hull**
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

**Matthew E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

By: *Paul F. Novak* (signature)
Paul F. Novak

CERTIFICATE OF SERVICE
Case No. 07-5944 SC, MDL No. 1917                3