IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: Cathode Ray Tube (CRT) Antitrust Litigation

Plaintiff,

v.

Defendant.

CASE NO. 07-5944-SC
MDL No.: 1917

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Elizabeth Anne McKenna, whose business address and telephone number is

One Pennsylvania Plaza, 50th floor
New York, NY 10119
(212) 631-8605

and who is an active member in good standing of the bar of E.D.N.Y. and S.D.N.Y. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Kory Pentland, (see attached list)

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: May 28, 2009




Honorable
United States District Judge
Judge Samuel Conti

IT IS SO ORDERED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Case No.: 07-5944-SC

**Elizabeth Anne McKenna- Application For Admission Of Attorney Pro Hac Vice**

**Additional Plaintiffs:**

James Brown

Ryan Rizzo

Joshua Maida

Travis Burau