MILBERG LLP
Jeff S. Westerman (SBN 94559)
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
jwesterman@milberg.com

MILBERG LLP
Paul Novak
Peter Safirstein
Elizabeth McKenna
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. CV-07-5944<br>MDL Docket No. 1917<br><br>Honorable Samuel Conti<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Andrew J. Morganti, a former attorney of Milberg LLP and a former attorney for Plaintiffs Kory Pentland, James Brown, Ryan Rizzo, Joshua Maida and Travis Burau, is hereby withdrawn as counsel for Plaintiffs in the above-captioned litigation. Milberg LLP continues to serve as counsel for Plaintiffs through attorneys Jeff S. Westerman, Paul Novak and Elizabeth McKenna, who request that all future correspondence and papers in this action continue to be directed to them.

DATED: June 18, 2009

Respectfully submitted,

MILBERG LLP
PAUL F. NOVAK

_____
PAUL F. NOVAK

MILBERG LLP
Peter Safirstein
Elizabeth McKenna
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

MILBERG LLP
Jeff S. Westerman
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

*Attorneys for Plaintiffs*