MILBERG LLP
Jeff S. Westerman (SBN 94559)
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
jwesterman@milberg.com

MILBERG LLP
Paul Novak
Peter Safirstein
Elizabeth McKenna
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944 <br> MDL Docket No. 1917 <br> Honorable Samuel Conti |
| This document relates to: <br> ALL ACTIONS | **CERTIFICATE OF SERVICE** |

I, Paul F. Novak, attorney at Milberg LLP hereby certify that:

On June 18, 2009, a copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL was served by the USDC/NDCA CM/ECF System on all interested parties registered for E-filing and via United States regular mail upon the parties listed on the attached service list.

**Guri Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Shpetim Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Charles H. Johnson**
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

- 1 -

| | |
|---|---|
| **Roxane Busey**<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Suite 3500<br>Chicago, IL 60601 | **Krishna B. Narine**<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA 19004 |
| **Patrick Bradford Clayton**<br>Zelle Hofmann Voelbel & Mason LLP<br>44 Montgomery Street, Suite #3400<br>San Francisco, CA 94104 | **Mark Reinhardt**<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 |
| **Issac L. Diel**<br>Sharp McQueen<br>6900 College Boulevard, Suite 285<br>Overland Park, KS 66211 | **Steven A. Reiss**<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| **Manuel J. Dominguez**<br>Berman DeValerio Peasse Tabacco Burt & Pucillo<br>222 Lakeview Avenue, Suite 900<br>West Palm Beach, FL 33401 | **Richard A. Ripley**<br>Howrey LLP<br>1299 Pennsylvania Ave., N.W.<br>Washington, DC 20004 |
| **Neal A Eisenbraun**<br>Neal A Eisenbraun, Chartered<br>2599 Mississippi Street<br>New Brighton, MN 55113 | **Jean B. Roth**<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| **John G. Emerson**<br>Emerson Poynter LLP<br>830 Apollo Lane<br>Houston, TX 77058 | **Lawrence P. Schaefer**<br>Mansfield Tanick & Cohen<br>1700 U.S. Bank Plaza South<br>220 South Sixth Street<br>Minneapolis, MN 55402-4511 |
| **Lori A. Fanning**<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 | **Roger Martin Schrimp**<br>Damrell Nelson Schrimp Pallios Pacher & Silva<br>1601 I Street 5th Floor<br>Modesto, CA 95354 |
| **John Gressette Felder, Jr**<br>McGowan Hood Felder and Johnson<br>1405 Calhoun Street<br>Columbia, SC 29201 | **Karen Sewell**<br>Baker & McKenzie LLP<br>130 E. Randolph Drive, Sutie 3500<br>Chicago, Il 60601 |
| **Traviss Levine Galloway**<br>Zelle Hofmann Voelbel Mason & Gette<br>44 Montgomery St #3400<br>San Francisco, CA 94104 | **Imtiaz A. Siddiqui**<br>Lovell Stewart Halebian LLP<br>500 Fifth Avenue<br>New York, NY 10110 |

| | |
|---|---|
| **Martin E. Grossman**<br>Law Offices of Martin E. Grossman<br>2121 Green Brier Drive<br>Villanova, PA 19085 | **Donna F. Solen**<br>Mason Law Firm-Washington<br>1225 19th Street, NW, Suite 500<br>Washington, DC 20036 |
| **Richard M. Hagstrom**<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 | **Matthew E. Van Tine**<br>Miller Law LLC<br>115 South LaSalle Street, Suite 2910<br>Chicago, IL 60603 |
| **Gregory D. Hull**<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | |

By: /s/ Paul F. Novak
    Paul F. Novak