Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

COUNSEL LISTED ON SIGNATURE BLOCK

JAMS

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. M-07-5944-SC <br><br> MDL No. 1917 <br> JAMS Reference No. 1100054618 |
| This document relates to: <br><br> ALL ACTIONS. | *CAC* <br> STIPULATION AND [PROPOSED] ORDER RE: AMENDED MOTION TO DISMISS BRIEFING SCHEDULE FOR DAEWOO ELECTRONICS CORPORATION |

WHEREAS on March 16, 2009, the Direct Purchaser Plaintiffs filed a consolidated amended complaint ("Direct CAC");

WHEREAS on March 16, 2009, the Indirect Purchaser Plaintiffs filed a consolidated amended complaint ("Indirect CAC");

WHEREAS, Daewoo Electronics Corporation was served with the Indirect CAC on April 30, 2009;

WHEREAS, Daewoo Electronics Corporation was served with the Direct CAC on May 20, 2009;

WHEREAS, Daewoo Electronics Corporation retained counsel on May 18, 2009;

WHEREAS on May 18, 2009, Defendants filed joint and individual motions to dismiss;

WHEREAS, Defendant Daewoo Electronics Corporation intends to file a separate motion to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted and reserves the right to file a motion under Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction;

WHEREAS, due to Daewoo Electronics Corporation's recent addition to the case relative to the other defendants, the parties have agreed to a separate briefing schedule with respect to Daewoo Electronics Corporation's motion.

WHEREAS, on May 21, 2009, Special Master Charles A. Legge issued an Order with respect to a separate briefing schedule for Daewoo Electronics Corporation;

WHEREAS, on June 15, 2009, Judge Legge issued a further Order that extended the briefing schedule for Daewoo Electronics Corporation's motion, which provided: Daewoo Electronics Corporation's opening brief was to be filed by July 10, 2009; Plaintiffs' opposition brief was to be filed by August 25, 2009; Daewoo Electronics Corporation's reply brief was to be filed by September 24, 2009; and oral arguments to be held on October 5, 2009, extending as necessary to October 6, 2009;

WHEREAS, Defendant Daewoo Electronics Corporation has further requested, and the Plaintiffs have agreed, for an additional 14 day extension to file its motion to dismiss and that the briefing schedule for Daewoo Electronics Corporation be amended as follows:

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Daewoo Electronics Corporation, that:

1. Defendant Daewoo Electronics Corporation shall file its opening motion to dismiss to the Direct CAC and the Indirect CAC no later than July 24, 2009;

2. Plaintiffs shall file their brief in opposition to Daewoo Electronics Corporation's motion to dismiss no later than September 8, 2009.

3. The due date for Defendant Daewoo Electronics Corporation's reply brief in further support of its motion to dismiss the Direct CAC and the Indirect CAC shall remain September 24, 2009.

4. The limitations on page limits, as set forth in Judge Legge's April 24, 2009 Order, shall remain the same.

5. Oral arguments in connection with Daewoo Electronics Corporation's motion to dismiss will be held at the same time and place as the Defendants' joint and individual motions to dismiss, at the San Francisco Resolution Center of JAMS beginning at 9 a.m. on October 5, 2009, and extending as necessary to October 6, 2009; or on a date thereafter that is convenient to Judge Legge.

6. All other provisions of Judge Legge's April 24, 2009 and June 8, 2009 Orders shall remain in effect.

| | |
|---|---|
| TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP | WINSTON & STRAWN LLP |
| By: s/ Mario N. Alioto | By: s/ Jeffrey J. Lederman |
| Mario N. Alioto<br>Lauren C. Russell<br><br>2280 Union Street<br>San Francisco, CA 94123<br>Telephone: (415) 563-7200<br>Facsimile: (415) 346-0679<br><br>*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | JEFFREY J. LEDERMAN (SBN: 104622)<br>jlederman@winston.com<br>101 California Street<br>San Francisco, CA 94111-5802<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br><br>*Attorneys for Defendant*<br>DAEWOO ELECTRONICS CORPORATION |

SAVERI & SAVERI, INC.

By: s/ Guido Saveri
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
Gianna Gruenwald
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/9/09

_____
Honorable Charles A. Legge
United States District Judge (Ret.)
Special Master