1    COUNSEL LISTED ON SIGNATURE BLOCK

2

3

4

5

6

7

8

9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14
                                         )   No.:   M-07-5944 SC
15   **In Re CATHODE RAY TUBE (CRT)**     )
     **ANTITRUST LITIGATION**             )   MDL NO. 1917
16   _____ )                              C A L
                                         )   **STIPULATION AND [PROPOSED]**
17                                        )   **ORDER VACATING BRIEFING**
     This Document Relates to:            )   **SCHEDULE AND HEARING DATE**
18                                        )   **FOR MOTIONS TO DISMISS BY:**
     ALL ACTIONS.                         )
19                                        )      **(1) PHILIPS DA AMAZONIA**
                                         )          **INDUSTRIA ELECTRONICA,**
20                                        )          **LTDA.**
                                         )
21                                        )      **(2) PHILIPS ELECTRONICS**
                                         )          **INDUSTRIES (TAIWAN), LTD.**
22                                        )
                                         )      **(3) SAMTEL COLOR, LTD.**
23                                        )
                                         )   Hon. Charles A. Legge (Ret.)
24   _____ )   JAMS
                                         )
25                                        )

26

27

28

---
MDL NO. 1917                                    STIPULATION AND [PROPOSED] ORDER

1       WHEREAS on March 16, 2009, the Direct Purchaser Plaintiffs filed a consolidated

2 amended complaint ("Direct CAC");

3       WHEREAS on March 16, 2009, the Indirect Purchaser Plaintiffs filed a consolidated

4 amended complaint ("Indirect CAC");

5       WHEREAS on April 24, 2009, Special Master Charles A. Legge issued an Order with

6 respect to the briefing schedule in connection with Defendants' joint and individual motions

7 to dismiss the Direct CAC and the Indirect CAC (the "April 24 Order");

8       WHEREAS paragraph 7 of the April 24 Order provided: "To the extent that plaintiffs

9 seek discovery regarding any in personam jurisdiction issues raised by the motions, the parties

10 shall meet and confer on a new briefing schedule for the in personam jurisdiction motions

11 only;"

12       WHEREAS on May 18, 2009, Defendants Philips Da Amazonia Industria Electronica

13 Ltda., Philips Electronics Industries (Taiwan), Ltd., and Samtel Color, Ltd. filed motions to

14 dismiss, including motions to dismiss on the basis that this Court lacks personal jurisdiction

15 over them, and argued that Plaintiffs are not entitled to personal jurisdiction discovery;

16       WHEREAS on June 8, 2009, Special Master Charles A. Legge issued on Order that

17 amended the briefing schedule in connection with Defendants' joint and individual motions to

18 dismiss the Direct CAC and the Indirect CAC, and extending the limited stay of discovery

19 (the "June 8 Order");

20       WHEREAS paragraph 6 of the June 8 Order provided that "All other provisions of

21 Judge Legge's April 24, 2009 Order, including Paragraph 7 relating to Plaintiffs seeking

22 discovery on personal jurisdiction, and the parties meeting and conferring, shall remain in

23 effect;"

24       WHEREAS pursuant to the June 8 Order, Plaintiffs' response to the personal

25 jurisdiction motions is due on August 3, 2009; Defendants' reply is due on September 24,

26 2009; and the hearing on the motions is set for October 5, 2009;

27

28 MDL NO. 1917

STIPULATION AND [PROPOSED] ORDER

1   WHEREAS pursuant to paragraph 7 of the April 24 Order and paragraph 6 of the June

2   8 Order, the parties have met and conferred regarding a new briefing schedule for the personal

3   jurisdiction motions;

4   WHEREAS the undersigned Defendants have requested that the briefing and the

5   hearing on their other pending motions to dismiss also be vacated pending an agreement on a

6   proposed new briefing schedule;

7   WHEREAS the parties agree that, in the interests of conserving the resources of the

8   parties and the Court, the briefing schedule and hearing on all of the undersigned Defendants'

9   motions to dismiss should be vacated until the remaining motions to dismiss are resolved; and

10  WHEREAS Defendants Philips Da Amazonia Industria Electronica Ltda., Philips

11  Electronics Industries (Taiwan), Ltd., and Samtel Color, Ltd. do not believe that Plaintiffs are

12  entitled to personal jurisdiction discovery, but the parties will meet and confer regarding

13  jurisdictional discovery and a new briefing schedule for the undersigned Defendants' motions

14  and will submit their proposed new briefing schedule to the Court.

15  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

16  undersigned Plaintiffs and Defendants, that:

17  1.   The briefing schedule and hearing date for the motions filed by Defendants

18  Philips Da Amazonia Industria Electronica Ltda., Philips Electronics Industries (Taiwan), Ltd.,

19  and Samtel Color, Ltd. are hereby VACATED.

20  2.   This will not further extend the Stay Period (as defined in Paragraph 5 of the

21  June 8 Order) for those Defendants who did not make jurisdiction motions beyond the date of

22  a decision by the Court on the other Defendants' motions.

23  3.   The parties will meet and confer regarding jurisdictional discovery and a new

24  briefing schedule for these motions and will submit their proposed new briefing schedule to

25  the Court.

26  //

27  //

28

MDL NO. 1917                                    STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| Dated: July 8, 2009 | By: /s/ Ethan E. Litwin |
| | ETHAN E. LITWIN   (*pro hac vice*) |
| | Email: LitwinE@howrey.com |
| | **HOWREY LLP** |
| | 153 East 53rd Street, 54th Floor |
| | New York, NY 10022 |
| | Telephone: (212) 896-6500 |
| | Facsimile: (212) 896-6501 |

*Attorneys for Defendants Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*

| | |
|---|---|
| Dated: July 8, 2009 | By: /s/ William Diaz |
| | WILLIAM DIAZ (232297) |
| | Email:   wdiaz@mwe.com |
| | **MCDERMOTT WILL & EMERY** |
| | 18191 Von Karman Avenue |
| | Suite 500 |
| | Irvine, CA 92612-7108 |
| | Telephone:   (949) 851-0633 |
| | Facsimile:   (949) 851-9348 |

*Attorneys for Samtel Color, Ltd.*

| | |
|---|---|
| Dated: July 8, 2009 | By: /s/ Guido Saveri |
| | GUIDO SAVERI (41059) |
| | Email:  guido@saveri.com |
| | R. ALEXANDER SAVERI (173102) |
| | Email:   rick@saveri.com |
| | CADIO ZIRPOLI (179108) |
| | Email:  cadio@saveri.com |
| | **SAVERI & SAVERI INC.** |
| | 706 Sansome Street |
| | San Francisco, CA 94111 |
| | Telephone: (415) 217-6810 |
| | Facsimile: (415) 217-6813 |

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Dated: July 8, 2009

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email:   malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email:   laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT,
LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect
Purchaser Plaintiffs*

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  July 15, 2009

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master