COUNSEL LISTED ON SIGNATURE BLOCK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC—MDL No. 1917<br>JAMS Reference No. 1100054618<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANT DAEWOO INTERNATIONAL CORPORATION'S MOTION TO DISMISS** |
| This document relates to:<br><br>ALL ACTIONS | Date: October 5-6, 2009<br>Time: 9:00 a.m.<br>Place: JAMS Resolution Center<br><br>**Special Master: Hon. Charles A. Legge (Ret.)** |

WHEREAS, on April 24, 2009, the Special Master assigned to these cases, the Honorable Charles A. Legge, entered an Order Re Briefing And Hearing Of Motions To Dismiss (the "Order");

WHEREAS, the Order provides that the defendants shall submit two joint 50 page briefs addressing all issues jointly affecting defendants, one directed at the Direct Purchaser Consolidated Amended Complaint ("CAC") and the other directed at the Indirect Purchaser CAC;

WHEREAS, the Order further provides that each defendant group may file one additional 25 page brief addressing issues particular to their defendant group;

WHEREAS, Daewoo International Corporation was served with the Indirect Purchaser Plaintiffs' CAC on April 21, 2009;

WHEREAS, Daewoo International Corporation was served with the Direct Purchaser CAC on May 7, 2009 and retained counsel that same day;

WHEREAS, due to Daewoo International Corporation's late addition to the case relative to the other defendants, the parties agreed to a separate briefing schedule with respect to Daewoo International Corporation's motion;

WHEREAS, on May 18, 2009, Special Master Charles A. Legge issued an Order pursuant to the parties' Stipulation providing that Daewoo International Corporation would file its separate motion to dismiss on June 17, 2009; plaintiffs would file their opposition brief on July 15, 2009; and Daewoo International Corporation would file its reply on July 27, 2009;

WHEREAS, Defendant Daewoo International Corporation filed its separate motion to dismiss under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted on June 17, 2009;

WHEREAS, on June 8, 2009, Special Master Charles A. Legge issued an Order pursuant to the parties' Stipulation which amended the briefing schedule on the joint and separate motions to dismiss filed by the other defendants;

STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANT DAEWOO
INTERNATIONAL CORPORATION'S MOTION TO DISMISS
Case No. C 07-5944 SC, MDL No. 1917

2

1    WHEREAS, pursuant to the new briefing schedule on the other defendants' motions to

2    dismiss, Plaintiffs' opposition briefs are due on August 3, 2009 and defendants' reply briefs are

3    due on September 24, 2009;

4    WHEREAS, the June 8, 2009 Order did not pertain to Daewoo International

5    Corporation's separate motion to dismiss; and

6

7    WHEREAS, the parties agree that the briefing schedule on Daewoo International

8    Corporation's separate motion to dismiss should be the same as the briefing schedule on the

9    other defendants' motions.

10    Pursuant to N.D. Cal. Civil L.R. 6-2, IT IS HEREBY STIPULATED AND AGREED by

11    and between the parties, through their respective attorneys of record, that the following briefing

12    schedule be used related to the above-mentioned motion:

13

14    1.    Plaintiffs shall file their opposition brief of no more than 25 pages on August 3,

15    2009.

16    2.    Daewoo International Corporation shall file its reply brief of no more than 15

17    pages on September 24, 2009.

18    3.    The oral argument on Daewoo International Corporation's separate motion to

19    dismiss will be held at the same time and place as the other motions to dismiss: at 9:00 a.m. on

20    October 5 2009, and extending as necessary to October 6, 2009.

21

22    **IT IS SO STIPULATED.**

23    Dated:  July 14, 2009

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANT DAEWOO
INTERNATIONAL CORPORATION'S MOTION TO DISMISS
Case No. C 07-5944 SC, MDL No. 1917

1

2

3

TRUMP, ALIOTO, TRUMP &
PRESCOTT, LLP

ROPES & GRAY LLP

4

By: /s/ Mario N. Alioto _____

By: /s/ Jane W. Willis_____

5

6

Mario N. Alioto
Lauren C. Russell

Jane E. Willis (*pro hac vice*)
One International Place
Boston, Massachusetts 02110
Telephone: (617) 951-7000
Facsimile:  (617) 951-7050

7

8

2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

Thad A. Davis (CSB #220503)

9

10

*Interim Lead Counsel for the Indirect
Purchaser Plaintiffs*

One Embarcadero Center
Suite 2200
San Francisco, CA 94111-3711
Telephone: (415) 315-6300
Facsimile:  (415) 315-6350

11

SAVERI & SAVERI, INC.

12

13

By: /s/ Guido Saveri _____
Guido Saveri
R. Alexander Saveri

*Attorneys for Defendant*
DAEWOO INTERNATIONAL
CORPORATION

14

15

16

Geoffrey C. Rushing
Cadio Zirpoli
Gianna Gruenwald706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

17

18

*Interim Lead Counsel for the Direct
Purchaser Plaintiffs*

19

20

21

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

22

23

Dated: _July 15, 2009_

_____
Hon. Charles A. Legge (Ret.)

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANT DAEWOO
INTERNATIONAL CORPORATION'S MOTION TO DISMISS
Case No. C 07-5944 SC, MDL No. 1917

4