BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
JESSICA L. GRANT (Bar No. 178138)
  jgrant@pswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
  eklisura@pswplaw.com
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

*Attorneys for Individual and Representative Plaintiff Crago Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-5944 SC<br>MDL NO. 1917 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

TO THE COURT AND ALL COUNSEL OF RECORD:

Please enter the appearance of Jessica L. Grant of the law firm Pearson, Simon, Warshaw & Penny, LLP, located at 44 Montgomery Street, Suite 1430, San Francisco, California 94104 as counsel for plaintiff Crago Corporation.

DATED: July 14, 2009

**PEARSON, SIMON, WARSHAW & PENNY, LLP**

By:  */s/ Jessica L. Grant*
Bruce L. Simon
Jessica L. Grant
Esther L. Klisura
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

801938.1

Civil Action No. 07-CV-05944-SC

NOTICE OF APPEARANCE