GUIDO SAVERI (22349)
   guido@saveri.com
R. ALEXANDER SAVERI (173102)
   rick@saveri.com
GEOFFREY C. RUSHING (126910)
   grushing@saveri.com
CADIO ZIRPOLI (179108)
   cadio@saveri.com
GIANNA GRUENWALD (228969)
   gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
|---|---|
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>   All Direct Purchaser Actions | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DAEWOO ELECTRONICS CORPORATION [F.R.C.P. 41(a)(1)]**<br><br>The Honorable Samuel Conti |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Direct Purchaser Plaintiffs in the above-captioned actions, through counsel, hereby dismiss without prejudice all claims made in these actions against Daewoo Electronics Corporation.

Dated: July 23, 2009

Respectfully submitted,

By: /s/ *Guido Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Gianna Gruenwald (22896)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

crt.148

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-5944 SC; MDL No. 1917