1  MARIO N. ALIOTO, ESQ. (56433) malioto@tatp.com
   LAUREN C. RUSSELL, ESQ. (241151) laurenrussell@tatp.com
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, CA  94123
   Telephone:  (415) 563-7200
4  Facsimile: (415) 346-0679
5
   *Interim Lead Counsel for the*
6  *Indirect Purchaser Plaintiffs*
7
8
                    **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
11  **IN RE: CATHODE RAY TUBE (CRT)**      ) Master File No. 3:07-cv-5944 SC
    **ANTITRUST LITIGATION**               )
12                                         ) MDL No. 1917
                                           )
13                                         ) **NOTICE OF VOLUNTARY DISMISSAL**
                                           ) **WITHOUT PREJUDICE AS TO**
14                                         ) **DEFENDANT DAEWOO ELECTRONICS**
                                           ) **CORPORATION**
15                                         ) **[F.R.C.P. 41(a)(1)]**
16                                         )
                                           )
17 _____ )
    **This document relates to:**          )
18                                         )
    **ALL INDIRECT PURCHASER ACTIONS**     ) The Honorable Samuel Conti
19                                         )
20                                         )
                                           )
21 _____ )
22
23
24
25
26
27
28
   71811.1
   **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, MDL NO. 1917**

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Indirect Purchaser Plaintiffs in

2  the above-captioned actions, through counsel, hereby dismiss without prejudice all claims made

3  these actions against Daewoo Electronics Corporation.

4

5  Dated: July 24, 2009                    Respectfully submitted,

6

7                                          By:    /s/ Mario N. Alioto
                                                  Mario N. Alioto (56433) malioto@tatp.com
8                                                 Lauren C. Russell (241151) laurenrussell@tatp.com
                                                  **TRUMP, ALIOTO, TRUMP & PRESCOTT,**
9                                                 **LLP**
                                                  2280 Union Street
10                                                San Francisco, California 94123
                                                  Telephone: (415) 563-7200
11                                                Facsimile: (415) 346-0679
12
                                                  *Interim Lead Counsel for the Indirect Purchaser*
13                                                *Plaintiffs*

14

15

16

17

18

19             **ATTESTATION PURSUANT TO GENERAL ORDER 45**

20       I, Lauren C. Russell, attest that concurrence in the filing of this document has been

21  properly obtained from the signatory, Mario N. Alioto.  I declare under penalty of perjury under

22  the laws of the United States of America that the foregoing is true and correct.  Executed this

23  24th day of July, 2009, in San Francisco, California.

24

25
                                                  /s/ Lauren C. Russell
26

27

28                                        - 1 -
           **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, MDL 1917**