GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
GEOFFREY C. RUSHING (126910)
  grushing@saveri.com
CADIO ZIRPOLI (179108)
  cadio@saveri.com
GIANNA GRUENWALD (228969)
  gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DAEWOO INTERNATIONAL CORPORATION [F.R.C.P. 41(a)(1)]** |
| All Direct Purchaser Actions | The Honorable Samuel Conti |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Direct Purchaser Plaintiffs in the above-captioned actions, through counsel, hereby dismiss without prejudice all claims made in these actions against Daewoo International Corporation.

Dated: July 30, 2009                    Respectfully submitted,

By:    /s/ *Guido Saveri*
        Guido Saveri (22349)
        R. Alexander Saveri (173102)
        Geoffrey C. Rushing (126910)
        Cadio Zirpoli (179108)
        Gianna Gruenwald (22896)
        SAVERI & SAVERI, INC.
        706 Sansome Street
        San Francisco, California 94111
        Telephone: (415) 217-6810
        Facsimile: (415) 217-6813

        *Interim Lead Counsel for the*
        *Direct Purchaser Plaintiffs*

crt.153

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-5944 SC; MDL No. 1917