MARIO N. ALIOTO, ESQ. (56433) malioto@tatp.com
LAUREN C. RUSSELL, ESQ. (241151) laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DAEWOO INTERNATIONAL CORPORATION [F.R.C.P. 41(a)(1)]** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

71811.1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, MDL NO. 1917**

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Indirect Purchaser Plaintiffs in the above-captioned actions, through counsel, hereby dismiss without prejudice all claims made in these actions against Daewoo International Corporation. Each party shall bear their own attorney's fees and costs.

Dated: July 30, 2009           Respectfully submitted,

                               By:    /s/ Mario N. Alioto
                                      Mario N. Alioto (56433) malioto@tatp.com
                                      Lauren C. Russell (241151) laurenrussell@tatp.com
                                      **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                      2280 Union Street
                                      San Francisco, California 94123
                                      Telephone: (415) 563-7200
                                      Facsimile: (415) 346-0679

                                      *Interim Lead Counsel for the Indirect Purchaser Plaintiffs*



## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Lauren C. Russell, attest that concurrence in the filing of this document has been properly obtained from the signatory, Mario N. Alioto. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of July, 2009, in San Francisco, California.


                                      /s/ Lauren C. Russell

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, MDL 1917**