GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
GEOFFREY C. RUSHING (126910)
  grushing@saveri.com
CADIO ZIRPOLI (179108)
  cadio@saveri.com
GIANNA GRUENWALD (228969)
  gianna@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:<br><br>All Direct Purchaser Actions | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DAEWOO INTERNATIONAL CORPORATION [F.R.C.P. 41(a)(1)]**<br><br>The Honorable Samuel Conti |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Direct Purchaser Plaintiffs in the |
| 2 | above-captioned actions, through counsel, hereby dismiss without prejudice all claims made in |
| 3 | these actions against Daewoo International Corporation. |
| 4 | |
| 5 | Dated: July 30, 2009                    Respectfully submitted, |
| 6 |                                          By:    /s/ *Guido Saveri* |

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
Gianna Gruenwald (22896)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

crt.153

**IT IS SO ORDERED**
[Signature]
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-5944 SC; MDL No. 1917