# Exhibit G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Certified Copy

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) | ) |
| ANTITRUST LITIGATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. M07-1827 SI |
| | )     MDL No. 1827 |
| This Document Relates to: | ) |
| | ) |
| ALL DIRECT PURCHASER ACTIONS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Deposition of MICHAEL LAI, taken on behalf

of Plaintiff, at 15165 Ventura Boulevard, Suite 400,

Sherman Oaks, California, beginning at 12:35 p.m. and

ending at 1:13 p.m., on February 13, 2009, before

GRACE CHUNG, CSR No. 6246, RMR, CRR, CLR.



WATSON
COURT REPORTERS

1545 Sawtelle Blvd. Suite 26 Los Angeles CA 90025
phone 310.231.4333 or 800.373.0888 fax 310.231.4332

```
 1                  A P P E A R A N C E S

 2

 3     For the Plaintiff:

 4
       LIEFF, CABRASER, HEIMANN & BERNSTEIN
 5     BY: JORDAN ELIAS, ESQ.
           BRENDAN GLACKIN, ESQ.
 6     275 Battery Street
       30th floor
 7     San Francisco, California 94111
       (415) 95-1000
 8

 9
       For the Defendant Tatung Company of America:
10
       BAKER & McKENZIE
11     BY:  PATRICK J. AHERN, ESQ.
       130 East Randolph Drive
12     Chicago, Illinois 60601
       (312) 861-3735
13

14     For the defendant AU Optronics Corporation of America:

15     SEDGWICK DETERT MORAN & ARNOLD
       BY:  MATTHEW LOVELL, ESQ.
16     One Market Plaza
       Steuart Tower
17     8th Floor
       San Francisco, California 94105
18     (415)781-7900
       (Via Phone)
19

20

21     For the Defendant Sharp:

22     PILLSBURY WINTHROP
       BY:  TARA DESAUTELS, ESQ.
23     50 Fremont Street
       San Francisco, California 94105
24     (415) 983-1000
       (Via Phone)
25
```

1      A.    I went to school.

2      Q.    Did you ever work for Tatung Taiwan?

3      A.    Yes, I did, for two years.

4      Q.    Which two years were those?

5      A.    Let's see.  1975 through '77.

6      Q.    And what was your responsibilities in that

7   position?

8      A.    I worked in the -- they call it the export

9   department.  Export, yeah.

10      Q.    You say you went to school in the late

11   '70s.  What type of school is that?

12      A.    I went to University of Houston; Houston,

13   Texas.

14      Q.    Which degree did you receive?

15      A.    I got an MBA degree.

16      Q.    An MBA degree?

17      A.    Right.

18      Q.    I would like you to take a look at your

19   declaration of February 19th, 2008, which I'm going to

20   mark as Exhibit 14 for purposes of this deposition.

21            (Deposition Exhibit 14 was marked for

22            identification by the reporter and is

23            attached herewith.)

24            MR. ELIAS:  There is a copy for counsel.

25   BY MR. ELIAS:

1         Q.    I assume you are familiar with this

2    declaration, sir?

3         A.    Yes.

4         Q.    Did you write it yourself?

5         A.    Counsel write this for me.  I signed it.

6         Q.    Is everything in here true?

7         A.    Yes.

8         Q.    Now, in paragraph 2, you stated that "since

9    Tatung America was founded, Tatung Taiwan has owned 50

10   percent of Tatung America."  Is that right?

11        A.    Yes.

12        Q.    Now, did you mean that Tatung Taiwan has

13   held a 50 percent ownership stake in Tatung America

14   each and every moment since founding of Tatung

15   America?

16        A.    To my understanding, yes.

17        Q.    There's no time that you know of when the

18   ownership interest was not 50 percent?

19        A.    No.

20        Q.    Who owns the remaining 50 percent of Tatung

21   America?

22        A.    It's owned by late chairman, Lun Kuan Lin,

23   who owned 46 percent, and another shareholder called

24   Andrew Sun own 2 percent.  And the third one,

25   Christina Sun owns 2 percent.

1        Q.   The 46 percent person, you said that was a

2   former chairman?

3        A.   Former chairman, late chairman.  She passed

4   away in 2007.

5        Q.   The former chairman of Tatung America?

6        A.   Yes.

7        Q.   Okay.  And she is the person that was the

8   daughter of the chairman of Tatung Taiwan?

9        A.   Yes.

10       Q.   After --

11            MR. AHERN:  I'm sorry.  She was the

12   daughter of the chairman of Tatung Taiwan, but I don't

13   think you established, first of all, who you are

14   talking about in terms of the chairman of Tatung

15   Taiwan and the time frame.

16   BY MR. ELIAS:

17       Q.   Let's just clear it up.  The former

18   chairman of Tatung Taiwan to which I referred was T.S.

19   Lin.  Is that right?

20       A.   Yes.

21       Q.   And during what time frame did his daughter

22   own 46 percent of Tatung America?  From when to when?

23       A.   I think from early 2000 to the time she

24   passed away.

25       Q.   Before early 2000, who owned her interest?

1       A.    Before 2000, part of the shareholding was

2    owned by ex-husband.  She divorced.

3       Q.    I see.  So when she got divorced, her

4    husband's interest passed to her?

5       A.    That's my understanding, yes.

6       Q.    And her husband also owned approximately 46

7    percent?

8       A.    No.  I mean, husband, I think he owns half

9    of the 46 percent, roughly, maybe like 23 percent.

10      Q.    I'm confused.  The husband owned 23

11   percent?

12      A.    Right.

13      Q.    And --

14      A.    And she owned 23 percent.  And then after

15   the divorce, the 23 percent goes to late chairman.

16      Q.    So her interest, essentially, doubled when

17   she got divorced?

18      A.    Yes.

19      Q.    And how did Ms. Lin and her husband acquire

20   these interests in the first place?

21      A.    I don't know.  I have no idea about it.

22      Q.    So you don't know if they purchased the

23   interest through cash or --

24      A.    I don't know.

25      Q.    Have you ever been to a meeting or a meal

```
 1   officers or directors of TT or CPT."

 2        Q.   Who are the two members of the Tatung

 3   America board of directors who are employees of Tatung

 4   Taiwan?

 5        A.   No.

 6        Q.   Who are they?

 7        A.   I'm sorry?

 8        Q.   The directors on your board who are

 9   employees of Tatung Taiwan, could you tell me their

10   names?

11        A.   Okay.  The first one is W.S. Lin.  And the

12   second one, it's one of the managers of Tatung Taiwan.

13        Q.   Do you have the name?

14        A.   Well, because they change from time to

15   time.

16        Q.   Right now, do you know who it is?

17        A.   Right now, currently, it's Pien Far Ou.

18   That's P-I-E-N, F-A-R, and the last name O-U, Ou.

19        Q.   So W.S. Lin that served on your board is

20   the same W.S. Lin who is the current chairman of CPT?

21        A.   Yes.

22        Q.   W.S. Lin is the chairman of Tatung Taiwan,

23   as well as the chairman of CPT; is that right?

24        A.   You mean currently?

25        Q.   Yes.
```

1       A.    Yes.

2       Q.    And he's also on your board at Tatung

3   America?

4       A.    Yes.

5       Q.    Has there ever been a time when employees

6   of Tatung Taiwan held more than two seats on your

7   board?

8       A.    Are we talking what kind of time frame?

9   You mean ever --

10      Q.    After 1996.

11      A.    You mean -- I'm sorry.

12            MR. AHERN:  1996.

13      A.    You mean after 1996?

14  BY MR. ELIAS:

15      Q.    Yes, after 1996.

16      A.    I remember I have a spreadsheet.  I can

17  read it, you know, remember all those details.

18      Q.    Is it possible that there have been times

19  when more than --

20      A.    You mean more than two?

21            MR. AHERN:  You have to let him finish the

22  question.  I know you are trying to be responsive, but

23  you are cutting him off.

24            THE WITNESS:  Sure, sure.  Sorry.

25  BY MR. ELIAS:

1     Q.   Here is the question.   Is it possible that

2   there have been times since 1996 when there are more

3   than two members of the Tatung America board of

4   directors who were employees of Tatung Taiwan?

5     A.   Yes, there's times where more than two,

6   yes.

7          MR. AHERN:   Since 1996?

8     A.   I am not sure, you know, about its time,

9   but there has been more than two, two seat.   But I'm

10   not sure if it's after 1996 or before 1996.

11   BY MR. ELIAS:

12     Q.   But at some point in the history of the

13   company of Tatung America, there have been more than

14   two seats from Tatung Taiwan?

15     A.   Yes.

16          MR. AHERN:   I think we've provided you, you

17   know, obviously, some information in the interrogatory

18   response with respect to who's been on it.   I don't

19   remember if we -- if there are time frames on there.

20   I think that there are.   And so, you know, we can

21   obviously get you that information.

22   BY MR. ELIAS:

23     Q.   Has the Tatung America board always had

24   six-person boards on it?

25     A.   Again, what time frame?

1        Q.   For our litigation, we care about since

2    '96.

3        A.   Okay.  I'm sorry.  What is the question

4    again?

5        Q.   The question is:  Is it a six-member board,

6    or has it ever been more than six members or less?

7        A.   I mean, maybe once in a while it was seven,

8    either six or seven, somewhere around there.

9        Q.   It's always been six or seven, in your

10   memory?

11       A.   Yeah.  Yes.

12       Q.   Who are the two directors on your board who

13   are also from Tatung America management?

14       A.   Andrew Sun and myself.

15       Q.   Was Mr. Sun ever an employee of Tatung

16   Taiwan?

17       A.   No.

18       Q.   He never worked for them?

19       A.   No.

20       Q.   Did he ever work for CPT?

21       A.   No.

22       Q.   Who are the two remaining directors?

23       A.   Oh, the two remaining?  Do you want me to

24   name them?

25       Q.   Yes, please.

1      A.    Ging Kuan Lin, spelled G-I-N-G, Kuan,

2    K-U-A-N, and Lin, L-I-N.  The other one, Dar Kuan Lin,

3    spelled D-A-R, K-U-A-N, L-I-N.

4      Q.    These two additional directors, is one or

5    both of them related to W.S. Lin?

6      A.    Yes.

7      Q.    Could you please describe the family

8    relationship?

9      A.    In fact, both persons are sister of W.S.

10   Lin.

11     Q.    So W.S. Lin's two sisters serve on the

12   Tatung America board?

13     A.    Yes.

14     Q.    And have these Lin sisters ever been

15   employed by Tatung Group?

16     A.    Not to my understanding.  I mean, not to my

17   knowledge.

18     Q.    How long have these two sisters been on the

19   Tatung America board?

20     A.    For some time.  I cannot tell you how long.

21   It's been a while.

22     Q.    Would you say it's been at least 10 years?

23     A.    I would say so, yes.

24     Q.    Would you say it's been 15 years?

25     A.    I'm not sure if 15 years.  Maybe

1     approximately 10 years.

2          Q.   Are there any employees of Tatung America

3     who serve on the board of Tatung Taiwan?

4          A.   No.

5          Q.   What about CPT?

6          A.   Serving on CPT?  No.

7          Q.   Have there ever been any Tatung America

8     employees who have served on the boards of Tatung

9     Taiwan or CPT?

10         A.   No.

11         Q.   The other director at Tatung America,

12    Andrew Sun, does he have any relationship to the Lin

13    family?

14         A.   In fact, Andrew Sun is the son of late

15    chairman Lin Kuan Lin.

16         Q.   Would you dig out number 5?  Could you

17    please turn to page 24266?

18              Do you see at the bottom where it says,

19    "Tatung strengths will include well-established

20    vertical integration"?

21         A.   Yes, I see it.

22         Q.   Now, is it true this refers to the fact

23    that the Tatung Group includes the manufacturing of

24    the product all the way through to selling the product

25    to retail customers?

1          MR. AHERN:  Object to the form.

2      A.   I don't know.  I don't know what it means,

3   "vertical integration."  I don't know.

4   BY MR. ELIAS:

5      Q.   Isn't it true that vertical integration

6   means that within the same company, multiple functions

7   take place, including manufacturing, distributing, and

8   marketing and selling?

9          MR. AHERN:  Object to the form.

10     A.   I'm not familiar with this term.  I don't

11  know.

12  BY MR. ELIAS:

13     Q.   So you're not familiar with the term

14  "vertical integration"?

15     A.   No.

16     Q.   Would you say that Tatung America fills the

17  role of a distributor for Tatung Taiwan?

18     A.   I'm sorry?  Can you rephrase?

19     Q.   Is Tatung America a distributor for Tatung

20  Taiwan?

21         MR. AHERN:  Object to the form.

22     A.   How do you define "distributor"?

23  BY MR. ELIAS:

24     Q.   Does Tatung America take products from

25  Tatung Taiwan and turn around and sell them to other

1    entities?

2         A.   Tatung America produced some of the end

3    product -- I mean produced from Tatung Taiwan, and we

4    sell to the U.S. market.

5         Q.   So in that sense you are filling the role

6    of a distributor of those products?

7              MR. AHERN:  Objection.  Asked and answered.

8         A.   I don't -- you know, I don't want to call

9    it distributor, but what I mean is, we buy -- Tatung

10   U.S. buy product from Tatung Taiwan.

11   BY MR. ELIAS:

12        Q.   And then what happens?

13        A.   Then we resell to the U.S. market.

14        Q.   Would you say that Tatung America has a

15   common economic enterprise with Tatung Taiwan?

16        A.   Common?

17        Q.   Common enterprise?

18             MR. AHERN:   Object to the form.

19        A.   Common enterprise?

20   BY MR. ELIAS:

21        Q.   Are you in a common enterprise with Tatung

22   Taiwan?

23        A.   I am not familiar with that term.  I don't

24   know what that mean, "common enterprise."

25        Q.   Well, you are on the board with all these

```
 1    people that are connected with Tatung Taiwan.  Do you

 2    think that you are in business with Tatung Taiwan?

 3              MR. AHERN:  Object to the form.

 4         A.   We are -- you know, I don't know.  I mean,

 5    I am not familiar with the term "common enterprise."

 6    I don't know.

 7    BY MR. ELIAS:

 8         Q.   Do you think that Tatung America is in

 9    business with Tatung Group?

10         A.   We do business with Tatung Taiwan.  We

11    present product from Tatung Taiwan.  That's my

12    understanding.

13         Q.   To your knowledge, has Tatung America ever

14    sued Tatung Taiwan?

15         A.   Not as far as I know.

16         Q.   Has Tatung America ever sued CPT?

17         A.   Not to my knowledge.

18         Q.   Now, before, Mr. Lai, you testified that

19    Ms. Lin, who recently passed away, owned 40 percent of

20    Tatung America?

21         A.   In fact, this 40 percent now is in the

22    trust.

23         Q.   In trust for whom?

24         A.   For Lun Kuan Lin.

25              MR. AHERN:  It's in her estate.
```

1          A.     Yeah, it's in her estate.

2     BY MR. ELIAS:

3          Q.     So has the estate passed through probate?

4          A.     I don't know.

5          Q.     Do you know who is due to inherit her

6     interest in Tatung America?

7          A.     Inherit?

8          Q.     Yes.

9          A.     Inherit the 46 percent?

10         Q.     Yes.

11         A.     My understanding, late chairman's son and

12    daughter will inherit the estate.

13         Q.     What are their names?

14         A.     Son is called Andrew Sun, and the daughter

15    is Christina Sun.

16         Q.     Andrew Sun, is that the same Sun who is on

17    your board?

18         A.     Yes.

19         Q.     So Mr. Sun, who serves on your board, is

20    due to inherit half of the interest of Ms. Lin, you

21    think?

22         A.     That's my understanding.

23         Q.     Who is the trustee for the estate?

24         A.     I don't know.

25         Q.     All right.  Mr. Lai, you've been very

# Exhibit H



## 3M LCD TOUCH MONITOR PRODUCT LINE

## RESPONSE TO "REQUESTED INFORMATION"



EXHIBIT
13

### I. General Business

- **Company Name, Location and Contact Detail**
  Tatung Company of America, Inc.
  2850 El Presidio Street, Long Beach, CA 90810
  Tel: 1-800-827-2850
  Fax: 1-310-632-3588
  Email: TUSHQ@tatungusa.com

- **Type of Company and Registered Location**
  Tatung Company of America, Inc. is a California Registered Incorporate Company.

- **Number of Years in Business**
  Tatung Company of America, Inc. was founded on November 22, 1972. We've been in business for 34 years.

- **Core Competencies**
  - *Experienced Manufacturer*: Tatung is one of the world largest Electronic manufacturers with more than 80 years.
  - *Experience in Manufacturing Touch Screen monitors*: Tatung Company of America, Inc. has been manufacturing touch screen monitors and touch screen panels for Gaming, Industrial and Commercial Applications for over 15 years.
  - *Flexibility and Customization*: One of the top qualities of Tatung Co. of America, Inc. is our flexibility to our customers needs. With many on-site engineers and R&D Lab in Long Beach, CA, we can customize our products to fit your requirement
  - *Global Manufacturing Facilities*: Tatung has global production facilities in US, Europe, and Asia with experienced operators, skillful engineers and technicians, and knowledgeable staffs.
  - *Ownership of One of the Largest Panel Manufacturer*: Tatung owns Chungwha Picture Tube (CPT). This will give us an advantage in term of better prices, new LCD panel's trend information and a steady delivery even when there is a LCD panel shortage

# Exhibit I

Re: Prices quotation of LCD monitors

*Multimedia  Project*

**Subject:** Re: Prices quotation of LCD monitors
**From:** Edward Chen <echen@tatungusa.com>
**Date:** Thu, 24 Aug 2006 09:32:05 -0700
**To:** Edward Chen <echen@tatungusa.com>
**CC:** frank.desimone@mm-games.com, felicianoh@cox.net, "Peter T. Malone" <tincup4@cox.net>,
Teddy Thamrongvoraporn <sthamron@tatungusa.com>

Dear Frank,
I have a good news to you regarding this quotation I presented to you last week. I
received a notice from LG/Philips that they had reduced thier 23" LCD panel price
in teh beginning of this week. For this reason, the new prices for 23" LCD monitors
are as follows:
1. L23LA50M2W53A            $739
2. L23LA50W53A          $479
All other models' prices are still teh same.
Pls let me know if you have any other question? Do you want us to prepare a sample
for you? Pls advise. Tks.   Edward Chen

Edward Chen wrote:

Dear Mr. Frank Desimone,
Through Hector Feliciano and Peter Malone of Red Rock Partners of Las Vegas, I
understand that your company is looking for quality LCD touch screen monitors for
your new gaming machines. Pls find the followings our best prices for your
considerations:

1. L64LA25M21LA              6.4" LCD monitor with L/G panel  with and 3M's
capacitive touch screen monitor              $349
2. L19LA25M21LA              19" LCD monitor with L/G IPS panel and 3M's
capacitive touch screen monitor              545
3. L23LA50M2W53A             23" LCD monitor with  L/G IPS panel and 3M's
capacitive touch screen monitor              839
4. L23LA50W53A              23" LCD monitor with L/G IPS panel (without 3M
touch screen)                              579

Terms and conditions:
a). FOB Tatung Long Beach,CA
b). Lead time: 90 days for the first delivery and after, 60 days with forecast.
c). Warranty: One year parts and labour
d). Net 30 with credit approval.

Tatung is one of the largest LCD monitors manufacturers in the world and our
customers includes HP, IBM, Hitachi, Toshiba, Bally Gaming and Gtech. We have R&D
team in Long Beach to customize any monitor to meet your requirement. We also
have state of the arts of large manufaturing facility in China and Thailand. We
are able to provide you with quality products  at lower prices due to our strong
business connection with LG/Philips and our own  sister company, CPT and our
volume production.
We are glad to have Red Rock partners of Las Vegas to be our sales representaive
to work for you, we strongly believe that we will be your valuable business
partner in the video display products for your future business growth.
Pls do not hestiate to contact Hector, Peter or myself if you have any other
question?
We will send you in an separate e-mail the specifications of the above mentioned
LCD monitors as well as the Introduction to Tatung China for your reference. Tks
again for your interests in our products.
Best
Regards,
Edward Chen

EVP, Tatung Company of America, Inc.

1 of 2

9/18/2006 3:55 PM

**CONFIDENTIAL**

**TUSP0002458**

# Exhibit J



EXHIBIT

8

High Quality & Reliable

LCD

OPEN FRAME
MONITORS

For Gaming, Industrial & Commercial Applications

**TATUNG**
Tatung Company of America, Inc.

CONFIDENTIAL

## Model LS68PB30

**Specifications:**

| | |
|---|---|
| LCD Panel | 6.8" Active Matrix (TFT) |
| Display Size | 138.24mm(H) x 103.43mm(V) |
| Pixel Pitch (H, V) | 0.16mm(H) x 0.442mm(V) |
| Display Colors | 262,144 Colors |
| Contrast Ratio | 150 (Typ.) |
| Response Time | 55ms Max. |
| Luminance | 300cd/m^2 (Typ.) |
| Viewing Angle | -45˚~45˚(H), -10˚~30˚(V) (Typ.) |
| Backlight | |
| Lifetime | 10,000 hrs. |
| Input Voltage | 12V |
| Current | 6.0mA |
| Video Input | NTSC/PAL Composite Video |
| Input Connector | RCA Jack |
| Power Input | 90V - 264V, 50/60Hz, Auto Range |
| Maximum Resolution | 1152 X 234 |
| Refresh Rate | 75Hz |
| OSD Command | Brightness, Contrast, Auto Tuning, Phase, Clock, H-Position, V-Position, Sharpness, Color Temperature, Language, OSD H/V Position, Recall |
| OSD Language | English, French, German, Spanish, Italian |





7.026 [178.50]    1.126 [28.60]    4.902 [124.50]

S84UA 5 pin Sot

## Model LS84RA30   open 30

**Specifications:**

| | |
|---|---|
| LCD Panel | 8.4" Active Matrix (TFT) |
| Display Size | 170.9mm(H) x 129.6mm(V) |
| Pixel Pitch (H, V) | 0.267mm(H) x 0.270mm(V) |
| Display Colors | 262,144 Colors |
| Contrast Ratio | 250 (Typ.) |
| Response Time | 20/40ms (Ton/Toff) Typ. |
| Luminance | 300cd/m^2 (Typ.) |
| Viewing Angle | -55˚~50˚(H), -40˚~55˚(V) (Typ.) |
| Backlight | |
| Lifetime | 20,000 hrs. |
| Input Voltage | 12V |
| Current | 6.0mA |
| Video Input | Analog R.G.B. or Video (NTSC, PAL) |
| Input Connector | 15 pin D-sub |
| Power Input | 90V - 264V, 50/60Hz, Auto Range |
| Maximum Resolution | 640 X 480 |
| Refresh Rate | 75Hz |
| OSD Command | Brightness, Contrast, Auto Tuning, Phase, Clock, H-Position, V-Position, Sharpness, Color Temperature, Language, OSD H/V Position, Recall |
| OSD Language | English, French, German, Spanish, Italian |
| Touch Screen | Available |





9.040 [229.62]    1.832 [46.86]    9.440 [239.78]
6.905 [175.39]
6.320 [160.53]    6.887 [22.01]    3.481 [88.41]
5.297 [134.63]
0.637 [16.18]    OSD CONTROLS

CONFIDENTIAL



## Model **LS10PA17**



Specifications:

| | |
|---|---|
| LCD Panel | 10.4" Active Matrix (TFT) |
| Display Size | 211.2mm(H) x 158.4mm(V) |
| Pixel Pitch (H, V) | 0.264mm(H) x 0.264mm(V) |
| Display Colors | 262,144 Colors |
| Contrast Ratio | 180 (Typ.) |
| Response Time | 15/25ms (Ton/Toff) Typ. |
| Luminance | 170cd/m^2 (Typ.) |
| Viewing Angle | -45°~45°(H), -15°~40°(V) (Typ.) |
| Backlight | |
| Lifetime | 10,000 hrs. |
| Input Voltage | 12V |
| Current | 6.0mA |
| Video Input | Analog R.G.B. or Video (NTSC, PAL) |
| Input Connector | 15 pin D-sub |
| Power Input | 90V - 264V, 50/60Hz, Auto Range |
| Maximum Resolution | 800 X 600 |
| Refresh Rate | 75Hz |
| OSD Command | Brightness, Contrast, Auto Tuning, Phase, Clock, H-Position, V-Position, Sharpness, Color Temperature, Language, OSD H/V Position, Recall |
| OSD Language | English, French, German, Spanish, Italian |
| Touch Screen | Available |







## Model **LS10RA35**

Specifications:

| | |
|---|---|
| LCD Panel | 10.4" Active Matrix (TFT) |
| Display Size | 211.2mm(H) x 158.4mm(V) |
| Pixel Pitch (H, V) | 0.330mm(H) x 0.330mm(V) |
| Display Colors | 262,144 Colors |
| Contrast Ratio | 300 (Typ.) |
| Response Time | 15/25ms (Ton/Toff) Typ. |
| Luminance | 350cd/m^2 (Typ.) |
| Viewing Angle | -70°~70°(H), -40°~70°(V) (Typ.) |
| Backlight | |
| Lifetime | 50,000 hrs. |
| Input Voltage | 12V |
| Current | 6.0mA |
| Video Input | Analog R.G.B. or Video (NTSC, PAL) |
| Input Connector | 15 pin D-sub |
| Power Input | 90V - 264V, 50/60Hz, Auto Range |
| Maximum Resolution | 640 X 480 |
| Refresh Rate | 75Hz |
| OSD Command | Brightness, Contrast, Auto Tuning, Phase, Clock, H-Position, V-Position, Sharpness, Color Temperature, Language, OSD H/V Position, Recall |
| OSD Language | English, French, German, Spanish, Italian |
| Touch Screen | Available |







CONFIDENTIAL

*LS 12DA13*

## Model LS12RA25   *(X)A*



**Specifications:**

| | |
|---|---|
| LCD Panel | 12.1" Active Matrix (TFT) |
| Display Size | 246mm(H) x 184.5mm(V) |
| Pixel Pitch (H, V) | 0.3075mm(H) x 0.3075mm(V) |
| Display Colors | 262,144 Colors |
| Contrast Ratio | 300 (Typ.) |
| Response Time | 15/30ms (Ton/Toff) Typ. |
| Luminance | 250cd/m^2 (Typ.) |
| Viewing Angle | -60°~60°(H), -45°~55°(V) (Typ.) |
| Backlight | |
| Lifetime | 50,000 hrs. |
| Input Voltage | 12V |
| Current | 6.0mA |
| Video Input | Analog R.G.B. or Video (NTSC, PAL) |
| Input Connector | 15 pin D-sub |
| Power Input | 90V ~ 264V, 50/60Hz, Auto Range |
| Maximum Resolution | 800 X 600 |
| Refresh Rate | 75Hz |
| OSD Command | Brightness, Contrast, Auto Tuning, Phase, Clock, H-Position, V-Position, Sharpness, Color Temperature, Language, OSD H/V Position, Recall |
| OSD Language | English, French, German, Spanish, Italian |
| Touch Screen | Available |





## Model LS15CA1Z0 *2cn 1 w. LS18CA35*

**Specifications:**

| | |
|---|---|
| LCD Panel | 15.0" Active Matrix (TFT) |
| Display Size | 304.1mm(H) x 228.1mm(V) |
| Pixel Pitch (H, V) | 0.297mm(H) x 0.297mm(V) |
| Display Colors | 16.7 million |
| Contrast Ratio | 500 (Typ.) |
| Response Time | Rise: 6ms, Decay: 22ms (Typ.) |
| Luminance | 1700cd/m^2 (Typ.) |
| Viewing Angle | -65°~65°(H), -60°~50°(V) (Typ.) |
| Backlight | |
| Lifetime | 50,000 hrs. |
| Input Voltage | 12V |
| Current | 6.0mA |
| Video Input | Analog R.G.B. |
| Input Connector | 15 pin D-sub |
| Power Input | 90V ~ 264V, 50/60Hz, Auto Range |
| Maximum Resolution | 1024 X 768 |
| Refresh Rate | 75Hz |
| OSD Command | Brightness, Contrast, Auto Tuning, Phase, Clock, H-Position, V-Position, Sharpness, Color Temperature, Language, OSD H/V Position, Recall |
| OSD Language | English, French, German, Spanish, Italian |
| Touch Screen | Available |






**TATUNG**
Tatung Company of America, Inc.

CONFIDENTIAL

TUSP0003681



### Model L7CMS-M21L
**Specifications**

| | |
|---|---|
| LCD Panel | 17" Active Matrix (TFT) |
| Display Size | 337.9mm(H) x 270.3mm(V) |
| Pixel Pitch | 0.264mm |
| Display Colors | 16.7 million |
| Contrast Ratio | 400 (Typ.) |
| Response Time | 20/40ms Max |
| Luminance | 250cd/m^2 (Typ.) |
| Viewing Angle | -80°~80°(H), -40°~80°(V) (Typ ) |
| Backlight | |
| Lifetime | 50,000 hrs. |
| Input Voltage | 12V |
| Current | 6.0mA |
| Video Input | Analog R.G.B. or Composite Video |
| Input Connector | 15 pin D-sub |
| Power Input | 100V - 240V, 50/60Hz, Auto Range |
| Maximum Resolution | 1280 X 1024 |
| Refresh Rate | 75Hz |
| OSD Command | Brightness, Contrast, Auto Tuning, Phase, Clock, H-Position, V-Position, Sharpness, Color Temperature, Language, OSD H/V Position, Recall |
| OSD Language | English, French, German, Spanish, Italian |
| Touch Screen | Available |

# Why Choose Tatung?

Tatung has been one of the top suppliers of video monitors to the gaming, industrial and commercial industries for the past ten years. We are committed to bringing you the best quality monitors with the latest technology. Tatung is the only video monitor manufacturer with its own CRT and LCD panel factory which allows us to offer our customers quality monitors at very competitive prices and with shorter lead-time. Combined with our complete selection of touch screen options and efficient integration capacity we are the best choice for all your monitor needs.

**COMMERCIAL DIVISION**
2850 El Presidio Street,
Long Beach, CA 90810
Tel: (310) 637-2105  Ext. 103 & 116
Fax: (310) 632-3588

## Cutting Edge Technology
Tatung utilizes worldwide sourcing & designing capabilities to bring the most advanced technology to our video monitors.

## Competitive Prices
Tatung is one of the largest color monitor manufacturers in the world which enables us to offer the most competitive price available.

## Consistent Quality
Tatung is an integrated supplier. We manufacture most of the key components ourselves, so we can guarantee the quality of our products.

## Reliability
We have won several awards for quality from our OEM customers which are among the biggest names in the industry.

## Local Support
We have assembly and Research & Development facilities at our Long Beach, California production plant so we can provide a quick response to any technical concerns or questions.

## Customized Product & Selection
We offer a variety of screen sizes and specifications. We are also able to customize our monitor to fit your application, if needed.

## Touch Screen Capability
Integrated touch screens are available on all of our monitors. We offer all three of the best proven technologies including Analog Capacitive, Surface Acoustic Wave and Resistive Membrane.

## TATUNG
Tatung Company of America, Inc.

### www.tatungusa.com

© 2002 TATUNG COMPANY OF AMERICA  1/2002 PRINTED IN USA

TUSP0003682





## Model LS64PA30 ½

**Specifications:**

| | |
|---|---|
| LCD Panel | 6.4" Active Matrix (TFT) |
| Display Size | 130.6mm(H) x 97.3mm(V) |
| Pixel Pitch (H, V) | 0.136mm(H) x 0.416mm(V) |
| Display Colors | 262,144 Colors |
| Contrast Ratio | 120 (Typ.) |
| Response Time | 80ms Max. |
| Luminance | 300cd/m^2 (Typ.) |
| Viewing Angle | -55°~55°(H), -15°~35°(V) (Typ.) |
| Backlight | |
| Lifetime | 10,000 hrs. |
| Input Voltage | 12V |
| Current | 6.0mA |
| Video Input | Analog R.G.B. |
| Input Connector | 15 pin D-sub |
| Power Input | 90V - 264V, 50/60Hz, Auto Range |
| Maximum Resolution | 960 X 234 |
| Refresh Rate | 75Hz |
| OSD Command | Brightness, Contrast, Auto Tuning, Phase, Clock, H-Position, V-Position, Sharpness, Color Temperature, Language, OSD H/V Position, Recall |
| OSD Language | English, French, German, Spanish, Italian |
| Touch Screen | Available |

## Model LS64PB30 ½

**Specifications:**

| | |
|---|---|
| LCD Panel | 6.4" Active Matrix (TFT) |
| Display Size | 130.6mm(H) x 97.3mm(V) |
| Pixel Pitch (H, V) | 0.136mm(H) x 0.416mm(V) |
| Display Colors | 262,144 Colors |
| Contrast Ratio | 120 (Typ.) |
| Response Time | 80ms Max. |
| Luminance | 300cd/m^2 (Typ.) |
| Viewing Angle | -55°~55°(H), -15°~35°(V) (Typ.) |
| Backlight | |
| Lifetime | 10,000 hrs. |
| Input Voltage | 12V |
| Current | 6.0mA |
| Video Input | NTSC/PAL Composite Video |
| Input Connector | RCA Jack |
| Power Input | 90V - 264V, 50/60Hz, Auto Range |
| Maximum Resolution | 960 X 234 |
| Refresh Rate | 75Hz |
| OSD Command | Brightness, Contrast, Auto Tuning, Phase, Clock, H-Position, V-Position, Sharpness, Color Temperature, Language, OSD H/V Position, Recall |
| OSD Language | English, French, German, Spanish, Italian |
| Touch Screen | Available |





CONFIDENTIAL

# Exhibit K

EXHIBIT
5

# TATUNG COMPANY OF AMERICA, INC.

## and

# DIEBOLD INCORPORATED

# A WIN/WIN PARTNERSHIP

 TATUNG

February 1, 2000

CONFIDENTIAL

TUSP0024260

# TATUNG COMPANY - A BRIEF INTRODUCTION

- Established in 1918
- International Fortune 1000
- 5 Billion Dollars in Revenue
- 30,000 Employees Worldwide
- 250+ Engineering Power
- 32 Factories
- Over 20 Subsidiaries & Liaison Offices Overseas



TATUNG

CONFIDENTIAL

THSB0024261

# THE LARGEST COMPUTER & ELECTRONIC COMPANY IN TAIWAN

ESTABLISHED    :    1918

CAPITAL        :    US$ 1.2 BILLION

SHAREHOLDERS   :    140,000

EMPLOYEES      :    30,000

SALES          :    US$5 BILLION FOR 1998

**◎ TATUNG**

CONFIDENTIAL

# MORE THAN 300 PRODUCT LINES

- CONSUMER & INDUSTRIAL ELECTRONIC PRODUCTS & COMPONENTS

- INDUSTRIAL EQUIPMENT

- HOME APPLIANCES

- INFORMATION PRODUCTS

 TATUNG

CONFIDENTIAL

# TATUNG COMPANY OF AMERICA, INC. (1)

- Founded in 1972

- Headquartered in North & South America
  - USA, Canada, Mexico, Brazil

- Offices in Long Beach, CA: Atlanta, GA

- Annual Revenue
  - Over US$ 300 Million in 1998

- 1000 Employees

**◎ TATUNG**

CONFIDENTIAL

# TATUNG COMPANY OF AMERICA, INC (2)

- Long Beach, California
  - 500,000 Sq. Ft. Business/Manufacturing Facilities

- Sales & Marketing Offices

- Headquarters for open frame/gaming monitors worldwide.
- Headquarters for CCVE Dept. Administration

- Distribution Warehouse – Both in Long Beach, CA and Atlanta, GA

- Production & Assembly Facility: 1.3 M PC, 200,000 Open Frame & Touch Screen Monitors

- Service Support Center

- R & D

- ISO 9001 Certified

◎ TATUNG

CONFIDENTIAL

# TATUNG'S STRENGTHS

- ◆ INNOVATIVE R & D

- ◆ HIGH PRODUCTION CAPACITY

- ◆ STRONG PURCHASING POWER

- ◆ WORLDWIDE SERVICE NETWORK

- ◆ EXCELLENT QUALITY SYSTEM

- ◆ WELL-ESTABLISHED VERTICAL INTEGRATION

 TATUNG

CONFIDENTIAL

# MANUFACTURING STRATEGY (1)

- Vertical Integration: Controlled Costing, Quality & Supplies

  - PCB, Ferrite Core, Case + Power Supply, FBT
  - DY, CDT, Tooling, Mouldings Cabinet, EPS Packing

- Horizontal Integration: Multi-National Manufacturing Strength & Competitive Cost Ownership, Competitive Manufacturing Resources

  - Sites: Taiwan, Thailand, Malaysia, Indonesia, U.S.A., U.K.

 TATUNG

CONFIDENTIAL

# MANUFACTURING STRATEGY (2)

- Worldwide R&D Centers
  - Taiwan
  - Japan
  - U.S.A.
  - U.K.

- Capacity
  - Taiwan:  PC/Workstation/X Terminal          1.2M/yr
            Monitor                                        4M/yr.
  - Thailand:  Monitor                                   1M/yr.
  - U.K.:  Monitor/CTV                               1M/yr.
  - U.S.A.: PC/Open Frame/Touch Screen      1.5M/yr.
            Monitors

◎ **TATUNG**

CONFIDENTIAL

# VOLUME ECONOMY & PRODUCTION FLEXIBILITY

*Tatung has established large volume manufacturing facilities:

- PC production capacity 130,000 sets per month

- Monitor production capacity 250,000 sets per month

- CRT production capacity 1,000,000 units per month

- Power Supply production capacity 250,000 sets per month

- Facsimile production capacity 30,000 sets per month

- Several factories producing other key components include Keyboards, Mice, Flyback Transformers, etc.

 TATUNG

TUSP0024269

# TATUNG QUALITY SYSTEM

Quality documentation defines our quality system and the procedures which will be employed to control and assure the quality of the system's product produced.

All Products assembled at Tatung's Long Beach (TUS) Plant will be subject to a quality plan assurance system.  TUS' quality assurance system is an integral part of Tatung's worldwide assurance system.  In order to take advantage of division of labor and competitive production, we divide functions of quality between us as follows:

|  | Tatung Taipei | TUS |
|---|---|---|
| Reliability and/or Engineering | ✓ | |
| Receiving Inspection | ✓ | ✓ |
| In-Process Inspection | | ✓ |
| Quality Assurance | | ✓ |

**◎ TATUNG**

CONFIDENTIAL

TUSP0024270

# QUALITY WITHIN MANUFACTURING

- Statistical Sampling of Incoming Parts
- 100% In-Line Inspection
- Elevated Temperature Burn In (Monitors Only)
- Statistical Analysis of Failures and Corrective Action
- Product Quality Audit Sampling of All Batches Before Release.
- Component Reliability Testing

**TATUNG**

CONFIDENTIAL

TUSP0024271

# Product Quality Audit Activities

- Product Quality Audit – 0.65% AQL

- Elevate Life Soak Temperature

- Temperature Cycling

- Life Soak sets to operate at maximum rated voltage.

- Operation Cycling (2Hrs. on Half Hour Off)

◎ TATUNG

CONFIDENTIAL

# WHAT DOES TATUNG OFFER DIEBOLD INCORPORATED?

- **COMPETITIVE PRICES**
Tatung is one of the largest color monitor manufacturers in the world which enables us to offer the most competitive price available.

- **CONSISTENT QUALITY**
Tatung is an integrated supplier.  We manufacture most of the key components ourselves, including the CRT, so we can guarantee the consistent quality of our products.

- **CUSTOMIZED PRODUCT & SELECTION**
We believe we offer the most complete and extensive color and b/w CCTV monitor line available today.  We are also able to customize our monitors to fit your application, if needed.

- **SHORT LEAD TIME**
We have assembly facilities in both Long Beach, CA USA (home for TCM-1401 & TCM-1701) and and in Taiwan to insure that we can always provide a quick response to your product requirements.

- **UNEQUALED CUSTOMER SUPPORT**
Long Beach, CA USA serves as H.Q. for the Closed Circuit Video Equipment (CCVE) Department. Our Sales & Marketing, Customer Support, Technical Service Departments are here to support you.

◎ TATUNG

CONFIDENTIAL

# MAJOR CUSTOMER LIST

Compaq
Hewlett Packard
Packard Bell/NEC
IBM
Apple Computer

## CASINO/AMUSEMENT GAMING CUSTOMERS

FunWorld Elektronik GmbH
Merit Industries
Bally Gaming
Powerhouse Technologies (VLC)
Aristocrat

◎ TATUNG

CONFIDENTIAL

TUSP0024274

# OUR VISION FOR THE FUTURE

**To become the leading supplier of CCTV components and video display solutions to the World market by exceeding customer's expectations for quality, value, delivery and support.**

 TATUNG

**CONFIDENTIAL**

TUSP0024275

Sept. 21, 2001

# TATUNG COMPANY OF AMERICA, INC.

## and

# CMS Computers Ltd.

# A WIN/WIN PARTNERSHIP

## ⊚ TATUNG

CONFIDENTIAL

TUSP0024276

# TATUNG COMPANY - A BRIEF INTRODUCTION

- Established in 1918
- International Fortune 1000
- 5 Billion Dollars in Revenue
- 30,000 Employees Worldwide
- 250+ Engineering Power
- 32 Factories
- Over 20 Subsidiaries & Liaison Offices Overseas

 TATUNG

CONFIDENTIAL

TUSP0024277

# THE LARGEST COMPUTER & ELECTRONIC COMPANY IN TAIWAN

ESTABLISHED    :    1918

CAPITAL    :    US$ 1.2 BILLION

SHAREHOLDERS    :    140,000

EMPLOYEES    :    30,000

SALES    :    US$5 BILLION FOR 1998

## TATUNG

CONFIDENTIAL

TUSP0024278

# MORE THAN 300 PRODUCT LINES

- HOME APPLIANCES
- INDUSTRIAL EQUIPMENT
- CONSUMER & INDUSTRIAL ELECTRONIC PRODUCTS & COMPONENTS
- INFORMATION PRODUCTS

◎ TATUNG

CONFIDENTIAL

TUSP0024279

# TATUNG COMPANY OF AMERICA, INC. (1)

- Founded in 1972

- Headquartered in North & South America
  - USA, Canada, Mexico, Brazil

- Offices in Long Beach, CA: Atlanta, GA

- Annual Revenue
  - Over US$ 300 Million in 1998

- 1000 Employees

⊚ **TATUNG**

CONFIDENTIAL

# TATUNG COMPANY OF AMERICA, INC (2)

- Long Beach, California
  - 500,000 Sq. Ft. Business/Manufacturing Facilities

- Sales & Marketing Offices

- Headquarters for open frame/gaming monitors worldwide.

- Distribution Warehouse – Both in Long Beach, CA and Atlanta, GA

- Production & Assembly Facility: 1.3 M PC, 200,000 Open Frame & Touch Screen Monitors

- Administrative Functions

- Service Support Center

- R & D

- ISO 9001 Certified

◎ TATUNG

CONFIDENTIAL

# TATUNG'S STRENGTHS

- ◆ INNOVATIVE R & D

- ◆ HIGH PRODUCTION CAPACITY

- ◆ STRONG PURCHASING POWER

- ◆ WORLDWIDE SERVICE NETWORK

- ◆ EXCELLENT QUALITY SYSTEM

- ◆ WELL-ESTABLISHED VERTICAL INTEGRATION

 TATUNG

CONFIDENTIAL

TUSP0024282

# MANUFACTURING STRATEGY (1)

- Vertical Integration: Controlled Costing, Quality & Supplies

  - PCB, Ferrite Core, Case + Power Supply, FBT
  - DY, CDT, Tooling, Mouldings Cabinet, EPS Packing

- Horizontal Integration: Multinational Manufacturing Strength & Competitive Cost Ownership, Competitive Manufacturing Resources

  - Sites: Taiwan, Thailand, Malaysia, Indonesia, U.S.A., U.K.

 **TATUNG**

CONFIDENTIAL

TUSP0024283

# MANUFACTURING STRATEGY (2)

- Worldwide R&D Centers
  - Taiwan
  - Japan
  - U.S.A.
  - U.K.

- Capacity
  - Taiwan: PC/Workstation/X Terminal          1.2M/yr.
            Monitor                            4M/yr.
  - Thailand: Monitor                          1M/yr.
  - U.K.: Monitor/CTV                          1M/yr.
  - U.S.A.: PC/Open Frame/Touch Screen         1.5M/yr.
            Monitors

◎ TATUNG

CONFIDENTIAL

# VOLUME ECONOMY & PRODUCTION FLEXIBILITY

*Tatung has established large volume manufacturing facilities:

- PC production capacity 130,000 sets per month

- Monitor production capacity 250,000 sets per month

- CRT production capacity 1,000,000 units per month

- Power Supply production capacity 250,000 sets per month

- Facsimile production capacity 30,000 sets per month

- Several factories producing other key components include Keyboards, Mice, Flyback Transformers, etc.

 TATUNG

CONFIDENTIAL

# TATUNG QUALITY SYSTEM

Quality documentation defines our quality system and the procedures which will be employed to control and assure the quality of the system's product produced.

All Products assembled at Tatung's Long Beach (TUS) Plant will be subject to a quality plan assurance system.  TUS' quality assurance system is an integral part of Tatung's worldwide assurance system.  In order to take advantage of division of labor and competitive production, we divide functions of quality between us as follows:

|  | Tatung Taipei | TUS |
|---|---|---|
| Reliability and/or Engineering | √ |  |
| Receiving Inspection | √ | √ |
| In-Process Inspection |  | √ |
| Quality Assurance |  | √ |

◎ TATUNG

CONFIDENTIAL

TUSP0024286

# QUALITY WITHIN MANUFACTURING

- Statistical Sampling of Incoming Parts
- 100% In-Line Inspection
- Elevated Temperature Burn In (Monitors Only)
- Statistical Analysis of Failures and Corrective Action
- Product Quality Audit Sampling of All Batches Before Release.
- Component Reliability Testing

⦿ TATUNG

CONFIDENTIAL

TUSP0024287

# Product Quality Audit Activities

- Product Quality Audit - 0.65% AQL

- Elevate Life Soak Temperature

- Temperature Cycling

- Life Soak sets to operate at maximum rated voltage.

- Operation Cycling (2Hrs. on Half Hour Off)

## ⊚ TATUNG

CONFIDENTIAL

TUSP0024288

# WHY CHOOSE TATUNG AS YOUR PARTNER?

- **COMPETITIVE PRICES**
  Tatung is one of the largest color monitor manufacturers in the world which enables us to offer the most competitive price available.

- **RELIABILITY**
  Tatung has an established quality assurance system which is well accepted by most quality Conscious major customers.

- **CONSISTENT QUALITY**
  Tatung is an integrated supplier. We manufacture most of the key components ourselves, including the CRT, so we can guarantee the consistent quality of our products.

- **CUSTOMIZED PRODUCT & SELECTION**
  We offer a variety of screen sizes and specifications. We are also able to customize our monitors to fit your application, if needed.

- **SHORT LEAD TIME**
  We have assembly facilities in both Long Beach, CA USA and in Taiwan to insure that we can always provide a quick response to your product requirements.

- **TOUCH SCREEN CAPABILITY**
  Integrated touch screens are available on all of our monitors. We offer all three of the best proven Technologies including Analog Capacitive, Surface  Acoustic Wave and Resistive Membrane.

⊙ **TATUNG**

CONFIDENTIAL

# MAJOR CUSTOMER LIST

Compaq
Hewlett Packard
Packard Bell/NEC
IBM
Apple Computer

## CASINO/AMUSEMENT GAMING CUSTOMERS

Bally Gaming
Funworld Elektronik
Anchor Gaming
Aristocrat
Merit Industries
WMS Gaming

### ◎ TATUNG

CONFIDENTIAL

TUSP0024290

# POSITION IN THE GAMING INDUSTRY

In 2000 we manufactured and sold more than 150,000 sets of our open frame video monitors to the gaming and arcade industry. We believe we are now among the top three video monitor suppliers to our industry and the only one with the strength and advanced technology capacity to grow with Atronic.

◎ TATUNG

CONFIDENTIAL

# OUR VISION FOR THE FUTURE

**To become the leading supplier of components and video display solutions to the World market by exceeding customer's expectations for quality, value, delivery and support.**

 TATUNG

**CONFIDENTIAL**

TUSP0024292

CONFIDENTIAL

TUSP0024293

# Exhibit L

Silvia Peters



**From:**     "Hofmann Doris" <Doris.Hofmann@Funworld.at>
**To:**       <Pinlee@aol.com>; <speters>; <echen>; <mlee>
**Sent:**     Friday, April 12, 2002 4:06 AM
**Subject:**  AW: Delivery date for 401 units of LCD boards, cables and

Dear Sirs,
Dear Silvia,

herewith I will let you have some further instructions for the shipments:

1.) 401 pcs. LCD Monitor:
This quantity have to leave your office on the 23-04-2002 with the agent
Panalpina, with the final destination airport "MUNICH" as in the past time.
Please send me as soon as the goods leave your office the shipping
documents
like invoice, packing list and AWB.
I have informed our bookkeeping department that they arrange the payment
next week on Wednesday or Thursday. As soon as I have the copy of T/T on my
desk I will send you the fax.

2.) unit parts / our order no. 15116:
This parts have to leave on the 08-05-2002 or earlier also with the agent
Panalpian and also with the final destination airport "MUNICH". Please send
me also the shipping documents.

3.) PLG's new order of 400 pcs.:
at first I can inform you that the company PLG will let you have the
officiel purchase order today Friday or on Monday next week the latest.
Referring the exact shipment information, please inform me and also PLG
directly about the exact and earliest date of dispatch. I would need this
information till Tuesday the 16-04-2002 the latest. Please do you best that
I can receive them in time.

I am looking for your soon reply and informations.

Best regards
Doris


-----Ursprüngliche Nachricht-----
Von: Pinlee@aol.com [mailto:Pinlee@aol.com]
Gesendet: Freitag, 12. April 2002 09:04
An: doris.hofmann@funworld.at
Cc: speters@tatungusa.com; echen@tatungusa.com; mlee@tatungusa.com
Betreff: Delivery date for 401 units of LCD boards, cables and panels


Dear Doris:

I am sorry that I have to use my AOL email to send this message because
I had problem with my regular email system on my PC.

This is to confirm that on 4/23 we can ship out these 401 units for the
previous pending order's balance quantity.

As for your new order of spare parts and order of  400 units we received on
April 9 and April 10 respectively,  I got he confirmation that  we can
deliver

4/12/02

TUSP0025556

those spare parts, 65 pcs of A/D control boards, 5 pcs of converter cards, and 25 pcs of OSD controllers, by May 8. As for the delivery the order of 400 whole SKD including panels, I am checking the availability and allocation situation of the LCD panels with our factory and get back to you

early next week.   Due to the severe shortage and allocation of LCD panels as well as the continuous panel price hike in the industry, I do hope you can

place your future orders to Edward and Silvia as earlier as possible. Our factory is asking at least two months lead time on the LCD panels. For boards and cables, we can prepare within 30 to 40 days. your kind assistance

on this matter is very much appreciated.

Best regards,

Mike Lee
Cell phone: 1-310-418-5491
-----------------------------------------------------------------------
.
--

-----------------------
on: Hofmann Doris
> Gesendet:    Mittwoch, 10. April 2002 18:53
> An:   'TATUNG / Mrs. Silvia Peters Peters (E-Mail)'; 'TATUNG America
> (E-Mail)'
> Betreff:    AW: remaining 401 pcs. LCD Monitors
> Wichtigkeit:  Hoch
>
> Dear Silvia,
> Dear Eward,
>
> please let me have a new reply concerning the exact and earliest possible
> dispatch date for the remaining LCD Monitors or from a partial shipment.
>
> I am looking for your soon reply and remain,
>
> Yorus
> Doris

4/12/02

TUSP0025557