# EXHIBIT 2



FILED
San Francisco County Superior Court
APR 2 7 2005
GORDON PARK-LI, Clerk
By: _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA

CITY AND COUNTY OF SAN FRANCISCO

UNLIMITED JURISDICTION

| | |
|---|---|
| COMPETITION COLLISION CENTER, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CROMPTON CORPORATION; ROHM & HAAS COMPANY; ATOFINA CHEMICAL, INC. F/K/A ELF ATOCHEM NORTH AMERICA, INC.; FERRO CORPORATION; MITSUBISHI RAYON AMERICA, INC.; KREHA CORPORATION OF AMERICA; AKCROS CHEMICALS AMERICA; AKZO NOBEL, INC.; BAERLOCHER USA, L.L.C. and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. CGC-04-431278<br><br>[PROPOSED] ORDER OVERRULING DEFENDANT CROMPTON CORPORATION'S DEMURRER<br><br><br><br>Dept.: 304<br>Judge: Hon. Richard A. Kramer |

1  A hearing on Defendant Crompton Corporation's demurrer to Plaintiff's Complaint for
2  Violations of the Cartwright Act and the Unfair Competition Act ("Complaint") came on before
3  this Court on April 27, 2005, the Honorable Richard A. Kramer, presiding. Upon consideration
4  of the arguments and law presented by the parties, and good cause appearing, the Court finds that
5  the Complaint is adequately pled and hereby overrules the demurrer.
6  Defendant Crompton Corporation shall answer the Complaint on or before May 17,
7  2005.
8  IT IS SO ORDERED.

9
10  Dated: 4-27-05

    Hon. Richard A. Kramer
11  Judge of the San Francisco Superior Court

plastic add. 017

-1-
[PROPOSED] ORDER OVERRULING DEFENDANT CROMPTON CORPORATION'S DEMURRER