# EXHIBIT 11

```
                SUPERIOR COURT OF ARIZONA
                     MARICOPA COUNTY

11/14/2000                              CLERK OF THE COURT
                                             FORM V000

HON. MICHAEL J. O'MELIA                      A. Beery
                                             Deputy

CV2000-000722

                                    FILED: _____

CHARLES I. FRIEDMAN, P.C., ET AL.    ANDREW S. FRIEDMAN

v.

MICROSOFT CORPORATION                LEONARD B SIMON
                                     MILBERG WEISS BERSHAD
                                     HYNES & LERACH LLP
                                     600 W BROADWAY
                                     STE 1800
                                     SAN DIEGO  CA  92101


                                     DAVID J BERSHAD
                                     ONE PENNSYLVANIA PLAZA
                                     NEW YORK NY  10119-0165


                                     KENNETH J VIANALE
                                     MILBERG WEISS BERSHAD HYNES &
                                     LERACH LLP
                                     THE PLAZA  STE 900
                                     5355 TOWN CENTER RD
                                     BOCA RATON FL  33486


                                     MARK D BOGEN
                                     1761 W HILLSBORO BLVD
                                     STE 328
                                     DEERFIELD BEACH FL  33442


                                     BRIAN MICHAEL GOODWIN
```

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

11/14/2000

CLERK OF THE COURT
FORM V000

HON. MICHAEL J. O'MELIA

A. Beery
Deputy

CV2000-000722

JOHN J. BOUMA

CHRISTOPHER A. O'HARA

STEVE W BERMAN
HAGENS BERMAN
1301 FIFTH AVE
STE 2900
SEATTLE WA  98101

MINUTE ENTRY

The Court has considered all of the memoranda and cases submitted by both parties. The Court will not give an appellate-type ruling, as I would only be repeating what is set forth in the moving papers. The Court therefore makes the following rulings:

1. Microsoft's Motion to Dismiss is denied. The Court finds that Arizona residents can bring this action, and *Illinois Brick* does not apply.

2. The Plaintiff's Motion to Certify the Class is granted.

3. Microsoft's Motion to Stay is denied.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

11/14/2000   CLERK OF THE COURT
             FORM V000

HON. MICHAEL J. O'MELIA   A. Beery
                          Deputy

CV2000-000722

The Court will rule on Microsoft's Motion to Consolidate and Lucero's Motion to Intervene when the pleadings are complete.