# EXHIBIT 12

STATE OF WISCONSIN        CIRCUIT COURT        DANE COUNTY
                          BRANCH 9

TOM CAPP,

    Plaintiff,

v.

                                  Case No. 00 CV 0637

MICROSOFT CORPORATION,
a Washington corporation,

    Defendant.



FILED
JUL 2 5 2001
CIRCUIT COURT DANE COUNTY, W

**ORDER CERTIFYING CLASS ACTION**

    The Plaintiff's Motion to Certify Action as Class Action (the "Class Certification Motion") filed on March 7, 2000, came on for hearing before this Court on June 29, 2001, at 9:00 a.m.; Plaintiff Tom Capp having appeared by his counsel, Turner & Massch, by Mark A. Maasch, of San Diego, California; Defendant Microsoft Corporation ("Microsoft") having appeared by its counsel, Quarles & Brady, by Stuart Parsons, of Milwaukee, Wisconsin, Sullivan & Cromwell, by Justin Daniels, of New York, New York, and Montgomery, McCracken, Walker & Rhoads, by Peter Breslauer, of Philadelphia, Pennsylvania; and the Court having thoroughly reviewed and considered the memoranda and materials submitted by the parties together with the statements and arguments of counsel and all of the records on file, and after doing so, finding and concluding, for the reasons more fully stated in my bench decision which has been transcribed, that the requirements of Wis. Stats. § 803.08 have been satisfied and that the class proposed in Plaintiffs' First Amended Complaint dated March 15, 2000, should be certified.

QBMKE\S089005.1

108-1

NOW, THEREFORE, IT IS HEREBY ORDERED, as follows:

1. That Microsoft's Motion to Compel and Motion for Evidentiary Hearing are denied;

2. That Plaintiffs' Motion to Certify Action as Class Action shall be and is GRANTED;

3. That the class certified shall be and is as follows: All end user licensees of Windows 98 residing in the State of Wisconsin as to whom Microsoft has an electronic mail address that is computer-accessible by Microsoft;

4. That Tom Capp be certified as the class representative;

5. That John L. Cates and Mark A. Maasch be appointed as lead counsel for the class; and

6. That an appropriate notice be sent to the members of the class as soon as practicable after the class certification issue is decided in Milwaukee, and this Court has had an opportunity to consider consolidating actions within this state.

Dated this 25 day of July, 2001.

*[signature]*
Hon. Gerald Nichol
Dane County Circuit Court Judge

QBMKE\5089005.1

2