# EXHIBIT 14

E-FILED
May 15, 2007 4:08 PM
KIRI TORRE
Chief Executive Officer
Superior Court of CA, County of Santa Clara
Case #1-05-CV-045077 Filing #G-3078
By R. Walker, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

| | |
|---|---|
| Coordination Proceeding Special Title (Rule 1550(b)) <br><br> INTEL x86 MICROPROCESSOR CASES <br><br> This Document Relates to: <br><br> ALL CASES. | Judicial Council Coordination Proceeding No. 4443 <br><br> [Proposed] ORDER OVERRULING DEFENDANT'S DEMURRER TO PLAINTIFFS' MASTER COMPLAINT |

This matter came before the Court on Defendant Intel Corporation's Demurrer to Plaintiffs' Master Complaint. Having read the parties' submissions and considered the parties' arguments during the hearing before this Court on April 13, 2007, the Court hereby issues the following ruling:

IT IS HEREBY ORDERED:

1. Plaintiffs' First Cause of Action for violation of Cal. Bus. and Prof. Code § 16720 (Cartwright Act).

    A. Defendant Intel's Demurrer to this Cause of Action on the ground that Plaintiffs lacked standing to bring suit and that therefore this Court lacks jurisdiction over the Cause of Action, is overruled.

    B. Defendant Intel's Demurrer to this Cause of Action on the ground that the Master Complaint does not state facts sufficient to constitute a cause of action is overruled.

2. Plaintiffs' Second Cause of Action for violation of Cal. Bus. and Prof. Code in its entirety § 16727 (Cartwright Act).

    A. Defendant Intel's Demurrer to this Cause of Action on the ground that

1

ORDER OVERRULING DEFENDANT'S DEMURRER TO PLAINTIFFS' MASTER COMPLAINT

E-Filed: May 15, 2007 4:08 PM, Superior Court of CA, County of Santa Clara, Case #1-05-CV-045077 Filing #G-3076

1  Plaintiffs lacked standing to bring suit and that therefore this Court lacks jurisdiction over the
2  Cause of Action, is overruled.
3      B.  Defendant Intel's further Demurrers to this Cause of Action on the ground
4  that the Master Complaint does not state facts sufficient to constitute a cause of action is
5  overruled.
6      3.  Plaintiffs' Third Cause of Action for violation of Cal. Bus. and Prof. Code
7  § 17200 (Unfair Competition Act).
8      A.  Defendant Intel's Demurrer to this Cause of Action on the ground that
9  Plaintiffs lacked standing to bring suit and that therefore this Court lacks jurisdiction over the
10 Cause of Action, is overruled.
11     B.  Defendant Intel's further Demurrers to this Cause of Action on the ground
12 that the Master Complaint does not state facts sufficient to constitute a cause of action is
13 overruled.
14     4.  Plaintiffs' Fourth Cause of Action for unjust enrichment.
15     A.  Defendant Intel's Demurrer to this Cause of Action on the ground that
16 Plaintiffs lacked standing to bring suit and that therefore this Court lacks jurisdiction over the
17 Cause of Action, is overruled.
18     B.  Defendant Intel's further Demurrers to this Cause of Action on the ground
19 that the Master Complaint does not state facts sufficient to constitute a cause of action is
20 overruled.
21     5.  Defendant Intel Corporation shall file and serve an answer to Plaintiffs' Master
22 Complaint no later than fifteen (15) days from the issuance of this order.
23 IT IS SO ORDERED
24 Dated: MAY 1 5 2007 , 2007
25                                         The Honorable Jack B. Komar
                                            Superior Court Judge

2
ORDER OVERRULING DEFENDANT'S DEMURRER TO PLAINTIFFS' MASTER COMPLAINT

E-Filed: May 15, 2007 4:08 PM, Superior Court of CA, County of Santa Clara, Case #1-05-CV-045077 Filing #G-3078

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**FIRST AMENDED MASTER CLASS ACTION COMPLAINT**

**ORDER OVERRULING DEFENDANT'S DEMURRER TO PLAINTIFFS' MASTER COMPLAINT**

on the parties shown below:

David M. Balabanian
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center,
25th Floor
San Francisco CA 94111
Telephone: 415.393.2000
Facsimile: 415.393.2286

Richard A. Ripley
BINGHAM MCCUTCHEN LLP
1120 20th Street, NW, Suite 800
Washington DC 20036

Robert J. Gralewski, Jr.
GERGOSIAN & GRALEWSKI LLP
550 West C Street, Suite 1600
San Diego CA 92101
Telephone: 619.230.0104
Facsimile: 619.230.0124

Francis M. Gregorek, Jr.
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ, LLP
Symphony Towers
750 B Street, Suite 2770
San Diego CA 92101
Telephone: 619.239.4599
Facsimile: 619.234.4599

Thomas M. Ferlauto
KING & FERLAUTO, LLP
1880 Century Park East, Suite 820
Los Angeles CA 90067
Telephone: 310.552.3366
Facsimile: 310.552.3289

Siamak Pishvaee
PISHVAEE & ASSOCIATES
11500 West Olympic Boulevard, Suite 400
Los Angeles CA 90064
Telephone: 310.444.3020
Facsimile: 310.444.3019

Michael F. Ram
LEVY, RAM, & OLSON, LLP
639 Front Street, Fourth Floor
San Francisco CA 94111-1913
Telephone: 415.433.4949
Facsimile: 415.433.7311

Philip Kent Cohen
MURPHY ROSEN & COHEN LLP
100 Wilshire Boulevard, Suite 1300
Santa Monica CA 90401
Telephone: 310.899.3300
Facsimile: 310.399.7201

Daniel Hume
David E. Kovel
KIRBY, McINERNEY & SQUIRE, LLP
830 Third Avenue
10th Floor
New York NY 10022

☐ (BY FAX) I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

☐ (BY MAIL) I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

**PROOF OF SERVICE**

E-Filed: May 15, 2007 4:08 PM, Superior Court of CA, County of Santa Clara, Case #1-05-CV-045077 Filing #G-3078

1
2  ☐ (BY OVERNIGHT DELIVERY) I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.
3
4  ☒ (BY ELECTRONIC FILING) On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.
5
6  ☐ (BY E-MAIL) On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.
7  ☐ (BY PERSONAL SERVICE) I caused the above documents to be delivered by hand pursuant to CCP § 1011.
8
9  ☐ Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
10 ☒ State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
11
12 Executed on this 4th day of May, 2007, at San Francisco, California.

PROOF OF SERVICE