# EXHIBIT 19

IN THE DISTRICT COURT OF MORRILL COUNTY, NEBRASKA

| | |
|---|---|
| STEVE POOLE AND LORI POOLE, on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>ROHM & HAAS COMPANY; et al.,<br>    Defendants. | Case No. CI 05 - 21<br><br>ORDER |

    This matter came before the Court by a motion on the merits, dated June 24, 2005, brought by Defendants pursuant to Neb. R. Pleading Civ. Actions Rule 12(b)(6). The motion, brought by all named Defendants, all of whom, with the exception of Crompton Corporation, have since been dismissed, is based upon the argument that Plaintiffs' lack antitrust standing as damages alleged by Plaintiffs are too attenuated and cannot be supported by Nebraska law, because Plaintiffs were purchasers of a derivative end-use product in which Defendants' product was one component. The Defendants submitted a brief in support of the motion, which was reviewed by the Court.

    After a review of the brief and the issues addressed therein,

    IT IS HEREBY ORDERED that this motion is OVERRULED.

    Dated this _____ day of January 2006.

                                    BY THE COURT:

                                      Brian C. Silverman
                                      District Judge