**Richard F. Horsley, Esquire**
King, Horsley & Lyons
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209
Tel: (205) 314-6195
Fax: (205) 871-1370
rfhala@cs.com

*Counsel for Plaintiff Albert Sidney Crigler*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT)  ) | Master File No. 3:07-cv-5944 SC |
| ) | |
| ) | MDL No. 1917 |
| ) | |
| ) | NOTICE OF SERVICE |
| _____  ) | |
| **This document relates to:**  ) | |
| ) | |
| **ALL INDIRECT PURCHASER ACTIONS**  ) | |
| ) | The Honorable Samuel Conti |
| _____  ) | |

TO:    TO THE COURT AND ALL ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE that Richard F. Horsley enters an appearance on behalf of Plaintiff Albert Sidney Crigler in the above-captioned action, and request that all pleadings, notices, and orders and other papers in connection with this action be served upon them at the e-mail address listed above.

DATED: April 24, 2009

                Respectfully submitted,

By:    /s/ Richard F. Horsley
          Richard F. Horsley (HOR023)
          King, Horsley & Lyons
          1 Metroplex Drive, Suite 280
          Birmingham, Alabama 35209
          Tel: (205) 314-6195
          Fax: (205) 871-1370

***Attorney for Plaintiff Albert Sidney Crigler***