**Richard F. Horsley, Esquire**
King, Horsley & Lyons
1 Metroplex Drive, Suite 280
Birmingham, Alabama 35209
Tel: (205) 314-6195
Fax: (205) 871-1370
rfhala@cs.com

*Counsel for Plaintiff Albert Sidney Crigler*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ) | Master File No. 3:07-cv-5944 SC |
| ) | |
| ) | MDL No. 1917 |
| ) | |
| ) | PROOF OF SERVICE |
| _____ ) | |
| **This document relates to:** ) | |
| ) | |
| **ALL INDIRECT PURCHASER ACTIONS** ) | |
| ) | |
| _____ ) | |

CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA** )
)
**COUNTY OF SAN FRANCISCO** )

I, the undersigned, declare:

I am a citizen of the United States; am over the age of 18 years; am employed by KING, HORSLEY & LYONS LLC, located at 1 Metroplex Drive, Suite 280, Birmingham, Alabama 35209; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicted below:

## NOTICE OF APPEARANCE

[X]     By Electronic Filing: I served a true copy on this date of each document listed above via the Court's USDC Live System - Document Filing System on all interested parties registered for electronic filing in this action.

[ ]     By Mail: I placed a true copy on this date of each document listed above in a sealed envelope addressed to each person listed on the attached service list.  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business.

Executed on September 2, 2009.

/s/ Richard F. Horsley
**Richard F. Horsley (HOR023)**