MARIO N. ALIOTO, ESQ. (56433) malioto@tatp.com
LAUREN C. RUSSELL, ESQ. (241151) laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF FILING OF REVISED TABLE OF CONTENTS AND AUTHORITIES TO THE INDIRECT PURCHASER PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' SEPARATE AND JOINT MOTIONS TO DISMISS THE INDIRECT PURCHASER CONSOLIDATED AMENDED COMPLAINT** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |

71811.1

**NOTICE OF FILING OF REVISED TABLE OF CONTENTS AND TABLE OF AUTHORITIES
MDL NO. 1917**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Attached hereto as Exhibit A is a revised Table of Contents and Table of Authorities to the **Indirect Purchaser Plaintiffs' Memorandum of Points And Authorities In Opposition To Defendants' Separate And Joint Motions To Dismiss The Indirect Purchaser Consolidated Amended Complaint** (Docket No. 536).  There are no changes to the body of the brief.

Dated: September 4, 2009                    Respectfully submitted,

By:  /s/ Mario N. Alioto
Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151) laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lauren C. Russell, attest that concurrence in the filing of this document has been properly obtained from the signatory, Mario N. Alioto.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 4th day of September, 2009, in San Francisco, California.

/s/ Lauren C. Russell

- 1 -

**NOTICE OF FILING OF REVISED TABLE OF CONTENTS AND TABLE OF AUTHORITIES**
**MDL 1917**