1

## <u>TABLE OF CONTENTS</u>

2

INTRODUCTION AND SUMMARY OF ARGUMENT ......................................................... 2

DETAILED FACTUAL ALLEGATIONS IN THE INDIRECT PURCHASER
CONSOLIDATED AMENDED COMPLAINT ................................................................... 7

ARGUMENT ..................................................................................................................... 15

I.      Defendants' Separate Motions To Dismiss Must Be Denied............................... 15

      A.      The Legal Standard On A Rule 12(b)(6) Motion To Dismiss............................... 15

      B.      The IP CAC Adequately Alleges A Conspiracy To Fix
            The Prices Of CRT Products ................................................................ 18

      C.      Defendants Demand A Level Of Specificity In The Pleadings
            That Is Far Beyond What *Twombly* Requires........................................ 20

           1.      Defendants' Authorities Are All Distinguishable Because The
                  Complaints At Issue Alleged Far Less Than Plaintiffs Allege Here......... 22

           2.      Courts Have Found Complaints Alleging Far Less Than The IP
                  CAC To State A Claim For Price Fixing Under The Antitrust Laws ....... 26

      D.      When Viewed As A Whole, The IP CAC Sufficiently Alleges
            That Each Defendant Joined The Conspiracy And Committed
            Acts In Furtherance Thereof ................................................................ 27

           1.      Antitrust Conspiracy Allegations Need Not Be Detailed Defendant
                  By Defendant........................................................................ 27

           2.      Plaintiffs' References To Corporate Groups Does Not Deprive
                  Defendants Of Rule 8 Notice ................................................... 32

            3.      To The Extent The IP CAC Refers To Corporate Groups, A Review Of
                  The Entire Complaint Informs The Reader Which Specific Defendant
                  Within That Group Is Referred To ............................................ 36

                 a.      Hitachi ......................................................................... 38

                 b.      LG .............................................................................. 39

                 c.      Panasonic ..................................................................... 40

                 d.      Toshiba ........................................................................ 40

                 e.      Philips ......................................................................... 41

                 f.      Samsung ....................................................................... 42

                 g.      Chunghwa/Tatung ......................................................... 42

i

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

h.      BMCC.................................................................. 43

E.   Plaintiffs Have Adequately Pled That Defendants Acted As The
     Agents of Each Other ...................................................................... 45

     1.   The IP CAC's Agency Allegations Mirror The Allegations
          Approved in TFT-LCD............................................................ 46

     2.   Defendants' Authorities Are Not On Point ............................... 49

F.   The Court Should Disregard Defendants' Attempts To Mischaracterize
     Or Offer Innocent Explanations For Plaintiffs' Allegations Against Them.......... 53

     1.   Hitachi ..................................................................................... 54

          a.   Hitachi's Decreasing Market Share Does Not Contradict The
               Allegations In The IP CAC............................................54

          b.   Hitachi's Participation In Trade Associations And Joint Ventures
               With Admitted Price-Fixers Is Far From
               Irrelevant.......................................................................55

          c.   Government Investigations Into The CRT Industry And Closely-
               Related Industries Are Properly Pleaded To Establish The
               Plausibility Of The Alleged CRT Product
               Conspiracy.....................................................................57

          d.   The IP CAC Alleges Parallel Conduct By
               Defendants.....................................................................60

     2.   Toshiba ..................................................................................... 60

     3.   Panasonic ................................................................................. 63

     4.   Samsung Electronics ............................................................... 64

G.   The IP CAC Alleges An Economically Plausible Conspiracy To
     Fix The Prices Of CRTs And CRT Finished Products ........................... 67

     1.   A Horizontal Price-Fixing Conspiracy Amongst Vertically Integrated
          Manufacturers Of CRTs And CRT Finished Products Makes Perfect
          Economic Sense..................................................................... 68

     2.   The Question Of Whether Plaintiffs Have Pled An Economically
          Plausible Conspiracy Presents Questions Of Fact That Cannot Be
          Resolved On A Motion To Dismiss ......................................... 71

H.   Plaintiffs' Claims Are Timely ........................................................ 72

     1.   Fraudulent Concealment Raises Factual Issues Not Ripe For
          Decision On A Motion To Dismiss. ......................................... 74

ii

2.     Plaintiffs Have Sufficiently Pled Fraudulent Concealment......................75

     a.     Plaintiffs Have Alleged Defendants' Affirmative Acts Designed To Mislead The Public And To Conceal Their Conspiracy..................................................................................75

     b.     Plaintiffs Have Alleged Their Inability To Discover The True Facts Despite Due Diligence................................................77

     c.     The TFT-LCD I Court Upheld Similar Fraudulent Concealment Allegations...............................................................78

3.     Plaintiffs Have Alleged Fraudulent Concealment By Each Defendant Engaged In The Conspiracy......................................................82

4.     The Question Of Whether Defendants Withdrew From The Conspiracy Cannot Be Resolved As A Matter Of Law...........................83

     a.     Fraudulent Concealment Tolls The Statute Of Limitations Even As To Defendants Who Withdrew From The Conspiracy...84

     b.     The Question Of Whether Defendants Effectively Withdrew From The Conspiracy Presents Questions Of Fact That Cannot Be Resolved On A Motion To Dismiss............................86

     c.     Defendants' Remaining Authorities Are Also Inapposite.............89

     i.     Hitachi ........................................................................89

     ii.     Toshiba .......................................................................90

     iii.     Philips and LG............................................................91

I.     The LG Defendants' Rule 12(e) Motion For A More Definite Statement Should Also Be Denied ........................................................92

II.     Defendants' Joint Motion To Dismiss Must Be Denied ....................................93

A.     Defendants' Arguments For Dismissal Under The FTAIA And Under The Commerce And Supremacy Clauses Of The Constitution Are Without Merit ..................................................................................93

1.     The FTAIA Does Not Apply Because The Alleged CRT Product Conspiracy Was Carried Out In Part In The United States.....................94

2.     The FTAIA Does Not Apply Because Defendants' Sale of CRT Products Into the United States Constitutes "Import Commerce" ...........97

3.     Assuming *Arguendo* That The FTAIA Applies, The Conduct Alleged In The IP CAC Falls Under the Domestic Effects Exception Of The FTAIA.................................................................................99

iii

a.    The IPCAC Alleges That Defendant's Unlawful Conduct Had A "Direct, Substantial And Reasonably Foreseeable Effect" On U.S. Commerce .......................................................... 99

b.    The Domestic Effects Of The Defendants' Conduct Give Rise To The Plaintiffs' Claims In This Case .............................. 103

c.    Defendants' Analysis Of The Domestic Effects Test Mischaracterizes And Ignores The Allegations In The Complaint ................................................................................. 105

4.    Plaintiffs' State Law Claims Do Not Exceed the Intended Scope Of The FTAIA ....................................................................... 108

B.    The Complaint Cannot Be Dismissed On *AGC* Grounds .................................. 112

1.    Indirect Purchaser Standing to Pursue State Antitrust Claims Is A Matter of State Substantive Law ...................................................... 113

2.    The Complaint Alleges Sufficient Facts Satisfying *AGC* Factors........... 117

a.    Plaintiffs Have Adequately Alleged "Antitrust Injury" Under State Law ....................................................................... 117

i.    Defendants' Proposed  "Antitrust Injury" Standard Is Inconsistent With The Legislative Intent Of The Repealer States .................................................................. 118

ii.    Numerous Courts Have Rejected Defendants' Proposed "Market Participant" Requirement For State-Law Antitrust Claims.................................................................. 120

iii.    Even Federal Law Does Not Impose A Bright-Line Requirement That Plaintiffs Be "Participants" In The Same "Market" As Defendants In Order To Suffer An "Antitrust Injury"....................................................... 123

b.    Plaintiffs' Allegations Are Sufficient To Satisfy The "Remoteness" Factors of *AGC* .................................................... 126

i.    Plaintiffs' Injury Is Sufficiently "Direct" ...................... 127

ii.    Plaintiffs Sufficiently Alleged That Damages Are Traceable And Thus Apportionable ............................... 130

3.    Plaintiffs Have Adequately Pled Standing For Their Injunctive Claims Under Section 16 Of The Clayton Act........................................ 131

iv

C.  Plaintiffs Can Sue Under The Statutes Of Nebraska And Nevada For Purchases Made Before Those Statutes Were Enacted ...................................... 132

     1.  Nebraska ........................................................................................... 132

     2.  Nevada ............................................................................................... 133

D.  Plaintiffs Have Properly Pled Causes Of Action Under The Consumer Protection Laws of Massachusetts, New York, And Rhode Island .................... 133

     1.  Massachusetts ................................................................................... 133

     2.  New York ........................................................................................... 134

     3.  Rhode Island ..................................................................................... 136

E.  Plaintiffs' Unjust Enrichment Claims Are Proper ........................................ 138

     1.  The Law Of Michigan, Kansas And New York Does Not Require That Plaintiffs Confer A Direct Benefit On Defendants In Order To State A Claim For Unjust Enrichment ...................................................... 138

         a.  Michigan ................................................................................ 138

         b.  Kansas ................................................................................... 139

         c.  New York .............................................................................. 139

     2.  Plaintiffs' Unjust Enrichment Claims Are Not A "Back Door" To Recover For Barred Antitrust Claims ...................................................... 141

     3.  Plaintiffs May Bring Claims For Unjust Enrichment In Addition To Claims For Compensatory Damages ...................................................... 143

F.  The Complaint Alleges Fraudulent Concealment Sufficient To Toll The Applicable Statute Of Limitations For Plaintiffs' State Law Claims ................. 145

     1.  Plaintiffs Have Alleged Defendants' Affirmative Acts Designed To Mislead The Public And To Conceal Their Conspiracy .......................... 146

     2.  Plaintiffs Have Alleged Their Inability To Discover The True Facts Despite Due Diligence ......................................................................... 147

     3.  The Determination Of Whether Plaintiffs Had Constructive Notice Of Defendants' Conspiracy Requires A Fact Intensive Inquiry Not Appropriate At The Motion To Dismiss Stage ...................................... 149

G.  If The Complaint Is Found To Be Insufficient, Plaintiffs Should Be Granted Leave To Amend ............................................................................................ 150

III.  Conclusion ............................................................................................................ 150

v

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

# TABLE OF AUTHORITIES

## FEDERAL CASES

*In re Abbott Labs. Norvir Antitrust Litig.*,
　2007 WL 1689899 (N.D.Cal. June 11, 2007)................................................................. 142

*Agron, Inc. v. Lin*,
　2004 WL 555377 (C.D. Cal. Mar. 16, 2004) ................................................................. 118

*Alaska Airlines, Inc. v. Carey*,
　No. C O705711 RBI, 2008 WL 2725796 (W.D. Wash. July 11, 2008)........................... 52

*Aktieselskabet AF v. Fame Jeans, Inc.*,
　525 F.3d 8, 15 (D.C. Cir. 2008) ...................................................................................... 17

*Am. Ad Mgmt., Inc. v. General Tel. Co.*,
　190 F.3d 1051 (9th Cir. Cal 1999) ........................................................................ 120, 125

*American Nat'l. Red Cross v. United Way California Capital Region*,
　No. CIV. S-07-1236 WBS DAD, 2007 WL 4522967 (E.D. Cal. Dec. 19, 2007)............. 52

*American Needle, Inc. v. New Orleans LA Saints*,
　385 F. Supp. 2d 727 (N.D. Ill. 2005).............................................................................. 124

*Animal Science Products, Inc. v. China Nat'l. Metals & Minerals Import & Export Corp.*,
　596 F. Supp. 2d 842 (D.N.J. 2008)................................................................................. 106

*Arnold Chevrolet LLC v. Tribune Co.*,
　418 F. Supp. 2d 172 (E.D.N.Y. 2006) .............................................................................. 51

*Ashcroft v. Iqbal*,
　129 S. Ct. 1937 (2009) .............................................................................. 2, 3, 7, 16, 17

*Associated General Contractors v. Cal. State Council of Carpenters*,
　459 U.S. 519 (1983) ....................................................................................... 5, 17, 116

*Atlantic Richfield Co. v. USA Petroleum Co.*,
　495 U.S. 328 (1990) ...................................................................................................... 117

*Autery v. United States*,
　424 F.3d 944 (9th Cir. 2005) ......................................................................................... 108

*In re Auto. Refinishing Paint Antitrust Litig.*,
　515 F. Supp. 2d 544 (E.D. Pa. 2007)............................................................................. 135

*In re Automotive Refinishing Paint Antitrust Litig.*,
　229 F.R.D. 482 (E.D. Pa. 2005) ...................................................................................... 56

*Banke Assoc., Inc. v. New England Financial Resources, Inc.*,
　1989 U.S. Dist. LEXIS 18313 (D. N.H. Aug. 22, 1989)................................................. 111

*Barker v. Am. Mobil Power Corp.*,
   64 F.3d 1397 (9th Cir. 1995) ...............................................89

*In re Bath and Kitchen Fixtures Antitrust Litig.*,
   No. 05-cv-00510 MAM 2006 WL 2038605 (E.D. Pa. July 19, 2006) ............................ 92

*In re Beef Industry Antitrust Litig.*,
   600 F.2d 1148 (5th Cir. 1979) ................................................................. 105

*Bell Atlantic Corp. v. Twombly*,
   550 U.S. 544 (2007) ................................................................*passim*

*Beltz Travel Serv, Inc. v. International Air Transport Ass'n*,
   620 F.2d 1360 (9th Cir. 1980) ................................................................. 29

*Bhan v. NME Hops.*,
   772 F.2d 1467 (9th Cir. 1985) ................................................................. 118

*Big Bear Lodging Ass'n v. Snow Summit, Inc.*,
   182 F.3d 1096 (9th Cir. 1999) ................................................................. 125

*Blue Shield of Virginia v. McCready*,
   457 U.S. 465 (1982) ................................................................. 124

*Bogosian v. All American Concessions*,
   2008 WL 4534036 (E.D.N.Y. Sept. 29, 2008) ................................................................. 134

*Boston Store of Chicago v. American Graphophone Co.*,
   246 U.S. 8 (1918) ................................................................. 49

*Bowoto v. Chevron Corp.*,
   C 99-02506 SI, 2007 WL 2349338, (N.D. Cal. Aug. 14, 2007) ...................................... 73

*Bowoto v. Chevron Texaco Corp.*,
   312 F. Supp. 2d 1229 (N.D. Cal. 2004) ................................................................. 46, 50

*Branch v. Tunnel*,
   14 F.3d 449 (9th Cir. 1994) ................................................................. 88

*Brennan v. Concord EFS, Inc.*,
   369 F. Supp. 2d 1127 (N.D. Cal. 2005) ................................................................. 31

*Brunson Communications, Inc. v. Arbitron, Inc.*,
   239 F. Supp. 2d 550 (E.D. Pa. 2002) ................................................................. 70, 71

*Brunswick Corp. v. Pueblo Bowl-O-Mat, Inc.*,
   429 U.S. 477 (1977) ................................................................. 117, 123

*In re Bulk Extruded Graphite Products Antitrust Litig.*,
   2007 WL 1062979 (D.N.J. 2007) ................................................................. 6, 148

*In re Bulk Popcorn Antitrust Litig.*,
   783 F. Supp. 1194 (D. Minn. 1991) ................................................................. 28

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

*California v. ARC America Corp.*,
     490 U.S. 93 (1989) .................................................................. 109, 114, 117, 130

*Campfield v. State Farm Mut. Ins., Co.*,
     532 F.3d 1111 (10th Cir. 2008) ....................................................... 65

*Cancall PCS v. Omnipoint Corp.*,
     2000 WL 272309 (S.D.N.Y. Mar. 10, 2000) ....................................... 71

*In re Cardizem CD Antitrust Litig.*,
     105 F. Supp. 2d 618 (E.D. Mich. 2000) ............................... 126, 138, 139, 142

*Cargill, Inc. v. Monfort of Colorado, Inc.*,
     479 U.S. 104 (1986) ...................................................................... 131

*Caribbean Broad Sys., Ltd. v. Cable & Wireless PLC*,
     148 F.3d 1080 (D.C. Cir. 1998) .............................................. 100, 104

*Carmona v. Spanish Broadcasting System, Inc.*,
     No. 08 Civ. 4475, 2009 WL 890054 (S.D.N.Y. March 30, 2009) ......... 140, 141

*Carpet Group Int'l v. Oriental Rug Importers Ass'n., Inc.*
     227 F.3d 62 (3d Cir. 2000). .............................................. 97, 99

*Chicago Professional Sports Ltd. P'ship v. NBA*,
     961 F.2d 667 (7th Cir. 1992) ..................................................... 124

*Christine's Intern, PLC v. Kruman*,
     539 U.S. 978 (2003) ...................................................................... 97

*In re Chocolate Confectionary Antitrust Litig.*,
     602 F. Supp. 2d 538 (M.D. Pa. 2009) ........................................ 69, 136

*In re Citric Acid Litig.*,
     191 F.3d 1090 (9th Cir. 1999) ........................................... 54, 55, 56

*City of Moundridge v. Exxon Mobil Corp.*,
     250 F.R.D. 1 (D.D.C. 2008) ....................................................... 21

*Clemens v. Daimler Chrysler Corp.*,
     2006 WL 6022681 (C.D. Cal. Apr. 20, 2006) ................................ 75, 149

*In re Compact Disc Minimum Advertised Price Antitrust Litig.*,
     138 F. Supp. 2d 25 (D. Me 2001) .............................................. 77

*Conmar Corp. v. Mitsui & Co., Inc.*,
     858 F.2d 499 (9th Cir. 1988) ............................................... *passim*

*Construction Aggregate Transport, Inc. v. Florida Rock Industries, Inc.*,
     710 F.2d 752 (11th Cir. 1983) ..................................................... 124

viii

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

*Continental Ore Co. v. Union Carbide & Carbon Corp.,*
 370 U.S. 690 (1962) ...................................................................................... 17, 28, 56

*In re Coordinated Pretrial Proceedings in Petroleum Products Antitrust Litig.,*
 782 F. Supp. 487 (C.D. Cal. 1992) ...................................... 74, 75, 147, 149, 150

*In re Coordinated Pretrial Proceedings in Petroleum Products Antitrust Litig.,*
 906 F.2d 432 (9th Cir. 1990) .................................................................................. 21

*Copperweld Corp. v. Independence Tube Corp.,*
 467 U.S. 752 (1984) ........................................................................................... 48, 68

*County of Stanislaus v. Pacific Gas & Elec. Co.,*
 No. CV-F-93-5866-OWW, 1994 WL 706711 (E.D. Cal. Aug. 25, 1994) ...................... 49

*In re Coupon Clearing Serv., Inc.,*
 113 F.3d 1091 (9th Cir. 1997) ................................................................................. 51

*Crompton Corp. v. Clariant Corp.,*
 220 F. Supp. 2d 569 (M.D. La. 2002) ..................................................................... 108

*Crump v. City and County of San Francisco,*
 No. C06-07793 MJJ, 2007 WL 2220938 (N.D. Cal. Aug. 1, 2007) ................................ 73

*CSR Ltd. v. Cigna Corp.,*
 405 F. Supp. 2d 526 (D. N.J. 2005) .......................................................... 98, 99, 106

*In re Currency Conversion Fee Antitrust Litig.,*
 2006 U.S. Dist. LEXIS 82167 (S.D.N.Y. Nov. 8, 2006) ............................................. 19

*D.R. Ward Const. Co. v. Rohm and Haas Co.,*
 470 F. Supp. 2d 485 (E.D. Pa. 2006) ............................................................... *passim*

*Dee-K Enterprises, Inc. v. Heveafil Sdn. Bhd,*
 299 F.3d 281 (4th Cir. 2002) ................................................................................. 107

*Dion LLC v. Infotek Wireless, Inc.,*
 No. C 07-1431 SBA, 2007 WL 3231738 (N.D. Cal. Oct. 30, 2007) ........ 39, 45, 46, 50, 67

*Dimidowich v. Bell & Howell,*
 803 F.2d 1473 (9th Cir. 1986) ............................................................................... 115

*DM Research, Inc. v. Coll. Of Am. Pathologists,*
 170 F.3d 53 (1st Cir. 1999) ..................................................................................... 70

*E.J. Gallo Winery v. EnCana Energy Servs., Inc.,*
 CV F 03-5412 AWI LJO, 2008 WL 2220396 (E.D. Cal. May 27, 2008) ....................... 51

*In re Elevator Antitrust Litig.,*
 502 F.3d 47 (2d Cir. 2007) ..................................................................................... 24

*Empagran S.A. v. F. Hoffmann-Laroche,*
 417 F.3d 1267 (D.C. Cir. 2005) ....................................................................... 103, 104

ix

*Erie R. Co. v. Tompkins,*
    304 U.S. 64 (1938) ................................................................................................. 113

*Fahmy v. Jay-Z,*
    No. CV 07-5715 CAS (PJWx), 2009 WL 1808450 (C.D. Cal. June 22, 2009) ............... 47

*Fair Isaac Corp. v. Equifax, Inc.,*
    2008 WL 623120 (D. Minn. Mar. 4, 2008) ...................................................... 21

*F. Hoffman-LaRoche v. Empagran S.A.,*
    542 U.S. 155 (2004) ............................................................................ 94, 103

*Figone v. LG Electronics, Inc.*
    3:07-cv-6331-SC (N.D. Cal. Dec. 13 2007) ........................................................ 95

*In re Fine Paper Antitrust Litig.,*
    685 F.2d 810 (3d Cir. 1982) ................................................................... 28, 60

*In re Flash Memory Antitrust Litig.,*
    2009 U.S. Dist. LEXIS 38941 (N.D. Cal. Mar 31, 2009) ......................................... *passim*

*In re Flat Glass Antitrust Litig.,*
    385 F. Supp. 350 (3d Cir. 2004) ...................................................... 28, 68, 69, 70

*Frye v. American General Finance, Inc.,*
    307 F. Supp. 2d 836 (S.D. Miss. 2004) ........................................................ 145

*In re G-Fees Antitrust Litig.,*
    584 F. Supp. 2d 26 (D.C. 2008) ........................................................... 109, 110

*Gilbert v. Concentra Health Servs., Inc.,*
    No. 03:07-CV-00264-LRH-VPC, 2008 WL 318356 (D. Nev. Jan. 31, 2008)................. 45

*Gilley Enterprises, Inc. v. Atlantic Richfield Oil Co.,*
    561 F.3d 1004 (9th Cir. 2008) ...................................................... 17, 21, 71

*Glen Holly Entertainment, Inc. v. Tektronix, Inc.,*
    352 F.3d 367 (9th Cir. 2003) ...................................................... 119, 125

*In re Graphics Processing Unit (GPU) Antitrust Litig.,*
    527 F. Supp. 2d 1011 (N.D. Cal. 2007)........................................................ *passim*

*In re Graphics Processing Unit (GPU) Antitrust Litig.,*
    540 F. Supp. 2d 1085 (N.D. Cal. 2007)........................................................ *passim*

*Greenwald v. Manko,*
    840 F. Supp. 198 (E.D.N.Y. 1993) .......................................................... 89

*Hanlon v. Chrysler Corp.,*
    150 F.3d 1011 (9th Cir. 1998) ............................................................. 142

x

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

*Hebert v. Fliegel*,
    813 F.2d 999 (9th Cir. 1987) ................................................................ 119

*Hernandez v. Hilltop Financial Mortgage, Inc.*,
    No. C 06-7401 SI, 2007 WL 3101250 (N.D. Cal. Oct. 22, 2007) .................................... 45

*In re High Fructose Corn Syrup Antitrust Litig.*,
    295 F.3d 651 (7th Cir. 2002) ............................................................ 19, 58

*High Tech. Careers v. San Jose Mercury News*,
    996 F.2d 987 (9th Cir. 1993) .............................................................. 118

*Hill v. Morehouse Med. Assocs., Inc.*,
    2003 WL 22019936 (11th Cir. Aug. 15, 2003) .............................................. 44

*Horowitz v. Stryker Corp.*,
    2009 WL 436406 (E.D.N.Y. Feb. 20, 2009) ............................................... 134

*Hospital Bldg. Co. v. Trustees of Rex Hospital*,
    425 U.S. 738 (1976) ...................................................................... 21

*Hyland v. Homeservices of America, Inc.*,
    2007 WL 2407233 (W.D. Ky. Aug. 17, 2007) .............................................. 58

*Ice Cream Liquidation, Inc. v. Land O'Lakes, Inc.*,
    253 F. Supp. 2d 262 (D. Conn. 2003) ................................................... 119

*Illinois Brick Co. v. Illinois*,
    431 U.S. 720 (1977) ................................................................. *passim*

*In re Infant Formula Antitrust Litig.*,
    1992 WL 503465 (N.D. Fla. Jan. 13, 1992) ............................................. 147

*In re Intel Microprocessor Antitrust Litig.*,
    452 F. Supp. 2d 555 (D. Del. 2006) .................................................... 108

*In re Intel Microprocessor Antitrust Litig.*,
    496 F. Supp. 2d 404 (D. Del. 2007) ............................................... 121, 128

*Invamed, Inc. v. Barr Labs, Inc.*,
    22 F. Supp. 2d 210 (S.D.N.Y. 1998) ................................................ 31, 32

*Jung v. Ass'n of American Medical Colleges*,
    300 F. Supp. 2d 119 (D.D.C. 2004) ................................................. 29, 31

*Karahalios v. Nat'l Fed'n of Fed. Employees*,
    489 U.S. 527 (1989) ................................................................... 143

*Kendall v. Visa U.S.A., Inc.*,
    518 F.3d 1042 (9th Cir. 2008) ............................................. 7, 22, 23, 24, 25

*Knevelbaard Dairies v. Kraft Foods, Inc.*,
    232 F.3d 979 (9th Cir. 2000) ....................................................... *passim*

xi

*Kruman v. Christie's Int'l PLC,*
    284 F.3d 384 (2d Cir. 2002) ............................................................... 97, 100, 106

*In re Late Fee and Overlimit Fee Litig.,*
    528 F. Supp. 2d 953 (N.D. Cal. 2007) .......................................................... 24

*Lin v. Lin,*
    2000 WL 4369771 (D. Hawaii 2008) ........................................................... 145

*In re Linerboard Antitrust Litig.,*
    305 F.3d 145 (3d Cir. 2002) ...................................................................... 128

*Live Concert Antitrust Litig.,*
    247 F.R.D. 98 (C.D. Cal. 2007) ................................................................. 118

*Lorazepam & Clorazepate Antitrust Litig.,*
    295 F. Supp. 2d 30 (D.D.C. 2003) .............................................................. 126

*Lorenzo v. Qualcomm Inc.,*
    603 F. Supp. 2d 1291 (S.D. Cal. 2009) ....................................................... 129

*Lupron Marketing and Sales Practices Litigation,*
    2004 WL 2070883 (D. Mass. Sept. 16, 2004) .............................................. 145

*MacDonald v. Grace Church Seattle,*
    No. C05-0747C, 2006 WL 1009283 (W.D. Wash. Apr. 14, 2006) ................... 51

*Maley v. Pulte Home Corp.,*
    2006 U.S. Dist. LEXIS 57213 (N.D. Cal. July 31, 2006) ............................... 98

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,*
    475 U.S. 574 (1986) ................................................................................... 69

*Mercedes-Benz Antitrust Litig.,*
    157 F. Supp. 2d 355 (D.N.J. 2001) .......................................................117, 126

*Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.,*
    269 F. Supp. 2d 1213 (C.D. Cal. 2003) ...................................................... 109

*Metz v. Union Bank,*
    416 F. Supp. 2d 568 (N.D. Ohio 2006) ........................................................ 89

*Meyer v. Qualcomm Inc.,*
    2009 WL 539902 (S.D. Cal. Mar. 3, 2009) ................................................. 129

*In re Microsoft Corp. Antitrust Litig.,*
    2005 WL 1398643 (D. Md. Jun 10, 2005) .................................................. 124

*In re Milk Pros. Antitrust Litig.,*
    84 F. Supp. 2d 1016 (D. Minn. 1997) .......................................................... 92

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

*Miller v. Int'l Bus. Machines Corp. (IBM),*
    No. C02-2118, 2006 WL 2792416 (N.D. Cal. Sept. 26, 2006) ............................... 51

*Moniz v. Bayer Corp.,*
    484 F. Supp. 2d 228 (D. Mass. 2007) ............................................................... 122

*Moreco Energy, Inc. v. Penberthy-Houdaille, Inc.,*
    No 86 C 20153, 1998 WL 124928 (N.D. Ill. Oct. 21, 1988) ................................. 92

*Morongo Band of Mission Indians v. Rose,*
    893 F.2d 1074 (9th Cir. 1990) ...................................................................... 150

*Morton's Market. Inc. v. Gustafson's Dairy, Inc.,*
    198 F.3d 823 (11th Cir. 1999) ................................................................*passim*

*Morton's Market. Inc. v. Gustafson's Dairy, Inc.,*
    211 F.3d 1224 (11th Cir. 2000) ....................................................................... 85

*Mountain View Pharmacy v. Abbott Labs.,*
    630 F.2d 1383 (10th Cir. 1980) ...................................................................... 31

*In re Napster, Inc. Copyright Litigation,*
    354 F. Supp. 2d 1113 (N.D. Cal. 2005) ......................................................... 120

*In re NASDAQ Market-Makers Antitrust Litig.,*
    894 F. Supp. 703 (S.D.N.Y. 1995) ................................................................. 29

*Nasious v. Two Unknown B.I.C.E. Agents,*
    492 F.3d 1158 (10th Cir. 2007) ................................................................ 29, 30

*In re New Motor Vehicles Antitrust Litig.,*
    350 F. Supp. 2d 160 (D. Me. 2004) ....................................................... 134, 143

*New York Citizens Committee on Cable TV v. Manhattan Cable TV, Inc.,*
    651 F. Supp. 802 (S.D.N.Y. 1986) ........................................................ 124, 125

*Novell, Inc. v. Microsoft Corp.,*
    505 F.3d 302 (4th Cir. 2007) ...................................................................... 123

*Orr v. Beamon,*
    77 F. Supp. 2d 1208 (D. Kan. 1999) ............................................................. 109

*In re OSB Antitrust Litig.,*
    2007 WL 2253419 (E.D. Pa. Aug. 3, 2007) ............................. 26, 27, 29, 56

*Ostrofe v. H.S. Crocker Co., Inc.,*
    740 F.2d 739 (9th Cir. 1984) ................................................................ 125, 126

*Pace Electronics, Inc. v. Cannon Computer Systems, Inc.,*
    213 F.3d 118 (3d Cir. 2000) ...................................................................... 117

*Petruzzi's IGA v. Darling-Delaware,*
    998 F.2d 1224 (3d Cir. 1993) ...................................................................... 70

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

*In re Pharm. Indus. Average Wholesale Price Litig.*,
    233 F.R.D. 229 (D. Mass. 2006) ................................................................. 137

*In re Pharm. Indus. Average Wholesale Price Litig.*,
    2007 U.S. Dist. LEXIS 26242 (D. Mass. April 2, 2007)................................ 139

*Pocahontas Supreme Coal Co. v. Bethlehem Steel Corp.*,
    1986 WL 957 (W.D.W.V. May 13, 1986)...................................................... 146

*Poller v. Columbia Broad Sys., Inc.*,
    368 U.S. 464 (1962) ........................................................................................ 21

*In re Potash Antitrust Litig.*,
    1994 WL 1108312 (D. Minn. Dec. 5, 1994) ................................................... 34

*In re Pressure Sensitive Labelstock*,
    356 F. Supp. 2d 484 (M.D. Pa. 2005).............................................................. 71

*In re Pressure Sensitive Labelstock Antitrust Litig.*,
    566 F. Supp. 2d 363 (M.D. Pa. 2008)........................................... 15, 16, 24, 28

*Reading Int'l, Inc. v. Oaktree Capital Mgmt.*,
    317 F. Supp. 2d 301 (S.D.N.Y. 2003) .................................................. 140, 141

*In re Rail Freight Fuel Surcharge Antitrust Litig.*,
    587 F. Supp. 2d 27 (D.D.C. 2008).................................................................. 20

*Reisman v. United States*,
    409 F.2d 789 (9th Cir. 1969) .......................................................................... 90

*In re Rubber Chemicals Antitrust Litig.*,
    504 F. Supp. 2d 777 (N.D. Cal. 2007).................................................... *passim*

*Rutledge v. Boston Woven Hose and Rubber Co.*,
    756 F.2d 248 (9th Cir. 1978) .......................................................................... 76

*Safeway Stores v. FTC*,
    366 F.2d 795 (9th Cir. 1966) ...................................................................... 2, 28

*In re Sagent Technology, Inc.*,
    278 F. Supp. 2d 1079 (N.D. Cal. 2003).................................................... 29, 30

*SAS v. Puerto Rico Tel. Co.*,
    48 F.3d 39 (1st Cir. 1995) ............................................................................ 125

*Schumacher v. Tyson Fresh Meats* ,
    221 F.R.D. 605 (D.S.D. 2004)...................................................................... 142

*Sherman v. British Leyland Motors, Ltd.*,
    601 F.2d 429 (9th Cir. 1979) .......................................................................... 51

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*In re Southeastern Milk Antitrust Litig.*,
   555 F. Supp. 2d 934 (E.D. Tenn. 2008) .............................................. 2, 28, 35

*Spears v. Transcon. Bus. Sys., Inc.*,
   226 F.2d 94 (9th Cir. 1955) ............................................................... 51

*Sprewell v. Golden State Warriors*,
   266 F.3d 979 (9th Cir. 2001) ............................................................. 55

*Standard Iron Works v. Arcelormittal*,
   2009 U.S. Dist. LEXIS 49476 (N.D. Ill. June 12, 2009)..................... 68

*In re Static Random Access Memory (SRAM) Antitrust Litig.*,
   580 F. Supp. 2d 896 (N.D. Cal. 2008)....................................... *passim*

*In re Static Random Access Memory (SRAM) Antitrust Litig.*,
   2008 WL 2610549 (N.D. Cal. June 27, 2008)................. 134, 135, 136

*Steckman v. Hart Brewing, Inc.*,
   143 F.3d 1293 (9th Cir. 1998) ........................................................... 55

*Stickrath v. Globalstar, Inc.*,
   527 F. Supp. 2d 992 (N.D. Cal. 2007)............................................... 34

*Suckow Borax Mines Consolid., Inc. v. Mitsui & Co. (USA), Inc.*,
   185 F.2d 196 (9th Cir. 1950) ............................................................. 91

*In re Sugar Indus. Antitrust Litig.*,
   579 F.2d 13 (3d Cir. 1978) .............................................................. 127

*In re Sumitomo Copper Litig.*,
   104 F. Supp. 2d 314 (S.D.N.Y. 2000) ............................................... 34

*Summit Health, Ltd. v. Pinhas*,
   500 U.S. 322 (1991) .......................................................................... 97

*Sun Microsystems, Inc. v. Hynix Semiconductor, Inc.*,
   534 F. Supp. 2d 1101 (N.D. Cal. 2007)................................... 100, 106

*Supermail Cargo, Inc., v. United States*,
   68 F.3d 1204 (9th Cir. 1995) ............................................................. 74

*Swierkiewicz v. Sorema N.A.*,
   534 U.S. 506 (2002) .......................................................................... 15

*In re Tableware Antitrust Litig.*,
   363 F. Supp. 2d 1203 (N.D. Cal. 2005).............................................. 58

*In re TFT-LCD (Flat Panel) Antitrust Litig.*,
   586 F. Supp. 2d 1109 (N.D. Cal. 2008)..................................... *passim*

*In re TFT-LCD Antitrust Litig.*,
   559 F. Supp. 2d 1179 (N.D. Cal. 2009)..................................... *passim*

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

*Thorman v. Seafoods Co.,*
    421 F.3d 1090 (9th Cir. 2005) ........................................................................ 75, 150

*Todd v. Exxon Corp.,*
    275 F.3d 191 (2d Cir. 2001) ................................................................................ 56

*Total Benefits Planning Agency, Inc. v. Anthem Blue Cross & Blue Shield,*
    552 F.3d 430 (6th Cir. 2008) ........................................................................ 24, 25

*In re Travel Agent Comm'n Antitrust Litig.,*
    No. 1:03 CV 30000, 2007 WL 3171675 (N.D. Ohio Oct. 29, 2007) ................................ 31

*Tucker v. Apple Computer, Inc.,*
    493 F. Supp. 2d 1090 (N.D. Cal. 2006) ................................................................ 115

*Tugboat Corp. Co. v. Shipowners & Merchants Towboat Co., Ltd.,*
    467 F. Supp. 841 (N.D. Cal. 1979) ...................................................................... 53

*Univac Dental Co. v. Dentsply Int'l, Inc.,*
    2008 WL 2486134 (M.D. Pa. June 17, 2008) ......................................................... 21

*In re Urethane Antitrust Litig.,*
    235 F.R.D. 507 (D. Kan. 2006) .......................................................................... 89

*Usher v. City of Los Angeles,*
    828 F.2d 556 (9th Cir. 1987) ............................................................................. 20

*U.S. ex rel. Giles v. Sardie,*
    191 F. Supp. 2d 1117 (C.D. Cal. 2000) ................................................................. 73

*U.S. v. Ritchie,*
    342 F.3d 903 (9th Cir. 2003) ............................................................................. 98

*U.S. Horticultural Supply, Inc. v. The Scotts Co.,*
    2006 WL 1531407 (E.D. Pa. June 1, 2006) ........................................................... 71

*United Magazine Co. v. Murdoch Magazines Distribution, Inc.,*
    146 F. Supp. 2d 385 (S.D.N.Y. 2001) ................................................................... 71

*United Phosphorous, Ltd. v. Angus Chemical Co.,*
    131 F. Supp. 2d 1003 (N.D. Ill. 2001) ................................................................. 107

*United States ex rel. Russell v. Epic Healthcare Mgmt. Group,*
    193 F.3d 304 (5th Cir. 1999) ............................................................................. 45

*United States ex rel. Stinson, Lyons, Gerlin & Bustamonte, P.A. v. Blue Cross Blue Shield of Ga., Inc.,*
    755 F. Supp. 1040 (S.D. Ga. 1990) .................................................................... 45

*United States v. Andreas,*
    216 F.3d 645 (7th Cir. 2000) ............................................................................. 57

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

*United States v. Bestfoods,*
    524 U.S. 51 (1998) ............................................................................ 50

*United States v. Borelli,*
    336 F.2d 376 (2d Cir. 1964) ............................................................. 91

*United States v. Gypsum, Co.,*
    438 U.S. 422 (1978) ........................................................................... 91

*United States v. Hilton Hotels Corp.,*
    467 F.2d 1000 (9th Cir. 1972) ........................................................ 49

*United States v. Lothian,*
    976 U.S. 1257 (9th Cir. 1992) ......................................................... 90

*United States v. LSL Biotechnologies,*
    379 F.3d 672 (9th Cir. 2004) ........................................................... 99

*United States v. Nippon Paper Indus. Co.,*
    62 F. Supp. 2d 173 (D. Mass. 1999) .............................................. 91

*Velasquez, et al. v. HSBC Finance Corp., et al.,*
    2009 U.S. Dist. LEXIS 5428 (N.D. Cal. Jan. 16, 2009)................. 15

*In re Vitamins Antitrust Litigation,*
    2006 U.S. App. LEXIS 31401 (D.C. Cir. May 15, 2006) ............. 145

*Volk v. D.A. Davidson & Co.,*
    816 F.2d 1406 (9th Cir. 1987) ...................................... 74, 75, 149, 150

*Walker v. Armco Steel Corp.,*
    446 U.S. 740 (1980) ........................................................................... 73

*Walton v. Mead,*
    No. C03-4921 CRB, 2004 WL 2415037 (N.D. Cal. Oct. 28, 2004) ................................. 52

*In re Warfarin Sodium Antitrust Litig.,*
    212 F.R.D. 231 (D. Del. 2002) ....................................................... 142

*In re Warfarin Sodium Antitrust Litig.,*
    214 F.3d 395 (3d Cir. 2000) ..................................................... 127, 131

*Watters v. Wachovia Bank, N.A.,*
    550 U.S. 1 (2007) ............................................................................. 111

*Westways World Travel, Inc. v. AMR Corp.,*
    218 F.R.D. 223 (C.D. Cal. 2003)..................................................... 142

*Wilk v. American Medical Ass'n,*
    735 F.2d 217 (7th Cir. 1983) ....................................................... 2, 28

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

1

**STATE CASES**

2

*A & M Supply Co. v. Microsoft Corp.*,
    2008 WL 540883 (Mich. App. Feb. 28, 2008) ................................................ 138

3

*Acton Construction Co. v. State*,
    383 N.W.2d 416 (Minn. App. 1986) ............................................................. 142

4

*Abraham v. County of Hennepin*,
    639 N.W.2d 342 (Minn. 2002) ..................................................................... 144

5

*AG Acceptance Corp. v. Glinz*,
    684  N.W.2d 632 (N.D. 2004) ...................................................................... 110

6

7

*Amarel v. Connell*,
    202 Cal.App.3d 137 (1998) ............................................................. 109, 110, 112

8

*American General Financial Services, Inc. v. Carter*,
    184 P.3d 273 (Kans. App. 2008) .................................................................. 144

9

10

*Ames v. Oceanside Welding and Towing Co., Inc.*,
    767 A.2d 677 (R.I. 2001) ............................................................................ 136

11

*Amos v. Oakdale Knitting Co.*,
    416 S.E.2d 166 (N.C. 1992) ......................................................................... 144

12

13

*Amundson & Assoc. v. Nat'l Council on Comp. Isn.*,
    988 P.2d 1208 (Kan. Ct. App. 1999) ............................................................ 144

14

*Arthur v. Microsoft Corp.*,
    676 N.W.2d 29 (Neb. 2004) ............................................................. 109, 116, 132

15

16

*Babcock v. Carrothers Constr. Co.*,
    2005 WL 3527117 (Kan. App. Dec. 23, 2005) ............................................... 139

17

18

*Baker v. Beech Air-Craft Corp.*,
    39 Cal. App. 3d 315 (1974) ......................................................................... 145

19

*Beckler v. Visa U.S.A., Inc.*,
    No. 09-04-C-00030, 2004 WL 2115144 (N.D. Dist. Ct. Aug. 23, 2004)....................... 110

20

21

*Benjaminov v. Republic Ins. Group*,
    660 N.Y.S.2d 148 (N.Y. App. Div. 1997)..................................................... 134

22

*Bergstrom v. Noah*,
    266 Kan. 829 (Kan. 1999) ........................................................................... 109

23

24

*Berisford v. Jack Eckerd Corp.*,
    667 So. 2d 809 (Fla. Dist. Ct. App. 1995)..................................................... 145

25

*Bunker's Glass Co. v. Pilkington, PLC*
    75 P.3d 99 (Ariz. 2003) ................................................................... 116, 120

26

27

xviii

28

*Calhoun v. Calhoun*,
 197 S.E.2d 83 (N.C. Ct. App. 1973)..................................................................... 146

*Cann v. George B. Williams Land & Livestock Co.*,
 48 P.2d 887 (Nev. 1935)....................................................................................... 144

*Cellular Plus, Inc. v. Sup. Ct. of San Diego*,
 14 Cal. App. 4th 1224 (1993) .............................................................................. 120

*Chavers v. Fleet Bank (R.I.) N.A.*,
 2001 R.I. Super. LEXIS 71 (June 29, 2001) ....................................................... 111

*Christensen v. Lundsten*,
 863 N.Y.S.2d 886 (N.Y. Dist. Ct. 2008) .............................................................. 144

*Christy v. Miulli*,
 692 N.W.2d 694 (Iowa 2005) ............................................................................... 145

*Comes v. Microsoft Corp.*,
 646 N.W. 2d 440 (Iowa 2002) .............................................................................. 116

*Commonwealth v. DeCotis*,
 316 N.E.2d 748 (1974) ......................................................................................... 111

*Cox v. Microsoft Corp.*,
 8 A.D.3d 39 (N.Y. App. Div. 2004) ............................................................. 134, 139

*Cox v. Microsoft*,
 2005 WL 3288130 (July 29, 2005 N.Y. Sup.)...................................................... 119

*Eri Max Entertainment, Inc. v. Streisand*,
 690 A.2d 1351 (R.I. 1977).................................................................................... 137

*Freeman Industries, LLC v. Eastman Chem. Co.*,
 172 S.W.3d 512 (Tenn. 2005) ..................................................................... 110, 122

*Friends Univ. v. W.R. Grace & Co.*,
 608 P.2d 936 (Kan. 2007) .................................................................................... 145

*Fucile v. Visa U.S.A. Inc.*,
 No. S1560-03 CNC, 2004 WL 3030037 (Vt. Super. Dec. 27 2004)..................... 110

*Garcia ex. Rel. Garcia v. LaFarge*,
 893 P. 2d 428 (N.M. 1995) .................................................................................. 145

*George v. George F. Berkander, Inc.*,
 169 A.2d 370 (1961) ............................................................................................ 137

*Guy v. Mutual of Omaha Ins. Co.*,
 79 S.W.3d 528 (Tenn. 2002) ............................................................................... 144

*Hanna Min. Co. v. InterNorth, Inc.*,
 379 N.W.2d 663 (Minn. Ct. App. 1986) .............................................................. 145

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

*Hansen v. A.H. Robins, Inc.,*
    335 N.W.2d 578 (1983) ................................................................................. 146

*HAZ-MAT Response, Inc. v. Certified Waste Resources Ltd.,*
    910 P.2d 839 (Kan. 1996) ............................................................................. 139

*Henderson v. U.S. Fid. & Guar. Co.,*
    488 S.E.2d 234 (N.C. 1997) .......................................................................... 111

*Intel x86 Microprocessors Cases,*
    J.C.C.P. No. 4443 (Cal. Super. Ct. May 15, 2008) ..................................... 122

*Kammer Asphalt Paving Co., Inc. v. East China Tp. Schools,*
    504 N.W. 2d 635 (Mich. 1993) .................................................................... 138

*Kranzush v. Badger State Mut. Cas. Co.,*
    307 NW.2d 256 (Wisc. 1981) ....................................................................... 144

*Krepcik v. Interstate Transit Lines,*
    153 Neb. 98, 43 N.W.2d 609 (Neb. 1950) ................................................... 132

*Lorix v. Crompton Corp.,*
    736 N.W.2d 619 (Minn. 2007) ...................................... 114, 116, 120, 124, 130

*Martin v. Howard,*
    784 A.2d 291 (R.I. 2001) .............................................................................. 146

*McNaughton v. Rockford State Bank,*
    246 N.W. 84 (Mich. 1933) ............................................................................ 145

*Meyers v. Bayer AG,*
    735 N.W.2d 448 (Wis. 2007) ........................................................................ 122

*Morris Pumps v. Centerline Pumping,*
    729 N.W. 2d 898 (Mich. App. 2006) ............................................................ 138

*Muller v. Thaut,*
    430 N.W.2d 884 (Neb. 1988) ........................................................................ 145

*Nickel v. Saline County Sch. Dist. No. 163,*
    251 Neb. 762 (Neb. 1997) ............................................................................. 132

*Paltre v. General Motors Corp.,*
    810 N.Y.S.2d 496 (N.Y. App. Div. 2006) ..................................................... 134

*Park v. Ford Motor Co.,*
    844 A.2d, 687 (R.I. 2004) ............................................................................. 137

*Paschall's Inc. v. Dozier,*
    407 S.W.2d 150 (Tenn. 1966) ....................................................................... 142

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

*People ex rel. Spitzer v. Applied Card Sys., Inc.*,
    805 N.Y.S.2d 175 (N.Y. App. Div. 2005)...................................................... 111

*Pooler v. R.J. Reynolds Tobacco Co.*,
    2001 WL 403167 (Nev. Dist. Ct. Apr. 4, 2001.) .................................... 133, 145

*Richards v. Arteva Specialties S.A.R.L.*,
    66 Mass. App. Ct. 726 (Mass. App. Ct. 2006) ......................................... 133

*Rodrigue v. Valco Enterprises, Inc.*,
    726 A.2d 61 (Vt. 1999)................................................................................ 146

*Rose v. Vulcan Mat'ls. Co.*,
    194 S.E.2d 521 (N.C. 1973) ....................................................................... 110

*Shadrick v. Coker*,
    963 S.W.2d 726 (Tenn. 1998) .................................................................... 146

*Sperry v. Crompton Corp.*,
    8 N.Y.3d 204 (N.Y. 2007) .......................................................................... 140

*Sperry v. Crompton Corp.*,
    No.17872/02, slip op. (N.Y. Sup.Ct. filed Nov. 25, 2003)........................... 134

*Sperry v. Crompton*,
    810 N.Y.S.2d 498 (N.Y. App. Div. 2006) .................................................... 140

*Stark v. Visa U.S.A., Inc.*,
    2004 WL 1879003 (Mich. Cir. Ct. July 23, 2004) ...................................... 129

*State v. Daicel Chemical Ind.*,
    840 N.Y.S.2d 8 (N.Y. App. Div. 2007)......................................................... 134

*State of Wisconsin  v. Amoco Oil Co.*,
    97 Wis. 2d 226 (1980) ................................................................................. 111

*St Patrick's Home for the Aged and Infirm v. Laticrete Int'l, Inc.*,
    696 N.Y.S. 2d 117 (1st Dep't 1999).............................................................. 135

*Strassburg v. Citizens State Bank*,
    581 N.W.2d 510 (S.D. 1998) ...................................................................... 146

*Szukalski v. Crompton Corp.*,
    726 N.W.2d 304 (Wis. Ct. App. 2006)......................................................... 122

*Taylor v. Phillip Morris Inc.*,
    2001 WL 1710710 (Me. Super. Ct. May 29, 2001) ....................................... 145

*Teague v. Bayer AG*,
    671 S.E. 2d 550 (N.C. App. 2009) .............................................................. 114

*Tenn. ex rel. Leech v. Levi Strauss & Co.*,
    No. 79-722-III, 1980 WL 4696 (Tenn. Ch. Ct. Sept. 25, 1980).................... 110

xxi

*Town of Sharon v. Anahma Realty Corp. et. al.*,
    123 A. 192 (Vt. 1924)........................................................................ 144

*Union Carbide Corp. v. Superior Court*,
    36 Cal. 3d 15 (1984) ...................................................................... 119

*Vinci v. Waste Management, Inc.*,
    36 Cal. App. 4th 1811 (1995) ............................................... 114, 115

*Watson v. Brown*,
    67 Haw. 252 (Haw. 1984) .............................................................. 144

*Watts v. Watts*,
    405 N.W.2d 303 (Wis. 1987) ........................................................ 142

*Weaver v. Cabot* Co.,
    2004 WL 3406119 (N.C. Super. Mar. 26, 2004) ........................... 129

*Zoe G. v. Frederick F.G.*,
    617 N.Y.S. 2d 370 (1994) ............................................................. 145

## FEDERAL STATUTES AND RULES

Clayton Act
    15 U.S.C. § 4 ...................................................................... 113, 116
    15 U.S.C. § 16 .................................................................... 118, 131
    15 U.S.C. § 26 ............................................................................ 93

Federal Rule of Civil Procedure 9 ....................................................... 16, 25

Federal Rule of Civil Procedure 12(b)(6)...........................................*passim*

Federal Rule of Civil Procedure 12(e) ................................................... 92

Federal Rule of Civil Procedure 12(f) ................................................... 106

Federal Trade Commission Act,
    15 U.S.C. §§ 45-48 ..................................................................... 110

Foreign Trade Antitrust Improvement Act of 1982
    15 U.S.C. § 6a............................................................................*passim*

Sherman Act
    15 U.S.C. § 1 ..............................................................................*passim*
    15 U.S.C. §15b ............................................................................73

1

## STATE STATUTES

*Arizona*

Ariz. Rev. Stat. Ann.
§ 44-1412............................................................................................109

*Florida*

Fla. Rev. Stat.
§ 501.202(3............................................................................................110

*Hawaii*

Haw. Rev. Stat.
§ 480-2(b).............................................................................................110
§ 480-13(d)............................................................................................144

*Iowa*

Iowa Code Ann.
§ 553.2..................................................................................................109

Kansas

Kan. Stat. Ann.
§ 50-147………….............................................................................144

*Massachusetts*

Mass. Gen. Laws Ann.
Ch. 93A § 2(b)…………..................................................................111
Ch. 93A § 9(3)…………..................................................................133

*Michigan*

Mich. Comp. Laws Ann.
§ 445.784…………...........................................................................109

*Minnesota*

Minn. Stat. Ann.
§ 325D.07…………...........................................................................144

*Mississippi*

Miss. Code Ann.
§ 15-1-67…………............................................................................145
§ 75-21-39…………..........................................................................144

*Nebraska*

Neb. Rev. Stat.
§ 59-801 *et seq.* …………..............................................................132
§ 59-821…………..............................................................................132
§ 59-829…………..............................................................................109
§ 59-1601 *et seq.*............................................................................132
§ 59-1602…………............................................................................111

*Nevada*

Nev. Rev. Stat.
§ 598A.050…………..........................................................................110
§ 598A.250…………..........................................................................144

*New Mexico*

N.M. Stat. Ann.
    § 57-1-15.……………………………………………………………110
    § 57-12-4……………………………………………………………111

*New York*

N.Y. Gen. Bus. Law
    § 349.………………………………………………………111, 134
    § 350(e) …………………………………………………………..144

*North Carolina*

N.C. Gen. Stat.
    § 75-1.1 *et seq.* ……………………………………………………111

*North Dakota*

N.D. Cent. Code
    § 28-01-24……………………………………………………………146

*Rhode Island*

R.I. Gen. Laws
    § 6-1.1-1 *et seq.* ……………………………………………………136
    § 6-13.1-1(xii), (xiii)………………………………………………136, 137
    § 6-13.1-3……………………………………………………………111

*South Dakota*

S.D. Codified Laws
    § 31-1-22……………………………………………………………112

*Vermont*

Vt. Stat. Ann. tit. 9
    § 2451……………………………………………………………111
    § 2453(b)…………………………………………………………111
    § 2470(d)…………………………………………………………144

*West Virginia*

W. Va. Code
    § 47-18-16……………………………………………………………110
    § 47-18-13……………………………………………………………144

**LEGISLATIVE MATERIALS**

H.R. Rep. No. 97-686, 5 (1982), *reprinted in* 1982 U.S.S.C.A.N. 2487……………………………99

**TREATISES AND OTHER AUTHORITIES**

*Antitrust Enforcement Guidelines for International Operations,*
    Issued by: the U.S. Department of Justice and the Federal Trade
    Commission, §§ 3.12, 3.121 (1995) ……………………………………… 58

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**

ABA Section of Antitrust Law,
    1 *Antitrust Law Developments* (5th ed. 2007) .............................................. 125

*Antitrust Grand Jury Manual,*
    Vol. 1, Ch. I.B.1 (1991) ........................................................................ 58

*Antitrust Division Manual,*
    Ch. III.C.5.  (4th ed. 2009, rev.) .......................................................... 59

Herbert Hovenkamp, The Rationalization of Antitrust,
    116 Harv. L. Rev. 917 (2003)................................................................ 69

*Industry & Trade Summary Television Picture Tubes and Other*
    *Cathode Ray Tubes,* USITC Publication 2877 (May 1995)............................. 98

Michael V. Gisser, *Indirect Purchaser Suits Under State Antitrust Laws:*
    *A Detour Around The Illinois Brick Wall*, 34 Stan. L. Rev. 203, 204 (1981) ................ 119

U.S. DOJ "Corporate Leniency Policy" (1993) ...................................................... 2, 59

**INDIRECT PURCHASER PLAINTIFFS' MPA IN OPPSN TO DEFENDANTS' SEPARATE
AND JOINT MOTIONS TO DISMISS THE IP CAC
MDL NO. 1917**