Mason LLP
Donna F. Solen (*admitted pro hac vice*)
dsolen@masonlawdc.com
1625 Massachusetts Ave. NW. Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to all actions | Master File No. CV-07-5944 SC<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the firm name and address for Plaintiff's Counsel for Southern Office Supply, Inc., Donna F. Solen, has changed effective September 1, 2009.

The new firm name and address are:

>Mason LLP
>1625 Massachusetts Avenue, N.W.
>Suite 605
>Washington, DC  20036

The e-mail addresses and telephone and facsimile numbers remain the same.

Dated: September 24, 2009                             Respectfully submitted,

/s/ Donna F. Solen
dsolen@masonlawdc.com
MASON LLP
1625 Massachusetts Ave., NW
Suite 605
Washington, D.C. 20036