1  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
2  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
3  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
4  Facsimile: (650) 802-3100

5  STEVEN A. REISS *(Admitted Pro Hac Vice)*
   Email: steven.reiss@weil.com
6  DAVID L. YOHAI *(Admitted Pro Hac Vice)*
   Email: david.yohai@weil.com
7  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
8  New York, New York 10153-0119
   Telephone:  (212) 310-8000
9  Facsimile:  (212) 310-8007

10 JEFFREY L. KESSLER *(Admitted Pro Hac Vice)*
   Email: jkessler@dl.com
11 A. PAUL VICTOR *(Admitted Pro Hac Vice)*
   Email: pvictor@dl.com
12 Dewey & LeBoeuf LLP
   1301 Avenue of the Americas
13 New York, NY 10019
   Telephone: (212) 259-8000
14 Facsimile: (212) 259-7013

15 Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co.,
   Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)
16

17
                    **UNITED STATES DISTRICT COURT**
18                  **NORTHERN DISTRICT OF CALIFORNIA**

19

20 In re CATHODE RAY TUBE (CRT)
   ANTITRUST LITIGATION                    No. 07-cv-5944-SC—MDL No. 1917
21
                                           **CERTIFICATE OF SERVICE**
22 This Document Relates to:

23 ALL ACTIONS.

24

25

26

27

28
                                    1
                                                                Case No. 07-5944-SC
   **CERTIFICATE OF SERVICE**                                   MDL No. 1917

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on September 24, 2009, I served a copy of:

1. **REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS PANASONIC CORP. AND PANASONIC CORP. OF NORTH AMERICA'S MOTION TO DISMISS DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS**

☒ **ELECTRONIC FILING** by serving a true copy on this date of each document listed above via the Court's USDC Live System – Document Filing System on all interested parties registered for electronic filing in this action.

☐ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

Executed on September 24, 2009 at New York, New York. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Herbert Chan*
Herbert Chan