TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
Email: bruce.mcculloch@freshfields.com
CHRISTINE A. LACIAK (*pro hac vice*)
Email: christine.laciak@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No.: 3:07-CV-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: | **CERTIFICATE OF SERVICE** |
| DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | |

**CERTIFICATE OF SERVICE**

I am over the age of eighteen (18) and am not a party to the within action. I am employed with the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004. I hereby certify that on September 24, 2009, I caused a copy of Beijing Matsushita Color CRT Co., Ltd.'s Reply in Support of Its Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint to be filed electronically via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.

Dated: September 24, 2009

/s/ Terry Calvani
Terry Calvani (53260)