DAVID M. LISI (SBN 154926)
Email: lisid@howrey.com
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Telephone: (650) 798-3530
Facsimile: (650) 798-3600

JOHN M. TALADAY *(pro hac vice)*
RICHARD A. RIPLEY *(pro hac vice)*
Email: taladayj@howrey.com; ripleyr@howrey.com
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-6564
Facsimile:  (202) 383-6610

ETHAN E. LITWIN *(pro hac vice)*
Email: litwine@howrey.com
HOWREY LLP
601 Lexington Avenue, 54th Floor
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

Attorneys for KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD. AND PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF ETHAN E. LITWIN IN SUPPORT OF THE PHILIPS DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS**<br><br>Date:     October 5, 2009<br>Time:    9:00 a.m.<br>Before:  The Honorable Charles A. Legge |

**DECLARATION OF ETHAN E. LITWIN IN SUPPORT OF THE PHILIPS DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS** - CASE NO. 07-5944-SC

I, Ethan Litwin, declare:

1. I am a partner at the law firm of Howrey LLP, counsel for Koninklijke Philips Electronics, N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda (the "Philips Defendants"). I am a member in good standing of the Bar of New York and am admitted to practice in the Northern District of California *pro hac vice*. I submit this Declaration in support of the Philips Defendants' Reply Memorandum in Support of Their Motions to Dismiss the Direct Purchaser Plaintiffs' and the Indirect Purchaser Plaintiffs' Consolidated Amended Complaints. I make this declaration, of my own personal knowledge, and if called upon to do so, could and would testify competently to the facts that it contains.

2. Attached hereto as Exhibit 1 is a true and correct copy of the decision of the Commission of European Communities, Case No. Comp / M. 2263 – *Philips / LG Electronics/ JV* (2001).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Complaint filed in *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, Case No. 02-1486 (N.D. Cal. Feb. 27, 2008) (Docket No. 1827).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Direct Purchaser Plaintiffs' Consolidated Class Action Complaint filed in *In re Flash Memory Antitrust Litigation*, No. C-07-00086 (N.D. Cal. Feb. 7, 2008) (Docket No. 309).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Indirect Purchasers' Consolidated Amended Class Action Complaint filed in *In re Static Random Access Memory (SRAM) Antitrust Litig.*, Case No. 07-01819 (N.D. Cal. Sept. 17, 2007) (Docket No. 290).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of September, 2009, in New York, New York.

          /s/ Ethan E. Litwin
          Ethan E. Litwin

**DECLARATION OF ETHAN E. LITWIN IN SUPPORT OF THE PHILIPS DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR MOTIONS TO DISMISS** - CASE NO. 07-5944-SC