Bruce H. Jackson (State Bar No. 98118)
  (bruce.h.jackson@bakernet.com)
Robert W. Tarun (State Bar No. 64881)
  (robert.w.tarun@bakernet.com)
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendant
TATUNG COMPANY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No: 07-5944-SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL ACTIONS | **DECLARATION OF MICHAEL LAI IN SUPPORT OF DEFENDANT TATUNG COMPANY OF AMERICA'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS DIRECT AND INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS**<br><br>Date: October 5, 2009<br>Time: 9:00 a.m.<br>Dept: 1<br>**Before the Honorable Charles A. Legge** |

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

CASE NO 07-5944-SC
DECL. OF MICHAEL LAI IN SUPPORT OF TATUNG'S MOTION TO DISMISS

Michael Lai, being duly sworn, declare as follows:

1. I am the Chief Financial Officer of Tatung Company of America ("TUS"). I have been employed by TUS for more than 25 years. I make this affidavit on the basis of my personal knowledge, and, if called upon to testify to the matters contained herein, I could and would testify truthfully to them. I submit this affidavit in support of the reply memorandum in support of TUS's combined motion to dismiss the *Direct Purchaser Plaintiffs' Consolidated Amended Complaint* ("DP-CAC") (Dkt. 436) and the *Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* ("IP-CAC") (Dkt. 437).

2. If a class is certified in this action and if there is any recovery for the purported class, TUS intends to participate as a member of the purported class in any such recovery, by submitting any claim information instructed by a claims administrator.

3. Neither Tatung Company of Taiwan ("TT") nor Chunghwa Picture Tubes, Ltd. ("CPT") provide nor have ever provided any funding, loans, loan guarantees, etc., to TUS and otherwise do not exercise nor have ever exercised any financial control over TUS. TUS operates independently in securing its own financing from banks and commercial lenders.

4. Neither TT nor CPT make any business decisions for TUS, provide any input into the annual business planning for TUS, including its projected annual budget, or otherwise exercise any operational control over TUS, nor have they ever done so. TUS operates independently in making its own business decisions and planning. TUS's annual budget is created within TUS, submitted to me and TUS's CEO, discussed with members of TUS's management, and then finalized and approved by TUS's CEO.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct. Executed in Long Beach, California, on September 23, 2009.

_____
Michael Lai

CHIDMS1/2685525.2