Bruce H. Jackson (State Bar No. 98118)
  (bruce.h.jackson@bakernet.com)
Robert W. Tarun (State Bar No. 64881)
  (robert.w.tarun@bakernet.com)
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: +1 415 576 3000
Facsimile:  +1 415 576 3099

Attorneys for Defendant
TATUNG COMPANY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No: 07-5944-SC<br>MDL No. 1917<br><br>**DECLARATION OF PATRICK J. AHERN IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF TATUNG COMPANY OF AMERICA'S MOTION TO DISMISS THE DIRECT AND INDIRECT PURCHASERS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINTS** |

Patrick J. Ahern, being duly sworn, declares as follows:

  1.  I am one of the attorneys for defendant Tatung Company of America ("TUS"). I make this declaration on the basis of my personal knowledge, and, if called upon to testify to the matters contained herein, I could and would testify truthfully to them. I submit this declaration in support of the reply memorandum in support of TUS's combined motion to dismiss the *Direct Purchaser Plaintiffs' Consolidated Amended Complaint* (" DP-CAC") (Dkt. 436) and the *Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* ("IP-CAC") (Dkt. 437) ..

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

CASE No: 07-5944-SC
DECL. OF PATRICK AHERN IN SUPPORT OF TATUNG'S MOTION TO DISMISS

2.    TUS employee Michael Lai was deposed under oath by Jordan Elias, counsel for direct purchaser plaintiffs, on Friday, February 13, 2009, in Sherman Oaks, California, in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Master File No. M:07-1827 SI, MDL No. 1827.

3.    The deposition transcript excerpt attached to this reply brief as Exhibit A represents a true and correct copy of those portions of the transcripts of the deposition of Michael Lai.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.  Executed in Chicago, Illinois, on September 24, 2009.

　　　　　　　　　　　/s/ *Patrick J. Ahern*

Attorneys for Defendant
Tatung Company of America
Bruce H. Jackson
  (bruce.h.jackson@bakernet.com)
Robert W. Tarun
  (robert.w.tarun@bakernet.com)
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:  +1 415 576 3000
Facsimile:  +1 415 576 3099

Of Counsel for Tatung Company of America:

Patrick J. Ahern (*pro hac vice*)
(patrick.j.ahern@bakernet.com)
Roxane C. Busey (*pro hac vice*)
  (roxane.c.busey@bakernet.com)
Karen Sewell (*pro hac vice*)
  (karen.sewell@bakernet.com)
**BAKER & McKENZIE LLP**
One Prudential Plaza
130 East Randolph Drive
Chicago, IL  60601
Telephone:    +1 312 861 8000
Facsimile:    +1 312 861 2899

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA  94111
+1 415 576 3000

1

CASE No: 07-5944-SC
DECL. OF PATRICK AHERN IN SUPPORT OF TATUNG'S MOTION TO DISMISS

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was served upon the parties and counsel of record, through the Court's ECF system, on September 24, 2009.

                                             /s/ *Patrick J. Ahern*
                                             Patrick J. Ahern
                                             One of the Attorneys for Defendant
                                             Tatung Company of America, Inc.

CHIDMS1/2733323.1