UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION,<br><br>    Plaintiff,<br><br>v.<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS,<br><br>    Defendant. | Case No. M07-1827 SI<br>MDL No. 1827 |

Deposition of MICHAEL LAI, taken on behalf of Plaintiff, at 15165 Ventura Boulevard, Suite 400, Sherman Oaks, California, beginning at 12:35 p.m. and ending at 1:13 p.m., on February 13, 2009, before GRACE CHUNG, CSR No. 6246, RMR, CRR, CLR.

1

```
1            A P P E A R A N C E S
2
3    For the Plaintiff:
```

```
                           20090213ML.TXT
17        Q.   Very good.  Thank you.
18        A.   Thank you.
19             MR. AHERN:  I have one question.
20
21                         EXAMINATION
22   BY MR. AHERN:
23        Q.   Mr. Lai, you were asked if Frank Lin was
24   related to W.S. Lin, and you said yes.  And I think
25   you were asked how they were related, and you said


                                                          29


 1   that Frank Lin is the son of T.S. Lin.  Correct?
 2        A.   Yes.
 3        Q.   Are they in fact in the same family, or do
 4   they have different mothers, W.S. Lin and Frank Lin?
 5        A.   They have different mothers.
 6        Q.   So there are two different families.  T.S.
 7   Lin had two families?
 8        A.   Yes.
 9        Q.   One with the first wife?
10        A.   Yes.
11        Q.   And one with the second wife?
12        A.   Yes.
13        Q.   W.S. Lin is the son of -- in the first
14   marriage?
15        A.   Yes.
16        Q.   And Frank Lin is the son in the second
17   marriage?
18        A.   Yes.
19        Q.   All right.  Thank you.
20             MR. ELIAS:  We are off the record.
```