Bruce H. Jackson (State Bar No. 98118)
bruce.h.jackson@bakernet.com
Robert W. Tarun (State Bar No. 64881)
robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: +1 415 576 3000
Facsimile: +1 415 576 3099

ATTORNEYS FOR DEFENDANT
TATUNG COMPANY OF AMERICA

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No: 07-5944-SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL ACTIONS | **REQUEST FOR JUDICIAL NOTICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Tatung Company of America, which has moved to dismiss the *Direct Purchaser Plaintiffs' Consolidated Amended Complaint* ("DP-CAC") (Dkt. 436) and the *Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* ("IP-CAC") (Dkt. 437), hereby requests, pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of:

1. The information regarding the Major Shareholders of Tatung Company (Taiwan) contained on page 31 of *Tatung Annual Report 2006* (published April 25, 2007) (a true and correct copy of which is attached hereto as Exhibit A) as well as of the 2006 Annual Report itself; and

2. The information regarding the Major Shareholders of Chunghwa Picture Tubes, Ltd. contained on page 27 of *Chunghwa Picture Tubes Ltd. Annual Report 2006* (published April 27, 2007) (a true and correct copy of which is attached hereto as Exhibit B) as well as of the 2006 Annual Report itself.

The Court properly may take judicial notice of these materials pursuant to Federal Rule of Evidence 201.  *See also MGICIndem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (judicial notice permissible in conjunction with motion to dismiss); *Metzler Inv. GMBH v. Corinthian Colleges, Inc.*, 540 F.3d 1049, 1064 (9th Cir. 2008) (district court properly took judicial notice of publicly available financial documents).

This request is made based on this Request; the pleadings and papers on file in this action; and such oral argument as the Court may entertain.

Dated: September 24, 2009

    /s/ *Patrick J. Ahern*

Attorneys for Defendant
Tatung Company of America
Bruce H. Jackson
  (bruce.h.jackson@bakernet.com)
Robert W. Tarun
  (robert.w.tarun@bakernet.com)
**BAKER & McKENZIE LLP**

| | |
|---|---|
| 1 | Two Embarcadero Center, 11th Floor |
| 2 | San Francisco, CA  94111-3802<br>Telephone:  +1 415 576 3000<br>Facsimile:  +1 415 576 3099 |
| 3 | Of Counsel for Tatung Company of America: |
| 4 | Patrick J. Ahern (*pro hac vice*) |
| 5 | (patrick.j.ahern@bakernet.com)<br>Roxane C. Busey (*pro hac vice*) |
| 6 | (roxane.c.busey@bakernet.com)<br>Karen Sewell (*pro hac vice*) |
| 7 | (karen.sewell@bakernet.com)<br>**BAKER & McKENZIE LLP** |
| 8 | One Prudential Plaza<br>130 East Randolph Drive |
| 9 | Chicago, IL  60601<br>Telephone:     +1 312 861 8000<br>Facsimile:      +1 312 861 2899 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was served upon the parties and counsel of record, through the Court's ECF system, on September 24, 2009.

                                         /s/ Patrick J. Ahern
                                         Patrick J. Ahern
                                         One of the Attorneys for Defendant
                                         Tatung Company of America, Inc.

CHIDMS1/2733213.1