

**TATUNG**
adaptive · reliable

TATUNG Annual Report 2006  Stock Code 2371

# Annual
TATUNG
Stock Code 2371
# Report
# 2006



Published on April 25, 2007
Website for reference: http://www.mops.tse.com.tw

**Shareholder Structure**

| Type of shareholders / Quantity | Government agencies | Domestic financial institutions | Other domestic institutions | Individuals | Foreign institutions and individuals | Total |
|---|---|---|---|---|---|---|
| Number of shareholders | 12 | 30 | 313 | 237,605 | 272 | 238,232 |
| Shareholding | 118,356,662 | 353,953,086 | 734,555,444 | 2,275,455,309 | 946,495,395 | 4,428,815,896 |
| Holding percentage (%) | 2.67 | 7.99 | 16.59 | 51.38 | 21.37 | 100 |

**Distribution profile of shareholder ownership**

Par value NT$10 per share            As of April 16, 2007

| Range of shareholding (unit :share) | Number of shareholders | Ownership | Holding percentage (%) |
|---|---|---|---|
| 1 ~ 999 | 87,735 | 29,701,964 | 0.67 |
| 1,000 ~ 5,000 | 88,697 | 212,110,451 | 4.79 |
| 5,001 ~ 10,000 | 27,371 | 204,805,403 | 4.62 |
| 10,001 ~ 15,000 | 10,058 | 122,471,814 | 2.77 |
| 15,001 ~ 20,000 | 6,380 | 115,716,993 | 2.61 |
| 20,001 ~ 30,000 | 5,954 | 148,577,833 | 3.35 |
| 30,001 ~ 50,000 | 4,973 | 197,110,297 | 4.45 |
| 50,001 ~ 100,000 | 4,081 | 288,655,480 | 6.52 |
| 100,001 ~ 200,000 | 1,858 | 259,762,476 | 5.87 |
| 200,001 ~ 400,000 | 681 | 187,152,973 | 4.23 |
| 400,001 ~ 600,000 | 162 | 80,628,848 | 1.82 |
| 600,001 ~ 800,000 | 61 | 42,558,285 | 0.96 |
| 800,001 ~ 1,000,000 | 36 | 33,129,303 | 0.75 |
| 1,000,001 above | 185 | 2,506,433,776 | 56.59 |
| Total | 238,232 | 4,428,815,896 | 100.00 |

Note: The Company does not issue preferred stock.

**Major shareholders**

As of April 16, 2007

| Name / Shares | Total shares owned | Ownership (%) |
|---|---|---|
| Tatung University | 343,682,719 | 7.760 |
| China Trust Commercial Bank's trust division in custody for Tatung Company's employee stockholding trust account | 260,051,705 | 5.872 |
| Lin, Ting-sheng | 186,132,143 | 4.203 |
| Standard chartered Bank in custody for Mackenzie---Cundill Recovery Fund | 100,000,000 | 2.258 |
| HSBC in custody for investment by OZ Asia Master Fund Limited | 85,868,000 | 1.939 |
| Chunghwa Picture Tubes, Ltd. | 78,742,938 | 1.778 |
| HSBC in custody for investment by OZ  Master Fund Limited | 78,692,000 | 1.777 |
| Tatung High School | 76,071,860 | 1.718 |
| Tatung Joint Workers' Welfare Commission | 75,628,543 | 1.708 |
| Civil Servants Pension Fund Commission | 65,639,105 | 1.482 |