<div style="text-align:center">

**SAVERI & SAVERI, INC.**
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

</div>

September 30, 2009

The Honorable Samuel Conti
United States District Judge
United States District Court, Northern District of California
450 Golden Gate Avenue
Courtroom 1, 17th Floor
San Francisco, CA 94102

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation,* **No. 07-5944 SC, MDL No. 1917 *(Direct Purchaser Action)***

Dear Judge Conti:

    I am pleased to inform you that the Direct Purchaser Plaintiff Class has settled with defendant Chunghwa Picture Tubes, Ltd. At the appropriate time we will be filing a motion for preliminary approval of the class action settlement.

<div style="margin-left:50%">

Sincerely,

*/s/ Guido Saveri*

Guido Saveri

</div>

Crt.162