Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 982-5267
Fax: (415) 982-5287
Special Master0

JAMS

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

No. 07-5944 SC

MDL No. 1917

JAMS Reference No. 1100054618

**SCHEDULING ORDER**

  The following is the schedule for the oral arguments of the motions on Monday, October 5 and Tuesday, October 6, 2009. On Monday, the joint motion in the direct cases, followed by the joint motion in the indirect cases. On Tuesday, the individual motions, first in the direct cases and then in the indirect cases. If any counsel needs a scheduling adjustment, I will attempt to accommodate. The hearings will be at 9:00 AM (PST) at the JAMS San Francisco Resolution Center, located at Two Embarcadero Center, Suite 1500, San Francisco, CA 94111. Any questions may be directed to the Case Manager, Sarah Nevins, at 415-774-2657 or snevins@jamsadr.com.

IT IS SO ORDERED.

Dated: October 1, 2009

                   /s/ Charles A. Legge
                   Hon. Charles A. Legge (Ret.)
                   SPECIAL MASTER