BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
  eklisura@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

P. JOHN BRADY
  jbrady@stklaw.com
DANIEL D. OWEN
  dowen@stklaw.com
**SHUGHART THOMSON & KILROY, P.C.**
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile:  (816) 374-0509

*Attorneys for Plaintiff and the Proposed Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.. 07-CV-5944 SC |
| | MDL NO. 1917 |
| This Document Relates To: | **NOTICE OF CHANGE OF ADDRESS** |
| ALL DIRECT ACTIONS | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that effectively immediately the suite number to the San Francisco office of PEARSON, SIMON, WARSHAW & PENNY, LLP has changed. The new address is as follows:

PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, **Suite 2450**
San Francisco, California 94104.

804565.1

NOTICE OF CHANGE OF ADDRESS

1  The firm's e-mail address, telephone and facsimile numbers remain the same.
2  Please update your records accordingly.

3

4  DATED: October 1, 2009                    **PEARSON, SIMON, WARSHAW & PENNY, LLP**
                                             BRUCE L. SIMON
5                                            ESTHER L. KLISURA

6

7                                            By:   /s/
                                                  BRUCE L. SIMON
8                                            *Attorneys for Plaintiff and the Proposed Direct Purchaser Class*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403