Christina D. Crow
Lynn W. Jinks, III
Nathan A. Dickson II
JINKS, CROW & DICKSON, P.C.
P. O. Box 350
219 Prairie Street North
Union Springs, AL 36089
334-738-4225
334-738-4229 – facsimile
ccrow@jinkslaw.com

Counsel for Plaintiffs Brady Lane Cotton, Charles Jenkins and Colleen Sobotka

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF APPEARANCE** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

TO:   TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lynn W. Jinks, III, Christina D. Crow and Nathan A. Dickson II enter an appearance on behalf of Plaintiffs Brady Lane Cotton, Charles Jenkins and Colleen Sobotka in the above-captioned action, and requests that all pleadings, notices, orders and other papers in connection with this action be served upon them at the e-mail address listed above.

DATED: October 2, 2009

1

NOTICE OF APPEARANCE
MASTER FILE NO. 3:07-CV-5944 SC, MDL DOCKET NO. 1917

1
2                                Respectfully submitted,
3
4
5                 By:     s/Christina D. Crow
                                  Christina D. Crow
6                                   Lynn W. Jinks, III
                                  Nathan A. Dickson II
7                                   JINKS, CROW & DICKSON, P.C.
                                  P. O. Box 350
8                                   Union Springs, AL  36089
                                  334-738-4225
9                                   334-738-4229 – facsimile
                                  ccrow@jinkslaw.com
10
11                                   ***Attorneys for Plaintiffs Brady Lane Cotton, Charles Jenkins and Colleen Sobotka***
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2