# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

October 14, 2009

Honorable Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Email c/o Sarah Nevins

Re:   *In Re: Cathode Ray Tube (CRT) Antitrust Litigation,* MDL 1917

Dear Judge Legge:

This is in response to Mr. Kessler's letter of October 12, 2009.

By simply submitting the recent Order issued by the Japan Fair Trade Commission, which Commission had already been referred to in our motion papers, we did not expect another brief from Mr. Kessler, which we believe is improper.

In response, we point out that all the arguments now being repeated in Mr. Kessler's letter were addressed in detail in our motion papers. There is nothing new, and for the reasons stated therein, we repeat again that they have no merit.

Yours sincerely,

/s/ *Guido Saveri*_____
Guido Saveri
Interim Lead Counsel for the
Direct Purchaser Plaintiffs

cc:   All Counsel via ECF

crt.164