| | |
|---|---|
| 1 | DAVID M. LISI (SBN 154926) |
|   | Email: lisid@howrey.com |
| 2 | HOWREY LLP |
|   | 1950 University Avenue, 4th Floor |
| 3 | East Palo Alto, CA 94303 |
|   | Telephone: (650) 798-3530 |
| 4 | Facsimile:  (650) 798-3600 |
| 5 | JOHN M. TALADAY *(pro hac vice)* |
|   | Email: taladayj@howrey.com |
| 6 | Richard A. Ripley *(pro hac vice)* |
|   | Email: ripleyr@howrey.com |
| 7 | HOWREY LLP |
|   | 1299 Pennsylvania Ave NW |
| 8 | Washington, DC 20004 |
|   | Telephone: (202) 383-6564 |
| 9 | Facsimile:  (202) 383-6610 |
| 10 | JOSEPH A. OSTOYICH *(pro hac vice)* |
|   | Email: ostoyichj@howrey.com |
| 11 | HOWREY LLP |
|   | 1299 Pennsylvania Ave NW |
| 12 | Washington, DC 20004 |
|   | Telephone: (202) 383-7241 |
| 13 | Facsimile:  (202) 383-6610 |
| 14 | ETHAN E. LITWIN *(pro hac vice)* |
|   | Email: litwine@howrey.com |
| 15 | HOWREY LLP |
|   | Citigroup Center |
| 16 | 153 E. 53rd Street, 54th Floor |
|   | Telephone:  (212) 896-6500 |
| 17 | Facsimile:  (212) 896-6501 |

Attorneys for Defendant Philips Electronics North America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  Cathode Ray Tube (CRT) Antirust Litigation | ) Case No. 3:07-CV-5944-SC )  ) ) **DECLARATION/ATTESTATION OF** ) **DAVID M. LISI RE SIGNATURE OF** ) **RICHARD A. RIPLEY** |
| This Relates to All Actions. | ) ) ) ) |

LISI DECL/ATTESTATION RE RIPLEY SIGNATURE
CASE NO. 3:07-CV-5944-SC
DM_US:22863246_1

1  I, David M. Lisi, hereby declare:

2  Pursuant to General Order No. 45, § X(b), I attest under penalty of perjury that
3  concurrence in the filing of the Letter Brief from Richard A. Ripley to The Honorable Charles A.
4  Legge dated October 15, 2009 has been obtained from its signatory.

5  Dated: October 15, 2009

6  /s/ David M. Lisi
7  David M. Lisi

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

LISI DECL/ATTESTATION RE RIPLEY SIGNATURE
CASE NO. 3:07-CV-5944-SC