# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

October 16, 2009

Honorable Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Email c/o Sarah Nevins

    Re:    *In Re: Cathode Ray Tube (CRT) Antitrust Litigation,* MDL 1917

Dear Judge Legge:

    The Direct Purchaser Plaintiffs hereby object to the letter brief from certain defendants sent to the Court on October 15 that engages in further argument about *Weinstein v. Saturn Corp.,* 303 Fed. Appx. 424 (9th Cir. 2008) ("Weinstein") and ask that this letter brief be stricken from the record.

    It is one thing to bring to the Court's attention new relevant case authorities decided since the many hours of oral argument that occurred on October 5, 2009. It is quite another to engage in further argument about a case that, as defendants concede, was discussed in the Direct Purchaser Plaintiffs' opposition to the motions to dismiss and dealt with by defendants in their reply briefs.

    The rules of the Northern District of California do not permit what is, in effect, a surreply brief. Indeed, Local Rule 7-3(d), which governs motion practice, provides that a party may not submit any supplemental material after a reply brief has been filed unless the new material relates to "a relevant judicial opinion published after the date the opposition or reply was filed." As the rule goes on to note, "[o]therwise, once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." Id. Defendants have violated that rule and their October 15 letter should be stricken from the record.

    Yours sincerely,

    /s/ *Guido Saveri*_____
    Guido Saveri
    Interim Lead Counsel for the
    Direct Purchaser Plaintiffs

cc:    All Counsel via ECF

crt.165