

**THE RESOLUTION EXPERTS®**

NOTICE TO ALL COUNSEL                                        November 4, 2009

        RE:    **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
                Case No. CV 07-5944 SC
                Reference #: 1100054618

Dear Counsel:

This letter will confirm that a conference call in the above-referenced matter has been scheduled as follows:

        DATE:       December 3, 2009 at 1:00 PM (Pacific)

        PANELIST:   Hon. Charles A. Legge (Ret.)

To access the call, please dial 1-877-696-5267 and ask the operator to connect you to the conference with Hon. Charles A. Legge (Ret.).

Please note that this call is being scheduled for the sole purpose of discussing the timing and scheduling for a decision by Special Master Legge on the pending motions in this case.  This is a **non-substantive** call.

If you have any questions, please contact me directly at 415-774-2657.

Very truly yours,

Sarah Nevins
Case Manager
snevins@jamsadr.com
Fax# 415-982-5287