**SAVERI & SAVERI, INC.**
706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

November 6, 2009

*VIA HAND DELIVERY*

Honorable Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

      Re:    *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation*, MDL 1917

Your Honor:

    In connection with the pending Motions to Dismiss in the above-referenced action, Direct Purchaser Plaintiffs would like to bring two recent decisions to the Court's attention pursuant to Civil Local Rule 7-3(d). Accordingly, please find attached hereto as Exhibit A and B, respectfully, a true and correct copy of: 1) *In Re: Potash Antitrust Litigation*, Case No. 1:08-cv-06910 (N.D. Ill.), Memorandum Opinion and Order (Nov. 3, 2009); and 2) *In re Aftermarket Filters Antitrust Litigation*, Case No. 1:08-cv-04883 (N.D. Ill.), Memorandum Opinion and Order (Nov. 5, 2009).

                                     Respectfully,

                                       */s/ Guido Saveri*
                                       Guido Saveri
                                       Interim Lead Counsel for the
                                       Direct Purchaser Plaintiffs

cc:    All Counsel via the Northern District of California's ECF-PACER System