Please reply to: San Francisco

November 6, 2009


Trump Alioto Trump & Prescott
ATTORNEYS LLP

**VIA ELECTRONIC MAIL**

Honorable Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* No. 07-5944, MDL 1917

Dear Judge Legge:

We write on behalf of the Indirect Purchaser Plaintiffs to respectfully submit the recent decision by the Honorable Robert W. Gettleman of the Northern District of Illinois in *In Re Aftermarket Filters Antitrust Litigation,* No. 1:08-cv-4883, MDL No. 1957, which was issued on November 5, 2009. *See* Exhibit A.

We would like to draw Your Honor's attention to pages 13 through 17 of the decision, which analyzes whether *Associated General Contractors of Calif., Inc. v. California State Council,* 459 U.S. 519 (1983) applies to the question of indirect purchaser standing to bring claims under various state antitrust and consumer protection laws.

Respectfully submitted,

/s/ Mario N. Alioto

Mario N. Alioto
*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

cc:   All Counsel via the Northern District of California's ECF system

2280 Union Street
San Francisco, CA 94123
(415) 563-7200
FAX (415) 346-0679

2201 Walnut Avenue, Ste. 200
Fremont, CA 94538
(510) 790-0900
FAX (510) 790-4856