# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

November 10, 2009

Honorable Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

  **Re:** *In Re: Cathode Ray Tube (CRT) Antitrust Litigation,* **MDL 1917**

Your Honor:

  Direct Purchaser Plaintiffs object to the letter brief submitted today by defendants. The letter brief – which purports to discuss two recent cases Direct Purchaser Plaintiffs brought to the Court's attention pursuant to Local Rule 7-3(d) – violates the proscription of Local Rule 7-3(d) of further argument by the parties once a motion has been briefed. Rule 7-3(d) allows the parties to "bring to the court's attention" new authority, but expressly states that such a "Statement of Recent Decision" must be "without argument." Apart from this, "once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." *Id.*

  Because defendants' letter contains nothing but argument in contravention of the rule, Direct Purchaser Plaintiffs submit that it must be stricken from the record. This is the third time that defendants have violated this rule. (*See* Oct. 16, 2009 Letter of Direct Purchaser Plaintiffs in Response to Defendants' Letter Brief of Oct. 15, 2009; Oct. 14, 2009 Letter of Direct Purchaser Plaintiffs in Response to Defendants' Letter Brief of Oct. 12, 2009). Needless to say, Direct Purchaser Plaintiffs also disagree with the substance of defendants' letter brief(s).

        Yours sincerely,

        /s/ *Guido Saveri*_____
        Guido Saveri
        Interim Lead Counsel for the
        Direct Purchaser Plaintiffs

cc:  All Counsel via ECF

crt.204