1  COUNSEL LISTED ON SIGNATURE BLOCK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.: M-07-5944 SC<br><br>MDL NO. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING NONPARTY DISCOVERY** |
| This Document Relates to:<br><br>ALL ACTIONS. | |

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned defendants and plaintiffs, that:

1. Any documents, electronically stored information, or tangible things ("Discovery Materials") obtained from a nonparty to this action in response to a subpoena pursuant to Federal Rule 45 shall be promptly served by the Receiving Party[1] upon the Designated Party,[2] and in no event later than one week after receipt of the Discovery Materials.

2. If the Receiving Party intends to utilize the Discovery Materials prior to the deadline for service set forth in Paragraph 1 above in connection with motion practice, depositions, or appearances before, or submissions to, the Court, the Receiving Party shall

---

[1] "Receiving Party" shall refer to a party that receives Discovery Materials from any nonparty pursuant to a subpoena.

[2] If the Receiving Party is a plaintiff, the Designated Party shall be counsel for one defendant to be identified within one week of execution of this Stipulation. If the Receiving Party is a defendant, the Designated Party shall be lead counsel for the indirect purchaser plaintiffs.

STIPULATION AND [PROPOSED] ORDER REGARDING NONPARTY DISCOVERY

serve the Discovery Materials upon the Designated Parties at least three days in advance of such use of the Discovery Materials.

3. Discovery Materials shall be served by a Receiving Party on the Designated Parties in the same form in which it was received from the nonparty.

4. As with party discovery, parties receiving Discovery Materials from the Receiving Party under this Stipulation shall pay the Receiving Party the reasonable cost of copies or of duplicate DVDs of the Discovery Materials. Nothing herein regarding costs of copies or duplicate DVDs shall delay production of Discovery Materials by the Receiving Party to the Designated Parties.

5. Any Discovery Materials obtained by a Receiving Party prior to the execution of this Stipulation shall be served upon the Designated Parties within one week of the execution of this Stipulation.

6. The execution of this Stipulation by counsel for any Defendant shall not constitute a general appearance by that Defendant in this action.

7. Nothing in this Stipulation shall constitute a waiver or admission by any party, except as stated in this Stipulation, and all defenses, including but not limited to the defense of lack of personal jurisdiction, are preserved.

**IT IS SO STIPULATED.**

Dated: November 10, 2009

By: ___/s/ Jeffrey L. Kessler___
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email : ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

| | |
|---|---|
| 1 | PETER ROOT (142348) |
| | Email: proot@dl.com |
| 2 | **DEWEY & LEBOEUF LLP** |
| 3 | 1950 University Avenue |
| | East Palo Alto, California 94303 |
| 4 | Telephone: (650) 845-7000 |
| | Facsimile: (650) 845-7333 |
| 5 | |
| 6 | STEVEN A. REISS (*pro hac vice*) |
| | Email: steven.reiss@weil.com |
| 7 | DAVID L. YOHAI (*pro hac vice*) |
| | Email: david.yohai@weil.com |
| 8 | DAVID E. YOLKUT (*pro hac vice*) |
| | Email: david.yolkut@weil.com |
| 9 | **WEIL, GOTSHAL & MANGES LLP** |
| 10 | 767 Fifth Avenue |
| | New York, New York 10153-0119 |
| 11 | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| 12 | |
| 13 | GREGORY D. HULL (57367) |
| | Email: greg.hull@weil.com |
| 14 | JOSEPH R. WETZEL (238008) |
| | Email: joseph.wetzel@weil.com |
| 15 | **WEIL, GOTSHAL & MANGES LLP** |
| | 201 Redwood Shores Parkway |
| 16 | Redwood Shores, California 94065-1175 |
| | Telephone: (650) 802-3000 |
| 17 | Facsimile: (650) 802-3100 |
| 18 | |
| | *Attorneys for Defendants Panasonic* |
| 19 | *Corporation of North America, MT Picture* |
| | *Display Co., Ltd., Panasonic Corporation (f/k/a* |
| 20 | *Matsushita Electric Industrial Co.)* |
| 21 | |
| | By: /s/ Gary L. Halling |
| 22 | GARY L. HALLING (66087) |
| | ghalling@sheppardmullin.com |
| 23 | JAMES L. MCGINNIS (95788) |
| | jmcginnis@sheppardmullin.com |
| 24 | MICHAEL SCARBOROUGH (203524) |
| | mscarborough@sheppardmullin.com |
| 25 | **SHEPPARD, MULLIN, RICHTER &** |
| | **HAMPTON LLP** |
| 26 | Four Embarcadero Center, 17th Floor |
| 27 | San Francisco, California 94111-4109 |
| | Telephone: (415)-434-9100 |
| 28 | Facsimile: (415)-434-3947 |

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

By: \_\_\_/s/ Michael Tubach\_\_\_
MICHAEL TUBACH (145955)
Email: mtubach@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8876
Facsimile: (415) 984-8701

By: \_\_\_/s/ Ian Simmons\_\_\_
IAN SIMMONS (*pro hac vice*)
Email : isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By: \_\_\_/s/ Samuel Miller\_\_\_
SAMUEL R. MILLER (66871)
Email: srmiller@sidley.com
MARIE L. FIALA (79676)
Email: mfiala@sidley.com
RYAN M. SANDROCK (251781)
Email: rsandrock@sidley.com
ROBERT B. MARTIN, III (235489)
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, 20th Floor
San Francisco, California 94104
Telephone : (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

| | |
|---|---|
| 1 | By: /s/ Ethan E. Litwin |
| 2 | ETHAN E. LITWIN (*pro hac vice*) |
| | Email: LitwinE@howrey.com |
| 3 | **HOWREY LLP** |
| | 601 Lexington Avenue, 54th Floor |
| 4 | New York, New York 10022 |
| | Telephone: (212) 896-6500 |
| 5 | Facsimile: (212) 896-6501 |

By: /s/ Ethan E. Litwin
ETHAN E. LITWIN (*pro hac vice*)
Email: LitwinE@howrey.com
**HOWREY LLP**
601 Lexington Avenue, 54th Floor
New York, New York 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

By: /s/ John Taladay
JOHN TALADAY (*pro hac vice*)
Email: TaladayJ@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*

By: /s/ Bruce H. Jackson
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, California 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (*pro hac vice*)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (*pro hac vice*)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL (*pro hac vice*)
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, Illinois 60601
Telephone: (312) 861-8000

*Attorneys for Tatung Company of America, Inc.*

| | |
|---|---|
| 1 | By: /s/ Kent M. Roger |
| | KENT M. ROGER (95987) |
| 2 | Email: kroger@morganlewis.com |
| | MICHELLE PARK CHIU (248421) |
| 3 | Email: mchiu@morganlewis.com |
| 4 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | One Market, Spear Street Tower |
| 5 | San Francisco, California 94105-1126 |
| | Telephone: (415) 442-1000 |
| 6 | Facsimile: (415) 442-1001 |

*Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.*

By: /s/ Terry Calvani
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
Email: bruce.mcculloch@freshfields.com
CHRISTINE A. LACIAK (*pro hac vice*)
Email: christine.laciak@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

By: /s/ George L. Paul
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

STIPULATION AND [PROPOSED] ORDER REGARDING NONPARTY DISCOVERY 6

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba America Consumer Products, L.L.C.*

By: /s/ Terrence A. Callan
TERRENCE A. CALLAN (36305)
Email: terrence.callan@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
50 Fremont Street
P.O. Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

JOSEPH R. TIFFANY II (67821)
Email: joseph.tiffany@pillsburylaw.com
PHILIP A. SIMPKINS (246635)
Email: philip.simpkins@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2475 Hanover Street
Palo Alto, California 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

*Attorneys for Irico Group Corporation and Irico Display Devices Co., Ltd.*

By: /s/ William Diaz
WILLIAM DIAZ (232297)
Email: wdiaz@mwe.com
**MCDERMOTT WILL & EMERY**
18191 Von Karman Avenue
Suite 500
Irvine, California 92612-7108
Telephone: (949) 851-0633
Facsimile: (949) 851-9348

*Attorneys for Samtel Color, Ltd.*

| | |
|---|---|
| | By: /s/ Guido Saveri |
| | GUIDO SAVERI (41059) |
| | Email: guido@saveri.com |
| | R. ALEXANDER SAVERI (173102) |
| | Email: rick@saveri.com |
| | CADIO ZIRPOLI (179108) |
| | Email: cadio@saveri.com |
| | **SAVERI & SAVERI INC.** |
| | 706 Sansome Street |
| | San Francisco, CA 94111 |
| | Telephone: (415) 217-6810 |
| | Facsimile: (415) 217-6813 |
| | |
| | *Interim Lead Counsel for the Direct Purchaser Plaintiffs* |

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 12, 2009

_____
IT IS SO ORDERED
Judge Samuel Conti
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING NONPARTY DISCOVERY     8