COUNSEL LISTED ON SIGNATURE BLOCK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No.: M-07-5944 SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS. | **DEFENDANTS' IDENTIFICATION OF DESIGNATED PARTY PURSUANT TO NONPARTY DISCOVERY ORDER** |

Pursuant to the Stipulation and Order Regarding Non-Party Discovery entered by the Court on November 12, 2009 ("Order"), Defendants hereby identify Dewey & LeBoeuf LLP and Weil, Gotshal & Manges LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.), as the Designated Party for purposes of non-party discovery.

All documents and correspondence sent pursuant to the Order should be directed to Jeffrey Kessler, Dewey & LeBoeuf LLP, 1301 Avenue of the Americas, New York, New York 10019, and David Yohai, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 17, 2009 | By: ___/s/ Jeffrey L. Kessler___ |
| | | JEFFREY L. KESSLER (*pro hac vice*) |
| 3 | | Email: jkessler@dl.com |
| | | A. PAUL VICTOR (*pro hac vice*) |
| 4 | | Email: pvictor@dl.com |
| | | EVA W. COLE (*pro hac vice*) |
| 5 | | Email : ecole@dl.com |
| 6 | | **DEWEY & LEBOEUF LLP** |
| | | 1301 Avenue of the Americas |
| 7 | | New York, New York 10019 |
| | | Telephone: (212) 259-8000 |
| 8 | | Facsimile: (212) 259-7013 |
| 9 | | |
| | | PETER ROOT (142348) |
| 10 | | Email: proot@dl.com |
| | | **DEWEY & LEBOEUF LLP** |
| 11 | | 1950 University Avenue |
| | | East Palo Alto, California 94303 |
| 12 | | Telephone: (650) 845-7000 |
| 13 | | Facsimile: (650) 845-7333 |
| 14 | | |
| | | STEVEN A. REISS (*pro hac vice*) |
| 15 | | Email: steven.reiss@weil.com |
| | | DAVID L. YOHAI (*pro hac vice*) |
| 16 | | Email: david.yohai@weil.com |
| | | DAVID E. YOLKUT (*pro hac vice*) |
| 17 | | Email: david.yolkut@weil.com |
| 18 | | **WEIL, GOTSHAL & MANGES LLP** |
| | | 767 Fifth Avenue |
| 19 | | New York, New York 10153-0119 |
| | | Telephone:  (212) 310-8000 |
| 20 | | Facsimile:  (212) 310-8007 |
| 21 | | GREGORY D. HULL (57367) |
| | | Email: greg.hull@weil.com |
| 22 | | JOSEPH R. WETZEL (238008) |
| | | Email: joseph.wetzel@weil.com |
| 23 | | **WEIL, GOTSHAL & MANGES LLP** |
| 24 | | 201 Redwood Shores Parkway |
| | | Redwood Shores, California 94065-1175 |
| 25 | | Telephone: (650) 802-3000 |
| | | Facsimile: (650) 802-3100 |
| 26 | | |
| 27 | | ***Attorneys for Defendants Panasonic*** |
| | | ***Corporation of North America, MT Picture*** |
| 28 | | ***Display Co., Ltd., Panasonic Corporation (f/k/a*** |
| | | ***Matsushita Electric Industrial Co.)*** |

DEFENDANTS' IDENTIFICATION OF DESIGNATED PARTY                                                                          2

By:   /s/ Gary L. Halling
GARY L. HALLING (66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (95788)
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH (203524)
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

By:   /s/ Michael Tubach
MICHAEL TUBACH (145955)
Email: mtubach@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8876
Facsimile: (415) 984-8701

By:   /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
Email : isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By:   /s/ Samuel Miller
SAMUEL R. MILLER (66871)
Email: srmiller@sidley.com
MARIE L. FIALA (79676)

| | |
|---|---|
| 1 | Email: mfiala@sidley.com |
| | RYAN M. SANDROCK (251781) |
| 2 | Email: rsandrock@sidley.com |
| | ROBERT B. MARTIN, III (235489) |
| 3 | rbmartin@sidley.com |
| 4 | **SIDLEY AUSTIN LLP** |
| | 555 California Street, 20th Floor |
| 5 | San Francisco, California 94104 |
| | Telephone : (415) 772-1200 |
| 6 | Facsimile: (415) 772-7400 |

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

By: /s/ Ethan E. Litwin
ETHAN E. LITWIN   (*pro hac vice*)
Email: LitwinE@howrey.com
**HOWREY LLP**
601 Lexington Avenue, 54th Floor
New York, New York 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

By:  /s/ John Taladay
JOHN TALADAY (*pro hac vice*)
Email: TaladayJ@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*

By: /s/ Bruce H. Jackson
BRUCE H. JACKSON (98118)
Email:  bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email:  robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, California 94111-3802
Telephone:   (415) 576-3000
Facsimile:    (415) 576-3099

DEFENDANTS' IDENTIFICATION OF DESIGNATED PARTY                                                 4

|  |  |
|---|---|
| 1 | |
| 2 | PATRICK J. AHERN (*pro hac vice*)<br>Email: patrick.j.ahern@bakernet.com |
| 3 | ROXANE C. BUSEY (*pro hac vice*)<br>Email: roxane.c.busey@bakernet.com |
| 4 | KAREN SEWELL (*pro hac vice*)<br>Email: karen.sewell@bakernet.com |
| 5 | **BAKER & MCKENZIE LLP**<br>130 E. Randolph Dr., Suite 3500 |
| 6 | Chicago, Illinois 60601<br>Telephone:  (312) 861-8000 |
| 7 | |
| 8 | *Attorneys for Tatung Company of America, Inc.* |
| 9 | By: /s/ Kent M. Roger |
| 10 | KENT M. ROGER (95987)<br>Email:  kroger@morganlewis.com |
| 11 | MICHELLE PARK CHIU (248421)<br>Email:  mchiu@morganlewis.com |
| 12 | **MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower |
| 13 | San Francisco, California 94105-1126<br>Telephone: (415) 442-1000 |
| 14 | Facsimile: (415) 442-1001 |
| 15 | *Attorneys for Defendants Hitachi, Ltd., Hitachi* |
| 16 | *Asia, Ltd., Hitachi America, Ltd., Hitachi* |
| 17 | *Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.* |
| 18 | By: /s/ Terry Calvani |
| 19 | TERRY CALVANI (53260)<br>Email: terry.calvani@freshfields.com |
| 20 | BRUCE C. MCCULLOCH (*pro hac vice*)<br>Email: bruce.mcculloch@freshfields.com |
| 21 | CHRISTINE A. LACIAK (*pro hac vice*)<br>Email: christine.laciak@freshfields.com |
| 22 | **FRESHFIELDS BRUCKHAUS DERINGER** |
| 23 | **US LLP**<br>701 Pennsylvania Avenue, N.W. |
| 24 | Suite 600<br>Washington, DC  20004 |
| 25 | Telephone:  (202) 777-4500<br>Facsimile:  (202) 777-4555 |
| 26 | |
| 27 | *Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.* |
| 28 | |

| | |
|---|---|
| 1 | By: /s/ George L. Paul |
| | CHRISTOPHER M. CURRAN (*pro hac vice*) |
| 2 | Email: ccurran@whitecase.com |
| | GEORGE L. PAUL (*pro hac vice*) |
| 3 | Email: gpaul@whitecase.com |
| | LUCIUS B. LAU (*pro hac vice*) |
| 4 | Email: alau@whitecase.com |
| 5 | **WHITE & CASE LLP** |
| | 701 Thirteenth Street, N.W. |
| 6 | Washington, DC  20005 |
| | Telephone: (202) 626-3600 |
| 7 | Facsimile: (202) 639-9355 |
| 8 | |
| | ***Attorneys for Defendants Toshiba Corporation,*** |
| 9 | ***Toshiba America Electronic Components, Inc.,*** |
| | ***Toshiba America Information Systems, Inc.,*** |
| 10 | ***Toshiba America, Inc., and Toshiba America*** |
| 11 | ***Consumer Products, L.L.C.*** |
| 12 | By: /s/ Terrence A. Callan |
| | TERRENCE A. CALLAN (36305) |
| 13 | Email: terrence.callan@pillsburylaw.com |
| | **PILLSBURY WINTHROP SHAW** |
| 14 | **PITTMAN LLP** |
| | 50 Fremont Street |
| 15 | P.O. Box 7880 |
| 16 | San Francisco, California 94120-7880 |
| | Telephone:   (415) 983-1000 |
| 17 | Facsimile:    (415) 983-1200 |
| 18 | |
| | JOSEPH R. TIFFANY II (67821) |
| 19 | Email: joseph.tiffany@pillsburylaw.com |
| | PHILIP A. SIMPKINS (246635) |
| 20 | Email: philip.simpkins@pillsburylaw.com |
| | **PILLSBURY WINTHROP SHAW** |
| 21 | **PITTMAN LLP** |
| | 2475 Hanover Street |
| 22 | Palo Alto, California 94304-1114 |
| | Telephone:   (650) 233-4500 |
| 23 | Facsimile:    (650) 233-4545 |
| 24 | |
| | ***Attorneys for Irico Group Corporation and Irico*** |
| 25 | ***Display Devices Co., Ltd.*** |
| 26 | |
| | By: /s/ William Diaz |
| 27 | WILLIAM DIAZ (232297) |
| | Email: wdiaz@mwe.com |
| 28 | **MCDERMOTT WILL & EMERY** |

DEFENDANTS' IDENTIFICATION OF DESIGNATED PARTY                                              6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

18191 Von Karman Avenue
Suite 500
Irvine, California 92612-7108
Telephone:   (949) 851-0633
Facsimile:    (949) 851-9348

***Attorneys for Samtel Color, Ltd.***

DEFENDANTS' IDENTIFICATION OF DESIGNATED PARTY                    7