1  COUNSEL LISTED ON SIGNATURE BLOCK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.: M-07-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY** |
| ALL ACTIONS. | |

The Plaintiffs and Defendants agree as follows regarding the timing and scope of any expert discovery in this case, relating to both class certification and the merits, and hereby agree and submit this stipulation and proposed order:

1. Within three business days of any party serving any expert reports and/or expert declarations in this litigation pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce: the data or other information relied upon by the expert witness in forming the expert witness's opinions; any exhibits that will be used to summarize or support the expert witness's opinions; the expert witness's qualifications, including a list of all publications authored in the previous 10 years; a list of all other cases in which, during the previous four years, the expert witness has testified as an expert at trial or by deposition; a statement of the compensation to be paid for the expert witness's study and testimony in the case. "Data or other information relied upon" shall be deemed to include, but will not be limited to, underlying data, spreadsheets, computerized regression analysis and/or other underlying reports and schedules sufficient to reconstruct the expert witness's work,

STIPULATION AND [PROPOSED] ORDER REGARDING NONPARTY DISCOVERY

calculations, and/or analyses. Information should be produced electronically (via email or disc) where appropriate. Where documents have previously been produced as part of the discovery, identification by Bates number is sufficient. As to other documents relied upon by the expert, documents that are publicly available need not be produced absent specific request.

2. Notwithstanding the foregoing, the following types of information shall *not* be the subject of any form of discovery:

(1) the content of communications among and between: (a) counsel and the expert and/or the expert's staff and/or supporting firms; (b) counsel and any non-testifying expert consultant and/or the consultant's staff; (c) the expert and other experts and/or other non-testifying expert consultants; (d) experts and their staff and/or supporting firms; (e) non-testifying expert consultants and their staffs; (f) the respective staffs and/or supporting firms of experts or non-testifying expert consultants and the staffs and/or supporting firms of other experts or non-testifying expert consultants.

(2) notes, drafts, written communications or other records of preliminary work created by, or for, experts or non-testifying expert consultants.

The foregoing exclusions from discovery will not apply to any information, communications or documents upon which the expert relies as a basis for his or her opinion.

3. This Stipulation shall be effective only upon agreement of Plaintiffs and Defendants.

**IT IS SO STIPULATED.**

Dated: November 16, 2009        By:  ___/s/ Jeffrey L. Kessler___
　　　　　　　　　　　　　　　　JEFFREY L. KESSLER (*pro hac vice*)
　　　　　　　　　　　　　　　　Email: jkessler@dl.com
　　　　　　　　　　　　　　　　A. PAUL VICTOR (*pro hac vice*)
　　　　　　　　　　　　　　　　Email: pvictor@dl.com
　　　　　　　　　　　　　　　　EVA W. COLE (*pro hac vice*)
　　　　　　　　　　　　　　　　Email : ecole@dl.com
　　　　　　　　　　　　　　　　**DEWEY & LEBOEUF LLP**
　　　　　　　　　　　　　　　　1301 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10019

Telephone: (212) 259-8000
Facsimile: (212) 259-7013

PETER ROOT (142348)
Email: proot@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue
East Palo Alto, California 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*

By: ___/s/ Gary L. Halling___
GARY L. HALLING (66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (95788)
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH (203524)
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor

San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

***Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.***

By: ___/s/ Michael Tubach___
MICHAEL TUBACH (145955)
Email: mtubach@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8876
Facsimile: (415) 984-8701

By: ___/s/ Ian Simmons___
IAN SIMMONS (*pro hac vice*)
Email : isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

By: ___/s/ Samuel Miller___
SAMUEL R. MILLER (66871)
Email: srmiller@sidley.com
MARIE L. FIALA (79676)
Email: mfiala@sidley.com
RYAN M. SANDROCK (251781)
Email: rsandrock@sidley.com
ROBERT B. MARTIN, III (235489)
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, 20th Floor
San Francisco, California 94104
Telephone : (415) 772-1200
Facsimile: (415) 772-7400

| | |
|---|---|
| 1 | ***Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*** |
| 2 | |
| 3 | By: /s/ Ethan E. Litwin |
| | ETHAN E. LITWIN (*pro hac vice*) |
| 4 | Email: LitwinE@howrey.com |
| | **HOWREY LLP** |
| 5 | 601 Lexington Avenue, 54th Floor |
| | New York, New York 10022 |
| 6 | Telephone: (212) 896-6500 |
| | Facsimile: (212) 896-6501 |
| 7 | |
| 8 | By: /s/ John Taladay |
| | JOHN TALADAY (*pro hac vice*) |
| 9 | Email: TaladayJ@howrey.com |
| | **HOWREY LLP** |
| 10 | 1299 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20004-2402 |
| 11 | Telephone: (202) 783-0800 |
| | Facsimile: (202) 383-6610 |
| 12 | |
| 13 | ***Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*** |
| 14 | |
| 15 | |
| 16 | |
| 17 | By: /s/ Bruce H. Jackson |
| | BRUCE H. JACKSON (98118) |
| 18 | Email: bruce.h.jackson@bakernet.com) |
| | ROBERT W. TARUN (64881) |
| 19 | Email: robert.w.tarun@bakernet.com |
| | **BAKER & MCKENZIE LLP** |
| 20 | Two Embarcadero Center, 11th Floor |
| | San Francisco, California 94111-3802 |
| 21 | Telephone: (415) 576-3000 |
| | Facsimile: (415) 576-3099 |
| 22 | |
| 23 | PATRICK J. AHERN (*pro hac vice*) |
| | Email: patrick.j.ahern@bakernet.com |
| 24 | ROXANE C. BUSEY (*pro hac vice*) |
| | Email: roxane.c.busey@bakernet.com |
| 25 | KAREN SEWELL (*pro hac vice*) |
| | Email: karen.sewell@bakernet.com |
| 26 | **BAKER & MCKENZIE LLP** |
| 27 | 130 E. Randolph Dr., Suite 3500 |
| | Chicago, Illinois 60601 |
| 28 | Telephone: (312) 861-8000 |

*Attorneys for Tatung Company of America, Inc.*

By: /s/ Kent M. Roger
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.*

By: /s/ Terry Calvani
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
Email: bruce.mcculloch@freshfields.com
CHRISTINE A. LACIAK (*pro hac vice*)
Email: christine.laciak@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

By: /s/ George L. Paul
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

STIPULATION AND [PROPOSED] ORDER REGARDING NONPARTY DISCOVERY 6

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba America Consumer Products, L.L.C.*

By: /s/ Terrence A. Callan
TERRENCE A. CALLAN (36305)
Email: terrence.callan@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
50 Fremont Street
P.O. Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

JOSEPH R. TIFFANY II (67821)
Email: joseph.tiffany@pillsburylaw.com
PHILIP A. SIMPKINS (246635)
Email: philip.simpkins@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2475 Hanover Street
Palo Alto, California 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

*Attorneys for Irico Group Corporation and Irico Display Devices Co., Ltd.*

By: /s/ William Diaz
WILLIAM DIAZ (232297)
Email: wdiaz@mwe.com
**MCDERMOTT WILL & EMERY**
18191 Von Karman Avenue
Suite 500
Irvine, California 92612-7108
Telephone: (949) 851-0633
Facsimile: (949) 851-9348

*Attorneys for Samtel Color, Ltd.*

By: /s/ Guido Saveri
GUIDO SAVERI (41059)
Email: guido@saveri.com
R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com
CADIO ZIRPOLI (179108)
Email: cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: November 17, 2009

_____
Hon. Samuel Conti
United States District Judge