

Please reply to:
San Francisco

December 4, 2009

**VIA ELECTRONIC MAIL**

Honorable Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* No. 07-5944, MDL 1917

Dear Judge Legge:

    Pursuant to Civil Local Rule 7-3(d), Indirect Purchaser Plaintiffs respectfully submit the Honorable Claudia Wilken's recent decision in *In re Static Random Access Memory (SRAM) Antitrust Litigation,* Case No. M:07-cv-01819-CW (N.D. Cal.), Order Granting IP Plaintiffs' Motion For Class Certification And Denying Motions To Exclude Expert Opinions, which was issued on November 25, 2009. *See* Exhibit A.

    We would like to direct Your Honor's attention to page 22, line 22 through page 23, line 23 of the decision, relating to the *Associated General Contractors* issue before Your Honor.

Respectfully submitted,

/s/ Mario N. Alioto

Mario N. Alioto
*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

cc:   All Counsel via the Northern District of California's ECF system

2280 Union Street
San Francisco, CA 94123
(415) 563-7200
FAX (415) 346-0679

2201 Walnut Avenue, Ste. 200
Fremont, CA 94538
(510) 790-0900
FAX (510) 790-4856