PETER ROOT (142348)
DEWEY & LEBOEUF LLP
1950 University Avenue
East Palo Alto, CA 94303
Telephone: (650)845-7000
Facsimile: (650) 845-7333
Email: proot@dl.com

JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS (*Admitted Pro Hac Vice*)
DAVID L. YOHAI (*Admitted Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC <br><br> MDL. No. 1917 <br><br> **[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF MOLLY M. DONOVAN** |
| This Document Relates to: ALL ACTIONS | |

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

1     Molly M. Donovan, an active member in good standing of the bar of the State of
2 New York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301
3 Avenue of the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-
4 titled action for admission to practice in the Northern District of California on a *pro hac vice*
5 basis, representing Panasonic Corporation of North America, MT Picture Display Co., Ltd., and
6 Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.).

7     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8 and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
9 appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
10 in the application will constitute notice to the party. All future filings in this action are subject to
11 the requirements contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: _____, 2009      _____
14                                                   The Hon. Samuel Conti

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

[PROPOSED] ORDER GRANTING APPLICATION     Case No. 07-5944-SC
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*     MDL No. 1917