RECEIVED
09 DEC 10 PM 2:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PETER ROOT (142348)
DEWEY & LEBOEUF LLP
1950 University Avenue
East Palo Alto, CA 94303
Telephone: (650)845-7000
Facsimile: (650) 845-7333
Email: proot@dl.com

JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS (*Admitted Pro Hac Vice*)
DAVID L. YOHAI (*Admitted Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No. 07-5944-SC<br><br>MDL. No. 1917<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF MOLLY M. DONOVAN |

1      Molly M. Donovan, an active member in good standing of the bar of the State of
2  New York, whose business address and telephone number is Dewey & LeBoeuf LLP, 1301
3  Avenue of the Americas, New York, NY 10019, (212) 259-8000, having applied in the above-
4  titled action for admission to practice in the Northern District of California on a *pro hac vice*
5  basis, representing Panasonic Corporation of North America, MT Picture Display Co., Ltd., and
6  Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.).

7      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
8  and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
9  appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
10 in the application will constitute notice to the party. All future filings in this action are subject to
11 the requirements contained in General Order No. 45, *Electronic Case Filing*.

13 Dated: 12/11/09 , 2009



IT IS SO ORDERED
Judge Samuel Conti

[PROPOSED] ORDER GRANTING APPLICATION      Case No. 07-5944-SC
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*      MDL No. 1917

Dewey & LeBoeuf LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111