LIDIA MAHER (CA 222253)
ANNA TRYON PLETCHER (CA 239730)
MAY LEE HEYE (CA 209366)
TAI SNOW MILDER (CA 267070)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660
Facsimile: (415)436-6687

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | NOTICE OF APPEARANCE OF COUNSEL |

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance in the above-captioned action on behalf of the Antitrust Division of the U.S. Department of Justice.

Dated: December 30, 2009

_____
Tai S. Milder
Trial Attorney, Antitrust Division
U.S. Department of Justice