Counsel Listed on Signature Block

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Related to All Cases | No. M-07-5944 SC<br>MDL No. 1917<br><br>Court: Hon. Samuel Conti |

**STIPULATION AND [~~PROPOSED~~] ORDER
TO EXTEND LIMITED DISCOVERY STAY**

WHEREAS the Court, on September 12, 2008, entered an Order pursuant to Stipulation, granting a Limited Stay of Discovery for six (6) months, which was to expire on March 12, 2009 ("September 12, 2008 Stay Order");

WHEREAS the Court, on February 5, 2009, entered an Order pursuant to Stipulation modifying and extending the September 12, 2008 Stay Order until September 11, 2009, with limitations on deposition discovery continuing until January 4, 2010 ("February 5, 2009 Stay Order");

WHEREAS on June 8, 2009, Special Master Charles A. Legge, entered an Order further

extending the February 5, 2009 Stay Order, "until such time as the Court has issued its decision(s) on the various motions to dismiss that were filed on May 18, 2009 ("June 8, 2009 Stay Order");

WHEREAS there is an ongoing criminal grand jury investigation involving the products at issue in this case;

WHEREAS the parties have met and conferred and agreed to request modification and extension of the September 12, 2008, February 5, 2009, and June 8, 2009 Stay Orders;

PLAINTIFFS, DEFENDANTS, AND THE UNITED STATES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

That Paragraph 3 of the September 12, 2008 Stay Order shall be modified and replaced in its entirety with the following new Paragraph 3:

> During the pendency of the grand jury proceedings and any resulting criminal trials, no discovery shall be conducted in this case (including, without limitation, document requests, interrogatories, requests to admit, or depositions) that reflects, refers to, or relates to grand jury proceedings concerning CRTs or CRT products, including any party's or witness's communications with the United States, or with any grand jury investigating CRTs or CRT products, except by the order of the Court upon good cause shown and consistent with governing law.

That Paragraph 5 of the June 8, 2009 Stay Order shall be modified and that Paragraph 2(b) of the February 5, 2009 Stay Order shall be modified and replaced in its entirety with the following new Paragraph 2(b):

> The Stay Period, as defined in paragraph 1 of the February 5, 2009 Stay Order, shall be extended until March 8, 2010. Moreover, no deposition discovery may be taken until November 1, 2010, with the following exception: Beginning on March 8, 2010, depositions may be taken of defendants' customers or suppliers, or their employees, provided in any case that the deponent is not a defendant or a subsidiary or affiliate of a defendant, or an employee, agent, or former employee of any of them. Such deposition subpoenas may include requests for documents to be produced by the deponent at the

deposition, provided that no document requests may request the production of documents disclosing the contents of the witness' testimony, if any, before the grand jury or communications with the United States that reflect, refer to, or relate to the grand jury proceedings.

**IT IS SO STIPULATED.**

Dated: December 22, 2009

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email: ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

PETER ROOT (142348)
Email: proot@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue
East Palo Alto, California 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Corporation of America (NY) (defunct); MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.*)

By: /s/ Gary L. Halling
GARY L. HALLING (66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (95788)
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH (203524)
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

By: /s/ Michael Tubach
MICHAEL TUBACH (145955)
Email: mtubach@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8876
Facsimile: (415) 984-8701

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. And Samsung Electronics America, Inc.,*

By: /s/ Samuel Miller
SAMUEL R. MILLER (66871)
Email: srmiller@sidley.com
MARIE L. FIALA (79676)
Email: mfiala@sidley.com
RYAN SANDROCK (251781)
Email: rsandrock@sidley.com
ROBERT B. MARTIN, III (235489)
Email: rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

By: /s/ Ethan E. Litwin
ETHAN E. LITWIN (*pro hac vice*)
Email: LitwinE@howrey.com
**HOWREY LLP**
601 Lexington Avenue, 54th Floor
New York, New York 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

By: /s/ John Taladay
JOHN TALADAY (*pro hac vice*)
Email: TaladayJ@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Ta wan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*

By: /s/ Bruce H. Jackson
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. M-07-5944 SC 5

PATRICK J. AHERN (*pro hac vice*)
email: patrick.j.ahern@bakernet.com
**BAKER & MCKENZIE LLP**.
130 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-3735
Facsimile: (312) 698-2034

*Attorneys for Tatung Company of America, Inc.*

By: /s/ Kent M. Roger
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.*

By: /s/ Terry Calvani
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
Email: bruce.mcculloch@freshfields.com
CHRISTINE A. LACIAK (*pro hac vice*)
Email: christine.laciak@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

| | |
|---|---|
|1| By: /s/ George L. Paul |
|2| CHRISTOPHER M. CURRAN (*pro hac vice*)<br>Email: ccurran@whitecase.com |
|3| GEORGE L. PAUL (*pro hac vice*)<br>Email: gpaul@whitecase.com |
|4| LUCIUS B. LAU (*pro hac vice*)<br>Email: alau@whitecase.com |
|5| **WHITE & CASE LLP**<br>701 Thirteenth Street, N.W. |
|6| Washington, D.C. 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355 |

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc. And Toshiba America Consumer Products, L.L.C.*

By: /s/ Terrence A. Callan
TERRENCE A. CALLAN (36305)
Email: terrence.callan@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
50 Fremont Street
P.O. Box 7880
San Francisco, California 94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

JOSEPH R. TIFFANY II (67821)
Email: joseph.tiffany@pillsburylaw.com
PHILIP A. SIMPKINS (246635)
Email: philip.simpkins@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2475 Hanover Street
Palo Alto, California 94304-1114
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

*Attorneys for Irico Group Corporation and Irico Display Devices Co., Ltd.*

By: /s/ William Diaz
WILLIAM DIAZ (232297)
Email: wdiaz@mwe.com
**MCDERMOTT WILL & EMERY**
18191 Von Karman Avenue
Suite 500
Irvine, California 92612-7108
Telephone: (949) 851-0633
Facsimile: (949) 851-9348

*Attorneys for Samtel Color, Ltd.*

By: /s/ R. Alexander Saveri
GUIDO SAVERI (41059)
Email: guido@saveri.com
R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com
CADIO ZIRPOLI (179108)
Email: cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

By: /s/ Lidia Maher
LIDIA MAHER (222253)
Email: Lidia.Maher@usdoj.gov
ANNA TRYON PLETCHER (239730)
Email: Anna.Pletcher@usdoj.gov
MAY LEE HEYE (209366)
Email: May.Heye@usdoj.gov
**U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION**
450 Golden Gate Avenue
Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415)436-6687

*Attorneys for the United States*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 5, 2010

Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. M-07-5944 SC
8