William T. Johnson, III, Esq.
BELT LAW FIRM, P.C.
2204 Lakeshore Drive, Suite 208
Birmingham, AL 35209
Phone: (205) 933-1500
Fax:    (205) 933-5500
E-Mail: boj@beltlawfirm.com

Counsel for Plaintiff Colleen Sobotka

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **MOTION TO WITHDRAW** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

TO:   TO THE COURT AND ALL ATTORNEYS OF RECORD:

### MOTION TO WITHDRAW

COMES NOW William T. Johnson, Jr., III, and files his Motion to Withdraw as counsel for the plaintiff in the above-styled matter. As grounds for said motion, counsel states as follows:

1.   On or about December 14, 2009, William T. Johnson, III, left Belt Law Firm, P.C. The above-styled file remains at Belt Law Firm, P.C., for further handling by Keith T. Belt, Jr.

WHEREFORE, PREMISES CONSIDERED, William T. Johnson, Jr., III, moves this Honorable Court for an order allowing him to withdraw from representation of plaintiff in this case.

1

Respectfully submitted,

By: /s/WILLIAM T. JOHNSON, III
William T. Johnson, III
BELT LAW FIRM, P.C.
2204 Lakeshore Drive, Suite 208
Birmingham, AL 35209
Phone: (205) 933-1500
Fax:    (205) 933-5500
E-Mail: boj@beltlawfirm.com

**Attorney for Plaintiff Colleen Sobotka**

## CERTIFICATE OF SERVICE

I do hereby certify that on ___8TH___ day of ___January,___ 2010, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by placing a copy of same in the United States Mail, First Class Postage Prepaid.

/s/WILLIAM T. JOHNSON, III
OF COUNSEL

2

NOTICE OF APPEARANCE
MASTER FILE NO. 3:07-CV-5944 SC, MDL DOCKET NO. 1917