

**THE RESOLUTION EXPERTS®**

January 22, 2010

Mr. Guido Saveri Esq.
Saveri & Saveri
706 Sansome Street
San Francisco, CA 94111

Mr. Mario N. Alioto Esq.
Trump, Alioto, Trump & Prescott
2280 Union St.
San Francisco, CA 94123

Mr. Jeffrey L. Kessler Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

      Re:    <u>Cathode Ray Tube Litigation</u>

Dear Counsel:

I would appreciate your consideration of two matters:

1. We have previously agreed that my decision on the motions is to be completed by January 29, 2010. I find that I will need one more week. May I have your consent to a continuance to February 8, 2010?

2. I believe that plaintiffs and a few defendants have made some separate arrangements on matters possibly affecting the pending motions. I do not have a record of all of these and indeed may be in error about their existence. Would you please advise me of the present understandings as to the motions or status of the following defendants:

    a. Philips Da Amazonia Industria Electornica Ltda.

    b. Philips Electronics Industries (Taiwan), Ltd.

    c. Samtel Color, Ltd.

    I do have the stipulation of July 15, 2009 regarding the above three defendants. Does it apply only to the <u>personal</u> jurisdiction motions?

    d.  Tatung Company. I have a copy of the September 22, 2009 order. Is it a dismissal from only the indirect action?

    e.  Philips Consumer Electronics Company

    f.  Philips Electronic Industries (Taiwan) Ltd.

    g.  Panasonic Consumer Electronics

    h.  Matsushita Electronic Corp. (Malaysia)

Thank you for your consideration.

Very Truly Yours,

*[signature: Charles A. Legge]*

Charles A. Legge (Ret.)
Special Master

CC: All counsel via PACER