# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel  +1 212 259 8050
fax  +1 212 259 7013
jkessler@dl.com

January 25, 2010

Hon. Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA  94111

RE:     *In re Cathode Ray Tube (CRT) Litigation,* No. 07-5944 SC, MDL No. 1917

Dear Judge Legge:

      We write on behalf of all defendants in response to Your Honor's letter dated January 22, 2010, regarding the timing for a decision on defendants' motions to dismiss.  Defendants have no objection to Your Honor delaying the ruling on those motions until February 8, 2010.

      We also write on behalf of Panasonic Consumer Electronics and Matsushita Electronic Corp. (Malaysia) to inform the Court that those entities have been voluntarily dismissed from this action by both the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs.  *See* Notice of Voluntary Dismissal [Doc. No. 457] May 15, 2009 (dismissal by indirect purchaser plaintiffs); Notice of Voluntary Dismissal [Doc. No. 461] May 18, 2009 (dismissal by direct purchaser plaintiffs).  Counsel for individual defendants will respond separately on behalf of the other entities listed in Your Honor's letter.

      Respectfully submitted,

      s/ Jeffrey L. Kessler

      Jeffrey L. Kessler

cc:     All Counsel via ECF