| | |
|---|---|
| 1 | Joseph J. Tabacco, Jr. (75484)<br>jtabacco@bermandevalerio.com |
| 2 | Christopher T. Heffelfinger (118058)<br>cheffelfinger@bermandevalerio.com |
| 3 | Matthew D. Pearson (235339)<br>mpearson@bermandevalerio.com |
| 4 | **BERMAN DeVALERIO**<br>One California Street, Suite 900 |
| 5 | San Francisco, CA  94111<br>Telephone: (415) 433-3200 |
| 6 | Facsimile:  (415) 433-6382 |
| 7 | Manuel J. Dominguez<br>jdominguez@bermandevalerio.com |
| 8 | **BERMAN DeVALERIO**<br>4280 Professional Center Drive, Suite 350 |
| 9 | Palm Beach Gardens, FL  33410<br>Telephone: (561) 835-9400 |
| 10 | Facsimile:  (561) 835-0322 |
| 11 | **Attorneys for Plaintiffs**<br>**Univisions-Crimson Holding, Inc.,** |
| 12 | **Central New York Univision Video Systems, Inc.**<br>**and Crimson Tech, Inc.** |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | CASE NO. CV-07-5944-SC<br><br>MDL NO. 1917<br><br>**NOTICE OF CHANGE ADDRESS** |

[CV-07-5944-SC] NOTICE OF CHANGE OF ADDRESS

1  PLEASE TAKE NOTICE that effective January 19, 2010, the San Francisco office of
2 Berman DeValerio has relocated.  The new address is as follows:

One California Street, Suite 900<br>San Francisco, CA  94111

The firm's telephone and facsimile numbers will remain the same.

Dated:  January 25, 2010            **BERMAN DeVALERIO**

By:   /s/ Christopher T. Heffelfinger
         Christopher T. Heffelfinger

Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Matthew D. Pearson (235339)
mpearson@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
jdominguez@bermandevalerio.com
**BERMAN DeVALERIO**
4280 Professional Center Drive, Suite 350
Palm Beach Gardens, FL  33410
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

**Attorneys for Plaintiffs
Univisions-Crimson Holding, Inc.,
Central New York Univision Video Systems,
Inc. and Crimson Tech, Inc.**