# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

January 25, 2010

Honorable Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

    Re:    *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL 1917

Your Honor:

    The Direct and Indirect Purchaser Plaintiffs respond to the questions posed in your January 22, 2010 letter.

    **1.** We have no objection to Your Honor taking an additional week, or more time if necessary, to rule on the pending motions.

    **2 (a, b, c).** The July 15, 2009 stipulation regarding Philips Da Amazonia Industria Electronica Ltda, Philips Electronics Industries (Taiwan), Ltd., and Samtel Color, Ltd. applies only to the issue of personal jurisdiction.

    **2 (d).** The September 22, 2009 dismissal is only for the Indirect Action. Tatung Company was not named as a defendant in the Direct Purchaser Plaintiffs' Consolidated Amended Complaint.

    **2 (e, f).** Direct and Indirect Purchaser Plaintiffs voluntarily dismissed without prejudice Philips Consumer Electronics Co., and Philips Electronics Industries, Ltd. (Docket Nos. 458 and 460).

    **2 (g, h).** Direct and Indirect Purchaser Plaintiffs voluntarily dismissed without prejudice Panasonic Consumer Electronics and Matsushita Electronic Corp. (Malaysia) (Docket Nos. 457 and 461).

    Respectfully,

    /s/ *Guido Saveri*
    Guido Saveri
    *Interim Lead Counsel for the*
    *Direct Purchaser Plaintiffs*

    /s/ *Mario N. Alioto*
    Mario N. Alioto
    *Interim Lead Counsel for the*
    *Indirect Purchaser Plaintiffs*