UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT) ) Master File
ANTITRUST LITIGATION ) No. CV-07-5944 SC
) 
) MDL No. 1917
This document relates to: )
) ORDER RE: OBJECTIONS
ALL ACTIONS ) TO SPECIAL MASTER'S
) REPORT,
) RECOMMENDATIONS AND
) <u>TENTATIVE RULINGS</u>

    The Special Master in the above matter has rendered his Report, Recommendations, and Tentative Rulings Regarding Defendants' Motions to Dismiss dated February 5, 2010. Docket No. 597. The Court has been notified that Defendants object to the Special Master's Report, Recommendations, and Tentative Rulings. In accordance with the Order Appointing Special Master, Docket No. 302, the Court ORDERS as follows:

    Defendants in the direct action may file one joint set of objections to the Special Master's Report, Recommendations, and Tentative Rulings not to exceed twenty (20) pages. Defendants who filed separate motions to dismiss raising matters individual to them may file separate objections not to exceed five (5) pages. Objections should include requests, if appropriate, to modify the Special Master's Report, Recommendations, and Tentative Rulings, and Defendants should not file separate motions to modify.

Defendants in the indirect action may file one joint set of objections to the Special Master's Report, Recommendations, and Tentative Rulings not to exceed twenty (20) pages. Defendants who filed separate motions to dismiss the indirect complaint raising matters individual to them may file separate objections not to exceed five (5) pages. Objections should include requests, if appropriate, to modify the Special Master's Report, Recommendations, and Tentative Rulings, and Defendants should not file separate motions to modify.

Plaintiffs may file a response to each joint set of objections not to exceed fifteen (15) pages, and Plaintiffs may respond to each individually filed set of objections not to exceed three (3) pages. Responses should include requests to adopt, if appropriate, the Special Master's Report, Recommendations, and Tentative Rulings. Plaintiffs should not file separate motions to adopt. Responses will be due seven (7) days after the deadline for the objections.

IT IS SO ORDERED.

Dated: February 8, 2010

_____
UNITED STATES DISTRICT JUDGE