**Baker & McKenzie**

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois  60601, USA

Tel: +1 312 861 8000
Fax: +1 312 861 2899
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogotá
Brasilia
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

February 9, 2010

Patrick J. Ahern
Tel: +1 312 861 3735
Fax: +1 312 698 2034
patrick.j.ahern@bakernet.com

Hon. Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

RE:    In re Cathode Ray Tube (CRT) Litigation, No. 07-5944 SC, MDL No. 1917

Dear Judge Legge:

We represented Defendant Tatung Company of America, Inc. (TUS) in the above-referenced litigation.  This past Friday, February 5, 2010, your Honor issued your Report and Recommendation (Dkt. # 597) with respect to Defendants' motions to dismiss the CRT Direct Purchaser and Indirect Purchaser complaints, including defendants' joint motions to dismiss and defendants' individual motions to dismiss.  The R&R did not specifically deal with the motion to dismiss brought by Defendant Tatung Company of America, Inc.  Indeed, Tatung was not listed as one of the moving defendants on Appendix A and Appendix B.

On Friday, I called and spoke with your case handler who indicated that it was your Honor's understanding that TUS's motion was not before you.  I responded that this might be because Tatung Company (Taiwan) was dismissed without prejudice from the indirect purchaser complaint.  However, TUS remained in both the direct purchaser and indirect purchaser complaints.  Your case handler suggested that I write a letter setting forth this situation and asking that your Honor consider and rule on TUS's motion to dismiss.  Therefore, we would ask that your Honor consider and rule on TUS's motion to dismiss, in due course.

Please let me know if you have any questions.

Sincerely,


/s/    Patrick J. Ahern
Patrick J. Ahern
Counsel for Defendant Tatung Company of America, Inc.

cc:    All counsel via ECF

CHIDMS1/2765116.1

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.