# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

February 17, 2010

**By Hand Delivery**
Honorable Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

    Re:    *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL 1917

Your Honor:

    Direct Purchaser Plaintiffs were permitted to file an omnibus opposition brief to both the Combined Motions to Dismiss as well as the individual motions to dismiss. Plaintiffs responded to Tatung Company of America, Inc.'s individual motion to dismiss on pages 65-73 of the Direct Purchaser Plaintiffs' Combined Opposition To Defendants' Motions To Dismiss. Please find enclosed a courtesy copy of the combined opposition brief.

    Direct Purchaser Plaintiffs' response to the Tatung motion refers to the Declaration of Jordan Elias (and exhibits) ("Elias Declaration") which was attached as Exhibit 6 to the Declaration of Guido Saveri In Support of Plaintiffs' Opposition to Defendants' Motions to Dismiss ("Saveri Decl."). Please also find enclosed a courtesy copy of the Saveri Declaration and its Exhibit 6, the Elias Declaration (*i.e.,* exhibits other than the Elias Declaration are omitted).

    Please let me know if the Court requires anything further.

    Respectfully,

    /s/ *Guido Saveri*
    Guido Saveri
    Interim Lead Counsel for the
    Direct Purchaser Plaintiffs

cc:    All counsel via ECF filing (without enclosures)

crt.223