Please reply to: San Francisco

February 17, 2010

**Trump Alioto Trump & Prescott**
ATTORNEYS LLP

**VIA HAND DELIVERY**

Honorable Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re: *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* No. 07-5944, MDL 1917

Dear Judge Legge:

We write in response to Your Honor's email of February 16, 2010, in which you requested that plaintiffs send you copies of our opposition to Tatung Company of America, Inc.'s ("Tatung America") motion to dismiss.

We have enclosed a copy of the Indirect Purchaser Plaintiffs' Memorandum Of Points And Authorities In Opposition To Defendants' Separate And Joint Motions To Dismiss The Indirect Purchasers' Consolidated Amended Complaint.

We direct Your Honor's attention to the portions of the Memorandum that respond to the various arguments made by Tatung America in its motion to dismiss:

| Tatung America's Arguments | Indirect Plaintiffs' Response |
|---|---|
| Plaintiffs allege a conspiracy as to CRTs only, and not CRT Products. *See* Motion at 2. | *See* Opposition Memorandum at 18:1-20:11 |
| Plaintiffs have failed to allege an antitrust conspiracy with respect to Tatung America. *See* Motion at 16-18. | *See* Opposition Memorandum at 20:12-27:5; 27:6-32:11 |
| Plaintiffs have not specifically alleged an agency or alter ego relationship with affiliated companies, Tatung Company and Chunghwa Picture Tubes, Ltd. *See* Motion at 17-18. | *See* Opposition Memorandum at 32:12-38:17; 42:18-43:7; 45:6-53:12 |

2280 Union Street
San Francisco, CA 94123
(415) 563-7200
FAX (415) 346-0679

2201 Walnut Avenue, Ste. 200
Fremont, CA 94538
(510) 790-0900
FAX (510) 790-4856

Case 4:07-cv-05944-JST   Document 602   Filed 02/17/10   Page 2 of 2

Hon. Charles A. Legge
In Re: CRT Antitrust Litig.
Page 2 of 2

| | |
|---|---|
| Plaintiffs' allegation that Tatung America participated in the conspiracy is implausible because it would have been conspiring to injure itself. *See* Motion at 14-15. | *See* Opposition Memorandum at 67:3-72:5 |

Respectfully submitted,

/s/ Mario N. Alioto

Mario N. Alioto
*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

cc:   All Counsel via ECF Filing (without enclosure)