COUNSEL LISTED ON SIGNATURE BLOCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No.: M-07-5944 SC<br><br>MDL NO. 1917<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS SUBMITTED IN CONNECTION WITH OBJECTIONS AND RESPONSES TO SPECIAL MASTER'S REPORT |
| This Document Relates to:<br><br>ALL ACTIONS. | |

WHEREAS on February 5, 2010, Judge Legge entered the Report, Recommendations and Tentative Rulings Regarding Defendants' Motions to Dismiss (Dkt. 597);

WHEREAS the undersigned Defendants intend to file Objections to the Report pursuant to the Court's Order Appointing Special Master, dated June 16, 2008 (Dkt. No. 302) and the Court's Order re: Objections to Special Master's Report, Recommendations and Tentative Rulings, dated February 8, 2010 (Dkt. 598) ("February 8, 2010 Order");

WHEREAS Plaintiffs intend to file Responses to the Objections pursuant to the February 8, 2010 Order;

WHEREAS the Court's Order Appointing Special Master provides that "[t]he party filing the objection or motion [on Special Master's Orders, Reports, or Recommendations] shall submit with such objection or motion any record necessary for the Court to review the Special Master's order, report, and/or recommendation, including any

transcripts of proceedings before the Special Master and any documents submitted by the parties in connection with the Special Master's order, report, and/or recommendation." (Dkt. 302, at ¶ 17);

　　　　　IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Defendants and Plaintiffs, that:

　　　　　1.　　In filing their Objections and Responses, the parties are not required to submit to the Court any documents already filed with the Court and available via the ECF case docket.

　　　　　2.　　The parties may fully comply with Paragraph 17 of the Order Appointing Special Master by citing to documents already filed with the Court by docket number, page number, line number, and where applicable, by paragraph number.

**IT IS SO STIPULATED.**

DATED: February 18, 2009　　　　　　By:　 /s/ Jeffrey L. Kessler
　　　　　　　　　　　　　　　　　　　　　JEFFREY L. KESSLER (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Email: jkessler@dl.com
　　　　　　　　　　　　　　　　　　　　　A. PAUL VICTOR (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Email: pvictor@dl.com
　　　　　　　　　　　　　　　　　　　　　EVA W. COLE (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Email : ecole@dl.com
　　　　　　　　　　　　　　　　　　　　　**DEWEY & LEBOEUF LLP**
　　　　　　　　　　　　　　　　　　　　　1301 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 259-8000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 259-7013

　　　　　　　　　　　　　　　　　　　　　PETER ROOT (142348)
　　　　　　　　　　　　　　　　　　　　　Email: proot@dl.com
　　　　　　　　　　　　　　　　　　　　　**DEWEY & LEBOEUF LLP**
　　　　　　　　　　　　　　　　　　　　　1950 University Avenue
　　　　　　　　　　　　　　　　　　　　　East Palo Alto, California 94303
　　　　　　　　　　　　　　　　　　　　　Telephone: (650) 845-7000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 845-7333

　　　　　　　　　　　　　　　　　　　　　STEVEN A. REISS (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Email: steven.reiss@weil.com
　　　　　　　　　　　　　　　　　　　　　DAVID L. YOHAI (*pro hac vice*)

Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*


By: /s/ Gary L. Halling
GARY L. HALLING (66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (95788)
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH (203524)
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

---

STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS SUBMITTED IN CONNECTION WITH SPECIAL MASTER'S REPORT    MDL No. 1917    3

| | |
|---|---|
| 1 | By: /s/ Michael Tubach |
| 2 | MICHAEL TUBACH (145955)<br>Email: mtubach@omm.com |
| 3 | **O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor |
| 4 | San Francisco, California 94111-3823<br>Telephone: (415) 984-8876 |
| 5 | Facsimile: (415) 984-8701 |

By: /s/ Michael Tubach
MICHAEL TUBACH (145955)
Email: mtubach@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8876
Facsimile: (415) 984-8701

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
Email : isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***


By: /s/ Samuel Miller
SAMUEL R. MILLER (66871)
Email: srmiller@sidley.com
MARIE L. FIALA (79676)
Email: mfiala@sidley.com
RYAN M. SANDROCK (251781)
Email: rsandrock@sidley.com
ROBERT B. MARTIN, III (235489)
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, 20th Floor
San Francisco, California 94104
Telephone : (415) 772-1200
Facsimile: (415) 772-7400

***Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.***


By: /s/ Ethan E. Litwin
ETHAN E. LITWIN  (*pro hac vice*)
Email: LitwinE@howrey.com
**HOWREY LLP**

601 Lexington Avenue, 54th Floor
New York, New York 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501


By: /s/ John Taladay
JOHN TALADAY (*pro hac vice*)
Email: TaladayJ@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries Ltd., Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*


By: /s/ Bruce H. Jackson
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, California 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (*pro hac vice*)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (*pro hac vice*)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL (*pro hac vice*)
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, Illinois 60601
Telephone: (312) 861-8000

*Attorneys for Tatung Company of America, Inc.*

---

STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS SUBMITTED IN CONNECTION WITH SPECIAL MASTER'S REPORT | MDL No. 1917 | 5

|   |   |
|---|---|
| 1 |   |
| 2 | By: /s/ Kent M. Roger |
|   | KENT M. ROGER (95987) |
| 3 | Email: kroger@morganlewis.com |
|   | DIANE L. WEBB (197851) |
| 4 | Email: dwebb@morganlewis.com |
|   | MICHELLE PARK CHIU (248421) |
| 5 | Email: mchiu@morganlewis.com |
|   | **MORGAN, LEWIS & BOCKIUS LLP** |
| 6 | One Market, Spear Street Tower |
|   | San Francisco, California 94105-1126 |
| 7 | Telephone: (415) 442-1000 |
| 8 | Facsimile: (415) 442-1001 |
| 9 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.* |

By: /s/ Terry Calvani
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
Email: bruce.mcculloch@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*


By: /s/ George L. Paul
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005

|   |   |
|---|---|
| 1 | Telephone: (202) 626-3600 |
| 2 | Facsimile: (202) 639-9355 |

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba America Consumer Products, L.L.C.*

By: /s/ William Diaz
WILLIAM DIAZ (232297)
Email: wdiaz@mwe.com
**MCDERMOTT WILL & EMERY**
18191 Von Karman Avenue
Suite 500
Irvine, California 92612-7108
Telephone:  (949) 851-0633
Facsimile:   (949) 851-9348

*Attorneys for Samtel Color, Ltd.*

By: /s/ Guido Saveri
GUIDO SAVERI (41059)
Email:  guido@saveri.com
R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com
CADIO ZIRPOLI (179108)
Email: cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

| STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS SUBMITTED IN CONNECTION WITH SPECIAL MASTER'S REPORT | MDL No. 1917   7 |
|---|---|

2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____          _____
                                                  Hon. Samuel Conti
                                                  United States District Judge