1 COUNSEL LISTED ON SIGNATURE BLOCK

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| | )  No.: M-07-5944 SC |
| **In Re CATHODE RAY TUBE (CRT)** | ) |
| **ANTITRUST LITIGATION** | )  MDL NO. 1917 |
| | ) |
| | )  **STIPULATION AND [PROPOSED]** |
| This Document Relates to: | )  **ORDER REGARDING** |
| | )  **DOCUMENTS SUBMITTED IN** |
| | )  **CONNECTION WITH OBJECTIONS** |
| ALL ACTIONS. | )  **AND RESPONSES TO SPECIAL** |
| | )  **MASTER'S REPORT** |

17           WHEREAS on February 5, 2010, Judge Legge entered the Report,

18 Recommendations and Tentative Rulings Regarding Defendants' Motions to Dismiss (Dkt.

19 597);

           WHEREAS the undersigned Defendants intend to file Objections to the Report

20 pursuant to the Court's Order Appointing Special Master, dated June 16, 2008 (Dkt. No. 302)

21 and the Court's Order re:  Objections to Special Master's Report, Recommendations and

22 Tentative Rulings, dated February 8, 2010 (Dkt. 598) ("February 8, 2010 Order");

23           WHEREAS Plaintiffs intend to file Responses to the Objections pursuant to the

24 February 8, 2010 Order;

           WHEREAS the Court's Order Appointing Special Master provides that "[t]he

25 party filing the objection or motion [on Special Master's Orders, Reports, or

26 Recommendations] shall submit with such objection or motion any record necessary for the

27 Court to review the Special Master's order, report, and/or recommendation, including any

28

transcripts of proceedings before the Special Master and any documents submitted by the parties in connection with the Special Master's order, report, and/or recommendation." (Dkt. 302, at ¶ 17);

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Defendants and Plaintiffs, that:

1.      In filing their Objections and Responses, the parties are not required to submit to the Court any documents already filed with the Court and available via the ECF case docket.

2.      The parties may fully comply with Paragraph 17 of the Order Appointing Special Master by citing to documents already filed with the Court by docket number, page number, line number, and where applicable, by paragraph number.

**IT IS SO STIPULATED.**

DATED: February 18, 2009

By: ___/s/ Jeffrey L. Kessler___
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email : ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

PETER ROOT (142348)
Email: proot@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue
East Palo Alto, California 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)

Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
JOSEPH R. WETZEL (238008)
Email: joseph.wetzel@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*


By: ___/s/ Gary L. Halling___
GARY L. HALLING (66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (95788)
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH (203524)
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

By: /s/ Michael Tubach
MICHAEL TUBACH (145955)
Email: mtubach@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8876
Facsimile: (415) 984-8701

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
Email : isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics*
*Co., Ltd. and Samsung Electronics America,*
*Inc.*

By: /s/ Samuel Miller
SAMUEL R. MILLER (66871)
Email: srmiller@sidley.com
MARIE L. FIALA (79676)
Email: mfiala@sidley.com
RYAN M. SANDROCK (251781)
Email: rsandrock@sidley.com
ROBERT B. MARTIN, III (235489)
rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, 20th Floor
San Francisco, California 94104
Telephone : (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants LG Electronics, Inc.,*
*LG Electronics USA, Inc., and LG Electronics*
*Taiwan Taipei Co., Ltd.*

By: /s/ Ethan E. Litwin
ETHAN E. LITWIN  (*pro hac vice*)
Email: LitwinE@howrey.com
**HOWREY LLP**

601 Lexington Avenue, 54th Floor
New York, New York 10022
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

By: /s/ John Taladay
JOHN TALADAY (*pro hac vice*)
Email: TaladayJ@howrey.com
**HOWREY LLP**
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2402
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

***Attorneys for Defendant Philips Electronics
North America Corporation, Koninklijke
Philips Electronics N.V., Philips Electronics
Industries Ltd., Philips Consumer Electronics
Co., Philips Electronics Industries (Taiwan),
Ltd., and Philips da Amazonia Industria
Electronica Ltda.***

By: /s/ Bruce H. Jackson
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, California 94111-3802
Telephone: (415) 576-3000
Facsimile:    (415) 576-3099

PATRICK J. AHERN (*pro hac vice*)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (*pro hac vice*)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL (*pro hac vice*)
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, Illinois 60601
Telephone: (312) 861-8000

***Attorneys for Tatung Company of America, Inc.***

By: /s/ Kent M. Roger
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
DIANE L. WEBB (197851)
Email: dwebb@morganlewis.com
MICHELLE PARK CHIU (248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi*
*Asia, Ltd., Hitachi America, Ltd., Hitachi*
*Electronic Devices (USA), Inc., and Hitachi*
*Displays, Ltd.*


By: /s/ Terry Calvani
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
Email: bruce.mcculloch@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER**
**US LLP**
701 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita*
*Color CRT Company, Ltd.*


By: /s/ George L. Paul
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS
SUBMITTED IN CONNECTION WITH SPECIAL MASTER'S REPORT

MDL No. 1917    6

Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,
Toshiba America Electronic Components, Inc.,
Toshiba America Information Systems, Inc.,
Toshiba America, Inc., and Toshiba America
Consumer Products, L.L.C.*

By: /s/ William Diaz
WILLIAM DIAZ (232297)
Email: wdiaz@mwe.com
**MCDERMOTT WILL & EMERY**
18191 Von Karman Avenue
Suite 500
Irvine, California 92612-7108
Telephone:   (949) 851-0633
Facsimile:   (949) 851-9348

*Attorneys for Samtel Color, Ltd.*

By: /s/ Guido Saveri
GUIDO SAVERI (41059)
Email: guido@saveri.com
R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com
CADIO ZIRPOLI (179108)
Email: cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct
Purchaser Plaintiffs*

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT,
LLP**

2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

***Interim Lead Counsel for the Indirect
Purchaser Plaintiffs***

*Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 18, 2010



Ho
United                                              ge
Judge Samuel Conti