| | |
|---|---|
| 1 | GREGORY D. HULL (57367) |
|   | Email: greg.hull@weil.com |
| 2 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway |
| 3 | Redwood Shores, California 94065-1175 |
|   | Telephone: (650) 802-3000 |
| 4 | Facsimile: (650) 802-3100 |
| 5 | STEVEN A. REISS *(Admitted Pro Hac Vice)* |
|   | Email: steven.reiss@weil.com |
| 6 | DAVID L. YOHAI *(Admitted Pro Hac Vice)* |
|   | Email: david.yohai@weil.com |
| 7 | DAVID E. YOLKUT *(Admitted Pro Hac Vice)* |
|   | Email: david.yolkut@weil.com |
| 8 | WEIL, GOTSHAL & MANGES LLP |
|   | 767 Fifth Avenue |
| 9 | New York, New York 10153-0119 |
|   | Telephone:  (212) 310-8000 |
| 10 | Facsimile:  (212) 310-8007 |
| 11 | JEFFREY L. KESSLER *(Admitted Pro Hac Vice)* |
|   | Email: jkessler@dl.com |
| 12 | A. PAUL VICTOR *(Admitted Pro Hac Vice)* |
|   | Email: pvictor@dl.com |
| 13 | EVA W. COLE *(Admitted Pro Hac Vice)* |
|   | Email:  ecole@dl.com |
| 14 | Dewey & LeBoeuf LLP |
|   | 1301 Avenue of the Americas |
| 15 | New York, NY 10019 |
|   | Telephone: (212) 259-8000 |
| 16 | Facsimile: (212) 259-7013 |

Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC—MDL No. 1917 |
| _____ | **CERTIFICATE OF SERVICE** |
| This Document Relates to: | |
| DIRECT PURCHASER ACTION. | |

1

**CERTIFICATE OF SERVICE**

Case No. 07-5944-SC
MDL No. 1917

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on February 19, 2010, I served a copy of:

**OBJECTIONS OF DEFENDANTS PANASONIC CORP. AND PANASONIC CORP. OF NORTH AMERICA TO THE REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS OF THE SPECIAL MASTER REGARDING PANASONIC'S MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

☒ **ELECTRONIC FILING** by serving a true copy on this date of each document listed above via the Court's USDC Live System – Document Filing System on all interested parties registered for electronic filing in this action.

☐ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

Executed on February 19, 2010 at New York, New York. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Herbert Chan*
Herbert Chan