# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019-6092

tel  +1 212 259 8050
fax +1 212 259 7013
jkessler@dl.com

February 19, 2010

BY ELECTRONIC FILING

The Honorable Samuel Conti
United States District Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC, MDL No. 1917

Dear Judge Conti:

Pursuant to Federal Rule 53(f)(1), we write on behalf of Defendants to request oral argument regarding Defendants' objections to the Report, Recommendations and Tentative Rulings Regarding Defendants' Motions to Dismiss issued by the Special Master on February 5, 2010 (Dkt. 597) ("Report"). *See* Fed. R. Civ. P. 53(f)(1) ("In acting on a master's order, report or recommendations, the court must give the parties notice and an opportunity to be heard.").

Specifically, Defendants request oral argument in connection with the following objections being filed by Defendants today: (i) the joint objections to the portions of the Report concerning Defendants' motion to dismiss the Direct Purchaser Plaintiffs Consolidated Amended Complaint, (ii) the joint objections to the portions of the Report concerning Defendants' motion to dismiss the Indirect Purchaser Plaintiffs Consolidated Amended Complaint, and (iii) the separate objections filed by individual defendants with respect to the Special Master's recommendation to deny the individual motions to dismiss. Defendants believe that the issues presented in the objections are sufficiently important that the Court would benefit from oral argument and, thus, respectfully request that a hearing on the objections be scheduled for this purpose.

Respectfully submitted,

By:   /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER
(*pro hac vice*)

cc:   All Counsel via ECF

NEW YORK  |  LONDON MULTINATIONAL PARTNERSHIP  |  WASHINGTON, DC
ALBANY  |  ALMATY  |  AUSTIN  |  BEIJING  |  BOSTON  |  BRUSSELS  |  CHARLOTTE  |  CHICAGO  |  DUBAI
EAST PALO ALTO  |  FRANKFURT  |  HARTFORD  |  HONG KONG  |  HOUSTON  |  JACKSONVILLE  |  JOHANNESBURG (PTY) LTD.
LOS ANGELES  |  MILAN  |  MOSCOW  |  PARIS MULTINATIONAL PARTNERSHIP  |  RIYADH AFFILIATED OFFICE  |  ROME  |  SAN FRANCISCO  |  WARSAW