# CERTIFICATE OF SERVICE

I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is DEWEY & LeBOEUF LLP, 1301 Avenue of the Americas, New York, NY, 10019. On February 19, 2010, I served the within documents:

**DEFENDANTS' JOINT OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' JOINT MOTION TO DISMISS THE DIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT and DECLARATION OF JEFFREY KESSLER IN SUPPORT OF DEFENDANTS' JOINT OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' JOINT MOTION TO DISMISS THE DIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINTS**

☐ I sent such document from facsimile machine on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ I am readily familiar with Dewey & LeBoeuf's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. I placed such sealed envelope(s) for delivery by Federal Express to the offices of the addressee(s) as indicated on the attached mailing list on the date hereof following ordinary business practices.

☐ I served the above-referenced document(s) via electronic transmission to the email address of the addressee(s) as indicated below.

☒ by electronically filing a true copy of each document listed above via the Court's USDC Live System – Document Filing System, which will serve a true copy of each document listed above on all interested parties registered for electronic filing in this action.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 19, 2010, at New York, NY

                                                 s/Molly Donovan
                                                 Molly Donovan

Certificate of Service