**A**
**abandoned** 259:17
**abandonment** 258:24 259:5,12,25 266:15 266:20
**abide** 38:4
**ability** 45:23 216:11 245:2,10
**able** 70:1 185:14 205:5 335:6,7,9
**abolished** 305:10
**abroad** 36:25 50:3 52:19,19 179:16
**abrogate** 213:10
**absent** 182:3 206:19 243:24
**absolutely** 12:10 23:20 79:24 83:2 131:8 159:21 182:8 239:19 282:24 305:6
**absurd** 137:1
**abundantly** 91:2
**accent** 289:11
**accept** 191:17 298:19 319:12 325:24
**acceptable** 123:3
**accepted** 136:3 234:18
**access** 210:19
**account** 27:24 173:4 235:17 245:19 338:21
**accounted** 245:12
**accounting** 245:13 246:3
**accounts** 128:14
**accusation** 163:1
**accused** 245:24
**accusing** 109:11,14 248:12,17 249:8
**acknowledged** 183:22
**act** 20:20,22 42:21 44:18,24 52:14 54:8 73:21 113:13 117:18 126:2 134:17 139:13 142:4 145:5,6 148:4,4 148:5,6 175:1 182:18 182:19 193:9,12 199:3,23 213:17 261:20 309:16 322:24 337:19 338:16
**acted** 114:22 136:5 163:18 306:20 326:21
**acting** 25:24 220:15 221:6 233:13 325:5
**action** 73:20 89:19 128:7,9 136:1,5,8,11 136:17 145:3,4 193:9 209:10 213:17,20,21
**actionable** 159:24 204:5 319:7
**actions** 36:23 47:24 127:1 128:6 133:11 139:20 168:3 179:14 223:11,12 338:24
**activities** 50:6 55:25 254:20 282:3
**activity** 37:25 49:24 50:5 174:3
**actors** 280:7
**acts** 43:13 48:4 56:1 114:25 115:20,22 116:19 120:12,14 124:24 125:5,9,9,13 127:4 128:18 130:18 132:23 134:4,16 135:16,25 136:14 138:11,18 141:18 148:2 160:11,17,21 160:22 216:9 265:21 301:11 303:19 304:24 314:22
**actual** 22:21 68:24 99:9 111:8 164:5 238:16 285:12
**Act's** 54:2
**Ad** 108:4
**add** 11:3 134:20 250:20 250:23 260:1 279:17 284:22 287:17 323:21
**added** 286:14
**addition** 127:12 128:13 132:20 134:10 135:13 182:9,12,13 278:10 289:4
**additional** 36:8 72:18 206:17,19 320:9,23 334:9
**additionally** 48:16
**address** 11:1 17:23 19:2 28:5 61:11 123:1,6 124:10 130:13,15 133:5 144:24 145:10 188:6 225:17 237:4 288:4 322:8 341:14
**addressed** 11:2 112:25 215:20 216:23
**addresses** 103:20 135:9
**addressing** 9:1 35:11 57:1 113:2 196:10
**adequacy** 61:11 87:16 293:5
**adequate** 132:18 219:5
**adequately** 125:2,6 136:2 217:18
**adjourned** 343:10
**administration** 108:22
**admit** 60:3 88:19 240:8 322:4
**admonition** 72:17
**adopt** 133:22
**adopted** 235:14
**adopting** 336:9
**adoption** 121:10
**Advanced** 45:7
**advise** 190:25
**advised** 9:21
**affect** 19:25 30:18 104:12 107:6 230:24
**affidavit** 330:21
**affidavits** 329:8
**affiliate** 85:10 340:11
**affiliated** 77:10
**affiliates** 44:13 67:22 70:19 95:12 170:8 340:10
**affiliation** 47:3
**affirmative** 115:20 116:19 117:17 118:8 118:13 120:18 122:5 122:7 124:24 125:5,9 125:13 126:2 127:4 128:14,17 130:18 135:7,16,25 136:14 138:11,18 140:9 216:9 326:14
**affirmatively** 84:1 93:11 114:22 125:23 128:10 138:14 222:20 261:20 306:20 326:20 326:21
**affirmed** 35:24 192:4 193:5 221:21
**affirms** 39:20
**aforesaid** 121:9
**afternoon** 198:9 310:10 310:18 317:16
**AGC** 11:24 83:15,16,17 84:23 85:8 90:24 91:1 95:20 96:10 97:11 99:19 100:25 101:5,6 102:17 107:21,25 109:17 180:2,4,12,16,17,20 180:24 181:3,5,10,11 182:2,3,21,22 183:5 185:12 186:11,14,19 187:11 189:6,16,21 189:23,24 192:10 195:10,13 196:7,10 197:20 198:7 206:3
**agency** 288:5,5,7 293:2 293:6,11,14 307:19 312:7 315:23
**agenda** 67:3
**agent** 77:11
**agents** 176:17 231:6
**ago** 96:15 172:12 193:7 193:10 252:21 300:1
**agree** 23:22 43:8 67:8 124:13 126:14 128:24 155:15 171:14 173:16 173:16,17,19 174:10 175:17 239:18 295:23 297:6 299:1
**agreed** 67:13,16 69:3 104:22 126:7,18,21 127:18 140:25 141:1 167:21 170:4 229:1,2 229:5,10 231:6 278:12
**agreeing** 30:3 68:7 106:9 110:4
**agreement** 15:23 38:5 59:9 67:9 68:25 128:5 150:3 154:12 154:21 155:9 159:19 163:24 164:3 171:8 171:11,23 218:5,6 230:19 256:10,12 304:6,15
**agreements** 50:4,10 67:20 105:6,16 126:7 154:10 155:3 164:15 168:19 177:11 232:1 233:1 255:12 256:6 270:14,25 271:19 311:14 316:10 319:25 321:3 324:22
**agrees** 195:20 285:4
**ah** 259:11
**ahead** 124:9 130:16 228:7 237:5 251:20 287:1 329:10
**Ahern** 6:5 16:22,22 17:2,6 328:25 329:12 329:22,25 330:6,11 330:22 331:2 332:9 332:13,22 333:8,11 334:13 338:22 339:7 339:19 341:2
**aimed** 170:23
**aims** 49:5,7
**Air** 276:21 277:2
**akin** 163:13,16
**alert** 241:11
**alia** 231:6 255:12 316:11 324:22
**Alioto** 3:19,20 207:13 207:13,19,20,25 250:19 263:15
**allegation** 24:8,9 26:12 27:25 28:18,20 29:19 29:21 32:4,19 38:15 38:25 40:20 41:17 42:2,9 53:11 58:24 59:21 60:1,19,21 61:1 61:8 64:16,16,17 69:2 89:10 92:17 94:5 106:11,19 107:3,7,11 107:14 113:3 117:17 122:15 136:12 142:24 149:8,9 150:5 156:10 156:14,16,18 157:9 159:17 165:16 176:25 177:24 178:2,13,17 183:13,15 187:20 189:9 190:15,20 192:1,5 234:15 236:6 239:4 255:17 256:7 256:10 258:15 259:22 260:24 269:19 270:5 270:7,12,19 271:3,16 272:2,17 273:3,14 278:4 295:6,9 305:14 305:16,21 306:1,3,18 307:19 311:9,10,11 311:12,22,23 313:22 314:5 322:13 325:7 326:3 331:23
**allegations** 19:20,21 20:14 21:11 22:2,13 22:17,22,25 23:13,14 24:8 25:7,13,17,18,23 27:22 28:5 30:20 31:22 32:21 36:3,6,8 36:19 40:18 41:7,16 42:4 49:5 50:1,4 51:16 56:4,9 57:12 58:21,22 59:23 60:9 65:19 66:23 67:19 68:10,23 76:25 77:18 83:11 84:5 87:16 89:2 94:19 101:22 102:2 107:22 109:19 110:2 111:5 114:19 115:23 116:17 117:4 117:6 123:21 124:20 126:20 127:4 129:2 130:7,10,20,25 131:4 131:4,18 132:5,21 134:10,12,13 135:22 136:2 138:4 140:2,20 149:18,19 151:15 152:21,23 153:1

157:1,8,11 159:3,4,15 159:18 161:10,14 162:24 167:23,25 168:22 170:22 174:5 176:2,8,15 188:6 190:2 193:18 211:7,7 217:11,15,23 218:3 219:5,8,14,15,20 222:12 226:3,8,9,10 226:14,17 228:10,12 229:25 230:2 231:5 231:10 232:9,13,15 233:18 234:3,6,13,13 234:19 236:5,8 241:6 241:7 242:23 243:21 246:4 250:21 251:17 252:7,9,24,25 253:16 253:17,23,25 254:3,6 254:18,20,25 257:9 257:14 258:8 260:8,9 260:22 261:5 263:5 263:25 264:4,6,6,18 264:23 266:9,11 268:25 269:7 271:23 274:3 275:5 276:15 276:16 277:20 280:21 281:4,20 282:15 285:4,13,17 286:16 287:6,13,15,19 288:5 288:7,9,10 289:19,20 290:9 291:7 293:2,7 293:11 296:4 298:13 298:25 300:13,22 301:2 303:17 307:14 307:15 308:4,22 310:15 311:25 312:10 314:4,24,25 315:2 320:16 323:11 325:23 325:25 329:14 331:19 331:21 341:3

**allege** 24:6 27:4 31:6,8 33:3 41:3 42:2 46:24 46:25 48:7,12,24 50:22 54:3 64:2,7,22 65:7,9 68:17 77:19 78:4 84:3 88:14 98:4 99:1,12,13,14,23,24 102:4 103:16,22 108:13 110:5 111:5 116:3,11 119:2 125:15 127:22 130:24 131:1,15,16 132:13 135:25 136:13 140:21 148:20 149:14 159:8 162:2,9 166:20 168:15,24 169:5 171:2 176:9,9 178:4,6 178:18 190:17 191:8 216:9 228:23,25 229:1,1,6,9,16,17 230:8,11 234:23 235:18 242:7,7 244:1 252:12 258:12 262:10 263:11 270:25 272:20 272:22,22,25 273:1,2 273:9,11,14,16 274:5 274:13 278:10 283:19 288:11,13,17 291:6 291:13,21 292:12,15 292:16,22,24 301:16 307:9 308:9,10,25 309:15,21,23 315:6 318:20 319:13 320:5 320:12 323:3 326:19 331:13

**alleged** 21:24 27:17,23 28:13 29:25 30:24 31:15 33:15 34:7 39:7,9 40:10 41:13,21 44:10 47:6 50:8 52:4 52:12 53:6,13,14 55:24 56:3 59:15 63:8 65:24 66:13 67:9 69:7,8,11 74:1 74:19 76:7,21 77:16 79:16,21 80:13 81:5 81:10,24 83:6,24 90:7 91:13,21 92:4,8,16 93:5,11 94:1,9,11 105:12 106:18,18,24 107:25 108:8,10 112:13 115:22 120:4 120:18 122:7,12 124:24 127:24,25 128:9,11,12 130:3,17 132:8,9 133:12 134:5 134:5,6,8 136:8 138:13 139:24 150:2 162:13 163:12 164:12 164:20 167:10 168:12 170:2 176:4 177:11 177:12,13 179:4 202:3,4,14 203:1,5 212:2 217:18 218:2 221:5,7 224:2 230:8 233:20 234:1 235:6 238:18 246:16 256:1 256:2 260:23 269:15 270:3 278:14 280:20 280:23 281:6,23 283:2 290:13 295:18 296:1 297:8 298:20 299:17 307:23 313:24 320:18 321:21 322:24 323:24 324:1 326:10 327:20 328:7 329:16 331:13,22

**allegedly** 30:6 34:11 44:21 45:2 71:22 72:16 92:24

**alleges** 32:10 50:13 54:10 81:19 86:11 88:4 89:8,24 96:13 125:9 127:8,13 128:14,21 136:2,10 190:2 243:16 261:6 307:19 319:14 327:11 327:16,17

**alleging** 36:24 42:13 68:24 102:16 113:24 117:17 120:20 121:18 140:10 148:24 150:14 167:2,3 173:2 176:16 179:15 220:17 234:3 260:24 273:7 274:17 274:24 280:22 319:6

**alley** 138:24

**allocation** 255:13 316:12 324:24

**allow** 38:3 40:20 75:21 108:23 131:10 145:17 145:19,20 206:7 312:7 314:7 328:12

**allowed** 41:4 74:5 192:24 215:9,11

**allowing** 73:5 206:17

**allows** 163:10 235:3 238:16 337:13

**alluded** 27:21 292:9

**Alsup** 181:9 190:3,6

**Alsup's** 181:7

**alter** 303:21

**alternate** 213:7

**alternative** 213:25

**alternatively** 66:19 78:8

**Al-Kidd** 51:7,9 52:8 57:25

**Al-Kidd's** 152:21

**amazingly** 84:20

**Amazonia** 5:9 15:20 62:24

**ambiguous** 69:4

**AMD** 36:3,3,10 45:8 165:14,16,19,21,23 166:5

**AMD's** 36:8

**amend** 187:16 249:21 322:17 325:20 328:21

**amended** 44:6 50:12 53:15 54:9 63:22 65:16 77:15,19 187:15,17 230:3 234:5 252:4,5 255:3 281:3

**amending** 233:23

**amendment** 218:14

**America** 4:19 5:3,9 6:3 7:9 16:23 17:2 18:24 31:18 62:22 113:11 169:15 172:7 192:23 237:12 244:6 248:2,9 249:6,7 250:11 267:13 268:21,21 269:1 278:22 279:5 310:12,19 311:3,4,8 311:12,13,22,24 312:3 313:21,22 314:5 315:18 328:25 329:22,25

**American** 45:18 54:4,5 108:4 114:24 129:7 129:14,23 267:17 279:7 291:18

**Americans** 47:20 170:18

**Americas** 4:22

**America's** 329:15

**amicus** 188:22

**amnesty** 282:1

**amount** 12:23 86:23 88:3 189:11

**ample** 73:2

**amplify** 242:13

**analysis** 30:15 45:7 102:21 107:3 147:25 175:3,4 181:2 182:22 192:10 197:1 230:21 270:7

**analyze** 155:13 171:13 184:1

**analyzed** 160:1 252:3

**analyzing** 107:1

**ancient** 297:18

**and/or** 178:11 273:6,14

**Animal** 39:16

**announced** 129:9,22

**announcement** 126:18 129:12

**announcements** 28:15

**announcing** 141:2

**answer** 8:25 60:20 107:15,16 130:12 131:11 132:24 195:9 263:14 324:8 328:21

**answered** 141:6

**answers** 106:13

**anticipated** 107:2

**anticipates** 92:2

**anticompetitive** 46:17 46:21 146:15 173:12

**antitrust** 1:6 20:19,21 21:2,4,18 28:6,10 36:23 39:22 43:17 45:9 46:16,20 54:7 70:16 75:22 81:25 85:11 91:8 96:7 97:12 101:7 108:6,23 109:10 126:9 127:11 132:2 133:5,8 134:15 138:25 140:5 141:15 141:16,22 145:18,23 146:3,14,18,19 147:12,15,18,18,22 151:6 162:22 164:11 171:18 172:9 174:18 175:6,17 179:14 180:5,6,23 182:17,18 183:2,3,11 187:18 188:10 191:25 195:3 204:3 205:22 206:5 212:10,14 218:17 222:6 241:25 256:9 266:16 298:2 300:3,5 320:14 323:22

**anybody** 22:17 112:1 139:3 144:15 244:23 269:6 277:22

**anybody's** 59:21

**anyway** 61:5 110:6

**apologize** 308:21

**apparent** 88:25 139:24 237:18 242:16

**apparently** 26:17 118:19 275:7

**appeal** 188:20 218:23

**appeals** 196:9

**appear** 33:17,23 251:5 307:15 320:22 326:14

**appearance** 9:17 10:16

**appearances** 9:5 10:15

**appeared** 13:5

**appearing** 43:10 263:18

**appears** 25:2 33:25

**appellate** 181:16 189:5 214:23 304:24 305:11

**Appendix** 293:8

**Apple** 27:17 76:23

**apples** 157:6,9

**applicability** 52:23

**applicable** 55:11 56:7 96:9 315:22

**applicant** 282:2

**application** 46:16

161:10 165:1 195:25 198:18 333:16
**applied** 21:21 23:11,17 131:12 134:21 165:3 180:2,17,20 181:11 181:13,13,14,14,23 181:24 182:9,9 186:21 196:20,22 214:14 291:8
**applies** 22:19 52:13 53:2 91:6 93:16,16 113:3 145:7,8,11,12 146:16 173:6,14,20 180:12 181:3,20 186:11 187:11 189:21 189:23 202:9 206:11 211:11 214:25 241:24
**apply** 19:20,21 21:3 22:16 41:23,23,25 42:22 52:14 56:6 71:6 72:25 145:2,20 146:3,7,14 147:5,7,18 147:19 148:5 171:18 172:19,21 173:18 174:4,11,12 180:25 181:10,11,17,18,22 182:3,5,6,7,20,21,23 182:24 186:15,19,20 186:21 189:7,16,24 189:24 194:9 195:10 196:25 197:21 199:15 199:19 200:21 201:3 206:2 225:5 299:21 300:2,2 301:13 305:5 305:6 333:17 337:1 337:12 340:11 342:23
**applying** 20:25 83:4 182:2 187:12 232:8
**appointed** 8:6
**apportion** 194:17
**apportioning** 183:6 188:4
**apportionment** 195:6
**appreciate** 144:17 237:7 332:3 342:5
**approach** 41:11 85:25 332:9
**approached** 64:8
**appropriate** 54:17 125:1 156:22 190:1,7 224:11 298:23
**appropriately** 117:4
**approval** 289:1
**approximately** 79:19
**apt** 132:12
**ARBITRATION** 1:1
**Arc** 172:7 192:23
**Arch** 97:5 118:24
**Arco** 146:19
**area** 9:23 147:1 193:4
**arguably** 239:17
**argue** 13:16,19,20 17:7 18:11,12 19:1 41:24 59:22 72:9 86:3 107:24 124:3 128:19 131:7 144:11 145:19 149:24 157:1 180:16 184:12 200:10 212:25 224:16 225:1,2,8 246:15 260:14 314:21 333:21
**argued** 13:7 15:22,22 41:15 59:25 74:10 78:23 111:14 115:4 123:9 137:13,18 285:19 323:5
**argues** 261:23
**arguing** 16:4 25:9 38:12 87:6 103:15,18 110:24 113:7 115:12 147:4,6 157:4,12 158:14 173:9 282:19
**argument** 8:22 14:14 19:8 38:19 48:16 51:6 55:20 59:14,24 60:7 61:10,18 63:9 80:23 83:8,15,16,17 84:23 107:21 111:23 112:10 113:4 115:14 120:17 122:25 123:25 124:12 127:3 130:14 136:13 144:10,19 148:14 150:9 156:24 158:4,5 162:8 166:22 172:4 173:7 174:20 176:2 188:21 191:16 192:17,19,22,22 196:1,4 197:2,10,20 197:25 202:16 206:3 208:7,11 210:16 212:9,13,17 214:8 215:19,19 224:4,23 232:7 236:1 237:2 255:25 260:3 279:21 290:24 293:14 298:19 302:3 310:6 317:5 318:12 322:9 326:7 334:6 336:21 337:5 337:25 341:12
**arguments** 8:8 11:3,25 13:4 71:19 75:14 86:7 95:25 103:1 111:20 112:24 115:9 123:14 124:5,7 138:8
143:25 144:6 192:13 193:2 200:11 202:16 207:22 209:12 225:11 225:14,15,21 236:7 242:22 247:18 251:12 288:4 291:4 319:11 339:9 340:13,14
**arises** 308:1
**arising** 189:7
**ARLEN** 1:18 344:3,18
**arm** 105:21 294:25
**Armstrong** 190:4
**arm's** 333:9,11
**arrangement** 112:12
**arrived** 11:12
**artificially** 50:15 80:21
**Ashcroft** 51:7,10 241:8
**Asia** 32:8 38:5 113:11 129:20 165:19
**Asian** 130:2 151:19
**aside** 312:1
**asked** 60:19 132:14 146:10 150:3 303:12 303:14 326:8
**asking** 51:19 62:3 90:16 131:23 133:19 133:21 156:15 163:23 308:15 325:20
**asks** 163:17
**aspect** 224:5 288:14
**assent** 105:3
**assert** 179:3 274:8 301:3 314:22 318:20 323:13 330:9
**asserted** 147:22 180:6 193:19
**asserting** 45:9 161:17 287:18 301:5 305:18 308:6
**assertion** 19:23 28:10 33:5 221:15 241:20 257:3 271:17 272:4 306:4 312:20,21 313:6,23 316:1
**assertions** 24:15,17 33:5,6 39:10 57:14,15 57:17,24 153:6,9 159:11 163:7 271:25 272:9 319:17
**assess** 80:5
**assets** 201:23 210:1
**assigned** 118:25
**assignments** 229:12
**Assistant** 253:13
**associate** 222:25
**Associated** 90:23 94:22
**association** 138:5
247:14 253:24 266:19 308:11
**associations** 119:6 130:8 229:19 254:1 290:5 321:14 323:23
**assume** 305:13 314:2 335:1
**assuming** 73:8,22 124:14 262:17 265:19
**assumption** 241:19
**assumptions** 73:9 91:4
**assured** 13:9
**attach** 330:2
**attached** 329:8
**attack** 259:2 337:9
**attempt** 98:3 138:14 141:4,4 314:22 321:4 325:12 330:15 335:17 341:14
**attempted** 308:19 320:8
**attempting** 260:10 312:3 320:5
**attempts** 82:5
**attend** 126:6 284:1,8 331:14
**attendance** 116:12 138:5 326:9,19
**attended** 126:4 134:7 154:6 171:3 176:4,5 176:10 177:1 228:16 261:8,12 264:8 265:3 275:16,18 276:2,10 278:1 281:24 283:16 283:19 288:16,18 292:15 308:8,17 309:24,25 310:1 311:24 313:24 316:3 327:11,16,18 328:8
**attendee** 291:11
**attendees** 125:24 126:4 261:11
**attending** 125:24 269:7 312:19 313:1,2,2,5
**attends** 277:23
**attention** 50:21 151:9 227:9 230:7 238:25 240:22 242:9 244:24
**attenuated** 166:4
**attorney** 4:14 9:13,14 9:14,15 188:21 241:8 253:13
**attorneys** 2:4,10,15,20 3:4,9,14,19 4:4,10,20 5:5,11,16,21 6:4,10 6:16 7:4,11,16 9:16
**attributable** 132:23
134:4 135:18 305:2
**attribute** 115:19 303:19
**attributed** 134:17
**audited** 245:16,21
**August** 277:16 281:9
**Austin** 6:16 293:18
**Australia** 302:15
**Autery** 55:4
**authorities** 35:3 151:6 174:22 175:7 211:17 286:2
**authority** 199:21 200:4 200:14 201:14 204:11 210:4 340:2
**authorized** 312:4
**avail** 247:19
**available** 11:8,10,14 244:23
**Avenue** 4:22 5:6,12,17 7:17
**averments** 239:17
**avoid** 99:8 121:11 159:11 219:7
**aware** 34:5 136:4,7 137:11 164:16 165:2 189:4 196:9 269:10
**awful** 10:25 13:13 255:16
**a.m** 8:3

**B**

**B** 2:21 4:5 6:17 7:5 106:5 111:1 228:23 283:18
**Babcock** 211:25
**back** 14:16 17:24,25 26:6 46:13 79:10 86:16 87:13 96:12 100:25 101:5,6 125:19,19 139:3 150:16 199:11 202:1 205:2 208:21,22 209:6,15 214:8 239:10 245:15 267:1 271:25 280:6 282:16 286:22 299:13,18 300:23 301:4 302:10 336:5
**backdoor** 212:15
**backdooring** 212:20
**backtrack** 217:13
**back-breaking** 181:20
**bad** 23:3 120:19 161:12 161:13
**baffled** 256:3
**bags** 92:14

**BAKER** 6:4
**balance** 108:6 187:12
**bald** 270:18
**baloney** 303:16
**Bank** 173:8
**banks** 189:12
**bar** 71:21 72:19 91:6 186:21 195:10 196:6 197:23 241:24
**Barbra** 204:9
**bare** 152:23 226:9 228:11 257:3 312:20 312:21 313:6,23
**Barker** 114:23 115:19 116:7 133:7 134:15 141:7,14 142:20 218:24 220:5,9,20 221:2,3 223:7,9 299:8 299:14 300:1,7,10,12 301:6,13 304:22
**barred** 44:3 71:3,17 91:12 92:5 93:1,13 113:18 122:20 128:3 174:5 180:10 205:25 219:20
**barring** 195:15
**bars** 36:23 113:13 179:14
**base** 165:23 316:1
**baseball** 145:16,22,23 145:24
**based** 22:14 29:1 47:7 50:2 52:23 104:18,22 106:25 111:21 135:7 166:5 167:11 169:6 170:21,22 173:19,20 198:7 219:15 221:22 231:4 279:5 294:12 294:22 313:8 314:4 322:13,15 326:7 330:14 332:23 336:15 341:16
**bases** 223:2
**basic** 12:25 13:1 20:15 107:22 108:24 148:10 226:6 296:7
**basically** 17:17 40:24 54:15 86:21,25 169:3 205:2 235:18 309:3 330:19 341:14,16
**basis** 27:1,19 43:2 54:22 55:17 105:2 154:9 165:24 171:5 172:16 177:24 179:3 182:2 208:11 219:13 219:15 220:21 230:8 230:8 232:2 236:5 273:9,17 283:10 293:1 306:3 338:1
**Battery** 2:21
**battle** 211:15
**bear** 13:11 15:5 197:12
**bearing** 252:9,16 253:1 253:15,17
**becoming** 302:19,20
**began** 228:13,13,21
**beginning** 20:15 29:6 122:2 140:3 199:4
**begins** 228:20
**behalf** 11:18 14:6 43:10 44:12,12 78:20 97:2 99:9 112:21 113:10 122:23 126:4 168:19 176:19 221:6 233:1 260:6 267:12,14,19 267:24 293:19 304:20 310:2,11 312:5 324:11 329:21 338:12
**Beijing** 317:17,18,25
**BEJING** 7:15
**belabor** 111:15,18 119:21 255:7 257:5
**believe** 16:3 19:9,17 26:18 27:19 28:13,15 28:23 32:2 33:14,16 39:25 41:11 54:9 57:10 58:16 61:15 73:1,23 75:21 90:21 109:24 119:23 122:17 124:15 142:20 147:12 157:15 169:5 175:9 180:4 188:1 198:15 203:17 209:2 239:1 258:18 259:16,20 265:1 280:11 281:2 283:1 286:3 299:18 300:19 302:24 304:5 309:14 319:9 325:22 328:23
**believed** 151:18 188:10
**believes** 58:4
**belong** 139:14
**Beltz** 133:9 135:13
**benefit** 204:12,24 205:6 205:9 211:23 212:3 269:15 332:14
**benefits** 50:17
**benign** 254:20
**BERGER** 3:9
**Bernstein** 2:20 338:12
**best** 8:20 23:21 41:11 57:13 69:6 97:5,6 118:13 147:24 155:23 156:2 184:24,24,25 185:6,8 190:17 191:6 227:23 240:11 283:6 283:7
**better** 165:17 256:21
**beyond** 11:7 111:25 168:5 173:23 254:4 334:17
**big** 65:14 87:14 148:4 299:5 333:5 335:20
**bigger** 8:16 9:22
**bilateral** 32:5 126:22 255:11 257:12 278:3 283:24 284:9 291:15 307:20 316:9,13 319:24 324:21 325:10
**bilaterally** 284:5
**bill** 214:15
**billion** 192:2
**bind** 160:18 312:6
**binding** 83:23 223:12
**binds** 142:4
**Binkow** 4:9 216:20
**bio** 62:14 207:16
**Biotech** 19:15 20:11
**bit** 21:12 144:6,10 157:4 162:12 165:7 187:1,1,8 297:14 318:3 321:19 335:10
**black** 83:25 246:2
**blamed** 117:22
**blend** 100:21 111:12
**BMCC** 317:17,19,22 317:23 318:3,7,15,21 318:25 319:6,9,13,23 320:4,9,19,20,23 321:6,6,15 322:2,6,25 323:3,10,13,15,16,21 323:23,24 324:2,3,7 324:13,18,20 325:1,4 327:11,16,20,22 328:7,12
**BMCC's** 319:15 325:3 326:1 327:10
**board** 330:8 332:9 339:21,22
**Bockius** 5:21 112:21
**body** 213:10
**boiler** 272:3
**bond** 80:17 183:9 220:24
**books** 208:20
**Borden** 74:8,9,11,14 75:5 91:16,23
**bordered** 23:2
**bottom** 56:8 67:14 85:19 104:25 155:15 171:14 190:23 229:3 245:5
**bought** 33:21,24,24 36:5,13 37:9 40:25 48:7,13,20,21,22 60:20,22,24 61:3 64:23 74:3 77:8 86:9 100:15,19,20,23 101:9,14 103:8,14 109:21 185:7,8 186:1 189:10 192:6 267:22
**bound** 141:17 151:12 151:13
**boxes** 77:1
**boycott** 42:13
**branding** 279:9
**Brazil** 310:13,16
**breach** 54:2
**breached** 240:15
**break** 62:14 144:3 207:14,16 284:14,19 286:20
**breakout** 8:11
**Brennan** 243:18,21
**Brick** 11:24 61:21 71:3 71:10,18,21 72:14,19 72:25 73:9 74:25 90:22 91:2,5,6 93:13 94:22,24 95:16 96:8 109:2 164:24,25 194:19 198:18 199:1 199:7 205:16,18 206:12 209:1 212:13 329:8 333:14,15 334:22 336:9,16,20 337:4 340:10 341:9 341:11,12
**brief** 13:2 16:7 20:7 39:15 41:18,24 44:9 55:1 91:11 119:3,10 119:11,12 120:23 123:24 124:25 125:12 130:7 135:12 136:25 137:4 146:24 147:10 147:20 169:12 174:16 174:21,23 186:16 188:22 196:10,14 199:5 200:23 203:8 207:23 208:10 213:2 216:2,19 217:2 219:4 219:18,24 220:6 221:19 250:5,7,21,22 250:25 251:11,25 264:18 265:14,19 272:18,21,22,23,24 272:25 274:18 277:4 279:2 281:16,20 287:4,11,12,14,25 288:1,23 290:20,23 290:25 291:2,3 292:3 293:4 294:6 303:5 304:24 310:17 311:5 315:17 317:11 319:17 325:19 327:9 336:3 336:24 337:7 339:9 340:21,22,24
**briefed** 188:20 212:4,6
**briefing** 13:1 15:1 198:16 249:15 250:3 277:12
**briefly** 74:18 76:1 95:21 120:1 138:10 162:15 176:23 202:18 214:5 215:23 218:20 220:13 221:14 226:16 255:9 265:25 266:8 288:4 322:8 327:8,24 328:2 330:8 331:12
**briefs** 10:20,24 12:23 13:3 19:16 38:11 51:6,7 82:14 114:23 144:8 169:19 211:15 211:16 215:21 216:15 216:23 220:3 221:11 239:12 247:3 251:13 252:1,2,8,11 258:11 259:1,16 260:7,19,21 265:23 273:11,11 277:6 286:2 299:13 301:24 317:10 325:14 325:15,16 328:3
**bright** 91:7 93:13 336:10
**bring** 199:9 205:24 212:5 213:4 225:12 249:22 275:10 312:3
**bringing** 209:23 212:16
**brings** 30:23 195:14 274:2
**British** 44:1
**broad** 143:3 255:17
**broader** 73:24
**broadly** 201:2
**broad-based** 259:2
**broken** 18:20
**brought** 52:18 53:3 82:18 196:7,8 220:23 329:7,12 341:12
**Bruce** 2:11 78:20 303:10 332:3
**BRUCKHAUS** 7:16
**brush** 140:16 143:3
**bsimon@pswplaw.co...** 2:13
**bucket** 102:10 204:4

**buckets** 203:25
**building** 185:20
**bullet** 117:16,18 118:5
  120:2,3
**burden** 19:10 20:4 31:1
  33:19 51:19 60:17
  96:6 102:3 202:1
  210:2,7 214:18,24
  219:19 244:1 254:15
  263:5
**burdens** 159:12 161:16
**bury** 59:3,11
**business** 87:8 129:11
  166:1 173:13 201:3
  201:10,23 245:1,9
  258:16,25 259:19,23
  262:5,12,15,22,23
  267:21 286:11 295:4
  295:8 302:22 307:6,8
  335:25
**businesses** 259:7 306:9
**Bussan** 135:2
**buy** 46:1 74:2 97:4,5,6
  97:7 100:9,9,10
  103:12 104:14 155:23
  156:2 184:22,24,24
  184:25 185:6,8 191:6
  269:14 283:6,7 333:7
  333:8
**buyer** 296:2,4,10
  298:15 301:21 302:20
  302:20,23 332:8
**buyers** 155:21 296:13
**buying** 36:14 156:1
**buys** 85:19 97:6 100:10
  103:10 184:25 190:17
  243:5 268:23 331:4
**bypassing** 261:1,3

**C**

**C** 2:1,5 3:1,20 4:1,5 5:1
  6:1 7:1 228:23
  320:13
**Cabraser** 2:20 338:12
**CADIO** 2:6
**CAFA** 193:22 194:2,14
**California** 2:12,17,22
  3:16,21 4:6,11,15
  5:23 6:12,19,19 8:1
  40:14 168:4 173:1
  180:17 188:21,25
  192:1,3 193:14,16
  194:21 288:22,25
  289:4,6 331:17
  344:20
**call** 14:22 22:10 53:11
  144:4 146:17 148:2

151:9 230:7 270:13
  295:12 310:13 311:3
  329:15
**called** 20:20 51:7 84:23
  172:11 238:22 286:13
  306:6
**calling** 281:9,11 318:2
  321:5
**calls** 51:22 98:22 164:1
  312:20
**Canada** 240:25,25
  279:12
**Canadian** 289:12
**candid** 150:12 161:25
**candy** 74:3,10 75:3,7
  75:11,16 82:23 91:17
**capacity** 67:6 140:7
  228:3 229:7 251:4
  266:23 278:15
**capital** 136:25
**car** 301:24
**card** 189:13,14
**cardboard** 82:9,22
**Cardizem** 211:24
**care** 200:24
**careful** 102:21 206:17
**carefully** 181:4 199:12
  233:11
**cargo** 276:21 277:2
**Carol** 206:14
**Carolina** 189:17,19
  207:10
**carried** 168:4,14
**carrier** 301:25
**carry** 51:18 59:17
  189:13 239:7
**cartel** 81:21,24 82:1
  91:13 92:4,25 98:20
  98:21,23,24,25
**carve** 73:3 99:3 213:19
**carved** 75:18
**case** 7:4 8:7 9:17 13:16
  14:23 15:1,6,7,14,15
  15:16,21 16:24,25
  17:9,14 18:23 19:6,15
  19:15 21:20,23 26:9
  31:3 32:21 33:6 34:2
  34:13,14,15,16,17
  35:10,18,25 36:21
  37:2,5,14 39:14,16
  40:16,20,25 41:6,8,12
  42:11,12,13,19,25
  43:1,25 44:3,8,9 45:6
  46:2,6,10,24 51:4,7
  52:8 55:6 56:7 57:21
  57:25 58:5 61:2
  62:21 65:9 69:24

70:5 71:5 72:6,14,20
  73:10,25 74:1,8,19
  75:12,18,20 76:2,3,9
  76:10,15,16,24 77:5
  78:11,15,18,25 79:3,4
  79:5,6,11,11,14 80:17
  80:19,19 81:17,23
  82:5,12,13,15,19 83:3
  83:18,24 84:14,20,23
  84:25 86:10,17,20,23
  88:18 90:25 91:6,11
  91:17,20,22 92:7 94:2
  94:19,21,22,23 95:4,5
  95:11,15,16,16,23
  98:18 99:4,6,7 100:6
  100:16,16 102:22
  104:9 105:18 109:16
  113:16 114:22 115:16
  116:22,22,24 117:10
  118:24,24 120:22
  121:3,7 124:23 127:7
  128:4,18 130:25
  131:9 133:1,2,3,4,5,7
  133:7,8,8,17,18
  134:15,25 135:13,14
  135:22 136:3,3 137:6
  137:10,19,19,24
  141:15 142:20 144:9
  144:11 145:15,16,22
  146:1,9,10,11,19,23
  147:8,24 148:16
  150:17 152:7,7,14,19
  159:21 161:20,22
  162:19,21,22 163:3
  163:21 164:19,20
  165:2,4,4,7,9,13,14
  166:24 167:12 168:5
  171:16,19 172:3,7,8
  172:11,13,18 173:8
  173:11,24 175:13,14
  175:15 177:2 178:24
  179:1,19 181:7,8
  183:9,23 186:10,25
  187:3,7 188:13,14,19
  188:23 189:2,6,19
  190:5,11,25 191:25
  192:2,4,11,20,23
  193:5 194:14 195:8
  196:11,12 197:1,2
  199:17,18 200:2,14
  200:17,17,17,23
  202:18,22 204:1,8,9
  205:19,20 206:14,15
  207:6 208:9 209:4,16
  209:17,18 210:4,17
  210:21 211:18,20,25
  211:25 213:13,14,14

214:17,19,20 216:14
  217:6 218:11,12,18
  219:1,2,4,12 220:14
  220:14,20,22,23
  221:10,19,20 222:3,3
  222:4,6 223:7,8,25
  226:17 227:24 233:11
  233:12,16,16 236:22
  240:11 242:2 243:18
  243:21 246:12 247:5
  247:6,15,16 251:9
  254:15 256:9,13
  259:15 262:1,10,25
  265:18,25,25 266:18
  267:12 271:17 273:24
  275:10 276:9,14,16
  276:24 277:22 279:15
  280:5,14 281:2 282:8
  282:11,13 283:11
  285:2 286:15 288:8
  288:19,23,25,25
  289:4,20,21,23,23,25
  289:25 290:8 294:2
  297:11 298:1,7,19,21
  299:6,8,10,15,19
  300:3,3,8,8,9,19,21
  301:8,25,25 302:19
  303:4,7,24 304:10,12
  304:13,22,23,23
  306:8 314:9,11,14
  315:4,11 317:3 318:8
  321:12,24 323:5
  327:3,4 329:19 330:5
  330:7,16 331:7,8
  334:14,15,18 335:3,5
  335:8,19 336:23
  337:11 339:6,10
  340:4,12 341:14
**cases** 8:10 16:20,21
  20:12 34:12 39:13,18
  43:20 70:10,21,22
  72:14 73:1 76:1 77:4
  78:24 80:15,18 82:24
  83:2 85:4 116:10
  124:21,25 125:4,11
  127:6 131:1,12,17
  134:18,21 135:13
  136:9 137:4 138:25
  141:16 143:25 144:19
  162:11 164:8,25
  174:24 182:6 189:7
  191:21 193:8,11,11
  193:13,15 194:1,3,22
  195:23 200:7,10,10
  202:20 204:16,18
  205:1,3,18,21 206:22
  209:14 210:13,14,16

210:17,22,25 211:2,3
  211:6,8,20 212:7
  213:11 214:1,11
  215:9,20 216:15
  217:1 218:15,22
  220:1 221:17,24
  223:22 224:4,6
  241:25 246:11 252:24
  257:15,21,22,24
  258:6 264:2 276:19
  276:25 279:20 280:3
  282:18 292:3 293:15
  293:16 297:24,25
  298:2 300:2,4,6 301:6
  301:23 302:6 305:9
  305:11 335:23 336:2
  341:18 342:7
**catch** 62:13
**Catch-22** 195:12
**category** 59:4 291:10
  291:10
**cathode** 1:5 22:7 47:21
  167:18 170:19
**causation** 37:15 54:11
**cause** 73:20 89:19
  136:4,7,11,17 145:3,4
  209:10
**caused** 36:11 44:2
  45:10 46:21 53:16
  165:20 166:6
**causes** 43:14
**cautioned** 272:9
**ccorbitt@zelle.com** 4:7
**ccurran@whitecase....**
  7:7
**CDT** 22:7 125:18
  324:25
**CDT's** 22:8 29:3
**cease** 302:15
**ceased** 129:19 302:22
**center** 4:11 6:12 9:22
**Centerprise** 44:1,6
**CEO** 167:14
**certain** 18:9 67:21 88:3
  105:9 116:25 140:14
  176:10 188:19 203:23
  221:2 252:13 254:19
  280:15 289:11 336:10
**certainly** 11:5 48:22
  58:5 137:25 138:6
  142:19 170:12 178:22
  195:7 234:25 254:18
  262:11 263:10 266:2
  299:22 305:25 307:3
  308:22 323:3
**CERTIFICATE** 344:1
**certification** 78:23

172:15,17 173:4 244:6 299:7
**certified** 244:7 344:1,4 344:19
**certify** 344:3
**cetera** 28:14 32:11 67:7 133:15 134:11 137:12 138:6 169:2 253:3,4
**chain** 36:16 85:6,20 87:11 100:12,13 102:7 103:10 184:17 184:23 185:6 229:14 278:22
**chains** 63:1
**chair** 339:21,23
**chairman** 339:20
**challenge** 123:20 153:18 209:21 211:2 211:13
**challenged** 327:21
**challenging** 153:15,16 186:12,13 329:13
**chance** 59:6 125:17 134:3 158:6 225:16 237:5 328:12
**change** 51:14 89:25 160:13 195:5 209:2 226:5 326:4,5 328:9 328:16
**changed** 125:21 193:21 208:24 258:19 306:6
**changes** 126:15 128:24 328:6
**channel** 283:10
**chapter** 119:21
**characterize** 118:21
**charge** 30:9 36:10,12 67:11 94:13 105:13 106:4 127:1 243:6,11 243:14,15
**charged** 29:18 105:17 105:20 308:23
**charges** 260:18
**charging** 169:9 266:25
**Charles** 1:2
**chart** 79:12 94:25 158:2,11,16 169:3 293:20 294:13,16 295:12 331:25
**charts** 84:24,25
**check** 90:22 124:16 303:12,14 305:24
**checklist** 222:23 223:5
**cheese** 82:16,16,21
**chemicals** 40:13,15 44:9,14,21 45:1 124:23 128:4 131:14 131:25 132:20 136:3 217:2
**Chen** 329:9,18 330:3 330:13,22,23 332:24
**Chicago** 6:6
**China** 31:14 32:8,11 275:8 291:16 316:19 319:2 320:1 323:15 325:1
**Chinese** 27:6,7 130:2 283:17 318:16 319:3 323:14 325:4 327:16 327:18,19
**chips** 36:4,5 166:8 210:19
**CHIU** 5:22
**chocolate** 211:19,19 276:24 277:9
**choose** 182:5
**chose** 93:11 151:13
**chosen** 126:17
**Christopher** 7:5 251:9
**chronology** 208:16,16 209:13 214:8
**Chunghwa** 26:17 28:16 32:2,2 47:23 154:17 229:23 282:1 289:25 290:1,6 298:10 331:5 331:6,7 332:2,4,5,15 332:18 333:8,18 335:7,22 337:17,21 340:9
**circuit** 19:14 20:6,9,11 20:13 21:15,21,22 35:10,24 37:15,24 39:15 44:3 46:3 51:8 51:13,15 52:10 54:25 57:20,23 58:3,4 74:5 74:20 75:4,10,17 76:3 80:19 91:15,16 92:2,6 92:13,22 93:4 108:20 114:24 121:3,6,13,23 122:16 142:6 152:6 172:10,12,14,19 183:8 188:20 189:15 193:6 221:20,21 227:24 247:6 259:14 261:17 262:16 293:8 299:15 301:7 302:12 306:23 334:13,15 336:7 340:2,3
**circuits** 37:16
**Circuit's** 37:14 43:22 43:24 51:25 55:3 72:10
**circumstance** 166:13 222:1
**circumstances** 54:18 73:7 90:13 113:25 159:22 166:24 173:15 221:25 223:14
**citation** 152:20 200:14 204:18 207:9 277:3
**citations** 119:10 206:25 207:8
**cite** 23:1 29:24 34:21 35:20 51:5 52:7 60:15 70:15,21 81:23 91:11 93:18 119:13 121:25 122:2 133:1,4 134:19,22 135:13 140:2,14 143:13 152:9,10 155:17 163:4 196:10 206:22 217:21,23 218:22 220:9 221:17 229:5 240:11 271:15 275:12 275:13 277:7 279:3 279:19 280:5 288:7 288:23,24 289:6 304:23 305:9,11 314:15,17,17 315:9 339:8
**cited** 19:16 36:21 39:15 43:25 44:8 45:16 46:4 55:1 69:9 94:21 114:22 115:16 117:10 119:21 120:23 124:25 125:12 133:9,17 137:4 146:23 147:12 147:20 200:5,23 201:14 202:19 204:1 204:11,16 205:2,18 206:14 208:9 210:14 213:1,11,13 214:10 214:11,20 215:5,9 217:1 218:15,16,18 220:6 221:11,18 259:15 270:10 275:18 277:11 299:19,22,24 300:6,20 301:24 302:8 314:10 335:23 336:2,7,24 339:11 341:9,15
**cites** 53:22 249:12 280:2 289:1 315:5 340:6
**cities** 151:19
**citing** 82:3,3 93:21 129:8,20 140:18 247:13
**citizens** 170:24
**civil** 300:7
**claim** 16:16 22:4 28:1 30:10 33:11,14,15 37:7,10 41:21 44:2 51:20,24 54:8 92:18 93:9 97:1,9 104:6,7 132:16 137:20,24 138:1 145:7 150:19 160:2 163:8 165:10 167:5 173:18,19 180:7,9 182:17,18 186:8 195:11,16 201:15,20 202:13 203:4 204:1,3,3,5,19 205:5,23,24 206:1,7 206:10 208:4 209:15 209:17 210:10,24 211:4,14,21 212:5,11 212:14,16 213:4,7 217:19 235:2 257:3 260:13 262:17 272:11 274:6 290:13 298:6,6 299:3 300:25,25 301:20 315:4 322:10 336:19 337:19 338:16 338:16,18
**claimed** 47:8 180:8
**claiming** 97:21,24 101:25,25 154:2 155:25 156:3,25 208:7 305:25 312:4
**claims** 34:3 40:16,24 41:1 44:18,24 45:8,9 45:12 47:14 54:24 55:7 58:12 69:10 70:11,17,23 71:3,16 71:17 72:10 73:24 74:5 75:22 78:2,9 79:2,9 84:18,18 91:9 91:12,12 92:4 93:1,12 107:24 113:13 114:16 118:17 122:13,17 125:3 127:9 128:2 132:18 137:2 145:10 147:6,7,7 148:11,12 151:2,14 153:17,25 159:22 160:1 164:22 173:2,20 174:4,6 179:3 180:11 186:22 190:13 193:23 195:14 196:7 197:24 198:2,7 199:9 201:1,5,7,10 203:21 204:6,10,25 205:13 206:5,6 207:10,21 209:14 212:6,18 214:16 215:7,10 216:25 217:16 242:14 266:9 273:20 285:8 322:21
**clarify** 250:24 254:22 340:18
**class** 34:1,19 36:2,4,6 45:6 46:25 47:1,7 58:10 61:4 64:17,22 78:23 83:10,24 84:4 100:24 103:7,13 127:15 136:21 165:16 166:2,10 169:4 172:15 173:3 178:9 193:9 201:2,8 273:5 279:15 299:6 301:3 327:12 331:11,11
**classes** 103:6
**Clause** 145:8,9,12 146:8,12,13,16 175:11,12,12
**Clayton** 4:5 73:21 113:13 145:5 173:18
**clear** 19:14 21:14 22:22 23:25 24:2 25:18,22 26:7 29:6,20 37:24 42:17 59:13 61:16 67:25 77:7 91:3 92:6 103:7 131:17 135:24 136:18 145:13 147:4 148:23 149:1,20 150:1,1,23 154:1,1 159:20,21 171:15 172:23 174:4 180:19 181:10 185:10,20 190:8 199:14 200:19 200:21 201:4 213:12 230:12 238:14 241:10 243:19,22 257:22 292:8 295:6 296:8,17 298:1 312:2 340:2
**clearer** 211:1
**clearest** 154:3
**clearly** 20:5 27:19 37:1 63:23 64:9 65:11 71:13 100:15 112:4 142:14,14,18 149:12 149:17 167:21 172:3 173:25 175:10 179:18 199:23 200:1 228:11 232:2 296:1 316:4 339:23
**client** 9:14,15 11:4 13:10,19 158:20 277:25 297:10,11,12 299:9 304:6 305:24 321:12,20
**clients** 48:7 93:17 238:9 239:13 243:2,6 303:13,14
**close** 129:23 140:25

141:1 164:18 238:18
**closed** 60:10 129:6 140:17,18,18,25 141:1
**closely** 147:8
**closest** 29:23,23 117:17 317:3
**closing** 53:13 60:9 120:23 129:9 140:16 278:11
**closings** 278:19
**closure** 140:22
**closures** 50:8 128:16 129:2 130:20 133:15 134:13
**clue** 322:1
**coconspirator** 75:17 77:11 91:23
**code** 10:3,4,7
**codefendant** 305:2
**coding** 105:10
**coffee** 9:19,22,24
**COLE** 4:21 16:2,12
**colleagues** 237:17
**collected** 109:4
**collectively** 89:23 203:9
**collusion** 119:5 120:5
**collusive** 50:3 321:3
**collusively** 30:18,19 107:6 230:25
**color** 7:15 15:25 238:5 317:17,25
**column** 9:12 139:14 245:4
**columns** 139:14
**combination** 65:22
**combine** 20:1
**combined** 146:13 167:8 306:9
**come** 10:20 18:11,12 28:14 29:19,23 37:20 57:12 58:15 107:21 148:8 158:11 159:5 175:25 223:1 231:9 254:9 298:18 318:12
**comes** 11:4 18:14 21:4 21:20 34:10 37:6 87:5,12 102:17 115:1 117:16,17 156:4 164:18 289:11
**comfortable** 18:18 60:13
**coming** 10:22 14:16 197:12,16 237:1 324:2 334:20,21
**comity** 38:1 46:19 145:14 194:8
**commend** 222:9 223:24 339:17
**comment** 9:1
**comments** 17:22 57:2 161:3 215:23 254:23
**commerce** 36:18,20 42:25 43:1 44:5 46:8 52:4,13,15,16,24 54:3 54:4,6 145:8,12,14 146:8,12 173:24 175:11 202:5 278:24
**Commission** 148:4,5 175:1 195:4
**commissioner** 220:23 220:25
**committed** 223:16 301:11
**commodity** 108:24
**common** 10:25 11:1,15 11:22 12:15 88:13 106:24 204:14 206:17 213:8,11,22 246:10 246:14
**commonplace** 335:24
**communication** 253:5
**communications** 331:15
**companies** 18:23,25 27:15,23 29:12,12 32:14 45:17 47:7 79:15 80:3,9 81:14 85:1,7,10,22,23,24 87:17 88:6,13 90:2 95:13 98:1 100:10 105:14 151:17 158:12 158:23,25 165:18 166:8 170:3 176:10 176:14 178:18 234:8 267:21 276:10,17 295:24 314:25 320:17 329:24 331:5,20
**company** 6:3 16:23,23 17:2,3 81:4 85:9,10 87:8,14 88:2 100:6 105:21 106:1,6 118:2 129:13,25 135:3 156:2 158:22,25 160:10 176:19,23,24 245:2,9,18 253:22 259:8,17 262:14,14 265:3 267:19 268:5 268:22 273:21,22 274:4 275:16 277:23 278:1 282:25 285:24 286:12 296:6 306:14 317:17 318:1 319:3 321:9 328:24,25 329:14,22,25 330:6 333:10,11,13 334:2,5 336:17
**company's** 129:10
**compare** 67:24 84:16 117:6
**compared** 234:12
**comparing** 66:13 84:10
**comparison** 293:5
**compelling** 148:16
**compels** 146:6
**compensate** 247:16
**compete** 157:19 197:17
**competing** 85:21
**competition** 20:25 50:14,18 85:12,15 98:9,11 149:5,9,13 162:1 183:14,17,20 187:20 190:16,20 191:4,10,14 197:6,8 197:16 296:21 305:19
**competitive** 67:4 81:21 104:2 118:23 126:10 143:15 154:22 171:9 197:11,13 296:22 338:9
**competitively** 308:12
**competitor** 165:15 177:1
**competitors** 99:16 106:6 110:7 157:23 228:3 281:25 331:15
**complain** 168:9
**complaint** 19:12,21 20:3 22:2,21,25 24:4 24:12,25 26:19 31:6 31:16,16 32:20 41:18 42:5 44:6 47:8 48:23 49:4,15 50:1,5,12 51:18 52:1 53:15,20 54:10,16 55:2,23 56:9 57:18 58:23 59:13,22 59:23 60:1,9,21,25 61:8 63:19,23 65:17 66:1,3,9,10,13,15,17 66:23,25 68:2,11,11 69:15,18 77:6,15 79:16,21 80:1,13,25 81:18,19 83:7,11,14 84:3,5,8,9,15,16 86:4 86:10,10,13 88:4,15 88:25 89:2,3 90:12 92:17 94:4,17 96:13 96:17,23 97:21 98:4 103:20 104:18,19 106:12 107:23 108:11 109:18 110:10 111:3 113:15 118:20,22 119:22 120:3,5,11,20 122:11 124:20 125:8 127:8,12 128:13,21 129:1 131:5 132:14 132:21 133:12 134:9 136:1,10,19 138:4 139:16 140:5,10 143:14 145:1,4 148:15,17,20 149:3 151:1,14,22,23 152:21 153:1,2,5,7,8 158:17,18 159:4,14 159:23 160:12 161:7 161:8,8,12,12,24 163:6 164:4 165:17 166:21 168:12,23 170:13,23 171:2 176:1,2,8,25 177:23 179:23,23 183:16,21 187:15,16,17 188:9 190:2 198:14 202:3,4 210:9 215:1 221:21 222:10 223:4,25 224:1 225:9,12 227:8 228:7 230:1,3,12 234:5 237:19 239:6 239:11,17,18,20 242:21 243:16 250:13 251:5,17 252:4,6,25 253:21 255:3 257:9 260:12 261:9 263:6,7 263:11,22,24 264:12 264:14,21,25 267:3 268:3,4,5,6,8,14,16 269:1,2,5,20 271:5,24 272:4 273:1,2,18,20 274:7,19,25 278:7,13 279:2 280:18 281:4 281:18 283:2,14 284:23,24 285:15,16 285:25 286:1,7,17 287:13,15,20 288:6 288:11 291:6,11 292:5 293:6,25 294:7 294:8 295:3,15,18 296:3,8,9,16 297:1 298:10 303:2,15 305:15 306:18 308:2 308:3,8 309:14 311:10,11,18,19 312:12 313:4 315:20 317:22 319:14,21 320:7,8,12,14,24,25 321:2,13 322:1,5,16 322:17,21 323:2,7,20 323:20 326:10,15,18 327:14,21 328:10 337:9 340:25 341:8
**complaints** 12:1 77:19 84:10 138:6 164:10 164:12 168:9,15 193:19 225:4 239:3 249:3 252:3,12,16 253:16 254:24 255:23 258:12 259:21 274:1 290:12 292:22 297:21 307:16 311:9 312:13 318:14 319:8,9,12 324:7
**complete** 13:4 146:17 146:20 307:7,10,12 344:7
**completely** 54:20 58:21 63:19 65:2 76:15 94:23 145:18 159:2 161:25 175:4,18 188:24 193:2 195:24 200:7 203:15 258:20 274:22 275:9 289:22 309:3
**complex** 62:9 193:16 292:22
**complexity** 100:5 101:13 183:6 188:4
**complicated** 95:14
**complied** 202:10
**component** 34:8,8,11 36:21 37:21 38:13 39:20 82:3 83:5 86:25 165:11 185:19 191:23 210:17
**components** 35:17 39:1 40:19 63:12 87:11 99:25 107:19 150:18 150:21 169:16
**composition** 64:22
**comprised** 94:14
**computer** 22:8 30:16 39:3 68:19 70:3 76:22 93:6 105:23 107:5,9 110:12 149:4 149:6 154:7,18 155:22 171:4 231:12 238:6 318:18 321:11
**computerized** 254:7
**computers** 10:11 36:5 47:21 93:8 170:19 192:6,8 210:19,20
**ConAgra** 200:2
**conceal** 126:16 128:25 130:4,8 138:15 141:4
**concealed** 115:18 121:8 142:23 202:23 218:4

222:20
**concealing** 121:5 126:10 139:11
**concealment** 113:22 114:11,19 115:2,10 115:23 116:4,20 117:18 118:8 119:17 120:17 124:11,24 125:7,9,13 126:2 127:2 128:1 132:5,8 138:18 142:11,21 215:25 217:4,7,15,19 218:3 219:6,20 220:11 221:1,15,23 222:12 223:14,15,17 223:18 265:18 298:18 298:21,25 299:2,17 299:20,21 300:13,15 301:12,17 304:1,25 322:19,25 325:23
**concede** 70:25 95:2 114:1,8 122:13 143:22 208:3
**conceded** 70:7 121:17 199:20 211:12 285:23 301:16
**concentrated** 226:21
**concentration** 138:5
**concept** 22:6 244:9
**concepts** 145:2
**concern** 12:5
**concerned** 114:11 123:25 167:14 262:3 286:11
**concerning** 27:18 36:9 36:20 111:6
**concerns** 44:7 188:7
**concert** 233:14
**conclude** 159:17 161:21 224:3
**concluded** 69:20
**conclusion** 10:21 39:24 77:14 146:6 231:3
**conclusions** 190:5 226:9 241:13 242:9 257:16 319:10,12
**conclusory** 19:23 22:16 24:15,17 28:10 33:5,5 39:9 51:16 57:17,24 69:4 115:15 121:13 149:24 152:2 153:6,9 159:11 177:4 228:11 255:20 264:3,5 270:19,22 271:1,17 271:25 272:3 274:22 275:5 284:11 293:10 323:3
**concrete** 300:22
**condemning** 257:15
**condition** 209:23
**conditions** 36:9 228:5
**conducive** 119:4 227:18
**conduct** 41:7 45:10,14 46:7,17,21 52:15 53:1 54:1,11 84:2 109:12 117:13 118:14 120:18 122:5,7 128:8 134:3 135:7 140:9 146:4,15 147:7 149:22 152:22 165:18 166:5 167:25 170:23 171:17 173:22 192:5,9 202:15,25 203:6 322:6 325:3
**Confectionary** 211:20 276:24 277:10
**confer** 39:22 204:24
**conference** 8:16
**conferences** 8:15
**conferred** 204:12 205:5 205:9
**confirmed** 36:18
**conflate** 60:11
**conflating** 112:7
**conflict** 145:21 146:21 147:1 175:19
**conform** 148:7
**conformity** 147:15
**confused** 14:19 42:8
**confuses** 42:7
**confusing** 42:19 66:8
**Congress** 20:22 21:1 37:11 146:2 175:16 175:17
**Conley** 257:22 297:19
**Conmar** 115:16 117:10 121:3,24,25 125:4 134:22,23 135:6,24 136:18 218:23
**connect** 37:25 235:10
**connection** 12:20 17:16 21:13 56:4 114:18 115:8 116:18 123:22 133:13 138:13 142:21 291:19 330:25 331:9
**consent** 243:5
**consequence** 92:19 300:24
**consider** 43:20 44:7 54:7 94:12 255:8 290:11 292:7
**consideration** 30:15 107:4 109:17 196:23 230:22 270:8
**considerations** 100:18
**considered** 30:2 36:19 68:6 77:25 91:1 94:9 95:15 106:8 107:2 110:3,6 181:5 230:17 270:2,5 281:21 340:8
**consist** 319:9
**consistent** 33:4 46:18 84:20 131:11 135:21 172:20,20 212:21 307:22
**consolidated** 50:12 53:15 54:9 63:22 65:16 77:15,19 87:13 245:16 252:4,5 255:2
**consolidation** 119:5 136:23
**consortium** 50:7
**conspiracies** 50:9 112:15
**conspiracy** 19:25 22:14 22:18 25:20 26:13,24 27:8,9,18,23 28:1,6 28:10 29:16,16 30:24 30:24 31:9 38:17,21 40:3,4 41:19 43:12 44:10 47:13,17,20,25 48:4,24 49:6,8,11,13 49:18,22 55:15,19,20 55:22 56:1,2,9 57:16 58:18 63:7,11 65:8 67:20 68:4 69:8,11 73:19 76:21 79:8,21 79:22 80:8,11,12 81:2 81:7,8,9,22 83:4,24 88:23,24 89:18,25 90:13,14 91:25 92:1 92:16,21 94:2,9 97:18 97:22,24 98:3,4 100:20,22 102:15 103:16,17 104:9,10 107:12,17 110:18,18 110:22 111:4,21 112:5,6,14 114:16 115:5 116:18 118:17 119:20,20,24 120:6 120:14 121:1,5,23 126:16 127:14,16,21 127:24 128:23 129:1 130:5 132:3,13 133:3 133:8,10,23 135:18 135:20 136:14 137:7 137:14,16,17,22 138:13,15,19 139:6 139:21 140:11,12,23 140:24 141:4 142:2,3 142:8 143:16,17 148:21 149:7,15 150:5,13,24 153:11 153:12,15,19 154:25 155:18 156:3 157:22 160:10,16,17,22,24 160:24 162:2 165:12 166:14 167:8,16 168:3,12,16 170:18 176:15 177:10,13 191:6 202:24 203:2 204:3 222:19 226:4 226:20 228:10 230:4 230:9,9 231:15,23 232:4,10 233:6,10,12 233:20 234:1,4 235:12 236:6 237:3 243:6 246:16 256:9 256:20 258:24 259:18 259:25 260:2 261:18 261:19,21,22 262:2,9 262:12,18 265:16 266:21 269:13,16,18 270:3 273:16 278:17 278:25 279:14,22 280:20,23 281:23 282:23 283:1,2 287:22 288:11 291:19 291:20 292:1,23,25 296:14 297:8,9,10 300:2,8,8 301:6,23 302:9 304:23 305:1,3 305:10 306:2,20,21 306:22 307:2,10,11 307:24 308:14,25 309:4,7,17 310:5,6 311:25 314:24 316:24 317:6 319:7 323:4 325:2 326:12,21,22 326:24 327:10 329:16 331:14,22 340:23
**conspirator** 142:4 283:8 306:8 309:6
**conspiratorial** 130:8 149:22 176:18 261:7 261:8,12 322:6 325:3
**conspirators** 132:9 141:17
**conspire** 104:11 229:18 302:1
**conspired** 93:5 109:9 238:20 242:19 316:3 327:21
**conspiring** 81:5 85:24 139:10
**constitute** 125:13 127:4 128:17 160:21 302:21
**constituted** 262:2 307:3
**constitutes** 258:23
**constituting** 113:25
**Constitution** 235:19
**constructive** 118:16 119:19,24 120:14,19 120:21 122:13 143:10 143:12 216:13
**construe** 180:22
**construed** 85:13 147:14
**consumer** 15:13 64:7 147:21,23,23 148:3,7 172:18 174:1,25 175:6 182:10,14,17 184:25 185:8,9 186:3 199:2 200:25 201:15 202:12 203:4,21 206:5 207:2 209:19 210:24 212:18,19,22 214:16 216:24,25 271:21 273:21 283:9
**consumers** 33:25 73:15 73:19 155:21 170:25 172:25 173:12 190:19 193:13 203:7 206:10 218:8
**consumes** 186:16
**consummated** 258:14
**contact** 212:2 229:12
**contain** 125:11 132:21 152:23
**contained** 64:24,25 77:10 138:4 150:20 187:17 216:1 245:16 330:14
**containing** 30:3 47:16 48:14 52:20 68:7 106:9 110:3 230:18 262:6,6 270:6 307:7
**contains** 125:8 129:1
**contemporaneous** 139:20
**contend** 71:20 143:4 180:24 210:4 262:11 301:22 307:5 316:1
**contending** 191:5 259:17
**content** 163:9 235:3 238:16
**contention** 52:5 258:21 262:4,19 306:1 307:22 308:1,5
**contents** 198:15 227:7
**contest** 21:18,19 84:1
**contesting** 16:9
**context** 54:24 86:13 113:5 127:22 132:3 133:18 141:24 157:16

162:9 164:9 181:5 202:15 203:19 205:1 225:13 230:15 232:11 263:4 290:9 307:25 315:20
**Conti** 8:7 342:3,13 343:7
**Continental** 78:22 79:6 92:9,11,18 160:5,9 263:21 265:1
**Continental's** 92:19
**continued** 259:18 306:12 309:5 310:3 343:2
**continues** 256:14
**continuing** 259:23
**contract** 71:9 204:19 205:4,8
**Contractors** 90:24 94:23
**contracts** 28:8 321:3
**contradicts** 135:10
**contrary** 161:1 173:11 175:9,10 194:6 213:5 247:18
**contrast** 81:25 221:7
**contributed** 259:7
**control** 13:8 72:13 74:23,25 221:8 241:15 244:20 245:20 245:22 247:20 259:18 310:4 332:4,25,25,25 333:2,3,3,14,15,19,20 334:1,7,14,17,19 335:1,4,21 336:1,2,21 338:2 339:19 341:21 341:21
**controlled** 71:14 75:2 78:7 79:19 95:9 241:14,16 244:19 337:17 340:8
**controlling** 243:10 299:15 300:21 301:7 302:6 335:2
**controls** 321:10 333:22 337:21
**Cont'd** 3:1 4:1 5:1 7:1
**convenient** 111:8
**conversations** 116:14
**converse** 64:11
**convert** 156:24
**conviction** 302:13
**convoluted** 169:23
**Con'td** 6:1
**cooperating** 32:2 303:6
**cooperation** 119:5
**cooperator** 298:11
**coordinate** 151:19 283:25
**coordinated** 135:23 218:25
**coordination** 133:13
**cop** 57:3
**Copper** 337:22,25
**copy** 11:12 144:17 152:7
**Corbitt** 4:5 95:23 162:5 162:6,22 163:3,15 186:23,24 191:12 224:21 225:25
**corner** 294:13
**Corp** 135:5 274:14,17 274:18 275:22
**corporate** 67:22 70:19 75:24 78:6,18 93:25 95:4 105:22 114:17 126:4 143:2 168:11 168:18,21 176:13,18 221:8 233:3,5 234:16 241:4 242:8 269:5,9 271:7 278:23 291:7 291:12 332:8 340:9
**corporation** 4:18 5:3,9 7:9 18:24 62:23 232:21 237:12 246:8 249:5,6 250:9 258:17 259:6 265:3 267:14 267:18,22 268:7,15 274:2,3,4,6 275:1,10 275:25 279:5,8 282:4 292:14 293:8 294:12 314:7 315:11 332:20
**corporations** 232:17 288:12 292:18 314:23 315:1,3,7,7,8,22
**Corporation's** 169:15
**correct** 14:24 17:6 22:15 23:12 25:8 28:9 115:13 124:17 128:11 172:5 174:14 175:10 188:19 249:10 249:13 268:10 315:19 325:13,18 327:5 328:17 331:2 343:8 344:8
**corrected** 248:11
**correspond** 251:25
**corresponding** 70:1 155:5
**corroborate** 249:3
**corrugated** 77:1
**cost** 68:15 71:9 87:3 88:21 94:15 99:22 104:5
**costs** 88:3 101:11,12
**counsel** 10:21 15:23 16:2 17:19 57:15 59:24 60:25 61:7 73:13 80:15 81:17 82:5,12 83:20,21 106:13 134:22 138:17 139:23 140:2 141:21 143:11 144:23 162:13 165:4,6,8 172:4 176:3 177:2 189:3 196:8,15 197:5 208:13 216:16 237:10 244:18 246:1 247:24 252:22 254:22 284:22 287:17 304:5 313:14 315:18 324:12 331:16
**counsel's** 77:24 136:13 173:17 176:2
**counterproductive** 73:11
**countless** 47:20 170:18
**countries** 20:24 43:14 45:10,11 54:12 166:15
**country** 38:6 48:4 54:14 166:6,15 170:24,25 171:22 172:3 194:19 233:8
**counts** 302:11,13
**couple** 9:6 83:19 181:12 191:19 200:6 219:2,25 224:7 240:13 255:4,15 257:6 266:18 284:16
**course** 38:10 66:11 89:21 94:10 109:24 109:25 113:13 115:16 118:3 120:6 135:17 137:19 143:16,17 163:20 164:3 165:5 167:2 168:1 173:1 210:15,17 246:19 255:4 258:7 260:1 275:6 278:24 290:3 305:1 321:25 328:13 338:17
**court** 8:5,23 9:5 10:15 11:19 12:4,10,14,18 13:8,16 14:5,7,25 15:6,10,15,17,24 16:6 16:19 17:1,4,8 18:6,9 18:18 19:5,19 21:14 21:21 22:10 23:6,10 23:13,16,22,25 24:22 25:1,6,9 28:4 29:2 34:21,24 35:2,6,8,8,9 35:17,20 36:7 38:2,10 38:22 39:2,11 40:13 42:22 43:5,23 45:5,12 45:22 46:5,14,22 48:6 48:15,19 49:1 50:19 51:9,11,16 52:7,11 53:19,22 54:18 55:10 56:8,12,15,24 57:3,25 58:19 60:16 61:9,20 61:22 62:3,8,16 63:4 63:11,25 64:18,20 66:1,4 70:10 71:25 72:23 73:17 74:13 76:25 78:8 79:6 81:11,16 83:3 85:13 87:15 89:12 91:3 93:10,18,24 95:18 96:3,7 101:3 103:15 107:7,11,15 110:15 110:17,23 111:16,25 112:3,10,16,22 113:1 113:7,16,19 114:6,10 115:3,12,25 116:3,8 117:4 119:7,11,14,16 121:25 122:18,21 123:4,19 124:6,13 127:24 130:9,15,22 131:25 133:17 134:23 135:6,6,8,11 138:9,20 138:23 139:13,18 141:11 142:1 143:8 143:12,24 144:15,16 144:23 145:16 146:23 146:25 152:9,12 157:12 158:8,14 162:4,20 163:2,4,10 163:22,22 165:23 166:3 172:8 173:3,7 173:11 174:8 175:14 175:14,20 179:25 181:10,12,17 182:4 182:12 186:14 188:4 188:17 189:6 191:11 191:23 192:4,23 193:12,16,20,25 194:1,2,2,10,20 195:6 195:15,16,20 196:2,5 196:5,8,8,11,12,20,22 197:25 198:4,21,23 199:4,17,18,22 200:9 200:16,20 201:12 204:2,7 205:11,24 206:14 207:12,16,19 207:24 209:4 213:14 213:19 214:4,11,21 214:23 215:14,18,24 216:1,4,7 217:9 218:12 219:4,13,17 219:18,23 220:2,7,13 220:19,25 221:13 222:14,16 223:9,13 223:21 224:3,12,15 225:18,23 226:23 227:1,5,8,14 228:7,18 230:11 231:16,18 232:7 233:17 234:21 234:25,25 235:1,4,13 235:20 236:2,13,18 236:21,24 237:5,9,16 238:1,11,15,16 239:3 239:6 240:11 241:6 241:12,22 242:4,11 242:16 244:2,12,21 245:3,6 247:13,22 248:4,14,19 249:16 249:19,25 250:4,7,15 250:18 251:1,7,14,20 251:23 254:11,15 257:7 258:4 260:17 260:21 261:1,3,13,15 262:7 263:15 264:10 264:15,20 265:5,12 266:4,13,17 267:4,9 267:16 268:12,18 271:12,14 272:9,14 272:24 276:22,25 277:4,7,11,17,19 279:17,24 280:2,9,15 280:16,25 281:5,10 282:5,10 283:5 284:13 285:4,9 286:5 286:18,21 287:1,8,10 287:13,24 288:2 289:6,9,13,17 290:10 290:15,18,21 291:1 291:23 294:3,6,10 295:20 297:16,18,25 300:10,17 301:14 303:22 304:9 305:5,7 307:17 308:18 309:12 309:22 310:8,20,25 311:15,20 312:7,14 313:12,15,18 314:15 314:18 315:14 317:8 317:13,15,18,23 318:2,5,9,23 320:6 322:13 324:9,17 325:12,13,16,17,18 326:8,11 327:6,13 328:1,14,22 329:10 329:20,23 330:4,10 330:21,25 332:7,10 332:20 333:7,10 334:12,22 335:13

336:7,9,12,25 339:12 340:16 341:23 342:14 342:17,23 343:3,6,9
**courts** 20:13 36:19 42:17,21 46:15 81:25 91:12 108:6 132:2 172:21 180:19 181:17 182:2,15 185:12 186:20 189:16 191:20 193:14,22 194:22 195:2,23 196:6,9,13 210:14,15
**court's** 42:11 72:17 188:6 263:2
**cover** 139:22 157:14 175:22 219:23 223:2 248:7
**coverage** 46:7
**covered** 21:17 75:12 250:25
**covers** 157:12
**coverup** 138:12 139:7 139:25 140:1,8 141:5
**co-conspirator** 126:17 135:16 262:1 304:25 307:1
**co-conspirators** 93:11 135:19 141:18 160:11 160:18 261:25 265:21 305:2 306:5,23 307:12 327:20
**co-counsel** 96:9 237:17 313:9
**co-defendant** 76:8 135:18 306:5
**co-lead** 165:6 304:5
**CPD's** 48:1
**CPT** 22:8 125:18 324:25 332:16
**CPT's** 22:9 29:3 47:25
**Craig** 4:5 162:5 186:23
**create** 36:16 72:18 213:20 286:12
**created** 193:23
**credibility** 246:18
**credit** 27:25 189:14 299:14
**criminal** 246:20 253:13 260:16
**critical** 30:11 64:16
**criticism** 289:19
**criticized** 195:3
**criticizing** 144:5
**Crosby** 146:23,24 175:13
**cross-elasticity** 184:6
**cross-overs** 56:22
**CRR** 1:18
**CRS's** 156:4
**CRT** 1:5 7:15 22:6,6,19 23:4,6,13,14 24:10 25:1 26:1,5,16,16,19 27:11,18,23 28:6,11 28:12,16,25 29:6,13 29:15,16,18 30:9,13 30:20,25 31:9 33:14 33:15,21 39:5 40:11 40:21 47:1,8,10,15,16 48:13,14,14 49:8,12 49:18,20,21,25 50:9 53:8,14,16 55:15,16 55:19,21 56:3,10 59:3 59:12,16 60:10,20,22 63:7,8,12,16,18,23 64:4,8,10,13,23,24,25 64:25 65:1,7,8,10,19 66:18,19 67:5,25 68:4 68:5,21 69:5,11,21,23 71:14,15 72:4,8 75:24 77:8,10,17,20 78:5,13 78:17 79:20 86:11,12 89:8 91:22 96:14 97:6 98:13,14 99:9,22 100:14,15,16 101:14 101:15 102:6 105:9 105:19,20 108:11 110:18 111:7,21 112:6 117:19,21,23 118:3 119:3 129:11 129:16,19 130:1 147:5 149:4,23,25 150:13 151:3,4,8 152:1,3 154:17,21,25 155:6,11,18,21 157:4 157:19 159:23,23 160:24 169:7 171:9 177:13,18 178:11,14 183:18 184:8,22 185:2,18 197:9,10,14 203:10 227:21,21 229:4,21 230:5 231:5 231:8 232:3 237:21 238:3,22 239:12 240:3,17 249:18 255:14 258:16,22,25 259:7 262:18 267:21 269:15 270:3,20 271:22 273:6,15,16 283:1,3,25 285:24 286:6 290:1 291:20 295:4,4,7,23 296:4,19 297:4 305:18 306:9 306:12 310:4 316:4 316:12 317:25 318:16 318:21,25 319:25 321:5 324:24 333:8 341:4
**CRTV's** 149:6
**CRT's** 22:10,20 23:2 24:7 25:21,25 26:6,10 27:12 28:7,12,16 29:9 29:16 30:3,4,6 31:5 38:6,24 39:2 40:5 41:19 42:3 52:19,21 59:15 60:4 63:24 64:11 65:10,20 66:19 67:12,15,17,21,23 68:7,8,15 69:3,16,17 71:12,17,23 72:3,4 78:10 86:9 95:7,9 96:16,21,24 97:4,16 97:19 98:25 99:5 100:2,19,24 105:19 106:9,10 110:4,4,13 110:14 112:14,15 120:7 129:14 148:24 149:23 150:3 151:3,8 153:13,16,19 154:24 155:8,16 156:12 157:23 158:22 159:19 169:7 176:6,24 177:21,22 178:5 179:5 183:25 184:7 197:17 229:4 230:18 230:19,21 232:5 239:5 253:9 262:4,6,6 262:15 268:23 270:6 272:21 273:12,15 307:7 324:2 331:4,4 332:17 333:7
**CRT-only** 69:8
**crucial** 134:18 339:7
**crux** 98:17
**CSR** 1:18
**cumulative** 206:23 207:2,3
**CUNNINGHAM** 6:11
**cure** 201:18
**Curran** 7:5 251:8,9,21 251:24 254:12,17 257:8 258:5 266:5,14
**current** 183:23 187:2 211:18
**currently** 267:11 339:1 339:2
**customer** 255:13 316:11 324:23
**customers** 67:18 69:16 69:17,23 70:2 94:12 105:8,17 126:16,24 128:25 169:8 229:10 253:14
**customs** 117:12
**cut** 11:8 12:15 13:20 53:17 70:18 115:10 179:1 237:2 249:19
**cutoff** 343:1
**cuts** 228:5
**CY** 47:23 73:15

**D**

**D** 228:23 321:1
**da** 5:9 62:24
**Dairies** 82:14
**Daiwa** 154:19
**Dakota** 180:18,18
**damage** 70:17 74:17 108:25 173:2 174:4 185:21 253:14 298:22 299:4
**damaged** 166:1
**damages** 44:2,12,20,25 97:1 111:11 164:23 165:21 167:6 180:12 183:6 188:4 190:14 194:17 301:4
**DAMRELL** 3:14
**data** 154:15 171:6
**date** 15:23 16:5 124:14 124:16 132:22 188:21 258:14 277:24 280:9 280:25 289:15 313:18 327:3,5 343:1
**Dated** 344:12
**dates** 208:21,22 276:3
**David** 5:5 96:1,4
**day** 8:11,19 9:7 11:13 11:16 25:5 75:19 237:8 308:19 313:11
**days** 10:20,23 158:7 297:16
**dead** 94:19
**deal** 18:13 284:24 298:8 333:5
**dealing** 86:23 95:12 119:16,18 157:6 164:23
**deals** 146:11 258:11
**dealt** 145:17 218:13 221:25
**death** 334:6
**debate** 71:2
**debit** 189:13
**decades** 266:18
**December** 127:12 129:6,22
**deceptive** 173:12 202:14,23,25 203:6
**decide** 20:8,15 54:21 55:17 74:13 84:11,16 139:16 190:9 236:18 236:19 343:7
**decided** 44:9 45:20,21 52:9 75:19 79:2 122:25 124:21 141:11 172:12 195:21 206:9 218:23,24 219:1,12 221:16 222:4
**decides** 339:14
**deciding** 187:4 281:22 290:11,12
**decision** 40:13 51:3,5 55:4 63:6 73:3 78:25 93:21 94:11 98:19 102:20,23 132:20 146:11 147:16 161:2 161:4,5 166:12 172:10 174:17 181:1 181:4,4,7,8 182:4 195:19 197:4 209:1 234:17 262:16 266:15 277:5,6 280:12 299:23 309:2,2 331:18 336:17,23 337:7,23 339:14,17 339:25 341:13,17 342:1,14
**decisions** 34:4 54:25 87:9 162:15 181:16 181:18 189:3 191:19 280:8 304:24 305:11 334:24
**decisive** 261:21 306:21 326:23
**declaration** 234:12 293:3 331:9,10 333:9 339:4
**declarations** 330:2,14 330:19 332:24 338:23
**decline** 228:2
**declining** 105:1
**decrease** 125:25
**decreased** 53:4
**deemed** 317:3
**defeat** 261:20 262:17 266:20 306:20 326:21 336:20
**defects** 199:2
**defend** 91:17
**defendant** 5:20 6:3,9 6:15 7:9,15 11:23 14:19 15:8,9,12,20 23:19 42:3 47:2 53:1 61:11,12,17 64:24 75:1,8,23 77:9 91:19

91:22 92:10 93:8
95:5 103:8,9 114:25
115:18,21 116:5,24
118:11 130:10,11
131:3,11 132:24
134:4,7,24,25 135:3,5
135:16 140:22 141:2
142:22,25 157:16,17
159:7 160:20,21
161:6,6 162:25
163:11 168:13 174:3
176:4 209:23,25
210:5 212:10,13
213:13 218:3 219:18
220:11 222:6 223:12
223:13,18 226:4
228:2 231:11,21
232:14,16 233:9,19
234:3,20 235:5,10,11
235:18 238:7,12,17
242:2,8,15 243:21
247:15 248:19 252:14
256:11 261:18 262:1
266:1 268:7 272:2
275:22 280:15,22
285:8 286:15 288:16
290:15 292:6 294:20
295:5 297:11 299:17
299:18 300:14 301:3
301:17,17 302:8
304:25 305:22 306:5
306:8 307:1 321:17
**defendants** 4:18 5:3,8
7:3 11:18 13:23,24
15:4,13 17:13 19:2
22:11 23:18 29:18
30:2 31:22 43:11,20
43:25 44:15,19 49:17
50:2 51:4 52:2 53:2,3
53:7,16,24 54:11,15
55:14 57:11 60:4,4
67:20,21 68:5,18
69:20,24 71:8 72:3
74:1,3,8 79:3,7,13
80:18,22 81:6,22
83:25 84:2 85:16
90:8,16 91:11 92:15
94:6 95:1 96:2 99:14
104:10,22 106:7,25
109:8 110:2 113:10
113:20 114:10,13,13
114:20,21,21 115:1,4
115:11,20,24 116:12
117:8,8,11,12,20
118:9 121:8 122:6
124:4,19 125:23
126:14,21 127:3,13

127:17 128:6,18,23
131:22 132:11 133:1
133:25 134:12,14
135:1,9,10 136:6,23
137:9,18 138:14
139:9 140:5,7,15,15
141:1,9,10,13 142:23
142:25 143:4 149:21
154:5,16 155:2,12
156:11 162:16 163:18
164:14 166:17 167:12
168:9,25 169:6,13,19
170:10,16,23 171:3,7
171:10,12,20 173:9
177:25 180:4 187:13
187:14 188:11 190:23
191:16 192:10 196:1
198:1,11 201:18,22
202:1,5 203:2,9,11
204:12,24 212:24
214:10,18 216:23
217:3,7 218:8,10,18
218:21,22 219:3
220:9,15,15,18 221:2
221:3,8,9 222:18
223:16,20 224:19
225:1,4,15,20,20
226:12,20 227:19
228:24 230:17 231:6
231:23 232:12 233:17
233:25 235:8 236:9
240:1,12 243:2 246:7
246:18 247:3,12
252:7,13 254:19
260:9,25 263:20
265:20 266:11 270:5
270:23 278:16 279:21
280:19 282:14,17,20
285:5,6 287:16,17
288:21,23 289:20,21
289:24 290:7,8 291:8
293:13 296:12 298:7
298:12 301:10 304:21
305:9 307:15 309:6
313:1,2,3,5,5,7 316:4
317:6 318:7 320:5,13
323:12 325:8 326:3
328:7 332:1,14
**Defendants's** 278:14
**defendant's** 79:17
142:8 231:10 234:4
279:21 280:22 281:6
292:25
**defending** 257:1
**defense** 18:6,10 74:15
91:24 194:25 257:18
326:14 331:16

**defenses** 15:22 74:15
91:24
**deficiency** 317:21
**define** 63:16 83:10,12
157:7 247:4,11
274:20
**defined** 22:5 34:1 48:13
52:17 103:6 104:10
191:18 274:13 317:23
**defines** 83:10 151:15
**definite** 306:21
**definition** 52:21 83:10
84:4 86:12 188:12
201:8
**definitions** 201:9
**definitive** 261:21
326:22
**defunct** 268:8 274:25
**degree** 147:3
**degrees** 134:8
**Delaware** 35:10 334:16
**delegation** 258:1
**deliberately** 28:22
32:22
**delivering** 151:20
**Dell** 27:17 76:22
149:12 155:23 166:9
191:6
**delve** 341:18
**demand** 107:2 129:20
140:18 184:6 201:16
202:10 209:22,25
210:8,10 214:19,22
228:1,4
**demands** 162:25
**demonstrate** 147:10
148:14 315:10
**demonstrated** 52:3
330:18
**demonstrating** 263:5
**denied** 91:12 172:15
326:1
**denominator** 246:10,14
**deny** 32:18 108:21
117:1 260:1 326:25
**denying** 121:11 173:3
**departing** 161:19
**Department** 47:19
136:5 168:2 170:17
239:23 252:20 253:7
253:11
**departments** 286:9
**depend** 190:11
**dependent** 151:24
**depending** 55:9 343:2
**depends** 161:13
**deposition** 219:16

**depositions** 329:18
330:12,16
**deprived** 50:16
**deputy** 117:25 253:12
**DERINGER** 7:16
**describe** 49:23 261:10
264:9,17 281:17
291:4,9,18 308:7
**described** 32:7 168:11
261:8 291:16 316:14
316:17
**describes** 315:21
340:22
**describing** 228:21,22
**description** 203:19
292:16
**design** 286:10
**designed** 21:2 38:19
130:4
**despite** 120:9
**detail** 11:2 49:16 124:3
130:18 131:23 132:14
169:12 170:2 234:2
235:11 262:21 264:7
279:23 280:20 285:19
303:11
**detailed** 49:6,10 89:10
104:18 106:11 162:24
164:12
**detailing** 49:13 126:25
152:25
**details** 56:3 256:18
332:13
**detection** 121:11
125:17 126:1 219:8
**detention** 235:15
**determination** 92:11
190:10 194:16
**determinations** 106:25
337:14
**determined** 82:10
92:20 125:12,20
263:9
**determines** 88:4 171:18
**determining** 87:9
229:24
**detriment** 114:25
**development** 279:11
286:10
**devices** 45:7 112:15
113:12
**devoid** 163:7
**devote** 148:13
**devoted** 11:13
**DEWEY** 4:20
**dial** 10:12
**Dickinson** 93:2,5

**difference** 57:10 80:11
188:18 299:5 334:8
**differences** 84:9
**different** 12:2,3 14:3
20:24,25 54:16 56:19
60:6 63:19 65:2 76:5
76:15 84:5 94:24
100:3,3 101:15 124:5
145:11 154:12 157:5
157:6 158:19,24
166:13,25 172:13
178:14 196:4 202:19
203:24 204:18,23
208:15 213:8,24
216:19 228:15,22
264:7 276:14,15
283:15 295:24 329:3
329:4,6
**differentiate** 88:22
168:10
**differing** 105:10
**difficult** 60:14 190:13
219:19
**diligence** 120:22,25
121:1,15,18 122:14
125:6 127:24 135:24
135:25 136:16 137:3
138:2 143:10 216:12
**Dion** 293:9
**direct** 2:3 3:3 10:24,25
12:1,21 15:17,18
16:21,24 17:14 21:7
24:24 33:13,13 36:17
37:3,17 40:12 42:16
42:23 43:10 44:5
48:16 50:16 54:4
61:25 63:22 64:1,9,12
64:21 65:6,16,18 66:2
66:9,12,16,18 67:24
68:2,20 69:7,10,16,23
70:8,9,12,12,17,23,24
71:11,23 72:1,5 73:4
77:6,14,17,18 78:10
78:11,21 81:19 84:7
84:16,18 85:3,5,18
91:8 95:23,24 100:12
102:5 103:5 107:23
109:5 119:22 122:23
143:25 144:9 148:17
149:25 150:4,7 153:8
156:6,7 161:24
166:13,24 167:25
174:2 179:20,23
183:12 184:17,18,19
184:19 185:25 193:11
194:24 204:12,24
205:8,25 211:22

212:2,3 215:11,20 223:25 231:25 238:25 244:24 250:13,25 251:5,17 252:4 255:2 255:6 260:6 267:3 268:4,6,14 269:1,22 270:20,24 271:4,17 271:22,24 274:7 284:23 285:14,25 286:7 290:16 293:21 293:24 297:2,4,7,9 304:20 309:13 311:10 311:17 312:2,12,14 312:16,24 315:14,19 319:14,20 320:4,11 321:2,20 322:3,11,17 322:23 323:1,9,19 324:11 335:8 338:12 340:5 341:8
**directed** 40:3 41:19 62:2 170:24 203:6,14 241:9,14 338:19 340:19
**direction** 57:4 241:14 282:3
**directives** 172:22
**directly** 35:11 46:10 53:3,4,16 55:13 64:23 72:21 77:9 81:20,24 92:14 103:8,8,14 135:9 146:11 170:17 199:18 205:6 274:11 274:23 314:23
**directness** 183:4 188:2
**Director** 241:7
**directs** 156:10 157:3 158:1,5 180:8 184:18 185:3,24 186:7 198:19 240:22
**disagree** 23:23 130:19 166:12 179:2 204:20
**disagreed** 214:23
**disappeared** 84:24
**disassociate** 306:22 309:4
**disassociation** 261:22 307:11 326:23
**disavow** 261:19 266:20
**disavowed** 306:19 326:20
**disclose** 200:5
**disclosed** 200:1
**discloses** 118:16
**disclosure** 304:3
**disclosures** 245:17
**discover** 216:10,11
**discovered** 127:9,23
325:14
**discovery** 45:19 51:23 54:22,24 55:1 134:3 164:2 187:8 196:17 258:2,5 303:8 342:22
**discrete** 63:17
**discriminating** 235:17
**discrimination** 121:9 121:11
**discuss** 34:5 35:13 66:22 67:8 76:1 116:4 127:18 128:5 218:5
**discussed** 59:1 67:13 67:16 68:14 103:2 115:8 128:9 150:17 155:12 182:25 208:9 216:8,10 230:15,15 230:16 231:1 249:15 262:25 265:19,24 278:12 297:9
**discusses** 74:8 289:5 317:11 327:10
**discussing** 114:5 115:7 182:7 230:13
**discussion** 35:15 123:12,12 144:1 186:15 214:23 217:4 217:7 218:14 237:15 270:9
**discussions** 13:12 126:9 126:11 164:23,24 168:20 181:18 218:4 233:2 257:12 283:24 323:17
**disjointed** 225:11
**dismember** 79:7 86:2 90:12,12
**dismiss** 8:8 20:9 26:22 41:12 70:13 78:1 81:12 86:5 93:22 128:2 132:6 134:1 152:18 156:22 169:14 187:6 190:1 196:23 198:14 216:25 217:1 217:18 218:14,23 221:16 223:23 249:1 249:20 263:4 290:11 311:7 317:20 324:6 326:18 342:15
**dismissal** 16:20,24 17:9 45:7 221:21
**dismissed** 40:17 45:12 55:3 71:18 77:16 93:17 160:3 161:22 188:9 268:2,5,9,16 282:13 294:1 304:8
304:13 322:10,21 324:7 338:10
**dismisses** 44:16
**dispersed** 333:25
**displaced** 146:8
**displacing** 146:13
**display** 50:7 169:15 258:18 286:11 295:13 295:16 296:5 306:6
**displays** 79:17 113:12 286:13,14 290:2,4 291:22,25 306:7 309:15 310:2
**dispose** 310:5
**dispositions** 211:5
**dispositive** 149:2 171:21 179:22 299:15
**disproved** 73:10
**dispute** 20:7 31:6 113:23 174:21 239:2 240:7 295:22
**disputed** 201:19
**disputing** 54:16 55:18
**disregard** 264:3
**disregarding** 89:4
**dissembling** 245:24
**disseminated** 218:8
**dissimilar** 76:19,24 77:4
**dissolved** 258:20
**distinction** 134:18 140:23
**distinctions** 100:4 260:11
**distinguish** 33:1,2 82:6 87:17,22 108:16 139:20 219:25 260:8
**distinguishable** 82:7 200:7
**distinguished** 44:4 76:10 220:20 221:2 299:23
**distinguishing** 22:19 138:12 139:6 150:2
**distribute** 117:2 178:14
**distributed** 169:7 178:5 178:11 202:6 270:20 271:22 273:6,8 318:21
**distribution** 63:2
**distributor** 118:1,12 139:24
**distributors** 168:17
**district** 35:9,23 39:16 40:14 48:2,5 55:10 124:21 125:11 127:6 131:13 168:4 172:14
210:16,22 211:19 212:8 222:6 233:7 246:12 257:25 258:1 277:16 292:3 297:16
**Ditropan** 341:9
**diverse** 95:14
**diversity** 193:23 195:14
**divested** 313:19
**divided** 14:3
**division** 105:22 106:7 133:13 169:16
**dixit** 190:9
**DK** 39:14 42:18,24 46:3
**docket** 244:5,20 311:6
**doctrine** 172:20 194:7 221:1 223:14
**document** 311:6
**documents** 117:12
**doing** 14:10 95:24 96:22,25 109:7 156:19 165:1 212:21 315:8,12 343:4
**DOJ** 25:24 127:10 320:20 342:19,21
**dollars** 50:11,25 105:7
**domestic** 30:24 37:2 42:25 44:5,11,25 45:2 46:2,20 49:3 53:24 54:5 147:5 179:18 319:3
**dominance** 93:7 247:20
**domination** 92:19
**door** 8:20 9:20 10:2,6,7 310:23
**doors** 8:13 258:5
**dotted** 74:23
**double-check** 280:12
**double-teamed** 112:9
**doubt** 99:6 149:16 150:13 164:9 167:4 170:21 218:11
**doubtful** 246:17
**downstream** 30:16 36:20,25 47:11 73:16 73:18 76:17 82:1 94:10,12 107:4,8 179:17 230:22 270:2 270:8
**dozen** 275:3 278:2 291:14
**drag** 240:3 249:17
**dragged** 240:2
**DRAM** 19:14 20:9 37:14,14,24 43:22,25 44:2 102:20,22 137:10,10,14,21
181:1,4 183:22,22 184:13 186:25 189:1 196:16,18 246:11 253:3
**draw** 163:10 235:4 238:16 260:10 265:2
**drawing** 326:16
**drawn** 170:15
**dress** 205:23
**drinks** 9:24
**Drive** 6:6
**driven** 305:19
**dropped** 273:20,23 274:25
**drug** 45:19,24
**DS** 5:20
**due** 66:7 90:17 118:3 120:22,25,25 121:15 121:18 122:14 137:3 138:2 143:10 216:12 328:12
**duplicate** 180:3
**duplication** 12:24 103:5
**duplicative** 183:7 192:20 194:24 195:12 335:10,11,12
**duplicativeness** 101:18 185:23
**Durham** 129:19
**duty** 143:19
**D.C** 5:17 7:6,12,18

**E**

**E** 1:18 2:1,1 3:1,1 4:1,1 5:1,1,11 6:1,1 7:1,1 344:3,18
**earlier** 123:2 181:2 182:25 184:21 221:18 224:9 298:2 337:1
**easier** 62:7 299:6 318:4
**easily** 76:10 161:15 274:15
**East** 6:6
**easy** 311:6
**economic** 73:8 91:4 191:1 226:19 228:4
**economically** 76:18 79:24 246:24
**economics** 190:19 227:16
**economists** 88:18,19 190:24,25
**economy** 20:23,24
**educated** 144:9
**efastiff@lcbh.com** 2:23
**effect** 21:5,8,9 37:17,19

37:20,22 38:14 42:14 42:16,23,24 54:5,6 57:16 96:25 140:24 146:8,13 150:14,14 154:2,14 156:4,8 166:17,18,18 167:2,3 171:6,17 172:2 174:2 174:5 195:13 204:16 205:9 214:20 235:8 298:22 305:4 341:15 342:8
**effected** 51:13
**effective** 167:17 286:4
**effectively** 104:11 256:20 316:24 325:2
**effects** 19:24 36:17,20 37:2 39:19,21,22 46:2 49:3 50:13 53:24 130:4 140:5 146:5 147:5 155:25 179:19 278:14
**efficient** 174:9
**effort** 46:19
**ego** 303:21
**eight** 224:23 236:14 284:18 289:10
**eight-day** 46:4
**eight-year** 255:18
**either** 9:10 17:24 24:12 28:15 40:2,3 48:13 56:6 91:7 104:23 111:12 146:7 147:8 147:13 153:11,11 155:22 164:11 167:8 175:5 176:6 202:11 239:3 261:18 269:1 269:25 335:13 338:2
**elaborate** 121:10 234:2 279:22 280:20
**electronic** 112:14 113:12 262:6 268:7 268:15
**Electronics** 5:8,9,9 7:9 7:9 15:8,13,19 62:22 62:22,23 79:18 97:5 117:20 118:1,12,24 169:15 178:10 237:12 237:12 238:9 239:4 240:9 244:8,21 246:8 248:2,8,9 249:4,5,5,7 250:9,10 271:21 273:21 293:19,21 294:11,14,15,17 295:1,4,7,25 296:1,10 296:14,23 297:13 298:14 299:10 305:17 306:16,19 310:13,22
338:5
**element** 109:1 212:1
**eliminate** 153:5,9 201:9
**Embarcadero** 4:11 6:12
**emphasize** 14:12
**employ** 55:10
**employee** 339:23
**employees** 81:15 168:15 176:17 219:7 288:13,17 289:3 310:1 329:9 339:23
**empty** 255:24 256:18
**enable** 20:3
**enabled** 199:8
**enacted** 194:20 212:12
**enactment** 193:9 209:3 213:9
**encompass** 61:10 105:16
**encompassed** 105:6,20
**encompasses** 64:23 112:14 238:4
**encourage** 202:18 314:8 315:4 341:17
**ended** 187:4
**enforce** 193:4
**enforcement** 213:18 253:13 336:8
**engage** 74:16
**engaged** 127:13 132:11 176:18 202:5 222:18 241:5
**engaging** 282:3
**England** 129:19
**English** 156:25
**enhancement** 163:8
**enormous** 86:23
**enrichment** 204:6,10 204:14,19 205:13,23 206:7 212:5,9,16,24 213:4,7,23 215:5
**ensure** 231:24 270:23
**enter** 278:23
**entered** 16:14 137:8 168:19 232:25 258:12 270:14 271:19 304:5 311:14
**entering** 270:3
**enterprise** 333:17 335:20 338:2
**Enterprises** 39:14 46:3
**entire** 41:12,17 126:4 161:22 177:23 186:15 217:3 258:16 261:1,3 271:4 341:17
**entirely** 54:17 71:16
151:24 169:23
**entirety** 86:13 222:11 226:14 239:19 271:11
**entities** 15:4 47:1 62:20 87:9 90:5,6 92:24 168:11 169:3 176:17 201:3 238:19 239:4 240:19 244:6 245:1,9 248:20,24 249:4,4,20 249:25 250:1,14 251:4,10,18 253:6,8 253:25 254:3,6,25 256:2,5,22 258:8,16 258:22 260:22 266:24 267:11 268:1,20 273:24,25 281:18 285:18 287:21 288:15 288:16 290:4 294:1 295:17 310:16 316:7 316:8 317:12
**entitled** 12:7 185:24 238:20 240:12 241:12 241:18 278:13 312:21 312:22 338:22
**entity** 77:1,2,11 78:14 85:19 92:12,24 201:10 240:10 248:1 248:11 250:10,11 259:10 267:24 268:8 268:13,14 272:6 273:22 274:13,16,25 285:6 295:8,11,17 303:18
**enumerated** 301:11
**envelopes** 117:2
**environment** 183:23
**envisioned** 77:12
**Epigram** 21:20,21 46:14
**equal** 72:25 202:25
**equally** 149:17 217:5
**equipment** 36:12
**equity** 244:10,25 245:8 245:12,18 249:13
**equivalent** 107:11,13 108:19 160:19
**ERA** 204:9
**Eric** 2:21 338:11
**Erie** 172:20 175:3 194:6
**ERISA** 300:3,5 304:23
**erosion** 129:8
**erroneously** 322:5
**error** 173:3 321:22 322:8 325:13 328:4,5
**escape** 108:24 109:3
**especially** 167:13
**espoused** 214:7
**Esq** 2:5,5,6,11,16,21 3:5,10,15,20,20 4:5,5 4:10,21,21 5:5,11,16 5:22,22 6:5,11,11,17 6:17,18,18 7:5,5,11 7:17
**essence** 43:11
**essentially** 19:22 63:6 63:14 142:14 181:16 193:18 326:8 336:21
**establish** 19:10 43:21 55:14 56:6 97:12 108:5 129:16 160:15 167:7 259:24 261:17 262:24 306:24 337:20
**established** 45:23 115:14 263:7
**establishes** 263:12 308:2
**establishing** 96:7
**et** 28:14 32:11 67:6 133:15 134:11 137:12 138:5 169:2 253:3,4
**Ethan** 5:11 62:19
**Europe** 31:14 32:8 129:20 151:6 283:18 316:20
**EVA** 4:21
**evade** 126:9
**evaluating** 292:4
**event** 308:22 332:14
**events** 36:16 118:19 321:15
**eventual** 137:23
**eventually** 169:24 267:22
**everybody** 43:7 103:25 104:15 142:4 232:22 233:4,4 241:21 271:7 274:20
**evidence** 51:23 58:16 58:19,21,22 120:4 128:7 160:15 164:2 173:21 210:9 218:22 219:16 303:1 338:21 338:22 339:5 341:20
**evidentiary** 45:21 152:25 153:10 159:4 339:3,15
**EW** 116:21
**exact** 81:12 96:13 149:7 181:2 234:15 241:21 277:24 292:16 339:14,15
**exactly** 15:3 23:15 37:6 54:10 69:15 79:1
81:10,11 91:15 98:10 103:20 116:17 122:9 148:8,11 168:2 179:10 190:12 211:17 214:12 225:25 257:15 284:24 285:16 296:15
**examination** 222:7 223:3
**examine** 175:7
**example** 23:21 24:21 32:1 60:3,8 64:15 70:2 81:5 82:8 87:7 90:3 149:20 150:25 151:5 158:20 176:3 176:22 178:7 238:8 240:5 260:14 268:3 268:24 270:4 278:15 283:14,22 284:4,4,9 284:10 286:7
**examples** 140:6 191:24 252:10
**Excel** 192:7
**excellent** 341:24
**exception** 41:22 43:2 52:5,13,23 53:2,12,24 68:24 72:13 73:6 74:25 143:25 214:18 333:14,15 334:15,18 334:20 336:21 338:2
**exceptions** 56:7 71:4,6 72:18 73:3,12
**excerpts** 254:14
**excess** 228:3,4
**exchange** 279:9 308:12 334:3
**exchanged** 67:4 228:24
**excite** 120:15 121:20
**excited** 143:20
**exclusive** 87:7 213:3
**exclusively** 331:6
**excuse** 16:13 137:8 290:6
**executive** 275:18
**executives** 168:14 171:21 252:15 253:2 254:1 275:17 290:1 309:24
**exempt** 71:20 201:21
**exempted** 46:7
**exemption** 145:24 201:25 202:9 214:25
**exercise** 73:12 127:23 173:13 245:10 336:19
**Exhibit** 234:12 293:3 339:4
**exist** 98:7 146:19
**existed** 121:12 194:19

209:11 213:8
**existence** 51:20 121:8 126:10 137:7,16,22 202:24
**exists** 73:2 173:1 269:4
**exited** 258:22 307:5
**expand** 334:17
**expansively** 172:25
**expect** 131:22
**expectation** 51:23 164:2
**expires** 342:21
**explain** 86:3 120:13 181:21 281:20 296:11 324:16
**explained** 130:1,7
**explaining** 278:5
**explains** 126:3 136:6 294:1
**explicit** 215:2
**explicitly** 36:23 47:24 50:13 117:1 179:14
**explore** 334:23
**explosive** 164:19
**export** 54:6
**express** 206:16,18 258:3
**expressed** 87:21
**expressly** 46:7 70:10,22 71:5 75:13,17 165:3 166:3 180:17 257:25 258:12 287:15 288:18
**extended** 72:13
**extends** 55:21
**extensive** 45:19
**extensively** 65:5
**extent** 44:19,24 49:13 78:8 102:12 104:14 132:7 165:15 175:19 175:21 206:4 212:25 213:2 262:7 270:19 271:20,20 321:8
**extra** 206:19
**extremely** 219:19
**eye** 7:12 50:11

F

**F** 35:4,7,22 122:2 127:7 135:1 138:3 168:6 171:16 187:25 221:20 227:25 233:17,21 234:10 280:5 288:8 309:8 340:4
**face** 19:12 49:15 98:5 192:17 237:19 246:15 247:21 263:6,10,11 296:8 308:2 322:9
326:15
**facial** 163:8 235:2
**facially** 243:12
**facilities** 9:19 53:14 86:24
**facility** 129:19 231:12
**fact** 19:5 20:23 29:10 31:19 32:23 39:20 41:21 42:1,24 50:2,9 51:22 59:20 62:10 68:14 69:11 70:25 75:13 76:19 77:17 83:9,14,16 85:18 86:18 90:4 103:12,13 106:14,20 117:14 131:23 133:12 138:19 139:6 142:17,22 150:18 153:14,18 156:6 159:10 161:1 161:11 164:1 166:4 168:7 169:13 172:10 184:12 185:17 189:23 190:11,19 191:7,9,13 193:25 194:18 199:20 202:3,21,23 204:21 214:21 222:23 229:25 230:8 240:7 244:24 245:21,25 246:21 252:18 254:13 257:14 263:8 266:3 270:1 271:6 273:12 282:24 284:12 306:25 309:3 312:23 320:10 326:9 326:11,18 331:7 333:6,12 337:2,8
**factor** 97:12 101:2,7 108:1,5 183:1,11 292:7
**factors** 108:7 109:17 183:5,7,8,10 184:15 185:20 187:12,18 188:7 229:24
**facts** 19:10,12 20:3 22:23 26:23 31:6,8 32:19 39:9,10 41:13 50:22 51:18 54:17 58:21,22 61:6 95:13 111:21 112:5 113:5 116:9 121:15,16,18 121:19 122:11 127:14 132:16 138:12 142:7 143:14 153:10 161:16 161:17 164:6,19 167:10 170:2 178:24 202:2 205:16 216:11 219:9 223:3 224:1 225:3 226:7,7 228:12
232:7 241:13,16 244:19 259:24 272:8 312:6 314:6 315:6,10 316:25 319:10,12,13 319:14 320:5,9,12,23 329:4,5 330:18 331:3 332:24 336:1
**factual** 25:7 32:19 54:19 55:9,16 78:6 94:18 134:2 152:25 159:4 161:9,13 162:24 163:7,9 216:24 226:8,10 228:9,12 231:4 235:3 235:14 236:4 239:17 257:3,17 269:19 271:25 272:19 279:22 293:1 330:13 331:3 337:9,14
**factually** 21:23 76:15
**fact-intensive** 132:4 263:9
**fail** 133:1
**failed** 301:19 322:18 331:13
**failing** 173:4
**failure** 16:16 105:3 282:13 301:9
**fair** 244:15 254:21
**fairly** 67:3 254:8 293:10
**fairness** 193:9 216:4
**faith** 23:3
**fall** 19:5 52:21 206:7
**falls** 98:4 314:3,4
**false** 140:22 141:3 218:7 247:20
**falsehood** 248:13
**falsely** 117:13 305:18
**familiar** 193:15 318:7
**families** 114:17 126:4 143:2 168:21 233:3 234:16 314:24 315:1 331:19
**family** 23:19 87:17,18 92:23 168:18 176:13 176:18,20 201:7 232:17,21,22 233:5 240:18,18 241:4,20 241:20 242:8 269:6,9 271:7 278:22,23,25 291:7 292:13,18 295:17 315:21 331:23 332:11 333:21,22 334:1,3,7,7,9 339:25
**family's** 291:13
**famous** 71:10
**far** 73:24 86:20 95:13 95:14 123:24 131:16 158:9 172:4 264:5 299:11 332:23
**fashion** 29:8 149:24 190:9 341:25,25
**fast** 267:8
**Fastiff** 2:21 304:4 338:11,11 339:13
**fatal** 301:12,12
**favor** 170:15 175:4 187:13 188:8 226:11 228:5 230:2 326:17 338:20
**FBI** 241:8
**feasibility** 226:20
**featured** 65:24
**features** 105:9
**Fed** 55:4 74:7 76:2,3 80:19 81:18 82:15 92:7 93:3,22 102:22 102:23 181:1 196:18 217:22 247:7 281:8 281:10,13 285:10 292:20 337:24
**federal** 75:22 91:8 145:3,4,7,21,24 146:18,22 147:1,2,6 147:15,18 148:3,4,9 148:12 164:25,25 172:7,9,21 173:19 174:19 175:1,20 180:23 182:3 190:7 192:25 193:11,19,22 193:23 194:1,2,8,9,9 195:6,15 196:5,8 293:8 338:17
**federalism** 172:21
**federalizing** 197:22
**fee** 189:12
**feel** 241:2 287:23 288:3 340:21
**feet** 84:12
**FIALA** 6:18
**fictional** 285:13 287:6
**field** 175:17,18
**Fifth** 3:15 5:6
**figure** 102:10 178:20 181:20 185:14 266:7 293:20 298:5
**figuring** 185:1
**file** 26:9 201:16 303:15 329:20
**filed** 117:12 118:24 187:17 188:22 193:24 211:16 234:5 296:9 307:5 308:2 317:20
325:17 330:25
**filing** 113:15 249:14 322:20 328:17
**final** 60:18 88:9 117:16 117:18 144:17 160:4 160:4,4 243:23 244:4
**finally** 41:14 59:19 78:15 90:9 93:2 94:25 101:17 135:24 143:9 147:10 155:12 171:12 178:3 185:23 186:9 197:5 203:21 206:13 212:4,9,24 215:4 223:7 265:19 283:12 285:22 323:16 327:18 338:4 340:1
**financial** 87:14 245:11 245:16,21 266:2 330:23 332:25 333:2 336:2 341:21
**find** 19:13 20:4 24:1 33:20 35:2 40:9 54:19 58:24 62:7 69:3 78:21 93:19 96:8 108:9 153:11 161:15 188:5 239:3 245:15 249:25 250:1 272:16 274:8
**finding** 137:23 188:17 289:2 309:7
**finds** 85:11 127:25 180:12 189:25 206:4 281:5
**fine** 11:4 14:5,8 17:8 22:11 58:5 63:4 93:17 123:13 204:22 210:10 225:7 291:21
**finger** 83:9
**finish** 11:16 18:13 62:4 90:6 216:7
**finished** 22:20 25:21 26:11 27:24 28:19 29:22 31:2 34:9,9 38:16 40:4 48:19,21 56:10 57:15 58:11,17 58:25 59:8 60:5,11 64:13 65:3,13 66:20 67:23 68:1,16,21,22 77:9 79:15,23 80:4,6 80:7,12,13 81:2,7 82:9,25 83:5,6 85:3 86:1,14 87:4,12 88:12 88:12,16,20,21,22 89:23 90:1,11,15 94:3 94:6 96:19,20,24 99:15 100:20 103:9 103:11 104:1,13

106:4,17,22 107:18 108:20 110:19,20 148:21 149:8,14 150:5,15 153:11 155:1,5,10,13,17 156:1 162:1 169:7 177:10,20 235:25 246:24 270:2 276:5 296:19,19,23 318:18 319:1 321:7,8 324:4 341:4
**Fire** 38:2 42:11,12
**firm** 251:9
**first** 13:24 14:4,20 17:21 19:8,9 25:19 31:10,11 38:19,21 46:25 49:3 56:16 58:7 67:3 71:7 72:12 85:19 91:14 93:21 97:11 101:2,7 103:9 107:25 112:8 113:15 115:25 120:17 123:7 124:8 125:8 126:17 130:14 132:12,25 144:22 148:19 151:3 152:15 154:16 160:14 161:5 162:11 165:22 171:7 174:10 182:16 183:11 187:11 198:17 216:22 218:21 220:13 226:18 232:15 233:16 237:14 240:3 244:13 245:18 247:24 248:16 252:3,6 262:3 266:8 268:20 269:22,23,24 270:10 271:15 272:10 274:2,7,12 275:15 276:19 279:25 282:11 282:12 289:1 290:20 292:10 293:24 296:9 297:20 304:21 319:20 322:20 323:11 324:12 325:9,23 329:20 338:14
**fit** 201:7 203:24,25 204:3
**fits** 214:15
**five** 17:17 57:6,8 141:8 180:20,21 183:8 187:14 198:13
**fix** 25:20 37:21 38:25 40:21 44:10 47:25 56:10 63:12 81:22 85:18 103:16 104:12 105:12 107:12 108:11 110:18,19 127:16 138:24 149:22 150:5 154:25 155:9 169:22 169:22 170:4 171:23 176:6 197:13 216:14 227:19 231:7 242:24 246:13,23 247:17 316:4
**fixed** 24:6,14,16 31:4 32:17,24,25 33:8 34:3 34:12 38:5,13 40:12 43:15 47:22 59:1 71:23 72:4,7,16 74:1 80:5 82:2 88:5,7,8,11 88:15 89:10,11 94:6 103:25 104:3,3 106:2 109:22 150:18 156:11 156:12 157:8,10 165:11 170:20 177:25 227:20
**fixer** 108:24
**fixing** 21:16,16,24,24 30:6,25 31:24 34:7 37:8 38:5 40:3,5,18 41:13 43:12 58:13,17 59:9 71:16 74:16 85:25 92:21 103:22 103:23 106:15,16 117:1 133:2 146:4 147:6 148:6,21,24 152:1 154:23 155:3 155:11,18 156:4,17 157:21 159:18,24 160:23,24 166:14 171:8,11 177:22 179:5 202:21,22 205:23 215:7 218:6 222:19 227:18 247:10 253:18 256:8,13 275:5 292:23 302:17
**flash** 181:23 190:4 210:21 211:4 212:8 253:3 292:3 299:11
**flat** 98:4 227:24 228:1 248:17
**flaw** 212:17
**flaws** 323:8
**flexible** 14:8 131:10
**flip** 239:15 245:14
**Flood** 145:16
**floor** 2:21 3:15 5:12 6:12 9:23 10:4,9,10 105:1
**floors** 104:24 106:5 229:3
**fly** 171:22
**focus** 200:10 227:1 257:19 310:18
**focused** 89:7 134:23
**focusing** 268:19
**folks** 12:19
**follow** 63:6 80:4 170:12
**followed** 46:23 58:4 67:2
**following** 33:11 57:14 67:12 78:10 126:18 140:3 153:5 176:12 212:7 222:20 341:2
**follows** 39:24 129:4 149:3 179:10
**Foods** 240:11
**footnote** 71:10 72:14 74:24 174:15,23 175:7,8 220:9 245:15 279:2 281:19 325:19
**force** 72:25 100:21 173:15 319:4
**forced** 100:19 189:13
**foreclosed** 165:19
**foregoing** 344:5,6
**foreign** 17:18 20:19,21 21:15,17,17,25 24:12 36:24 37:7,11,25 41:10 43:1,13 44:2,7 44:11,20,22 45:10,13 45:14,14 46:6,9,16,20 47:3,4 50:10 52:16 54:1,3,11 58:13 145:13,14 146:1,3,3,4 146:14 148:6,6 150:24 151:4,25 152:1,1 153:15,19 159:15,23,23 166:6 166:15 175:23 176:10 176:11 179:15
**foreseeable** 21:8 36:17 37:4,18 54:5 149:25 156:8 174:2 179:21
**forever** 244:13
**forget** 62:10 249:7
**forgot** 267:8 313:18
**forks** 36:8
**form** 59:18 342:2
**formal** 228:14
**formation** 306:25 309:15
**formed** 261:24 267:20 306:4
**former** 339:23
**formerly** 79:17
**forms** 64:17
**formulaic** 257:16
**forth** 17:24,25 19:10 20:3 28:20 183:8 190:14,17 217:2 225:25 226:16,18,21 227:11 228:9 229:20 253:14,24 286:2 315:23
**forward** 25:12 39:9 40:20 41:5 206:9 297:22 299:7 301:1,4 301:20,20
**fought** 211:15
**found** 70:10 76:25 81:25 83:3 117:4 137:21 152:19 161:7 185:12 218:1 219:5 234:6,9 288:9 290:24 299:14,20 300:19 337:11 340:12
**four** 6:12 8:13 17:17,19 28:25 29:1,2,3 62:20 63:17 65:22 86:22 113:14 123:23 141:8 152:24 181:23 187:13 193:10 198:13 210:14 210:21 211:6 238:4,6 238:7,23 286:23 300:23 320:10 322:20
**fourth** 39:15 46:3 93:4 158:5 189:15 239:1
**Fox** 3:4 260:6 304:19
**frames** 132:13
**Francisco** 2:7,12,17,22 3:21 4:6,11,15 5:23 6:12,19 8:1
**frankly** 23:2 57:20 61:4 192:14 227:24 247:24 255:16 256:3
**Fraser** 304:4
**fraud** 113:24,25 141:20 147:23 246:4 302:14
**fraudulent** 113:22 114:11,19 115:1,10 115:22 116:3 119:17 120:16 124:11 125:6 128:1 132:5,7 142:11 142:21 215:25 216:9 216:24,25 217:4,6,15 217:19 218:2 219:5 219:20 220:11 221:1 221:15,23 222:12 223:14,15,18 265:17 298:18,20,24 299:2 299:17,20,21 300:13 300:15 301:16 303:25 322:18,24 325:23
**fraudulently** 115:18 121:8 142:22
**free** 14:14 50:17 172:8 173:5 193:3 215:2
**Freeman** 80:19 340:4,4
**French** 116:21 240:25
**FRESHFIELDS** 7:16
**frivolous** 23:3
**front** 260:19
**fruit** 157:7,10 240:4
**fruits** 157:6
**FTAIA** 18:5 20:21,21 34:6 35:13,15 36:18 36:23 40:23 41:3,22 42:10,12 43:19,19 44:4 45:8 46:7,9 52:5 52:6,13,14 53:25 55:14 56:6 145:2,7 156:6 159:25 165:2,3 173:9,17,25 174:3,12 179:12 189:20 337:11
**FTC** 148:2,4 247:13
**FTIAI** 20:20
**fudge** 98:14
**full** 45:21 252:11 290:23 304:2 344:7,8
**fuller** 134:2
**fully** 291:4
**fundamental** 131:20 133:10,22 205:12
**fundamentally** 118:22 143:14 205:22 206:8
**further** 9:18,19 23:16 49:13 92:6 102:23 129:13 147:17,20 163:7 168:24 184:17 219:17 220:4 229:18 229:18 233:23 250:16 257:6 309:9 317:10 319:2 324:8 325:5 326:6
**furtherance** 47:25 49:11,12,18 50:9 56:1 127:21 135:17 160:12 168:3 305:1 309:17
**furthered** 48:4 56:2 307:2
**future** 67:5 129:14 229:7

**G**

**game** 84:10
**games** 96:23 109:8,14 110:9 245:25
**gaping** 108:22 336:8
**Gary** 3:5 260:5 304:19
**gatekeeper** 258:2
**geez** 143:11
**general** 17:22 18:4 24:14 32:25 57:15 68:22 87:23,24 90:24 92:21 94:23 113:4

115:23 116:22,25 117:3,5,25 124:19 128:20 144:1 145:19 152:2 153:21 188:22 203:19 224:10,17,18 226:3 232:10 236:5 241:8 253:13 273:14 275:4 285:4 314:24 321:1 331:19
**generalized** 50:25 240:4 252:6 253:16 254:2 255:20 266:11 300:15
**generalizing** 238:21 240:16,17
**generally** 118:10 132:3 166:1 207:7 220:10 223:17 320:13 321:3
**Gentlemen** 341:23
**Geoffrey** 2:5 122:22
**Germany** 129:25
**getting** 13:21 100:25 101:5,6 103:24 251:15 313:11
**Gibson** 257:23 297:19 300:7
**gist** 103:1
**give** 8:22 15:10 26:25 27:10 40:6 54:7 59:6 91:14 124:6 126:22 127:14 150:19 151:5 153:22 200:14 209:7 210:20 222:25 226:23 227:11 228:18 249:21 251:16 252:10 254:15 264:10,20 266:25 267:1,8 277:7 280:2 284:4,9,10 293:19 302:5 303:15 311:15 314:6,6
**given** 26:18 91:6 94:18 119:23 122:12 129:2 131:23 132:12 133:14 134:11 140:21 174:19 185:18 229:6 233:8 259:5 298:24
**gives** 201:17 257:3 269:11 277:23 305:25
**giving** 60:17 108:7 209:9 287:10,24
**Glancy** 4:9 216:20
**glass** 22:23 28:14 29:8 32:23 65:24 66:22,24 67:2 116:12 117:22 118:2 126:21 153:19 154:6 171:3 227:24 228:1,14 239:21
257:11 264:7,8 275:23 283:17,18 323:14 327:17,18
**global** 20:23,24 43:12 118:2 129:10
**gloss** 100:4,18
**go** 8:9,18 9:4,23 10:1,6 10:24 12:11 13:14 17:24,25 18:5,13 22:2 22:8,9 23:16 24:11 26:3,6 27:1 31:3,10 32:10,13 39:2 40:20 41:4 46:13 48:23 53:25 57:4 81:6 84:15 85:2 86:16,21 102:20 120:10 124:9 130:15 138:24 139:9 152:14 155:20 158:6 167:18 176:1,6 182:23 185:20 189:1 200:9,16 206:9,24 207:5,19 209:6 210:12 212:15 213:25 216:4 224:6 225:20 228:7 233:14 235:23 236:5,19 237:5 239:10,19 241:9 242:20 243:9 246:18 251:20 256:19 257:1 267:1 274:22 275:21 282:16 283:9,20 284:16 286:23 287:1 295:14 297:22 299:7 300:23 301:4,20 313:10,10,16 329:10 332:11 339:16,25
**goal** 261:19 306:19 326:21
**God** 289:12
**goes** 25:12 34:8 57:4 60:13 88:12 99:21 110:10 140:1 152:24 196:25 212:13 227:20 298:21 321:2 337:8
**going** 8:22 9:6 10:17 11:7 14:14 16:4 17:21 18:6,11 19:2 22:2 23:16 25:3,4,22 29:19 34:14 38:2 39:13 42:8 43:6 53:25 55:9 56:15 58:15 60:5,16 61:2,13 61:14,20,22 62:1,4,9 62:10 63:1 66:5 73:20 79:5 84:19 85:9,16 87:6 88:20 89:1 90:24 94:12
95:19 98:15 99:4,6,11 100:22 101:18 102:19 104:3,4 106:3,4 107:21 109:6,12 111:15,18,25 123:17 123:25 124:4,10 130:13,14 139:3 143:8 144:16,20,24 145:20 148:7 150:16 150:19 151:2 155:7 158:6 166:17 167:15 167:18 172:24 181:9 181:19 182:4,6,25 184:10 185:14 190:11 190:21 192:19 196:5 197:13 198:4,12,23 199:11 207:22 208:4 209:15 210:12,13 211:13 213:19 214:13 215:18 216:7,14 224:6,16,22 225:18 234:19 236:3,4,6,10 236:11,19,22 237:2 237:22 241:17 244:17 262:21 263:1 266:6 267:8 276:8 283:15 286:23 287:4 290:21 290:22 293:19 294:3 299:5 310:14 313:9 317:7 334:23,23 335:1,6,6,8 336:4,19 339:16,24,25 340:3,6 342:2,4,7 343:3,6
**Goldberg** 4:9 216:21
**good** 10:18 33:6 37:10 62:19 112:9,20 121:2 142:20 143:4 160:12 161:12,13 198:9 218:16 242:22 263:21 310:10 317:16 335:15
**goods** 46:6 53:3 76:7,9 82:1,3 155:5
**Gotshal** 5:4 96:2
**gotten** 188:24
**govern** 46:10
**governed** 114:6,7,8
**government** 22:25 25:13,23 26:1,4,8,15 28:15 48:3 83:22,22 83:23 84:6 147:2 151:12 213:16 252:14 325:4 342:18
**governmental** 213:18
**GPU** 181:7 205:20 211:4 282:8
**grand** 252:19 304:11 304:12 320:21 338:7
**granted** 187:6,10,16,24 188:17 280:15,16
**graphic** 210:19 280:4
**great** 92:10,15 108:7
**greater** 142:16 235:9
**Griffin** 300:8
**ground** 188:18 327:1
**grounds** 51:19 74:6 163:23 257:2
**group** 12:7 14:20,21,22 28:8 32:6 79:18 80:2 86:9 92:9,12,18 117:11 126:6 159:1,6 159:8,9 255:11 278:3 284:1,8 291:15 307:21 316:9,14 319:24 324:21 325:10 335:22
**groups** 14:19 61:12 79:13 95:1,6 158:19 332:1
**grown** 142:3
**gsaveri@saveri.com** 2:8
**gspecks@kaplanfox....** 3:7
**guess** 11:20 16:8 123:6 169:2 178:19 188:12 193:10 256:16 284:5
**guideline** 32:24 104:25
**guidelines** 29:25 30:1 104:23 229:3 231:7
**Guido** 2:5 303:10
**guilty** 137:12 229:20,22 252:15,18 253:2 260:16 290:3 292:1,6
**gum** 189:10
**gut** 142:14
**Gypsum** 266:17

**H**

**H** 3:10
**ha** 259:11
**Half** 284:18
**hallway** 8:12
**Hamilton** 187:3,10,23 188:23 190:6 336:16 337:6
**Hamilton's** 195:18 336:23 337:23
**hammers** 155:24
**Hammond** 47:19 239:23 253:12
**Hammond's** 73:14
**HAMPTON** 6:10
**hand** 61:18 76:10 138:14 139:21 140:24
141:2 176:21 244:20 263:21,23
**handful** 115:7
**handle** 23:5 95:21
**Handled** 341:24
**handover** 195:1
**hands** 131:21,24 132:8 133:25
**hang** 34:21,24 204:7 251:14 271:12
**Hanover** 72:24
**happen** 167:15,24 171:20 184:9 186:25 342:11
**happened** 15:24 26:7 37:11 75:5,6 140:11 192:18 195:7,7 209:1 316:17 339:1,2
**happens** 88:1 158:20 335:4
**happy** 18:16 165:5 200:15 263:13 324:8 331:25
**hard** 98:19 109:24 166:23 177:23 319:5
**harm** 108:2 183:6 188:3
**harmed** 47:16 73:16,19 163:1 166:5 170:18 170:24
**harmful** 54:7
**harmless** 328:5
**harmonization** 145:9 147:13 148:1 174:11 180:22
**harmonized** 174:19,25
**harms** 47:20
**Hartford** 38:2 42:11,12
**hasten** 260:1
**Hausfeld** 2:15 43:9
**Hawaii** 172:15,16,23 199:14,17,18 201:1 201:11 207:6 208:2,5
**head** 239:8
**heading** 140:4 252:1 258:11
**hear** 8:23 11:10,14 56:13,15 90:23 123:7 124:7 176:22 215:18 224:23 234:22 241:24 242:4 247:24 290:3 310:24
**heard** 13:12 48:24 58:1 59:22 60:25 61:7 72:22 83:21 90:21 96:11 98:15 111:19 112:23 124:18 150:9

162:7 174:20 176:3 187:20 210:15 215:19 216:13 217:9 220:2 237:21 242:11,18 243:19 244:2,2,3 247:19 253:10 255:21 265:10 267:19 294:17 296:11 302:2 313:14 318:9 323:5 325:24 326:13 329:2
**hearing** 1:12 8:10,19 10:19 12:8 78:23 343:10
**hearings** 78:22
**heart** 328:5,10
**heat** 162:7
**heavily** 137:6
**heightened** 142:10 226:13 298:3
**heightens** 152:17
**Heimann** 2:20 338:12
**held** 45:22 46:15 50:3 50:23 55:1 74:20 92:13 93:10 125:19 174:3 184:14 187:13 189:16 217:12 219:18 220:25 228:22 229:23 281:3 285:3 288:18 292:19
**help** 321:6
**helpful** 63:2 234:14 282:19
**helps** 154:25
**Hendrickson** 135:15
**high** 50:15 69:22 119:5 186:14 246:13 275:16 276:3
**higher** 36:10,12 114:3 122:8 182:4
**highest** 46:22 168:13 181:10,12 191:20 195:19 196:11,12
**Highland** 3:6
**highlight** 317:22
**Highlighting** 120:1
**highly** 296:21
**hike** 117:22
**historically** 193:8
**history** 34:5 164:10 195:22 214:9,10 332:12
**hit** 243:15
**Hitachi** 5:20 79:19 81:5 87:23 113:10,11,11 113:11,12,12 114:17 115:6 154:20 169:2 272:5 284:15,24 285:1,7,13,23 286:11 286:13,14 287:6,16 287:16,17,21 288:15 290:2,4,4,24 291:5,8 291:12,19,22,25
**Hitachis** 143:2
**Hitachi's** 288:4
**hlmontague@bm.net** 3:12
**Hoffman** 46:14 162:6
**HOFMANN** 4:4
**hold** 28:2 54:18 62:9 123:4 137:4 171:20 179:7 210:1 264:2 304:24
**holding** 70:17 72:13 73:25 81:23 95:12 187:10
**holdings** 289:5
**holds** 133:18 262:21 340:7 341:11
**hole** 108:22 336:8
**Hollius** 206:15
**home** 155:24
**homeowner** 205:4,6
**Honor** 11:17,21 12:25 13:1 14:2,24 15:5 16:3,10,13,22 17:16 18:21,25 19:13 20:3 21:10 22:8,15 23:9,15 24:2,21 25:4 26:11 27:2 28:3,9,18 33:12 34:14,20,25 37:7,13 38:18,24 39:12,14,24 40:6,9,12,15,17 41:9 41:14,17,25 43:3,18 48:11 49:2 51:2 54:23 55:16,21 56:11 56:14,21 57:10,13 58:16 59:4,7,19 60:13 60:18 61:1,8,15,21 62:6,25 63:10,15,21 64:2,11,15,19 65:14 66:17 67:10 69:1,6,10 69:14,17,19,25 70:7 70:12,14,20,24 71:13 71:20,23 72:1,20,22 73:22 74:7,19 75:5,25 76:9 77:5,14 78:19,20 79:12 81:16 82:6 83:9,17 85:22 86:6 88:1 89:1 90:17,18,20 91:20 93:20 95:17 96:1,6,12 102:8,25 103:21 106:20 107:20 109:19 110:21 111:14 111:19,24 112:20 113:9 115:14 116:2,6 117:14 118:15 119:10 120:2,17 122:1,4,22 123:16,23 124:10,15 124:16,18 130:12 133:10,19,22 135:12 137:5 138:7,10,11,22 139:16 142:5 143:6 143:23 144:22,24 146:9 150:15 156:15 158:1,18 159:5,6,16 159:20 160:5,8,9 161:9,21 162:3,5 164:9,22 169:11 170:1 171:15 174:7 174:10 175:7 176:21 177:8 178:24 180:4 180:12 186:9,19,23 189:24 193:15 195:17 196:3 197:5,8 198:9 199:6 200:18 202:19 204:11 206:4,13 207:8,11,20,22 208:15 209:9 210:13 210:15 211:12 214:2 214:5 215:13,22 216:18 221:12,14,15 222:9,17,22 223:24 224:2 225:24 228:9 230:1,7 234:11,14 235:21 237:7,14 238:2,25 240:15 242:10 243:24 244:5 244:16 247:7,23 248:7,16,24 249:3,11 249:24 250:5,9,13,19 250:24 251:3,21 253:10 254:4,13,17 255:1,4,16 257:19 258:21 259:1 260:4,5 262:20,25 263:13,17 263:19 265:8,11 266:5,22 267:10,10 268:3 269:10 273:19 276:15,18 277:5 279:3,19 280:24 281:14,15,19,22 282:6,7 284:15,20 285:10,21 286:17,19 287:3,4 288:20 289:10 290:14,16 292:2 293:17,24 296:7 299:5 303:2 304:19 305:15 308:9 308:15,21 309:1,9,10 309:11,13 310:7,10 310:14 311:6,9 312:9 312:15 314:4,9,16 315:5,17 317:9 318:6 320:2 324:10 325:8 325:22 326:25 327:23 327:24 329:1,2 330:15,20 332:13 336:22 337:13,23 338:14,20 340:17 341:1,2,18
**honored** 112:8
**hope** 95:2 298:4 299:12
**hopes** 103:2
**horizontal** 247:9
**Horseheads** 129:7
**hours** 224:7
**house** 112:3
**household** 201:7 318:13
**housekeeping** 122:24
**HOWREY** 5:10,15
**HP** 27:17 76:22 149:11 166:9 191:6
**hub** 279:9
**huge** 27:6
**humor** 308:19
**humoring** 221:12
**hundred** 267:22 305:4 312:19 340:13,13
**hundreds** 32:5,6 125:8 128:12 169:21 292:17

I

**Ian** 7:11 237:11
**idea** 58:8 77:21 136:22 146:24,25 169:20 231:1 256:1 336:13
**identical** 124:22 229:22 234:7 271:20 288:6 317:2
**identification** 28:12
**identified** 13:17 24:11 34:18 45:25 49:8,12 122:5 131:2 134:14 154:5 206:6 219:6 248:5,6 250:1,2 276:21 315:19
**identifies** 256:22 257:2 269:3 293:25
**identify** 13:18 48:8 69:14 232:16 255:1 255:23,25 269:2 277:25 297:2 301:10 312:18 313:7 322:5
**identifying** 60:22 254:19,20 255:18,19 256:17
**identities** 221:4
**identity** 115:18 138:20 138:23 275:23
**ignore** 79:8 80:24 90:13,15 124:20,21 127:5
**ignored** 181:16
**ignores** 264:13
**ignoring** 289:22
**III** 6:17
**illegal** 41:7 164:3 222:19 291:14 316:9 319:23 324:20
**illegality** 38:7
**Illinois** 3:6 6:6 11:24 35:23 61:21 71:3,10 71:17,21 72:14,18,25 73:9 74:25 90:21 91:2,5,6 93:13 94:22 94:24 95:15 96:8 109:2 164:24,25 194:19 198:18 199:1 199:7 205:16,18 206:11 209:1 212:12 329:8 333:14,15 334:22 336:8,16,20 337:3 340:10 341:9 341:11,11
**illogical** 243:12
**Illston** 81:17 87:21 102:12 137:21 168:6 190:4 217:12,14,17 218:1 222:4 233:22 234:18 243:18,20 282:12,16,20 285:2 288:8 292:10,19 299:19 300:20 339:10 340:12
**Illston's** 78:25 98:19 181:8 341:13
**illustrate** 24:20
**illustrative** 116:23
**images** 172:6
**immemorial** 213:6 222:5
**imminently** 136:6
**immunize** 109:9
**impact** 30:8 50:24 68:15 83:5 89:18 106:22 297:14
**impacted** 82:11 86:1 108:13
**impacts** 107:17
**imperialistically** 21:3
**impermissible** 152:23
**implement** 282:23 308:13
**implemented** 43:13

168:16 172:2 235:15 288:12
**implicated** 55:13
**implicitly** 91:14
**implore** 179:1
**import** 30:24 42:9 46:8 46:8 52:4,13,15,16,17 52:22,24 53:8 54:6 173:24 194:9
**importance** 139:5 187:19
**important** 21:5 27:4 33:12 49:21 87:3 90:10 101:2 102:21 103:22 104:17 111:13 124:3,20 127:5 164:21 168:24 171:19 180:7,11 185:21 186:11 208:17 217:5 217:8 229:23 246:6 249:8 252:22 256:9 257:23 272:8 292:20 304:3 329:4 330:17 331:3 334:1
**importantly** 87:25 96:22 102:14 111:2 228:1 333:1
**importation** 46:6
**imported** 37:1 42:15 50:22 59:25 60:2 179:17
**importer** 41:14,22 42:2 42:3 59:21
**importers** 41:16 52:25 135:3
**importing** 41:16,19,19 42:6,7,13 43:1
**imports** 41:25 42:20 53:5,16 179:16
**impose** 51:21 163:24 173:5
**imposing** 257:25
**impossible** 192:12
**impression** 12:21
**impressive** 255:23
**improbable** 164:6
**improper** 237:23 238:23 338:15
**Improvements** 20:20 20:21
**inability** 216:10
**inadequate** 277:21
**inapplicable** 96:8
**inapposite** 46:10 293:16
**inappropriate** 54:21 128:2 132:4 216:25
221:22
**incent** 284:20
**incidentally** 93:15
**inclined** 188:5
**include** 22:7 28:12 48:13 51:18 59:16 63:17 205:19 234:2 273:17 280:21 300:7
**included** 30:15 32:5 49:24 67:20 107:3 218:14 230:22 231:20 270:7 281:4 316:13 323:15
**includes** 28:25 103:7 167:8 189:17 276:13 296:23
**including** 29:1,17 50:6 117:19 143:15 157:10 202:20 219:16 229:2 253:12 265:24 282:1 295:25 323:13 324:24 331:5 335:22
**inclusion** 105:8
**inconsistency** 263:19
**inconsistent** 84:17,19 118:23 133:22,23 143:15 187:22 190:18 191:8 192:25 195:24 197:6 308:4
**incorporate** 74:11 151:14
**incorporated** 25:15 45:6 71:22 72:7,15 74:3 75:2,24 76:6,17 78:5,13,17 91:18 165:11 166:10 167:20
**incorporates** 34:4 151:10 339:5
**incorporating** 109:1 112:15
**incorrect** 127:5 219:11 248:1 337:6
**increase** 50:24 53:17 69:22 70:2 117:24,24 118:3 125:25 155:14 171:13 174:1 302:1
**increased** 53:4 89:20 117:21 166:7
**increases** 67:14 104:24 105:2 126:23 133:15 134:11 152:16 218:9 228:6 229:11,17
**increasing** 166:18
**incremental** 189:11
**indentification** 253:20
**independence** 240:13 240:16 243:25
**independent** 96:10 155:4,8 159:2 160:15 171:11 173:4 221:4 306:13 325:5 332:5 342:20
**independently** 12:24 160:20,25 220:15
**indexes** 93:19
**India** 45:19 118:1
**Indian** 45:17,22
**Indiana** 50:8
**indicate** 153:3 269:17 270:16
**indicated** 37:12 44:3 96:9 105:3
**indicates** 331:10 336:18
**indicating** 11:12 306:18
**indicted** 229:21,21 252:17,23 253:2 260:15 290:1,2
**indictment** 23:1 25:15 25:20 47:23 73:14 126:25 239:25
**indictments** 137:12
**indirect** 3:18 4:3 10:24 12:1,22 14:1 15:17,18 16:20,25 17:9 31:16 56:13,16,18 57:7 61:23,25 63:13 65:23 66:4,6,9,14,23,25 67:19 68:9,11,17 69:12,13,15,16,18 70:8,11,23 71:1,2,12 71:17,21 72:19 79:2 84:8,15,18 91:7,8 92:25 97:1,2 102:18 102:20 103:6 104:5 144:10,19 145:1,3 148:14,20,22 149:2 151:1 153:7 154:2 155:21 156:6 158:4 158:18 162:4,6 166:21 167:1,2,3,4 174:16 179:4,22 183:11 184:16,20 186:22,24 188:13 190:12 191:17,20 192:21 193:12,18 195:1,10,14,22 198:14 199:8 205:24 208:20,23 209:7 212:12 215:7,17 216:14 217:15 222:10 223:25 224:4 240:8 250:19,25 252:5
257:8 263:16,18 269:2 271:9 273:19 274:10 275:13,13 279:17 283:13 284:24 285:15 286:1,16 293:25 294:4 295:15 295:18 296:3,16 297:1,2 309:12 311:11,18 312:2,12 312:17 317:8 319:16 322:23 323:7,13,19 323:21 327:3,4,6 330:5,7 340:5,16,19
**indirects** 62:2,5,10 98:8 99:23 101:20,25 149:12 150:11,23 158:2,10,15 180:8 183:19 184:19 186:5 186:7,9 273:23
**individual** 10:24 11:3 11:23,25 12:6,8 13:3 61:17 81:15 114:12 114:17 115:8 116:4 168:18 176:23 224:6 224:19,19 225:1,3,15 225:21 231:10,11,21 232:12,13,25 233:13 234:19,24 235:11,24 236:7,8 237:1 248:15 248:25 250:7,8 251:13 282:14,16,20 317:21
**individuality** 130:22
**individually** 13:10 267:12
**individuals** 11:13 12:12 221:4 224:11 320:17
**Indonesia** 31:13 256:15
**indulgence** 63:1 249:24
**Industria** 15:20
**industries** 5:9 15:8,19 62:23 292:7
**industry** 64:3 119:3 136:24 217:10 226:19 226:22 227:15,17,18 253:18 258:23 265:15
**infer** 51:20 137:16 163:23 312:7 314:7 326:9,11
**inference** 163:11 235:4 238:17 265:2 326:16
**inferences** 170:14 226:11 230:2 338:19
**inflated** 44:21 45:2 127:20 128:8
**influence** 51:2 245:10 245:22
**inform** 308:23
**informally** 228:13
**information** 26:18,25 67:4,8 79:25 104:18 104:22 117:2 210:6 228:24 253:7 257:17 308:13
**Infotech** 293:9
**ingredient** 72:16 74:4 77:3
**inherently** 121:2,5,22 122:15 156:5 202:22
**initial** 187:5
**injunction** 173:18
**injunctive** 145:6
**injured** 92:1 336:11
**injuries** 44:25 45:13,14 54:12 101:11 113:14 322:19
**injury** 44:20 46:20 97:12 99:21 101:7 107:25 108:8,12 165:21 183:2,2,4,11 185:13,18 187:18,22 188:2,10 190:18
**innate** 112:12
**innumerable** 260:7
**input** 243:7 302:1
**inputs** 36:24
**inquire** 120:15
**inquiry** 121:20 127:15 143:20
**inseparable** 80:16,20 82:11,20 83:13 107:19
**inside** 8:17 9:14 10:7
**insofar** 46:19
**installed** 93:9 192:7,7
**instance** 71:7 108:21
**instances** 64:12 120:8 140:14 143:18 280:15
**instructed** 74:14 219:7
**instructions** 116:13 233:8
**instructive** 118:6 293:5
**insufficiency** 198:24
**insufficient** 30:21 36:16 221:22 223:5,6 275:9 285:7 315:3
**insurance** 42:11,12,14 218:17 220:24 288:23 288:25 289:4 314:9 331:17
**integral** 128:22 130:6
**integrated** 65:9 79:14 80:2,4,9,10 81:4 85:1 85:6,20,22,23,24

87:10,20 88:6 90:2 95:2 98:22 100:6 103:10 105:14,18,21 106:6 126:6 158:12 158:21,24 244:10 332:2
**Intel** 34:13,17,18,18 35:6,25 36:2,10 45:5 58:9 146:10,11,22 147:8,24 150:17 165:3,9,14,18,22 166:4,6,7,8 175:10 179:7,8,9,10
**intelligent** 14:9
**Intel's** 45:10,13 165:15
**intend** 246:21,22
**intended** 19:25 247:1
**intense** 305:19
**intent** 199:25 200:6,21 206:19 246:25
**intention** 17:19 42:16
**inter** 231:6 255:12 316:10 324:22
**interchangeable** 184:5 184:7,8,11 197:18
**interconnection** 220:17
**interdependent** 154:21
**interest** 169:10 249:13 249:16 259:6 262:13 266:2 309:5
**interested** 244:6
**interesting** 172:13 240:21 241:23 249:11 279:1 283:13
**interestingly** 90:20 140:4 253:5,19 296:25 300:6
**interests** 258:20 325:6
**intermediaries** 188:15
**intermediary** 76:13,13
**intermediary's** 78:18
**intermediate** 190:21 191:15
**intermeshed** 54:20
**internal** 30:2 68:6 106:8 110:3 230:18 270:5
**internally** 106:16
**international** 320:14
**Internet** 70:4 244:23
**interplay** 213:22
**interpret** 300:4
**interpretation** 208:14
**interpreted** 19:19 42:21
**interpreting** 89:3
**interrelationship** 108:9
**intertwined** 55:7 337:3 337:10,12,17
**intra-defendant** 171:9
**introduction** 219:16
**intuitives** 129:11
**inure** 114:25 141:12
**inventory** 67:6
**investigated** 252:13,24
**investigating** 154:14 171:6
**investigation** 26:15 260:16 320:18,20
**investigations** 23:1 25:14 26:1,4,8 127:10 151:12 320:15 323:22
**investigative** 235:16
**investments** 136:25 245:1,1,8,8,19
**invoke** 337:22
**invoked** 221:1
**involve** 179:4 191:23 230:9
**involved** 17:18 40:25 90:5 116:25 137:15 187:1 233:12 234:9 234:17 276:13 281:18 281:22 287:22 289:3 302:8
**involvement** 226:4 280:19 281:6
**involves** 46:6 81:2 150:24 208:16 217:9 246:12
**involving** 28:6,11,19 46:2,8 52:15 79:22 148:24 151:25 153:16 153:19 218:22 220:24 234:1
**Iowa** 180:17 181:13 196:11,11
**ipsa** 190:9
**Iqbal** 19:19 20:1 22:16 23:11 26:23 30:22 33:6 43:19,19 49:14 50:20 51:1,3,5,13,15 51:17 56:5 57:19 58:4 59:7 61:16 85:14 114:4 122:9 123:6,13 124:2 141:24 142:1,6,13,14 144:2 152:5,16 153:2 153:4 157:15 159:10 160:2,13,20 161:1 162:14,18 163:3 170:13 177:5 178:23 218:15 222:24 224:17 226:5 232:9 233:10 233:12 235:1,1,7,11 237:15,23 238:14 240:14 241:7,9,9,22 241:23 242:1 249:17 255:9 257:13,20 264:1,2 271:2 288:22 288:25 290:10 297:15 298:1 305:7,8 312:20 312:21 314:12,13 315:12 316:2 317:2
**Iqbal's** 152:21
**Iqbal/Twombly** 24:18
**Ironically** 145:15
**irrational** 246:24
**irrelevant** 58:9 84:4 186:16 197:15 260:11
**irrespective** 85:14
**isimmons@omm.com** 7:13
**Island** 201:1,11 203:22 204:2,8 205:14 206:1 209:21 211:10 212:11 212:23 215:6
**issuance** 17:21
**issue** 12:8,25 13:15,15 16:4 18:4,10,10,16,16 18:17,17 19:3 20:17 20:18 21:4,23 22:4,5 23:25 34:16 35:11,14 35:17 39:20 42:19 47:9 54:21 55:7 57:8 61:10 63:15 74:13,14 74:20 75:18 76:5 91:24 94:24 95:18 98:20 99:21 101:17 106:24 107:22 109:6 110:9,11 112:17,25 116:24 123:8,11,17 123:17,18,19 135:4 135:10 139:18 144:25 149:2 150:12,15 173:24 175:24 185:23 186:24 192:15 195:1 195:21 197:3 198:4 199:11 201:2 208:1 208:14 209:20 211:5 212:5 215:16,24 216:24 217:20 233:11 235:15 237:3 263:9 265:11,13 266:1 273:24,25 282:22 299:16,16,20 302:11 321:5 326:2 327:5 334:1 336:4 337:10 337:11,16 340:22
**issued** 305:17
**issues** 10:25 11:1,6,15 11:22 12:16 13:2,13 13:17 14:3 17:17,23 18:4 19:5 54:20 55:9 57:1 62:8 79:1 100:1 102:16 112:24 114:11 123:1,23 124:1,22 145:14 175:13 191:2 196:10 198:11,12,13 200:24,25 211:10 226:4 337:3 339:15
**i.e** 44:20 45:1 54:4

## J

**J** 6:5 222:21
**jack** 243:6,8
**JAMS** 1:7
**January** 342:8,21 343:1
**Japan** 151:6,21 165:19 165:24 166:5 274:5
**Japanese** 274:4 285:5
**Japan-based** 279:7
**Jeff** 324:10
**Jeffrey** 4:21 18:22
**Jenkins** 40:13,23 44:10 44:16 131:13
**Jersey** 39:17 279:6
**jkessler@dl.com** 4:23
**job** 1:19 341:24
**joined** 16:11 249:1 317:19 323:4
**joint** 13:2,23 14:4 16:10,11,18 17:13,16 17:18 19:1 45:18 95:13 119:6 123:23 135:20 141:16 158:23 174:15 198:14 215:16 219:10 220:9 229:19 249:1 261:24,25 262:3,14 263:1 267:20,25 276:1 278:18 295:5,14 296:5 303:20 305:12 306:4,7,9,10,12 307:1 310:2 316:7 317:20 324:6
**jointly** 107:1 306:14
**JOSEPH** 4:14
**jpatane@tatp.com** 4:16
**JR** 3:10
**judge** 1:2 8:6,6 40:13 40:23 44:9,16 57:13 78:25 81:17 87:21 98:19 102:11 131:13 137:21 164:5 168:6 172:14 181:6,8,9,23 181:24 182:3 187:3 187:10,16,23 188:23 190:3,4,4,6,6,8 193:17,17 195:17 217:12,14,17 218:1 222:4 233:22,22 234:18 237:8 243:18 243:20 251:8 282:12 282:15,20 285:2 288:8 290:10 292:10 292:19 293:21 298:4 299:19 300:20 331:18 336:16,22 337:6,23 339:10 340:12 341:13 342:3,13
**judged** 84:12
**judges** 20:13 34:15 181:9 257:25 258:2 297:22
**judging** 303:3
**judgment** 55:12 135:8 196:21 218:24,25 219:1,13 220:14 223:8 293:15,16 297:23
**judgments** 194:16
**judicial** 1:1 147:16
**July** 129:18
**June** 125:10 169:17
**junk** 220:24
**Junkin** 182:19
**jurisdiction** 11:24 15:21 16:9,17,18 17:18 19:3,4,7,11,13 20:4,19 34:7 37:11,12 37:23 39:23 40:1 41:3 43:7 56:18 58:14 59:10 144:21 144:25 146:2 148:17 150:22 153:17,22 161:23 178:25 189:17 193:22,23 194:8 217:20 310:17 338:17
**jurisdictional** 16:4 18:4 19:20 20:2,8,14,17,18 22:18 54:20,22,24 55:6,8 59:17
**jurisdictionally** 151:23
**jurisdictions** 160:3 217:24 320:16
**jury** 223:11 252:19 304:11,12 320:21 338:7
**Justice** 33:6 47:19 136:5 168:2 170:17 239:23 241:6 252:20 253:7

**Justice's** 253:11
**justification** 73:2
**justifications** 127:19 128:7 218:7
**justify** 70:1
**justifying** 117:23

**K**

**K** 4:10 14:21,22 296:3 311:2 312:10,18 313:21 315:11 316:1 316:2
**Kabushiki** 135:2
**Kaisha** 135:2
**Kansas** 72:17,20 73:17 73:23 91:3 180:18 204:13 205:10 207:6 211:23,24
**Kaplan** 3:4 260:6 304:19
**Kate** 7:17 317:16
**kate.mcmillan@fres...** 7:19
**KATHY** 3:15
**Kaydour** 205:21
**keep** 11:21 12:9 13:6 14:9 106:21 112:3 126:7 139:2 201:23 288:14 304:16
**keeping** 139:2
**keeps** 287:18
**Kendall** 141:24 142:6 255:9 257:14
**Kennedy** 33:7 241:6
**Kent** 5:22 112:20 113:9
**kept** 154:22 171:9
**Kern** 4:10 13:14 215:22,25 216:3,6,18 216:20 219:25 220:5 220:8 222:2 265:10 265:13
**Kessler** 4:21 11:17,20 12:5,11,17 14:2,6 16:8 18:15,21,22 22:11 23:8,12,15,20 23:24 24:1,24 25:3,8 25:11 28:9 29:3 34:23,25 35:4,7,9,22 38:18,23 39:4,12 56:14,17,21 57:5 58:1 58:20 60:18 61:14,21 61:24 62:6 63:17 69:9 76:18 83:21 95:24 111:23 112:4 112:24 113:2 144:21 144:24 152:10,13 158:10,15 160:8 174:9 198:2,6 215:16 224:25 232:18 235:21 236:1,11,15 242:21 250:12 265:9 266:22 267:10,18 268:11,13 268:19 271:13,15 272:16,25 277:21 282:7,11 283:6 342:9 342:13,19 343:5,8
**Kessler's** 240:4
**key** 183:1
**kick** 8:19
**Kidd** 152:7,7,14
**KILSHEIMER** 3:4
**kind** 50:20,25 54:6 56:22 78:2 86:22 109:7 131:22 139:25 141:15 219:9 222:25 253:19 255:24 256:18 257:2 271:3 284:11 292:19 309:6
**kinds** 119:1 127:3 128:8 131:20 136:2,9 140:9 285:17
**knell** 334:6
**Knevelbaard** 82:14 94:21 247:6
**knew** 68:14 203:11 241:8 315:7,8,11
**know** 8:7 9:4,12 14:10 17:9 18:1 20:9,10 33:12,19 35:13 42:18 47:9 52:2 53:8 59:25 60:3,12,24 65:14 69:5 77:22,22,23 84:14,24 86:7,19 96:20 105:4 108:15 113:6 118:6 132:16,17 141:3 146:18 160:4 162:20 164:21,24 165:7 167:11,14 170:11 178:12 179:8,9 186:15,25 189:3 190:23 191:4 192:14 193:1 194:12,14,14 214:6 236:2,2,9,15 237:8 249:9 251:1 254:7 257:1 258:4 270:22 272:6,18,18 273:7 274:16,20,24 275:24 277:21 278:4 297:24 299:4 300:4 303:9 304:10,11 308:20 309:25 317:19 320:3 321:9 329:2 342:1,5
**knowing** 136:14,21
**knowledge** 35:16 118:16 119:19,24 120:14 210:7
**known** 29:8 79:17 104:24 229:3 332:16
**knows** 22:8 111:14 114:21 117:8 268:3
**Koninklijke** 5:8 62:21
**Korea** 31:13 32:11 151:7,21 294:12 316:18
**Korean** 250:10 294:11
**Kraft** 247:6
**Kramer** 193:17
**kroger@morganlewi...** 5:24
**Kruman** 171:16
**Kuhn** 145:17
**Kyoto** 151:11,16

**L**

**L** 2:11 3:5,15 4:21 5:5 6:18
**labor** 133:13 181:20
**lack** 148:16 161:23 165:17 298:24
**Laddie** 3:10 276:18
**ladies** 341:23
**Lai** 329:9,18 330:2,13 330:21,22 332:24
**laid** 169:12 196:13 223:9 226:16 317:7
**land** 46:23
**language** 85:8 131:2 132:19 133:9 156:25 178:7 211:10 255:20 271:1
**large** 9:20 137:11
**largely** 71:16 131:21 319:10
**larger** 334:4
**LaRoche** 46:14
**lastly** 247:2 278:21
**late** 308:18 313:11
**LAU** 7:5
**launched** 25:14
**laundry** 143:13
**Lauren** 3:20 263:17 292:9
**law** 2:4,10,15,20 3:4,9 3:14,19 4:4,10,14,20 5:5,11,16,21 6:4,10 6:16 7:4,11,16 37:5 43:17,18 45:9 46:22 51:14 58:3 70:16 83:25 128:18 130:25 133:19 135:21 136:19 137:2,25 142:20 146:22 147:1 148:12 159:24 160:10,12 164:22,25 171:15 172:1,1 173:19,20 175:11,18 180:8,10 180:23 188:24 190:2 190:8,9 192:25 193:21 194:5,18 195:5,14 198:2 199:15 202:18 203:15 204:14,21 206:1,18 207:2,21 208:24 209:2,6 212:6,17 213:8,11,22 218:16 219:21 223:9,22 262:21,24,25 263:8 263:12,22 264:1 266:16 279:23 301:22 302:6,21 303:25 305:3,11 308:3 319:7 323:5 325:25 326:15 341:14
**laws** 20:25 21:2,18 38:6 46:16 54:7 85:12 108:23 109:10 126:9 145:9,18,23 146:3,7 146:14,18,19 147:5 147:12,14,15,18,19 147:21,21,22,23,23 147:23 148:3,8,11 165:3 171:18 172:6,7 172:9,24 173:10 174:11,12,18,25 180:3,23 182:1 183:4 192:24 193:4,4 194:9 194:10 197:23 198:18 199:8 206:23 207:5 212:21,22 217:24
**lawsuit** 82:17
**lawyers** 178:11 192:16 194:13 247:14
**layer** 185:5
**layers** 184:21 185:2,16
**LCD** 35:12,12 78:23 81:11,12,14,15,16,18 81:20 86:15,21 87:21 88:24 93:16,17,18 98:17,18 102:12 104:20 124:22 127:7 131:13 132:19 136:3 138:6 157:20 161:2,2 161:5,19 168:5 181:8 181:24 197:9 205:20 210:17,17,18 211:4 211:17,24 212:7 217:6,9,11,12,22 218:12,12,13 222:3,3 222:4 229:22 233:21 234:13,17 276:13,14 280:14,25 281:1,2,8 281:11 282:12,14,14 282:17 285:2,9,10 288:7,19,21 289:1,20 289:23,24 290:2,4 292:9 299:10,19 304:5,6 315:5,9 330:16 335:19 339:5 339:10 340:12
**LCD's** 127:17,20 164:18 289:5 292:1 315:24 317:4
**lead** 10:21
**leading** 76:19 145:15 146:9
**leave** 14:15,15 27:14 32:22 108:22 207:11 249:21 280:16 284:17 325:20 335:5
**LeBOEUF** 4:20
**led** 36:10
**left** 12:6 17:1 33:10,10 100:23 153:7 180:10 267:11 302:9,15 310:21
**left-hand** 8:16
**legal** 75:14 171:25 223:10 225:2 226:9 241:13,15 242:9 258:23 259:24 260:3 319:10
**legally** 135:18 305:2
**Legge** 1:2 8:6 237:8 251:8
**legion** 205:18
**legislative** 46:19 199:23 199:25 200:21 214:9 214:10
**legislature** 208:25
**Lehmann** 2:16 43:9,9 43:24 48:8,12,18,20 49:3 51:2,10,12 52:9 52:12 53:21,23 56:11 224:22 227:7 280:13 290:16,19,23 291:3 291:24 315:16,16
**length** 49:6 189:1 333:9 333:12
**lengthy** 14:21
**lessons** 142:13
**letter** 11:12 83:25 214:22
**let's** 24:19 26:9 38:4 48:23 62:8,9 88:7

102:9 103:6,21 138:24 139:2 157:5 184:15 207:19 240:20 242:10,12 255:7 286:21 287:1
**level** 22:24 87:12,13 104:11,12,13 125:1 167:14 168:13 185:9 185:10 189:5 190:21 190:22,23 191:5 238:22 264:19 275:15 275:16 276:3 334:24 334:25,25
**levels** 50:15 67:2,6 99:18 154:22 171:10 188:15 191:15 228:15 228:23 264:7
**Lewis** 5:21 112:21 113:10
**Lexington** 5:12
**Lexus** 314:19 341:10
**LG** 79:18 117:20,25 118:12 129:25 139:24 154:19 159:1,2 169:1 178:9 218:18 272:6 293:19,21 294:1,11 294:13,15,16,22,23 295:1,3,7,16,25 296:1 296:4,9,14,23 297:12 298:14 299:9 302:25 303:18 304:21 305:14 305:17 306:6,16,18 307:15 309:11,15,17 309:24 310:4 313:10 338:4
**LGE** 6:15 294:14 306:16
**LGEI** 306:11,15
**LGETT** 6:15
**LGP** 79:18
**LGPD** 129:18 316:7,23
**LGTT** 294:23,24
**LGUSA** 6:15
**liability** 109:15 135:20 141:17 165:23 246:20 332:6
**liable** 160:11 163:11 235:5 238:17 265:21
**liberally** 85:13
**License** 344:20
**Lieff** 2:20 338:11
**Lie's** 331:10
**life** 342:19
**lifting** 289:19,20
**light** 147:11 162:8
**liked** 177:14
**likelihood** 126:1
**Likewise** 117:10
**limit** 84:3 103:3 158:10
**limitation** 148:5
**limitations** 11:25 112:19 113:8 114:3 116:21 120:16 124:11 138:16 139:8,12 158:23 202:16 215:17 220:12 223:15,19 298:17 322:9,11,12
**limited** 42:23 71:4 74:6 78:10 147:3 298:23 301:1 341:15
**limits** 236:20
**Lin** 47:23 73:15 333:22 334:1,3,6,7,9
**line** 30:13 56:8 74:22 74:23 79:3 91:7 93:13 229:14 232:23 286:8 295:2 325:9 336:10
**linerboard** 76:2,3,24 77:3,13 78:15 82:3,7 82:8,8,22 95:16 107:14
**lines** 229:8
**link** 85:4,5 235:12 273:16 276:17 279:13
**linkage** 254:2
**linking** 233:9 276:4,4
**lip** 170:11
**list** 95:6 116:14 119:9 119:12 143:13 222:11 222:21,25 278:17 283:16
**listed** 174:16 186:17 198:12 245:18 253:21 268:1
**listen** 169:18 244:13
**listening** 144:9
**listing** 119:21 283:21
**lists** 203:22
**litany** 120:11
**litigate** 73:12
**litigated** 191:23 194:15
**litigates** 192:15
**litigation** 1:6 128:3 137:11 164:11 189:8 189:15 191:18,25 192:12,21 193:17 195:23 211:19 218:17 239:2 331:17
**little** 12:6 14:18 21:12 79:12 148:2 157:4 166:25 172:13 208:15 211:1,1 256:3 262:19 262:19 297:14 318:3
321:19 335:10 338:23 339:3
**Litwin** 5:11 14:24 15:3 15:7,12,16,18 62:19 62:20 63:10,14 64:1 64:19,21 66:2,5,11 72:1 89:16 90:18 93:25 277:13 312:15
**litwine@howrey.com** 5:13
**live** 20:23,24 209:17 211:4
**LLC** 293:9
**LLP** 2:10,15,20 3:4 4:4 5:10,15,21 6:10,16 7:16 43:9
**Local** 244:7
**locales** 31:13
**located** 168:25 278:6
**location** 24:13 125:15 125:19 171:17
**locations** 24:11,13 44:15 129:15 261:11 316:20
**locked** 283:11
**Locust** 3:10
**logic** 214:25
**long** 46:15 132:15 143:8 144:6 164:17 224:12 237:8 300:1 342:4
**longer** 273:25
**longstanding** 70:16
**look** 22:21 24:19,21 25:11,18,19,24 26:3 29:5,15 31:20 32:1,13 37:13 39:14 42:18 58:5,23 64:6 84:15 94:4 98:18,19 103:19 104:16 107:1,20 108:4,17 117:14,15 140:11 143:12 149:19 150:25 153:24 154:2 157:22 158:18 159:13 161:9 174:13 183:23 184:15 197:22 206:24 206:24 209:12 222:7 232:13 239:6,11 241:3 244:5 251:3 255:4,8 263:24 273:3 275:12,14 277:24 283:13 284:3 285:14 292:5 293:7 294:2,13 295:2,11 296:2 299:18 300:6,15 303:23 308:15 320:7 321:1 338:18
**looked** 199:12 226:14 232:12 252:6 254:5 299:13
**looking** 19:7 20:17 21:10 24:24 34:19 49:6 87:11 154:24 155:17 174:10 177:20 178:9 179:9 214:8 225:9 232:14 248:4 274:10 290:12 320:8
**looks** 335:9 338:20
**Lorix** 186:10
**lose** 194:3
**losses** 45:9
**lost** 61:20 165:25
**lot** 10:23,25 12:15 13:13 48:24 66:24 86:18 90:23 98:15 123:8 131:19 162:7,7 183:24 217:1,10,10 227:12 230:5 237:15 237:21,22 253:10 255:22 293:14 297:15 299:6 300:4 341:24 342:6
**Lothian** 259:15 265:24 265:25 266:18 302:7 303:24
**lots** 84:9 104:18 204:18 226:10
**Low** 220:21 221:7
**lower** 42:17 243:7 305:19
**LP** 79:17 295:12,15 296:5 306:7 310:2
**LPD** 309:16
**LPDD** 158:25
**LSL** 19:15 20:11
**lucid** 341:25
**LUCIUS** 7:5
**Luke** 304:4
**lump** 60:6 114:16 143:1 157:25 178:8
**lumped** 114:19 117:12
**lumping** 284:21
**lunch** 144:4
**luncheon** 144:3
**L-a-i** 329:9
**L-o-t-h-i-a-n** 302:7

**M**

**M** 4:14 5:22 6:18 7:5
**machinations** 243:10 249:18
**machine** 9:20,22
**magic** 258:14
**magistrate's** 277:6
**mail** 302:14
**mailing** 302:13
**main** 87:3 98:16 213:13 225:14
**maintain** 80:7 92:18 93:6 94:2 149:22 201:22 210:1 308:14
**maintained** 262:13 266:1
**maintaining** 49:22
**major** 103:17 151:19 214:1
**majority** 37:16 88:11
**maker** 33:20 36:3 100:12
**makers** 27:16 29:7,9,10 29:11 69:23 243:1,2,3 243:3
**making** 9:16 29:12,12 80:11,23 104:6,7 158:17 201:6 204:23 208:4 211:13 217:17 230:1 242:4 244:13 260:17 302:23 314:24
**Malaysia** 31:14 268:7 268:15 274:12,23,24 275:8,22,25 278:2 281:21,24,24 282:1,2 316:19
**Malaysian** 273:22
**man** 166:22
**managed** 152:7
**management** 108:4 228:16,16,23 259:19 299:6
**manager** 117:25 254:16
**managers** 276:3
**mandate** 172:24,25 200:19
**mandated** 325:4
**Manges** 5:4 96:2
**manner** 92:3 109:18 120:8 143:18
**manufacture** 36:25 45:23 72:3 154:17 176:24 178:13 179:16 238:9 262:8 273:9 318:17,17 321:8 331:4
**manufactured** 52:19 75:24 77:2,10 78:5,13 78:17 91:19 105:23 135:4 137:9 169:6,16 178:5,10 238:7 242:7 272:21 273:5,8,12 318:21 319:2 321:6

**manufacturer** 26:19,20 27:6,7 33:20 71:14 74:22 75:1,11 85:3 88:10 90:5 91:21 95:7 242:7 245:23 295:19,23 318:16 319:1,1 332:17 334:20,24,25 335:2
**manufacturers** 25:25 26:6 27:5 33:18 36:12 39:6 65:10 71:14 76:8,20,22 82:2 82:16 93:6 103:17 105:18 117:19 151:7 151:21 152:2 268:22 283:25 296:18,19 297:5 305:16 323:15
**manufactures** 53:9 231:21 268:23 321:10
**manufacturing** 50:7 53:14 88:2 105:21 117:23 129:15,16 140:6 231:12,13 262:5,15 278:15 286:10 295:8,20 307:6,8
**map** 241:5
**March** 34:17 281:13
**margin** 243:16
**MARIE** 6:18
**Mario** 3:20 207:13 293:23
**marioalioto@tatp.com** 3:22
**marked** 72:4
**market** 5:23 21:17 27:10,11,13 33:1,2 45:3 50:12 76:12,17 79:20 82:10 83:4 85:17 97:14,14,16,17 97:19,22,22 98:8,10 98:11,13,13 99:1,12 99:13,15 101:1,8 104:1 105:3 107:1 118:19,23 129:8,14 138:4 143:15 149:8 149:10,10,12 154:15 157:18,22,23,24 162:1,3 165:20 171:6 178:13 183:15,17,20 184:2,3,5 188:12,14 190:16,16 197:13,14 197:15 246:13 247:5 247:11,12 253:21 255:13 279:15 296:22 303:24 316:12 324:24 338:9
**marketed** 169:6 178:10 273:6
**marketing** 279:10 294:18,25 297:13 335:18 341:16,19
**marketplace** 318:10
**markets** 31:24,25 36:24 44:11,22 45:15 73:5 100:3 105:1 130:2 179:15 183:24 184:13 294:19
**MARTIN** 6:17
**mask** 105:11
**MASON** 4:4
**Massachusetts** 201:14 201:15 202:6,7 205:14 206:1 209:20 209:21 212:11,23 214:17 215:6
**master** 8:6
**MasterCard** 189:8,12
**match** 24:15
**material** 216:17 326:4 326:5 328:6 341:24
**materials** 86:25 341:16 341:19
**Matsushita** 7:15 258:18 259:7 268:7 268:15 274:12,23,24 275:25 278:2 281:21 281:24 282:2 317:17 317:18,25
**matter** 11:23 19:3,4,7 19:11,13 20:4 38:1 39:25 43:7 59:10 72:12 85:11 94:19 102:10 122:24 136:19 137:2,25 144:25 148:16 150:21 153:22 174:12 178:25 180:1 189:22 190:19 194:18 219:21 235:14 245:25 252:14 253:7 258:23 259:24 262:24 263:7 263:8,12 269:19 301:22 302:6,21 303:3,24 308:3 325:21 326:15 328:5 344:5,9
**matters** 8:9 84:7 119:23 135:23 253:3 278:11 325:22
**mature** 136:24
**Max** 204:9
**maximize** 125:16
**Ma'am** 287:2
**MCC** 318:2
**McKENZIE** 6:4
**McMILLAN** 7:17 317:16,17,19,25 318:3,6,11,24 322:15 327:24 328:2,18
**MDL** 1:6 118:25
**meager** 258:8
**mean** 11:8 55:18 63:18 64:10,13 66:19,20 68:21 69:5 95:3 130:19 131:19 132:11 132:16 140:25 153:4 155:7 158:4 161:12 178:12 180:24 193:25 202:22 222:5 241:20 278:7 282:25 299:3 333:13
**meaning** 58:24 152:5
**means** 29:14,20 63:23 65:2 77:21,22,22,23 92:2 97:12 149:14 173:2 190:21 220:11 223:18 299:3 301:22
**meant** 61:10 166:8 336:10
**measure** 183:5 264:21
**MEDIATION** 1:1
**meet** 24:17 29:7 122:16 131:18 141:9 161:18 172:16 177:5 312:25 322:18
**meeting** 8:11 24:6 31:17 32:11 38:25 66:24 67:7 85:23 125:10 128:10 156:10 177:1,25 232:21 239:22 246:22 272:12 277:23,24 308:17 311:23,24 312:5 313:23 326:19
**meetings** 8:14 22:24,24 28:8,8,14,14,18 29:8 31:9,11,11,12,23,24 32:6,6,14,16,23 49:10 49:12,18 50:3,10,23 55:24,25 59:7,15,15 65:24 66:22 67:2 68:13 87:22 90:4,7 105:5 109:13 111:5,6 111:8 116:13 125:16 125:19,25 126:7,14 126:22,22 128:5,23 132:11,13 134:6,7 151:18,25 153:20,20 153:20 154:6 164:13 164:14,19 167:12,13 167:23 168:20 169:21 170:4 171:3,20 176:4 176:5,11,19 228:10 228:13,14,15,16,25 229:2 230:13,16 231:1 232:1,16 233:2 239:21 246:19,25 247:1 253:24 255:11 255:19,24 256:5,14 256:24 257:11 261:7 261:8,12 264:7,8,19 264:24 265:4 269:7 270:14,18 271:18 272:7 275:3,7,16,19 275:23,24 276:2,10 276:11,12,20 278:1,3 278:6,12 280:7 281:24 283:15,17,17 283:18,19 284:1,3,5,8 288:17,18 289:3 291:10,13,15 292:14 292:17,18 302:24 307:21 308:7,11 309:25 310:1 311:13 311:14 312:5,19 313:25 316:3,9,13,14 316:18 319:15,24 320:1 321:3 322:2 323:10,14,17 324:21 325:1,10 326:9 327:17,18 328:8 331:14
**member** 91:13 92:4 126:5 133:11,11 136:21 269:5,9 271:7
**members** 36:4 47:6 81:21 98:21,21 166:10 290:5 334:9 339:25
**memory** 190:5 210:19 210:21 212:8 292:4 299:11
**mental** 136:12
**mention** 28:7 56:20 78:24 79:4,5 81:17 82:13 217:6 220:13 266:10 270:8 271:7 278:2 321:15
**mentioned** 42:19 50:19 56:21 58:2 63:18 87:2 101:11 113:1 160:8 162:12 175:13 176:5 181:2 219:18 224:9 247:7 269:25 284:6 318:13,25 323:9 324:2 325:15 325:15 338:4,5
**mentioning** 323:10
**mercifully** 265:14
**mere** 39:19,20 150:17 202:21 241:20 262:21 262:22 282:24 333:12
**merely** 33:7 185:19 195:13 257:21 323:11
**merit** 262:19
**meritorious** 73:6
**merits** 55:10,13 56:23 337:4,12,18
**mess** 193:1
**met** 8:5 109:15 161:16 170:3 177:25 242:24 243:3 258:7
**Metal** 135:14
**method** 244:25 245:8 245:12,18
**Michael** 2:16 6:11 43:9 315:16
**MICHELLE** 5:22
**Michigan** 180:18 204:13 205:10 211:23 211:24
**Micro** 45:7
**microprocessors** 36:11
**Microsoft** 93:3,5,8,12 189:15 191:25 192:1 192:14 195:23 205:20
**Microsoft's** 93:6 192:5 192:9
**Microsystems** 336:17 336:23 337:7
**mid** 199:11
**middle** 18:11,12 277:16
**Midwest** 92:7,11,13
**Mike** 198:10
**milk** 82:15,17,18,19,21 133:4
**Miller** 6:17 293:18,18 294:5,8,11 295:22 297:19 300:12,18 301:15 303:17,23 304:8,10,18
**million** 291:21,24 299:24
**mind** 11:21 12:9 13:6 13:11 120:15 143:20 164:22 266:25
**minimize** 125:17
**minimum** 40:15 41:9 61:1 178:25 179:1 312:25
**Minnesota** 133:4 186:10,12,12 189:6 195:21
**minority** 259:9,20
**minute** 14:7 24:22

90:25 111:16 112:3 141:18,19 143:7 166:16 170:10 187:20 204:7 247:22 251:14 271:12 287:10 291:1 324:16 329:10 339:12
**minutes** 56:14 57:6,9 62:14 90:19 96:15 116:13 139:2 193:7 207:15 224:14,16 225:19 235:22 236:22 236:24 284:16
**mirror** 172:6
**mischaracterized** 219:3
**misconduct** 163:12 235:5 238:18
**misleading** 128:15
**misplaced** 304:22
**misread** 124:19
**misrepresentation** 212:1 248:18
**missed** 101:3
**misspoke** 96:18 165:8
**Misstate** 58:20
**mistake** 113:25
**mistaken** 248:11 259:13
**Mitsui** 117:11 134:24 134:25 135:2,2,7
**mix** 22:13 26:10
**mixed** 24:10 251:15
**mixing** 24:2
**mlehmann@hausfel...** 2:18
**Mobile** 114:24
**modern** 266:16
**Modernization** 195:4
**Modesto** 3:16
**modulating** 96:24
**moment** 13:22 15:5 19:1 62:12 79:10 122:1 234:22 307:17 319:18
**moments** 252:21
**Monday** 3:15 8:2
**money** 87:12 243:9
**monitor** 26:20 27:16 33:20 69:23 71:13 77:23 78:14 82:24 91:21 94:7,7,15 154:25 167:21 178:15 231:11 297:5
**monitored** 68:18 154:6 154:11 171:3 229:14 229:15
**monitoring** 177:12,12 177:17 231:12
**monitors** 22:9 26:16 27:16,18 29:4,13 30:17,21 33:17,18,24 49:25 52:20 64:14 65:21 68:19 70:6 72:7 73:17 75:23 76:22 78:4,12,12,16 78:16 86:22 95:8,10 105:23 106:1 107:5,9 110:13 117:23 118:3 149:6 150:20 153:12 154:7,18 171:4 230:6 230:23 231:14,22 232:3 238:5,6 296:20 296:24 321:12
**monopolization** 165:14
**monopoly** 166:7
**Montague** 3:9,10 122:25 224:9,14,18 225:8,22,24 226:25 227:3,10,16 228:8,20 230:13 231:17,19 232:10 234:23 239:18 240:20,21,23,24 241:1 243:19 276:18 276:18,23 277:2,9,15 277:18,20
**Montgomery** 2:11,16 4:6
**month** 67:12 172:12
**Morgan** 5:21 112:21 113:10
**morning** 62:19 96:11 111:20 112:20 162:12 337:2
**Morton's** 265:18,22 303:24
**motion** 1:12 9:2 16:11 16:16,17,18,18 17:7 17:12,13,17,18 19:2 20:8 55:11 56:17,19 57:7 62:2,5 74:9,9 77:25 86:4 91:2 93:21 132:6 134:1 169:14 172:15 174:15 187:6,7,9,10,16,24 188:16 196:21,23 198:14 217:1,17 218:13,23 219:12 221:16 223:23 236:18 248:5,9,9,15,25 263:4 267:25 290:11 311:7 317:20,21 325:21 326:1,17,25 328:17 329:7,13,20 330:1 331:1 338:15,16,21 340:18,20 342:15
**motions** 8:8 12:7 16:7 16:10 20:8 70:13 81:12 115:9 187:5 235:24 237:1 249:1,2 250:8 280:15 281:13 310:17 324:6
**motive** 226:21 227:19
**Motor** 205:21
**move** 13:7 57:6,8 200:15
**moved** 246:8,9,9 248:1 248:1,2,3
**movements** 89:15
**moving** 13:23 189:18 198:1 204:6,9 224:21 244:22 248:5,20 251:21 252:1 254:4 267:12,14,18,24 268:20 319:8 321:17
**mscarborough@she...** 6:13
**MTPD** 4:19 5:3 18:25 96:5 129:6,22 140:16 158:20 258:17 267:15 267:19,19,23 274:15 276:2 278:18
**Muller** 241:7
**Mullin** 6:10 198:10 248:22
**multinational** 292:23
**multiple** 83:11 89:6 99:18 105:4 106:13 184:21 257:12
**Muslim** 162:19
**mustard** 249:19
**muster** 142:18,19 211:8,9
**Myers** 7:10 237:13

**N**

**N** 2:1 3:1 4:1 5:1 6:1 7:1
**naked** 163:7
**name** 8:13,18 9:9,10 18:21 62:19 99:16 134:11 141:8 176:14 219:6 237:11 251:8 258:17,19 276:25 277:22 288:15 289:2 306:7 318:13 320:19
**named** 15:9 16:24 44:13 47:6 70:5 96:14 114:13 169:4 261:25 276:20 294:21 296:12 298:12 306:8
**names** 15:10 268:12 276:3 308:15,16
**naming** 254:6
**narrow** 71:4 73:25 74:20 241:25
**narrowed** 208:1
**narrower** 47:12
**national** 145:13 146:6 235:17
**nations** 46:9 52:16
**natural** 94:10 120:9 201:3,5 211:11,14
**naturally** 175:19
**nature** 11:6 84:18 90:2 101:10 107:24 108:1 108:7 119:4 121:1,4 121:22 126:10 127:18 128:6 133:23 145:15 147:24 185:21 188:3 218:5 261:10
**nearby** 281:25
**Nebraska** 180:18 181:15 182:10,14,16 196:12,12 199:15,21 199:22,22 200:8,20 207:10 208:6,13,18 208:24,25 209:3,5,15 214:7
**necessarily** 29:9 38:14
**necessary** 19:12 51:18 124:8 131:16 132:25 133:1 167:7 230:3 278:22 279:13 282:23 283:1,7 287:23 288:3 325:20
**need** 8:25 9:9,17 10:3,7 10:11 11:2 14:13 15:10 23:20 35:1 99:2 123:15 126:6 131:17,19 135:25 136:8 137:3 141:25 142:7,16,16 145:13 145:21 146:5 162:10 202:8 204:19 205:8,8 209:25 212:2 226:23 233:18,25 247:10 265:6 280:6,18 308:20 313:16 314:21 315:6 330:10 337:18 337:20
**needed** 69:21
**needs** 141:24 162:13 214:12 242:2 247:16 247:16
**neither** 71:5 111:24 112:7 268:22 282:18 322:22 324:1
**NELSON** 3:14
**nephew** 339:22
**neutral** 235:16
**Nevada** 199:15,21 200:22 207:7 208:6,8 214:7
**never** 29:11 43:18 45:23 64:8 85:9,16 178:21 192:12 195:7 239:14 240:2 246:1 256:19 260:15 276:9 278:7 294:24 304:16 316:23 321:6 325:1 329:2 331:4 339:11
**new** 4:22,22 5:6,6,12 5:12 22:6 39:16 50:8 129:8 133:19 135:14 182:10,14,19 202:12 202:20 203:4,6,11,14 203:17 204:13 205:10 205:20 209:9,20 210:12,24 211:23 212:4,6 213:20 216:17 229:7 258:17 259:6,8,10 279:6,8 282:15
**news** 151:11,16
**nibbles** 9:25
**nice** 8:17 214:6
**nine** 180:16 246:7 248:10
**Ninth** 19:14 20:6,9,11 20:13 21:15,21 35:10 37:14,14,24 43:22,24 44:3 51:8,13,24 52:10 54:25 55:3 57:20,22 58:3,3 80:19 114:24 121:3,5,13,23 122:16 142:6 152:6 172:10 172:12,14,19 183:8 188:20 193:5 221:20 221:21 247:6 259:14 261:17 262:16 293:8 299:15 301:7 302:12 306:23 334:13,15 340:1,3
**Nippon** 303:24
**nonattendees** 229:12
**noncompetitive** 50:15
**nonconspirators** 126:11
**nondefendant** 118:11
**normally** 55:2 228:3
**North** 4:19 5:3,9 18:24 62:22 129:14 169:15 180:18 189:17,19 207:10 267:13,16 268:21,21 269:1

278:21 279:5,6
**Northern** 35:23 40:14 168:4 210:16 222:6
**Northwest** 200:2
**note** 52:17 53:2 62:13 63:15,15 71:13 123:5 154:10 164:21 196:13 221:18 269:24 273:19 292:20 327:19
**noted** 36:7 49:20 51:13 59:8 64:3 66:17 69:10 71:5 73:15 131:1 132:2
**notes** 14:11 94:1,25 96:3 125:22 127:1 217:22 310:20 344:8
**notice** 22:17 23:21 24:3 28:21 70:20 118:18 120:19,21 122:13 125:3 127:16 136:1 136:15,17,20 137:2 137:20 138:1 139:23 143:10,12 216:13 238:20 248:9 256:25 269:11 285:8 293:11 305:25 315:3 317:1 327:5
**noticed** 238:24
**noting** 45:12
**notion** 21:19,20 109:23 133:24 147:17 326:16
**notwithstanding** 326:24
**November** 113:17 122:17,19 151:6 258:14
**number** 9:21 49:4 50:22 56:21 86:19,19 86:20 87:20,20 125:24 132:12 138:17 140:2,14 168:25 183:1 203:13 213:1 232:16 246:10 247:2 255:24 256:1 257:11 257:13 295:24 310:8 311:16 319:16 335:24
**numeral** 251:25
**numerous** 80:25 128:14 218:7 289:24 335:23
**NW** 5:17 7:6,17

**O**

**obfuscate** 240:5 321:4
**obfuscating** 27:13
**obfuscation** 237:25 239:13 240:3
**obfuscations** 237:18,20
**object** 105:3
**objective** 49:7 336:1
**objectives** 49:5
**obligation** 136:16 143:19
**observation** 236:25
**observations** 120:12 252:16,23 255:5,15
**observed** 252:7
**obtained** 202:7
**obverse** 202:4
**obviously** 13:23 19:4 25:15 31:2 37:3 46:9 65:1 139:11 162:22 166:12,21 179:19 180:12 185:19 211:7 279:13 308:4 341:6
**occasion** 217:14
**occasionally** 24:16
**occupied** 175:16,18
**occur** 167:24
**occurred** 31:12 45:14 46:4 48:1 49:10 50:5 54:14 109:13 113:14 134:6 165:24 166:5 166:14 167:23,25 173:22 246:25 247:10 255:14 256:3,15 305:24 316:12,18 320:1,1 324:25 325:1
**October** 1:14 8:2
**odd** 256:7,12
**OEM** 76:21 93:6 155:22 190:16
**OEM's** 70:3 93:8,10 149:4 155:4,9 171:11
**offer** 304:9
**offered** 106:5
**office** 210:1
**offices** 151:7 319:4
**Officials** 151:17
**offshore** 109:15
**oh** 23:3 32:24 37:20 40:10 51:11 96:15 101:19 158:11 177:3 182:5 269:8 273:11 274:18 330:11
**Ohio** 50:8 129:24
**okay** 13:21 14:11 17:11 26:9,9,16,17,22 29:16 32:18 34:8 38:9 64:18 75:4 98:18,23 99:20 102:12 113:19 115:3 116:8 119:16 144:12 151:3 156:3 185:4 201:12,13
205:10 207:19 223:2 235:20 236:12 250:4 250:15 251:7 255:15 257:12 259:6 261:4 261:13 264:23 265:5 266:4 268:18,24 271:13,14 273:14 275:4 276:13 277:19 279:24 282:6 295:20 303:13 311:4,15 317:18 328:14,20 330:9,13,17 331:15 332:17 333:1 334:11 335:2,21 336:11
**old** 160:10 297:16 300:19
**oligopolistic** 99:13 119:4
**oligopolists** 253:20
**oligopoly** 136:22 253:18,20
**once** 11:1,1 90:22 94:21 146:9 182:22 321:15 336:4 337:6,23
**ones** 89:7 96:20 109:14 189:4 191:22 216:20 267:7 275:4 338:14
**oOo** 8:4 343:11
**open** 8:15 11:21 12:9 13:6 50:18 258:6
**opening** 114:23 119:3 119:10,11,12 120:23 196:14 199:5 250:5 339:8
**operate** 81:3 87:25 88:14 199:25 338:8
**operated** 79:22 88:24 88:24 228:11 258:1
**operates** 199:23
**operating** 74:24 93:7 245:11
**operation** 259:23 306:25
**operational** 259:19 330:24 332:25 333:3 336:1 341:21
**operations** 129:7,24,24 130:2 279:11 285:25 286:6
**operative** 124:13
**opinion** 13:3 43:22,24 44:17 45:4,6,16 46:3 46:13,15 51:25 71:10 72:10 93:4 102:13 109:3 161:5,6 165:23 166:2 179:2 188:18 195:18 218:17 300:20
314:20 315:5 339:10
**opinions** 165:22 217:12 292:9
**opportunities** 229:18
**opportunity** 11:9 12:13 13:11 123:6 124:6 201:18
**opposed** 55:15 65:2 153:2 160:24 303:18 337:16
**opposite** 8:24 148:22 149:7 190:5 221:17 241:21 243:16
**opposition** 63:20 65:6 70:9,13 71:24 114:9 116:15 117:15 118:5 118:18,20 121:17 169:11 204:17 215:6 259:1 263:1 281:16 281:20 290:25 291:3 293:4 305:12 317:11 320:6 321:21 322:4 327:9
**optimum** 129:16
**oral** 48:16 156:24 215:18
**oranges** 157:6,9
**orchestrated** 125:16
**order** 10:19 16:14 69:20 80:22 106:21 112:22 116:20 125:6 126:16 128:25 129:16 143:21 158:3 167:5,6 167:16 169:22 236:16 236:17 261:17 278:23 279:14 281:12 337:20
**ordinarily** 284:1,8
**Ore** 78:22 79:6 160:5,9 263:21 265:1
**organization** 125:15 261:11
**organizations** 168:13
**organize** 342:6
**organized** 29:7 96:3 168:12 288:12
**origin** 235:18
**original** 36:11 118:22 185:2,4 258:17 338:17
**Osaka** 279:7
**other's** 106:23
**ought** 55:1 141:22 190:10 195:4 285:14
**outline** 224:18
**output** 120:4 126:15,23 128:22,24 130:5 229:7,15 255:13
278:11,20 316:11 324:23
**outputs** 229:5
**outset** 22:3 187:9 190:10
**outside** 9:14,20 21:25 32:16 44:22 77:25 94:18 211:18
**overall** 29:15 65:7 68:4 124:1 144:5
**overcharge** 185:3,4,15 185:25,25 186:6 190:22 191:13
**overcharged** 53:9 101:20,22 102:5
**overcharges** 43:15 109:4
**overcrowded** 10:8
**overlap** 12:2 289:22
**overlapping** 11:6
**overpayment** 193:1
**overpricing** 333:1
**overruled** 288:22
**overseas** 34:8,9 37:21 40:18,25 41:2 58:13 109:9 146:14 147:7 150:18 156:4 165:11 165:12 169:22,23 175:22 179:5
**oversimplified** 63:5
**overstated** 51:4
**overt** 43:13 48:4 56:1 309:16 314:22
**owned** 75:6 95:7 205:6 295:1 306:10,14 331:6
**owners** 158:24 332:12
**ownership** 244:11 249:13,16 259:5,9 332:23 333:18
**owns** 240:9 244:8 274:4 332:17,18 333:23 334:3
**O'Brien** 300:9 301:8
**o'clock** 144:4,12 207:17 286:24 290:22
**O'Melveny** 7:10 237:13
**o0o** 1:3

**P**

**P** 2:1,1,16 3:1,1 4:1,1 5:1,1 6:1,1 7:1,1
**PACEC** 268:4,13
**PACHER** 3:14
**pack** 189:10
**page** 30:13 34:20,20 51:12,24 64:20 70:12

70:14 71:24 81:19 93:23 117:15 118:20 120:1 135:1,12 140:4 152:20 163:4,5,22 174:15,23 188:1 199:5 222:16,17 227:25 242:10,12 244:25 245:3,4 250:22 278:13 281:16 286:8 287:9 292:20 294:8 305:12 317:11 317:13,13,14 336:23 336:24 337:7
**pages** 31:20 72:21 74:7 92:8 93:3 116:15 117:7 119:2,9 122:2 132:15 152:25 169:11 173:8 186:9,10,16,16 200:12 245:14 260:7 262:25 264:17 287:7 287:11,12,14,24 288:1 290:24 327:9 335:16 340:12,22 344:6
**paid** 93:9 186:3,4 192:7 231:24 270:24 291:22
**pains** 109:4
**paint** 143:3
**Panasonic** 4:18,18 5:3 5:3 18:23,24,24 96:2 96:4 100:9 129:9 154:19 158:20 169:2 184:22,23 265:9 267:11,13,14,16,17 267:20,22 268:1,21 268:21 269:1,7 271:18,21,21 273:5 273:21 274:2,3,4,5,11 274:12,13,14,16,17 274:18,19 275:1,10 275:18,19,22,22,25 278:20,21 279:5,8 281:17,22 282:4 283:17,19,20 284:2,6 284:7,10,22 285:18
**Panasonic's** 129:12
**panel** 57:23
**panels** 167:9 169:22 170:5
**paper** 76:7,9,14 92:7,9 138:25 167:19 251:15 303:24
**papers** 208:2 239:1 246:1 252:1 285:19 307:4
**paragraph** 15:9 24:21 25:24 26:3 28:5 29:5 29:15 31:10,10 40:10 49:16 64:2,6,7,9 65:1 65:2,7,15 66:25 69:18 77:6 79:16 89:7,9,18 89:21 90:3,9,10 94:17 103:19 104:17 106:18 106:24 108:10 110:1 110:2,5 120:2,24 125:23 126:2,3,12,13 126:25 129:4,18 149:1,20 150:8,10 151:10 153:25 171:2 176:11 177:4,7,8,9,10 177:14,16,19 178:3 183:13 222:10,15 226:24,24 227:12 228:9 229:9,13,15 231:3,17,20 232:18 232:23 234:17 240:8 240:20 250:12 251:6 251:18 255:6,10 256:14 257:10 261:4 264:24,25 267:5,5,6,6 267:6,7 268:4,6,14 269:3,4,23 271:15 272:15 273:2,3,23 274:6 278:10 283:14 283:22 285:14,15 286:1,1,7,8 291:9,17 291:17,21,23,24 294:2,5,9,15,22 295:2 295:14 296:3,17,22 297:1,3 305:15 309:21 311:16,18,19 312:11 315:19,21 316:5 319:16,16,21 320:3 321:18,22 323:2,11,16 324:13 324:13,14,18 327:11 327:15
**paragraphs** 24:19 26:5 31:21 48:6,8,10 49:1 49:4,7,9,19,23 53:20 59:13 60:14 63:21 65:4,5,15,17,25 66:3 66:12,14,16,21 68:2 68:10 69:14 77:18 81:1 89:5,6,11,13,21 89:24 94:4,4,5 96:12 105:4 108:10 125:14 126:8 128:19 140:3 148:23,25 150:25 159:14 168:23 169:9 227:4,6,11 228:18,21 230:14 251:4 254:9 254:24 255:3,8 261:9 261:9,10 263:24 264:10,11,12,14,15 264:20 266:23,25 269:25 270:1,10 275:14 278:5,17 284:23 285:16 291:20 308:8,8,14 309:14,18 312:23 313:3 316:16 319:18,19 320:4 323:10,19 340:25
**parallel** 194:22 241:25
**parcel** 139:21
**Pardon** 240:24 261:2
**parent** 75:24 78:6,18 85:10 87:8 88:2 92:12 265:3 285:24 288:12 295:1 315:7 315:10 321:9 332:20 339:24 340:8
**Park** 3:6 5:22
**parroted** 165:17
**parse** 29:20 40:24 86:2
**parsed** 170:14
**parsing** 89:3
**part** 38:16,19 64:17 79:18 80:14 88:2 89:24 103:18 123:8 124:5 126:13 128:22 129:9 130:6 139:21 140:10 156:3 159:1 170:3 190:11 203:15 232:4,20 267:25 278:24,25 291:25 319:22 320:13,23 321:1
**partially** 166:14,15 342:21
**participant** 97:13,23 97:25 160:16,17
**participants** 67:3,7 68:13 125:22 168:19 229:6 232:25 276:20 323:14
**participate** 91:25 99:14 101:8 269:13 331:11
**participated** 92:16,25 105:5 233:19 254:1 255:10 256:5,11 269:18 275:1,2,2,23 276:1 291:14 307:20 307:24 308:6,10 311:25 314:23 316:8 316:21,22 319:6,23 322:2 323:16,25 324:19,20 331:13
**participating** 16:6 98:2 302:16 325:6
**participation** 31:22 44:5 49:17 55:25 160:22 176:15 253:23 260:2 261:6 269:12 279:22 291:13 292:1 292:17,25 310:4 314:7 317:12 319:15 321:18 327:10 329:15 331:22 340:23 341:3
**participations** 116:14
**particular** 42:18 73:4 84:20 102:19 104:8 109:12 123:11 130:19 133:14 134:22 140:16 140:20,22 149:18 171:19 173:15 190:7 219:2 225:3 227:9 228:2 231:4 232:14 247:5 292:15 301:3 309:20 315:1 317:21 319:21 335:3
**particularity** 113:21,24 115:15 121:15 122:8 131:10,16 141:20 161:18
**particularly** 132:6,12 193:14 220:19 256:8 282:18
**parties** 13:24 20:20 50:3 88:5 105:15 106:15 134:2 180:14 224:21 244:22 248:6 259:16 342:22
**partner** 237:13
**parts** 32:15 79:8,9 86:25 217:21
**party** 75:8,12 91:19 105:7,17 113:23 134:16 140:17,17,18 198:1 256:11 269:3 270:14 271:19 311:14
**pass** 104:5 142:18,19 211:9 249:22 281:6 290:19
**passed** 20:22 148:25 185:5,6,8,15 199:10 205:16 209:5 211:8 276:12 290:18
**passing** 209:3
**passive** 256:4,23
**pass-on** 101:22 102:2,4 149:19 185:1 197:7 197:10 335:12
**pass-through** 187:18 190:22 191:2,10,12 194:25
**PATANE** 4:14
**patience** 287:5
**Patrick** 4:5 6:5 16:22
**patrick.a.ahern@ba...** 6:7
**pause** 62:12
**pay** 43:15 50:21 101:19 101:21,25 102:1 170:11 189:12 242:8 291:25
**PC** 135:4
**PCNA** 270:13,20
**PC's** 36:13
**pears** 157:7,8
**PEARSON** 2:10
**PENAC** 311:3
**penalty** 108:25
**pending** 210:16,22 310:17
**Pennsylvania** 3:11 5:17 7:17 277:16
**PENNY** 2:10
**people** 9:21 18:2,15 27:9 36:4 40:25 47:1 47:4 63:8 81:15 97:3 100:10,11,24 112:25 137:15 155:25 165:7 170:25 191:7 192:6 201:6 224:5 228:15 229:21,22 234:8 236:14 248:17 249:8 255:18 276:9 286:22 288:14,15 308:17 336:10
**perceived** 172:17
**percent** 23:24 50:24 79:19 82:25 85:17 88:7,10,15 94:15 99:20,22,23,24 106:3 240:9 244:8 249:14 259:10 267:23 295:9 306:10,11 332:18,18 333:23 334:4,9 339:9 339:14 340:13,13,14
**percentage** 94:17
**perfectly** 212:21 234:9
**period** 39:6 118:17 119:25 120:6 143:16 143:17 158:23 159:2 169:4 178:9 199:10 255:17,18 273:5 276:10 298:22 299:4 322:12 342:11
**periodically** 305:17
**permitted** 55:2 57:18 57:19,20 154:16 155:2 171:7,10
**person** 11:11 85:19 103:10 121:20 211:14

244:13,14 248:13 277:23 330:23,24
**personal** 15:21 16:17 16:18 201:6 310:17
**personally** 164:16
**persons** 201:3,4,5 211:12 244:6
**pertain** 200:25
**petitioners** 235:14
**petroleum** 219:1
**ph** 206:15
**phase** 186:4,5
**phenomena** 120:12 143:13
**phenomenon** 118:2
**Philadelphia** 3:11
**Philips** 5:9 62:24
**Phillips** 5:8,9,9 14:20 14:21,21,22,25 15:8 15:12,19,20 16:15 62:20,21,22,23 117:20 129:25 154:20 169:1,13,14 295:5 306:6,6,11,15 307:2 309:15,17 310:4,12 310:12,12,13,16,16 310:19,19,21 311:1,2 311:2,4,8,12,13,22,24 312:3,10,19 313:21 313:21,21 314:5 315:11,18,22 316:1,2 316:6,6,20,21,23 317:5,12
**Phosphorous** 35:21
**Phosphorus** 35:18,22 36:22 37:5 45:16 179:13
**phrase** 256:13 313:1
**pick** 34:24 152:7 176:7 182:5
**Picture** 258:18
**pictures** 210:20
**place** 31:9,11,17 32:7 38:8 46:25 94:11 118:8 148:9 169:21 187:8 201:22 222:13 227:23 275:7 283:16 291:16 296:15 338:25 344:6,9
**places** 80:25
**plain** 69:13 117:1 125:4 156:24
**plainly** 136:2 237:23 238:23 241:9
**Plains** 92:10,16
**plaintiff** 18:12 44:1,13 44:18 60:21 72:15 74:16 75:4,8 76:14 78:14 81:23 91:18 93:7 121:18 163:9 203:14,18 213:16 214:16 221:7 235:3 254:22
**plaintiffs** 2:3 3:3,18 4:3 12:21,22,22 13:25 18:13,18 19:11,23 20:6 21:18 22:1 34:1 34:19 36:2,6 41:2 43:6,15 44:10,23 45:22 46:24 47:6,12 47:18 48:9,12 51:19 56:16,18 57:12 58:25 60:24 61:3,4 63:16,18 64:10,12,22 65:6,7,18 66:18 67:25 68:22 69:2 70:5,15,21,25 71:7,11,15,19,20 72:6 72:9,11 73:13,24 74:1 74:2,10,21 75:14,15 75:22,23,25 76:7 77:2 77:7,8,16 78:2,3,9 81:20 82:1 85:5 86:8 86:9 91:13,20 92:1,3 92:4,8,25 93:5,12,15 95:10 96:6,14 97:5,8 97:13 98:20 99:2,3 107:25 108:5,8 109:11 113:21 114:1 114:8,14 115:17 117:11 118:5,16 119:19,24 120:3 121:4,12,14,19,21 122:23 124:23 125:14 127:8,15,21,25 136:4 136:7,10,19 137:6,13 137:23 138:1 139:19 140:9,24 141:5 142:12 143:1,10 150:4 161:15 162:4,6 166:20 170:15 172:16 176:13,16 180:6 181:6 183:2,12,12 184:16,20 186:24 188:5,8,11,22 194:3 199:8,14,20 200:5,13 200:25 201:19 202:8 202:24 203:8,12 204:12,17 205:2,15 206:21 214:15,25 215:5 217:18 218:2 219:6,9 220:10,16 222:5 223:17 224:1 224:10,19 233:23,25 239:20 240:8 241:3 242:6,6 244:1 252:12 252:22 255:2,22 256:16 257:9 259:3 259:10,13 260:8 263:18 269:22 279:17 280:6,16,18 281:3,5 285:23 286:15 292:11 292:11 294:21 297:20 298:10,20 299:3,25 301:2,5,9,15 302:25 303:4 304:20 309:12 310:11 311:4 312:24 312:25 314:21,22 315:12,15 318:15,20 319:5 320:11 321:9 321:14,20 322:4 324:1,11 327:7 328:11 329:14,17 330:9,12 331:12,24 333:5,21 334:16 335:5,17 337:18,22 338:1,8,13,20 340:19 341:5
**plaintiff's** 52:24
**plan** 18:3
**plane** 171:22
**planned** 18:2
**planning** 286:9
**plant** 50:7 128:16 129:2 133:15 134:13 278:19
**plants** 60:9,10,10,11 106:23 130:20
**plasma** 157:20 197:9
**plastered** 10:6
**plate** 272:3
**plausibility** 27:3 163:8 163:14,16 226:1 229:24 235:2,10 292:5
**plausible** 51:19 79:24 136:6 162:2 163:23 226:3 234:25 242:14 242:15 243:5,12,17 246:16 257:3 290:13 298:13 302:2 319:6
**plausibly** 152:22 233:19 287:21
**play** 53:12 270:22
**played** 49:21 231:14,22 270:21 271:23 272:7 291:19 323:4
**players** 217:10
**playing** 96:23 109:8,14 110:9 245:25
**Plaza** 6:5
**plead** 26:23 31:4 33:19 33:22 40:2 59:6 61:6 71:7,11 80:25 100:19 111:20 112:5,7 114:25 115:17 116:18 118:7,9,10 120:12,21 121:14,18 123:10 124:2 125:5,6 136:16 141:25 142:7 143:21 153:3 156:20,21,23 160:20 233:25 235:13 238:12 279:21 280:6 280:19 282:13,19
**pleaded** 143:22 252:15 252:18 253:2
**pleading** 23:19 30:21 33:9 51:21 61:11 110:10 114:4 116:23 118:15 121:7 123:10 138:2 141:19,20 142:11,17,21 152:17 159:12 160:19 161:18 162:23 170:9 178:21 178:22 188:8 190:3 221:22 222:23 223:1 223:10 226:6,13 234:6 235:9 237:18 257:21,22 258:6 264:2 284:11 291:25 293:15 298:3
**pleadings** 23:7 45:20 46:5 55:23 163:25 177:5 196:21 197:2,4 198:24 221:25 222:8 230:4 233:9 263:10 293:12 328:23
**pleads** 163:9 235:3
**pleas** 83:23 137:12 229:20,22 292:6
**please** 9:3,10 10:14 14:17 15:11 53:22 62:12,18 144:13 162:4 207:17 222:14 227:2 228:19 277:1 280:2 287:2 288:24 307:17 311:16 317:15 317:24
**pled** 22:4,5,14,23 33:19 33:22 44:5 80:24 84:6 111:2,21,22,24 113:21 114:14 122:4 122:7,14 125:3 153:10,14,15,18 201:2 213:6,25 219:9 260:15 264:5 290:3 299:2
**plus** 36:8 71:9
**PNA** 96:4 176:23 269:8 269:11,12,13,18,24 270:8,12,20 271:1,5 271:10,10 272:21 273:16 274:5 282:22 283:2
**podium** 8:23 9:2 10:14 10:15 61:18 282:8
**point** 8:19 12:18 19:8 19:17 20:5 25:6,13 27:2 30:11 36:1 38:12 39:8,12 42:7 56:25 58:10 61:19 63:6,7 83:3,9 84:21 84:22,24 86:16 88:17 94:19 102:14 107:23 108:3 109:4,6 110:24 111:13 112:22 116:1 116:8 117:16,18 120:2,16 122:24 134:22 137:5 141:9 147:9 148:10 157:13 158:3,17 159:15,16 166:23 172:5 176:1 185:13 187:2 196:6 199:18,20 200:18 204:23 206:13 207:8 208:10 211:3 214:6 217:4,5 218:11 220:5 220:19 226:15 230:14 240:13 241:15,17 243:23 244:4,18 249:11 252:3 254:5 258:10 259:14 261:1 261:3 263:3 269:22 269:24 288:5 296:7 303:20 304:3 306:25 307:13 309:20 320:17 321:9 322:22 330:19 340:1 341:3
**pointed** 45:8 54:23 59:14 65:15 89:6 252:8 259:3 292:2
**pointing** 24:23 200:12
**points** 49:19 76:18 83:19 103:1 110:1,7 144:7 208:17 216:19 216:22 218:20 219:3 239:12 242:5 244:14 244:17 251:11,25 328:3 329:4 339:18
**police** 154:20 155:3,8 171:7,10
**policed** 106:23
**policies** 42:14 91:1 173:5 194:9 235:15 245:11
**policy** 85:11 146:6

152:23 172:22 174:13 214:8
**Pollack** 193:17
**Pooler** 208:9
**portfolio** 220:25
**portion** 115:13 186:1 199:4 331:17
**portions** 165:20
**Portland** 116:22,25 117:3,5
**posed** 208:13
**posing** 241:13
**position** 9:12 21:1 43:11 57:11,11 72:11 78:21 98:18 114:14 124:19 188:23 200:11 235:8 258:7 259:11 259:13 312:8 328:18 341:5
**positive** 261:21 306:21 326:23
**possibility** 73:5 163:18 195:11
**possible** 108:17 112:1 148:15 161:24 194:23 287:4 333:16
**possibly** 41:23 258:24 273:9,12 283:10
**post** 279:20 282:12 288:25 296:1,8,14 302:25 303:20 313:8 314:10,12,13,13
**posture** 187:2 196:16 197:3 329:6
**potential** 246:20 253:8
**power** 114:24 166:7 173:14 247:12
**practical** 298:22 303:3 325:21
**practice** 337:4
**practices** 173:13 203:23,25
**practicing** 164:17
**preceded** 316:17
**precedent** 209:23 259:14 299:16
**precedential** 161:11
**preceding** 315:21
**precise** 66:24 75:14 131:2 211:1 249:9,9
**precisely** 35:17 219:9
**precludes** 309:6
**precomplaint** 201:16
**predates** 266:15,16,17
**predecessor** 163:21
**predicate** 160:13,14
**preempt** 173:10
**preempted** 175:19
**preemption** 146:18,20 146:21 147:3 173:7 173:14 175:21
**preemptive** 145:18
**prefer** 13:14 22:10 61:18 152:11 247:5
**preference** 20:12
**prejudice** 16:25 141:12
**prepare** 257:18
**prepared** 124:2 225:1
**PRESCOTT** 3:19
**presence** 319:4
**present** 10:18 76:21 91:5 224:5 293:1
**presentation** 90:21 123:20 173:17
**presentations** 169:18 263:20
**presented** 79:1,1
**presents** 148:15
**preserved** 78:3
**press** 239:24 305:17
**presume** 189:18
**presumption** 173:14 240:12,15 241:12 243:25 312:22
**pretexts** 130:3 139:22
**pretextual** 127:19 128:7 133:14 139:25 140:8 218:7 229:16
**pretextural** 126:22
**pretrial** 218:25
**pretty** 46:10 149:20 305:20,22,22 317:2
**prevent** 24:3
**previous** 331:16
**previously** 193:24 194:4 287:20
**pre-Iqbal** 57:20 161:4 222:3 282:14
**pre-Twombly** 282:9
**price** 21:15 24:7 25:20 29:25,25 30:18 31:4 34:3,7 37:8,21 38:5 38:13 39:21 40:3,12 40:21 41:13 43:12,15 50:10,13 58:13,17 59:9 64:4 67:11,14,15 68:15 70:2 71:16,22 72:4,7,16 74:2,16 80:4,5,6,7 81:7 82:2 82:11,17 83:5 85:18 85:25 86:1 87:10 88:4,5,7,8,10,11,12 88:15,20 89:14,25 90:11 92:21 94:6 100:1,2 103:23,23,24 104:2,3,12,13,23,23 104:24,25 105:2 106:2,3,5,15,16,17,21 107:6,17 108:23 109:22 117:1,21,21 117:23,24 121:9 126:15,17,23 127:20 128:24 129:8 133:2 133:15 134:11 138:25 146:4 147:5 148:6,21 148:24 149:5,9,13,23 155:3,10,11,15,18 156:4,17 157:8,21 159:18,23 160:23,24 162:1 165:10 166:14 170:20 171:8,11,14 177:22 179:5 183:14 189:10 190:20 191:9 191:14 202:21,22 203:10 205:23 215:7 218:6,8 222:19 227:18,19 228:5,6 229:2,3,3,6,11,17 230:24 231:7 242:19 242:24 243:4,7,8 246:13 247:10,17 253:18 255:12 256:8 256:13 292:23 296:21 302:1,16 316:11 324:23
**prices** 21:16,25 24:16 27:24 29:17 30:4,6,7 30:8,13,16,25 31:25 32:17,23,25,25 33:8 34:11 36:10,13 37:8 40:5,18 44:11,22 45:2 47:22,25 50:24 56:10 58:25 63:12 64:7 65:8 67:14,15,16,21 68:5,7,18 81:21,22 82:18 89:8,10,20,23 92:20 94:2 103:16 104:25 105:6,8,16,20 106:9 107:4,8,8,12 108:14 110:4,18,19 117:13 118:3 120:7 127:17 128:8 143:17 150:3,6,18 151:20 154:7,11,23,24,25 155:4,6,8,13,14 156:11,12 166:19 167:15,18 171:4,12 171:13,23 174:1 176:6 177:18,20,21 177:25 227:20 229:4 229:14 230:10,19,21 230:22 231:2,7,24 232:3,4 246:23 270:2 270:8,23 275:5,6 305:18 316:4
**pricing** 30:3 49:23,24 67:5 68:6 69:21 94:9 94:11 106:8 110:3,6 111:6,7 117:2 126:11 128:16,21 197:11,12 230:18 231:25 241:25 270:6,25 333:3 334:23,24 335:2,4
**primarily** 42:25
**primary** 270:9
**principal** 77:11 165:15 239:12 279:6
**principle** 43:21 70:16 173:6 206:2,11 303:21
**principles** 46:18 135:19 150:22 172:21 194:7 215:19 216:8,12 224:17 246:3 305:3 305:10
**print** 9:11
**Printing** 76:1,2,5,6 77:13 78:11 95:15 334:11,13,14,17 336:5,14 340:7,7,10
**prior** 113:14 117:25 118:24 125:17 169:17 188:7 193:9 239:15 241:23 258:14 322:20
**priority** 147:2
**private** 164:11 213:17 213:20,21 325:5
**privity** 204:19 205:8 211:23 212:3
**probability** 51:21 163:12,17,24
**probably** 11:7 17:23,24 32:3 233:7 305:4
**problem** 38:17,20 59:5 60:23 96:19 97:10,11 98:13,16,21 99:8,10 99:17,17,18 101:13 157:3 192:20 196:15 201:10,17 205:12 225:8,10 260:10 273:10
**problems** 100:25 101:6 116:23 183:22 184:16 184:17,25 185:11 199:13 202:13 203:3
**procedural** 8:9 187:2 196:16 199:1 263:3 307:25 329:6
**procedurally** 17:11 172:13
**procedure** 197:3
**procedures** 125:21
**proceed** 11:15 44:23 74:6,21 95:19 164:4 193:11,13 194:11 206:8
**proceeded** 192:13 297:21
**proceeding** 123:24 194:22
**proceedings** 10:22 218:25 344:9
**process** 169:24 195:6
**processing** 210:19 280:4
**produce** 45:19 46:1 105:19
**produced** 65:10,11,12 178:5
**producer** 28:17
**producers** 82:19
**produces** 106:1 321:11
**product** 30:8 33:15,16 34:3,3,9,10 38:16,16 47:1 52:18 53:8,14 58:17 59:1 60:11,22 60:22 63:7,9 64:23,25 65:1 72:15 76:14,17 77:8,9 80:5,6,7 82:25 83:6 85:3 86:14 87:4 87:12 88:9,12,12,20 88:21,22 90:6,11 94:7 98:14 103:9 104:1,13 106:2,4,17 108:20 109:2 135:4 137:7,9 137:14 154:24 155:10 157:17,17,18 165:12 167:17 169:22 177:2 178:14 189:10 229:8 238:12,21 239:13 270:2 273:16 278:23 279:14 283:25 291:20 319:1
**production** 39:3 53:18 67:6 106:20 120:4 129:19 279:10
**products** 22:6,6,19,20 23:4,6,13 24:10 25:1 25:21 26:2,11 27:12 27:24 28:6,11,12,19 28:25 29:14,18,22 30:3,7,11,17,20 31:2 36:21,25 39:16 40:4 40:25 43:15 44:14 47:9,11,16 48:13,14

48:19,21 49:13,18,20 50:9,15 53:9,17 55:15 55:21 56:3,10 57:16 58:11 59:4,8,12,16 60:2,5 63:16,17,18,23 64:8,10,13,13 65:3,8 65:10,13,19 66:18,19 66:20 67:23,25 68:1,5 68:6,16,21,21,23 69:5 71:8,22 72:4 76:6 77:20 79:15,23 80:12 80:13,16,20 81:3,7,20 82:9,20 83:10,12 86:2 86:11,12,17,19,19,20 86:22,24 88:16 89:8 89:15,20 90:1,15 92:9 94:3,10 96:14,19,20 96:24 99:15 100:3,20 103:11 105:19,24 106:8,22 107:5,9,18 108:11,19 110:3,19 110:21 117:21 120:10 125:18,18 148:22 149:4,8,14,23,25 150:6,15 151:3,8,20 152:1,4 153:12 155:1 155:13,17,22 156:1 157:4,7,10,23 159:21 162:1 166:10,19 167:9,15 169:7 170:4 171:12 174:1 177:11 177:20 178:6,12,20 179:17 184:5 191:24 197:16 202:7 203:10 219:1 227:22 229:4 230:6,18,23 231:5,8 231:24 232:3 237:21 238:3,4,7,8,22 240:4 240:17 246:24 249:18 255:14 262:5,6,9 270:6,20,24 271:22 273:6,15 276:5 294:19 296:19,20 307:6,9 316:4,12 318:19,22,23,24 319:25 321:4,5,7,8 324:4,24,25,25 341:4
**professor** 314:2
**profits** 165:25
**programs** 184:10
**prohibited** 38:7 175:11
**projected** 229:7
**projects** 229:7
**pronounced** 16:19 241:1
**pronouncement** 208:10 208:25
**pronouncements** 174:14
**proof** 131:21,24 132:7 133:24 156:19 164:5 190:12
**proper** 20:7 178:21,22 180:5 221:25 222:1 259:16 297:6 298:5,6 298:24 336:15 337:9 341:7
**properly** 295:16 297:7 299:2 341:11,12
**property** 205:7
**proposal** 18:7
**propose** 134:21
**proposed** 67:5 236:16 236:17
**proposition** 39:18 70:22 115:17 133:2,5 133:6 134:19 135:15 165:10 210:5 221:17 259:3 286:3 300:12
**propositions** 239:10
**proprietary** 308:13
**proscribed** 203:23
**prosecution** 246:21
**prospective** 45:25 46:18
**prospectively** 199:16 199:24 214:14
**protect** 85:12,15 172:25
**protection** 147:21,23 148:3,8 172:18 173:12 174:25 175:6 182:10,15,18 199:2 201:1,15 202:13 203:4,21 206:5 207:2 209:19 210:24 212:18 212:19,22 214:16
**protocols** 132:10
**prove** 51:23 96:10 110:17,18 162:10 190:14 191:7 202:2 337:19,20
**proven** 160:16
**proves** 191:16
**provide** 73:20 109:3 147:16 206:19 213:9 254:13
**provided** 207:1,8,9 208:19,23 213:18
**provides** 206:16 316:25 317:1 338:1
**providing** 24:3
**proving** 91:17 161:16 161:17
**proximate** 37:15,19 54:10
**Prudential** 6:5
**public** 203:10 244:22 253:11 334:2,5
**publicize** 139:10
**publicly** 127:18 128:5 218:5 244:22
**pull** 58:6
**pulls** 269:8
**purchase** 44:20 45:1 47:21 66:18 85:5 92:14 97:14 100:14 101:1,8 102:6 255:2
**purchased** 33:14,15 44:14 47:1,8,10,11 53:10 63:8 71:8,22 72:15 75:11,23 76:7 77:20 78:4 81:20 82:1 91:13,22 92:3,9 92:23 93:7 96:14,16 96:19,20 97:15 98:20 99:2,3,5 101:14,24 102:6 135:5 166:11 170:18 186:7 324:2
**purchaser** 2:3 3:3,18 4:3 24:25 45:25 64:10,12,21 65:6,16 65:18 66:2,12,14,17 66:23,25 68:2,11 69:15,18 70:17,24 71:2,21 72:5,19 73:4 77:6,17 79:2 81:20 84:8,8 85:4,18 102:5 103:6 107:24 119:22 148:17 149:3 150:4,8 155:21 161:24 174:16 179:22,23 189:11 191:18 192:21 195:11 195:22 205:24 212:12 215:7 251:5 252:4,5 257:8 267:3 269:22 271:5,17,24 283:13 286:16 293:25 295:15 296:16 297:1 315:20 320:12 321:20 322:3 323:1,7 331:7 334:21 337:16 338:6,13 340:5,5,19 341:8
**purchasers** 33:13,13 43:10 47:14,15,15 50:17 54:13 58:9,10 58:11 63:13,22 64:2 65:23 66:6,9,9 67:19 67:24 68:9,17,20 69:7 69:10,14 70:8,8,9,11 70:13,23,24 71:1,12 71:12,24 72:2 77:15 77:19 78:11,21 86:14 86:15 97:1,2 98:12 99:10 102:3 104:6 106:25 109:5 148:22 167:1,4 179:4 183:18 183:18,19 184:18,19 184:20 188:13 190:13 191:21 193:11,18 194:24 195:2 205:25 208:20,23 209:7 215:11 217:16 222:10 231:25 253:9 260:6 270:21,24 271:9,22 274:7 275:13,13 290:17 293:22 296:18 297:2,3,4,7,10 311:10 311:11,17,19 312:3 312:12,13,16,17 319:14,17,20 320:4 321:2 322:11,18,23 322:23 323:9,13,19 323:22 334:5 335:8
**purchases** 33:16 39:7 41:2,4 43:16 44:2 47:3,4 48:17 69:12 73:16 75:16 78:10,15 81:23 201:6
**purchasing** 97:16 102:17
**pure** 334:14,17
**purely** 24:3
**purport** 28:5 109:2
**purpose** 82:18 86:4 149:21 154:14 166:16 199:25 235:16 261:20 278:7 306:19 326:22
**purposes** 10:18 23:19 82:19 88:23 114:2 171:5 223:10,10,11 293:11 295:10 307:2 315:24 325:21
**pursuant** 15:23 244:7 268:9,16
**pursue** 70:11 75:22 206:10 336:19 338:1
**push** 166:23
**put** 9:10 16:9 32:20 33:5 39:9 83:9 100:7 100:16 101:16 102:9 127:15 128:9 137:1 137:25 139:13 157:9 162:8 183:16 184:22 234:24 249:15 254:8 267:21 285:7 303:1 315:3 325:19
**putting** 16:15 22:13,17
**P-E-N-A-C** 311:3
**P-o-o-l-e-r** 208:9
**P.C** 3:9
**p.m** 343:10

**Q**

**qualifications** 338:24
**qualify** 201:24
**quantities** 39:5
**quarter** 67:13
**question** 17:15 41:14 47:14 55:8,17 61:9 65:14 108:13 112:23 128:17 130:5 132:23 139:15 141:7 145:7 148:19 150:3 155:19 160:9 184:1 185:17 190:1 195:9 210:2 222:1 256:11 259:17 259:20 266:2,24
**questioned** 259:4
**questions** 8:25 43:3 106:13 250:17 260:12 263:13 297:20 309:10 324:8
**quick** 255:8 284:20 286:19 292:8 331:3 338:14 339:18
**quickly** 109:20 196:3 267:1 282:7 328:4 343:9
**quite** 14:7 15:25 17:10 148:22 162:12 171:21 174:14 186:25 187:1 187:8 202:19 208:21 238:14 241:10 242:22 243:19,22
**quotation** 129:12
**quotations** 106:5
**quote** 47:24 58:1,2 66:5 66:24 69:17,19 70:15 72:21 73:14 92:14,19 131:2 151:13 162:15 168:6,7 171:16 179:10 182:16 187:25 203:8 228:14 233:18 238:13,15,18 239:23 280:5 285:1,2,5,5,7
**quoted** 55:3 57:22
**quotes** 114:18
**quote/unquote** 218:6 219:5
**quoting** 44:16 46:15 53:19 78:22 163:21 175:15 179:13

**R**

**R** 2:1 3:1 4:1 5:1 6:1,17 7:1
**race** 235:17
**raided** 151:7
**Railroad** 194:6
**raise** 47:13 51:22 74:14 91:24 149:22 158:3 164:1 216:22 218:10 221:10
**raised** 35:14,14 47:10 53:24 58:2,7 106:13 123:1 152:8 160:5,6,9 189:10 209:16 211:1 211:2,3
**raising** 39:21 75:15 115:9 317:21 341:9
**Randolph** 6:6
**random** 210:18
**range** 104:23,24
**ranges** 30:18 67:15 107:6 229:3 230:24
**rarely** 263:9 318:14
**rate** 158:7
**rationales** 72:24
**raw** 86:25
**ray** 1:5 22:7 47:21 167:18 170:19
**reach** 75:14 108:24 173:25 185:13 279:14
**reached** 50:4 164:15 190:5 232:1 256:6 323:12
**read** 9:11 26:8 29:6 30:2,14 32:4 34:14,16 34:16,17,25 44:17 47:20,24 55:5 64:3 67:1 68:3,12,18 69:19 70:15 72:2,23 86:12 94:1 102:13 104:21 106:4,19 108:15,20 120:5 127:6,7 129:5 129:18,21 130:20 132:1,19 144:8 146:10 149:3 151:16 152:20 154:4,13 155:1,11,20 162:20 162:23 163:5,15,22 165:4 168:8 169:19 170:13 172:6,24 175:16 176:12 177:7 177:8 178:9 179:11 182:16 188:1 196:18 196:19 203:9 219:15 222:18 227:9,25 228:19 230:17,20 231:3 232:20,24 233:18,24 235:1 238:16 245:7 247:8 261:13 263:22 264:8 264:16,21,25 265:6 266:13 267:2,2 271:16 279:4,25 280:3,6,17 281:17 283:23 285:3 286:8 287:20 292:21 295:3 301:9 305:16 314:9 315:4,20 316:5 319:22 320:25 321:23 321:25 322:17 324:14 324:14,15,19,19
**reading** 12:22 35:25 38:11 60:14 69:6 93:23 119:7 152:19 163:2,3 177:9 179:8 231:16,17 232:19,22 233:10 238:14 272:14 314:19 323:20 336:15
**reads** 107:8 129:4 149:3 322:16 324:18
**ready** 14:7,11 144:23
**real** 33:11 199:13 267:1
**reality** 64:7 79:11,11 90:15
**realize** 321:24
**realized** 226:12
**really** 12:2 21:9 24:20 25:11 38:11,12 39:8 41:12,24 59:14 70:8 83:8 96:19,25 97:1,8 99:9 103:18 107:7 110:9 111:3 123:14 124:8 141:6 143:11 151:1 156:16 164:25 170:11 180:10 183:20 189:2,22 191:16 202:4,13,14 203:1 206:2,16,18 209:8,9 214:7 225:16 262:19 271:4 281:12 298:12 333:20 338:15
**reargue** 207:22
**reason** 10:23 11:22 33:1 69:6 79:23 94:16 98:6 131:20 140:13,21 141:2,3,15 148:18 152:18 155:10 182:20 186:20 191:13 217:7 235:16 239:12 274:14 329:5 332:3,4 334:19
**reasonable** 46:17 51:22 103:4 120:15 121:20 127:23 137:16 143:19 143:20 163:10 164:1 170:14 184:11 203:17 235:4 238:17 265:1
**reasonably** 21:7 37:4 37:18 54:5 156:7 179:21 184:5,6,7
**reasons** 69:9,9 72:12 87:20 126:23 128:15 129:2 133:14 134:11 155:16 185:12 195:17 197:19 229:16 269:10 269:16 324:5,5
**rebut** 254:23 339:16
**rebuttal** 138:9 174:8 196:2 214:4 243:24
**rebuttals** 266:6
**rebutted** 339:4
**recall** 162:18 342:7
**recap** 323:1
**received** 75:16 252:19 253:6 259:2 304:11 304:12 320:21
**reception** 9:23 10:2,6
**recess** 62:15 144:14 207:18 286:21,25
**recitations** 257:16
**recite** 319:22
**recited** 252:10 312:24
**recites** 209:24
**recognition** 20:22 205:7
**recognize** 38:23 80:16 318:15
**recognized** 212:18
**recognizes** 85:8
**recognizing** 323:18
**recommend** 254:17 336:22 343:7
**recommendation** 342:2 342:3,14
**record** 45:21 55:18 90:22 109:22 134:2 247:21 304:3 311:5 327:2 330:15,19 339:15 344:8
**recouped** 136:24
**recover** 44:19,25 72:6 75:15 167:6 195:2 335:6,7,9
**recovery** 77:8 108:21 164:6 183:7 192:2,20 194:24 195:12 213:8 335:10,11,12
**redress** 46:20 336:11
**redressable** 43:17
**redressed** 183:3
**reduce** 125:24 152:17 155:4
**reduced** 70:18 228:4
**reduction** 155:6
**reductions** 126:23 140:6 278:15,16
**refer** 23:18 63:3,21 64:15 71:9,23 72:19 74:6,23,23 77:5 92:7 93:2,3 96:12 111:9 169:11 173:7 176:13 232:17 241:4 262:20 262:24 278:18 281:16 281:19 287:7,14 294:14,23 305:14 306:15 309:1 311:4 317:10 327:8 330:1 337:22 340:21,24
**reference** 25:16 45:6 62:5 91:10 151:10 158:8 272:19 274:9 275:17 311:7 316:16 337:1,2
**referenced** 324:12 338:22
**references** 138:17 271:10
**referred** 25:20 73:13 83:12 117:24 195:19 232:18 234:16 249:14 266:9,18 309:16 312:9 331:16
**referring** 65:20,20,21 65:22 66:8,11 218:13 240:6 248:14 324:13 325:7 327:13 335:21
**refers** 80:15 120:2 128:4 264:13,13 277:25 287:19 340:24
**refined** 74:12
**reflect** 46:19 104:2
**reflecting** 105:8
**refreshment** 9:22
**refute** 279:20
**regard** 37:13 72:9 132:10 134:6 148:21 161:3 175:1 288:22
**regarded** 295:16
**regarding** 28:2 30:10 40:18 56:18 65:19,24 177:10 218:8 264:6 264:24 288:4 307:15 320:5,12
**regardless** 172:9
**regards** 289:1
**regular** 154:8 171:5
**regulators** 127:11 245:17
**rehearing** 74:9
**reinstating** 209:10
**Reisman** 262:16 265:25 266:15 309:2,2,8
**reject** 237:18 249:19
**rejected** 193:3 196:1 241:7 331:19 336:15 337:25 339:9
**rejects** 337:24
**relate** 151:4 183:25 224:20 291:20
**related** 83:12 92:23,24 168:10 183:24 184:2 184:13 217:10 231:8 234:8 292:6 308:11 322:19
**relates** 177:13 341:8
**relating** 132:7 134:13 225:3 319:15
**relation** 323:10
**relations** 145:14
**relationship** 281:25 332:7,8
**relationships** 323:24
**relatively** 39:5
**release** 239:24
**relevant** 35:15 117:13 184:13 247:11
**reliance** 304:21 334:6
**relied** 43:21 65:5 116:10 137:6 167:22 175:5 323:22
**relief** 51:20 145:6 208:19,23 213:9,15 213:16 290:13
**relies** 168:7 301:6,8
**relieve** 250:17
**religion** 235:17
**rely** 51:15 70:10 75:25 80:18 115:23 116:21 121:13 142:12 189:3 203:8 208:8 211:25 270:11 293:14 330:15 331:24 335:17
**relying** 56:8 122:14 162:16 166:3
**remain** 15:20
**remained** 120:7 143:17
**remaining** 18:22 62:21 208:6 246:17 333:23
**remand** 74:14
**remanding** 280:18
**remarkable** 43:21
**remarks** 221:18 224:10
**remedied** 109:5
**remedies** 206:17,18,20 206:23 207:1,4 212:25 213:2,3,10,24

**remedy** 85:17 206:16 213:23
**remember** 242:3 290:7 292:2 314:1 334:19
**remembering** 10:5
**remote** 164:7 185:13 190:12
**remoteness** 184:15
**rendered** 46:13
**repealer** 191:19 194:20 198:18 199:8,9 209:5 209:8 212:13
**repealers** 199:1 205:17
**repeat** 66:8 98:15 147:11 182:25 242:22 269:16 285:20 302:3 313:9 317:7 319:11
**repeated** 231:20 256:4 272:4
**repeater** 199:12
**repeating** 12:19 263:2
**repetition** 13:4
**repetitive** 13:21
**replead** 26:22 40:1 59:6 156:23 159:18 202:9 205:22 280:16 282:16 292:11,12 328:12
**replete** 118:21 122:11
**reply** 13:25 51:6 57:6,9 114:23 122:3,21 200:13 216:17 219:10 220:6,9 221:11,13,19 250:6 252:2 286:18 315:14 328:12 331:9 331:10 336:24 337:7
**report** 151:10 244:22 342:3
**reported** 1:18 26:15 168:20 233:1 272:12 272:13 344:4
**reporter** 8:24 9:5 10:15 144:16 344:1,4,19
**reporting** 117:13
**represent** 9:9 18:22 62:20 109:11 171:1 176:23 237:11 238:19 240:1 248:21,23 251:10
**representation** 261:7 307:19
**representations** 77:24 134:24
**representative** 9:15 61:5 126:5 232:20
**represented** 50:2 90:6 159:7,9 256:24 269:6 270:13,17,17,18 271:18 272:7 308:11 311:13,23 313:23
**representing** 13:19 16:1 85:17 87:23 170:7
**represents** 82:24 88:11
**request** 109:16
**require** 26:21 28:19 51:17 59:5 121:6 130:25 138:1 162:24 292:10
**required** 36:18 49:14 57:23 113:22 114:15 116:20 118:7 120:22 125:5 188:11 203:14 214:12 233:9,22,22 235:11 277:22 306:24 328:11
**requirement** 51:21 163:17,25 188:10 201:20 202:11 209:22 214:19 215:2
**requirements** 20:2 131:18 182:17 198:8
**requires** 53:25 59:4,7 113:23 115:15 131:10 156:7 159:25 265:1
**requisite** 146:5
**reread** 220:3 239:11
**resell** 269:14
**resellers** 70:6 155:23
**resells** 268:24
**reserve** 57:1
**resignation** 262:22,23
**resist** 179:24
**resolution** 55:8 299:7
**resolve** 55:23 132:4 133:25 134:1
**resorting** 121:10
**respect** 17:14 36:7 49:8 54:13 56:2 58:8 61:10 66:7 83:19 90:3,7,17 105:13 107:23 110:20 115:9 119:22 140:16,20 141:7 143:9 151:8,25 153:23 161:2 177:6 178:3 188:24 189:18 201:13 202:12 205:9 206:3,11 208:8,13 209:19 210:12 215:4 215:20 217:16,20 223:7 227:21 230:4 231:5 234:16 237:1 238:21 250:20 251:18 258:7,25 259:21 261:16 266:14 278:21 282:22 284:21 285:12 285:12,22 291:4,6,12 293:20 307:14 310:15 311:12 312:9 313:8 313:20 314:5 315:18 315:25 317:5 329:14 331:2,21 333:13 336:4,5,25 337:15,19 338:4,5 341:3,7,13,15 341:19,21
**respectfully** 109:16 240:14 324:6
**respective** 168:21 233:2
**respects** 222:21
**respond** 90:19 158:6 218:20 286:20 293:13 339:18
**responded** 328:2
**respondent** 235:13
**responding** 18:19 22:1 160:6 207:13,21
**response** 43:7 59:20 121:19 138:8 150:6 174:20,21 206:21 217:3 329:17 330:1
**responsibilities** 221:5
**responsible** 133:11 330:23
**rest** 13:9 14:25 57:1 71:16 123:7,14 148:13 177:8,15,15 236:12,13 276:15
**resting** 58:12
**restrained** 50:14 97:14 101:1,8
**restraints** 36:24 179:15
**restricted** 106:20
**restricting** 278:11,19
**restriction** 128:25
**restrictions** 126:15 128:22 130:6 229:15 255:13 316:11 324:23
**restrooms** 10:1,2,3,8,9
**restructured** 201:9
**restructuring** 129:10
**rests** 19:11
**result** 45:13 81:22 93:16 122:17 127:10 140:12 149:25 156:1 165:18 189:22,23 192:5 193:1 209:13 278:16
**resulted** 166:7
**resume** 62:18 286:22
**resumption** 144:12
**Ret** 1:2
**retail** 154:15 171:6
**retailer** 36:14 186:1,1,2 186:4 190:16
**retailers** 33:23 36:12 36:14 70:3,6 97:3 101:23 149:4 156:1 268:24 297:7
**retain** 190:24
**retained** 259:5,8
**retains** 336:18
**retired** 257:23
**retiring** 262:12
**retreating** 237:21 238:21
**retroactive** 198:18 208:12
**retroactively** 199:16,19 199:24 200:21
**retroactivity** 200:24 208:1,3,5,7,14 209:15 214:6
**retrospectively** 200:1
**return** 204:17
**returning** 144:1
**reveal** 51:23 164:2
**revealed** 29:13
**reverse** 243:13
**reversed** 135:6,7,8 172:14 302:12
**reversing** 277:5
**review** 202:19
**reviewed** 216:12
**reviewing** 108:3
**revised** 188:5
**revolves** 210:2
**Rhode** 201:1,11 203:22 204:2,8 205:14 206:1 209:21 211:10 212:11 212:23 215:6
**Richard** 5:16 310:11
**RICHTER** 6:10
**RICO** 300:8,9
**right** 8:13 9:20 10:2 12:10 13:21 16:12 17:12 24:1 28:22 43:5 52:11 57:5 61:7 84:11 85:8 90:23 93:20 95:18 98:10 112:16 119:15 120:4 140:17 144:19 152:12 159:15 179:25 185:3 190:6 191:21 197:25 198:25 199:6 204:7 207:16 208:10 209:7 209:13 213:17,23 215:14 220:7 224:3,6 224:15 236:13 238:3 238:13 242:22 246:2 247:22 248:7 250:18 251:20,24 265:7 267:9 282:5 284:13 287:1 288:3 289:17 290:15 294:10 295:6 295:12,25 298:7 303:4 304:18 310:8 311:20,21 314:20 317:15 318:5 322:15 324:12,15 327:3,15 328:23 332:22 333:4 334:15 336:18,19 341:23 342:12,15 343:6
**rightly** 76:18
**rights** 194:4 213:20,21 300:7
**right-hand** 245:4 294:13
**rigid** 131:8
**ripe** 253:18
**Ripley** 5:16 310:10,11 310:23 311:2,17,21 312:16 313:13,16,20 314:13,16,19
**ripleyr@howrey.com** 5:18
**ripple** 39:19
**rise** 54:8 127:14 134:16 257:3
**rising** 105:2
**risk** 183:7
**rivals** 36:9
**rmartin@sidley.com** 6:20
**RMR** 1:18
**road** 3:5 36:8
**ROBERT** 6:17
**Roger** 5:22 112:20,21 113:9,9,17,20 114:7 114:12 115:6,13 116:2,6,9 119:9,12,15 119:18 122:1,19 138:10,22 139:5,15 139:19 142:5 143:9 216:16 221:11,14 222:15,17 223:24 284:15,19 285:10 286:6 289:15
**role** 49:21 142:8 231:14 231:23 234:4 258:2 259:23 270:21,22 271:23 272:8 280:22 291:16,18 298:4 323:4

**rolls** 87:13
**Roman** 251:25 258:10
**room** 8:11,16,18 31:4 137:11 194:13 280:7 286:22
**rooms** 8:11,12,12,12,14
**roster** 10:17 144:17
**roughly** 199:5
**round** 16:7 281:12
**routinely** 215:8
**row** 78:22
**Royal** 76:1,2,5,6 77:13 78:11 95:15 306:5,11 306:15 307:2 310:12 310:18,21 316:6,21 334:10,13,14,17 336:5,14 340:6,7,10
**RT's** 178:1
**rubber** 40:13,15 44:9 44:14,21 45:1 124:22 128:4 131:13,25 132:20 136:3 159:21 217:2
**Rudel** 135:14
**rule** 16:10,16 19:18 26:14,25 28:20 33:4 37:16 38:3 40:2,8,16 54:24 60:1 71:3 73:4 73:7,9 75:12 91:7 113:23 114:3,6,7,8 116:7 122:8,9 133:16 133:21 134:20 141:16 141:19,22,23 142:9 142:10,13,14,17,18 142:19,22 147:13 156:21,23 160:10,14 160:14 161:19 170:12 172:18 174:19 195:13 195:25 217:14 219:13 222:24 242:2,3 244:7 249:22 273:13 300:23 301:7 329:7,12 337:4 340:18,20 342:11,25
**ruled** 35:17 145:22 146:2 217:17 282:21
**rules** 148:1 172:9 326:17 342:13,23
**ruling** 41:9 91:5 223:22 340:14 343:2
**run** 109:15 139:12 183:12 205:17 228:25
**running** 263:20
**Rushing** 2:5 122:22,22 123:16 124:9,10,15 130:12,17,24 143:6 299:25 324:10,10,18 325:14,19 327:4
**Russell** 3:20 16:13 263:17,17 264:11,17 264:23 265:7 277:14 279:19,25 280:4,11 280:14 281:1,15 282:6 286:19 287:3,9 287:12,14 288:1,3 289:8,10,14,16,18 309:11,13,23 314:10 314:12 317:9,14 327:8,15 340:17
**Rutledge** 120:22 121:7 221:19
**RYAN** 6:18
**R&D** 279:11

S

**s** 2:1 3:1 4:1 5:1 6:1 7:1 7:17 248:9
**sale** 21:17 38:16 74:23 88:5 152:1 185:2,4 262:8,22,22
**sales** 21:25 24:13 38:1 59:9 67:5 113:17 146:3 148:6 150:24 151:4 154:22 155:8 159:23 165:25 171:9 175:23 176:24 177:18 268:22 276:3 279:10 286:10 319:4 322:19
**Sam** 293:18
**sample** 231:19
**Samsung** 6:9 7:9,9 79:18 81:4 85:1,2 87:6,8,23 88:1,3,9 90:4,7 105:25 114:18 117:20 154:19 169:1 198:11 237:11,12 238:9 239:4 240:6,9 240:19 244:8,21 245:19,22 246:7,8,10 246:14 247:3,17,25 248:2,8,8,22,24,25 249:3,4,5,5,7,18 250:9,10,20,21 251:4 251:17,21 266:23 267:3 290:5
**Samsungs** 143:3
**Samtel** 15:25 16:1,3,15 296:6
**Samtel's** 16:2
**SAMUEL** 6:17
**San** 2:7,12,17,22 3:21 4:6,11,15 5:23 6:12 6:19 8:1
**SANDROCK** 6:18
**Sansome** 2:6
**Sanyo** 27:5 76:20 149:11
**satisfactory** 234:9,18
**satisfied** 225:16 258:9
**satisfies** 230:3
**satisfy** 21:11 30:22 42:10 56:5 226:3 255:9 301:2 315:12
**satisfying** 300:22
**Saturn** 293:7
**save** 71:4 236:12,13
**Saveri** 2:4,4,5 17:15 18:1 62:1,4 66:7 112:2,23 113:6 122:23,23 123:22 165:6 198:19 235:25 236:25 241:2 268:9 289:12 293:3 303:12 304:14 327:2 328:15 328:20 339:4 342:10 342:24
**Saveri's** 234:11
**savvy** 164:5
**saw** 17:8,9 51:5 94:17 254:18
**saying** 12:14,14,24 13:5 13:14 18:9 23:10,22 28:24 38:15 39:8 48:3 50:20 55:19 57:22 59:11,16 65:11 65:12 66:10 87:15 91:15,23 92:22 101:19,21 105:25 110:23 140:11,19,19 141:14 142:12 145:1 149:13 154:24 156:10 156:19 157:10 159:1 161:22,25 165:24 167:5 168:1 178:4 182:4 184:21 185:24 186:6 191:9,17 197:22 204:23 205:18 230:20 232:3 238:11 239:20 240:17,18 241:22 242:23 245:20 245:24 257:10 263:23 269:5 272:6 275:6 276:9 278:8 288:14 300:25,25 301:18
**says** 9:12 29:6 30:14 32:4 37:14 40:10,15 40:24 57:23 81:16 84:8,13,15 85:13 86:4 91:4 97:16,18 98:19 100:6 103:11 104:20 108:5,11 109:20 120:5 143:11 147:14 151:5 152:20 154:13 155:7 157:1 158:21 159:8 162:23 165:4 168:2,7 169:14 177:21 179:2,10 186:14 196:8 197:5 199:19 200:20 201:14 201:17 203:9 204:2 206:15 211:25 213:20 213:21 214:12 221:3 222:2 227:25 232:23 232:24 239:7 240:12 244:10,18 245:1,7,20 249:6 256:22 258:5 270:19,22 274:11,18 277:21 286:7,8 295:3 300:21 301:9 302:8 305:16 306:23 309:3 312:21 315:5 316:5 323:11 335:13 337:8 340:3,10 342:11
**SC** 1:5
**Scandinavian** 14:22
**Scarborough** 6:11 163:14 198:9,10,22 198:25 199:6 200:15 200:18 201:13 204:8 205:12 214:5 248:23
**scenario** 75:10 95:11
**scenarios** 77:12,12
**schedule** 13:1 126:19
**scheme** 127:19 128:6 302:16
**schemes** 121:10
**school** 240:25
**SCHRIMP** 3:14
**Science** 39:16
**scope** 55:20,22 77:25 83:23 84:3 94:18 146:1 160:18 173:10 298:6
**Scotland** 32:8 316:19
**Scott** 47:19 73:14 239:23 253:12
**screens** 318:18
**scrutinize** 20:14
**SDI** 6:9 198:11 240:9 240:10 241:16 243:10 243:13 244:5,7,8,19 245:19,22 246:8 247:3,25 248:2,22,24 248:25 249:3
**se** 72:2 247:9
**sea** 51:14 242:17
**search** 69:1 70:4 254:8 254:9
**SEC** 241:16 242:17
243:4,4 244:18,21 245:20 247:25,25 248:1 249:12,14,20 249:25 250:1
**Secaucus** 279:6
**second** 11:13 19:17 29:19 71:9 103:21 104:16 116:8,11 151:3 155:10 161:4,6 177:16 187:23 203:15 217:5 220:14 238:3 244:14,25 245:4 249:11 254:5 270:11 272:11 277:8 281:12 287:8 292:11 294:3 306:1
**secondly** 49:9 84:7 118:15 120:18 122:6 131:6 155:2 171:10 246:6
**seconds** 265:10 309:11 340:17
**secrecy** 121:10 125:17 125:25 132:10 133:14
**secret** 126:8 127:13 128:5 139:2 218:4
**section** 73:21 145:5 207:1,3 227:3,8 278:13 320:13,15,22 321:1,2,13,15,18 337:19
**sections** 227:1 320:10
**securities** 245:17 246:4 300:9
**see** 12:15 26:23 27:20 31:23 41:6 59:6 70:14 94:5,8 106:12 123:14 124:8 149:17 151:2 159:14 162:8 239:7,20 242:21,23 252:10 254:2,9 257:5 257:7 259:6 272:5 273:17 275:15 293:13 293:14 295:15 296:3 300:16 305:24 320:9
**seek** 44:19,25 213:16 329:17 330:12
**seeking** 44:1 72:6 77:7 145:5 325:18
**seen** 57:25 77:21 203:11,18 278:7
**self** 121:5
**self-concealing** 121:2 121:22 122:15
**sell** 22:12 33:24 67:21 72:4 100:8 104:5 178:13 184:23 283:3

306:12
**seller** 100:13 296:2,10 296:23 302:20 332:8
**sellers** 78:5
**selling** 149:6 262:15 282:24 307:6,9
**sells** 85:3 184:23 186:2 283:7 295:20
**semi-private** 10:4
**send** 9:6 144:16
**sense** 17:25 88:13 97:7 98:1 100:1 133:9,17 136:15 167:17 197:14 212:20 233:5 234:7 262:11 269:12 282:24 298:14 301:25 302:2
**sensible** 131:20
**sensitive** 308:12
**sent** 169:24
**sentence** 30:13 69:4 117:25
**sentenced** 302:11
**sentences** 257:6
**Seoul** 167:23 294:12
**separable** 83:1
**separate** 26:12 29:11 29:12,21 56:17 80:21 82:21,21,22,23 86:2 89:1 94:16,24 96:10 116:19 161:20 167:8 169:14 202:13 268:4 273:22 286:12 294:21 295:8,11,16,17 296:6
**separated** 83:14
**separately** 23:17 61:15 157:24 160:1
**September** 51:8 52:10 152:13
**series** 28:4 54:25 73:12 169:21
**serious** 110:21 111:4
**seriously** 184:12 243:25
**serve** 104:25 105:1
**service** 52:18 170:11 279:10
**services** 1:1 53:3
**set** 8:21 13:1 20:3 25:12 28:20 30:4,18,19 32:25 37:22 38:8 68:8 81:7 106:10 107:6,9 110:5 150:3 183:8 184:9 188:21 192:24 225:25 226:16 226:18,21 227:11 228:9 229:20 230:19 230:25 232:4 236:20 241:25 286:2 290:9 315:23 324:1
**sets** 40:19 318:15,20
**setting** 19:10 30:13 234:24
**settled** 26:17 135:15 297:24 305:10 332:5 335:8
**settlement** 192:3 297:24
**seven** 79:14 85:16 95:1 220:22 332:1
**Seventh** 35:24
**seven-minute** 286:21
**SG** 220:21
**shadow** 105:11
**shape** 59:18
**share** 27:10 253:21
**shareholder** 259:8,9,21 262:13 295:10
**shares** 27:11,13
**Sharp** 27:5 76:20 97:23 97:24 98:25 103:12 103:12,24 104:14 105:15 106:14 109:21 109:25 149:11 155:23 156:2 296:11
**Sharp's** 104:4
**sheer** 163:18
**sheet** 144:16
**sheets** 9:6,8 14:16 62:17
**shells** 117:22 118:2
**Sheppard** 6:10 198:10 248:22
**Sherman** 42:21 44:18 44:24 52:14 54:2,8 145:6 148:6 193:12 337:19 338:16
**shibboleths** 142:2
**shift** 129:20 140:18 251:23
**shifting** 130:1
**Shinko** 135:3
**shoe** 72:24 308:17
**shoehorn** 102:8
**shoot** 297:20
**short** 9:1 68:24 124:23 144:3,7 195:9 207:14
**shortage** 117:22 118:1
**shorter** 10:23 144:10 144:12
**shorthand** 344:1,4,5,7 344:19
**shot** 26:22 40:6,7
**show** 38:19 70:5 79:12 84:1 88:15 90:14 102:22 136:19 142:16 156:9 159:10 160:23 167:11 202:2,9 204:11 210:3,5,6,7,8 214:18,24 215:2 219:19 227:17 230:7 235:14 242:3 247:11 261:22 308:1 314:23 315:6,10 322:11 326:23 327:2 330:8 335:20,21
**showed** 232:2
**showing** 121:15 142:24 256:10 275:19
**shown** 31:2 55:15 201:22 242:3 249:2
**shows** 118:6 190:12 191:10,11,12 214:17 249:12 259:11 310:3 326:20
**side** 8:16 18:8 102:18 102:20 213:25 214:1 250:19 298:15
**sides** 236:23,24 302:7
**side-by-side** 293:4
**Sidley** 6:16 293:18
**sift** 342:6
**sign** 9:17 14:16 62:17
**signed** 9:8 14:17 62:17 144:15
**significance** 51:3
**significant** 31:12 68:14 173:23 180:13,13 191:22 231:14,23 239:13 245:10 270:21 271:23 274:15 296:25 334:4
**Significantly** 282:12
**signup** 10:17 144:16
**sign-in** 14:16
**silence** 217:8
**SILVA** 3:14
**Silvie** 216:20
**similar** 30:17 34:18 36:1,19 45:5 68:9 105:24 107:5,9 126:20,21 137:7,8,8 137:14 199:21 210:22 211:16 217:10,11 230:23 257:9 271:16 281:4 326:3 337:25
**similarities** 182:24
**similarly** 134:12 146:1 151:9 163:20 177:7 182:19 319:17
**Simmons** 7:11 235:23 237:7,11 238:2,13 239:9 240:24 241:3 242:10,12,17 244:4 244:15 247:23 248:7 248:12,16,21 249:2 250:2,5,8,16,24 251:2
**Simon** 2:10,11 12:20 18:20 48:10 49:2 56:20,25 78:20,20 87:19 89:13,17 91:10 93:20 94:1,14,25 96:15 97:17 102:25 103:19 107:10,13,17 109:20 112:8 158:3 160:6 232:6 236:20 236:23 240:23 244:16 245:4,7 248:10,17 251:3,16 266:22 267:5 281:8,11 284:17 296:11 303:10 304:2,16 332:11 336:5 338:5
**Simon's** 90:20 169:3 331:25
**simple** 24:5,8 70:4 100:5 144:7 171:21 208:8 209:22 254:8 326:18 334:14 342:10
**simply** 9:16 22:18 37:7 51:22 57:12 108:25 163:25 200:19 205:7 234:2 247:20 249:12 252:9 261:23 262:10 268:22 270:18 276:16 280:21 283:3 287:6 321:12
**Singapore** 31:14
**single** 82:10 112:13 133:1,17 159:8 174:16 175:5 176:14 178:17 217:20 285:6 311:24 312:1 313:22 314:5 321:16 322:24 333:17 335:20 338:2
**singled** 285:1
**sir** 226:2 235:20 237:6 244:12 317:14
**sister** 333:10,11,13 339:21
**sit** 57:7 243:23 244:12 304:18 314:8
**site** 152:11 279:3
**situation** 47:11 78:6 81:13 87:2 103:20 104:20 108:17 134:16 303:11 331:3 337:15 340:11
**situations** 44:4 128:16 131:21 133:24
**six** 296:8 310:8
**sizes** 308:17
**sketch** 63:2 74:18
**slated** 123:1
**sleight** 176:21
**slide** 237:14,23 238:3 239:1 244:10
**slides** 237:9 239:15
**slightly** 208:15 216:19
**SLYVIE** 4:10
**small** 39:5 253:22
**soft** 9:24
**software** 93:9
**sold** 24:7 30:25 31:5 34:10 38:8,24 45:24 47:22 49:20 52:19 53:7,7 67:12,17 71:15 74:10 75:1,3,7 76:14 77:1 78:14 91:17 95:8,9 105:23 154:8 166:8,19 167:15 169:6,16 170:5,6,19 171:4 178:1,5,11 202:6 242:24 271:21 272:21 273:6 294:24 295:7,24 306:13 313:13 318:21 341:4
**sole** 306:3
**solely** 51:16 54:2 318:25
**solid** 74:22
**solved** 38:20
**solves** 38:17
**somebody** 11:9 31:4 39:1 61:12 101:24 103:7 184:22 246:4 275:2 288:24
**somewhat** 84:19
**Sons** 116:22
**Sony** 27:5 76:20 97:20 97:23 98:25 103:11 103:12,24 104:13 105:15 106:14 109:21 109:23 149:10 296:11 338:6
**Sonys** 243:14
**Sony's** 104:4
**soon** 286:22
**sorry** 18:11 31:20 52:7 58:20 89:12 101:3 119:7 138:22 179:24 217:23 240:24 241:2 267:16 270:12 274:9 281:1 282:10 289:9 289:10 291:23 296:18 308:18 309:23 310:20

310:23 314:12 327:15 329:11
**sort** 21:2 29:13 39:19 99:7 172:25 195:5 206:19 214:7 240:21 243:3,10 297:23 298:11 314:3 336:13 342:20
**sorted** 298:5
**sorting** 314:3
**sorts** 241:11
**sought** 44:11 183:3
**sound** 297:18
**sounds** 36:1 255:16
**source** 64:3 75:9
**South** 31:13 32:11 151:7,21 180:18
**Southeast** 32:8 38:5
**so-called** 67:14 203:6 284:24 342:1
**space** 8:15
**speak** 10:13,13,17 12:13 13:10,18,24 17:19 18:3 38:10 66:17 72:21 123:2 139:23 224:5 248:13 287:2 312:5
**speakers** 99:25
**Spear** 5:23
**special** 8:6
**specific** 22:23 24:19 31:22 32:14,19,23 38:25 40:3 41:3,6,21 42:1 53:19 56:3 59:7 59:21 60:14 67:17 69:2 73:10 80:7 94:2 98:6 105:7,9 111:5 112:5 113:3,5 123:10 123:23 131:4 132:21 134:10,12,13 151:24 151:25 152:25 153:25 161:7,13 170:2 174:18,24 203:16,22 203:24 214:22 217:21 219:7 228:21 233:13 233:13 234:3 235:19 238:19 243:20 254:6 255:19 257:11,13 258:15 261:5 269:11 272:19 274:8 275:17 278:19,20 280:6,7,7 280:21 285:7 287:16 288:15 300:13,22 301:2 303:17 305:14 305:16,20,21,22 307:14 308:23,24 314:25 315:10 320:4 320:17 321:17 331:22 340:24
**specifically** 33:4 34:6 34:20 48:1 50:11 68:23 78:3 80:25 81:1 104:19 105:12 110:5 145:10 152:15 152:16 175:15 176:9 198:11 201:17 205:14 218:1 223:13 259:15 264:18 276:21 281:23 282:2 301:9,10 307:23 327:11,16,17 331:19
**specificity** 114:15 118:7 125:2 142:17 164:13 256:17,19 276:6,11
**specifics** 176:10 255:25 319:8
**specified** 24:13
**specify** 157:14 275:3
**Specks** 3:5 112:13 225:14 260:5,5,19,23 261:2,4,14,16 277:5 304:19,19 305:6,8 307:18 308:21 317:6 326:13
**speculative** 36:16 99:21 101:10 108:1,12 183:5 185:18,21 188:3
**spell** 104:16
**spend** 57:5 237:22 278:5
**spends** 260:7
**spent** 10:20 186:9
**spoke** 10:16
**spread** 8:20
**spun** 285:24 286:5,12 295:7 302:22
**square** 183:13 192:13
**squarely** 183:21
**SRAM** 124:23 131:14 137:6,15,18,20 138:4 209:16 210:18 211:4 211:17 212:8 233:16 246:11 253:3 292:3 299:10
**stabilize** 149:23
**stabilized** 50:14 59:2 227:21
**stable** 120:7 143:17
**stage** 51:21 128:3 132:6 163:25 188:8 190:3 293:15
**stand** 8:22 9:2 39:18 84:12 133:6 134:19 159:9 177:14 192:11 246:14 265:23 286:3 337:10
**standard** 37:15 46:9 55:11 108:4 114:1,2 122:8,16 123:9 131:6 131:8,9,12 133:3,3 141:19 142:10 145:25 152:17 161:18 162:23 163:12,16 173:18 178:21,22 191:1 196:20 226:13 232:8 232:8 257:21,22 298:3 313:1 322:19 336:14,25 337:4,5,13 337:13 338:19
**standards** 19:18 20:16 22:16 23:11 24:18 33:9 114:4 148:10 170:9 172:17 177:5 220:2 225:2 226:19 230:4 258:6
**standing** 47:13 70:11 81:24,25 92:13 96:7 96:10 108:6 180:5 182:16 196:25 206:10 328:22
**standpoint** 22:18 157:25
**stands** 141:15 161:20 165:9 195:18 300:10 300:12
**star** 51:13,24 220:22
**start** 14:4,18 62:25 88:18 145:1 149:1 216:17 235:22 236:9 244:16 311:8
**started** 29:7 333:22
**starting** 228:8 232:23 255:5
**starts** 25:12
**state** 10:15 11:25 16:16 30:10 34:6 57:13 75:13 113:24 136:12 145:9,10,17,23 146:7 146:13,19,21 147:1,5 147:7,12,14,18,21 148:3,11 152:15,16 164:22 165:3 172:6 172:22 173:5,10,13 173:20 174:4,11,12 174:13,13,17,17,24 175:5,11,18 177:19 178:24 180:2,6,8,10 180:11,23 181:11 182:1,2,10,14,15 190:2 191:18,23 193:12,14,24,25 194:1,5,8,10,10,20 195:2,15,20,23 196:5 196:6,8,9 198:2 201:23 205:5,25 207:21 208:21 210:1 212:22 217:1,16 219:4 314:21
**stated** 50:10 58:17 73:2 118:1 129:13 131:25 137:24 160:2 175:15 208:2 210:11 312:6 312:11 313:10 344:6
**statement** 139:25 154:3 170:22 198:13 203:7 203:16,17 219:11,14 223:21 248:16 253:14 312:1 322:24
**statements** 87:14 115:15 118:21 121:14 128:14,15 130:4 141:10 203:10 245:16 245:21 253:11,12 305:18 330:13 335:18 335:18,24 338:25
**states** 19:24,25 20:11 21:1,6,8,25 22:12 24:7,17 29:18 30:25 31:5,18 32:9,12,15,17 32:18 33:3,8,21 34:10 37:1,9 38:14,24 39:1 39:6 40:4,5,11,22 41:1,4 42:14 43:14,16 44:23 45:3,24 46:13 47:2,5,7,24 48:1 49:21,24 50:6,7,14,16 50:17 52:14,18,20 53:10,14,16 54:12,13 55:4 56:2 57:16 58:18 59:1,10 68:12 89:9 105:7 109:10 146:5,12 147:13,16 148:1,8 152:3 153:23 156:12,13,18 159:19 159:20,24 161:5 166:9,19 167:7,16 168:1 169:1,8,17,24 170:5,6 172:8 173:1,5 173:23 174:17,18 175:10,22 177:12,17 177:17,18,21 178:1 179:18 180:6,9,14,15 180:16,20,21,21 181:3,12,13,17,21,23 181:24,25 182:23 186:13,17,21 187:11 189:4,25 190:8 191:19,20 192:23 193:3 196:13 197:21 197:23,23 198:24 204:10,13,15,21 206:6,9 207:25 208:2 208:6 211:22 212:18 212:19,23 213:1,1 214:9,11 215:10,11 240:10 250:11 260:12 279:3 294:19,24 319:21
**state's** 198:7
**state-by-state** 175:3,4 198:6
**static** 210:18
**stating** 33:7 48:15
**statistics** 27:10
**statue** 223:19
**status** 14:19 15:1 52:25
**statute** 11:24 20:22 112:18 113:7 114:3 116:21 120:16 124:11 124:14 138:15 139:8 139:12 147:13 148:9 158:22 159:25 174:17 175:20 199:19 201:4 201:25 202:15 203:22 204:5 206:15 208:4,5 208:8 209:9,24 211:11 213:20 215:3 215:17 220:12 223:15 298:17 322:8,10
**statutes** 174:24 180:22 182:10,15 191:19 194:10,20 199:10,13 199:16 208:18,18,19 209:8,11,19 212:10 212:14,19 213:9 214:13
**statutory** 208:14 212:25 213:2,9,10,23
**stay** 103:3 247:16 342:8,17,19,20,21,22 342:25
**stayed** 342:15
**stem** 69:10
**steps** 125:24 261:22 306:22 326:23
**stick** 69:21 166:21 308:19
**stipulate** 328:16
**stipulation** 16:14 268:10,17 310:14 342:9,10,16,24
**stock** 244:9 267:23 279:8 334:3

**stockholder** 309:5 332:21
**stood** 193:6
**stop** 68:24 276:8 308:9
**stopped** 232:19,22
**storage** 8:12
**store** 189:9
**straight** 14:10 192:17 246:15
**strand** 135:4,5
**Strap** 135:14
**stratosphere** 238:22
**straw** 166:22
**Street** 2:6,11,16,21 3:10,15,21 4:6,15 5:23 6:19 7:6,12
**Streisand** 204:9
**stressing** 191:13
**stricken** 40:17
**strict** 131:8
**strictly** 71:3
**strike** 145:22
**strikes** 164:5
**string** 206:22
**stringent** 141:22,23
**strong** 33:7
**strongest** 32:3
**structural** 226:19
**structure** 95:4 129:17 227:14,17
**structured** 274:19
**stuck** 299:11
**studies** 191:2
**stuff** 41:10 306:17 342:6
**stunned** 247:24
**subcontractor** 205:3,3
**subject** 11:23 19:3,4,7 19:10,13 20:4 39:25 43:7 54:1 56:7 59:8 59:10 133:20 144:21 144:25 148:16 149:5 149:13 150:21 153:22 161:23 178:25 180:1 194:25 208:11 262:9 265:17 296:20 307:10 320:20 343:2
**subjected** 71:9
**submission** 342:1
**submit** 26:12 164:9 182:1 195:18 197:7 222:22 224:2 240:14 246:3,19 271:2 316:25 324:6
**submitted** 236:15,16 236:17 247:4 293:3 331:9
**subordinate** 168:15
**subpoena** 252:19 304:11,12 320:21 338:8
**subpoenaed** 260:15
**subsequent** 15:23 166:2 197:3
**subsequently** 258:19
**subsidiaries** 44:13 47:4 49:20 53:7 67:22 85:15 92:20 168:17 169:1 170:8 176:5 231:13 288:13 291:18 295:1 296:15 297:13 316:22 321:7 324:3
**subsidiary** 17:3 47:2 75:2,7,7 76:8 85:6 92:3,10,12 95:7,9 101:24 105:22 106:7 272:3 279:7 294:16 294:18,22 315:8 321:11 334:21,25 335:1 339:24 340:7
**subsidiary's** 129:7,23
**substance** 17:12 261:12
**substantial** 21:7 36:17 37:3,18 42:16,23 54:4 156:7 174:2 179:20 188:17 245:22 289:22
**substantive** 31:21 55:7 123:8 135:19 194:4 199:2 254:25 271:10 302:13 305:3,10
**substantively** 281:4
**substitute** 60:7
**subsumed** 123:11,20
**successful** 222:19
**sudden** 194:3
**sue** 85:9,16 92:11,13,15 93:12 191:21 209:7 215:12 336:14 339:24 340:3,5,6
**sued** 168:25 208:19
**suffered** 45:13 54:12 74:17
**suffers** 323:8
**suffice** 163:6 293:11
**sufficiency** 216:9 329:13
**sufficient** 19:22 25:10 26:23 37:25 53:11 113:21 117:5 130:18 131:15 137:25 141:12 157:2 160:2 161:7,17 222:23 232:9 235:13 249:16 257:17 266:19 271:3 276:17 288:9 288:19 289:2 298:24 312:25 315:23 317:1 317:3 319:13 323:5 336:20 340:21
**sufficiently** 54:3 58:16 111:3 127:25 139:17 162:14 188:6 218:2 221:1 292:24 298:20
**sugar** 72:11,13 73:22 73:25,25 74:2,2,4,11 74:22 75:1,2,3,9,11 75:16,18,20,21 77:13 78:3,7,18 82:4,5,23 91:16,18 95:11 107:14 108:16,17,18 336:6
**sugar-containing** 108:18
**suggest** 39:13 83:17 107:20 109:19 133:16 136:20,25 153:4 156:15 233:19 287:21
**suggesting** 262:7
**suggestion** 109:7 137:1 288:21 335:3
**suggests** 152:22 202:8
**suing** 206:23 217:25
**suit** 209:24
**Suite** 2:11,16 4:6,11
**sum** 73:8 102:8 122:4 186:19
**Sumac** 3:5
**summarize** 117:7 119:2
**summarized** 250:22
**summarizes** 89:18
**summarizing** 173:22 207:21
**summary** 54:21 55:11 218:24,24 219:1,12 220:14 223:8 225:6 293:14,16 297:23
**summation** 276:8
**Sun** 336:16,23 337:7
**super** 81:21 154:22 171:9
**Superior** 193:16 247:13
**supersedes** 342:20
**Supp** 35:4,7,22 93:22 102:22,23 127:7 138:3 168:6 181:1 187:25 196:18 217:22 233:17,21 234:10 280:5 281:8,10,13 285:11 288:8 292:20 337:24
**supplied** 129:15 339:5
**supplier** 76:12 340:6
**supplies** 27:7
**supply** 53:18 107:2 228:4
**supplying** 189:12
**support** 28:1,3 31:7 39:10 70:21 79:9 137:22,23 147:17 214:10 226:19 272:8 293:4,10 341:10
**supported** 72:10
**supporting** 188:22 266:9
**supports** 210:5 302:19
**supposed** 115:20 124:1 138:18 158:4 338:24
**supposedly** 86:18 114:21 187:21
**suppress** 82:17
**Supremacy** 145:9 146:12,16 175:12,12
**supreme** 19:19 21:14 21:20 38:2 42:11,22 46:14 72:17,23 73:17 79:6 85:12 91:3 145:16 146:23,25 163:4,21 172:8 175:13,14,20 189:6 192:4,23 196:13 199:17,18,22 200:20 204:2 206:14 209:4 213:13 214:11 238:15 240:11 241:6,22 266:17 272:9 290:10 297:25 335:13 336:9 336:12
**sure** 9:8 13:8 14:15 15:25 23:25 115:25 154:21 165:8 171:8 223:2 227:20 234:21 247:17 254:12,22 298:11 311:17 328:1 342:5
**surely** 92:1
**surprising** 318:11 319:5 320:19
**survive** 72:16 167:6 209:18 222:7 223:3 316:2
**survived** 73:23 153:1 209:17 212:7
**survives** 75:21 170:12
**suspicious** 125:20
**sustain** 282:15
**sustainable** 64:5
**sustained** 210:25 211:20,24
**sustains** 78:9
**sweeping** 254:3
**sworn** 329:8 330:2,18
**system** 193:1
**systematic** 29:7
**systems** 93:7

**T**

**table** 35:2 184:9 198:15 227:7
**tainted** 109:1
**Taipei** 171:23 294:23 334:3
**Taiwan** 5:9 15:19 16:23 31:13 62:23 167:23 256:15 275:7 291:16 294:22,23,25 310:13,16 316:19 330:7 332:15,17,18 333:6,22 334:2,2,7 339:19,20 340:3
**Taiwanese** 27:6
**take** 18:10 24:20 37:13 40:7 47:12,18 54:15 62:9 79:10 109:16 116:13 117:14 125:22 144:3 149:19 150:25 153:5,24 154:2 176:7 178:7 207:14 216:14 220:4 222:7 224:13 229:25 234:23 235:8 239:18 240:13,20 243:24 255:7 261:21 283:15 284:13,14,19 286:19,21 295:10 299:14 326:22 329:18 330:12 342:4
**taken** 62:15 144:14 187:8 196:17 207:18 226:7,8 254:20 286:25 288:10 292:23 330:16 335:25 338:25
**takes** 94:11 100:5 200:24
**talk** 11:10 21:12 26:4 28:8 29:25 35:19 61:13 68:22 69:3 88:18 89:14 102:19 103:1 110:13,15 111:8,9,10 116:10 170:9 183:10 198:4 198:17,23,25 202:20 202:21 222:2 225:19 229:13 231:21 236:4 239:24 270:1 279:1 283:18,20 302:25 313:1 329:5 330:17

334:10,12 338:25
**talked** 44:8 89:22 95:21
  193:6 229:11 257:24
  296:17 297:14 299:8
  320:11
**talking** 22:20 25:19
  26:5 30:12 41:24
  60:2 63:1 68:1,20
  76:16 86:17 90:25
  98:23 109:8 110:11
  110:12,13 111:7
  112:2 138:12 150:24
  152:5 155:25 169:20
  169:25 186:17 198:12
  198:19 199:7 203:20
  206:4 226:1,2 239:21
  239:22,24,25 255:22
  291:1 297:12 304:16
  310:15 320:14 329:24
  333:15,16 339:1,2
**talks** 31:10 32:1 42:19
  89:19,22 90:4,10
  146:22,24,25 189:3
  294:15
**target** 67:13 151:19
  231:7 323:23 338:7
**targeting** 50:11
**targets** 320:18
**tarring** 140:15
**task** 60:14
**Tatung** 6:3 16:19,23,23
  17:2 169:2 328:25
  329:14,22,25 330:6
  332:15,16,17,18
  333:6,7,18,19,22,23
  333:23 334:2,2,7
  335:21 336:18 339:19
  339:19,20,21 340:2,3
  340:9,20
**Tatung's** 340:23
**TC** 255:10
**TDT** 255:10
**tea** 9:24
**teaching** 157:15
**team** 299:14
**technical** 209:22
**technology** 86:24 120:9
  246:13
**telephone** 116:14
**television** 22:9 26:13
  26:20,24 27:4,8 30:16
  33:20 40:21 47:21
  76:19 91:21 94:15
  97:17,19,21,22,24
  98:2,4,8,9,11,12,12
  98:24 99:11 100:2,7
  100:17,22 101:16

102:15 107:8 110:6
110:22 111:4,6,22
112:5 153:12 156:17
157:19 160:23 167:20
178:15 230:6,23
231:11,22 269:17
283:7
**televisions** 22:12 26:16
  27:1,14,21 28:2 29:4
  29:10,11,12 30:20
  33:17,24 41:20 52:20
  64:14 65:21 68:18
  70:6 72:7 73:16 95:8
  97:7,15 101:9 105:24
  106:2 107:4 110:11
  110:12 111:10,11,11
  150:19 154:7,18
  156:13 157:18,20,20
  157:21 159:19 170:19
  171:4 176:6 179:4
  230:10 238:5,6
  242:20,24,25 243:4,7
  243:8,11 268:23,23
  269:14,14 282:25
  283:4 318:18 321:11
**tell** 12:15 15:1 23:17
  87:5 102:4 123:4
  144:8 159:5 176:3,22
  178:16 181:6,7
  183:15 190:25 203:3
  210:13 246:6 287:5
  300:10 303:13,14
  332:10 339:8,20
**telling** 135:11 139:3
  141:21 144:11 186:10
  217:8 247:19 308:19
  314:2
**tells** 269:10
**ten** 62:14 88:7 151:18
**tenders** 163:6
**tenets** 226:6
**Terazosin** 205:19
**term** 52:17 63:18,23
  64:10,13
**terms** 31:19 84:2,13
  90:11 102:16 118:13
  138:11 152:6 153:24
  187:18 189:22 193:21
  209:12 267:23 275:10
  276:5 292:4,13,14
  293:5,6 310:12
  342:22
**terrific** 256:16
**terse** 144:7
**test** 21:11 27:3 42:21
  42:24 93:14 180:5
  184:4 259:16 336:10

**testimony** 219:17
**tests** 182:20 226:1
**textbook** 191:1
**TFT** 81:20 127:6,17,20
  131:13 243:18 315:24
**Thailand** 31:14 256:15
**thank** 15:24 18:21 43:5
  52:11 78:19 93:24
  109:19 122:21 143:23
  162:3,5 174:7 186:23
  197:24 207:12,20,24
  214:3 215:13 216:6
  216:18 220:8,8
  221:12 225:24 228:8
  235:20 247:23 249:24
  251:2,24 260:4 265:7
  266:3 276:17 277:19
  279:15 282:6 289:12
  290:14 293:17 310:7
  315:14 324:9 327:23
  328:14 340:15 341:1
  341:22
**Thanks** 332:2
**theoretically** 194:23
  335:9
**theory** 38:4 211:8
  213:7,8 214:6 243:1
  333:17 338:2
**thereabouts** 65:18
**therefor** 129:3
**therefrom** 265:2
**thereof** 47:3
**they'd** 59:10 96:9 99:12
  99:14,16 111:10
  246:3 273:9
**thin** 287:5
**thing** 17:5 19:8 21:13
  27:16 29:23,24 31:15
  32:10 35:11 56:20
  65:3 81:10 83:20
  84:22,23 86:6 94:8
  96:13 117:16 134:20
  139:11 156:22 158:2
  158:16,17 169:20
  173:16 200:22 212:16
  213:24 226:18 231:9
  232:15 241:18,19
  253:19 256:10 269:23
  270:11 272:5,5,20
  283:12 292:8,12
  299:9 304:2 326:6
  333:2
**things** 9:24,25 10:12
  14:10,13 41:15 50:19
  50:20,25 56:22 63:19
  65:22 83:20 89:3,4
  94:13 100:13 116:16

116:17,25 117:5
119:1 120:19 123:9
133:25 136:20 138:21
157:5 164:13 178:4
178:19 185:11 197:12
207:1 213:5 238:23
241:11 245:25 247:19
247:24 272:12 297:21
302:22 314:1 336:6
338:25
**think** 10:21 11:1,5,15
  12:7 13:16,17,20
  16:11,14 18:15,16
  21:18,19 25:7 26:7
  40:2,7 41:8 43:4
  46:12 51:2 52:1,2
  53:11 54:17 55:22
  56:4 61:17,24 65:14
  65:23 73:10 83:25
  89:5 90:23 96:18
  100:21 102:21,25
  103:4,15,17 109:19
  109:23 110:7,9,16,21
  110:23,24 111:1,13
  111:19,23 114:6
  115:7 116:22 123:13
  124:16 128:18 130:9
  131:6 132:18 136:13
  138:7 140:2,13 144:5
  144:6,11 150:6 154:3
  156:19 158:9 161:22
  162:7 170:10 173:16
  175:23 181:3 182:8
  182:24 187:13 189:21
  190:3 192:14 194:13
  195:25 197:19 198:2
  209:13 213:1 214:21
  214:25 215:14 219:17
  224:12,25 227:23
  230:11 234:11 235:23
  236:9 237:16,16
  242:20,21 244:15,17
  246:6 249:7 252:21
  254:21,23 255:16,21
  256:12,16,25 257:2
  257:13,14,22 259:2
  265:9 277:9,13
  284:15 288:20 289:18
  289:19 292:19 293:6
  295:22 296:25 297:25
  300:21 301:7,15
  302:5,14 305:23
  308:22 310:3 318:9
  324:14,15 326:4,19
  326:25 327:2 330:10
  330:11 336:15 343:1
**thinking** 27:22

**third** 20:5 72:10 74:5
  74:20 75:4,8,10,11,17
  76:3 88:5 91:15,16,19
  92:2,6,13,22 101:13
  105:7,14,17 106:15
  108:20 120:16,20
  227:24 258:10,10
  336:7
**Thirteenth** 7:6
**thought** 30:6 66:4
  124:4 192:16 240:21
  266:24 290:18 297:22
  310:20 329:23
**three** 8:13 14:19 17:22
  18:22,25 91:14
  145:11 151:17 152:24
  157:5,6,11,12 158:6
  181:24 186:13 198:13
  199:13 204:10 207:15
  207:25 209:20 210:14
  211:22 216:15 235:22
  246:10 251:11,24
  266:7 267:11 273:25
  284:16 302:22 304:23
  319:17 323:10
**threefold** 154:15 171:7
**threshold** 59:17 63:14
  72:12
**throw** 111:11 201:25
**throwing** 26:11 272:1
**thrown** 83:15 84:17
  201:8 215:10 298:21
**throws** 152:3,3 244:9
**ticking** 138:16
**ticky-tacky** 328:8
**tie** 308:24
**tied** 83:13 232:2
**ties** 233:4
**till** 57:2 290:21 298:4
  342:13,14
**tilt** 188:7
**time** 12:6 13:11 14:13
  25:1 27:20 38:4 58:7
  61:17 62:14 69:1
  103:3 118:4 119:20
  120:10 123:7 125:18
  128:2 132:13,22
  136:11 139:1 144:2
  144:18 147:11 164:17
  169:10 178:7 185:6
  187:23 199:10 208:21
  213:6 222:5 224:23
  236:20 237:22 248:13
  263:2 284:18 292:16
  300:1 310:18 312:24
  319:5 321:16 323:12
  328:19 338:23 344:5

344:9
**times** 13:7 113:4 187:21 224:23 244:3 247:3 255:19 276:4 299:24
**tipped** 187:12
**title** 213:14,15,17 218:16 288:22,25 289:4,7 314:9 331:17
**today** 8:21 10:17 11:7 11:10,11 12:6 15:22 58:5 73:14 77:24 91:10 103:3 124:18 181:2 182:25 184:21 187:21 199:7 215:6 225:10 237:15 253:10 255:22 257:20 320:6 320:11 323:6
**today's** 254:7 318:12
**Tokyo** 167:24
**told** 113:3 125:22 246:1 301:21 303:7,9
**toll** 116:20 220:12 223:19
**tolled** 138:17 139:8 322:12
**tolling** 124:14 265:17 304:6,14
**tolls** 223:15
**tomorrow** 11:8,10 12:12
**Tompkins** 194:7
**top** 22:24 153:20 190:22 228:16 264:19 264:24 265:3 288:11 294:13 295:12
**topic** 322:7
**tort** 314:2
**Toshiba** 7:3 79:19 154:19 169:2 251:10 251:22 252:9,17,17 252:18 253:1,1,6,8,15 253:21,25 254:3,6,8 254:25 255:10 256:2 256:4,19,22 257:4 258:8,12,15,18,22 259:5,7,9,20,22 260:7 260:22 261:6,23 262:4 263:4,23 264:13,13 265:2 266:10,10 267:20 276:2 284:22 285:17
**Toshiba's** 258:19 263:12
**tossed** 142:2
**total** 323:9
**totality** 90:13 233:6
**totally** 142:1 157:24 177:4 194:6 225:11 295:8,11 296:6
**touched** 202:15
**touted** 321:14
**Tower** 5:23
**Toyota** 301:25
**tracing** 87:15
**tracks** 198:15
**trade** 20:19,21 46:8 52:15,16,24 119:6 130:8 138:5 148:3,4 175:1 202:5 229:19 253:24 254:1 290:5 308:11 321:14 323:23
**traditional** 173:13
**traffic** 57:3
**transaction** 54:2 258:13,22
**transactions** 44:7 54:13 70:18 333:9,12
**transcript** 344:7
**transfer** 88:10 220:24
**transferred** 258:16 295:4
**transfers** 88:9
**translated** 106:3
**treat** 54:1
**treating** 196:21
**treble** 108:25
**tremendous** 12:23
**trend** 120:9
**trial** 46:4 181:17 214:21 247:13
**tried** 28:17,23 213:16 301:16 334:16
**trigger** 137:3 138:2
**Trinko** 298:1
**trouble** 10:5
**true** 12:17 64:11 65:4 82:12 99:22 134:23 134:25 167:11 169:5 170:1 175:2 216:11 226:7,8 230:1 344:7,8
**trump** 3:19,19 341:19
**trumping** 335:25
**truth** 241:13,19 312:22
**try** 23:4 40:1 86:3 95:20 109:9,15 174:9 175:22 180:3 183:25 212:15 216:18 240:3 246:15 249:22 269:4 290:20,23 330:7 333:21
**trying** 25:6 57:3 58:6 79:7 85:12 97:9 102:8,9,11 103:3
108:16 121:16 131:7 201:24,25 205:15,15 205:17 241:15 249:8 260:8 272:16 303:19 303:19 320:25 330:9
**tube** 1:5 22:7 60:20 64:4 77:23 82:24 85:2,2 86:14 88:2,3,7 88:15 90:5,10 97:6 99:5 100:7,9 101:12 103:8 104:3,11,12 111:7 167:19 178:15 184:8 243:1,2,3,3 245:23 295:7,21 297:9
**tubes** 47:10,15,16,22 48:14,14,19,20,22 49:25 55:16,19 60:25 61:2,3 65:11,12,12,20 79:15 80:5 81:2 86:1 86:9,21 87:3 88:23 89:23 90:1,15 94:14 100:10,10 103:13,23 103:24 104:2 106:21 109:22,23,24,25 111:8,9 169:16 170:19 238:4,4,5,10 239:5,14,21,22,24,25 240:2,10 242:18,19 243:5,11,15 246:23 249:4 295:19,23,24 296:2,5,10,13 302:17 302:20,23 306:12 318:17 319:2 321:10
**turn** 11:4 36:11 43:6 103:21 165:20 166:6 166:8 224:10 232:11 238:2 242:10,12 256:13
**turning** 71:19 319:20 323:7
**turns** 36:7 52:24
**TUS** 329:15 330:1 331:3,4,6,7,13,22 332:4,5,19 337:16,21 338:6
**TUS's** 329:15
**TV** 33:18 37:8 69:23 71:13 77:22 78:14,16 82:23 94:7,7 99:22 102:3 149:4 151:20 152:2 155:22 183:14 183:17,18,19,20 184:10,23 185:19,20 197:11,12,15 210:18 297:4
**TV's** 78:4,12,12,16
86:21 95:10 99:3,15 104:4 183:25 184:7 197:9,9,9,10,10 231:13 232:3 296:20 296:23
**twice** 11:1 160:4 236:3
**twist** 36:7 242:13,14
**two** 10:23 15:4,13 34:4 34:12 45:17 56:14 61:2,3 70:15,21 71:4 72:12 75:25 78:22 80:16 81:11 84:12,16 87:20 96:15,17,18,18 100:21 101:10 103:16 112:15 116:11,17 139:4 152:24 158:23 158:24 159:17 161:2 165:22 181:22 187:5 191:24 202:13 207:14 208:2,6,18,18 211:10 212:18 213:24 216:22 217:11 227:18 237:18 237:20 239:15 241:11 245:14 246:7,9 247:24 248:10,20 250:13,14 254:23 263:24 264:11,12 266:5,6 267:12 268:19 271:10 276:17 289:25 292:9 294:25 296:14 297:13 310:16 313:21 329:3,8,24 339:18 340:12,17
**twofold** 148:18
**Twombly** 13:4,7 19:20 20:1 22:16 23:11 27:3 28:22 30:22 49:14 51:14,17 56:5 57:19,21 61:16 85:14 98:5 112:25 113:4 114:4 122:9 123:1,6,8 123:13,18 124:1,2 137:24 141:23 142:1 142:6,13,15 144:2 157:16 160:3,12 161:10,18 162:14 163:20 170:13 177:6 178:23 222:24 223:6 224:17,23 225:2,6,16 225:19 226:5 232:8 237:24 240:14 241:10 241:22,24 249:17 255:9,17 256:8 257:13,20 258:2 264:1,2 271:2 276:13 276:22,23 279:20 280:10,11 281:7
282:12 298:1 300:17 300:18 305:9 314:11 314:13 315:13 317:1 326:2 327:21
**two-page** 339:10,13
**tying** 189:8
**TYLER** 6:11
**type** 57:17 183:3 212:16 228:24 233:12 276:6 292:12 305:14
**types** 32:7 49:10 73:4 105:10,10 204:2 205:1 207:7 209:14 288:17 289:3 291:10 292:17 316:14 335:24
**typical** 67:3
**typo** 324:16,17 325:8 326:7,25
**typographical** 321:21 322:7 325:13 328:4,9

U

**Uh-huh** 205:11
**UK** 31:14 316:19
**ultimate** 55:16 279:15
**ultimately** 36:10 37:9 141:11 283:9
**unadorned** 162:25
**unambiguous** 214:13
**unanimity** 95:3
**unanswered** 140:1
**unaware** 127:9 136:11
**unclear** 66:20 327:22
**uncontroverted** 330:20
**uncover** 121:16 143:21
**uncovered** 335:19
**undercut** 231:25 270:24
**underlie** 91:5
**underlying** 54:17 72:24 73:9
**undermine** 73:7 80:9 81:8
**underscoring** 251:12
**understand** 12:4 13:5 14:20 16:3 38:18,22 39:11 56:24 66:10 112:10 166:23 180:14 196:4 197:2 224:16 239:9 251:23 261:4 267:4 283:5 301:14 303:22 313:15 328:15 328:20 330:4
**understandable** 305:23 341:25
**understanding** 208:16
**understands** 97:17

**understood** 123:16,18 166:17 241:4
**undertaken** 43:13 135:17 304:25
**undisputed** 19:9,18 20:5 31:19 109:12 330:14
**unequivocal** 152:18
**unexplained** 120:8 143:18
**unfortunately** 314:3,17
**unidentified** 118:12
**unified** 85:25
**uniform** 146:6
**uniformity** 145:13,21 172:4
**Union** 3:21 4:15
**unique** 225:4 303:10 321:19
**United** 19:24,25 20:10 21:1,6,8,25 22:12 24:7,16 29:17 30:25 31:5,18 32:9,12,15,17 32:17 33:3,8,21 34:10 35:18,20,22 36:22 37:1,9 38:14,24 39:1 39:6 40:4,5,11,21 41:1,4 42:14 43:14,16 44:23 45:3,16,24 46:13 47:2,4,7 48:1 49:21,24 50:6,7,14,16 50:17 52:18,20 53:10 53:13,16 54:12,13 55:4 56:2 57:16 58:18 59:1,9 89:9 105:6 109:10 146:5 152:3 153:23 156:12 156:13,18 159:19,20 159:24 166:9,19 167:7,16 168:1 169:1 169:8,17,24 170:5,6 173:23 177:17,17,18 177:20 178:1 179:18 240:10 250:11 294:19 294:24
**units** 50:22 210:20,20 280:4
**unjust** 204:6,10,14,19 205:13,23 206:7 212:5,9,16,24 213:4,6 213:23 215:4
**unlawful** 152:22 192:9 255:12 256:5 261:19 316:10 319:25 324:22 326:20
**unlawfully** 162:25 163:19
**unreasonable** 131:22 132:15
**unsaid** 32:22
**unusual** 33:13 34:2 89:14 303:4 321:19
**unwarranted** 73:11
**upheld** 81:11 83:15
**uphold** 70:22
**upstream** 74:21 76:11 76:11 91:22 94:9,11 95:6 332:21,21
**upwards** 240:4,17,17
**urge** 237:16
**urged** 237:17 320:6
**USA** 113:12
**USC** 177:25
**use** 8:14 10:10 28:9 40:18 44:22 45:3 60:7 63:18 66:18 74:22 87:6 112:11 117:1 130:7 167:19 178:7 201:7 220:10 223:17 245:18 256:4 269:4 310:11 330:8
**uses** 242:3
**usual** 142:2
**usually** 332:13
**Utilicorp** 72:17,20 73:18,23 75:21 91:3
**utterly** 260:11 331:12
**U.S** 21:2,18 22:14 23:4 32:23 38:1 39:22 40:19 41:7,13 42:25 43:14,17 45:9,25 46:25 49:20 50:2,11 50:12 53:4,4,8,17 58:8,9,11 59:8 60:9 60:10 72:20 73:15 79:6 146:2 153:12 154:8 163:4 169:5 171:5 173:8 176:5 177:21 192:22 206:14 247:14 253:14 266:16 266:17 272:2 275:6 276:4 279:11 318:22 319:3,4,4,7 333:18,19 333:23,24 339:19,21 340:2,9,20
**U.S.A** 178:10 294:15 333:7 336:18

**V**

**v** 72:20 73:17,23 91:3 135:14 173:8 298:15
**vague** 69:4 203:7,15 323:2
**valid** 195:15
**Valley** 334:16
**value** 82:25 198:6
**varieties** 86:22
**various** 25:13 31:13 44:15 49:10,17,19 50:5 112:24 116:12 124:5,25 134:8 164:13 170:8 181:21 185:1,15 187:11 190:8 191:18 193:13 197:21 199:1 221:3 232:1 291:9 316:7,20 317:11 320:16 338:24
**Vehicles** 205:21
**vein** 140:1
**Vendome** 220:21
**venture** 45:18 158:23 261:24,25 262:3,14 267:20 276:2 278:18 295:5 296:5 303:20 306:4,7,10,10,12 307:1 310:2 316:8
**ventures** 95:13 119:6 229:19
**verdict** 223:11
**verified** 303:15
**Vermont** 180:19
**versa** 300:5
**verse** 119:22
**version** 118:22 271:2 314:20 325:25
**versus** 20:11 46:14 51:7,9 55:4 72:17 84:8 93:2 96:21 114:23 116:22 145:16 194:7,8 220:21 247:6 247:13 257:23 293:7 293:9 297:19
**vertically** 79:14 80:2,3 80:8,10 81:4 85:1,6 85:20,22,23,24 87:10 87:19 88:6 90:2 95:2 98:22 100:6 103:10 105:14 158:12 244:10
**vested** 213:15
**vice** 300:5
**victim** 100:14 253:8 297:11 298:16 331:8 338:7
**victims** 109:11 247:17 296:13
**view** 8:17 46:11 47:13 54:16 87:18 112:4 113:20 256:17 331:8
**viewing** 230:2
**vigorous** 98:9,10 149:5 149:9,13 161:25 183:14,17,20 187:19 190:15,20 191:4,9,14 197:6,8,15 296:21
**vigorously** 192:16
**VII** 213:14,15,17
**violating** 26:14
**violation** 235:19 247:9 273:13
**violations** 140:6 233:13 278:14
**Virginia** 207:7
**virtually** 105:18 124:22 125:10 149:2 191:21 268:25
**virtue** 88:14 192:9 194:2 195:14
**Visa** 189:8,12
**visited** 142:23
**visiting** 106:23
**vitamin** 191:24
**Vizio** 27:6 76:20 149:11
**VOELBEL** 4:4
**voice** 250:17 256:4,23
**volume** 67:5
**VSL** 135:5

**W**

**W** 4:21 6:11
**Wachovia** 173:8
**wait** 14:7 24:22 111:16 112:3 141:18,19 242:1,1,1 287:8,10 291:1 298:4 303:8 329:10 339:12 343:6
**walk** 97:4 237:9 239:16 282:8 320:15
**walks** 97:6
**Wal-Mart** 27:7
**want** 8:11 9:12 11:3 13:20 14:12,17,18 56:13 62:13 63:5 80:24 81:8 84:22 93:15 96:25 97:1 99:9 111:9 115:25 118:7 123:12 124:7 130:15 144:3 151:11 151:13 198:17 200:9 200:13 209:6,7 215:1 216:22 218:11,20 219:2,22,25 220:4,12 220:19 224:5 225:6 236:16,21 237:4 242:13 243:7,13 249:21 251:3 255:7 263:15 264:15 279:17 279:19 299:8 302:3 308:16 309:13,20 311:6 314:8 317:23 328:20,21 340:1
**wanted** 18:1 45:18 107:15 113:6 166:23 167:14 223:1 243:4 285:20 287:2 328:3
**wants** 13:10 40:6,17 249:9
**war** 8:12
**WARSHAW** 2:10
**Washington** 5:17 7:6 7:12,18
**wasn't** 45:20 97:23,25 111:18 158:24 266:6 307:7 322:14
**waste** 263:1
**wasting** 224:23
**watch** 184:8,10
**Waters** 173:8,11
**way** 8:21,21 9:11,19 13:19 18:19,20 28:1 34:11 35:10 37:6 59:18 78:24 79:25 81:3,13 87:25 88:13 88:17,23,24 102:17 108:17 122:25 146:16 151:1 153:10 154:18 156:8 157:19,25 161:19 170:15 172:1 178:16 184:1 185:9 191:16 193:8 194:15 195:10,22 209:15 213:5 218:11 234:15 256:7,12 269:15 272:1 274:18 282:21 283:6 284:25 290:22 318:25 326:20 331:6
**ways** 145:11
**weakened** 36:9
**weakness** 323:18
**wearing** 287:5
**Web** 279:3
**weeded** 298:2
**weighing** 109:17,18
**weight** 108:7 167:19 338:23 339:3
**Weil** 5:4 96:1
**Weinstein** 293:7
**welcome** 175:6
**Weld** 337:22,25
**well-pleaded** 164:4
**WENDY** 1:18 344:3,18
**went** 28:7,11 36:4,22 51:16 75:13 86:11 120:8 143:18 156:11 174:23 187:14 189:9

192:3 205:20 232:17 232:21,22 240:25 256:18 290:19 297:22 299:13,18 302:9,14 302:15 335:15 336:11
**weren't** 57:20 143:11 260:14
**West** 207:7
**WestLaw** 51:8 52:9 152:10 172:11 218:19 220:22 277:15 289:8 293:9 314:17,18 339:11,12
**we'll** 13:25,25 18:5,13 57:1,7 58:5 102:10 209:13 225:20 234:21 255:8 284:13 286:23 295:10 297:23 340:23
**we're** 8:7,21 10:4,8 14:9 18:7,16 22:20 25:19 41:24 58:6 61:20,22 74:24 75:6 86:23 95:12,24 99:4 102:19 104:6 109:8,8 123:25 124:1 125:5 138:11 143:8 147:4,6 153:14,16 158:6 164:23 165:1 167:2,3 169:20,25 181:19 182:4,5 186:12,17 197:21,22 198:12 201:21 204:23,23 206:23 208:4 211:13 212:20,20 213:19 216:10 218:22 224:6 224:21 226:2 230:13 243:2 267:12,24 281:9,11 290:21,22 293:15 294:3 299:10 299:11,11 300:24,25 305:25 308:5 310:14 330:6 333:14,16 334:22,23 335:1,20 338:6,7 339:1,2 341:5 342:15
**we've** 14:3 18:20 34:18 44:8 47:12 48:23 52:1,4,12 53:6,13 55:24 56:3 57:23 61:7 72:22 77:21 83:21 89:22 95:21 96:11 101:18 112:13 112:23 113:3 115:14 128:11 134:6 139:3 141:19 168:1 187:20 195:19 199:7,12 200:7,19 201:14 202:19 204:10 208:1 212:1 213:11,25 216:13 221:18,19 223:4 226:16 232:2 242:18 249:1,15 251:12 255:21 278:20 285:18 286:15,23 297:8,14 299:8 323:5 328:2
**whatnot** 210:21
**whatsoever** 259:22 260:2
**where(As** 55:5
**white** 7:4 117:1 246:2 251:9 330:8 331:18 332:9
**wholesale** 36:13
**wholly** 44:7 271:24 295:1
**wildly** 51:4
**willing** 244:12
**willy-nilly** 42:22
**win** 31:1 101:19,21 186:4
**Windows** 192:6
**winner** 197:20
**Wire** 135:3
**Wisconsin** 180:19 207:10
**wish** 162:16 221:13 254:11 270:23
**wished** 231:24
**withdrawal** 115:4,12 237:3 258:11,23 259:4,12,24 261:15 261:16,18 262:2,17 262:18,24 263:7,8,12 265:11,13,15,16,16 265:20,22 266:14,16 266:19 270:9 285:22 286:4 302:18,21 306:17,24 307:3,8,12 308:1,3 326:7,14
**withdrawn** 326:11
**withdrew** 115:4 256:20 259:18 262:5,8,11 265:20 301:23 302:6 306:2 307:23 308:5 309:7 310:6 313:12 316:24 317:6 325:2
**witness** 303:6
**Wi-Fi'd** 10:10
**wonder** 207:14
**word** 25:1 47:18 112:11 165:17 192:7 242:3 301:12
**words** 21:16 23:6 27:12 30:5 31:1 33:1 35:13 37:17 59:12 72:5 90:21 101:4 156:24 161:11 177:14 242:4 263:6 289:11 299:1 328:15
**work** 80:8 81:9 121:23 150:21 232:5 300:1
**worked** 79:25 106:12 233:6
**working** 153:20 228:17
**works** 97:18 127:1 172:1 191:3
**world** 21:3,4 32:15 38:3,8 44:15 100:15 183:24 203:20 243:14 254:7
**worldwide** 29:17 65:8 89:9 320:16
**worry** 10:11 220:3
**worst** 108:16
**wouldn't** 46:1 104:2 181:22 243:13 316:2 316:5
**wrap** 39:13
**write** 9:11 72:2 179:1 183:13 227:4 342:24
**writing** 239:10 344:5
**written** 201:16 202:10
**wrong** 58:21 72:11 84:11 94:20 102:14 110:8 131:3 151:22 151:23 188:24 235:10 248:17 254:21 274:9 274:10 285:19 299:22 318:24
**wrongs** 85:10
**wrote** 72:23 230:12

**X**

**X** 50:22,24 127:1

**Y**

**Y** 50:24
**yeah** 64:20 122:19 130:24 167:1 223:8 318:3 328:1,22
**year** 322:3
**years** 28:7,11 64:5 113:14 187:7 193:10 208:22 209:5 246:19 254:21 276:10 296:9 300:23 305:4 322:20
**Yep** 64:21
**Yohai** 5:5 17:21 18:3,7 90:24 95:20 96:1,1,4 96:4 101:5 109:20 110:16,20 111:1,18 112:18 180:2 182:13 196:3 206:3
**Yokoyama** 172:11 193:5
**York** 4:22,22 5:6,6,12 5:12 50:8 129:8 135:14 182:11,14,19 202:12,20 203:4,7,11 203:14,17 204:13 205:10 209:20 210:12 210:24 211:23 212:4 212:6 279:8

**Z**

**Zelle** 4:4 162:6
**zero** 214:9
**ZIRPOLI** 2:6

**$**

**$1.1** 192:2
**$31** 291:21,24
**$50** 64:5,8

**#**

**#4355** 1:18 344:20

**0**

**07-5944** 1:5

**1**

**1** 173:8 217:11,12,22 218:12 233:21 280:14 280:25 281:8 282:14 282:17 319:19 337:19
**1:00** 144:4,12
**10** 217:22 245:15
**100** 23:24 88:10,15 106:3 307:21 316:8 316:14 339:9,14 340:14
**10019-6092** 4:22
**10022** 5:12
**1003** 35:23
**101** 90:9 94:17
**1011** 280:5
**10153** 5:6
**103** 270:11
**105** 227:12 279:3
**107** 227:12
**1072** 102:22
**108** 227:13
**1083** 196:18
**11** 26:14,25 28:20 33:4 40:2,8 48:10 49:1,2 51:13 60:1 77:18 96:12 156:21,23 217:22 249:22 273:13 277:16
**1100054618** 1:7
**1109** 81:18 93:22
**111** 227:13
**1117** 233:21 285:11
**1118** 81:19 93:23
**1119** 127:7
**112** 79:16 168:23 227:13 267:7
**1129** 102:24 187:25
**113** 168:23
**1131** 217:22
**1133** 80:19 340:4
**1149** 188:1
**1179** 281:13
**1184** 234:10 288:8
**1185** 292:20
**1185-1186** 337:24
**1189** 281:8,11
**12** 28:7,11 79:13,14 85:16 95:1 213:1 295:2 307:20 332:1 336:24
**12(b)(1)** 17:6 54:25 329:7 337:9,12,13 338:15,21 340:18 341:8,12
**12(b)(3)** 187:7 196:17
**12(b)(6)** 16:16 17:7 196:24 197:1,1 329:13 338:16,19 340:20
**120** 175:14
**124** 291:21,24
**125** 25:12 309:18
**126** 24:21,21 25:11,19 126:25 309:18
**127** 25:24 163:21 309:18
**128** 296:3 309:18
**129** 163:3 238:15
**1292(d)** 188:16
**1299** 5:17
**13** 70:4 77:16 96:13 196:14
**130** 6:6 267:5
**1301** 4:22
**131** 35:22
**134** 28:5 49:9 65:16,17 68:2 228:9,20 261:9 291:11 308:9
**137** 29:5,13 125:14 228:21
**138** 49:7 126:8
**139** 29:15 65:4,7 68:2 89:8,12,13 94:4

228:22
**14** 174:15 180:5,9,16 180:21 181:3 182:8 182:12,13 196:14
**14-inch** 64:4
**141** 65:25 66:3,12,16 66:21 228:23
**142** 228:25 313:3
**143** 65:17,25 66:3,12 66:16,21 229:1
**144** 29:24,24 65:5,9 81:1 89:9,13,24 94:5 103:19 104:16 110:1 150:10 230:16 269:23 269:24 270:4
**145** 76:4 289:9,13
**145802** 289:8
**1458025** 218:19
**146** 30:12 81:1 89:22 94:5 106:19,24 229:5 230:20 264:24 265:5 269:23,24 270:7 275:14,14 278:10
**147** 229:5 265:5
**148** 126:13 283:14,16 283:18 319:19 327:11 327:15
**149** 313:3
**15** 13:7 93:4 174:23 224:14,16 225:19 236:22,24 278:5 337:7
**15th** 9:23 10:9
**1504** 168:7
**151** 229:11
**152** 66:6,14,25 229:11
**153** 49:9 126:20 229:13 229:17 261:10 291:11 308:9
**154** 31:21 49:16 66:6 66:14 67:19 126:3 232:18,23 234:17 240:20,22 241:3 261:5 267:6 279:1 291:9 307:16,18 312:14 315:21
**155** 32:1,1 68:10,11 69:14
**156** 32:10,10 229:15
**157** 285:15 291:14,17
**158** 231:17,18 285:15 291:17
**16** 71:10 72:14 74:24 145:5
**160** 32:13 307:16,18
**1601** 3:15
**161** 307:16
**162** 32:13 274:6,7 277:25 309:21,22
**1622** 3:10
**1625** 7:12
**163** 270:12,13
**164** 283:22 312:11,15 312:16 316:5
**165** 284:4,10 311:18 315:19
**166** 267:6
**167** 90:3 267:6
**168** 309:18
**169** 309:18
**17** 147:13 180:5,9
**17th** 6:12
**170** 312:12
**171** 255:3,6,10 261:5 311:19
**172** 255:3,6 256:21 257:6 261:5 309:19 309:22,23,23
**173** 319:16,21 321:18 324:13
**175** 49:16
**176** 308:14
**177** 257:10 264:12,25
**178** 257:10 264:12 308:16
**179** 285:16
**180** 285:16 308:14
**181** 275:14,20
**182** 141:8 271:15,16 278:17
**183** 53:23 129:4 140:3 141:8 275:14,21 278:17
**184** 129:18 141:8 319:19 323:16
**185** 53:23 129:21 141:8 278:18
**186** 267:5
**187** 53:23
**188** 49:23 89:11,13,17 168:23 176:11 227:13
**189** 63:21,25 64:1,2
**189-90** 227:13
**19** 30:13 64:20 74:7 203:24 261:9 308:8 316:16
**19.6** 240:9
**19.68** 249:14
**190** 64:7,9 65:2
**1900's** 208:22
**191** 227:13 229:17
**19103-6305** 3:11
**1917** 1:6
**193** 93:3 229:17
**1949** 163:4 238:15
**195** 128:20 229:17
**196** 120:2
**1965** 163:22
**1969** 266:15
**197** 49:23 89:14,17 227:13
**1977** 209:1,2
**198** 89:17
**1980's** 194:21
**199** 63:22 72:20 89:17
**1990** 247:14
**1995** 255:11 301:4 307:21
**1996** 209:16 275:21 316:9
**1997** 29:6
**1998** 319:24 324:21 325:11

**2**

**2** 34:13,18,18 35:6 58:9 210:17 218:13 227:12 227:12 245:3 281:11 282:14 288:7,19,21 289:1 315:5,9 323:11
**2d** 35:5,7,23 74:7 76:2 81:18 92:7 93:22 102:22,23 122:2 127:7 135:1 138:3 168:7 171:16 181:1 187:25 196:18 200:2 217:22 221:20 233:17 233:21 234:10 280:5 281:8,10,13 288:8 292:20 309:8 337:24
**20** 74:7 127:7 199:5 200:12 244:8 319:23 324:20 335:16
**2000** 125:11
**20004** 5:17
**20004-2692** 7:18
**20005** 7:6
**20006** 7:12
**2001** 169:17 291:15 295:3 296:1,8,14 298:15 301:21 302:25 303:20 306:3,4 307:23 308:5 309:25 310:2,5 313:9,13 316:22 319:24 321:22 322:2,6,14 324:21 326:10,19
**2002** 79:17 200:3 258:13 285:25 286:9
**2003** 80:20 113:17 122:19 136:22 220:21 255:12 258:13,13,15 275:21 276:1 278:3 298:23 299:4 301:1 301:20 322:2
**2004** 46:14 117:21 129:6
**2005** 129:18,22 151:19
**2006** 127:12 129:25 267:23 307:21,24 308:6
**2007** 34:17 45:4 146:10 151:6 256:8 280:13 281:1 293:9 298:23 299:4 306:13,14,14 309:6 316:10 321:23 322:2,17 325:11 341:10
**2008** 20:10 244:22 280:12 281:2,9 293:9
**2009** 1:14 8:2 51:7,8 52:9 152:14 172:11 218:17,19 277:15,16 281:14 289:8,16 314:14,18 331:18 339:11,12
**201** 126:8
**202.383.5300** 7:13
**202.383.6755** 5:18
**202.626.3643** 7:7
**202.777.4500** 7:18
**203** 120:24 150:25
**204** 125:23 126:8,12 151:5
**205** 125:14 126:2
**206** 126:20
**207** 128:20
**208** 151:10
**209** 128:20 139:25 219:10
**209.526.3500** 3:16
**21** 122:2 200:12
**21st** 289:16
**210** 128:20 305:15
**211** 128:20
**212.310.8000** 5:7
**212.896.6591** 5:13
**213.259.8535** 4:23
**214** 93:3
**215.875.3000** 3:11
**216** 72:21
**217** 49:7 72:21 231:3
**22** 152:20
**221** 89:18 151:1
**222** 89:21 153:25
**223** 68:10,17 69:15,18 154:2 171:2 177:7,14 177:16
**224** 155:20
**225** 297:1,3
**227** 149:1,2 183:14 296:17,22
**2280** 3:21 4:15
**2288** 175:14
**2294** 175:16
**23** 48:10 49:2 77:18 96:12 172:18
**232** 82:15 247:7
**237** 149:21
**24** 51:24 119:2,2,9
**24-25** 119:14
**2450** 2:11
**248** 221:20
**2486045** 277:15,17,18
**25** 116:15 117:7,15 119:2,2,9 120:1 232:23
**2567880** 220:22
**26** 113:17 116:15 117:7 258:14
**26th** 122:19
**2634770** 172:11
**275** 2:21
**28** 135:12,13 305:12
**2836448** 51:8 52:9
**284** 171:16
**29** 135:14 305:12
**290** 222:10,15

**3**

**3** 227:12 234:12 293:3
**3d** 55:4 76:3 80:19 82:15 93:3 227:25 247:7 281:13 340:4
**3:00** 207:16
**30** 265:10 309:11 332:18
**30th** 2:21
**303** 293:8
**305** 76:3
**309** 93:3
**31** 118:20 286:1,7,8
**312.861.8000** 6:7
**316** 244:7
**32** 220:10 287:7,9 288:1,2
**322** 80:19 340:4
**323** 76:3
**3231738** 293:10
**33** 30:14 259:10
**3400** 2:16 4:6
**35** 173:9
**350** 227:25
**36** 173:9
**361** 227:25

**385** 227:25
**39** 287:7 288:1,2
**395** 171:16

**4**

**4** 34:20 35:6 73:21 152:13 322:3
**4th** 51:8 52:10
**4.2** 334:4
**40** 140:4 264:17 278:13 281:16
**409** 309:8
**41** 264:18 317:11,13,14
**411** 247:14
**415.217.6810** 2:7
**415.433.9000** 2:12
**415.434.9100** 6:13
**415.442.1140** 5:24
**415.447.1651** 4:16
**415.563.7200** 3:22
**415.633.1905** 4:7
**415.633.1908** 2:17
**415.772.1219** 6:20
**415.956.1000** 2:22
**415.972.8160** 4:12
**42** 250:22 340:22
**423** 3:5
**423439** 1:19
**424** 55:4 293:8
**43** 327:9 340:22
**44** 2:11,16 4:6 327:9
**452** 35:5,7
**456** 34:20
**47** 268:8,14
**476** 34:23 35:4,7 311:6 311:7
**48** 114:12 141:9,10 281:19
**49** 262:25 268:4,6,13
**493** 247:14
**497** 72:20
**499** 122:2

**5**

**5** 1:14 8:2 49:7 242:10 242:12
**5th** 281:9
**5-0** 294:2
**50** 255:11,21 257:11 294:2,2,5,9 295:2,9 298:12 306:10,11 332:18 333:23 334:9
**50/50** 295:4 306:10
**500** 31:11 109:13 132:15 135:1,1 164:13 167:13 228:12
**51** 169:9 178:3,7,9 294:15
**516** 102:22 181:1 196:18
**52** 15:9 294:22
**527** 280:5
**53** 263:1
**533130** 339:11,13
**536** 102:23 187:25
**54** 5:12
**55** 70:12,14 71:24 169:9 178:4
**550** 173:8
**555** 6:19
**56** 337:5
**573** 92:7
**576** 221:20
**579** 74:7
**58** 250:12 251:6,18
**580** 138:3 233:16
**586** 81:18 93:22 127:7 217:22 233:21 281:8 281:10 285:10
**588** 92:8
**59** 250:12
**596** 92:7
**599** 168:6 234:10 281:13 288:8 292:20

**6**

**6** 31:10,10 339:4
**6:00** 286:24
**6:35** 343:10
**60** 99:23,24
**60035** 3:6
**601** 5:12
**60601** 6:6
**608** 337:24
**61** 295:14 307:18
**62** 251:6
**621** 76:2
**63** 169:9 178:3 251:6
**64** 240:8 279:2
**65** 169:9 178:3
**653** 200:2
**655** 200:2
**658** 200:2
**66** 79:19 85:17 251:6 251:19

**7**

**7** 174:15 175:7 286:8 320:13 321:1
**7th** 34:17
**7:00** 290:22
**70** 312:17
**701** 7:6,17
**706** 2:6
**760** 4:11
**767** 5:6
**77** 265:5
**772** 181:1
**78** 265:5
**78423** 341:10
**789** 309:8

**8**

**8** 19:18 114:3 122:9 141:23 142:9,13,17 142:18 151:6 174:23 175:8 242:2,3 286:8
**8:57** 8:3
**80** 82:24 94:14 99:20 99:22
**8025** 289:14
**81** 273:2,3
**82** 273:20
**83** 273:23 290:24 291:3
**847.831.1585** 3:6
**858** 122:1 135:1
**86** 64:16 77:6
**88** 286:1
**89** 92:8 222:17

**9**

**9** 114:6,7,8 122:8 142:10,14,19,22 223:5 294:9
**9(b)** 113:23 115:14 141:19 222:24 300:23
**90** 82:25 94:15
**90's** 199:11
**904** 233:17
**90405** 138:3
**92** 290:24 291:3
**94** 169:11
**94104** 2:12,17 4:6 6:19
**94105** 5:23
**94111** 4:11 6:12 10:5
**94111-3339** 2:22
**94123** 3:21 4:15
**944** 55:5
**95** 169:11 307:24
**95354** 3:16
**96** 278:3 291:15
**979** 82:15 247:7