Emily L. Maxwell (SBN 185646)
Email: MaxwellE@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4947
Facsimile: (415) 848-4999

JOHN M. TALADAY (*pro hac vice*)
RICHARD A. RIPLEY (*pro hac vice*)
Email: taladayj@howrey.com
Email: ripleyr@howrey.com
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-6564
Facsimile:  (202) 383-6610

ETHAN E. LITWIN (*pro hac vice*)
Email: litwine@howrey.com
HOWREY LLP
601 Lexington Avenue, 54th Floor
New York, NY 10022-4629
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

Attorneys for KONINKLIJKE PHILIPS ELECTRONICS N.V.,
PHILIPS ELECTRONICS NORTH AMERICA
CORPORATION, PHILIPS ELECTRONICS INDUSTRIES
(TAIWAN), LTD. AND PHILIPS DA AMAZONIA
INDUSTRIA ELECTRONICA LTDA.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Case No. 07-5944-SC )  ) MDL No. 1917 )  ) **DECLARATION OF ETHAN E. LITWIN IN SUPPORT OF THE PHILIPS DEFENDANTS' OBJECTIONS TO SPECIAL MASTER LEGGE'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS DATED FEBRUARY 5, 2010** ) |
| This Document Relates to: ALL ACTIONS | )  )  )  )  )  ) |

HOWREY LLP

1

2
                    I, Ethan Litwin, declare:

3       1.      I am a partner at the law firm of Howrey LLP, counsel for Koninklijke Philips

4   Electronics, N.V., Philips Electronics North America Corporation, Philips Electronics Industries

5   (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda (the "Philips Defendants").  I am a

6   member in good standing of the Bar of New York and am admitted to practice in the Northern District

7   of California pro hac vice.  I submit this Declaration in support of the Philips Defendants' Objections

8   to Special Master Legge's Report, Recommendation and Tentative Rulings.  I make this declaration, of

9   my own personal knowledge, and if called upon to do so, could and would testify competently to the

10  facts that it contains.

11      2.      Attached hereto as Exhibit A is a true and correct copy of the Third Amended

12  Complaint in *Weinstein v. Saturn*, 303 Fed. Appx. 424 (9th Cir. 2008).

13      I declare under the penalty of perjury under the laws of the United States of America that the

14  foregoing is true and correct.  Executed this 19th day of February, 2010, in New York, New York.

15

16

17                                      /s/ *Ethan E. Litwin*
                                        Ethan E. Litwin

18

19

20

21

22

23

24

25

26

27

28