MICHAEL F. TUBACH (SBN 145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys For Defendants
**SAMSUNG ELECTRONICS CO., LTD.; and**
**SAMSUNG ELECTRONICS AMERICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: | **CERTIFICATE OF SERVICE** |
| DIRECT PURCHASER ACTION | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |

CERTIFICATE OF SERVICE (SE DEFENDANTS' OBJECTIONS (DIRECT PURCHASER))
– CASE NO.: 3:07-CV-5944 SC

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2010, I caused a copy of Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Objections to the Special Master's Report, Recommendations and Tentative Rulings Regarding Their Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint to be filed electronically via the Court's Electronic Filing System which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ Ian Simmons
Ian Simmons