MICHAEL F. TUBACH (SBN 145955)
mtubach@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

**Attorneys For Defendants
SAMSUNG ELECTRONICS CO., LTD.; and
SAMSUNG ELECTRONICS AMERICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC <br><br> MDL No. 1917 |
| This Document Relates To: <br><br> INDIRECT PURCHASER ACTION | **CERTIFICATE OF SERVICE** <br><br> Judge: Hon. Samuel Conti <br> Special Master: Hon. Charles A. Legge (Ret.) |

CERTIFICATE OF SERVICE (SE DEFENDANTS' OBJECTIONS (INDIRECT PURCHASER))
– CASE NO.: 3:07-CV-5944 SC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2010, I caused a copy of Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.'s Objections to the Special Master's Report, Recommendations, and Tentative Ruling Regarding Their Motion to Dismiss Indirect Purchaser Plaintiffs' Consolidated Amended Complaint to be filed electronically via the Court's Electronic Filing System which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ Ian Simmons
Ian Simmons