Please reply to: San Francisco

March 1, 2010

**Trump Alioto Trump & Prescott**
ATTORNEYS LLP

Honorable Samuel Conti
United States District Court
Northern District of California
Courtroom 1, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94123

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,*
      Master File No. 3:07-cv-5944-SC, MDL No. 1917
      This letter relates to: Indirect Purchaser Action

Dear Judge Conti:

Enclosed please find Chambers' Copies of the Indirect Purchaser Plaintiffs' Responses to Defendants' Objections to Special Master Legge's Report, Recommendations And Tentative Rulings Regarding Defendants' Motions To Dismiss. The following Responses were filed on Friday, February 26, 2009 in accordance with Your Honor's Order Re: Objections To Special Master's Report, Recommendations And Tentative Rulings, dated February 8, 2010:

1. Indirect Purchaser Plaintiffs' Response To Defendants' Joint Objections To The Special Master's Report, Recommendations And Tentative Rulings;

2. Indirect Purchaser Plaintiffs' Response To Defendant Beijing Matsushita Color CRT Co., Ltd.'s Objections To The Special Master's Report, Recommendations And Tentative Rulings;

3. Indirect Purchaser Plaintiffs' Response To The Hitachi Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings;

4. Indirect Purchaser Plaintiffs' Response To The LGE Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings;

5. Indirect Purchaser Plaintiffs' Response To The Panasonic Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings;

2280 Union Street
San Francisco, CA 94123
(415) 563-7200
FAX (415) 346-0679

2201 Walnut Avenue, Ste. 200
Fremont, CA 94538
(510) 790-0900
FAX (510) 790-4856

Case 4:07-cv-05944-JST   Document 642   Filed 03/01/10   Page 2 of 2

Honorable Samuel Conti
In Re: CRT Antitrust Litig.
Page 2 of 2

6. Indirect Purchaser Plaintiffs' Response To The Philips Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings;

7. Indirect Purchaser Plaintiffs' Response To Samsung Electronics Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings; and

8. Indirect Purchaser Plaintiffs' Response To Toshiba Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings

For the Court's convenience, we have also enclosed copies of the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint, filed March 16, 2009, and the Indirect Purchaser Plaintiffs' Memorandum Of Points And Authorities In Opposition To Defendants' Separate And Joint Motions To Dismiss, filed August 4, 2009.

Respectfully submitted,

Mario N. Alioto

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

cc: All Counsel via ECF (without enclosures)