# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

March 1, 2010

*VIA HAND DELIVERY*

Honorable Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:  *In Re: Cathode Ray Tubing (CRT) Antitrust Litigation*

Your Honor:

Please find enclosed courtesy copies of Direct Purchaser Plaintiffs' responses to Defendants' Objections filed on Friday, February 26, 2010.

Sincerely,

Geoffrey C. Rushing

Enclosure

cc: All Defense Counsel (without enclosures, via e-mail)