**BAKER & MCKENZIE**

**Baker & McKenzie LLP**
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois  60601, USA

Tel: +1 312 861 8000
Fax: +1 312 861 2899
www.bakernet.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogotá
Brasilia
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

Patrick J. Ahern
Tel: +1 312 861 3735
Fax: +1 312 698 2034
patrick.j.ahern@bakernet.com

March 3, 2010

Hon. Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

RE:   In re Cathode Ray Tube (CRT) Litigation, No. 07-5944 SC, MDL No. 1917

Dear Judge Legge:

In connection with the motion to dismiss the direct and indirect purchaser class action complaints in CRT filed by Tatung Company of America, Inc. (TUS), and in light of the heavy reliance by plaintiffs on Judge Illston's decision with respect to TUS's motion in LCD, attached please find our motion for leave to reconsider filed with Judge Illston in LCD, and her recent order asking the direct purchaser plaintiffs in LCD to respond to our motion for leave to reconsider.

Please let me know if you have any questions.

Sincerely,

/s/   Patrick J. Ahern
Patrick J. Ahern
Counsel for Defendant Tatung Company of America, Inc.

cc:   All counsel via ECF

CHIDMS1/2770006.1

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.