IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. M 07-1827 SI |
| _____ / | MDL. No. 1827 |
| This Order Relates to:<br>ALL CASES | **ORDER RE: TATUNG COMPANY OF AMERICA'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| _____ / | |

Defendant Tatung Company of America, Inc. has filed a motion for leave to file a motion for reconsideration of the Court's March 3, 2009 Order Denying Motion to Dismiss. (Docket No. 1515). The Court requests that the direct purchaser plaintiffs file a response to Tatung's motion for leave to file no later than **March 19, 2010**. The Court will then take the matter under submission.

**IT IS SO ORDERED.**

Dated: February 25, 2010

_____
SUSAN ILLSTON
United States District Judge