United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br>MDL No. 1917 |
| This document relates to:<br>ALL ACTIONS | ORDER GRANTING REQUEST FOR ORAL <u>ARGUMENT</u> |

The Special Master in the above matter has rendered his Report, Recommendations, and Tentative Rulings Regarding Defendants' Motions to Dismiss dated February 5, 2010. Docket No. 597. Defendants have filed objections, Docket Nos. 605, 607, 608, 610, 611, 612, 613, 614, 616, 617, 618, 619, 620, 622, and Plaintiffs have responded, Docket Nos. 626-41.

///
///
///
///
///
///
///
///

Defendants request oral argument regarding their objections. Docket No. 620-1. In acting on a special master's report, "the court must give the parties notice and an opportunity to be heard." Fed. R. Civ. P. 53(f). Accordingly, the Court will hold a hearing on Defendants' objections and Plaintiffs' responses on March 18, 2010, beginning at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

IT IS SO ORDERED.

Dated: March 8, 2010

_____
UNITED STATES DISTRICT JUDGE