JOSEPH W. COTCHETT (036324)
STEVEN N. WILLIAMS (175489)
NEIL SWARTZBERG (215133)
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nswartzberg@cpmlegal.com

*Counsel for Orion Home Systems, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHRODE RAY TUBE (CRT) ANTITRUST LITIGATION** ) | Case No. 3:07-CV-5944-SC |
| ) | MDL No. 1913 |
| ) | |
| ) | **CLASS ACTION** |
| ) | |
| ) | **NOTICE OF APPEARANCE OF COUNSEL STEVEN N. WILLIAMS AND NEIL SWARTZBERG FOR ORION HOME SYSTEMS, LLC** |
| This Document Relates to: ) | |
| ) | |
| All Actions ) | |

**NOTICE OF APPEARANCE OF COUNSEL STEVEN N. WILLIAMS AND NEIL SWARTZBERG FOR ORION HOME SYSTEMS, LLC**

1    TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD IN THIS ACTION:

2         PLEASE TAKE NOTICE that Steven N. Williams and Neil Swartzberg of COTCHETT,

3    PITRE & McCARTHY hereby enter their appearance as additional counsel for Plaintiff Orion

4    Home Systems, LLC in the above captioned matter.

5

6    Dated: March 11, 2010                           Respectfully Submitted,

7
                                                     By:  /s/ *Neil Swartzberg*
8
                                                     Steven N. Williams
9                                                    Neil Swartzberg
                                                     **COTCHETT, PITRE & McCARTHY**
10                                                   San Francisco Airport Office Center
                                                     840 Malcolm Road, Suite 200
11                                                   Burlingame, CA  94010
                                                     Telephone:  (650) 697-6000
12                                                   Fax: (650) 697-0577

13                                                   *Counsel for Orion Home Systems*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF APPEARANCE OF COUNSEL STEVEN N. WILLIAMS AND NEIL SWARTZBERG FOR ORION HOME SYSTEMS, LLC**                    1