Anton Metlitsky
O'MELVENY & MYERS LLP
1625 I St., N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 15 A 11: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION
        Plaintiff(s)

v.

        Defendant(s)

CASE NO. 3:07-CV-5944 SC

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, Anton Metlitsky, an active member in good standing of the bar of New York and District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Samsung Electronics Co., LTD, and Samsung Electronics America, Inc. in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michael Tubach, O'Melveny & Myers LLP, Two Embarcadero Center, 28th Floor, San Francisco, CA 94111-3823

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 11, 2010