Allan Steyer (State Bar No.100318)
D. Scott Macrae (State Bar No. 104663)
Jayne A. Peeters (State Bar No. 108052)
Henry A. Cirillo (State Bar No. 131527)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
       smacrae@bamlawlj.com
       jpeeters@steyerlaw.com
       hcirillo@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | NOTICE OF APPEARANCE OF ALLAN STEYER |
| ALL ACTIONS | |

1    TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2    PLEASE TAKE NOTICE that Allan Steyer of Steyer Lowenthal Boodrookas Alvarez & Smith LLP hereby appears as counsel for direct purchaser plaintiffs in the above-captioned matter.

Dated: March 16, 2010          Respectfully submitted,

                                     /s/ Allan Steyer
                                     Allan Steyer (State Bar No.100318)
                                     D. Scott Macrae (State Bar No. 104663)
                                     Jayne A. Peeters (State Bar No. 108052)
                                     Henry A. Cirillo (State Bar No. 131527)
                                     STEYER LOWENTHAL BOODROOKAS
                                       ALVAREZ & SMITH LLP
                                     One California Street, Third Floor
                                     San Francisco, CA 94111
                                     Tel: 415-421-3400
                                     Fax: 415-421-2234
                                     Email: asteyer@steyerlaw.com
                                                        smacrae@bamlawlj.com
                                                        jpeeters@steyerlaw.com
                                                        hcirillo@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

1

NOTICE OF APPEARANCE OF ALLAN STEYER
Case No. 07-cv-05944-SC
S:\CRT\Pleadings\Notice of Appearance - AS.wpd

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE OF ALLAN STEYER** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Linda Rorem
Linda Rorem

NOTICE OF APPEARANCE OF ALLAN STEYER
Case No. 07-cv-05944-SC
S:\CRT\Pleadings\Notice of Appearance - AS.wpd