Allan Steyer (State Bar No.100318)
D. Scott Macrae (State Bar No. 104663)
Jayne A. Peeters (State Bar No. 108052)
Henry A. Cirillo (State Bar No. 131527)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
        smacrae@bamlawlj.com
        jpeeters@steyerlaw.com
        hcirillo@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | NOTICE OF APPEARANCE OF D. SCOTT MACRAE |
| ALL ACTIONS | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that D. Scott Macrae of Steyer Lowenthal Boodrookas Alvarez & Smith LLP hereby appears as counsel for direct purchaser plaintiffs in the above-captioned matter.

Dated: March 16, 2010                     Respectfully submitted,

                                             /s/ D. Scott Macrae
Allan Steyer (State Bar No.100318)
D. Scott Macrae (State Bar No. 104663)
Jayne A. Peeters (State Bar No. 108052)
Henry A. Cirillo (State Bar No. 131527)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Tel: 415-421-3400
Fax: 415-421-2234
Email: asteyer@steyerlaw.com
         smacrae@bamlawlj.com
         jpeeters@steyerlaw.com
         hcirillo@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE OF D. SCOTT MACRAE** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Linda Rorem
Linda Rorem

NOTICE OF APPEARANCE OF D. SCOTT MACRAE
Case No. 07-cv-05944-SC
S:\CRT\Pleadings\Notice of Appearance - DSM.wpd