Allan Steyer (State Bar No.100318)
D. Scott Macrae (State Bar No. 104663)
Jayne A. Peeters (State Bar No. 108052)
Henry A. Cirillo (State Bar No. 131527)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
       smacrae@bamlawlj.com
       jpeeters@steyerlaw.com
       hcirillo@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | NOTICE OF APPEARANCE OF JAYNE A. PEETERS |
| ALL ACTIONS | |

NOTICE OF APPEARANCE OF JAYNE A. PEETERS
Case No. 07-cv-05944-SC
S:\CRT\Pleadings\Notice of Appearance - JP.wpd

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that Jayne A. Peeters of Steyer Lowenthal Boodrookas Alvarez & Smith LLP hereby appears as counsel for direct purchaser plaintiffs in the above-captioned matter.

Dated: March 16, 2010

Respectfully submitted,

 /s/ Jayne A. Peeters
Allan Steyer (State Bar No.100318)
D. Scott Macrae (State Bar No. 104663)
Jayne A. Peeters (State Bar No. 108052)
Henry A. Cirillo (State Bar No. 131527)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Tel: 415-421-3400
Fax: 415-421-2234
Email: asteyer@steyerlaw.com
         smacrae@bamlawlj.com
         jpeeters@steyerlaw.com
         hcirillo@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE OF JAYNE A. PEETERS** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Linda Rorem
Linda Rorem