Allan Steyer (State Bar No.100318)
D. Scott Macrae (State Bar No. 104663)
Jayne A. Peeters (State Bar No. 108052)
Henry A. Cirillo (State Bar No. 131527)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
       smacrae@bamlawlj.com
       jpeeters@steyerlaw.com
       hcirillo@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. 07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | NOTICE OF APPEARANCE OF HENRY A. CIRILLO |
| ALL ACTIONS | |

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that Henry A. Cirillo of Steyer Lowenthal Boodrookas
3  Alvarez & Smith LLP hereby appears as counsel for direct purchaser plaintiffs in the above-
4  captioned matter.

5  Dated: March 16, 2010                    Respectfully submitted,

6                                            /s/ Henry A. Cirillo
                                            Allan Steyer (State Bar No.100318)
7                                           D. Scott Macrae (State Bar No. 104663)
                                            Jayne A. Peeters (State Bar No. 108052)
8                                           Henry A. Cirillo (State Bar No. 131527)
                                            STEYER LOWENTHAL BOODROOKAS
9                                             ALVAREZ & SMITH LLP
                                            One California Street, Third Floor
10                                          San Francisco, CA 94111
                                            Tel: 415-421-3400
11                                          Fax: 415-421-2234
                                            Email: asteyer@steyerlaw.com
12                                                  smacrae@bamlawlj.com
                                                    jpeeters@steyerlaw.com
13                                                  hcirillo@steyerlaw.com

14                                          *Attorneys for Direct Purchaser Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE OF HENRY A. CIRILLO** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Linda Rorem
Linda Rorem