# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>Plaintiff(s)<br>v.<br><br>Defendant(s) | CASE NO. 3:07-CV-5944 SC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Haidee L. Schwartz, an active member in good standing of the bar of Virginia and District of Columbia whose business address and telephone number is O'Melveny & Myers LLP, 1625 Eye St. NW, Washington, DC 20006-4001, (202) 383-5300, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/17/10



United States District Judge
Samuel Conti