UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

MDL 1917
C-07-5944          SAMUEL CONTI          DATE March 18, 2010
Case Number         Judge                Time: 2 hours 30 minutes

Title: IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Deputy Clerk: T. De Martini          Court Reporter: Joan Columbini

PROCEEDINGS
Hearing on Objections to the Special Master's Report and Recommendations regarding Defendants' Motions to Dismiss.

The matter was argued and submitted to the Court.

ATTORNEYS

| Plaintiffs | Defendants |
|---|---|
| Richard Saveri | Molly Donovan |
| Guido Saveri | Jim McGinnis |
| Mario Alioto | Jeffrey Kessler |
| Lauren Russell | Kate McMillan |
| Bruce Simon | Lucius Lau |
| Geoffrey Rushing | Marie Fiala |
| Qianwei Fu | Diane Webb |
| Joe Patane | Samuel Miller |
| Gary Specks | Kent Roger |
| Craig Corbitt | Ian Simmons |
| Michael Lehmann | David Yolkut |
| Eric Fastiff | John Taladay |
| Sylvie Kern | |
| H. Laddie Montague | |
| Cadio Zirpoli | |