WILLIAM DIAZ (Bar No. 232297)
wdiaz@mwe.com
**McDERMOTT WILL & EMERY LLP**
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone: +1 949 851 0633
Facsimile: +1 949 851 9348

Attorneys for Defendant
SAMTEL COLOR LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS. | CASE NO. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**MOTION FOR LEAVE TO WITHDRAW OF McDERMOTT WILL & EMERY LLP** |

Pursuant to Local Rule 11-5, William Diaz of McDermott Will & Emery LLP, ("McDermott") counsel for Samtel Color Ltd. ("Samtel"), hereby moves this Court to permit McDermott to withdraw as attorneys of record for Samtel on the following grounds:

    1.    By letter dated March 20, 2010, attached as Exhibit "A" to the Declaration of William Diaz in Support of McDermott Will Emery LLP's Motion for Leave to Withdraw ("Diaz Decl."), Samtel has requested that McDermott cease its representation of Samtel in the above-captioned matter.

    2.    On March 22, 2010, McDermott provided written notice to the other parties that have appeared in this case of its intent to withdraw as counsel.

McDERMOTT WILL & EMERY'S MOTION
FOR LEAVE TO WITHDRAW

Case No. 3:07-CV-5944 SC; MDL No. 1917

3. Pursuant to Local Rule 11-5(b), if the Court so imposes, McDermott will serve as counsel for forwarding purposes in accordance with Local Rule 11-5(b) until substitute counsel appears on behalf of Samtel. Diaz Decl., ¶ 2.

4. McDermott's withdrawal will not result in any prejudice to any other litigant or any harm to the administration of justice, and it will not cause any delay in the resolution of this case.

Dated: March 26, 2010                           McDERMOTT WILL & EMERY LLP


By: */s/ William Diaz*
WILLIAM DIAZ
Attorneys for Defendant SAMTEL COLOR LTD.

ORC 478087-1.081734.0011

# CERTIFICATE OF SERVICE

I, William Diaz, declare that I am over the age of eighteen (18) and not a party to this action. I am a partner with the law firm of McDermott Will & Emery LLP, 18191 Von Karman, Suite 500, Irvine, CA 92612-7108.

On **March 26, 2010**, I caused a true and correct copy of the foregoing **MOTION FOR LEAVE TO WITHDRAW OF MCDERMOTT WILL & EMERY LLP** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing in the above-entitled matter.

Dated: March 26, 2010                                    McDERMOTT WILL & EMERY LLP

By:   */s/ William Diaz*
      WILLIAM DIAZ
      Attorneys for Defendant SAMTEL COLOR
      LIMITED

ORC 478087-1.081734.0011

McDERMOTT WILL & EMERY'S MOTION
FOR LEAVE TO WITHDRAW                                    Case No. 3:07-CV-5944 SC; MDL No. 1917