1   WILLIAM DIAZ (Bar No. 232297)
    wdiaz@mwe.com
2   **McDERMOTT WILL & EMERY LLP**
    18191 Von Karman Avenue, Suite 500
3   Irvine, CA  92612-7108
    Telephone:     +1 949 851 0633
4   Facsimile:     +1 949 851 9348

5   Attorneys for Defendant
    SAMTEL COLOR LTD**.**

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

12  In re                                    CASE NO. 3:07-cv-5944 SC

13  CATHODE RAY TUBE (CRT)                   MDL No. 1917
    ANTITRUST LITIGATION
14                                           **[PROPOSED] ORDER GRANTING
                                             McDERMOTT WILL & EMERY LLP'S
15                                           MOTION FOR LEAVE TO WITHDRAW**

16
    This Document Relates to:
17
    DIRECT PURCHASER ACTIONS and
18  INDIRECT PURCHASER ACTIONS.

19

20          The Court, having considered the Motion of McDermott Will & Emery LLP for Leave to

21  Withdraw, and all papers filed in connection therewith, and good cause appearing, HEREBY

22  ORDERS:

23          The Motion for Leave to Withdraw of McDermott Will & Emery LLP is GRANTED.

24

25  Dated: _____          _____

26                                          Honorable Samuel Conti
                                            United States District Judge
27  ORC 478098-1.081734.0011

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

1

## <u>CERTIFICATE OF SERVICE</u>

2

3      I, William Diaz, declare that I am over the age of eighteen (18) and not a party to this

4  action.  I am a partner with the law firm of McDermott Will & Emery LLP, 18191 Von Karman,

   Suite 500, Irvine, CA  92612-7108.
5
       On **March 26, 2010**, I caused a true and correct copy of the foregoing **[PROPOSED]**
6
   **ORDER GRANTING McDERMOTT WILL & EMERY LLP'S MOTION FOR LEAVE**
7
   **TO WITHDRAW** to be electronically filed and served via the Official Court Electronic
8
   Document Filing System, which served copies on all parties registered for electronic filing in the
9
   above-entitled matter.
10
   Dated:  March 26, 2010            McDERMOTT WILL & EMERY LLP
11

12                                   By:  ___/s/ William Diaz_____
                                         WILLIAM DIAZ
13                                       Attorneys for Defendant SAMTEL COLOR
                                         LIMITED
14

15  ORC 478098-1.081734.0011

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE