WILLIAM DIAZ (Bar No. 232297)
wdiaz@mwe.com
**McDERMOTT WILL & EMERY LLP**
18191 Von Karman Avenue, Suite 500
Irvine, CA 92612-7108
Telephone:   +1 949 851 0633
Facsimile:    +1 949 851 9348

Attorneys for Defendant
SAMTEL COLOR LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re<br><br>CATHODE RAY TUBE (CRT)<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS and<br>INDIRECT PURCHASER ACTIONS | CASE NO. 3:07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF WILLIAM DIAZ IN SUPPORT OF McDERMOTT WILL & EMERY LLP'S MOTION FOR LEAVE TO WITHDRAW** |
|---|---|

I, William Diaz, declare that:

1. I am an attorney duly licensed to practice before all of the courts in the State of California and am a partner with the law firm of McDermott Will & Emery LLP ("McDermott"), attorneys of record for Defendant Samtel Color Ltd. ("Samtel") in the above-entitled action. If called as a witness, I could and would competently testify to the facts set forth below as I know each to be true based upon my own personal knowledge or upon my review of the records and files maintained by McDermott Will & Emery LLP in the regular course of its representation of Samtel.

2. McDermott is moving to withdraw as counsel for Samtel, and as part of that withdrawal, if required by the Court, will continue to accept papers for Samtel for forwarding purposes in accordance with Local Rule 11-5(b).

3. Attached hereto as Exhibit "A" is a true and correct copy of a letter from Samtel to my partner, Clive Stanbrook, requesting McDermott to cease its representation of Samtel in the above-entitled action.

4. To my knowledge, however, Samtel has never been served properly with any Complaint in this case. Accordingly, this Declaration, and McDermott's corresponding acceptance of papers for forwarding purposes, in no way waives any defense available to Samtel including, but not limited to, insufficient process, insufficient service process, and lack of personal jurisdiction.

5. McDermott notified Samtel of these conditions before moving to withdraw as counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 26th day of March, 2010, at Irvine, California.

/s/ William Diaz
WILLIAM DIAZ
Attorneys for Defendant SAMTEL COLOR LTD.

ORC 478073-1.081734.0011

DECL. OF WILLIAM DIAZ ISO MWE'S MOTION FOR LEAVE TO WITHDRAW — - 2 - — Case No. 3:07-CV-5944 SC; MDL No. 1917

## CERTIFICATE OF SERVICE

I, William Diaz, declare that I am over the age of eighteen (18) and not a party to this action. I am a partner with the law firm of McDermott Will & Emery LLP, 18191 Von Karman, Suite 500, Irvine, CA 92612-7108.

On **March 26, 2010**, I caused a true and correct copy of the foregoing **DECLARATION OF WILLIAM DIAZ IN SUPPORT OF McDERMOTT WILL & EMERY LLP'S MOTION FOR LEAVE TO WITHDRAW** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing in the above-entitled matter.

Dated: March 26, 2010                   McDERMOTT WILL & EMERY LLP

By:  /s/ William Diaz
     WILLIAM DIAZ
     Attorneys for Defendant SAMTEL COLOR
     LIMITED

ORC 478073-1.081734.0011