# EXHIBIT "A"



SAMTEL COLOR LTD.
6th Floor, TDI Centre,
District Centre-Jasola
New Delhi-110025, INDIA
Tel: +91.11.42424000
Fax:+91.11.42424099

Dear Mr. Stanbrook:

By this letter, we request that McDermott Will & Emery LLP ("McDermott") cease its representation of Samtel Color Ltd. ("Samtel") in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-5944 before Judge Samuel Conti of the U.S. District Court for the Northern District of California. Samtel therefore consents to the withdrawal of McDermott in this case.

We understand and acknowledge that the Court may require McDermott to forward materials related to this case to Samtel, even after its withdrawal, unless and until Samtel obtains substitute counsel or agrees to appear *pro se*.

Kind regards,

*[signature]*
20 MAR 2010

VIKAS SHARMA

A.M.- Legal, Samtel Color Ltd.

EXHIBIT "A"