Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415)217-6810
Facsimile: (415)217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151) laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **DIRECT AND INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW OF MCDERMOTT WILL & EMERY LLP AS COUNSEL FOR DEFENDANT SAMTEL COLOR, LTD.** |
| **This document relates to:** | |
| **ALL ACTIONS** | The Honorable Samuel Conti |

**DIRECT AND INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW OF MCDERMOTT WILL & EMERY LLP AS COUNSEL FOR DEFENDANT SAMTEL COLOR, LTD.**

1   On March 26, 2010, William Diaz of McDermott Will & Emery, LLP filed a motion
2  pursuant to Local Rule 11-5 for leave to withdraw as attorney of record for defendant Samtel
3  Color, Ltd. ("Samtel").

4   Mr. Diaz's motion states that, "[p]ursuant to Local Rule 11-5(b), *if the Court so imposes*,
5  McDermott will serve as counsel for forwarding purposes in accordance with Local Rule 11-5(b)
6  until substitute counsel appears on behalf of Samtel." [Emphasis added]

7   Earlier in this litigation, Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") filed
8  a motion for leave to withdraw as attorney of record for defendant LP Displays International Ltd.
9  ("LP Displays"). *See* Docket Nos. 417 & 418. Before granting the motion, this Court required
10 that Cleary Gottlieb file a declaration stating that it would continue to accept service of papers for
11 LP Displays for forwarding purposes in accordance with Local Rule 11-5(b), that it would
12 continue to accept for forwarding purposes service of papers filed in this action in accordance
13 with the Order Granting Administrative Motion To (i) Serve Filed Papers Only Through ECF
14 System; And (ii) Serve Non-Filed Papers Via E-Mail, entered by this Court on September 29,
15 2008, and that it would notify LP Displays of these conditions before withdrawing as counsel.
16 *See* Docket Nos. 419, 421 & 422.

17  Accordingly, the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs
18 ("Plaintiffs") respectfully request that, like in the case of Cleary Gottlieb and LP Displays, the
19 Court condition McDermott Will & Emery LLP's withdrawal upon its agreement to: (1) continue
20 to accept service of papers for Samtel for forwarding purposes in accordance with Local Rule 11-
21 5(b); (2) continue to accept for forwarding purposes service of papers filed in this action in
22 accordance with the Order Granting Administrative Motion To (i) Serve Filed Papers Only
23 Through ECF System; And (ii) Serve Non-Filed Papers Via E-Mail, entered by this Court on
24 September 29, 2008; and (3) notify Samtel of these conditions before withdrawing as counsel.
25 Subject to the foregoing conditions, Plaintiffs have no objections to the withdrawal of
26 McDermott Will & Emery LLP as counsel of record for defendant Samtel.

- 1 -
**DIRECT AND INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW OF MCDERMOTT WILL & EMERY, LLP AS COUNSEL FOR DEFENDANT SAMTEL COLOR, LTD.**

| | | | |
|---|---|---|---|
| Dated:  March 29, 2010 | By: | /s/ Guido Saveri | |

Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415)217-6810
Facsimile: (415)217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Dated: March 29, 2010        By:        /s/ Mario N. Alioto

Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151) laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

- 2 -
DIRECT AND INDIRECT PURCHASER PLAINTIFFS' RESPONSE TO MOTION FOR LEAVE TO WITHDRAW OF MCDERMOTT WILL & EMERY, LLP AS COUNSEL FOR DEFENDANT SAMTEL COLOR, LTD.

1  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2  I, Mario N. Alioto, attest that concurrence in the filing of this document has been obtained

3  from all signatories.  I declare under penalty of perjury under the laws of the United States of

4  America that the foregoing is true and correct.  Executed this 29th day of March, 2010, at San

5  Francisco, California.

                                        /s/ Mario N. Alioto