UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br>MDL No. 1917 |
| This document relates to:<br>ALL ACTIONS | ORDER GRANTING MOTION <u>FOR LEAVE TO WITHDRAW</u> |

This matter comes before the Court on the motion of McDermott Will & Emery LLP ("McDermott") for leave to withdraw as counsel for Samtel Color Ltd ("Samtel"). Docket No. 657. William Diaz ("Diaz") filed a declaration stating that, if required by the Court, McDermott will continue to accept service of papers for Samtel for forwarding purposes in accordance with Civil Local Rule 11-5(b). Docket No. 658 ("Diaz Decl.") ¶ 2. McDermott notified Samtel of this condition before moving to withdraw. Id. ¶ 5. Attached to the Declaration is a letter for Samtel requesting that McDermott cease its representation. Id. Ex. A ("Samtel Letter").

///
///
///
///
///

1    Accordingly, the Court GRANTS McDermott's motion for leave to
2 withdraw as counsel for Samtel.  In accordance with Civil Local
3 Rule 11-5(b), McDermott must continue to accept service of papers
4 for Samtel for forwarding purposes.

6    IT IS SO ORDERED.

8    Dated: March 30, 2010

          _____
          UNITED STATES DISTRICT JUDGE

-2-