UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.: M-07-5944 SC<br><br>MDL NO. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL** |

The Joint Motion to Certify Order for Interlocutory Appeal filed by Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., Panasonic Corporation (f/k/a Matsushita Electric Industrial Co), Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., Tianjin Samsung SDI Co., Ltd., Samsung Electronics Co., Samsung Electronics America, Inc., LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd., Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries Ltd., Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Tatung Company of America, Inc., Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronics Devices (USA), Inc., Hitachi Displays Ltd., Beijing Matsushita Color CRT Company, Ltd., Toshiba Corporation, Toshiba American Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba America Consumer Products, L.L.C. (collectively, "Defendants") has been taken under advisement.

Having considered all papers filed in support of and in opposition to said motion, IT IS HEREBY ORDERED that Defendants' Joint Motion to Certify Order for Interlocutory Appeal is GRANTED as set forth below.

The Court hereby certifies its March 30, 2010 Order Approving and Adopting Special Master's Report, Recommendations and Tentative Rulings Regarding Defendants' Motions to Dismiss for immediate appeal pursuant to 28 U.S.C. § 1292(b) on the controlling question of whether complaint allegations against "entire corporate families" state a "plausible" antitrust claim within the meaning of *Bell Atlantic v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 129 S.Ct. 1937 (2009), despite the absence of specific factual

allegations linking each individual Defendant to the purported conspiracy.

        IT IS SO ORDERED.

DATED: _____                         _____
                                                              HON. SAMUEL CONTI
                                                               UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT           MDL No. 1917
MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL