

THE RESOLUTION EXPERTS

NOTICE TO ALL COUNSEL  
(VIA PACER)

April 12, 2010

RE: **CRT Antitrust Litigation**  
Case No. 3:07-cv-05944-SC  
JAMS Reference #: 1100054618

Dear Counsel:

This letter will confirm that a Case Management Conference in the above referenced matter has been scheduled as follows:

DATES: May 13, 2010 at 9:00 AM (Pacific Time)

PLACE: JAMS  
Two Embarcadero Center  
Suite 1500  
San Francisco, CA 94111

PANELIST: Hon. Charles A. Legge (Ret.)

Case Management Conference statements must be received by May 10, 2010

If you have any questions, please feel free to contact me directly at 415-774-2657. We look forward to working with you in an effort to resolve this dispute.

Very truly yours,

Sarah Nevins  
Case Manager  
snevins@jamsadr.com  
Fax# 415-982-5287