UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>ORDER RE: HEARING ON DEFENDANTS' JOINT MOTION TO CERTIFY ORDER FOR <u>INTERLOCUTORY APPEAL</u> |

On April 9, 2010, Defendants filed a Joint Motion to Certify Order for Interlocutory Appeal. Docket No. 667 ("Motion"). The Court will hold a hearing on the Motion on April 23, 2010, beginning at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs may each file one opposition not to exceed five (5) pages. The oppositions must be filed by noon on April 21, 2010. Defendants may not file a reply to the oppositions.

IT IS SO ORDERED.

Dated: April 14, 2010

_____
UNITED STATES DISTRICT JUDGE