1  COUNSEL LISTED ON SIGNATURE BLOCK
2
3
4
5
6
7
8
9
10
11
12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14

15  **In Re CATHODE RAY TUBE (CRT)**  ) No.:   M-07-5944 SC
    **ANTITRUST LITIGATION**          )
16                                    ) MDL NO. 1917
                                      )
17                                    ) **STIPULATION AND [PROPOSED]**
                                      ) **ORDER RE: BRIEFING SCHEDULE**
18  This Document Relates to:         ) **AND HEARING ON DEFENDANTS'**
                                      ) **MOTION TO CERTIFY ORDER FOR**
19  ALL ACTIONS.                      ) **INTERLOCUTORY APPEAL**
                                      )
20
21
22
23
24
25
26
27
28

1  WHEREAS on February 5, 2010, Special Master Charles A. Legge issued his Report, Recommendation and Tentative Rulings Re: Defendants' Motions To Dismiss by which he denied in part and granted in part Defendants' Motions To Dismiss;

WHEREAS on March 30, 2010, the Court issued an Order Approving and Adopting Special Master's Report, Recommendation and Tentative Rulings Re: Defendants' Motions to Dismiss;

WHEREAS on April 9, 2010, Defendants filed a motion to certify this Court's March 30, 2010 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b);

WHEREAS on April 14, 2010, this Court issued an order setting the hearing on Defendants' motion for April 23, 2010 at 10:00 a.m., and ordered that the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs may each file a response to the motion by April 21, 2010; and

WHEREAS, due to scheduling conflicts, the parties have agreed that the hearing on the motion to certify and the briefing schedule should be amended as set forth below.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Defendants, that:

1. Plaintiffs shall file their briefs in opposition to Defendants' motion to certify the March 30, 2010 Order for interlocutory appeal by April 27, 2010.

2. The hearing on Defendants' motion to certify the March 30, 2010 Order for interlocutory appeal will be held on April 30, 2010 at 10:00 a.m. in Courtroom 1, 17th Floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 15, 2010        By:    /s/ Mario N. Alioto
                                    MARIO N. ALIOTO (56433)
                                    Email:   malioto@tatp.com
                                    LAUREN C. RUSSELL (241151)
                                    Email:   laurenrussell@tatp.com
                                    **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                    2280 Union Street
                                    San Francisco, California 94123

MDL NO. 1917                                    STIPULATION AND [PROPOSED] ORDER

1

|   |   |   |   |
|---|---|---|---|
| | | | Telephone: (415) 563-7200 |
| | | | Facsimile: (415) 346-0679 |

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Dated: April 15, 2010          By:     /s/ Guido Saveri
                                       GUIDO SAVERI (41059)
                                       Email:   guido@saveri.com
                                       R. ALEXANDER SAVERI (173102)
                                       Email:   rick@saveri.com
                                       CADIO ZIRPOLI (179108)
                                       Email:   cadio@saveri.com
                                       **SAVERI & SAVERI INC.**
                                       706 Sansome Street
                                       San Francisco, CA 94111
                                       Telephone: (415) 217-6810
                                       Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Dated: April 15, 2010          By:     /s/ Jeffrey L. Kessler
                                       JEFFREY L. KESSLER (*pro hac vice*)
                                       Email: jkessler@dl.com
                                       A. PAUL VICTOR (*pro hac vice*)
                                       Email: pvictor@dl.com
                                       EVA W. COLE (*pro hac vice*)
                                       Email : ecole@dl.com
                                       **DEWEY & LEBOEUF LLP**
                                       1301 Avenue of the Americas
                                       New York, NY 10019
                                       Telephone: (212) 259-8000
                                       Facsimile: (212) 259-7013

*Counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) And On Behalf Of All Other Defendants*

---

MDL NO. 1917                                       STIPULATION AND [PROPOSED] ORDER

2

1  Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of
2  this document has been obtained from each of the above signatories.
3
4  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
5
6
7
8  DATED:_____        _____
                                            Hon. Samuel Conti
9                                           United States District Judge

MDL NO. 1917                                    STIPULATION AND [PROPOSED] ORDER
3