1 **COUNSEL LISTED ON SIGNATURE BLOCK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.: M-07-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL** |
| ALL ACTIONS. | |

WHEREAS on February 5, 2010, Special Master Charles A. Legge issued his Report, Recommendation and Tentative Rulings Re: Defendants' Motions To Dismiss by which he denied in part and granted in part Defendants' Motions To Dismiss;

WHEREAS on March 30, 2010, the Court issued an Order Approving and Adopting Special Master's Report, Recommendation and Tentative Rulings Re: Defendants' Motions to Dismiss;

WHEREAS on April 9, 2010, Defendants filed a motion to certify this Court's March 30, 2010 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b);

WHEREAS on April 14, 2010, this Court issued an order setting the hearing on Defendants' motion for April 23, 2010 at 10:00 a.m., and ordered that the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs may each file a response to the motion by April 21, 2010; and

WHEREAS, due to scheduling conflicts, the parties have agreed that the hearing on the motion to certify and the briefing schedule should be amended as set forth below.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Defendants, that:

1. Plaintiffs shall file their briefs in opposition to Defendants' motion to certify the March 30, 2010 Order for interlocutory appeal by April 27, 2010.

2. The hearing on Defendants' motion to certify the March 30, 2010 Order for interlocutory appeal will be held on April 30, 2010 at 10:00 a.m. in Courtroom 1, 17th Floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: April 15, 2010     By:     /s/ Mario N. Alioto
                                  MARIO N. ALIOTO (56433)
                                  Email:   malioto@tatp.com
                                  LAUREN C. RUSSELL (241151)
                                  Email:   laurenrussell@tatp.com
                                  **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                  2280 Union Street
                                  San Francisco, California 94123

MDL NO. 1917                                    STIPULATION AND [PROPOSED] ORDER

1

|   |   |   |   |
|---|---|---|---|
| | | | Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs* |

Dated: April 15, 2010          By:      /s/ Guido Saveri
                                        GUIDO SAVERI (41059)
                                        Email:   guido@saveri.com
                                        R. ALEXANDER SAVERI (173102)
                                        Email:   rick@saveri.com
                                        CADIO ZIRPOLI (179108)
                                        Email:   cadio@saveri.com
                                        **SAVERI & SAVERI INC.**
                                        706 Sansome Street
                                        San Francisco, CA 94111
                                        Telephone: (415) 217-6810
                                        Facsimile: (415) 217-6813

                                        *Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Dated: April 15, 2010          By:      /s/ Jeffrey L. Kessler
                                        JEFFREY L. KESSLER (*pro hac vice*)
                                        Email: jkessler@dl.com
                                        A. PAUL VICTOR (*pro hac vice*)
                                        Email: pvictor@dl.com
                                        EVA W. COLE (*pro hac vice*)
                                        Email : ecole@dl.com
                                        **DEWEY & LEBOEUF LLP**
                                        1301 Avenue of the Americas
                                        New York, NY 10019
                                        Telephone: (212) 259-8000
                                        Facsimile: (212) 259-7013

                                        *Counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) And On Behalf Of All Other Defendants*

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

MDL NO. 1917                                                    STIPULATION AND [PROPOSED] ORDER
                                             2

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____     _____
                                                              Hon. Samuel Conti
                                                              United States District Judge