1   Samuel R. Miller (SBN 66871)
    srmiller@sidley.com
2   Marie L. Fiala (SBN 79676)
    mfiala@sidley.com
3   Ryan M. Sandrock (SBN 251781)
    rsandrock@sidley.com
4   Robert B. Martin, III (SBN 235489)
    rbmartin@sidley.com
5   SIDLEY AUSTIN LLP
    555 California Street, 20th Floor
6   San Francisco, California  94104
    Telephone:        (415) 772-1200
7   Facsimile:        (415) 772-7400

8   Attorneys For Defendants
    LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and
9   LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  IN RE:  CATHODE RAY TUBE (CRT)      )   Case No.: 3:07-cv-5944 SC
14  ANTITRUST LITIGATION                )
                                        )   MDL No. 1917
15  _____)
16  This Document Relates To:           )   **ANSWER OF LG ELECTRONICS, INC; LG**
                                        )   **ELECTRONICS USA, INC., AND LG**
17  DIRECT PURCHASER ACTIONS            )   **ELECTRONICS TAIWAN TAIPEI CO.,**
                                        )   **LTD. TO DIRECT PURCHASER**
18                                      )   **PLAINTIFFS' CONSOLIDATED**
                                        )   **AMENDED COMPLAINT**
19                                      )
20  _____)

21          Defendant LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and LG

22  ELECTRONICS TAIWAN TAIPEI CO., LTD. (together, "the LG Entities"), through undersigned

23  counsel, hereby answer the allegations contained in Direct Purchaser Plaintiffs' ("Plaintiffs")

24  Consolidated Amended Complaint ("Complaint").  Except as otherwise stated below, the LG

25  Entities are without sufficient knowledge or information to form a belief concerning the truth of the

26  allegations in the Complaint that are directed toward other defendants.  The LG Entities deny all

27  allegations contained in the Complaint (including headings and captions) not specifically admitted in

28  this Answer.

## LG ENTITIES' ANSWERS

1. The LG Entities admit that Plaintiffs purport to bring this action on behalf of themselves individually and on behalf of a class.  The remainder of Paragraph 1 consists of Plaintiffs' characterization of their purported claims and Plaintiffs' explanation of terminology, to which no response is required.  The LG Entities specifically object to Plaintiffs' definition of "CRT Products," because this definition includes products at different levels of the production chain and creates confusion since certain companies, including LG Electronics, Inc., do not manufacture and sell cathode ray tubes, while other defendants (including LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.) do not manufacture either cathode ray tubes or Finished Products (such as televisions or computer monitors).  The LG Entities admit that cathode ray tubes are used in a number of products, including, but not limited to, televisions and computer monitors.  To the extent that any remaining allegations in Paragraph 1 are deemed to require a response, they are denied.

2. The LG Entities object to the first sentence of Paragraph 2 to the extent it suggests that there exists a unified or monolithic CRT industry or market.  There are multiple and separate CRT manufacturers and markets and Plaintiffs' reference to the "CRT industry" or the "CRT market" creates confusion and ambiguity in this paragraph and wherever such phrases are used in the Complaint.  The LG Entities lack knowledge or information sufficient to form a belief as to the truth of any remaining allegations contained in Paragraph 2 and on that basis deny those allegations.

3. To the extent that the allegations contained in Paragraph 3 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 3 are directed to the LG Entities, they are denied.

4. To the extent that the allegations contained in Paragraph 4 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 4 are directed to the LG Entities, they are denied.

5. To the extent that the allegations contained in Paragraph 5 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 5 are directed to the LG Entities, they are denied.

6. To the extent that the allegations contained in Paragraph 6 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 6 are directed to the LG Entities, they are denied.

7. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and on that basis deny those allegations.

8. Paragraph 8 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent the allegations in Paragraph 8 may be deemed to require a response, they are denied.

9. The allegations of Paragraph 9 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

10. The allegations of Paragraph 10 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

11. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 and on that basis deny those allegations.

12. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 and on that basis deny those allegations.

13. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 and on that basis deny those allegations.

14. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and on that basis deny those allegations.

15. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and on that basis deny those allegations.

16. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and on that basis deny those allegations.

17. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and on that basis deny those allegations.

18. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and on that basis deny those allegations.

19. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and on that basis deny those allegations.

20. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and on that basis deny those allegations.

21. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and on that basis deny those allegations.

24. The allegations in Paragraph 24 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and on that basis deny those allegations.

25. The allegations in Paragraph 25 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and on that basis deny those allegations.

26. The allegations in Paragraph 26 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and on that basis deny those allegations.

27. The allegations in Paragraph 27 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and on that basis deny those allegations.

28. The allegations in Paragraph 28 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and on that basis deny those allegations.

29. The allegations in Paragraph 29 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and on that basis deny those allegations.

30. The allegations in Paragraph 30 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and on that basis deny those allegations.

31. The allegations in Paragraph 31 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and on that basis deny those allegations.

32. The allegations in Paragraph 32 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and on that basis deny those allegations.

33. The allegations in Paragraph 33 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and on that basis deny those allegations.

1   34. The allegations in Paragraph 34 are not directed at the LG Entities and therefore no

2   response is required.  To the extent a response is required, the LG Entities lack knowledge or

3   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and

4   on that basis deny those allegations.

5   35. The allegations in Paragraph 35 are not directed at the LG Entities and therefore no

6   response is required.  To the extent a response is required, the LG Entities lack knowledge or

7   information sufficient to form a belief as to any truth of the allegations contained in Paragraph 35

8   and on that basis deny those allegations.

9   36. The allegations in Paragraph 36 are not directed at the LG Entities and therefore no

10   response is required.  To the extent a response is required, the LG Entities lack knowledge or

11   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and

12   on that basis deny those allegations.

13   37. The allegations in Paragraph 37 are not directed at the LG Entities and therefore no

14   response is required.  To the extent a response is required, the LG Entities lack knowledge or

15   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and

16   on that basis deny those allegations.

17   38. The allegations in Paragraph 38 are not directed at the LG Entities and therefore no

18   response is required.  To the extent a response is required, the LG Entities lack knowledge or

19   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and

20   on that basis deny those allegations.

21   39. The allegations in Paragraph 39 are not directed at the LG Entities and therefore no

22   response is required.  To the extent a response is required, the LG Entities lack knowledge or

23   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and

24   on that basis deny those allegations.

25   40. The allegations in Paragraph 40 are not directed at the LG Entities and therefore no

26   response is required.  To the extent a response is required, the LG Entities lack knowledge or

27

28

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and

2  on that basis deny those allegations.

3      41. LG Electronics, Inc. ("LGEI") admits the allegations contained in the first sentence of

4  Paragraph 1.  LGEI admits that before July 2001, LGEI spun off its CRT manufacturing and sales

5  operations to a separate company which, effective July 2001, became part of a newly-formed entity

6  known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD – was formed as

7  a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as

8  "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP

9  Displays".  The LG Entities deny the remaining allegations contained in Paragraph 41.

10      42. LG Electronics USA, Inc. ("LGEUSA") admits the allegations contained in the first

11  sentence of Paragraph 42 and denies the remaining allegations contained in that paragraph.

12      43. LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") admits the allegations contained in

13  the first sentence of Paragraph 43 and denies the remaining allegations contained in that paragraph.

14      44. The allegations in Paragraph 44 are not directed at the LG Entities and therefore no

15  response is required.  To the extent a response is required, the LG Entities lack knowledge or

16  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and

17  on that basis deny those allegations.

18      45. Paragraph 45 consists of Plaintiffs' explanation of terminology, to which no response is

19  required.  The LG Entities object to Plaintiffs' definition of "LG Electronics" because LP Displays is

20  an entity separate from the LG Entities, thereby making it impossible for the LG Entities to respond

21  precisely to the Complaint.  Therefore, for purposes of this Answer, the LG Entities interpret "LG

22  Electronics," as used in the Complaint, as referring solely to the LG Entities.  The LG Entities deny

23  any and all allegations in the Complaint that the LG Entities directed or are responsible for any

24  conduct by LPD.  To the extent that any remaining allegations in Paragraph 45 are deemed to require

25  a response, they are denied.

26      46. The allegations in Paragraph 46 are not directed at the LG Entities and therefore no

27  response is required.  To the extent a response is required, the LG Entities lack knowledge or

28

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and on that basis deny those allegations.

47. The allegations in Paragraph 47 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and on that basis deny those allegations.

48. The allegations in Paragraph 48 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and on that basis deny those allegations.

49. The allegations in Paragraph 49 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and on that basis deny those allegations.

50. The allegations in Paragraph 50 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and on that basis deny those allegations.

51. The allegations in Paragraph 51 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and on that basis deny those allegations.

52. The allegations in Paragraph 52 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and on that basis deny those allegations.

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

53. The allegations of Paragraph 53 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and on that basis deny those allegations.

54. The allegations in Paragraph 54 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and on that basis deny those allegations.

55. The allegations in Paragraph 55 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and on that basis deny those allegations.

56. The allegations of Paragraph 56 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and on that basis deny those allegations.

57. The allegations of Paragraph 57 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and on that basis deny those allegations.

58. The allegations in Paragraph 58 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and on that basis deny those allegations.

59. The allegations in Paragraph 59 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and on that basis deny those allegations.

60. The allegations in Paragraph 60 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and on that basis deny those allegations.

61. The allegations in Paragraph 61 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and on that basis deny those allegations.

62. The allegations in Paragraph 62 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and on that basis deny those allegations.

63. The allegations in Paragraph 63 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and on that basis deny those allegations.

64. The allegations in Paragraph 64 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and on that basis deny those allegations.

65. The allegations in Paragraph 65 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and on that basis deny those allegations.

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

66. The allegations in Paragraph 66 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and on that basis deny those allegations.

67. The allegations in Paragraph 67 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and on that basis deny those allegations.

68. The allegations in Paragraph 68 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and on that basis deny those allegations.

69. The allegations in Paragraph 69 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and on that basis deny those allegations.

70. The allegations in Paragraph 70 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and on that basis deny those allegations.

71. The allegations in Paragraph 71 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and on that basis deny those allegations.

72. The allegations in Paragraph 72 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and on that basis deny those allegations.

73. The allegations in Paragraph 73 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and on that basis deny those allegations

74. The allegations in Paragraph 74 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and on that basis deny those allegations.

75. The allegations in Paragraph 75 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and on that basis deny those allegations.

76. The allegations in Paragraph 76 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and on that basis deny those allegations.

77. The allegations in Paragraph 77 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and on that basis deny those allegations.

78. The allegations in Paragraph 78 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and on that basis deny those allegations.

79. The allegations in Paragraph 79 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and on that basis deny those allegations.

80. The allegations in Paragraph 80 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and on that basis deny those allegations.

81. To the extent that the allegations contained in Paragraph 81 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 81 are directed to the LG Entities, they are denied.

82. Paragraph 82 consists of Plaintiffs' characterization of their Complaint, to which no response is required.  To the extent the allegations in Paragraph 82 may be deemed to require a response, they are denied.

83. The allegations of Paragraph 83 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

84. To the extent that the allegations contained in Paragraph 84 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 84 are directed to the LG Entities, they are denied.

85. The LG Entities deny that the class described in Paragraph 85 is proper.  Paragraph 85 consists of Plaintiffs' characterization of their Complaint, to which no response is required.  To the extent the allegations in Paragraph 85 may be deemed to require a response, they are denied.

86. Paragraph 86 consists of Plaintiffs' characterization of their Complaint, to which no response is required.  To the extent the allegations in Paragraph 86 may be deemed to require a response, they are denied.

87. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and on that basis deny those allegations.

88. The allegations of Paragraph 88 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

89. The allegations of Paragraph 89 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

90. The allegations of Paragraph 90 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

91. The allegations of Paragraph 91 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

92. The allegations of Paragraph 92 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

93. The allegations of Paragraph 93 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

94. The allegations of Paragraph 94 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

95. The allegations of Paragraph 95 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

96. To the extent that the allegations contained in Paragraph 96 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 96 are directed to the LG Entities, they are denied.

97. To the extent that the allegations contained in Paragraph 97 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 97 are directed to the LG Entities, they are denied.

1    98. To the extent that the allegations contained in Paragraph 98 are directed to other

2  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

3  of the allegations contained in Paragraph 98 and on that basis deny those allegations.  To the extent

4  that the allegations contained in Paragraph 98 are directed to the LG Entities, they are denied.

5    99. The LG Entities admit that Paragraph 99 purports to contain descriptions of CRT

6  technology.  The LG Entities deny that Paragraph 99 describes CRT technology completely and

7  accurately.  The LG Entities deny the remaining allegations contained in Paragraph 99.

8    100. The LG Entities admit that Paragraph 100 purports to contain descriptions of CRT

9  technology.  The LG Entities deny that Paragraph 100 describes CRT technology completely and

10  accurately.  The LG Entities deny the remaining allegations contained in Paragraph 100.

11    101. The LG Entities deny the allegations contained in Paragraph 101.

12    102. The LG Entities admit that Paragraph 102 purports to contain descriptions of CRT

13  technology.  The LG Entities deny that Paragraph 102 describes CRT technology completely and

14  accurately, and further deny that advancements to CRT technology after the advent of color CRTs

15  were only incremental or insubstantial.  The LG Entities deny the remaining allegations contained in

16  Paragraph 102.

17    103. The LG Entities admit that Paragraph 103 purports to contain descriptions of CRT

18  technology.  The LG Entities deny that Paragraph 103 describes CRT technology completely and

19  accurately.  The LG Entities deny the remaining allegations contained in Paragraph 103.

20    104. The LG Entities lack knowledge or information sufficient to form a belief as to the truth

21  of the allegations contained in Paragraph 104 and on that basis deny those allegations.

22    105. The LG Entities admit that Paragraph 105 purports to contain descriptions of CRT

23  technology.  The LG Entities deny that Paragraph 105 describes CRT technology completely and

24  accurately.  The LG Entities deny the remaining allegations contained in Paragraph 105.

25    106. The LG Entities lack knowledge or information sufficient to form a belief as to the truth

26  of the allegations contained in Paragraph 106 and on that basis deny those allegations.

27

28

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

1    107. The LG Entities lack knowledge or information sufficient to form a belief as to the truth
2  of the allegations contained in Paragraph 107 and on that basis deny those allegations.

3    108. The LG Entities lack knowledge or information sufficient to form a belief as to the truth
4  of the allegations contained in Paragraph 108 and on that basis deny those allegations.

5    109. The LG Entities lack knowledge or information sufficient to form a belief as to the truth
6  of the allegations contained in Paragraph 109 and on that basis deny those allegations.

7    110. The LG Entities lack knowledge or information sufficient to form a belief as to the truth
8  of the allegations contained in Paragraph 110 and on that basis deny those allegations.

9    111. The LG Entities lack knowledge or information sufficient to form a belief as to the truth
10  of the allegations contained in Paragraph 111 and on that basis deny those allegations.

11    112. The LG Entities lack knowledge or information sufficient to form a belief as to the truth
12  of the allegations contained in Paragraph 112 and on that basis deny those allegations.

13    113. The LG Entities deny the allegations contained in subclause (a) of Paragraph 113.  The
14  LG Entities lack knowledge or information sufficient to form a belief as to the truth of the remaining
15  allegations contained in Paragraph 113 and on that basis deny those allegations.

16    114. The LG Entities lack knowledge or information sufficient to form a belief as to the truth
17  of the allegations contained in Paragraph 114 and on that basis deny those allegations.

18    115. The LG Entities lack knowledge or information sufficient to form a belief as to the truth
19  of the allegations contained in Paragraph 115 and on that basis deny those allegations.

20    116. The allegations in Paragraph 116 are not directed at the LG Entities, and therefore no
21  response is required.  To the extent a response is required, the LG Entities lack knowledge or
22  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116
23  and on that basis deny those allegations.

24    117. The allegations in Paragraph 117 are not directed at the LG Entities, and therefore no
25  response is required.  To the extent a response is required, the LG Entities lack knowledge or
26  information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117
27  and on that basis deny those allegations.

28

118. The LG Entities admit that Hitachi, Ltd. and LG Electronics Inc. formed a joint venture in 2000 for the development, design and marketing of optical disk drives.  The LG Entities deny the remaining allegations contained in Paragraph 118.

119. The allegations in Paragraph 119 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 and on that basis deny those allegations.

120. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 and on that basis deny those allegations.

121. The allegations in Paragraph 121 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 and on that basis deny those allegations.

122. To the extent that the allegations contained in Paragraph 122 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 122 are directed to the LG Entities, they are denied.

123. To the extent that the allegations contained in Paragraph 123 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 123 are directed to the LG Entities, they are denied.

124. To the extent that the allegations contained in Paragraph 124 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 124 are directed to the LG Entities, they are denied.

125. To the extent that the allegations contained in Paragraph 125 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 125 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 125 are directed to the LG Entities, they are denied.

126. To the extent that the allegations contained in Paragraph 126 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 126 are directed to the LG Entities, they are denied.

127. To the extent that the allegations contained in Paragraph 127 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 127 are directed to the LG Entities, they are denied.

128. To the extent that the allegations contained in Paragraph 128 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 128 are directed to the LG Entities, they are denied.

129. To the extent that the allegations contained in Paragraph 129 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 129 are directed to the LG Entities, they are denied.

130. To the extent that the allegations contained in Paragraph 130 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 130 are directed to the LG Entities, they are denied.

131. To the extent that the allegations contained in Paragraph 131 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 131 are directed to the LG Entities, they are denied.

132. To the extent that the allegations contained in Paragraph 132 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 132 are directed to the LG Entities, they are denied.

133. To the extent that the allegations contained in Paragraph 133 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 133 are directed to the LG Entities, they are denied.

134. The LG Entities deny the allegations contained in Paragraph 134.

135. The LG Entities deny the allegations contained in Paragraph 135.

136. The LG Entities deny the allegations contained in Paragraph 136.

137. The LG Entities deny the allegations contained in Paragraph 137.

138. The LG Entities deny the allegations contained in Paragraph 138.

139. The LG Entities deny the allegations contained in Paragraph 139.

140. The LG Entities deny the allegations contained in Paragraph 140.

141. The LG Entities deny the allegations contained in Paragraph 141.

142. The LG Entities deny the allegations contained in Paragraph 142.

143. The LG Entities deny the allegations contained in Paragraph 143.

144. The LG Entities deny the allegations contained in Paragraph 144.

145. The LG Entities deny the allegations contained in Paragraph 145.

146. The LG Entities deny the allegations contained in Paragraph 146.

147. The LG Entities deny the allegations contained in Paragraph 147.

148. The LG Entities deny the allegations contained in Paragraph 148.

149. The LG Entities deny the allegations contained in Paragraph 149.

150. The LG Entities deny the allegations contained in Paragraph 150.

151. The LG Entities deny the allegations contained in Paragraph 151.

152. The LG Entities deny the allegations contained in Paragraph 152.

1    153. The LG Entities deny the allegations contained in Paragraph 153.

2    154. The first sentence of Paragraph 154 consists of Plaintiffs' characterization of their

3    Complaint, to which no response is required.  To the extent a response is required, the LG Entities

4    deny those allegations.  To the extent that the remainder of the allegations contained in Paragraph

5    154 are directed to other defendants, the LG Entities lack knowledge or information sufficient to

6    form a belief as to the truth of the allegations contained in Paragraph 154 and on that basis deny

7    those allegations.  To the extent that the remainder of the allegations contained in Paragraph 154 are

8    directed to the LG Entities, they are denied.  In addition, the LG Entities specifically deny that any

9    individual employed by Defendant LPD—a company separate and autonomous from the LG

10   Entities—attended meetings, participated in discussions, or entered agreements with competitors

11   regarding price or output on behalf of or at the direction of any of the LG Entities.  The LG Entities

12   also deny that any individual employed by LPD reported to any of the LG Entities the results of any

13   such meetings or discussions.

14   155. The allegations in Paragraph 155 are not directed at the LG Entities and therefore no

15   response is required.  To the extent a response is required, the LG Entities lack knowledge or

16   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155

17   and on that basis deny those allegations.

18   156. The allegations in Paragraph 156 are not directed at the LG Entities and therefore no

19   response is required.  To the extent a response is required, the LG Entities lack knowledge or

20   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156

21   and on that basis deny those allegations.

22   157. The allegations in Paragraph 157 are not directed at the LG Entities and therefore no

23   response is required.  To the extent a response is required, the LG Entities lack knowledge or

24   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157

25   and on that basis deny those allegations.

26   158. The allegations in Paragraph 158 are not directed at the LG Entities and therefore no

27   response is required.  To the extent a response is required, the LG Entities lack knowledge or

28

1    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158

2    and on that basis deny those allegations.

3        159. The allegations in Paragraph 159 are not directed at the LG Entities and therefore no

4    response is required.  To the extent a response is required, the LG Entities lack knowledge or

5    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159

6    and on that basis deny those allegations.

7        160. The LG Entities deny the allegations contained in Paragraph 160.

8        161. The LG Entities deny the allegations contained in Paragraph 161.

9        162. The allegations in Paragraph 162 are not directed at the LG Entities and therefore no

10   response is required.  To the extent a response is required, the LG Entities lack knowledge or

11   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162

12   and on that basis deny those allegations.

13       163. The allegations in Paragraph 163 are not directed at the LG Entities and therefore no

14   response is required.  To the extent a response is required, the LG Entities lack knowledge or

15   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163

16   and on that basis deny those allegations.

17       164. The allegations in Paragraph 164 are not directed at the LG Entities and therefore no

18   response is required.  To the extent a response is required, the LG Entities lack knowledge or

19   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164

20   and on that basis deny those allegations.

21       165. The allegations in Paragraph 165 are not directed at the LG Entities and therefore no

22   response is required.  To the extent a response is required, the LG Entities lack knowledge or

23   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165

24   and on that basis deny those allegations.

25       166. The allegations in Paragraph 166 are not directed at the LG Entities and therefore no

26   response is required.  To the extent a response is required, the LG Entities lack knowledge or

27

28

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and on that basis deny those allegations.

167. The allegations in Paragraph 167 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 and on that basis deny those allegations.

168. The allegations in Paragraph 168 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and on that basis deny those allegations.

169. The allegations in Paragraph 169 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 and on that basis deny those allegations.

170. The allegations in Paragraph 170 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 and on that basis deny those allegations.

171. The allegations in Paragraph 171 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 and on that basis deny those allegations.

172. The allegations in Paragraph 172 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 and on that basis deny those allegations.

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER**
**PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

173. The allegations in Paragraph 173 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 and on that basis deny those allegations.

174. The allegations in Paragraph 174 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and on that basis deny those allegations.

175. The allegations in Paragraph 175 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 and on that basis deny those allegations.

176. To the extent that the allegations contained in Paragraph 176 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 176 are directed to the LG Entities, they are denied.

177. The LG Entities deny the allegations contained in Paragraph 177.

178. To the extent that the allegations contained in Paragraph 178 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 178 are directed to the LG Entities, they are denied.

179. To the extent that the allegations contained in Paragraph 179 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 179 are directed to the LG Entities, they are denied.

180. To the extent that the allegations contained in Paragraph 180 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 180 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 180 are directed to the LG Entities, they are denied.

181. To the extent that the allegations contained in Paragraph 181 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 181 are directed to the LG Entities, they are denied.

182. The allegations in Paragraph 182 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and on that basis deny those allegations.

183. The allegations in Paragraph 183 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and on that basis deny those allegations.

184. The allegations in Paragraph 184 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and on that basis deny those allegations.

185. The allegations in Paragraph 185 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and on that basis deny those allegations.

186. The allegations in Paragraph 186 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and on that basis deny those allegations.

187. The allegations in Paragraph 187 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and on that basis deny those allegations.

188. To the extent that the allegations contained in Paragraph 188 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 188 are directed to the LG Entities, they are denied.

189. The LG Entities lack knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 189 and on that basis deny those allegations.

190. The LG Entities deny the allegations contained in Paragraph 190.

191. To the extent that the allegations contained in Paragraph 191 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 191 are directed to the LG Entities, they are denied.

192. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 and on that basis deny those allegations.

193. To the extent that the allegations contained in Paragraph 193 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 193 are directed to the LG Entities, they are denied.

194. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 and on that basis deny those allegations.

195. The LG Entities deny the allegations contained in Paragraph 195.

196. To the extent that the allegations contained in Paragraph 196 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

1   of the allegations contained in Paragraph 196 and on that basis deny those allegations.  To the extent

2   that the allegations contained in Paragraph 196 are directed to the LG Entities, they are denied.

3       197. To the extent that the allegations contained in Paragraph 197 are directed to other

4   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

5   of the allegations contained in Paragraph 197 and on that basis deny those allegations.  To the extent

6   that the allegations contained in Paragraph 197 are directed to the LG Entities, they are denied.

7       198. The LG Entities deny the allegations contained in Paragraph 198.

8       199. The LG Entities deny the allegations contained in Paragraph 199.

9       200. The LG Entities lack knowledge or information sufficient to form a belief as to the truth

10  of the allegation contained in the first sentence of Paragraph 200 regarding Plaintiffs' actual

11  knowledge, and on that basis, the LG Entities deny that allegation.  The LG Entities deny the

12  remaining allegations contained in Paragraph 200.

13      201. The LG Entities lack knowledge or information sufficient to form a belief as to the truth

14  of the allegations contained in Paragraph 201 and on that basis deny those allegations.

15      202. To the extent that the allegations contained in Paragraph 202 are directed to other

16  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

17  of the allegations contained in Paragraph 202 and on that basis deny those allegations.  To the extent

18  that the allegations contained in Paragraph 202 are directed to the LG Entities, they are denied.

19      203. The LG Entities deny the allegations contained in Paragraph 203.

20      204. The LG Entities lack knowledge or information sufficient to form a belief as to the truth

21  of the allegations contained in the first sentence of Paragraph 204 and on that basis deny those

22  allegations.  To the extent that the remaining allegations contained in Paragraph 204 are directed to

23  other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the

24  truth of the allegations contained in Paragraph 204 and on that basis deny those allegations.  To the

25  extent that the remaining allegations contained in Paragraph 204 are directed to the LG Entities, they

26  are denied.

27

28

1   205. To the extent that the allegations contained in Paragraph 205 are directed to other

2   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

3   of the allegations contained in Paragraph 205 and on that basis deny those allegations.  To the extent

4   that the allegations contained in Paragraph 205 are directed to the LG Entities, they are denied.

5   206. To the extent that the allegations contained in Paragraph 206 are directed to other

6   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

7   of the allegations contained in Paragraph 206 and on that basis deny those allegations.  To the extent

8   that the allegations contained in Paragraph 206 are directed to the LG Entities, they are denied.

9   207. To the extent that the allegations contained in Paragraph 207 are directed to other

10  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

11  of the allegations contained in Paragraph 207 and on that basis deny those allegations.  To the extent

12  that the allegations contained in Paragraph 207 are directed to the LG Entities, they are denied.

13  208. To the extent that the allegations contained in Paragraph 208 are directed to other

14  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

15  of the allegations contained in Paragraph 208 and on that basis deny those allegations.  To the extent

16  that the allegations contained in Paragraph 208 are directed to the LG Entities, they are denied.

17  209. To the extent that the allegations contained in Paragraph 209 are directed to other

18  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

19  of the allegations contained in Paragraph 209 and on that basis deny those allegations.  To the extent

20  that the allegations contained in Paragraph 209 are directed to the LG Entities, they are denied.

21  210. To the extent that the allegations contained in Paragraph 210 are directed to other

22  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

23  of the allegations contained in Paragraph 210 and on that basis deny those allegations.  To the extent

24  that the allegations contained in Paragraph 210 are directed to the LG Entities, they are denied.

25  211. To the extent that the allegations contained in Paragraph 211 are directed to other

26  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

27

28

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

of the allegations contained in Paragraph 211 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 211 are directed to the LG Entities, they are denied.

212. The allegations of Paragraph 212 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

213. The LG Entities hereby incorporate by reference their responses to the above allegations as set forth above.

214. The LG Entities deny the allegations contained in Paragraph 214.

215. The LG Entities deny the allegations contained in Paragraph 215.

216. The LG Entities deny the allegations contained in Paragraph 216.

217. The LG Entities deny the allegations contained in Paragraph 217.

218. The LG Entities deny the allegations contained in Paragraph 218.

219. The LG Entities deny the allegations contained in Paragraph 219.

220. The LG Entities deny the allegations contained in Paragraph 220.

221. The LG Entities deny the allegations contained in Paragraph 221.

222. The LG Entities deny the allegations contained in Paragraph 222.

## RESPONSE TO PRAYER FOR RELIEF AND JURY DEMAND

The paragraphs of the Complaint following the headers "Prayer for Relief" and "Jury Trial Demanded" do not require a response.  To the extent that those paragraphs require a response, the LG Entities deny that Plaintiffs are entitled to any of the relief requested in the Prayer for Relief.

## AFFIRMATIVE DEFENSES

Without conceding that it bears the burden of proof as to any of these defenses, the LG Entities allege the following affirmative defenses to the allegations set forth in the Complaint:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted because Plaintiffs' claims are ambiguous, vague, and/or unintelligible; because Plaintiffs have failed to alleged fraud or fraudulent concealment with sufficient particularity; and/or because Plaintiffs have failed to allege

conspiracy with sufficient particularity.  The LG Entities aver that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit the LG Entities to ascertain all defenses that may exist.

SECOND DEFENSE

The claims set forth in the Complaint are barred by the statute of limitations.

THIRD DEFENSE

Without conceding the existence of any conspiracy, Plaintiffs' claims are barred because the LG Entities effectively withdrew from any alleged conspiracy.

FOURTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm, and/or because Plaintiffs have available an adequate remedy at law.

FIFTH DEFENSE

The conduct alleged by Plaintiffs in the Complaint to form the basis of certain of Plaintiffs' claims has not had a direct, substantial, and reasonably foreseeable effect on trade or commerce with the United States.  The Court therefore lacks subject matter jurisdiction.

SIXTH DEFENSE

Plaintiffs' claims are barred because the Court lacks personal jurisdiction over LGETT.

SEVENTH DEFENSE

Plaintiffs' claims for any foreign purchases, if any, are barred because Plaintiffs have failed to allege facts sufficient to support a claim under the Foreign Trade Antitrust Improvement Act, 15 U.S.C. § 6a and/or *Hartford Fire Ins. Co. v. California*, 509 U.S. 764 (1993).

EIGHTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, to the extent that they did not purchase CRT products directly from defendants, because they are

1   indirect purchasers and barred from maintaining an action under 15 U.S.C. § 15(a) for alleged

2   injuries in that capacity.

### NINTH DEFENSE

4   Plaintiffs' claims are barred because Plaintiffs lack standing to sue for the injuries alleged in

5   the Complaint, including without limitation, Plaintiffs' assertion of claims beyond those expressly

6   assigned to them.

### TENTH DEFENSE

8   Plaintiffs and any putative class members are barred from recovery of any damages because

9   of and to the extent of their failure to mitigate damages, or alternatively any claimed injury or

10   damage has been offset by benefits received by Plaintiffs with respect to the challenged conduct.

### ELEVENTH DEFENSE

12   Plaintiffs' claims and the claims of any putative class members for damages are barred

13   because Plaintiffs have suffered no injury or damages as a result of the matters alleged in the

14   Complaint, or alternatively, because the alleged damages, if any, are speculative and because of the

15   impossibility of ascertaining and allocating those alleged damages.

### TWELFTH DEFENSE

17   Any injuries or damages Plaintiffs and any putative class members may have suffered were

18   not caused, either actually or proximately, by the acts and omissions of the LG Entities.

### THIRTEENTH DEFENSE

20   Any injuries or damages Plaintiffs and any putative class members may have suffered were

21   caused solely and proximately by the acts and omissions of others.  The acts of others constitute

22   intervening or superseding causes of harm, if any, suffered by Plaintiffs.

### FOURTEENTH DEFENSE

24   Plaintiffs' claims are barred to the extent injuries alleged in the Complaint, which the LG

25   Entities deny, were contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third

26   parties or entities, other than the LG Entities.

27

28

1

FIFTEENTH DEFENSE

2      Plaintiffs' claims are barred, in whole or in part, by Plaintiffs acquiescence and/or

3 confirmation of any and all conduct and/or omissions alleged as to the LG Entities.

4

SIXTEENTH DEFENSE

5      Plaintiffs' claims are barred to because Plaintiffs have not suffered actual, cognizable injury

6 of the type antitrust laws are intended to remedy.

7

SEVENTEENTH DEFENSE

8      Plaintiff's claims and the claims of any putative class members are barred by the doctrines of

9 waiver, estoppel, unclean hands, unjust enrichment and/or laches.

10

EIGHTEENTH DEFENSE

11      To the extent that any actionable conduct occurred, Plaintiffs' claims and claims of any

12 putative class members against the LG Entities are barred because all such conduct would have been

13 committed by individuals acting *ultra vires*.

14

NINETEENTH DEFENSE

15      Plaintiffs' claims and the claims of any putative class members against the LG Entities are

16 barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution

17 of their claims.

18

TWENTIETH DEFENSE

19      Plaintiffs' claims and the claims of any putative class members are barred, in whole or in

20 part, because they cannot be maintained as a class action and/or because the named plaintiffs are not

21 proper class representatives.

22

TWENTY-FIRST DEFENSE

23      Plaintiffs' claims  are barred, in whole or in part, because the remedies sought are

24 unconstitutional, contrary to public policy, or are otherwise unauthorized.

25

26

27

28

1

<u>TWENTY-SECOND DEFENSE</u>

2

Plaintiffs' claims are barred, in whole or in part, because any action taken by or on behalf

3

of the LG Entities was justified, constituted bona fide business competition and was taken in pursuit of

4

its own legitimate business and economic interests, and is therefore privileged.

5

<u>TWENTY-THIRD DEFENSE</u>

6

Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable parties.

7

<u>TWENTY-FOURTH DEFENSE</u>

8

Plaintiffs' claims are barred because the actions of the LG Entities did not lessen competition

9

in the relevant market.

10

<u>TWENTY-FIFTH DEFENSE</u>

11

The LG Entities, without admitting the existence of any contract, combination or conspiracy

12

in restraint of trade as alleged in the Complaint, aver that the matters about which Plaintiffs

13

complain resulted in increased output and lower prices for CRT products.

14

<u>TWENTY-SIXTH DEFENSE</u>

15

Plaintiffs' claims are barred because Plaintiffs did not detrimentally rely on any alleged

16

deceptive trade conduct as alleged in the Complaint.

17

<u>TWENTY-SEVENTH DEFENSE</u>

18

Without admitting that Plaintiffs are entitled to recover damages in this matter, the LG

19

Entities are entitled to set off from any recovery Plaintiffs may obtain against the LG Entities by any

20

other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

21

<u>TWENTY-EIGHTH DEFENSE</u>

22

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not

23

allowed under applicable federal or state law.

24

<u>TWENTY-NINTH DEFENSE</u>

25

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of the LG

26

Entities that are the subject of the Complaint were caused by, due to, based upon, or in response to

27

28

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, an/or regulatory agencies, and such is non-actionable or privileged.

THIRTIETH DEFENSE

LGEI, LGUSA, and LGETT are separate and autonomous companies from LPD, and thus are not liable for Plaintiffs' damages resulting from LPD's actions.

THIRTY-FIRST DEFENSE

Plaintiffs' claims are barred to the extent that they are based on conduct beyond the territorial reach of the laws or courts of the United States.

**RESERVATION OF DEFENSES AND AFFIRMATIVE DEFENSES**

The LG Entities adopts by reference any additional applicable defenses pleaded by any other Defendant in this action.  The LG Entities have not knowingly or intentionally waived any applicable defenses and explicitly reserve the right to assert any additional defenses and affirmative defenses as this action proceeds.  The LG Entities further reserve the right to amend their Answer and/or defenses accordingly, and/or to delete defenses that it determines are not applicable as this action proceeds.

WHEREFORE, the LG Entities pray as follows:

1.      That the Plaintiffs take nothing by way of the Complaint, and the action be dismissed with prejudice;

2.      That judgment be entered in favor of the LG Entities and against Plaintiffs with respect to all causes of action in the Complaint.

3.      That the Court award the LG Entities their attorneys' fees and all other costs reasonably incurred in defense of this action; and

4.      That the Court award such other relief as it may deem just and proper.

1

2    Dated:  April 29, 2010                SIDLEY AUSTIN LLP

3

4                                          By:  /s/ Samuel R. Miller

5                                               Samuel R. Miller
                                                Attorneys For Defendants
6                                               LG ELECTRONICS, INC.; LG
                                                ELECTRONICS USA, INC.; and
7                                               LG ELECTRONICS TAIWAN TAIPEI CO.,
                                                LTD.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF1 1570014v.4

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**