Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Marie L. Fiala (SBN 79676)
mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:        (415) 772-1200
Facsimile:        (415) 772-7400

Attorneys For Defendants
LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and
LG ELECTRONICS TAIPEI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: | **ANSWER OF LG ELECTRONICS, INC; LG ELECTRONICS USA, INC., AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD., TO INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | |

Defendant LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and LG

ELECTRONICS TAIWAN TAIPEI CO., LTD. (together, "the LG Entities"), through

undersigned counsel, hereby answer the allegations contained in Indirect Purchaser Plaintiffs'

("Plaintiffs") Consolidated Amended Complaint ("Complaint").  Except as otherwise stated

below, the LG Entities are without sufficient knowledge or information to form a belief

concerning the truth of the allegations in the Complaint that are directed toward other

1

defendants.  The LG Entities deny all allegations contained in the Complaint (including headings and captions) not specifically admitted in this Answer.

## LGE ENTITIES' ANSWERS

1.      The LG Entities admit that Plaintiffs purport to bring this action on behalf of themselves individually and on behalf of a class.  The remainder of Paragraph 1 consists of Plaintiffs' characterization of their purported claims and Plaintiffs' explanation of terminology, to which no response is required.  The LG Entities specifically object to Plaintiffs' definition of "CRT Products," because this definition includes products at different levels of the production chain and creates confusion since certain companies, including LG Electronics, Inc., do not manufacture and sell cathode ray tubes, while other defendants (including LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.) do not manufacture either cathode ray tubes or Finished Products (such as televisions or computer monitors).  To the extent that any remaining allegations in Paragraph 1 are deemed to require a response, they are denied.

2.      The LG Entities deny the allegations contained in Paragraph 2.

3.      The LG Entities deny the allegations contained in Paragraph 3.

4.      The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and on that basis deny those allegations.

5.      Paragraph 5 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent the allegations in Paragraph 5 may be deemed to require a response, they are denied.

6.      The allegations of Paragraph 6 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

7.      The allegations of Paragraph 7 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

8.      The allegations of Paragraph 8 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

9.      To the extent that the allegations contained in Paragraph 9 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 9 are directed to the LG Entities, they are denied.

10.     The LG Entities deny the allegations contained in Paragraph 10.

11.     The LG Entities deny the allegations contained in Paragraph 11.

12.     The LG Entities deny the allegations contained in Paragraph 12.

13.     The LG Entities admit that Paragraph 13 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 13 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 13.

14.     The LG Entities admit that Paragraph 14 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 14 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 14.

15.     Paragraph 15 consists of Plaintiffs' characterization of their purported claims and Plaintiffs' explanation of terminology, to which no response is required.  The LG Entities specifically object to Plaintiffs' definition of "CRT Products," because this definition includes products at different levels of the production chain and creates confusion since certain companies, including LG Electronics, Inc., do not manufacture and sell cathode ray tubes, while other defendants (including LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.) do not manufacture either cathode ray tubes or Finished Products (such as televisions or computer monitors).  To the extent that any remaining allegations in Paragraph 15 are deemed to require a response, they are denied.

16.     Paragraph 16 consists of Plaintiffs' characterization of their purported claims or their explanation of terminology, to which no response is required.  To the extent the allegations in Paragraph 16 may be deemed to require a response, they are denied.

17.     Paragraph 17 consists of Plaintiffs' explanation of terminology, to which no response is required.  To the extent the allegations in Paragraph 17 may be deemed to require a response, they are denied.

18.     Paragraph 18 consists of Plaintiffs' explanation of terminology, to which no response is required.  To the extent the allegations in Paragraph 18 may be deemed to require a response, they are denied.

19.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and on that basis deny those allegations.

20.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and on that basis deny those allegations.

21.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and on that basis deny those allegations.

22.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and on that basis deny those allegations.

23.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and on that basis deny those allegations.

24.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and on that basis deny those allegations.

25.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that basis deny those allegations.

26.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and on that basis deny those allegations.

27.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and on that basis deny those allegations.

28.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and on that basis deny those allegations.

29.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and on that basis deny those allegations.

30.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and on that basis deny those allegations.

31.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and on that basis deny those allegations.

32.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and on that basis deny those allegations.

33.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and on that basis deny those allegations.

34.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and on that basis deny those allegations.

35.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and on that basis deny those allegations.

36.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and on that basis deny those allegations.

37.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and on that basis deny those allegations.

38.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and on that basis deny those allegations.

39.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and on that basis deny those allegations.

40.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and on that basis deny those allegations.

41.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and on that basis deny those allegations.

42.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and on that basis deny those allegations.

43.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and on that basis deny those allegations.

44.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and on that basis deny those allegations.

45.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and on that basis deny those allegations.

46.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and on that basis deny those allegations.

47.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and on that basis deny those allegations.

48.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and on that basis deny those allegations.

49.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and on that basis deny those allegations.

50.     LG Electronics, Inc. ("LGEI") admits that it is a corporate entity organized under the laws of the Republic of Korea, and further admits the location of its principal place of business as alleged in Paragraph 50.  LGEI admits that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays".  The LG Entities deny the remaining allegations contained in Paragraph 50.

51.     LG Electronics USA, Inc. ("LGEUSA") admits the allegations contained in the first sentence of Paragraph 51, and the LG Entities deny the remaining allegations contained in that paragraph.

52.     LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") admits the allegations contained in the first sentence of Paragraph 52, and the LG Entities deny the remaining allegations contained in that paragraph.

53.     Paragraph 53 consists of Plaintiffs' explanation of terminology, to which no response is required.

54.     The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays".  The remainder of the allegations in Paragraph 54 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 54 and on that basis deny those allegations.

55.     The allegations in Paragraph 55 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and on that basis deny those allegations.

56.     The allegations in Paragraph 56 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and on that basis deny those allegations.

57.     The allegations in Paragraph 57 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and on that basis deny those allegations.

58.     The allegations in Paragraph 58 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and on that basis deny those allegations.

59.     The allegations in Paragraph 59 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and on that basis deny those allegations.

60.     The allegations in Paragraph 60 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and on that basis deny those allegations.

61.     The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays".  The remainder of the allegations in Paragraph 61 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 61 and on that basis deny those allegations.

62.     The allegations in Paragraph 62 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and on that basis deny those allegations.

63.     The allegations in Paragraph 63 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and on that basis deny those allegations.

64.     The allegations in Paragraph 64 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and on that basis deny those allegations.

65.     The allegations in Paragraph 65 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and on that basis deny those allegations.

66.     The allegations in Paragraph 66 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and on that basis deny those allegations.

67.     The allegations in Paragraph 67 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and on that basis deny those allegations.

68.     The allegations in Paragraph 68 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and on that basis deny those allegations.

69.     The allegations in Paragraph 69 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and on that basis deny those allegations.

70.     The allegations in Paragraph 70 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and on that basis deny those allegations.

71.     The allegations in Paragraph 71 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and on that basis deny those allegations.

72.     The allegations in Paragraph 72 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and on that basis deny those allegations.

73.     The allegations in Paragraph 73 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and on that basis deny those allegations.

74.     The allegations in Paragraph 74 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and on that basis deny those allegations.

75.     The allegations in Paragraph 75 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and on that basis deny those allegations.

76.     The allegations in Paragraph 76 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and on that basis deny those allegations.

77.     The allegations in Paragraph 77 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and on that basis deny those allegations.

78.     The allegations in Paragraph 78 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and on that basis deny those allegations.

79.     The allegations in Paragraph 79 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and on that basis deny those allegations.

80.     The allegations in Paragraph 80 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and on that basis deny those allegations.

81.     The allegations in Paragraph 81 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and on that basis deny those allegations.

82.     The allegations in Paragraph 82 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and on that basis deny those allegations.

83.     The allegations in Paragraph 83 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and on that basis deny those allegations.

84.     The allegations in Paragraph 84 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and on that basis deny those allegations.

85.     The allegations in Paragraph 85 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and on that basis deny those allegations.

86.     The allegations in Paragraph 86 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and on that basis deny those allegations.

87.     The allegations in Paragraph 87 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and on that basis deny those allegations.

88. The allegations in Paragraph 88 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and on that basis deny those allegations.

89. The allegations in Paragraph 89 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and on that basis deny those allegations.

90. The allegations in Paragraph 90 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and on that basis deny those allegations.

91. The allegations in Paragraph 91 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and on that basis deny those allegations.

92. The allegations in Paragraph 92 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and on that basis deny those allegations.

93. The allegations in Paragraph 93 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and on that basis deny those allegations.

94. The allegations in Paragraph 94 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and on that basis deny those allegations.

95.     The allegations in Paragraph 95 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and on that basis deny those allegations.

96.     The allegations in Paragraph 96 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and on that basis deny those allegations.

97.     The allegations in Paragraph 97 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and on that basis deny those allegations.

98.     The allegations in Paragraph 98 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and on that basis deny those allegations.

99.     The allegations in Paragraph 99 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and on that basis deny those allegations.

100.    The allegations in Paragraph 100 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and on that basis deny those allegations.

101.    The allegations in Paragraph 101 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and on that basis deny those allegations.

102.    The allegations in Paragraph 102 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and on that basis deny those allegations.

103.    The allegations in Paragraph 103 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and on that basis deny those allegations.

104.    The allegations in Paragraph 104 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and on that basis deny those allegations.

105.    The allegations in Paragraph 105 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and on that basis deny those allegations.

106.    The allegations in Paragraph 106 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and on that basis deny those allegations.

107.    The allegations in Paragraph 107 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and on that basis deny those allegations.

108.   The allegations in Paragraph 108 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and on that basis deny those allegations.

109.   Paragraph 109 consists of Plaintiffs' explanation of terminology, to which no response is required.

110.   To the extent that the allegations contained in Paragraph 110 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 110 are directed to the LG Entities, they are denied.

111.   Paragraph 111 consists of Plaintiffs' explanation of terminology, to which no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 and on that basis deny those allegations.

112.   To the extent that the allegations contained in Paragraph 112 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 112 are directed to the LG Entities, they are denied.

113.   To the extent that the allegations contained in Paragraph 113 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 113 are directed to the LG Entities, they are denied.

114.     To the extent that the allegations contained in Paragraph 114 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 114 are directed to the LG Entities, they are denied.

115.     To the extent the allegations in Paragraph 115 are directed to other Defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 and on that basis deny those allegations.  To the extent the allegations are directed to the LG Entities, the LG Entities deny the allegations.

116.     The LG Entities deny the allegations contained in Paragraph 116.

117.     The LG Entities admit that Paragraph 117 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 117 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 117.

118.     The LG Entities admit that Paragraph 118 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 118 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 118.

119.     The LG Entities deny the allegations contained in Paragraph 119.

120.     The LG Entities admit that Paragraph 120 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 120 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 120.

121.     The LG Entities deny the allegations contained in Paragraph 121.

122.     To the extent that the allegations contained in Paragraph 122 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 122 are directed to the LG Entities, they are denied.

123.    To the extent that the allegations contained in Paragraph 123 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 123 are directed to the LG Entities, they are denied.

124.    LG Electronics, Inc. admits that it is a member of the Korea Display Industry Association.   To the extent that the remaining allegations contained in Paragraph 122 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 and on that basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph 124 are directed to the LG Entities, they are denied.

125.    The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays".  To the extent that the remaining allegations contained in Paragraph 125 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 and on that basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph 125 are directed to the LG Entities, they are denied.

126.    The LG Entities deny the allegations contained in Paragraph 126.

127.    The LG Entities deny the allegations contained in Paragraph 127.

128.    The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips

Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays".  The LG Entities further admit that Hitachi, Ltd. and LG Electronics Inc. formed a joint venture in 2000 for the development, design and marketing of optical disk drives.  The LG Entities further admit that in 1999, LG Electronics, Inc. entered into a joint venture agreement with Koninklijke Philips Electronics N.V. with respect to the manufacture, sale, and marketing of TFT-LCD panels.  To the extent that the remaining allegations contained in Paragraph 128 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 and on that basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph 128 are directed to the LG Entities, they are denied.

129.    The LG Entities deny the allegations in Paragraph 129.

130.    The LG Entities deny the allegations in Paragraph 130.

131.    The LG Entities deny the allegations in Paragraph 131.

132.    The LG Entities deny the allegations contained in Paragraph 132.

133.    The LG Entities deny the allegations contained in Paragraph 133.

134.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and on that basis deny those allegations.

135.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 135 and on that basis deny those allegations.

136.    To the extent that the allegations contained in Paragraph 136 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 136 are directed to the LG Entities, they are denied.

137.    The LG Entities deny the allegations contained in Paragraph 137.

1         138.    To the extent that the allegations contained in Paragraph 138 are directed to other

2   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the

3   truth of the allegations contained in Paragraph 138 and on that basis deny those allegations.  To

4   the extent that the allegations contained in Paragraph 138 are directed to the LG Entities, they are

5   denied.

6         139.    The allegations in Paragraph 139 are not directed at the LG Entities and therefore

7   no response is required.  To the extent a response is required, the LG Entities lack knowledge or

8   information sufficient to form a belief as to the truth of the allegations contained in Paragraph

9   139 and on that basis deny those allegations.

10         140.    The LG Entities deny the allegations contained in Paragraph 140.

11         141.    The LG Entities deny the allegations contained in Paragraph 141.

12         142.    The LG Entities deny the allegations contained in Paragraph 142.

13         143.    To the extent that the allegations contained in Paragraph 143 are directed to other

14   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the

15   truth of the allegations contained in Paragraph 143 and on that basis deny those allegations.  To

16   the extent that the allegations contained in Paragraph 143 are directed to the LG Entities, they are

17   denied.

18         144.    The LG Entities deny the allegations contained in Paragraph 144.

19         145.    To the extent that the allegations contained in Paragraph 145 are directed to other

20   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the

21   truth of the allegations contained in Paragraph 145 and on that basis deny those allegations.  To

22   the extent that the allegations contained in Paragraph 145 are directed to the LG Entities, they are

23   denied.

24         146.    To the extent that the allegations contained in Paragraph 146 are directed to other

25   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the

26   truth of the allegations contained in Paragraph 146 and on that basis deny those allegations.  To

27

28

the extent that the allegations contained in Paragraph 146 are directed to the LG Entities, they are denied.

147.    To the extent that the allegations contained in Paragraph 147 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 147 are directed to the LG Entities, they are denied.

148.    To the extent that the allegations contained in Paragraph 148 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 148 are directed to the LG Entities, they are denied.

149.    To the extent that the allegations contained in Paragraph 149 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 149 are directed to the LG Entities, they are denied.

150.    To the extent that the allegations contained in Paragraph 150 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 150 are directed to the LG Entities, they are denied.

151.    To the extent that the allegations contained in Paragraph 151 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 151 are directed to the LG Entities, they are denied.

152.     To the extent that the allegations contained in Paragraph 152 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 152 are directed to the LG Entities, they are denied.

153.     To the extent that the allegations contained in Paragraph 153 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 153 are directed to the LG Entities, they are denied.

154.     The LG Entities deny the allegations contained in Paragraph 154.

155.     The LG Entities deny the allegations contained in Paragraph 155.

156.     To the extent that the allegations contained in Paragraph 156 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 156 are directed to the LG Entities, they are denied.

157.     To the extent that the allegations contained in Paragraph 157 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 157 are directed to the LG Entities, they are denied.

158.     To the extent that the allegations contained in Paragraph 158 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 158 are directed to the LG Entities, they are denied.

159.    To the extent that the allegations contained in Paragraph 159 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 159 are directed to the LG Entities, they are denied.

160.    To the extent that the allegations contained in Paragraph 160 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 160 are directed to the LG Entities, they are denied.

161.    To the extent that the allegations contained in Paragraph 161 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 161 are directed to the LG Entities, they are denied.

162.    To the extent that the allegations contained in Paragraph 162 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 162 are directed to the LG Entities, they are denied.

163.    To the extent that the allegations contained in Paragraph 163 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 163 are directed to the LG Entities, they are denied.

164.    To the extent that the allegations contained in Paragraph 164 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the

truth of the allegations contained in Paragraph 164 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 164 are directed to the LG Entities, they are denied.

166.    To the extent that the allegations contained in Paragraph 165 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 165 are directed to the LG Entities, they are denied.

166.    The allegations in Paragraph 166 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and on that basis deny those allegations.

167.    The allegations in Paragraph 167 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 and on that basis deny those allegations.

168.    The LG Entities deny the allegations contained in Paragraph 168.  The LG Entities further deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

169.    The LG Entities deny the allegations contained in Paragraph 169.

170.    The allegations in Paragraph 170 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 and on that basis deny those allegations.  The LG Entities deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

171.    The allegations in Paragraph 171 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

1    information sufficient to form a belief as to the truth of the allegations contained in Paragraph

2    171 and on that basis deny those allegations.

3        172.   The allegations in Paragraph 172 are not directed at the LG Entities, and therefore

4    no response is required.  To the extent a response is required, the LG Entities lack knowledge or

5    information sufficient to form a belief as to the truth of the allegations contained in Paragraph

6    172 and on that basis deny those allegations.  The LG Entities deny any and all allegations in the

7    Complaint that the LG Entities directed or are responsible for any conduct by LPD.

8        173.   The allegations in Paragraph 173 are not directed at the LG Entities, and therefore

9    no response is required.  To the extent a response is required, the LG Entities lack knowledge or

10   information sufficient to form a belief as to the truth of the allegations contained in Paragraph

11   173 and on that basis deny those allegations.

12       174.   The allegations in Paragraph 174 are not directed at the LG Entities, and therefore

13   no response is required.  To the extent a response is required, the LG Entities lack knowledge or

14   information sufficient to form a belief as to the truth of the allegations contained in Paragraph

15   174 and on that basis deny those allegations.

16       175.   The allegations in Paragraph 175 are not directed at the LG Entities, and therefore

17   no response is required.  To the extent a response is required, the LG Entities lack knowledge or

18   information sufficient to form a belief as to the truth of the allegations contained in Paragraph

19   175 and on that basis deny those allegations.

20       176.   The allegations in Paragraph 176 are not directed at the LG Entities, and therefore

21   no response is required.  To the extent a response is required, the LG Entities lack knowledge or

22   information sufficient to form a belief as to the truth of the allegations contained in Paragraph

23   176 and on that basis deny those allegations.

24       177.   The allegations in Paragraph 177 are not directed at the LG Entities, and therefore

25   no response is required.  To the extent a response is required, the LG Entities lack knowledge or

26   information sufficient to form a belief as to the truth of the allegations contained in Paragraph

27

28

177 and on that basis deny those allegations.  The LG Entities specifically deny the allegations contained in the fourth sentence of Paragraph 177.

178.    The allegations in Paragraph 178 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and on that basis deny those allegations.

179.    The allegations in Paragraph 179 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 and on that basis deny those allegations.

180.    The allegations in Paragraph 180 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180 and on that basis deny those allegations.

181.    The allegations in Paragraph 181 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and on that basis deny those allegations.

182.    The allegations in Paragraph 182 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and on that basis deny those allegations.

183.    The allegations in Paragraph 183 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and on that basis deny those allegations.

184.    The allegations in Paragraph 184 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and on that basis deny those allegations.

185.    The allegations in Paragraph 185 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and on that basis deny those allegations.

186.    The allegations in Paragraph 186 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and on that basis deny those allegations.

187.    The allegations in Paragraph 187 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and on that basis deny those allegations.

188.    To the extent that the allegations contained in Paragraph 188 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 188 are directed to the LG Entities, they are denied.  In addition, the LG Entities specifically deny that any individual employed by Defendant LPD—a company separate and autonomous from the LG Entities—attended meetings, participated in discussions, or entered agreements with competitors regarding price or output on behalf of or at the direction of any of the LG Entities.  The LG Entities also deny that any individual employed by LPD reported to any of the LG Entities the results of any such meetings or discussions.

189.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and on that basis deny those allegations.

190.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and on that basis deny those allegations.

191.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and on that basis deny those allegations.

192.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 and on that basis deny those allegations.

193.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 and on that basis deny those allegations.

194.    The LG Entities deny the allegations contained in Paragraph 194.

195.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 and on that basis deny those allegations.

196.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 and on that basis deny those allegations.

197.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 and on that basis deny those allegations.

198.    To the extent that the allegations contained in Paragraph 198 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 198 are directed to the LG Entities, they are denied.

199.    To the extent that the allegations contained in Paragraph 199 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 199 are directed to the LG Entities, they are denied.

200. To the extent that the allegations contained in Paragraph 200 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 200 are directed to the LG Entities, they are denied.

201. To the extent that the allegations contained in Paragraph 201 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 201 are directed to the LG Entities, they are denied.

202. The LG Entities deny the allegations contained in Paragraph 202.

203. The LG Entities deny the allegations contained in Paragraph 203.

204. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 and on that basis deny those allegations.

205. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 and on that basis deny those allegations.

206. The allegations in Paragraph 206 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 and on that basis deny those allegations.

207. The allegations in Paragraph 207 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 and on that basis deny those allegations.

208. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208 and on that basis deny those allegations.

209.    The allegations in Paragraph 209 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 and on that basis deny those allegations.

210.    The allegations in Paragraph 210 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210 and on that basis deny those allegations.

211.    The allegations in Paragraph 211 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211 and on that basis deny those allegations.

212.    The allegations in Paragraph 212 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 212 and on that basis deny those allegations.

213.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 213 and on that basis deny those allegations.

214.    To the extent that the allegations contained in Paragraph 214 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 214 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 214 are directed to the LG Entities, they are denied.

215.    To the extent that the allegations contained in Paragraph 215 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 215 and on that basis deny those allegations.  To

the extent that the allegations contained in Paragraph 215 are directed to the LG Entities, they are denied.

216.   The allegations in Paragraph 216 are not directed at the LG Entities and therefore no response is required.   To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 and on that basis deny those allegations.

217.   To the extent that the allegations contained in Paragraph 217 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217 and on that basis deny those allegations.   To the extent that the allegations contained in Paragraph 217 are directed to the LG Entities, they are denied.

218.   The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 218 and on that basis deny those allegations. The LG Entities specifically deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

219.   The allegations in Paragraph 219 are not directed at the LG Entities and therefore no response is required.   To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 219 and on that basis deny those allegations.

220.   The allegations in Paragraph 220 are not directed at the LG Entities and therefore no response is required.   To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 220 and on that basis deny those allegations.

221.   The allegations in Paragraph 221 are not directed at the LG Entities and therefore no response is required.   To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 221 and on that basis deny those allegations.

222.    The LG Entities deny the allegations contained in Paragraph 222.

223.    The LG Entities deny the allegations contained in Paragraph 223.

224.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 224 and on that basis deny those allegations.

225.    The LG Entities deny the allegations contained in Paragraph 225.

226.    The LG Entities deny the allegations contained in Paragraph 226.

227.    The LG Entities deny the allegations contained in Paragraph 227.

228.    The LG Entities deny the allegations contained in Paragraph 228.

229.    The LG Entities deny the allegations contained in Paragraph 229.

230.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 230 and on that basis deny those allegations.

231.    The LG Entities deny the allegations contained in Paragraph 231.

232.    The LG Entities deny the allegations contained in Paragraph 232.

233.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 233 and on that basis deny those allegations.

234.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234 and on that basis deny those allegations.

235.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235 and on that basis deny those allegations.

236.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 236 and on that basis deny those allegations.

237.    The LG Entities deny the allegations contained in Paragraph 237.

238.    LG Electronics, Inc. admits that it is a manufacturer of CRT finished products, including televisions and computer monitors.  To the extent that the remaining allegations contained in Paragraph 238 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph

238 and on that basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph 238 are directed to the LG Entities, they are denied.

239.    The LG Entities deny the allegations contained in Paragraph 239.

240.    The LG Entities deny that the class described in Paragraph 240 is proper. Paragraph 240 consists of Plaintiffs' characterization of their Complaint, to which no response is required.  To the extent the allegations in Paragraph 240 may be deemed to require a response, they are denied.

241.    The LG Entities deny that the classes or subclasses described in Paragraph 241 are proper.  Paragraph 241 consists of Plaintiffs' characterization of their Complaint, to which no response is required.  To the extent the allegations in Paragraph 241 may be deemed to require a response, they are denied.

242.    The LG Entities deny that the classes described in Paragraph 242 are proper. Paragraph 242 consists of Plaintiffs' characterization of their Complaint, to which no response is required.  To the extent the allegations in Paragraph 242 may be deemed to require a response, they are denied.

243.    The allegations of Paragraph 243 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, the LG Entities deny that Plaintiffs may maintain this action as a class action, and the LG Entities further deny the allegations contained in Paragraph 243.

244.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs.

245.    The LG Entities deny the allegations contained in Paragraph 245.

246.    The LG Entities deny the allegations contained in Paragraph 246.

247.    The LG Entities deny the allegations contained in Paragraph 247.

248.    The LG Entities deny the allegations contained in Paragraph 248.

249.    The LG Entities deny the allegations contained in Paragraph 249.

250.    The LG Entities deny the allegations contained in Paragraph 250.

251.    The LG Entities deny the allegations contained in Paragraph 251.

252.    The LG Entities deny the allegations contained in Paragraph 252.

253.    The LG Entities deny that Plaintiffs are entitled to the relief they seek in Paragraph 253.

254.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs.

255.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 255.

256.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 256.

257.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 257.

258.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 258.

259.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 259.

260.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 260.

261.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 261.

262.   The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 262.

263.   The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 263.

264.   The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 264.

265.   The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 265.

266.   The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 266.

267.   The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 267.

268.   The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 268.

269.   The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 269.

270.   The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 270.

271.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 271.

272.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs.

273.     The LG Entities deny the allegations contained in Paragraph 273.

274.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 274.

275.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 275.

276.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 276.

277.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 277.

278.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 278.

279.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 279.

280.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 280.

281.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 281.

282.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 282.

283.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 283.

284.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs.

285.    The LG Entities deny the allegations contained in Paragraph 285.

286.    The LG Entities deny the allegations contained in Paragraph 286.

287.    The LG Entities deny that Plaintiffs are entitled to the relief they seek in Paragraph 287.

288.    The LG Entities deny the allegations contained in Paragraph 288.

289.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegation contained in the first sentence of Paragraph 289 regarding Plaintiffs' actual knowledge, and on that basis, the LG Entities deny that allegation.  The LG Entities deny the remaining allegations contained in Paragraph 289.

290.    The LG Entities deny the allegations contained in Paragraph 290.

291.    The allegations of Paragraph 291 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## RESPONSE TO PRAYER FOR RELIEF AND JURY DEMAND

The paragraphs of the Complaint following the headers "Prayer for Relief" and "Jury Demand" do not require a response.  To the extent that those paragraphs require a response, the LG Entities deny that Plaintiffs are entitled to any of the relief requested in the Prayer for Relief.

## AFFIRMATIVE DEFENSES

Without conceding that it bears the burden of proof as to any of these defenses, the LG Entities allege the following affirmative defenses to the allegations set forth in the Complaint:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted because Plaintiffs' claims are ambiguous, vague, and/or unintelligible; because Plaintiffs have failed to alleged fraud or fraudulent concealment with sufficient particularity; and/or because Plaintiffs have failed to allege conspiracy with sufficient particularity.  The LG Entities aver that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit the LG Entities to ascertain all defenses that may exist.

### SECOND DEFENSE

The claims set forth in the Complaint are barred by the statute of limitations.

### THIRD DEFENSE

Without conceding the existence of any conspiracy, Plaintiffs' claims are barred because the LG Entities effectively withdrew from any alleged conspiracy.

### FOURTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm, and/or because Plaintiffs have available an adequate remedy at law.

1

## FIFTH DEFENSE

2

The conduct alleged by Plaintiffs in the Complaint to form the basis of certain of

3

Plaintiffs' claims has not had a direct, substantial, and reasonably foreseeable effect on trade or

4

commerce with the United States.  The Court therefore lacks subject matter jurisdiction.

5

## SIXTH DEFENSE

6

Plaintiffs' claims are barred because the Court lacks personal jurisdiction over

7

LGETT.

8

## SEVENTH DEFENSE

9

Plaintiffs' claims for any foreign purchases, if any, are barred because Plaintiffs

10

have failed to allege facts sufficient to support a claim under the Foreign Trade Antitrust

11

Improvement Act, 15 U.S.C. §6a and/or *Hartford Fire Ins. Co. v. California*, 509 U.S. 764

12

(1993).

13

## EIGHTH DEFENSE

14

Plaintiffs' claims and claims of any putative class members are barred, in whole or in

15

part, to the extent that they did not purchase CRT products directly from defendants, because

16

they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 15(a) for

17

alleged injuries in that capacity.

18

## NINTH DEFENSE

19

Plaintiffs' claims are barred because Plaintiffs lack standing to sue for the injuries

20

alleged in the Complaint, including without limitation, Plaintiffs' assertion of claims beyond

21

those expressly assigned to them.

22

## TENTH DEFENSE

23

Plaintiffs and any putative class members are barred from recovery of any

24

damages because of and to the extent of their failure to mitigate damages, or alternatively any

25

claimed injury or damage has been offset by benefits received by Plaintiffs with respect to the

26

challenged conduct.

27

28

ELEVENTH DEFENSE

Plaintiffs' claims and the claims of any putative class members for damages are barred because Plaintiffs have suffered no injury or damages as a result of the matters alleged in the Complaint, or alternatively, because the alleged damages, if any, are speculative and because of the impossibility of ascertaining and allocating those alleged damages.

TWELFTH DEFENSE

Any injuries or damages Plaintiffs and any putative class members may have suffered were not caused, either actually or proximately, by the acts and omissions of the LG Entities.

THIRTEENTH DEFENSE

Any injuries or damages Plaintiffs and any putative class members may have suffered were caused solely and proximately by the acts and omissions of others.  The acts of others constitute intervening or superseding causes of harm, if any, suffered by Plaintiffs.

FOURTEENTH DEFENSE

Plaintiffs' claims are barred to the extent injuries alleged in the Complaint, which the LG Entities deny, were contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other than the LG Entities.

FIFTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to the LG Entities.

SIXTEENTH DEFENSE

Plaintiffs' claims are barred to because Plaintiffs have not suffered actual, cognizable injury of the type antitrust laws are intended to remedy.

SEVENTEENTH DEFENSE

Plaintiff's claims and the claims of any putative class members are barred by the doctrines of waiver, estoppel, unclean hands, unjust enrichment and/or laches.

1

### EIGHTEENTH DEFENSE

2    To the extent that any actionable conduct occurred, Plaintiffs' claims and claims of any

3    putative class members against the LG Entities are barred because all such conduct would have

4    been committed by individuals acting ultra vires.

5

### NINETEENTH DEFENSE

6    Plaintiffs' claims and the claims of any putative class members against the LG

7    Entities are barred to the extent that they have agreed to arbitration or chosen a different forum

8    for the resolution of their claims.

9

### TWENTIETH DEFENSE

10    Plaintiffs' claims and the claims of any putative class members are barred, in

11    whole or in part, because they cannot be maintained as a class action and/or because the named

12    plaintiffs are not proper class representatives.

13

### TWENTY-FIRST DEFENSE

14    Plaintiffs' claims  are barred, in whole or in part, because the remedies sought are

15    unconstitutional, contrary to public policy, or are otherwise unauthorized.

16

### TWENTY-SECOND DEFENSE

17    Plaintiffs' claims are barred, in whole or in part, because any action taken by or

18    on behalf of the LG Entities was justified, constituted bona fide business competition and was

19    taken in pursuit of its own legitimate business and economic interests, and is therefore

20    privileged.

21

### TWENTY-THIRD DEFENSE

22    Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable

23    parties.

24

### TWENTY-FOURTH DEFENSE

25    Plaintiffs' claims are barred because the actions of the LG Entities did not lessen

26    competition in the relevant market.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### TWENTY-FIFTH DEFENSE

The LG Entities, without admitting the existence of any contract, combination or conspiracy in restraint of trade as alleged in the Complaint, aver that the matters about which Plaintiffs complain resulted in increased output and lower prices for CRT products.

### TWENTY-SIXTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs did not detrimentally rely on any alleged deceptive trade conduct as alleged in the Complaint.

### TWENTY-SEVENTH DEFENSE

Without admitting that Plaintiffs are entitled to recover damages in this matter, the LG Entities are entitled to set off from any recovery Plaintiffs may obtain against the LG Entities by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

### TWENTY-EIGHTH DEFENSE

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

### TWENTY-NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of the LG Entities that are the subject of the Complaint were caused by, due to, based upon, or in response to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, an/or regulatory agencies, and such is non-actionable or privileged.

### THIRTIETH DEFENSE

LGEI, LGUSA, and LGETT are separate and autonomous companies from LPD, and thus are not liable for Plaintiffs' damages resulting from LPD's actions.

### THIRTY-FIRST DEFENSE

Plaintiffs' claims are barred to the extent that they are based on conduct beyond the territorial reach of the laws or courts of the United States.

**<u>RESERVATION OF DEFENSES AND AFFIRMATIVE DEFENSES</u>**

The LG Entities adopts by reference any additional applicable defenses pleaded by any other Defendant in this action.  The LG Entities have not knowingly or intentionally waived any applicable defenses and explicitly reserve the right to assert any additional defenses and affirmative defenses as this action proceeds.  The LG Entities further reserve the right to amend their Answer and/or defenses accordingly, and/or to delete defenses that it determines are not applicable as this action proceeds.  The LG Entities further reserve the right to assert affirmative defenses that are unique to one or a subset of the claims asserted under the twenty-two different states' laws at issue in this action.

WHEREFORE, the LG Entities pray as follows:

1.     That the Plaintiffs take nothing by way of the Complaint, and the action be dismissed with prejudice;

2.     That judgment be entered in favor of the LG Entities and against Plaintiffs with respect to all causes of action in the Complaint.

3.     That the Court award the LG Entities their attorneys' fees and all other costs reasonably incurred in defense of this action; and

4.     That the Court award such other relief as it may deem just and proper.

1

2   Dated:  April 29, 2010                    SIDLEY AUSTIN LLP

3

4                                             By:  /s/ Samuel R. Miller

5                                                 Samuel R. Miller
                                                  Attorneys For Defendants
6                                                 LG ELECTRONICS, INC.; LG
                                                  ELECTRONICS USA, INC.; and
7                                                 LG ELECTRONICS TAIWAN TAIPEI CO.,
                                                  LTD.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28