1   Terry Calvani (53260)
2   **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
    Email: terry.calvani@freshfields.com
3   701 Pennsylvania Avenue, NW
    Suite 600
4   Washington, DC  20004
    Tel:  (202) 777-4505
5   Fax:  (202) 777-4555

6   *Attorney for Defendant Beijing Matsushita Color CRT Co., Ltd.*

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                      **SAN FRANCISCO DIVISION**

11  IN RE: CATHODE RAY TUBE (CRT)        )   Case No.: 3:07-CV-5944
    ANTITRUST LITIGATION                 )   MDL NO. 1917
12                                       )
    _____)   **DEFENDANT BEIJING MATSUSHITA**
13                                       )   **COLOR CRT CO., LTD.'S ANSWER**
    This document relates to:            )   **TO THE DIRECT PURCHASER**
14                                       )   **PLAINTIFFS' CONSOLIDATED**
    ALL ACTIONS                          )   **AMENDED COMPLAINT**
15  _____)
                                             Before the Honorable Samuel Conti
16

17          Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") states as follows for its

18  Answer in response to the Direct Purchaser Plaintiffs' ("Plaintiffs") Consolidated Amended

19  Complaint, dated March 16, 2009 (the "Complaint").  To the extent the Complaint includes

20  allegations against "Defendants" in general, BMCC's responses to the allegations relate to

21  BMCC only and to no other Defendant.  To the extent that the allegations of the Complaint relate

22  to Defendants other than BMCC, BMCC lacks knowledge or information sufficient to form a

23  belief as to their truth, and therefore denies them.  As used in this Answer, and in the interest of

24  brevity, the phrase "is without sufficient information or belief" to admit the allegations means

25  that BMCC is without knowledge or information sufficient to form a belief as to the truth of an

26  allegation of the Complaint, and denies the allegation on that basis.  BMCC denies all allegations

27  in the Complaint not specifically admitted in this Answer.  BMCC denies each and every

28

1   allegation in the Complaint's section headings and in all portions of the Complaint not contained

2   in numbered paragraphs.

3   **INTRODUCTION**

4   1.      Paragraph 1 of the Complaint contains Plaintiffs' definitions of their own terms

5   and characterization of their purported claims, to which no response is required.  BMCC

6   specifically objects to Plaintiffs' definition of "CRT Products," because this definition includes

7   products at different levels of the production chain and creates confusion, as certain defendants

8   (including BMCC) do not manufacture or sell Finished Products (such as televisions or computer

9   monitors), while other defendants do not manufacture and sell cathode ray tubes, and still other

10  defendants do not manufacture either cathode ray tubes or Finished Products.  To the extent that

11  any part of paragraph 1 is deemed to require a response, BMCC is without sufficient information

12  or belief to admit the allegations and therefore denies them.

13  2.      BMCC is without sufficient information or belief to admit the allegations in

14  paragraph 2 of the Complaint and therefore denies them.

15  3.      BMCC denies the allegations in paragraph 3 of the Complaint.

16  4.      BMCC denies the allegations in paragraph 4 of the Complaint.

17  5.      BMCC denies the allegations in paragraph 5 of the Complaint.

18  6.      BMCC denies the allegations in paragraph 6 of the Complaint.

19  7.      BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 7 of the Complaint and therefore denies them.

21  **JURISDICTION AND VENUE**

22  8.      Paragraph 8 consists of Plaintiffs' characterization of their purported claims, to

23  which no response is required.  To the extent that a response is required, BMCC denies the

24  allegations in paragraph 8 of the Complaint.

25  9.      Paragraph 9 consists of conclusions of law to which no response is required.  To

26  the extent that a response is required, BMCC denies that this Court has jurisdiction over the

27  unspecific and ill-defined conspiracy alleged by Plaintiffs absent allegations about BMCC or

28

1    BMCC's activities in the United States, therefore BMCC denies the allegations contained in

2    paragraph 9 of the Complaint.

3         10.    Paragraph 10 consists of conclusions of law to which no response is required.  To

4    the extent that a response is required, BMCC denies the allegations in paragraph 10 of the

5    Complaint.

6    **PARTIES**

7         11.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 11 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

9    that the Plaintiff identified in paragraph 11 suffered injuries as a result of any action or violation

10   of law by BMCC.

11        12.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 12 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

13   that the Plaintiff identified in paragraph 12 suffered injuries as a result of any action or violation

14   of law by BMCC.

15        13.    BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 13 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

17   that the Plaintiff identified in paragraph 13 suffered injuries as a result of any action or violation

18   of law by BMCC.

19        14.    BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 14 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

21   that the Plaintiff identified in paragraph 14 suffered injuries as a result of any action or violation

22   of law by BMCC.

23        15.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 15 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

25   that the Plaintiff identified in paragraph 15 suffered injuries as a result of any action or violation

26   of law by BMCC.

27

28

1    16.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 16 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

3    that the Plaintiff identified in paragraph 16 suffered injuries as a result of any action or violation

4    of law by BMCC.

5    17.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 17 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

7    that the Plaintiff identified in paragraph 17 suffered injuries as a result of any action or violation

8    of law by BMCC.

9    18.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 18 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

11   that the Plaintiff identified in paragraph 18 suffered injuries as a result of any action or violation

12   of law by BMCC.

13   19.    BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 19 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

15   that the Plaintiff identified in paragraph 19 suffered injuries as a result of any action or violation

16   of law by BMCC.

17   20.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 20 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

19   that the Plaintiff identified in paragraph 20 suffered injuries as a result of any action or violation

20   of law by BMCC.

21   21.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 21 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

23   that the Plaintiff identified in paragraph 21 suffered injuries as a result of any action or violation

24   of law by BMCC.

25   22.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 22 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

27

28

1  that the Plaintiff identified in paragraph 22 suffered injuries as a result of any action or violation

2  of law by BMCC.

3       23.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 23 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

5  that the Plaintiff identified in paragraph 23 suffered injuries as a result of any action or violation

6  of law by BMCC.

7       24.    BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 24 of the Complaint and therefore denies them.

9       25.    BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 25 of the Complaint and therefore denies them.

11      26.    BMCC makes no response to paragraph 26 of the Complaint because it consists of

12  a defined term to which no response is required.  To the extent that a response is required,

13  BMCC is without sufficient information or belief to admit the allegations in paragraph 26 of the

14  Complaint and therefore denies them.

15      27.    BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 27 of the Complaint and therefore denies them.

17      28.    BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 28 of the Complaint and therefore denies them.

19      29.    Paragraph 29 of the Complaint consists of a defined term to which no response is

20  required.  To the extent that a response is required, BMCC is without sufficient information or

21  belief to admit the allegations in paragraph 29 of the Complaint and therefore denies them.

22      30.    BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 30 of the Complaint and therefore denies them.

24      31.    BMCC is without sufficient information or belief to admit the allegations in

25  paragraph 31 of the Complaint and therefore denies them.

26      32.    BMCC is without sufficient information or belief to admit the allegations in

27  paragraph 32 of the Complaint and therefore denies them.

28

1      33.     BMCC is without sufficient information or belief to admit the allegations in
2  paragraph 33 of the Complaint and therefore denies them.

3      34.     BMCC is without sufficient information or belief to admit the allegations in
4  paragraph 34 of the Complaint and therefore denies them.

5      35.     BMCC is without sufficient information or belief to admit the allegations in
6  paragraph 35 of the Complaint and therefore denies them.

7      36.     BMCC is without sufficient information or belief to admit the allegations in
8  paragraph 36 of the Complaint and therefore denies them.

9      37.     BMCC is without sufficient information or belief to admit the allegations in
10  paragraph 37 of the Complaint and therefore denies them.

11      38.     BMCC is without sufficient information or belief to admit the allegations in
12  paragraph 38 of the Complaint and therefore denies them.

13      39.     BMCC is without sufficient information or belief to admit the allegations in
14  paragraph 39 of the Complaint and therefore denies them.

15      40.     Paragraph 40 of the Complaint consists of a defined term to which no response is
16  required.  To the extent that a response is required, BMCC is without sufficient information or
17  belief to admit the allegations in paragraph 40 of the Complaint and therefore denies them.

18      41.     BMCC is without sufficient information or belief to admit the allegations in
19  paragraph 41 of the Complaint and therefore denies them.

20      42.     BMCC is without sufficient information or belief to admit the allegations in
21  paragraph 42 of the Complaint and therefore denies them.

22      43.     BMCC is without sufficient information or belief to admit the allegations in
23  paragraph 43 of the Complaint and therefore denies them.

24      44.     BMCC is without sufficient information or belief to admit the allegations in
25  paragraph 44 of the Complaint and therefore denies them.

26

27

28

1   45. Paragraph 45 of the Complaint consists of a defined term to which no response is

2 required.  To the extent that a response is required, BMCC is without sufficient information or

3 belief to admit the allegations in paragraph 45 of the Complaint and therefore denies them.

4   46. BMCC is without sufficient information or belief to admit the allegations in

5 paragraph 46 of the Complaint and therefore denies them.

6   47. BMCC is without sufficient information or belief to admit the allegations in

7 paragraph 47 of the Complaint and therefore denies them.

8   48. BMCC is without sufficient information or belief to admit the allegations in

9 paragraph 48 of the Complaint and therefore denies them.

10   49. BMCC is without sufficient information or belief to admit the allegations in

11 paragraph 49 of the Complaint and therefore denies them.

12   50. Paragraph 50 of the Complaint consists of a defined term to which no response is

13 required.  To the extent that a response is required, BMCC is without sufficient information or

14 belief to admit the allegations in paragraph 50 of the Complaint and therefore denies them.

15   51. BMCC is without sufficient information or belief to admit the allegations in

16 paragraph 51 of the Complaint and therefore denies them.

17   52. BMCC is without sufficient information or belief to admit the allegations in

18 paragraph 52 of the Complaint and therefore denies them.

19   53. BMCC is without sufficient information or belief to admit the allegations in

20 paragraph 53 of the Complaint and therefore denies them.

21   54. BMCC is without sufficient information or belief to admit the allegations in

22 paragraph 54 of the Complaint and therefore denies them.

23   55. BMCC is without sufficient information or belief to admit the allegations in

24 paragraph 55 of the Complaint and therefore denies them.

25   56. BMCC is without sufficient information or belief to admit the allegations in

26 paragraph 56 of the Complaint and therefore denies them.

27

28

DEFENDANT BMCC'S ANSWER TO DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED
COMPLAINT (Case No. 07-5944-SC; MDL No. 1917)      -7-

57.     Paragraph 57 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 57 of the Complaint and therefore denies them.

58.     BMCC is without sufficient information or belief to admit the allegations in paragraph 58 of the Complaint and therefore denies them.

59.     BMCC is without sufficient information or belief to admit the allegations in paragraph 59 of the Complaint and therefore denies them.

60.     BMCC is without sufficient information or belief to admit the allegations in paragraph 60 of the Complaint and therefore denies them.

61.     BMCC is without sufficient information or belief to admit the allegations in paragraph 61 of the Complaint and therefore denies them.

62.     BMCC is without sufficient information or belief to admit the allegations in paragraph 62 of the Complaint and therefore denies them.

63.     BMCC is without sufficient information or belief to admit the allegations in paragraph 63 of the Complaint and therefore denies them.

64.     BMCC is without sufficient information or belief to admit the allegations in paragraph 64 of the Complaint and therefore denies them.

65.     BMCC is without sufficient information or belief to admit the allegations in paragraph 65 of the Complaint and therefore denies them.

66.     BMCC is without sufficient information or belief to admit the allegations in paragraph 66 of the Complaint and therefore denies them.

67.     Paragraph 67 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 67 of the Complaint and therefore denies them.

68.     BMCC is without sufficient information or belief to admit the allegations in paragraph 68 of the Complaint and therefore denies them.

69.     BMCC is without sufficient information or belief to admit the allegations in paragraph 69 of the Complaint and therefore denies them.

70.     BMCC is without sufficient information or belief to admit the allegations in paragraph 70 of the Complaint and therefore denies them.

71.     BMCC is without sufficient information or belief to admit the allegations in paragraph 71 of the Complaint and therefore denies them.

72.     BMCC is without sufficient information or belief to admit the allegations in paragraph 72 of the Complaint and therefore denies them.

73.     BMCC is without sufficient information or belief to admit the allegations in paragraph 73 of the Complaint and therefore denies them.

74.     BMCC is without sufficient information or belief to admit the allegations in paragraph 74 of the Complaint and therefore denies them.

75.     BMCC is without sufficient information or belief to admit the allegations in paragraph 75 of the Complaint and therefore denies them.

76.     BMCC is without sufficient information or belief to admit the allegations in paragraph 76 of the Complaint and therefore denies them.

77.     BMCC is without sufficient information or belief to admit the allegations in paragraph 77 of the Complaint and therefore denies them.

78.     Paragraph 78 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 78 of the Complaint and therefore denies them.

79.     BMCC is without sufficient information or belief to admit the allegations in paragraph 79 of the Complaint and therefore denies them.

80.     BMCC admits that it is a Chinese company with its principal place of business at No. 9 Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China.  BMCC denies the other allegations in paragraph 80 of the Complaint.

1

## AGENTS AND CO-CONSPIRATORS

2      81.      Paragraph 81 consists of conclusions of law to which no response is required.  To

3   the extent that a response is required, BMCC is without sufficient information or belief to admit

4   the allegations in paragraph 81 of the Complaint and therefore denies them.  BMCC specifically

5   denies that it participated in any conspiracy or acted as a co-conspirator.

6      82.      Paragraph 82 of the Complaint is Plaintiffs' characterization of their own

7   references to which no response is required.

8      83.      Paragraph 83 consists of conclusions of law to which no response is required.  To

9   the extent that a response is required, BMCC denies the allegations in paragraph 83 of the

10  Complaint.

11     84.      BMCC denies the allegations in paragraph 84 of the Complaint.

12

## CLASS ACTION ALLEGATIONS

13     85.      BMCC admits that Plaintiffs purport to bring this action as a class action on

14  behalf of the class described in paragraph 85 of the Complaint but denies that this action may be

15  maintained as a class action.  BMCC denies all other allegations contained in paragraph 85 of the

16  Complaint.

17     86.      Paragraph 86 of the Complaint consists of Plaintiffs' definition of their own terms

18  to which no response is required.  To the extent that any response is required, BMCC denies the

19  allegations in paragraph 86 of the Complaint.

20     87.      BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 87 of the Complaint and therefore denies them.

22     88.      BMCC denies the allegations in paragraph 88 of the Complaint.

23     89.      Paragraph 89 consists of conclusions of law to which no response is required.  To

24  the extent that a response is required, BMCC denies the allegations in paragraph 89 of the

25  Complaint, including all subparagraphs thereto.

26

27

28

1   90.   Paragraph 90 consists of conclusions of law to which no response is required.  To

2   the extent that a response is required, BMCC denies the allegations in paragraph 90 of the

3   Complaint.

4   91.   Paragraph 91 consists of conclusions of law to which no response is required.  To

5   the extent that a response is required, BMCC denies the allegations in paragraph 91 of the

6   Complaint.

7   92.   Paragraph 92 consists of conclusions of law to which no response is required.  To

8   the extent that a response is required, BMCC denies the allegations in paragraph 92 of the

9   Complaint.

10   93.   Paragraph 93 consists of conclusions of law to which no response is required.  To

11   the extent that a response is required, BMCC denies the allegations in paragraph 93 of the

12   Complaint.

13   94.   Paragraph 94 consists of conclusions of law to which no response is required.  To

14   the extent that a response is required, BMCC denies the allegations in paragraph 94 of the

15   Complaint.

16   95.   Paragraph 95 consists of conclusions of law to which no response is required.  To

17   the extent that a response is required, BMCC denies the allegations in paragraph 95 of the

18   Complaint.

19   **TRADE AND COMMERCE**

20   96.   BMCC denies the allegations in paragraph 96 of the Complaint.

21   97.   BMCC denies the allegations in paragraph 97 of the Complaint.

22   98.   BMCC denies the allegations in paragraph 98 of the Complaint.

23   **FACTUAL ALLEGATIONS**

24   99.   BMCC admits that paragraph 99 of the Complaint purports to contain descriptions

25   of CRT technology.  BMCC denies that paragraph 99 describes CRT technology completely and

26   accurately.  BMCC denies the remaining allegations contained in paragraph 99.

27

28

1    100.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 100 of the Complaint and therefore denies them.

3    101.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 101 of the Complaint and therefore denies them.

5    102.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 102 of the Complaint and therefore denies them.

7    103.    BMCC admits that paragraph 103 of the Complaint purports to contain

8    descriptions of CRT technology.  BMCC denies that paragraph 103 describes CRT technology

9    completely and accurately.  BMCC denies the remaining allegations contained in paragraph 103.

10   104.    BMCC is without sufficient information or belief to admit the allegations in

11   paragraph 104 of the Complaint and therefore denies them.

12   105.    BMCC is without sufficient information or belief to admit the allegations in

13   paragraph 105 of the Complaint and therefore denies them.

14   106.    BMCC is without sufficient information or belief to admit the allegations in

15   paragraph 106 of the Complaint and therefore denies them.

16   107.    BMCC is without sufficient information or belief to admit the allegations in

17   paragraph 107 of the Complaint and therefore denies them.

18   108.    BMCC is without sufficient information or belief to admit the allegations in

19   paragraph 108 of the Complaint and therefore denies them.

20   109.    BMCC is without sufficient information or belief to admit the allegations in

21   paragraph 109 of the Complaint and therefore denies them.

22   110.    BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 110 of the Complaint and therefore denies them.

24   111.    BMCC is is without sufficient information or belief to admit the allegations in the

25   first sentence of paragraph 111 of the Complaint and therefore denies them.  BMCC denies the

26   remaining allegations in paragraph 111 of the Complaint.

27

28

112.   BMCC is without sufficient information or belief to admit the allegations in paragraph 112 of the Complaint and therefore denies them.

113.   BMCC is without sufficient information or belief to admit the allegations in paragraph 113 of the Complaint and therefore denies them.

114.   BMCC denies the allegations in paragraph 114 of the Complaint.

115.   BMCC is without sufficient information or belief to admit the allegations in paragraph 115 of the Complaint and therefore denies them.

116.   BMCC is without sufficient information or belief to admit the allegations in paragraph 116 of the Complaint and therefore denies them.

117.   BMCC is without sufficient information or belief to admit the allegations in paragraph 117 of the Complaint and therefore denies them.

118.   BMCC is without sufficient information or belief to admit the allegations in paragraph 118 of the Complaint and therefore denies them.

119.   BMCC is without sufficient information or belief to admit the allegations in paragraph 119 of the Complaint and therefore denies them.

120.   BMCC is without sufficient information or belief to admit the allegations in paragraph 120 of the Complaint and therefore denies them.

121.   BMCC is without sufficient information or belief to admit the allegations in paragraph 121 of the Complaint and therefore denies them.

122.   BMCC is without sufficient information or belief to admit the allegations in paragraph 122 of the Complaint and therefore denies them.

123.   BMCC is without sufficient information or belief to admit the allegations in paragraph 123 of the Complaint and therefore denies them.

124.   BMCC is without sufficient information or belief to admit the allegations in paragraph 124 of the Complaint and therefore denies them.

125.   BMCC is without sufficient information or belief to admit the allegations in paragraph 125 of the Complaint and therefore denies them.

1      126.    BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 126 of the Complaint and therefore denies them.

3      127.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 127 of the Complaint and therefore denies them.

5      128.    BMCC is without sufficient information or belief to admit the allegations in

6  paragraph 128 of the Complaint and therefore denies them.

7      129.    BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 129 of the Complaint and therefore denies them.

9      130.    BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 130 of the Complaint and therefore denies them.

11      131.    BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 131 of the Complaint and therefore denies them.

13      132.    BMCC is without sufficient information or belief to admit the allegations in

14  paragraph 132 of the Complaint and therefore denies them.

15      133.    BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 133 of the Complaint and therefore denies them.

17      134.    BMCC denies the allegations in paragraph 134 of the Complaint.

18      135.    BMCC denies the allegations in paragraph 135 of the Complaint.

19      136.    BMCC denies the allegations in paragraph 136 of the Complaint.

20      137.    BMCC denies the allegations in paragraph 137 of the Complaint.

21      138.    BMCC denies the allegations in paragraph 138 of the Complaint.

22      139.    BMCC denies the allegations in paragraph 139 of the Complaint.

23      140.    BMCC denies the allegations in paragraph 140 of the Complaint.

24      141.    BMCC denies the allegations in paragraph 141 of the Complaint, including all

25  subparagraphs thereto.

26      142.    BMCC denies the allegations in paragraph 142 of the Complaint.

27      143.    BMCC denies the allegations in paragraph 143 of the Complaint.

28

1    144.    BMCC denies the allegations in paragraph 144 of the Complaint.

2    145.    BMCC denies the allegations in paragraph 145 of the Complaint.

3    146.    BMCC denies the allegations in paragraph 146 of the Complaint.

4    147.    BMCC denies the allegations in paragraph 147 of the Complaint.

5    148.    BMCC denies the allegations in paragraph 148 of the Complaint.

6    149.    BMCC denies the allegations in paragraph 149 of the Complaint.

7    150.    BMCC denies the allegations in paragraph 150 of the Complaint.

8    151.    BMCC denies the allegations in paragraph 151 of the Complaint.

9    152.    BMCC denies the allegations in paragraph 152 of the Complaint.

10    153.    BMCC denies the allegations in paragraph 153 of the Complaint.

11    154.    Paragraph 154 of the Complaint contains Plaintiffs' characterization of their own

12    terms to which no response is required.  BMCC denies the remaining allegations in paragraph

13    154 of the Complaint.

14    155.    BMCC is without sufficient information or belief to admit the allegations in

15    paragraph 155 of the Complaint and therefore denies them.

16    156.    BMCC is without sufficient information or belief to admit the allegations in

17    paragraph 156 of the Complaint and therefore denies them.

18    157.    BMCC is without sufficient information or belief to admit the allegations in

19    paragraph 157 of the Complaint and therefore denies them.

20    158.    BMCC is without sufficient information or belief to admit the allegations in

21    paragraph 158 of the Complaint and therefore denies them.

22    159.    BMCC is without sufficient information or belief to admit the allegations in

23    paragraph 159 of the Complaint and therefore denies them.

24    160.    BMCC is without sufficient information or belief to admit the allegations in

25    paragraph 160 of the Complaint and therefore denies them.

26    161.    BMCC is without sufficient information or belief to admit the allegations in

27    paragraph 161 of the Complaint and therefore denies them.

28

1    162.    BMCC is without sufficient information or belief to admit the allegations in
2    paragraph 162 of the Complaint and therefore denies them.

3    163.    BMCC is without sufficient information or belief to admit the allegations in
4    paragraph 163 of the Complaint and therefore denies them.

5    164.    BMCC is without sufficient information or belief to admit the allegations in
6    paragraph 164 of the Complaint and therefore denies them.

7    165.    BMCC is without sufficient information or belief to admit the allegations in
8    paragraph 165 of the Complaint and therefore denies them.

9    166.    BMCC is without sufficient information or belief to admit the allegations in
10   paragraph 166 of the Complaint and therefore denies them.

11   167.    BMCC is without sufficient information or belief to admit the allegations in
12   paragraph 167 of the Complaint and therefore denies them.

13   168.    BMCC is without sufficient information or belief to admit the allegations in
14   paragraph 168 of the Complaint and therefore denies them.

15   169.    BMCC is without sufficient information or belief to admit the allegations in
16   paragraph 169 of the Complaint and therefore denies them.

17   170.    BMCC is without sufficient information or belief to admit the allegations in
18   paragraph 170 of the Complaint and therefore denies them.

19   171.    BMCC is without sufficient information or belief to admit the allegations in
20   paragraph 171 of the Complaint and therefore denies them.

21   172.    BMCC is without sufficient information or belief to admit the allegations in
22   paragraph 172 of the Complaint and therefore denies them.

23   173.    BMCC denies the allegations in paragraph 173 of the Complaint.

24   174.    BMCC is without sufficient information or belief to admit the allegations in
25   paragraph 174 of the Complaint and therefore denies them.

26   175.    BMCC is without sufficient information or belief to admit the allegations in
27   paragraph 175 of the Complaint and therefore denies them.

28

1    176.    BMCC denies the allegations in the first sentence of paragraph 176 of the

2  Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

3  in paragraph 176 of the Complaint and therefore denies them.

4    177.    BMCC is without sufficient information or belief to admit the allegations in

5  paragraph 177 of the Complaint and therefore denies them.

6    178.    BMCC is without sufficient information or belief to admit the allegations in

7  paragraph 178 of the Complaint and therefore denies them.

8    179.    BMCC denies the allegations in paragraph 179 of the Complaint.

9    180.    BMCC denies the allegations in paragraph 180 of the Complaint.

10    181.    BMCC admits that it is located in China.  BMCC denies the other allegations in

11  paragraph 181 of the Complaint.

12    182.    BMCC is without sufficient information or belief to admit the allegations in

13  paragraph 182 of the Complaint and therefore denies them.

14    183.    BMCC is without sufficient information or belief to admit the allegations in

15  paragraph 183 of the Complaint and therefore denies them.

16    184.    BMCC is without sufficient information or belief to admit the allegations in

17  paragraph 184 of the Complaint and therefore denies them.

18    185.    BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 185 of the Complaint and therefore denies them.

20    186.    BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 186 of the Complaint and therefore denies them.

22    187.    BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 187 of the Complaint and therefore denies them.

24    188.    BMCC denies the allegations in paragraph 188 of the Complaint.

25    189.    BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 189 of the Complaint and therefore denies them.

27

28

190.   BMCC is without sufficient information or belief to admit the allegations in paragraph 190 of the Complaint and therefore denies them.

191.   BMCC is without sufficient information or belief to admit the allegations in the first and second sentences of paragraph 191 and therefore denies them.  BMCC denies the remaining allegations in paragraph 191 of the Complaint.

192.   BMCC is without sufficient information or belief to admit the allegations in paragraph 192 of the Complaint and therefore denies them.

193.   BMCC denies the allegations in paragraph 193 of the Complaint.

194.   BMCC is without sufficient information or belief to admit the allegations in paragraph 194 of the Complaint and therefore denies them.

195.   BMCC is without sufficient information or belief to admit the allegations in paragraph 195 of the Complaint and therefore denies them.

196.   BMCC is without sufficient information or belief to admit the allegations in paragraph 196 of the Complaint and therefore denies them.

197.   BMCC denies the allegations in paragraph 197 of the Complaint.

198.   Paragraph 198 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 198 of the Complaint, including all subparagraphs thereto.

199.   Paragraph 199 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 199 of the Complaint.

200.   Paragraph 200 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 200 of the Complaint.

201.   Paragraph 201 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 201 of the Complaint.

1    202.    Paragraph 202 consists of conclusions of law to which no response is required.

2    To the extent that a response is required, BMCC denies the allegations in paragraph 202 of the

3    Complaint.

4    203.    Paragraph 203 consists of conclusions of law to which no response is required.

5    To the extent that a response is required, BMCC denies the allegations in paragraph 203 of the

6    Complaint.

7    204.    Paragraph 204 consists of conclusions of law to which no response is required.

8    To the extent that a response is required, BMCC denies the allegations in paragraph 204 of the

9    Complaint.

10    205.    BMCC denies the allegations in paragraph 205 of the Complaint.

11    206.    BMCC denies the allegations in paragraph 206 of the Complaint.

12    207.    BMCC denies the allegations in paragraph 207 of the Complaint.

13    208.    BMCC denies the allegations in paragraph 208 of the Complaint.

14    209.    BMCC is without sufficient information or belief to admit the allegations in

15    paragraph 209 of the Complaint and therefore denies them.

16    210.    BMCC is without sufficient information or belief to admit the allegations in

17    paragraph 210 of the Complaint and therefore denies them.

18    211.    BMCC denies the allegations in paragraph 211 of the Complaint.

19    212.    BMCC denies the allegations in paragraph 212 of the Complaint.

20    **CLAIM FOR VIOLATIONS OF 15 U.S.C. § 1**

21    213.    In response to paragraph 213 of the Complaint, BMCC restates its responses to

22    paragraphs 1 through 212.

23    214.    BMCC denies the allegations in paragraph 214 of the Complaint.

24    215.    BMCC denies the allegations in paragraph 215 of the Complaint.

25    216.    BMCC denies the allegations in paragraph 216 of the Complaint.

26    217.    BMCC denies the allegations in paragraph 217 of the Complaint.

27    218.    BMCC denies the allegations in paragraph 218 of the Complaint.

28

1    219.    BMCC denies the allegations in paragraph 219 of the Complaint.

2    220.    BMCC denies the allegations in paragraph 220 of the Complaint, including all

3    subparagraphs thereto.

4    221.    BMCC denies the allegations in paragraph 221 of the Complaint.

5                                **DAMAGES**

6    222.    BMCC denies the allegations in paragraph 222 of the Complaint.

7                            **PRAYER FOR RELIEF**

8    Plaintiffs' Prayer for Relief does not contain allegations of fact or law that require a

9    response from BMCC; however, to the extent that a response is required, BMCC denies the

10   allegations in the Prayer for Relief and denies that the relief sought by Plaintiffs and class

11   certification is appropriate or available.

12                          **JURY TRIAL DEMANDED**

13   Plaintiffs' request for a jury trial does not contain allegations of fact or law that require a

14   response from BMCC.

15                                **DEFENSES**

16   Without assuming any burden of proof that it otherwise would not bear under applicable

17   law, BMCC asserts the following defenses to each and every cause of action alleged in the

18   Complaint:

19                              **FIRST DEFENSE**

20   Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

21                             **SECOND DEFENSE**

22   Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

23   are barred, in whole or in part, by applicable statute(s) of limitations.

24                              **THIRD DEFENSE**

25   Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

26   are barred, in whole or in part, by the doctrine(s) of unclean hands, in pari delicto and equal

27   responsibility.

28

DEFENDANT BMCC'S ANSWER TO DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED
COMPLAINT (Case No. 07-5944-SC; MDL No. 1917)                                        -20-

**FOURTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

**FIFTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, by the doctrine of laches.

**SIXTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or otherwise unauthorized.

**SEVENTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because Plaintiffs lack standing to assert them individually or as a class.

**EIGHTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

**NINTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient particularity.

**TENTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because Plaintiffs did not detrimentally rely upon any deceptive conduct as alleged in the Complaint.

**ELEVENTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because Plaintiffs and others alleged to be members of the putative class(es) have not suffered any injury in fact or damages as a result of the allegations in the Complaint.

**TWELFTH DEFENSE**

To the extent that Plaintiffs and others alleged to be members of the putative class(es) purport to have suffered injury or damages, the fact of which BMCC specifically denies, BMCC avers that any such purported injury or damages was not by reason of, or proximately caused by, any act, conduct or omission of BMCC.

**THIRTEENTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because Plaintiffs have not suffered actual, cognizable antitrust injury of the type the antitrust laws are intended to remedy.

**FOURTEENTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because the alleged damages are too speculative and uncertain, and cannot be practicably ascertained or allocated.

**FIFTEENTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because the alleged conduct of BMCC that is the subject of the Complaint either occurred outside the jurisdiction of the Court or was neither directed to nor affected persons, entities, trade or commerce in the United States, or both.

**SIXTEENTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a. The conduct alleged by Plaintiffs in the Complaint to form the basis of certain of Plaintiffs'

1   claims has not had a direct, substantial, and reasonably foreseeable effect on trade or commerce

2   with the United States.

3   ### SEVENTEENTH DEFENSE

4   Plaintiffs may not assert causes of action on behalf of the putative class because their

5   claims are not typical of those of the putative class.  For this reason, among others, Plaintiffs

6   cannot adequately represent the putative class.

7   ### EIGHTEENTH DEFENSE

8   Plaintiffs and others alleged to be members of the putative class(es) are precluded from

9   recovering damages, in whole or in part, because of and to the extent of their failure to mitigate

10  damages, if any.

11  ### NINETEENTH DEFENSE

12  Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

13  are barred, in whole or in part, for failure to join indispensable parties.

14  ### TWENTIETH DEFENSE

15  Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom

16  BMCC had no control.  The acts of such third parties constitute intervening or superseding

17  causes of harm, if any, suffered by Plaintiffs.

18  ### TWENTY-FIRST DEFENSE

19  Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

20  are barred, in whole or in part, because any action or omission by or on behalf of BMCC alleged

21  in the Complaint was reasonable, justified, and was taken in pursuit of its own independent,

22  legitimate business and economic interests, without any purpose or intent to injure competition.

23  ### TWENTY-SECOND DEFENSE

24  Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

25  are barred, in whole or in part, because the conduct of BMCC that is the subject of the Complaint

26  did not unreasonably restrain competition or lessen competition in any relevant market and

27

28

1   Plaintiffs have failed to allege or properly define any relevant market for the purpose of asserting

2   a claim against BMCC.

### TWENTY-THIRD DEFENSE

4          Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

5   are barred, in whole or in part, to the extent they are based on alleged acts, conduct, or statements

6   that are specifically permitted by law.

### TWENTY-FOURTH DEFENSE

8          Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

9   are barred, in whole or in part, to the extent such claims are inconsistent with applicable federal

10  laws.

### TWENTY-FIFTH DEFENSE

12         Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive

13  relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the

14  requisite showing of threatened harm or continuing harm.

### TWENTY-SIXTH DEFENSE

16         The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs and/or

17  certain members of the putative classes would be unjustly enriched if they were allowed to

18  recover any part of the damages alleged in the Complaint.

### TWENTY-SEVENTH DEFENSE

20         The claims of any putative direct purchaser class member who did not buy CRT tubes

21  and/or finished products directly from defendants are barred because such putative plaintiffs are

22  indirect purchasers.

### TWENTY-EIGHTH DEFENSE

24         To the extent that any actionable conduct occurred, Plaintiffs' claims and claims of any

25  putative class members against BMCC are barred because all such conduct would have been

26  committed by individuals acting *ultra vires*.

27

28

1

### TWENTY-NINTH DEFENSE

2    Plaintiffs' claims and the claims of any putative class members against BMCC are barred

3 to the extent that they have agreed to arbitration or chosen a different forum for the resolution of

4 their claims.

5

### THIRTIETH DEFENSE

6    Plaintiffs' claims and the claims of any putative class members are barred, in whole or in

7 part, because they cannot be maintained as a class action.

8

### THIRTY-FIRST DEFENSE

9    The relief sought by Plaintiffs is barred, in whole or in part, because any and all injuries

10 alleged in the Complaint, the fact and extent of which BMCC specifically denies, were directly

11 and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs,

12 certain members of the putative classes, and/or third parties or entities, other than BMCC.

13

### THIRTY-SECOND DEFENSE

14    Plaintiffs' claims and claims of any putative class members are barred, in whole or in

15 part, to the extent that they did not purchase CRT products directly from defendants, because

16 they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 1 for

17 alleged injuries in that capacity.

18

### THIRTY-THIRD DEFENSE

19    Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or

20 confirmation of any and all conduct and/or omissions alleged as to BMCC.

21

### THIRTY-FOURTH DEFENSE

22    Plaintiffs' claims are barred because the Court lacks personal jurisdiction over BMCC.

23

### THIRTY-FIFTH DEFENSE

24    Without admitting that Plaintiffs are entitled to recover damages in this matter, BMCC is

25 entitled to set off from any recovery Plaintiffs may obtain against BMCC by any other

26 Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

27

28

**THIRTY-SIXTH DEFENSE**

Plaintiffs' claims are barred due to uncertainty and vagueness and because their claims are ambiguous and/or unintelligible.  BMCC avers that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit BMCC to ascertain what other defenses may exist.

**THIRTY-SEVENTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because the alleged conduct of BMCC involved or was caused by, due to, compelled by, based upon, or in response to directives, laws, regulations, policies, and/or acts of foreign states, foreign governments, foreign governmental agencies and entities, and/or foreign regulatory agencies.

**THIRTY-EIGHTH DEFENSE**

Plaintiffs' claims or causes of action should be dismissed to the extent that they are barred, in whole or in part, by the doctrine of *Noerr-Pennington*.

**THIRTY-NINTH DEFENSE**

This Court should not adjudicate Plaintiffs' claims or the claims of others alleged to be members of the putative class(es) for prudential considerations including international comity.

**FORTIETH DEFENSE**

The relief sought by Plaintiffs is barred, in whole or in part, because any alleged conduct of BMCC occurred outside of the jurisdiction of the Court.

**FORTY-FIRST DEFENSE**

Plaintiffs' claims are barred to the extent that they are based on conduct beyond the territorial reach of the laws or courts of the United States.

**FORTY-SECOND DEFENSE**

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

1

### FORTY-THIRD DEFENSE

2       The injunctive relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs

3   and/or certain members of the putative classes have available an adequate remedy at law.

4

### FORTY-FOURTH DEFENSE

5       BMCC adopts and incorporates by reference any applicable defense asserted or to be

6   asserted by any other Defendant in this proceeding not otherwise expressly set forth herein

7   insofar as the defense(s) may be properly asserted by BMCC.

8

### FORTY-FIFTH DEFENSE

9       BMCC has not knowingly or intentionally waived any applicable defense(s) and hereby

10  reserves the right to amend or supplement its Answer and to assert and rely on any other

11  defenses as and if they become available.  BMCC further reserves the right to delete defenses

12  that it determines are not applicable.

13

14  WHEREFORE, BMCC prays that:

15  1.      The Court dismiss with prejudice the Direct Purchaser Plaintiffs' Consolidated Amended

16  Complaint;

17  2.      Plaintiffs recover no relief of any kind against defendant BMCC;

18  3.      The Court award defendant BMCC its attorneys' fees and all other costs reasonably

19  incurred in defense of this action; and

20  4.      The Court award to defendant BMCC such other relief as it may deem just and proper.

21  Dated:  April 29, 2010                    FRESHFIELDS BRUCKHAUS
                                              DERINGER US LLP
22
                                              By:/s/ *Terry Calvani*
23                                            Terry Calvani (CA Bar No. 53260)
                                                 Freshfields Bruckhaus Deringer
24                                                US LLP
                                              Email: terry.calvani@freshfields.com
25                                            701 Pennsylvania Avenue NW, Suite 600
                                              Washington, DC  20004
26                                            Tel: (202) 777-4505
                                              Fax: (202) 777-4555
27

28

1

### CERTIFICATE OF SERVICE

2       I, Terry Calvani, declare that I am over the age of eighteen (18) and not a party to the

3 within action.  I am counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701

4 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

5       On April 29, 2010, I caused a copy of the **DEFENDANT BEIJING MATSUSHITA**

6 **COLOR CRT CO., LTD.'S ANSWER TO THE DIRECT PURCHASER PLAINTIFFS'**

7 **CONSOLIDATED AMENDED COMPLAINT** to be filed electronically via the Court's

8 Electronic Case Filing System, which constitutes service in this action pursuant to the Court's

9 order of September 29, 2008.

10

11 Dated:  April 29, 2010                    FRESHFIELDS BRUCKHAUS
                                            DERINGER US LLP
12
                                            By:/s/ *Terry Calvani*
13                                          Terry Calvani (CA Bar No. 53260)
                                               Freshfields Bruckhaus Deringer
14                                              US LLP
                                            Email: terry.calvani@freshfields.com
15                                          701 Pennsylvania Avenue NW, Suite 600
                                            Washington, DC  20004
16                                          Tel: (202) 777-4505
                                            Fax: (202) 777-4555
17
                                            ***Attorney for Defendant Beijing***
18                                          ***Matsushita Color CRT Co., Ltd.***

19

20

21

22

23

24

25

26

27

28