1  Terry Calvani (53260)
**FRESHFIELDS BRUCKHAUS DERINGER**
2  **US LLP**
Email: terry.calvani@freshfields.com
3  701 Pennsylvania Avenue, NW
Suite 600
4  Washington, DC  20004
Tel:  (202) 777-4505
5  Fax:  (202) 777-4555

6  *Attorney for Defendant Beijing Matsushita*
*Color CRT Co., Ltd.*

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11  IN RE: CATHODE RAY TUBE (CRT)      )   Case No.: 3:07-CV-5944
ANTITRUST LITIGATION                        )   MDL NO. 1917
12                                                              )
_____ )   **DEFENDANT BEIJING MATSUSHITA**
13                                                              )   **COLOR CRT CO., LTD.'S ANSWER**
This document relates to:                     )   **TO THE INDIRECT PURCHASER**
14                                                              )   **PLAINTIFFS' CONSOLIDATED**
ALL ACTIONS                                       )   **AMENDED COMPLAINT**
15  _____ )
                                                                    Before the Honorable Samuel Conti
16

17          Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") states as follows for its

18  Answer in response to the Indirect Purchaser Plaintiffs' ("Plaintiffs") Consolidated Amended

19  Complaint, dated March 16, 2009 (the "Complaint").  To the extent the Complaint includes

20  allegations against "Defendants" in general, BMCC's responses to the allegations relate to

21  BMCC only and to no other Defendant.  To the extent that the allegations of the Complaint relate

22  to Defendants other than BMCC, BMCC lacks knowledge or information sufficient to form a

23  belief as to their truth, and therefore denies them.  As used in this Answer, and in the interest of

24  brevity, the phrase "is without sufficient information or belief" to admit the allegations means

25  that BMCC is without knowledge or information sufficient to form a belief as to the truth of an

26  allegation of the Complaint, and denies the allegation on that basis.  BMCC denies all allegations

27  in the Complaint not specifically admitted in this Answer.  BMCC denies each and every

28

1    allegation in the Complaint's section headings and in all portions of the Complaint not contained

2    in numbered paragraphs.

3          BMCC responds to the Complaint in accordance with Judge Samuel Conti's March 30,

4    2010 Order Dismissing in Part and Denying in Part Defendants' Motions to Dismiss, in which,

5    *inter alia*, the Court (a) dismissed Plaintiffs' state law claims under the antitrust laws of

6    Nebraska based on sales made prior to July 20, 2002, and Nevada based on sales made prior to

7    the 1999 date of Nevada's repealer statute; (b) dismissed Plaintiffs' state consumer protection

8    and unfair competition claims under the Massachusetts Consumer Protection Act, with leave to

9    amend, and the Rhode Island Unfair Trade Practices and Consumer Protection Act; and (c)

10   dismissed Plaintiffs' unjust enrichment claims under Kansas' common law of unjust enrichment.

11                                        **INTRODUCTION**

12        1.      The first sentence of paragraph 1 of the Complaint contains Plaintiffs' definitions

13   of their own terms and characterization of their purported claims, to which no response is

14   required.  BMCC specifically object to Plaintiffs' definition of **"CRT Products,"** because this

15   definition includes products at different levels of the production chain and creates confusion, as

16   certain defendants (including BMCC) do not manufacture or sell Finished Products (such as

17   televisions or computer monitors), while other defendants do not manufacture and sell cathode

18   ray tubes, and still other defendants do not manufacture either cathode ray tubes or Finished

19   Products.  To the extent that the first sentence of paragraph 1 is deemed to require a response,

20   BMCC denies the allegations.  BMCC denies the remaining allegations in paragraph 1 of the

21   Complaint.

22        2.      BMCC denies the allegations in paragraph 2 of the Complaint.

23        3.      BMCC denies the allegations in paragraph 3 of the Complaint.

24        4.      BMCC is without information sufficient to admit the allegations in paragraph 4 of

25   the Complaint and therefore denies them.

26

27

28

**JURISDICTION AND VENUE**

5.      Paragraph 5 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 5.

6.      Paragraph 6 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies that this Court has jurisdiction over the unspecific and ill-defined conspiracy alleged by Plaintiffs absent allegations about BMCC or BMCC's activities in the United States, therefore BMCC denies the allegations contained in paragraph 6 of the Complaint.

7.      Paragraph 7 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies that this Court has jurisdiction over the unspecific and world-wide conspiracy alleged by Plaintiffs absent allegations about BMCC or BMCC's activities in the United States, therefore BMCC denies the allegations contained in paragraph 7 of the Complaint.

8.      Paragraph 8 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 8 of the Complaint.

9.      Paragraph 9 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 9 of the Complaint.

10.     Paragraph 10 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 10 of the Complaint, including all subparagraphs thereto.

11.     Paragraph 11 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 11 of the Complaint.

1    12.    Paragraph 12 consists of conclusions of law to which no response is required.  To

2    the extent that a response is required, BMCC denies the allegations in paragraph 12 of the

3    Complaint.

4                                        **DEFINITIONS**

5    13.    Paragraph 13 of the Complaint consists of Plaintiffs' definition of their own terms

6    to which no response is required.  To the extent that a response is required, BMCC denies the

7    allegations in paragraph 13 of the Complaint.

8    14.    Paragraph 14 of the Complaint consists of Plaintiffs' definition of their own terms

9    to which no response is required.  To the extent that a response is required, BMCC denies the

10   allegations in paragraph 14 of the Complaint.

11   15.    Paragraph 15 of the Complaint consists of Plaintiffs' definition of their own terms

12   to which no response is required.  To the extent that a response is required, BMCC denies the

13   allegations in paragraph 15 of the Complaint.

14   16.    Paragraph 16 of the Complaint consists of Plaintiffs' definition of their own terms

15   to which no response is required.  To the extent that a response is required, BMCC denies the

16   allegations in paragraph 16 of the Complaint.

17   17.    Paragraph 17 of the Complaint consists of Plaintiffs' definition of their own terms

18   to which no response is required.  To the extent that a response is required, BMCC denies the

19   allegations in paragraph 17 of the Complaint.

20   18.    Paragraph 18 of the Complaint consists of Plaintiffs' definition of their own terms

21   to which no response is required.  To the extent that a response is required, BMCC denies the

22   allegations in paragraph 18 of the Complaint.

23                                         **PLAINTIFFS**

24   19.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 19 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

26   that the Plaintiff identified in paragraph 19 suffered injuries as a result of any action or violation

27   of law by BMCC.

28

DEFENDANT BMCC'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED
COMPLAINT (Case No. 07-5944-SC; MDL No. 1917)                                                    -4-

1    20.    BMCC is without sufficient information or belief to admit the allegations in
2  paragraph 20 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies
3  that the Plaintiff identified in paragraph 20 suffered injuries as a result of any action or violation
4  of law by BMCC.

5    21.    BMCC is without sufficient information or belief to admit the allegations in
6  paragraph 21 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies
7  that the Plaintiff identified in paragraph 21 suffered injuries as a result of any action or violation
8  of law by BMCC.

9    22.    BMCC is without sufficient information or belief to admit the allegations in
10  paragraph 22 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies
11  that the Plaintiff identified in paragraph 22 suffered injuries as a result of any action or violation
12  of law by BMCC.

13    23.    BMCC is without sufficient information or belief to admit the allegations in
14  paragraph 23 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies
15  that the Plaintiff identified in paragraph 23 suffered injuries as a result of any action or violation
16  of law by BMCC.

17    24.    BMCC is without sufficient information or belief to admit the allegations in
18  paragraph 24 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies
19  that the Plaintiff identified in paragraph 24 suffered injuries as a result of any action or violation
20  of law by BMCC.

21    25.    BMCC is without sufficient information or belief to admit the allegations in
22  paragraph 25 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies
23  that the Plaintiff identified in paragraph 25 suffered injuries as a result of any action or violation
24  of law by BMCC.

25    26.    BMCC is without sufficient information or belief to admit the allegations in
26  paragraph 26 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

27

28

1   that the Plaintiff identified in paragraph 26 suffered injuries as a result of any action or violation

2   of law by BMCC.

3         27.     BMCC is without sufficient information or belief to admit the allegations in

4   paragraph 27 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

5   that the Plaintiff identified in paragraph 27 suffered injuries as a result of any action or violation

6   of law by BMCC.

7         28.     BMCC is without sufficient information or belief to admit the allegations in

8   paragraph 28 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

9   that the Plaintiff identified in paragraph 28 suffered injuries as a result of any action or violation

10  of law by BMCC.

11        29.     BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 29 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

13  that the Plaintiff identified in paragraph 29 suffered injuries as a result of any action or violation

14  of law by BMCC.

15        30.     BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 30 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

17  that the Plaintiff identified in paragraph 30 suffered injuries as a result of any action or violation

18  of law by BMCC.

19        31.     BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 31 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

21  that the Plaintiff identified in paragraph 31 suffered injuries as a result of any action or violation

22  of law by BMCC.

23        32.     BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 32 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

25  that the Plaintiff identified in paragraph 32 suffered injuries as a result of any action or violation

26  of law by BMCC.

27

28

1    33.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 33 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

3    that the Plaintiff identified in paragraph 33 suffered injuries as a result of any action or violation

4    of law by BMCC.

5    34.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 34 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

7    that the Plaintiff identified in paragraph 34 suffered injuries as a result of any action or violation

8    of law by BMCC.

9    35.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 35 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

11   that the Plaintiff identified in paragraph 35 suffered injuries as a result of any action or violation

12   of law by BMCC.

13   36.    BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 36 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

15   that the Plaintiff identified in paragraph 36 suffered injuries as a result of any action or violation

16   of law by BMCC.

17   37.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 37 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

19   that the Plaintiff identified in paragraph 37 suffered injuries as a result of any action or violation

20   of law by BMCC.

21   38.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 38 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

23   that the Plaintiff identified in paragraph 38 suffered injuries as a result of any action or violation

24   of law by BMCC.

25   39.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 39 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

27

28

1    that the Plaintiff identified in paragraph 39 suffered injuries as a result of any action or violation

2    of law by BMCC.

3          40.     BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 40 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

5    that the Plaintiff identified in paragraph 40 suffered injuries as a result of any action or violation

6    of law by BMCC.

7          41.     BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 41 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

9    that the Plaintiff identified in paragraph 41 suffered injuries as a result of any action or violation

10   of law by BMCC.

11         42.     BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 42 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

13   that the Plaintiff identified in paragraph 42 suffered injuries as a result of any action or violation

14   of law by BMCC.

15         43.     BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 43 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

17   that the Plaintiff identified in paragraph 43 suffered injuries as a result of any action or violation

18   of law by BMCC.

19         44.     BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 44 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

21   that the Plaintiff identified in paragraph 44 suffered injuries as a result of any action or violation

22   of law by BMCC.

23         45.     BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 45 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

25   that the Plaintiff identified in paragraph 45 suffered injuries as a result of any action or violation

26   of law by BMCC.

27

28

46.     BMCC is without sufficient information or belief to admit the allegations in paragraph 46 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 46 suffered injuries as a result of any action or violation of law by BMCC.

47.     BMCC is without sufficient information or belief to admit the allegations in paragraph 47 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 47 suffered injuries as a result of any action or violation of law by BMCC.

48.     BMCC is without sufficient information or belief to admit the allegations in paragraph 48 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 48 suffered injuries as a result of any action or violation of law by BMCC.

49.     BMCC is without sufficient information or belief to admit the allegations in paragraph 49 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 49 suffered injuries as a result of any action or violation of law by BMCC.

**DEFENDANTS**

50.     BMCC is without sufficient information or belief to admit the allegations in paragraph 50 of the Complaint and therefore denies them.

51.     BMCC is without sufficient information or belief to admit the allegations in paragraph 51 of the Complaint and therefore denies them.

52.     BMCC is without sufficient information or belief to admit the allegations in paragraph 52 of the Complaint and therefore denies them.

53.     Paragraph 53 of the Complaint consists of Plaintiffs' definition of their own terms to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 53 of the Complaint and therefore denies them.

1         54.     BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 54 of the Complaint and therefore denies them.

3         55.     BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 55 of the Complaint and therefore denies them.

5         56.     BMCC is without sufficient information or belief to admit the allegations in

6  paragraph 56 of the Complaint and therefore denies them.

7         57.     BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 57 of the Complaint and therefore denies them.

9         58.     BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 58 of the Complaint and therefore denies them.

11         59.     BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 59 of the Complaint and therefore denies them.

13         60.     Paragraph 60 of the Complaint consists of Plaintiffs' definition of their own terms

14  to which no response is required.  To the extent that a response is required, BMCC is without

15  sufficient information or belief to admit the allegations in paragraph 60 of the Complaint and

16  therefore denies them.

17         61.     BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 61 of the Complaint and therefore denies them.

19         62.     BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 62 of the Complaint and therefore denies them.

21         63.     BMCC is without sufficient information or belief to admit the allegations in

22  paragraph 63 of the Complaint and therefore denies them.

23         64.     BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 64 of the Complaint and therefore denies them.

25         65.     BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 65 of the Complaint and therefore denies them.

27

28

66.     BMCC is without sufficient information or belief to admit the allegations in paragraph 66 of the Complaint and therefore denies them.

67.     BMCC is without sufficient information or belief to admit the allegations in paragraph 67 of the Complaint and therefore denies them.

68.     BMCC is without sufficient information or belief to admit the allegations in paragraph 68 of the Complaint and therefore denies them.

69.     BMCC is without sufficient information or belief to admit the allegations in paragraph 69 of the Complaint and therefore denies them.

70.     BMCC is without sufficient information or belief to admit the allegations in paragraph 70 of the Complaint and therefore denies them.

71.     Paragraph 71 of the Complaint consists of Plaintiffs' definition of their own terms to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 71 of the Complaint and therefore denies them.

72.     BMCC is without sufficient information or belief to admit the allegations in paragraph 72 of the Complaint and therefore denies them.

73.     BMCC is without sufficient information or belief to admit the allegations in paragraph 73 of the Complaint and therefore denies them.

74.     BMCC is without sufficient information or belief to admit the allegations in paragraph 74 of the Complaint and therefore denies them.

75.     BMCC is without sufficient information or belief to admit the allegations in paragraph 75 of the Complaint and therefore denies them.

76.     BMCC is without sufficient information or belief to admit the allegations in paragraph 76 of the Complaint and therefore denies them.

77.     BMCC is without sufficient information or belief to admit the allegations in paragraph 77 of the Complaint and therefore denies them.

1       78.     BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 78 of the Complaint and therefore denies them.

3       79.     Paragraph 79 of the Complaint consists of Plaintiffs' definition of their own terms

4   to which no response is required.  To the extent that a response is required, BMCC is without

5   sufficient information or belief to admit the allegations in paragraph 79 of the Complaint and

6   therefore denies them.

7       80.     BMCC is without sufficient information or belief to admit the allegations in

8   paragraph 80 of the Complaint and therefore denies them.

9       81.     BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 81 of the Complaint and therefore denies them.

11      82.     BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 82 of the Complaint and therefore denies them.

13      83.     BMCC is without sufficient information or belief to admit the allegations in

14  paragraph 83 of the Complaint and therefore denies them.

15      84.     Paragraph 84 of the Complaint consists of Plaintiffs' definition of their own terms

16  to which no response is required.  To the extent that a response is required, BMCC is without

17  sufficient information or belief to admit the allegations in paragraph 84 of the Complaint and

18  therefore denies them.

19      85.     BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 85 of the Complaint and therefore denies them.

21      86.     BMCC admits that it is a Chinese joint venture company with its principal place

22  of business located at No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China.

23  BMCC admits that it is a joint venture company, and at one time 50% of BMCC was held by MT

24  Picture Display Co., Ltd., and the other 50% was held by Beijing Orient Electronics (Group) Co.,

25  Ltd., China National Electronics Import & Export Beijing Company, and Beijing Yayunchun

26  Branch of the Industrial and Commercial Bank of China, Ltd.  BMCC admits that it was

27  established in 1987.  BMCC denies the other allegations in paragraph 86 of the Complaint.

28

1    87.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 87 of the Complaint and therefore denies them.

3    88.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 88 of the Complaint and therefore denies them.

5    89.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 89 of the Complaint and therefore denies them.

7    90.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 90 of the Complaint and therefore denies them.

9    91.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 91 of the Complaint and therefore denies them.

11   92.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 92 of the Complaint and therefore denies them.

13   93.    Paragraph 93 of the Complaint consists of Plaintiffs' definition of their own terms

14   to which no response is required.  To the extent that a response is required, BMCC is without

15   sufficient information or belief to admit the allegations in paragraph 93 of the Complaint and

16   therefore denies them.

17   94.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 94 of the Complaint and therefore denies them.

19   95.    Paragraph 96 of the Complaint consists of Plaintiffs' definition of their own terms

20   to which no response is required.  To the extent that a response is required, BMCC is without

21   sufficient information or belief to admit the allegations in paragraph 96 of the Complaint and

22   therefore denies them.

23   96.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 96 of the Complaint and therefore denies them.

25   97.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 97 of the Complaint and therefore denies them.

27

28

1    98.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 98 of the Complaint and therefore denies them.

3    99.    Paragraph 99 of the Complaint consists of Plaintiffs' definition of their own terms

4    to which no response is required.  To the extent that a response is required, BMCC is without

5    sufficient information or belief to admit the allegations in paragraph 99 of the Complaint and

6    therefore denies them.

7    100.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 100 of the Complaint and therefore denies them.

9    101.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 101 of the Complaint and therefore denies them.

11   102.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 102 of the Complaint and therefore denies them.

13   103.    Paragraph 103 of the Complaint consists of Plaintiffs' definition of their own

14   terms to which no response is required.  To the extent that a response is required, BMCC is

15   without sufficient information or belief to admit the allegations in paragraph 103 of the

16   Complaint and therefore denies them.

17   104.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 104 of the Complaint and therefore denies them.

19   105.    BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 105 of the Complaint and therefore denies them.

21   106.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 106 of the Complaint and therefore denies them.

23   107.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 107 of the Complaint and therefore denies them.

25   108.    Paragraph 108 of the Complaint consists of Plaintiffs' definition of their own

26   terms to which no response is required.  To the extent that a response is required, BMCC is

27

28

1 | without sufficient information or belief to admit the allegations in paragraph 108 of the

2 | Complaint and therefore denies them.

3 |      109.    Paragraph 109 of the Complaint consists of Plaintiffs' definition of their own

4 | terms to which no response is required.  To the extent that a response is required, BMCC is

5 | without sufficient information or belief to admit the allegations in paragraph 109 of the

6 | Complaint and therefore denies them.

7 | **AGENTS AND CO-CONSPIRATORS**

8 |      110.    BMCC makes no response to paragraph 110 of the Complaint insofar as it

9 | contains no allegations against BMCC.  To the extent that a response is required, BMCC is

10 | without sufficient information or belief to admit the allegations in paragraph 110 of the

11 | Complaint and therefore denies them.  BMCC denies that it participated in any conspiracy or

12 | acted as a co-conspirator.

13 |      111.    Paragraph 111 of the Complaint consists of Plaintiffs' definition of their own

14 | references to which no response is required.  To the extent that a response is required, BMCC is

15 | without sufficient information or belief to admit the allegations in paragraph 111 of the

16 | Complaint and therefore denies them.

17 |      112.    Paragraph 112 consists of conclusions of law to which no response is required.

18 | To the extent that a response is required, BMCC denies the allegations in paragraph 112 of the

19 | Complaint.

20 |      113.    Paragraph 113 consists of conclusions of law to which no response is required.

21 | To the extent that a response is required, BMCC denies the allegations in paragraph 113 of the

22 | Complaint.

23 | **INTERSTATE TRADE AND COMMERCE**

24 |      114.    Paragraph 114 consists of conclusions of law to which no response is required.

25 | To the extent that a response is required, BMCC denies the allegations in paragraph 114 of the

26 | Complaint.

27 |      115.    BMCC denies the allegations in paragraph 115 of the Complaint.

28 |

1    116.    Paragraph 116 consists of conclusions of law to which no response is required.

2  To the extent that a response is required, BMCC denies the allegations in paragraph 116 of the

3  Complaint.

4                              **FACTUAL ALLEGATIONS**

5    117.    BMCC admits that paragraph 117 of the Complaint purports to contain

6  descriptions of CRT technology.  BMCC denies that paragraph 117 describes CRT technology

7  completely and accurately.  BMCC denies the remaining allegations contained in paragraph 117.

8    118.    BMCC admits that paragraph 118 of the Complaint purports to contain

9  descriptions of CRT technology.  BMCC denies that paragraph 118 describes CRT technology

10 completely and accurately.  BMCC denies the remaining allegations contained in paragraph 118.

11   119.    BMCC is without sufficient information or belief to admit the allegations in

12 paragraph 119 of the Complaint and therefore denies them.

13   120.    BMCC is without sufficient information or belief to admit the allegations in

14 paragraph 120 of the Complaint and therefore denies them.

15   121.    BMCC denies the allegations in paragraph 121 of the Complaint.

16   122.    BMCC denies the allegations in paragraph 122 of the Complaint.

17   123.    BMCC denies the allegations in paragraph 123 of the Complaint.

18   124.    BMCC is without sufficient information or belief to admit the allegations in

19 paragraph 124 as to other defendants' participation in trade associations, and therefore denies

20 them.  BMCC denies the other allegations in paragraph 124 of the Complaint.

21   125.    BMCC is without sufficient information or belief to admit the allegations in

22 paragraph 125 of the Complaint and therefore denies them.

23   126.    BMCC admits that it is located in China.  BMCC denies the other allegations in

24 paragraph 126 of the Complaint.

25   127.    BMCC is without sufficient information or belief to admit the allegations in

26 paragraph 127 of the Complaint and therefore denies them.

27

28

1    128.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 128 of the Complaint, including all subparagraphs thereto, and therefore denies them.

3    129.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 129 of the Complaint and therefore denies them.

5    130.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 130 of the Complaint and therefore denies them.

7    131.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 131 of the Complaint and therefore denies them.

9    132.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 132 of the Complaint and therefore denies them.

11   133.    The first sentence of paragraph 133 consists of conclusions of law to which no

12   response is required.  To the extent that a response is required, BMCC denies the allegations in

13   the first sentence of paragraph 133 of the Complaint.  BMCC is without sufficient information or

14   belief to admit the remaining allegations in paragraph 133 of the Complaint and therefore denies

15   them.

16   134.    BMCC is without sufficient information or belief to admit the allegations in

17   paragraph 134 of the Complaint and therefore denies them.

18   135.    BMCC is without sufficient information or belief to admit the allegations in

19   paragraph 135 of the Complaint and therefore denies them.

20   136.    BMCC is without sufficient information or belief to admit the allegations in

21   paragraph 136 of the Complaint and therefore denies them.

22   137.    BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 137 of the Complaint and therefore denies them.

24   138.    BMCC denies the allegations in paragraph 138 of the Complaint.

25   139.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 139 of the Complaint and therefore denies them.

27   140.    BMCC denies the allegations in paragraph 140 of the Complaint.

28

1      141.    BMCC denies the allegations in paragraph 141 of the Complaint.

2      142.    BMCC is without sufficient information or belief to admit the allegations in

3 paragraph 142 of the Complaint and therefore denies them.

4      143.    BMCC denies the allegations in paragraph 143 of the Complaint.

5      144.    BMCC denies the allegations in paragraph 144 of the Complaint.

6      145.    BMCC denies the allegations in paragraph 145 of the Complaint.

7      146.    BMCC denies the allegations in paragraph 146 of the Complaint.

8      147.    BMCC denies the allegations in paragraph 147 of the Complaint.

9      148.    BMCC denies the allegations in paragraph 148 of the Complaint.

10      149.    BMCC denies the allegations in paragraph 149 of the Complaint.

11      150.    BMCC denies the allegations in paragraph 150 of the Complaint.

12      151.    BMCC denies the allegations in paragraph 151 of the Complaint.

13      152.    BMCC denies the allegations in paragraph 152 of the Complaint.

14      153.    BMCC denies the allegations in paragraph 153 of the Complaint.

15      154.    BMCC denies the allegations in paragraph 154 of the Complaint.

16      155.    BMCC denies the allegations in paragraph 155 of the Complaint.

17      156.    BMCC denies the allegations in paragraph 156 of the Complaint, including all

18 subparagraphs thereto.

19      157.    BMCC denies the allegations in paragraph 157 of the Complaint.

20      158.    BMCC denies the allegations in paragraph 158 of the Complaint.

21      159.    BMCC denies the allegations in paragraph 159 of the Complaint.

22      160.    BMCC denies the allegations in paragraph 160 of the Complaint.

23      161.    BMCC denies the allegations in paragraph 161 of the Complaint.

24      162.    BMCC denies the allegations in paragraph 162 of the Complaint.

25      163.    BMCC denies the allegations in paragraph 163 of the Complaint.

26      164.    BMCC denies the allegations in paragraph 164 of the Complaint.

27      165.    BMCC denies the allegations in paragraph 165 of the Complaint.

28

1    166.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 166 of the Complaint and therefore denies them.

3    167.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 167 of the Complaint and therefore denies them.

5    168.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 168 of the Complaint and therefore denies them.

7    169.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 169 of the Complaint and therefore denies them.

9    170.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 170 of the Complaint and therefore denies them.

11   171.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 171 of the Complaint and therefore denies them.

13   172.    BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 172 of the Complaint and therefore denies them.

15   173.    BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 173 of the Complaint and therefore denies them.

17   174.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 174 of the Complaint and therefore denies them.

19   175.    BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 175 of the Complaint and therefore denies them.

21   176.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 176 of the Complaint and therefore denies them.

23   177.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 177 of the Complaint and therefore denies them.

25   178.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 178 of the Complaint and therefore denies them.

27

28

1    179.    BMCC is without sufficient information or belief to admit the allegations in
2    paragraph 179 of the Complaint and therefore denies them.

3    180.    BMCC is without sufficient information or belief to admit the allegations in
4    paragraph 180 of the Complaint and therefore denies them.

5    181.    BMCC is without sufficient information or belief to admit the allegations in
6    paragraph 181 of the Complaint and therefore denies them.

7    182.    BMCC is without sufficient information or belief to admit the allegations in
8    paragraph 182 of the Complaint and therefore denies them.

9    183.    BMCC is without sufficient information or belief to admit the allegations in
10   paragraph 183 of the Complaint and therefore denies them.

11   184.    BMCC denies the allegations in paragraph 184 of the Complaint.

12   185.    BMCC is without sufficient information or belief to admit the allegations in
13   paragraph 185 of the Complaint and therefore denies them.

14   186.    BMCC is without sufficient information or belief to admit the allegations in
15   paragraph 186 of the Complaint and therefore denies them.

16   187.    BMCC is without sufficient information or belief to admit the allegations in
17   paragraph 187 of the Complaint and therefore denies them.

18   188.    Paragraph 188 consists of conclusions of law to which no response is required.
19   To the extent that a response is required, BMCC denies the allegations in paragraph 188 of the
20   Complaint.

21   189.    BMCC is without sufficient information or belief to admit the allegations in
22   paragraph 189 of the Complaint and therefore denies them.

23   190.    BMCC is without sufficient information or belief to admit the allegations in
24   paragraph 190 of the Complaint and therefore denies them.

25   191.    BMCC is without sufficient information or belief to admit the allegations in
26   paragraph 191 of the Complaint and therefore denies them.

27

28

1    192.    BMCC is without sufficient information or belief to admit the allegations in
2  paragraph 192 of the Complaint and therefore denies them.

3    193.    BMCC is without sufficient information or belief to admit the allegations in
4  paragraph 193 of the Complaint and therefore denies them.

5    194.    BMCC is without sufficient information or belief to admit the allegations in
6  paragraph 194 of the Complaint and therefore denies them.

7    195.    BMCC is without sufficient information or belief to admit the allegations in
8  paragraph 195 of the Complaint and therefore denies them.

9    196.    BMCC is without sufficient information or belief to admit the allegations in
10 paragraph 196 of the Complaint and therefore denies them.

11    197.    BMCC is without sufficient information or belief to admit the allegations in
12 paragraph 197 of the Complaint and therefore denies them.

13    198.    BMCC denies the allegations in paragraph 198 of the Complaint.

14    199.    BMCC denies the allegations in paragraph 199 of the Complaint.

15    200.    BMCC denies the allegations in the first sentence of paragraph 200 of the
16 Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations
17 in paragraph 200 of the Complaint and therefore denies them.

18    201.    BMCC is without sufficient information or belief to admit the remaining
19 allegations in paragraph 201 of the Complaint and therefore denies them.

20    202.    BMCC is without sufficient information or belief to admit the remaining
21 allegations in paragraph 202 of the Complaint and therefore denies them.

22    203.    BMCC denies the allegations in paragraph 203 of the Complaint.

23    204.    BMCC is without sufficient information or belief to admit the allegations in
24 paragraph 204 of the Complaint and therefore denies them.

25    205.    BMCC is without sufficient information or belief to admit the allegations in
26 paragraph 205 of the Complaint and therefore denies them.

27

28

1    206.    BMCC is without sufficient information or belief to admit the allegations in
2    paragraph 206 of the Complaint and therefore denies them.

3    207.    BMCC is without sufficient information or belief to admit the allegations in
4    paragraph 207 of the Complaint and therefore denies them.

5    208.    BMCC is without sufficient information or belief to admit the allegations in
6    paragraph 208 of the Complaint and therefore denies them.

7    209.    BMCC is without sufficient information or belief to admit the allegations in
8    paragraph 209 of the Complaint and therefore denies them.

9    210.    BMCC is without sufficient information or belief to admit the allegations in
10   paragraph 210 of the Complaint and therefore denies them.

11   211.    BMCC is without sufficient information or belief to admit the allegations in
12   paragraph 211 of the Complaint and therefore denies them.

13   212.    BMCC is without sufficient information or belief to admit the allegations in
14   paragraph 212 of the Complaint and therefore denies them.

15   213.    BMCC is without sufficient information or belief to admit the allegations in
16   paragraph 213 of the Complaint and therefore denies them.

17   214.    BMCC denies the allegations in paragraph 214 of the Complaint.

18   215.    BMCC denies the allegations in paragraph 215 of the Complaint.

19   216.    BMCC is without sufficient information or belief to admit the allegations in
20   paragraph 216 of the Complaint and therefore denies them.

21   217.    BMCC is without sufficient information or belief to admit the allegations in
22   paragraph 217 of the Complaint and therefore denies them.

23   218.    BMCC is without sufficient information or belief to admit the allegations in
24   paragraph 218 of the Complaint and therefore denies them.

25   219.    BMCC is without sufficient information or belief to admit the allegations in
26   paragraph 219 of the Complaint and therefore denies them.

27

28

220.   BMCC is without sufficient information or belief to admit the allegations in paragraph 220 of the Complaint and therefore denies them.

221.   BMCC is without sufficient information or belief to admit the allegations in paragraph 221 of the Complaint and therefore denies them.

### THE PASS-THROUGH OF OVERCHARGES TO CONSUMERS

222.   The first two sentences of paragraph 222 consist of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in the first two sentences paragraph 222 of the Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 222 of the Complaint and therefore denies them.

223.   BMCC denies the allegations in paragraph 223 of the Complaint.

224.   BMCC is without sufficient information or belief to admit the allegations in paragraph 224 of the Complaint and therefore denies them.

225.   BMCC is without sufficient information or belief to admit the allegations in paragraph 225 of the Complaint and therefore denies them.

226.   BMCC is without sufficient information or belief to admit the allegations in paragraph 226 of the Complaint and therefore denies them.

227.   BMCC is without sufficient information or belief to admit the allegations in paragraph 227 of the Complaint and therefore denies them.

228.   BMCC is without sufficient information or belief to admit the allegations in paragraph 228 of the Complaint and therefore denies them.

229.   BMCC is without sufficient information or belief to admit the allegations in paragraph 229 of the Complaint and therefore denies them.

230.   BMCC is without sufficient information or belief to admit the allegations in paragraph 230 of the Complaint and therefore denies them.

231.   BMCC is without sufficient information or belief to admit the allegations in paragraph 231 of the Complaint and therefore denies them.

1    232.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 232 of the Complaint and therefore denies them.

3    233.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 233 of the Complaint and therefore denies them.

5    234.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 234 of the Complaint and therefore denies them.

7    235.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 235 of the Complaint and therefore denies them.

9    236.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 236 of the Complaint and therefore denies them.

11   237.    BMCC denies the allegations in paragraph 237 of the Complaint.

12   238.    BMCC denies the allegations in paragraph 238 of the Complaint.

13   239.    Paragraph 239 consists of conclusions of law to which no response is required.

14   To the extent that a response is required, BMCC denies the allegations in paragraph 239 of the

15   Complaint.

16   **CLASS ACTION ALLEGATIONS**

17   240.    BMCC admits that Plaintiffs purport to bring this action as a class action on

18   behalf of the class described in paragraph 240 of the Complaint but denies that this action may

19   be maintained as a class action.  BMCC denies all other allegations contained in paragraph 240

20   of the Complaint.

21   241.    Paragraph 241 consists of conclusions of law to which no response is required.

22   To the extent that a response is required, BMCC denies the allegations in paragraph 241 of the

23   Complaint.

24   242.    BMCC admits that Plaintiffs purport to bring this action as a class action on

25   behalf of the class described in paragraph 242 of the Complaint but denies that this action may

26   be maintained as a class action.  BMCC denies all other allegations contained in paragraph 242

27   of the Complaint.

28

1    243.    Paragraph 243 consists of conclusions of law to which no response is required.

2  To the extent that a response is required, BMCC denies the allegations in paragraph 243 of the

3  Complaint, including all subparagraphs thereto.

4                                   **VIOLATIONS ALLEGED**

5    244.    In response to paragraph 244 of the Complaint, BMCC restates its responses to

6  paragraphs 1 through 243.

7    245.    BMCC denies the allegations in paragraph 245 of the Complaint.

8    246.    BMCC denies the allegations in paragraph 246 of the Complaint.

9    247.    BMCC denies the allegations in paragraph 247 of the Complaint.

10   248.    BMCC denies the allegations in paragraph 248 of the Complaint.

11   249.    BMCC denies the allegations in paragraph 249 of the Complaint, including all

12  subparagraphs thereto.

13   250.    BMCC denies the allegations in paragraph 250 of the Complaint, including all

14  subparagraphs thereto.

15   251.    BMCC denies the allegations in paragraph 251 of the Complaint.

16   252.    BMCC denies the allegations in paragraph 252 of the Complaint.

17   253.    BMCC denies the allegations in paragraph 253 of the Complaint.

18   254.    In response to paragraph 254 of the Complaint, BMCC restates its responses to

19  paragraphs 1 through 253.

20   255.    In response to paragraph 255 of the Complaint, BMCC restates its responses to

21  paragraphs 1 through 254.  BMCC denies the further allegations in all subparagraphs of

22  paragraph 255 of the Complaint.

23   256.    In response to paragraph 256 of the Complaint, BMCC restates its responses to

24  paragraphs 1 through 255.  BMCC denies the further allegations in all subparagraphs of

25  paragraph 256 of the Complaint.

26

27

28

257.    In response to paragraph 257 of the Complaint, BMCC restates its responses to paragraphs 1 through 256.  BMCC denies the further allegations in all subparagraphs of paragraph 257 of the Complaint.

258.    In response to paragraph 258 of the Complaint, BMCC restates its responses to paragraphs 1 through 257.  BMCC denies the further allegations in all subparagraphs of paragraph 258 of the Complaint.

259.    In response to paragraph 259 of the Complaint, BMCC restates its responses to paragraphs 1 through 258.  BMCC denies the further allegations in all subparagraphs of paragraph 259 of the Complaint.

260.    In response to paragraph 260 of the Complaint, BMCC restates its responses to paragraphs 1 through 259.  BMCC denies the further allegations in all subparagraphs of paragraph 260 of the Complaint.

261.    In response to paragraph 261 of the Complaint, BMCC restates its responses to paragraphs 1 through 260.  BMCC denies the further allegations in all subparagraphs of paragraph 261 of the Complaint.

262.    In response to paragraph 262 of the Complaint, BMCC restates its responses to paragraphs 1 through 261.  BMCC denies the further allegations in all subparagraphs of paragraph 262 of the Complaint.  Pursuant to the Court's March 30, 2010 Order, Plaintiffs' claims under Nebraska's antitrust laws, Nebraska Rev. Stat. § 59-801 *et. seq*., based on sales made prior to July 20, 2002 have been dismissed.

263.    In response to paragraph 263 of the Complaint, BMCC restates its responses to paragraphs 1 through 262.  BMCC denies the further allegations in all subparagraphs of paragraph 263 of the Complaint.  Pursuant to the Court's March 30, 2010 Order, Plaintiffs' claims under Nevada's antitrust laws, Nevada Rev. Stat. Ann. §§ 598A *et. seq*., based on sales made prior to the 1999 date of Nevada's repealer statute have been dismissed.

1    264.    In response to paragraph 264 of the Complaint, BMCC restates its responses to

2  paragraphs 1 through 263.  BMCC denies the further allegations in all subparagraphs of

3  paragraph 264 of the Complaint.

4    265.    In response to paragraph 265 of the Complaint, BMCC restates its responses to

5  paragraphs 1 through 264.  BMCC denies the further allegations in all subparagraphs of

6  paragraph 265 of the Complaint.

7    266.    In response to paragraph 266 of the Complaint, BMCC restates its responses to

8  paragraphs 1 through 265.  BMCC denies the further allegations in all subparagraphs of

9  paragraph 266 of the Complaint.

10    267.    In response to paragraph 267 of the Complaint, BMCC restates its responses to

11  paragraphs 1 through 266.  BMCC denies the further allegations in all subparagraphs of

12  paragraph 267 of the Complaint.

13    268.    In response to paragraph 268 of the Complaint, BMCC restates its responses to

14  paragraphs 1 through 267.  BMCC denies the further allegations in all subparagraphs of

15  paragraph 268 of the Complaint.

16    269.    In response to paragraph 269 of the Complaint, BMCC restates its responses to

17  paragraphs 1 through 268.  BMCC denies the further allegations in all subparagraphs of

18  paragraph 269 of the Complaint.

19    270.    In response to paragraph 270 of the Complaint, BMCC restates its responses to

20  paragraphs 1 through 269.  BMCC denies the further allegations in all subparagraphs of

21  paragraph 270 of the Complaint.

22    271.    In response to paragraph 271 of the Complaint, BMCC restates its responses to

23  paragraphs 1 through 270.  BMCC denies the further allegations in all subparagraphs of

24  paragraph 271 of the Complaint.

25    272.    In response to paragraph 272 of the Complaint, BMCC restates its responses to

26  paragraphs 1 through 271.

27

28

1    273.    Paragraph 273 consists of conclusions of law to which no response is required.

2    To the extent that a response is required, BMCC denies the allegations in paragraph 273 of the

3    Complaint.

4    274.    In response to paragraph 274 of the Complaint, BMCC restates its responses to

5    paragraphs 1 through 273.  BMCC denies the further allegations in all subparagraphs of

6    paragraph 274 of the Complaint.

7    275.    In response to paragraph 275 of the Complaint, BMCC restates its responses to

8    paragraphs 1 through 274.  BMCC denies the further allegations in all subparagraphs of

9    paragraph 275 of the Complaint.

10    276.    In response to paragraph 276 of the Complaint, BMCC restates its responses to

11    paragraphs 1 through 275.  BMCC denies the further allegations in all subparagraphs of

12    paragraph 276 of the Complaint.

13    277.    In response to paragraph 271 of the Complaint, BMCC restates its responses to

14    paragraphs 1 through 270.  BMCC denies the further allegations in all subparagraphs of

15    paragraph 271 of the Complaint.  Pursuant to the Court's March 30, 2010 Order, Plaintiffs'

16    claims under the Massachusetts Consumer Protection Act, Massachusetts G.L. c. 93A, §2 have

17    been dismissed with leave to amend.

18    278.    In response to paragraph 278 of the Complaint, BMCC restates its responses to

19    paragraphs 1 through 277.  BMCC denies the further allegations in all subparagraphs of

20    paragraph 278 of the Complaint.  Pursuant to the Court's March 30, 2010 Order, Plaintiffs'

21    claims under Nebraska's antitrust laws, Nebraska Rev. Stat. § 59-801 *et. seq*., based on sales

22    made prior to July 20, 2002 have been dismissed.

23    279.    In response to paragraph 279 of the Complaint, BMCC restates its responses to

24    paragraphs 1 through 278.  BMCC denies the further allegations in all subparagraphs of

25    paragraph 279 of the Complaint.

26

27

28

1    280.    In response to paragraph 280 of the Complaint, BMCC restates its responses to

2    paragraphs 1 through 279.  BMCC denies the further allegations in all subparagraphs of

3    paragraph 280 of the Complaint.

4    281.    In response to paragraph 281 of the Complaint, BMCC restates its responses to

5    paragraphs 1 through 280.  BMCC denies the further allegations in all subparagraphs of

6    paragraph 281 of the Complaint.

7    282.    In response to paragraph 282 of the Complaint, BMCC restates its responses to

8    paragraphs 1 through 281.  BMCC denies the further allegations in all subparagraphs of

9    paragraph 282 of the Complaint.  Pursuant to the Court's March 30, 2010 Order, Plaintiffs'

10   claims under the Rhode Island Unfair Trade Practices and Consumer Protection Act, Rhode

11   Island Gen. Laws § 6-13.1-1, *et seq.*claims under Rhode Island law have been dismissed.

12   283.    In response to paragraph 283 of the Complaint, BMCC restates its responses to

13   paragraphs 1 through 282.  BMCC denies the further allegations in all subparagraphs of

14   paragraph 283 of the Complaint.

15   284.    In response to paragraph 284 of the Complaint, BMCC restates its responses to

16   paragraphs 1 through 283.

17   285.    BMCC denies the allegations in paragraph 285 of the Complaint.

18   286.    The allegations contained in paragraph 286 of the Complaint constitute

19   conclusions of law to which no response is required.  To the extent that a response is required,

20   BMCC denies the allegations in paragraph 286 of the Complaint.  Pursuant to the Court's March

21   30, 2010 Order, Plaintiffs' unjust enrichment claims under Kansas law have been dismissed.

22   287.    Paragraph 287 does not contain allegations of fact or law that require a response.

23   To the extent that a response is required, BMCC is without sufficient information or belief to

24   admit the allegations in paragraph 287 of the Complaint and therefore denies them.

25

26

27

28

**FRAUDULENT CONCEALMENT**

288.    Paragraph 288 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 288 of the Complaint.

289.    Paragraph 289 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 289 of the Complaint.

290.    Paragraph 290 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 290 of the Complaint, including all subparagraphs thereto.

291.    Paragraph 291 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 291 of the Complaint.

**PRAYER FOR RELIEF**

Plaintiffs' Prayer for Relief does not contain allegations of fact or law that require a response from BMCC; however, to the extent that a response is required, BMCC denies the allegations in the Prayer for Relief and denies that the relief sought by Plaintiffs and class certification is appropriate or available.

**JURY DEMAND**

Plaintiffs' request for a jury trial does not contain allegations of fact or law that require a response from BMCC.

**DEFENSES**

Without assuming any burden of proof that it would otherwise not bear under applicable law, BMCC asserts the following defenses to each and every cause of action alleged in the Complaint:

**FIRST DEFENSE**

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

1

## **SECOND DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, by applicable statute(s) of limitations.

## **THIRD DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, by the doctrine(s) of unclean hands, in pari delicto and equal responsibility.

## **FOURTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

## **FIFTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, by the doctrine of laches.

## **SIXTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or otherwise unauthorized.

## **SEVENTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because Plaintiffs lack standing to assert them individually or as a class.

## **EIGHTH DEFENSE**

Plaintiffs' claims and the claims of others alleged to be members of the putative class(es) are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

1

## NINTH DEFENSE

2       Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

3  are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient

4  particularity.

5

## TENTH DEFENSE

6       Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

7  are barred, in whole or in part, because Plaintiffs did not detrimentally rely upon any deceptive

8  conduct as alleged in the Complaint.

9

## ELEVENTH DEFENSE

10      Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

11  are barred, in whole or in part, because Plaintiffs and others alleged to be members of the

12  putative class(es) have not suffered any injury in fact or damages as a result of the allegations in

13  the Complaint.

14

## TWELFTH DEFENSE

15      To the extent that Plaintiffs and others alleged to be members of the putative class(es)

16  purport to have suffered injury or damages, the fact of which BMCC specifically denies, BMCC

17  avers that any such purported injury or damages was not by reason of, or proximately caused by,

18  any act, conduct or omission of BMCC.

19

## THIRTEENTH DEFENSE

20      Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

21  are barred, in whole or in part, because Plaintiffs have not suffered actual, cognizable antitrust

22  injury of the type the antitrust laws are intended to remedy.

23

## FOURTEENTH DEFENSE

24      Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

25  are barred, in whole or in part, because the alleged damages are too speculative and uncertain,

26  and cannot be practicably ascertained or allocated.

27

28

DEFENDANT BMCC'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED
COMPLAINT (Case No. 07-5944-SC; MDL No. 1917)                                    -32-

1

### FIFTEENTH DEFENSE

2        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

3 are barred, in whole or in part, because the alleged conduct of BMCC that is the subject of the

4 Complaint either occurred outside the jurisdiction of the Court or was neither directed to nor

5 affected persons, entities, trade or commerce in the United States, or both.

6

### SIXTEENTH DEFENSE

7        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

8 are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

9 The conduct alleged by Plaintiffs in the Complaint to form the basis of certain of Plaintiffs'

10 claims has not had a direct, substantial, and reasonably foreseeable effect on trade or commerce

11 with the United States.

12

### SEVENTEENTH DEFENSE

13        Plaintiffs may not assert causes of action on behalf of the putative class because their

14 claims are not typical of those of the putative class.  For this reason, among others, Plaintiffs

15 cannot adequately represent the putative class.

16

### EIGHTEENTH DEFENSE

17        Plaintiffs and others alleged to be members of the putative class(es) are precluded from

18 recovering damages, in whole or in part, because and to the extent of, their failure to mitigate

19 damages, if any.

20

### NINETEENTH DEFENSE

21        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

22 are barred, in whole or in part, for failure to join indispensable parties.

23

### TWENTIETH DEFENSE

24        Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom

25 BMCC had no control.  The acts of such third parties constitute intervening or superseding

26 causes of harm, if any, suffered by Plaintiffs.

27

28

1

<strong><u>TWENTY-FIRST DEFENSE</u></strong>

2        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

3 are barred, in whole or in part, because any action or omission by or on behalf of BMCC alleged

4 in the Complaint was reasonable, justified, and was taken in pursuit of its own independent,

5 legitimate business and economic interests, without any purpose or intent to injure competition.

6

<strong><u>TWENTY-SECOND DEFENSE</u></strong>

7        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

8 are barred, in whole or in part, because the conduct of BMCC that is the subject of the Complaint

9 did not unreasonably restrain competition or lessen competition in any relevant market and

10 Plaintiffs have failed to allege or properly define any relevant market for the purpose of asserting

11 a claim against BMCC.

12

<strong><u>TWENTY-THIRD DEFENSE</u></strong>

13        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

14 are barred, in whole or in part, to the extent they are based on alleged acts, conduct, or statements

15 that are specifically permitted by law.

16

<strong><u>TWENTY-FOURTH DEFENSE</u></strong>

17        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

18 are barred, in whole or in part, to the extent such claims are inconsistent with applicable federal

19 laws.

20

<strong><u>TWENTY-FIFTH DEFENSE</u></strong>

21        Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive

22 relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the

23 requisite showing of threatened harm or continuing harm.

24

<strong><u>TWENTY-SIXTH DEFENSE</u></strong>

25        The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs and/or

26 certain members of the putative classes would be unjustly enriched if they were allowed to

27 recover any part of the damages alleged in the Complaint.

28

1

## TWENTY-SEVENTH DEFENSE

2       The relief sought by Plaintiffs is barred, in whole or in part, to the extent the various

3 states cited have not repealed the *Illinois Brick* doctrine.

4

## TWENTY-EIGHTH DEFENSE

5       To the extent that any actionable conduct occurred, Plaintiffs' claims and claims of any

6 putative class members against BMCC are barred because all such conduct would have been

7 committed by individuals acting *ultra vires*.

8

## TWENTY-NINTH DEFENSE

9       Plaintiffs' claims and the claims of any putative class members against BMCC are barred

10 to the extent that they have agreed to arbitration or chosen a different forum for the resolution of

11 their claims.

12

## THIRTIETH DEFENSE

13       Plaintiffs' claims and the claims of any putative class members are barred, in whole or in

14 part, because they cannot be maintained as a class action.

15

## THIRTY-FIRST DEFENSE

16       The relief sought by Plaintiffs is barred, in whole or in part, because any and all injuries

17 alleged in the Complaint, the fact and extent of which BMCC specifically denies, were directly

18 and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs,

19 certain members of the putative classes, and/or third parties or entities, other than BMCC.

20

## THIRTY-SECOND DEFENSE

21       Plaintiffs' claims and claims of any putative class members are barred, in whole or in

22 part, to the extent that they did not purchase CRT products directly from defendants, because

23 they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 1 for

24 alleged injuries in that capacity.

25

## THIRTY-THIRD DEFENSE

26       Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or

27 confirmation of any and all conduct and/or omissions alleged as to BMCC.

28

1

## THIRTY-FOURTH DEFENSE

2    Plaintiffs' claims are barred because the Court lacks personal jurisdiction over BMCC.

3

## THIRTY-FIFTH DEFENSE

4    Without admitting that Plaintiffs are entitled to recover damages in this matter, BMCC is

5    entitled to set off from any recovery Plaintiffs may obtain against BMCC by any other

6    Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

7

## THIRTY-SIXTH DEFENSE

8    Plaintiffs' claims are barred due to uncertainty and vagueness and because their claims

9    are ambiguous and/or unintelligible.  BMCC avers that Plaintiffs' claims do not describe the

10   events or legal theories with sufficient particularity to permit BMCC to ascertain what other

11   defenses may exist.

12

## THIRTY-SEVENTH DEFENSE

13   Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

14   are barred, in whole or in part, because the alleged conduct of BMCC involved or was caused by,

15   due to, compelled by, based upon, or in response to directives, laws, regulations, policies, and/or

16   acts of foreign states, foreign governments, foreign governmental agencies and entities, and/or

17   foreign regulatory agencies.

18

## THIRTY-EIGHTH DEFENSE

19   Plaintiffs' claims or causes of action should be dismissed to the extent that they are

20   barred, in whole or in part, by the doctrine of *Noerr-Pennington*.

21

## THIRTY-NINTH DEFENSE

22   This Court should not adjudicate Plaintiffs' claims or the claims of others alleged to be

23   members of the putative class(es) for prudential considerations including international comity.

24

## FORTIETH DEFENSE

25   The relief sought by Plaintiffs is barred, in whole or in part, because any alleged conduct

26   of BMCC occurred outside of the jurisdiction of the Court.

27

28

1

**FORTY-FIRST DEFENSE**

2          Plaintiffs' claims are barred to the extent that they are based on conduct beyond the

3     territorial reach of the laws or courts of the United States.

4                                    **FORTY-SECOND DEFENSE**

5          Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not

6     allowed under applicable federal or state law.

7                                    **FORTY-THIRD DEFENSE**

8          The injunctive relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs

9     and/or certain members of the putative classes have available an adequate remedy at law.

10                                   **FORTY-FOURTH DEFENSE**

11         The relief sought by Plaintiffs is barred, in whole or in part, because any injury or

12    damage alleged in the Complaint was not incurred by or passed on to Plaintiffs, or was incurred

13    by or passed on to persons or entities other than Plaintiffs.

14                                   **FORTY-FIFTH DEFENSE**

15         The relief sought by Plaintiffs is barred, in whole or in part, to the extent the restitution

16    sought in the Complaint is unmanageable and inequitable.

17                                   **FORTY-SIXTH DEFENSE**

18         The relief sought by Plaintiffs is barred, in whole or in part, to the extent Plaintiffs have

19    failed to exhaust all remedies against BMCC.

20                                   **FORTY-SEVENTH DEFENSE**

21         The relief sought by Plaintiffs is barred, in whole or in part, to the extent Plaintiffs are not

22    entitled to seek damages under the laws of the various states cited.

23                                   **FORTY-EIGHTH DEFENSE**

24         The relief sought by Plaintiffs is barred, in whole or in part, to the extent a private claim

25    may not be brought in a representative capacity under the laws of the various states cited.

26

27

28

DEFENDANT BMCC'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED
COMPLAINT (Case No. 07-5944-SC; MDL No. 1917)                                    -37-

**FORTY-NINTH DEFENSE**

The relief sought by Plaintiffs is barred, in whole or in part, to the extent Plaintiffs have failed to allege predicate acts necessary to invoke application of the consumer protection laws of the various states cited.

**FIFTIETH DEFENSE**

BMCC adopts and incorporates by reference any applicable defense asserted or to be asserted by any other Defendant in this proceeding not otherwise expressly set forth herein insofar as the defense(s) may be properly asserted by BMCC.

**FIFTY-FIRST DEFENSE**

BMCC has not knowingly or intentionally waived any applicable defense(s) and hereby reserves the right to amend or supplement its Answer and to assert and rely on any other defenses as and if they become available.  BMCC further reserves the right to delete defenses that it determines are not applicable.

WHEREFORE, BMCC prays that:

1.      The Court dismiss with prejudice the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint;

2.      Plaintiffs recover no relief of any kind against defendant BMCC;

3.      The Court award defendant BMCC its attorneys' fees and all other costs reasonably incurred in defense of this action; and

4.      The Court award to defendant BMCC such other relief as it may deem just and proper.

Dated:  April 29, 2010                     FRESHFIELDS BRUCKHAUS
                                           DERINGER US LLP

                                           By:/s/ *Terry Calvani*
                                           Terry Calvani (CA Bar No. 53260)
                                              Freshfields Bruckhaus Deringer
                                              US LLP
                                           Email: terry.calvani@freshfields.com
                                           701 Pennsylvania Avenue NW, Suite 600
                                           Washington, DC  20004
                                           Tel: (202) 777-4505
                                           Fax: (202) 777-4555

1

## CERTIFICATE OF SERVICE

2      I, Terry Calvani, declare that I am over the age of eighteen (18) and not a party to the

3 within action.  I am counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701

4 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

5      On April 29, 2010, I caused a copy of **DEFENDANT BEIJING MATSUSHITA**

6 **COLOR CRT CO., LTD.'S ANSWER TO THE INDIRECT PURCHASER PLAINTIFFS'**

7 **CONSOLIDATED AMENDED COMPLAINT** to be filed electronically via the Court's

8 Electronic Case Filing System, which constitutes service in this action pursuant to the Court's

9 order of September 29, 2008.

10

11 Dated:  April 29, 2010              FRESHFIELDS BRUCKHAUS
                                    DERINGER US LLP
12
                                    By:/s/ *Terry Calvani*
13                                  Terry Calvani (CA Bar No. 53260)
                                        Freshfields Bruckhaus Deringer
14                                       US LLP
                                    Email: terry.calvani@freshfields.com
15                                  701 Pennsylvania Avenue NW, Suite 600
                                    Washington, DC  20004
16                                  Tel: (202) 777-4505
                                    Fax: (202) 777-4555
17
                                    ***Attorney for Defendant Beijing***
18                                  ***Matsushita Color CRT Company, Ltd.***

19

20

21

22

23

24

25

26

27

28