SHEPPARD MULLIN RICHTER & HAMPTON LLP
 A Limited Liability Partnership
 Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC., SAMSUNG
SDI CO., LTD., SAMSUNG SDI (MALAYSIA)
SDN. BHD., SAMSUNG SDI MEXICO S.A. DE
C.V., SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD., and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**ANSWER OF DEFENDANTS SAMSUNG SDI AMERICA, INC., SAMSUNG SDI CO., LTD., SAMSUNG SDI (MALAYSIA) SDN. BHD., SAMSUNG SDI MEXICO S.A. DE C.V., SAMSUNG SDI BRASIL LTDA., SHENZHEN SAMSUNG SDI CO., LTD., AND TIANJIN SAMSUNG SDI CO., LTD. TO DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |
| | Trial Date:  None Set |

1          Defendants Samsung SDI America, Inc. ("SDIA"), Samsung SDI Co., Ltd.

2    ("SDI Co."), Samsung SDI (Malaysia) Sdn Bhd. ("SDI Malaysia"), Samsung SDI Mexico

3    S.A. de C.V. ("SDI Mexico"), Samsung SDI Brasil Ltda. ("SDI Brasil"), Shenzhen

4    Samsung SDI Co. Ltd. ("SDI Shenzhen"), and Tianjin Samsung SDI Co., Ltd. ("SDI

5    Tianjin") (collectively "SDI" or the "Samsung SDI Defendants"), by and through their

6    undersigned counsel of record, answer the Direct Purchaser Plaintiffs' Consolidated

7    Amended Complaint (the "Complaint") and allege additional or affirmative defenses as

8    follows.  SDI denies each and every allegation in the Complaint's section headings and in

9    all portions of the Complaint not contained in numbered paragraphs.  To the extent that the

10   that the Complaint's allegations concern persons and/or entities other than SDI, SDI denies

11   that such allegations support any claim for relief against SDI.

12   **I.    Introductory Allegations.**

13         1.    To the extent that the allegations of Paragraph 1 are definitional, SDI

14   avers that no response is required.  To the extent that a response is required and to the

15   extent that the allegations of Paragraph 1 relate to other defendants, SDI lacks knowledge

16   or information sufficient to form a belief as to their truth, and therefore denies them.  To

17   the extent that a response is required as to matters relating to SDI, SDI denies all of the

18   allegations of Paragraph 1, with the exception of matters specifically admitted herein as

19   follows.  SDI admits that Plaintiffs purport to bring this action as a class action on behalf

20   of a putative class, although SDI denies that Plaintiffs are able to bring a class action, that

21   they have sufficiently stated any claims for relief, or that they have suffered any injury or

22   damages as a result of any alleged conduct by SDI.  SDI also admits that Plaintiffs in the

23   Complaint purport to refer to (i) color picture tubes as "CPTs," (ii) cathode ray tubes as

24   "CRTs," (iii) color display tubes as "CDTs," (iv) CPTs of all sizes and the products

25   containing them collectively as "CPT Products," (v) CDTs of all sizes and the products

26   containing them collectively as "CDT Products," and (v) CDT Products and CPT Products

27   collectively as "CRT Products," although SDI disputes the propriety of such definitions

28   and any inferences arising therefrom.

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1        2.     SDI avers that the allegations of Paragraph 2 constitute legal

2 contentions and/or conclusions to which no response is required, but SDI nonetheless

3 denies all of the allegations of Paragraph 2 to the extent they purport to pertain to SDI.

4 Further, to the extent that the allegations of Paragraph 2 relate to other defendants or other

5 persons, SDI lacks knowledge or information sufficient to form a belief as to their truth,

6 and therefore denies them.

7        3.     SDI avers that the allegations of Paragraph 3 constitute legal

8 contentions and/or conclusions to which no response is required, but SDI nonetheless

9 denies all of the allegations of Paragraph 3 to the extent they purport to pertain to SDI.

10 Further, to the extent that the allegations of Paragraph 3 relate to other defendants or other

11 persons, SDI lacks knowledge or information sufficient to form a belief as to their truth,

12 and therefore denies them.

13        4.     SDI avers that the allegations of Paragraph 4 constitute legal

14 contentions and/or conclusions to which no response is required, but SDI nonetheless

15 denies all of the allegations of Paragraph 4 to the extent they purport to pertain to SDI.

16 Further, to the extent that the allegations of Paragraph 4 relate to other defendants, SDI

17 lacks knowledge or information sufficient to form a belief as to their truth, and therefore

18 denies them.

19        5.     SDI avers that the allegations of Paragraph 5 and its subparts

20 constitute legal contentions and/or conclusions to which no response is required, but SDI

21 nonetheless denies all of the allegations of Paragraph 5 and its subparts to the extent they

22 purport to pertain to SDI.  Further, to the extent that the allegations of Paragraph 5 and its

23 subparts relate to other defendants, SDI lacks knowledge or information sufficient to form

24 a belief as to their truth, and therefore denies them.

25        6.     SDI avers that the allegations of Paragraph 6 constitute legal

26 contentions and/or conclusions to which no response is required, but SDI nonetheless

27 denies all of the allegations of Paragraph 6 to the extent they purport to pertain to SDI.

28 Further, to the extent that the allegations of Paragraph 6 relate to other defendants, SDI

W02-WEST:1ESC1\402478634.5
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

2  denies them.

3          7.      With the exception of matters specifically admitted herein as follows,

4  SDI lacks knowledge or information sufficient to form a belief as to the truth of the

5  allegations in Paragraph 7, and therefore denies them.  SDI admits that the United States

6  Department of Justice ("DOJ") and other foreign competition authorities have announced

7  that they are investigating the cathode ray tubes industry.  SDI further admits on

8  information and belief that C.Y. Lin, the former Chairman and CEO of Defendant

9  Chunghwa Picture Tubes, Ltd., was indicted by the DOJ in connection with the DOJ's

10 investigation of the cathode ray tubes industry, the terms of which are a matter of public

11 record.

12 **II.     Allegations Concerning Jurisdiction and Venue.**

13          8.      SDI admits that Plaintiffs purport to invoke the cited statutory

14 provisions, but otherwise denies the allegations of Paragraph 8.

15          9.      SDI avers that the allegations of Paragraph 9 regarding subject matter

16 jurisdiction constitute legal contentions and/or conclusions to which no response is

17 required.  To the extent that a response is required, and to the extent that allegations of

18 Paragraph 9 relate to SDI, SDI denies all of the allegations of Paragraph 9.

19          10.     SDI avers that the allegations of Paragraph 10 regarding venue

20 constitute legal contentions and/or conclusions to which no response is required.  To the

21 extent that a response is required, and to the extent that allegations of Paragraph 10 relate

22 to SDI, SDI denies all of the allegations of Paragraph 10, with the exception of matters

23 specifically admitted herein as follows.  SDI admits that SDIA is licensed to and is doing

24 business in California.  To the extent that the allegations of Paragraph 10 relate to other

25 defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth

26 of those allegations, and therefore denies them.

27

28

W02-WEST:1ESC1\402478634.5
MDL No. 1917                    SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
                    PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1    **III.      Allegations Concerning the Parties.**

2           **A.      Allegations Concerning the Plaintiffs.**

3                  11.     To the extent that the allegations of Paragraph 11 relate to other

4    defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

5    to their truth, and therefore denies them.  To the extent the allegations of Paragraph 11

6    relate to SDI, SDI denies all of those allegations.

7                  12.     To the extent that the allegations of Paragraph 12 relate to other

8    defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

9    to their truth, and therefore denies them.  To the extent the allegations of Paragraph 12

10   relate to SDI, SDI denies all of those allegations.

11                 13.     To the extent that the allegations of Paragraph 13 relate to other

12   defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

13   to their truth, and therefore denies them.  To the extent the allegations of Paragraph 13

14   relate to SDI, SDI denies all of those allegations.

15                 14.     To the extent that the allegations of Paragraph 14 relate to other

16   defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

17   to their truth, and therefore denies them.  To the extent the allegations of Paragraph 14

18   relate to SDI, SDI denies all of those allegations.

19                 15.     To the extent that the allegations of Paragraph 15 relate to other

20   defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

21   to their truth, and therefore denies them.  To the extent the allegations of Paragraph 15

22   relate to SDI, SDI denies all of those allegations.

23                 16.     To the extent that the allegations of Paragraph 16 relate to other

24   defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

25   to their truth, and therefore denies them.  To the extent the allegations of Paragraph 16

26   relate to SDI, SDI denies all of those allegations.

27                 17.     To the extent that the allegations of Paragraph 17 relate to other

28   defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

1   to their truth, and therefore denies them.  To the extent the allegations of Paragraph 17
2   relate to SDI, SDI denies all of those allegations.

3            18.      To the extent that the allegations of Paragraph 18 relate to other
4   defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as
5   to their truth, and therefore denies them.  To the extent the allegations of Paragraph 18
6   relate to SDI, SDI denies all of those allegations.

7            19.      To the extent that the allegations of Paragraph 19 relate to other
8   defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as
9   to their truth, and therefore denies them.  To the extent the allegations of Paragraph 19
10  relate to SDI, SDI denies all of those allegations.

11           20.      To the extent that the allegations of Paragraph 20 relate to other
12  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as
13  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 20
14  relate to SDI, SDI denies all of those allegations.

15           21.      To the extent that the allegations of Paragraph 21 relate to other
16  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as
17  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 21
18  relate to SDI, SDI denies all of those allegations.

19           22.      To the extent that the allegations of Paragraph 22 relate to other
20  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as
21  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 22
22  relate to SDI, SDI denies all of those allegations.

23           23.      To the extent that the allegations of Paragraph 23 relate to other
24  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as
25  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 23
26  relate to SDI, SDI denies all of those allegations.

27

28

1  **B.    Allegations Concerning the Defendants**

2      24.    SDI lacks knowledge or information sufficient to form a belief as to

3  the truth of the allegations of Paragraph 24, and therefore denies them.

4      25.    SDI lacks knowledge or information sufficient to form a belief as to

5  the truth of the allegations of Paragraph 25, and therefore denies them.

6      26.    SDI admits that Plaintiffs purport to refer to Chunghwa Picture Tubes,

7  Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. collectively in the Complaint as

8  "Chunghwa."

9      27.    SDI lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations of Paragraph 27, and therefore denies them.

11      28.    SDI lacks knowledge or information sufficient to form a belief as to

12  the truth of the allegations of Paragraph 28, and therefore denies them.

13      29.    SDI admits that Plaintiffs purport to refer to Daewoo International

14  Corporation, Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd.,

15  Orion Electric Company, and Daewoo-Orion Society Anonyme collectively in the

16  Complaint as "Daewoo."

17      30.    SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 30, and therefore denies them.

19      31.    SDI lacks knowledge or information sufficient to form a belief as to

20  the truth of the allegations of Paragraph 31, and therefore denies them.

21      32.    SDI lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations of Paragraph 32, and therefore denies them.

23      33.    SDI lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations of Paragraph 33, and therefore denies them.

25      34.    SDI lacks knowledge or information sufficient to form a belief as to

26  the truth of the allegations of Paragraph 34, and therefore denies them.

27      35.    SDI lacks knowledge or information sufficient to form a belief as to

28  the truth of the allegations of Paragraph 35, and therefore denies them.

1      36.      SDI lacks knowledge or information sufficient to form a belief as to

2  the truth of the allegations of Paragraph 36, and therefore denies them, with the exception

3  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

4  refer to Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd.,

5  Shenzhen SEG Hitachi Color Display Devices, Ltd., and Hitachi Electronic Devices

6  (USA) collectively in the Complaint as "Hitachi."

7      37.      SDI lacks knowledge or information sufficient to form a belief as to

8  the truth of the allegations of Paragraph 37, and therefore denies them.

9      38.      SDI lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations of Paragraph 38, and therefore denies them.

11      39.      SDI lacks knowledge or information sufficient to form a belief as to

12  the truth of the allegations of Paragraph 39, and therefore denies them.

13      40.      SDI admits that Plaintiffs purport to refer to Irico Group Corporation,

14  Irico Group Electronics Co., Ltd., and Irico Display Devices Co., Ltd. collectively in the

15  Complaint as "Irico."

16      41.      SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 41, and therefore denies them.

18      42.      SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 42, and therefore denies them.

20      43.      SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 43, and therefore denies them.

22      44.      SDI lacks knowledge or information sufficient to form a belief as to

23  the truth of the allegations of Paragraph 44, and therefore denies them.

24      45.      SDI admits that Plaintiffs purport to refer to LG Electronics, Inc., LG

25  Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd., and LP Displays

26  International, Ltd. collectively in the Complaint as "LG Electronics."

27      46.      SDI lacks knowledge or information sufficient to form a belief as to

28  the truth of the allegations of Paragraph 46, and therefore denies them.

1        47.     SDI lacks knowledge or information sufficient to form a belief as to

2 the truth of the allegations of Paragraph 47, and therefore denies them.

3        48.     SDI lacks knowledge or information sufficient to form a belief as to

4 the truth of the allegations of Paragraph 48, and therefore denies them.

5        49.     SDI lacks knowledge or information sufficient to form a belief as to

6 the truth of the allegations of Paragraph 49, and therefore denies them.

7        50.     SDI admits that Plaintiffs purport to refer to Panasonic Corporation,

8 f/k/a Matsushita Electric Industrial Co, Ltd., Matsushita Electronic Corporation (Malaysia)

9 Sdn Bhd., Panasonic Corporation of North America, and Panasonic Consumer Electronics

10 Co. collectively in the Complaint as "Panasonic."

11        51.     SDI lacks knowledge or information sufficient to form a belief as to

12 the truth of the allegations of Paragraph 51, and therefore denies them.

13        52.     SDI lacks knowledge or information sufficient to form a belief as to

14 the truth of the allegations of Paragraph 52, and therefore denies them.

15        53.     SDI lacks knowledge or information sufficient to form a belief as to

16 the truth of the allegations of Paragraph 53, and therefore denies them.

17        54.     SDI lacks knowledge or information sufficient to form a belief as to

18 the truth of the allegations of Paragraph 54, and therefore denies them.

19        55.     SDI lacks knowledge or information sufficient to form a belief as to

20 the truth of the allegations of Paragraph 55, and therefore denies them.

21        56.     SDI lacks knowledge or information sufficient to form a belief as to

22 the truth of the allegations of Paragraph 56, and therefore denies them.

23        57.     SDI admits that Plaintiffs purport to refer to Koninklijke Philips

24 Electronics N.y., Philips Electronics Industries Ltd., Philips Consumer Electronics Co.,

25 Philips Electronics North America, Philips Electronics Industries (Taiwan), Ltd., and

26 Philips da Amazonia Industria Electronica Ltda. collectively in the Complaint as "Philips."

27        58.     SDI lacks knowledge or information sufficient to form a belief as to

28 the truth of the allegations of Paragraph 58, and therefore denies them.

W02-WEST:1ESC1\402478634.5
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1        59.      SDI lacks knowledge or information sufficient to form a belief as to

2   the truth of the allegations of Paragraph 59, and therefore denies them.

3        60.      SDI denies all of the allegations of paragraph 60, with the exception

4   of matters specifically admitted herein as follows.  SDI admits that SDI Malaysia is a

5   Malaysian company with its principal place of business at Lots 635 & 660, Kawasan

6   Perindustrian, Tuanku Jafaar, 71450 Sungai Gadut, Negeri Sembilan Darul Khusus,

7   Malaysia.

8        61.      SDI denies all of the allegations of paragraph 61, with the exception

9   of matters specifically admitted herein as follows.  SDI admits that SDI Co. is a South

10  Korean company with its principal place of business at 428-5 Gongse-dong, Giheung-gu,

11  Yongin-si, Gyeonggi-do, 446-902, Republic of Korea.

12       62.      SDI denies all of the allegations of paragraph 62, with the exception

13  of matters specifically admitted herein as follows.  SDI admits that SDIA is a California

14  corporation with its principal place of business at 3333 Michelson Drive, Suite 700, Irvine,

15  California.

16       63.      SDI denies all of the allegations of paragraph 63, with the exception

17  of matters specifically admitted herein as follows.  SDI admits that SDI Mexico is a

18  Mexican company with its principal place of business located at Blvd. Los Olivos, No.

19  21014, Parque Industrial El Florido, Tijuana, B.C. Mexico.

20       64.      SDI denies all of the allegations of paragraph 64, with the exception

21  of matters specifically admitted herein as follows.  SDI admits that SDI Brasil is a

22  Brazilian company with its principal place of business located at Av. Eixo Norte Sul, S/N,

23  Distrito Industrial, 69088-480 Manaus, Amazonas, Brazil.

24       65.      SDI denies all of the allegations of paragraph 65, with the exception

25  of matters specifically admitted herein as follows.  SDI admits that SDI Shenzhen is a

26  Chinese company with its principal place of business located at Huanggang Bei Lu, Futian

27  Gu, Shenzhen, China.

28

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

66.     SDI denies all of the allegations of paragraph 66, with the exception of matters specifically admitted herein as follows.  SDI admits that SDI Tianjin is a Chinese company with its principal place of business located at Developing Zone of Yi-Xian Park, Wuqing County, Tianjin, China.

67.     SDI admits that Plaintiffs purport to refer to Samsung Electronics Co., Ltd. ("SEC"), SDI Co., SDIA, SDI Mexico, SDI Brasil, SDI Shenzhen, SDI Tianjin, and SDI Malaysia collectively in the Complaint as "Samsung," although SDI disputes any characterization from Plaintiffs' definition in the Complaint.  The SDI Defendants aver that SDI Co. and SEC are independent, separately-owned, publicly traded corporations.

68.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68, and therefore denies them.

69.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 69, and therefore denies them.

70.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 70, and therefore denies them.

71.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 71, and therefore denies them.

72.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 72, and therefore denies them.

73.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73, and therefore denies them.

74.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74, and therefore denies them.

75.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 75, and therefore denies them.

76.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 76, and therefore denies them.

77.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77, and therefore denies them.

78.     SDI admits that Plaintiffs purport to refer to Toshiba Corporation, Toshiba America, Inc., Toshiba Display Devices (Thailand) Company, Ltd., Toshiba America Consumer Products, LLC, Toshiba America Consumer Products, Inc., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc. collectively in the Complaint as "Toshiba."

79.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 79, and therefore denies them.

80.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 80, and therefore denies them.

**IV.     Allegations Concerning Supposed Agents and Co-Conspirators.**

81.     To the extent that the allegations of Paragraph 81 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 81 relate to SDI, SDI denies all of those allegations.

82.     SDI admits that Paragraph 82 purports to define acts, deeds, and transactions as set forth in the Complaint, but otherwise denies the propriety of the definition provided or any inference arising therefrom.

83.     SDI avers that the allegations of Paragraph 83 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 83 to the extent they purport to pertain to SDI. Further, to the extent that the allegations of Paragraph 83 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

84.     SDI avers that the allegations of Paragraph 84 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 84 to the extent they purport to pertain to SDI.

-11-

1   Further, to the extent that the allegations of Paragraph 84 relate to other defendants, SDI

2   lacks knowledge or information sufficient to form a belief as to their truth, and therefore

3   denies them.

4   **V.      Allegations Concerning the Putative Class Action.**

5            85.      SDI denies all of the allegations of paragraph 85, with the exception

6   of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

7   bring this action as a putative class action as defined in Paragraph 85, but otherwise denies

8   that there is a properly certifiable class as defined in Paragraph 85.

9            86.      SDI denies all of the allegations of paragraph 86, with the exception

10  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

11  bring this action as a putative class action as further defined in Paragraph 86, but otherwise

12  denies that there is a properly certifiable class as defined in Paragraph 86.

13           87.      SDI lacks knowledge or information sufficient to form a belief as to

14  the truth of the allegation in Paragraph 87, and therefore denies them.

15           88.      SDI denies each and every allegation of Paragraph 88.

16           89.      SDI denies each and every allegation of Paragraph 89 and its subparts.

17  SDI specifically denies that Plaintiffs have suffered any injury or damages as a result of

18  any alleged conduct by SDI, or that they have sufficiently stated any claims for relief

19  against SDI.

20           90.      SDI denies each and every allegation of Paragraph 90.

21           91.      SDI denies each and every allegation of Paragraph 91.

22           92.      SDI lacks knowledge or information sufficient to form a belief as to

23  the truth of the allegations of Paragraph 92, and therefore denies them.

24           93.      SDI denies each and every allegation of Paragraph 93.

25           94.      SDI denies each and every allegation of Paragraph 94.

26           95.      SDI denies each and every allegation of Paragraph 95.

27

28

-12-

1  **VI.    Allegations Concerning Trade and Commerce.**

2           96.    SDI avers that the allegations of Paragraph 96 constitute legal

3  contentions and/or conclusions to which no response is required, but SDI nonetheless

4  denies all of the allegations of Paragraph 96 to the extent they purport to pertain to SDI.

5  Further, to the extent that the allegations of Paragraph 96 relate to other defendants, SDI

6  lacks knowledge or information sufficient to form a belief as to their truth, and therefore

7  denies them.

8           97.    SDI lacks knowledge or information sufficient to form a belief as to

9  the truth of the allegations of Paragraph 97, and therefore denies them.

10          98.    SDI lacks knowledge or information to form a belief as to the truth of

11  the allegations of Paragraph 98, and therefore denies them.

12  **VII.    The Factual Allegations.**

13          99.    To the extent that the allegations of Paragraph 99 are definitional, SDI

14  avers that no response is required.  To the extent a response is required, SDI lacks

15  knowledge or information sufficient to form a belief as to the truth of the allegations of

16  Paragraph 99, and therefore denies them.

17          100.    SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 100, and therefore denies them.

19          101.    To the extent that the allegations of Paragraph 101 are definitional,

20  SDI avers that no response is required.  To the extent a response is required, SDI lacks

21  knowledge or information sufficient to form a belief as to the truth of the allegations of

22  Paragraph 101, and therefore denies them.

23          102.    SDI lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations of Paragraph 102, and therefore denies them.

25          103.    To the extent that the allegations of Paragraph 103 are definitional,

26  SDI avers that no response is required.  To the extent a response is required, SDI lacks

27  knowledge or information sufficient to form a belief as to the truth of the allegations of

28  Paragraph 103, and therefore denies them, with the exception of matters specifically

admitted herein as follows.  SDI admits that CPTs are used primarily in televisions and related devices and CDTs are primarily used in computer monitors and similar devices.

104.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 104, and therefore denies them.

105.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 105, and therefore denies them.

106.    To the extent that the allegations of Paragraph 106 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them. To the extent that the allegations of Paragraph 106 relate to SDI, SDI denies all of those allegations.

107.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 107, and therefore denies them.

108.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 108, and therefore denies them.

109.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 109, and therefore denies them.

110.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 110, and therefore denies them.

111.    To the extent that the allegations of Paragraph 111 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 111 relate to SDI, SDI denies all of those allegations.

112.    SDI denies the allegations in the first sentence of Paragraph 112.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 112, and therefore denies them.

113.    To the extent that the allegations of Paragraph 113 and its subparts relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

-14-

1   113 and its subparts relate to SDI, SDI denies all of those allegations.

2           114.   To the extent that the allegations of Paragraph 114 relate to other

3   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

4   and therefore denies them.  To the extent that the allegations of Paragraph 114 relate to

5   SDI, SDI denies all of those allegations.

6           115.   To the extent that the allegations of Paragraph 115 relate to other

7   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

8   and therefore denies them.  To the extent that the allegations of Paragraph 115 relate to

9   SDI, SDI denies all of those allegations.

10          116.   SDI lacks knowledge or information sufficient to form a belief as to

11  the truth of the allegations of Paragraph 116, and therefore denies them.

12          117.   SDI lacks knowledge or information sufficient to form a belief as to

13  the truth of the allegations of Paragraph 117, and therefore denies them.

14          118.   SDI lacks knowledge or information sufficient to form a belief as to

15  the truth of the allegations of Paragraph 118, and therefore denies them.

16          119.   SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 119, and therefore denies them.

18          120.   SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 120, and therefore denies them.

20          121.   SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 121, and therefore denies them.

22          122.   With the exception of matters specifically admitted on information

23  and belief herein as follows, SDI lacks knowledge or information sufficient to form a

24  belief as to the truth of the allegations in Paragraph 122, and therefore denies them.  SDI

25  admits on information and belief that SEC entered into a plea agreement with the DOJ

26  related to an investigation of dynamic random access memory, the terms of which are a

27  matter of public record.

28

-15-

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

123.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 123, and therefore denies them.

124.   With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124, and therefore denies them.  SDI admits on information and belief that LG Display Co., Chunghwa Picture Tubes, Ltd., Hitachi Displays Ltd., and certain of those entities' current or former employees entered into plea agreements with the DOJ related to an investigation of the LCD industry, the terms of which are matters of public record.

125.   To the extent that the allegations of Paragraph 125 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 125 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that the DOJ and certain other foreign competition authorities have announced investigations in the cathode ray tubes industry.

126.   With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126, and therefore denies them.  SDI admits on information and belief that C.Y. Lin, the former Chairman and CEO of Defendant Chunghwa Picture Tubes, Ltd., was indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the announcement purportedly quoted from in paragraph 126, SDI refers Plaintiffs to the referenced document for a description of its content.

127.   To the extent that the allegations of Paragraph 127 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 127 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that the DOJ and certain other foreign competition

-16-

1    authorities have announced investigations in the cathode ray tubes industry.

2         128.    To the extent that the allegations of Paragraph 128 relate to other

3    defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

4    and therefore denies them.  To the extent that the allegations of Paragraph 128 relate to

5    SDI, SDI denies all of those allegations, with the exception of matters specifically

6    admitted herein as follows.  SDI admits that, in or about November, 2007, it was reported

7    that European Union antitrust officials ("EU") conducted an investigation of the offices of

8    certain CRT manufacturers as part of the EU's own investigation.  With respect to the press

9    release purportedly quoted from in paragraph 128, SDI refers Plaintiffs to the referenced

10   document for a description of its content.

11        129.    To the extent that the allegations of Paragraph 129 relate to other

12   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

13   and therefore denies them. To the extent that the allegations of Paragraph 129 relate to

14   SDI, SDI denies all of those allegations, with the exception of matters specifically

15   admitted herein as follows.  SDI admits that, in or about November, 2007, SDI Co.

16   reported that it was cooperating with the Japanese Fair Trade Commission ("JFTC")

17   related to JFTC's own investigation of the cathode ray tubes industry.

18        130.    SDI denies all the allegations of Paragraph 130, with the exception of

19   matters specifically admitted herein as follows.  SDI admits that, in or about November,

20   2007, it was announced that the Korean Fair Trade Commission ("KFTC") was conducting

21   an investigation of the cathode ray tubes industry.

22        131.    SDI lacks knowledge or information sufficient to form a belief as to

23   the truth of the allegations of Paragraph 131, and therefore denies them.

24        132.    SDI lacks knowledge or information sufficient to form a belief as to

25   the truth of the allegations of Paragraph 132, and therefore denies them.

26        133.    To the extent that the allegations of Paragraph 133 relate to other

27   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

28   and therefore denies them.  To the extent that the allegations of Paragraph 133 relate to

-17-

1    SDI, SDI denies all of those allegations, with the exception of matters specifically

2    admitted herein as follows.  SDI admits that, in or about May, 2008, the Hungarian

3    Competition Authority ("HCA") announced its own investigation of the cathode ray tubes

4    industry.  With respect to the HCA announcement purportedly quoted from in paragraph

5    133, SDI refers Plaintiffs to the referenced document for a description of its content.

6              134.    To the extent that the allegations of Paragraph 134 relate to other

7    defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

8    and therefore denies them.  To the extent that the allegations of Paragraph 134 relate to

9    SDI, SDI denies all of those allegations.

10             135.    To the extent that the allegations of Paragraph 135 relate to other

11   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

12   and therefore denies them.  To the extent that the allegations of Paragraph 135 relate to

13   SDI, SDI denies all of those allegations.

14             136.    To the extent that the allegations of Paragraph 136 relate to other

15   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

16   and therefore denies them.  To the extent that the allegations of Paragraph 136 relate to

17   SDI, SDI denies all of those allegations.

18             137.    To the extent that the allegations of Paragraph 137 relate to other

19   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

20   and therefore denies them.  To the extent that the allegations of Paragraph 137 relate to

21   SDI, SDI denies all of those allegations.

22             138.    To the extent that the allegations of Paragraph 138 and its subparts

23   relate to other defendants, SDI lacks knowledge or information sufficient to form a belief

24   as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

25   138 and its subparts relate to SDI, SDI denies all of those allegations.

26             139.    SDI denies each and every allegation of Paragraph 139.

27             140.    To the extent that the allegations of Paragraph 140 relate to other

28   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

-18-

1  and therefore denies them.  To the extent that the allegations of Paragraph 140 relate to

2  SDI, SDI denies all of those allegations.

3           141.    To the extent that the allegations of Paragraph 141 and its subparts

4  relate to other defendants, SDI lacks knowledge or information sufficient to form a belief

5  as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

6  141 and its subparts relate to SDI, SDI denies all of those allegations.

7           142.    To the extent that the allegations of Paragraph 142 relate to other

8  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

9  and therefore denies them.  To the extent that the allegations of Paragraph 142 relate to

10  SDI, SDI denies all of those allegations.

11           143.    To the extent that the allegations of Paragraph 143 relate to other

12  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

13  and therefore denies them.  To the extent that the allegations of Paragraph 143 relate to

14  SDI, SDI denies all of those allegations.

15           144.    To the extent that the allegations of Paragraph 144 and its subparts

16  relate to other defendants, SDI lacks knowledge or information sufficient to form a belief

17  as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

18  144 and its subparts relate to SDI, SDI denies all of those allegations.

19           145.    To the extent that the allegations of Paragraph 145 relate to other

20  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

21  and therefore denies them.  To the extent that the allegations of Paragraph 145 relate to

22  SDI, SDI denies all of those allegations.

23           146.    To the extent that the allegations of Paragraph 146 relate to other

24  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

25  and therefore denies them.  To the extent that the allegations of Paragraph 146 relate to

26  SDI, SDI denies all of those allegations.

27           147.    To the extent that the allegations of Paragraph 147 relate to other

28  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

W02-WEST:1ESC1\402478634.5
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1   and therefore denies them.  To the extent that the allegations of Paragraph 147 relate to

2   SDI, SDI denies all of those allegations.

3          148.   To the extent that the allegations of Paragraph 148 relate to other

4   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

5   and therefore denies them.  To the extent that the allegations of Paragraph 148 relate to

6   SDI, SDI denies all of those allegations.

7          149.   To the extent that the allegations of Paragraph 149 relate to other

8   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

9   and therefore denies them.  To the extent that the allegations of Paragraph 149 relate to

10  SDI, SDI denies all of those allegations.

11         150.   To the extent that the allegations of Paragraph 150 relate to other

12  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

13  and therefore denies them.  To the extent that the allegations of Paragraph 150 relate to

14  SDI, SDI denies all of those allegations.

15         151.   To the extent that the allegations of Paragraph 151 relate to other

16  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

17  and therefore denies them.  To the extent that the allegations of Paragraph 151 relate to

18  SDI, SDI denies all of those allegations.

19         152.   To the extent that the allegations of Paragraph 152 relate to other

20  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

21  and therefore denies them.  To the extent that the allegations of Paragraph 152 relate to

22  SDI, SDI denies all of those allegations.

23         153.   To the extent that the allegations of Paragraph 153 and its subparts

24  relate to other defendants, SDI lacks knowledge or information sufficient to form a belief

25  as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

26  153 and its subparts relate to SDI, SDI denies all of those allegations.

27         154.   SDI denies each and every allegation of Paragraph 154.

28

-20-

1          155.   SDI lacks knowledge or information sufficient to form a belief as to

2  the truth of the allegations of Paragraph 155, and therefore denies them.

3          156.   SDI lacks knowledge or information sufficient to form a belief as to

4  the truth of the allegations of Paragraph 156, and therefore denies them.

5          157.   SDI lacks knowledge or information sufficient to form a belief as to

6  the truth of the allegations of Paragraph 157, and therefore denies them.

7          158.   SDI lacks knowledge or information sufficient to form a belief as to

8  the truth of the allegations of Paragraph 158, and therefore denies them.

9          159.   SDI lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations of Paragraph 159, and therefore denies them.

11          160.   SDI lacks knowledge or information sufficient to form a belief as to

12  the truth of the allegations of Paragraph 160, and therefore denies them.

13          161.   SDI lacks knowledge or information sufficient to form a belief as to

14  the truth of the allegations of Paragraph 161, and therefore denies them.

15          162.   SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 162, and therefore denies them.

17          163.   SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 163, and therefore denies them.

19          164.   SDI lacks knowledge or information sufficient to form a belief as to

20  the truth of the allegations of Paragraph 164, and therefore denies them.

21          165.   SDI lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations of Paragraph 165, and therefore denies them.

23          166.   To the extent that the allegations of Paragraph 166 relate to other

24  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

25  and therefore denies them.  To the extent that the allegations of Paragraph 166 relate to

26  SDI, SDI denies all of those allegations.

27          167.   To the extent that the allegations of Paragraph 167 relate to other

28  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

-21-

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1   and therefore denies them.  To the extent that the allegations of Paragraph 167 relate to

2   SDI, SDI denies all of those allegations.

3            168.    SDI lacks knowledge or information sufficient to form a belief as to

4   the truth of the allegations of Paragraph 168, and therefore denies them.

5            169.    SDI lacks knowledge or information sufficient to form a belief as to

6   the truth of the allegations of Paragraph 169, and therefore denies them.

7            170.    SDI lacks knowledge or information sufficient to form a belief as to

8   the truth of the allegations of Paragraph 170, and therefore denies them.

9            171.    SDI lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations of Paragraph 171, and therefore denies them.

11           172.    SDI lacks knowledge or information sufficient to form a belief as to

12  the truth of the allegations of Paragraph 172, and therefore denies them.

13           173.    SDI lacks knowledge or information sufficient to form a belief as to

14  the truth of the allegations of Paragraph 173, and therefore denies them.

15           174.    SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 174, and therefore denies them.

17           175.    SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 175, and therefore denies them.

19           176.    To the extent that the allegations of Paragraph 176 relate to other

20  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

21  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 176

22  relate to SDI, SDI denies all of those allegations, with the exception of matters specifically

23  admitted herein as follows.  SDI admits that, during at least portions of the alleged period,

24  SDI Co. attended the Korea Display Conference.

25           177.    To the extent that the allegations of Paragraph 177 relate to other

26  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

27  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 177

28  relate to SDI, SDI denies all of those allegations, with the exception of matters specifically

-22-

admitted herein as follows.  SDI admits that, during at least portions of the alleged period, SDI Co. attended the Korea Display Conference.  SDI further admits that, during at least portions of the alleged period, SDI Co. was a member of EDIRAK (the Electronic Display Industrial Research Association of Korea) and KODEMIA (the Korean Display Equipment Material Industry Association).

178.    To the extent that the allegations of Paragraph 178 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 178 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, H.K. Chung, Woo Jong Lee, Bae Choel-Han, Jung Ho-Gyun and H.C. Kim attended the Korea Display Conference.

179.    To the extent that the allegations of Paragraph 179 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them. To the extent that the allegations of Paragraph 179 relate to SDI, SDI denies all of those allegations.

180.    To the extent that the allegations of Paragraph 180 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 180 relate to SDI, SDI denies all of those allegations.

181.    To the extent that the allegations of Paragraph 181 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 181 relate to SDI, SDI denies all of those allegations.

182.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 182, and therefore denies them.

183.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 183, and therefore denies them.

W02-WEST:1ESC1\402478634.5
MDL No. 1917

1           184.    SDI lacks knowledge or information sufficient to form a belief as to

2    the truth of the allegations of Paragraph 184, and therefore denies them.

3           185.    SDI lacks knowledge or information sufficient to form a belief as to

4    the truth of the allegations of Paragraph 185, and therefore denies them.

5           186.    SDI denies all the allegations of Paragraph 186, with the exception of

6    matters specifically admitted herein as follows.  SDI admits that, in late 2005, SDI closed

7    its cathode ray-tube factory in Germany.

8           187.    SDI lacks knowledge or information sufficient to form a belief as to

9    the truth of the allegations of Paragraph 187, and therefore denies them.

10          188.    SDI lacks knowledge or information sufficient to form a belief as to

11   the truth of the allegations of Paragraph 188, and therefore denies them.

12          189.    SDI lacks knowledge or information sufficient to form a belief as to

13   the truth of the allegations of Paragraph 189, and therefore denies them.

14          190.    SDI lacks knowledge or information sufficient to form a belief as to

15   the truth of the allegations of Paragraph 190, and therefore denies them.

16          191.    SDI denies the allegations in the last sentence of Paragraph 191.  SDI

17   lacks knowledge or information sufficient to form a belief as to the truth of the remaining

18   allegations of Paragraph 191, and therefore denies them.

19          192.    SDI lacks knowledge or information sufficient to form a belief as to

20   the truth of the allegations of Paragraph 192, and therefore denies them.

21          193.    SDI denies the allegations in the last sentence of Paragraph 193.  SDI

22   lacks knowledge or information sufficient to form a belief as to the truth of the remaining

23   allegations of Paragraph 193, and therefore denies them.

24          194.    SDI lacks knowledge or information sufficient to form a belief as to

25   the truth of the allegations of Paragraph 194, and therefore denies them.

26          195.    SDI lacks knowledge or information sufficient to form a belief as to

27   the truth of the allegations of Paragraph 195, and therefore denies them.

28

W02-WEST:1ESC1\402478634.5
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1    196.    SDI lacks knowledge or information sufficient to form a belief as to

2   the truth of the allegations of Paragraph 196, and therefore denies them.

3    197.    SDI denies each and every allegation of Paragraph 197.

4    198.    To the extent that the allegations of Paragraph 198 and its subparts

5   relate to other defendants, SDI lacks knowledge or information sufficient to form a belief

6   as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

7   198 and its subparts relate to SDI, SDI denies all of those allegations.

8    199.    SDI denies each and every allegation of Paragraph 199.

9   **VIII.    Allegations Concerning Fraudulent Concealment.**

10    200.    SDI denies each and every allegation of Paragraph 200.

11    201.    SDI denies each and every allegation of Paragraph 201.

12    202.    To the extent that the allegations of Paragraph 202 relate to other

13   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

14   and therefore denies them.  To the extent that the allegations of Paragraph 202 relate to

15   SDI, SDI denies all of those allegations.

16    203.    SDI denies each and every allegation of Paragraph 203.

17    204.    SDI denies each and every allegation of Paragraph 204.

18    205.    To the extent that the allegations of Paragraph 205 relate to other

19   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

20   and therefore denies them.  To the extent that the allegations of Paragraph 205 relate to

21   SDI, SDI denies all of those allegations.

22    206.    To the extent that the allegations of Paragraph 206 relate to other

23   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

24   and therefore denies them.  To the extent that the allegations of Paragraph 206 relate to

25   SDI, SDI denies all of those allegations.

26    207.    SDI denies the allegations in the last sentence of Paragraph 207.  SDI

27   lacks knowledge or information sufficient to form a belief as to the truth of the remaining

28   allegations of Paragraph 207, and therefore denies them.

208.    SDI denies the allegations in the last sentence of Paragraph 208.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 208, and therefore denies them.

209.    To the extent that the allegations of Paragraph 209 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 209 relate to SDI, SDI denies all of those allegations.

210.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 210, and therefore denies them.

211.    To the extent that the allegations of Paragraph 211 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 211 relate to SDI, SDI denies all of those allegations.

212.    SDI denies each and every allegation of Paragraph 212.

**IX.     Allegations Concerning Claim for Violations of 15 U.S.C. § 1.**

213.    SDI repeats and incorporates by reference its responses to Paragraphs 1 through 212 of the Complaint with the same force and effect as if set forth herein at length.

214.    SDI avers that the allegations of Paragraph 214 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of those allegations.

215.    SDI denies each and every allegation of Paragraph 215.

216.    SDI denies each and every allegation of Paragraph 216.

217.    SDI denies each and every allegation of Paragraph 217, including its subparts.

218.    SDI denies each and every allegation of Paragraph 218.

219.    SDI denies each and every allegation of Paragraph 219.

W02-WEST:1ESC1\402478634.5
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1      220.   SDI denies each and every allegation of Paragraph 220, including its

2 subparts.

3      221.   SDI denies each and every allegation of Paragraph 221.

4 **X.      Allegations Concerning Plaintiffs' Request for Damages.**

5      222.   To the extent that the allegations of Paragraph 222 relate to other

6 defendants or Plaintiffs, SDI lacks knowledge or information sufficient to form a belief as

7 to their truth, and therefore denies them.  To the extent that the allegations of Paragraph

8 222 relate to SDI, SDI denies all of those allegations and denies that Plaintiffs have

9 suffered any injury or damages as a result of any alleged conduct by SDI.

10 **XI.      Allegations Concerning Plaintiffs' Prayer for Relief.**

11      SDI denies that Plaintiffs suffered any injury or incurred any damages by any

12 act or omission of SDI as alleged in the Complaint, and further denies that Plaintiffs are

13 entitled to any relief under any theory by means of the allegations set forth in the

14 Complaint.

15 <u>**ADDITIONAL OR AFFIRMATIVE DEFENSES**</u>

16
17      Without assuming any burden it would not otherwise bear, SDI asserts the

   following additional and/or affirmative defenses to Plaintiffs' Complaint:
18
19 <u>**FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

   **(Failure to State a Claim)**
20
21 The Complaint fails to state a claim upon which relief can be granted.

22 <u>**SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

   **(Waiver and Estoppel)**
23
24      Plaintiffs' claims should be dismissed to the extent that they are barred, in

   whole or in part, by the doctrines of waiver and/or estoppel.
25
26 <u>**THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**</u>

   **(Laches)**
27
28      Plaintiffs' claims should be dismissed to the extent that they are barred, in

-27-

1  whole or in part, by the equitable doctrine of laches.

2  **FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

3  **(Unclean Hands)**

4  Plaintiffs' claims should be dismissed to the extent that they are barred, in

5  whole or in part, by the equitable doctrine of unclean hands.

6  **FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

7  **(Remedies Unconstitutional, Unauthorized or Contrary to Public Policy)**

8  Plaintiffs' claims should be dismissed to the extent that they are barred, in

9  whole or in part, because the remedies sought are unconstitutional, contrary to public

10  policy, or are otherwise unauthorized.

11  **SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

12  **(Absence of Damages)**

13  Plaintiffs' claims should be dismissed because Plaintiffs and/or certain

14  members of the putative class have suffered no injury or damages as a result of the matters

15  alleged in the Complaint.  To the extent that Plaintiffs and/or certain members of the

16  putative class purportedly suffered injury or damage, which SDI specifically denies, SDI

17  further contends that any such purported injury or damage was not by reason of any act or

18  omission of SDI.

19  **SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

20  **(No Antitrust Injury)**

21  Plaintiffs' claims should be dismissed because Plaintiffs and/or certain

22  members of the putative class have not suffered actual, cognizable antitrust injury of the

23  type antitrust laws are intended to remedy.

24  **EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

25  **(Uncertainty of Damages)**

26  Plaintiffs' claims should be dismissed because the alleged damages sought

27  are too speculative and uncertain, and cannot be practicably ascertained or allocated.

28

-28-

1
## NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

2
### (Failure to Mitigate Damages)

3
Plaintiffs' claims should be dismissed, in whole or in part, because Plaintiffs

4
and/or certain members of the putative class failed to take all necessary, reasonable, and

5
appropriate actions to mitigate their alleged damages, if any.

6
## TENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

7
### (Statute of Limitation)

8
Plaintiffs' claims should be dismissed to the extent that they are barred, in

9
whole or in part, by the applicable statute(s) of limitations.

10
## ELEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

11
### (Unjust Enrichment)

12
Plaintiffs' claims should be dismissed to the extent that they are barred, in

13
whole or in part, because Plaintiffs and/or certain members of the putative class would be

14
unjustly enriched if they were allowed to recover any part of the damages alleged in the

15
Complaint.

16
## TWELFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

17
### (Lack of Proximate Cause)

18
Plaintiffs' claims should be dismissed to the extent that they are barred, in

19
whole or in part, due to the absence of any injury or damage for which SDI's actions,

20
conduct, or omissions were the proximate cause.

21
## THIRTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

22
### (Adequate Remedy at Law)

23
Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs

24
and/or certain members of the putative class have available an adequate remedy at law.

25
## FOURTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

26
### (Privilege)

27
Plaintiffs' claims should be dismissed to the extent that they are barred, in

28
whole or in part, because any action taken by or on behalf of SDI was justified, constituted

-29-

1  bona fide business competition and was taken in pursuit of its own legitimate business and

2  economic interests, and is therefore privileged.

3  ## FIFTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

4  ### (Non-actionable or Governmental Privilege)

5       Plaintiffs' claims are barred, in whole or in part, because the alleged conduct

6  of SDI that is the subject of the Complaint was caused by, due to, based upon, or in

7  response to directives, laws, regulations, policies, and/or acts of governments,

8  governmental agencies and entities, and/or regulatory agencies, and such is non-actionable

9  or privileged.

10  ## SIXTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

11  ### (Failure to Join Indispensable Parties)

12       Plaintiffs' claims should be dismissed to the extent that they are barred, in

13  whole or in part, for failure to join indispensable parties.

14  ## SEVENTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

15  ### (Comparative Fault)

16       Plaintiffs' claims should be dismissed to the extent that they are barred, in

17  whole or in part, because any and all injuries alleged in the Complaint, the fact and extent

18  of which SDI specifically denies, were directly and proximately caused or contributed to

19  by the statements, acts, and/or omissions of Plaintiffs, certain members of the putative

20  class, and/or third parties or entities, other than SDI.

21  ## EIGHTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

22  ### (Acquiescence)

23       Plaintiffs' claims should be dismissed to the extent that they are barred, in

24  whole or in part, by Plaintiffs' and/or certain members of the putative class acquiescence

25  and/or confirmation of any and all conduct and/or omissions alleged as to SDI.

26

27

28

W02-WEST:1ESC1\402478634.5
MDL No. 1917

1

## NINETEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

2

### (Failure to State a Claim Under the Foreign Trade Antitrust Improvements Act)

3    Plaintiffs' claims for any foreign purchases, if any, should be dismissed to the

4  extent that they are barred, in whole or in part, because Plaintiffs have failed to allege facts

5  sufficient to support a claim under the foreign Trade Antitrust Improvements Act, 15

6  U.S.C. § 6a.

7

## TWENTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

8

### (Uncertainty)

9    Plaintiffs' claims should be dismissed for uncertainty and vagueness and

10  because their claims are ambiguous, and/or unintelligible.  SDI avers that Plaintiffs' claims

11  do not describe the events or legal theories with sufficient particularity to permit SDI to

12  ascertain what other defenses may exist.  SDI therefore reserves the right to amend its

13  Answer to assert additional defenses and/or supplement, alter, or change its Answer and/or

14  defenses upon the discovery of more definitive facts upon the completion of its

15  investigation and discovery.

16

## TWENTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

17

### (Lack of Standing to Sue for Injuries Alleged)

18    Plaintiffs' claims should be dismissed, in whole or in part, to the extent

19  Plaintiffs lack standing to sue for the injuries alleged in the Complaint.

20

## TWENTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

21

### (Competition Not Harmed)

22    Plaintiffs' claims should be dismissed to the extent that they are barred, in

23  whole or in part, because SDI's actions did not lessen competition in the relevant

24  market(s).

25

## TWENTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

26

### (Intervening or Superseding Acts of Third Parties)

27    Plaintiffs' damages, if any, resulted from the acts or omissions of third parties

28  over whom SDI had no control or responsibility.  The acts of such third parties constitute

-31-

intervening or superseding causes of harm, if any, suffered by Plaintiffs.

## TWENTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Injury or Damages Offset by Benefits Received)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits Plaintiffs received with respect to the challenged conduct.

## TWENTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Increased Output and Lower Prices)

SDI, without admitting the existence of any contract, combination, or conspiracy in restraint of trade as alleged in the Complaint, avers that the matters about which Plaintiffs complain resulted in increased output and lower prices for CRTs and/or CRT Products.

## TWENTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Prices Fixed by Plaintiffs)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because the price of CRTs and/or CRT Products was fixed, if at all, by Plaintiffs and/or other purchasers of CRTs and/or CRT Products, either individually or collectively.

## TWENTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

## TWENTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Plead Conspiracy with Particularity)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient particularity.

## TWENTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Detrimental Reliance)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs did not detrimentally rely upon any alleged deceptive trade conduct as alleged in the Complaint.

## THIRTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Set Off)

Without admitting that plaintiffs are entitled to recover damages in this matter, SDI is entitled to set off from any recovery Plaintiffs may obtain against SDI any amount paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

## THIRTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Injunctive Relief)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to state a claim for injunctive relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

## THIRTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Jurisdiction)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any alleged conduct of SDI occurred outside of the jurisdiction of the Court.

## THIRTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Attorney Fees Allowed)

An award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

W02-WEST:1ESC1\402478634.5
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

## THIRTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Standing)

Plaintiffs' claims are barred by Plaintiffs' lack of standing to prosecute the claims individually or as a class action.

## THIRTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Commonality)

Plaintiffs' claims are improperly joined within the meaning of the Federal Rule of Civil Procedure 20 or 23 because they did not arise out of the same transaction, occurrence, or series of transactions or occurrences, and/or do not involve questions of law or fact common to all defendants.

## THIRTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Typicality)

Plaintiffs' claims are improperly joined within the meaning of the Federal Rule of Civil Procedure 23 because they are not typical of the claims of the other members of the putative class.

## THIRTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Plaintiffs are Not Proper Representatives)

Plaintiffs' claims are barred, in whole or in part, because the named Plaintiffs are not proper class representatives.

## THIRTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Unreasonable Restraint Of Trade)

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of SDI did not unreasonably restrain trade.

## THIRTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Ultra Vires)

To the extent that my actionable conduct may have occurred, Plaintiffs' claims against SDI are barred because all such alleged conduct would have been committed by individuals acting ultra vires.

-34-

**FORTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Proportionality)**

To the extent SDI is found liable for damages, the fact and extent of which are expressly denied by SDI, those damages must be reduced in proportion to SDI's degree of fault.

**FORTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Forum Non Conveniens)**

Plaintiffs' claims are barred, in whole or in part, because of the doctrine of forum non conveniens.

**FORTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Permitted By Law)**

Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct or statements that are specifically permitted by law.

**FORTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Multiple Recoveries)**

To the extent Plaintiffs' claims would result in SDI paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple recoveries would violate rights guaranteed to SDI by the U.S. Constitution and other law, including, without limitation, rights guaranteed under the Due Process Clause of the Fourteenth Amendment.

**FORTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Improper Extraterritorial Application)**

Plaintiffs' claims are barred, in whole or in part, by the U.S. Constitution and/or other applicable law to the extent their claims seek the improper extraterritorial application of the laws cited to any transactions occurring outside the United States.

## FORTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Release)

The claims of one or more of the persons or entities Plaintiffs purport to represent are barred because they have been released.

## FORTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Voluntary Payment)

Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

## FORTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Federal Trade Commission)

Any alleged conduct by SDI is, or if in interstate commerce would be, subject to and complies with the rules and regulations of, and the statutes administered by, the Federal Trade Commission or other official department, division, commission or agency of the United States as such rules, regulations, or statutes are interpreted by the Federal Trade Commission or such department, division, commission or agency of the federal courts.

## FORTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Other Defenses Incorporated by Reference)

SDI adopts and incorporates by reference any and all other additional or affirmative defenses asserted or to be asserted by any other defendant in this proceeding to the extent that SDI may share in such affirmative defenses.

## FORTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Reservation of Rights to Assert Additional Defenses)

SDI has not knowingly or intentionally waived any applicable defenses and explicitly reserves the right to assert and rely on such other applicable defenses as may become available or apparent during discovery proceedings.  SDI further reserves the right to amend its Answer and/or its defenses accordingly, and/or to delete defenses that it determines are not applicable during the course of subsequent discovery.

W02-WEST:1ESC1\402478634.5
MDL No. 1917
SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1

2          WHEREFORE, the Samsung SDI Defendants pray for judgment as follows:

3          1.      That Plaintiffs take nothing under the Complaint, and the Complaint
        be dismissed with prejudice;
4
           2.      That judgment be entered in favor of the Samsung SDI Defendants
5       and against Plaintiffs on each and every cause of action set forth in the
        Complaint;
6
           3.      That the Samsung SDI Defendants recover their costs of suit and
7       attorneys' fees incurred herein; and

8          4.      That the Samsung SDI Defendants be granted such other and further
        relief as the Court deems just and proper.
9

10
    Dated:  April 29, 2010              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
11

12

13                                  By _____/s/ Michael W. Scarborough_____
                                           MICHAEL W. SCARBOROUGH
14                                           Attorneys for Defendants
                                        SAMSUNG SDI AMERICA, INC., SAMSUNG
15                                      SDI CO., LTD., SAMSUNG SDI (MALAYSIA)
                                        SDN. BHD., SAMSUNG SDI MEXICO S.A. DE
16                                      C.V., SAMSUNG SDI BRASIL LTDA.,
                                        SHENZHEN SAMSUNG SDI CO., LTD., and
17                                      TIANJIN SAMSUNG SDI CO., LTD.

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:1ESC1\402478634.5
MDL No. 1917                        SAMSUNG SDI DEFENDANTS' ANSWER TO DIRECT PURCHASER
                                        PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT