Ronald C. Redcay (SBN 67236)
E-Mail: Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail: John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail: Eric.Shapland@aporter.com
Nana Little (SBN 261969)
E-Mail: Nana.Little@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Beth H. Parker (SBN 104773)
E-Mail: Beth.Parker@aporter.com
ARNOLD & PORTER LLP
275 Battery Street
Suite 2700
San Francisco, California 94111
Telephone: 415.356.3000
Facsimile: 415.356-3099

Samuel R. Miller (SBN 66871)
E-Mail: srmiller@sidley.com
Marie L. Fiala (SBN 79676)
E-Mail: mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
E-Mail: rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
E-Mail: rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California 94104
Telephone:    (415) 772-1200
Facsimile:    (415) 772-7400

Attorneys for Defendant LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE [RULE 1550(B)]<br><br>IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To All Actions | Case No.: 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that Ronald C. Redcay, Beth H. Parker, John D. Lombardo, D. Eric Shapland, and Nana Little of Arnold & Porter LLP hereby enter their appearance in the above-captioned matter as additional counsel of record for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (the "LGE Defendants"). Sidley Austin LLP will remain as co-counsel in the matter for the LGE Defendants. Copies of all pleadings, motions, briefs, orders, correspondence, and other papers should be served as follows:

| | |
|---|---|
| Ronald C. Redcay (SBN 67236)<br>E-Mail:  Ronald.Redcay@aporter.com<br>John D. Lombardo (SBN 187142)<br>E-Mail:  John.Lombardo@aporter.com<br>D. Eric Shapland (SBN 193853)<br>E-Mail:  Eric.Shapland@aporter.com<br>Nana Little (SBN 261969)<br>E-Mail:  Nana.Little@aporter.com<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Forty-Fourth Floor<br>Los Angeles, California  90017-5844<br>Telephone: 213.243.4000<br>Facsimile: 213.243.4199 | Samuel R. Miller (SBN 66871)<br>E-Mail: srmiller@sidley.com<br>Marie L. Fiala (SBN 79676)<br>E-Mail: mfiala@sidley.com<br>Ryan M. Sandrock (SBN 251781)<br>E-Mail: rsandrock@sidley.com<br>Robert B. Martin, III (SBN 235489)<br>E-Mail: rbmartin@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, 20th Floor<br>San Francisco, California  94104<br>Telephone:    (415) 772-1200<br>Facsimile:    (415) 772-7400 |
| Beth H. Parker (SBN 104773)<br>E-Mail:  Beth.Parker@aporter.com<br>ARNOLD & PORTER LLP<br>275 Battery Street<br>Suite 2700<br>San Francisco, California  94111<br>Telephone: 415.356.3000<br>Facsimile: 415.356-3099 | |

Dated:  April 29, 2010

ARNOLD & PORTER LLP
Ronald C. Redcay
John D. Lombardo
D. Eric Shapland
Beth H. Parker
Nana Little

By:   ___/s/_____
        Ronald C. Redcay
        Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.

- 2 -

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL FOR LGE DEFENDANTS
Case No. 3:07-ca-59944 SC; MDL No. 1917

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2010, a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-4, notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

/s/
Nana Little