TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Ronald C. Redcay, Beth H. Parker, John D. Lombardo, D. Eric Shapland, and Nana Little of Arnold & Porter LLP hereby enter their appearance in the above-captioned matter as additional counsel of record for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (the "LGE Defendants"). Sidley Austin LLP will remain as co-counsel in the matter for the LGE Defendants. Copies of all pleadings, motions, briefs, orders, correspondence, and other papers should be served as follows:

| | |
|---|---|
| Ronald C. Redcay (SBN 67236) <br> E-Mail: Ronald.Redcay@aporter.com <br> John D. Lombardo (SBN 187142) <br> E-Mail: John.Lombardo@aporter.com <br> D. Eric Shapland (SBN 193853) <br> E-Mail: Eric.Shapland@aporter.com <br> Nana Little (SBN 261969) <br> E-Mail: Nana.Little@aporter.com <br> ARNOLD & PORTER LLP <br> 777 South Figueroa Street <br> Forty-Fourth Floor <br> Los Angeles, California 90017-5844 <br> Telephone: 213.243.4000 <br> Facsimile: 213.243.4199 | Samuel R. Miller (SBN 66871) <br> E-Mail: srmiller@sidley.com <br> Marie L. Fiala (SBN 79676) <br> E-Mail: mfiala@sidley.com <br> Ryan M. Sandrock (SBN 251781) <br> E-Mail: rsandrock@sidley.com <br> Robert B. Martin, III (SBN 235489) <br> E-Mail: rbmartin@sidley.com <br> Sidley Austin LLP <br> 555 California Street, 20th Floor <br> San Francisco, California 94104 <br> Telephone:   (415) 772-1200 <br> Facsimile:    (415) 772-7400 |
| Beth H. Parker (SBN 104773) <br> E-Mail: Beth.Parker@aporter.com <br> ARNOLD & PORTER LLP <br> 275 Battery Street <br> Suite 2700 <br> San Francisco, California 94111 <br> Telephone: 415.356.3000 <br> Facsimile: 415.356-3099 | |

Dated: April 29, 2010

ARNOLD & PORTER LLP
Ronald C. Redcay
John D. Lombardo
D. Eric Shapland
Beth H. Parker
Nana Little

By: /s/ Ronald C. Redcay
Ronald C. Redcay
Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.