GREGORY D. HULL (57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

STEVEN A. REISS *(Admitted Pro Hac Vice)*
Email: steven.reiss@weil.com
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
Email: david.yohai@weil.com
DAVID E. YOLKUT *(Admitted Pro Hac Vice)*
Email: david.yolkut@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

JEFFREY L. KESSLER *(Admitted Pro Hac Vice)*
Email: jkessler@dl.com
A. PAUL VICTOR *(Admitted Pro Hac Vice)*
Email: pvictor@dl.com
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

*Attorneys for Defendant Panasonic Corporation
(f/k/a Matsushita Electric Industrial Co.)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC—MDL No. 1917 |
| This Document Relates to: <br><br> INDIRECT PURCHASER ACTION. | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on April 29, 2010, I served a copy of:

**DEFENDANT PANASONIC CORPORATION'S ANSWER TO THE INDIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

☒ **ELECTRONIC FILING** by serving a true copy on this date of each document listed above via the Court's USDC Live System – Document Filing System on all interested parties registered for electronic filing in this action.

☐ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

Executed on April 29, 2010 at New York, New York. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ David Yolkut
David Yolkut