Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS | **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**<br><br>The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

# I.  INTRODUCTION

For its Answer to Direct Purchaser Plaintiffs' Consolidated Amended Complaint ("DP-CAC"), Defendant Toshiba America Information Systems, Inc. ("TAIS") states as follows:

1.      The allegations contained in Paragraph 1 consist of the Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 1.

2.      TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in the first sentence of Paragraph 2 and, therefore, denies this allegation.  The phrase "CRT Product" in the second sentence of Paragraph 2 is vague and ill-defined and, as a result, TAIS denies this allegation.

3.      TAIS denies the allegations contained in Paragraph 3.

4.      TAIS denies the allegations contained in Paragraph 4.

5.      TAIS denies the allegations contained in Paragraph 5.

6.      TAIS denies the allegations contained in Paragraph 6.

7.      TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in the first sentence of Paragraph 7 and, therefore, denies the allegation.  The allegations in the second sentence of Paragraph 7 are reflected in the indictment of C.Y. Lin, which is the best evidence of its contents.

## II.  JURISDICTION AND VENUE

8.      The allegations contained in Paragraph 8 consist of the Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 8.

9.      The allegations contained in Paragraph 9 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 9.

10.     The allegations contained in Paragraph 10 are legal conclusions, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 10.

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO
DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### III. PARTIES

**A.    Plaintiffs**

11.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 11 and, therefore, denies the allegations.

12.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 12 and, therefore, denies the allegations.

13.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 13 and, therefore, denies the allegations.

14.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 14 and, therefore, denies the allegations.

15.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 15 and, therefore, denies the allegations.

16.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 16 and, therefore, denies the allegations.

17.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 17 and, therefore, denies the allegations.

18.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 18 and, therefore, denies the allegations.

19.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 19 and, therefore, denies the allegations.

20.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 20 and, therefore, denies the allegations.

21.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 21 and, therefore, denies the allegations.

22.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 22 and, therefore, denies the allegations.

23.    TAIS lacks knowledge or information sufficient to form a belief as to the truth contained in Paragraph 23 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**B.     Defendants**

**Chunghwa Entities**

24.     Paragraph 24 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.     Paragraph 25 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the allegations.

26.     Paragraph 26 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 26.

**Daewoo Entities**

27.     Paragraph 27 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

28.     Paragraph 28 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, denies the allegations.

29.     Paragraph 29 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 29.

**Hitachi Entities**

30.     Paragraph 30 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     Paragraph 31 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

32.     Paragraph 32 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, therefore, denies the allegations.

33.     Paragraph 33 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and, therefore, denies the allegations.

34.     Paragraph 34 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.     Paragraph 35 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36. Paragraph 36 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 36.

**Irico Entities**

37.     Paragraph 37 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies the allegations.

38.     Paragraph 38 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.     Paragraph 39 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

40.     Paragraph 40 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 40.

**LG Electronics Entities**

41.      Paragraph 41 relates to another Defendant.      Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and, therefore, denies the allegations.

42.      Paragraph 42 relates to another Defendant.      Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

43.      Paragraph 43 relates to another Defendant.      Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and, therefore, denies the allegations.

44.      Paragraph 44 relates to another Defendant.      Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and, therefore, denies the allegations.

45.      Paragraph 45 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 45.

**Panasonic Entities**

46.      Paragraph 46 relates to another Defendant.      Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

47.      Paragraph 47 relates to another Defendant.      Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and, therefore, denies the allegations.

48.      Paragraph 48 relates to another Defendant.      Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

49.      Paragraph 49 relates to another Defendant.      Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

50.     Paragraph 50 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 50.

**Philips Entities**

51.     Paragraph 51 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and, therefore, denies the allegations.

52.     Paragraph 52 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

53.     Paragraph 53 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

54.     Paragraph 54 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and, therefore, denies the allegations.

55.     Paragraph 55 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, therefore, denies the allegations.

56.     Paragraph 56 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations.

57.     Paragraph 57 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 57.

**Samsung Entities**

58.     Paragraph 58 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

59. Paragraph 59 relates to another Defendant. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and, therefore, denies the allegations.

60. Paragraph 60 relates to another Defendant. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies the allegations.

61. Paragraph 61 relates to another Defendant. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations.

62. Paragraph 62 relates to another Defendant. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, denies the allegations.

63. Paragraph 63 relates to another Defendant. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, therefore, denies the allegations.

64. Paragraph 64 relates to another Defendant. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, denies the allegations.

65. Paragraph 65 relates to another Defendant. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, therefore, denies the allegations.

66. Paragraph 66 relates to another Defendant. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and, therefore, denies the allegations.

67. Paragraph 67 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, to which no response is required. To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 67.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**Samtel**

68.    Paragraph 68 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and, therefore, denies the allegations.

**Tatung Company of America, Inc.**

69.    Paragraph 69 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, therefore, denies the allegations.

**Thai CRT**

70.    Paragraph 70 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and, therefore, denies the allegations.

**Toshiba Entities**

71.    Paragraph 71 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and, therefore, denies the allegations, except TAIS admits the allegations contained in the first sentence of Paragraph 71.

72.    Paragraph 72 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and, therefore, denies the allegations, except TAIS admits the allegations contained in the first sentence of Paragraph 72.

73.    Paragraph 73 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and, therefore, denies the allegations, except TAIS avers that the business address of Toshiba America Consumer Products, L.L.C. is 82 Totowa Road, Wayne, NJ, 07470-3114.

74.    Paragraph 74 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and, therefore, denies the allegations.

75.     Paragraph 75 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and, therefore, denies the allegations, except that TAIS avers that the business address of Toshiba America Electronic Components, Inc. is 19900 MacArthur Boulevard, Suite 400, Irvine, CA  92612.

76.     TAIS denies the allegations contained in paragraph 76  TAIS avers that its business address is 9740 Irvine Boulevard, Irvine, CA 92618-1697.  TAIS avers that it sold certain electronic devices containing cathode ray tubes during the Class Period.

77.     Paragraph 77 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and, therefore, denies the allegations.

78.     Paragraph 78 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 78.

### Joint Ventures

79.     Paragraph 79 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and, therefore, denies the allegations.

80.     Paragraph 80 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and, therefore, denies the allegations.

## IV.  AGENTS AND CO-CONSPIRATORS

81.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and, therefore, denies the allegations.

82.     Paragraph 82 consists of Plaintiffs' characterization of their claim, to which no response is required.  If a response is deemed required, TAIS denies the allegations contained in Paragraph 82.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

83.     Paragraph 83 consists of a legal conclusion to which no response is required. To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 83.

84.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

**V.  CLASS ACTION ALLEGATIONS**

85.     Paragraph 85 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  If a response is deemed required, TAIS denies the allegations contained in Paragraph 85.

86.     Paragraph 86 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  If a response is deemed required, TAIS denies the allegations contained in Paragraph 86.

87.     Paragraph 87 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  If a response is deemed required, TAIS denies the allegations contained in Paragraph 87.

88.     Paragraph 88 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  If a response is deemed required, TAIS denies the allegations contained in Paragraph 88.

89.     Paragraph 89 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  If a response is deemed required, TAIS denies the allegations contained in Paragraph 89.

90.     Paragraph 90 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  If a response is deemed required, TAIS denies the allegations contained in Paragraph 90.

91.     Paragraph 91 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  If a response is deemed required, TAIS denies the allegations contained in Paragraph 91.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

92.     Paragraph 92 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   If a response is deemed required, TAIS denies the allegations contained in Paragraph 92.

93.     Paragraph 93 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   If a response is deemed required, TAIS denies the allegations contained in Paragraph 93.

94.     Paragraph 94 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   If a response is deemed required, TAIS denies the allegations contained in Paragraph 94.

95.     Paragraph 95 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   If a response is deemed required, TAIS denies the allegations contained in Paragraph 95.

## VI.  TRADE AND COMMERCE

96.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, therefore, denies the allegations.

97.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

98.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

## VII.  FACTUAL ALLEGATIONS

### A.    CRT Technology and Products

99.     TAIS admits the allegations contained in Paragraph 99 of the DP-CAC.

100.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

101.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

102.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

103.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and, therefore, denies the allegations.

104.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and, therefore, denies the allegations.

105.    TAIS admits the allegations contained in the second and fourth sentences of Paragraph 105.  TAIS lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 105 and, therefore, denies the allegations.

106.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and, therefore, denies the allegations.

107.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and, therefore, denies the allegations.

108.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and, therefore, denies the allegations.

109.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 and, therefore, denies the allegations.

110.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and, therefore, denies the allegations.

111.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 and, therefore, denies the allegations.

**B.    Oligopolistic Nature of the CRT Industry**

112.    To the extent that the allegations contained in Paragraph 112 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 112 are directed to TAIS, TAIS denies these allegations.

113.    To the extent that the allegations contained in Paragraph 113 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    extent that the allegations contained in Paragraph 113 are directed to TAIS, TAIS denies
2    these allegations, except that TAIS is generally aware that Toshiba Corporation transferred
3    its CRT business to a new entity called Matsushita Toshiba Picture Display Co., Ltd.
4    ("MTPD") on March 31, 2003.

5        114.   To the extent that the allegations contained in Paragraph 114 relate to other
6    Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
7    belief as to the truth of these allegations and, therefore, denies these allegations.  To the
8    extent that the allegations contained in Paragraph 114 are directed to TAIS, TAIS denies
9    these allegations.

10       115.   TAIS lacks knowledge or information sufficient to form a belief as to the truth
11   of the allegations contained in Paragraph 115 and, therefore, denies the allegations.

12       116.   To the extent that the allegations contained in Paragraph 116 relate to other
13   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
14   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
15   extent that the allegations contained in Paragraph 116 are directed to TAIS, TAIS denies
16   these allegations.

17       117.   Paragraph 117 relates to other Defendants and/or third parties.  Accordingly,
18   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the
19   allegations contained in Paragraph 117 and, therefore, denies these allegations.

20       118.   Paragraph 118 relates to other Defendants and/or third parties.  Accordingly,
21   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the
22   allegations contained in Paragraph 118 and, therefore, denies these allegations.

23       119.   Paragraph 119 relates to other Defendants and/or third parties.  Accordingly,
24   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the
25   allegations contained in Paragraph 119 and, therefore, denies these allegations.

26       120.   To the extent that the allegations contained in Paragraph 120 relate to other
27   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
28   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 120 are directed to TAIS, TAIS denies these allegations.

121.    To the extent that the allegations contained in Paragraph 121 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 121 are directed to TAIS, TAIS denies these allegations, except that TAIS is generally aware that Toshiba Corporation participated in the formation of a new entity for the manufacture of CPTs with Orion Electric of South Korea, Sumitomo Corporation, and P.T. Tabung Gambar Indonesia.

**C.    International Antitrust Investigations**

122.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 and, therefore, denies these allegations.

123.    To the extent that the allegations contained in Paragraph 123 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 123 are directed to TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

124.    To the extent that Paragraph 124 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 124 may be deemed to require a response from TAIS, TAIS denies these allegations.

125.    To the extent that Paragraph 125 consists of purported statements by government authorities, news reports, and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 125 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

contained in Paragraph 125 are directed to TAIS, TAIS denies these allegations, except that TAIS is generally aware that the United States' investigation of the CRT industry is being conducted by the DOJ's Antitrust Division's office in the Northern District of California.

126.    To the extent that Paragraph 126 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 126 may be deemed to require a response from TAIS, TAIS denies these allegations.

127.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 and, therefore, denies these allegations.

128.    To the extent that Paragraph 128 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 128 may be deemed to require a response from TAIS, TAIS denies these allegations.

129.    To the extent that Paragraph 129 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  Paragraph 129 relates to other Defendants and/or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 and, therefore, denies these allegations.

130.    To the extent that Paragraph 130 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  Paragraph 130 relates to other Defendants and/or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and, therefore, denies these allegations.

131.    To the extent that Paragraph 131 consists of purported statements by government authorities and/or statements in public documents, those statements speak for

themselves and no response is required.  Paragraph 131 relates to other Defendants and/or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 and, therefore, denies these allegations.

132.   To the extent that Paragraph 132 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  Paragraph 132 relates to other Defendants and/or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, therefore, denies these allegations.

133.   To the extent that Paragraph 133 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  Paragraph 133 relates to other Defendants and/or third parties.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, therefore, denies these allegations.

**D.   Collusive Contacts, Meetings, And Agreements Among Members of the CRT Products Industry**

134.   To the extent that the allegations contained in Paragraph 134 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 134 are directed to TAIS, TAIS denies these allegations.

135.   To the extent that the allegations contained in Paragraph 135 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 135 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

136.    To the extent that the allegations contained in Paragraph 136 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 136 are directed to TAIS, TAIS denies these allegations.

137.    To the extent that the allegations contained in Paragraph 137 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 137 are directed to TAIS, TAIS denies these allegations.

138.    To the extent that the allegations contained in Paragraph 138 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 138 are directed to TAIS, TAIS denies these allegations.

139.    To the extent that the allegations contained in Paragraph 139 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 139 are directed to TAIS, TAIS denies these allegations.

140.    To the extent that the allegations contained in Paragraph 140 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 140 are directed to TAIS, TAIS denies these allegations.

141.    To the extent that the allegations contained in Paragraph 141 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

extent that the allegations contained in Paragraph 141 are directed to TAIS, TAIS denies these allegations.

142.   To the extent that the allegations contained in Paragraph 142 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 142 are directed to TAIS, TAIS denies these allegations.

143.   To the extent that the allegations contained in Paragraph 143 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 143 are directed to TAIS, TAIS denies these allegations.

144.   To the extent that the allegations contained in Paragraph 144 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 144 are directed to TAIS, TAIS denies these allegations.

145.   To the extent that the allegations contained in Paragraph 145 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 145 are directed to TAIS, TAIS denies these allegations.

146.   To the extent that the allegations contained in Paragraph 146 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 146 are directed to TAIS, TAIS denies these allegations.

147.   To the extent that the allegations contained in Paragraph 147 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 147 are directed to TAIS, TAIS denies these allegations.

148.    To the extent that the allegations contained in Paragraph 148 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 148 are directed to TAIS, TAIS denies these allegations.

149.    To the extent that the allegations contained in Paragraph 149 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 149 are directed to TAIS, TAIS denies these allegations.

150.    To the extent that the allegations contained in Paragraph 150 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 150 are directed to TAIS, TAIS denies these allegations.

151.    To the extent that the allegations contained in Paragraph 151 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 151 are directed to TAIS, TAIS denies these allegations.

152.    To the extent that the allegations contained in Paragraph 152 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 152 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

153.    To the extent that the allegations contained in Paragraph 153 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 153 are directed to TAIS, TAIS denies these allegations.

**E.    Summary of Specific Defendant Participation in Unlawful Meetings And Agreements**

154.    To the extent that Paragraph 154 consists of Plaintiffs' explanation of a defined term used in the DP-CAC, no response is required.  To the extent that the allegations contained in Paragraph 154 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 154 may be deemed to require a response from TAIS, TAIS denies these allegations.

155.    Paragraph 155 relates to other Defendants and/or third parties to this action.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 and, therefore, denies these allegations.

156.    Paragraph 156 relates to other Defendants and/or third parties to this action.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and, therefore, denies these allegations.

157.    Paragraph 157 relates to other Defendants and/or third parties to this action.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and, therefore, denies these allegations.

158.    Paragraph 158 relates to other Defendants and/or third parties to this action.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 160 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

159.    Paragraph 159 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 and, therefore, denies these allegations.

160.    Paragraph 160 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 and, therefore, denies these allegations.

161.    Paragraph 161 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 161 are directed to TAIS, TAIS denies these allegations.

162.    Paragraph 162 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 and, therefore, denies these allegations.

163.    Paragraph 163 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 163 are directed to TAIS, TAIS denies these allegations.

164.    Paragraph 164 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 and, therefore, denies these allegations.

165.    Paragraph 165 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 165 are directed to TAIS, TAIS denies these allegations.

166.    Paragraph 166 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and, therefore, denies these allegations.

167.    Paragraph 167 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 167 are directed to TAIS, TAIS denies these allegations.

168.    Paragraph 168 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and, therefore, denies these allegations.

169.    Paragraph 169 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 169 are directed to TAIS, TAIS denies these allegations.

170.    Paragraph 170 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 and, therefore, denies these allegations.

171.    To the extent that the allegations contained in Paragraph 171 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 171 are directed to TAIS, TAIS denies these allegations.

172.    To the extent that the allegations contained in Paragraph 172 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 172 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

173.    Paragraph 173 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 and, therefore, denies these allegations.

174.    Paragraph 174 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and, therefore, denies these allegations.

175.    Paragraph 175 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 and, therefore, denies these allegations.

**F.    Use of Trade Associations And Trade Events To Facilitate The Conspiracy**

176.    Paragraph 176 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 176 are directed to TAIS, TAIS denies these allegations.

177.    Paragraph 177 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 and, therefore, denies these allegations.

178.    Paragraph 178 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and, therefore, denies these allegations.

179.    To the extent that the allegations contained in Paragraph 179 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 179 are directed to TAIS, TAIS denies these allegations.

180.    To the extent that the allegations contained in Paragraph 180 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

extent that the allegations contained in Paragraph 180 are directed to TAIS, TAIS denies these allegations.

## G.   Effects of Defendants' Antitrust Violations

### 1.   Examples of Reductions in Manufacturing Capacity by Defendants

181.    To the extent that the allegations contained in Paragraph 181 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 181 are directed to TAIS, TAIS denies these allegations.

182.    Paragraph 182 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and, therefore, denies these allegations.

183.    Paragraph 183 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and, therefore, denies these allegations.

184.    Paragraph 184 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and, therefore, denies these allegations.

185.    Paragraph 185 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and, therefore, denies these allegations.

186.    Paragraph 186 relates to other Defendants and/or third parties to this action. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and, therefore, denies these allegations.

187.    To the extent that the allegations contained in Paragraph 187 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 187 are directed to TAIS, TAIS denies

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    these allegations, except that TAIS is generally aware that Toshiba sold its interest in

2    MTPD.

3        **2.    Examples of Collusive Pricing for CRT Products**

4        188.    To the extent that Paragraph 188 consists of purported statements in news

5    reports and/or statements in public documents, those statements speak for themselves and

6    no response is required.  To the extent that the allegations contained in Paragraph 188

7    relate to other Defendants and/or third parties, TAIS lacks knowledge or information

8    sufficient to form a belief as to the truth of these allegations and, therefore, denies these

9    allegations.  To the extent that the allegations contained in Paragraph 188 may be deemed

10   to require a response from TAIS, TAIS denies these allegations.

11       189.    Paragraph 189 consists of purported statements in news reports and/or

12   statements in public documents, those statements speak for themselves and no response is

13   required.  To the extent that the allegations contained in Paragraph 189 may be deemed to

14   require a response from TAIS, TAIS denies these allegations.

15       190.    To the extent that the allegations contained in Paragraph 190 relate to other

16   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

17   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

18   extent that the allegations contained in Paragraph 190 are directed to TAIS, TAIS denies

19   these allegations.

20       191.    To the extent that Paragraph 191 consists of purported statements in news

21   reports, those statements speak for themselves and no response is required.  To the extent

22   that the allegations contained in Paragraph 191 relate to other Defendants and/or third

23   parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of

24   these allegations and, therefore, denies these allegations.  To the extent that the allegations

25   contained in Paragraph 191 may be deemed to require a response from TAIS, TAIS denies

26   these allegations.

27       192.    To the extent that Paragraph 192 consists of purported statements in news

28   reports and/or statements in public documents, those statements speak for themselves and

     no response is required.  To the extent that the allegations contained in Paragraph 192

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  relate to other Defendants and/or third parties, TAIS lacks knowledge or information

2  sufficient to form a belief as to the truth of these allegations and, therefore, denies these

3  allegations. To the extent that the allegations contained in Paragraph 192 may be deemed

4  to require a response from TAIS, TAIS denies these allegations.

5  193.    To the extent that the allegations contained in Paragraph 193 relate to other

6  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

7  belief as to the truth of these allegations and, therefore, denies these allegations. To the

8  extent that the allegations contained in Paragraph 193 are directed to TAIS, TAIS denies

9  these allegations.

10  194.    To the extent that Paragraph 194 consists of purported statements in news

11  reports, those statements speak for themselves and no response is required. To the extent

12  that the allegations contained in Paragraph 194 relate to other Defendants and/or third

13  parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of

14  these allegations and, therefore, denies these allegations. To the extent that the allegations

15  contained in Paragraph 194 may be deemed to require a response from TAIS, TAIS denies

16  these allegations.

17  195.    Paragraph 195 relates to other Defendants and/or third parties to this action.

18  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the

19  truth of the allegations contained in Paragraph 195 and, therefore, denies these allegations.

20  196.    To the extent that Paragraph 196 consists of purported statements in news

21  reports, those statements speak for themselves and no response is required. To the extent

22  that the allegations contained in Paragraph 196 relate to other Defendants and/or third

23  parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of

24  these allegations and, therefore, denies these allegations. To the extent that the allegations

25  contained in Paragraph 196 may be deemed to require a response from TAIS, TAIS denies

26  these allegations.

27  197.    To the extent that the allegations contained in Paragraph 197 relate to other

28  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

belief as to the truth of these allegations and, therefore, denies these allegations. To the

extent that the allegations contained in Paragraph 197 are directed to TAIS, TAIS denies these allegations.

## H. Summary Of Effects Of The Conspiracy Involving CRT Products

198. Paragraph 198 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that Paragraph 198 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

199. Paragraph 199 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that Paragraph 199 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## I. Fraudulent Concealment

200. Paragraph 200 contains Plaintiffs' characterization of their claims and legal conclusions and, therefore, no response is required. To the extent that the allegations contained in Paragraph 200 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 200 are directed to TAIS, TAIS denies these allegations.

201. Paragraph 201 contains Plaintiffs' characterization of their claims and legal conclusions and, therefore, no response is required. To the extent that the allegations contained in Paragraph 201 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 201 are directed to TAIS, TAIS denies these allegations.

202. To the extent that Paragraph 202 contains Plaintiffs' characterization of their claims and legal conclusions, no response is required. To the extent that the allegations contained in Paragraph 202 relate to other Defendants and/or third parties, TAIS lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   knowledge or information sufficient to form a belief as to the truth of these allegations and,

2   therefore, denies these allegations.   To the extent that the allegations contained in

3   Paragraph 202 are directed to TAIS, TAIS denies these allegations.

4       203.   To the extent that Paragraph 203 contains Plaintiffs' characterization of their

5   claims and legal conclusions, no response is required.   To the extent that the allegations

6   contained in Paragraph 203 relate to other Defendants and/or third parties, TAIS lacks

7   knowledge or information sufficient to form a belief as to the truth of these allegations and,

8   therefore, denies these allegations.   To the extent that the allegations contained in

9   Paragraph 203 are directed to TAIS, TAIS denies these allegations.

10      204.   To the extent that Paragraph 204 contains Plaintiffs' characterization of their

11  claims and legal conclusions, no response is required.   To the extent that the allegations

12  contained in Paragraph 204 relate to other Defendants and/or third parties, TAIS lacks

13  knowledge or information sufficient to form a belief as to the truth of these allegations and,

14  therefore, denies these allegations.   To the extent that the allegations contained in

15  Paragraph 204 are directed to TAIS, TAIS denies these allegations.

16      205.   To the extent that the allegations contained in Paragraph 205 relate to other

17  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

18  belief as to the truth of these allegations and, therefore, denies these allegations.   To the

19  extent that the allegations contained in Paragraph 205 are directed to TAIS, TAIS denies

20  these allegations.

21      206.   To the extent that the allegations contained in Paragraph 206 relate to other

22  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

23  belief as to the truth of these allegations and, therefore, denies these allegations.   To the

24  extent that the allegations contained in Paragraph 206 are directed to TAIS, TAIS denies

25  these allegations.

26      207.   To the extent that the allegations contained in Paragraph 207 relate to other

27  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

28  belief as to the truth of these allegations and, therefore, denies these allegations.   To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

extent that the allegations contained in Paragraph 207 are directed to TAIS, TAIS denies these allegations.

208.    To the extent that the allegations contained in Paragraph 208 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 208 are directed to TAIS, TAIS denies these allegations.

209.    To the extent that the allegations contained in Paragraph 209 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 209 are directed to TAIS, TAIS denies these allegations.

210.    To the extent that the allegations contained in Paragraph 210 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 210 are directed to TAIS, TAIS denies these allegations.

211.    Paragraph 211 contains Plaintiffs' characterization of their claims and legal conclusions and, therefore, no response is required.  To the extent that the allegations contained in Paragraph 211 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 211 are directed to TAIS, TAIS denies these allegations.

212.    Paragraph 212 contains Plaintiffs' characterization of their claims and legal conclusions and, therefore, no response is required.  To the extent that the allegations contained in Paragraph 212 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 212 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### VIII.  CLAIM FOR VIOLATIONS OF 15 U.S.C. § 1

213.    TAIS hereby incorporates by reference its responses to Paragraphs 1-212 of the DP-CAC as set forth above.

214.    Paragraph 214 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  To the extent that Paragraph 214 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

215.    Paragraph 215 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  To the extent that Paragraph 215 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

216.    Paragraph 216 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  To the extent that Paragraph 216 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

217.    Paragraph 217 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  To the extent that Paragraph 217 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

218.    Paragraph 218 consists of arguments, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  To the extent that Paragraph 218 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    219.    Paragraph 219 consists of arguments, Plaintiffs' characterization of their

2    claims and/or legal conclusions, to which no response is required.  To the extent that

3    Paragraph 219 may be deemed to require a response from TAIS, TAIS lacks knowledge or

4    information sufficient to form a belief as to the truth of these allegations and, therefore,

5    denies these allegations.

6    220.    Paragraph 220 consists of arguments, Plaintiffs' characterization of their

7    claims and/or legal conclusions, to which no response is required.  To the extent that

8    Paragraph 220 may be deemed to require a response from TAIS, TAIS lacks knowledge or

9    information sufficient to form a belief as to the truth of these allegations and, therefore,

10   denies these allegations.

11   221.    Paragraph 221 consists of arguments, Plaintiffs' characterization of their

12   claims and/or legal conclusions, to which no response is required.  To the extent that

13   Paragraph 221 may be deemed to require a response from TAIS, TAIS lacks knowledge or

14   information sufficient to form a belief as to the truth of these allegations and, therefore,

15   denies these allegations.

16   ### IX.  DAMAGES

17   222.    TAIS denies that Plaintiffs are entitled to any damages whatsoever against

18   TAIS.

19   ### X.  PRAYER FOR RELIEF

20   In answer to the Prayer for Relief, TAIS denies each and every allegation in the

21   Prayer and further specifically denies that Plaintiffs are entitled to any of the relief

22   requested or any remedy whatsoever against TAIS.

23   All allegations of the DP-CAC not heretofore admitted or denied are here and now

24   denied as though specifically denied herein.

25   ### DEFENSES/AFFIRMATIVE DEFENSES

26   Without assuming any burden it would not otherwise bear, and reserving its right to

27   amend its Answer to assert additional defenses as they may become known during

28   discovery, TAIS asserts the following separate and additional defenses:

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO
DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### FIRST DEFENSE

The conduct alleged to provide a basis for the claims of Plaintiffs and any putative class members did not have a direct, substantial and reasonably foreseeable effect on trade or commerce with the United States.  The Court, therefore lacks subject matter jurisdiction of the claims of Plaintiffs and any putative class members.  The Court also lacks subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337.

### SECOND DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

### THIRD DEFENSE

The DP-CAC fails to state a claim upon which relief can be granted.

### FOURTH DEFENSE

Plaintiffs' claims are barred in whole or part because the DP-CAC fails to plead conspiracy with particularity required under applicable law.

### FIFTH DEFENSE

Plaintiffs, and each of them, have failed to plead fraudulent concealment with the particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

### SIXTH DEFENSE

The DP-CAC should be dismissed on grounds of *forum non conveniens*.

### SEVENTH DEFENSE

Plaintiffs' claims and claims of any putative class members against TAIS are barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution of their claims.

### EIGHTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because they cannot be maintained as a class action.

### NINTH DEFENSE

The relief sought by Plaintiffs, and each of them, is barred because the named Plaintiffs are not proper class representatives.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## TENTH DEFENSE

Plaintiffs' claims and claims of any putative class members are improperly joined within the meaning of Rule 20 of the Federal Rules of Civil Procedure because they did not arise out of the same transaction, occurrence or series of transactions or occurrences and/or do not involve questions of law or fact common to all Defendants.

## ELEVENTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because Plaintiffs, and each of them, lack standing to bring or maintain the claims set forth in the DP-CAC.

## TWELFTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, to the extent that they did not purchase CRTs directly from Defendants, because they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 1 for alleged injuries in that capacity.

## THIRTEENTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because Plaintiffs, and each of them, have suffered no antitrust injury.

## FOURTEENTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by applicable statutes of limitations, including 15 U.S.C. § 15b.

## FIFTEENTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the doctrine of waiver.

## SIXTEENTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the doctrine of estoppel.

## SEVENTEENTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the doctrine of laches.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**EIGHTEENTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because no Plaintiff has been injured in its business or property by reason of any act of TAIS.

**NINETEENTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because any alleged injuries and damages were not legally or proximately caused by any acts or omissions of TAIS and/or were caused, if at all, solely and proximately by the conduct of third parties including, without limitations, the prior, intervening or superseding conduct of such third parties.

**TWENTIETH DEFENSE**

To the extent that any actionable conduct occurred, Plaintiffs' claims and claims of any putative class members against TAIS are barred because all such conduct would have been committed by individuals acting *ultra vires*.

**TWENTY-FIRST DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no damages as a result of any actions taken by TAIS and/or the other Defendants.

**TWENTY-SECOND DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

**TWENTY-THIRD DEFENSE**

Plaintiffs and any putative class members are barred from recovery of any damages because of and to the extent of their failure to mitigate damages.

**TWENTY-FOURTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because any actions or practices of TAIS that are subject of the DP-CAC were undertaken unilaterally for legitimate business reasons and in pursuit of TAIS's

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    independent interests and those of its customers, and were not the product of any contract,

2    combination or conspiracy between TAIS and any other person or entity.

3    ### TWENTY-FIFTH DEFENSE

4        Plaintiffs' claims and claims of any putative class members are barred, in whole or in

5    part, because any acts or practices of TAIS that are the subject of the DP-CAC were

6    adopted in furtherance of legitimate business interests of TAIS and of its customers and did

7    not unreasonably restrain competition.

8    ### TWENTY-SIXTH DEFENSE

9        Plaintiffs' claims and claims of any putative class members are barred, in whole or in

10   part, because any acts or practices of TAIS that are the subject of the DP-CAC were cost

11   justified or otherwise economically justified and resulted from a good-faith effort to meet

12   competition or market conditions.

13   ### TWENTY-SEVENTH DEFENSE

14       Plaintiffs' claims and claims of any putative class members are barred, in whole or in

15   part, as premised upon privileged conduct or actions by TAIS.

16   ### TWENTY-EIGHTH DEFENSE

17       Plaintiffs' claims and claims of any putative class members are barred, in whole or in

18   part, because the alleged conduct complained of was caused by, due to, based upon, or in

19   response to directives, laws, regulations, policies and/or acts of governments, governmental

20   agencies and entities and/or regulatory agencies, and as such is non-actionable or

21   privileged.

22   ### TWENTY-NINTH DEFENSE

23       Plaintiffs' claims and claims of any putative class members are barred, in whole or in

24   part, because, as indirect purchasers of CRTs, they fail to meet their burden of proving that

25   they were damaged in fact by the conduct of which complaint is here made, including the

26   burden of proving that any so-called overcharge of which complaint is made was not

27   absorbed in whole or in part by direct purchasers or by other third parties, and was passed

28   through to the Plaintiffs.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

### THIRTIETH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because, as indirect purchasers of CRTs, they fail to meet their burden of proving that they were damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge of which complaint is made and which was not absorbed by predecessors to the Plaintiffs in the chain of distribution was not passed on to a third party.

### THIRTY-FIRST DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, to the extent they seek improper multiple damage awards, and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments of the United States Constitution.

### THIRTY-SECOND DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the equitable doctrine of unclean hands.

### THIRTY-THIRD DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the doctrine of accord and satisfaction.

### THIRTY-FOURTH DEFENSE

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TAIS contends that it is entitled to set off any amounts paid to Plaintiffs by any Defendants other than TAIS who have settled, or do settle, Plaintiffs' claims against them in this action.

### THIRTY-FIFTH DEFENSE

Plaintiffs' claims and claims of any putative class members for injunctive relief are barred, in whole or in part, insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**THIRTY-SIXTH DEFENSE**

TAIS adopts by reference any applicable defense pleaded by any other Defendant not otherwise expressly set forth herein.

**THIRTY-SEVENTH DEFENSE**

TAIS reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

**TAIS'S PRAYER FOR RELIEF**

WHEREFORE, TAIS prays for judgment as follows:

1.   That Plaintiffs take nothing by reason of the DP-CAC, and that the action be dismissed with prejudice;

2.   That the Court enter judgment in favor of TAIS and against Plaintiffs with respect to all causes of action in the DP-CAC;

3.   That the Court award TAIS its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4.   That the Court order such other further relief for TAIS as the Court may deem just and proper.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    Dated:  April 29, 2010                    Respectfully submitted,

2                                              **WHITE & CASE** LLP

3

4                                              By:    /s/ Christopher M. Curran
5                                                    Christopher M. Curran (*pro hac vice*)
                                                     ccurran@whitecase.com
6                                                    George L. Paul (*pro hac vice*)
                                                     gpaul@whitecase.com
7                                                    Lucius B. Lau (*pro hac vice*)
                                                     alau@whitecase.com
8                                                    701 Thirteenth Street, N.W.
9                                                    Washington, DC  20005
                                                     tel.: (202) 626-3600
10                                                   fax: (202) 639-9355

11

12                                                   *Counsel to Defendant*
                                                     *Toshiba America Information Systems, Inc.*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**CERTIFICATE OF SERVICE**

On April 29, 2010, I caused a copy of the "TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT" to be served via ECF on the other parties in this action.


By:   /s/ Christopher M. Curran
Christopher M. Curran (*pro hac vice*)