UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

MDL 1917
C-07-5944        SAMUEL CONTI          DATE April 30, 2010
Case Number      Judge                 Time:  30 minutes

Title: IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Deputy Clerk: T. De Martini            Court Reporter: Jim Yeomans

PROCEEDINGS
Hearing on Defendants' Joint Motions to Certify Order for Interlocutory Appeal

The matter was argued and the Motion was Denied by the Court.

ATTORNEYS

| Plaintiffs | Defendants |
| --- | --- |
| Richard Saveri | Molly Donovan |
| Guido Saveri | Jeffrey Kessler |
| Mario Alioto | Diane Webb |
| Lauren Russell | Ian Simmons |
| Bruce Simon | Michelle Park Chiu |
| Geoffrey Rushing | Ryan Sandrock |
| Joe Patane | Ronald Redcay |
| Craig Corbitt | Ethan Litwin |
| Cadio Zirpoli | |