1  EMILY L. MAXWELL (SBN 185646)
   Email: MaxwellE@howrey.com
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, CA 94105-2708
   Telephone: (415) 848-4947
4  Facsimile: (415) 848-4999

5  JOHN M. TALADAY *(pro hac vice)*
   RICHARD A. RIPLEY *(pro hac vice)*
6  Email: taladayj@howrey.com
   Email: ripleyr@howrey.com
7  HOWREY LLP
   1299 Pennsylvania Ave NW
8  Washington, DC 20004
   Telephone: (202) 383-6564
9  Facsimile: (202) 383-6610

10 ETHAN E. LITWIN *(pro hac vice)*
   Email: litwine@howrey.com
11 HOWREY LLP
   601 Lexington Avenue, 54th Floor
12 New York, NY 10022-4629
   Telephone: (212) 896-6500
13 Facsimile: (212) 896-6501

14 Attorneys for KONINKLIJKE PHILIPS
   ELECTRONICS N.V. AND PHILIPS ELECTRONICS
15 NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944-SC**  **MDL No. 1917**  **NOTICE OF APPEARANCE** |
| This Document Relates to: ALL DIRECT PURCHASER ACTIONS | |

**HOWREY LLP**

-1-
NOTICE OF APPEARANCE

1 TO THE COURT AND ALL COUNSEL OF RECORD:

2 Please enter the appearance of Emily L. Maxwell of the law firm Howrey LLP, located at 525

3 Market Street, Suite 3600, San Francisco, California 94105-2708 as counsel for defendants

4 Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation.

5 DATED: April 30, 2010                    Respectfully Submitted

6                                                          **HOWREY LLP**

7

8   /s/ **Emily L. Maxwell**
    Emily L. Maxwell

9
10  525 Market Street
    Suite 3600
    San Francisco, CA 94105-2708
11  Telephone: (415) 848-4947
    Facsimile: (212) 848-4999
12  Email: MaxwellE@Howrey.com

13
    *Attorneys for Koninklijke Philips Electronics N.V.*
14  *and Philips Electronics North America*
    *Corporation*

**HOWREY LLP**

-2-
NOTICE OF APPEARANCE