EMILY L. MAXWELL (SBN 185646)
Email: MaxwellE@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4947
Facsimile: (415) 848-4999

JOHN M. TALADAY *(pro hac vice)*
RICHARD A. RIPLEY *(pro hac vice)*
Email: taladayj@howrey.com
Email: ripleyr@howrey.com
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-6564
Facsimile: (202) 383-6610

ETHAN E. LITWIN *(pro hac vice)*
Email: litwine@howrey.com
HOWREY LLP
601 Lexington Avenue, 54th Floor
New York, NY 10022-4629
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

Attorneys for KONINKLIJKE PHILIPS
ELECTRONICS N.V. AND PHILIPS ELECTRONICS
NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944-SC**<br><br>**MDL No. 1917** |
| This Document Relates to:<br>ALL DIRECT PURCHASER ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that David M. Lisi, a former attorney of the law firm Howrey LLP, and a former attorney for defendants Koninklijke Philips Electronics N.V. ("KPE") and Philips Electronics North America Corporation ("PENAC"), is hereby withdrawn as counsel for KPE and PENAC in the above-captioned litigation. Howrey LLP continues to serve as counsel for KPE and

**HOWREY LLP**

-1-
NOTICE OF WITHDRAWAL

PENAC through attorneys Emily L. Maxwell, John M. Taladay, Richard A. Ripley, and Ethan Litwin, who request that all future correspondence and papers in this action continue to be directed to them.

DATED: April 30, 2010

Respectfully submitted,

**HOWREY LLP**

 /s/ Emily L. Maxwell
Emily L. Maxwell

525 Market Street
Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4947
Facsimile: (212) 848-4999
Email: MaxwellE@Howrey.com

*Attorneys for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*