FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
     - and –
MARY JANE EDELSTEIN FAIT
fait@whafh.com
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: 312/984-0000

Attorneys for Plaintiff and the Proposed Direct Purchaser Class

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) | CASE NO. 07-5944 SC<br>MDL No. 1917 |
|---|---|---|
| This Document relates to:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF CHANGE IN COUNSEL**<br><br><br><br>JUDGE:   Hon. Samuel Conti |

NOTICE OF CHANGE IN COUNSEL- Case No. CV-07-5944 SC

PLEASE TAKE NOTICE that attorney Marisa C. Livesay is no longer an attorney with this firm and therefore is no longer assigned to this case. Please remove her name from the service/email distribution list in this case.

DATED: April 30, 2010

Respectfully submitted,

WOLF HALDENSTEIN ADLER
   FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
RACHELE R. RICKERT

/s/ FRANCIS M. GREGOREK

FRANCIS M. GREGOREK

Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599
   - and -
MARY JANE EDELSTEIN FAIT
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Telephone: 312/984-0000

MAGER & GOLDSTEIN LLP
JAYNE GOLDSTEIN
LEE ALBERT
1818 Market Street, Suite 3700
Philadelphia, Pennsylvania 19103
Telephone: 215/640-3280
Facsimile: 215/640-3281

CAFFERTY FAUCHER LLP
BRYAN L. CLOBES
ELLEN MERIWETHER
1717 Arch Street, Suite 3610
Philadelphia, Pennsylvania 19103
Telephone: 215/864-2800
Facsimile: 215/864-2810

CARELLA, BYRNE, BAIN, GILFILLAN,
   CECCHI, STEWART & OLSTEIN
JAMES E. CECCHI
LINDSEY H. TAYLOR
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: 973/994-1700
Facsimile: 973/994-1744

NOTICE OF CHANGE IN COUNSEL - Case No. CV-07-5944 SC

| | |
|---|---|
| 1 | Attorneys for Plaintiff and the Proposed Direct Purchaser Class |
| 2 | |
| 3 | CATHODE: 17569 |

DECLARATION OF SERVICE

I, Elizabeth Lee, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California 92101.

2. That on April 30, 2010, declarant served NOTICE OF CHANGE IN COUNSEL via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That on April 30, 2010, declarant served the parties who are not registered participants of the CM/ECF System, via Electronic Mail.

4. That there is regular communication between the parties.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of April 2010, at San Diego, California.

_____
ELIZABETH LEE

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Service List – February 25, 2008
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
   619/239-4599
   619/234-4599 (fax)
gregorek@whafh.com
manifold@whafh.com
rickert@whafh.com

Mary Jane Edelstein Fait
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
55 West Monroe Street, Suite 1111
Chicago, IL 60603
   312/984-0000
fait@whafh.com

Brude Lee Simon
Esther L. Kluisura
PEARSON, SIMON SOTER,
 WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
   415/433-9000
   415.433-9008 (fax)
bison@psswplaw.com
eklisura@psswplaw.com

Lori S. Brody
KAPLAN FOX & KILSHEIMER LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
   310/785-0800
   310/785-0897 (fax)
lbrody@kaplanfox.com

Daniel D. Owen
P. John Brady
SHUGHART THOMSON &
 KILROY, P.C.
Twelve Wyandotte Plaza - Suite 1600
120 W 12th Street
Kansas City, MO 64105
   816/395-0671
   816/374-0509
dowen@stklaw.com
jbrady@stklaw.com

Guido Saveri
Cadio Zirpoli
Richard A. Saveri
SAVERI & SAVERI
111 Pine Street, Suite 1700
San Francisco, CA 94111
   415/217-6810
guido@saveri.com
zirpoli@saveri.com
rick@saveri.com

Fred A. Silva
Betty Lisa Julian
Kathy Lee Monday
DAMRELL NELSON ET AL
1601 I Street
Modesto, CA 95354
   209/526-3500
   209/526-3534 (fax)
fsilva@damrell.com
bjulian@damrell.com
kmonday@damrell.com

Kevin B. Love
CRIDEN & LOVE PA
7301 Southwest 57th Court, Suite 515
South Miami, FL 33143
   305/357-9000
   305/357-9050
klove@cridenlove.com

15839

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Service List – February 25, 2008
Page 2

`COUNSEL FOR PLAINTIFFS

Craig C. Corbitt
Francis O. Scarpulla
Judith A. Zahid
Matthrw R. Schultz
ZELLE, HOFMANN, VOELBEL,
 MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
    415/693-0700
    415.693-0770 (fax)
ccorbitt@zelle.com
fscarpulla@zelle.com
jzahid@zelle.com
mschultz@zelle.com

Michael Jacobs
Richard M. Hagstrom
ZELLE HOFMANN VOELBEL MASON
 & GETTE LLP
500 Washington Avenue
South Suite 400
Minneapolis, MN 55415
    612/332-2020
    612/336-9100
mjacobs@zelle.com
rhagstrom@zelle.com

Douglas A. Millen
Steven A. Kanner
William H. London
FREED KANNER LONDON
 & MILLEN LLC
2201 Waukegan Rd., Suite 130
Bannockburn, IL 60015
    224/632-4500
    224-632-4519 (fax)
doug@fklmlaw.com
kanner@fklmlaw.com
blondon@fklmlaw.com

Harry Shulman
THE MILLS LAW FIRM
145 Marina Blvd.
San Rafael, CA 94901
    415/445-1326
    415/455-1327 (fax)
harry@millslawfirm.com

Joseph W. Cotchett
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
    650/697-6000
    650/697-0577 (fax)
jcotchett@cpmlegal.com

Randy R. Renick
HADSELL STORMER KEENY RICHARDSON
 & RENICK
128 North Fair Oaks Avenue, Suite 204
Pasadena, Ca 91103
rrr@renicklaw.com

Christopher T. Heffelfinger
Joseph J. Tabacco, Jr.
BERMAN DE VALERIO PEASE
 TABACCO BURT & PU
425 California Street, Suite 2100
San Francisco, CA 94104-2205
    415.433-3200
    415/433-6382 (fax)
cheffelfinger@bermanesq.com
jtabacco@bermanesq.com

Manuel J. Dominguez
BERMAN DE VALERIO PEASE
 TABACCO BURT & PU
222 Lakeview Avenue, Suite 900
W. Palm Beach, FL 33401
    561/835-9400
    561/835-0322 (fax
mdominguez@bermanesq.com

15839

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Service List – February 25, 2008
Page 3

COUNSEL FOR PLAINTIFFS

Marc J. Greenspon
LAW OFFICE OF MARC J.
 GREENSPON
6200 Spring Isles Blvd.
Lake Worth, FL 33463
 954/817-6272
mjgreespon@yahoo.com

Ronnie Seidel Spiegel
Anthony D. Shapiro
HAGENS BERMAN
 SOBOL SHAPIRO
1301 5th Avenue, Suite 2900
Seattle, WA 98101
 206/623-7292
 206/623-0594 (fax)
Ronnie@hbsslaw.com
tony@hbsslaw.com

Jeff D. Friedman
HAGENS BERMAN SOBOL
 SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
 510/725-3000
 510/725-3001 (fax)
jefff@hbsslaw.com

Jayne A. Goldstein
SHEPHERD, FINKELMAN,
 MILLER & SHAH, LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
 954/515-0123
 954/414-0124 (fax
jgoldstein@sfmslaw.com

Michael P. Lehman
Christopher L. Lebsock
Jon T. King
COHEN, MILSTEIJN, HAUSFELD &
 TOLL, P.L.L.C.
One Embarcadero Ctr., Suite 2440
San Francisco, CA 94111
 415/983-3321
 415/986-3643 (fax)
mlehmann@cmht.com
clebsock@cmht.com
jking@cmht.com

Brendan P. Glackin
Eric B. Fastiff
Joseph R. Saveri
Richard M. Heimann
LIEF CABRASER HEIMANN
 & BERSTEIN LLP
276 Battery Street, 30th Floor
San Francisco, CA 94111-3339
 415/956-1000
 415.956-1008 (fax)
bglackin@lchb.com
efastiff@lchb.com
jsaveri@lchb.com
rheimann@lchb.com

Candice J. Enders
H. Laddie Montague, Jr.
Ruthanne Gordon
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
 800-424-6690
 215-875-4604
cenders@bm.net
hlmontague@bm.net
rgordon@bm.net

15839

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Service List – February 25, 2008
Page 4

COUNSEL FOR PLAINTIFFS

Henry A. Cirillo
Kathleen Styles Rogers
Michael S. Christian
Thomas Patrick Dove
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 941094
    415-982-2070
    415-982-2076
hcirillo@furth.com
krogers@furth.com
mchristian@furth.com
tdove@furth.com

Lori A. Fanning
Marvin A. Miller
Mathhew E. Van. Tine
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
    312-332-3400
    312-676-2676
lfanning@millerlawllc.com
mmiller@millerlawllc.com
mvantine@millerlawllc.com

Joseph Marid Patane
LAW OFFICE OF JOSEPH M. PATANE
Lauren Clare Russell
Mario N. Alioto
TRUMP ALIOTO TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 92123
    415-563-7200
    415-346-0679
jpatane@tatp.com
laurenrussell@tatp.com
malioto@tatp.com

COUNSEL FOR DEFENDANTS

Gregory Hill
Joseph R. Wetzel
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
    650-802-3000
greg.hull@weil.com
joseph.wetzel@weil.com

Steven A. Reiss (*pro hac vice pending*)
David L. Yohai (*pro hac vice pending*)
Alan R. Feigenbaum (*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
    212/310-8000
    212/310-8007 (fax)
stevenreiss@weil.com
david.yohai@weil.com
alan.feigenbaum@weil.com

Jeffrey L. Kessler
A. Paul Victor
DEWEY & LE BOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
    212/259-8000
    212/259-7013 (fax)
jkessler@dl.com
pvictor@dl.com

Michael W. Searborough
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
    415-434-9100
mscarborough@smrh.com

15839

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Service List – February 25, 2008
Page 5

INVERVENOR

Jeane Hamilton
U.S. DEPARTMENT OF JUSTICE
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
415-436-6660
jeane.hamilton@usdoj.gov

15839