1  Joseph Saveri (SBN 130064)
   jsaveri@lchb.com
2  Eric B. Fastiff
   efastiff@lchb.com
3  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
4  San Francisco, CA 94111
   Telephone: (415) 956-1000
5  Facsimile: (415) 956-1008

6  Linda P. Nussbaum
   lnussbaum@nussbaumllp.com
7  John D. Radice
   jradice@nussbaumllp.com
8  NUSSBAUM, LLP
   26 Murray Hill Road
9  Scarsdale, NY 10583
   Telephone: (914) 874-7152
10

11 *Attorneys for Plaintiffs*

12              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION

14

15 | In re: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC |
16 | ANTITRUST LITIGATION | |
   | | MDL No. 1917 |
17 | | |
   | This Document Relates to: | **NOTICE OF CHANGE OF FIRM** |
18 | ALL DIRECT PURCHASER ACTIONS | **AFFILIATION AND APPEARANCE FOR** |
   | | **LINDA P. NUSSBAUM** |
19 | | |
   | | JURY TRIAL DEMANDED |
20

21         PLEASE TAKE NOTICE that Linda P. Nussbaum, counsel of record for Plaintiffs Meijer

22 Inc., Meijer Distribution, Inc., and Arch Electronics, Inc. is now affiliated with Nussbaum LLP at

23 the following address:

24                    Linda P. Nussbuam
                      Nussbaum LLP
25                    26 Murray Hill Road
                      Scarsdale, NY 10583
26                    Telephone: (914) 874-7152
                      E mail: lnussbuam@nussbaumllp.com
27

28

Date:  New York, New York
       May 28, 2010

                                    Respectfully submitted:

                                         /s/ Linda P. Nussbaum
                                    Linda P. Nussbaum
                                    NUSSBAUM LLP
                                    26 Murray Hill Road
                                    Scarsdale, NY 10583
                                    Telephone:  (914) 874-7152
                                    E mail:  lnussbaum@nussbaumllp.com

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from Linda Nussbaum.

**CERTIFICATE OF SERVICE**

I, Linda P. Nussbaum, certify that a true and correct copy of the foregoing Notice of Change of Firm Affiliation and Appearance on behalf of Plaintiffs Meijer Inc. and Meijer Distribution, Inc., was electronically filed with the Clerk of Court via ECF on the 28th day of May, 2010, which will send notification of such filing to all counsel of record on this the 28th day of May, 2010.

                                                               /s/   Linda P. Nussbaum