1  **Counsel Listed On Signature Block**

2

3

4

5

6

7

8

9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER RE INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, on February 5, 2010, Special Master Charles A. Legge issued

2  his Report, Recommendations and Tentative Rulings Re: Defendants' Motions to Dismiss

3  by which he denied in part and granted in part Defendants' Motions to Dismiss;

4    WHEREAS, on March 30, 2010, the Court issued an Order Approving and

5  Adopting Special Master's Report, Recommendation and Tentative Rulings Re:

6  Defendant's Motions to Dismiss ("Motion to Dismiss Order"), by which the Court, *inter*

7  *alia*, granted the Indirect Purchaser Plaintiffs ("Plaintiffs") leave to amend certain of the

8  claims in Plaintiffs' Consolidated Amended Complaint;

9    WHEREAS, on May 10, 2010, Plaintiffs filed a Second Consolidated

10  Amended Complaint amending certain claims as provided in the Motion to Dismiss Order

11  and purporting to state certain additional claims not referenced in the Motion to Dismiss

12  Order;

13    WHEREAS, the parties desire to expedite resolution of the substantive issues

14  raised by the amended and putative additional claims asserted in Plaintiffs' Second

15  Consolidated Amended Complaint and to minimize the burdens on the parties, the Court,

16  and the Special Master, but not to prejudice Defendants as to any defenses that would have

17  been available to them in opposition to a Motion for Leave to File Plaintiffs' Second

18  Consolidated Amended Complaint;

19    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for

20  the undersigned Plaintiffs and Defendants, that:

21    1.    As to any amended or additional claims asserted in Plaintiffs' Second

22  Consolidated Amended Complaint, Defendants shall file a joint Motion to Dismiss by

23  June 25, 2010.

24    2.    Plaintiffs shall file their papers in opposition to Defendants' Motion to

25  Dismiss by July 16, 2010.

26    3.    Defendants shall file their papers in reply to Plaintiffs' opposition by

27  July 30, 2010.

28                                    -1-

W02-WEST:5DYB1\402659648.1    STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER RE INDIRECT
MDL No. 1917                   PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT

4.   The hearing on Defendants' Motion to Dismiss shall be held on August 24, 2010, or on such other date as the Special Master may select.

5.   Defendants shall not contend that the Plaintiffs' Second Consolidated Amended Complaint is not properly filed, however, Defendants retain all rights that they would otherwise have to assert any and all defenses to the amended and putative additional claims asserted in Plaintiffs' Second Consolidated Amended Complaint that could have been raised in opposition to a Motion for Leave to File Plaintiffs' Second Consolidated Amended Complaint, including without limitation any defense that they would otherwise have that such claims do not "relate back" to the filing date of Plaintiffs' Consolidated Amended Complaint for purposes of the applicable statute(s) of limitations.

Dated: May 25, 2010

By:   /s/ *Mario N. Alioto*
MARIO N. ALIOTO, Bar No. 56433
malioto@tatp.com
LAUREN C. RUSSELL, Bar No. 241151
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

***Interim Lead Counsel for the Indirect Purchaser Plaintiffs***

-2-

1  Dated: May 25, 2010

By: ___/s/ Michael W. Scarborough_____
GARY L. HALLING, Bar No. 66087
ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Bar No. 95788
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH, Bar No. 203524
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER &**
**HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

*Attorneys for Defendants*
*Samsung SDI America, Inc,.*
*Samsung SDI Co., Ltd.,*
*Samsung SDI (Malaysia) Sdn. Bhd.,*
*Samsung SDI Mexico S.A. de C.V.,*
*Samsung SDI Brasil Ltda.,*
*Shenzen Samsung SDI Co., Ltd., and*
*Tianjin Samsung SDI Co., Ltd.,*
*And On Behalf of All Other Defendants*

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _May 28, 2010_

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

DATED:_____

_____
Hon. Samuel Conti
United States District Judge

-3-

W02-WEST:5DYB1\402659648.1
MDL No. 1917

STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER RE INDIRECT
PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT