DEREK G. HOWARD, SBN 118082
**MINAMI TAMAKI LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
Telephone: (415) 788-9000
Facsimile: (415) 398-3887
dhoward@minamitamaki.com

Attorneys for Plaintiffs
*Greg A. Glanz and Barry Kushner*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF CHANGE OF ADDRESS AND AFFILIATION OF DEREK G. HOWARD** |

TO CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that DEREK G. HOWARD hereby changes his address of record and affiliation for Plaintiffs Greg A. Glanz and Barry Kushner in the above-captioned matter to the following office: MINAMI TAMAKI LLP, 360 Post Street, 8th Floor, San Francisco, CA 94108 (415) 788-9000.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: June 3, 2010

　　　　　　　　　　　　　　　　　　By: ___/s/ Derek G. Howard___
　　　　　　　　　　　　　　　　　　　Derek G. Howard
　　　　　　　　　　　　　　　　　　　MINAMI TAMAKI LLP
　　　　　　　　　　　　　　　　　　　360 Post Street, 8th Floor
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94108
　　　　　　　　　　　　　　　　　　　Telephone: (415) 788-9000
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 398-3887

　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs *Greg A. Glanz and Barry Kushner*

**MINAMI TAMAKI, LLP**
360 Post Street, 8th Floor
San Francisco, CA 94108
Tel. (415) 788-9000
Fax (415) 398-3887

NOTICE OF CHANGE OF ADDRESS AND AFFILIATION OF DEREK G. HOWARD