**Counsel Listed On Signature Block**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER RE INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

1     WHEREAS, on February 5, 2010, Special Master Charles A. Legge issued
2 his Report, Recommendations and Tentative Rulings Re: Defendants' Motions to Dismiss
3 by which he denied in part and granted in part Defendants' Motions to Dismiss;

4     WHEREAS, on March 30, 2010, the Court issued an Order Approving and
5 Adopting Special Master's Report, Recommendation and Tentative Rulings Re:
6 Defendant's Motions to Dismiss ("Motion to Dismiss Order"), by which the Court, *inter*
7 *alia*, granted the Indirect Purchaser Plaintiffs ("Plaintiffs") leave to amend certain of the
8 claims in Plaintiffs' Consolidated Amended Complaint;

9     WHEREAS, on May 10, 2010, Plaintiffs filed a Second Consolidated
10 Amended Complaint amending certain claims as provided in the Motion to Dismiss Order
11 and purporting to state certain additional claims not referenced in the Motion to Dismiss
12 Order;

13     WHEREAS, the parties desire to expedite resolution of the substantive issues
14 raised by the amended and putative additional claims asserted in Plaintiffs' Second
15 Consolidated Amended Complaint and to minimize the burdens on the parties, the Court,
16 and the Special Master, but not to prejudice Defendants as to any defenses that would have
17 been available to them in opposition to a Motion for Leave to File Plaintiffs' Second
18 Consolidated Amended Complaint;

19     IT IS HEREBY STIPULATED AND AGREED, by and between counsel for
20 the undersigned Plaintiffs and Defendants, that:

21     1.  As to any amended or additional claims asserted in Plaintiffs' Second
22 Consolidated Amended Complaint, Defendants shall file a joint Motion to Dismiss by
23 June 25, 2010.

24     2.  Plaintiffs shall file their papers in opposition to Defendants' Motion to
25 Dismiss by July 16, 2010.

26     3.  Defendants shall file their papers in reply to Plaintiffs' opposition by
27 July 30, 2010.

28     -1-

W02-WEST:5DYB1\402659648.1 STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER RE INDIRECT
MDL No. 1917 PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT

4. The hearing on Defendants' Motion to Dismiss shall be held on August 24, 2010, or on such other date as the Special Master may select.

5. Defendants shall not contend that the Plaintiffs' Second Consolidated Amended Complaint is not properly filed, however, Defendants retain all rights that they would otherwise have to assert any and all defenses to the amended and putative additional claims asserted in Plaintiffs' Second Consolidated Amended Complaint that could have been raised in opposition to a Motion for Leave to File Plaintiffs' Second Consolidated Amended Complaint, including without limitation any defense that they would otherwise have that such claims do not "relate back" to the filing date of Plaintiffs' Consolidated Amended Complaint for purposes of the applicable statute(s) of limitations.

Dated: May 25, 2010

By: /s/ *Mario N. Alioto*
MARIO N. ALIOTO, Bar No. 56433
malioto@tatp.com
LAUREN C. RUSSELL, Bar No. 241151
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

***Interim Lead Counsel for the Indirect Purchaser Plaintiffs***

-2-

| | |
|---|---|
| Dated: May 25, 2010 | By: /s/ Michael W. Scarborough<br>GARY L. HALLING, Bar No. 66087<br>ghalling@sheppardmullin.com<br>JAMES L. MCGINNIS, Bar No. 95788<br>jmcginnis@sheppardmullin.com<br>MICHAEL SCARBOROUGH, Bar No. 203524<br>mscarborough@sheppardmullin.com<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: 415-434-9100<br>Facsimile: 415-434-3947<br><br>*Attorneys for Defendants*<br>*Samsung SDI America, Inc,.*<br>*Samsung SDI Co., Ltd.,*<br>*Samsung SDI (Malaysia) Sdn. Bhd.,*<br>*Samsung SDI Mexico S.A. de C.V.,*<br>*Samsung SDI Brasil Ltda.,*<br>*Shenzen Samsung SDI Co., Ltd., and*<br>*Tianjin Samsung SDI Co., Ltd.,*<br>*And On Behalf of All Other Defendants* |

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 28, 2010

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

DATED: 6/3/10

*[Signature: Judge Samuel Conti]*
*[Stamp: IT IS SO ORDERED — Judge Samuel Conti]*
*[Seal: United States District Court, Northern District of California]*

-3-