```
 1  EMILY L. MAXWELL (SBN 185646)
    Email: MaxwellE@howrey.com
 2  HOWREY LLP
    525 Market Street, Suite 3600
 3  San Francisco, CA 94105-2708
    Telephone: (415) 848-4947
 4  Facsimile:  (415) 848-4999

 5  JOHN M. TALADAY (pro hac vice)
    RICHARD A. RIPLEY (pro hac vice)
 6  Email: taladayj@howrey.com
    Email: ripleyr@howrey.com
 7  HOWREY LLP
    1299 Pennsylvania Ave NW
 8  Washington, DC 20004
    Telephone: (202) 383-6564
 9  Facsimile:  (202) 383-6610

10  ETHAN E. LITWIN (pro hac vice)
    Email: litwine@howrey.com
11  HOWREY LLP
    601 Lexington Avenue, 54th Floor
12  New York, NY 10022-4629
    Telephone: (212) 896-6500
13  Facsimile:  (212) 896-6501

14  Attorneys for KONINKLIJKE PHILIPS
    ELECTRONICS N.V. AND PHILIPS ELECTRONICS
15  NORTH AMERICA CORPORATION
```

FILED
2010 JUN 17 P 1: 47
RICHARD W. ...
CLERK, U.S. ...
NORTHERN DISTRICT ...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTIRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**APPLICATION OF ANDREAS STARGARD FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

-1-
APPLICATION OF ANDREAS STARGARD FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

1       Pursuant to Civil L.R. 11-3, ANDREAS STARGARD, an active member in good standing of
2 the bar of New York, the District of Columbia and the United States District Court for the District of
3 Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac*
4 *vice* basis representing Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North
5 America Corporation in the above-entitled action. In support of this application, I certify on oath that:

6     1.    I am an active member in good standing of a United States Court or of the highest court
7 of another State or District of Columbia, as indicated above;

8     2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule
9 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the
10 Local Rules and the Alternative Dispute Resolution programs of this Court; and,

11     3.    An attorney who is a member of the bar of this Court in good standing and who
12 maintains an office within the State of California has been designated as co-counsel in the above-
13 entitled action. The name, address and telephone number of that attorney is:

                EMILY L. MAXWELL (SBN 185646)
                Email: MaxwellE@howrey.com
                HOWREY LLP
                525 Market Street, Suite 3600
                San Francisco, CA 94105-2708
                Telephone: (415) 848-4947
                Facsimile: (415) 848-4999

18       I declare under penalty of perjury that the foregoing is true and correct.

20 Dated: June 14, 2010

                                          */s/ Andreas Stargard*
                                          ANDREAS STARGARD