```
 1  EMILY L. MAXWELL (SBN 185646)
    Email: MaxwellE@howrey.com
 2  HOWREY LLP
    525 Market Street, Suite 3600
 3  San Francisco, CA 94105-2708
    Telephone: (415) 848-4947
 4  Facsimile: (415) 848-4999

 5  JOHN M. TALADAY (pro hac vice)
    RICHARD A. RIPLEY (pro hac vice)
 6  Email: taladayj@howrey.com
    Email: ripleyr@howrey.com
 7  HOWREY LLP
    1299 Pennsylvania Ave NW
 8  Washington, DC 20004
    Telephone: (202) 383-6564
 9  Facsimile: (202) 383-6610

10  ETHAN E. LITWIN (pro hac vice)
    Email: litwine@howrey.com
11  HOWREY LLP
    601 Lexington Avenue, 54th Floor
12  New York, NY 10022-4629
    Telephone: (212) 896-6500
13  Facsimile: (212) 896-6501

14  Attorneys for KONINKLIJKE PHILIPS
    ELECTRONICS N.V. AND PHILIPS ELECTRONICS
15  NORTH AMERICA CORPORATION
```

**RECEIVED 2010 JUN 17 P 1:50 RICHARD W. W[...] CLERK, U.S. [...]**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTIRUST LITIGATION )))))))))))))) This Document Relates to: ALL ACTIONS | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING ANDREAS STARGARD'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

HOWREY LLP

-1-
[PROPOSED] ORDER GRANTING ANDREAS STARGARD FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

ANDREAS STARGARD, an active member in good standing of the bars of the State of New York and the District of Columbia, whose business address and telephone number is:

> Andreas Stargard
> Email: stargarda@howrey.com
> HOWREY LLP
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
> Telephone: (202) 383-7143
> Facsimile:  (202) 318-8554

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation;

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

                                        SAMUEL CONTI
                                        UNITED STATES DISTRICT JUDGE