EMILY L. MAXWELL (SBN 185646)
Email: MaxwellE@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
Telephone: (415) 848-4947
Facsimile: (415) 848-4999

JOHN M. TALADAY *(pro hac vice)*
RICHARD A. RIPLEY *(pro hac vice)*
Email: taladayj@howrey.com
Email: ripleyr@howrey.com
HOWREY LLP
1299 Pennsylvania Ave NW
Washington, DC 20004
Telephone: (202) 383-6564
Facsimile: (202) 383-6610

ETHAN E. LITWIN *(pro hac vice)*
Email: litwine@howrey.com
HOWREY LLP
601 Lexington Avenue, 54th Floor
New York, NY 10022-4629
Telephone: (212) 896-6500
Facsimile: (212) 896-6501

Attorneys for KONINKLIJKE PHILIPS ELECTRONICS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re: CATHODE RAY TUBE (CRT) ANTIRUST LITIGATION

This Document Relates to:
ALL ACTIONS

Case No. 07-5944-SC

MDL No. 1917

[PROPOSED] ORDER GRANTING ANDREAS STARGARD'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

-1-
[PROPOSED] ORDER GRANTING ANDREAS STARGARD FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

ANDREAS STARGARD, an active member in good standing of the bars of the State of New York and the District of Columbia, whose business address and telephone number is:

>Andreas Stargard
>Email: stargarda@howrey.com
>HOWREY LLP
>1299 Pennsylvania Ave., N.W.
>Washington, D.C. 20004
>Telephone: (202) 383-7143
>Facsimile:  (202) 318-8554

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____June 21, 2010_____

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE