| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | TERRENCE A. CALLAN #36305 |
| 2 | Email: terrence.callan@pillsburylaw.com |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone: (415) 983-1000 |
|   | Facsimile: (415) 983-1200 |
| 5 | |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 6 | JOSEPH R. TIFFANY II # 67821 |
|   | Email: joseph.tiffany@pillsburylaw.com |
| 7 | PHILIP A. SIMPKINS # 246635 |
|   | Email: philip.simpkins@pillsburylaw.com |
| 8 | 2475 Hanover Street |
|   | Palo Alto, CA  94304-1114 |
| 9 | Telephone: (650) 233-4500 |
|   | Facsimile: (650) 233-4545 |
| 10 | |
|    | Attorneys for Defendants |
| 11 | IRICO DISPLAY DEVICES CO., LTD. and |
|    | IRICO GROUP CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.:  C07-5944 SC |
| | MDL NO. 1917 |
| This Document Relates To: | MOTION FOR LEAVE TO WITHDRAW OF PILLSBURY WINTHROP SHAW PITTMAN LLP |
| ALL ACTIONS | |

Pursuant to Local Rule 11-5, Terrence E. Callan, Joseph R. Tiffany II, and Philip A. Simpkins of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), attorneys of record for Irico Display Devices Co., Ltd. and Irico Group Corporation (the "Irico Entities"), hereby move this Court to permit Pillsbury to withdraw as attorneys of record for the Irico Entities on the following grounds:

1.      At the request of the Irico Entities, Pillsbury ceased its representation of the Irico Entities in May 2009, but continued to forward the Irico Entities information regarding the case status, filings and deadlines.  Declaration of Joseph R. Tiffany II in Support of Pillsbury Winthrop Shaw Pittman LLP's Motion for Leave to Withdraw ("Tiffany Decl.") paragraph 2.

2.      On April 28, 2010, Pillsbury provided written notice to the Irico Entities of its intention to move for leave to withdraw as counsel.  Tiffany Decl., ¶ 3.

3.      On June 18, 2010, Pillsbury provided written notice to the other parties that have appeared in this case of its intention to move for leave to withdraw as counsel for the Irico Entities.  Tiffany Decl., ¶ 4.

4.      Pursuant to Local Rule 11-5(b), if the Court so directs, Pillsbury will continue to accept service of papers on behalf of the Irico Entities and to forward such papers to the Irico Entities in accordance with Local Rule 11-5(b) until substitute counsel appears on behalf of the Irico Entities.  In its April 28, 2010 notice, Pillsbury informed the Irico Entities that the Court may require that Pillsbury continue to accept service for the Irico Entities in accordance with Local Rule 11-5(b).  Tiffany Decl., ¶ 5.

5.      Pillsbury's withdrawal will not result in any prejudice to any other litigant or any harm to the administration of justice, and it will not cause any delay in the resolution of this case.

Dated: June 23, 2010

PILLSBURY WINTHROP SHAW PITTMAN LLP

By    /s/  Joseph R. Tiffany II
      Joseph R. Tiffany II

Attorneys for Defendants
IRICO DISPLAY DEVICES CO., LTD. and
IRICO GROUP CORPORATION