| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>TERRENCE A. CALLAN #36305 |
| 2 | Email: terrence.callan@pillsburylaw.com<br>50 Fremont Street |
| 3 | Post Office Box 7880<br>San Francisco, CA  94120-7880 |
| 4 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 5 | |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>JOSEPH R. TIFFANY II # 67821 |
| 7 | Email: joseph.tiffany@pillsburylaw.com<br>PHILIP A. SIMPKINS # 246635 |
| 8 | Email: philip.simpkins@pillsburylaw.com<br>2475 Hanover Street |
| 9 | Palo Alto, CA  94304-1114<br>Telephone: (650) 233-4500 |
| 10 | Facsimile: (650) 233-4545 |
| 11 | Attorneys for Defendants<br>IRICO DISPLAY DEVICES CO., LTD. and<br>IRICO GROUP CORPORATION |
| 12 | |

13      UNITED STATES DISTRICT COURT

14      NORTHERN DISTRICT OF CALIFORNIA

15      SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | IN RE: CATHODE RAY TUBE (CRT)<br>ANTITRUST LITIGATION | ) ) ) Case No.:  C07-5944 SC |
| 18 | | ) MDL NO. 1917 |
| 19 | | ) ) [PROPOSED] ORDER GRANTING |
| 20 | This Document Relates To: | ) PILLSBURY WINTHROP SHAW<br>) PITTMAN LLP'S MOTION FOR |
| 21 | ALL ACTIONS | ) LEAVE TO WITHDRAW<br>) |
| 22 | \\\ | |
| 23 | \\\ | |
| 24 | \\\ | |
| 25 | \\\ | |
| 26 | \\\ | |
| 27 | \\\ | |
| 28 | | |

1    The Court, having considered the Motion of Pillsbury Winthrop Shaw Pittman LLP
2    for Leave to Withdraw, and all papers filed in connection therewith, and good cause
3    appearing, HEREBY ORDERS:
4    The Motion for Leave to Withdraw of Pillsbury Winthrop Shaw Pittman LLP is
5    GRANTED.
6
7    Dated: _____              _____
                                        Honorable Samuel Conti
8                                       United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28