| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | TERRENCE A. CALLAN #36305 |
| 2 | Email: terrence.callan@pillsburylaw.com |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 4 | Telephone: (415) 983-1000 |
|   | Facsimile: (415) 983-1200 |
| 5 | |
|   | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 6 | JOSEPH R. TIFFANY II # 67821 |
|   | Email: joseph.tiffany@pillsburylaw.com |
| 7 | PHILIP A. SIMPKINS # 246635 |
|   | Email: philip.simpkins@pillsburylaw.com |
| 8 | 2475 Hanover Street |
|   | Palo Alto, CA  94304-1114 |
| 9 | Telephone: (650) 233-4500 |
|   | Facsimile: (650) 233-4545 |
| 10 | |
|   | Attorneys for Defendants |
| 11 | IRICO DISPLAY DEVICES CO., LTD. and |
|   | IRICO GROUP CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: C07-5944 SC |
| | MDL NO. 1917 |
| This Document Relates To: | DECLARATION OF JOSEPH R. TIFFANY II IN SUPPORT OF PILLSBURY WINTHROP SHAW PITTMAN LLP'S MOTION FOR LEAVE TO WITHDRAW |
| ALL ACTIONS | |

I, Joseph R. Tiffany II hereby declare that:

1. I am an attorney duly licensed to practice law in the State of California and am admitted to the Bar of this Court.  I am a partner with the law firm of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), attorneys of record for Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation (the "Irico Entities") in the above-entitled

1  action.  If called as a witness, I could and would competently testify as to the facts set forth

2  below as I know each to be true based upon my own personal knowledge or upon my

3  review of the records and files maintained by Pillsbury in the regular course of its

4  representation of the Irico Entities.

5     2.  At the request of the Irico Entities, Pillsbury ceased its representation of the

6  Irico Entities in May 2009, but continued to forward the Irico Entities information

7  regarding the status of the case, filings and deadlines.

8     3.  On April 28, 2010, Pillsbury delivered written notice to the Irico Entities via

9  email of Pillsbury's intention to seek leave to withdraw from this matter.

10    4.  On June 18, 2010, Pillsbury notified the other parties to this action of its

11  intention to seek leave to withdraw from this matter with written notice delivered via email.

12    5.  Pillsbury is now moving to withdraw formally as counsel of record for the

13  Irico Entities, and as part of that withdrawal, if required by the Court, will continue to

14  accept service of papers for the Irico Entities for forwarding purposes in accordance with

15  Local Rule 11-5(b).  In its April 28, 2010 notice, Pillsbury informed the Irico Entities that

16  the Court may require that Pillsbury continue to accept service for the Irico Entities in

17  accordance with Local Rule 11-5(b).

18  I declare under penalty of perjury under the laws of the United States of America

19  that the foregoing is true and correct and that this Declaration was executed this 23rd day of

20  June, 2010, at Palo Alto, California.

          /s/ Joseph R. Tiffany II
          Joseph R. Tiffany II

Attorneys for Defendants
IRICO DISPLAY DEVICES CO., LTD. and
IRICO GROUP CORPORATION