Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415)217-6810
Facsimile: (415)217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151) laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **DIRECT AND INDIRECT PURCHASER PLAINTIFFS' OBJECTION TO MOTION FOR LEAVE TO WITHDRAW OF PILLSBURY WINTHROP SHAW PITTMAN LLP AS COUNSEL FOR DEFENDANTS IRICO DISPLAY DEVICES CO., LTD. AND IRICO GROUP CORPORATION** |
| **This document relates to:** | |
| **ALL ACTIONS** | The Honorable Samuel Conti |

**DIRECT AND INDIRECT PURCHASER PLAINTIFFS' OBJECTION TO MOTION FOR LEAVE TO WITHDRAW OF PILLSBURY WINTHROP SHAW PITTMAN LLP**

1    On June 18, 2010, Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") advised us of their
2 intention to withdraw as counsel for defendants IRICO Display Devices Co., Ltd. and IRICO
3 Group Corporation in this case.
4    On June 21, 2010, we advised Pillsbury that we had no objection to their withdrawal from
5 this case, on the condition that they continue to receive papers in this action on behalf of their
6 clients and forward them to their clients, until such time as their clients obtain new counsel.  This
7 is consistent with the Court's Order of January 23, 2009 relating to the withdrawal of Cleary
8 Gottlieb Steen & Hamilton LLP as counsel for defendant LP Displays in this action.  A copy of
9 this Order is attached hereto as Exhibit A.
10    Although Pillsbury states in its application for withdrawal that it has no objection to this
11 condition, it has submitted a Proposed Order that does not contain it.  Therefore, Plaintiffs object
12 to Pillsbury's Proposed Order and request that the Court enter an Order in conformity with its
13 January 23, 2009 Order instead.

Dated:  June 23, 2010        By:         /s/ Guido Saveri
                                         Guido Saveri (41059) guido@saveri.com
                                         R. Alexander Saveri (173102) rick@saveri.com
                                         Cadio Zirpoli (179108) cadio@saveri.com
                                         **SAVERI & SAVERI INC.**
                                         706 Sansome Street
                                         San Francisco, CA 94111
                                         Telephone: (415)217-6810
                                         Facsimile: (415)217-6813

                                         *Interim Lead Counsel for the Direct Purchaser Plaintiffs*


Dated: June 23, 2010         By:         /s/ Mario N. Alioto
                                         Mario N. Alioto (56433) malioto@tatp.com
                                         Lauren C. Russell (241151)
                                         laurenrussell@tatp.com
                                         **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                         2280 Union Street
                                         San Francisco, California 94123
                                         Telephone: (415) 563-7200

- 1 -

**DIRECT AND INDIRECT PURCHASER PLAINTIFFS' OBJECTION TO MOTION FOR LEAVE TO WITHDRAW OF PILLSBURY WINTHROP SHAW PITTMAN LLP**

Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lauren C. Russell, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23rd day of June, 2010, at San Francisco, California.

/s/ Lauren C. Russell

**DIRECT AND INDIRECT PURCHASER PLAINTIFFS' OBJECTION TO MOTION FOR LEAVE TO WITHDRAW OF PILLSBURY WINTHROP SHAW PITTMAN LLP**