# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION _____ This document relates to: ALL ACTIONS _____ | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>ORDER GRANTING CLEARY GOTTLIEB'S MOTION FOR <u>LEAVE TO WITHDRAW</u> |

    This matter comes before the Court on the motion of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") for leave to withdraw as counsel for Defendant LP Displays International Limited ("LP Displays"). Docket No. 417.

    Michael R. Lazerwitz filed a declaration stating that Cleary Gottlieb will continue to accept service of papers for LP Displays for forwarding purposes in accordance with Local Rule 11-5(b), that Clearly Gottlieb will continue to accept for forwarding purposes service of papers filed in this action in accordance with the Order Granting Administrative Motion To (i) Serve Filed Papers Only Through Electronic Case Filing System; And (ii) Serve Non-Filed Papers Via E-Mail, entered by this Court on September 29, 2008, and that Cleary Gottlieb will notify LP Displays of these conditions before withdrawing as counsel. Docket No. 421.

1  Cleary Gottlieb's motion for leave to withdraw as counsel for
2  LP Displays is GRANTED.
3
4  IT IS SO ORDERED.
5
6  Dated: January 23, 2009
7  _____
   UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
            -2-