UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br>MDL No. 1917 |
| This document relates to:<br>ALL ACTIONS | ORDER GRANTING PILLSBURY'S MOTION <u>FOR LEAVE TO WITHDRAW</u> |

This matter comes before the Court on the motion of Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") for leave to withdraw as counsel for Irico Display Devices Co., Ltd., and Irico Group Corporation (collectively, "the Irico Entities"). Docket No. 729 ("Motion"). The Irico Entities requested that Pillsbury cease its representation of them in May 2009. Docket No. 730 ("Joseph R. Tiffany II Decl.") ¶ 1. Pillsbury states that, if the Court so directs, Pillsbury will continue to accept service of papers for the Irico Entities for forwarding purposes in accordance with Civil Local Rule 11-5(b) until substitute counsel appears on behalf of the Irico Entities. Mot. as 2.

While the Direct and Indirect Purchaser Plaintiffs have no objection to Pillsbury's withdrawal, they object to Pillsbury's proposed order, which does not contain the conditional language contained in Civil Local Rule 11-5(b). Docket No. 731 ("Pls.'

Objection") at 1.  Therefore, the Court clarifies that Pillsbury must continue to accept service of papers for the Irico Entities for forwarding purposes until substitute counsel appears on behalf of the Irico Entities.  Subject to this condition, Pillsbury's motion for leave to withdraw as counsel for the Irico Entities is GRANTED.

IT IS SO ORDERED.

Dated: June 24, 2010

_____
UNITED STATES DISTRICT JUDGE

-2-