

FILED
2010 JUL 26 P 2: 14
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

1  Christopher M. Curran (*pro hac vice*)
2  ccurran@whitecase.com
   George L. Paul (*pro hac vice*)
3  gpaul@whitecase.com
4  Lucius B. Lau (*pro hac vice*)
   alau@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, D.C. 20005
7  Telephone: (202) 626-3600
   Facsimile: (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America Information Systems, Inc.,*
10 *Toshiba America Consumer Products, L.L.C.,*
11 *and Toshiba America Electronic Components, Inc.*

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
                (SAN FRANCISCO DIVISION)
14

15 | IN RE: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC |
16 | ANTITRUST LITIGATION | MDL No. 1917 |
17 |  |  |
18 | This Document Relates to: | **APPLICATION FOR ADMISSION OF** |
19 | ALL ACTIONS | **ATTORNEY *PRO HAC VICE*** |
20

21

22        Pursuant to Rule 11-3 of the Local Rules of Practice in Civil Proceedings before the
23 United States District Court for the Northern District of California, I, Dana E. Foster, an
24 active member in good standing of the bar of the highest court in the State of New York,
25 hereby apply for admission to practice in the United States District Court for the Northern
26 District of California on a *pro hac vice* basis representing Defendants Toshiba Corporation,
27 Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America
28

1  Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. in the
2  above-entitled action.
3     In support of this application, I certify on oath that:
4     1.   I am an active member in good standing of a United States Court or of the
5  highest court of another state or the District of Columbia, as indicated above;
6     2.   I agree to abide by the Standards of Professional Conduct set fort in Rule 11-4
7  of the Local Rules of Practice in Civil Proceedings before the United States District Court
8  for the Northern District of California, to comply with General Order 45, *Electronic Case
9  Filing*, and to become familiar with the Local Rules and Alternative Dispute Resolution
10 programs of this Court; and
11    3.   An attorney who is a member of the bar of this Court in good standing and
12 who maintains an office within the State of California has been designated as co-counsel in
13 the above-entitled action. The name, address, and telephone number of that attorney is:
14    Jeremy Ostrander, White & Case LLP, 3000 El Camino Real, Five Palo Alto Square,
15 9th Floor, Palo Alto, California 94306, (650) 213-0300.
16    I declare under penalty of perjury that the foregoing is true and correct.

18 Dated: July 21, 2010                        Respectfully submitted,

                                              WHITE & CASE LLP

                                              By: /s/ Dana E. Foster
                                              Dana E. Foster
                                              701 Thirteenth Street, N.W.
                                              Washington, D.C. 20005
                                              tel.: (202) 626-3600
                                              fax: (202) 639-9355

                                              *Counsel to Defendants Toshiba
                                              Corporation, Toshiba America, Inc.,
                                              Toshiba America Information Systems,
                                              Inc., Toshiba America Consumer
                                              Products, L.L.C., and Toshiba America
                                              Electronic Components, Inc.*

## CERTIFICATE OF SERVICE

On July 21, 2010, I caused a copy of the "APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*" to be served via email upon guido@saveri.com, rick@saveri.com, grushing@saveri.com, gianna@saveri.com, malioto@tatp.com, laurenrussell@tatp.com, as well as counsel for the defendants who have entered an appearance in this case.

By: _____
Dana E. Foster