

1  Christopher M. Curran (*pro hac vice*)
2  ccurran@whitecase.com
   George L. Paul (*pro hac vice*)
3  gpaul@whitecase.com
   Lucius B. Lau (*pro hac vice*)
4  alau@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, D.C. 20005
7  Telephone: (202) 626-3600
   Facsimile: (202) 639-9355
8
9  *Counsel to Defendants Toshiba America, Inc.,*
   *Toshiba America Information Systems, Inc.,*
10 *Toshiba America Consumer Products, L.L.C.,*
11 *and Toshiba America Electronic Components, Inc.*

12                UNITED STATES DISTRICT COURT
13                NORTHERN DISTRICT OF CALIFORNIA
                       (SAN FRANCISCO DIVISION)
14

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

   Upon consideration of the Application for Admission of Attorney *Pro Hac Vice* filed by Dana E. Foster, whose business address and telephone number is White & Case LLP, 701 Thirteenth Street, N.W., Washington, DC 20005, (202) 626-3600, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing Defendants Toshiba

Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.;

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Rule 11-3 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____, 2010    _____
                                    Samuel Conti, United States District Judge