Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

# JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| CRAGO, INC., et al., | |
| Plaintiffs, | **ORDER FOR CASE MANAGEMENT CONFERENCE** |
| vs. | |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |
| This Document Relates to ALL CASES | |

To the parties and their counsel:

Please take notice that a case management conference will be held before the special master at the San Francisco Resolution Center of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, on August 24, 2010, commencing at 9 AM (Pacific Time). The present agenda for the conference is the following:

1. The hearing of defendants' motions to dismiss the second amended consolidated complaint in the indirect action.

1

2. A report and discussion of the unresolved discovery disputes. If the case management conference does not result in resolution of those issues, at the conference a schedule will be set for the briefing and hearing of discovery of motions.
3. Any additional case management matters that the parties may suggest by August 6, 2010.
4. Such other and further matters regarding the management of the case as may be suggested by or to the Special Master at the hearing.

IT IS SO ORDERED.

July 27, 2010
Date

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master