1  **Counsel Listed On Signature Block**

2

3

4

5

6

7

8

9

10

11                   UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15                                              | Case No. 3:07-cv-05944-SC

16  In re: CATHODE RAY TUBE (CRT)               | MDL No. 1917
    ANTITRUST LITIGATION
17  _____            | **STIPULATION AND [PROPOSED]**
                                                  **ORDER RE PAGE LIMIT FOR REPLY**
18  This Document Relates to:                     **BRIEF IN SUPPORT OF DEFENDANTS'**
                                                  **MOTION TO DISMISS INDIRECT**
19  ALL INDIRECT PURCHASER ACTIONS                **PURCHASER PLAINTIFFS' SECOND**
                                                  **CONSOLIDATED AMENDED**
20                                                **COMPLAINT**

21

22

23

24

25

26

27

28

1  WHEREAS, on May 10, 2010, Indirect Purchaser Plaintiffs ("Plaintiffs") filed a

2  Second Consolidated Amended Complaint;

3  WHEREAS, on June 25, 2010, Defendants filed a Joint Notice of Motion and

4  Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint

5  ("Motion to Dismiss SAC");

6  WHEREAS, on July 18, 2010, Plaintiffs filed an Opposition to the Motion to

7  Dismiss SAC;

8  WHEREAS, having reviewed Plaintiffs' Opposition, and due to the numerous

9  separate issues of state law addressed by the Motion to Dismiss SAC, Defendants believe that they

10  cannot fully respond to the arguments presented by Plaintiffs within the 15 pages provided by

11  Local Rule 7-4(b);

12  WHEREAS, Plaintiffs have indicated they do not oppose Defendants' request for

13  10 additional pages for their Reply brief, due to be filed on July 30, 2010;

14  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

15  undersigned Plaintiffs and Defendants, that:

16  1.  Defendants shall be permitted to file a reply brief in support of the Motion

17  to Dismiss SAC not to exceed twenty-five (25) pages.

18

19  Dated: July 27, 2010                    By: _____/s/ Mario N. Alioto_____
                                            MARIO N. ALIOTO, Bar No. 56433
20                                          malioto@tatp.com
                                            LAUREN C. RUSSELL, Bar No. 241151
21                                          laurenrussell@tatp.com
                                            **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
22                                          2280 Union Street
                                            San Francisco, California 94123
23                                          Telephone: (415) 563-7200
                                            Facsimile: (415) 346-0679
24

25                                          *Interim Lead Counsel for Indirect Purchaser*
                                            *Plaintiffs*
26

27

28                                          -1-

1
By: _____*Michael W. Scarborough*_____
GARY L. HALLING, Bar No. 66087

2
ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Bar No. 95788

3
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH, Bar No. 203524

4
mscarborough@sheppardmullin.com

5
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**

6
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109

7
Telephone: 415-434-9100
Facsimile: 415-434-3947

8

9
*Attorneys for Defendants*
*Samsung SDI America, Inc.,*

10
*Samsung SDI Co., Ltd.,*
*Samsung SDI (Malaysia) Sdn. Bhd.,*

11
*Samsung SDI Mexico S.A. de C.V.,*
*Samsung SDI Brasil Ltda.,*

12
*Shenzen Samsung SDI Co., Ltd., and*
*Tianjin Samsung SDI Co., Ltd.,*

13
*And On Behalf of All Other Defendants*

14

15
Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of

16
this document has been obtained from each of the above signatories.

17
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19
DATED: ___7/28/10___

20

21
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

22

23
DATED:_____

24

25
Hon. Samuel Conti
United States District Judge

26

27

28
-2-

W02-WEST:5TMC1\402822312.1
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMIT FOR REPLY BRIEF
I/S/O DEFENDANTS' MOTION TO DISMISS INDIRECT PURCHASER
PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT