Bijal V. Vakil
White & Case LLP
3000 El Camino Real
Five Palo Alto Square, Ninth Floor
Palo Alto, CA  94306
Tel.: (650) 213-0300
Fax. (650) 213-8158
bvakil@whitecase.com

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF BIJAL V. VAKIL** |

PLEASE TAKE NOTICE that attorney Bijal V. Vakil of the law firm of White & Case LLP, located at 3000 El Camino Real, Bldg. 5, Floor 9, Palo Alto, CA 94306, Tel. 650.213.0300, hereby enters his appearance in these actions on behalf of defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.  Mr. Vakil is admitted to practice and in good standing of the bar of the State of California.

Mr. Vakil respectfully requests that copies of all papers in these actions action be served upon him.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  July 30, 2010

Respectfully submitted,

**WHITE & CASE**LLP

By:  _/s/ Bijal V. Vakil_
      Bijal V. Vakil
      White & Case LLP
      3000 El Camino Real
      Five Palo Alto Square, Ninth Floor
      Palo Alto, CA  94306
      Tel.: (650) 213-0300
      Fax. (650) 213-8158
      bvakil@whitecase.com

      Christopher M. Curran (*pro hac vice*)
      ccurran@whitecase.com
      George L. Paul (*pro hac vice*)
      gpaul@whitecase.com
      Lucius B. Lau (*pro hac vice*)
      alau@whitecase.com
      White & Case LLP
      701 Thirteenth Street, N.W.
      Washington, D.C.  20005
      Telephone:  (202) 626-3600
      Facsimile:  (202) 639-9355

      *Counsel to Defendants Toshiba*
      *Corporation, Toshiba America, Inc.,*
      *Toshiba America Information Systems,*
      *Inc., Toshiba America Consumer*
      *Products, L.L.C., and Toshiba America*
      *Electronic Components, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

On July 30, 2010, I caused a copy of the "NOTICE OF APPEARANCE OF BIJAL V. VAKIL" to be served via email upon guido@saveri.com, rick@saveri.com, grushing@saveri.com, gianna@saveri.com, malioto@tatp.com, laurenrussell@tatp.com, as well as counsel for the defendants who have entered an appearance in this case.


By: _/s/_____*Bijal V. Vakil*_____
                Bijal V. Vakil