Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **AMENDMENT TO APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Rule 11-3 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, I, Dana E. Foster, an active member in good standing of the bar of the highest court in the State of New York, hereby file this amended application for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information

Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. in the above-entitled action.

In support of this amended application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another state or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set fort in Rule 11-4 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, to comply with General Order 45, *Electronic Case Filing*, and to become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address, and telephone number of that attorney is:

Bijal Vakil, White & Case LLP, 3000 El Camino Real, Five Palo Alto Square, 9th Floor, Palo Alto, California  94306, (650) 213-0300.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 4, 2010, 2010            Respectfully submitted,

**WHITE & CASE LLP**

By:  */s/ Dana E. Foster*
Dana E. Foster
701 Thirteenth Street, N.W.
Washington, D.C.  20005
tel.: (202) 626-3600
fax: (202) 639-9355
defoster@whitecase.com

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

On August 4, 2010, I caused a copy of the "AMENDED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*" to be served via email upon guido@saveri.com, rick@saveri.com, grushing@saveri.com, gianna@saveri.com, malioto@tatp.com, laurenrussell@tatp.com, as well as counsel for the defendants who have entered an appearance in this case.

By: */s/ Bijal V. Vakil*
Bijal V. Vakil
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, Fl. 9
Palo Alto, CA 94306
Tel. 650.213.0303
Fax. 650.213.8158
bvakil@whitecase.com

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*