1 **Counsel Listed On Signature Block**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE PAGE LIMIT FOR REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

1     WHEREAS, on May 10, 2010, Indirect Purchaser Plaintiffs ("Plaintiffs") filed a Second Consolidated Amended Complaint;

3     WHEREAS, on June 25, 2010, Defendants filed a Joint Notice of Motion and Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint ("Motion to Dismiss SAC");

6     WHEREAS, on July 18, 2010, Plaintiffs filed an Opposition to the Motion to Dismiss SAC;

8     WHEREAS, having reviewed Plaintiffs' Opposition, and due to the numerous separate issues of state law addressed by the Motion to Dismiss SAC, Defendants believe that they cannot fully respond to the arguments presented by Plaintiffs within the 15 pages provided by Local Rule 7-4(b);

12     WHEREAS, Plaintiffs have indicated they do not oppose Defendants' request for 10 additional pages for their Reply brief, due to be filed on July 30, 2010;

14     IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Defendants, that:

16     1.     Defendants shall be permitted to file a reply brief in support of the Motion to Dismiss SAC not to exceed twenty-five (25) pages.

Dated: July 27, 2010

By:     */s/ Mario N. Alioto*
MARIO N. ALIOTO, Bar No. 56433
malioto@tatp.com
LAUREN C. RUSSELL, Bar No. 241151
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

-1-

W02-WEST:5TMC1\402822312.1
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMIT FOR REPLY BRIEF I/S/O DEFENDANTS' MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT

By: _Michael W. Scarborough_
GARY L. HALLING, Bar No. 66087
ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Bar No. 95788
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH, Bar No. 203524
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

*Attorneys for Defendants
Samsung SDI America, Inc.,
Samsung SDI Co., Ltd.,
Samsung SDI (Malaysia) Sdn. Bhd.,
Samsung SDI Mexico S.A. de C.V.,
Samsung SDI Brasil Ltda.,
Shenzen Samsung SDI Co., Ltd., and
Tianjin Samsung SDI Co., Ltd.,
And On Behalf of All Other Defendants*

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/28/10

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

DATED: August 9, 2010

Hon. Samuel Conti
United States District Judge

-2-

W02-WEST:5TMC1\402822312.1
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMIT FOR REPLY BRIEF I/S/O DEFENDANTS' MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT