

NOTICE TO ALL COUNSEL  August 16, 2010
(Please See Service List)

RE: **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
Reference #: 1100054618

Dear Counsel:

A dial in number for the in-person motion hearing with Judge Legge has been scheduled for:

DATE: August 24, 2010 at 9:00am (Pacific)

NEUTRAL: Hon. Charles A. Legge (Ret.)

CONFERENCE CALL TELEPHONE NUMBER: 1-877-696-5267

If you have any questions, I can be reached at 415-774-2657.

Very truly yours,

Sarah Nevins
Case Manager
spevins@jamsadr.com
Fax# 415-982-5287