GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT AND INDIRECT PURCHASER ACTIONS | CASE NO. 3:07-cv-5944 SC<br><br>MDL NO. 1917<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT** |

PLEASE TAKE NOTICE that Joel S. Sanders and Rachel S. Brass hereby enter their appearances in the above captioned matters for Defendant Chunghwa Picture Tubes, Ltd. All pleadings, discovery, correspondence, and other material should be served upon counsel at the address referenced above.

DATED: August 20, 2010

                   GIBSON, DUNN & CRUTCHER LLP


                   By: _____/s/_____
                          Joel S. Sanders

                   Attorneys for Defendant
                   CHUNGHWA PICTURE TUBES, LTD.

## DECLARTION OF SERVICE

I, Suzanne Maruschak, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On August 20, 2010, I served the within:

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on August 20, 2010.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on August 20, 2010, at San Francisco, California.

/s/
Suzanne Maruschak

100901748_1.DOC