MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel
for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **INDIRECT PURCHASER PLAINTIFFS' STATEMENT OF RECENT DECISION RE: DEFENDANTS' JOINT MOTION TO DISMISS THE INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |

Defendants cited *Sullivan et al. v. DB Investments, Inc. et al.,* 2010 WL 2736947, No. 08-2784 (3d Cir. July 13, 2010) in their Joint Reply In Support Of Motion To Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint.  Pursuant to Civil Local Rule 7-3(d), Indirect Purchaser Plaintiffs submit this Statement of Recent Decision to advise the Court of the recent order of the United States Court of Appeals for the Third Circuit in *Sullivan et al. v. DB Investments Inc. et al.,* No. 08-2784, granting the petition for rehearing *en banc* and vacating the opinion and judgment filed July 13, 2010.  A copy of the order is attached.

Dated: August 30, 2010

Respectfully submitted,

**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

By:   /s/ Mario N. Alioto
Mario N. Alioto (56433)
Lauren C. Russell (241151)
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel*
*for the Indirect Purchaser Plaintiffs*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lauren C. Russell, attest that concurrence in the filing of this document has been obtained from the signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 30th day of August, 2010, at San Francisco, California.

/s/ Lauren C. Russell

1
**INDIRECT PURCHASER PLAINTIFFS' STATEMENT OF RECENT DECISION, MDL No. 1917**