Joseph Saveri (SBN 130064)
jsaveri@lchb.com
Eric B. Fastiff
efastiff@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Linda P. Nussbaum
lnussbaum@gelaw.com
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th floor
New York, NY 10017
Telephone: (646) 722-8500
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| This Document Relates to: | MDL No. 1917 |
| ALL DIRECT PURCHASER ACTIONS | |
| | **NOTICE OF CHANGE OF FIRM AFFILIATION AND APPEARANCE FOR LINDA P. NUSSBAUM** |
| | JURY TRIAL DEMANDED |

PLEASE TAKE NOTICE that Linda P. Nussbaum, counsel of record for Plaintiffs Meijer, Inc., Meijer Distribution, Inc., and Arch Electronics, Inc. is now affiliated with Grant & Eisenhofer P.A. at the following address:

1

2

3

4

Linda P. Nussbaum
GRANT & Eisenhofer P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Email: lnussbuam@gelaw.com

5

6

Date:   New York, New York
        September 1, 2010

7

Respectfully submitted:

8

9

10

11

/s/ Linda P. Nussbaum
Linda P. Nussbaum
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Email: lnussbuam@gelaw.com

12

13

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this

document has been obtained from Linda Nussbaum.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## **CERTIFICATE OF SERVICE**

2

3        I, Linda P. Nussbaum, certify that a true and correct copy of the foregoing Notice of

4   Change of Firm Affiliation and Appearance on behalf of Plaintiffs Meijer Inc., Meijer

5   Distribution, Inc., and Arch Electronics, Inc was electronically filed with the Clerk of Court via

6   ECF on September 1, 2010, which will send notification of such filing to all counsel of record on

7   September 1, 2010.

                                                              /s/ Linda P. Nussbaum
8                                                             Linda P. Nussbaum

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28