MARGARET A. KEANE (255378)
DEWEY & LEBOEUF LLP
1950 University Avenue
Suite 500
East Palo Alto, CA  94303
Telephone:   (650) 845-7000
Facsimile:    (650) 845-7333
Email: *mkeane@dl.com*

JEFFREY L. KESSLER *(Admitted Pro Hac Vice)*
A. PAUL VICTOR *(Admitted Pro Hac Vice)*
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 259-8000
Facsimile:    (212) 259-7013
Email: *jkessler@dl.com*

STEVEN A. REISS *(Admitted Pro Hac Vice)*
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007
Email: *steven.reiss@weil.com*

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No. CV-07-5944 SC<br><br>MDL NO. 1917<br><br>**NOTICE OF APPEARANCE** |
| **This Document Relates to:**<br><br>**ALL ACTIONS** | |

NOTICE OF APPEARANCE
No. M-07-5944 SC
MDL No. 1917

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, Margaret A. Keane of Dewey & LeBoeuf LLP, located at 1950 University Avenue, Suite 500, East Palo Alto, California 94303, enters her appearance in the above-captioned actions as counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.).

Dated: September 2, 2010          DEWEY & LEBOEUF LLP

By: /s/ Margaret A. Keane
MARGARET A. KEANE
*mkeane@dl.com*
DEWEY & LEBOEUF LLP
1950 University Avenue
Suite 500
East Palo Alto, CA  94303
Telephone:   (650) 845-7000
Facsimile:    (650) 845-7333

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*