1  MARGARET A. KEANE (255378)
   DEWEY & LEBOEUF LLP
2  1950 University Avenue
   Suite 500
3  East Palo Alto, CA  94303
   Telephone:   (650) 845-7000
4  Facsimile:   (650) 845-7333
   Email: *mkeane@dl.com*
5
   JEFFREY L. KESSLER *(Admitted Pro Hac Vice)*
6  A. PAUL VICTOR *(Admitted Pro Hac Vice)*
   DEWEY & LEBOEUF LLP
7  1301 Avenue of the Americas
   New York, New York 10019
8  Telephone:   (212) 259-8000
   Facsimile:   (212) 259-7013
9  Email: *jkessler@dl.com*

10 STEVEN A. REISS *(Admitted Pro Hac Vice)*
   DAVID L. YOHAI *(Admitted Pro Hac Vice)*
11 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
12 New York, New York 10153-0119
   Telephone:   (212) 310-8000
13 Facsimile:   (212) 310-8007
   Email: *steven.reiss@weil.com*
14
   *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd.,*
15 *and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*

16

17                     **UNITED STATES DISTRICT COURT**

18                     **NORTHERN DISTRICT OF CALIFORNIA**

19

20 **IN RE CATHODE RAY TUBE (CRT)**           ) No. CV-07-5944 SC
   **ANTITRUST LITIGATION**                   )
21                                             ) MDL NO. 1917
                                               )
22 ─────────────────────────────              )
                                               ) **NOTICE OF WITHDRAWAL OF**
23 **This Document Relates to:**               ) **COUNSEL**
                                               )
24 **ALL ACTIONS**                             )
                                               )
25                                             )
                                               )
26 ─────────────────────────────              )

27

28                                             NOTICE OF WITHDRAWAL
                                               No. M-07-5944 SC
                                               MDL No. 1917

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Peter E. Root and Michelle Lo are no longer with Dewey & LeBoeuf LLP, and have accordingly withdrawn as counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.) in the above-captioned matter.

Dated:  September 2, 2010			DEWEY & LEBOEUF LLP

By: /s/ Margaret A. Keane
MARGARET A. KEANE
*mkeane@dl.com*
DEWEY & LEBOEUF LLP
1950 University Avenue
Suite 500
East Palo Alto, CA  94303
Telephone:   (650) 845-7000
Facsimile:     (650) 845-7333

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*