# EXHIBIT E

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| | JOEL S. SANDERS, SBN 107234, |
| 2 | JSanders@gibsondunn.com |
| | JOSHUA D. HESS, SBN 244115, |
| 3 | JHess@gibsondunn.com |
| | 555 Mission Street |
| 4 | Suite 3000 |
| | San Francisco, California 94105-2933 |
| 5 | Telephone: 415.393.8200 |
| | Facsimile: 415.393.8306 |
| 6 | |
| | Attorneys for Defendant |
| 7 | CHUNGHWA PICTURE TUBES, LTD. |

8     UNITED STATES DISTRICT COURT

9     FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | CASE NO. 3:07-CV-5944 SC |
| 12 | | **DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S RESPONSES AND OBJECTIONS TO DEFENDANT LG ELECTRONICS USA, INC.'S FIRST SET OF REQUESTS FOR ADMISSION** |
| 13 | This Document Relates To: | |
| 14 | DIRECT PURCHASER ACTIONS and | |
| 15 | INDIRECT PURCHASER ACTIONS | |

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure, Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") objects and responds to Defendant LG Electronics USA, Inc.'s First Set of Requests for Admission ("Requests"). Chunghwa reserves the right to supplement the responses set forth below.

## GENERAL OBJECTIONS

Chunghwa incorporates the following General Objections into the specific Responses set forth below. Chunghwa does not waive any of these General Objections in its Responses to the specific Requests propounded. Any specific objection made by Chunghwa in no respect limits or modifies these General Objections.

1

1. Chunghwa objects generally to the Requests to the extent they exceed the scope of discovery permitted under the Federal Rules of Civil Procedure and the Local Rules.

2. Chunghwa objects generally to the Requests to the extent that they seek disclosure of information subject to the attorney-client privilege, attorney work product doctrine, joint defense privilege, or any other applicable privilege or protection available under any and all applicable laws. Any inadvertent disclosure of privileged information shall not constitute a waiver of any otherwise valid claim of privilege, and any failure to assert a privilege as to one document or communication shall not be deemed to constitute a waiver of the privilege as to any other document or communication so protected.

3. Chunghwa objects generally to the Requests to the extent that they seek information containing or relating to trade secrets, proprietary, or confidential information protected by constitutional, statutory or common law rights of privacy. *See, e.g.*, Cal. Const. art. I, § 1.

4. Chunghwa objects generally to the Requests to the extent that they seek information that is not relevant to the claims or defenses of any party in these actions.

5. Chunghwa's responses are based on information known to Chunghwa at this time. Chunghwa objects generally to the Requests as overbroad and impermissible to the extent that they request admission of matters beyond the knowledge of Chunghwa. Chunghwa reserves the right to supplement or amend its responses based on subsequently learned information.

6. Without limiting the generality of the foregoing objections, Chunghwa objects to the definitions to the extent they purport to impose on Chunghwa obligations different from or beyond those imposed by the Federal Rules of Civil Procedure and the rules and orders of the Court.

7. Chunghwa reserves all other objections, including but not limited to objections to the relevance, admissibility, or authenticity of all information provided.

8. To the extent Chunghwa admits any request, the response should not be interpreted as admitting anything other than the matter specifically stated in the request.

Gibson, Dunn & Crutcher LLP

2

DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S RESPONSES AND OBJECTIONS TO DEFENDANT LG ELECTRONICS USA INC.'S FIRST SET OF REQUESTS FOR ADMISSION
3:07-cv-5944 SC

## RESPONSES TO REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 1:

Admit that Chunghwa is not aware of any agreement among Manufacturers or Sellers of CRT Finished Products, including any Defendants who are Manufacturers or Sellers of CRT Finished Products, concerning the prices at which any such Manufacturers or Sellers sell those Finished Products.

### RESPONSE TO REQUEST FOR ADMISSION NO. 1

Chunghwa incorporates by reference its General Objections set forth above as though fully set forth herein.

Subject to and without waiver or limitation of any of its objections, Chunghwa responds as follows: Admit. Chunghwa notes that it is not and was not a Manufacturer or Seller of CRT Finished Products.

### REQUEST FOR ADMISSION NO. 2:

Admit that Chunghwa is not aware of any conspiracy among Manufacturers or Sellers of CRT Finished Products, including any Defendants who are Manufacturers or Sellers of CRT Finished Products, to fix or set the prices at which any such Manufacturers or Sellers sell those Finished Products.

### RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Chunghwa incorporates by reference its General Objections set forth above as though fully set forth herein.

Subject to and without waiver or limitation of any of its objections, Chunghwa responds as follows: Admit. Chunghwa notes that it is not and was not a Manufacturer or Seller of CRT Finished Products.

### REQUEST FOR ADMISSION NO. 3:

Admit that Chunghwa is not aware of any agreement among Manufacturers or Sellers of CRT Finished Products, including any Defendants who are Manufacturers or Sellers of CRT Finished Products, to reduce or limit the supply of those Finished Products.

**REPONSE TO REQUEST FOR ADMISSION NO. 3:**

Chunghwa incorporates by reference its General Objections set forth above as though fully set forth herein.

Subject to and without waiver or limitation of any of its objections, Chunghwa responds as follows: Admit. Chunghwa notes that it is not and was not a Manufacturer or Seller of CRT Finished Products.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Chunghwa is not aware of any agreement among Manufacturers or Sellers of CRT Finished Products, including any Defendants who are Manufacturers or Sellers of CRT Finished Products, to allocate customers, territories or markets for those Finished Products.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Chunghwa incorporates by reference its General Objections set forth above as though fully set forth herein.

Subject to and without waiver or limitation of any of its objections, Chunghwa responds as follows: Admit. Chunghwa notes that it is not and was not a Manufacturer or Seller of CRT Finished Products.

DATED: May 10, 2010

        GIBSON, DUNN & CRUTCHER LLP
        JOEL S. SANDERS
        JOSHUA D. HESS

        By: /s/ Joel S. Sanders
              Joel S. Sanders

        Attorneys for
        CHUNGHWA PICTURE TUBES, LTD.

4

DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S RESPONSES AND OBJECTIONS TO DEFENDANT LG ELECTRONICS USA INC.'S FIRST SET OF REQUESTS FOR ADMISSION
3:07-cv-5944 SC

## VERIFICATION

I, S.J. Yang, am Vice President of Chunghwa Picture Tubes, Ltd. and am authorized to make this verification on behalf of Chunghwa Picture Tubes, Ltd., Inc. I have read the attached Defendant Chunghwa Picture Tubes, Ltd.'s Responses and Objections to Defendant LG Electronics USA, Inc.'s First Set of Requests for Admission and know its contents. I am informed and believe that the matters and things stated therein are true.

I verify under penalty of perjury that the foregoing is true and correct.

Executed this __6__ day of May, 2010, at Chunghwa Fuzhou.

*/s/ S. J. Yang*

100854623_2.DOC

5

DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S RESPONSES AND OBJECTIONS TO DEFENDANT LG ELECTRONICS USA INC.'S FIRST SET OF REQUESTS FOR ADMISSION
3:07-cv-5944 SC

Gibson, Dunn & Crutcher LLP