Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

CRAGO, INC., et al.,

Plaintiffs,

vs.

CHUNGHWA PICTURE TUBES, LTD., et al.,

Defendants.

This Document Relates to
ALL CASES

No. 07-5944 SC
MDL No. 1917
JAMS Reference No. 1100054618

**REPORT REGARDING CASE MANAGEMENT CONFERENCE NO. 2**

To the Honorable Samuel Conti, United States District Judge:

The undersigned Special Master submits this report on the second case management conference, held on August 24, 2010, in both the direct purchaser and indirect purchaser cases. The jurisdiction for such a conference was vested in the undersigned by orders issued by the Court on June 16, 2008, April 28, 2009; and March 30, 2010. Numerous plaintiffs' counsel and defense counsel attended the case management conference.

Motions: The parties argued their positions on defendants' joint motions to dismiss the second consolidated amended complaint in the indirect case. The motions were then submitted

for a report and recommendation by the Special Master, which will be made separately from this case management report.

Discovery: The conference then discussed the status of discovery and numerous discovery issues; e.g.: CRT products, statutes of limitation, fraudulent concealment, the relevant time period for discovery, sales to foreign markets, e-discovery, contention interrogatories, and potential dates for the completion of discovery. Plaintiffs and numerous defendants have been conducting separate meet and confer processes. Separate procedures are necessary because, particularly as to defendants, the parties have separate operations, legal positions, sources of information, and burdens in connection with discovery. Some of the discussions have resulted in partial agreements, and some in no changes to the previously stated positions. Some of the meet and confer discussions are ongoing.

Total consistency among defendants' positions in discovery is not possible. However, some of the discovery disputes appear ready for resolution by the Special Master and the Court, although specific motions have not yet been filed. It will be necessary to set the individual disputes for hearings, although the Special Master and the parties hope that they can be grouped in such a manner as to avoid duplication.

The Special Master therefore recommends as follows:

1. That October 29, 2010 be set as the date for the completion of the meet and confer conferences between plaintiffs and defendants on the issues of discovery
2. Discovery motions may be filed at any time, even prior to October 29, 2010, if that appears appropriate. The motions may be filed separately, but the parties are to strive to file and respond to the motions in such a way as to avoid duplication. The motions may be filed in the form of a letter motion and brief addressed to the Special Master, and served on PACER. Oppositions to each motion will be due, also by letter to the Special Master, 15 days after the filing, and responding letter briefs will be due 10 days thereafter. The motions and the oppositions should be no longer than 10 pages each and the responses five pages, unless a party obtains the consent of the Special Master to larger numbers upon a showing of good cause. Upon receipt of the briefing, the Special Master will set a hearing on the motions, either singularly or by subject matters. The motions will be heard by telephone conferences unless the Special Master directs otherwise;

provided however, that any party may request the Special Master to hold an oral argument by personal appearance.

<u>Partial Stay of Discovery</u>: The Court will recall that there are stay orders in effect, as a result of criminal processes by the Antitrust Division of the Department of Justice, until November 1, 2010. The Special Master will contact the Antitrust Division in early October 2010 to ascertain its desires with respect to the stay. Unless the information which the Special Master obtains from the Antitrust Division is confidential, it will be transmitted to the Court and parties. While respecting the reasons for a stay, and recognizing the usual priority given to criminal proceedings, the Court will also recognize that the existence of the stay is a material impediment to setting a schedule for the discovery, motions, pre-trial and trial in these civil actions.

<u>Further Case Management Conference</u>: A further case management conference will be held, by telephone or personal appearance, on Monday, November 29, 2010, at 9:00 AM Pacific Time, primarily to review the progress of the discovery and discovery motions.

The Special Master recommends that the Court approve and adopt this report.

Respectfully submitted,

*September 7, 2010*
Date

*Charles A. Legge*
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

Approved and Adopted.

_____
Date

_____
Hon. Samuel Conti
United States District Judge (Ret.)