1  Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
2  Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
3  SAVERI & SAVERI, INC.
706 Sansome Street
4  San Francisco, CA 94111
Telephone:   (415) 217-6810
5  Facsimile:    (415) 217-6813

6  *Interim Lead Counsel for the Direct Purchaser*
*Plaintiffs*

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN FRANCISCO DIVISION**

12

13  IN RE: CATHODE RAY TUBE (CRT)        MASTER FILE NO. 07-cv-5944 SC
    ANTITRUST LITIGATION
14                                       MDL NO. 1917

15  This Document Relates to:            **DECLARATION OF R. ALEXANDER**
                                         **SAVERI  IN SUPPORT OF MOTION TO**
16  ALL ACTIONS                          **COMPEL/STRIKE OBJECTIONS**
                                         **AGAINST HITACHI DEFENDANTS**
17
                                         The Honorable Charles A. Legge
18                                       Court:          JAMS

19

20

21

22

23

24

25

26

27

28

1    I, R. Alexander Saveri, declare as follows:

2    1.    I am the managing partner at the law firm of Saveri & Saveri, Inc.  I am

3  admitted to practice law in this District and before the courts of the State of California.  I make

4  this declaration in support of the letter briefs regarding Plaintiffs' Motion to Compel/Strike

5  Objections against the Hitachi Defendants.  Except as otherwise noted, I testify to the following

6  facts based on my person knowledge:

7    2.    Attached hereto as Exhibit 1 is a true and correct copy of Defendant

8  Hitachi, Ltd.'s Objections and Responses to Direct Purchaser Plaintiffs' First Set of Requests for

9  Production of Documents.  Each of the other Hitachi Defendants - Hitachi Displays, Ltd., Hitachi

10  Asia, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi America, Inc. – objected to

11  plaintiffs discovery in the same manner.

12    3.    Attached hereto as Exhibit 2 is a true and correct copy of Defendant

13  Hitachi, Ltd.'s Response to Second Set of Requests for Production of Documents from Direct

14  Purchaser Plaintiffs'.  Each of the other Hitachi Defendants - Hitachi Displays, Ltd., Hitachi Asia,

15  Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi America, Inc. – objected to plaintiffs

16  discovery in the same manner.

17    4.    Attached hereto as Exhibit 3 is a true and correct copy of Defendant

18  Hitachi, Ltd.'s Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories.  Each of the

19  other Hitachi Defendants - Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices

20  (USA), Inc. and Hitachi America, Inc. – objected to plaintiffs discovery in the same manner.

21    5.    To date in this litigation, the Hitachi Defendants have produced a grand

22  total of 457 pages of documents – a stack approximately one and one half inches tall.

23    6.    Attached hereto as Exhibit 4 is a true and correct copy of the Letter from R.

24  Alexander Saveri and Lauren C. Russell to Diane L. Webb dated July 12, 2010.

25    7.    Attached hereto as Exhibit 5 is a true and correct copy of the Letter from

26  Diane Webb to R. Alexander Saveri and Lauren C. Russell dated August 12, 2010 ("Webb Ltr")

27    8.    Attached hereto as Exhibit 6 is a true and correct copy of the Letter from

28  Diane Webb to R. Alexander Saveri and Lauren C. Russell dated August 27, 2010.

DECL. OF R. ALEXANDER SAVERI ISO MOTION TO COMPEL/STRIKE OBJECTIONS AGAINST HITACHI
DEFENDANTS; MDL No. 1917; Master File No. 07-cv-5944 SC

9.      Attached hereto as Exhibit 7 is a true and correct copy of the Letter from Alexander Saveri and Lauren C. Russell to Diane L. Webb dated September 10, 2010.

10.      Attached hereto as Exhibit 8 is a true and correct copy of *United States v. Lin*, "Indictment", No. CR 09-0131 WHA (N.D. Cal. Feb. 10, 2009).

11.      Attached hereto as Exhibit 9 is a true and correct copy of *United States v. Cheng*, "Indictment", No. CR 09-836 PJH (N.D. Cal. Aug. 18, 2009).

12.      Attached hereto as Exhibit 10 is a true and correct copy of *United States v. Yeh*, "Indictment", No. CR 10-0321 (N.D. Cal. March 30, 2010).

13.      Attached hereto as Exhibit 11 is a true and correct copy of the "Order Clarifying Discovery Limits Allowed Under Court's Stay Order, Dated September 25, 2007" (May 15, 2008) in *In re: TFT-LCD (Flat Panel) Antitrust Litigation*; Case No. M-07-1827 SI (N. D. Cal.)(Hon. Fern M. Smith) (Dkt. No. 618).  I am counsel of record in the *In re: TFT-LCD (Flat Panel) Antitrust Litigation*; Case No. M-07-1827 SI (N. D. Cal.).  I am informed and believe that since the issuance of the May 15, 2008 Order the defendants in the TFT-LCD Antitrust Litigation, including the Hitachi defendants, have produced foreign transactional data on a disaggregated basis.

14.      Attached hereto as Exhibit 12 is a true and correct copy of the "SRAM Discovery Order Re: Limits on Production of Transactional Data" (May 20, 2008) in *In re: Static Random Access Memory (SRAM) Antitrust Litigation*; Case No. 07-1819 CW (N.D. Cal.)(Hon. Fern M. Smith) (Dkt. No. 442).

15.      Attached hereto as Exhibit 13 is a true and correct copy of the "Plea Agreement" (May 17, 2009) in *United States v. Hitachi Displays, Ltd.* No. CR 09-0247 SI (N.D. Cal.).

16.      Attached hereto as Exhibit 14 is a true and correct copy of *United States v. Someya*, "Indictment", No. CR 09-00329 PJH (N.D. Cal. Mar. 31, 2009). I am informed and believe that Mr. Someya has not appeared in the United States and continues to remain a fugitive from justice in the United States.

17.      Attached hereto as Exhibit 15 is a true and correct copy of  the "United

1   States' Reply to Plaintiffs' Opposition to Motion for a Limited Stay of Discovery" (June 10, 2010)

2   in *In re Optical Disk Drives Prods. Litig.*, Case No. 10-2143 VRW (N.D. Cal.) (Dkt. No. 103).

3           18.     Attached hereto as Exhibit 16 is a true and correct copy of the "Joint

4   Recommendation and Proposed Order re Stay of Discovery" (May 27, 2008) in *In re: TFT-LCD*

5   *(Flat Panel) Antitrust Litigation*; Case No. M-07-1827 SI (N. D. Cal.) (Dkt. No. 631).

6           19.     Attached hereto as Exhibit 17 is a true and correct copy of the Transcript of

7   Hearing of September 30, 2008 in *In re: TFT-LCD (Flat Panel) Antitrust Litigation*; Case No. M-

8   07-1827 SI (N. D. Cal.) (Dkt. No. 679).

9           20.     Attached hereto as Exhibit 18 is a true and correct copy of the "Civil

10  Pretrial Minutes" (Sept. 30, 2008) in *In re: TFT-LCD (Flat Panel) Antitrust Litigation*; Case No.

11  M-07-1827 SI (N. D. Cal.) (Dkt. No. 680).

12          21.     I am counsel of record in the *In re: TFT-LCD (Flat Panel) Antitrust*

13  *Litigation*; Case No. M-07-1827 SI (N. D. Cal.). It is my understanding that once the DOJ's

14  limited stay of discovery expired in the TFT-LCD Litigation, full discovery as to TFT-LCD panels

15  and products has proceeded.

16          I declare under the penalty of perjury under the laws of the United States of America and

17  the State of California that the foregoing is true and correct.

18          Executed this 10th day of September, 2010 in San Francisco, California.

19

20                          *R. Alexander Saveri*
                            R. Alexander Saveri
21

22  Crt.305

23

24

25

26

27

28

DECL. OF R. ALEXANDER SAVERI ISO MOTION TO COMPEL/STRIKE OBJECTIONS AGAINST HITACHI
DEFENDANTS; MDL No. 1917; Master File No. 07-cv-5944 SC