UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
|---|---|
| | MDL NO. 1917 |
| This Document Relates to: ALL DIRECT PURCHASER ACTIONS | |

**NOTICE OF APPEARANCE OF MARC H. EDELSON, ESQ.
ON BEHALF OF PLAINTIFF
NATHAN MUCHNICK, INC.**

The parties are hereby notified that Marc H. Edelson, of the law firm of Edelson & Associates, LLC., hereby enters his appearance as counsel for Nathan Muchnick, Inc. in the above captioned matter.

Dated this 15th day of September, 2010

Respectfully submitted

EDELSON & ASSOCIATES, LLC

By: _____
Marc H. Edelson
45 West Court Street
Doylestown, Pennsylvania 18901
Tel (215)-230-8043
medelson@edelson-law.com