MORGAN, LEWIS & BOCKIUS LLP
Diane L. Webb
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dwebb@morganlewis.com
*Counsel for the Hitachi Defendants*

SAVERI & SAVERI, INC.
R. Alexander Saveri
706 Sansome Street
San Francisco, California 94111
Tel: 415.217.6810
Fax: 415.217.6813
E-mail: rick@saveri.com
*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

**VIA ECF**

September 20, 2010

The Hon. Charles Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re: *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC, MDL No. 1917

Dear Judge Legge:

We write regarding the briefing and hearing schedule for Plaintiffs' motions to compel against defendants Hitachi, Ltd. ("HTC"); Hitachi Displays, Ltd. ("HDP"); Hitachi Asia, Ltd. ("HAS"); Hitachi America, Ltd. ("HAL"); and Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Defendants").

On September 10, 2010, Plaintiffs filed motions to compel against the Hitachi Defendants regarding (1) discovery of information antedating November 2003, (2) discovery of foreign conduct and pricing, and (3) discovery with respect to CRT Products. After a review of the three motions, the Hitachi Defendants sought and received an extension from Plaintiffs to Your Honor's briefing schedule for such motions as set in the case management report filed on September 8, 2010.

Hon. Charles Legge
Page 2

Subject to Your Honor's approval, the parties request that the following briefing schedule apply to the above-referenced motions:

- <u>Opposition Briefs (Hitachi Defendants)</u>:  October 4, 2010

- <u>Reply Briefs (Plaintiffs)</u>:  October 21, 2010

We respectfully request Your Honor's permission to proceed according to this stipulated schedule.  Moreover, we ask that Your Honor please set the hearing date(s) for the three motions to accommodate these modifications to the briefing schedule.

Very truly yours,

<u>/s/ Diane L. Webb</u>                                <u>/s/ R. Alexander Saveri</u>
Diane L. Webb                                          R. Alexander Saveri
*Counsel for the Hitachi Defendants*      *Interim Lead Counsel for the*
                                                                 *Direct Purchaser Plaintiffs*

cc:  All Counsel (via ECF)

DB2/21930412.1

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, JASON B. ALLEN, am the ECF User whose ID and password is being used to file this **LETTER FROM D. WEBB AND R. SAVERI TO JUDGE LEGGE REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTIONS TO COMPEL AGAINST HITACHI DEFENDANTS**.  In compliance with General Order 45, X.B., I hereby attest that the signatories above have concurred in this efiling.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Executed on this 20**th** day of **September 2010** at San Francisco, California.

MORGAN, LEWIS & BOCKIUS, LLP


/s/ Jason B. Allen
Jason B. Allen
