MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel*
*for the Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**INDIRECT PURCHASER PLAINTIFFS' STATEMENT OF RECENT DECISION RE: DEFENDANTS' JOINT MOTION TO DISMISS THE INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |
| **This document relates to:**<br><br>**ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

**INDIRECT PURCHASER PLAINTIFFS' STATEMENT OF RECENT DECISION, MDL No. 1917**

1  In connection with Defendants' pending Joint Motion to Dismiss the Indirect Purchaser
2  Plaintiffs' Second Consolidated Amended Complaint and pursuant to Civil Local Rule 7-3(d),
3  Indirect Purchaser Plaintiffs respectfully submit the Memorandum And Order by the Honorable
4  Christopher C. Connor of the United States District Court for the Middle District of Pennsylvania
5  in the *In re: Chocolate Confectionary Antitrust Litigation*, Case No. 08-mdl-1935 (M.D. Pa.),
6  which was issued on September 21, 2010.  A copy of the Memorandum And Order is attached.
7  We would like to direct the Court's attention to pages 8-10 and 13-29 of the Memorandum And
8  Order.

10  Dated: September 22, 2010          Respectfully submitted,

11                                     **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**

12                                     By:    /s/ Mario N. Alioto
                                              Mario N. Alioto (56433)
13                                            Lauren C. Russell (241151)
                                              2280 Union Street
14                                            San Francisco, California 94123
                                              Telephone: (415) 563-7200
15                                            Facsimile: (415) 346-0679
16                                            E-mail: malioto@tatp.com
                                              laurenrussell@tatp.com
17
                                       *Interim Lead Counsel*
18                                     *for the Indirect Purchaser Plaintiffs*

20
                       **ATTESTATION PURSUANT TO GENERAL ORDER 45**
21
        I, Lauren C. Russell, attest that concurrence in the filing of this document has been
22
   obtained from the signatory.  I declare under penalty of perjury under the laws of the United
23
   States of America that the foregoing is true and correct.  Executed this 22nd day of September,
24
   2010, at San Francisco, California.
25
                                       /s/ Lauren C. Russell
26

1
**INDIRECT PURCHASER PLAINTIFFS' STATEMENT OF RECENT DECISION, MDL No. 1917**