Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 982-5267
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC |
| | MDL No. 1917 |
| CRAGO, INC., et al., | JAMS Reference No. 1100054618 |
| Plaintiffs, | |
| vs. | SCHEDULING ORDER |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |

This Document Relates to All Cases

    Pursuant to the joint request contained in counsels' letter of September 20, 2010, the briefing schedule on Plaintiffs' motion regarding the Hitachi defendants is rescheduled as follow:

    Hitachi Opposition Briefs, October 4, 2010

    Plaintiff Reply Briefs, October 21, 2010

IT IS SO ORDERED.

Dated: September 23, 2010

                                                      Hon. Charles A. Legge (Ret.)
                                                      SPECIAL MASTER