

**JAMS**
THE RESOLUTION EXPERTS®

September 27, 2010

Mario N. Alioto Esq.
Trump, Alioto, Trump & Prescott
2280 Union St.
San Francisco, CA 94123

Jeffrey L. Kessler Esq.
Dewey & Leboeuf
1301 Avenue of the Americas
New York, NY 10019-6092

Guido Saveri Esq.
Saveri & Saveri
706 Sansome Street
San Francisco, CA 94111

Diane L. Webb Esq.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA  94105

Re: Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.
Case No. 07-5944 SC
JAMS Reference #: 1100054618

Counsel:

I am addressing this letter to you four because you are most directly involved in the pending motions. However, because of the importance of the motions to the discovery in the case, I am posting the letter on PACER for the attention of all counsel.

I believe that the motions warrant an oral argument. The briefing of the motions against Hitachi will be completed by October 21, 2010. The briefing in the defense motion against the plaintiffs will be completed by the end of September. I am therefore suggesting an oral argument in San Francisco in the week of October 25, 2010. My preferred date would be Thursday, October 28, but my calendar is somewhat flexible that week.

If you have any requests regarding the schedule for the hearing please let me know in the next couple of days by contacting my Case Manager, Sarah Nevins at 415-774-2657 or snevins@jamsadr.com. If I do not hear from you, I will send an order scheduling the hearing for October 28, 2010.

Very Truly Yours,


Hon. Charles A. Legge (Ret.)