SHEPPARD MULLIN RICHTER & HAMPTON LLP
 A Limited Liability partnership
 Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**SAMSUNG SDI CO., LTD.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO CHUNGHWA DEFENDANTS** |
| This Document Relates to:<br><br>ALL ACTIONS | |

PROPOUNDING PARTY:     SAMSUNG SDI CO., LTD.

RESPONDING PARTIES:    CHUNGHWA PICTURE TUBES, LTD. and CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD.

SET NO.:               ONE (1-2)

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Samsung SDI Co., Ltd. ("Samsung SDI") hereby requests that Defendants Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (collectively "Chunghwa") produce for inspection and copying each of the documents and other things described below at the offices of Sheppard Mullin Richter & Hampton, Four Embarcadero Ctr. 17th Floor, San Francisco, CA 94111 within thirty (30) days after the date of the service hereof.

## I.

## DEFINITIONS

1. "YOU" means Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., and each of their respective employees, agents, attorneys, representatives, or other persons acting or purporting to act on their behalf.

2. "DOCUMENTS" means all "documents" and other items identified in and within the scope of Federal Rule of Civil Procedure 34(a) and the 1970 Advisory Committee Note thereto, and all forms of "writings" and "recordings" as defined in Federal Rule of Evidence 1001(1)

3. "PLAINTIFFS" means the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs in the above-titled actions.

4. "DEFENDANTS" means each of the entities named as defendants in PLAINTIFFS' respective operative consolidated amended complaints.

## II.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All translations of DOCUMENTS that YOU have provided to PLAINTIFFS.

-1-

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:**

All DOCUMENTS that YOU have provided to PLAINTIFFS but have not produced to DEFENDANTS.

DATED: July 16, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
GARY L. HALLING

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.