GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-cv-5944 SC<br><br>MDL NO. 1917 |
| This Document Relates To:<br><br>ALL ACTIONS | **CHUNGHWA PICTURE TUBES, LTD.'S RESPONSE TO SAMSUNG SDI CO., LTD.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO CHUNGHWA DEFENDANTS** |

      Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") objects and responds to Samsung SDI Co., Ltd.'s ("Samsung SDI's") First Set of Requests for Production of Documents ("Request" or "Requests"). Chunghwa reserves the right to supplement the responses set forth below.

<u>**GENERAL OBJECTIONS**</u>

      Chunghwa incorporates the following General Objections into the specific Responses set forth below. Chunghwa does not waive any of these General Objections in its Responses to the specific Requests propounded. Any specific objection made by Chunghwa in no respect limits or modifies these General Objections. An objection to all or part of any specific document request does not mean that documents responsive to that request exist.

Gibson, Dunn & Crutcher LLP

1.     Chunghwa objects generally to the Requests to the extent they seek to impose obligations beyond those imposed by the Federal Rules of Civil Procedure, the Local Rules for the Northern District of California, or any rules and orders of the Court.

2.     Chunghwa objects generally to each document request to the extent that it calls for the creation of documents that do not exist.

3.     Chunghwa objects generally to the Requests to the extent that they seek disclosure of information subject to the attorney-client privilege, attorney work product doctrine, Federal Rule of Evidence 408, or any other applicable privilege or protection available under any and all applicable laws.  Any inadvertent disclosure of privileged information shall not constitute a waiver of any otherwise valid claim of privilege, and any failure to assert a privilege as to one document or communication shall not be deemed to constitute a waiver of the privilege as to any other document or communication so protected.

4.     Chunghwa objects generally to the Requests to the extent they call for disclosure of material or information beyond the scope of permissible discovery, seek documents or information that are not relevant to the claim or defense of any party, or are not reasonably calculated to lead to the discovery of admissible evidence.

5.     Chunghwa objects generally to the Requests, including the Definitions, to the extent they contain misstatements of fact or law or inaccurate assumptions.  Nothing in these Responses shall be construed as constituting or implying an admission of any allegation or agreement with any assertion, assumption or characterization in the Requests.

6.     Chunghwa objects generally to the Requests to the extent they call for disclosure of material or information not within the possession, custody, or control of Chunghwa.

7.     Chunghwa objects to producing documents that it has already produced to the Defendants in this litigation.

8.     Chunghwa reserves all other objections, including but not limited to objections to the relevance, admissibility, or authenticity of all documents or information provided.

Gibson, Dunn & Crutcher LLP

**CHUNGHWA PICTURE TUBES, LTD.'S RESPONSE TO SAMSUNG SDI CO., LTD.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO CHUNGHWA DEFENDANTS, MDL 1917**

9.     Chunghwa's responses are based on information available to Chunghwa and its attorneys at this time.  In light of ongoing discovery in these cases, Chunghwa reserves the right to supplement or amend its responses.

## OBJECTIONS TO DEFINITIONS

1.     Chunghwa objects to the definitions and instructions to the extent they seek to impose duties or obligations on Chunghwa exceeding the requirements of Federal Rules of Civil Procedure 26 or 34.

2.     Chunghwa objects to Definition No. 1, defining "YOU," as overly broad to the extent that it includes parties and entities outside Chunghwa's exclusive control, such as affiliates, joint ventures, successors, predecessors, former employees, and outside professionals.  Chunghwa has responded to these discovery requests based upon information and documents in its possession, custody, and control, if any, that are related to the claims in this case.

3.     In addition to the General Objections and Objections to Definitions ("General Objections") set forth herein, which are incorporated by reference into each and every response below, whether specifically referred to therein or not, Chunghwa also states specific additional objections to the Document Requests.  By setting forth such specific objections, Chunghwa does not limit or restrict the General Objections set forth above.

## SPECIFIC RESPONSES AND OBJECTIONS

**REQUEST FOR PRODUCTION NO. 1:**

All translations of DOCUMENT that YOU have provided to PLAINTIFFS.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Chunghwa incorporates by reference herein the General Objections.

Subject to and without waiving the foregoing objections, Chunghwa responds as follows: Counsel for the direct purchaser class plaintiffs has informed Chunghwa that they assert a claim of work product protection as to the translations sought by this Request.  Chunghwa takes no position

Gibson, Dunn & Crutcher LLP

**CHUNGHWA PICTURE TUBES, LTD.'S RESPONSE TO SAMSUNG SDI CO., LTD.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO CHUNGHWA DEFENDANTS, MDL 1917**

1  on this issue and will produce the translations pursuant to either an agreement between direct

2  purchaser plaintiffs' counsel and Samsung SDI or a court order resolving this issue.

3  **REQUEST FOR PRODUCTION NO. 2:**

4      All DOCUMENTS that YOU have provided to PLAINTIFFS but have not produced to

5  DEFENDANTS.

6  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

7      Chunghwa incorporates by reference herein the General Objections.  Although Chunghwa

8  understands this Request does not seek settlement communications, Chunghwa objects to this

9  Request as neither relevant to the claim or defense of any party nor likely to lead to the discovery of

10  admissible evidence to the extent this Request does seek settlement communications.  *See, e.g.,*

11  Federal Rules of Evidence 408.

12      Subject to and without waiving the foregoing objections, Chunghwa is aware of no documents

13  responsive to this Request other than the translations sought by Request No. 1.  Counsel for the direct

14  purchaser class plaintiffs has informed Chunghwa that they assert a claim of work product protection

15  as to the translations sought by this Request.  Chunghwa takes no position on this issue and will

16  produce the translations pursuant to either an agreement between direct purchaser plaintiffs' counsel

17  and Samsung SDI or a court order resolving this issue.

18

19  DATED:  July 21, 2010

20                          GIBSON, DUNN & CRUTCHER LLP
                            JOEL S. SANDERS
21                          RACHEL S. BRASS

22

23  By: _____
                            Rachel S. Brass
24

25  Attorneys for Defendant
    CHUNGHWA PICTURE TUBES, LTD.

26

27

28

Gibson, Dunn &
Crutcher LLP

**CHUNGHWA PICTURE TUBES, LTD.'S RESPONSE TO SAMSUNG SDI CO., LTD.'S FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO CHUNGHWA DEFENDANTS, MDL 1917**

# DECLARATION OF SERVICE

I, Suzanne Maruschak, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission St., Suite 3000, San Francisco, California, 94105, in said County and State. On July 21, 2010, I served the within:

**CHUNGHWA PICTURE TUBES, LTD.'S RESPONSE TO SAMSUNG SDI CO., LTD.'S
FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO CHUNGHWA
DEFENDANTS**

to each of the persons named below at the addresses shown as follows:

## SEE ATTACHED SERVICE LIST

☑ **BY MAIL:**  I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:**  From facsimile machine telephone number (415) 393-8304, on the above-mentioned date, I caused to be served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

☐ **BY PERSONAL SERVICE:**  I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY UPS OVERNIGHT MAIL:**  I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for delivery by UPS.  Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to UPS with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher, that same day in the ordinary course of business.

☑ **BY ELECTRONIC MAIL:**  On the below-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the email address[es] indicated.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on July 21, 2010, at San Francisco, California.

_____
Suzanne Maruschak

100904634_1.DOC

Gibson, Dunn & Crutcher LLP

**CHUNGHWA PICTURE TUBES, LTD.'S RESPONSE TO SAMSUNG SDI CO., LTD.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO CHUNGHWA DEFENDANTS, MDL 1917**

**Attorneys for Plaintiffs**

Guido Saveri
SAVERI & SAVERI, INC.
706 Sansome St.
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
Email:  guido@saveri.com

Mario N. Alioto
TRUMP, ALIOTO, TRUMP
 & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile:  (415) 346-0679
Email:  malioto@tatp.com

**Attorneys for Defendant Beijing-Matsushita Color CRT Company, Ltd.**

**Attorneys for Defendant Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.**

Terry Calvani
FRESHFIELDS BRUCKHAUS
 DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004
Telephone:  (202) 777-4505
Facsimile:  (202) 777-4555
Email:  terry.calvani@freshfields.com

Kent Michael Roger
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1140
Facsimile:  (415) 442-1001
Email:  kroger@morganlewis.com

**Attorneys for Defendant Irico Group Corp., Irico Display Devices Co.**

**Attorneys for Defendant LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.**

Joseph R. Tiffany, II
PILLSBURY WINTHROP SHAW
 PITTMAN LLP
2475 Hanover Street
Palo Alto, CA 94304-1114
Telephone:  (650) 233-4644
Facsimile:  (650) 233-4545
Email:  joseph.tiffany@pillsburylaw.com

Samuel R. Miller
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400
Email:  srmiller@sidley.com

Gibson, Dunn &
Crutcher LLP

CHUNGHWA PICTURE TUBES, LTD.'S RESPONSE TO SAMSUNG SDI CO., LTD.'S FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO CHUNGHWA DEFENDANTS, MDL 1917

**Attorneys for Defendant MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America**

Jeffrey Kessler
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  (212) 259-8535
Facsimile:  (212) 259-6333
Email:  jkessler@dl.com

**Attorneys for Defendant Samsung Electronics Co. Ltd., Samsung Electronics America, Inc.**

Michael Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:  (415) 984-8876
Facsimile:  (415) 984-8701
Email:  mtubach@omm.com

**Attorneys for Defendant Tatung Company of America, Inc.**

Patrick J. Ahern
BAKER & McKENZIE
130 E. Randolph St.., Suite 3500
Chicago, IL 60601
Telephone:  (312) 861-8000
Email:  patrick.j.ahern@bakernet.com

**Attorneys for Defendant Koninklijke Philips Electronics, N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda**

Ethan E. Litwin
HOWREY LLP
601 Lexington Avenue, 54th Floor
New York, NY 10022-4629
Telephone: (212) 896-6500
Facsimile: (212) 896-6501
Email:  litwine@howrey.com

**Attorneys for Defendant Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.**

James L. McGinnis
SHEPPARD MULLIN RICHTER
   & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947
Email:  jmcginnis@sheppardmullin.com

**Attorneys for Defendant Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba America Information Systems, Inc., Toshiba America Inc., Toshiba America Consumer Products, L.L.C.**

George L. Paul
WHITE & CASE
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355
Email:  gpaul@whitecase.com

7

Gibson, Dunn &
Crutcher LLP

CHUNGHWA PICTURE TUBES, LTD.'S RESPONSE TO SAMSUNG SDI CO., LTD.'S FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS TO CHUNGHWA DEFENDANTS, MDL 1917