

Four Embarcadero Center | 17th Floor | San Francisco, CA 94111-4109
415-434-9100 office | 415-434-3947 fax | www.sheppardmullin.com

Writer's Direct Line: 415-774-2963
mscarborough@sheppardmullin.com

July 30, 2010

Our File Number: 08Z8-134298

**VIA EMAIL**

R. Alexander Saveri
Saveri & Saveri
706 Sansome Street
San Francisco, CA 94111
rick@saveri.com

        Re:    *In re: Cathode Ray Tube (CRT) Antitrust Litigation*
              Master File No. 07-5944 SC; MDL No. 1917

Dear Rick:

      I write to follow up on my call with Cadio Zirpoli of your office on July 26 regarding Chunghwa Picture Tubes, Ltd.'s responses to Samsung SDI Co., Ltd.'s first set of document requests to Chunghwa. As you will recall, Samsung SDI's requests called for Chunghwa to produce any document translations provided by Chunghwa to the plaintiffs in this case. In its responses, Chunghwa indicated that counsel for the direct plaintiffs assert a claim of work product protection as to the requested translations. Counsel for Chunghwa previously indicated by separate letter that you were willing to discuss this issue with defense counsel and may have a proposal for amicable resolution of this dispute. (Chunghwa's responses and letter from counsel are enclosed). Please contact me as soon as possible next week to explain the basis for direct plaintiffs' work product assertion – which is not self-evident given that these are not plaintiffs' translations – and to discuss any proposal you may have to resolve this issue. Defendants would of course prefer an informal amicable resolution, but if that is not possible soon, intend to move Judge Legge to compel production of these translations.

      I look forward to hearing from you soon.

                              Very truly yours,

                              Michael W. Scarborough

                for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SHEPPARD MULLIN RICHTER & HAMPTON LLP
R. Alexander Saveri
July 30, 2010
Page 2

cc:   Guido Saveri
      Cadio Zirpoli
      Mario N. Alioto
      Lauren C. Russell
      Joel S. Sanders

Encls.