ETHAN E. LITWIN (admitted *Pro Hac Vice*)
HUGHES HUBBARD & REED LLP
Litwin@hugheshubbard.com
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

Attorneys For Defendants Koninklijke Philips Electronics N.V,
Philips Electronics North America Corporation,
Philips Electronics Industries (Taiwan), Ltd. and
Philips da Amazonia Industria Electronica Ltda.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. M-07-5944 SC |
| This Document Relates to: | **NOTICE OF CHANGE OF FIRM AFFILIATION** |
| ALL ACTIONS. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Ethan E. Litwin, counsel for Attorneys For Defendants Koninklijke Philips Electronics N.V, Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd. and Philips da Amazonia Industria Electronica Ltda. hereby advises the Court and all parties in this matter that as of September 28, 2010, he is affiliated with **HUGHES HUBBARD & REED LLP.** His new firm information is as follows:

One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212)837-6540
Fax: (212)299-6540
E-mail: Litwin@hugheshubbard.com

MDL NO. 1917                                                            NOTICE OF CHANGE OF FIRM AFFILIATION

-2-

1  As of the above date, please use this new firm information on all pleadings,
2  correspondence and other documents.

3  DATED: September 28, 2010        HUGHES HUBBARD & REED LLP
                                    ETHAN E. LITWIN, ESQ.
4
5
6                                   By: _____
7                                   Attorneys For Defendants
                                    Koninklijke Philips Electronics N.V,
8                                   Philips Electronics North America Corporation,
                                    Philips Electronics Industries (Taiwan), Ltd. and
9                                   Philips da Amazonia Industria Electronica Ltda.