Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 982-5267
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC |
| | MDL No. 1917 |
| CRAGO, INC., et al., | JAMS Reference No. 1100054618 |
| Plaintiffs, | |
| vs. | NOTICE OF HEARINGS |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |
| This Document Relates to All Cases | |

The oral arguments of the motions by plaintiffs for discovery against the Hitachi defendants, and the motion by defendants for discovery regarding CRT Products will be heard on Wednesday, November 3 at 9:00 AM (Pacific) at the JAMS San Francisco Resolution Center located at Two Embarcadero Center, Suite 1500, San Francisco, CA 94111.

IT IS SO ORDERED.

Dated: October 1, 2010

_____
Hon. Charles A. Legge (Ret.)
SPECIAL MASTER