1  MORGAN, LEWIS & BOCKIUS LLP
   KENT M. ROGER, State Bar No. 95987
2  DIANE L. WEBB, State Bar No. 197851
   MICHELLE PARK CHIU, State Bar No. 248421
3  JASON B. ALLEN, State Bar No. 251759
   One Market, Spear Street Tower
4  San Francisco, CA  94105-1126
   Tel:  415.442.1000
5  Fax:  415.442.1001
   E-mail:  kroger@morganlewis.com
6            dwebb@morganlewis.com
             mchiu@morganlewis.com
7            jason.allen@morganlewis.com

8  Attorneys for Defendants
   HITACHI, LTD.
9  HITACHI DISPLAYS, LTD.
   HITACHI ASIA, LTD.
10 HITACHI AMERICA, LTD.
   HITACHI ELECTRONIC DEVICES (USA), INC.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16 IN RE CATHODE RAY TUBE (CRT)          Case No. C07-5944 SC
   ANTITRUST LITIGATION
17                                        **MDL NO. 1917**

18 _____    **DECLARATION OF DIANE L. WEBB
                                          IN SUPPORT OF OPPOSITIONS TO
   This Document Relates To:             MOTION TO COMPEL/STRIKE**
19                                        **OBJECTIONS AGAINST HITACHI**
   ALL ACTIONS                           **DEFENDANTS**
20

21                                        Date: November 3, 2010
                                          Time: 9:00 AM
22                                        Courtroom:  JAMS

23                                        Judge: Hon. Samuel Conti

24                                        Special Master: Hon. Charles A. Legge (Ret.)

25

26

27

28

## DECLARATION OF DIANE L. WEBB

I, Diane L. Webb, declare:

1.     I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for defendants Hitachi, Ltd. ("HTL"); Hitachi Displays, Ltd. ("HDP"); Hitachi Asia, Ltd. ("HAS"); Hitachi America, Ltd. ("HAL"); and Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Defendants").  I am admitted to practice law in this District and before the courts of the State of California.  I make this declaration in opposition to the letter briefs regarding Plaintiffs' Motion to Compel/Strike Objections against the Hitachi Defendants.  I am familiar with how Morgan, Lewis & Bockius LLP's litigation files are maintained, and, in particular, I am familiar with the litigation files in this matter.  I have personal knowledge of the facts contained in this declaration and, if called as a witness, would and could competently testify to them.

2.     There are at least 8 gigabytes of HTL data that may contain responsive information that predates the statute of limitations period.  I anticipate it would take an estimated 7 weeks to review these documents, using a team of 5 reviewers working 8-hour days, at an approximate cost of $135,000 to conduct review of this category, and at least $12,000 to process this data for review.

3.     Additionally, there are approximately 52 HTL boxes containing documents that may contain responsive information that predates the statute of limitations period.  I anticipate that included among these boxes are very old, fragile documents, some of which are likely oversized, handwritten or stored on perforated paper, and will require expensive special processing and handling before they can be reviewed.

4.     There are 64 HDP boxes containing documents that may contain responsive information that predates the statute of limitations period.  These documents are extremely fragile, and require special care and processing before they can be reviewed or produced.  The cost to copy and review these documents will be substantial.

5.     There are at least 11 gigabytes of HED(US) data, approximately 84,000 documents, that may contain responsive information that predates the statute of limitations

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   period.  I anticipate it would take an estimated 11 weeks to review these documents, using a team

2   of 5 reviewers working 8-hour days, at an approximate cost of $186,000 to conduct review of this

3   category.

4          6.      Additionally, there are 15 gigabytes (approximately 62,000 documents) of

5   potentially responsive HED(US) data from the statute of limitations period, and 112,000 undated

6   HED(US) hard copy documents that must be reviewed.  The page count for the 112,000 undated

7   hard copy documents is in excess of 512,000 pages.  I anticipate it would take an estimated 22

8   weeks to review these documents, using a team of 5 reviewers working 8-hour days, at an

9   approximate cost of $383,500 to conduct these reviews.

10         7.      Attached hereto as <u>Exhibit A</u> is a true and correct copy of relevant excerpts from

11  the transcript of the case management conference held in this litigation on August 24, 2010,

12  which I attended.

13         8.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Direct Purchaser

14  Plaintiffs' Second Set of Requests for Production of Documents to all defendants, dated March

15  12, 2010.

16         9.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Hitachi Defendants'

17  Objections and Responses Requested by Paragraph 4(d) of the Stipulation and Order for Limited

18  Discovery Stay Dated September 12, 2008, dated October 15, 2008.

19         10.     Attached hereto as <u>Exhibit D</u> is a true and correct copy of the letter from me to R.

20  Alexander Saveri, Esq., and Lauren C. Russell, Esq., dated September 17, 2010.

21         11.     Attached hereto as <u>Exhibit E</u> is a true and correct copy of Chunghwa Picture

22  Tubes, Ltd.'s Responses and Objections to Defendant LG Electronics USA, Inc.'s First Set of

23  Requests for Admission, dated May 10, 2010.

24         12.     Attached hereto as <u>Exhibit F</u> is a true and correct copy of the letter from Jeffrey L.

25  Kessler, Esq., to Guido Saveri, Esq., and Mario N. Alioto, Esq., dated September 21, 2010.

26         13.     HED(US)'s production to the Department of Justice that was subsequently

27  produced to Plaintiffs contained a document, Bates No. HITDOJCRTCIV00000010-12 that

28  informed Plaintiffs that on February 28, 2002, Hitachi, Ltd. announced that it would spin off its

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21943092.3                    -3-                           MDL 1917
DECLARATION OF DIANE L. WEBB IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL/STRIKE
OBJECTIONS AGAINST HITACHI DEFENDANTS

1  display business to Hitachi Displays, Ltd., a true and correct copy of which is attached hereto as

2  Exhibit G.

3         14.      Attached hereto as Exhibit H is a true and correct copy of the Indirect Purchaser

4  Plaintiffs' Second Request for Production of Documents to all defendants, dated March 25, 2010.

5         15.      Attached hereto as Exhibit I is a true and correct copy of HAL's Objections and

6  Responses to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents,

7  dated May 12, 2010.

8         16.      Attached hereto as Exhibit J is a true and correct copy of HAL's Objections and

9  Responses to Direct Purchaser Plaintiffs' Second Set of Requests for Production of Documents,

10  dated May 12, 2010.

11         17.      Attached hereto as Exhibit K is a true and correct copy of HAL's Responses to

12  Direct Purchaser Plaintiffs' First Set of Interrogatories, dated May 12, 2010.

13         18.      Attached hereto as Exhibit L is a true and correct copy of HAL's Objections and

14  Responses to First Set of Requests for Production of Documents from Indirect Purchaser

15  Plaintiffs, dated June 28, 2010.

16         19.      Attached hereto as Exhibit M is a true and correct copy of HAL's Objections and

17  Responses to Second Set of Requests for Production of Documents from Indirect Purchaser

18  Plaintiffs, dated May 28, 2010.

19         20.      Attached hereto as Exhibit N is a true and correct copy of HAS's Objections and

20  Responses to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents,

21  dated May 12, 2010.

22         21.      Attached hereto as Exhibit O is a true and correct copy of HAS's Responses to

23  Direct Purchaser Plaintiffs' Second Set of Requests for Production of Documents, dated May 12,

24  2010.

25         22.      Attached hereto as Exhibit P is a true and correct copy of HAS's Responses to

26  Direct Purchaser Plaintiffs' First Set of Interrogatories, dated May 12, 2010.

27         23.      Attached hereto as Exhibit Q is a true and correct copy of HAS's Objections and

28  Responses to First Set of Requests for Production of Documents from Indirect Purchaser

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21943092.3                              -4-                              MDL 1917
DECLARATION OF DIANE L. WEBB IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL/STRIKE
OBJECTIONS AGAINST HITACHI DEFENDANTS

1   Plaintiffs, dated June 28, 2010.

2        24.    Attached hereto as <u>Exhibit R</u> is a true and correct copy of HAS's Objections and

3   Responses to Second Set of Requests for Production of Documents from Indirect Purchaser

4   Plaintiffs, dated May 28, 2010.

5        25.    Attached hereto as <u>Exhibit S</u> is a true and correct copy of HTL's Objections and

6   Responses to Direct Purchaser Plaintiffs' First Set of Requests for Production of Documents,

7   dated May 12, 2010.

8        I declare under the penalty of perjury under the laws of the United States of America and

9   the State of California that the foregoing is true and correct.

10        Executed this 4th day of October, 2010, in San Francisco, California.

11

12                     /s/ Diane L. Webb

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21943092.3           -5-           MDL 1917
DECLARATION OF DIANE L. WEBB IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL/STRIKE
OBJECTIONS AGAINST HITACHI DEFENDANTS