```
 1  MORGAN, LEWIS & BOCKIUS LLP
    KENT M. ROGER, State Bar No. 95987
 2  DIANE L. WEBB, State Bar No. 197851
    MICHELLE PARK CHIU, State Bar No. 248421
 3  JASON B. ALLEN, State Bar No. 251759
    One Market, Spear Street Tower
 4  San Francisco, CA  94105-1126
    Tel: 415.442.1000
 5  Fax: 415.442.1001
    E-mail: kroger@morganlewis.com
 6          dwebb@morganlewis.com
            mchiu@morganlewis.com
 7          jason.allen@morganlewis.com

 8  Attorneys for Defendants
    HITACHI, LTD.
 9  HITACHI DISPLAYS, LTD.
    HITACHI ASIA, LTD.
10  HITACHI AMERICA, LTD.
    HITACHI ELECTRONIC DEVICES (USA), INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br><br>**MDL NO. 1917**<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To:<br><br>ALL ACTIONS | **DECLARATION OF L. THOMAS HEISER IN OPPOSITION TO MOTIONS TO COMPEL/STRIKE OBJECTIONS AGAINST HITACHI DEFENDANTS** |

**DECLARATION OF L. THOMAS HEISER**

I, L. Thomas Heiser, declare:

1.  I am Senior Vice President, General Manager of Sales of Hitachi Electronic Devices (USA), Inc. ("HED(US)"). I make this declaration in opposition to the letter briefs regarding Plaintiffs' Motion to Compel/Strike Objections against the Hitachi Defendants. I have

1  personal knowledge of the facts contained in this declaration and, if called as a witness, would
2  and could competently testify to them.
3      2.    HED(US) ceased selling and manufacturing CRTs in 2003.
4      3.    HED(US) never manufactured or sold CRT Finished Products.
5      4.    HED(US) currently employs 40 employees and has annual revenues of
6  approximately $24-30 million.
7      I declare under the penalty of perjury under the laws of the United States of America and
8  the State of California that the foregoing is true and correct.
9      Executed this 4th day of October, 2010, in Lawrenceville, Georgia.

                                            */s/ L. Thomas Heiser*
                                            L. Thomas Heiser

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21945189.1  -2-  MDL 1917
DECLARATION OF L. THOMAS HEISER IN OPPOSITION TO MOTION TO COMPEL/STRIKE
OBJECTIONS AGAINST HITACHI DEFENDANTS