MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
DIANE L. WEBB, State Bar No. 197851
MICHELLE PARK CHIU, State Bar No. 248421
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
dwebb@morganlewis.com
mchiu@morganlewis.com
jason.allen@morganlewis.com

Attorneys for Defendants
HITACHI, LTD.
HITACHI DISPLAYS, LTD.
HITACHI ASIA, LTD.
HITACHI AMERICA, LTD.
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br><br>**MDL NO. 1917**<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To:<br><br>ALL ACTIONS | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL/STRIKE OBJECTIONS AGAINST HITACHI DEFENDANTS** |

Pursuant to Federal Rule of Evidence 201, defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc. (collectively the "Hitachi Defendants") respectfully request this Court take judicial notice of the documents identified below and attached hereto. Federal Rule of Evidence 201 ("Rule 201") allows a court to take judicial notice of facts that are "not subject to reasonable dispute in that

[they are] either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Further, courts may "take judicial notice of the contents of relevant public disclosure documents required to be filed with the SEC as facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *In re Silicon Graphics, Inc. Sec. Litig.*, 970 F. Supp. 746, 758 (N.D. Cal. 1997) (quotation omitted).

1. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of defendant Hitachi, Ltd.'s Form 6-K Report, dated August 29, 2001.

Dated: October 4, 2010                MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Diane L. Webb

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc.*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21951864.1                -2-                MDL 1917
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL/STRIKE OBJECTIONS AGAINST HITACHI DEFENDANTS