Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
E-mail:  jdc@coopkirk.com
            trk@coopkirk.com
            jdb@coopkirk.com

Counsel for Indirect Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This document relates to: | **NOTICE OF APPEARANCE** |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

  PLEASE TAKE NOTICE THAT Josef D. Cooper of Cooper & Kirkham, P.C., hereby enters his appearance as one of the counsel for Plaintiffs, on behalf of themselves and all others similarly situated, in the above-captioned action.

DATED:  October 5, 2010          By:_____/s/_____
                                      Josef D. Cooper (53015)

                                      COOPER & KIRKHAM, P.C.
                                      357 Tehama Street, Second Floor
                                      San Francisco, CA 94103
                                      Telephone: (415) 788-3030
                                      Facsimile: (415) 882-7040
                                      E-mail: jdc@coopkirk.com

NOTICE OF APPEARANCE