| | |
|---|---|
| 1 | Josef D. Cooper (53015) |
| 2 | Tracy R. Kirkham (69912) |
|   | John D. Bogdanov (215830) |
|   | COOPER & KIRKHAM, P.C. |
| 3 | 357 Tehama Street, Second Floor |
|   | San Francisco, CA 94103 |
| 4 | Telephone: (415) 788-3030 |
|   | Facsimile: (415) 882-7040 |
| 5 | E-mail: jdc@coopkirk.com |
|   |          trk@coopkirk.com |
| 6 |          jdb@coopkirk.com |
| 7 | Counsel for Indirect Purchaser Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This document relates to: | **NOTICE OF APPEARANCE** |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT John D. Bogdanov of Cooper & Kirkham, P.C., hereby enters his appearance as one of the counsel for Plaintiffs, on behalf of themselves and all others similarly situated, in the above-captioned action.

DATED: October 5, 2010          By:_____/s/_____
                                   John D. Bogdanov (215830)

                                   COOPER & KIRKHAM, P.C.
                                   357 Tehama Street, Second Floor
                                   San Francisco, CA 94103
                                   Telephone: (415) 788-3030
                                   Facsimile: (415) 882-7040
                                   E-mail: jdb@coopkirk.com