MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
DIANE L. WEBB, State Bar No. 197851
MICHELLE PARK CHIU, State Bar No. 248421
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
         dwebb@morganlewis.com
         mchiu@morganlewis.com
         jason.allen@morganlewis.com

Attorneys for Defendants
HITACHI, LTD.
HITACHI DISPLAYS, LTD.
HITACHI ASIA, LTD.
HITACHI AMERICA, LTD.
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br><br>**MDL NO. 1917**<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To:<br><br>ALL ACTIONS | **DECLARATION OF TILLIE LIM IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL/STRIKE OBJECTIONS AGAINST HITACHI DEFENDANTS** |

**DECLARATION OF TILLIE LIM**

I, Tillie Lim, declare:

1.   I am the Associate General Counsel and Secretary of Hitachi America, Ltd. ("HAL"). I make this declaration in opposition to the letter briefs regarding Plaintiffs' Motion to Compel/Strike Objections against the Hitachi Defendants. The facts contained in this declaration

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21945187.1                                                                        MDL 1917
DECLARATION OF TILLIE LIM IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL/STRIKE OBJECTIONS AGAINST HITACHI DEFENDANTS

are based on my personal knowledge, on information from books and records of HAL and/or on information and materials provided to me by employees, agents, and representatives of HAL and, if called as a witness, I would and could competently testify to them.

2. HAL discontinued selling CRTs in 1998, and has not sold or manufactured CRTs since then.

3. Upon a reasonable and diligent inquiry, HAL has not located any documents regarding its sale of CRTs.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 5th day of October, 2010, in Tarrytown, New York.

_____
Tillie Lim

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/21945187.1 -2- MDL 1917
DECLARATION OF TILLIE LIM IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL/STRIKE OBJECTIONS AGAINST HITACHI DEFENDANTS