SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:      415-434-9100
Facsimile:      415-434-3947
E-mail:         ghalling@sheppardmullin.com
                jmcginnis@sheppardmullin.com
                mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

[Additional Moving Defendants and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS RE DEFENDANTS' JOINT MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants hereby move this Court, pursuant to Rule 53 of the Federal Rules of Civil Procedure and the Court's June 16, 2008 Order Appointing Special Master ("Appointment Order"), for an Order adopting the Special Master's September 30, 2010 Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss the Indirect Purchaser Plaintiffs' ("Plaintiffs") Second Consolidated Amended Complaint ("SCAC"). Pursuant to paragraph 17 of the Appointment Order, the record relevant to this Motion consists of (1) this Notice of Motion and Motion; (2) the SCAC, Docket No. 716; (3) Defendants' Joint Notice of Motion and Motion to Dismiss the SCAC, Docket No. 733; (4) Plaintiffs' Opposition to Defendant's Joint Motion to Dismiss the SCAC, Docket No. 736, and the Appendix thereto, Docket No. 736-1; (5) Defendants' Joint Reply in Support of Motion to Dismiss the SCAC, Docket No. 742; (6) the Special Master's Report, Recommendations, and Tentative Rulings re Defendants' Motion to Dismiss the SCAC, Docket No. 768 ("Special Master's Report"); (7) the Declaration of Dylan I. Ballard ("Ballard Decl.") and exhibit thereto, filed concurrently with this motion; and (8) the [Proposed] Order Adopting the Special Master's Report, Recommendations, and Tentative Rulings re Defendants' Motion to Dismiss the SCAC, filed concurrently with this motion.

As discussed at length in Defendants' opening and reply papers in support of the Motion to Dismiss the SCAC, Defendants moved to dismiss Plaintiffs' claims under various state antitrust, consumer protection, and unjust enrichment laws. The Special Master heard oral argument regarding the Motion to Dismiss the SCAC on August 24, 2010. *See* Ballard Decl., ¶ 2, Ex. A (transcript of August 24, 2010 proceedings re motion to dismiss). On September 30, 2010, the Special Master issued its fifteen-page Report, Recommendations, and Tentative Rulings regarding the Motion to Dismiss, conducting an extensive, well-reasoned analysis of the relevant case and statutory law in each state and recommending that the Motion to Dismiss be granted in part and denied in part. For the reasons set forth in the Special Master's Report and the

Defendants' opening and reply papers, the Special Master's rulings should be adopted by the Court in their entirety.[1]

Dated: October 7, 2010

By:   /s/ Michael W. Scarborough
GARY L. HALLING (66087)
Email: ghalling@sheppardmullin.com
JAMES L. McGINNIS (95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

***Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd.***

By:   /s/ David L. Yohai
STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway

---

[1] Defendants have requested that the Court adopt the Special Master's rulings in full, including as to the date for relation back of Plaintiffs' claims under D.C. law, as to which the Special Master did not recommend a ruling in Defendants' favor.  To the extent that Plaintiffs file a motion to modify the Special Master's rulings in any respect, or the Court otherwise provides for further argument or briefing with respect to the Special Master's rulings, Defendants reserve the right to reassert all of the arguments presented in their opening and reply papers, including as to relation back under D.C. law and as to arguments not addressed by the Special Master due to mootness.

|   |   |
|---|---|
| 1 | Redwood Shores, California 94065-1175 |
| 2 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |

By:     */s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email: ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

By:     */s/ Ian Simmons*
IAN SIMMONS (*pro hac vice*)
BEN BRADSHAW (SBN 189925)
Email: isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By:     */s/ Ronald C. Redcay*
RONALD C. REDCAY (SBN 67236)
Email: ronald.redcay@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

SAMUEL R. MILLER (SBN 66871)
Email: srmiller@sidley.com
MARIE L. FIALA (SBN 79676)
Email: mfiala@sidley.com
RYAN M. SANDROCK (SBN 251781)
Email: rsandrock@sidley.com
ROBERT B. MARTIN, III (SBN 235489)
Email: rbmartin@sidley.com

-3-

**SIDLEY AUSTIN LLP**
555 California Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.*


By: ___/s/ John M. Taladay_____
JOHN M. TALADAY (*pro hac vice*)
Email: TaladayJ@howrey.com
**HOWREY LLP**
1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd. and Philips da Amazonia Industria Electronica Ltda.*


By: ___/s/ Bruce H. Jackson_____
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (*pro hac vice*)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (*pro hac vice*)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL (*pro hac vice*)
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: (312) 861-8000

*Attorneys for Tatung Company of America, Inc.*

|   |   |
|---|---|
| 1 | By:   /s/ Kent M. Roger |
|   | KENT M. ROGER (95987) |
| 2 | Email: kroger@morganlewis.com |
|   | MICHELLE PARK CHIU (248421) |
| 3 | Email: mchiu@morganlewis.com |
|   | **MORGAN, LEWIS & BOCKIUS LLP** |
| 4 | One Market, Spear Street Tower |
|   | San Francisco, CA 94105-1126 |
| 5 | Telephone: (415) 442-1000 |
|   | Facsimile: (415) 442-1001 |

*Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi Displays, Ltd.*

By:   /s/ Terry Calvani
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
Email: bruce.mcculloch@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

By:   /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email:  ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email:  gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email:  alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc. and Toshiba America Consumer Products, L.L.C.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.