SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
E-mail: ghalling@sheppardmullin.com
        jmcginnis@sheppardmullin.com
        mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF DYLAN I. BALLARD IN SUPPORT OF DEFENDANTS' JOINT MOTION TO ADOPT SPECIAL MASTER'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS RE DEFENDANTS' JOINT MOTION TO DISMISS INDIRECT PURCHASER PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

W02-WEST:5DYB1\402959012.2
MDL No. 1917

BALLARD DECL. I/S/O MOTION TO ADOPT SPECIAL MASTER'S RULINGS RE
MOTION TO DISMISS INDIRECT PLAINTIFFS' SECOND CONSOLIDATED AMD. COMPLAINT

I, DYLAN I. BALLARD, declare as follows:

1. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Northern District of California. I am an associate of the firm of Sheppard, Mullin, Richter and Hampton LLP, counsel of record for defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) Sdn. Bhd.; Samsung SDI Mexico S.A. De C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd. in these actions. I make this declaration in support of Defendants' Joint Motion to Adopt the Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint. If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2. The Special Master heard oral argument regarding Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint on August 24, 2010. Attached hereto as Exhibit "A" is a true and correct copy of the relevant excerpt of the Certified Reporter's Transcript of the August 24, 2010 proceedings before the Special Master.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 7, 2010, at San Francisco, California.

_____
DYLAN I. BALLARD