1  COUNSEL LISTED ON SIGNATURE BLOCK

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  **In Re CATHODE RAY TUBE (CRT)**            ) No.: M-07-5944 SC
    **ANTITRUST LITIGATION**                   )
12                                              ) MDL NO. 1917
                                                )
13  This Document Relates to:                   ) **STIPULATION AND [**PROPOSED**]**
                                                ) **ORDER EXTENDING TIME TO FILE**
14  ALL INDIRECT PURCHASER                      ) **OBJECTIONS TO THE SPECIAL**
    ACTIONS                                     ) **MASTER'S REPORT,**
15                                              ) **RECOMMENDATIONS, AND**
                                                ) **TENTATIVE RULINGS REGARDING**
16                                              ) **DEFENDANTS' JOINT MOTION TO**
                                                ) **DISMISS THE SECOND**
17                                              ) **CONSOLIDATED AMENDED**
                                                ) **COMPLAINT OF THE INDIRECT**
18                                              ) **PURCHASER PLAINTIFFS**
                                                )
19                                              )

20         WHEREAS on September 30, 2010, Special Master Charles A. Legge issued
21  and filed via ECF his Report, Recommendations And Tentative Rulings Regarding Defendants'
22  Joint Motion To Dismiss The Second Consolidated Amended Complaint of the Indirect
23  Purchaser Plaintiffs (Docket No. 768) (the "Report");
24         WHEREAS pursuant to this Court's June 16, 2008 Order, the parties have until
25  fourteen (14) days after the filing of the Special Master's Report via ECF (i.e., until October 14,
26  2010) to file orbjections to or a motion to adopt or modify the Special Master's Report;
27         WHEREAS on October 7, 2010, Defendants filed a Motion to Adopt the Special
    Master's Report in full (Docket No. 780);
28  797853.1                                   1
    STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBJECT TO THE SPECIAL
                                    MASTER'S REPORT

1  WHEREAS by letter dated October 8, 2010, the Indirect Purchaser Plaintiffs ("Plaintiffs") asked the Special Master to clarify certain recommendations and tentative rulings in the Report;

WHEREAS the Special Master has informed the parties that he will not be able to address the request for clarification until the week beginning October 18, 2010;

WHEREAS the Special Master's response to the request for clarification will determine whether the Indirect Purchaser Plaintiffs file objections as to these recommendations and tentative rulings;

WHEREAS the parties have met and conferred and agree that it is appropriate to extend the time for filing objections to the Report so that the Special Master may clarify his recommendations and tentative rulings.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned defendants and plaintiffs, that:

1. The time for filing objections to the Special Master's Report shall be extended until seven (7) days after the Special Master responds to Plaintiffs' pending request to clarify the Special Master's recommendations and tentative rulings.

2. The Court will not issue a ruling on Defendants' pending Motion to Adopt the Special Master's Report until after the time provided in paragraph 1 above has passed.

**IT IS SO STIPULATED.**

Dated: October 13, 2010           By:    /s/ Jeffrey L. Kessler
                                         JEFFREY L. KESSLER (pro hac vice)
                                         Email: jkessler@dl.com
                                         A. PAUL VICTOR (pro hac vice)
                                         Email: pvictor@dl.com
                                         EVA W. COLE (pro hac vice)
                                         Email : ecole@dl.com
                                         **DEWEY & LEBOEUF LLP**
                                         1301 Avenue of the Americas
                                         New York, NY 10019
                                         Telephone: (212) 259-8000
                                         Facsimile: (212) 259-7013

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBJECT TO THE SPECIAL MASTER'S REPORT

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Corporation of America (NY) (defunct), MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.) And Liaison Counsel For All Defendants*

Dated: October 13, 2010    By:   /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 15, 2010

_____
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBJECT TO THE SPECIAL MASTER'S REPORT