**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-2933
Tel 415.393.8200
www.gibsondunn.com

Rachel S. Brass
Direct: 415.393.8293
Fax: 415.374.8429
RBrass@gibsondunn.com

Client: T 19896-00003

October 15, 2010

Hon. Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re: *In re: Cathode Ray Tube (CRT) Antitrust Litigation*
Master File No. 07-5944 SC; MDL No. 1917
Response to Motion to Compel Production of Chunghwa Translations

Your Honor:

Chunghwa Picture Tubes, Ltd. ("Chunghwa") has produced the translations at issue here only to government enforcement authorities and to the plaintiffs with which it has entered into settlement agreements. In all cases, Chunghwa produced the translations with the belief that the recipients would treat them as confidential. Further, the settlement agreements require Chunghwa to maintain as confidential the information provided to plaintiffs, except as otherwise required by law.

Chunghwa has not produced to Samsung SDI Co., Ltd. ("Samsung SDI") any of the document translations it provided to plaintiffs because counsel for direct purchaser plaintiffs informed Chunghwa that they assert a claim of work product protection. Chunghwa understands that counsel for the indirect purchaser plaintiffs takes the same position. Chunghwa has informed the parties it does not intend to produce translations unless there is an agreement between counsel for the direct and indirect purchaser plaintiffs and Samsung SDI, or a ruling resolving this issue.

Respectfully Submitted,

Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP

cc: All Counsel via ECF

100946533_4.DOC

Brussels • Century City • Dallas • Denver • Dubai • London • Los Angeles • Munich • New York • Orange County
Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission St., Suite 3000, San Francisco, California, 94105, in said County and State. On October 15, 2010, I served the within:

**LETTER TO SPECIAL MASTER CHARLES LEGGE (JAMS) RE: RESPONSE TO MOTION TO COMPEL PRODUCTION OF CHUNGHWA TRANSLATIONS**

to all named counsel of record as follows:

☑ **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on October 15, 2010. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

Additionally, the below-listed party was served as follows:

☑ **BY ELECTRONIC MAIL:** On the below-mentioned date, I served a full and complete copy of the above-referenced document[s] by electronic mail to the person[s] at the email address[es] indicated.

**Special Master**

Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Ste. 1500
San Francisco, CA 94111
Telephone: (415) 982-5267
Facsimile: (415) 982-5287
Email: clegge@jamsadr.com

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on October 15, 2010, at San Francisco, California.

/s:/Robin McBain
Robin McBain

100953725_1.DOC

Gibson, Dunn & Crutcher LLP

DECLARATION OF SERVICE – MDL 1917