Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: ALL ACTIONS | **SUPPLEMENTAL DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF PLAINTIFFS' MOTIONS TO COMPEL DISCOVERY AGAINST HITACHI ENTITIES** |
| | The Honorable Charles A. Legge<br>Court:          JAMS |

I, R. Alexander Saveri, declare as follows:

1. I am a partner at the law firm of Saveri & Saveri, Inc. I am admitted to practice law in this District and before the courts of the State of California. I make this Supplemental Declaration in support of Plaintiffs' Reply Brief On Motion to Compel Discovery of Foreign Conduct and Pricing and Reply Letter Brief in Support to Plaintiffs' Motion to Compel Discovery of Information Antedating November of 2003. Except as otherwise noted, I testify to the following facts based on my person knowledge.

2. I am counsel of record in *In re TFT-LCD (Flat Panel) Antitrust Litig.*, Case No. 3:07-md-01827 SI, pending in the United States District Court, Northern District of California before the Honorable Susan Illston and Martin Quinn as Special Discovery Master. I am informed and believe that as of today, October 21, 2010, the Hitachi entities have produced in excess of 1.25 million pages of documents in that action, and that many of those documents are from foreign sources.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 21st day of October, 2010 in San Francisco, California.


*R. Alexander Saveri*
R. Alexander Saveri

Crt.337