Brian Barry (135631)
LAW OFFICES OF BRIAN BARRY
1801 Avenue of the Stars, Suite 307
Los Angeles, California 90067
Telephone: (310) 788-0831
Email: BRIBARRY1@YAHOO.COM

Attorneys for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 3:07-cv-5944 SC |
|---|---|
| This document relates to: ALL INDIRECT PURCHASER ACTIONS | MDL No. 1917 <br> **NOTICE OF APPEARANCE** |

### NOTICE OF APPEARANCE

Brian Barry, attorney at Law Offices of Brian Barry, 1801 Avenue of the Stars, Suite 307, Los Angeles, CA 90067, hereby gives notice of appearance on behalf of Plaintiff Jeffrey Figone in the above-captioned case.

Dated: October 22, 2010                    Respectfully submitted,

                                           /s/ Brian Barry              .

                                           Brian Barry
                                           LAW OFFICES OF BRIAN BARRY
                                           1801 Avenue of the Stars, Suite 307
                                           Los Angeles, California 90067
                                           Telephone: (310) 788-0831