1  Counsel Listed on Signature Block

2

3  ## UNITED STATES DISTRICT COURT

4  ## FOR THE NORTHERN DISTRICT OF CALIFORNIA

5  ## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. M-07-5944 SC<br>MDL No. 1917 |
|  | Court: Hon. Samuel Conti |
| This Document Related to All Cases |  |

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND LIMITED DISCOVERY STAY

WHEREAS the Court, on September 12, 2008, entered an Order pursuant to Stipulation, granting a Limited Stay of Discovery for six (6) months, which was to expire on March 12, 2009 ("September 12, 2008 Stay Order");

WHEREAS the Court, on February 5, 2009, entered an Order pursuant to Stipulation modifying and extending the September 12, 2008 Stay Order until September 11, 2009, with limitations on deposition discovery continuing until January 4, 2010 ("February 5, 2009 Stay Order");

WHEREAS on June 8, 2009, Special Master Charles A. Legge, entered an Order further extending the February 5, 2009 Stay Order, "until such time as the Court has issued its decision(s) on the various motions to dismiss that were filed on May 18, 2009 ("June 8, 2009 Stay Order");

WHEREAS on January 5, 2010, the Court entered an Order pursuant to Stipulation

**STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY**
Case No. M-07-5944 SC

1   modifying and extending the February 5, 2009 and June 8, 2009 Stay Orders until March 8,

2   2010, with limitations on deposition discovery continuing until November 1, 2010

3   ("January 5, 2010 Stay Order");

4        WHEREAS there is an ongoing criminal grand jury investigation involving the products

5   at issue in this case;

6        WHEREAS the parties have met and conferred and agreed to request modification and

7   extension of the September 12, 2008,  February 5, 2009, June 8, 2009, and January 5, 2010

8   Stay Orders;

9        PLAINTIFFS, DEFENDANTS, AND THE UNITED STATES, BY AND THROUGH

10  THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

11       That Paragraph 3 of the January 5, 2010 Stay Order, which modified and replaced in its

12  entirety Paragraph 3 of the September 12, 2008 Stay Order, shall remain in effect, as follows:

13            During the pendency of the grand jury proceedings and any resulting criminal

14            trials, no discovery shall be conducted in this case (including, without limitation,

15            document requests, interrogatories, requests to admit, or depositions) that reflects, refers

16            to, or relates to grand jury proceedings concerning CRTs or CRT products, including any

17            party's or witness's communications with the United States, or with any grand jury

18            investigating CRTs or CRT products, except by the order of the Court upon good cause

19            shown and consistent with governing law.

20       That Paragraph 5 of the June 8, 2009 Stay Order shall be modified and that Paragraph 2(b)

21  of the February 5, 2009 Stay Order shall be modified and replaced in its entirety with the following

22  new Paragraph 2(b):

23            The Stay Period, as defined in paragraph 1 of the February 5, 2009 Stay Order,

24            extends until March 8, 2010.  However, no deposition discovery may be taken until

25            March 1, 2011, with the following exception: as of March 8, 2010, depositions may be

26            taken of defendants' customers or suppliers, or their employees, provided in any case that

27            the deponent is not a defendant or a subsidiary or affiliate of a defendant, or an employee,

28            agent, or former employee of any of them.  Such deposition subpoenas may include requests

1    for documents to be produced by the deponent at the deposition, provided that no

2    document requests may request the production of documents disclosing the contents of the

3    witness's testimony, if any, before the grand jury or communications with the United States

4    that reflect, refer to, or relate to the grand jury proceedings.

5

6    **IT IS SO STIPULATED.**

7

8    Dated: October 25, 2010          By:___/s/ Michael W. Scarborough_____
                                       GARY L. HALLING (66087)
                                       Email: ghalling@sheppardmullin.com
9                                      JAMES L. McGINNIS (95788)
                                       Email: jmcginnis@sheppardmullin.com
10                                     MICHAEL W. SCARBOROUGH (203524)
                                       Email: mscarborough@sheppardmullin.com
11                                     **SHEPPARD, MULLIN, RICHTER &**
                                       **HAMPTON LLP**
12                                     Four Embarcadero Center, 17th Floor
                                       San Francisco, California 94111-4109
13
                                       Telephone: (415)-434-9100
14                                     Facsimile: (415)-434-3947

15                                     ***Attorneys for Defendants Samsung SDI America,***
                                       ***Inc., Samsung SDI Co., Ltd., Samsung SDI***
16                                     ***(Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A.***
                                       ***de C.V., Samsung SDI Brasil Ltda., Shenzhen***
17                                     ***Samsung SDI Co. Ltd. and Tianjin Samsung SDI***
                                       ***Co., Ltd.***
18

19                                     By:___/s/ David L. Yohai_____
                                       STEVEN A. REISS (pro hac vice)
20                                     Email: steven.reiss@weil.com
                                       DAVID L. YOHAI (pro hac vice)
21                                     Email: david.yohai@weil.com
                                       DAVID E. YOLKUT (pro hac vice)
22                                     Email: david.yolkut@weil.com
                                       **WEIL, GOTSHAL & MANGES LLP**
23                                     767 Fifth Avenue
                                       New York, New York 10153-0119
24                                     Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007
25
                                       GREGORY D. HULL (57367)
26                                     Email: greg.hull@weil.com
                                       **WEIL, GOTSHAL & MANGES LLP**
27                                     201 Redwood Shores Parkway
                                       Redwood Shores, California 94065-1175
28                                     Telephone: (650) 802-3000

**STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY**
Case No. M-07-5944 SC

Facsimile: (650) 802-3100


By:  _/s/ Jeffrey L. Kessler_____
JEFFREY L. KESSLER (pro hac vice)
Email: jkessler@dl.com
A. PAUL VICTOR (pro hac vice)
Email: pvictor@dl.com
EVA W. COLE (pro hac vice)
Email: ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

***Attorneys for Defendants Panasonic Corporation
of North America, MT Picture Display Co., Ltd.
and Panasonic Corporation (f/k/a Matsushita
Electric Industrial Co., Ltd.)***


By:  _/s/ Ian Simmons_____
IAN SIMMONS (pro hac vice)
BEN BRADSHAW (SBN 189925)
Email: isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

***Attorneys for Defendants Samsung Electronics
Co., Ltd. and Samsung Electronics America, Inc.***


By:  _/s/ Ronald C. Redcay_____
RONALD C. REDCAY (SBN 67236)
Email: ronald.redcay@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

SAMUEL R. MILLER (SBN 66871)
Email: srmiller@sidley.com
MARIE L. FIALA (SBN 79676)
Email: mfiala@sidley.com
RYAN M. SANDROCK (SBN 251781)
Email: rsandrock@sidley.com
ROBERT B. MARTIN, III (SBN 235489)
Email: rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, 20th Floor

San Francisco, California  94104
Telephone:      (415) 772-1200
Facsimile:      (415) 772-7400

***Attorneys for Defendants LG Electronics, Inc.,
LG Electronics USA, Inc. and LG Electronics
Taiwan Taipei Co., Ltd.***

By:   /s/ John M. Taladay
JOHN M. TALADAY (pro hac vice)
Email:  TaladayJ@howrey.com
**HOWREY LLP**
1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

***Attorneys for Defendant Philips Electronics
North America Corporation, Koninklijke Philips
Electronics N.V., Philips Electronics Industries
(Taiwan), Ltd. and Philips da Amazonia Industria
Electronica Ltda.***

By:   /s/ Bruce H. Jackson
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (pro hac vice)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (pro hac vice)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL (pro hac vice)
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: (312) 861-8000

***Attorneys for Tatung Company of America, Inc.***

By:   /s/ Kent M. Roger
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
Email: mchiu@morganlewis.com

**STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY**
Case No. M-07-5944 SC

1

**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower

2

San Francisco, CA 94105-1126
Telephone: (415) 442-1000

3

Facsimile: (415) 442-1001

4

***Attorneys for Defendants Hitachi, Ltd., Hitachi***

5

***Asia, Inc., Hitachi America, Ltd., Hitachi***
***Electronic Devices (USA), Inc. and Hitachi***

6

***Displays, Ltd.***

7

By: _/s/ Terry Calvani_

8

TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com

9

BRUCE C. MCCULLOCH (pro hac vice)
Email: bruce.mcculloch@freshfields.com

10

**FRESHFIELDS BRUCKHAUS DERINGER US**
**LLP**

11

701 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004

12

Telephone: (202) 777-4500
Facsimile: (202) 777-4555

13

***Attorneys for Defendant Beijing Matsushita Color***

14

***CRT Company, Ltd.***

15

By: _/s/ Lucius B. Lau_

16

CHRISTOPHER M. CURRAN (pro hac vice)
Email:  ccurran@whitecase.com

17

GEORGE L. PAUL (pro hac vice)
Email:  gpaul@whitecase.com

18

LUCIUS B. LAU (pro hac vice)
Email:  alau@whitecase.com

19

**WHITE & CASE LLP**
701 Thirteenth Street, N.W.

20

Washington, DC  20005
Telephone: (202) 626-3600

21

Facsimile: (202) 639-9355

22

***Attorneys for Defendants Toshiba Corporation,***
***Toshiba America Electronic Components, Inc.,***

23

***Toshiba America Information Systems, Inc.,***
***Toshiba America, Inc. and Toshiba America***

24

***Consumer Products, L.L.C.***

25

By: _/s/ Guido Saveri_

26

GUIDO SAVERI (41059)
Email: guido@saveri.com

27

R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com

28

CADIO ZIRPOLI (179108)
Email: cadio@saveri.com

**STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY**
Case No. M-07-5944 SC

**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser*
*Plaintiffs*

By:   /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT,**
**LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect*
*Purchaser Plaintiffs*

By:   /s/ Tai Milder
LIDIA MAHER (222253)
Email: Lidia.Maher@usdoj.gov
MAY LEE HEYE (209366)
Email: May.Heye@usdoj.gov
TAI MILDER (267070)
Email: Tai.Milder@usdoj.gov
**U.S. DEPARTMENT OF JUSTICE,**
**ANTITRUST DIVISION**
450 Golden Gate Avenue
Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415)436-6687

*Attorneys for the United States*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE