1  Counsel Listed on Signature Block
2
3                    UNITED STATES DISTRICT COURT
4              FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                         SAN FRANCISCO DIVISION
6                                              )
                                               )    No. M-07-5944 SC
7                                              )    MDL No. 1917
                                               )
8  IN RE: CATHODE RAY TUBE (CRT)               )
   ANTITRUST LITIGATION                        )
9                                              )    Court: Hon. Samuel Conti
                                               )
10                                             )
                                               )
11 This Document Related to All Cases          )
                                               )
12                                             )
                                               )
13 _____)
14
                    **STIPULATION AND [PROPOSED] ORDER**
15                  **TO EXTEND LIMITED DISCOVERY STAY**

16     WHEREAS the Court, on September 12, 2008, entered an Order pursuant to Stipulation,
17 granting a Limited Stay of Discovery for six (6) months, which was to expire on March 12, 2009
18 ("September 12, 2008 Stay Order");
19     WHEREAS the Court, on February 5, 2009, entered an Order pursuant to Stipulation
20 modifying and extending the September 12, 2008 Stay Order until September 11, 2009, with
21 limitations on deposition discovery continuing until January 4, 2010 ("February 5, 2009 Stay
22 Order");
23     WHEREAS on June 8, 2009, Special Master Charles A. Legge, entered an Order further
24 extending the February 5, 2009 Stay Order, "until such time as the Court has issued its
25 decision(s) on the various motions to dismiss that were filed on May 18, 2009 ("June 8, 2009
26 Stay Order");
27     WHEREAS on January 5, 2010, the Court entered an Order pursuant to Stipulation
28

**STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY**
Case No. M-07-5944 SC

modifying and extending the February 5, 2009 and June 8, 2009 Stay Orders until March 8, 2010, with limitations on deposition discovery continuing until November 1, 2010 ("January 5, 2010 Stay Order");

WHEREAS there is an ongoing criminal grand jury investigation involving the products at issue in this case;

WHEREAS the parties have met and conferred and agreed to request modification and extension of the September 12, 2008, February 5, 2009, June 8, 2009, and January 5, 2010 Stay Orders;

PLAINTIFFS, DEFENDANTS, AND THE UNITED STATES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

That Paragraph 3 of the January 5, 2010 Stay Order, which modified and replaced in its entirety Paragraph 3 of the September 12, 2008 Stay Order, shall remain in effect, as follows:

> During the pendency of the grand jury proceedings and any resulting criminal trials, no discovery shall be conducted in this case (including, without limitation, document requests, interrogatories, requests to admit, or depositions) that reflects, refers to, or relates to grand jury proceedings concerning CRTs or CRT products, including any party's or witness's communications with the United States, or with any grand jury investigating CRTs or CRT products, except by the order of the Court upon good cause shown and consistent with governing law.

That Paragraph 5 of the June 8, 2009 Stay Order shall be modified and that Paragraph 2(b) of the February 5, 2009 Stay Order shall be modified and replaced in its entirety with the following new Paragraph 2(b):

> The Stay Period, as defined in paragraph 1 of the February 5, 2009 Stay Order, extends until March 8, 2010. However, no deposition discovery may be taken until March 1, 2011, with the following exception: as of March 8, 2010, depositions may be taken of defendants' customers or suppliers, or their employees, provided in any case that the deponent is not a defendant or a subsidiary or affiliate of a defendant, or an employee, agent, or former employee of any of them. Such deposition subpoenas may include requests

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. M-07-5944 SC

|   |   |
|---|---|
| 1 | for documents to be produced by the deponent at the deposition, provided that no |
| 2 | document requests may request the production of documents disclosing the contents of the |
| 3 | witness's testimony, if any, before the grand jury or communications with the United States |
| 4 | that reflect, refer to, or relate to the grand jury proceedings. |

**IT IS SO STIPULATED.**

Dated: October 25, 2010

By: /s/ Michael W. Scarborough
GARY L. HALLING (66087)
Email: ghalling@sheppardmullin.com
JAMES L. McGINNIS (95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109

Telephone: (415)-434-9100
Facsimile: (415)-434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd.*

By: /s/ David L. Yohai
STEVEN A. REISS (pro hac vice)
Email: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
Email: david.yohai@weil.com
DAVID E. YOLKUT (pro hac vice)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000

**STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY**
Case No. M-07-5944 SC

```
 1                                          Facsimile: (650) 802-3100
 2
                                            By:   /s/ Jeffrey L. Kessler
 3                                          JEFFREY L. KESSLER (pro hac vice)
                                            Email: jkessler@dl.com
 4                                          A. PAUL VICTOR (pro hac vice)
                                            Email: pvictor@dl.com
 5                                          EVA W. COLE (pro hac vice)
                                            Email: ecole@dl.com
 6                                          DEWEY & LEBOEUF LLP
                                            1301 Avenue of the Americas
 7                                          New York, NY 10019
                                            Telephone: (212) 259-8000
 8                                          Facsimile: (212) 259-7013

 9                                          Attorneys for Defendants Panasonic Corporation
                                            of North America, MT Picture Display Co., Ltd.
10                                          and Panasonic Corporation (f/k/a Matsushita
                                            Electric Industrial Co., Ltd.)
11

12                                          By:   /s/ Ian Simmons
                                            IAN SIMMONS (pro hac vice)
13                                          BEN BRADSHAW (SBN 189925)
                                            Email: isimmons@omm.com
14                                          O'MELVENY & MYERS LLP
                                            1625 Eye Street, NW
15                                          Washington, DC 20006
                                            Telephone: (202) 383-5300
16                                          Facsimile: (202) 383-5414

17                                          Attorneys for Defendants Samsung Electronics
                                            Co., Ltd. and Samsung Electronics America, Inc.
18

19                                          By:   /s/ Ronald C. Redcay
                                            RONALD C. REDCAY (SBN 67236)
20                                          Email: ronald.redcay@aporter.com
                                            ARNOLD & PORTER LLP
21                                          777 South Figueroa Street, Forty-Fourth Floor
                                            Los Angeles, California  90017-5844
22                                          Telephone:  213.243.4000
                                            Facsimile:  213.243.4199
23
                                            SAMUEL R. MILLER (SBN 66871)
24                                          Email: srmiller@sidley.com
                                            MARIE L. FIALA (SBN 79676)
25                                          Email: mfiala@sidley.com
                                            RYAN M. SANDROCK (SBN 251781)
26                                          Email: rsandrock@sidley.com
                                            ROBERT B. MARTIN, III (SBN 235489)
27                                          Email: rbmartin@sidley.com
                                            SIDLEY AUSTIN LLP
28                                          555 California Street, 20th Floor
```

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. M-07-5944 SC

San Francisco, California 94104
Telephone:    (415) 772-1200
Facsimile:    (415) 772-7400

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.*

By:  /s/ John M. Taladay
JOHN M. TALADAY (pro hac vice)
Email: TaladayJ@howrey.com
**HOWREY LLP**
1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd. and Philips da Amazonia Industria Electronica Ltda.*

By:  /s/ Bruce H. Jackson
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (pro hac vice)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (pro hac vice)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL (pro hac vice)
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: (312) 861-8000

*Attorneys for Tatung Company of America, Inc.*

By:  /s/ Kent M. Roger
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
Email: mchiu@morganlewis.com

**STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY**
Case No. M-07-5944 SC

**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi Displays, Ltd.*

By: /s/ Terry Calvani
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (pro hac vice)
Email: bruce.mcculloch@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (pro hac vice)
Email: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
Email: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc. and Toshiba America Consumer Products, L.L.C.*

By: /s/ Guido Saveri
GUIDO SAVERI (41059)
Email: guido@saveri.com
R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com
CADIO ZIRPOLI (179108)
Email: cadio@saveri.com

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. M-07-5944 SC

**SAVERI & SAVERI INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*


By: /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email: malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*


By: /s/ Tai Milder
LIDIA MAHER (222253)
Email: Lidia.Maher@usdoj.gov
MAY LEE HEYE (209366)
Email: May.Heye@usdoj.gov
TAI MILDER (267070)
Email: Tai.Milder@usdoj.gov
**U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION**
450 Golden Gate Avenue
Box 36046
San Francisco, California 94102
Telephone: (415) 436-6660
Facsimile: (415) 436-6687

*Attorneys for the United States*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 27, 2010

_____
Honorable Samuel Conti
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY
Case No. M-07-5944 SC