1  COUNSEL LISTED ON SIGNATURE BLOCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | No.: M-07-5944 SC<br><br>MDL NO. 1917<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING AND ADOPTING SPECIAL MASTER'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS REGARDING DEFENDANTS' JOINT MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT OF THE INDIRECT PURCHASER PLAINTIFFS |
|---|---|

WHEREAS on September 30, 2010, Special Master Charles A. Legge issued and filed via ECF his Report, Recommendations And Tentative Rulings Regarding Defendants' Joint Motion To Dismiss The Second Consolidated Amended Complaint of the Indirect Purchaser Plaintiffs (Docket No. 768) (the "Report");

WHEREAS on October 7, 2010, Defendants filed a Motion to Adopt the Special Master's Report in full (Docket No. 780);

WHEREAS by letter dated October 8, 2010, the Indirect Purchaser Plaintiffs ("Plaintiffs") asked the Special Master to clarify certain recommendations and tentative rulings in the Report;

WHEREAS on October 15, 2010, the Court entered an Order extending the time for the parties to file objections to the Special Master's Report, to allow time for the Special Master to respond to Plaintiffs' request for clarification of the Report;

WHEREAS the parties have met and conferred, and, in consultation with the Special Master, reached a resolution concerning further action on the Special Master's Report;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned defendants and plaintiffs, that:

1. The parties agree that the Special Master's Report shall be modified at page 15, lines 6-7, to provide that the allegations of the Second Consolidated Amended Complaint under the law of the states of Illinois and Maine shall be dismissed with prejudice, provided that Plaintiffs may file a Third Consolidated Amended Complaint naming plaintiffs in those states claiming injury under Illinois or Maine law, as applicable.

2. Except as so modified pursuant to Paragraph 1 above, the Special Master's Report shall be adopted in full as the Order of this Court, and no party shall file objections to or further motions to adopt or modify the Special Master's Report. Defendants' Motion to Adopt the Special Master's Report is denied as moot.

3. By agreeing to this Stipulation and the adoption of the Special Master's Report as modified, Defendants have not waived their rights to assert arguments with respect to the relation back of any future claims filed by Plaintiffs under Illinois or Maine law, even though the Special Master's Report denied those challenges as moot.

4. In addition, by agreeing to this Stipulation and the adoption of the Special Master's Report as modified, no party has waived its appellate rights with respect to any argument presented to the Special Master concerning the Second Consolidated Amended Complaint.

5. Plaintiffs shall have 45 days from the entry of this Order to file a Third Consolidated Amended Complaint. The only amendments allowed in the Third Consolidated Amended Complaint shall be:

 a. Amendments naming plaintiffs in Illinois or Maine claiming injury under Illinois or Maine law;

 b. Amendments adding or dropping named plaintiffs with respect to claims and states already at issue (i.e., no new claims or states); and

 c. Amendments to conform to the Special Master's Report and this Order.

1  IT IS SO STIPULATED.

2

3  Dated: October 25, 2010                    By: /s/ Mario N. Alioto
                                              MARIO N. ALIOTO, Bar No. 56433
4                                             malioto@tatp.com
                                              LAUREN C. RUSSELL, Bar No. 241151
5                                             laurenrussell@tatp.com
                                              **TRUMP, ALIOTO, TRUMP & PRESCOTT,**
6                                             **LLP**
                                              2280 Union Street
7                                             San Francisco, California 94123
                                              Telephone: (415) 563-7200
8                                             Facsimile: (415) 346-0679

9
                                              *Interim Lead Counsel for the Indirect*
10                                            *Purchaser Plaintiffs*

11

12
                                              By: /s/ Michael W. Scarborough
13                                            GARY L. HALLING, Bar No. 66087
                                              ghalling@sheppardmullin.com
14                                            JAMES L. MCGINNIS, Bar No. 95788
                                              jmcginnis@sheppardmullin.com
15                                            MICHAEL SCARBOROUGH, Bar No. 203524
                                              mscarborough@sheppardmullin.com
16                                            **SHEPPARD, MULLIN, RICHTER &**
17                                            **HAMPTON LLP**
                                              Four Embarcadero Center, 17th Floor
18                                            San Francisco, California 94111-4109
                                              Telephone: 415-434-9100
19                                            Facsimile: 415-434-3947

20
                                              *Attorneys for Defendants*
21                                            *Samsung SDI America, Inc,.*
                                              *Samsung SDI Co., Ltd.,*
22                                            *Samsung SDI (Malaysia) Sdn. Bhd.,*
                                              *Samsung SDI Mexico S.A. de C.V.,*
23                                            *Samsung SDI Brasil Ltda.,*
                                              *Shenzen Samsung SDI Co., Ltd., and*
24                                            *Tianjin Samsung SDI Co., Ltd.,*
                                              *And On Behalf of All Other Defendants*
25

26          Pursuant to General Order, § X-B, the filer attests that concurrence in the filing

27  of this document has been obtained from the above signatories.

28

W02-WEST:FMI403004994.2                      -3-

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 26, 2010

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

DATED: October 27, 2010

_____
Hon. Samuel Conti
United States District Judge

W02-WEST:FMM403004994.2

-4-