Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 982-5267
Fax: (415) 982-5287
Special Master

# JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC |
| | MDL No. 1917 |
| CRAGO, INC., et al., | JAMS Reference No. 1100054618 |
| Plaintiffs, | |
| vs. | **NOTICE OF HEARING** |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |
| This Document Relates to All Cases | |

Defendants' Motion to Compel Chunghwa to Produce Document Translations will be heard on Wednesday, November 3 at 9:00 AM (Pacific) at the JAMS San Francisco Resolution Center located at Two Embarcadero Center, Suite 1500, San Francisco CA 94111, along with the two hearings previously scheduled in the notice of October 1, 2010

IT IS SO ORDERED.

Dated: October 27, 2010

_____
Hon. Charles A. Legge (Ret.)
SPECIAL MASTER