

NOTICE TO ALL COUNSEL                                      October 29, 2010
via ECF/PACER

    RE: **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
           Case No.:  3:07-cv-05944-SC
           JAMS Reference #: 1100054618

Dear Counsel:

This letter will confirm that a dial in number for the in-person hearing in the above-referenced matter has been scheduled as follows:

    DATE:        November 3, 2010 at 9:00 AM (Pacfic)

    PANELIST:   Hon. Charles A. Legge (Ret.)

To access the call, please dial 1-877-696-5267 and ask the operator to connect you to the conference with Hon. Charles A. Legge (Ret.).

If you have any questions, please contact me directly at 415-774-2657.

Very truly yours,

Sarah Nevins
Case Manager
snevins@jamsadr.com
Fax# 415-982-5287