

**JAMS**

THE RESOLUTION EXPERTS®

NOTICE TO ALL COUNSEL                               November 2, 2010

    RE:    **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
              Case No: 3:07-CV-05944-SC
              JAMS Reference #: 1100054618

Dear Counsel:

By stipulation of counsel, this letter will confirm that a hearing on the motions in the above-referenced matter, previously scheduled for tomorrow, November 3, 2010 at 9:00 AM (Pacfic) has been rescheduled for the following date, time and location:

    DATE:       November 12, 2010 at 2:00 PM (Pacfic)

    PLACE:      JAMS
                   Two Embarcadero Center
                   Suite 1500
                   San Francisco, CA 94111

    PANELIST:   Hon. Charles A. Legge (Ret.)

If you have any questions, please contact me directly at 415-774-2657.

Very truly yours,

Sarah Nevins
Case Manager
snevins@jamsadr.com
Fax# 415-982-5287