BONNETT, FAIRBOURN, FRIEDMAN
& BALINT, P.C.
Manfred P. Muecke (222893)
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: 619-756-7748
Fax: (602) 274-1199
E-mail: mmuecke@bffb.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-CV-5944 SC |
| | MDL 1917 |
| This document relates to: | **NOTICE OF APPEARANCE** |
| ALL INDIRECT PURCHASER ACTIONS | The Honorable Samuel Conti |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Manfred P. Muecke of Bonnett, Fairbourn, Friedman & Balint, P.C., hereby enters his appearance as one of the counsel for Plaintiffs, on behalf of themselves and all others similarly situated in the above-captioned action, and requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon the undersigned counsel at the address stated below.

DATED: November 3, 2010           /s Manfred P. Muecke
                                  Manfred P. Muecke (CA Bar No. 222893)
                                  600 W. Broadway, Suite 900
                                  San Diego, CA 92101