

**THE RESOLUTION EXPERTS®**

NOTICE TO ALL COUNSELNovember 4, 2010

RE:**Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
Case No. 3:07-CV-05944-SC
JAMS Reference #: 1100054618

Dear Counsel:

This letter will confirm that a call in number for the in person motion hearing scheduled for November 12, 2010 at the JAMS San Francisco Resolution Center has been scheduled as follows:

DATE:November 12, 2010 at 2:00 PM (Pacific)

PANELIST:Hon. Charles A. Legge (Ret.)

To access the call, please dial 1-877-696-5267 and ask the operator to connect you to the conference with Hon. Charles A. Legge (Ret.).

If you have any questions, please contact me directly at 415-774-2657.

Very truly yours,

*[signature]*

Sarah Nevins
Case Manager
snevins@jamsadr.com
Fax# 415-982-5287