Counsel Listed On Signature Block

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) No.:  M-07-5944 SC ) ) MDL NO. 1917 ) |
| This Document Relates to: ALL ACTIONS. | ) STIPULATION AND [PROPOSED] ) ORDER REGARDING THE ) PRODUCTION OF ELECTRONICALLY ) STORED INFORMATION ) |

**I.      PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

      **A.    Definitions**

            1.   Document(s)" means electronically stored information (ESI) existing in any medium from which information can be obtained or translated into reasonably usable form.

            2.   "Native File(s)" means ESI in the file type for (or of) the application in which such ESI is normally created, viewed and/or modified.

            3.   "Metadata" means: (i) information embedded in a Native File that is not ordinarily viewable or printable from the application that generated, edited, or modified such Native File; and (ii) information generated automatically by the operation of a computer or other information technology system when

a Native File is created, modified, transmitted, deleted or otherwise

manipulated by a user of such system.

4.  "Static Image(s)" means a representation of ESI produced by converting a

Native File into a standard image format capable of being viewed and

printed on standard computer systems.  A Tagged Image File Format (TIFF)

image is an example of a Static Image.

5.  "Load/Unitization file" means an electronic file containing information

identifying a set of paper-scanned images or processed ESI and indicating

where individual pages or files belong together as documents, including

attachments, and where each document begins and ends.  A

Load/Unitization file will also contain data relevant to the individual

Documents, including extracted and user created Metadata, coded data, as

well as OCR or Extracted Text.

6.  "OCR" means the optical character recognition file which is created by

software used in conjunction with a scanner that is capable of reading

text-based documents and making such documents searchable using

appropriate software.

7.  "Extracted Text" means the text extracted from a Native File and includes all

header, footer and document body information.

**B.   Form and Format for the Production of ESI and Paper Documents
Converted to Electronic Form**

1.   Electronic Production of Paper Documents

a.   The parties will produce any paper Documents, including

spreadsheets maintained in paper form, that have been

scanned or otherwise converted into electronic form as of the

time the documents are first produced in this litigation.  The

form of production shall be:

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

i.     TIFF images, consistent with the specifications in Section I.B.2.b.;

ii.     The appropriate Load/Unitization files in accordance with Exhibit "A" and consistent with the specifications in Section I.B.5.; and

iii.     Any searchable OCR text of scanned paper Documents created by the producing party, if any, consistent with the specifications in Section I.B.4.

b.     This Stipulation creates no obligation upon the producing party to convert paper documents into electronic form.

c.     If, however, the producing party has converted paper documents into electronic form as of the time the documents are first produced in this litigation, the producing party shall produce those documents in accordance with this Stipulation.

2.     <u>Native Files to be Produced as Static Images</u>

a.     Except as otherwise stated below, or by order of the Special Master, Native Files will be produced to the requesting party as Static Images together with Load/Unitization files specified below.

b.     All Static Images will be produced as single page Black & White, Group 4 TIFF (.TIF or .TIFF) files at 300 x 300 dpi resolution and 8.5 x 11 inch page size, except for documents that in the producing party's reasonable judgment require a different resolution or page size; provided, however, if a color image is produced in black and white, the receiving party may request the producing party to produce the original,

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION

color image, as single page, color Joint Photographic Experts

Group (.JPEG or .JPG) files.

    c.    All Static Image file names shall match the Bates number

assigned to the image.

    3.    <u>Production of Native Files</u>

    a.    The parties agree to produce Native Files of spreadsheet

application files (*e.g.,* MS Excel), presentation application

files (*e.g.* MS PowerPoint), and multimedia audio/video files

(*e.g.,* .wav, .mpeg, .avi), subject to the right of the producing

party to object to the native production of files where such

production would result in the disclosure of information that

is protected from disclosure by the attorney-client privilege

or the work product doctrine.

    b.    The parties agree to meet and confer informally regarding the

production of database application files (*e.g.,* MS Access,

SQL, SAP) to determine the most reasonable form of

production based on the specific circumstances at hand.

Notwithstanding the foregoing, a party may elect to produce

Native Files of portable database application files (e.g.,

MS-Access) without the need to meet and confer regarding

the form of production.

    c.    A receiving party may request that the producing party

produce the Native File corresponding to a produced Static

Image, subject to reasonable objection by the producing party.

The request for production of any specific Native Files(s)

shall include the Bates numbers of the TIFF documents to

identify the corresponding Native File.  Any produced Native

1   File will include the Bates number of the first page of the

2   Bates range that corresponds to the TIFF image, followed by

3   a carat delimiter, which shall be appended as a prefix to the

4   file name.

5   d.   Through the pendency of the action, the producing party

6   should exercise reasonable, good faith, efforts to maintain all

7   preserved and collected Native Files in a manner that does

8   not materially alter or modify the file or the Metadata.

9   e.   No party may attach to any pleading or any correspondence

10   addressed to the Court, Special Master, or any adverse or

11   third party, or submit as an exhibit at a deposition or any

12   other judicial proceeding, a copy of any native format

13   document produced by any party without ensuring that the

14   corresponding Bates number and confidentiality legend, as

15   designated by the producing party, appears on the document.

16   4.   Production of Searchable Text

17   a.   ESI shall be produced with multi-page searchable Extracted

18   Text. For ESI from which text cannot be extracted, OCR will

19   be produced instead, but only to the extent the producing

20   party has created OCR as of the time the documents are first

21   produced in this litigation, consistent with Section B (1) of

22   this agreement.

23   b.   Any such Extracted Text or OCR will be produced on a

24   document level as .TXT files, with the Text filename

25   matching the Bates number applied to the first page of the

26   corresponding image file followed by .TXT.  Text files will

27   be located in a directory named "TEXT" that is separate from

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

the TIFF image. Text files containing foreign,
non-English, language text must be converted to
standard 8-bit Unicode Transformation Format (UTF-8)
format by the producing party prior to production.

5.  Production of Load/Unitization Files

   a.  There will be two Load/Unitization files accompanying all
       productions of ESI.  One will be a Metadata import file,
       in .dat format, that contains the agreed- upon Metadata fields
       in an ASCII text file using either Concordance default
       delimiters or ^ carat and | pipe delimiters to separate the
       fields and records.  The second data file will be a
       cross-reference file that contains the corresponding image
       information.  The acceptable formats for the cross-reference
       files are .log, .opt, .lfp.  Image load files should indicate page
       breaks.  A path to the corresponding .TXT file shall be
       included as a field in the Metadata import file.

   b.  The appropriate Metadata import file will contain the
       Metadata fields detailed and described in Exhibit A to this
       stipulation and incorporated herein by reference, associated
       with each electronic document (or their equivalents),
       including the body of the document, to the extent the fields
       exist as electronic Metadata associated with the original
       electronic documents or are created as part of the electronic
       data discovery process.  Party-specific exceptions to the
       required fields in Exhibit A are memorialized in separate side
       letter agreements, which are attached hereto as Addenda.
       The attached list of fields does not create any obligation to

1   create or manually code fields that are not automatically

2   generated by the processing of the ESI, or that do not exist as

3   part of the original Metadata of the document; provided

4   however, the producing party must populate the SOURCE

5   and CUSTODIAN fields for all produced ESI, as well as

6   paper Documents converted to electronic form as of the time

7   the documents are first produced in this litigation, regardless

8   of whether these fields would be generated during typical

9   processing of such documents.  A producing party shall have

10   no obligation to provide FILEPATH information for

11   documents that a receiving party specifically requested and

12   the producing party collected by document type.

13   c.   Any Native Files produced will be accompanied with a

14   Metadata import file that shall contain (i) the full directory

15   path and file names of the Native File(s) as contained in the

16   produced media and (ii) a uniform hash calculation field.

17   6.   Processing Specifications

18   a.   When processing ESI, GMT should be selected as the time

19   zone.  To the extent that a party has already processed ESI

20   using a different time zone, the producing party will note the

21   time zone used in its processing.  Parties shall consistently

22   produce all ESI processed using the same time zone.

23   b.   When processing ESI for review and for production in TIFF

24   format, the producing party will instruct its vendor to force

25   off Auto Date and force on hidden columns or rows, hidden

26   worksheets, speaker notes, track changes, and comments.

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

1        7.    <u>General</u>

2              a.    The producing party shall use reasonable efforts to avoid

3                    producing system and application files.

4              b.    If the producing party redacts all or any portion of a Static

5                    Image, redactions not clearly indicated on the Static Image

6                    shall be noted in a user-generated field specified in Exhibit

7                    "A", which the producing party shall provide in the

8                    appropriate Load/Unitization file.

9              c.    The parties may de-duplicate identical ESI vertically, by

10                   custodian, or horizontally (i.e., globally).  All custodians who

11                   were in possession of a de-duplicated Document must be

12                   identified in the CUSTODIAN_OTHER Metadata field

13                   specified in Exhibit "A", and all BCC recipients whose

14                   names would have been included in the BCC Metadata field

15                   but are excluded as the result of horizontal/global

16                   de-duplication, must be identified in the BCC_OTHER

17                   Metadata field specified in Exhibit "A".

18    II.    <u>**TERM OF AGREEMENT**</u>

19         This Agreement shall continue in full force and effect until further order of the Court or

20    until this litigation is terminated by a final judgment.

21

22              **IT IS SO STIPULATED.**

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

| | |
|---|---|
| 1 | Dated:  November 8, 2010 |

/s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
malioto@tatp.com
LAUREN C. RUSSELL (241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
(415) 563-7200

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Dated:  November 8, 2010

/s/ Guido Saveri
GUIDO SAVERI (41059)
guido@saveri.com
R. ALEXANDER SAVERI (173102)
rick@saveri.com
CADIO ZIRPOLI (179108)
cadio@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION

1

Dated:  October 20, 2010                    /s/ Dylan I. Ballard

2                                                       GARY L. HALLING, Bar No. 66087
                                                        ghalling@sheppardmullin.com
3                                                       JAMES L. MCGINNIS, Bar No. 95788
                                                        jmcginnis@sheppardmullin.com
4                                                       MICHAEL SCARBOROUGH, Bar No. 203524
                                                        mscarborough@sheppardmullin.com
5                                                       DYLAN I. BALLARD, Bar No. 253929
                                                        dballard@sheppardmullin.com
6                                                       **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
7                                                       Four Embarcadero Center, 17th Floor
                                                        San Francisco, California 94111-4109
8
9                                                       *Attorneys for Defendants*
                                                        *Samsung SDI America, Inc,.*
                                                        *Samsung SDI Co., Ltd.,*
10                                                      *Samsung SDI (Malaysia) Sdn. Bhd.,*
                                                        *Samsung SDI Mexico S.A. de C.V.,*
11                                                      *Samsung SDI Brasil Ltda.,*
                                                        *Shenzen Samsung SDI Co., Ltd., and*
12                                                      *Tianjin Samsung SDI Co., Ltd.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

| | |
|---|---|
| 1 | Dated:  October 6, 2010 |

/s/ Steven A. Reiss
STEVEN A. REISS (pro hac vice)
Email: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
Email: david.yohai@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

/s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
Email: jkessler@dl.com
A. PAUL VICTOR (pro hac vice)
Email: pvictor@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

***Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)***

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION

1   Dated:  October 22, 2010          /s/ Eric Shapland
2                                     ERIC SHAPLAND (193853)
                                      eric.shapland@aporter.com
3                                     **ARNOLD & PORTER, LLP**
                                      777 South Figueroa Street
4                                     Los Angeles, CA 90017-5944
                                      Telephone: (213) 243-4000
5                                     Facsimile: (213) 243-4199

6                                     *Counsel for Defendants LG Electronics, Inc., LG*
                                      *Electronics USA, Inc., and LG Electronics Taiwan Taipei*
7                                     *Co., Ltd.*

8

9

10  Dated:  October 22, 2010          /s/ Joseph A. Ostoyich
                                      JOSEPH A. OSTOYICH (pro hac vice)
11                                    Email: OstoyichJ@howrey.com
                                      **HOWREY LLP**
12                                    1299 Pennsylvania Avenue, N.W.
                                      Washington, D.C. 20004-2402
13                                    Telephone: (202) 783-0800
                                      Facsimile: (202) 383-6610
14

15                                    *Attorneys for Defendant Philips Electronics North*
                                      *America Corporation and Koninklijke Philips Electronics*
16

17

18  Dated:  November 8, 2010          /s/ Michelle Park Chiu
                                      KENT M. ROGER, State Bar No. 095987
19                                    DIANE L. WEBB, State Bar No. 197851
                                      MICHELLE PARK CHIU, State Bar No. 248421
20                                    MORGAN, LEWIS & BOCKIUS LLP
                                      One Market, Spear Street Tower
21                                    San Francisco, CA 94105
                                      E-mail:  kroger@morganlewis.com
22                                            dwebb@morganlewis.com
                                            mchiu@morganlewis.com
23

24                                    *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*
                                      *Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi*
25                                    *Electronic Displays (USA), Inc.*

26

27

28
                                      12
─────────────────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

| | |
|---|---|
| 1 | Dated:  October 29, 2010 |

Dated:  October 29, 2010  /s/ Lucius B. Lau

CHRISTOPHER M. CURRAN (*pro hac vice*)
Email:  ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email:  gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email:  alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

***Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.***

Dated:  October 22, 2010  /s/ Karen Sewell

PATRICK J. AHERN (pro hac vice)
(patrick.j.ahern@bakernet.com)
ROXANE C. BUSEY (pro hac vice)
(roxane.c.busey@bakernet.com)
KAREN SEWELL (pro hac vice)
(karen.sewell@bakernet.com)
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone:   +1 312 861 8000

***Attorneys for Tatung Company of America, Inc.***

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION

1   Dated:  October 22, 2010          /s/ Christine Laciak_____
2                                     CHRISTINE LACIAK
                                      Email: Christine.laciak@freshfields.com
3                                     KATE S. MCMILLAN
                                      Email: kate.mcmillan@freshfields.com
4                                     **FRESHFIELDS BRUCKHAUS & DERINGER US,
                                      LLP**
5                                     701 Pennsylvania Avenue, NW, Suite 600
                                      Washington, DC 20004
6                                     Tel: (202) 777-4566
                                      Fax: (202) 777-4555
7
8                                     *Attorneys for Defendant Beijing Matsushita Color CRT
                                      Company, Ltd.*
9

10

11          Pursuant to General Order, § X-B, the filer attests that the concurrence in the filing of

12   this document has been obtained from each of the above signatories.

13

14          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16   Dated:  _____       _____
17                                     **Honorable Samuel Conti**
                                       **United States District Judge**
18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

Exhibit A

**Metadata Fields for Production**

Note: Metadata Field names may vary depending on the application which generate them.  For example, Microsoft Outlook creates different Metadata Field names than does Lotus Notes. Accordingly, the chart below describes the Metadata Fields to be produced in generic, commonly used terms which the Producing Party is to adapt to the specific types of ESI it is producing. Any ambiguity about a Metadata Field is to be discussed with the Receiving Party prior to processing the subject ESI for production.

| | Field | Definition | Doc Type |
|---|---|---|---|
| 1 | SOURCE | Name of party producing the document | All |
| 2 | CUSTODIAN | Name of person from whose files the document is produced | All |
| 3 | CUSTODIAN_OTHER | Name of person(s), in addition to the Custodian, from whose files the document would have been produced if it had not been de-duplicated. | All |
| 4 | BEGBATES | Beginning Bates Number (production number) | All |
| 5 | ENDBATES | End Bates Number (production number) | All |
| 6 | PGCOUNT | Number of pages in the document | All |
| 7 | FILESIZE | File Size | All |
| 8 | APPLICAT | Application used to create document | All |
| 9 | FILEPATH | File source path for all electronically collected documents, which includes location, folder name, file name, and file source extension | All |
| 10 | NATIVEFILELINK | For documents provided in native format only | All |
| 11 | TEXTPATH | File path for OCR or Extracted Text files per paragraph (d) above | All |
| 12 | REDACTED | User-generated field that will indicated redactions made to Static Images, if such redactions are not clearly indicated on the Static Image | All |
| 13 | FOREIGNLANG | The existence of any foreign (non-English) language text in a document, as identified during processing or review by the producing party | All |

| | Field | Definition | Doc Type |
|---|---|---|---|
| 14 | HANDWRITING | The existence of any handwritten text in a document, as identified during processing or review by the producing party | All |
| 15 | MSGID | Hash or SHA Value for Emails | Email |
| 16 | FROM | Sender | Email |
| 17 | TO | Recipient | Email |
| 18 | CC | Additional Recipients | Email |
| 19 | BCC | Blind Additional Recipients | Email |
| 20 | BCC_OTHER | Blind Additional Recipients who would have shown in the "BCC" field had the originally sent Native email not been de-duplicated. | Email |
| 21 | SUBJECT | Subject line of email | Email |
| 22 | PARENTBATES | BeginBates number for the parent email of a family (will not be populated for documents that are not part of a family) | Email |
| 23 | ATTACHBATES | Bates number from the first page of each attachment | Email |
| 24 | BEGATTACH | First Bates number of family range (i.e. Bates number of the first page of the parent email) | Email |
| 25 | ENDATTACH | Last Bates number of family range(i.e. Bates number of the last page of the last attachment) | Email |
| 26 | ATTACHCOUNT | Number of attachments to an email | Email |
| 27 | ATTACHNAME | Name of each individual attachment | Email |
| 28 | DATESENT (mm/dd/yyyy) | Date Sent | Email |
| 29 | TIMESENT | Time Sent | Email |
| 30 | DATERCVD | Date Received | Email |
| 31 | TIMERCVD | Time Received | Email |
| 32 | CAL_START | Calendar/ Appointment start date and time | Email, Various |
| 33 | MSGCLASS | Type of item, e.g. email, calendar item, contact, note, task | Email, Various |
| 34 | Attendees/ Participants | Calendar/Appointment Attendees/Participants/Recipients | Email, Various |
| 35 | HASHVALUE | MD5 Hash or SHA Value for Edocs | Edocs |
| 36 | RECORDTYPE | Descriptive field created by the vendor processing software (e.g. email, edoc, image, attachment) | All |
| 37 | TITLE | Title field value extracted from the metadata of the native file. | Edocs |
| 38 | AUTHOR | Creator of a document | Edocs |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | Field | Definition | Doc Type |
|---|---|---|---|
| 39 | DATECRTD (mm/dd/yyyy) | Creation Date | Edocs |
| 40 | TIMCRTD | Creation Time | Edocs |
| 41 | LASTAUTHOR | Last Saved field contained in the metadata of the native file | Edocs |
| 42 | LASTMODD (mm/dd/yyyy) | Last Modified Date | Edocs |
| 43 | LASTMODT | Last Modified Time | Edocs |
| 44 | FILEEXT | File extension of the native file (e.g., XLS, DOC, PDF) | All |
| 45 | MAILSTORE | Original path of mail store | Email, various |
| 46 | SENSITIVITY | Sensitivity field extracted from native email message other other Outlook item. | Email, various |
| 47 | CONVERSATION _INDEX | Email thread identifier. | Email |