TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
MARIO N. ALIOTO, State Bar No. 56433
LAUREN C. RUSSELL, State Bar No. 241151
2280 Union Street
San Francisco, CA 94123
Tel: 415-563-7200
E-mail:  malioto@tatp.com
          laurenrussell@tatp.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

SAVERI & SAVERI, INC.
GUIDO SAVERI, State Bar No. 41059
R. ALEXANDER SAVERI, State Bar No. 173102
CADIO ZIRPOLI, State Bar No. 179108
706 Sansome Street
San Francisco, CA 94111
Email:  guido@saveri.com
         rick@saveri.com
         cadio@saveri.com

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 095987
DIANE L. WEBB, State Bar No. 197851
MICHELLE PARK CHIU, State Bar No. 248421
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415-442-1000
Fax: 415-442-1001
E-mail:  kroger@morganlewis.com
         dwebb@morganlewis.com
         mchiu@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,** | No.: M-07-5944 SC<br><br>MDL NO. 1917 |

(*caption continued*)

|   |   |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS. | **ADDENDUM TO STIPULATED ORDER REGARDING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION** |

WHEREAS, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively the "Hitachi Defendants") have informed the Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs (jointly "Plaintiffs") that their vendor is incapable of producing four metadata fields identified in Exhibit A to the Stipulated Protective Order regarding the Production of Electronically Stored Information (the "Stipulated Order") at Row 32 (CAL_START), ROW 34 (ATTENDEES/PARTICIPANTS), Row 41 (LAST AUTHOR), and Row 46 (SENSITIVITY);

WHEREAS, the Hitachi Defendants further have informed Plaintiffs that to produce the metadata identified in Exhibit A to the Stipulated Order at Row 47 (CONVERSATION_INDEX), would be overly burdensome and costly;

WHEREAS, the Hitachi Defendants have requested, based on the foregoing, to be excused from producing the five above-mentioned metadata fields; and

WHEREAS, Plaintiffs are willing to enter into this Addendum to the Stipulated Order based on the verbal and written representations made by Counsel to the Hitachi Defendants and the Hitachi Defendants' electronic discovery vendor, Iron Mountain/Stratify.

NOW, THEREFORE,

1. Plaintiffs and the Hitachi Defendants agree that as to any document production by any of the Hitachi Defendants that would be subject to the Stipulated Order, the Parties acknowledge and agree that the Hitachi Defendants are not obligated to produce the five following metadata fields:

   a. CAL_START
   b. ATTENDEES/PARTICIPANTS
   c. LAST AUTHOR

   d.  SENSITIVITY

   e.  CONVERSATION_INDEX

  2.  If, following the entry of this Stipulation, the Hitachi Defendants acquire the capability of processing and producing, without subjecting the Hitachi Defendants to undue burden or costs, one or more of the above-listed metadata fields (*i.e.*, CAL_START, ATTENDEES/PARTICIPANTS, LAST AUTHOR, SENSITIVITY, or CONVERSATION_ INDEX), the Hitachi Defendants agree to include such metadata field or fields in all future document productions to Plaintiffs.

  This Agreement shall continue in full force and effect until further order of the Special Master or until this litigation is terminated by a final judgment.

  **IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: November 8, 2010 | /s/ Mario N. Alioto |
| 2 | | Mario N. Alioto (56433) malioto@tatp.com |
| | | Lauren C. Russell (241151) laurenrussell@tatp.com |
| 3 | | Trump, Alioto, Trump & Prescott, LLP |
| | | 2280 Union Street |
| 4 | | San Francisco, CA 94123 |
| | | (415) 563-7200 |

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Dated: November 8, 2010            /s/ Guido Saveri

Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Dated: November 8, 2010            /s/ Michelle Park Chiu

Kent M. Roger, State Bar No. 095987
Diane L. Webb, State Bar No. 197851
Michelle Park Chiu, State Bar No. 248421
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
E-mail:  kroger@morganlewis.com
         dwebb@morganlewis.com
         mchiu@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Displays (USA), Inc.*

Pursuant to General Order, § X-B, the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.