Counsel Listed On Signature Block

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No.: M-07-5944 SC<br><br>MDL NO. 1917<br><br>**ADDENDUM TO STIPULATED ORDER REGARDING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION** |
| This Document Relates to:<br><br>ALL ACTIONS. | |

WHEREAS, Panasonic Corporation, Panasonic Corporation of North America and MT Picture Display Co., Ltd. (the "Panasonic Defendants") have informed the Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs of potential issues with producing two metadata fields identified in Exhibit A to the Stipulated Order regarding the Production of Electronically Stored Information (the "Stipulated Order") at Row 32 (CAL_START) and Row 46 (SENSITIVITY);

WHEREAS, the Panasonic Defendants have represented that they will continue to undertake reasonable, good-faith efforts to work with their vendor to extract this metadata while processing the native Electronically Stored Information and subsequently include that metadata in their productions;

AND WHEREAS, the Panasonic Defendants, Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs are otherwise in mutual agreement with all other terms and conditions as set forth in the Stipulated Order.

1      NOW, THEREFORE,

2      1.     The Panasonic Defendants agree to continue to undertake reasonable, good-faith efforts to resolve the issues with their vendor in extracting the above-identified CAL_START and SENSITIVITY metadata fields during processing.

       2.     The Panasonic Defendants, Indirect Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs agree to continue to informally meet and confer regarding this matter.

       3.     The Panasonic Defendants, Indirect Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs agree to submit an amendment to this Addendum setting forth their mutually agreed upon final resolution to this matter within forty-five days following filing of the Stipulated Order.

       This Agreement shall continue in full force and effect until further order of the Special Master or until this litigation is terminated by a final judgment.

       **IT IS SO STIPULATED.**

Dated:  October 6, 2010    /s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
malioto@tatp.com
LAUREN C. RUSSELL (241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
(415) 563-7200

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Dated:  October 6, 2010    /s/ Guido Saveri
GUIDO SAVERI (41059)
guido@saveri.com
R. ALEXANDER SAVERI (173102)
rick@saveri.com
CADIO ZIRPOLI (179108)
cadio@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

*(continued on next page)*

| | |
|---|---|
| Dated:  October 6, 2010 | /s/ Jeffrey L. Kessler<br>JEFFREY L. KESSLER (pro hac vice)<br>Email: jkessler@dl.com<br>A. PAUL VICTOR (pro hac vice)<br>Email: pvictor@dl.com<br>**DEWEY & LEBOEUF LLP**<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 259-8000<br>Facsimile: (212) 259-7013<br><br>/s/ David L. Yohai<br>DAVID L. YOHAI (pro hac vice)<br>Email: david.yohai@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br><br>GREGORY D. HULL (57367)<br>Email: greg.hull@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065-1175<br>Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100<br><br>***Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*** |

Pursuant to General Order, § X-B, the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.