**SAVERI & SAVERI, INC.**

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

*Trump Alioto Trump & Prescott*

ATTORNEYS LLP
2280 Union Street
San Francisco, California 94123
(415) 563-7200
FAX (415) 346-0679

November 11, 2010

**By Hand**

Honorable Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

      **Re:**   *In Re: Cathode Ray Tube (CRT) Antitrust Litigation,* **MDL 1917 (N.D. Cal.)**

Your Honor:

      We enclose for your information: 1) a copy of the indictment of three individuals returned November 9, 2010 by the grand jury in the criminal CRT case; and 2) the accompanying press release by the Department of Justice.  The three individuals are current or former employees of defendants Samsung SDI, LG Electronics, and/or LP Displays (the joint venture between defendants LG Electronics and Philips).

                  Yours sincerely,

                  /s/ *Guido Saveri*_____
                  Guido Saveri
                  Interim Lead Counsel for the
                  Direct Purchaser Plaintiffs

                  /s/ *Mario Alioto*_____
                  Mario Alioto
                  Interim Lead Counsel for the
                  Indirect Purchaser Plaintiffs

cc: All Counsel via ECF

crt.339