BENJAMIN G. BRADSHAW (S.B. #189925)
bbradshaw@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

*Attorney for Defendants Samsung Electronics Co., LTD and Samsung Electronics America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.  3:07-cv-05944 SC <br><br> MDL No. 1917 <br><br> **NOTICE OF APPEARANCE** <br><br> The Honorable Samuel Conti |
| This Document relates to: <br><br> ALL DIRECT PURCHASER ACTIONS | |

PLEASE TAKE NOTICE that attorney Benjamin G. Bradshaw of the law firm of O'Melveny & Myers LLP, located at 1625 Eye St., NW, Washington, D.C. 20006-4001 hereby appears as additional attorney of record on behalf of Defendant Samsung Electronics Co., LTD and Samsung Electronics America, Inc. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

NOTICE OF APPEARANCE
3:07-CV-05944 SC

Dated: November 12, 2010

BENJAMIN G. BRADSHAW
O'MELVENY & MYERS LLP

By: /s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw
O'MELVENY & MYERS LLP
1625 Eye St., N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300

*Attorney for Defendants Samsung Electronics Co., LTD and Samsung Electronics America, Inc.*