BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
ESTHER L. KLISURA (Bar No. 221171)
  eklisura@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

*Counsel for Crago, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
|---|---|
| | MDL NO. 1917 |
| This Document Relates to: ALL ACTIONS | **NOTICE OF WITHDRAWAL OF ATTORNEY JESSICA L. GRANT AS COUNSEL FOR CRAGO, INC.** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jessica L. Grant is no longer associated with the firm of Pearson, Simon, Warshaw & Penny, LLP, and is hereby withdrawn as counsel for Crago, Inc. in the above-captioned action.  Pearson, Simon, Warshaw & Penny, LLP, through the undersigned counsel of record, continues to serve as counsel for Crago, Inc. in this action along with Interim Lead Counsel for the Direct Purchaser Plaintiffs Saveri & Saveri, Inc., and all future correspondence and papers in this action should continue to be directed to them.

DATED: November 19, 2010          **PEARSON, SIMON, WARSHAW & PENNY, LLP**


By: ___/s/  *Bruce L. Simon*___
      BRUCE L. SIMON
*Counsel for Crago, Inc.*

820826.1

NOTICE OF WITHDRAWAL OF ATTORNEY JESSICA L. GRANT AS COUNSEL FOR CRAGO, INC.