MORGAN, LEWIS & BOCKIUS LLP
Diane L. Webb
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: dwebb@morganlewis.com
*Counsel for the Hitachi Defendants*

SAVERI & SAVERI, INC.
R. Alexander Saveri
706 Sansome Street
San Francisco, California 94111
Tel: 415.217.6810
Fax: 415.217.6813
E-mail: rick@saveri.com
*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

**VIA ECF**

November 24, 2010

The Hon. Charles Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:     *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC, MDL No. 1917

Dear Judge Legge:

We write regarding the Procedural and Scheduling Order ("Order") (Dkt. No. 809) in the above-referenced action. The Order requires a submission by defendants Hitachi, Ltd. ("HTL"); Hitachi Displays, Ltd. ("HDP"); Hitachi Asia, Ltd. ("HAS"); Hitachi America, Ltd. ("HAL"); and Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Defendants") to Plaintiffs of "an offer of proof" describing the Hitachi Defendants' involvement in "the CRT and/or CRT Products businesses[]" by Tuesday, November 30, 2010.

As the Order permits the Parties to stipulate to different dates for the submission of written information, the Hitachi Defendants sought and received an extension from Plaintiffs to the November 30, 2010 deadline. Accordingly, the parties have agreed to modify the Order's schedule as follows:

- <u>Submission by the Hitachi Defendants of Offer of Proof</u>: December 6, 2010

Hon. Charles Legge
Page 2


Very truly yours,


<u>/s/ Diane L. Webb</u>                                  <u>/s/ R. Alexander Saveri</u>
Diane L. Webb                                            R. Alexander Saveri
*Counsel for the Hitachi Defendants*        *Interim Lead Counsel for the*
                                                                        *Direct Purchaser Plaintiffs*

cc:  All Counsel (via ECF)

DB2/22065280.1

Hon. Charles Legge
Page 3

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, DIANE L. WEBB, am the ECF User whose ID and password is being used to file this **LETTER FROM D. WEBB AND R. SAVERI TO JUDGE LEGGE REGARDING PROCEDURAL AND SCHEDULING ORDER**. In compliance with General Order 45, X.B., I hereby attest that the signatories above have concurred in this efiling.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Executed on this 24**th** day of **November 2010** at San Francisco, California.

MORGAN, LEWIS & BOCKIUS, LLP


/s/ Diane L. Webb
Diane L. Webb

DB2/22065280.1