1   JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
    A. PAUL VICTOR (*Admitted Pro Hac Vice*)
2   DEWEY & LEBOEUF LLP
    1301 Avenue of the Americas
3   New York, NY 10019
    Telephone: (212) 259-8000
4   Facsimile: (212) 259-7013
    Email: jkessler@dl.com
5
6   STEVEN A. REISS *(Admitted Pro Hac Vice)*
    DAVID L. YOHAI *(Admitted Pro Hac Vice)*
7   WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
8   New York, New York 10153-0119
    Telephone: (212) 310-8000
9   Facsimile: (212) 310-8007
    Email: steven.reiss@weil.com
10
11  *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd.,
    and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*
12
13  [Additional Moving Defendants and Counsel Listed on Signature Pages]

14                    **IN THE UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                         **SAN FRANCISCO DIVISION**

17  In re: CATHODE RAY TUBE            )   Case No. 07-5944 SC
                                       )
18  (CRT) ANTITRUST LITIGATION         )   MDL No. 1917
                                       )
19                                     ))  **DEFENDANTS' JOINT NOTICE OF**
    This Document Relates to:          )   **MOTION AND MOTION TO ADOPT**
                                       )   **SPECIAL MASTER'S REPORT AND**
20  ALL ACTIONS                            **RECOMMENDATIONS REGARDING**
                                           **DISCOVERY MOTIONS**
21  _____

22

23  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

24          PLEASE TAKE NOTICE that Defendants hereby move this Court, pursuant to Rule

25  53 of the Federal Rules of Civil Procedure and the Court's June 16, 2008 Order Appointing Special

26  Master ("Appointment Order"), for an Order adopting the Special Master's November 18, 2010

27                                        - 1 -

28  DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND
    RECOMMENDATIONS REGARDING DISCOVERY MOTIONS
    Case No. 07-5944 SC
    MDL NO. 1917

Report and Recommendations Regarding Discovery Motions ("November 18 Order").  Specifically,

Judge Legge recommended that the Court grant (i) Defendants' motion to compel Chunghwa Picture

Tubes Limited ("Chunghwa") to produce document translations that it previously provided to

Plaintiffs ("Chunghwa Motion") and (ii) Defendants' motion to compel Plaintiffs to respond to

discovery regarding the evidence for Plaintiffs' allegations of conspiracy regarding finished CRT

products ("Finished CRT Products Motion").

Pursuant to paragraph 17 of the Appointment Order, the record relevant to the

Chunghwa Motion includes (i) this Notice of Motion and Motion; (ii) Letter from Michael W.

Scarborough, Docket No. 765; (iii) Letter from Rachel S. Brass, Docket No. 785; (iv) Letter Brief

from Guido Saveri and Mario Alioto, Docket No. 786; (v) Reply Letter from Michael W.

Scarborough, Docket No. 800; (vi) the November 18 Order; (vii) the Declaration of Jeffrey L.

Kessler ("Kessler Decl.") and exhibit thereto, filed concurrently with this motion; and (viii) the

[Proposed] Order Adopting the Special Master's Report and Recommendations Regarding

Discovery Motions, filed concurrently with this motion.

The record relevant to the Finished CRT Products Motion includes (i) this Notice of

Motion and Motion; (ii) Letter from Jeffrey L. Kessler, Docket No. 753; (iii) Letter from Guido

Saveri, Docket No. 758; (iv) Plaintiffs Letter Brief in Response to Defendants' Motion to Compel

Contention Discovery, Docket No. 761; (v) Reply Letter from Jeffrey L. Kessler, Docket 767; (vi)

the November 18 Order; (vii) the Declaration of Jeffrey L. Kessler ("Kessler Decl.") and exhibit

thereto, filed concurrently with this motion; and (viii) the [Proposed] Order Adopting the Special

Master's Report and Recommendations Regarding Discovery Motions, filed concurrently with this

motion.

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND
RECOMMENDATIONS REGARDING DISCOVERY MOTIONS
Case No. 07-5944 SC
MDL NO. 1917

1   As discussed in the above letters by Defendants, Defendants move to compel (i)

2   Chunghwa to produce document translations that it previously provided to Plaintiffs and (ii)

3   Plaintiffs to provide immediate and proper responses to discovery regarding the evidence for

4   Plaintiffs' allegations of conspiracy regarding finished CRT products (i.e., products containing the

5   components CRTs).  The Special Master heard the discovery motions on November 12, 2010.  On

6   November 18, 2010, the Special Master issued its seven page Report and Recommendations

7   Regarding Discovery Motions, conducting an extensive, well-reasoned analysis of the relevant case

8   law and concerns of the parties, ultimately recommending that the District Court grant both the

9   Chunghwa Motion and the Finished CRT Products Motion.  For the reasons set forth in the Special

10  Master's Report and the Defendants' motions and letters, the Special Master's rulings should be

11  adopted by the Court in their entirety.

12

13

14

15  Dated:  November 30, 2010                    DEWEY & LEBOEUF LLP

16
                                              By:    /s/ Jeffrey L. Kessler
17                                            JEFFREY L. KESSLER (*pro hac vice*)
                                              Email: jkessler@dl.com
18                                            A. PAUL VICTOR (*pro hac vice*)
                                              Email: pvictor@dl.com
19                                            EVA W. COLE (*pro hac vice*)
                                              Email: ecole@dl.com
20                                            **DEWEY & LEBOEUF LLP**
                                              1301 Avenue of the Americas
21                                            New York, NY 10019
                                              Telephone: (212) 259-8000
22                                            Facsimile: (212) 259-7013

23                                            By:__/s/ Steven A. Reiss_____
                                              STEVEN A. REISS (*pro hac vice*)
24                                            Email: steven.reiss@weil.com
                                              DAVID L. YOHAI (*pro hac vice*)
25                                            Email: david.yohai@weil.com
                                              DAVID E. YOLKUT (*pro hac vice*)
26                                            Email: david.yolkut@weil.com
                                              **WEIL, GOTSHAL & MANGES LLP**
27
                                                        - 3 -
28  DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND
    RECOMMENDATIONS REGARDING DISCOVERY MOTIONS
    Case No. 07-5944 SC
    MDL NO. 1917

767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of
North America, MT Picture Display Co., Ltd. and
Panasonic Corporation (f/k/a Matsushita Electric
Industrial Co.)*

By: _____ /s/ Gary L. Halling_____
GARY L. HALLING (66087)
Email: ghalling@sheppardmullin.com
JAMES L. McGINNIS (95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

*Attorneys for Defendants Samsung SDI America,
Inc., Samsung SDI Co., Ltd., Samsung SDI
(Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de
C.V., Samsung SDI Brasil Ltda., Shenzhen
Samsung SDI Co. Ltd. and Tianjin Samsung SDI
Co., Ltd.*

By:_____/s/ Ian Simmons_____
IAN SIMMONS (*pro hac vice*)
BEN BRADSHAW (SBN 189925)
Email: isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co.,
Ltd. and Samsung Electronics America, Inc.*

- 4 -

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND
RECOMMENDATIONS REGARDING DISCOVERY MOTIONS
Case No. 07-5944 SC
MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:_____/s/ Ronald C. Redcay_____
RONALD C. REDCAY (SBN 67236)
Email: ronald.redcay@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

SAMUEL R. MILLER (SBN 66871)
Email: srmiller@sidley.com
MARIE L. FIALA (SBN 79676)
Email: mfiala@sidley.com
RYAN M. SANDROCK (SBN 251781)
Email: rsandrock@sidley.com
ROBERT B. MARTIN, III (SBN 235489)
Email: RBMARTIN@SIDLEY.COM
**SIDLEY AUSTIN LLP**
555 California Street, 20th Floor
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.*

By:_____/s/ John M. Taladay_____
JOHN M. TALADAY (*pro hac vice*)
Email: TaladayJ@howrey.com
**HOWREY LLP**
1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd. and Philips da Amazonia Industria Electronica Ltda.*

By:_____/s/ Bruce H. Jackson_____
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com)
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802

- 5 -

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DISCOVERY MOTIONS
Case No. 07-5944 SC
MDL NO. 1917

Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (*pro hac vice*)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (*pro hac vice*)
Email: roxane.c.busey@bakernet.com
KAREN SEWELL (*pro hac vice*)
Email: karen.sewell@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: (312) 861-8000

*Attorneys for Tatung Company of America, Inc.*

By:_____/s/ Kent M. Roger_____
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Asia, Ltd., Hitachi America, Ltd., Hitachi
Electronic Devices (USA), Inc. and Hitachi
Displays, Ltd.*

By:_____/s/ Terry Calvani_____
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
Email: bruce.mcculloch@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US
LLP**
701 Pennsylvania Avenue, N.W., Suite 600
Washington, DC 20004
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita
Color CRT Company, Ltd.*

By:_____/s/ Christopher M. Curran_____
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)

- 6 -

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND
RECOMMENDATIONS REGARDING DISCOVERY MOTIONS
Case No. 07-5944 SC
MDL NO. 1917

Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America Electronic Components, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America, Inc. and Toshiba America*
*Consumer Products, L.L.C.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

- 7 -

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DISCOVERY MOTIONS
Case No. 07-5944 SC
MDL NO. 1917