JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS (*Admitted Pro Hac Vice*)
DAVID L. YOHAI (*Admitted Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| This Document Relates to:<br><br>ALL ACTIONS | DECLARATION OF JEFFREY KESSLER IN SUPPORT OF DEFENDANTS' JOINT MOTION TO ADOPT SPECIAL MASTER'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS REGARDING DISCOVERY MOTIONS |

## DECLARATION OF JEFFREY KESSLER

I, Jeffrey Kessler, declare as follows:

1.      I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) in this action.  I am a member of the bar of the State

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

of New York and am admitted to practice before this Court *pro hac vice*.  I make this Declaration in support of Defendants' Joint Motion to Adopt Special Master's Report, Recommendations and Tentative Rulings Regarding Discovery Motions.  If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2.       Attached hereto as Exhibit "A" is a true and correct copy of the transcript of the hearing conducted by Special Master Charles A. Legge, dated November 12, 2010.


Dated: November 30, 2010


_____/s/ Jeffrey L. Kessler_____
Jeffrey L. Kessler

- 2 -

DECLARATION OF JEFFREY KESSLER
Case No. 07-5944 SC
MDL NO. 1917