MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
DIANE L. WEBB, State Bar No. 197851
MICHELLE PARK CHIU, State Bar No. 248421
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  kroger@morganlewis.com
          dwebb@morganlewis.com
          mchiu@morganlewis.com
          jason.allen@morganlewis.com

Attorneys for Defendants
HITACHI, LTD.
HITACHI DISPLAYS, LTD.
HITACHI ASIA, LTD.
HITACHI AMERICA, LTD.
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
| | **MDL NO. 1917** |
| | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To:<br><br>ALL ACTIONS | **EVIDENTIARY PROFFER OF DEFENDANTS HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI ASIA, LTD.; HITACHI AMERICA, LTD.; AND HITACHI ELECTRONIC DEVICES (USA), INC.** |

## **EVIDENTIARY PROFFER**

Defendants Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd. ("HDP"), Hitachi Asia, Ltd.

("HAS"), Hitachi America, Ltd. ("HAL"), and Hitachi Electronic Devices (USA), Inc.

("HED(US)") (collectively, the "Hitachi Defendants"), by and through undersigned counsel,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22052250.7

MDL 1917

EVIDENTIARY PROFFER OF HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

1    hereby make the following evidentiary proffer:

2           For the purposes of this proffer, the Hitachi Defendants incorporate and use herein certain

3    definitions contained within Direct Plaintiffs' and Indirect Plaintiffs' (jointly, Plaintiffs')

4    Amended Complaints, specifically, Plaintiffs' definition of cathode ray tubes ("CRT tubes") as

5    color picture tubes ("CPT tubes") and color display tubes ("CDT tubes").  *See* Direct Purchaser

6    Plaintiffs' Consolidated Amended Complaint, ¶ 1; Indirect Purchaser Plaintiffs' Second

7    Consolidated Amended Complaint, ¶ 14.  Additionally, the Hitachi Defendants incorporate and

8    use herein the definitions of CRT finished products contained within Plaintiffs' Amended

9    Complaints, namely, televisions that contain a CPT tube and computer monitors that contain a

10   CDT tube.  *See* Direct Purchaser Plaintiffs' Consolidated Amended Complaint, ¶ 1; Indirect

11   Purchaser Plaintiffs' Second Consolidated Amended Complaint, ¶ 15.

12          The Hitachi Defendants set forth below each Hitachi Defendant's involvement in the CRT

13   tube or CRT Finished Products businesses.

14   **I.      HITACHI, LTD.**

15          HTL's Display Group sold and manufactured CDT tubes and CPT tubes.  Declaration of

16   Tetsuro Yokoo in Support of the Hitachi Defendants' Proffer ("Yokoo Decl."), ¶ 3.  In October

17   2002, HTL's Display Group was spun off to HDP.  As a result of the October 2002 spin-off, HDP

18   retains documents and information relating to HTL's manufacturing and sale of CDT tubes and

19   CPT tubes.  *Id.*, ¶ 3.

20          **A.      CDT Tubes.**

21          HTL's Display Group began selling and manufacturing CDT tubes as early as 1979 at its

22   factories located in Japan.  Declaration of Katsuyuki Kawamura in Support of the Hitachi

23   Defendants' Evidentiary Proffer ("Kawamura Decl."), ¶ 5.  HTL's CDT tube customers were

24   located in Japan, Europe, Asia, Canada, Mexico, and the United States.  *Id.*, ¶ 10.

25          On July 26, 2001, HTL announced it was withdrawing from manufacturing and selling

26   "CRTs for PC Monitors," and that "by the end of 2001 Hitachi [would] halt production of

27   monitor CRTs at its manufacturing bases in Japan, Singapore, and Malaysia."  *Id.*, ¶ 6; Hitachi

28   Defendants' Request for Judicial Notice ("RJN"), 1; Exh. 1.

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

EVIDENTIARY PROFFER OF HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

HTL ceased manufacturing CDT tubes in December 2001.  *Id.*, ¶ 7.  HTL's final CDT tube sale to the United States took place in 1998, and HTL's final CDT tube sale worldwide took place in 2002.  *Id.*, ¶¶ 8-9.  HTL sold a very small number of CDTs related to repairs through February 2004.  *Id.*, ¶ 9.

**B.      CPT Tubes.**

HTL's Display Group began selling and manufacturing CPT tubes as early as 1958 at its factories located in Japan.  Kawamura Decl., ¶ 11.  HTL's CPT tube customers were located in Japan, Europe, Asia, Canada, Africa, Australia, South America, Mexico, and the United States.  *Id.*, ¶ 15.

HTL ceased manufacturing CPT tubes in October 1998.  *Id.*, ¶ 12.  HTL's final CPT tube sale to the United States took place prior to 1995, and HTL's final CPT tube sale worldwide took place in September 2002.  *Id.*, ¶¶ 13-14.

**C.      CDT Computer Monitors.**

HTL manufactured CDT computer monitors beginning in December 1987.  Yokoo Decl., ¶ 4.  Accordingly, HTL first began selling CDT computer monitors no earlier than December 1987.  *Id.*, ¶ 5.  HTL's CDT computer monitor customers were located in Japan, Europe, and the United States.  *Id.*, ¶ 6.

HTL ceased manufacturing CDT computer monitors in September 2000.  *Id.* ¶ 7.  HTL's final computer monitor sale to the United States took place in July 2000.  *Id.*, ¶ 8.  HTL continued to sell CDT repair parts for CDT computer monitors to customers in the United States until March 2001.  *Id.*, ¶ 8.  HTL's final CDT computer monitor sale worldwide would have taken place no later than January 2002.  *Id.*, ¶ 9.

**D.      CPT Televisions.**

HTL began manufacturing and selling CPT televisions no later than 1968.  Yokoo Decl., ¶ 10.  HTL's CPT television customers were located in Europe, Australia, Asia, and Africa.  *Id.*, ¶ 11.  HTL did not sell CPT televisions to customers in the United States.  *Id.*, ¶ 12.

HTL ceased manufacturing CPT televisions in October 2000.  *Id.*, ¶ 13.  HTL's final CPT television sale worldwide took place approximately in 2001, after HTL ceased manufacturing

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

B2/22052250.7                                    -3-                                    MDL 1917
EVIDENTIARY PROFFER OF HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

1    CPT televisions.  *Id.*, ¶ 14.

2    ## II.    HITACHI DISPLAYS, LTD.

3        In 2002, HTL spun off its Display Group to HDP.  Kawamura Decl., ¶ 3.  HDP retains

4    documents relating to HTL's Display Group's manufacturing and sale of CDT tubes and CPT

5    tubes.  *Id.*

6        HDP, however, never sold or manufactured CDT tubes or CPT tubes.  *Id.* ¶ 3.

7        Additionally, HDP never engaged in the manufacturing or sale of CDT computer

8    monitors.  *Id.*, ¶ 16.  And, HDP never engaged in the manufacturing or sale of CPT televisions.

9    *Id.*, ¶ 17.

10   ## III.   HITACHI ASIA, LTD.

11   ### A.    CDT Tubes.

12       HAS never manufactured CDT tubes.  Declaration of Raymond Teng in Support of the

13   Hitachi Defendants' Evidentiary Proffer ("Teng Decl."), ¶ 5.

14       HAS sold CDT tubes beginning in or around February 1989 until June 27, 2002.  Teng

15   Decl., ¶ 6.

16       HAS's sales territory for CDT tubes was Asia.  The United States was not within HAS's

17   sales territory for CDT tubes.  *Id.*, ¶ 7.

18   ### B.    CPT Tubes.

19       HAS never manufactured CPT tubes. Teng Decl., ¶ 2.  HAS sold CPT tubes beginning in

20   or around February 1989 until April 2000.  *Id.*, ¶ 3.

21       HAS's sales territory for CPT tubes was Asia.  The United States was not within HAS's

22   sales territory for CPT tubes.  *Id.*, ¶ 4.

23   ### C.    CPT Televisions.

24       HAS never manufactured CPT televisions.  Declaration of Akihiro Harasawa in Support

25   of the Hitachi Defendants' Evidentiary Proffer ("Harasawa Decl."), ¶ 5.

26       HAS sold CPT televisions from approximately November 2003 to present.  *Id.*, ¶ 6.  HAS

27   only sold CPT televisions to Hitachi Home Electronics Asia (S) Pte. Ltd., which during all times

28   relevant here was located in Singapore, and to customers located in the Middle East.  *Id.*, ¶ 7.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

B2/22052250.7                          -4-                          MDL 1917
EVIDENTIARY PROFFER OF HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

1   The sales territory of the DMS group in HAS was Singapore and the Middle East.  *Id*., ¶ 4.

2   The United States is not, and never was, within the DMS Group's sales territory.  *Id*.

3   **D.     CDT Computer Monitors.**

4   HAS never manufactured CDT computer monitors.  Harasawa Decl., ¶ 8.  HAS never sold

5   CDT computer monitors.  *Id*., ¶ 9.

6   **IV.     <u>HITACHI AMERICA, LTD.</u>**

7   **A.     CPT Tubes.**

8   HAL never manufactured CPT tubes.  Declaration of L. Thomas Heiser in Support of the

9   Hitachi Defendants' Evidentiary Proffer ("Heiser Decl."), ¶ 5.

10  HAL's Electron Tube ("ELT") Division, however, sold CPT tubes to customers in the

11  United States from 1995 through April 1998.  *Id*., ¶ 6.  HAL's ELT Division merged with

12  HED(US) in April 1998.  *Id*., ¶ 8.  After the merger, HAL's ELT Division ceased selling CPT

13  tubes.

14  **B.     CDT Tubes.**

15  HAL never manufactured CDT tubes.  Heiser Decl., ¶ 15.

16  **C.     CPT Televisions.**

17  HAL never manufactured CPT televisions.  Declaration of Daryl Chambers in Support of

18  the Hitachi Defendants' Evidentiary Proffer ("Chambers Decl."), ¶ 6.

19  HAL's Home Electronics Division ("HAL-HED") sold CPT televisions from April 1999

20  through 2005.  *Id*., ¶ 4.  HAL-HED's CPT television customers were located in the United States,

21  Mexico, and Latin America.  *Id*., ¶ 5.

22  HAL virtually ceased all CPT television sales by the end of 2003.  *Id*., ¶ 4.  In 2004 and

23  2005, HAL-HED's CPT television sales activities were limited to nominal quantities of obsolete

24  unsold on-hand inventory of CPT televisions remaining from prior years.  *Id*.  HAL-HED sold 50

25  CPT televisions in 2004 and 6 CPT televisions in 2005.  *Id*.

26

27  **D.     CDT Computer Monitors.**

28  HAL never manufactured CDT computer monitors.  Declaration of Tillie Lim in Support

B2/22052250.7                              -5-                              MDL 1917
EVIDENTIARY PROFFER OF HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

1  of the Hitachi Defendants' Evidentiary Proffer ("Lim Decl."), ¶ 2.  HAL sold CDT computer

2  monitors to customers during the period of 2001 to early 2002.  *Id*., ¶ 3.

3  **V.    HITACHI ELECTRONIC DISPLAYS (USA), INC.**

4       HED(US) was founded in 1990. Heiser Decl., ¶ 4.  It began manufacturing CPT tubes in

5  December 1991.  *Id*., ¶ 7.  As stated above, in April 1998 HAL's ELT Division was merged into

6  HED(US), thereby combining the manufacturing of CPT tubes and sales of CPT tubes and CDT

7  tubes under HED(US).  *Id*., ¶ 8.

8       **A.    CPT Tubes.**

9       HED(US) first began to sell CPT tubes in April 1998.  Heiser Decl., ¶ 9.  HED(US)

10  ceased manufacturing CPT tubes in April 2002.  *Id*., ¶ 10.

11       HED(US)'s CPT tube customers were located in the United States, Mexico, and Canada.

12  *Id*., ¶ 11.  HED(US)'s sales to Canada were to mainly another Hitachi entity only.  *Id.*

13       HED(US)'s final CPT tube sale took place on March 20, 2003.  *Id*., ¶ 12.  After HED(US)

14  ceased manufacturing CPT tubes, its sales of CPT tubes were limited to selling off remaining

15  CPT tube inventory.  *Id*., ¶ 13.  HED(US) did not engage in any new sales activity of CPT tubes

16  after April 2002.  *Id.*

17       **B.    CDT Tubes.**

18       HED(US) never manufactured CDT tubes.  Heiser Decl., ¶ 14.

19       HED(US) began selling CDT tubes in November 1998.  *Id*., ¶ 16.  HED(US)'s CDT tube

20  customers were located in the United States and Mexico.  *Id*., ¶ 18.

21       HED(US)'s final CDT tube sale took place on August 28, 2000.  *Id*., ¶ 17.

22       **C.    CPT Televisions.**

23       HED(US) never manufactured or sold CPT monitors or CPT televisions.  Heiser Decl., ¶

24  19.

25       **D.    CDT Computer Monitors.**

26       HED(US) never manufactured or sold CDT computer monitors.  Heiser Decl., ¶ 20.

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

B2/22052250.7                           -6-                           MDL 1917
EVIDENTIARY PROFFER OF HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.

1
2

**VI.     SUMMARY OF HITACHI DEFENDANTS' INVOLVEMENT IN CRT TUBES AND CRT FINISHED PRODUCTS BUSINESSES**

3

| Product | HTL | HDP | HAS | HAL | HED(US) |
|---|---|---|---|---|---|
| **CPT Tubes: Sales** | 1958-2002 | No | 1989-2000 | 1995-1998 | 1998-2003 |
| **CPT Tubes: Manufacturing** | 1958-1998 | No | No | No | 1991-2002 |
| **CDT Tubes: Sales** | 1979-2004 | No | 1989-2002 | 1995-1998 | 1998-2000 |
| **CDT Tubes: Manufacturing** | 1979-2001 | No | No | No | No |
| **CPT Televisions: Sales** | 1968-2001 | No | 2003-present | 1999-2005 | No |
| **CPT Televisions: Manufacturing** | 1968-2000 | No | No | No | No |
| **CDT Computer Monitors: Sales** | 1987-2002 | No | No | 2001-2002 | No |
| **CDT Computer Monitors: Manufacturing** | 1987-2000 | No | No | No | No |

4
5
6
7
8
9
10
11
12
13
14

Dated: December 7, 2010

15

MORGAN, LEWIS & BOCKIUS LLP
DIANE L. WEBB

16
17

By _____/s/_____
Diane L. Webb

18
19

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., and HITACHI ELECTRONIC DEVICES (USA), INC.

20
21
22
23
24
25
26
27
28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EVIDENTIARY PROFFER OF HITACHI, LTD., HITACHI DISPLAYS, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., AND HITACHI ELECTRONIC DEVICES (USA), INC.