1   MORGAN, LEWIS & BOCKIUS LLP
    KENT M. ROGER, State Bar No. 95987
2   DIANE L. WEBB, State Bar No. 197851
    MICHELLE PARK CHIU, State Bar No. 248421
3   JASON B. ALLEN, State Bar No. 251759
    One Market, Spear Street Tower
4   San Francisco, CA  94105-1126
    Tel:  415.442.1000
5   Fax:  415.442.1001
    E-mail:  kroger@morganlewis.com
6              dwebb@morganlewis.com
               mchiu@morganlewis.com
7              jason.allen@morganlewis.com

8   Attorneys for Defendants
    HITACHI, LTD.
9   HITACHI DISPLAYS, LTD.
    HITACHI ASIA, LTD.
10  HITACHI AMERICA, LTD.
    HITACHI ELECTRONIC DEVICES (USA), INC.

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14               SAN FRANCISCO DIVISION

15

16  IN RE CATHODE RAY TUBE (CRT)          Case No. C07-5944 SC
    ANTITRUST LITIGATION
17                                        **MDL NO. 1917**

18

19                                        Judge: Hon. Samuel Conti

                                          Special Master: Hon. Charles A. Legge (Ret.)
20                                        **REQUEST FOR JUDICIAL NOTICE IN
    This Document Relates To:            SUPPORT OF THE HITACHI
21                                        DEFENDANTS' EVIDENTIARY
    ALL ACTIONS                          PROFFER**
22

23

24          Pursuant to Federal Rule of Evidence 201, defendants Hitachi, Ltd., Hitachi Displays,

25  Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc.

26  (collectively the "Hitachi Defendants") respectfully request this Court take judicial notice of the

27  documents identified below and attached hereto.  Federal Rule of Evidence 201 ("Rule 201")

28  allows a court to take judicial notice of facts that are "not subject to reasonable dispute in that

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
  SAN FRANCISCO

1    [they are] either (1) generally known within the territorial jurisdiction of the trial court or (2)

2    capable of accurate and ready determination by resort to sources whose accuracy cannot

3    reasonably be questioned."  Fed. R. Evid. 201(b).  Further, courts may "take judicial notice of the

4    contents of relevant public disclosure documents required to be filed with the SEC as facts

5    capable of accurate and ready determination by resort to sources whose accuracy cannot

6    reasonably be questioned."  *In re Silicon Graphics, Inc. Sec. Litig.*, 970 F. Supp. 746, 758 (N.D.

7    Cal. 1997) (quotation omitted).

8         1.  Attached hereto as <u>Exhibit 1</u> is a true and correct copy of defendant Hitachi, Ltd.'s

9    Form 6-K Report, dated August 29, 2001.

10

11   Dated: December 7, 2010              MORGAN, LEWIS & BOCKIUS LLP

12

13                                        By  /s/ Diane L. Webb
                                         _____

14
                                         *Attorneys for Defendants Hitachi, Ltd., Hitachi*
15                                       *Displays, Ltd., Hitachi Asia, Ltd., Hitachi*
                                         *America, Ltd., Hitachi Electronic Devices*
16                                       *(USA), Inc.*

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22087639.1                    -2-                                MDL 1917
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER