MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
DIANE L. WEBB, State Bar No. 197851
MICHELLE PARK CHIU, State Bar No. 248421
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
    dwebb@morganlewis.com
    mchiu@morganlewis.com
    jason.allen@morganlewis.com

Attorneys for Defendants
HITACHI, LTD.
HITACHI DISPLAYS, LTD.
HITACHI ASIA, LTD.
HITACHI AMERICA, LTD.
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
|---|---|
| | **MDL NO. 1917** |
| | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To: ALL ACTIONS | **DECLARATION OF TETSURO YOKOO IN SUPPORT OF THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER** |

### DECLARATION OF TETSURO YOKOO

I, Tetsuro Yokoo, declare:

1. I am Tetsuro Yokoo of Hitachi, Ltd. ("HTL"). I make this declaration in support of the Hitachi Defendants' proffer. I have personal knowledge of the facts contained in this declaration, except for those, if any, based on information and belief, and, if called as a witness, would and could competently testify to them.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22062125.5

DECLARATION OF TETSURO YOKOO IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER

MDL 1917

2.      I am Senior Legal Manager of the Business Strategy and Development Department of the Consumer Business Division of Hitachi, Ltd. As a result of my position within HTL, I am familiar with HTL's historical business relating to televisions containing color picture tubes ("CPT tubes") and computer monitors containing color display tubes ("CDT tubes"). I have been employed by HTL since 1982.

3.      HTL's Display Group sold and manufactured CDT tubes and CPT tubes. In October 2002, the Display Group of HTL was spun off to HDP. As a result of the October 2002 spin-off, HDP retains documents and information relating to HTL's manufacturing and sale of CDT tubes and CPT tubes.

## I.     CDT Computer Monitors

4.      I am informed and believe, based on my review of HTL's business records, that HTL manufactured CDT computer monitors beginning in December 1987.

5.      I am informed and believe, based on my understanding of HTL's business history, that HTL first began selling CDT computer monitors no earlier than December 1987.

6.      I am informed and believe that HTL's CDT computer monitor customers were located in Japan, Europe, and the United States.

7.      I am informed and believe, based on my review of HTL's business records, that HTL ceased manufacturing CDT computer monitors in September 2000.

8.      I am informed and believe, based upon my review of HTL's business records, that HTL's final CDT computer monitor sale to the United States took place in July 2000. HTL continued to sell repair parts for CDT computer monitors to customers in the United States until March 2001. Attached hereto as Exhibit 1 is a true and correct copy of HTL's CDT computer monitor sales data, Bates labeled HTC-CRT00000020, which reflects HTL's final CDT computer monitor part sale to the United States in March 2001.

9.      I am informed and believe, based on my understanding of HTL's business history, that HTL's final CDT computer monitor sale worldwide would have taken place no later than January 2002.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22062125.5                              -2-                              MDL 1917
DECLARATION OF TETSURO YOKOO IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER

## II. CPT Televisions

10. I am informed and believe, based on my review of HTL's business records, that HTL began manufacturing and selling CPT televisions no later than 1968.

11. I am informed and believe that HTL's CPT television customers were located in Europe, Australia, Asia, and Africa.

12. I am informed and believe that HTL did not sell CPT televisions to customers within the United States.

13. I am informed and believe, based upon my review of HTL's business records, that HTL ceased manufacturing CPT televisions in October 2000.

14. I am informed and believe, based upon my understanding of HTL's business history, that HTL's final CPT television sale worldwide took place in approximately 2001, after it ceased manufacturing CPT televisions.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 6th day of December, 2010, in Tokyo, Japan.

*/s/ Tetsuro Yokoo*

Tetsuro Yokoo

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22062125.5 -3- MDL 1917
DECLARATION OF TETSURO YOKOO IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER