# EXHIBIT 1
# TO DECLARATION OF TETSURO YOKOO

| Country | Customer | Received by | Logistics # | Receiving # | Product Code | Product Abbrev. | Tax Category | Price Quote | Payment Terms | Volume | Unit Price (foreign country) | Accts. Rec'ble Rate | Unit Price (JY) | Sales Income | Production Cost of Sales | Sales Cost Ratio | Sales Profit | Profit Ratio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 304 | 20000 | 1111 | 3069 | 08 | 6464900000 | 0880057 | 4 | FOB | 4 TB 070 | 100 | | | 21 | 2,100 | 267 | | 1,621 | |
| | | | | | * | | | | | 100 | | | | 2,100 | 267 | 12.7 | 1,621 | 77.2 |

CONFIDENTIAL

HTC-CRT00000020