MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
DIANE L. WEBB, State Bar No. 197851
MICHELLE PARK CHIU, State Bar No. 248421
JASON B. ALLEN, State Bar No. 251759
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
    dwebb@morganlewis.com
    mchiu@morganlewis.com
    jason.allen@morganlewis.com

Attorneys for Defendants
HITACHI, LTD.
HITACHI DISPLAYS, LTD.
HITACHI ASIA, LTD.
HITACHI AMERICA, LTD.
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
|---|---|
| | **MDL NO. 1917** |
| | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To:<br><br>ALL ACTIONS | **DECLARATION OF AKIHIRO HARASAWA IN SUPPORT OF THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22064953.8

DECLARATION OF AKIHIRO HARASAWA IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER

MDL 1917

## DECLARATION OF AKIHIRO HARASAWA

I, Akihiro Harasawa, declare:

1. I am Akihiro Harasawa of Hitachi Asia, Ltd. ("HAS"). I make this declaration in support of the Hitachi Defendants' proffer. I have personal knowledge of the facts contained in this declaration, except for those, if any, based on information and belief, and, if called as a witness, would and could competently testify to them.

2. I am the General Manager of the Digital Media Systems ("DMS") Group of Hitachi Asia, Ltd. ("HAS"). I have been employed by HAS since October 2001 and held this position since then.

3. The DMS Group of HAS always has been exclusively a sales company.

4. At all times relevant here, the exclusive sales territory of the DMS Group in HAS was only Singapore and the Middle East. The United States is not, and never was, within the DMS Group's sales territory.

### I.    CPT Televisions

5. HAS never manufactured CPT televisions.

6. I am informed and believe that HAS's DMS Group sold CPT television sets beginning approximately November 2003 to present.

7. HAS's DMS Group sold and continues to sell CPT televisions only to Hitachi Home Electronics Asia (S) Pte. Ltd., which is located in Singapore, and to customers located in the Middle East.

### II.    CDT Computer Monitors

8. HAS never manufactured CDT computer monitors.

9. HAS never sold CDT computer monitors.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22064953.8 -2- MDL 1917
DECLARATION OF AKIHIRO HARASAWA IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER

1  Executed this 7th day of December, 2010, in Singapore.

_____
AKIHIRO HARASAWA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22064953.8   -3-   MDL 1917
DECLARATION OF AKIHIRO HARASAWA IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER