1  MORGAN, LEWIS & BOCKIUS LLP
   KENT M. ROGER, State Bar No. 95987
2  DIANE L. WEBB, State Bar No. 197851
   MICHELLE PARK CHIU, State Bar No. 248421
3  JASON B. ALLEN, State Bar No. 251759
   One Market, Spear Street Tower
4  San Francisco, CA 94105-1126
   Tel: 415.442.1000
5  Fax: 415.442.1001
   E-mail: kroger@morganlewis.com
6           dwebb@morganlewis.com
            mchiu@morganlewis.com
7           jason.allen@morganlewis.com

8  Attorneys for Defendants
   HITACHI, LTD.
9  HITACHI DISPLAYS, LTD.
   HITACHI ASIA, LTD.
10 HITACHI AMERICA, LTD.
   HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br><br>**MDL NO. 1917**<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**DECLARATION OF DARYL CHAMBERS IN SUPPORT OF THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER** |
| This Document Relates To:<br><br>ALL ACTIONS | |

**DECLARATION OF DARYL CHAMBERS**

I, Daryl Chambers, declare:

1. I am the Director of Finance and Accounting for the Digital Media Division of Hitachi America, Ltd. ("HAL"). I make this declaration in support of the Hitachi Defendants' proffer. I have personal knowledge of the facts contained in this declaration, except for those if any, based on information and belief, and, if called as a witness, would and could competently

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22081003.4                                                                 MDL 1917

DECLARATION OF DARYL CHAMBERS IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER

2. From April 1, 1999 to March 31, 2006, I was responsible for accounting and financial reporting in connection with the operations of the Home Electronics Division of HAL ("HAL-HED")

3. HAL-HED sold CPT televisions during the period April 1999 to 2005. HAL did not sell CPT televisions prior to April 1999 or after 2005.

4. HAL-HED virtually ceased all sales of CPT televisions by the end of 2003. In 2004 and 2005, HAL-HED's CPT television sales activities were limited to sales of nominal quantities of obsolete unsold on-hand inventory of CPT televisions remaining from prior years (2004: 50 units; 2005: 6 units).

5. I am informed and believe that HAL-HED sold CPT televisions to customers in the United States, Mexico, and perhaps other Latin American countries.

6. HAL-HED functioned only as a sales division of HAL. HAL-HED never manufactured any components or products, including CPT tubes or CDT tubes, or CPT televisions or CDT computer monitors.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 7th day of December, 2010, in Chula Vista, CA

*Daryl E. Chambers* (signature)

Daryl Chambers

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/22081003.4 -2- MDL 1917
DECLARATION OF DARYL CHAMBERS IN SUPPORT OF
THE HITACHI DEFENDANTS' EVIDENTIARY PROFFER