# EXHIBIT 1
# TO DECLARATION OF L. THOMAS HEISER

| Invoice Date | Shipment Date | Customer Number | Ship To Name | Item Class | Item Number | QTY | SELLING | NET SALES | Invoice Number | Shipment Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 1020802 | 1020802 | 1960001 | SANYO MANUFACTURING CORP. | CPT | A78LKU30X07(W) | 96 | $190.00 | $18,240.00 | 42604 | 27889 |
| 1020802 | 1020802 | 1960001 | SANYO MANUFACTURING CORP. | CPT | A78LKU30X07(W) | 128 | $185.00 | $23,680.00 | 42605 | 27889 |
| 1020829 | 1020829 | 1960001 | SANYO MANUFACTURING CORP. | CPT | A78LKU30X07(W) | 432 | $185.00 | $79,920.00 | 42877 | 28850 |
| 1020830 | 1020830 | 1960001 | SANYO MANUFACTURING CORP. | CPT | A78LKU30X07(W) | 432 | $185.00 | $79,920.00 | 42904 | 28851 |
| 1021106 | 1021106 | 2640001 | THOMSON CONSUMER ELCTRNCS | CPT | A80LJF30X08(G) | 48 | $150.35 | $7,216.80 | 43532 | 30229 |
| 1021126 | 1021126 | 3270001 | JVC INDUSTRIAL AMERICA, INC. | CPT | A80LJF30X08(G) | 64 | $187.00 | $11,968.00 | 43762 | 30452 |
| 1030219 | 1030219 | 2640001 | THOMSON CONSUMER ELCTRNCS | CPT | A80LJF30X08(G) | 448 | $135.80 | $60,838.40 | 44323 | 32523 |
| 1030219 | 1030219 | 2640001 | THOMSON CONSUMER ELCTRNCS | CPT | A80LJF30X08(G) | 448 | $135.80 | $60,838.40 | 44323 | 32524 |
| 1030224 | 1030224 | 2640001 | THOMSON CONSUMER ELCTRNCS | CPT | A80LJF30X08(G) | 448 | $135.80 | $60,838.40 | 44383 | 32526 |
| 1030320 | 1030320 | 3270001 | JVC INDUSTRIAL AMERICA, INC. | CPT | A80LJF30X08(G) | 254 | $180.00 | $45,720.00 | 44550 | 33628 |

CONFIDENTIAL                                                                                                                                                           HEDUS-CRT00000162