# EXHIBIT 2
# TO DECLARATION OF L. THOMAS HEISER

|    | A       | B       | C       | D                        | E   | F              | G    | H     | I          | J     | K     |
|----|---------|---------|---------|--------------------------|-----|----------------|------|-------|------------|-------|-------|
| 50 | 1000616 | 1000616 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 720  | 160.4 | 115,488.00 | 33003 | 12650 |
| 51 | 1000616 | 1000616 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LLQ683X10BE | 1920 | 135   | 259,200.00 | 33004 | 12651 |
| 52 | 1000623 | 1000623 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 960  | 160.4 | 153,984.00 | 33095 | 12795 |
| 53 | 1000623 | 1000623 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LLQ683X10BE | 1920 | 135   | 259,200.00 | 33096 | 12796 |
| 54 | 1000630 | 1000630 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 960  | 160.4 | 153,984.00 | 33262 | 12881 |
| 55 | 1000707 | 1000707 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 1920 | 160.4 | 307,968.00 | 33376 | 13003 |
| 56 | 1000717 | 1000717 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 960  | 160.4 | 153,984.00 | 33492 | 13207 |
| 57 | 1000718 | 1000718 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 1920 | 160.4 | 307,968.00 | 33493 | 13208 |
| 58 | 1000727 | 1000731 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 20   | 160.4 | 3,208.00   | 33675 | 13509 |
| 59 | 1000727 | 1000731 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 940  | 160.4 | 150,776.00 | 33676 | 13506 |
| 60 | 1000727 | 1000731 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 72   | 160.4 | 11,548.80  | 33677 | 13507 |
| 61 | 1000727 | 1000731 | 700001  | HHEA(AM) HITACHI CONS PRD | CDT | M46LSQ183X05(W) | 36   | 160.4 | 5,774.40   | 33678 | 13508 |
| 62 | 1000828 | 1000828 | 1870001 | Richardson Electronics Ltd. | CDT | M46LLQ683X01 | 155  | 150   | 23,250.00  | 34189 | 14098 |
| 63 |         |         |         |                          |     |                |      | TOTAL SALES | 8,697,070.40 |       |       |

CONFIDENTIAL

HEDUS-CRT00000002