UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>[~~PROPOSED~~] ORDER ADOPTING SPECIAL MASTER'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS REGARDING DISCOVERY MOTIONS |

  Defendants' Discovery Motions came on for hearing before the Special Master on November 12, 2010. The Special Master issued its Report and Recommendations Regarding Discovery Motions on November 18, 2010 ("Special Master's Rulings"). Defendants have timely filed a Motion to Adopt the Special Master's Rulings Pursuant to paragraph 16 of this Court's June 16, 2008 Order Appointing Special Master, and, pursuant to paragraph 17 of that Order, have provided the Court with the relevant record for consideration of the Special Master's Rulings.

  After full consideration of the Special Master's Rulings, the points and authorities

- 1 –

[PROPOSED] ORDER ADOPTING SPECIAL MASTER'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS REGARDING DISCOVERY MOTIONS
Case No. 07-5944 SC
MDL NO. 1917

submitted by the parties, the Court's file in this matter, and the transcript of the parties' oral argument before the Special Master, and good cause appearing therefore, IT IS HEREBY ORDERED THAT Defendants' Motion to Adopt the Special Master's Rulings is GRANTED in full, and specifically as follows:

      1.    Defendants' motion to compel Plaintiffs to produce the translations of the Chunghwa documents is granted and the translations are to be provided by December 31, 2010. *See* Special Master's Rulings at pp 4.

      2.    Plaintiffs are compelled to provide complete responses to Defendants' discovery requests "regarding CRT Products." More specifically, the following requests served on the Direct Purchaser Plaintiffs are granted: LGE's first set of requests for production and first set of interrogatories, and MT Picture Display Co., Ltd.'s first set of interrogatories and first set of document requests; and the following requests served on the Indirect Purchaser Plaintiffs are granted: Samsung SDI America, Inc's first set of interrogatories and first set of requests for production of documents, and Samsung Electronics America, Inc.'s first set of interrogatories and first set of document requests. The responses are to be provided by December 31, 2010. *See* Special Master's Rulings at pp. 6-7.

**IT IS SO ORDERED**

Dated: December 8, 2010



- 2 –

[PROPOSED] ORDER ADOPTING SPECIAL MASTER'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS REGARDING DISCOVERY MOTIONS
Case No. 07-5944 SC
MDL NO. 1917