1    Counsel Listed On Signature Block

8         **UNITED STATES DISTRICT COURT**

9         **NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.:  M-07-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION** |
| ALL ACTIONS. | |

**I.        PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

      **A.    Definitions**

          1.   Document(s)" means electronically stored information (ESI) existing in any medium from which information can be obtained or translated into reasonably usable form.

          2.   "Native File(s)" means ESI in the file type for (or of) the application in which such ESI is normally created, viewed and/or modified.

          3.   "Metadata" means: (i) information embedded in a Native File that is not ordinarily viewable or printable from the application that generated, edited, or modified such Native File; and (ii) information generated automatically by the operation of a computer or other information technology system when

a Native File is created, modified, transmitted, deleted or otherwise manipulated by a user of such system.

4. "Static Image(s)" means a representation of ESI produced by converting a Native File into a standard image format capable of being viewed and printed on standard computer systems.  A Tagged Image File Format (TIFF) image is an example of a Static Image.

5. "Load/Unitization file" means an electronic file containing information identifying a set of paper-scanned images or processed ESI and indicating where individual pages or files belong together as documents, including attachments, and where each document begins and ends.  A Load/Unitization file will also contain data relevant to the individual Documents, including extracted and user created Metadata, coded data, as well as OCR or Extracted Text.

6. "OCR" means the optical character recognition file which is created by software used in conjunction with a scanner that is capable of reading text-based documents and making such documents searchable using appropriate software.

7. "Extracted Text" means the text extracted from a Native File and includes all header, footer and document body information.

**B.   Form and Format for the Production of ESI and Paper Documents Converted to Electronic Form**

1.   Electronic Production of Paper Documents

a.   The parties will produce any paper Documents, including spreadsheets maintained in paper form, that have been scanned or otherwise converted into electronic form as of the time the documents are first produced in this litigation.  The form of production shall be:

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION

i.      TIFF images, consistent with the specifications in Section I.B.2.b.;

ii.     The appropriate Load/Unitization files in accordance with Exhibit "A" and consistent with the specifications in Section I.B.5.; and

iii.    Any searchable OCR text of scanned paper Documents created by the producing party, if any, consistent with the specifications in Section I.B.4.

b.    This Stipulation creates no obligation upon the producing party to convert paper documents into electronic form.

c.    If, however, the producing party has converted paper documents into electronic form as of the time the documents are first produced in this litigation, the producing party shall produce those documents in accordance with this Stipulation.

2.    <u>Native Files to be Produced as Static Images</u>

a.    Except as otherwise stated below, or by order of the Special Master, Native Files will be produced to the requesting party as Static Images together with Load/Unitization files specified below.

b.    All Static Images will be produced as single page Black & White, Group 4 TIFF (.TIF or .TIFF) files at 300 x 300 dpi resolution and 8.5 x 11 inch page size, except for documents that in the producing party's reasonable judgment require a different resolution or page size; provided, however, if a color image is produced in black and white, the receiving party may request the producing party to produce the original,

1    color image, as single page, color Joint Photographic Experts

2    Group (.JPEG or .JPG) files.

3        c.    All Static Image file names shall match the Bates number

4    assigned to the image.

5       3.    <u>Production of Native Files</u>

6        a.    The parties agree to produce Native Files of spreadsheet

7    application files (*e.g.,* MS Excel), presentation application

8    files (*e.g.* MS PowerPoint), and multimedia audio/video files

9    (*e.g.,* .wav, .mpeg, .avi), subject to the right of the producing

10   party to object to the native production of files where such

11   production would result in the disclosure of information that

12   is protected from disclosure by the attorney-client privilege

13   or the work product doctrine.

14       b.    The parties agree to meet and confer informally regarding the

15   production of database application files (*e.g.,* MS Access,

16   SQL, SAP) to determine the most reasonable form of

17   production based on the specific circumstances at hand.

18   Notwithstanding the foregoing, a party may elect to produce

19   Native Files of portable database application files (e.g.,

20   MS-Access) without the need to meet and confer regarding

21   the form of production.

22       c.    A receiving party may request that the producing party

23   produce the Native File corresponding to a produced Static

24   Image, subject to reasonable objection by the producing party.

25   The request for production of any specific Native Files(s)

26   shall include the Bates numbers of the TIFF documents to

27   identify the corresponding Native File.  Any produced Native

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

1    File will include the Bates number of the first page of the

2    Bates range that corresponds to the TIFF image, followed by

3    a carat delimiter, which shall be appended as a prefix to the

4    file name.

5    d.    Through the pendency of the action, the producing party

6    should exercise reasonable, good faith, efforts to maintain all

7    preserved and collected Native Files in a manner that does

8    not materially alter or modify the file or the Metadata.

9    e.    No party may attach to any pleading or any correspondence

10    addressed to the Court, Special Master, or any adverse or

11    third party, or submit as an exhibit at a deposition or any

12    other judicial proceeding, a copy of any native format

13    document produced by any party without ensuring that the

14    corresponding Bates number and confidentiality legend, as

15    designated by the producing party, appears on the document.

16    4.    Production of Searchable Text

17    a.    ESI shall be produced with multi-page searchable Extracted

18    Text. For ESI from which text cannot be extracted, OCR will

19    be produced instead, but only to the extent the producing

20    party has created OCR as of the time the documents are first

21    produced in this litigation, consistent with Section B (1) of

22    this agreement.

23    b.    Any such Extracted Text or OCR will be produced on a

24    document level as .TXT files, with the Text filename

25    matching the Bates number applied to the first page of the

26    corresponding image file followed by .TXT.  Text files will

27    be located in a directory named "TEXT" that is separate from

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

the TIFF image. Text files containing foreign,
non-English, language text must be converted to
standard 8-bit Unicode Transformation Format (UTF-8)
format by the producing party prior to production.

5.   Production of Load/Unitization Files

a.   There will be two Load/Unitization files accompanying all
productions of ESI.  One will be a Metadata import file,
in .dat format, that contains the agreed- upon Metadata fields
in an ASCII text file using either Concordance default
delimiters or ^ carat and | pipe delimiters to separate the
fields and records.  The second data file will be a
cross-reference file that contains the corresponding image
information.  The acceptable formats for the cross-reference
files are .log, .opt, .lfp.  Image load files should indicate page
breaks.  A path to the corresponding .TXT file shall be
included as a field in the Metadata import file.

b.   The appropriate Metadata import file will contain the
Metadata fields detailed and described in Exhibit A to this
stipulation and incorporated herein by reference, associated
with each electronic document (or their equivalents),
including the body of the document, to the extent the fields
exist as electronic Metadata associated with the original
electronic documents or are created as part of the electronic
data discovery process.  Party-specific exceptions to the
required fields in Exhibit A are memorialized in separate side
letter agreements, which are attached hereto as Addenda.
The attached list of fields does not create any obligation to

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

create or manually code fields that are not automatically

generated by the processing of the ESI, or that do not exist as

part of the original Metadata of the document; provided

however, the producing party must populate the SOURCE

and CUSTODIAN fields for all produced ESI, as well as

paper Documents converted to electronic form as of the time

the documents are first produced in this litigation, regardless

of whether these fields would be generated during typical

processing of such documents.  A producing party shall have

no obligation to provide FILEPATH information for

documents that a receiving party specifically requested and

the producing party collected by document type.

c.    Any Native Files produced will be accompanied with a

Metadata import file that shall contain (i) the full directory

path and file names of the Native File(s) as contained in the

produced media and (ii) a uniform hash calculation field.

6.    Processing Specifications

a.    When processing ESI, GMT should be selected as the time

zone.  To the extent that a party has already processed ESI

using a different time zone, the producing party will note the

time zone used in its processing.  Parties shall consistently

produce all ESI processed using the same time zone.

b.    When processing ESI for review and for production in TIFF

format, the producing party will instruct its vendor to force

off Auto Date and force on hidden columns or rows, hidden

worksheets, speaker notes, track changes, and comments.

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

1     7. <u>General</u>

2       a. The producing party shall use reasonable efforts to avoid

3         producing system and application files.

4       b. If the producing party redacts all or any portion of a Static

5         Image, redactions not clearly indicated on the Static Image

6         shall be noted in a user-generated field specified in Exhibit

7         "A", which the producing party shall provide in the

8         appropriate Load/Unitization file.

9       c. The parties may de-duplicate identical ESI vertically, by

10        custodian, or horizontally (i.e., globally).  All custodians who

11        were in possession of a de-duplicated Document must be

12        identified in the CUSTODIAN_OTHER Metadata field

13        specified in Exhibit "A", and all BCC recipients whose

14        names would have been included in the BCC Metadata field

15        but are excluded as the result of horizontal/global

16        de-duplication, must be identified in the BCC_OTHER

17        Metadata field specified in Exhibit "A".

18 **II.**  **<u>TERM OF AGREEMENT</u>**

19   This Agreement shall continue in full force and effect until further order of the Court or

20  until this litigation is terminated by a final judgment.

21

22     **IT IS SO STIPULATED.**

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

Dated:  November 8, 2010          /s/ Mario N. Alioto
                                  MARIO N. ALIOTO (56433)
                                  malioto@tatp.com
                                  LAUREN C. RUSSELL (241151)
                                  laurenrussell@tatp.com
                                  **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                  2280 Union Street
                                  San Francisco, CA 94123
                                  (415) 563-7200

                                  ***Interim Lead Counsel for the Indirect Purchaser Plaintiffs***


Dated:  November 8, 2010          /s/ Guido Saveri
                                  GUIDO SAVERI (41059)
                                  guido@saveri.com
                                  R. ALEXANDER SAVERI (173102)
                                  rick@saveri.com
                                  CADIO ZIRPOLI (179108)
                                  cadio@saveri.com
                                  **SAVERI & SAVERI, INC.**
                                  706 Sansome Street
                                  San Francisco, CA 94111

                                  ***Interim Lead Counsel for the Direct Purchaser Plaintiffs***

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION

1   Dated:  October 20, 2010          /s/ Dylan I. Ballard_____
                                      GARY L. HALLING, Bar No. 66087
2                                     ghalling@sheppardmullin.com
                                      JAMES L. MCGINNIS, Bar No. 95788
3                                     jmcginnis@sheppardmullin.com
                                      MICHAEL SCARBOROUGH, Bar No. 203524
4                                     mscarborough@sheppardmullin.com
                                      DYLAN I. BALLARD, Bar No. 253929
5                                     dballard@sheppardmullin.com
6                                     **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
                                      Four Embarcadero Center, 17th Floor
7                                     San Francisco, California 94111-4109

8
                                      *Attorneys for Defendants*
9                                     *Samsung SDI America, Inc,.*
                                      *Samsung SDI Co., Ltd.,*
10                                    *Samsung SDI (Malaysia) Sdn. Bhd.,*
                                      *Samsung SDI Mexico S.A. de C.V.,*
11                                    *Samsung SDI Brasil Ltda.,*
                                      *Shenzen Samsung SDI Co., Ltd., and*
12                                    *Tianjin Samsung SDI Co., Ltd.*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

| | |
|---|---|
| 1 | Dated:  October 6, 2010 |

/s/ Steven A. Reiss
STEVEN A. REISS (pro hac vice)
Email: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
Email: david.yohai@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

/s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
Email: jkessler@dl.com
A. PAUL VICTOR (pro hac vice)
Email: pvictor@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

***Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)***

1  Dated: October 22, 2010          /s/ Eric Shapland
2                                   ERIC SHAPLAND (193853)
                                    eric.shapland@aporter.com
3                                   **ARNOLD & PORTER, LLP**
                                    777 South Figueroa Street
4                                   Los Angeles, CA 90017-5944
                                    Telephone: (213) 243-4000
5                                   Facsimile: (213) 243-4199

6                                   *Counsel for Defendants LG Electronics, Inc., LG*
                                    *Electronics USA, Inc., and LG Electronics Taiwan Taipei*
7                                   *Co., Ltd.*

8

9

10  Dated: October 22, 2010         /s/ Joseph A. Ostoyich
                                    JOSEPH A. OSTOYICH (pro hac vice)
11                                  Email: OstoyichJ@howrey.com
                                    **HOWREY LLP**
12                                  1299 Pennsylvania Avenue, N.W.
                                    Washington, D.C. 20004-2402
13                                  Telephone: (202) 783-0800
                                    Facsimile: (202) 383-6610
14

15                                  *Attorneys for Defendant Philips Electronics North*
                                    *America Corporation and Koninklijke Philips Electronics*
16

17

18  Dated: November 8, 2010         /s/ Michelle Park Chiu
                                    KENT M. ROGER, State Bar No. 095987
19                                  DIANE L. WEBB, State Bar No. 197851
                                    MICHELLE PARK CHIU, State Bar No. 248421
20                                  MORGAN, LEWIS & BOCKIUS LLP
                                    One Market, Spear Street Tower
21                                  San Francisco, CA 94105
                                    E-mail:  kroger@morganlewis.com
22                                             dwebb@morganlewis.com
                                             mchiu@morganlewis.com
23

24                                  *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*
                                    *Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi*
25                                  *Electronic Displays (USA), Inc.*

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

| | |
|---|---|
| 1 | Dated:  October 29, 2010 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Dated:  October 22, 2010 |

Dated:  October 29, 2010

/s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email:  ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email:  gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email:  alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

***Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.***

Dated:  October 22, 2010

/s/ Karen Sewell
PATRICK J. AHERN (pro hac vice)
(patrick.j.ahern@bakernet.com)
ROXANE C. BUSEY (pro hac vice)
(roxane.c.busey@bakernet.com)
KAREN SEWELL (pro hac vice)
(karen.sewell@bakernet.com)
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone:   +1 312 861 8000

***Attorneys for Tatung Company of America, Inc.***

STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED INFORMATION

1    Dated:  October 22, 2010          /s/ Christine Laciak_____
                                       CHRISTINE LACIAK
2                                      Email: Christine.laciak@freshfields.com
                                       KATE S. MCMILLAN
3                                      Email: kate.mcmillan@freshfields.com
                                       **FRESHFIELDS BRUCKHAUS & DERINGER US,**
4                                      **LLP**
                                       701 Pennsylvania Avenue, NW, Suite 600
5                                      Washington, DC 20004
                                       Tel: (202) 777-4566
6                                      Fax: (202) 777-4555
7
8                                      *Attorneys for Defendant Beijing Matsushita Color CRT*
                                       *Company, Ltd.*
9

10

11        Pursuant to General Order, § X-B, the filer attests that the concurrence in the filing of

12   this document has been obtained from each of the above signatories.

13

14        **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16   Dated:  _____       12/16/10      _____

17                                      **Honorable Sa**                       **United States**

18

19

20

21

22

23

24

25

26

27

28
STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF ELECTRONICALLY STORED
INFORMATION

Exhibit A

**Metadata Fields for Production**

Note: Metadata Field names may vary depending on the application which generate them.  For example, Microsoft Outlook creates different Metadata Field names than does Lotus Notes. Accordingly, the chart below describes the Metadata Fields to be produced in generic, commonly used terms which the Producing Party is to adapt to the specific types of ESI it is producing. Any ambiguity about a Metadata Field is to be discussed with the Receiving Party prior to processing the subject ESI for production.

|   | Field | Definition | Doc Type |
|---|---|---|---|
| 1 | SOURCE | Name of party producing the document | All |
| 2 | CUSTODIAN | Name of person from whose files the document is produced | All |
| 3 | CUSTODIAN_OTHER | Name of person(s), in addition to the Custodian, from whose files the document would have been produced if it had not been de-duplicated. | All |
| 4 | BEGBATES | Beginning Bates Number (production number) | All |
| 5 | ENDBATES | End Bates Number (production number) | All |
| 6 | PGCOUNT | Number of pages in the document | All |
| 7 | FILESIZE | File Size | All |
| 8 | APPLICAT | Application used to create document | All |
| 9 | FILEPATH | File source path for all electronically collected documents, which includes location, folder name, file name, and file source extension | All |
| 10 | NATIVEFILELINK | For documents provided in native format only | All |
| 11 | TEXTPATH | File path for OCR or Extracted Text files per paragraph (d) above | All |
| 12 | REDACTED | User-generated field that will indicated redactions made to Static Images, if such redactions are not clearly indicated on the Static Image | All |
| 13 | FOREIGNLANG | The existence of any foreign (non-English) language text in a document, as identified during processing or review by the producing party | All |

| | Field | Definition | Doc Type |
|---|---|---|---|
| 14 | HANDWRITING | The existence of any handwritten text in a document, as identified during processing or review by the producing party | All |
| 15 | MSGID | Hash or SHA Value for Emails | Email |
| 16 | FROM | Sender | Email |
| 17 | TO | Recipient | Email |
| 18 | CC | Additional Recipients | Email |
| 19 | BCC | Blind Additional Recipients | Email |
| 20 | BCC_OTHER | Blind Additional Recipients who would have shown in the "BCC" field had the originally sent Native email not been de-duplicated. | Email |
| 21 | SUBJECT | Subject line of email | Email |
| 22 | PARENTBATES | BeginBates number for the parent email of a family (will not be populated for documents that are not part of a family) | Email |
| 23 | ATTACHBATES | Bates number from the first page of each attachment | Email |
| 24 | BEGATTACH | First Bates number of family range (i.e. Bates number of the first page of the parent email) | Email |
| 25 | ENDATTACH | Last Bates number of family range(i.e. Bates number of the last page of the last attachment) | Email |
| 26 | ATTACHCOUNT | Number of attachments to an email | Email |
| 27 | ATTACHNAME | Name of each individual attachment | Email |
| 28 | DATESENT (mm/dd/yyyy) | Date Sent | Email |
| 29 | TIMESENT | Time Sent | Email |
| 30 | DATERCVD | Date Received | Email |
| 31 | TIMERCVD | Time Received | Email |
| 32 | CAL_START | Calendar/ Appointment start date and time | Email, Various |
| 33 | MSGCLASS | Type of item, e.g. email, calendar item, contact, note, task | Email, Various |
| 34 | Attendees/ Participants | Calendar/Appointment Attendees/Participants/Recipients | Email, Various |
| 35 | HASHVALUE | MD5 Hash or SHA Value for Edocs | Edocs |
| 36 | RECORDTYPE | Descriptive field created by the vendor processing software (e.g. email, edoc, image, attachment) | All |
| 37 | TITLE | Title field value extracted from the metadata of the native file. | Edocs |
| 38 | AUTHOR | Creator of a document | Edocs |

| | Field | Definition | Doc Type |
|---|---|---|---|
| 39 | DATECRTD (mm/dd/yyyy) | Creation Date | Edocs |
| 40 | TIMCRTD | Creation Time | Edocs |
| 41 | LASTAUTHOR | Last Saved field contained in the metadata of the native file | Edocs |
| 42 | LASTMODD (mm/dd/yyyy) | Last Modified Date | Edocs |
| 43 | LASTMODT | Last Modified Time | Edocs |
| 44 | FILEEXT | File extension of the native file (e.g., XLS, DOC, PDF) | All |
| 45 | MAILSTORE | Original path of mail store | Email, various |
| 46 | SENSITIVITY | Sensitivity field extracted from native email message other other Outlook item. | Email, various |
| 47 | CONVERSATION _INDEX | Email thread identifier. | Email |

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
MARIO N. ALIOTO, State Bar No. 56433
LAUREN C. RUSSELL, State Bar No. 241151
2280 Union Street
San Francisco, CA 94123
Tel: 415-563-7200
E-mail:  malioto@tatp.com
              laurenrussell@tatp.com

*Interim Lead Counsel for the Indirect Purchaser
Plaintiffs*

SAVERI & SAVERI, INC.
GUIDO SAVERI, State Bar No. 41059
R. ALEXANDER SAVERI, State Bar No. 173102
CADIO ZIRPOLI, State Bar No. 179108
706 Sansome Street
San Francisco, CA 94111
Email:  guido@saveri.com
              rick@saveri.com
              cadio@saveri.com

*Interim Lead Counsel for the Direct Purchaser
Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 095987
DIANE L. WEBB, State Bar No. 197851
MICHELLE PARK CHIU, State Bar No. 248421
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415-442-1000
Fax: 415-442-1001
E-mail:  kroger@morganlewis.com
              dwebb@morganlewis.com
              mchiu@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd., Hitachi Asia, Ltd., Hitachi America,
Ltd., Hitachi Electronic Devices (USA), Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION,** | No.: M-07-5944 SC<br><br>MDL NO. 1917 |

(*caption continued*)

ADDENDUM TO STIPULATED ORDER REGARDING PRODUCTION OF ESI
DB2/22038368.1

1
2    This Document Relates to:

3    ALL ACTIONS.

4

**ADDENDUM TO STIPULATED ORDER
REGARDING THE PRODUCTION OF
ELECTRONICALLY STORED
INFORMATION**

5    WHEREAS, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America,

6    Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively the "Hitachi Defendants") have

7    informed the Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs (jointly "Plaintiffs") that

8    their vendor is incapable of producing four metadata fields identified in Exhibit A to the Stipulated

9    Protective Order regarding the Production of Electronically Stored Information (the "Stipulated

10   Order") at Row 32 (CAL_START), ROW 34 (ATTENDEES/PARTICIPANTS), Row 41 (LAST

11   AUTHOR), and Row 46 (SENSITIVITY);

12   WHEREAS, the Hitachi Defendants further have informed Plaintiffs that to produce the

13   metadata identified in Exhibit A to the Stipulated Order at Row 47 (CONVERSATION_INDEX),

14   would be overly burdensome and costly;

15   WHEREAS, the Hitachi Defendants have requested, based on the foregoing, to be excused

16   from producing the five above-mentioned metadata fields; and

17   WHEREAS, Plaintiffs are willing to enter into this Addendum to the Stipulated Order

18   based on the verbal and written representations made by Counsel to the Hitachi Defendants and

19   the Hitachi Defendants' electronic discovery vendor, Iron Mountain/Stratify.

20   NOW, THEREFORE,

21   1.   Plaintiffs and the Hitachi Defendants agree that as to any document production by any

22   of the Hitachi Defendants that would be subject to the Stipulated Order, the Parties acknowledge

23   and agree that the Hitachi Defendants are not obligated to produce the five following metadata

24   fields:

25        a.   CAL_START

26        b.   ATTENDEES/PARTICIPANTS

27        c.   LAST AUTHOR

28

d.  SENSITIVITY

e.  CONVERSATION_INDEX

2.  If, following the entry of this Stipulation, the Hitachi Defendants acquire the capability of processing and producing, without subjecting the Hitachi Defendants to undue burden or costs, one or more of the above-listed metadata fields (*i.e.*, CAL_START, ATTENDEES/PARTICIPANTS, LAST AUTHOR, SENSITIVITY, or CONVERSATION_ INDEX), the Hitachi Defendants agree to include such metadata field or fields in all future document productions to Plaintiffs.

This Agreement shall continue in full force and effect until further order of the Special Master or until this litigation is terminated by a final judgment.

**IT IS SO STIPULATED.**

1

Dated: November 8, 2010
/s/ Mario N. Alioto

2
Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151) laurenrussell@tatp.com
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
(415) 563-7200

3

4

5

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

6

7

8

Dated: November 8, 2010
/s/ Guido Saveri

9
Guido Saveri (41059) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111

10

11

12

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

13

14

15

Dated: November 8, 2010
/s/ Michelle Park Chiu

16
Kent M. Roger, State Bar No. 095987
Diane L. Webb, State Bar No. 197851
Michelle Park Chiu, State Bar No. 248421
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
E-mail:  kroger@morganlewis.com
         dwebb@morganlewis.com
         mchiu@morganlewis.com

17

18

19

20

21

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Displays (USA), Inc.*

22

23

24

Pursuant to General Order, § X-B, the filer attests that the concurrence in the filing of this

25

document has been obtained from each of the above signatories.

26

27

28

CASE NO. M-07-5944 SC
ADDENDUM TO STIPULATED ORDER REGARDING PRODUCTION OF ESI
DB2/22038368.1

1    Counsel Listed On Signature Block

2

3

4

5

6

7

8                  **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.:  M-07-5944 SC |
| | MDL NO. 1917 |
| | |
| This Document Relates to: | **ADDENDUM TO STIPULATED ORDER REGARDING THE PRODUCTION OF ELECTRONICALLY STORED INFORMATION** |
| ALL ACTIONS. | |

WHEREAS, Panasonic Corporation, Panasonic Corporation of North America and MT Picture Display Co., Ltd. (the "Panasonic Defendants") have informed the Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs of potential issues with producing two metadata fields identified in Exhibit A to the Stipulated Order regarding the Production of Electronically Stored Information (the "Stipulated Order") at Row 32 (CAL_START) and Row 46 (SENSITIVITY);

WHEREAS, the Panasonic Defendants have represented that they will continue to undertake reasonable, good-faith efforts to work with their vendor to extract this metadata while processing the native Electronically Stored Information and subsequently include that metadata in their productions;

AND WHEREAS, the Panasonic Defendants, Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs are otherwise in mutual agreement with all other terms and conditions as set forth in the Stipulated Order.

NOW, THEREFORE,

1.      The Panasonic Defendants agree to continue to undertake reasonable, good-faith efforts to resolve the issues with their vendor in extracting the above-identified CAL_START and SENSITIVITY metadata fields during processing.

2.      The Panasonic Defendants, Indirect Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs agree to continue to informally meet and confer regarding this matter.

3.      The Panasonic Defendants, Indirect Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs agree to submit an amendment to this Addendum setting forth their mutually agreed upon final resolution to this matter within forty-five days following filing of the Stipulated Order.

This Agreement shall continue in full force and effect until further order of the Special Master or until this litigation is terminated by a final judgment.

**IT IS SO STIPULATED.**

ADDENDUM TO STIPULATED ORDER REGARDING PRODUCTION OF ESI

1    Dated:  October 6, 2010            /s/ Mario N. Alioto
                                        MARIO N. ALIOTO (56433)
2                                       malioto@tatp.com
                                        LAUREN C. RUSSELL (241151)
3                                       laurenrussell@tatp.com
4                                       **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                        2280 Union Street
5                                       San Francisco, CA 94123
                                        (415) 563-7200
6
                                        *Interim Lead Counsel for the Indirect Purchaser*
7                                       *Plaintiffs*
8

9

10   Dated:  October 6, 2010            /s/ Guido Saveri
                                        GUIDO SAVERI (41059)
11                                      guido@saveri.com
                                        R. ALEXANDER SAVERI (173102)
12                                      rick@saveri.com
                                        CADIO ZIRPOLI (179108)
13                                      cadio@saveri.com
14                                      **SAVERI & SAVERI, INC.**
                                        706 Sansome Street
15                                      San Francisco, CA 94111
16                                      *Interim Lead Counsel for the Direct Purchaser Plaintiffs*
17

18   *(continued on next page)*

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Dated:  October 6, 2010 | /s/ Jeffrey L. Kessler |
| | JEFFREY L. KESSLER (pro hac vice) |
| | Email: jkessler@dl.com |
| | A. PAUL VICTOR (pro hac vice) |
| | Email: pvictor@dl.com |
| | **DEWEY & LEBOEUF LLP** |
| | 1301 Avenue of the Americas |
| | New York, NY 10019 |
| | Telephone: (212) 259-8000 |
| | Facsimile: (212) 259-7013 |
| | |
| | /s/ David L. Yohai |
| | DAVID L. YOHAI (pro hac vice) |
| | Email: david.yohai@weil.com |
| | **WEIL, GOTSHAL & MANGES LLP** |
| | 767 Fifth Avenue |
| | New York, New York 10153-0119 |
| | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| | |
| | GREGORY D. HULL (57367) |
| | Email: greg.hull@weil.com |
| | **WEIL, GOTSHAL & MANGES LLP** |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, California 94065-1175 |
| | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| | |
| | *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)* |

Pursuant to General Order, § X-B, the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.