MORGAN, LEWIS & BOCKIUS LLP
Diane L. Webb
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail:  dwebb@morganlewis.com
*Counsel for the Hitachi Defendants*

SAVERI & SAVERI, INC.
R. Alexander Saveri
706 Sansome Street
San Francisco, California 94111
Tel:  415.217.6810
Fax:  415.217.6813
E-mail:  rick@saveri.com
*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
Lauren C. Russell
2280 Union Street
San Francisco, CA, 94123
Tel: 415-563-7200
Fax: 415-346-0679
E-mail: laurenrussell@tatp.com
*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**VIA ECF**

December 16, 2010

The Hon. Charles Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:     *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC, MDL No. 1917

Dear Judge Legge:

We write regarding the Procedural and Scheduling Order ("Order") (Dkt. No. 809) in the above-referenced action.  Pursuant to the order, defendants Hitachi, Ltd. ("HTL"); Hitachi Displays, Ltd. ("HDP"); Hitachi Asia, Ltd. ("HAS"); Hitachi America, Ltd. ("HAL"); and Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Defendants") and Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs") were to provide Your Honor with a report.

Hon. Charles Legge
Page 2

On December 7, 2010, the Hitachi Defendants provided an evidentiary proffer to Plaintiffs, as required by the Order as modified by the parties. On December 10, 2010, all the Hitachi Defendants except Hitachi Asia, Ltd. produced responsive organization charts to Plaintiffs, as required by the Order, as modified by the parties. As the Hitachi Defendants informed Plaintiffs, Hitachi Asia, Ltd. continues to try to identify responsive organization charts to produce to Plaintiffs.

The Hitachi Defendants and Plaintiffs are beginning their meet-and-confer efforts regarding the identification of appropriate custodians. The parties have agreed upon the following schedule as part of their meet-and-confer efforts:

- <u>HAL and HED(US) to provide proposed custodian lists to Plaintiffs</u>: December 17, 2010
- <u>HAS, HTL, and HDP to provide proposed custodian lists to Plaintiffs</u>: December 21, 2010
- <u>Meet-and-Confer Teleconference</u>: December 28, 2010

Very truly yours,

<u>/s/ Diane L. Webb</u>  
Diane L. Webb  
*Counsel for the Hitachi Defendants*

<u>/s/ Lauren C. Russell</u>  
Lauren C. Russell  
*Interim Lead Counsel for the*  
*Indirect Purchaser Plaintiffs*

<u>/s/ R. Alexander Saveri</u>  
R. Alexander Saveri  
*Interim Lead Counsel for the*  
*Direct Purchaser Plaintiffs*

cc: All Counsel (via ECF)

DB2/22098581.3

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, DIANE L. WEBB, am the ECF User whose ID and password is being used to file this **LETTER FROM D. WEBB, R. SAVERI, AND L. RUSSELL TO JUDGE LEGGE REGARDING PROCEDURAL AND SCHEDULING ORDER**. In compliance with General Order 45, X.B., I hereby attest that the signatories above have concurred in this efiling.

Executed on this 16th day of **December 2010** at San Francisco, California.

MORGAN, LEWIS & BOCKIUS, LLP

/s/ Diane L. Webb
Diane L. Webb

DB2/22098581.3