1 **Counsel Listed On Signature Block**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917<br>**STIPULATION AND** [PROPOSED] **ORDER EXTENDING DEFENDANTS' TIME TO ANSWER INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT** |
|---|---|
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

1     WHEREAS, on December 11, 2010, the Indirect Purchaser Plaintiffs
2  ("Plaintiffs") filed a Third Consolidated Amended Complaint (the "Complaint");
3     WHEREAS, Defendants' respective answers to the Complaint are currently
4  due on December 27, 2010, pursuant to Federal Rule of Civil Procedure 15(a)(3);
5     WHEREAS, Defendants desire additional time to review the Complaint and
6  prepare their respective answers, and Plaintiffs agree that Defendants may have additional
7  time to answer the Complaint; and
8     WHEREAS, granting Defendants additional time to answer the Complaint
9  will not impact or interfere with any other currently pending deadlines in this litigation;
10    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for
11 the undersigned Plaintiffs and Defendants, that Defendants shall have an additional thirty
12 (30) days—up to and including January 26, 2011—to file their respective answers to the
13 Complaint.

Dated: December 16, 2010

By:  */s/ Mario N. Alioto*
MARIO N. ALIOTO, Bar No. 56433
malioto@tatp.com
LAUREN C. RUSSELL, Bar No. 241151
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

-1-

W02-WEST:5DYB1\403148387.2
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO ANSWER IPPS' 3RD CAC

|   |   |
|---|---|
| | By:   /s/ Michael W. Scarborough |

By:   */s/ Michael W. Scarborough*
GARY L. HALLING, Bar No. 66087
ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Bar No. 95788
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH, Bar No. 203524
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

*Attorneys for Defendants*
*Samsung SDI America, Inc,.*
*Samsung SDI Co., Ltd.,*
*Samsung SDI (Malaysia) Sdn. Bhd.,*
*Samsung SDI Mexico S.A. de C.V.,*
*Samsung SDI Brasil Ltda.,*
*Shenzhen Samsung SDI Co., Ltd., and*
*Tianjin Samsung SDI Co., Ltd.,*
*And On Behalf of All Other Defendants*

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____         _____

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

DATED:_____         _____

Hon. Samuel Conti
United States District Judge

-2-