1 **Counsel Listed On Signature Block**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND** [PROPOSED] **ORDER EXTENDING DEFENDANTS' TIME TO ANSWER INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT** |

1    WHEREAS, on December 11, 2010, the Indirect Purchaser Plaintiffs
2 ("Plaintiffs") filed a Third Consolidated Amended Complaint (the "Complaint");
3    WHEREAS, Defendants' respective answers to the Complaint are currently
4 due on December 27, 2010, pursuant to Federal Rule of Civil Procedure 15(a)(3);
5    WHEREAS, Defendants desire additional time to review the Complaint and
6 prepare their respective answers, and Plaintiffs agree that Defendants may have additional
7 time to answer the Complaint; and
8    WHEREAS, granting Defendants additional time to answer the Complaint
9 will not impact or interfere with any other currently pending deadlines in this litigation;
10    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for
11 the undersigned Plaintiffs and Defendants, that Defendants shall have an additional thirty
12 (30) days—up to and including January 26, 2011—to file their respective answers to the
13 Complaint.

15 Dated: December 16, 2010            By:   */s/ Mario N. Alioto*
                                      MARIO N. ALIOTO, Bar No. 56433
                                      malioto@tatp.com
                                      LAUREN C. RUSSELL, Bar No. 241151
                                      laurenrussell@tatp.com
                                      **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                      2280 Union Street
                                      San Francisco, California 94123
                                      Telephone: (415) 563-7200
                                      Facsimile: (415) 346-0679

                                      *Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

-1-

By:   */s/ Michael W. Scarborough*
GARY L. HALLING, Bar No. 66087
ghalling@sheppardmullin.com
JAMES L. MCGINNIS, Bar No. 95788
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH, Bar No. 203524
mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

*Attorneys for Defendants*
*Samsung SDI America, Inc,.*
*Samsung SDI Co., Ltd.,*
*Samsung SDI (Malaysia) Sdn. Bhd.,*
*Samsung SDI Mexico S.A. de C.V.,*
*Samsung SDI Brasil Ltda.,*
*Shenzhen Samsung SDI Co., Ltd., and*
*Tianjin Samsung SDI Co., Ltd.,*
*And On Behalf of All Other Defendants*

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____ _____

                                                        Hon. Charles A. Legge
                                      United States District Judge (Ret.)
                                                   Special Master

DATED: 12/21/10_____ _____

                                                     Hon. Samuel Conti
                                                 United States District Judge

*[SEAL: IT IS SO ORDERED / Judge Samuel Conti / United States District Court Northern District of California]*

-2-