| | |
|---|---|
| 1 | EMILY L. MAXWELL (SBN 185646)<br>Email: MaxwellE@howrey.com |
| 2 | HOWREY LLP<br>525 Market Street, Suite 3600 |
| 3 | San Francisco, CA 94105-2708<br>Telephone: (415) 848-4947 |
| 4 | Facsimile: (415) 848-4999 |
| 5 | JOHN M. TALADAY *(pro hac vice)*<br>RICHARD A. RIPLEY *(pro hac vice)* |
| 6 | Email: taladayj@howrey.com<br>Email: ripleyr@howrey.com |
| 7 | HOWREY LLP<br>1299 Pennsylvania Ave NW |
| 8 | Washington, DC 20004<br>Telephone: (202) 383-6564 |
| 9 | Facsimile: (202) 383-6610 |
| 10 | ETHAN E. LITWIN *(pro hac vice)*<br>Email: litwine@howrey.com |
| 11 | HOWREY LLP<br>601 Lexington Avenue, 54th Floor |
| 12 | New York, NY 10022-4629<br>Telephone: (212) 896-6500 |
| 13 | Facsimile: (212) 896-6501 |
| 14 | Attorneys for KONINKLIJKE PHILIPS<br>ELECTRONICS N.V. AND PHILIPS ELECTRONICS |
| 15 | NORTH AMERICA CORPORATION |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT)<br>ANTITRUST LITIGATION | **Case No. 07-5944-SC**<br><br>**MDL No. 1917**<br><br>**NOTICE OF WITHDRAWAL**<br>**OF COUNSEL** |
| This Document Relates to:<br>ALL ACTIONS | |

PLEASE TAKE NOTICE that the undersigned, Aaron Myers, a former attorney of the law firm Howrey LLP, and a former attorney for defendants Koninklijke Philips Electronics N.V. ("KPE") and Philips Electronics North America Corporation ("PENAC"), hereby withdraws as counsel for KPE and

1  PENAC in the above-captioned litigation, and respectfully requests that his name be removed from the
2  Court's electronic mail notice list and counsel's service lists.  Howrey LLP continues to serve as
3  counsel for KPE and PENAC through attorneys Emily L. Maxwell, John M. Taladay, Richard A.
4  Ripley, and Ethan Litwin, who request that all future correspondence and papers in this action continue
5  to be directed to them.

7  DATED:  January 4, 2011                            HOWREY LLP

      /s/ Aaron Myers
   Aaron Myers

   525 Market Street, Suite 3600
   San Francisco, CA 94105-2708
   Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
   Email: MyersA@Howrey.com

   *Attorneys for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*