Allan Steyer (State Bar No.100318)
D. Scott Macrae (State Bar No. 104663)
Jayne A. Peeters (State Bar No. 108052)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
       smacrae@bamlawlj.com
       jpeeters@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | NOTICE OF CHANGE IN COUNSEL |
| ALL ACTIONS | |

NOTICE OF CHANGE IN COUNSEL
Case No. 3:07-cv-05944-SC
S:\CRT\Pleadings\Notice of change in counsel - HC.wpd

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Henry A. Cirillo is no longer associated with the firm of Steyer Lowenthal Boodrookas Alvarez & Smith LLP, and is hereby withdrawn as counsel for direct purchaser plaintiffs in the above-captioned action. Steyer Lowenthal Boodrookas Alvarez & Smith LLP, through the undersigned counsel of record, continues to serve as counsel for direct purchaser plaintiffs.

Dated: January 5, 2011           Respectfully submitted,

                              /s/ Allan Steyer
Allan Steyer (State Bar No.100318)
D. Scott Macrae (State Bar No. 104663)
Jayne A. Peeters (State Bar No. 108052)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Tel: 415-421-3400
Fax: 415-421-2234
Email: asteyer@steyerlaw.com
        smacrae@bamlawlj.com
        jpeeters@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2011, I electronically filed the foregoing **NOTICE OF CHANGE IN COUNSEL** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.

/s/ Linda Rorem
Linda Rorem