# EXHIBIT B

Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>CRAGO, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>Defendants. | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618<br><br>**ORDER GRANTING EXTENSIONS OF TIME FOR FINISHED CRT PRODUCTS DISCOVERY** |
| This Document Relates to<br>ALL CASES | |

Having considered the request made by the Direct and Indirect Purchaser Plaintiffs (together, "Plaintiffs") on December 17, 2010, for an extension of time until January 31, 2011, for responding to the finished CRT products discovery that is a subject of the Special Master's November 18, 2010 Order [Dkt. 810, at 6-7] ("Finished CRT Products Discovery"), as well as the arguments made both by Plaintiffs and Defendants in the December 20, 2010 conference call with the Special Master, IT IS HEREBY ORDERED as follows:

1. The deadline for Plaintiffs' responses to the Finished CRT Products Discovery set forth in the November 18, 2010 Order is extended to January 31, 2011.

2. Any existing deadlines with respect to meet and confer discussions being conducted among Plaintiffs and separate Defendants regarding the scope of discovery relating to Finished CRT Products are extended until January 31, 2011.

3. No motions with respect to the discovery relating to Finished CRT Products may be renewed or filed by any party prior to January 31, 2011.

IT IS SO ORDERED.

DATED: December 29, 2010

Charles A. Legge

HON. CHARLES A. LEGGE
UNITED STATES DISTRICT JUDGE (RET.)
SPECIAL MASTER

ORDER GRANTING EXTENSIONS OF TIME FOR
FINISHED CRT PRODUCTS DISCOVERY

MDL No. 1917