

NOTICE TO ALL PARTIES
via ECF

      RE:    **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
               JAMS Reference #: 1100054618
               Case No. 3:07-CV-05944-SC

To All Counsel:

There will be a hearing on plaintiffs' pending motions for discovery against the Hitachi defendants on Thursday, January 13 at 1:00 PM (Pacific), at JAMS, Two Embarcadero Center, Suite 1500, San Francisco CA 94111. Counsel for plaintiffs and the the Hitachi defendants who are involved in the motions should attend in person. Other counsel need not appear if they do not wish to; or they may attend by conference telephone by calling 1-877-696-5267 and asking the operator to connect them to Judge Charles A. Legge's call. No additional briefing is necessary. Hitachi has agreed to arrange for a court reporter.

Dated: January 7, 2011

*Charles A. Legge*
Charles A. Legge
Special Master