BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
PEARSON, SIMON, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

*Attorneys for Plaintiff Crago, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-CV-5944 SC |
| | MDL No. 1917 |
| THIS DOCUMENT RELATES TO: | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| ALL ACTIONS | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Esther L. Klisura is no longer associated with the firm of Pearson, Simon, Warshaw & Penny, LLP and, pursuant to Civil Local Rule 11-5(a), Ms. Klisura is hereby withdrawn as counsel for plaintiff Crago, Inc. in the above-captioned action.  Pearson, Simon, Warshaw & Penny, LLP, through the undersigned counsel of record, as well as Interim Lead Counsel for the Direct Purchaser Plaintiffs and attorneys at Polsinelli Shughart, P.C. continue to serve as counsel for plaintiff Crago, Inc.

DATED: January 21, 2011              **PEARSON, SIMON, WARSHAW & PENNY, LLP**


                                     By:   /s/  *Bruce L. Simon*
                                                BRUCE L. SIMON
                                     *Attorneys for Plaintiff Crago, Inc.*

822611.2

NOTICE OF WITHDRAWAL OF ATTORNEY