| | |
|---|---|
| 1 | John M. Taladay (*Pro hac vice*) |
| | Joseph P. Ostoyich (*Pro hac vice*) |
| 2 | Richard A. Ripley (*Pro hac vice*) |
| | Andreas Stargard (*Pro hac vice*) |
| 3 | HOWREY LLP |
| | 1299 Pennsylvania Avenue, N.W. |
| 4 | Washington, D.C. 20004 |
| | Tel: (202) 783-0800 |
| 5 | Fax: (202) 383-6610 |

Attorneys for Defendants KONINKLIJKE PHILIPS ELECTRONICS N.V. and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Case No. 07-5944-SC** |
| | **MDL No. 1917** |
| | **NOTICE OF APPEARANCE OF JOSEPH SONG** |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Joseph Song of Howrey LLP hereby enters his appearance as counsel of record for defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation in the above-captioned litigation.

DATED: January 25, 2011                              HOWREY LLP

**HOWREY LLP**

NOTICE OF APPEARANCE OF JOSEPH SONG
Case No. 07-5944-SC

DM_US:23608160_1

| | |
|---|---|
| 1 | |
| 2 |    /s/ *Joseph Song* |
| | Joseph Song |
| 3 | |
| | 525 Market Street |
| 4 | Suite 3600 |
| | San Francisco, CA 94105-2708 |
| 5 | Telephone: (415) 848-4927 |
| | Facsimile: (415) 848-4999 |
| 6 | Email: SongJ@Howrey.com |
| 7 | *Attorney for Koninklijke Philips Electronics N.V.* |
| | *and Philips Electronics North America* |
| 8 | *Corporation* |

**HOWREY LLP**

Notice of Appearance of Joseph Song
Case No. 07-5944-SC

-2-

DM_US:23608160_1