1 SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2   Including Professional Corporations
  GARY L. HALLING, Cal. Bar No. 66087
3 JAMES L. MCGINNIS, Cal. Bar No. 95788
  MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4 Four Embarcadero Center, 17th Floor
  San Francisco, California 94111-4106
5 Telephone:   415-434-9100
  Facsimile:   415-434-3947
6 E-mail:      ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
7              mscarborough@sheppardmullin.com

8 Attorneys for Defendants
  SAMSUNG SDI AMERICA, INC., SAMSUNG
9 SDI CO., LTD., SAMSUNG SDI (MALAYSIA)
  SDN. BHD., SAMSUNG SDI MEXICO S.A. DE
10 C.V., SAMSUNG SDI BRASIL LTDA.,
  SHENZHEN SAMSUNG SDI CO., LTD., and
11 TIANJIN SAMSUNG SDI CO., LTD.

12

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16

| | |
|---|---|
| 17 In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
| 18 | MDL No. 1917 |
| 19 _____ | **ANSWER OF DEFENDANTS SAMSUNG SDI AMERICA, INC.,** |
| 20 This Document Relates to: | **SAMSUNG SDI CO., LTD., SAMSUNG SDI (MALAYSIA) SDN. BHD.,** |
| 21 ALL INDIRECT PURCHASER ACTIONS | **SAMSUNG SDI MEXICO S.A. DE C.V., SAMSUNG SDI BRASIL LTDA.,** |
| 22 | **SHENZHEN SAMSUNG SDI CO., LTD., AND TIANJIN SAMSUNG SDI** |
| 23 | **CO., LTD. TO INDIRECT PURCHASER PLAINTIFFS' THIRD** |
| 24 | **CONSOLIDATED AMENDED COMPLAINT** |
| 25 | Trial Date:  None Set |
| 26 | |

27

28

1          Defendants Samsung SDI America, Inc. ("SDIA"), Samsung SDI Co., Ltd.

2   ("SDI Co."), Samsung SDI (Malaysia) Sdn Bhd. ("SDI Malaysia"), Samsung SDI Mexico

3   S.A. de C.V. ("SDI Mexico"), Samsung SDI Brasil Ltda. ("SDI Brasil"), Shenzhen

4   Samsung SDI Co. Ltd. ("SDI Shenzhen"), and Tianjin Samsung SDI Co., Ltd. ("SDI

5   Tianjin") (collectively "SDI" or the "Samsung SDI Defendants"), by and through their

6   undersigned counsel of record, answer the Indirect Purchaser Plaintiffs' ("Plaintiffs'")

7   Third Consolidated Amended Complaint (the "Complaint") and allege additional or

8   affirmative defenses as follows.  SDI denies each and every allegation in the Complaint's

9   section headings and in all portions of the Complaint not contained in numbered

10  paragraphs.  To the extent that the Complaint's allegations concern persons and/or entities

11  other than SDI, SDI denies that such allegations support any claim for relief against SDI.

12  **I.      Introductory Allegations.**

13         1.      To the extent that the allegations of Paragraph 1 are definitional, SDI

14  avers that no response is required.  To the extent that a response is required and to the

15  extent that the allegations of Paragraph 1 relate to other defendants, SDI lacks knowledge

16  or information sufficient to form a belief as to their truth, and therefore denies them.  To

17  the extent that a response is required as to matters relating to SDI, SDI denies all of the

18  allegations of Paragraph 1, with the exception of matters specifically admitted herein as

19  follows.  SDI admits that Plaintiffs purport to bring this action as a class action on behalf

20  of a putative class, although SDI denies that Plaintiffs are able to bring a class action, that

21  they have sufficiently stated any claims for relief, or that they have suffered any injury or

22  damages as a result of any alleged conduct by SDI.

23         2.      To the extent that the allegations of Paragraph 2 relate to other

24  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

25  and therefore denies them.  To the extent the allegations of Paragraph 2 relate to SDI, SDI

26  denies all of those allegations.

27         3.      To the extent that the allegations of Paragraph 3 relate to other

28  defendants or other persons, SDI lacks knowledge or information sufficient to form a

1   belief as to their truth, and therefore denies them.  To the extent the allegations of

2   Paragraph 3 relate to SDI, SDI denies all of those allegations.

3          4.      With the exception of matters specifically admitted herein as follows,

4   SDI lacks knowledge or information sufficient to form a belief as to the truth of the

5   allegations in Paragraph 4, and therefore denies them.  SDI admits that the United States

6   Department of Justice ("DOJ") and other foreign competition authorities have announced

7   that they are investigating the cathode ray tubes industry.  SDI further admits on

8   information and belief that C.Y. Lin, the former Chairman and CEO of Defendant

9   Chunghwa Picture Tubes, Ltd., was indicted by the DOJ in connection with the DOJ's

10  investigation of the cathode ray tubes industry, the terms of which are a matter of public

11  record.

12  **II.     Allegations Concerning Jurisdiction and Venue.**

13         5.      SDI admits that Plaintiffs purport to invoke the cited statutory

14  provisions, but otherwise denies the allegations of Paragraph 5.

15         6.      SDI avers that the allegations of Paragraph 6 regarding subject matter

16  jurisdiction constitute legal contentions and/or conclusions to which no response is

17  required.  To the extent that a response is required, and to the extent that allegations of

18  Paragraph 6 relate to SDI, SDI denies all of the allegations of Paragraph 6.

19         7.      SDI avers that the allegations of Paragraph 7 regarding subject matter

20  jurisdiction constitute legal contentions and/or conclusions to which no response is

21  required.  To the extent that a response is required, and to the extent that allegations of

22  Paragraph 6 relate to SDI, SDI denies all of the allegations of Paragraph 7.

23         8.      SDI avers that the allegations of Paragraph 8 regarding venue

24  constitute legal contentions and/or conclusions to which no response is required.  To the

25  extent that a response is required, and to the extent that allegations of Paragraph 8 relate to

26  SDI, SDI denies all of the allegations of Paragraph 8, with the exception of matters

27  specifically admitted herein as follows.  SDI admits that SDIA transacts business in

28  California.  To the extent that the allegations of Paragraph 8 relate to other defendants, SDI

1  lacks knowledge or information sufficient to form a belief as to the truth of those

2  allegations, and therefore denies them.

3        9.     SDI avers that the allegations of Paragraph 9 constitute legal

4  contentions and/or conclusions to which no response is required.  To the extent that a

5  response is required, and to the extent that allegations of Paragraph 9 relate to SDI, SDI

6  denies all of the allegations of Paragraph 9, with the exception of matters specifically

7  admitted herein as follows.  SDI admits that SDIA transacts business in California.  To the

8  extent that the allegations of Paragraph 9 relate to other defendants, SDI lacks knowledge

9  or information sufficient to form a belief as to the truth of those allegations, and therefore

10  denies them.

11        10.    SDI avers that the allegations of Paragraph 10, including each of its

12  subparts, constitute legal contentions and/or conclusions to which no response is required.

13  To the extent that a response is required, and to the extent that allegations of Paragraph 10

14  and its subparts relate to SDI, SDI denies all of those allegations.  To the extent that the

15  allegations of Paragraph 10 and its subparts relate to other defendants, SDI lacks

16  knowledge or information sufficient to form a belief as to the truth of those allegations,

17  and therefore denies them.

18        11.    To the extent that the allegations of Paragraph 11 relate to other

19  defendants or persons, SDI lacks knowledge or information sufficient to form a belief as to

20  their truth, and therefore denies them.  To the extent the allegations of Paragraph 11 relate

21  to SDI, SDI denies all of those allegations.

22        12.    To the extent that the allegations of Paragraph 12 relate to other

23  defendants or persons, SDI lacks knowledge or information sufficient to form a belief as to

24  their truth, and therefore denies them.  To the extent the allegations of Paragraph 12 relate

25  to SDI, SDI denies all of those allegations.

26  **III.    Allegations Concerning Definitions**

27        13.    SDI avers that the allegations of Paragraph 13 are definitional, to

28  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

-3-

cathode ray tubes as "CRTs," although SDI disputes the propriety of such definition and any inferences arising therefrom.

14.     SDI avers that the allegations of Paragraph 14 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to (i) color display tubes as "CDTs"; (ii) color picture tubes as "CPTs"; and (iii) color display tubes and color picture tubes collectively as "cathode ray tubes" or "CRTs," although SDI disputes the propriety of such definitions and any inferences arising therefrom.

15.     SDI avers that the allegations of Paragraph 15 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to cathode ray tubes and products containing cathode ray tubes as "CRT Products," although SDI disputes the propriety of such definition and any inferences arising therefrom.

16.     SDI avers that the allegations of Paragraph 16 are definitional, to which no response is required.  To the extent a response is required, SDI denies all of the allegations of Paragraph 16.

17.     SDI avers that the allegations of Paragraph 17 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to any individual, partnership, corporation, association, or other business or legal entity as a "person," although SDI disputes the propriety of such definition and any inferences arising therefrom.

18.     SDI avers that the allegations of Paragraph 18 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to any Original Equipment Manufacturer as an "OEM," although SDI disputes the propriety of such definition and any inferences arising therefrom.

**IV.     Allegations Concerning Plaintiffs.**

19.     To the extent that the allegations of Paragraph 19 relate to other defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 19 relate to SDI, SDI denies all of those allegations.

1          20.     To the extent that the allegations of Paragraph 20 relate to other

2  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

3  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 20

4  relate to SDI, SDI denies all of those allegations.

5          21.     To the extent that the allegations of Paragraph 21 relate to other

6  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

7  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 21

8  relate to SDI, SDI denies all of those allegations.

9          22.     To the extent that the allegations of Paragraph 22 relate to other

10  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

11  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 22

12  relate to SDI, SDI denies all of those allegations.

13          23.     To the extent that the allegations of Paragraph 23 relate to other

14  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

15  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 23

16  relate to SDI, SDI denies all of those allegations.

17          24.     To the extent that the allegations of Paragraph 24 relate to other

18  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

19  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 24

20  relate to SDI, SDI denies all of those allegations.

21          25.     To the extent that the allegations of Paragraph 25 relate to other

22  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

23  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 25

24  relate to SDI, SDI denies all of those allegations.

25          26.     To the extent that the allegations of Paragraph 26 relate to other

26  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

27  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 26

28  relate to SDI, SDI denies all of those allegations.

1    27. To the extent that the allegations of Paragraph 27 relate to other

2 defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

3 to their truth, and therefore denies them.  To the extent the allegations of Paragraph 27

4 relate to SDI, SDI denies all of those allegations.

5    28. To the extent that the allegations of Paragraph 28 relate to other

6 defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

7 to their truth, and therefore denies them.  To the extent the allegations of Paragraph 28

8 relate to SDI, SDI denies all of those allegations.

9    29. To the extent that the allegations of Paragraph 29 relate to other

10 defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

11 to their truth, and therefore denies them.  To the extent the allegations of Paragraph 29

12 relate to SDI, SDI denies all of those allegations.

13    30. To the extent that the allegations of Paragraph 30 relate to other

14 defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

15 to their truth, and therefore denies them.  To the extent the allegations of Paragraph 30

16 relate to SDI, SDI denies all of those allegations.

17    31. To the extent that the allegations of Paragraph 31 relate to other

18 defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

19 to their truth, and therefore denies them.  To the extent the allegations of Paragraph 31

20 relate to SDI, SDI denies all of those allegations.

21    32. To the extent that the allegations of Paragraph 32 relate to other

22 defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

23 to their truth, and therefore denies them.  To the extent the allegations of Paragraph 32

24 relate to SDI, SDI denies all of those allegations.

25    33. To the extent that the allegations of Paragraph 33 relate to other

26 defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

27 to their truth, and therefore denies them.  To the extent the allegations of Paragraph 33

28 relate to SDI, SDI denies all of those allegations.

1          34.     To the extent that the allegations of Paragraph 34 relate to other

2  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

3  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 34

4  relate to SDI, SDI denies all of those allegations.

5          35.     To the extent that the allegations of Paragraph 35 relate to other

6  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

7  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 35

8  relate to SDI, SDI denies all of those allegations.

9          36.     To the extent that the allegations of Paragraph 36 relate to other

10  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

11  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 36

12  relate to SDI, SDI denies all of those allegations.

13          37.     To the extent that the allegations of Paragraph 37 relate to other

14  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

15  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 37

16  relate to SDI, SDI denies all of those allegations.

17          38.     To the extent that the allegations of Paragraph 38 relate to other

18  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

19  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 38

20  relate to SDI, SDI denies all of those allegations.

21          39.     To the extent that the allegations of Paragraph 39 relate to other

22  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

23  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 39

24  relate to SDI, SDI denies all of those allegations.

25          40.     To the extent that the allegations of Paragraph 40 relate to other

26  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

27  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 40

28  relate to SDI, SDI denies all of those allegations.

W02-WEST:FMI\403250811.3
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

1        41.     To the extent that the allegations of Paragraph 41 relate to other

2   defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

3   to their truth, and therefore denies them.  To the extent the allegations of Paragraph 41

4   relate to SDI, SDI denies all of those allegations.

5        42.     To the extent that the allegations of Paragraph 42 relate to other

6   defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

7   to their truth, and therefore denies them.  To the extent the allegations of Paragraph 42

8   relate to SDI, SDI denies all of those allegations.

9        43.     To the extent that the allegations of Paragraph 43 relate to other

10  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

11  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 43

12  relate to SDI, SDI denies all of those allegations.

13       44.     To the extent that the allegations of Paragraph 44 relate to other

14  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

15  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 44

16  relate to SDI, SDI denies all of those allegations.

17       45.     To the extent that the allegations of Paragraph 45 relate to other

18  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

19  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 45

20  relate to SDI, SDI denies all of those allegations.

21       46.     To the extent that the allegations of Paragraph 46 relate to other

22  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

23  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 46

24  relate to SDI, SDI denies all of those allegations.

25       47.     To the extent that the allegations of Paragraph 47 relate to other

26  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

27  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 47

28  relate to SDI, SDI denies all of those allegations.

W02-WEST:FMI\403250811.3
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

48.     To the extent that the allegations of Paragraph 48 relate to other defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 48 relate to SDI, SDI denies all of those allegations.

49.     To the extent that the allegations of Paragraph 49 relate to other defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 49 relate to SDI, SDI denies all of those allegations.

50.     To the extent that the allegations of Paragraph 50 relate to other defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 50 relate to SDI, SDI denies all of those allegations.

**V.     Allegations Concerning Defendants**

51.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51, and therefore denies them.

52.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 52, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to LG Electronics U.S.A., Inc. as "LGEUSA."

53.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 53, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to LG Electronics Taiwan Taipei Co., Ltd.. as "LGETT."

54.     SDI avers that the allegations of Paragraph 54 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. collectively as "LG."

1    55.    SDI lacks knowledge or information sufficient to form a belief as to
2  the truth of the allegations of Paragraph 55, and therefore denies them, with the exception
3  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to
4  refer to Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V. as
5  "Royal Philips."

6    56.    SDI lacks knowledge or information sufficient to form a belief as to
7  the truth of the allegations of Paragraph 56, and therefore denies them, with the exception
8  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to
9  refer to Philips Electronics North America Corporation as "PENAC".

10    57.    SDI lacks knowledge or information sufficient to form a belief as to
11  the truth of the allegations of Paragraph 57, and therefore denies them, with the exception
12  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to
13  refer to Philips Electronics Industries (Taiwan), Ltd. as "Philips Electronics Taiwan."

14    58.    SDI lacks knowledge or information sufficient to form a belief as to
15  the truth of the allegations of Paragraph 58, and therefore denies them, with the exception
16  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to
17  refer to Philips da Amazonia Industria Electronica Ltda. as "Philips Brazil."

18    59.    SDI avers that the allegations of Paragraph 59 are definitional, to
19  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to
20  Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V., Philips
21  Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and
22  Philips da Amazonia Industria Electronica Ltda. collectively as "Philips."

23    60.    SDI lacks knowledge or information sufficient to form a belief as to
24  the truth of the allegations of Paragraph 60, and therefore denies them, with the exception
25  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to
26  refer to LP Displays International, Ltd. f/k/a LG Philips Displays as "LP Displays."

27    61.    SDI lacks knowledge or information sufficient to form a belief as to
28  the truth of the allegations of Paragraph 61, and therefore denies them, with the exception

-10-

1   of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

2   refer to Samsung Electronics Co., Ltd. as "SEC."

3          62.    SDI lacks knowledge or information sufficient to form a belief as to

4   the truth of the allegations of Paragraph 62, and therefore denies them, with the exception

5   of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

6   refer to Samsung Electronics America, Inc. as "SEAI."

7          63.    SDI denies all of the allegations of Paragraph 63, with the exception

8   of matters specifically admitted herein as follows.  SDI admits that SDI Co. is a publicly-

9   traded South Korean company with its principal place of business at 428-5 Gongse-dong,

10  Giheung-gu, Yongin-si, Gyeonggi-do, 446-902, Republic of Korea.

11         64.    SDI denies all of the allegations of Paragraph 64, with the exception

12  of matters specifically admitted herein as follows.  SDI admits that SDIA is a California

13  corporation with its principal place of business at 3333 Michelson Drive, Suite 700, Irvine,

14  California.

15         65.    SDI denies all of the allegations of Paragraph 65, with the exception

16  of matters specifically admitted herein as follows.  SDI admits that SDI Mexico is a

17  Mexican company with its principal place of business located at Blvd. Los Olivos, No.

18  21014, Parque Industrial El Florido, Tijuana, B.C. Mexico.

19         66.    SDI denies all of the allegations of Paragraph 66, with the exception

20  of matters specifically admitted herein as follows.  SDI admits that SDI Brasil is a

21  Brazilian company with its principal place of business located at Av. Eixo Norte Sul, S/N,

22  Distrito Industrial, 69088-480 Manaus, Amazonas, Brazil.

23         67.    SDI denies all of the allegations of Paragraph 67, with the exception

24  of matters specifically admitted herein as follows.  SDI admits that SDI Shenzhen is a

25  Chinese company with its principal place of business located at Huanggang Bei Lu, Futian

26  Gu, Shenzhen, China.

27         68.    SDI denies all of the allegations of Paragraph 68, with the exception

28  of matters specifically admitted herein as follows.  SDI admits that SDI Tianjin is a

-11-

1   Chinese company with its principal place of business located at Developing Zone of Yi-

2   Xian Park, Wuqing County, Tianjin, China.

3          69.    SDI denies all of the allegations of Paragraph 69, with the exception

4   of matters specifically admitted herein as follows.  SDI admits that SDI Malaysia is a

5   Malaysian company with its principal place of business at Lots 635 & 660, Kawasan

6   Perindustrian, Tuanku Jafaar, 71450 Sungai Gadut, Negeri Sembilan Darul Khusus,

7   Malaysia.

8          70.    SDI avers that the allegations of Paragraph 70 are definitional, to

9   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

10   Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc., SDI Co.,

11   SDIA, SDI Mexico, SDI Brasil, SDI Shenzhen, SDI Tianjin, and SDI Malaysia

12   collectively in the Complaint as "Samsung," although SDI disputes any characterization

13   from Plaintiffs' definition in the Complaint.  The SDI Defendants aver that SDI Co. and

14   SEC are independent, separately-owned, publicly traded corporations.

15          71.    SDI lacks knowledge or information sufficient to form a belief as to

16   the truth of the allegations of Paragraph 71, and therefore denies them, with the exception

17   of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

18   refer to P.T. Tosummit Electronic Devices Indonesia as "TEDI."

19          72.    SDI lacks knowledge or information sufficient to form a belief as to

20   the truth of the allegations of Paragraph 72, and therefore denies them, with the exception

21   of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

22   refer to Toshiba America, Inc. as "Toshiba America."

23          73.    SDI lacks knowledge or information sufficient to form a belief as to

24   the truth of the allegations of Paragraph 73, and therefore denies them, with the exception

25   of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

26   refer to Toshiba America Consumer Products, LLC as "TACP."

27          74.    SDI lacks knowledge or information sufficient to form a belief as to

28   the truth of the allegations of Paragraph 74, and therefore denies them, with the exception

of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to Toshiba America Information Systems, Inc. as "TAIP."

75.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 75, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to Toshiba America Electronics Components, Inc. as "TAEC."

76.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 76, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to Toshiba Display Devices (Thailand) Company, Ltd. as "TDDT."

77.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 77, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to P.T. Tosummit Electronic Devices Indonesia as "TEDI."

78.     SDI avers that the allegations of Paragraph 78 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to P.T. Tosummit Electronic Devices Indonesia, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., Toshiba America Electronics Components, Inc., and Toshiba Display Devices (Thailand) Company, Ltd. collectively as "Toshiba."

79.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 79, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to MT Picture Display Co., Ltd. as "MTPD."

80.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 80, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to Panasonic Corporation of North America as "Panasonic NA."

-13-

1    81.   SDI lacks knowledge or information sufficient to form a belief as to

2  the truth of the allegations of Paragraph 81, and therefore denies them, with the exception

3  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

4  refer to Matsushita Electronics Corporation (Malaysia) Sdn. Bhd. as "Matsushita

5  Malaysia."

6    82.   SDI avers that the allegations of Paragraph 82 are definitional, to

7  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

8  Panasonic Corporation, Panasonic Corporation of North America, and Matsushita

9  Electronics Corporation (Malaysia) Sdn. Bhd. as "Panasonic."

10    83.   SDI lacks knowledge or information sufficient to form a belief as to

11  the truth of the allegations of Paragraph 83, and therefore denies them, with the exception

12  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

13  refer to MT Picture Display Co., Ltd. as "MTPD."

14    84.   SDI lacks knowledge or information sufficient to form a belief as to

15  the truth of the allegations of Paragraph 84, and therefore denies them, with the exception

16  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

17  refer to Beijing-Matsushita Color CRT Company, Ltd. as "BMCC."

18    85.   SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 85, and therefore denies them.

20    86.   SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 86, and therefore denies them, with the exception

22  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

23  refer to Hitachi Displays, Ltd. as "Hitachi Displays."

24    87.   SDI lacks knowledge or information sufficient to form a belief as to

25  the truth of the allegations of Paragraph 87, and therefore denies them, with the exception

26  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

27  refer to Hitachi Electronic Devices (USA), Inc. as "HEDUS."

28

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

88.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 88, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to Hitachi America, Ltd. as "Hitachi America."

89.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 89, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to Hitachi Asia, Ltd. as "Hitachi Asia."

90.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 90, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to Shenzen SEG Hitachi Color Display Devices, Ltd. as "Hitachi Shenzen."

91.     SDI avers that the allegations of Paragraph 91 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi America, Ltd., Hitachi Asia, Ltd., and Shenzen SEG Hitachi Color Display Devices, Ltd. collectively as "Hitachi."

92.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 92, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to Tatung Company of America, Inc. as "Tatung America."

93.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to Chunghwa Picture Tubes Ltd. as "CPT."

94.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

-15-

1  refer to Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. as "Chunghwa Malaysia."

2          95.     SDI avers that the allegations of Paragraph 95 are definitional, to

3  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

4  Chunghwa Picture Tubes Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.

5  collectively as "Chunghwa."

6          96.     SDI lacks knowledge or information sufficient to form a belief as to

7  the truth of the allegations of Paragraph 96, and therefore denies them, with the exception

8  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

9  refer to IRICO Group Corporation as "IGC."

10          97.     SDI lacks knowledge or information sufficient to form a belief as to

11  the truth of the allegations of Paragraph 97, and therefore denies them, with the exception

12  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

13  refer to IRICO Display Devices Co., Ltd. as "IDDC."

14          98.     SDI lacks knowledge or information sufficient to form a belief as to

15  the truth of the allegations of Paragraph 98, and therefore denies them, with the exception

16  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

17  refer to IRICO Group Electronics Co., Ltd. as "IGE."

18          99.     SDI avers that the allegations of Paragraph 99 are definitional, to

19  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

20  IRICO Group Corporation, IRICO Display Devices Co., Ltd., and IRICO Group

21  Electronics Co., LTd. collectively as "IRICO."

22          100.    SDI lacks knowledge or information sufficient to form a belief as to

23  the truth of the allegations of Paragraph 100, and therefore denies them, with the exception

24  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

25  refer to Thai CRT Company, Ltd. as "Thai CRT."

26          101.    SDI lacks knowledge or information sufficient to form a belief as to

27  the truth of the allegations of Paragraph 101, and therefore denies them, with the exception

28  of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to

refer to Samtel Color, Ltd. as "Samtel."

102.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 102, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to refer to (i) Orion Electric Company as "Orion," (ii) Daewoo-Orion Societe Anonyme as "DOSA," and (iii) P.T. Tosummit Electronic Devices Indonesia as "TEDI."

103.    SDI avers that the allegations of Paragraph 103 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to Daewoo Electronics, Orion Electric Company, and Daewoo-Orion Societe Anonyme collectively as "Daewoo."

104.    SDI avers that the allegations of Paragraph 104 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to the entities listed in Paragraphs 51 through 103 of the Complaint collectively as "Defendants", although SDI disputes the propriety of such definition and any inferences arising therefrom.

## VI.    Allegations Concerning Supposed Agents and Co-Conspirators.

105.    To the extent that the allegations of Paragraph 105 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 105 relate to SDI, SDI denies all of those allegations.

106.    SDI admits that Paragraph 106 purports to define acts, deeds, and transactions as set forth in the Complaint, but otherwise denies the propriety of the definition provided or any inference arising therefrom.

107.    SDI avers that the allegations of Paragraph 107 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 107 to the extent they purport to pertain to SDI. To the extent that the allegations of Paragraph 107 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies

-17-

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

1  them.

2  **VII.    Allegations Concerning Interstate Trade And Commerce**

3          108.    SDI avers that the allegations of Paragraph 108 constitute legal

4  contentions and/or conclusions to which no response is required, but SDI nonetheless

5  denies all of the allegations of Paragraph 108 to the extent they purport to pertain to SDI.

6  To the extent that the allegations of Paragraph 108 relate to other defendants, SDI lacks

7  knowledge or information sufficient to form a belief as to their truth, and therefore denies

8  them.

9          109.    SDI lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations of Paragraph 109, and therefore denies them.

11          110.    SDI avers that the allegations of Paragraph 110 constitute legal

12  contentions and/or conclusions to which no response is required, but SDI nonetheless

13  denies all of the allegations of Paragraph 110 to the extent they purport to pertain to SDI.

14  To the extent that the allegations of Paragraph 110 relate to other defendants, SDI lacks

15  knowledge or information sufficient to form a belief as to their truth, and therefore denies

16  them.

17  **VIII.   Factual Allegations**

18          111.    SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 111, and therefore denies them.

20          112.    To the extent that the allegations of Paragraph 112 are definitional,

21  SDI avers that no response is required.  To the extent a response is required, SDI lacks

22  knowledge or information sufficient to form a belief as to the truth of the allegations of

23  Paragraph 112, and therefore denies them.

24          113.    To the extent that the allegations of Paragraph 113 are definitional,

25  SDI avers that no response is required.  To the extent a response is required, SDI lacks

26  knowledge or information sufficient to form a belief as to the truth of the allegations of

27  Paragraph 113, and therefore denies them.

28

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

1    114.   SDI lacks knowledge or information sufficient to form a belief as to

2    the truth of the allegations of Paragraph 114, and therefore denies them.

3    115.   SDI lacks knowledge or information sufficient to form a belief as to

4    the truth of the allegations of Paragraph 115, and therefore denies them.

5    116.   To the extent the allegations of Paragraph 116 relate to SDI, SDI

6    denies all of those allegations.  To the extent the allegations of Paragraph 116 relate to

7    other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

8    truth of those allegations, and therefore denies them.

9    117.   To the extent the allegations of Paragraph 117 relate to SDI, SDI

10   denies all of those allegations.  To the extent the allegations of Paragraph 117 relate to

11   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

12   truth of those allegations, and therefore denies them.

13   118.   To the extent the allegations of Paragraph 118 relate to other

14   defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth

15   of those allegations, and therefore denies them.  To the extent the allegations of Paragraph

16   118 relate to SDI, SDI denies all of those allegations, with the exception of matters

17   specifically admitted herein as follows.  SDI admits that, during at least portions of the

18   alleged period, SDI Co. was a member of the Electronic Display Industrial Research

19   Association of Korea.

20   119.   SDI lacks knowledge or information sufficient to form a belief as to

21   the truth of the allegations of Paragraph 119, and therefore denies them.

22   120.   SDI lacks knowledge or information sufficient to form a belief as to

23   the truth of the allegations of Paragraph 120, and therefore denies them.

24   121.   To the extent the allegations of Paragraph 121 relate to SDI, SDI

25   denies all of those allegations.  To the extent the allegations of Paragraph 121 relate to

26   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

27   truth of those allegations, and therefore denies them.

28

-19-

1    122.    To the extent the allegations of Paragraph 122 and its subparts relate

2  to SDI, SDI denies all of those allegations.  To the extent the allegations of Paragraph 122

3  and its subparts relate to other defendants, SDI lacks knowledge or information sufficient

4  to form a belief as to the truth of those allegations, and therefore denies them.

5    123.    SDI lacks knowledge or information sufficient to form a belief as to

6  the truth of the allegations of Paragraph 123, and therefore denies them.

7    124.    SDI lacks knowledge or information sufficient to form a belief as to

8  the truth of the allegations of Paragraph 124, and therefore denies them.

9    125.    SDI lacks knowledge or information sufficient to form a belief as to

10  the truth of the allegations of Paragraph 125, and therefore denies them.

11    126.    To the extent the allegations of Paragraph 126 relate to SDI, SDI

12  denies all of those allegations.  To the extent the allegations of Paragraph 126 relate to

13  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

14  truth of those allegations, and therefore denies them.

15    127.    To the extent the allegations of Paragraph 127 and relate to SDI, SDI

16  denies all of those allegations.  To the extent the allegations of Paragraph 127 relate to

17  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

18  truth of those allegations, and therefore denies them.

19    128.    SDI lacks knowledge or information sufficient to form a belief as to

20  the truth of the allegations of Paragraph 128, and therefore denies them.

21    129.    SDI lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations of Paragraph 129, and therefore denies them.

23    130.    SDI lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations of Paragraph 130, and therefore denies them.

25    131.    SDI lacks knowledge or information sufficient to form a belief as to

26  the truth of the allegations of Paragraph 131, and therefore denies them.

27    132.    To the extent the allegations of Paragraph 132 relate to SDI, SDI

28  denies all of those allegations.  To the extent the allegations of Paragraph 132 relate to

-20-

1   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

2   truth of those allegations, and therefore denies them.

3           133.    To the extent the allegations of Paragraph 133 relate to SDI, SDI

4   denies all of those allegations.  To the extent the allegations of Paragraph 133 relate to

5   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

6   truth of those allegations, and therefore denies them.

7           134.    To the extent the allegations of Paragraph 134 relate to SDI, SDI

8   denies all of those allegations.  To the extent the allegations of Paragraph 134 relate to

9   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

10   truth of those allegations, and therefore denies them.

11           135.    To the extent the allegations of Paragraph 135 relate to SDI, SDI

12   denies all of those allegations.  To the extent the allegations of Paragraph 135 relate to

13   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

14   truth of those allegations, and therefore denies them.

15           136.    To the extent the allegations of Paragraph 136 relate to SDI, SDI

16   denies all of those allegations.  To the extent the allegations of Paragraph 136 relate to

17   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

18   truth of those allegations, and therefore denies them.

19           137.    To the extent the allegations of Paragraph 137 relate to SDI, SDI

20   denies all of those allegations.  To the extent the allegations of Paragraph 137 relate to

21   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

22   truth of those allegations, and therefore denies them.

23           138.    SDI denies each and every allegation of Paragraph 138.

24           139.    To the extent the allegations of Paragraph 139 relate to SDI, SDI

25   denies all of those allegations.  To the extent the allegations of Paragraph 139 relate to

26   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

27   truth of those allegations, and therefore denies them.

28

-21-

1          140.   To the extent the allegations of Paragraph 140 relate to SDI, SDI

2   denies all of those allegations.  To the extent the allegations of Paragraph 140 relate to

3   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

4   truth of those allegations, and therefore denies them.

5          141.   To the extent the allegations of Paragraph 141 relate to SDI, SDI

6   denies all of those allegations.  To the extent the allegations of Paragraph 141 relate to

7   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

8   truth of those allegations, and therefore denies them.

9          142.   To the extent the allegations of Paragraph 142 and its subparts relate

10  to SDI, SDI denies all of those allegations.  To the extent the allegations of Paragraph 142

11  and its subparts relate to other defendants, SDI lacks knowledge or information sufficient

12  to form a belief as to the truth of those allegations, and therefore denies them.

13         143.   To the extent the allegations of Paragraph 143 relate to SDI, SDI

14  denies all of those allegations.  To the extent the allegations of Paragraph 143 relate to

15  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

16  truth of those allegations, and therefore denies them.

17         144.   To the extent the allegations of Paragraph 144 relate to SDI, SDI

18  denies all of those allegations.  To the extent the allegations of Paragraph 144 relate to

19  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

20  truth of those allegations, and therefore denies them.

21         145.   To the extent the allegations of Paragraph 145 relate to SDI, SDI

22  denies all of those allegations.  To the extent the allegations of Paragraph 145 relate to

23  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

24  truth of those allegations, and therefore denies them.

25         146.   To the extent the allegations of Paragraph 146 relate to SDI, SDI

26  denies all of those allegations.  To the extent the allegations of Paragraph 146 relate to

27  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

28  truth of those allegations, and therefore denies them.

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

1          147.    To the extent the allegations of Paragraph 147 relate to SDI, SDI

2   denies all of those allegations.  To the extent the allegations of Paragraph 147 relate to

3   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

4   truth of those allegations, and therefore denies them.

5          148.    To the extent the allegations of Paragraph 148 relate to SDI, SDI

6   denies all of those allegations.  To the extent the allegations of Paragraph 148 relate to

7   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

8   truth of those allegations, and therefore denies them.

9          149.    To the extent the allegations of Paragraph 149 relate to SDI, SDI

10  denies all of those allegations.  To the extent the allegations of Paragraph 149 relate to

11  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

12  truth of those allegations, and therefore denies them.

13         150.    To the extent the allegations of Paragraph 150 and its subparts relate

14  to SDI, SDI denies all of those allegations.  To the extent the allegations of Paragraph 150

15  and its subparts relate to other defendants, SDI lacks knowledge or information sufficient

16  to form a belief as to the truth of those allegations, and therefore denies them.

17         151.    To the extent the allegations of Paragraph 151 relate to SDI, SDI

18  denies all of those allegations.  To the extent the allegations of Paragraph 151 relate to

19  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

20  truth of those allegations, and therefore denies them.

21         152.    To the extent the allegations of Paragraph 152 relate to SDI, SDI

22  denies all of those allegations.  To the extent the allegations of Paragraph 152 relate to

23  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

24  truth of those allegations, and therefore denies them.

25         153.    To the extent the allegations of Paragraph 153 relate to SDI, SDI

26  denies all of those allegations.  To the extent the allegations of Paragraph 153 relate to

27  other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

28  truth of those allegations, and therefore denies them.

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

1        154.    To the extent the allegations of Paragraph 154 relate to SDI, SDI

2   denies all of those allegations.  To the extent the allegations of Paragraph 154 relate to

3   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

4   truth of those allegations, and therefore denies them.

5        155.    To the extent the allegations of Paragraph 155 relate to SDI, SDI

6   denies all of those allegations.  To the extent the allegations of Paragraph 155 relate to

7   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

8   truth of those allegations, and therefore denies them.

9        156.    To the extent the allegations of Paragraph 156 relate to SDI, SDI

10   denies all of those allegations.  To the extent the allegations of Paragraph 156 relate to

11   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

12   truth of those allegations, and therefore denies them.

13        157.    To the extent the allegations of Paragraph 157 relate to SDI, SDI

14   denies all of those allegations.  To the extent the allegations of Paragraph 157 relate to

15   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

16   truth of those allegations, and therefore denies them.

17        158.    To the extent the allegations of Paragraph 158 relate to SDI, SDI

18   denies all of those allegations.  To the extent the allegations of Paragraph 158 relate to

19   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

20   truth of those allegations, and therefore denies them.

21        159.    To the extent the allegations of Paragraph 159 relate to SDI, SDI

22   denies all of those allegations.  To the extent the allegations of Paragraph 159 relate to

23   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

24   truth of those allegations, and therefore denies them.

25        160.    To the extent the allegations of Paragraph 160 relate to SDI, SDI

26   denies all of those allegations.  To the extent the allegations of Paragraph 160 relate to

27   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

28   truth of those allegations, and therefore denies them.

W02-WEST:FMI\403250811.3
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

1           161.    SDI lacks knowledge or information sufficient to form a belief as to

2  the truth of the allegations of Paragraph 161, and therefore denies them.

3           162.    SDI lacks knowledge or information sufficient to form a belief as to

4  the truth of the allegations of Paragraph 162, and therefore denies them.

5           163.    SDI lacks knowledge or information sufficient to form a belief as to

6  the truth of the allegations of Paragraph 163, and therefore denies them.

7           164.    SDI lacks knowledge or information sufficient to form a belief as to

8  the truth of the allegations of Paragraph 164, and therefore denies them.

9           165.    SDI lacks knowledge or information sufficient to form a belief as to

10 the truth of the allegations of Paragraph 165, and therefore denies them.

11          166.    SDI lacks knowledge or information sufficient to form a belief as to

12 the truth of the allegations of Paragraph 166, and therefore denies them.

13          167.    SDI lacks knowledge or information sufficient to form a belief as to

14 the truth of the allegations of Paragraph 167, and therefore denies them.

15          168.    SDI lacks knowledge or information sufficient to form a belief as to

16 the truth of the allegations of Paragraph 168, and therefore denies them.

17          169.    SDI lacks knowledge or information sufficient to form a belief as to

18 the truth of the allegations of Paragraph 169, and therefore denies them.

19          170.    SDI lacks knowledge or information sufficient to form a belief as to

20 the truth of the allegations of Paragraph 170, and therefore denies them.

21          171.    SDI lacks knowledge or information sufficient to form a belief as to

22 the truth of the allegations of Paragraph 171, and therefore denies them.

23          172.    SDI lacks knowledge or information sufficient to form a belief as to

24 the truth of the allegations of Paragraph 172, and therefore denies them.

25          173.    SDI lacks knowledge or information sufficient to form a belief as to

26 the truth of the allegations of Paragraph 173, and therefore denies them.

27          174.    SDI lacks knowledge or information sufficient to form a belief as to

28 the truth of the allegations of Paragraph 174, and therefore denies them.

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
                                PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

175.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 175, and therefore denies them.

176.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 176, and therefore denies them.

177.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 177, and therefore denies them.

178.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 178, and therefore denies them.

179.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 179, and therefore denies them.

180.    SDI denies each and every allegation of Paragraph 180.

181.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 181, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that cathode ray tubes can be used in certain television and computer monitor products.

182.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 182, and therefore denies them.

183.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 183, and therefore denies them.

184.    SDI denies the allegations of the first sentence of Paragraph 184.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 184, and therefore denies them.

185.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 185, and therefore denies them.

186.    SDI denies the allegations of the last sentence of Paragraph 186.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 186, and therefore denies them.

W02-WEST:FMI\403250811.3
MDL No. 1917
SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

187.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 187, and therefore denies them.

188.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 188, and therefore denies them.

189.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 189, and therefore denies them.

190.   To the extent the allegations of Paragraph 190 relate to SDI, SDI denies all of those allegations.  To the extent the allegations of Paragraph 190 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

191.   To the extent the allegations of Paragraph 191 relate to SDI, SDI denies all of those allegations.  To the extent the allegations of Paragraph 191 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

192.   To the extent the allegations of Paragraph 192 relate to SDI, SDI denies all of those allegations.  To the extent the allegations of Paragraph 192 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

193.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 193, and therefore denies them.

194.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 194, and therefore denies them.

195.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 195, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that the United States Department of Justice and other foreign competition authorities have announced that they are investigating the cathode ray tubes industry.

W02-WEST:FMI\403250811.3
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

196.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 196, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that, in or about November, 2007, it was reported that antitrust authorities in Europe, Japan, and South Korea conducted investigations of the offices of certain cathode ray tube manufacturers as part of their own respective investigations.

197.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 197, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits on information and belief that C.Y. Lin, the former Chairman and CEO of Defendant Chunghwa Picture Tubes, Ltd., was indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly quoted in Paragraph 197, SDI refers Plaintiffs to the referenced document for a description of its content.

198.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 198, and therefore denies them.

199.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 199, and therefore denies them.

200.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 200, and therefore denies them.  With respect to the news article purportedly quoted in Paragraph 200, SDI refers Plaintiffs to the referenced document for a description of its content.

201.    SDI denies the allegations of Paragraph 201, with the exception of matters specifically admitted herein as follows.  SDI admits that the Korean Fair Trade Commission has announced that it is investigating the cathode ray tubes industry.

202.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 202, and therefore denies them.  With respect to the news article purportedly quoted in Paragraph 202, SDI refers Plaintiffs to the

-28-

1    referenced document for a description of its content.

2              203.    SDI lacks knowledge or information sufficient to form a belief as to

3    the truth of the allegations of Paragraph 203, and therefore denies them.

4              204.    SDI lacks knowledge or information sufficient to form a belief as to

5    the truth of the allegations of Paragraph 204, and therefore denies them.

6              205.    SDI lacks knowledge or information sufficient to form a belief as to

7    the truth of the allegations of Paragraph 205, and therefore denies them, with the exception

8    of matters specifically admitted herein as follows.  SDI admits that, in or about May, 2008,

9    the Hungarian Competition Authority ("HCA") announced that it was conducting an

10   investigation of the cathode ray tubes industry.  With respect to the HCA announcement

11   purportedly quoted in Paragraph 205, SDI refers Plaintiffs to the referenced document for a

12   description of its content.

13             206.    To the extent the allegations of Paragraph 206 relate to SDI, SDI

14   denies all of those allegations.  To the extent the allegations of Paragraph 206 relate to

15   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

16   truth of those allegations, and therefore denies them.

17             207.    With the exception of matters specifically admitted on information

18   and belief herein as follows, SDI lacks knowledge or information sufficient to form a

19   belief as to the truth of the allegations in Paragraph 207, and therefore denies them.  SDI

20   admits on information and belief that SEC entered into a plea agreement with the DOJ in

21   connection with an investigation of dynamic random access memory, the terms of which

22   are a matter of public record.

23             208.    To the extent the allegations of Paragraph 208 relate to SDI, SDI

24   denies all of those allegations.  To the extent the allegations of Paragraph 208 relate to

25   other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

26   truth of those allegations, and therefore denies them.

27             209.    SDI lacks knowledge or information sufficient to form a belief as to

28   the truth of the allegations of Paragraph 209, and therefore denies them.

1     210.    SDI lacks knowledge or information sufficient to form a belief as to

2 the truth of the allegations of Paragraph 210, and therefore denies them.

3     211.    With the exception of matters specifically admitted on information

4 and belief herein as follows, SDI lacks knowledge or information sufficient to form a

5 belief as to the truth of the allegations in Paragraph 211, and therefore denies them.  SDI

6 admits on information and belief that DOJ announced that it had entered into plea

7 agreements with LG Display Co., Ltd., LG Display America, Inc., Sharp Corporation, and

8 Chunghwa Picture Tubes, Ltd. in connection with an investigation of the TFT-LCD

9 industry, the terms of which are matters of public record.

10     212.    With the exception of matters specifically admitted on information

11 and belief herein as follows, SDI lacks knowledge or information sufficient to form a

12 belief as to the truth of the allegations in Paragraph 212, and therefore denies them.  SDI

13 admits on information and belief that DOJ announced that it had entered into a plea

14 agreement with Hitachi Displays, Ltd. in connection with an investigation of the TFT-LCD

15 industry, the terms of which are a matter of public record.

16     213.    SDI lacks knowledge or information sufficient to form a belief as to

17 the truth of the allegations of Paragraph 213, and therefore denies them.  With respect to

18 the indictments purportedly summarized in Paragraph 213, SDI refers Plaintiffs to the

19 referenced documents for descriptions of their content.

20 **IX.    Allegations Concerning Pass-Through of Overcharges to Consumers**

21     214.    SDI denies the allegations of the first two sentences of Paragraph 214.

22 SDI lacks knowledge or information sufficient to form a belief as to the truth of the

23 remaining allegations of Paragraph 214, and therefore denies them.  With respect to the

24 DOJ announcement purportedly quoted in Paragraph 214, SDI refers Plaintiffs to the

25 referenced document for a description of its contents.

26     215.    To the extent the allegations of Paragraph 215 relate to SDI, SDI

27 denies all of those allegations.  To the extent the allegations of Paragraph 215 relate to

28 other defendants, SDI lacks knowledge or information sufficient to form a belief as to the

-30-

1   truth of those allegations, and therefore denies them.

2          216.   SDI lacks knowledge or information sufficient to form a belief as to

3   the truth of the allegations of Paragraph 216, and therefore denies them.

4          217.   SDI lacks knowledge or information sufficient to form a belief as to

5   the truth of the allegations of Paragraph 217, and therefore denies them.

6          218.   SDI lacks knowledge or information sufficient to form a belief as to

7   the truth of the allegations of Paragraph 218, and therefore denies them.

8          219.   SDI lacks knowledge or information sufficient to form a belief as to

9   the truth of the allegations of Paragraph 219, and therefore denies them.

10          220.   SDI lacks knowledge or information sufficient to form a belief as to

11   the truth of the allegations of Paragraph 220, and therefore denies them.

12          221.   SDI lacks knowledge or information sufficient to form a belief as to

13   the truth of the allegations of Paragraph 221, and therefore denies them.

14          222.   SDI denies the allegations of the last sentence of Paragraph 222.  SDI

15   lacks knowledge or information sufficient to form a belief as to the truth of the remaining

16   allegations of Paragraph 222, and therefore denies them.

17          223.   SDI lacks knowledge or information sufficient to form a belief as to

18   the truth of the allegations of Paragraph 223, and therefore denies them.

19          224.   SDI lacks knowledge or information sufficient to form a belief as to

20   the truth of the allegations of Paragraph 224, and therefore denies them.

21          225.   SDI lacks knowledge or information sufficient to form a belief as to

22   the truth of the allegations of Paragraph 225, and therefore denies them.  With respect to

23   the declaration purportedly quoted in Paragraph 225, SDI refers Plaintiffs to the referenced

24   document for a description of its contents.

25          226.   SDI lacks knowledge or information sufficient to form a belief as to

26   the truth of the allegations of Paragraph 226, and therefore denies them.  With respect to

27   the treatise purportedly quoted in Paragraph 226, SDI refers Plaintiffs to the referenced

28   document for a description of its contents.

-31-

227.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 227, and therefore denies them.  With respect to the treatise purportedly quoted in Paragraph 227, SDI refers Plaintiffs to the referenced document for a description of its contents.

228.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 228, and therefore denies them.  With respect to the statement purportedly quoted in Paragraph 228, SDI refers Plaintiffs to the referenced document for a description of its contents.

229.    SDI denies each and every allegation of Paragraph 229.

230.    To the extent the allegations of Paragraph 230 relate to SDI, SDI denies all of those allegations.  To the extent the allegations of Paragraph 230 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

231.    SDI denies each and every allegation of Paragraph 231.

X.    Allegations Concerning the Putative Class Action

232.    SDI denies all of the allegations of Paragraph 232, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to bring this action as a putative class action as defined in Paragraph 232, but otherwise deny that there is a properly certifiable class as set forth in Paragraph 232.

233.    SDI denies all of the allegations of Paragraph 233, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to bring this action as a putative class action as defined in Paragraph 233, but otherwise deny that there are properly certifiable classes or subclasses as set forth in Paragraph 233.

234.    SDI denies all of the allegations of Paragraph 234, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs purport to bring this action as a putative class action as defined in Paragraph 234, but otherwise deny that there are properly certifiable classes or subclasses as set forth in Paragraph 234.

W02-WEST:FMI\403250811.3
MDL No. 1917
SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

1    235.    SDI denies each and every allegation of Paragraph 235, including its

2    subparts.

3    **XI.    Allegations Concerning Violations Alleged**

4    236.    SDI repeats and incorporates by reference its responses to Paragraphs

5    1 through 235 of the Complaint with the same force and effect as if set forth herein at

6    length.

7    237.    SDI avers that the allegations of Paragraph 237 constitute legal

8    contentions and/or conclusions to which no response is required, but SDI nonetheless

9    denies all of those allegations.

10    238.    SDI denies each and every allegation of Paragraph 238.

11    239.    SDI denies each and every allegation of Paragraph 239.

12    240.    SDI denies each and every allegation of Paragraph 240.

13    241.    SDI denies each and every allegation of Paragraph 241, including its

14    subparts.

15    242.    SDI denies each and every allegation of Paragraph 242, including its

16    subparts.

17    243.    SDI denies each and every allegation of Paragraph 243.

18    244.    SDI denies each and every allegation of Paragraph 244.

19    245.    SDI denies each and every allegation of Paragraph 245, with the

20    exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs

21    seek the issuance of an injunction pursuant to the cited statutory provision, but otherwise

22    denies that Plaintiffs are entitled to the requested relief.

23    246.    SDI repeats and incorporates by reference its responses to Paragraphs

24    1 through 245 of the Complaint with the same force and effect as if set forth herein at

25    length.

26    247.    SDI repeats and incorporates by reference its responses to Paragraphs

27    1 through 246 of the Complaint with the same force and effect as if set forth herein at

28    length.  SDI further denies each and every allegation specifically set forth in Paragraph

-33-

1  247, including its subparts.

2          248.    SDI repeats and incorporates by reference its responses to Paragraphs

3  1 through 247 of the Complaint with the same force and effect as if set forth herein at

4  length.  SDI further denies each and every allegation specifically set forth in Paragraph

5  248, including its subparts.

6          249.    SDI repeats and incorporates by reference its responses to Paragraphs

7  1 through 248 of the Complaint with the same force and effect as if set forth herein at

8  length.  SDI further denies each and every allegation specifically set forth in Paragraph

9  249, including its subparts.

10          250.    SDI repeats and incorporates by reference its responses to Paragraphs

11  1 through 249 of the Complaint with the same force and effect as if set forth herein at

12  length.  SDI further denies each and every allegation specifically set forth in Paragraph

13  250, including its subparts.

14          251.    SDI repeats and incorporates by reference its responses to Paragraphs

15  1 through 250 of the Complaint with the same force and effect as if set forth herein at

16  length.  SDI further denies each and every allegation specifically set forth in Paragraph

17  251, including its subparts.

18          252.    SDI repeats and incorporates by reference its responses to Paragraphs

19  1 through 251 of the Complaint with the same force and effect as if set forth herein at

20  length.  SDI further denies each and every allegation specifically set forth in Paragraph

21  252, including its subparts.

22          253.    SDI repeats and incorporates by reference its responses to Paragraphs

23  1 through 252 of the Complaint with the same force and effect as if set forth herein at

24  length.  SDI further denies each and every allegation specifically set forth in Paragraph

25  253, including its subparts.

26          254.    SDI repeats and incorporates by reference its responses to Paragraphs

27  1 through 253 of the Complaint with the same force and effect as if set forth herein at

28  length.  SDI further denies each and every allegation specifically set forth in Paragraph

-34-

1 | 254, including its subparts.

2 |                   255.    SDI repeats and incorporates by reference its responses to Paragraphs

3 | 1 through 254 of the Complaint with the same force and effect as if set forth herein at

4 | length.  SDI further denies each and every allegation specifically set forth in Paragraph

5 | 255, including its subparts.

6 |                   256.    SDI repeats and incorporates by reference its responses to Paragraphs

7 | 1 through 255 of the Complaint with the same force and effect as if set forth herein at

8 | length.  SDI further denies each and every allegation specifically set forth in Paragraph

9 | 256, including its subparts.

10 |                   257.    SDI repeats and incorporates by reference its responses to Paragraphs

11 | 1 through 256 of the Complaint with the same force and effect as if set forth herein at

12 | length.  SDI further denies each and every allegation specifically set forth in Paragraph

13 | 257, including its subparts.

14 |                   258.    SDI repeats and incorporates by reference its responses to Paragraphs

15 | 1 through 257 of the Complaint with the same force and effect as if set forth herein at

16 | length.  SDI further denies each and every allegation specifically set forth in Paragraph

17 | 258, including its subparts.

18 |                   259.    SDI repeats and incorporates by reference its responses to Paragraphs

19 | 1 through 258 of the Complaint with the same force and effect as if set forth herein at

20 | length.  SDI further denies each and every allegation specifically set forth in Paragraph

21 | 259, including its subparts.

22 |                   260.    SDI repeats and incorporates by reference its responses to Paragraphs

23 | 1 through 259 of the Complaint with the same force and effect as if set forth herein at

24 | length.  SDI further denies each and every allegation specifically set forth in Paragraph

25 | 260, including its subparts.

26 |                   261.    SDI repeats and incorporates by reference its responses to Paragraphs

27 | 1 through 260 of the Complaint with the same force and effect as if set forth herein at

28 | length.  SDI further denies each and every allegation specifically set forth in Paragraph

1  261, including its subparts.

2        262.    SDI repeats and incorporates by reference its responses to Paragraphs

3  1 through 261 of the Complaint with the same force and effect as if set forth herein at

4  length.  SDI further denies each and every allegation specifically set forth in Paragraph

5  262, including its subparts.

6        263.    SDI repeats and incorporates by reference its responses to Paragraphs

7  1 through 262 of the Complaint with the same force and effect as if set forth herein at

8  length.  SDI further denies each and every allegation specifically set forth in Paragraph

9  263, including its subparts.

10        264.    SDI repeats and incorporates by reference its responses to Paragraphs

11  1 through 263 of the Complaint with the same force and effect as if set forth herein at

12  length.  SDI further denies each and every allegation specifically set forth in Paragraph

13  264, including its subparts.

14        265.    SDI repeats and incorporates by reference its responses to Paragraphs

15  1 through 264 of the Complaint with the same force and effect as if set forth herein at

16  length.  SDI further denies each and every allegation specifically set forth in Paragraph

17  265, including its subparts.

18        266.    SDI repeats and incorporates by reference its responses to Paragraphs

19  1 through 265 of the Complaint with the same force and effect as if set forth herein at

20  length.  SDI further denies each and every allegation specifically set forth in Paragraph

21  266, including its subparts.

22        267.    SDI repeats and incorporates by reference its responses to Paragraphs

23  1 through 266 of the Complaint with the same force and effect as if set forth herein at

24  length.  SDI further denies each and every allegation specifically set forth in Paragraph

25  267, including its subparts.

26        268.    SDI repeats and incorporates by reference its responses to Paragraphs

27  1 through 267 of the Complaint with the same force and effect as if set forth herein at

28  length.  SDI further denies each and every allegation specifically set forth in Paragraph

-36-

1    268, including its subparts.

2    269.    SDI repeats and incorporates by reference its responses to Paragraphs

3    1 through 268 of the Complaint with the same force and effect as if set forth herein at

4    length.

5    270.    SDI denies each and every allegation of Paragraph 270.

6    271.    SDI repeats and incorporates by reference its responses to Paragraphs

7    1 through 270 of the Complaint with the same force and effect as if set forth herein at

8    length.  SDI further denies each and every allegation specifically set forth in Paragraph

9    271, including its subparts.

10    272.    SDI repeats and incorporates by reference its responses to Paragraphs

11    1 through 271 of the Complaint with the same force and effect as if set forth herein at

12    length.  SDI further denies each and every allegation specifically set forth in Paragraph

13    272, including its subparts.

14    273.    SDI repeats and incorporates by reference its responses to Paragraphs

15    1 through 272 of the Complaint with the same force and effect as if set forth herein at

16    length.  SDI further denies each and every allegation specifically set forth in Paragraph

17    273, including its subparts.

18    274.    SDI repeats and incorporates by reference its responses to Paragraphs

19    1 through 273 of the Complaint with the same force and effect as if set forth herein at

20    length.  SDI further denies each and every allegation specifically set forth in Paragraph

21    274, including its subparts.

22    275.    SDI repeats and incorporates by reference its responses to Paragraphs

23    1 through 274 of the Complaint with the same force and effect as if set forth herein at

24    length.  SDI further denies each and every allegation specifically set forth in Paragraph

25    275, including its subparts.

26    276.    SDI repeats and incorporates by reference its responses to Paragraphs

27    1 through 275 of the Complaint with the same force and effect as if set forth herein at

28    length.  SDI further denies each and every allegation specifically set forth in Paragraph

-37-

1    276, including its subparts.

2        277.    SDI repeats and incorporates by reference its responses to Paragraphs

3    1 through 276 of the Complaint with the same force and effect as if set forth herein at

4    length.  SDI further denies each and every allegation specifically set forth in Paragraph

5    277, including its subparts.

6        278.    SDI repeats and incorporates by reference its responses to Paragraphs

7    1 through 277 of the Complaint with the same force and effect as if set forth herein at

8    length.  SDI further denies each and every allegation specifically set forth in Paragraph

9    278, including its subparts.

10       279.    SDI repeats and incorporates by reference its responses to Paragraphs

11   1 through 278 of the Complaint with the same force and effect as if set forth herein at

12   length.  SDI further denies each and every allegation specifically set forth in Paragraph

13   279, including its subparts.

14       280.    SDI repeats and incorporates by reference its responses to Paragraphs

15   1 through 279 of the Complaint with the same force and effect as if set forth herein at

16   length.

17       281.    SDI denies each and every allegation of Paragraph 281.

18       282.    SDI denies each and every allegation of Paragraph 282.

19       283.    SDI denies each and every allegation of Paragraph 283, with the

20   exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs

21   seek disgorgement of purported profits and the establishment of a constructive trust, but

22   otherwise denies that Plaintiffs are entitled to the requested relief.

23   **XII.    Allegations Concerning Fraudulent Concealment**

24       284.    SDI denies each and every allegation of Paragraph 284.

25       285.    SDI denies each and every allegation of Paragraph 285.

26       286.    To the extent that the allegations of Paragraph 286 relate to other

27   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

28   and therefore denies them, including all subparts.  To the extent that the allegations of

-38-

Paragraph 286 relate to SDI, SDI denies all of those allegations, including all subparts.

287.    SDI denies each and every allegation of Paragraph 287.

**XIII.   Allegations Concerning Plaintiffs' Prayer for Relief.**

SDI denies that Plaintiffs suffered any injury or incurred any damages by any act or omission of SDI as alleged in the Complaint, and further denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in the Complaint.

**ADDITIONAL OR AFFIRMATIVE DEFENSES**

Without assuming any burden it would not otherwise bear, SDI asserts the following additional and/or affirmative defenses to Plaintiffs' Complaint:

**FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Waiver and Estoppel)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

**THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Laches)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of laches.

**FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of unclean hands.

## FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Remedies Unconstitutional, Unauthorized or Contrary to Public Policy)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized.

## SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Absence of Damages)

Plaintiffs' claims should be dismissed because Plaintiffs and/or certain members of the putative class have suffered no injury or damages as a result of the matters alleged in the Complaint.  To the extent that Plaintiffs and/or certain members of the putative class purportedly suffered injury or damage, which SDI specifically denies, SDI further contends that any such purported injury or damage was not by reason of any act or omission of SDI.

## SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Antitrust Injury)

Plaintiffs' claims should be dismissed because Plaintiffs and/or certain members of the putative class have not suffered actual, cognizable antitrust injury of the type antitrust laws are intended to remedy.

## EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Uncertainty of Damages)

Plaintiffs' claims should be dismissed because the alleged damages sought are too speculative and uncertain, and cannot be practicably ascertained or allocated.

## NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

Plaintiffs' claims should be dismissed, in whole or in part, because Plaintiffs and/or certain members of the putative class failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any.

## TENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Statute of Limitation)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the applicable statute(s) of limitations.

## ELEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Unjust Enrichment)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs and/or certain members of the putative class would be unjustly enriched if they were allowed to recover any part of the monetary relief sought in the Complaint.

## TWELFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Proximate Cause)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, due to the absence of any injury or damage for which SDI's actions, conduct, or omissions were the proximate cause.

## THIRTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Adequate Remedy at Law)

Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs and/or certain members of the putative class have available an adequate remedy at law.

## FOURTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Privilege)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any action taken by or on behalf of SDI was justified, constituted bona fide business competition and was taken in pursuit of its own legitimate business and economic interests, and is therefore privileged.

## FIFTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Non-actionable or Governmental Privilege)

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of SDI that is the subject of the Complaint was caused by, due to, based upon, or in response to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, and/or regulatory agencies, and such is non-actionable or privileged.

## SIXTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Parties)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, for failure to join indispensable parties.

## SEVENTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Comparative Fault)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any and all injuries alleged in the Complaint, the fact and extent of which SDI specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs, certain members of the putative class, and/or third parties or entities, other than SDI.

## EIGHTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acquiescence)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by Plaintiffs' and/or certain members of the putative class acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to SDI.

## NINETEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Claims Barred By Foreign Trade Antitrust Improvements Act)

Plaintiffs' claims based on foreign purchases, if any, should be dismissed to the extent that they are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a, and/or analogous state authority, and/or to the extent

-42-

1  Plaintiffs have failed to allege facts sufficient to state a claim pursuant to the Foreign

2  Trade Antitrust Improvements Act.

3  ## TWENTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

4  ### (Uncertainty)

5  Plaintiffs' claims should be dismissed for uncertainty and vagueness and

6  because their claims are ambiguous and/or unintelligible.  SDI avers that Plaintiffs' claims

7  do not describe the events or legal theories with sufficient particularity to permit SDI to

8  ascertain what other defenses may exist.  SDI therefore reserves the right to amend its

9  Answer to assert additional defenses and/or supplement, alter, or change its Answer and/or

10  defenses upon the discovery of more definitive facts upon the completion of its

11  investigation and discovery.

12  ## TWENTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

13  ### (Lack of Standing to Sue for Injuries Alleged)

14  Plaintiffs' claims should be dismissed, in whole or in part, to the extent

15  Plaintiffs lack standing to sue for the injuries alleged in the Complaint.

16  ## TWENTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

17  ### (Competition Not Harmed)

18  Plaintiffs' claims should be dismissed to the extent that they are barred, in

19  whole or in part, because SDI's actions did not lessen competition in the relevant

20  market(s).

21  ## TWENTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

22  ### (Intervening or Superseding Acts of Third Parties)

23  Plaintiffs' damages, if any, resulted from the acts or omissions of third parties

24  over whom SDI had no control or responsibility.  The acts of such third parties constitute

25  intervening or superseding causes of harm, if any, suffered by Plaintiffs.

26

27

28

-43-

## TWENTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Injury or Damages Offset by Benefits Received)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits Plaintiffs received with respect to the challenged conduct.

## TWENTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Increased Output and Lower Prices)

SDI, without admitting the existence of any contract, combination, or conspiracy in restraint of trade as alleged in the Complaint, avers that the matters about which Plaintiffs complain resulted in increased output and lower prices for CRTs and/or CRT Products.

## TWENTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Prices Fixed by Plaintiffs)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because the price of CRTs and/or CRT Products was fixed, if at all, by Plaintiffs and/or other purchasers of CRTs and/or CRT Products, either individually or collectively.

## TWENTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

## TWENTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Plead Conspiracy with Particularity)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient particularity.

W02-WEST:FMI\403250811.3
MDL No. 1917

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

**TWENTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(No Detrimental Reliance)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs did not detrimentally rely upon any alleged deceptive trade conduct as alleged in the Complaint.

**THIRTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Set Off)**

Without admitting that plaintiffs are entitled to recover damages in this matter, SDI is entitled to set off from any recovery Plaintiffs may obtain against SDI any amount paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

**THIRTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Failure to State a Claim for Injunctive Relief)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to state a claim for injunctive relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

**THIRTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(No Attorney Fees Allowed)**

An award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

**THIRTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Lack of Standing Individually Or As A Class)**

Plaintiffs' claims, including without limitation their state antitrust claims and state consumer protection claims, are barred by Plaintiffs' lack of standing to prosecute the claims individually or as a class action.

-45-

## THIRTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Commonality)

Plaintiffs' claims are improperly joined within the meaning of the Federal Rule of Civil Procedure 20 or 23 because they did not arise out of the same transaction, occurrence, or series of transactions or occurrences, and/or do not involve questions of law or fact common to all defendants.

## THIRTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Typicality)

Plaintiffs' claims are improperly joined within the meaning of the Federal Rule of Civil Procedure 23 because they are not typical of the claims of the other members of the putative class.

## THIRTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Plaintiffs are Not Proper Representatives)

Plaintiffs' claims are barred, in whole or in part, because the named Plaintiffs are not proper class representatives.

## THIRTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Damages Passed On)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint, which Samsung specifically denies, was passed on to persons or entities other than the Plaintiffs and/or was passed on by Plaintiffs to other parties.

## THIRTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Damages Not Passed Through to Plaintiffs)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint was not incurred by or passed on to Plaintiffs, or was incurred by or passed on to persons or entities other than Plaintiffs.

-46-

**THIRTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(No Unreasonable Restraint Of Trade)**

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of SDI did not unreasonably restrain trade.

**FORTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Ultra Vires)**

To the extent that my actionable conduct may have occurred, Plaintiffs' claims against SDI are barred because all such alleged conduct would have been committed by individuals acting ultra vires.

**FORTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Proportionality)**

To the extent SDI is found liable for damages, the fact and extent of which are expressly denied by SDI, those damages must be reduced in proportion to SDI's degree of fault.

**FORTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Forum Non Conveniens)**

Plaintiffs' claims are barred, in whole or in part, because of the doctrine of forum non conveniens.

**FORTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Permitted By Law)**

Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct or statements that are specifically permitted by law.

**FORTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

**(Multiple Recoveries)**

To the extent Plaintiffs' claims would result in SDI paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple recoveries would violate rights guaranteed to SDI by the U.S. Constitution and other law, including, without limitation, rights guaranteed under the Due Process Clause of the

-47-

Fourteenth Amendment, and by applicable state law.

## FORTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Extraterritorial Application)

Plaintiffs' claims are barred, in whole or in part, by the U.S. Constitution and/or applicable state law to the extent their claims seek the improper extraterritorial application of the laws of the various States cited to any transactions occurring outside those various States.

## FORTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acts Outside The Jurisdiction)

Plaintiffs' claims under the laws of the various States cited are barred, in whole or in part, to the extent SDI's alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor affected persons, entities, or commerce in the various States cited.

## FORTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Restitution Unmanageable And Inequitable)

Plaintiffs' requests for relief are barred, in whole or in part, to the extent the restitution sought in the Complaint is unmanageable and inequitable.

## FORTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Market Power)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs have failed to demonstrate that SDI possessed or possesses market power in any legally cognizable relevant market.

## FORTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Privity Of Contract)

Plaintiffs' claims are barred, in whale or in part, to the extent that privity of contract is required to establish their claims.

SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT

## FIFTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Release)

The claims of one or more of the persons or entities Plaintiffs purport to represent are barred because they have been released.

## FIFTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Voluntary Payment)

Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

## FIFTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No 'Full Consideration' Damages)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs are not entitled to "full consideration" damages.

## FIFTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Federal Trade Commission)

Any alleged conduct by SDI is, or if in interstate commerce would be, subject to and complies with the rules and regulations of, and the statutes administered by, the Federal Trade Commission or other official department, division, commission or agency of the United States as such rules, regulations, or statutes are interpreted by the Federal Trade Commission or such department, division, commission or agency of the federal courts.

## FIFTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Standing as Indirect Purchasers)

Plaintiffs' claims are barred, in whole or in part, to the extent the various States cited have not repealed the *Illinois Brick* doctrine.

## FIFTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Intrastate Conduct)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs do not allege conduct and/or effects that are wholly or predominantly intrastate within the

-49-

1  various States at issue.

2  **FIFTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

3  **(Unjust Enrichment Claims Barred)**

4  Plaintiffs' claims for unjust enrichment under the laws of the various States

5  cited are barred, in whole or in part, to the extent Plaintiffs have failed to exhaust all

6  remedies against the Samsung SDI Defendants.

7  **FIFTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

8  **(Not Entitled To Seek Damages)**

9  Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs are

10  not entitled to seek damages under the laws of the various States cited.

11  **FIFTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

12  **(Class Actions Prohibited)**

13  Plaintiffs' claims are barred, in whole or in part, to the extent class actions

14  are prohibited under the laws of the various States cited.

15  **FIFTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

16  **(Private Claim Cannot Be Brought In A Representative Capacity)**

17  Plaintiffs' claims are barred, in whole or in part, to the extent private claims

18  may not be brought in a representative capacity under the laws of the various States cited.

19  **SIXTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE**

20  **(Failure To Allege Predicate Acts For Consumer Protection Claims)**

21  Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs have

22  failed to allege predicate acts necessary to invoke application of the consumer protection

23  laws of the various States cited.

24  **SIXTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**

25  **(Failure To Plead Special Damages With Specificity)**

26  Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs have

27  failed to plead special damages with specificity as required by the laws of the various

28  States cited, including without limitation Rule 9(g) of the Hawaii Rules of Civil Procedure.

-50-

## SIXTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Goods Not Purchased Primarily For Personal, Family, Or Household Purposes)

Plaintiffs' claims are barred under the laws of the various States cited, in whole or in part, to the extent that at least some Plaintiffs did not purchase goods primarily for personal, family, or household purposes.

## SIXTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Other Defenses Incorporated by Reference)

SDI adopts and incorporates by reference any and all other additional or affirmative defenses asserted or to be asserted by any other defendant in this proceeding to the extent that SDI may share in such affirmative defenses.

## SIXTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Reservation of Rights to Assert Additional Defenses)

SDI has not knowingly or intentionally waived any applicable defenses and explicitly reserves the right to assert and rely on such other applicable defenses as may become available or apparent during discovery proceedings.  SDI further reserves the right to amend its Answer and/or its defenses accordingly, and/or to delete defenses that it determines are not applicable during the course of subsequent discovery.

WHEREFORE, the Samsung SDI Defendants pray for judgment as follows:

1.     That Plaintiffs take nothing under the Complaint, and the Complaint be dismissed with prejudice;

2.     That judgment be entered in favor of the Samsung SDI Defendants and against Plaintiffs on each and every cause of action set forth in the Complaint;

3.     That the Samsung SDI Defendants recover their costs of suit and attorneys' fees incurred herein; and

4.     That the Samsung SDI Defendants be granted such other and further relief as the Court deems just and proper.

1   Dated:  January 26, 2011                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2

3                                            By _____
                                                    /s/ Michael W. Scarborough
4                                                  MICHAEL W. SCARBOROUGH
                                                    Attorneys for Defendants
5                                              SAMSUNG SDI AMERICA, INC., SAMSUNG
                                               SDI CO., LTD., SAMSUNG SDI (MALAYSIA)
6                                              SDN. BHD., SAMSUNG SDI MEXICO S.A. DE
                                                C.V., SAMSUNG SDI BRASIL LTDA.,
7                                              SHENZHEN SAMSUNG SDI CO., LTD. and
                                                TIANJIN SAMSUNG SDI CO., LTD.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:FMI\403250811.3

MDL No. 1917
SAMSUNG SDI DEFENDANTS' ANSWER TO INDIRECT PURCHASER
PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT