1  GREGORY D. HULL (57367)
   WEIL, GOTSHAL & MANGES LLP
2  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
3  Telephone: (650) 802-3000
4  Facsimile: (650) 802-3100
   Email: greg.hull@weil.com
5

6  STEVEN A. REISS (*Admitted Pro Hac Vice*)
   DAVID L. YOHAI (*Admitted Pro Hac Vice*)
7  DAVID YOLKUT (*Admitted Pro Hac Vice*)
   WEIL, GOTSHAL & MANGES LLP
8  767 Fifth Avenue
   New York, New York 10153-0119
9  Telephone:  (212) 310-8000
   Facsimile:  (212) 310-8007
10 Email: steven.reiss@weil.com

11
   JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
12 A. PAUL VICTOR (*Admitted Pro Hac Vice*)
   EVA W. COLE (*Admitted Pro Hac Vice*)
13 DEWEY & LEBOEUF LLP
   1301 Avenue of the Americas
14 New York, NY 10019
   Telephone: (212) 259-8000
15 Facsimile: (212) 259-7013
   Email: jkessler@dl.com
16

17 *Attorneys for Defendant Panasonic Corporation of North America*

18

19                    **UNITED STATES DISTRICT COURT**
                       **NORTHERN DISTRICT OF CALIFORNIA**
20

21 | In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC—MDL No. 1917 |
22 |---|---|
   | | **CERTIFICATE OF SERVICE** |
23 | This Document Relates to: | |
24 | INDIRECT PURCHASER ACTION. | |

25

26

27

28

                                    1

**CERTIFICATE OF SERVICE**                                    Case No. 07-5944-SC
                                                              MDL No. 1917

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 767 Fifth Avenue, New York, New York 10153 (hereinafter "WGM"). I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on January 26, 2011, I served a copy of:

**DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S ANSWER TO THE INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT**

☒ **ELECTRONIC FILING** by serving a true copy on this date of each document listed above via the Court's USDC Live System – Document Filing System on all interested parties registered for electronic filing in this action.

☐ **BY U.S. MAIL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at WGM in accordance with WGM's ordinary business practices. I am readily familiar with WGM's practice for collection and processing of mail, and know that in the ordinary course of WGM's business practice that the document(s) described above will be deposited with the U.S. Postal Service on the same date as sworn to below.

Executed on January 26, 2011 at New York, New York. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Christopher M. Neely*
Christopher M. Neely