Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendant*
*Toshiba America Information Systems, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS | **TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT**<br><br>The Honorable Samuel Conti |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

## I. **INTRODUCTION**

For its Answer to the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint ("IP-TCAC"), Defendant Toshiba America Information Systems, Inc. ("TAIS") states as follows:

1.      The allegations contained in the first sentence of Paragraph 1 consist of the Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of the first sentence of Paragraph 1.  To the extent that the allegations contained in the second and third sentences of Paragraph 1 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in the second and third sentences of Paragraph 1 are directed to TAIS, TAIS denies these allegations.

2.      To the extent that the allegations contained in Paragraph 2 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 2 are directed to TAIS, TAIS denies these allegations.

3.      To the extent that the allegations contained in Paragraph 3 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 3 are directed to TAIS, TAIS denies these allegations.

4.      TAIS admits the allegations in the first sentence of Paragraph 4, but denies that the referenced competition authorities are investigating a "global conspiracy" covering "CRT Products" for lack of information sufficient to form a belief as to the truth of this allegation.  The allegations in the second and third sentences of Paragraph 4 are reflected in the indictment of C.Y. Lin, which is the best evidence of its contents.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

## II. JURISDICTION AND VENUE

5.     The allegations contained in Paragraph 5 consist of the Plaintiffs' characterization of their case, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 5.

6.     The allegations contained in Paragraph 6 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 6.

7.     The allegations contained in Paragraph 7 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 7.

8.     The allegations contained in Paragraph 8 are legal conclusions to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 8.

9.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and, therefore, denies these allegations.

10.     To the extent that the allegations contained in Paragraph 10 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 10 are directed to TAIS, TAIS denies these allegations.

11.     Paragraph 11 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 11 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

12.     Paragraph 12 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 12 may be deemed to require a response from TAIS,

TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

### III.  DEFINITIONS

13.     TAIS admits the allegations contained in Paragraph 13 of the IP-TCAC.

14.     TAIS denies the allegations contained in Paragraph 14 of the IP-TCAC.

15.     Paragraph 15 consists of defined terms, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 15.

16.     Paragraph 16 consists of defined terms, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 16.

17.     Paragraph 17 consists of defined terms, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 17.

18.     Paragraph 18 consists of defined terms, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations of Paragraph 18.

### IV.  PLAINTIFFS

19.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and, therefore, denies the allegations.

20.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and, therefore, denies the allegations.

21.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and, therefore, denies the allegations.

22.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and, therefore, denies the allegations.

23.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and, therefore, denies the allegations.

24.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and, therefore, denies the allegations.

25.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

26.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and, therefore, denies the allegations.

27.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and, therefore, denies the allegations.

28.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and, therefore, denies the allegations.

29.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and, therefore, denies the allegations.

30.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and, therefore, denies the allegations.

31.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and, therefore, denies the allegations.

32.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and, therefore, denies the allegations.

33.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 and, therefore, denies the allegations.

34.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and, therefore, denies the allegations.

35.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and, therefore, denies the allegations.

36.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and, therefore, denies the allegations.

37.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and, therefore, denies the allegations.

38.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and, therefore, denies the allegations.

39.     TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    40.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
2    of the allegations contained in Paragraph 40 and, therefore, denies the allegations.

3    41.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
4    of the allegations contained in Paragraph 41 and, therefore, denies the allegations.

5    42.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
6    of the allegations contained in Paragraph 42 and, therefore, denies the allegations.

7    43.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
8    of the allegations contained in Paragraph 43 and, therefore, denies the allegations.

9    44.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
10   of the allegations contained in Paragraph 44 and, therefore, denies the allegations.

11   45.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
12   of the allegations contained in Paragraph 45 and, therefore, denies the allegations.

13   46.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
14   of the allegations contained in Paragraph 46 and, therefore, denies the allegations.

15   47.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
16   of the allegations contained in Paragraph 47 and, therefore, denies the allegations.

17   48.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
18   of the allegations contained in Paragraph 48 and, therefore, denies the allegations.

19   49.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
20   of the allegations contained in Paragraph 49 and, therefore, denies the allegations.

21   50.    TAIS lacks knowledge or information sufficient to form a belief as to the truth
22   of the allegations contained in Paragraph 50 and, therefore, denies the allegations.

23                              **V.  <u>DEFENDANTS</u>**

24   **<u>LG Electronics Entities</u>**

25   51.    Paragraph 51 relates to another Defendant.    Accordingly, TAIS lacks
26   knowledge or information sufficient to form a belief as to the truth of the allegations
27   contained in Paragraph 51 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

52.     Paragraph 52 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and, therefore, denies the allegations.

53.     Paragraph 53 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and, therefore, denies the allegations.

54.     Paragraph 54 consists of Plaintiffs' explanation of a defined term used in the IP-TCAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 54.

**Philips Entities**

55.     Paragraph 55 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and, therefore, denies the allegations.

56.     Paragraph 56 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and, therefore, denies the allegations.

57.     Paragraph 57 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and, therefore, denies the allegations.

58.     Paragraph 58 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and, therefore, denies the allegations.

59.     Paragraph 59 consists of Plaintiffs' explanation of a defined term used in the IP-TCAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 59.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

**LP Displays**

60.     Paragraph 60 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and, therefore, denies the allegations.

**Samsung Entities**

61.     Paragraph 61 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and, therefore, denies the allegations.

62.     Paragraph 62 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and, therefore, denies the allegations.

63.     Paragraph 63 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and, therefore, denies the allegations.

64.     Paragraph 64 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and, therefore, denies the allegations.

65.     Paragraph 65 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and, therefore, denies the allegations.

66.     Paragraph 66 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and, therefore, denies the allegations.

67.     Paragraph 67 relates to another Defendant.     Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

68.     Paragraph 68 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and, therefore, denies the allegations.

69.     Paragraph 69 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and, therefore, denies the allegations.

70.     Paragraph 70 consists of Plaintiffs' explanation of a defined term used in the IP-TCAC, to which no response is required.  To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 70.

**Toshiba Entities**

71.     Paragraph 71 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and, therefore, denies the allegations, except that TAIS admits the allegations contained in the first sentence of Paragraph 71.

72.     Paragraph 72 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and, therefore, denies the allegations, except that TAIS admits the allegations contained in the first sentence of Paragraph 72.

73.     Paragraph 73 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and, therefore, denies the allegations.

74.     TAIS denies the allegations in Paragraph 74.  TAIS avers that its business address is 9740 Irvine Boulevard, Irvine, CA 92618-1697.  TAIS avers that it sold certain electronic devices containing cathode ray tubes during the Class Period.

75.     Paragraph 75 relates to another Defendant.  Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and, therefore, denies the allegations, except that TAIS avers that the business address of Toshiba America Electronic Components, Inc. is

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  19900 MacArthur Boulevard, Suite 400, Irvine, CA 92612 and avers that Toshiba America

2  Electronic Components, Inc. is a wholly-owned subsidiary of Toshiba America, Inc.

3      76.    Paragraph 76 relates to another company.    Accordingly, TAIS lacks

4  knowledge or information sufficient to form a belief as to the truth of the allegations

5  contained in Paragraph 76 and, therefore, denies the allegations.

6      77.    Paragraph 77 relates to another copmany.    Accordingly, TAIS lacks

7  knowledge or information sufficient to form a belief as to the truth of the allegations

8  contained in Paragraph 77 and, therefore, denies the allegations.

9      78.    Paragraph 78 consists of Plaintiffs' explanation of a defined term used in the

10  IP-TCAC, to which no response is required.   To the extent that a response is deemed

11  required, TAIS denies the allegations contained in Paragraph 78.

12  **Panasonic Entities**

13      79.    Paragraph 79 relates to another Defendant.    Accordingly, TAIS lacks

14  knowledge or information sufficient to form a belief as to the truth of the allegations

15  contained in Paragraph 79 and, therefore, denies the allegations.

16      80.    Paragraph 80 relates to another Defendant.    Accordingly, TAIS lacks

17  knowledge or information sufficient to form a belief as to the truth of the allegations

18  contained in Paragraph 80 and, therefore, denies the allegations.

19      81.    Paragraph 81 relates to another Defendant.    Accordingly, TAIS lacks

20  knowledge or information sufficient to form a belief as to the truth of the allegations

21  contained in Paragraph 81 and, therefore, denies the allegations.

22      82.    Paragraph 82 consists of Plaintiffs' explanation of a defined term used in the

23  IP-TCAC, to which no response is required.   To the extent that a response is deemed

24  required, TAIS denies the allegations contained in Paragraph 82.

25      83.    Paragraph 83 relates to another Defendant.    Accordingly, TAIS lacks

26  knowledge or information sufficient to form a belief as to the truth of the allegations

27  contained in Paragraph 83 and, therefore, denies the allegations.

28

84.     Paragraph 84 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and, therefore, denies the allegations.

**Hitachi Entities**

85.     Paragraph 85 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and, therefore, denies the allegations.

86.     Paragraph 86 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and, therefore, denies the allegations.

87.     Paragraph 87 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and, therefore, denies the allegations.

88.     Paragraph 88 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and, therefore, denies the allegations.

89.     Paragraph 89 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and, therefore, denies the allegations.

90.     Paragraph 90 relates to another Defendant.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and, therefore, denies the allegations.

91.     Paragraph 91 consists of Plaintiffs' explanation of a defined term used in the IP-TCAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 91.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**Tatung**

92.     Paragraph 92 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and, therefore, denies the allegations.

**Chunghwa Entities**

93.     Paragraph 93 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and, therefore, denies the allegations.

94.     Paragraph 94 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and, therefore, denies the allegations.

95.     Paragraph 95 consists of Plaintiffs' explanation of a defined term used in the IP-TCAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 95.

**IRICO Entities**

96.     Paragraph 96 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and, therefore, denies the allegations.

97.     Paragraph 97 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and, therefore, denies the allegations.

98.     Paragraph 98 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and, therefore, denies the allegations.

99.     Paragraph 99 consists of Plaintiffs' explanation of a defined term used in the IP-TCAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 99.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**Thai CRT**

100.    Paragraph 100 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and, therefore, denies the allegations.

**Samtel**

101.    Paragraph 101 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and, therefore, denies the allegations.

**Daewoo/Orion Entities**

102.    Paragraph 102 relates to another Defendant.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and, therefore, denies the allegations.

103.    Paragraph 103 consists of Plaintiffs' explanation of a defined term used in the IP-TCAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 103.

104.    Paragraph 104 consists of Plaintiffs' explanation of a defined term used in the IP-TCAC, to which no response is required.   To the extent that a response is deemed required, TAIS denies the allegations contained in Paragraph 104.

## VI.  AGENTS AND CO-CONSPIRATORS

105.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and, therefore, denies the allegations.

106.    Paragraph 106 consists of Plaintiffs' characterization of their claim, to which no response is required.   If a response is deemed required, TAIS denies the allegations contained in Paragraph 106.

107.    Paragraph 107 consists of Plaintiffs' characterization of their claims, to which no response is required.   To the extent that the allegations contained in Paragraph 107 relate to other Defendants, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent

that the allegations contained in Paragraph 107 are directed to TAIS, TAIS denies these allegations.

## VII.  INTERSTATE TRADE AND COMMERCE

108.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and, therefore, denies the allegations.

109.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 and, therefore, denies the allegations.

110.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and, therefore, denies the allegations.

## VIII.  FACTUAL ALLEGATIONS

**A.    CRT Technology**

111.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 and, therefore, denies the allegations.

112.    TAIS admits the allegations contained in Paragraph 112 of the IP-TCAC.

113.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 and, therefore, denies the allegations.

114.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 and, therefore, denies the allegations.

**B.    Structural Characteristics Of The CRT Market**

115.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 and, therefore, denies the allegations.

**a.    Market Concentration**

116.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 and, therefore, denies the allegations.

**b.    Information Sharing**

117.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    118.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

2    of the allegations contained in Paragraph 118 and, therefore, denies the allegations.

3        **c.      Consolidation**

4        119.    To the extent that the allegations contained in Paragraph 119 relate to other

5    Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

6    belief as to the truth of these allegations and, therefore, denies these allegations.  To the

7    extent that the allegations contained in Paragraph 119 are directed to TAIS, TAIS denies

8    these allegations, except that TAIS is generally aware that Toshiba Corporation transferred

9    its CRT business to a new entity called Matsushita Toshiba Picture Display Co., Ltd.

10   ("MTPD") on March 31, 2003.

11       120.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

12   of the allegations contained in Paragraph 120 and, therefore, denies the allegations.

13       **d.      Multiple Interrelated Business Relationships**

14       121.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

15   of the allegations contained in Paragraph 121 and, therefore, denies the allegations.

16       122.    To the extent that the allegations contained in Paragraph 122 relate to other

17   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

18   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

19   extent that the allegations contained in Paragraph 122 are directed to TAIS, TAIS denies

20   these allegations, except that TAIS is generally aware that Toshiba Corporation transferred

21   its CRT business to a new entity called MTPD on March 31, 2003.  TAIS is generally

22   aware that Toshiba Corporation participated in the formation of a new entity for the

23   manufacture of color picture tubes with Orion Electric of South Korea, Sumitomo

24   Corporation, and P.T. Tabung Gambar Indonesia.

25       **e.      High Costs Of Entry Into The Industry**

26       123.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

27   of the allegations contained in Paragraph 123 and, therefore, denies the allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### f.  The Maturity Of The CRT Product Market

124.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 and, therefore, denies the allegations.

125.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 and, therefore, denies the allegations.

126.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 and, therefore, denies the allegations.

127.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 and, therefore, denies the allegations.

128.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 and, therefore, denies the allegations.

129.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 and, therefore, denies the allegations.

### g.  Homogeneity Of CRT Products

130.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and, therefore, denies the allegations.

131.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 and, therefore, denies the allegations.

### C.  Pre-Conspiracy Market

132.   TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and, therefore, denies the allegations.

133.   Paragraph 133 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and, therefore, denies the allegations.

### D.  Defendants' And Co-Conspirators' Illegal Agreements

134.   To the extent that the allegations contained in Paragraph 134 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

extent that the allegations contained in Paragraph 134 are directed to TAIS, TAIS denies these allegations.

135. To the extent that the allegations contained in Paragraph 135 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 135 are directed to TAIS, TAIS denies these allegations.

136. To the extent that the allegations contained in Paragraph 136 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 136 are directed to TAIS, TAIS denies these allegations.

137. To the extent that the allegations contained in Paragraph 137 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 137 are directed to TAIS, TAIS denies these allegations.

138. To the extent that the allegations contained in Paragraph 138 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 138 are directed to TAIS, TAIS denies these allegations.

a. **"Glass Meetings"**

139. To the extent that the allegations contained in Paragraph 139 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 139 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

140.    To the extent that the allegations contained in Paragraph 140 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 140 are directed to TAIS, TAIS denies these allegations.

141.    To the extent that the allegations contained in Paragraph 141 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 141 are directed to TAIS, TAIS denies these allegations.

142.    To the extent that the allegations contained in Paragraph 142 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 142 are directed to TAIS, TAIS denies these allegations.

143.    To the extent that the allegations contained in Paragraph 143 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 143 are directed to TAIS, TAIS denies these allegations.

144.    To the extent that the allegations contained in Paragraph 144 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 144 are directed to TAIS, TAIS denies these allegations.

145.    To the extent that the allegations contained in Paragraph 145 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  extent that the allegations contained in Paragraph 145 are directed to TAIS, TAIS denies
2  these allegations.

3      146.    To the extent that the allegations contained in Paragraph 146 relate to other
4  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
5  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
6  extent that the allegations contained in Paragraph 146 are directed to TAIS, TAIS denies
7  these allegations.

8      147.    To the extent that the allegations contained in Paragraph 147 relate to other
9  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
10  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
11  extent that the allegations contained in Paragraph 147 are directed to TAIS, TAIS denies
12  these allegations.

13      148.    To the extent that the allegations contained in Paragraph 148 relate to other
14  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
15  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
16  extent that the allegations contained in Paragraph 148 are directed to TAIS, TAIS denies
17  these allegations.

18      149.    To the extent that the allegations contained in Paragraph 149 relate to other
19  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
20  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
21  extent that the allegations contained in Paragraph 149 are directed to TAIS, TAIS denies
22  these allegations.

23      150.    To the extent that the allegations contained in Paragraph 150 relate to other
24  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
25  belief as to the truth of these allegations and, therefore, denies these allegations.  To the
26  extent that the allegations contained in Paragraph 150 are directed to TAIS, TAIS denies
27  these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    151.    To the extent that the allegations contained in Paragraph 151 relate to other
2    Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
3    belief as to the truth of these allegations and, therefore, denies these allegations.  To the
4    extent that the allegations contained in Paragraph 151 are directed to TAIS, TAIS denies
5    these allegations

6    152.    To the extent that the allegations contained in Paragraph 152 relate to other
7    Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
8    belief as to the truth of these allegations and, therefore, denies these allegations.  To the
9    extent that the allegations contained in Paragraph 152 are directed to TAIS, TAIS denies
10   these allegations.

11        **b.    Bilateral Discussions**

12   153.    To the extent that the allegations contained in Paragraph 153 relate to other
13   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
14   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
15   extent that the allegations contained in Paragraph 153 are directed to TAIS, TAIS denies
16   these allegations.

17   154.    To the extent that the allegations contained in Paragraph 154 relate to other
18   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
19   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
20   extent that the allegations contained in Paragraph 154 are directed to TAIS, TAIS denies
21   these allegations.

22   155.    To the extent that the allegations contained in Paragraph 155 relate to other
23   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a
24   belief as to the truth of these allegations and, therefore, denies these allegations.  To the
25   extent that the allegations contained in Paragraph 155 are directed to TAIS, TAIS denies
26   these allegations.

27   156.    To the extent that the allegations contained in Paragraph 156 relate to other
28   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 156 are directed to TAIS, TAIS denies these allegations.

157.   To the extent that the allegations contained in Paragraph 157 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 157 are directed to TAIS, TAIS denies these allegations.

158.   To the extent that the allegations contained in Paragraph 158 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations. To the extent that the allegations contained in Paragraph 158 are directed to TAIS, TAIS denies these allegations.

c.      **Defendants' And Co-Conspirators' Participation In Group And Bilateral Discussions**

159.   Paragraph 159 relates to other Defendants. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 and, therefore, denies the allegations.

160.   Paragraph 160 relates to other Defendants. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 and, therefore, denies the allegations.

161.   Paragraph 161 relates to other Defendants. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 and, therefore, denies the allegations.

162.   Paragraph 162 relates to other Defendants. Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

163.    Paragraph 163 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 and, therefore, denies the allegations.

164.    Paragraph 164 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 and, therefore, denies the allegations.

165.    Paragraph 165 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 and, therefore, denies the allegations.

166.    Paragraph 166 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and, therefore, denies the allegations.

167.    Paragraph 167 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 and, therefore, denies the allegations.

168.    Paragraph 168 relates to other Defendants.   Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and, therefore, denies the allegations.

169.    To the extent that the allegations contained in Paragraph 169 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 169 are directed to TAIS, TAIS denies these allegations.

170.    To the extent that the allegations contained in Paragraph 170 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 170 are directed to TAIS, TAIS denies these allegations.

171.    Paragraph 171 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 and, therefore, denies the allegations.

172.    Paragraph 172 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 and, therefore, denies the allegations.

173.    Paragraph 173 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 and, therefore, denies the allegations.

174.    Paragraph 174 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and, therefore, denies the allegations.

175.    Paragraph 175 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 and, therefore, denies the allegations.

176.    Paragraph 176 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 and, therefore, denies the allegations.

177.    Paragraph 177 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 and, therefore, denies the allegations.

178.    Paragraph 178 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and, therefore, denies the allegations.

179.    Paragraph 179 relates to other Defendants.    Accordingly, TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 and, therefore, denies the allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  180.    To the extent that Paragraph 180 consists of Plaintiffs' characterization of

2  their claims and Plaintiffs' explanation of a defined term used in the IP-TCAC, no response

3  is required.  To the extent that the allegations contained in Paragraph 180 relate to other

4  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

5  belief as to the truth of these allegations and, therefore, denies these allegations.  To the

6  extent that the allegations contained in Paragraph 180 may be deemed to require a response

7  from TAIS, TAIS denies these allegations.

8  **E.    The CRT Market During The Conspiracy**

9  181.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

10 of the allegations contained in Paragraph 181 and, therefore, denies the allegations.

11 182.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

12 of the allegations contained in Paragraph 182 and, therefore, denies the allegations.

13 183.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

14 of the allegations contained in Paragraph 183 and, therefore, denies the allegations.

15 184.    To the extent that Paragraph 184 consists of purported statements in news

16 reports and/or statements in public documents, those statements speak for themselves and

17 no response is required.  To the extent that the allegations contained in Paragraph 184

18 relate to other Defendants and/or third parties, TAIS lacks knowledge or information

19 sufficient to form a belief as to the truth of these allegations and, therefore, denies these

20 allegations.  To the extent that the allegations contained in Paragraph 184 may be deemed

21 to require a response from TAIS, TAIS denies these allegations.

22 185.    To the extent that Paragraph 185 consists of purported statements in news

23 reports and/or statements in public documents, those statements speak for themselves and

24 no response is required.  To the extent that the allegations contained in Paragraph 185

25 relate to other Defendants and/or third parties, TAIS lacks knowledge or information

26 sufficient to form a belief as to the truth of these allegations and, therefore, denies these

27 allegations.  To the extent that the allegations contained in Paragraph 185 may be deemed

28 to require a response from TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

186.    To the extent that the allegations contained in Paragraph 186 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 186 are directed to TAIS, TAIS denies these allegations.

187.    To the extent that Paragraph 187 consists of purported statements in news reports and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 187 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 187 may be deemed to require a response from TAIS, TAIS denies these allegations.

188.    To the extent that Paragraph 188 consists of purported statements in news reports and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 188 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 188 may be deemed to require a response from TAIS, TAIS denies these allegations.

189.    To the extent that Paragraph 189 consists of purported statements in news reports and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 189 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 189 may be deemed to require a response from TAIS, TAIS denies these allegations.

190.    To the extent that the allegations contained in Paragraph 190 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 190 are directed to TAIS, TAIS denies these allegations.

191.   To the extent that the allegations contained in Paragraph 191 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 191 are directed to TAIS, TAIS denies these allegations.

192.   To the extent that Paragraph 192 consists of purported statements in news reports and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 192 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 192 may be deemed to require a response from TAIS, TAIS denies these allegations.

193.   To the extent that the allegations contained in Paragraph 193 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 193 are directed to TAIS, TAIS denies these allegations.

194.   To the extent that the allegations contained in Paragraph 194 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 194 are directed to TAIS, TAIS denies these allegations.

F.   **International Government Antitrust Investigations**

195.   To the extent that the allegations contained in Paragraph 195 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 195 are directed to TAIS, TAIS denies these allegations.

196.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 and, therefore, denies these allegations.

197.    To the extent that Paragraph 197 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 197 may be deemed to require a response from TAIS, TAIS denies these allegations.

198.    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 and, therefore, denies these allegations.

199.    To the extent that Paragraph 199 consists of purported statements in news reports and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 199 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 199 may be deemed to require a response from TAIS, TAIS denies these allegations.

200.    To the extent that Paragraph 200 consists of purported statements in news reports and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 200 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 200 may be deemed to require a response from TAIS, TAIS denies these allegations.

1    201.    Paragraph 201 relates to other Defendants and/or third parties.  Accordingly,

2    TAIS lacks knowledge or information sufficient to form a belief as to the truth of the

3    allegations contained in Paragraph 201 and, therefore, denies these allegations.

4    202.    To the extent that Paragraph 202 consists of purported statements in news

5    reports and/or statements in public documents, those statements speak for themselves and

6    no response is required.  To the extent that the allegations contained in Paragraph 202

7    relate to other Defendants and/or third parties, TAIS lacks knowledge or information

8    sufficient to form a belief as to the truth of these allegations and, therefore, denies these

9    allegations.  To the extent that the allegations contained in Paragraph 202 may be deemed

10   to require a response from TAIS, TAIS denies these allegations.

11   203.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

12   of the allegations contained in Paragraph 203 and, therefore, denies these allegations.

13   204.    The allegations contained in Paragraph 204 refer to a public annual report,

14   which is the best evidence of its contents.

15   205.    TAIS lacks knowledge or information sufficient to form a belief as to the truth

16   of the allegations contained in Paragraph 205 and, therefore, denies these allegations.

17   206.    To the extent that the allegations contained in Paragraph 206 relate to other

18   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

19   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

20   extent that the allegations contained in Paragraph 206 are directed to TAIS, TAIS denies

21   these allegations.

22   207.    To the extent that the allegations contained in Paragraph 207 relate to other

23   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

24   belief as to the truth of these allegations and, therefore, denies these allegations.  To the

25   extent that the allegations contained in Paragraph 207 are directed to TAIS, TAIS denies

26   these allegations.

27   208.    To the extent that the allegations contained in Paragraph 208 relate to other

28   Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 208 are directed to TAIS, TAIS denies these allegations.

209.   To the extent that the allegations contained in Paragraph 209 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 209 are directed to TAIS, TAIS denies these allegations.

210.   To the extent that Paragraph 210 consists of purported statements in news reports and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 210 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 210 may be deemed to require a response from TAIS, TAIS denies these allegations.

211.   To the extent that Paragraph 211 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 211 may be deemed to require a response from TAIS, TAIS denies these allegations.

212.   To the extent that Paragraph 212 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 212 may be deemed to require a response from TAIS, TAIS denies these allegations.

213.   To the extent that Paragraph 213 consists of purported statements by government authorities and/or statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Paragraph 213 may be deemed to require a response from TAIS, TAIS denies these allegations.

## IX.  **THE PASS-THROUGH OF OVERCHARGES TO CONSUMERS**

214.    To the extent that Paragraph 214 contains argument and/or legal conclusions, no response is required.  To the extent that Paragraph 214 consists of purported statements by governmental authorities, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 214 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 214 are directed to TAIS, TAIS denies these allegations.

215.    To the extent that the allegations contained in Paragraph 215 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 215 are directed to TAIS, TAIS denies these allegations.

216.    To the extent that the allegations contained in Paragraph 216 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 216 are directed to TAIS, TAIS denies these allegations.

217.    To the extent that the allegations contained in Paragraph 217 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 217 are directed to TAIS, TAIS denies these allegations.

218.    To the extent that Paragraph 218 contains argument and/or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 218

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  relate to other Defendants and/or third parties, TAIS lacks knowledge or information

2  sufficient to form a belief as to the truth of these allegations and, therefore, denies these

3  allegations.  To the extent that the allegations contained in Paragraph 218 are directed to

4  TAIS, TAIS denies these allegations.

5       219.  To the extent that Paragraph 219 contains argument and/or legal conclusions,

6  no response is required.  To the extent that the allegations contained in Paragraph 219

7  relate to other Defendants and/or third parties, TAIS lacks knowledge or information

8  sufficient to form a belief as to the truth of these allegations and, therefore, denies these

9  allegations.  To the extent that the allegations contained in Paragraph 219 are directed to

10  TAIS, TAIS denies these allegations.

11       220.  To the extent that Paragraph 220 contains argument and/or legal conclusions,

12  no response is required.  To the extent that the allegations contained in Paragraph 220

13  relate to other Defendants and/or third parties, TAIS lacks knowledge or information

14  sufficient to form a belief as to the truth of these allegations and, therefore, denies these

15  allegations.  To the extent that the allegations contained in Paragraph 220 are directed to

16  TAIS, TAIS denies these allegations.

17       221.  To the extent that the allegations contained in Paragraph 221 relate to other

18  Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a

19  belief as to the truth of these allegations and, therefore, denies these allegations.  To the

20  extent that the allegations contained in Paragraph 221 are directed to TAIS, TAIS denies

21  these allegations.

22       222.  To the extent that Paragraph 222 contains argument and/or legal conclusions,

23  no response is required.  To the extent that the allegations contained in Paragraph 222

24  relate to other Defendants and/or third parties, TAIS lacks knowledge or information

25  sufficient to form a belief as to the truth of these allegations and, therefore, denies these

26  allegations.  To the extent that the allegations contained in Paragraph 222 may be deemed

27  to require a response from TAIS, TAIS denies these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

223.    To the extent that Paragraph 223 contains argument and/or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 223 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 223 are directed to TAIS, TAIS denies these allegations.

224.    To the extent that Paragraph 224 contains argument and/or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 224 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 224 may be deemed to require a response from TAIS, TAIS denies these allegations

225.    To the extent that Paragraph 225 contains argument and/or legal conclusions, no response is required.  To the extent that Paragraph 225 consists of purported statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 225 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 225 may be deemed to require a response from TAIS, TAIS denies these allegations.

226.    To the extent that Paragraph 226 contains argument and/or legal conclusions, no response is required.  To the extent that Paragraph 226 consists of purported statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 226 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 226 may be deemed to require a response from TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

227.    To the extent that Paragraph 227 contains argument and/or legal conclusions, no response is required.  To the extent that Paragraph 227 consists of purported statements in public documents, those statements speak for themselves and no response is required. To the extent that the allegations contained in Paragraph 227 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from TAIS, TAIS denies these allegations.

228.    To the extent that Paragraph 228 contains argument and/or legal conclusions, no response is required.  Also, Paragraph 228 consists of purported statements in public documents, those statements speak for themselves and no response is required.  To the extent that the allegations contained in Paragraph 228 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 228 may be deemed to require a response from TAIS, TAIS denies these allegations.

229.    To the extent that Paragraph 229 contains argument and/or legal conclusions, no response is required.  To the extent that the allegations contained in Paragraph 229 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 229 are directed to TAIS, TAIS denies these allegations.

230.    To the extent that the allegations contained in Paragraph 230 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 230 are directed to TAIS, TAIS denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    231.   To the extent that Paragraph 231 contains argument and/or legal conclusions,

2  no response is required.   To the extent that the allegations contained in Paragraph 231

3  relate to other Defendants and/or third parties, TAIS lacks knowledge or information

4  sufficient to form a belief as to the truth of these allegations and, therefore, denies these

5  allegations.  To the extent that the allegations contained in Paragraph 231 may be deemed

6  to require a response from TAIS, TAIS denies these allegations.

7                    ## X. CLASS ACTION ALLEGATIONS

8    232.   Paragraph 232 consists of argument, Plaintiffs' characterization of their claims

9  and/or legal conclusions, to which no response is required.   To the extent that the

10  allegations contained in Paragraph 232 may be deemed to require a response from TAIS,

11  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

12  allegations and, therefore, denies these allegations.  TAIS further denies that this action can

13  properly be maintained as a class action on behalf of the purported class or otherwise.

14    233.   Paragraph 233 consists of argument, Plaintiffs' characterization of their claims

15  and/or legal conclusions, to which no response is required.   To the extent that the

16  allegations contained in Paragraph 233 may be deemed to require a response from TAIS,

17  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

18  allegations and, therefore, denies these allegations.  TAIS further denies that this action can

19  properly be maintained as a class action on behalf of the purported class or otherwise.

20    234.   Paragraph 234 consists of argument, Plaintiffs' characterization of their claims

21  and/or legal conclusions, to which no response is required.   To the extent that the

22  allegations contained in Paragraph 234 may be deemed to require a response from TAIS,

23  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

24  allegations and, therefore, denies these allegations.  TAIS further denies that this action can

25  properly be maintained as a class action on behalf of the purported class or otherwise.

26    235.   Paragraph 235 consists of argument, Plaintiffs' characterization of their claims

27  and/or legal conclusions, to which no response is required.   To the extent that the

28  allegations contained in Paragraph 235 may be deemed to require a response from TAIS,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  TAIS further denies that this action can properly be maintained as a class action on behalf of the purported class or otherwise.

## XI.  VIOLATIONS ALLEGED

### A.   First Claim For Relief:  Violation Of Section 1 Of The Sherman Act

236.   TAIS hereby incorporates by reference its responses to Paragraphs 1-235 of the IP-TCAC, as set forth above.

237.   Paragraph 237 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 237 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 237 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

238.   Paragraph 238 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 238 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 238 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

239.   Paragraph 239 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 239 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations

1  contained in Paragraph 239 may be deemed to require a response from TAIS, TAIS lacks
2  knowledge or information sufficient to form a belief as to the truth of these allegations and,
3  therefore, denies these allegations.

4      240.    Paragraph 240 consists of argument, Plaintiffs' characterization of their claims
5  and/or legal conclusions, to which no response is required.   To the extent that the
6  allegations contained in Paragraph 240 relate to other Defendants and/or third parties,
7  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these
8  allegations and, therefore, denies these allegations.   To the extent that the allegations
9  contained in Paragraph 240 may be deemed to require a response from TAIS, TAIS lacks
10  knowledge or information sufficient to form a belief as to the truth of these allegations and,
11  therefore, denies these allegations.

12      241.    Paragraph 241 consists of argument, Plaintiffs' characterization of their claims
13  and/or legal conclusions, to which no response is required.   To the extent that the
14  allegations contained in Paragraph 241 relate to other Defendants and/or third parties,
15  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these
16  allegations and, therefore, denies these allegations.   To the extent that the allegations
17  contained in Paragraph 241 may be deemed to require a response from TAIS, TAIS lacks
18  knowledge or information sufficient to form a belief as to the truth of these allegations and,
19  therefore, denies these allegations.

20      242.    Paragraph 242 consists of argument, Plaintiffs' characterization of their claims
21  and/or legal conclusions, to which no response is required.   To the extent that the
22  allegations contained in Paragraph 242 relate to other Defendants and/or third parties,
23  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these
24  allegations and, therefore, denies these allegations.   To the extent that the allegations
25  contained in Paragraph 242 may be deemed to require a response from TAIS, TAIS lacks
26  knowledge or information sufficient to form a belief as to the truth of these allegations and,
27  therefore, denies these allegations.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

243.    Paragraph 243 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 243 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 243 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

244.    Paragraph 244 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 244 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 244 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

245.    Paragraph 245 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.   To the extent that the allegations contained in Paragraph 245 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 245 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**B.**    **Second Claim For Relief:  Violation Of State Antitrust Statutes**

246.    TAIS hereby incorporates by reference its responses to Paragraphs 1-245 of the IP-TCAC, as set forth above.

247.    TAIS hereby incorporates by reference its responses to Paragraphs 1-246 of the IP-TCAC, as set forth above.   Paragraph 247 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 247 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 247 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

248.    TAIS hereby incorporates by reference its responses to Paragraphs 1-247 of the IP-TCAC, as set forth above.   Paragraph 248 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 248 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 248 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

249.    TAIS hereby incorporates by reference its responses to Paragraphs 1-248 of the IP-TCAC, as set forth above.   Paragraph 249 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 249 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 249 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

250.    TAIS hereby incorporates by reference its responses to Paragraphs 1-249 of the IP-TCAC, as set forth above.   Paragraph 250 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 250 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 250 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

251.    TAIS hereby incorporates by reference its responses to Paragraphs 1-250 of the IP-TCAC, as set forth above.   Paragraph 251 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 251 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 251 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

252.    TAIS hereby incorporates by reference its responses to Paragraphs 1-251 of the IP-TCAC, as set forth above.   Paragraph 252 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 252 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 252 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO INDIRECT
PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917

253.    TAIS hereby incorporates by reference its responses to Paragraphs 1-252 of the IP-TCAC, as set forth above.    Paragraph 253 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 253 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 253 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

254.    TAIS hereby incorporates by reference its responses to Paragraphs 1-253 of the IP-TCAC, as set forth above.    Paragraph 254 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 254 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 254 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

255.    TAIS hereby incorporates by reference its responses to Paragraphs 1-254 of the IP-TCAC, as set forth above.    Paragraph 255 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 255 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 255 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

256.   TAIS hereby incorporates by reference its responses to Paragraphs 1-255 of the IP-TCAC, as set forth above.   Paragraph 256 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 256 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 256 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

257.   TAIS hereby incorporates by reference its responses to Paragraphs 1-256 of the IP-TCAC, as set forth above.   Paragraph 257 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 257 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 257 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

258.   TAIS hereby incorporates by reference its responses to Paragraphs 1-257 of the IP-TCAC, as set forth above.   TAIS denies that Plaintiffs are entitled to any relief pursuant to claims under the laws of Nebraska that are based on sales made prior to July 20, 2002, as the Court dismissed these claims in its March 30, 2010 Order (Doc. No. 665).  Also, Paragraph 258 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.  To the extent that the allegations contained in Paragraph 258 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.   To the extent that the allegations contained in Paragraph 258 may be deemed to require a response from TAIS, TAIS lacks

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   knowledge or information sufficient to form a belief as to the truth of these allegations and,

2   therefore, denies these allegations.

3       259.    TAIS hereby incorporates by reference its responses to Paragraphs 1-258 of

4   the IP-TCAC, as set forth above.  TAIS denies that Plaintiffs are entitled to any relief

5   pursuant to claims under the laws of Nevada that are based on sales made prior to the 1999

6   date of Nevada's repealer statute, as the Court dismissed these claims in its March 30, 2010

7   Order (Doc. No. 665).    Also, Paragraph 259 consists of argument, Plaintiffs'

8   characterization of their claims and/or legal conclusions, to which no response is required.

9   To the extent that the allegations contained in Paragraph 259 relate to other Defendants

10  and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

11  the truth of these allegations and, therefore, denies these allegations.  To the extent that the

12  allegations contained in Paragraph 259 may be deemed to require a response from TAIS,

13  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

14  allegations and, therefore, denies these allegations.

15      260.    TAIS hereby incorporates by reference its responses to Paragraphs 1-259 of

16  the IP-TCAC, as set forth above.   Paragraph 260 consists of argument, Plaintiffs'

17  characterization of their claims and/or legal conclusions, to which no response is required.

18  To the extent that the allegations contained in Paragraph 260 relate to other Defendants

19  and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

20  the truth of these allegations and, therefore, denies these allegations.  To the extent that the

21  allegations contained in Paragraph 260 may be deemed to require a response from TAIS,

22  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

23  allegations and, therefore, denies these allegations.

24      261.    TAIS hereby incorporates by reference its responses to Paragraphs 1-260 of

25  the IP-TCAC, as set forth above.   Paragraph 261 consists of argument, Plaintiffs'

26  characterization of their claims and/or legal conclusions, to which no response is required.

27  To the extent that the allegations contained in Paragraph 261 relate to other Defendants

28  and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   the truth of these allegations and, therefore, denies these allegations.  To the extent that the

2   allegations contained in Paragraph 261 may be deemed to require a response from TAIS,

3   TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

4   allegations and, therefore, denies these allegations.

5        262.   TAIS hereby incorporates by reference its responses to Paragraphs 1-261 of

6   the IP-TCAC, as set forth above.   Paragraph 262 consists of argument, Plaintiffs'

7   characterization of their claims and/or legal conclusions, to which no response is required.

8   To the extent that the allegations contained in Paragraph 262 relate to other Defendants

9   and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

10  the truth of these allegations and, therefore, denies these allegations.  To the extent that the

11  allegations contained in Paragraph 262 may be deemed to require a response from TAIS,

12  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

13  allegations and, therefore, denies these allegations.

14       263.   TAIS hereby incorporates by reference its responses to Paragraphs 1-262 of

15  the IP-TCAC, as set forth above.   Paragraph 263 consists of argument, Plaintiffs'

16  characterization of their claims and/or legal conclusions, to which no response is required.

17  To the extent that the allegations contained in Paragraph 263 relate to other Defendants

18  and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

19  the truth of these allegations and, therefore, denies these allegations.  To the extent that the

20  allegations contained in Paragraph 263 may be deemed to require a response from TAIS,

21  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

22  allegations and, therefore, denies these allegations.

23       264.   TAIS hereby incorporates by reference its responses to Paragraphs 1-263 of

24  the IP-TCAC, as set forth above.   Paragraph 264 consists of argument, Plaintiffs'

25  characterization of their claims and/or legal conclusions, to which no response is required.

26  To the extent that the allegations contained in Paragraph 264 relate to other Defendants

27  and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

28  the truth of these allegations and, therefore, denies these allegations.  To the extent that the

allegations contained in Paragraph 264 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

265.   TAIS hereby incorporates by reference its responses to Paragraphs 1-264 of the IP-TCAC, as set forth above.   Paragraph 265 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 265 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 265 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

266.   TAIS hereby incorporates by reference its responses to Paragraphs 1-265 of the IP-TCAC, as set forth above.   Paragraph 266 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 266 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 266 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

267.   TAIS hereby incorporates by reference its responses to Paragraphs 1-266 of the IP-TCAC, as set forth above.   Paragraph 267 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 267 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 267 may be deemed to require a response from TAIS,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

268.    TAIS hereby incorporates by reference its responses to Paragraphs 1-267 of the IP-TCAC, as set forth above.    Paragraph 268 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 268 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 268 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

## C.    Third Claim For Relief:  Violation Of State Consumer Protection And Unfair Competition Statutes

269.    TAIS hereby incorporates by reference its responses to Paragraphs 1-268 of the IP-TCAC, as set forth above.

270.    Paragraph 270 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.    To the extent that the allegations contained in Paragraph 270 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.    To the extent that the allegations contained in Paragraph 270 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

271.    TAIS hereby incorporates by reference its responses to Paragraphs 1-270 of the IP-TCAC, as set forth above.    Paragraph 271 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 271 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the

1    allegations contained in Paragraph 271 may be deemed to require a response from TAIS,

2    TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

3    allegations and, therefore, denies these allegations.

4         272.    TAIS hereby incorporates by reference its responses to Paragraphs 1-271 of

5    the IP-TCAC, as set forth above.   Paragraph 272 consists of argument, Plaintiffs'

6    characterization of their claims and/or legal conclusions, to which no response is required.

7    To the extent that the allegations contained in Paragraph 272 relate to other Defendants

8    and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

9    the truth of these allegations and, therefore, denies these allegations.  To the extent that the

10   allegations contained in Paragraph 272 may be deemed to require a response from TAIS,

11   TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

12   allegations and, therefore, denies these allegations.

13        273.    TAIS hereby incorporates by reference its responses to Paragraphs 1-272 of

14   the IP-TCAC, as set forth above.   Paragraph 273 consists of argument, Plaintiffs'

15   characterization of their claims and/or legal conclusions, to which no response is required.

16   To the extent that the allegations contained in Paragraph 273 relate to other Defendants

17   and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

18   the truth of these allegations and, therefore, denies these allegations.  To the extent that the

19   allegations contained in Paragraph 273 may be deemed to require a response from TAIS,

20   TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

21   allegations and, therefore, denies these allegations.

22        274.    TAIS hereby incorporates by reference its responses to Paragraphs 1-273 of

23   the IP-TCAC, as set forth above.   Paragraph 274 consists of argument, Plaintiffs'

24   characterization of their claims and/or legal conclusions, to which no response is required.

25   To the extent that the allegations contained in Paragraph 274 relate to other Defendants

26   and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

27   the truth of these allegations and, therefore, denies these allegations.  To the extent that the

28   allegations contained in Paragraph 274 may be deemed to require a response from TAIS,

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

2   allegations and, therefore, denies these allegations.

3       275.   TAIS hereby incorporates by reference its responses to Paragraphs 1-274 of

4   the IP-TCAC, as set forth above.   Paragraph 275 consists of argument, Plaintiffs'

5   characterization of their claims and/or legal conclusions, to which no response is required.

6   To the extent that the allegations contained in Paragraph 275 relate to other Defendants

7   and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

8   the truth of these allegations and, therefore, denies these allegations.  To the extent that the

9   allegations contained in Paragraph 275 may be deemed to require a response from TAIS,

10  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

11  allegations and, therefore, denies these allegations.

12      276.   TAIS hereby incorporates by reference its responses to Paragraphs 1-275 of

13  the IP-TCAC, as set forth above.   Paragraph 276 consists of argument, Plaintiffs'

14  characterization of their claims and/or legal conclusions, to which no response is required.

15  To the extent that the allegations contained in Paragraph 276 relate to other Defendants

16  and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

17  the truth of these allegations and, therefore, denies these allegations.  To the extent that the

18  allegations contained in Paragraph 276 may be deemed to require a response from TAIS,

19  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

20  allegations and, therefore, denies these allegations.

21      277.   TAIS hereby incorporates by reference its responses to Paragraphs 1-276 of

22  the IP-TCAC, as set forth above.   Paragraph 277 consists of argument, Plaintiffs'

23  characterization of their claims and/or legal conclusions, to which no response is required.

24  To the extent that the allegations contained in Paragraph 277 relate to other Defendants

25  and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to

26  the truth of these allegations and, therefore, denies these allegations.  To the extent that

27  allegations contained in Paragraph 277 may be deemed to require a response from TAIS,

28

TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

278.    TAIS hereby incorporates by reference its responses to Paragraphs 1-277 of the IP-TCAC, as set forth above.    Paragraph 278 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 278 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 278 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

279.    TAIS hereby incorporates by reference its responses to Paragraphs 1-278 of the IP-TCAC, as set forth above.    Paragraph 279 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required. To the extent that the allegations contained in Paragraph 279 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations contained in Paragraph 279 may be deemed to require a response from TAIS, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.

**D.    Fourth Claim Fr Relief:  Unjust Enrichment And Disgorgement Of Profits**

280.    TAIS hereby incorporates by reference its responses to Paragraphs 1-279 of the IP-TCAC, as set forth above.

281.    Paragraph 281 consists of argument, Plaintiffs' characterization of their claims and/or legal conclusions, to which no response is required.    To the extent that the allegations contained in Paragraph 281 relate to other Defendants and/or third parties, TAIS lacks knowledge or information sufficient to form a belief as to the truth of these allegations and, therefore, denies these allegations.  To the extent that the allegations

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  contained in Paragraph 281 may be deemed to require a response from TAIS, TAIS lacks

2  knowledge or information sufficient to form a belief as to the truth of these allegations and,

3  therefore, denies these allegations.

4       282.    Paragraph 282 consists of argument, Plaintiffs' characterization of their claims

5  and/or legal conclusions, to which no response is required.   To the extent that the

6  allegations contained in Paragraph 282 relate to other Defendants and/or third parties,

7  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

8  allegations and, therefore, denies these allegations.   To the extent that the allegations

9  contained in Paragraph 282 may be deemed to require a response from TAIS, TAIS lacks

10  knowledge or information sufficient to form a belief as to the truth of these allegations and,

11  therefore, denies these allegations.

12       283.    Paragraph 283 consists of argument, Plaintiffs' characterization of their claims

13  and/or legal conclusions, to which no response is required.   To the extent that the

14  allegations contained in Paragraph 283 relate to other Defendants and/or third parties,

15  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

16  allegations and, therefore, denies these allegations.   To the extent that the allegations

17  contained in Paragraph 283 may be deemed to require a response from TAIS, TAIS lacks

18  knowledge or information sufficient to form a belief as to the truth of these allegations and,

19  therefore, denies these allegations.

20  ## XII.  FRAUDULENT CONCEALMENT

21       284.    Paragraph 284 consists of argument, Plaintiffs' characterization of their claims

22  and/or legal conclusions, to which no response is required.   To the extent that the

23  allegations contained in Paragraph 284 relate to other Defendants and/or third parties,

24  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these

25  allegations and, therefore, denies these allegations.   To the extent that the allegations

26  contained in Paragraph 284 may be deemed to require a response from TAIS, TAIS lacks

27  knowledge or information sufficient to form a belief as to the truth of these allegations and,

28  therefore, denies these allegations.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1   285.    Paragraph 285 consists of argument, Plaintiffs' characterization of their claims
2   and/or legal conclusions, to which no response is required.  To the extent that the
3   allegations contained in Paragraph 285 relate to other Defendants and/or third parties,
4   TAIS lacks knowledge or information sufficient to form a belief as to the truth of these
5   allegations and, therefore, denies these allegations.  To the extent that the allegations
6   contained in Paragraph 285 may be deemed to require a response from TAIS, TAIS lacks
7   knowledge or information sufficient to form a belief as to the truth of these allegations and,
8   therefore, denies these allegations.

9   286.    Paragraph 286 consists of argument, Plaintiffs' characterization of their claims
10  and/or legal conclusions, to which no response is required.  To the extent that the
11  allegations contained in Paragraph 286 relate to other Defendants and/or third parties,
12  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these
13  allegations and, therefore, denies these allegations.  To the extent that the allegations
14  contained in Paragraph 286 may be deemed to require a response from TAIS, TAIS lacks
15  knowledge or information sufficient to form a belief as to the truth of these allegations and,
16  therefore, denies these allegations.

17  287.    Paragraph 287 consists of argument, Plaintiffs' characterization of their claims
18  and/or legal conclusions, to which no response is required.  To the extent that the
19  allegations contained in Paragraph 287 relate to other Defendants and/or third parties,
20  TAIS lacks knowledge or information sufficient to form a belief as to the truth of these
21  allegations and, therefore, denies these allegations.  To the extent that the allegations
22  contained in Paragraph 287 may be deemed to require a response from TAIS, TAIS lacks
23  knowledge or information sufficient to form a belief as to the truth of these allegations and,
24  therefore, denies these allegations.

## XIII.  PRAYER FOR RELIEF

In answer to the Prayer for Relief, TAIS denies each and every allegation in the
Prayer and further specifically denies that Plaintiffs are entitled to any of the relief
requested or any remedy whatsoever against TAIS.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   All allegations of the IP-TCAC not heretofore admitted or denied are here and now

2   denied as though specifically denied herein.

3   ### DEFENSES/AFFIRMATIVE DEFENSES

4   Without assuming any burden it would not otherwise bear, and reserving its right to

5   amend its Answer to assert additional defenses as they may become known during

6   discovery, TAIS asserts the following separate and additional defenses:

7   ### FIRST DEFENSE

8   The conduct alleged to provide a basis for the claims of Plaintiffs and any putative

9   class members did not have a direct, substantial and reasonably foreseeable effect on trade

10  or commerce with the United States.  The Court therefore lacks subject-matter jurisdiction

11  over the claims of Plaintiffs and any putative class members.  The Court also lacks subject-

12  matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337.

13  ### SECOND DEFENSE

14  Plaintiffs' claims and claims of any putative class members are barred, in whole or in

15  part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

16  ### THIRD DEFENSE

17  The IP-TCAC fails to state a claim upon which relief can be granted.

18  ### FOURTH DEFENSE

19  Plaintiffs, and each of them, have failed to plead fraudulent concealment with the

20  particularity required by Rule 9(b) of the Federal Rules of Civil Procedure.

21  ### FIFTH DEFENSE

22  Plaintiffs' state law claims are barred or limited in whole or in part by the doctrine of

23  *forum non conveniens* and improper venue.  Plaintiffs' claims, to the extent they rely on the

24  laws of foreign states or are brought on behalf of out-of-state residents, would be better

25  adjudicated in those foreign courts.

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### SIXTH DEFENSE

Plaintiffs' claims and claims of any putative class members against TAIS are barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution of their claims.

### SEVENTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because they cannot be maintained as a class action.

### EIGHTH DEFENSE

The relief sought by Plaintiffs, and each of them, is barred because the named Plaintiffs are not proper class representatives.

### NINTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because Plaintiffs, and each of them, lack standing to bring or maintain the claims set forth in the IP-TCAC.

### TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs purport to bring this action on behalf of a nationwide class, some members of which reside in jurisdictions that do not permit actions based on, or analogous to, the claims specified in the IP-TCAC.

### ELEVENTH DEFENSE

Plaintiffs' claims and claims of any putative class members are improperly joined within the meaning of Rule 20 of the Federal Rules of Civil Procedure because they did not arise out of the same transaction, occurrence or series of transactions or occurrences and/or do not involve questions of law or fact common to all Defendants.

### TWELFTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because Plaintiffs, and each of them, have suffered no antitrust injury.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

**THIRTEENTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the doctrine of waiver.

**FOURTEENTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the doctrine of estoppel.

**FIFTEENTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the doctrine of laches.

**SIXTEENTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because no Plaintiff has been injured in its business or property by reason of any action of TAIS.

**SEVENTEENTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because any alleged injuries and damages were not legally or proximately caused by any acts or omissions of TAIS and/or were caused, if at all, solely and proximately by the conduct of third parties including, without limitation, the prior, intervening or superseding conduct of such third parties.

**EIGHTEENTH DEFENSE**

To the extent that any actionable conduct occurred, Plaintiffs' claims and claims of any putative class members against TAIS are barred because all such conduct would have been committed by individuals acting *ultra vires*.

**NINETEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have suffered no damages as a result of any actions taken by TAIS and/or the other Defendants.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

## TWENTIETH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because the alleged damages, if any, are speculative and because of the impossibility of the ascertainment and allocation of such alleged damages.

## TWENTY-FIRST DEFENSE

Plaintiffs and any putative class members are barred from recovery of any damages because of, and to the extent of, their failure to mitigate damages.

## TWENTY-SECOND DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because any actions or practices of TAIS that are the subject of the IP-TCAC were undertaken unilaterally for legitimate business reasons and in pursuit of TAIS's independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between TAIS and any other person or entity.

## TWENTY-THIRD DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because any acts or practices of TAIS that are the subject of the IP-TCAC were adopted in furtherance of legitimate business interests of TAIS and of its customers and did not unreasonably restrain competition.

## TWENTY-FOURTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because any acts or practices of TAIS that are the subject of the IP-TCAC were cost justified or otherwise economically justified and resulted from a good-faith effort to meet competition or market conditions.

## TWENTY-FIFTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, as premised upon privileged conduct or actions by TAIS.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**TWENTY-SIXTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because the alleged conduct complained of was caused by, due to, based upon, or in response to directives, laws, regulations, policies and/or acts of governments, governmental agencies and entities and/or regulatory agencies, and as such is non-actionable or privileged.

**TWENTY-SEVENTH DEFENSE**

To the extent there is a finding of an illegal overcharge, Plaintiffs' claims are barred, in whole or in part, to the extent that such overcharge was absorbed, in whole or in part, by others, and was not passed through to the indirect purchasers.

**TWENTY-EIGHTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, because, as indirect purchasers, they fail to meet their burden of proving that they were damaged in fact by the conduct of which complaint is here made, including the burden of proving that any so-called overcharge of which complaint is made and which was not absorbed by predecessors to the Plaintiffs in the chain of distribution was not passed on to a third party.

**TWENTY-NINTH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, to the extent they seek improper multiple damage awards, and damage awards duplicative of those sought in other actions, in violation of the Due Process guarantees of the Fifth and Fourteenth Amendments to the United States Constitution.

**THIRTIETH DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the equitable doctrine of unclean hands.

**THIRTY-FIRST DEFENSE**

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, by the doctrine of accord and satisfaction.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**THIRTY-SECOND DEFENSE**

Without admitting the existence of any contract, combination or conspiracy in restraint of trade, TAIS contends that it is entitled to set off any amounts paid to Plaintiffs by any Defendants other than TAIS who have settled, or do settle, Plaintiffs' claims against them in this action.

**THIRTY-THIRD DEFENSE**

Plaintiffs' claims and claims of any putative class members for injunctive relief are barred, in whole or in part, insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened future harm or continuing harm.

**THIRTY-FOURTH DEFENSE**

The IP-TCAC is ambiguous as to whether the alleged state law violations are intended to be asserted on behalf of a purported nationwide class of indirect purchasers or just on behalf of the residents of those states whose laws were cited.  To the extent the IP-TCAC asserts alleged violations on behalf of indirect purchasers located outside of the jurisdictions governed by those laws, those claims are barred as improper assertions of extraterritorial jurisdiction and any effort to enforce those laws as to residents of other states would violate Defendants' rights to due process under the United States and various state constitutions.

**THIRTY-FIFTH DEFENSE**

To the extent Plaintiffs or any purported class members seek to assert claims or obtain relief under the laws of a state of which they are not a resident, those claims are barred by constitutional rights of due process, choice of law principles, and the laws of the states under which Plaintiffs assert their claims.

**THIRTY-SIXTH DEFENSE**

Plaintiffs' claims are barred in whole or part because the IP-TCAC fails to plead conspiracy with particularity required under applicable law.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

### THIRTY-SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations, including but not limited to:  15 U.S.C. § 15b; Ariz. Rev. Stat. Ann. § 44-1410; Cal. Bus. & Prof. Code § 17208; Cal. Bus. & Prof. Code § 16750.1; Cal. Civ. Proc. Code §§ 337-340; D.C. Code §§ 28-4511(b) and 12-301; Fla. Stat. § 95.11(f); Haw. Rev. Stat. § 480-24; 740 Ill. Comp. Stat. 10/7; Iowa Code §§ 553.12 and 553.16; Kan. Stat. Ann. § 60-512(2); Me. Rev. Stat. Ann. tit. 14, § 752; Me. Rev. Stat. Ann. tit. 5, § 213; Mich. Comp. Laws §§ 445.781 and 600.5813; Minn. Stat. § 325D.64(1); Miss. Code Ann. §§ 15-1-49 and 15-1-65; Neb. Rev. Stat. §§ 25-206 and 59-1612; Nev. Rev. Stat. §§ 11.190 and 598A.220; N.M. Stat. § 57-1-12; N.Y. C.P.L.R. 214(2); N.C. Gen. Stat. § 75-16.2; N.D. Cent. Code § 51-08.1-10; S.D. Codified Laws § 37-1-14.4; Tenn. Code Ann. § 28-3-105; Vt. Stat. Ann. tit. 12, § 511; W. Va. Code § 47-18-11; Wis. Stat. § 133.18.

### THIRTY-EIGHTH DEFENSE

Plaintiffs lack standing to prosecute their state antitrust claims, in whole or in part, under, without limitation, the following statutes:  Ariz. Rev. Stat. Ann. §§ 44-1401, *et seq.*; Cal. Bus. & Prof. Code §§ 16700, *et seq.*; Cal. Bus. & Prof. Code §§ 17200, *et seq.*; D.C. Code §§ 28-4502, *et seq.*; Haw. Rev. Stat. §§ 480-1, *et seq.*; 740 Ill. Comp. Stat. 10/1, *et seq.*; Iowa Code §§ 553.1, *et seq.*; Kan. Stat. Ann. §§ 50-101, *et seq.*; Me. Rev. Stat. Ann. tit. 10, §§ 1101, *et seq.*; Mich. Comp. Laws §§ 445.771, *et seq.*; Minn. Stat. §§ 325D.52, *et seq.*; Miss. Code Ann. §§ 75-21-9, *et seq.* and 75-24-1, *et seq.*; Neb. Rev. Stat. §§ 59-801, *et seq.*; Nev. Rev. Stat. §§ 598A, *et seq.*; N.M. Stat. §§ 57-1-1, *et seq.*; N.Y. Gen. Bus. Law §§ 340 *et seq.*; N.C. Gen. Stat. §§ 75-1, *et seq.*; N.D. Cent. Code §§ 51-08.1-01, *et seq.*; S.D. Codified Laws §§ 37-1, *et seq.*; Tenn. Code Ann. §§ 47-25-101, *et seq.*; Vt. Stat. Ann. tit. 9, §§ 2453, *et seq.*; W. Va. Code §§ 47-18-1, *et seq.*; Wis. Stat. §§ 133.01, *et seq.*

### THIRTY-NINTH DEFENSE

Plaintiffs lack standing to prosecute their state consumer protection claims, in whole or in part, under, without limitation, the following statutes:   Cal. Bus. & Prof. Code §§ 17200, *et seq.*; D.C. Code §§ 28-3901, *et seq.*; Fla. Stat. §§ 501.201, *et seq.*; Haw. Rev.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Stat. §§ 480-4, *et seq.*; Neb. Rev. Stat. §§ 59-1601, *et seq.*; N.M. Stat. §§ 57-1-1, *et seq.*;

2  N.Y. Gen. Bus. Law §§ 349, *et seq.*; N.C. Gen. Stat. §§ 75-1.1, *et seq.*; Vt. Stat. Ann. tit. 9,

3  §§ 2451, *et seq.*

### FORTIETH DEFENSE

5  Plaintiffs are not entitled to bring claims, or are entitled to any relief, for alleged

6  violations of Neb. Rev. Stat. §§ 59-801, *et seq.*, based on sales made prior to July 20, 2002,

7  as these claims were dismissed by the Court in its March 30, 2010 Order.

### FORTY-FIRST DEFENSE

9  Plaintiffs are not entitled to bring claims, or are entitled to any relief, for alleged

10  violations of Nev. Rev. Stat. §§ 598A, *et seq.*, based on sales made prior to the 1999 date of

11  Nevada's repealer statute, as these claims were dismissed by the Court in its

12  March 30, 2010 Order.

### FORTY-SECOND DEFENSE

14  Plaintiffs' claims under Ariz. Rev. Stat. Ann. §§ 44-1401, *et seq.*, are barred, in whole

15  or in part, because Plaintiffs failed to comply with the requirements of Ariz. Rev. Stat.

16  Ann. § 44-1415.

### FORTY-THIRD DEFENSE

18  Plaintiffs' claims are barred, in whole or in part, to the extent that the claims are

19  based on California law and any of the alleged events took place outside the state of

20  California without impact on California residents.

### FORTY-FOURTH DEFENSE

22  To the extent Plaintiffs purport to represent or seek relief on behalf of members of the

23  putative class who are not located or resident in the State of California, the IP-TCAC and

24  each of its claims for relief therein violate Defendants' rights to due process under the

25  constitutions of California and the United States.  *See, e.g.*, *BMW of N. Am. v. Gore*, 517

26  U.S. 559, 571-72 (1996); *Phillips Petroleum Co. v. Shutts*, 472 U.S. 797, 812-23 (1985).

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## FORTY-FIFTH DEFENSE

Any award of restitution under Cal. Bus. & Prof. Code § 17203 based upon asserted interests or injuries of the purported class members in this case would violate the Excessive Fines Clause of the Eighth Amendment (as incorporated by the Due Process Clause of the Fourteenth Amendment) to the United States Constitution and Article I, Section 17 of the California Constitution.

## FORTY-SIXTH DEFENSE

Plaintiffs' claims for monetary relief under Cal. Bus. & Prof. Code § 17203 are barred, in whole or in part, because TAIS did not acquire any money or property from Plaintiffs.

## FORTY-SEVENTH DEFENSE

Any finding of liability under Cal. Bus. & Prof. Code §§ 17200, 17203 or 17204 would violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution and Article I, Section 7 of the California Constitution, because the standards of liability under these statutes are unduly vague and subjective, permitting retroactive, random, arbitrary and capricious punishment that serves no legitimate governmental interest.

## FORTY-EIGHTH DEFENSE

Any award of restitution to the Plaintiffs under Cal. Bus. & Prof. Code § 17203 would constitute a taking of property without just compensation in violation of the Takings Clause of the Fifth Amendment to the United States Constitution (as incorporated by the Due Process Clause of the Fourteenth Amendment to the United States Constitution) and Article I, Section 19 of the California Constitution.

## FORTY-NINTH DEFENSE

Cal. Bus. & Prof. Code § 17204 improperly delegates the executive branch's prosecutorial power to private parties, in contravention of the separation-of-powers doctrine and the provisions of Article V of the California Constitution vesting the State's

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   executive power in the Executive Branch, by authorizing private plaintiffs without any

2   individualized injury to bring suit on behalf of the interests of the general public.

3                                **FIFTIETH DEFENSE**

4         Any award of restitution under Cal. Bus. & Prof. Code § 17203 to persons who refuse

5   to execute an acknowledgement that the payment is in full settlement of claims against

6   Defendants would violate the Due Process Clause of the Fourteenth Amendment to the

7   United States Constitution.

8                              **FIFTY-FIRST DEFENSE**

9         Plaintiffs' claims under Cal. Bus. & Prof. Code §§ 16700 *et seq*., are barred, in whole

10  or in part, because the application of §§ 16700, *et seq.*, to wholly interstate or foreign

11  commerce violates the Commerce Clause of the United States Constitution.

12                            **FIFTY- SECOND DEFENSE**

13        Any award of treble damages, punitive damages or restitution pursuant to Cal. Bus. &

14  Prof. Code §§ 16720, 16727, 16750, or 16761 would violate the Excessive Fines and Due

15  Process Clauses of the United States Constitution and equivalent clauses in the California

16  Constitution.

17                             **FIFTY-THIRD DEFENSE**

18        Plaintiffs' claims under Cal. Bus. & Prof. Code §§ 16700, *et seq.*, §§ 17200, *et seq.*,

19  and California unjust enrichment law are barred, in whole or in part, because those statutes

20  are inapplicable to alleged wrongs suffered by non-California residents based on alleged

21  conduct of TAIS occurring outside of California.

22                            **FIFTY-FOURTH DEFENSE**

23        Plaintiffs' claims under Cal. Bus. & Prof. Code §§ 16700, *et seq.*, §§ 17200, *et seq.*,

24  and California unjust enrichment law are barred, in whole or in part, because those causes

25  of action arise under California law, but Plaintiffs seek to include in the putative plaintiff

26  class non-California residents — notwithstanding California's lack of a significant contact

27  or significant aggregation of contacts with each member of the putative nationwide plaintiff

28  class — and as such is arbitrary and unfair and violates guarantees of due process in the

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

United States and California Constitutions, as well as the Full Faith and Credit Clause of the United States Constitution, and constitutes an impermissible burden on interstate commerce in contravention of the Commerce Clause of the United States Constitution.

### FIFTY-FIFTH DEFENSE

Plaintiffs' claims for unjust enrichment brought under California law are barred, in whole or in part, because TAIS did not receive a benefit from Plaintiffs, TAIS did not retain any benefit, and/or the receipt of any benefit was not unjust.

### FIFTY-SIXTH DEFENSE

Plaintiffs' claims under D.C. Code §§ 28-4502, *et seq.*, are barred, in whole or in part, because any award to the indirect purchasers would result in duplication of recovery of damages which is prohibited under D.C. Code § 28-4509(b).

### FIFTY-SEVENTH DEFENSE

Plaintiffs' claims under Fla. Stat. §§ 501.201, *et seq.*, are barred, in whole or in part, because pursuant to § 501.202(3), the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") must be construed in a manner consistent with federal antitrust laws. Because Plaintiffs' injuries are too speculative, derivative, indirect, and remote to confer standing under federal antitrust law, they also do not confer standing under FDUTPA.

### FIFTY-EIGHTH DEFENSE

Plaintiffs' claims under Fla. Stat. §§ 501.201, *et seq.*, are barred, in whole or in part, because Plaintiffs cannot establish actual damages.

### FIFTY-NINTH DEFENSE

Plaintiffs' claims under Haw. Rev. Stat. §§ 480-4, *et seq.*, are barred, in whole or in part, because Plaintiffs failed to comply with the requirements of Haw. Rev. Stat. § 480-13.3.

### SIXTIETH DEFENSE

Plaintiffs' claims under Iowa Code §§ 553.1, *et seq.*, are barred, in whole or in part, because Plaintiffs have not suffered actual, cognizable injury under the Iowa Competition Law.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**SIXTY-FIRST DEFENSE**

Plaintiffs' claims under Iowa Code §§ 553.1, *et seq*., are barred, in whole or in part, because Plaintiffs cannot establish actual damages.

**SIXTY-SECOND DEFENSE**

Plaintiffs' claims under Kan. Stat. Ann. §§ 50-101, *et seq.*, are barred, in whole or in part, because Plaintiffs have not suffered any actual, cognizable injury under Kansas law.

**SIXTY-THIRD DEFENSE**

Plaintiffs' claims under Kansas law are barred, in whole or in part, because the remedies sought are unconstitutional and contrary to public policy.

**SIXTY-FOURTH DEFENSE**

Plaintiffs' claims under Kansas law are barred, in whole or in part, because Plaintiffs are not entitled to "full consideration" damages.

**SIXTY-FIFTH DEFENSE**

Plaintiffs' claims under Maine law are barred, in whole or in part, because Plaintiffs failed to make a sufficient written demand for relief to TAIS prior to filing the IP-TCAC or to otherwise meet the required statutory preconditions to filing suit under Maine law.

**SIXTY-SIXTH DEFENSE**

Plaintiffs' claims under Mich. Comp. Laws §§ 445.771, *et seq.*, are barred, in whole or in part, because the Michigan Antitrust Reform Act is not applicable to conduct occurring outside of Michigan.

**SIXTY-SEVENTH DEFENSE**

Plaintiffs' claims under Mich. Comp. Laws §§ 445.771, *et seq.*, are barred, in whole or in part, because Plaintiffs cannot establish actual damages.

**SIXTY-EIGHTH DEFENSE**

Plaintiffs' claims under Minn. Stat. §§ 325D.52, *et seq.*, are barred, in whole or in part, because under Minn. Stat. § 325D.57, courts should take efforts to avoid imposition of duplicative damages in successive suits.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**SIXTY-NINTH DEFENSE**

Plaintiffs' claims under Minnesota law are barred, in whole or in part, to the extent that Plaintiffs and the other members of the class seek damages that are duplicative of damages sought in other actions.

**SEVENTIETH DEFENSE**

Plaintiffs' claims under Minn. Stat. §§ 325D.52, *et seq.*, are barred, in whole or in part, because the alleged conduct did not affect the trade or commerce in Minnesota as required by Minn. Stat. § 325D.54.

**SEVENTY-FIRST DEFENSE**

Plaintiffs' claims under Miss. Code Ann. §§ 75-21-1, *et seq.*, are barred, in whole or in part, because the act applies only to conspiracies to be accomplished at least in part by wrongful conduct that takes place within Mississippi.

**SEVENTY-SECOND DEFENSE**

Plaintiffs' claims under Miss. Code Ann. §§ 75-21-1, *et seq.*, are barred, in whole or in part, because punitive damages may not be awarded under §§ 75-21-1, *et seq.*, which provide the exclusive remedies for violation of that act.

**SEVENTY-THIRD DEFENSE**

In the event and to the extent Plaintiffs seek to assert a claim under the Mississippi "State Consumer Protection Act," Miss. Code Ann. § 75-24-15 expressly prohibits class-action lawsuits.

**SEVENTY-FOURTH DEFENSE**

In the event and to the extent Plaintiffs seek to assert a claim under the Mississippi "State Consumer Protection Act," Plaintiffs have not met the prerequisites for a claim under Miss. Code Ann. § 75-24-15.

**SEVENTY-FIFTH DEFENSE**

Plaintiffs' claims under Neb. Rev. Stat. §§ 59-801, *et seq.*, are barred, in whole or in part, by Neb. Rev. Stat. § 59-821.01.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

### SEVENTY-SIXTH DEFENSE

2    Plaintiffs' claims under Neb. Rev. Stat. §§ 59-801, *et seq.*, are barred, in whole or in

3 part, by Neb. Rev. Stat. § 59-1609.1.

4

### SEVENTY-SEVENTH DEFENSE

5    Plaintiffs' claims under Nev. Rev. Stat. §§ 598A, *et seq.*, are barred, in whole or in

6 part, because under § 598A.060, that act applies only to activity occurring, at least in part,

7 in Nevada.

8

### SEVENTY-EIGHTH DEFENSE

9    Plaintiffs' claims under N.M. Stat. §§ 57-1-1, *et seq.*, are barred, in whole or in part,

10 because the alleged conduct of TAIS that is the subject of the IP-TCAC was neither

11 directed to nor affected persons or entities or commerce in New Mexico.

12

### SEVENTY-NINTH DEFENSE

13    Plaintiffs' claims under N.M. Stat. §§ 57-1-1, *et seq.*, are barred, in whole or in part,

14 because the IP-TCAC fails to plead such fraud or fraudulent concealment with the

15 particularity required by the applicable law.

16

### EIGHTIETH DEFENSE

17    Plaintiffs' claims under N.M. Stat. §§ 57-12-1, *et seq.*, are barred, in whole or in part,

18 because the New Mexico Unfair Practices Act does not provide relief for indirect

19 purchasers.

20

### EIGHTY-FIRST DEFENSE

21    Plaintiffs' claims under N.M. Stat. §§ 57-12-1, *et seq.*, are barred, in whole or in part,

22 because TAIS made no sales to Plaintiffs, and accordingly Plaintiffs have no claim under

23 the New Mexico Unfair Practices Act.

24

### EIGHTY-SECOND DEFENSE

25    Plaintiffs' claims under N.M. Stat. §§ 57-12-1, *et seq.*, are barred, in whole or in part,

26 because TAIS made no representations to Plaintiffs, and accordingly Plaintiffs have no

27 claim under the New Mexico Unfair Practices Act.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

**EIGHTY-THIRD DEFENSE**

2     Plaintiffs' claims under N.M. Stat. §§ 57-12-1, *et seq.*, are barred, in whole or in part,

3     because Plaintiffs failed to plead any necessary predicate acts to invoke application of the

4     New Mexico Unfair Practices Act.

5

**EIGHTY-FOURTH DEFENSE**

6     Plaintiffs' claims under N.M. Stat. §§ 57-12-1, *et seq.*, are barred, in whole or in part,

7     because application of the New Mexico Unfair Practices Act to any transactions occurring

8     outside the State of New Mexico would violate the Commerce Clause of the United States

9     Constitution.

10

**EIGHTY-FIFTH DEFENSE**

11     Plaintiffs' claims under New Mexico law are frivolous and groundless with no

12     arguable basis in fact or law.

13

**EIGHTY-SIXTH DEFENSE**

14     Plaintiffs' claims under N.Y. Gen. Bus. Law § 349 are barred, in whole or in part,

15     because any alleged conduct by TAIS is, or if in interstate commerce would be, subject to

16     and compliant with the rules and regulations of, and statutes administered by, the Federal

17     Trade Commission or other official department, division, commission or agency of the

18     United States, as these rules, regulations, or statutes are interpreted by the Federal Trade

19     Commission or such department, division, commission or agency of the federal courts.

20     N.Y. Gen. Bus. Law § 349(d).

21

**EIGHTY-SEVENTH DEFENSE**

22     Plaintiffs' claims under New York law and other applicable laws are barred by the

23     voluntary payment doctrine, under which one cannot recover payments with full

24     knowledge of the facts.

25

**EIGHTY-EIGHTH DEFENSE**

26     Plaintiffs' claims under N.Y. Gen. Bus. Law § 349 are barred, in whole or in part,

27     because Plaintiffs cannot establish actual damages.

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

## EIGHTY-NINTH DEFENSE

Plaintiffs' claims under N.C. Gen. Stat. § 75-1.1, *et seq.*, are barred, in whole or in part, because Plaintiffs have not suffered any actual cognizable injuries or damages under N.C. Gen. Stat. § 75-16 or otherwise under the laws of North Carolina as a result of the conduct complained of in the IP-TCAC.

## NINETIETH DEFENSE

Plaintiffs' claims under N.C. Gen. Stat. § 75-1.1, *et seq.*, are barred, in whole or in part, to the extent that an award of damages under N.C. Gen. Stat. § 75-16 is unconstitutional when applied to the facts of the instant matter.

## NINETY-FIRST DEFENSE

Plaintiffs lack standing to prosecute their North Carolina state antitrust claims against TAIS, in whole or in part, because they have not met the modified *Associated General Contractors* test set forth in *Crouch v. Crompton Corp.*, Nos. 02-4375, 03-2514, 2004 WL 2414027, at *18-20 (N.C. Super. Oct. 28, 2004).

## NINETY-SECOND DEFENSE

Plaintiffs' claims under S.D. Codified Laws §§ 37-1, *et seq.*, are barred, in whole or in part, because under S.D. Codified Laws §§ 37-1-33, courts should take efforts to avoid imposition of duplicative damages in successive suits.

## NINETY-THIRD DEFENSE

Plaintiffs' claims under Tenn. Code Ann. §§ 47-25-101, *et seq.*, are barred, in whole or in part, because Defendants did not willfully violate that statute.

## NINETY-FOURTH DEFENSE

Plaintiffs' claims under Tenn. Code Ann. §§ 47-25-101, *et seq.*, are barred, in whole or in part, because Defendants' conduct did not have a substantial effect on Tennessee commerce.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1

**NINETY-FIFTH DEFENSE**

Plaintiffs' claims for unjust enrichment under Tenn. Code Ann. §§ 47-25-101, *et seq.*, are barred, in whole or in part, because Plaintiffs failed to exhaust all remedies against the parties with whom each Plaintiff is in privity.

**NINETY-SIXTH DEFENSE**

Plaintiffs' claims for unjust enrichment under Tenn. Code Ann. §§ 47-25-101, *et seq.*, are barred, in whole or in part, because indirect intermediate purchasers do not have standing under the Tennessee Trade Practices Act.

**NINETY-SEVENTH DEFENSE**

Plaintiffs' claims under Vt. Stat. Ann. tit. 9, §§ 2451, *et seq.*, are barred, in whole or in part, because Plaintiffs have not suffered actual, cognizable injury under the Vermont Consumer Fraud Act.

**NINETY-EIGHTH DEFENSE**

Plaintiffs' claims under Vermont law are barred, in whole or in part, because any recovery by Plaintiffs would amount to impermissible duplicative liability within the meaning of Vt. Stat. Ann. tit. 9, § 2465(b).

**NINETY-NINTH DEFENSE**

Plaintiffs' claims under Vt. Stat. Ann. tit. 9, §§ 2451, *et seq.*, are barred, in whole or in part, because TAIS did not willfully or knowingly violate the Vermont Consumer Fraud Act.

**ONE HUNDREDTH DEFENSE**

Plaintiffs' claims under W. Va. Code  §§ 47-18-1, *et seq.*, are barred, in whole or in part, because West Virginia Regulation 142-9-2, which purports to grant a cause of action to individuals indirectly injured by violations of the West Virginia Antitrust Act, is invalid, and Plaintiffs' claims are therefore barred by *Illinois Brick Co. v. Illinois*, 43 U.S. 881 (1977).

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

**ONE HUNDRED FIRST DEFENSE**

TAIS adopts by reference any applicable defense pleaded by any other Defendant not otherwise expressly set forth herein.

**ONE HUNDRED SECOND DEFENSE**

TAIS reserves the right to assert other defenses as this action proceeds up to and including the time of trial.

**TAIS'S PRAYER FOR RELIEF**

WHEREFORE, TAIS prays for judgment as follows:

1.   That Plaintiffs take nothing by reason of the IP-TCAC, and that the action be dismissed with prejudice;

2.   That the Court enter judgment in favor of TAIS and against Plaintiffs with respect to all causes of action in the IP-TCAC;

3.   That the Court award TAIS its attorneys' fees and other costs reasonably incurred in the defense of this action; and

4.   That the Court order such other further relief for TAIS as the Court may deem just and proper.


Dated:  January 26, 2011                    Respectfully submitted,

                                            **WHITE & CASE** LLP


                                      By:    /s/ Christopher M. Curran
                                            Christopher M. Curran (*pro hac vice*)
                                            ccurran@whitecase.com
                                            George L. Paul (*pro hac vice*)
                                            gpaul@whitecase.com
                                            Lucius B. Lau (*pro hac vice*)
                                            alau@whitecase.com
                                            701 Thirteenth Street, N.W.
                                            Washington, DC  20005
                                            tel.: (202) 626-3600
                                            fax: (202) 639-9355

                                            *Counsel to Defendant*
                                            *Toshiba America Information Systems, Inc.*

1

## CERTIFICATE OF SERVICE

On January 26, 2011, I caused a copy of the "TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT" to be served via ECF on the other parties in this action.

By:  /s/ Christopher M. Curran
      Christopher M. Curran (*pro hac vice*)

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TOSHIBA AMERICA INFORMATION SYSTEMS, INC.'S ANSWER TO INDIRECT
PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT
Case No. 07-5944 SC
MDL No. 1917