Ronald C. Redcay  (SBN 67236)
E-Mail:  Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail:  John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail:  Eric.Shapland@aporter.com
Nana Little (SBN 261969)
E-Mail:  Nana.Little@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

Beth H. Parker (SBN 104773)
E-Mail:  Beth.Parker@aporter.com
ARNOLD & PORTER LLP
275 Battery Street
Suite 2700
San Francisco, California  94111
Telephone:  415.356.3000
Facsimile:  415.356-3099

Samuel R. Miller (SBN 66871)
E-Mail: srmiller@sidley.com
Marie L. Fiala (SBN 79676)
E-Mail: mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
E-Mail: rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
E-Mail: rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:     (415) 772-1200
Facsimile:      (415) 772-7400

Attorneys for Defendants LG Electronics, Inc.; LG
Electronics USA, Inc.; and LG Electronics Taiwan
Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: | **ANSWER OF LG ELECTRONICS, INC; LG ELECTRONICS USA, INC.; AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD. TO INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED AMENDED COMPLAINT** |
| ALL INDIRECT PURCHASER ACTIONS | |

1    Defendants LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and LG

2    ELECTRONICS TAIWAN TAIPEI CO., LTD. (the "LG Entities"), through undersigned counsel,

3    hereby answer the allegations contained in Indirect Purchaser Plaintiffs' ("Plaintiffs") Third

4    Consolidated Amended Complaint ("Complaint").  Except as otherwise stated below, the LG

5    Entities are without sufficient knowledge or information to form a belief concerning the truth of the

6    allegations in the Complaint that are directed toward other defendants.  The LG Entities deny all

7    allegations contained in the Complaint (including headings and captions) not specifically admitted

8    in this Answer.

9                                    **LG ENTITIES' ANSWERS**

10        1.      The LG Entities admit that Plaintiffs purport to bring this action on behalf of

11   themselves individually and on behalf of a class.  The remainder of Paragraph 1 consists of

12   Plaintiffs' characterization of their purported claims and Plaintiffs' explanation of terminology, to

13   which no response is required.  The LG Entities specifically object to Plaintiffs' definition of "CRT

14   Products," because this definition includes products at different levels of the production chain and

15   creates confusion since certain companies, including LG Electronics, Inc., do not manufacture and

16   sell cathode ray tubes, while other defendants (including LG Electronics USA, Inc. and LG

17   Electronics Taiwan Taipei Co., Ltd.) do not manufacture either cathode ray tubes or Finished

18   Products (such as televisions or computer monitors).  To the extent that any remaining allegations in

19   Paragraph 1 are deemed to require a response, they are denied.

20        2.      The LG Entities deny the allegations contained in Paragraph 2.

21        3.      The LG Entities deny the allegations contained in Paragraph 3.

22        4.      The LG Entities lack knowledge or information sufficient to form a belief as to the

23   truth of the allegations contained in Paragraph 4 and on that basis deny those allegations.

24        5.      Paragraph 5 consists of Plaintiffs' characterization of their purported claims, to

25   which no response is required.  To the extent the allegations in Paragraph 5 may be deemed to

26   require a response, they are denied.

27        6.      The allegations of Paragraph 6 contain conclusions of law to which no response is

28   required.  To the extent that the allegations are deemed to require a response, they are denied.

7.      The allegations of Paragraph 7 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

8.      The allegations of Paragraph 8 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

9.      To the extent that the allegations contained in Paragraph 9 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 9 are directed to the LG Entities, they are denied.

10.     The LG Entities deny the allegations contained in Paragraph 10.

11.     The LG Entities deny the allegations contained in Paragraph 11.

12.     The LG Entities deny the allegations contained in Paragraph 12.

13.     The LG Entities admit that Paragraph 13 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 13 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 13.

14.     The LG Entities admit that Paragraph 14 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 14 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 14.

15.     Paragraph 15 consists of Plaintiffs' characterization of their purported claims and Plaintiffs' explanation of terminology, to which no response is required.  The LG Entities specifically object to Plaintiffs' definition of "CRT Products," because this definition includes products at different levels of the production chain and creates confusion since certain companies, including LG Electronics, Inc., do not manufacture and sell cathode ray tubes, while other defendants (including LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.) do not manufacture either cathode ray tubes or Finished Products (such as televisions or computer monitors).  To the extent that any remaining allegations in Paragraph 15 are deemed to require a response, they are denied.

16.     Paragraph 16 consists of Plaintiffs' characterization of their purported claims or their explanation of terminology, to which no response is required.  To the extent the allegations in Paragraph 16 may be deemed to require a response, they are denied.

17.     Paragraph 17 consists of Plaintiffs' explanation of terminology, to which no response is required.  To the extent the allegations in Paragraph 17 may be deemed to require a response, they are denied.

18.     Paragraph 18 consists of Plaintiffs' explanation of terminology, to which no response is required.  To the extent the allegations in Paragraph 18 may be deemed to require a response, they are denied.

19.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and on that basis deny those allegations.

20.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and on that basis deny those allegations.

21.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and on that basis deny those allegations.

22.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and on that basis deny those allegations.

23.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and on that basis deny those allegations.

24.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and on that basis deny those allegations.

25.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that basis deny those allegations.

26.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and on that basis deny those allegations.

27.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and on that basis deny those allegations.

ANSWER OF LG ENTITIES TO INDIRECT PURCHASER PLAINTIFFS'
THIRD CONSOLIDATED AMENDED COMPLAINT – Case No. 3:07-CV-5944 SC; MDL No. 1917

28.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and on that basis deny those allegations.

29.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and on that basis deny those allegations.

30.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and on that basis deny those allegations.

31.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and on that basis deny those allegations.

32.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and on that basis deny those allegations.

33.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and on that basis deny those allegations.

34.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and on that basis deny those allegations.

35.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and on that basis deny those allegations.

36.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and on that basis deny those allegations.

37.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and on that basis deny those allegations.

38.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and on that basis deny those allegations.

39.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and on that basis deny those allegations.

40.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and on that basis deny those allegations.

41.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and on that basis deny those allegations.

42.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and on that basis deny those allegations.

43.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and on that basis deny those allegations.

44.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and on that basis deny those allegations.

45.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and on that basis deny those allegations.

46.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and on that basis deny those allegations.

47.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and on that basis deny those allegations.

48.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and on that basis deny those allegations.

49.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and on that basis deny those allegations.

50.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and on that basis deny those allegations.

51.     LG Electronics, Inc. ("LGEI") admits that it is a corporate entity organized under the laws of the Republic of Korea, and further admits the location of its principal place of business as alleged in Paragraph 51.  LGEI admits that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays."  The LG Entities deny the remaining allegations contained in Paragraph 51.

52.     LG Electronics USA, Inc. ("LGEUSA") admits the allegations contained in the first sentence of Paragraph 52, and the LG Entities deny the remaining allegations contained in that paragraph.

53.     LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") admits the allegations contained in the first sentence of Paragraph 53, and the LG Entities deny the remaining allegations contained in that paragraph.

54.     Paragraph 54 consists of Plaintiffs' explanation of terminology, to which no response is required.

55.     The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays."  The remainder of the allegations in Paragraph 55 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 55 and on that basis deny those allegations.

56.     The allegations in Paragraph 56 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and on that basis deny those allegations.

57.     The allegations in Paragraph 57 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and on that basis deny those allegations.

58.     The allegations in Paragraph 58 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

1    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58

2    and on that basis deny those allegations.

3        59.    The allegations in Paragraph 59 are not directed at the LG Entities and therefore no

4    response is required.  To the extent a response is required, the LG Entities lack knowledge or

5    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59

6    and on that basis deny those allegations.

7        60.    The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing

8    and sales operations to a separate company which, effective July 2001, became part of a newly-

9    formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD –

10   was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V.

11   (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring

12   and was renamed "LP Displays."  The remainder of the allegations in Paragraph 60 are not directed

13   at the LG Entities and therefore no response is required.  To the extent a response is required, the

14   LG Entities lack knowledge or information sufficient to form a belief as to the truth of the

15   remainder of the allegations contained in Paragraph 60 and on that basis deny those allegations.

16       61.    The allegations in Paragraph 61 are not directed at the LG Entities and therefore no

17   response is required.  To the extent a response is required, the LG Entities lack knowledge or

18   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61

19   and on that basis deny those allegations.

20       62.    The allegations in Paragraph 62 are not directed at the LG Entities and therefore no

21   response is required.  To the extent a response is required, the LG Entities lack knowledge or

22   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62

23   and on that basis deny those allegations.

24       63.    The allegations in Paragraph 63 are not directed at the LG Entities and therefore no

25   response is required.  To the extent a response is required, the LG Entities lack knowledge or

26   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63

27   and on that basis deny those allegations.

28

64.     The allegations in Paragraph 64 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and on that basis deny those allegations.

65.     The allegations in Paragraph 65 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and on that basis deny those allegations.

66.     The allegations in Paragraph 66 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and on that basis deny those allegations.

67.     The allegations in Paragraph 67 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and on that basis deny those allegations.

68.     The allegations in Paragraph 68 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and on that basis deny those allegations.

69.     The allegations in Paragraph 69 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and on that basis deny those allegations.

70.     The allegations in Paragraph 70 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and on that basis deny those allegations.

71.     The allegations in Paragraph 71 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and on that basis deny those allegations.

72.     The allegations in Paragraph 72 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and on that basis deny those allegations.

73.     The allegations in Paragraph 73 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and on that basis deny those allegations.

74.     The allegations in Paragraph 74 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and on that basis deny those allegations.

75.     The allegations in Paragraph 75 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and on that basis deny those allegations.

76.     The allegations in Paragraph 76 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and on that basis deny those allegations.

77.     The allegations in Paragraph 77 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and on that basis deny those allegations.

78.     The allegations in Paragraph 78 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and on that basis deny those allegations.

79.     The allegations in Paragraph 79 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and on that basis deny those allegations.

80.     The allegations in Paragraph 80 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and on that basis deny those allegations.

81.     The allegations in Paragraph 81 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and on that basis deny those allegations.

82.     The allegations in Paragraph 82 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 and on that basis deny those allegations.

83.     The allegations in Paragraph 83 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and on that basis deny those allegations.

84.     The allegations in Paragraph 84 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and on that basis deny those allegations.

85.     The allegations in Paragraph 85 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and on that basis deny those allegations.

86.     The allegations in Paragraph 86 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and on that basis deny those allegations.

87.     The allegations in Paragraph 87 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and on that basis deny those allegations.

88.     The allegations in Paragraph 88 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and on that basis deny those allegations.

89.     The allegations in Paragraph 89 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and on that basis deny those allegations.

90.     The allegations in Paragraph 90 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 and on that basis deny those allegations.

91.     The allegations in Paragraph 91 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 and on that basis deny those allegations.

92.     The allegations in Paragraph 92 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 and on that basis deny those allegations.

93.     The allegations in Paragraph 93 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 and on that basis deny those allegations.

94.     The allegations in Paragraph 94 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 and on that basis deny those allegations.

95.     The allegations in Paragraph 95 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 and on that basis deny those allegations.

96.     The allegations in Paragraph 96 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and on that basis deny those allegations.

97.     The allegations in Paragraph 97 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and on that basis deny those allegations.

98.     The allegations in Paragraph 98 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and on that basis deny those allegations.

99.     The allegations in Paragraph 99 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and on that basis deny those allegations.

100.    The allegations in Paragraph 100 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 and on that basis deny those allegations.

101.    The allegations in Paragraph 101 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and on that basis deny those allegations.

102.    The allegations in Paragraph 102 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and on that basis deny those allegations.

103.    The allegations in Paragraph 103 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 and on that basis deny those allegations.

104.    Paragraph 104 consists of Plaintiffs' explanation of terminology, to which no response is required.

105.    To the extent that the allegations contained in Paragraph 105 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 105 are directed to the LG Entities, they are denied.

106.    Paragraph 106 consists of Plaintiffs' explanation of terminology, to which no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and on that basis deny those allegations.

107.    To the extent that the allegations contained in Paragraph 107 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 107 are directed to the LG Entities, they are denied.

108.    To the extent that the allegations contained in Paragraph 108 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 108 are directed to the LG Entities, they are denied.

109.    To the extent that the allegations contained in Paragraph 109 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 109 are directed to the LG Entities, they are denied.

110.    The LG Entities deny the allegations contained in Paragraph 110.

111.    The LG Entities admit that Paragraph 111 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 111 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 111.

112.    The LG Entities admit that Paragraph 112 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 112 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 112.

113.    The LG Entities deny the allegations contained in Paragraph 113.

114.    The LG Entities admit that Paragraph 114 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 114 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 114.

115.    The LG Entities deny the allegations contained in Paragraph 115.

116.    To the extent that the allegations contained in Paragraph 116 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 116 are directed to the LG Entities, they are denied.

117.    To the extent that the allegations contained in Paragraph 117 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 117 are directed to the LG Entities, they are denied.

118.    LG Electronics, Inc. admits that it is a member of the Korea Display Industry Association.   To the extent that the remaining allegations contained in Paragraph 118 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 and on that basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph 118 are directed to the LG Entities, they are denied.

119.    The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays."  To the extent that the remaining allegations contained in Paragraph 119 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 and on that

1   basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph

2   119 are directed to the LG Entities, they are denied.

3         120.    The LG Entities deny the allegations contained in Paragraph 120.

4         121.    The LG Entities deny the allegations contained in Paragraph 121.

5         122.    The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing

6   and sales operations to a separate company which, effective July 2001, became part of a newly-

7   formed entity known as LG.Philips Display Holding B.V. ("LPD").  This new entity – called LPD –

8   was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V.

9   (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring

10  and was renamed "LP Displays."  The LG Entities further admit that Hitachi, Ltd. and LG

11  Electronics Inc. formed a joint venture in 2000 for the development, design and marketing of optical

12  disk drives.  The LG Entities further admit that in 1999, LG Electronics, Inc. entered into a joint

13  venture agreement with Koninklijke Philips Electronics N.V. with respect to the manufacture, sale,

14  and marketing of TFT-LCD panels.  To the extent that the remaining allegations contained in

15  Paragraph 122 are directed to other defendants, the LG Entities lack knowledge or information

16  sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 and on that

17  basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph

18  122 are directed to the LG Entities, they are denied.

19        123.    The LG Entities deny the allegations contained in Paragraph 123.

20        124.    The LG Entities deny the allegations contained in Paragraph 124.

21        125.    The LG Entities deny the allegations contained in Paragraph 125.

22        126.    The LG Entities deny the allegations contained in Paragraph 126.

23        127.    The LG Entities deny the allegations contained in Paragraph 127.

24        128.    The LG Entities lack knowledge or information sufficient to form a belief as to the

25  truth of the allegations contained in Paragraph 128 and on that basis deny those allegations.

26        129.    The LG Entities lack knowledge or information sufficient to form a belief as to the

27  truth of the allegations contained in Paragraph 129 and on that basis deny those allegations.

28

130.     To the extent that the allegations contained in Paragraph 130 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 130 are directed to the LG Entities, they are denied.

131.     The LG Entities deny the allegations contained in Paragraph 131.

132.     To the extent that the allegations contained in Paragraph 132 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 132 are directed to the LG Entities, they are denied.

133.     The allegations in Paragraph 133 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and on that basis deny those allegations.

134.     The LG Entities deny the allegations contained in Paragraph 134.

135.     The LG Entities deny the allegations contained in Paragraph 135.

136.     The LG Entities deny the allegations contained in Paragraph 136.

137.     To the extent that the allegations contained in Paragraph 137 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 137 are directed to the LG Entities, they are denied.

138.     The LG Entities deny the allegations contained in Paragraph 138.

139.     To the extent that the allegations contained in Paragraph 139 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and on that basis deny those allegations.  To the

1    extent that the allegations contained in Paragraph 139 are directed to the LG Entities, they are

2    denied.

3            140.    To the extent that the allegations contained in Paragraph 140 are directed to other

4    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

5    of the allegations contained in Paragraph 140 and on that basis deny those allegations.  To the

6    extent that the allegations contained in Paragraph 140 are directed to the LG Entities, they are

7    denied.

8            141.    To the extent that the allegations contained in Paragraph 141 are directed to other

9    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

10    of the allegations contained in Paragraph 141 and on that basis deny those allegations.  To the

11    extent that the allegations contained in Paragraph 141 are directed to the LG Entities, they are

12    denied.

13            142.    To the extent that the allegations contained in Paragraph 142 are directed to other

14    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

15    of the allegations contained in Paragraph 142 and on that basis deny those allegations.  To the

16    extent that the allegations contained in Paragraph 142 are directed to the LG Entities, they are

17    denied.

18            143.    To the extent that the allegations contained in Paragraph 143 are directed to other

19    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

20    of the allegations contained in Paragraph 143 and on that basis deny those allegations.  To the

21    extent that the allegations contained in Paragraph 143 are directed to the LG Entities, they are

22    denied.

23            144.    To the extent that the allegations contained in Paragraph 144 are directed to other

24    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

25    of the allegations contained in Paragraph 144 and on that basis deny those allegations.  To the

26    extent that the allegations contained in Paragraph 144 are directed to the LG Entities, they are

27    denied.

28

145.     To the extent that the allegations contained in Paragraph 145 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 145 are directed to the LG Entities, they are denied.

146.     To the extent that the allegations contained in Paragraph 146 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 146 are directed to the LG Entities, they are denied.

147.     To the extent that the allegations contained in Paragraph 147 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 147 are directed to the LG Entities, they are denied.

148.     The LG Entities deny the allegations contained in Paragraph 148.

149.     The LG Entities deny the allegations contained in Paragraph 149.

150.     To the extent that the allegations contained in Paragraph 150 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 150 are directed to the LG Entities, they are denied.

151.     To the extent that the allegations contained in Paragraph 151 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 151 are directed to the LG Entities, they are denied.

152.     To the extent that the allegations contained in Paragraph 152 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 152 are directed to the LG Entities, they are denied.

153.     To the extent that the allegations contained in Paragraph 153 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 153 are directed to the LG Entities, they are denied.

154.     To the extent that the allegations contained in Paragraph 154 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 154 are directed to the LG Entities, they are denied.

155.     To the extent that the allegations contained in Paragraph 155 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 155 are directed to the LG Entities, they are denied.

156.     To the extent that the allegations contained in Paragraph 156 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 156 are directed to the LG Entities, they are denied.

157.     To the extent that the allegations contained in Paragraph 157 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and on that basis deny those allegations.  To the

extent that the allegations contained in Paragraph 157 are directed to the LG Entities, they are denied.

158.     To the extent that the allegations contained in Paragraph 158 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 158 are directed to the LG Entities, they are denied.

159.     The allegations in Paragraph 159 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 and on that basis deny those allegations.

160.     The allegations in Paragraph 160 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 and on that basis deny those allegations.

161.     The LG Entities deny the allegations contained in Paragraph 161.  The LG Entities further deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

162.     The LG Entities deny the allegations contained in Paragraph 162.

163.     The allegations in Paragraph 163 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 and on that basis deny those allegations.  The LG Entities deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

164.     The allegations in Paragraph 164 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 and on that basis deny those allegations.

165.    The allegations in Paragraph 165 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 and on that basis deny those allegations.  The LG Entities deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

166.    The allegations in Paragraph 166 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and on that basis deny those allegations.

167.    The allegations in Paragraph 167 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 and on that basis deny those allegations.

168.    The allegations in Paragraph 168 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and on that basis deny those allegations.

169.    The allegations in Paragraph 169 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 and on that basis deny those allegations.  The LG Entities specifically deny the allegations contained in the fourth sentence of Paragraph 169.

170.    The allegations in Paragraph 170 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 and on that basis deny those allegations.

171.    The allegations in Paragraph 171 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

1    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171

2    and on that basis deny those allegations.

3            172.    The allegations in Paragraph 172 are not directed at the LG Entities, and therefore no

4    response is required.  To the extent a response is required, the LG Entities lack knowledge or

5    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172

6    and on that basis deny those allegations.

7            173.    The allegations in Paragraph 173 are not directed at the LG Entities, and therefore no

8    response is required.  To the extent a response is required, the LG Entities lack knowledge or

9    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173

10   and on that basis deny those allegations.

11           174.    The allegations in Paragraph 174 are not directed at the LG Entities, and therefore no

12   response is required.  To the extent a response is required, the LG Entities lack knowledge or

13   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174

14   and on that basis deny those allegations.

15           175.    The allegations in Paragraph 175 are not directed at the LG Entities, and therefore no

16   response is required.  To the extent a response is required, the LG Entities lack knowledge or

17   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175

18   and on that basis deny those allegations.

19           176.    The allegations in Paragraph 176 are not directed at the LG Entities, and therefore no

20   response is required.  To the extent a response is required, the LG Entities lack knowledge or

21   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176

22   and on that basis deny those allegations.

23           177.    The allegations in Paragraph 177 are not directed at the LG Entities, and therefore no

24   response is required.  To the extent a response is required, the LG Entities lack knowledge or

25   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177

26   and on that basis deny those allegations.

27           178.    The allegations in Paragraph 178 are not directed at the LG Entities, and therefore no

28   response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and on that basis deny those allegations.

179.    The allegations in Paragraph 179 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 and on that basis deny those allegations.

180.    To the extent that the allegations contained in Paragraph 180 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 180 are directed to the LG Entities, they are denied.  In addition, the LG Entities specifically deny that any individual employed by Defendant LPD—a company separate and autonomous from the LG Entities—attended meetings, participated in discussions, or entered agreements with competitors regarding price or output on behalf of or at the direction of any of the LG Entities.  The LG Entities also deny that any individual employed by LPD reported to any of the LG Entities the results of any such meetings or discussions.

181.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and on that basis deny those allegations.

182.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and on that basis deny those allegations.

183.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and on that basis deny those allegations.

184.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and on that basis deny those allegations.

185.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and on that basis deny those allegations.

186.    The LG Entities deny the allegations contained in Paragraph 186.

187.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and on that basis deny those allegations.

188.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and on that basis deny those allegations.

189.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 and on that basis deny those allegations.

190.    To the extent that the allegations contained in Paragraph 190 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 190 are directed to the LG Entities, they are denied.

191.    To the extent that the allegations contained in Paragraph 191 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 191 are directed to the LG Entities, they are denied.

192.    To the extent that the allegations contained in Paragraph 192 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 192 are directed to the LG Entities, they are denied.

193.    To the extent that the allegations contained in Paragraph 193 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 193 are directed to the LG Entities, they are denied.

194.    The LG Entities deny the allegations contained in Paragraph 194.

195.    The LG Entities deny the allegations contained in Paragraph 195.

196.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 and on that basis deny those allegations.

197.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 and on that basis deny those allegations.

198.    The allegations in Paragraph 198 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 and on that basis deny those allegations.

199.    The allegations in Paragraph 199 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199 and on that basis deny those allegations.

200.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 and on that basis deny those allegations.

201.    The allegations in Paragraph 201 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 and on that basis deny those allegations.

202.    The allegations in Paragraph 202 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202 and on that basis deny those allegations.

203.    The allegations in Paragraph 203 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203 and on that basis deny those allegations.

204.    The allegations in Paragraph 204 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 and on that basis deny those allegations.

205.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 and on that basis deny those allegations.

206.     To the extent that the allegations contained in Paragraph 206 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 206 are directed to the LG Entities, they are denied.

207.     To the extent that the allegations contained in Paragraph 207 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 207 are directed to the LG Entities, they are denied.

208.     The allegations in Paragraph 208 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208 and on that basis deny those allegations.

209.     To the extent that the allegations contained in Paragraph 209 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 209 are directed to the LG Entities, they are denied.

210.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210 and on that basis deny those allegations.  The LG Entities specifically deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

211.     The allegations in Paragraph 211 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211 and on that basis deny those allegations.

212.    The allegations in Paragraph 212 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 212 and on that basis deny those allegations.

213.    The allegations in Paragraph 213 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 213 and on that basis deny those allegations.

214.    The LG Entities deny the allegations contained in Paragraph 214.

215.    The LG Entities deny the allegations contained in Paragraph 215.

216.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 and on that basis deny those allegations.

217.    The LG Entities deny the allegations contained in Paragraph 217.

218.    The LG Entities deny the allegations contained in Paragraph 218.

219.    The LG Entities deny the allegations contained in Paragraph 219.

220.    The LG Entities deny the allegations contained in Paragraph 220.

221.    The LG Entities deny the allegations contained in Paragraph 221.

222.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 222 and on that basis deny those allegations.

223.    The LG Entities deny the allegations contained in Paragraph 223.

224.    The LG Entities deny the allegations contained in Paragraph 224.

225.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 225 and on that basis deny those allegations.

226.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 226 and on that basis deny those allegations.

227.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 227 and on that basis deny those allegations.

228.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 228 and on that basis deny those allegations.

229.    The LG Entities deny the allegations contained in Paragraph 229.

230.    LG Electronics, Inc. admits that it is a manufacturer of CRT finished products, including televisions and computer monitors.  To the extent that the remaining allegations contained in Paragraph 230 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 230 and on that basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph 230 are directed to the LG Entities, they are denied.

231.    The LG Entities deny the allegations contained in Paragraph 231.

232.    The LG Entities deny that the class described in Paragraph 232 is proper.  Paragraph 232 consists of Plaintiffs' characterization of their Complaint, to which no response is required.  To the extent the allegations in Paragraph 232 may be deemed to require a response, they are denied.

233.    The LG Entities deny that the classes or subclasses described in Paragraph 233 are proper.  Paragraph 233 consists of Plaintiffs' characterization of their Complaint, to which no response is required.  To the extent the allegations in Paragraph 233 may be deemed to require a response, they are denied.

234.    The LG Entities deny that the classes described in Paragraph 234 are proper. Paragraph 234 consists of Plaintiffs' characterization of their Complaint, to which no response is required.  To the extent the allegations in Paragraph 234 may be deemed to require a response, they are denied.

235.    The allegations of Paragraph 235 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, the LG Entities deny that Plaintiffs may maintain this action as a class action, and the LG Entities further deny the allegations contained in Paragraph 235.

236.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs.

237.     The LG Entities deny the allegations contained in Paragraph 237.

238.     The LG Entities deny the allegations contained in Paragraph 238.

239.     The LG Entities deny the allegations contained in Paragraph 239.

240.     The LG Entities deny the allegations contained in Paragraph 240.

241.     The LG Entities deny the allegations contained in Paragraph 241.

242.     The LG Entities deny the allegations contained in Paragraph 242.

243.     The LG Entities deny the allegations contained in Paragraph 243.

244.     The LG Entities deny the allegations contained in Paragraph 244.

245.     The LG Entities deny that Plaintiffs are entitled to the relief they seek in Paragraph 245.

246.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs.

247.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 247.

248.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 248.

249.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 249.

250.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 250.

251.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 251.

252.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 252.

253.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 253.

254.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 254.

255.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 255.

256.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 256.

257.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 257.

258.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 258.

259.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 259.

260.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 260.

261.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 261.

262.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 262.

263.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 263.

264.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 264.

265.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 265.

266.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 266.

267.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 267.

268.     The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 268.

269.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs.

270.    The LG Entities deny the allegations contained in Paragraph 270.

271.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 271.

272.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 272.

273.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 273.

274.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 274.

275.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 275.

276.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 276.

277.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 277.

278.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs and further deny the allegations contained in Paragraph 278.

1   279.    The LG Entities hereby incorporate by reference their answers to each and every

2   allegation set forth in the preceding paragraphs and further deny the allegations contained in

3   Paragraph 279.

4   280.    The LG Entities hereby incorporate by reference their answers to each and every

5   allegation set forth in the preceding paragraphs.

6   281.    The LG Entities deny the allegations contained in Paragraph 281.

7   282.    The LG Entities deny the allegations contained in Paragraph 282.

8   283.    The LG Entities deny that Plaintiffs are entitled to the relief they seek in Paragraph

9   283.

10   284.    The LG Entities deny the allegations contained in Paragraph 284.

11   285.    The LG Entities lack knowledge or information sufficient to form a belief as to the

12   truth of the allegation contained in the first sentence of Paragraph 285 regarding Plaintiffs' actual

13   knowledge, and on that basis, the LG Entities deny that allegation.  The LG Entities deny the

14   remaining allegations contained in Paragraph 285.

15   286.    The LG Entities deny the allegations contained in Paragraph 286.

16   287.    The allegations of Paragraph 287 contain conclusions of law to which no response is

17   required.  To the extent that the allegations are deemed to require a response, they are denied.

18

19                    **RESPONSE TO PRAYER FOR RELIEF AND JURY DEMAND**

20           The paragraphs of the Complaint following the headers "Prayer for Relief" and "Jury

21   Demand" do not require a response.  To the extent that those paragraphs require a response, the LG

22   Entities deny that Plaintiffs are entitled to any of the relief requested in the Prayer for Relief.

23

24                              **AFFIRMATIVE DEFENSES**

25           Without conceding that it bears the burden of proof as to any of these defenses, the LG

26   Entities allege the following affirmative defenses to the allegations set forth in the Complaint:

27

28

1

### FIRST DEFENSE

2          The Complaint fails to state a claim upon which relief can be granted because Plaintiffs'

3    claims are ambiguous, vague, and/or unintelligible; because Plaintiffs have failed to alleged fraud or

4    fraudulent concealment with sufficient particularity; and/or because Plaintiffs have failed to allege

5    conspiracy with sufficient particularity.  The LG Entities aver that Plaintiffs' claims do not describe

6    the events or legal theories with sufficient particularity to permit the LG Entities to ascertain all

7    defenses that may exist.

8

### SECOND DEFENSE

9          The claims set forth in the Complaint are barred by the statute of limitations.

10

### THIRD DEFENSE

11          Without conceding the existence of any conspiracy, Plaintiffs' claims are barred because the

12    LG Entities effectively withdrew from any alleged conspiracy.

13

### FOURTH DEFENSE

14          Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive

15    relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the

16    requisite showing of threatened harm or continuing harm, and/or because Plaintiffs have available

17    an adequate remedy at law.

18

### FIFTH DEFENSE

19          The conduct alleged by Plaintiffs in the Complaint to form the basis of certain of Plaintiffs'

20    claims has not had a direct, substantial, and reasonably foreseeable effect on trade or commerce

21    with the United States.  The Court therefore lacks subject matter jurisdiction.

22

### SIXTH DEFENSE

23          Plaintiffs' claims are barred because the Court lacks personal jurisdiction over LGETT.

24

### SEVENTH DEFENSE

25          Plaintiffs' claims and the claims of any putative class members are barred, in whole or in

26    part, to the extent that they are based upon foreign sales by defendants, because Plaintiffs have

27    failed to allege facts sufficient to support a claim under the Foreign Trade Antitrust Improvement

28    Act, 15 U.S.C. §6a and/or *Hartford Fire Ins. Co. v. California*, 509 U.S. 764 (1993).

1

### EIGHTH DEFENSE

2    Plaintiffs' claims and the claims of any putative class members are barred, in whole or in

3    part, to the extent that they did not purchase CRT products directly from defendants, because they

4    are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 15(a) for alleged

5    injuries in that capacity.

6

### NINTH DEFENSE

7    Plaintiffs' claims are barred because Plaintiffs lack standing to sue for the injuries alleged in

8    the Complaint.

9

### TENTH DEFENSE

10    Plaintiffs and any putative class members are barred from recovery of any damages because

11    of and to the extent of their failure to mitigate damages, or alternatively any claimed injury or

12    damage has been offset by benefits received by Plaintiffs with respect to the challenged conduct.

13

### ELEVENTH DEFENSE

14    Plaintiffs' claims and the claims of any putative class members for damages are barred

15    because Plaintiffs have suffered no injury or damages as a result of the matters alleged in the

16    Complaint, or alternatively, because the alleged damages, if any, are speculative and because of the

17    impossibility of ascertaining and allocating those alleged damages.

18

### TWELFTH DEFENSE

19    Any injuries or damages Plaintiffs and any putative class members may have suffered were

20    not caused, either actually or proximately, by the acts and omissions of the LG Entities.

21

### THIRTEENTH DEFENSE

22    Any injuries or damages Plaintiffs and any putative class members may have suffered were

23    caused solely and proximately by the acts and omissions of others.  The acts of others constitute

24    intervening or superseding causes of harm, if any, suffered by Plaintiffs.

25

### FOURTEENTH DEFENSE

26    Plaintiffs' claims are barred to the extent injuries alleged in the Complaint, which the LG

27    Entities deny, were contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third

28    parties or entities, other than the LG Entities.

FIFTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to the LG Entities.

SIXTEENTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs have not suffered actual, cognizable injury of the type antitrust laws are intended to remedy.

SEVENTEENTH DEFENSE

Plaintiff's claims and the claims of any putative class members are barred by the doctrines of waiver, estoppel, unclean hands, unjust enrichment and/or laches.

EIGHTEENTH DEFENSE

To the extent that any actionable conduct occurred, Plaintiffs' claims and the claims of any putative class members against the LG Entities are barred because all such conduct would have been committed by individuals acting ultra vires.

NINETEENTH DEFENSE

Plaintiffs' claims and the claims of any putative class members against the LG Entities are barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution of their claims.

TWENTIETH DEFENSE

Plaintiffs' claims and the claims of any putative class members are barred, in whole or in part, because they cannot be maintained as a class action and/or because the named plaintiffs are not proper class representatives.

TWENTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized.

TWENTY-SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any action taken by or on behalf of the LG Entities was justified, constituted bona fide business competition and was taken in pursuit of its own legitimate business and economic interests, and is therefore privileged.

1

TWENTY-THIRD DEFENSE

2

Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable parties.

3

TWENTY-FOURTH DEFENSE

4

Plaintiffs' claims are barred because the actions of the LG Entities did not lessen

5

competition in the relevant market.

6

TWENTY-FIFTH DEFENSE

7

The LG Entities, without admitting the existence of any contract, combination or conspiracy

8

in restraint of trade as alleged in the Complaint, aver that the matters about which Plaintiffs

9

complain resulted in increased output and lower prices for CRT products.

10

TWENTY-SIXTH DEFENSE

11

Plaintiffs' claims are barred because Plaintiffs did not detrimentally rely on any alleged

12

deceptive trade conduct as alleged in the Complaint.

13

TWENTY-SEVENTH DEFENSE

14

Without admitting that Plaintiffs are entitled to recover damages in this matter, the LG

15

Entities are entitled to set off from any recovery Plaintiffs may obtain against the LG Entities by

16

any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

17

TWENTY-EIGHTH DEFENSE

18

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not

19

allowed under applicable federal or state law.

20

TWENTY-NINTH DEFENSE

21

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of the LG

22

Entities that are the subject of the Complaint were caused by, due to, based upon, or in response to

23

directives, laws, regulations, policies, and/or acts of governments, governmental agencies and

24

entities, and/or regulatory agencies, and such is non-actionable or privileged.

25

THIRTIETH DEFENSE

26

LGEI, LGEUSA, and LGETT are separate and autonomous companies from LPD, and thus

27

are not liable for Plaintiffs' damages resulting from LPD's actions.

28

- 39 -

THIRTY-FIRST DEFENSE

Plaintiffs' claims are barred to the extent that they are based on conduct beyond the territorial reach of the laws or courts of the United States.


**RESERVATION OF DEFENSES AND AFFIRMATIVE DEFENSES**

The LG Entities adopt by reference any additional applicable defenses pleaded by any other Defendant in this action.  The LG Entities have not knowingly or intentionally waived any applicable defenses and explicitly reserve the right to assert any additional defenses and affirmative defenses as this action proceeds.  The LG Entities further reserve the right to amend their Answer and/or defenses accordingly, and/or to delete defenses that they determine are not applicable as this action proceeds.  The LG Entities further reserve the right to assert affirmative defenses that are unique to one or a subset of the claims asserted under the twenty-three different states' laws at issue in this action.


WHEREFORE, the LG Entities pray as follows:

1.      That the Plaintiffs take nothing by way of the Complaint, and the action be dismissed with prejudice;

2.      That judgment be entered in favor of the LG Entities and against Plaintiffs with respect to all causes of action in the Complaint;

3.      That the Court award the LG Entities their attorneys' fees and all other costs reasonably incurred in defense of this action; and

4.      That the Court award such other relief as it may deem just and proper.

Dated:  January 26, 2011                              ARNOLD & PORTER LLP


                                                      By: /s/ Ronald C. Redcay
                                                      _____
                                                      RONALD C. REDCAY
                                                      Attorneys For Defendants
                                                      LG ELECTRONICS, INC.;
                                                      LG ELECTRONICS USA, INC.; and
                                                      LG ELECTRONICS TAIWAN TAIPEI CO.,
                                                      LTD.

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on January 26, 2011, a copy of the foregoing document was filed

3

electronically via the Court's CM/ECF system.  Pursuant to Local Rule 5-4, notice of filing was

4

served on all parties by operation of the Court's CM/ECF system, and parties may access this filing

5

through the Court's CM/ECF system.

6

7      _/s/ Ronald C. Redcay_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 41 -