1   Terry Calvani (53260)
    **FRESHFIELDS BRUCKHAUS DERINGER**
2   **US LLP**
    Email: terry.calvani@freshfields.com
3   701 Pennsylvania Avenue, NW
    Suite 600
4   Washington, DC 20004
    Tel: (202) 777-4505
5   Fax: (202) 777-4555

6   *Attorney for Defendant Beijing Matsushita*
    *Color CRT Co., Ltd.*

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10              **SAN FRANCISCO DIVISION**

11  IN RE: CATHODE RAY TUBE (CRT)      )   Case No.: 3:07-CV-5944
    ANTITRUST LITIGATION                )   MDL NO. 1917
12                                      )
    _____)   **DEFENDANT BEIJING MATSUSHITA**
13                                      )   **COLOR CRT CO., LTD.'S ANSWER**
    This document relates to:           )   **TO THE INDIRECT PURCHASER**
14                                      )   **PLAINTIFFS' THIRD CONSOLIDATED**
    ALL INDIRECT PURCHASER ACTIONS      )   **AMENDED COMPLAINT**
15  _____)
                                            Before the Honorable Samuel Conti
16                                          Special Master Charles A. Legge (Ret.)

17

18          Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") states as follows for its

19  Answer in response to the Indirect Purchaser Plaintiffs' ("Plaintiffs") Third Consolidated

20  Amended Complaint, dated December 10, 2010 (the "Complaint"). To the extent the Complaint

21  includes allegations against "Defendants" in general, BMCC's responses to the allegations relate

    to BMCC only and to no other Defendant. To the extent that the allegations of the Complaint
22
    relate to Defendants other than BMCC, BMCC lacks knowledge or information sufficient to
23
    form a belief as to their truth, and therefore denies them. As used in this Answer, and in the
24
    interest of brevity, the phrase "is without sufficient information or belief" to admit the
25
    allegations means that BMCC is without knowledge or information sufficient to form a belief as
26
    to the truth of an allegation of the Complaint, and denies the allegation on that basis. BMCC
27
    denies all allegations in the Complaint not specifically admitted in this Answer. BMCC denies
28

1    each and every allegation in the Complaint's section headings and in all portions of the

2    Complaint not contained in numbered paragraphs.

3    **INTRODUCTION**

4        1.     The first sentence of paragraph 1 of the Complaint contains Plaintiffs' definitions

5    of their own terms and characterization of their purported claims, to which no response is

6    required.  BMCC specifically object to Plaintiffs' definition of **"CRT Products,"** because this

7    definition includes products at different levels of the production chain and creates confusion, as

8    certain defendants (including BMCC) do not manufacture or sell Finished Products (such as

9    televisions or computer monitors), while other defendants do not manufacture and sell cathode

10   ray tubes, and still other defendants do not manufacture either cathode ray tubes or Finished

11   Products.  To the extent that the first sentence of paragraph 1 is deemed to require a response,

12   BMCC denies the allegations.  BMCC denies the remaining allegations in paragraph 1 of the

13   Complaint.

14       2.     BMCC denies the allegations in paragraph 2 of the Complaint.

15       3.     BMCC denies the allegations in paragraph 3 of the Complaint.

16       4.     BMCC is without information sufficient to admit the allegations in paragraph 4 of

17   the Complaint and therefore denies them.

18   **JURISDICTION AND VENUE**

19       5.     Paragraph 5 consists of Plaintiffs' characterization of their purported claims, to

20   which no response is required.  To the extent that a response is required, BMCC denies the

21   allegations in paragraph 5 of the Complaint.

22       6.     Paragraph 6 consists of conclusions of law to which no response is required.  To

23   the extent that a response is required, BMCC denies that this Court has jurisdiction over the

24   unspecific and ill-defined conspiracy alleged by Plaintiffs absent allegations about BMCC or

25   BMCC's activities in the United States, therefore BMCC denies the allegations contained in

26   paragraph 6 of the Complaint.

27

28

1      7.      Paragraph 7 consists of conclusions of law to which no response is required.  To

2  the extent that a response is required, BMCC denies that this Court has jurisdiction over the

3  unspecific and world-wide conspiracy alleged by Plaintiffs absent allegations about BMCC or

4  BMCC's activities in the United States, therefore BMCC denies the allegations contained in

5  paragraph 7 of the Complaint.

6      8.      Paragraph 8 consists of conclusions of law to which no response is required.  To

7  the extent that a response is required, BMCC denies the allegations in paragraph 8 of the

8  Complaint.

9      9.      Paragraph 9 consists of conclusions of law to which no response is required.  To

10  the extent that a response is required, BMCC denies the allegations in paragraph 9 of the

11  Complaint.

12      10.      Paragraph 10 consists of conclusions of law to which no response is required.  To

13  the extent that a response is required, BMCC denies the allegations in paragraph 10 of the

14  Complaint, including all subparagraphs thereto.

15      11.      Paragraph 11 consists of conclusions of law to which no response is required.  To

16  the extent that a response is required, BMCC denies the allegations in paragraph 11 of the

17  Complaint.

18      12.      Paragraph 12 consists of conclusions of law to which no response is required.  To

19  the extent that a response is required, BMCC denies the allegations in paragraph 12 of the

20  Complaint.

21                              **DEFINITIONS**

22      13.      Paragraph 13 of the Complaint consists of Plaintiffs' definition of their own terms

23  to which no response is required.  To the extent that a response is required, BMCC denies the

24  allegations in paragraph 13 of the Complaint.

25      14.      Paragraph 14 of the Complaint consists of Plaintiffs' definition of their own terms

26  to which no response is required.  To the extent that a response is required, BMCC denies the

27  allegations in paragraph 14 of the Complaint.

28

1    15.    Paragraph 15 of the Complaint consists of Plaintiffs' definition of their own terms

2  to which no response is required.  To the extent that a response is required, BMCC denies the

3  allegations in paragraph 15 of the Complaint.

4    16.    Paragraph 16 of the Complaint consists of Plaintiffs' definition of their own terms

5  to which no response is required.  To the extent that a response is required, BMCC denies the

6  allegations in paragraph 16 of the Complaint.

7    17.    Paragraph 17 of the Complaint consists of Plaintiffs' definition of their own terms

8  to which no response is required.  To the extent that a response is required, BMCC denies the

9  allegations in paragraph 17 of the Complaint.

10    18.    Paragraph 18 of the Complaint consists of Plaintiffs' definition of their own terms

11  to which no response is required.  To the extent that a response is required, BMCC denies the

12  allegations in paragraph 18 of the Complaint.

13                                     **PLAINTIFFS**

14    19.    BMCC is without sufficient information or belief to admit the allegations in

15  paragraph 19 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

16  that the Plaintiff identified in paragraph 19 suffered injuries as a result of any action or violation

17  of law by BMCC.

18    20.    BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 20 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

20  that the Plaintiff identified in paragraph 20 suffered injuries as a result of any action or violation

21  of law by BMCC.

22    21.    BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 21 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

24  that the Plaintiff identified in paragraph 21 suffered injuries as a result of any action or violation

25  of law by BMCC.

26    22.    BMCC is without sufficient information or belief to admit the allegations in

27  paragraph 22 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

28

1  that the Plaintiff identified in paragraph 22 suffered injuries as a result of any action or violation

2  of law by BMCC.

3      23.   BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 23 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

5  that the Plaintiff identified in paragraph 23 suffered injuries as a result of any action or violation

6  of law by BMCC.

7      24.   BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 24 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

9  that the Plaintiff identified in paragraph 24 suffered injuries as a result of any action or violation

10  of law by BMCC.

11      25.   BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 25 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

13  that the Plaintiff identified in paragraph 25 suffered injuries as a result of any action or violation

14  of law by BMCC.

15      26.   BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 26 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

17  that the Plaintiff identified in paragraph 26 suffered injuries as a result of any action or violation

18  of law by BMCC.

19      27.   BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 27 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

21  that the Plaintiff identified in paragraph 27 suffered injuries as a result of any action or violation

22  of law by BMCC.

23      28.   BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 28 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

25  that the Plaintiff identified in paragraph 28 suffered injuries as a result of any action or violation

26  of law by BMCC.

27

28

1        29.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 29 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

3    that the Plaintiff identified in paragraph 29 suffered injuries as a result of any action or violation

4    of law by BMCC.

5        30.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 30 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

7    that the Plaintiff identified in paragraph 30 suffered injuries as a result of any action or violation

8    of law by BMCC.

9        31.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 31 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

11   that the Plaintiff identified in paragraph 31 suffered injuries as a result of any action or violation

12   of law by BMCC.

13       32.    BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 32 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

15   that the Plaintiff identified in paragraph 32 suffered injuries as a result of any action or violation

16   of law by BMCC.

17       33.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 33 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

19   that the Plaintiff identified in paragraph 33 suffered injuries as a result of any action or violation

20   of law by BMCC.

21       34.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 34 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

23   that the Plaintiff identified in paragraph 34 suffered injuries as a result of any action or violation

24   of law by BMCC.

25       35.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 35 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

27

28

1  that the Plaintiff identified in paragraph 35 suffered injuries as a result of any action or violation

2  of law by BMCC.

3      36.     BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 36 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

5  that the Plaintiff identified in paragraph 36 suffered injuries as a result of any action or violation

6  of law by BMCC.

7      37.     BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 37 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

9  that the Plaintiff identified in paragraph 37 suffered injuries as a result of any action or violation

10  of law by BMCC.

11      38.     BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 38 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

13  that the Plaintiff identified in paragraph 38 suffered injuries as a result of any action or violation

14  of law by BMCC.

15      39.     BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 39 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

17  that the Plaintiff identified in paragraph 39 suffered injuries as a result of any action or violation

18  of law by BMCC.

19      40.     BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 40 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

21  that the Plaintiff identified in paragraph 40 suffered injuries as a result of any action or violation

22  of law by BMCC.

23      41.     BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 41 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

25  that the Plaintiff identified in paragraph 41 suffered injuries as a result of any action or violation

26  of law by BMCC.

27

28

1        42.     BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 42 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

3   that the Plaintiff identified in paragraph 42 suffered injuries as a result of any action or violation

4   of law by BMCC.

5        43.     BMCC is without sufficient information or belief to admit the allegations in

6   paragraph 43 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

7   that the Plaintiff identified in paragraph 43 suffered injuries as a result of any action or violation

8   of law by BMCC.

9        44.     BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 44 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

11  that the Plaintiff identified in paragraph 44 suffered injuries as a result of any action or violation

12  of law by BMCC.

13       45.     BMCC is without sufficient information or belief to admit the allegations in

14  paragraph 45 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

15  that the Plaintiff identified in paragraph 45 suffered injuries as a result of any action or violation

16  of law by BMCC.

17       46.     BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 46 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

19  that the Plaintiff identified in paragraph 46 suffered injuries as a result of any action or violation

20  of law by BMCC.

21       47.     BMCC is without sufficient information or belief to admit the allegations in

22  paragraph 47 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

23  that the Plaintiff identified in paragraph 47 suffered injuries as a result of any action or violation

24  of law by BMCC.

25       48.     BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 48 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies

27

28

that the Plaintiff identified in paragraph 48 suffered injuries as a result of any action or violation of law by BMCC.

49.     BMCC is without sufficient information or belief to admit the allegations in paragraph 49 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 49 suffered injuries as a result of any action or violation of law by BMCC.

50.     BMCC is without sufficient information or belief to admit the allegations in paragraph 50 of the Complaint describing Plaintiff and therefore denies them.  BMCC denies that the Plaintiff identified in paragraph 50 suffered injuries as a result of any action or violation of law by BMCC.

## DEFENDANTS

51.     BMCC is without sufficient information or belief to admit the allegations in paragraph 51 of the Complaint and therefore denies them.

52.     BMCC is without sufficient information or belief to admit the allegations in paragraph 52 of the Complaint and therefore denies them.

53.     BMCC is without sufficient information or belief to admit the allegations in paragraph 53 of the Complaint and therefore denies them.

54.     Paragraph 54 of the Complaint consists of Plaintiffs' definition of their own terms to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 54 of the Complaint and therefore denies them.

55.     BMCC is without sufficient information or belief to admit the allegations in paragraph 55 of the Complaint and therefore denies them.

56.     BMCC is without sufficient information or belief to admit the allegations in paragraph 56 of the Complaint and therefore denies them.

57.     BMCC is without sufficient information or belief to admit the allegations in paragraph 57 of the Complaint and therefore denies them.

1    58.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 58 of the Complaint and therefore denies them.

3    59.    Paragraph 59 of the Complaint consists of Plaintiffs' definition of their own terms

4    to which no response is required.  To the extent that a response is required, BMCC is without

5    sufficient information or belief to admit the allegations in paragraph 59 of the Complaint and

6    therefore denies them.

7    60.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 60 of the Complaint and therefore denies them.

9    61.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 61 of the Complaint and therefore denies them.

11   62.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 62 of the Complaint and therefore denies them.

13   63.    BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 63 of the Complaint and therefore denies them.

15   64.    BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 64 of the Complaint and therefore denies them.

17   65.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 65 of the Complaint and therefore denies them.

19   66.    BMCC is without sufficient information or belief to admit the allegations in

20   paragraph 66 of the Complaint and therefore denies them.

21   67.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 67 of the Complaint and therefore denies them.

23   68.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 68 of the Complaint and therefore denies them.

25   69.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 69 of the Complaint and therefore denies them.

27

28

1      70.     Paragraph 70 of the Complaint consists of Plaintiffs' definition of their own terms

2   to which no response is required.  To the extent that a response is required, BMCC is without

3   sufficient information or belief to admit the allegations in paragraph 70 of the Complaint and

4   therefore denies them.

5      71.     BMCC is without sufficient information or belief to admit the allegations in

6   paragraph 71 of the Complaint and therefore denies them.

7      72.     BMCC is without sufficient information or belief to admit the allegations in

8   paragraph 72 of the Complaint and therefore denies them.

9      73.     BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 73 of the Complaint and therefore denies them.

11     74.     BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 74 of the Complaint and therefore denies them.

13     75.     BMCC is without sufficient information or belief to admit the allegations in

14  paragraph 75 of the Complaint and therefore denies them.

15     76.     BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 76 of the Complaint and therefore denies them.

17     77.     BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 77 of the Complaint and therefore denies them.

19     78.     Paragraph 78 of the Complaint consists of Plaintiffs' definition of their own terms

20  to which no response is required.  To the extent that a response is required, BMCC is without

21  sufficient information or belief to admit the allegations in paragraph 78 of the Complaint and

22  therefore denies them.

23     79.     BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 79 of the Complaint and therefore denies them.

25     80.     BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 80 of the Complaint and therefore denies them.

27

28

1      81.     BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 81 of the Complaint and therefore denies them.

3      82.     Paragraph 82 of the Complaint consists of Plaintiffs' definition of their own terms

4   to which no response is required.  To the extent that a response is required, BMCC is without

5   sufficient information or belief to admit the allegations in paragraph 82 of the Complaint and

6   therefore denies them.

7      83.     BMCC is without sufficient information or belief to admit the allegations in

8   paragraph 83 of the Complaint and therefore denies them.

9      84.     BMCC admits that it is a Chinese joint venture company with its principal place

10  of business located at No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China.

11  BMCC admits that it is a joint venture company, and at one time 50% of BMCC was held by MT

12  Picture Display Co., Ltd., and the other 50% was held by Beijing Orient Electronics (Group) Co.,

13  Ltd., China National Electronics Import & Export Beijing Company, and Beijing Yayunchun

14  Branch of the Industrial and Commercial Bank of China, Ltd.  BMCC admits that it was

15  established in 1987.  BMCC denies the other allegations in paragraph 84 of the Complaint.

16     85.     BMCC is without sufficient information or belief to admit the allegations in

17  paragraph 85 of the Complaint and therefore denies them.

18     86.     BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 86 of the Complaint and therefore denies them.

20     87.     BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 87 of the Complaint and therefore denies them.

22     88.     BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 88 of the Complaint and therefore denies them.

24     89.     BMCC is without sufficient information or belief to admit the allegations in

25  paragraph 89 of the Complaint and therefore denies them.

26     90.     BMCC is without sufficient information or belief to admit the allegations in

27  paragraph 90 of the Complaint and therefore denies them.

28

91.     Paragraph 91 of the Complaint consists of Plaintiffs' definition of their own terms to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 91 of the Complaint and therefore denies them.

92.     BMCC is without sufficient information or belief to admit the allegations in paragraph 92 of the Complaint and therefore denies them.

93.     BMCC is without sufficient information or belief to admit the allegations in paragraph 93 of the Complaint and therefore denies them.

94.     BMCC is without sufficient information or belief to admit the allegations in paragraph 94 of the Complaint and therefore denies them.

95.     Paragraph 95 of the Complaint consists of Plaintiffs' definition of their own terms to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 95 of the Complaint and therefore denies them.

96.     BMCC is without sufficient information or belief to admit the allegations in paragraph 96 of the Complaint and therefore denies them.

97.     BMCC is without sufficient information or belief to admit the allegations in paragraph 97 of the Complaint and therefore denies them.

98.     BMCC is without sufficient information or belief to admit the allegations in paragraph 98 of the Complaint and therefore denies them.

99.     Paragraph 99 of the Complaint consists of Plaintiffs' definition of their own terms to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 99 of the Complaint and therefore denies them.

100.     BMCC is without sufficient information or belief to admit the allegations in paragraph 100 of the Complaint and therefore denies them.

1    101.   BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 101 of the Complaint and therefore denies them.

3    102.   BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 102 of the Complaint and therefore denies them.

5    103.   Paragraph 103 of the Complaint consists of Plaintiffs' definition of their own

6  terms to which no response is required.  To the extent that a response is required, BMCC is

7  without sufficient information or belief to admit the allegations in paragraph 103 of the

8  Complaint and therefore denies them.

9    104.   Paragraph 104 of the Complaint consists of Plaintiffs' definition of their own

10  terms to which no response is required.  To the extent that a response is required, BMCC is

11  without sufficient information or belief to admit the allegations in paragraph 104 of the

12  Complaint and therefore denies them.

13                    **AGENTS AND CO-CONSPIRATORS**

14    105.   BMCC makes no response to paragraph 105 of the Complaint insofar as it

15  contains no allegations against BMCC.  To the extent that a response is required, BMCC is

16  without sufficient information or belief to admit the allegations in paragraph 105 of the

17  Complaint and therefore denies them.  BMCC denies that it participated in any conspiracy or

18  acted as a co-conspirator.

19    106.   Paragraph 106 of the Complaint consists of Plaintiffs' definition of their own

20  references to which no response is required.  To the extent that a response is required, BMCC is

21  without sufficient information or belief to admit the allegations in paragraph 106 of the

22  Complaint and therefore denies them.

23    107.   Paragraph 107 consists of conclusions of law to which no response is required.

24  To the extent that a response is required, BMCC denies the allegations in paragraph 107 of the

25  Complaint.

26

27

28

1    **INTERSTATE TRADE AND COMMERCE**

2        108.    Paragraph 108 consists of conclusions of law to which no response is required.

3   To the extent that a response is required, BMCC denies the allegations in paragraph 108 of the

4   Complaint.

5        109.    BMCC denies the allegations in paragraph 109 of the Complaint.

6        110.    Paragraph 110 consists of conclusions of law to which no response is required.

7   To the extent that a response is required, BMCC denies the allegations in paragraph 110 of the

8   Complaint.

9    **FACTUAL ALLEGATIONS**

10       111.    BMCC admits that paragraph 111 of the Complaint purports to contain

11   descriptions of CRT technology.  BMCC denies that paragraph 111 describes CRT technology

12   completely and accurately.  BMCC denies the remaining allegations contained in paragraph 111.

13       112.    BMCC admits that paragraph 112 of the Complaint purports to contain

14   descriptions of CRT technology.  BMCC denies that paragraph 112 describes CRT technology

15   completely and accurately.  BMCC denies the remaining allegations contained in paragraph 112.

16       113.    BMCC is without sufficient information or belief to admit the allegations in

17   paragraph 113 of the Complaint and therefore denies them.

18       114.    BMCC is without sufficient information or belief to admit the allegations in

19   paragraph 114 of the Complaint and therefore denies them.

20       115.    BMCC denies the allegations in paragraph 115 of the Complaint.

21       116.    BMCC denies the allegations in paragraph 116 of the Complaint.

22       117.    BMCC denies the allegations in paragraph 117 of the Complaint.

23       118.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 118 as to other defendants' participation in trade associations, and therefore denies

25   them.  BMCC denies the other allegations in paragraph 118 of the Complaint.

26       119.    BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 119 of the Complaint and therefore denies them.

28

1    120.    BMCC admits that it is located in China.  BMCC denies the other allegations in

2    paragraph 120 of the Complaint.

3    121.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 121 of the Complaint and therefore denies them.

5    122.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 122 of the Complaint, including all subparagraphs thereto, and therefore denies them.

7    123.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 123 of the Complaint and therefore denies them.

9    124.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 124 of the Complaint and therefore denies them.

11   125.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 125 of the Complaint and therefore denies them.

13   126.    BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 126 of the Complaint and therefore denies them.

15   127.    The first sentence of paragraph 127 consists of conclusions of law to which no

16   response is required.  To the extent that a response is required, BMCC denies the allegations in

17   the first sentence of paragraph 127 of the Complaint.  BMCC is without sufficient information or

18   belief to admit the remaining allegations in paragraph 127 of the Complaint and therefore denies

19   them.

20   128.    BMCC is without sufficient information or belief to admit the allegations in

21   paragraph 128 of the Complaint and therefore denies them.

22   129.    BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 129 of the Complaint and therefore denies them.

24   130.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 130 of the Complaint and therefore denies them.

26   131.    BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 131 of the Complaint and therefore denies them.

28

1      132.    BMCC denies the allegations in paragraph 132 of the Complaint.

2      133.    BMCC is without sufficient information or belief to admit the allegations in

3    paragraph 133 of the Complaint and therefore denies them.

4      134.    BMCC denies the allegations in paragraph 134 of the Complaint.

5      135.    BMCC denies the allegations in paragraph 135 of the Complaint.

6      136.    BMCC is without sufficient information or belief to admit the allegations in

7    paragraph 136 of the Complaint and therefore denies them.

8      137.    BMCC denies the allegations in paragraph 137 of the Complaint.

9      138.    BMCC denies the allegations in paragraph 138 of the Complaint.

10      139.    BMCC denies the allegations in paragraph 139 of the Complaint.

11      140.    BMCC denies the allegations in paragraph 140 of the Complaint.

12      141.    BMCC denies the allegations in paragraph 141 of the Complaint.

13      142.    BMCC denies the allegations in paragraph 142 of the Complaint, including all

14    subparagraphs thereto.

15      143.    BMCC denies the allegations in paragraph 143 of the Complaint.

16      144.    BMCC denies the allegations in paragraph 144 of the Complaint.

17      145.    BMCC denies the allegations in paragraph 145 of the Complaint.

18      146.    BMCC denies the allegations in paragraph 146 of the Complaint.

19      147.    BMCC denies the allegations in paragraph 147 of the Complaint.

20      148.    BMCC denies the allegations in paragraph 148 of the Complaint.

21      149.    BMCC denies the allegations in paragraph 149 of the Complaint.

22      150.    BMCC denies the allegations in paragraph 150 of the Complaint, including all

23    subparagraphs thereto.

24      151.    BMCC denies the allegations in paragraph 151 of the Complaint.

25      152.    BMCC denies the allegations in paragraph 152 of the Complaint.

26      153.    BMCC denies the allegations in paragraph 153 of the Complaint.

27      154.    BMCC denies the allegations in paragraph 154 of the Complaint.

28

1      155.   BMCC denies the allegations in paragraph 155 of the Complaint.

2      156.   BMCC denies the allegations in paragraph 156 of the Complaint.

3      157.   BMCC denies the allegations in paragraph 157 of the Complaint.

4      158.   BMCC denies the allegations in paragraph 158 of the Complaint.

5      159.   BMCC is without sufficient information or belief to admit the allegations in

6 paragraph 159 of the Complaint and therefore denies them.

7      160.   BMCC is without sufficient information or belief to admit the allegations in

8 paragraph 160 of the Complaint and therefore denies them.

9      161.   BMCC is without sufficient information or belief to admit the allegations in

10 paragraph 161 of the Complaint and therefore denies them.

11     162.   BMCC is without sufficient information or belief to admit the allegations in

12 paragraph 162 of the Complaint and therefore denies them.

13     163.   BMCC is without sufficient information or belief to admit the allegations in

14 paragraph 163 of the Complaint and therefore denies them.

15     164.   BMCC is without sufficient information or belief to admit the allegations in

16 paragraph 164 of the Complaint and therefore denies them.

17     165.   BMCC is without sufficient information or belief to admit the allegations in

18 paragraph 165 of the Complaint and therefore denies them.

19     166.   BMCC is without sufficient information or belief to admit the allegations in

20 paragraph 166 of the Complaint and therefore denies them.

21     167.   BMCC is without sufficient information or belief to admit the allegations in

22 paragraph 167 of the Complaint and therefore denies them.

23     168.   BMCC is without sufficient information or belief to admit the allegations in

24 paragraph 168 of the Complaint and therefore denies them.

25     169.   BMCC is without sufficient information or belief to admit the allegations in

26 paragraph 169 of the Complaint and therefore denies them.

170.    BMCC is without sufficient information or belief to admit the allegations in paragraph 170 of the Complaint and therefore denies them.

171.    BMCC is without sufficient information or belief to admit the allegations in paragraph 171 of the Complaint and therefore denies them.

172.    BMCC is without sufficient information or belief to admit the allegations in paragraph 172 of the Complaint and therefore denies them.

173.    BMCC is without sufficient information or belief to admit the allegations in paragraph 173 of the Complaint and therefore denies them.

174.    BMCC is without sufficient information or belief to admit the allegations in paragraph 174 of the Complaint and therefore denies them.

175.    BMCC is without sufficient information or belief to admit the allegations in paragraph 175 of the Complaint and therefore denies them.

176.    BMCC denies the allegations in paragraph 176 of the Complaint.

177.    BMCC is without sufficient information or belief to admit the allegations in paragraph 177 of the Complaint and therefore denies them.

178.    BMCC is without sufficient information or belief to admit the allegations in paragraph 178 of the Complaint and therefore denies them.

179.    BMCC is without sufficient information or belief to admit the allegations in paragraph 179 of the Complaint and therefore denies them.

180.    Paragraph 180 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 180 of the Complaint.

181.    BMCC is without sufficient information or belief to admit the allegations in paragraph 181 of the Complaint and therefore denies them.

182.    BMCC is without sufficient information or belief to admit the allegations in paragraph 182 of the Complaint and therefore denies them.

1    183.    BMCC is without sufficient information or belief to admit the allegations in
2    paragraph 183 of the Complaint and therefore denies them.

3    184.    BMCC is without sufficient information or belief to admit the allegations in
4    paragraph 184 of the Complaint and therefore denies them.

5    185.    BMCC is without sufficient information or belief to admit the allegations in
6    paragraph 185 of the Complaint and therefore denies them.

7    186.    BMCC is without sufficient information or belief to admit the allegations in
8    paragraph 186 of the Complaint and therefore denies them.

9    187.    BMCC is without sufficient information or belief to admit the allegations in
10   paragraph 187 of the Complaint and therefore denies them.

11   188.    BMCC is without sufficient information or belief to admit the allegations in
12   paragraph 188 of the Complaint and therefore denies them.

13   189.    BMCC is without sufficient information or belief to admit the allegations in
14   paragraph 189 of the Complaint and therefore denies them.

15   190.    BMCC denies the allegations in paragraph 190 of the Complaint.

16   191.    BMCC denies the allegations in paragraph 191 of the Complaint.

17   192.    BMCC denies the allegations in the first sentence of paragraph 192 of the
18   Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations
19   in paragraph 192 of the Complaint and therefore denies them.

20   193.    BMCC is without sufficient information or belief to admit the remaining
21   allegations in paragraph 193 of the Complaint and therefore denies them.

22   194.    BMCC is without sufficient information or belief to admit the remaining
23   allegations in paragraph 194 of the Complaint and therefore denies them.

24   195.    BMCC denies the allegations in paragraph 195 of the Complaint.

25   196.    BMCC is without sufficient information or belief to admit the allegations in
26   paragraph 196 of the Complaint and therefore denies them.

27

28

DEFENDANT BMCC'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED
AMENDED COMPLAINT (Case No. 3:07-CV-5944-SC; MDL No. 1917)          -20-

1        197.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 197 of the Complaint and therefore denies them.

3        198.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 198 of the Complaint and therefore denies them.

5        199.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 199 of the Complaint and therefore denies them.

7        200.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 200 of the Complaint and therefore denies them.

9        201.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 201 of the Complaint and therefore denies them.

11       202.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 202 of the Complaint and therefore denies them.

13       203.    BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 203 of the Complaint and therefore denies them.

15       204.    BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 204 of the Complaint and therefore denies them.

17       205.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 205 of the Complaint and therefore denies them.

19       206.    BMCC denies the allegations in paragraph 206 of the Complaint.

20       207.    BMCC denies the allegations in the first sentence of  paragraph 207 of the

21   Complaint.  BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 207 of the Complaint and therefore denies them

23       208.    BMCC is without sufficient information or belief to admit the allegations in

24   paragraph 208 of the Complaint and therefore denies them.

25       209.    BMCC is without sufficient information or belief to admit the allegations in

26   paragraph 209 of the Complaint and therefore denies them.

27

28

DEFENDANT BMCC'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED
AMENDED COMPLAINT (Case No. 3:07-CV-5944-SC; MDL No. 1917)                          -21-

1    210.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 210 of the Complaint and therefore denies them.

3    211.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 211 of the Complaint and therefore denies them.

5    212.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 212 of the Complaint and therefore denies them.

7    213.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 213 of the Complaint and therefore denies them.

9    **THE PASS-THROUGH OF OVERCHARGES TO CONSUMERS**

10   214.    The first two sentences of paragraph 214 consist of conclusions of law to which

11   no response is required.  To the extent that a response is required, BMCC denies the allegations

12   in the first two sentences paragraph 214 of the Complaint.  BMCC is without sufficient

13   information or belief to admit the remaining allegations in paragraph 214 of the Complaint and

14   therefore denies them.

15   215.    BMCC denies the allegations in paragraph 215 of the Complaint.

16   216.    BMCC is without sufficient information or belief to admit the allegations in

17   paragraph 216 of the Complaint and therefore denies them.

18   217.    BMCC is without sufficient information or belief to admit the allegations in

19   paragraph 217 of the Complaint and therefore denies them.

20   218.    BMCC is without sufficient information or belief to admit the allegations in

21   paragraph 218 of the Complaint and therefore denies them.

22   219.    BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 219 of the Complaint and therefore denies them.

24   220.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 220 of the Complaint and therefore denies them.

26   221.    BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 221 of the Complaint and therefore denies them.

28

1      222.    BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 222 of the Complaint and therefore denies them.

3      223.    BMCC is without sufficient information or belief to admit the allegations in

4   paragraph 223 of the Complaint and therefore denies them.

5      224.    BMCC is without sufficient information or belief to admit the allegations in

6   paragraph 224 of the Complaint and therefore denies them.

7      225.    BMCC is without sufficient information or belief to admit the allegations in

8   paragraph 225 of the Complaint and therefore denies them.

9      226.    BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 226 of the Complaint and therefore denies them.

11     227.    BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 227 of the Complaint and therefore denies them.

13     228.    BMCC is without sufficient information or belief to admit the allegations in

14  paragraph 228 of the Complaint and therefore denies them.

15     229.    BMCC denies the allegations in paragraph 229 of the Complaint.

16     230.    BMCC denies the allegations in paragraph 230 of the Complaint.

17     231.    Paragraph 231 consists of conclusions of law to which no response is required.

18  To the extent that a response is required, BMCC denies the allegations in paragraph 231 of the

19  Complaint.

20                              **CLASS ACTION ALLEGATIONS**

21     232.    BMCC admits that Plaintiffs purport to bring this action as a class action on

22  behalf of the class described in paragraph 232 of the Complaint but denies that this action may

23  be maintained as a class action.  BMCC denies all other allegations contained in paragraph 232

24  of the Complaint.

25     233.    Paragraph 233 consists of conclusions of law to which no response is required.

26  To the extent that a response is required, BMCC denies the allegations in paragraph 233 of the

27  Complaint.

28

DEFENDANT BMCC'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED
AMENDED COMPLAINT (Case No. 3:07-CV-5944-SC; MDL No. 1917)                          -23-

1    234.    BMCC admits that Plaintiffs purport to bring this action as a class action on

2    behalf of the class described in paragraph 234 of the Complaint but denies that this action may

3    be maintained as a class action.  BMCC denies all other allegations contained in paragraph 234

4    of the Complaint.

5    235.    Paragraph 235 consists of conclusions of law to which no response is required.

6    To the extent that a response is required, BMCC denies the allegations in paragraph 235 of the

7    Complaint, including all subparagraphs thereto.

8                                **VIOLATIONS ALLEGED**

9    236.    In response to paragraph 236 of the Complaint, BMCC restates its responses to

10   paragraphs 1 through 235.

11   237.    BMCC denies the allegations in paragraph 237 of the Complaint.

12   238.    BMCC denies the allegations in paragraph 238 of the Complaint.

13   239.    BMCC denies the allegations in paragraph 239 of the Complaint.

14   240.    BMCC denies the allegations in paragraph 240 of the Complaint.

15   241.    BMCC denies the allegations in paragraph 241 of the Complaint, including all

16   subparagraphs thereto.

17   242.    BMCC denies the allegations in paragraph 242 of the Complaint, including all

18   subparagraphs thereto.

19   243.    BMCC denies the allegations in paragraph 243 of the Complaint.

20   244.    BMCC denies the allegations in paragraph 244 of the Complaint.

21   245.    BMCC denies the allegations contained in paragraph 245 of the Complaint,

22   except admits that Plaintiffs purport to bring this action pursuant to Section 16 of the Clayton

23   Act, 15 U.S.C. § 26, and seek the relief sought therein.

24   246.    In response to paragraph 246 of the Complaint, BMCC restates its responses to

25   paragraphs 1 through 245.

26

27

28

DEFENDANT BMCC'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED
AMENDED COMPLAINT (Case No. 3:07-CV-5944-SC; MDL No. 1917)                              -24-

247.    In response to paragraph 247 of the Complaint, BMCC restates its responses to paragraphs 1 through 246.  BMCC denies the further allegations in all subparagraphs of paragraph 247 of the Complaint.

248.    In response to paragraph 248 of the Complaint, BMCC restates its responses to paragraphs 1 through 247.  BMCC denies the further allegations in all subparagraphs of paragraph 248 of the Complaint.

249.    In response to paragraph 249 of the Complaint, BMCC restates its responses to paragraphs 1 through 248.  BMCC denies the further allegations in all subparagraphs of paragraph 249 of the Complaint.

250.    In response to paragraph 250 of the Complaint, BMCC restates its responses to paragraphs 1 through 249.  BMCC denies the further allegations in all subparagraphs of paragraph 250 of the Complaint.

251.    In response to paragraph 251 of the Complaint, BMCC restates its responses to paragraphs 1 through 250.  BMCC denies the further allegations in all subparagraphs of paragraph 251 of the Complaint.

252.    In response to paragraph 252 of the Complaint, BMCC restates its responses to paragraphs 1 through 251.  BMCC denies the further allegations in all subparagraphs of paragraph 252 of the Complaint.

253.    In response to paragraph 253 of the Complaint, BMCC restates its responses to paragraphs 1 through 252.  BMCC denies the further allegations in all subparagraphs of paragraph 253 of the Complaint.

254.    In response to paragraph 254 of the Complaint, BMCC restates its responses to paragraphs 1 through 253.  BMCC denies the further allegations in all subparagraphs of paragraph 254 of the Complaint.

255.    In response to paragraph 255 of the Complaint, BMCC restates its responses to paragraphs 1 through 254.  BMCC denies the further allegations in all subparagraphs of paragraph 255 of the Complaint.

1    256. In response to paragraph 256 of the Complaint, BMCC restates its responses to

2 paragraphs 1 through 255.  BMCC denies the further allegations in all subparagraphs of

3 paragraph 256 of the Complaint.

4    257. In response to paragraph 257 of the Complaint, BMCC restates its responses to

5 paragraphs 1 through 256.  BMCC denies the further allegations in all subparagraphs of

6 paragraph 257 of the Complaint.

7    258. In response to paragraph 258 of the Complaint, BMCC restates its responses to

8 paragraphs 1 through 257.  BMCC denies the further allegations in all subparagraphs of

9 paragraph 258 of the Complaint.  Pursuant to the Court's March 30, 2010 Order, Plaintiffs'

10 claims under Nebraska's antitrust laws, Nebraska Rev. Stat. § 59-801 *et. seq.*, based on sales

11 made prior to July 20, 2002 have been dismissed.

12    259. In response to paragraph 259 of the Complaint, BMCC restates its responses to

13 paragraphs 1 through 258.  BMCC denies the further allegations in all subparagraphs of

14 paragraph 259 of the Complaint.  Pursuant to the Court's March 30, 2010 Order, Plaintiffs'

15 claims under Nevada's antitrust laws, Nevada Rev. Stat. Ann. §§ 598A *et. seq.*, based on sales

16 made prior to the 1999 date of Nevada's repealer statute have been dismissed.

17    260. In response to paragraph 260 of the Complaint, BMCC restates its responses to

18 paragraphs 1 through 259.  BMCC denies the further allegations in all subparagraphs of

19 paragraph 260 of the Complaint.

20    261. In response to paragraph 261 of the Complaint, BMCC restates its responses to

21 paragraphs 1 through 260.  BMCC denies the further allegations in all subparagraphs of

22 paragraph 261 of the Complaint.

23    262. In response to paragraph 262 of the Complaint, BMCC restates its responses to

24 paragraphs 1 through 261.  BMCC denies the further allegations in all subparagraphs of

25 paragraph 262 of the Complaint.

26

27

28

1      263.    In response to paragraph 263 of the Complaint, BMCC restates its responses to

2  paragraphs 1 through 262.  BMCC denies the further allegations in all subparagraphs of

3  paragraph 263 of the Complaint.

4      264.    In response to paragraph 264 of the Complaint, BMCC restates its responses to

5  paragraphs 1 through 263.  BMCC denies the further allegations in all subparagraphs of

6  paragraph 264 of the Complaint.

7      265.    In response to paragraph 265 of the Complaint, BMCC restates its responses to

8  paragraphs 1 through 264.  BMCC denies the further allegations in all subparagraphs of

9  paragraph 265 of the Complaint.

10      266.    In response to paragraph 266 of the Complaint, BMCC restates its responses to

11  paragraphs 1 through 265.  BMCC denies the further allegations in all subparagraphs of

12  paragraph 266 of the Complaint.

13      267.    In response to paragraph 267 of the Complaint, BMCC restates its responses to

14  paragraphs 1 through 266.  BMCC denies the further allegations in all subparagraphs of

15  paragraph 267 of the Complaint.

16      268.    In response to paragraph 268 of the Complaint, BMCC restates its responses to

17  paragraphs 1 through 267.  BMCC denies the further allegations in all subparagraphs of

18  paragraph 268 of the Complaint.

19      269.    In response to paragraph 269 of the Complaint, BMCC restates its responses to

20  paragraphs 1 through 268.

21      270.    Paragraph 270 consists of conclusions of law to which no response is required.

22  To the extent that a response is required, BMCC denies the allegations in paragraph 270 of the

23  Complaint.

24      271.    In response to paragraph 271 of the Complaint, BMCC restates its responses to

25  paragraphs 1 through 270.  BMCC denies the further allegations in all subparagraphs of

26  paragraph 271 of the Complaint.

27

28

272.    In response to paragraph 272 of the Complaint, BMCC restates its responses to paragraphs 1 through 271.  BMCC denies the further allegations in all subparagraphs of paragraph 272 of the Complaint.

273.    In response to paragraph 273 of the Complaint, BMCC restates its responses to paragraphs 1 through 272.  BMCC denies the further allegations in all subparagraphs of paragraph 273 of the Complaint.

274.    In response to paragraph 274 of the Complaint, BMCC restates its responses to paragraphs 1 through 273.  BMCC denies the further allegations in all subparagraphs of paragraph 274 of the Complaint.

275.    In response to paragraph 275 of the Complaint, BMCC restates its responses to paragraphs 1 through 274.  BMCC denies the further allegations in all subparagraphs of paragraph 275 of the Complaint.  Pursuant to the Court's March 30, 2010 Order, Plaintiffs' claims under Nebraska's antitrust laws, Nebraska Rev. Stat. § 59-801 *et. seq.*, based on sales made prior to July 20, 2002 have been dismissed.

276.    In response to paragraph 276 of the Complaint, BMCC restates its responses to paragraphs 1 through 275.  BMCC denies the further allegations in all subparagraphs of paragraph 276 of the Complaint.

277.    In response to paragraph 277 of the Complaint, BMCC restates its responses to paragraphs 1 through 276.  BMCC denies the further allegations in all subparagraphs of paragraph 277 of the Complaint.

278.    In response to paragraph 278 of the Complaint, BMCC restates its responses to paragraphs 1 through 277.  BMCC denies the further allegations in all subparagraphs of paragraph 278 of the Complaint.

279.    In response to paragraph 279 of the Complaint, BMCC restates its responses to paragraphs 1 through 278.  BMCC denies the further allegations in all subparagraphs of paragraph 279 of the Complaint.

1          280.     In response to paragraph 280 of the Complaint, BMCC restates its responses to

2     paragraphs 1 through 279.

3          281.     BMCC denies the allegations in paragraph 281 of the Complaint.

4          282.     The allegations contained in paragraph 282 of the Complaint constitute

5     conclusions of law to which no response is required.  To the extent that a response is required,

6     BMCC denies the allegations in paragraph 282 of the Complaint.

7          283.     Paragraph 283 does not contain allegations of fact or law that require a response.

8     To the extent that a response is required, BMCC is without sufficient information or belief to

9     admit the allegations in paragraph 283 of the Complaint and therefore denies them.

10                                        **FRAUDULENT CONCEALMENT**

11          284.     Paragraph 284 consists of conclusions of law to which no response is required.

12     To the extent that a response is required, BMCC denies the allegations in paragraph 284 of the

13     Complaint.

14          285.     Paragraph 285 consists of conclusions of law to which no response is required.

15     To the extent that a response is required, BMCC denies the allegations in paragraph 285 of the

16     Complaint.

17          286.     Paragraph 286 consists of conclusions of law to which no response is required.

18     To the extent that a response is required, BMCC denies the allegations in paragraph 286 of the

19     Complaint, including all subparagraphs thereto.

20          287.     Paragraph 287 consists of conclusions of law to which no response is required.

21     To the extent that a response is required, BMCC denies the allegations in paragraph 287 of the

22     Complaint.

23                                            **PRAYER FOR RELIEF**

24          Plaintiffs' Prayer for Relief does not contain allegations of fact or law that require a

25     response from BMCC; however, to the extent that a response is required, BMCC denies the

26     allegations in the Prayer for Relief and denies that the relief sought by Plaintiffs and class

27     certification is appropriate or available.

28

1

## JURY DEMAND

2      Plaintiffs' request for a jury trial does not contain allegations of fact or law that require a

3 response from BMCC.

4

## DEFENSES

5      Without assuming any burden of proof that it would otherwise not bear under applicable

6 law, BMCC asserts the following defenses to each and every cause of action alleged in the

7 Complaint:

8

## FIRST DEFENSE

9      Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

10

## SECOND DEFENSE

11      Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

12 are barred, in whole or in part, by applicable statute(s) of limitations.

13

## THIRD DEFENSE

14      Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

15 are barred, in whole or in part, by the doctrine(s) of unclean hands, *in pari delicto* and equal

16 responsibility.

17

## FOURTH DEFENSE

18      Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

19 are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

20

## FIFTH DEFENSE

21      Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

22 are barred, in whole or in part, by the doctrine of laches.

23

## SIXTH DEFENSE

24      Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

25 are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to

26 public policy, or otherwise unauthorized.

27

28

1

**SEVENTH DEFENSE**

2   Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

3 are barred, in whole or in part, because Plaintiffs lack standing to assert them individually or as a

4 class.

5

**EIGHTH DEFENSE**

6   Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

7 are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent

8 concealment with sufficient particularity.

9

**NINTH DEFENSE**

10   Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

11 are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient

12 particularity.

13

**TENTH DEFENSE**

14   Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

15 are barred, in whole or in part, because Plaintiffs did not detrimentally rely upon any deceptive

16 conduct as alleged in the Complaint.

17

**ELEVENTH DEFENSE**

18   Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

19 are barred, in whole or in part, because Plaintiffs and others alleged to be members of the

20 putative class(es) have not suffered any injury in fact or damages as a result of the allegations in

21 the Complaint.

22

**TWELFTH DEFENSE**

23   To the extent that Plaintiffs and others alleged to be members of the putative class(es)

24 purport to have suffered injury or damages, the fact of which BMCC specifically denies, BMCC

25 avers that any such purported injury or damages was not by reason of, or proximately caused by,

26 any act, conduct or omission of BMCC.

27

28

1

**THIRTEENTH DEFENSE**

2    Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

3  are barred, in whole or in part, because Plaintiffs have not suffered actual, cognizable antitrust

4  injury of the type the antitrust laws are intended to remedy.

5

**FOURTEENTH DEFENSE**

6    Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

7  are barred, in whole or in part, because the alleged damages are too speculative and uncertain,

8  and cannot be practicably ascertained or allocated.

9

**FIFTEENTH DEFENSE**

10    Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

11  are barred, in whole or in part, because the alleged conduct of BMCC that is the subject of the

12  Complaint either occurred outside the jurisdiction of the Court or was neither directed to nor

13  affected persons, entities, trade or commerce in the United States, or both.

14

**SIXTEENTH DEFENSE**

15    Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

16  are barred, in whole or in part, by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

17  The conduct alleged by Plaintiffs in the Complaint to form the basis of certain of Plaintiffs'

18  claims has not had a direct, substantial, and reasonably foreseeable effect on trade or commerce

19  with the United States.

20

**SEVENTEENTH DEFENSE**

21    Plaintiffs may not assert causes of action on behalf of the putative class because their

22  claims are not typical of those of the putative class.  For this reason, among others, Plaintiffs

23  cannot adequately represent the putative class.

24

**EIGHTEENTH DEFENSE**

25    Plaintiffs and others alleged to be members of the putative class(es) are precluded from

26  recovering damages, in whole or in part, because and to the extent of, their failure to mitigate

27  damages, if any.

28

DEFENDANT BMCC'S ANSWER TO INDIRECT PURCHASER PLAINTIFFS' THIRD CONSOLIDATED
AMENDED COMPLAINT (Case No. 3:07-CV-5944-SC; MDL No. 1917)                    -32-

1                                               **NINETEENTH DEFENSE**

2        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

3 are barred, in whole or in part, for failure to join indispensable parties.

4                                             **TWENTIETH DEFENSE**

5        Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom

6 BMCC had no control.  The acts of such third parties constitute intervening or superseding

7 causes of harm, if any, suffered by Plaintiffs.

8                                      **TWENTY-FIRST DEFENSE**

9        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

10 are barred, in whole or in part, because any action or omission by or on behalf of BMCC alleged

11 in the Complaint was reasonable, justified, and was taken in pursuit of its own independent,

12 legitimate business and economic interests, without any purpose or intent to injure competition.

13                               **TWENTY-SECOND DEFENSE**

14        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

15 are barred, in whole or in part, because the conduct of BMCC that is the subject of the Complaint

16 did not unreasonably restrain competition or lessen competition in any relevant market and

17 Plaintiffs have failed to allege or properly define any relevant market for the purpose of asserting

18 a claim against BMCC.

19                               **TWENTY-THIRD DEFENSE**

20        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

21 are barred, in whole or in part, to the extent they are based on alleged acts, conduct, or statements

22 that are specifically permitted by law.

23                               **TWENTY-FOURTH DEFENSE**

24        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

25 are barred, in whole or in part, to the extent such claims are inconsistent with applicable federal

26 laws.

27

28

1

**TWENTY-FIFTH DEFENSE**

2   Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive

3   relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the

4   requisite showing of threatened harm or continuing harm.

5

**TWENTY-SIXTH DEFENSE**

6   The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs and/or

7   certain members of the putative classes would be unjustly enriched if they were allowed to

8   recover any part of the damages alleged in the Complaint.

9

**TWENTY-SEVENTH DEFENSE**

10   The relief sought by Plaintiffs is barred, in whole or in part, to the extent the various

11   states cited have not repealed the *Illinois Brick* doctrine.

12

**TWENTY-EIGHTH DEFENSE**

13   To the extent that any actionable conduct occurred, Plaintiffs' claims and claims of any

14   putative class members against BMCC are barred because all such conduct would have been

15   committed by individuals acting *ultra vires*.

16

**TWENTY-NINTH DEFENSE**

17   Plaintiffs' claims and the claims of any putative class members against BMCC are barred

18   to the extent that they have agreed to arbitration or chosen a different forum for the resolution of

19   their claims.

20

**THIRTIETH DEFENSE**

21   Plaintiffs' claims and the claims of any putative class members are barred, in whole or in

22   part, because they cannot be maintained as a class action.

23

**THIRTY-FIRST DEFENSE**

24   The relief sought by Plaintiffs is barred, in whole or in part, because any and all injuries

25   alleged in the Complaint, the fact and extent of which BMCC specifically denies, were directly

26   and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs,

27   certain members of the putative classes, and/or third parties or entities, other than BMCC.

28

1

**THIRTY-SECOND DEFENSE**

2         Plaintiffs' claims and claims of any putative class members are barred, in whole or in

3   part, to the extent that they did not purchase CRT products directly from defendants, because

4   they are indirect purchasers and barred from maintaining an action under 15 U.S.C. § 1 for

5   alleged injuries in that capacity.

6

**THIRTY-THIRD DEFENSE**

7         Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or

8   confirmation of any and all conduct and/or omissions alleged as to BMCC.

9

**THIRTY-FOURTH DEFENSE**

10        Plaintiffs' claims are barred because the Court lacks personal jurisdiction over BMCC.

11

**THIRTY-FIFTH DEFENSE**

12        Without admitting that Plaintiffs are entitled to recover damages in this matter, BMCC is

13   entitled to set off from any recovery Plaintiffs may obtain against BMCC by any other

14   Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

15

**THIRTY-SIXTH DEFENSE**

16        Plaintiffs' claims are barred due to uncertainty and vagueness and because their claims

17   are ambiguous and/or unintelligible.  BMCC avers that Plaintiffs' claims do not describe the

18   events or legal theories with sufficient particularity to permit BMCC to ascertain what other

19   defenses may exist.

20

**THIRTY-SEVENTH DEFENSE**

21        Plaintiffs' claims and the claims of others alleged to be members of the putative class(es)

22   are barred, in whole or in part, because the alleged conduct of BMCC involved or was caused by,

23   due to, compelled by, based upon, or in response to directives, laws, regulations, policies, and/or

24   acts of foreign states, foreign governments, foreign governmental agencies and entities, and/or

25   foreign regulatory agencies.

26

27

28

1

**THIRTY-EIGHTH DEFENSE**

2      Plaintiffs' claims or causes of action should be dismissed to the extent that they are

3 barred, in whole or in part, by the doctrine of *Noerr-Pennington*.

4

**THIRTY-NINTH DEFENSE**

5      This Court should not adjudicate Plaintiffs' claims or the claims of others alleged to be

6 members of the putative class(es) for prudential considerations including international comity.

7

**FORTIETH DEFENSE**

8      The relief sought by Plaintiffs is barred, in whole or in part, because any alleged conduct

9 of BMCC occurred outside of the jurisdiction of the Court.

10

**FORTY-FIRST DEFENSE**

11      Plaintiffs' claims are barred to the extent that they are based on conduct beyond the

12 territorial reach of the laws or courts of the United States.

13

**FORTY-SECOND DEFENSE**

14      Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not

15 allowed under applicable federal or state law.

16

**FORTY-THIRD DEFENSE**

17      The injunctive relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs

18 and/or certain members of the putative classes have available an adequate remedy at law.

19

**FORTY-FOURTH DEFENSE**

20      The relief sought by Plaintiffs is barred, in whole or in part, because any injury or

21 damage alleged in the Complaint was not incurred by or passed on to Plaintiffs, or was incurred

22 by or passed on to persons or entities other than Plaintiffs.

23

**FORTY-FIFTH DEFENSE**

24      The relief sought by Plaintiffs is barred, in whole or in part, to the extent the restitution

25 sought in the Complaint is unmanageable and inequitable.

26

27

28

1

**FORTY-SIXTH DEFENSE**

2    The relief sought by Plaintiffs is barred, in whole or in part, to the extent Plaintiffs have

3    failed to exhaust all remedies against BMCC.

4

**FORTY-SEVENTH DEFENSE**

5    The relief sought by Plaintiffs is barred, in whole or in part, to the extent Plaintiffs are not

6    entitled to seek damages under the laws of the various states cited.

7

**FORTY-EIGHTH DEFENSE**

8    The relief sought by Plaintiffs is barred, in whole or in part, to the extent a private claim

9    may not be brought in a representative capacity under the laws of the various states cited.

10

**FORTY-NINTH DEFENSE**

11    The relief sought by Plaintiffs is barred, in whole or in part, to the extent Plaintiffs have

12    failed to allege predicate acts necessary to invoke application of the consumer protection laws of

13    the various states cited.

14

**FIFTIETH DEFENSE**

15    BMCC adopts and incorporates by reference any applicable defense asserted or to be

16    asserted by any other Defendant in this proceeding not otherwise expressly set forth herein

17    insofar as the defense(s) may be properly asserted by BMCC.

18

**FIFTY-FIRST DEFENSE**

19    BMCC has not knowingly or intentionally waived any applicable defense(s) and hereby

20    reserves the right to amend or supplement its Answer and to assert and rely on any other

21    defenses as and if they become available.  BMCC further reserves the right to delete defenses

22    that it determines are not applicable.

23    WHEREFORE, BMCC prays that:

24    1.    The Court dismiss with prejudice the Indirect Purchaser Plaintiffs' Consolidated

25    Amended Complaint;

26    2.    Plaintiffs recover no relief of any kind against defendant BMCC;

27

28

3.      The Court award defendant BMCC its attorneys' fees and all other costs reasonably incurred in defense of this action; and

4.      The Court award to defendant BMCC such other relief as it may deem just and proper.

Dated: January 26, 2011

                                        FRESHFIELDS BRUCKHAUS
                                        DERINGER US LLP

                                        By: /s/ Terry Calvani
                                        Terry Calvani (CA Bar No. 53260)
                                           Freshfields Bruckhaus Deringer
                                           US LLP
                                        Email: terry.calvani@freshfields.com
                                        701 Pennsylvania Avenue NW, Suite 600
                                        Washington, DC 20004
                                        Tel: (202) 777-4505
                                        Fax: (202) 777-4555

1

**CERTIFICATE OF SERVICE**

2          I, Terry Calvani, declare that I am over the age of eighteen (18) and not a party to the

3    within action.  I am counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701

4    Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

5          On January 26, 2011, I caused a copy of **DEFENDANT BEIJING MATSUSHITA**

6    **COLOR CRT CO., LTD.'S ANSWER TO THE INDIRECT PURCHASER PLAINTIFFS'**

7    **THIRD CONSOLIDATED AMENDED COMPLAINT** to be filed electronically via the

8    Court's Electronic Case Filing System, which constitutes service in this action pursuant to the

9    Court's order of September 29, 2008.

10

11    Dated:  January 26, 2011                    FRESHFIELDS BRUCKHAUS
                                                   DERINGER US LLP
12
                                                   By:/s/ *Terry Calvani*
13                                                 Terry Calvani (CA Bar No. 53260)
                                                     Freshfields Bruckhaus Deringer
14                                                   US LLP
                                                   Email: terry.calvani@freshfields.com
15                                                   701 Pennsylvania Avenue NW, Suite 600
                                                   Washington, DC  20004
16                                                 Tel: (202) 777-4505
                                                   Fax: (202) 777-4555
17
                                                   *Attorney for Defendant Beijing*
18                                                 *Matsushita Color CRT Co., Ltd.*

19

20

21

22

23

24

25

26

27

28