Bruce H. Jackson (State Bar No. 98118)
 (bruce.h.jackson@bakernet.com)
Robert W. Tarun (State Bar No. 64881)
 (robert.w.tarun@bakernet.com)
**BAKER & McKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA  94111-3802
Telephone:    +1 415 576 3000
Facsimile:     +1 415 576 3099

Attorneys for Defendants
Tatung Company of America, Inc.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **MASTER FILE No. 3:07-CV-5944 SC**<br><br>**MDL NO. 1917**<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER INDIRECT PURCHASER PLAINTIFFS' THIRD AMENDED COMPLAINT** |

   WHEREAS, Plaintiffs filed their Third Amended Complaint on December 11, 2010;

   WHEREAS, Defendant Tatung Company of America, Inc., ("Defendant") was properly served with the complaint;

   WHEREAS, Defendant's answer to the aforementioned complaint would be have been due on December 27, 2010;

   WHEREAS, this Court entered an Order extending the Defendant's deadline to answer the complaint to January 26, 2011;

   WHEREAS, Defendant has requested and Plaintiffs have agreed to a further extension of 7 days to answer the complaint;

   WHEREAS, this extension will not alter the date of any event or any deadline already fixed

1

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601

MDL No 1917
STIPULATION FOR EXTENSION OF TIME
MASTER FILE NO. 07-cv-5994 SC

by Court order;

NOW THEREFORE, the parties stipulate and agree as follows:

The time for Defendant to answer the aforementioned complaint is extended by 7 days, to Wednesday, February 2, 2011.

**It is so stipulated.**

Dated:  January 27, 2011					BAKER & McKENZIE LLP


							By: s/Patrick J. Ahern
							    Patrick J. Ahern
							    One Prudential Plaza
							    130 E. Randolph Street
							    Chicago, Illinois 60601

							    Bruce H. Jackson (State Bar No. 98118)
							    Robert W. Tarun (State Bar No. 64881)
							    Two Embarcadero Center, 11th Floor
							    San Francisco, CA 94111-3802

							*Attorneys for Defendants*
							*Tatung Company of America, Inc.*




							TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP


							By: s/ Mario N. Alioto

							    Mario N. Alioto
							    Lauren C. Russell
							    2280 Union Street
							    San Francisco, CA 94123
							    Telephone:  (415) 563-7200
							    Facsimile:  (415) 346-0679

							*Interim Lead Counsel for the Indirect*
							*Purchaser Plaintiffs*

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601

MDL No 1917
STIPULATION FOR EXTENSION OF TIME
MASTER FILE NO. 07-cv-5994 SC

**CERTIFICATE OF SERVICE**

I, Patrick J. Ahern, certify that on January 27, 2011, a true and correct copy of the foregoing STIPULATION FOR EXTENSION OF TIME TO ANSWER INDIRECT PURCHASER PLAINTIFFS' THIRD AMENDED COMPLAINT was served upon all counsel of record.

s/ Patrick J. Ahern
One of the Attorneys for Defendant
Tatung Company of America, Inc.

3

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, IL  60601

MDL No 1917
STIPULATION FOR EXTENSION OF TIME
MASTER FILE NO. 07-cv-5994 SC