Robert P. Bruner, Esq.
BELT LAW FIRM, P.C.
2204 Lakeshore Drive, Suite 208
Birmingham, AL 35209
Phone: (205) 933-1500
Fax:    (205) 933-5500
E-Mail: robertb@beltlawfirm.com

Counsel for Plaintiff Colleen Sobotka

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF APPEARANCE** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |

TO:    TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robert P. Bruner, enters an appearance on behalf of Plaintiff Colleen Sobotka in the above-captioned action, in addition to all prior noted counsel, and requests that all pleadings, notices, orders and other papers in connection with this action be served upon him at the e-mail address listed above.

DATED: February 4, 2011

Respectfully submitted,

By: _____
Robert P. Bruner
BELT LAW FIRM, P.C.
2204 Lakeshore Drive, Suite 208
Birmingham, AL 35209
Phone: (205) 933-1500
Fax:     (205) 933-5500
E-Mail: robertb@beltlawfirm.com

*Attorney for Plaintiff Colleen Sobotka*

CERTIFICATE OF SERVICE

I do hereby certify that on ___4th___ day of _February, 2011_, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by placing a copy of same in the United States Mail, First Class Postage Prepaid, to:

_____
OF COUNSEL