**EXHIBIT A: UPDATED LIST RE PLAINTIFFS' PROPOSED CUSTODIANS**

| | Name, Title | Hitachi Entity | Basis For Designating Custodian | | | | | Hitachi's Reasons for Excluding Custodian | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Org. Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual In Chunghwa Documents | | |
| 1 | James Aden, VP & Gen. Manager ("GM") of Sales | HED(US) HAL | X | X | | X | | No custodian specific information; departed HED(US) in 1999. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 2 | Kenichi Fukuzawa, President | HED(US) | | X | | X | | No custodian specific information; departed HED(US) in 2000. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 3 | Kazumasa Hirai, Vice President ("VP") | HED(US) | | X | | X | | No custodian specific information; departed HED(US) in 2001. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 4 | Ryoji Hirai, VP & GM, Sales; VP & GM, Electron Tube Sales Division ("ETSD") | HED(US) HAL | X | X | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |
| 5 | Bradley ("Biff") W. Kinney, E. Coast Sales Mgr, ETSD | HED(US) HAL | X | X | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |
| 6 | Yoshima Komori, Japanese Accounts Sales Manager, Sales Dept. 1 | HED(US) | X | X | X | X | | If Plaintiffs mean "Yoshihisa Komori," then Hitachi Defendants will agree to include this individual as a custodian. | **Yes, Plaintiffs mean "Yoshihisa Komori" and agree to this custodian.** |

1

| | Name, Title | Hitachi Entity | Basis For Designating Custodian | | | | | Hitachi's Reasons for Excluding Custodian | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Org. Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual In Chunghwa Documents | | |
| 7 | **Takashi Masuko,** President | HED(US) | | X | | X | | No custodian specific information; departed HED(US) in 2002. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 8 | **Robert Daniel Mead,** Sr. Sales Mgr, Sales Dept. 2; W. Coast Sales Mgr, ETSD | HED(US) HAL | X | X | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |
| 9 | **Yuji Mitsumoto,** Sales Manager | HED(US) | | X | | X | | No custodian specific information; departed in 2002. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 10 | **Tomoyuki Saito,** Senior VP | HED(US) | | X | | X | | No custodian specific information; departed in 1999. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 11 | **Hideharu Sakamoto,** Senior Sales Manager | HED(US) | | X | | X | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |
| 12 | **Thom Schmitt,** Senior Sales Manager, ETSD; Sales Director, ETSD | HED(US) | X | X | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |
| 13 | **Shuichi Tago,** Asst Mgr, Sales and Marketing Planning Group; Mgr., Image & Info. Media Sys. Div. | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |

| | Name, Title | Hitachi Entity | Basis For Designating Custodian | | | | | | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Org. Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual In Chunghwa Documents | Hitachi's Reasons for Excluding Custodian | |
| 14 | **Mikio Yotsu,** Sr. Mgr.,Consumer Products & Info. Media Sys. Group<br><br>GM of Digital Media Sales Op. Division | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |
| 15 | **Takashi Matsunga,** Dept. Director/Rep, CRT Sales | HTC | | | X | X | | No custodian specific information; retired in 1995. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 16 | **Satoshi Sakuma,** --GM, Image & Information Systems Division; --Mgr., Image & Info. Media Sys. Div. ("IIMSD"); --Sr. Mgr., Digital Media Systems Division | HTC | | | X | X | | No custodian specific information; retired in 2003. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 17 | **Shunichi Akimoto,** Deputy GM, Info. Media Sys. Group;<br><br>Sr. Mgr., Info. Media Sys.Group | HTC | | | X | X | | Deceased; no custodian specific information; retired in 2002. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |

| | Name, Title | Hitachi Entity | Basis For Designating Custodian | | | | | Hitachi's Reasons for Excluding Custodian | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Org. Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual In Chunghwa Documents | | |
| 18 | **Yasuhiro Morishima,** -Mgr., Consumer Products & Info. Media Sys. Group; -Mgr., Info. Media Sys. Group; -Mgr., Digital Media Sales Op. Division | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |
| 19 | **Hideaki Ito,** -Exec. GM, VP & CEO, Electronic Devices Sales & Marketing Group; -Exec. Gen. Manager, Semiconductor & Integrated Circuit Group | HTC | | X | | X | | No custodian specific information; departed HDP in 2002. Mr. Ito was involved in the CRT tubes business only. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 20 | **Kenji Takahashi,** -Mgr., AV Consumer Products Division -Mgr. of Digital Media and Sales Division -Sr. Mgr. of Digital Media Sales Division | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |

4

| | Name, Title | Hitachi Entity | Basis For Designating Custodian | | | | | Hitachi's Reasons for Excluding Custodian | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Org. Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual In Chunghwa Documents | | |
| 21 | **Hideo Tsutsui,** --Sr. Mgr, Planning of Digital Equip. Div. --Planning of Commercial Goods Division—Strategy of overseas business, promotion of alliance, planning of CTV and digital equip. and sales and marketing planning. | HTC | | | X | X | | No custodian specific information; retired in 2001. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 22 | **Yasuhiro Yakushiji,** Mgr. of Image & Info. Media Sys. Div. Sr. Engineer of Image & Info. Media Sys. Div. Sr. Engineer of AV Consumer Products Division Mgr. of Digital Media Sys. Div. Sr. Engineer of Dig. Media Grp. | HTC | | | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |

5

| | **Name, Title** | **Hitachi Entity** | **Basis For Designating Custodian** | | | | | **Hitachi's Reasons for Excluding Custodian** | **Plaintiffs' Response** |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Hitachi Initial Disclosures** | **Hitachi Response to DOJ Subpoena** | **Hitachi Org. Chart** | **Hitachi Response to Interrogatory No. 2** | **Hitachi Individual In Chunghwa Documents** | | |
| 23 | **Hideharu Nagaoka,** Manager, IISD  Mgr., Digital Media Sys. Div. | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |
| 24 | **Kazuaki Yamamoto,** Manager, IISD  Mgr, Digital Media Sales Op. Div. | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |
| 25 | **Shigeki Takahashi,** Mgr, Digital Media Sales Op. Div. | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |
| 26 | **Yukio Tamura,** Sr. Mgr., Dig. Media Sales Op. Div. | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |
| 27 | **Toshiyuki Ono,** Manager of Digital Media Sales Op. Div. | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |
| 28 | **Shinitsu Narazaki,** Manager of Digital Media Sales Op. Div. | HTC | | | X | X | | No custodian specific information has been located; continuing to search. | The parties will continue to meet and confer about this individual. |

| | **Name, Title** | **Hitachi Entity** | **Basis For Designating Custodian** | | | | | **Hitachi's Reasons for Excluding Custodian** | **Plaintiffs' Response** |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Hitachi Initial Disclosures** | **Hitachi Response to DOJ Subpoena** | **Hitachi Organizational Chart** | **Hitachi Response to Interrogatory No. 2** | **Hitachi Individual In Chunghwa Documents** | | |
| 29 | **Toshitaka Tajimi,** Senior Engineer, IISD  Senior Manager, Digital Media Sales Division | HTC | | | X | X | | No custodian specific information; retired in 2002. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 30 | **Akira Inoue,** Senior Manager, Strategic Marketing & Sales Promotion Department | HTC HDP | | X | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. Involved in CRT tubes only. | **Plaintiffs agree to this custodian.** |
| 31 | **Nobuhiko Kobayashi,** Senior Manager, Total Production Control Dept. Mobara Manufac. Op. | HTC HDP | X | X | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. Involved in CRT tubes only. | **Plaintiffs agree to this custodian.** |
| 32 | **Hiromi Ootani,** Sr. Mgr, Consumer Elec. Sales Dept.,  GM and Exec Vice GM, Elec. Devices Sales & Marketing Div., Semiconductor & Integrated Circuit Group | HTC HDP | | X | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. Involved in CRT tubes only. | **Plaintiffs agree to this custodian.** |

7

| | Name, Title | Hitachi Entity | Basis For Designating Custodian | | | | | Hitachi's Reasons for Excluding Custodian | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Org. Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual In Chunghwa Documents | | |
| 33 | **Kazuo Sakamoto,** Sr. Mgr, CRT Sales & Marketing, Elec. Tubes Sales Dept. Sr. Mgr, Int'l Sales Div., Display Product Sales Group | HTC HDP | | X | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. Involved in CRT tubes only. | **Plaintiffs agree to this custodian.** |
| 34 | **Yoshimichi Shibuya,** GM, Int'l Display Sales Div., Elec. Devices Sales & Marketing Div. | HTC HDP HED (US) | | X | | X | | The parties already agreed to include this individual as a custodian. Involved in CRT tubes only. | **Plaintiffs still agree to this custodian.** |
| 35 | **Koichi Touyumi,** Sr. Mgr., Industrial Elec. Sales Dept. 2, Electronic Devices Trade Div. | HTC HDP | | X | | X | | The Hitachi Defendants will agree to include this individual as a custodian. Involved in CRT tubes only. | **Plaintiffs agree to this custodian.** |
| 36 | **Yoshiyuki Uchida,** Sr. Mgr., Strategic Marketing and Sales Promotion Dept. Managerial Staff for CEO, Displays Asst. to GM, Bus. Planning Div. | HDP | | X | X | X | | No custodian specific information; retired in 2002. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |

8

| | Name, Title | Hitachi Entity | Basis For Designating Custodian | | | | | Hitachi's Reasons for Excluding Custodian | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Org. Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual In Chunghwa Documents | | |
| 37 | **Ryuichi Ueda,** Sr. Mgr., CRT Sales & Marketing Div. Sr. Engineer, Sales Eng. Dept. No. 1 | HDP | | X | X | X | | No custodian specific information; retired in 2002. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 38 | **Takeo Takemoto,** Exec. Managing Dir., Elec. Tube Division | HDP | | | X | X | | No custodian specific information; retired in 1993. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 39 | **Kouichi Maruyama,** Sr. Deputy GM, Elec. Tube & Dev. Div. GM, Elec. Tube & Dev. Div. Pres. and CEO of Displays | HDP | | | X | X | | Deceased; no custodian specific information; retired in 2004. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 40 | **Kiyoshi Kubo,** Mgr., Strategic Marketing & Sales Promotion Dept. | HDP | | | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |
| 41 | **Mitsuru Yamada,** Assist. Mgr, Elec. Device Div, Market Research Grp. | HDP | | | X | X | | No custodian specific information; retired in 2000. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |

| | Name, Title | Hitachi Entity | Basis For Designating Custodian | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Organizational Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual In Chunghwa Documents | Hitachi's Reasons for Excluding Custodian | Plaintiffs' Response |
| 42 | **Fumiaki Yonai,** Exec. VP, Displays President and CEO of Displays | HDP | | | X | X | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |
| 43 | **Masayuki Sato,** Sr. Deputy GM, of Electron Tube & Devices Div. Exec.VP, Displays | HTC | | | X | X | | Deceased as of 2004; no custodian specific information; Mr. Sato was involved in the CRT tubes business only. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 44 | **Chien-Lu Chang,** Senior Manager | HAS (Taipei) | | | | | X | Hitachi Defendants cannot identify an employee by this name. | Plaintiffs provided Hitachi with additional information for identification. |
| 45 | **Jian-Long Zhang,** Senior Manager | HAS (Taipei) | | | | | X | Hitachi Defendants cannot identify an employee by this name. | Plaintiffs provided Hitachi with additional information for identification. |
| 46 | **Cheng-Chen Chien,** Senior Manager | HAS (Taipei) | | | | | X | Hitachi Defendants cannot identify an employee by this name. | Hitachi to consider whether this might be **"Chang Chien Chang Argus"** identified in HAS Supp. Resp. to Interog. No. 2. |

10

| | **Name, Title** | **Hitachi Entity** | **Basis For Designating Custodian** | | | | | **Hitachi's Reasons for Excluding Custodian** | **Plaintiffs' Response** |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Organizational Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual in Chunghwa Documents | | |
| 47 | **Mr. Lu,** Head of Division (Director?) | HAS (Taipei) | | | | | X | Please provide us with add'l info re Mr. Lu, such as given name and dates Plaintiffs believe that Mr. Lu was employed by HAS. | Plaintiffs provided Hitachi with additional information for identification. |
| 48 | **Mr. Kimura,** Head of Sales Dept. | HAS (Taipei) | | | | | X | Please provide us with add'l info re Mr.Kimura, such as given name and dates Plaintiffs believe that Mr. Kimura was employed by HAS | Plaintiffs provided additional information. Hitachi to consider whether this might be **"Yoshihiko Kimura"** identified in HAS Supp. Resp. to Interog. No. 2. |
| 49 | **Mr. Sakashita** | HAS (Taipei) | | | | | X | Please provide us with add'l info re Mr. Sakashita, such as given name, dates Plaintiffs believe that Mr. Sakashita. was employed by HAS. | Plaintiffs provided additional information. Hitachi to consider whether this might be **"Kazuhiro Sakashita"** identified in HAS Supp. Resp. to Interog. No. 2. |
| 50 | **Mr. Fukuzawa,** President | HTC | | | | | X | Please provide us with add'l info re Mr. Fukuzawa, such as given name, dates Plaintiffs believe that Mr. Fukuzawa. was employed by HAS. | Plaintiffs provided Hitachi with additional information for identification. |
| 51 | **Guojun Yang** | SEG Hitachi | | | | | X | The Hitachi Defendants cannot identify an employee by this name. | Plaintiffs provided Hitachi with additional information for identification. |

| # | Name | Company | | | | | | | Notes | Response |
|---|---|---|---|---|---|---|---|---|---|---|
| 52 | **Jianmin Huang** | SEG Hitachi | | | | | | X | The Hitachi Defendants cannot identify an employee by this name. | Plaintiffs provided Hitachi with additional information for identification. |
| 53 | **Chenqun Li** | SEG Hitachi | | | | | | X | The Hitachi Defendants have identified Mr. Chenqun Li, who served as Vice President and Vice Chairman of non-Hitachi Defendant entity that was not involved in the CRT tubes or CRT finished products businesses. No custodian specific information related to Mr. Li's purported tenure at SEG-Hitachi was identified. | Plaintiffs provided Hitachi with additional information to ensure this is the same person. |
| 54 | **Peng Guo** | SEG Hitachi | | | | | | X | The Hitachi Defendants cannot identify an employee by this name. | Plaintiffs provided Hitachi with additional information for identification. |
| 55 | **Yufang Wang** | SEG Hitachi | | | | | | X | The Hitachi Defendants cannot identify an employee by this name. | Plaintiffs provided Hitachi with additional information for identification. |

| | Name, Title | Hitachi Entity | Basis For Designating Custodian | | | | | | Plaintiffs' Response |
|---|---|---|---|---|---|---|---|---|---|
| | | | Hitachi Initial Disclosures | Hitachi Response to DOJ Subpoena | Hitachi Organizational Chart | Hitachi Response to Interrogatory No. 2 | Hitachi Individual in Chunghwa Documents | Hitachi's Reasons for Excluding Custodian | |
| 56 | **Tadashi Yamada,** Sr Mgr., Sales Dept. 2, Int'l Display Salas Div, Elec. Devices Sales & Marketing Div. | HDP | X | X | | | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |
| 57 | **Isao Yoshimi,** Exec. GM (and Sr. and GM), CRT Business Division | HDP | | X | X | | | The Hitachi Defendants will agree to include this individual as a custodian. | **Plaintiffs agree to this custodian.** |
| 58 | **Akira Kojima** | HAL | X | | | | | No custodian specific information. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |
| 59 | **Akira Okubo,** Sales | HAL | X | X | | | | No custodian specific information; departed HED(US) in 1999. | Hitachi to provide information re: backup tapes; the parties will continue to meet and confer. |