# Judicial Endorsements
## as of September 30, 2010

**Alabama**

Hon. John L. Carroll
Retired
Birmingham

Hon. William E. Cassady
U.S. District Court for the Southern District of Alabama
Mobile

**Arizona**

Hon. Andrew D. Hurwitz
Vice Chief Justice, Arizona Supreme Court
Phoenix

**Arkansas**

Hon. Barry A. Bryant
U.S. District Court for the Western District of Arkansas
Texarkana

Hon. Jerry W. Cavaneau
U.S. District Court for the Eastern District of Arkansas
Little Rock

**California**

Hon. Robert N. Block
U.S. District Court for the Central District of California
Santa Ana

Hon. Susan Y. Illston
U.S. District Court for the Northern District of California
San Francisco

Hon. Elizabeth D. Laporte
U.S. District Court for the Northern District of California
San Francisco

Hon. Louisa S. Porter
U.S. District Court for the Southern District of California
San Diego

Hon. David C. Velasquez
Orange County Superior Court
Santa Ana

Hon. Carl J. West
Los Angeles County Superior Court
Los Angeles

**Colorado**

Hon. Morris B. Hoffman
Colorado 2nd Judicial District Court
Denver

Hon. Craig B. Shaffer
U.S. District Court for the District of Colorado
Denver

**District of Columbia**

Hon. Francis M. Allegra
U.S. Court of Federal Claims
Washington

Hon. Herbert B. Dixon, Jr.
Superior Court of the District of Columbia
Washington

Hon. John M. Facciola
U.S. District Court for the District of Columbia
Washington



4

## *Judicial Endorsements*
### *as of September 30, 2010 cont.*

Hon. Alan Kay
U.S. District Court for the District of Columbia
Washington

Chief Judge Royce C. Lamberth
U.S. District Court for the District of Columbia
Washington

Hon. Gregory E. Mize
Retired
Washington

**Florida**

Hon. Barry L. Garber
U.S. District Court for the Southern District of Florida
Miami

Hon. Thomas E. Morris
U.S. District Court for the Middle District of Florida
Jacksonville

Hon. Richard A. Nielsen
13th Judicial Circuit
Tampa

Hon. Robin S. Rosenbaum
U.S. District Court for the Southern District of Florida
Fort Lauderdale

Hon. Thomas B. Smith
Ninth Judicial Circuit
Orlando

**Georgia**

Hon. Joseph C. Iannazzone
State Court of Gwinnett County
Lawrenceville

**Illinois**

Hon. Martin C. Ashman
U.S. District Court for the Northern District of Illinois
Chicago

Hon. David G. Bernthal
U.S. District Court for the Central District of Illinois
Urbana

Hon. Geraldine Soat Brown
U.S. District Court for the Northern District of Illinois
Chicago

Hon. Jeffrey Cole
U.S. District Court for the Northern District of Illinois
Chicago

Hon. Susan E. Cox
U.S. District Court for the Northern District of Illinois
Chicago

Hon. Morton Denlow
U.S. District Court for the Northern District of Illinois
Chicago

## Judicial Endorsements
### as of September 30, 2010 cont.

Chief Judge Carol A. Doyle
U.S. Bankruptcy Court for the Northern District of Illinois
Chicago

Hon. Peter A. Flynn
Illinois Superior Court
Chicago

Hon. Allen S. Goldberg
Cook County Circuit Court
Chicago

Hon. John A. Gorman
U.S. District Court for the Central District of Illinois
Peoria

Chief Judge James F. Holderman
U.S. District Court for the Northern District of Illinois
Chicago

Hon. Arlander Keys
U.S. District Court for the Northern District of Illinois
Chicago

Hon. P. Michael Mahoney
U.S. District Court for the Northern District of Illinois
Rockford

Hon. Michael T. Mason
U.S. District Court for the Northern District of Illinois
Chicago

Hon. Richard Mills
U.S. District Court for the Central District of Illinois
Springfield

Hon. Nan R. Nolan
U.S. District Court for the Northern District of Illinois
Chicago

Hon. Sidney I. Schenkier
U.S. District Court for the Northern District of Illinois
Chicago

Hon. Susan P. Sonderby
U.S. Bankruptcy Court for the Northern District of Illinois
Chicago

Hon. Maria Valdez
U.S. District Court for the Northern District of Illinois
Chicago

**Indiana**

Hon. Kenneth H. Johnson
Marion County Superior Court
Indianapolis

**Iowa**

Hon. Celeste F. Bremer
U.S. District Court for the Southern District of Iowa
Des Moines



# Judicial Endorsements
*as of September 30, 2010 cont.*

**Kansas**

Hon. Gerald J. Elliott
Johnson County District Court
Olathe

Hon. J. Thomas Marten
U.S. District Court for the District of Kansas
Wichita

Hon. James P. O'Hara
U.S. District Court for the District of Kansas
Kansas City

Hon. Gerald L. Rushfelt
U.S. District Court for the District of Kansas
Kansas City

Hon. K. Gary Sebelius
U.S. District Court for the District of Kansas
Topeka

Hon. David Waxse
U.S. District Court for the District of Kansas
Kansas City

**Louisiana**

Hon. Eldon E. Fallon
U.S. District Court for the Eastern District of Louisiana
New Orleans

Hon. Sally Shushan
U.S. District Court for the Eastern District of Louisiana
New Orleans

**Maryland**

Hon. Lynne A. Battaglia
Maryland Court of Appeals
Annapolis

Hon. Stuart R. Berger
Circuit Court for Baltimore City
Baltimore

Hon. Paul W. Grimm
U.S. District Court for the District of Maryland
Baltimore

Hon. Michael D. Mason
Montgomery County Circuit Court
Rockville

Hon. Albert J. Matricciani, Jr.
Maryland Court of Special Appeals
Baltimore

Hon. Steven I. Platt
Retired
Upper Marlboro

**Massachusetts**

Hon. Robert B. Collings
U.S. District Court for the District of Massachusetts
Boston

Hon. Timothy S. Hillman
U.S. District Court for the District of Massachusetts
Worcester

# *Judicial Endorsements*
## *as of September 30, 2010 cont.*

Hon. Allan van Gestel
Retired
Boston

**Michigan**

Hon. Virgina M. Morgan
U.S. District Court for the Eastern District of Michigan
Ann Arbor

**Mississippi**

Hon. Jerry A. Davis
U.S. District Court for the Northern District of Mississippi
Aberdeen

**Nevada**

Hon. Elizabeth Gonzalez
Nevada Eighth Judicial District Court
Las Vegas

**New Jersey**

Hon. Katharine S. Hayden
U.S. District Court for the District of New Jersey
Newark

Hon. John J. Hughes
Retired
Trenton

**New York**

Hon. Leonard B. Austin
New York Supreme Court, Commercial Division
Mineola

Hon. Carolyn E. Demarest
New York Supreme Court, Commercial Division
Brooklyn

Hon. Helen E. Freedman
New York State Court, Appellate Division
New York

Hon. Marilyn D. Go
U.S. District Court for the Eastern District of New York
Brooklyn

Hon. Richard B. Lowe III
New York Supreme Court, New York County
New York

Hon. Frank Maas
U.S. District Court for the Southern District of New York
New York

Hon. Andrew J. Peck
U.S. District Court for the Southern District of New York
New York

Hon. David E. Peebles
U.S. District Court for the Northern District of New York
Syracuse

Hon. Shira A. Scheindlin
U.S. District Court for the Southern District of New York
New York

Hon. Lisa Margaret Smith
U.S. District Court for the Southern District of New York
White Plains



## *Judicial Endorsements*
### *as of September 30, 2010 cont.*

Hon. Richard J. Sullivan
U.S. District Court for the Southern District of New York
New York

Hon. Ira B. Warshawsky
New York Supreme Court, Commercial Division
Mineola

**North Carolina**

Hon. Albert Diaz
North Carolina Business Court
Charlotte

Hon. John R. Jolly, Jr.
North Carolina Business Court
Raleigh

Hon. Ben F. Tennille
North Carolina Business Court
Greensboro

**Ohio**

Hon. William H. Baughman, Jr.
U.S. District Court for the Northern District of Ohio
Cleveland

Hon. Sandra S. Beckwith
U.S. District Court for the Southern District of Ohio
Cincinnati

Hon. John P. Bessey
Franklin County Court of Common Pleas
Columbus

Hon. Richard A. Frye
Franklin County Court of Common Pleas
Columbus

Hon. Thomas H. Gerken
Hocking County Common Pleas Court
Logan

Hon. George J. Limbert
U.S. District Court for the Northern District of Ohio
Youngstown

Hon. Michael R. Merz
U.S. District Court for the Southern District of Ohio
Dayton

Hon. Kathleen McDonald O'Malley
U.S. District Court for the Northern District of Ohio
Cleveland

**Oklahoma**

Hon. Robert E. Bacharach
U.S. District Court for the Western District of Oklahoma
Oklahoma City

Hon. Robin J. Cauthron
U.S. District Court for the Western District of Oklahoma
Oklahoma City

Hon. Stephen P. Friot
U.S. District Court for the Western District of Oklahoma
Oklahoma City

## Judicial Endorsements
### as of September 30, 2010 cont.

**Oregon**

Hon. John V. Acosta
U.S. District Court for the District of Oregon
Portland

Hon. Dennis J. Hubel
U.S. District Court for the District of Oregon
Portland

**Pennsylvania**

Hon. Linda K. Caracappa
U.S. District Court for the Eastern District of Pennsylvania
Philadelphia

Hon. Joy Flowers Conti
U.S. District Court for the Western District of Pennsylvania
Pittsburgh

Hon. Lisa P. Lenihan
U.S. District Court for the Western District of Pennsylvania
Pittsburgh

Hon. Christine A. Ward
Allegheny Court of Common Pleas
Pittsburgh

**South Carolina**

Hon. Clifton Newman
South Carolina Circuit Court, At-Large
Kingstree

**Tennessee**

Hon. Joe B. Brown
U.S. District Court for the Middle District of Tennessee
Nashville

Hon. Diane K. Vescovo
U.S. District Court for the Western District of Tennessee
Memphis

**Texas**

Hon. Andrew W. Austin
U.S. District Court for the Western Distict of Texas
Austin

Hon. Martin Hoffman
68th Civil District Court
Dallas

Hon. Martin L. Lowy
101st Civil District Court
Dallas

Hon. Nancy S. Nowak
U.S. District Court for the Western District of Texas
San Antonio

**Washington**

Hon. James P. Donohue
U.S. District Court for the Western District of Washington
Seattle



## *Judicial Endorsements*
*as of September 30, 2010 cont.*

Hon. Barbara Jacobs Rothstein
U.S. District Court for the Western District of Washington
Seattle

Hon. Karen L. Strombom
U.S. District Court for the Western District of Washington
Seattle

**Wisconsin**

Hon. Aaron E. Goodstein
U.S. District Court for the Eastern District of Wisconsin
Milwaukee

