Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| CRAGO, INC., et al., | |
| Plaintiffs, | |
| vs. | **ORDER RE: MOTIONS AGAINST HITACHI DEFENDANTS** |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |
| This Document Relates to<br>ALL CASES | |

Plaintiffs and the Hitachi Defendants have been engaged in discovery activities pursuant to the Procedural and Scheduling Order Re: Motions Against the Hitachi Defendants, dated January 19, 2011. The parties reported to the Special Master in letters dated February 9, 2011, and a phone conference among the parties and the Special Master was held on February 10, 2011. The parties agree that the meet and confer conferences and certain individual actions are proceeding but need a bit more time. Therefore:

1. The meet and confer conferences, to be held in person and not by telephone, are to be concluded by March 1, 2011.
2. The parties are to report to the Special Master in writing by March 3, 2011.

1

3. There will be a hearing on any remaining issues on March 7, 2011 at 10:00 AM (Pacific Time) at JAMS, Two Embarcadero Center, Suite 1500, San Francisco CA 94111. Other parties are not required to attend, but may do so in person or by telephone.

Certain additional issues raised by Plaintiffs were discussed on February 10, 2011: 1. search terms; 2. backup tapes; 3. possible additional custodians (the so called "gap"). However, the Special Master believes that the parties' time between now and March 1, 2011 can be best used by focusing on the matters now in process. Therefore the Special Master is making no rulings on the three additional issues at this time. They will subjects of the March 7, 2011 hearing if necessary.

IT IS SO ORDERED.

DATED: February 11, 2011

HON. CHARLES A. LEGGE
UNITED STATES DISTRICT JUDGE (RET.)
SPECIAL MASTER