Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>CRAGO, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>Defendants.<br><br>This Document Relates to ALL CASES | **No. 07-5944 SC**<br>**MDL No. 1917**<br>**JAMS Reference No. 1100054618**<br><br>**ORDER FOR STATUS AND SCHEDULING CONFERENCE** |

A status and scheduling conference will be held in the above entitled cases on Thursday, March 17 at 9:00 AM (Pacific Time) at JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111.

The objective will be to schedule further discovery proceedings, class procedures, and motion procedures.

//

//

//

The Special Master requests that the liaison counsel for Plaintiffs and Defendants submit to the Special Master by Monday, March 14, a list of matters to be discussed at the conference.

IT IS SO ORDERED.

DATED: February 11, 2011

Charles A. Legge
HON. CHARLES A. LEGGE
UNITED STATES DISTRICT JUDGE (RET.)
SPECIAL MASTER