| | |
|---|---|
| 1 | Joseph Song (S.B. # 239494) |
|   | songj@howrey.com |
| 2 | HOWREY LLP |
|   | 525 Market Street |
| 3 | Suite 3600 |
|   | San Francisco, CA 94105 |
| 4 | Tel: (415) 848-4900 |
|   | Fax: (415) 848-4999 |
| 5 | |
|   | John M. Taladay *(pro hac vice)* |
| 6 | Joseph A. Ostoyich *(pro hac vice)* |
|   | Richard A. Ripley *(pro hac vice)* |
| 7 | Andreas Stargard *(pro hac vice)* |
|   | HOWREY LLP |
| 8 | 1299 Pennsylvania Ave NW |
|   | Washington, DC 20004 |
| 9 | Telephone: (202) 383-6564 |
|   | Facsimile:  (202) 383-6610 |
| 10 | |
|   | Attorneys for KOINKLIJKE PHILIPS |
| 11 | ELECTRONICS N.V. and |
|   | PHILIPS ELECTRONICS NORTH AMERICA |
| 12 | CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  CATHODE RAY TUBE (CRT) ANTIRUST LITIGATION | **Case No. 07-5944-SC** |
| | **MDL No. 1917** |
| This Document Relates to: ALL ACTIONS | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that the undersigned, Emily Maxwell, a former attorney of the law firm HOWREY LLP, and a former attorney for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (collectively "Philips Defendants") hereby withdraws as counsel for the Philips Defendants in the above-captioned litigation, and

1  respectfully requests that her name be removed from the Court's electronic mail notice list and
2  counsel's service lists. HOWREY LLP continues to serve as counsel for the Philips Defendants
3  through attorneys John Taladay, Joseph A. Ostoyich, Richard A. Ripley, Andreas Stargard, and
4  Joseph Song, who request that all future correspondence and papers in this action continue to be
5  directed to them.

6  DATED: February 11, 2011

7  By:    /s/ Emily L. Maxwell_____
       Emily L. Maxwell

9  525 Market Street
   San Francisco, CA 94105
10 Tel: (415) 848-4900
   Fax: (415) 848-4999