| | |
|---|---|
| 1 | LIDIA MAHER (CSBN 222253) |
| 2 | ANNA TRYON PLETCHER (CSBN 239730)<br>MAY LEE HEYE (CSBN 209366) |
| 3 | TAI SNOW MILDER (CSBN 267070)<br>Antitrust Division |
| 4 | U.S. Department of Justice<br>450 Golden Gate Avenue |
| 5 | Box 36046, Room 10-0101<br>San Francisco, CA 94102 |
| 6 | Telephone: (415) 436-6660 |
| 7 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | 3:07-cv-05944-SC MDL NO. 1917<br><br>**NOTICE OF REMOVAL OF COUNSEL** |

The United States Department of Justice, Antitrust Division, hereby files this Notice of Removal of Counsel. Anna Tryon Pletcher is no longer assigned to this matter. Please remove her email address, anna.pletcher@usdoj.gov from this docket.

Dated: February 11, 2011                    Respectfully submitted,


/s/ Anna Tryon Pletcher

Lidia Maher
Anna Tryon Pletcher
May Lee Heye
Tai Snow Milder
Trial Attorneys
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660