1  TREPEL McGRANE GREENFIELD LLP
   MATTHEW R. SCHULTZ (SBN 220641)
2  150 California, Suite 2200
   San Francisco, California 94111
3  Telephone:   415-283-1776
   Facsimile:   415-283-1777
4

5

6

7
                UNITED STATES DISTRICT COURT
8
                NORTHERN DISTRICT OF CALIFORNIA
9
                   SAN FRANCISCO DIVISION
10

11

12 | IN RE: CATHODE TAY TUBE (CRT) | Case No. 3:07-cv-05944-SC
   | ANTITRUST LITIGATIION |
13 |                                | **NOTICE OF WITHDRAWAL OF**
   |                                | **COUNSEL**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

---

NOTICE OF WITHDRAWAL AS COUNSEL
Case No. 3:07-cv-05944-SC

1   PLEASE TAKE NOTICE that, Matthew Schultz formerly of Zelle, Hofmann, Voelbel,
2  Mason & Gette LLP ("Zelle Hoffmann"), 44 Montgomery Street, Suite 3400, San Francisco,
3  CA, is longer be associated with Zelle Hoffman and hereby withdraws as counsel of record for
4  plaintiffs.  Mr. Schultz therefore requests that he be removed from the case docket and the Notice
5  of Electronic Filing System as indicated on the docket.  All pleadings, orders and other papers
6  should continue to be served on Zelle Hoffman LLP.

8  Dated:  February 21, 2011                                    TREPEL McGRANE GREENFIELD LLP

11                                                                        By:  _____/s/_____
                                                                                  Matthew R. Schultz