Joseph W. Cotchett (036324)
Steven N. Williams (175489)
Neil Swartzberg (215133)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:(650) 697-0577

*Attorneys for Plaintiffs Orion Home Systems*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT] OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHRODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 3:07-cv-05944-SC |
| This Document Relates to: | **NOTICE OF CHANGE OF FIRM NAME** |
| ALL ACTIONS | |

TO THE COURT AND ALL PARTIES OF RECORD:

COTCHETT, PITRE & McCARTHY hereby advises the Court and all parties in this matter that as of January 3, 2011, the firm's new name is:

**COTCHETT, PITRE & McCARTHY, LLP**

The address, telephone, and facsimile numbers will remain the same.

Dated: March 8, 2011                                   COTCHETT, PITRE & McCARTHY, LLP


                                                       By:   */s/ Steven N. Williams*
                                                       *Attorneys for Plaintiffs Orion Home Systems*

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY, LLP

**NOTICE OF CHANGE OF FIRM NAME,** Case No. 3:07-cv-05944-SC                                    1