



1   Scott A. Stempel
    MORGAN, LEWIS & BOCKIUS LLP
2   1111 Pennsylvania Avenue
    Washington, D.C. 20004-2541
3   Telephone: (202) 739-3000

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6                    SAN FRANCISCO DIVISION

7

8   | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
9   | | **MDL NO. 1917** |
10  | | Judge: Hon. Samuel Conti |
11  | | Special Master: Hon. Charles A. Legge (Ret.) |
12  | This Document Relates To: | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
13  | ALL ACTIONS | |
14

15          Pursuant to Civil Local Rule 11-3, Scott A. Stempel, an active member in good standing

16  of the bar of the District of Columbia, hereby applies for admission to practice in the Northern

17  District of California on a *pro hac vice* basis representing Hitachi, Ltd., Hitachi Displays, Ltd.,

18  Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. in the

19  above-entitled action.

20          In support of this application, I certify under oath that:

21          1.      I am an active member in good standing of a United States Court or of the highest

22                  court of another State or the District of Columbia, as indicated above; and

23          2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local

24                  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

25                  become familiar with the Local Rules and the Alternative Dispute Resolution

26                  programs of this Court; and,

27          3.      An attorney who is a member of the bar of this Court in good standing and who

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/22255953.2

1    maintains an office within the State of California has been designated as co-

2    counsel in the above entitled action.  The name, address and telephone number of

3    that attorney is: Kent M. Roger, Morgan, Lewis & Bockius LLP, One Market

4    Street, Spear Street Tower, San Francisco, CA 94105-1126; (415) 442-1000.

5

6        I declare under penalty of perjury that the foregoing is true and correct.

7

8    Dated:_____3/8/11_____          _____

9                                            Scott A. Stempel

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22255953.2                          -1-          CASE NO. C07-5944 SC; MDL NO. 1917
                                                     APPLICATION FOR ADMISSION OF ATTORNEY
                                                     *PRO HAC VICE*