John Clayton Everett, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue
Washington, D.C. 20004-2541
Telephone: (202) 739-3000



FILED
2011 MAR -9  P 3: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC |
|---|---|
| | **MDL NO. 1917** |
| | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To:<br><br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil Local Rule 11-3, John Clayton Everett, Jr., an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; and

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22255959.2

CASE NO. C07-5944 SC; MDL NO. 1917
APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

1 maintains an office within the State of California has been designated as co-
2 counsel in the above entitled action. The name, address and telephone number of
3 that attorney is: Kent M. Roger, Morgan, Lewis & Bockius LLP, One Market
4 Street, Spear Street Tower, San Francisco, CA 94105-1126; (415) 442-1000

6 I declare under penalty of perjury that the foregoing is true and correct.

8 Dated: 3/8/11

John Clayton Everett, Jr.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22255959.2

-1-

CASE NO. C07-5944 SC; MDL NO. 1917
APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*