

**THE RESOLUTION EXPERTS®**

NOTICE TO ALL COUNSEL                                        March 14, 2011
(Please See Service List)

    RE:    **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
             JAMS Reference #: 1100054618
             Case No. 3:07-CV-05944-SC

Dear Counsel:

This letter will confirm that a dial in number for the in person hearing in the above-referenced matter has been scheduled as follows:

    DATE:       March 17, 2011 at 9:00 AM (Pacific)

    PANELIST:   Hon. Charles A. Legge (Ret.)

To access the call, please dial 1-877-696-5267 and ask the operator to connect you to the conference with Hon. Charles A. Legge (Ret.).

If you have any questions, please contact me directly at 415-774-2657.

Very truly yours,

Sarah Nevins
Case Manager
snevins@jamsadr.com
Fax# 415-982-5287