Joseph W. Cotchett (036324)
Steven N. Williams (175489)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:(650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Attorneys for Plaintiff Orion Home Systems*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:07-cv-05944-SC<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Neil Swartzberg is no longer associated with the firm of Cotchett, Pitre & McCarthy, LLP, and is hereby withdrawn as counsel for Plaintiff Orion Home Systems, and the direct purchaser plaintiffs in the above-captioned action. Cotchett, Pitre & McCarthy, LLP, through the undersigned counsel of record, continues to serve as counsel for Plaintiff Orion Home Systems, and the direct purchaser plaintiffs.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: March 18, 2011 COTCHETT, PITRE & McCARTHY, LLP

By: *\/s/ Steven N. Williams*

Joseph W. Cotchett
Steven N. Williams
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax:(650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Attorneys for Plaintiff Orion Home Systems*