1  JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
   A. PAUL VICTOR (*Admitted Pro Hac Vice*)
2  DEWEY & LEBOEUF LLP
   1301 Avenue of the Americas
3  New York, NY 10019
   Telephone: (212) 259-8000
4  Facsimile: (212) 259-7013
   Email: jkessler@dl.com
5

6  STEVEN A. REISS (*Admitted Pro Hac Vice*)
   DAVID L. YOHAI (*Admitted Pro Hac Vice*)
7  WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
8  New York, New York 10153-0119
   Telephone: (212) 310-8000
9  Facsimile: (212) 310-8007
   Email: steven.reiss@weil.com
10

11 *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd.,
   and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*
12

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL |

Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Stipulated Protective Order of June 18, 2008, Defendants' Motion for Sanctions Pursuant to Rule 11, the Declaration of Jeffrey Kessler in Support of Defendants' Motion for Sanctions Pursuant to Rule 11 and Exhibits A through Q,

- 1 -

MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL
Case No. 07-5944 SC
MDL NO. 1917

attached thereto, should be filed under seal because they contain information designated as confidential by Chunghwa Picture Tubes, Ltd.

| | |
|---|---|
| DATED: March 21, 2011 | By:    /s/ Jeffrey L. Kessler<br>JEFFREY L. KESSLER (*pro hac vice*)<br>Email: jkessler@dl.com<br>A. PAUL VICTOR (*pro hac vice*)<br>Email: pvictor@dl.com<br>**DEWEY & LEBOEUF LLP**<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 259-8000<br>Facsimile: (212) 259-7013<br><br>ALDO A. BADINI (257086)<br>Email: abadini@dl.com<br>**DEWEY & LEBOEUF LLP**<br>1950 University Avenue<br>East Palo Alto, California 94303<br>Telephone: (650) 845-7000<br>Facsimile: (650) 845-7333<br><br>STEVEN A. REISS (*pro hac vice*)<br>Email: steven.reiss@weil.com<br>DAVID L. YOHAI (*pro hac vice*)<br>Email: david.yohai@weil.com<br>DAVID E. YOLKUT (*pro hac vice*)<br>Email: david.yolkut@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, New York 10153-0119<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007 |

- 2 -

MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL
Case No. 07-5944 SC
MDL NO. 1917