UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

ALL ACTIONS

Case No. 07-5944 SC

MDL No. 1917

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**

The court, having considered Defendants Panasonic Corporation of North America's; Panasonic Corporation's and MT Picture Display Co., Ltd.'s Administrative Motion to File Confidential Documents Under Seal and all papers filed in support of and in opposition to said motion, and compelling reasons appearing, IT IS HEREBY ORDERED that Defendants' Administrative Motion is GRANTED in full, and specifically as follows:

1. Pursuant to the Stipulated Protective Order of June 18, 2008, Defendants' Motion for Sanctions Pursuant to Rule 11, the Declaration of Jeffrey Kessler in Support of Defendants' Motion for Sanctions Pursuant to Rule 11, and Exhibits A through Q, inclusive, attached to the Declaration, are to be filed under seal.

- 1 –

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
Case No. 07-5944 SC
MDL NO. 1917

– 2 –

**IT IS SO ORDERED**

Dated:_____        _____
                                               Hon. Samuel Conti
                                               United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
Case No. 07-5944 SC
MDL NO. 1917