BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswplaw.com
AARON M. SHEANIN (Bar No. 214472)
  asheanin@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

P. JOHN BRADY
  jbrady@stklaw.com
DANIEL D. OWEN
  dowen@stklaw.com
**SHUGHART THOMSON & KILROY, P.C.**
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile:  (816) 374-0509

*Attorneys for Plaintiff and the Proposed Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.. 07-cv-5944 SC<br><br>MDL NO. 1917<br><br>**NOTICE OF APPEARANCE OF AARON M. SHEANIN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Aaron M. Sheanin of the law firm of PEARSON, SIMON, WARSHAW & PENNY, LLP hereby appears in this action as additional counsel on behalf of Plaintiff and the Proposed Direct Purchaser Class. Plaintiff and the Proposed Direct Purchaser Class respectfully requests that all pleadings and other documents be addressed to and served upon Aaron M. Sheanin using the contact information set forth below, in addition to Plaintiff and the Proposed Direct Purchaser Class other counsel in this action.

1  Aaron M. Sheanin
   Pearson, Simon, Warshaw & Penny, LLP
2  44 Montgomery Street, Suite 2450
   Email: asheanin@pswplaw.com
3  Telephone: (415) 433-9000
   Facsimile:  (415) 433-9008
4
   DATED: March 31, 2011                    **PEARSON, SIMON, WARSHAW & PENNY, LLP**
5                                           BRUCE L. SIMON

6

7                                           By:  */s/ Aaron M. Sheanin*
                                                  AARON M. SHEANIN
8                                           Attorneys for Plaintiff and the Proposed Direct
                                            Purchaser Class

---

825261.1                              2                    MASTER FILE NO. 07-cv-5944 SC
NOTICE OF APPEARANCE OF AARON M. SHEANIN