Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Matthew D. Pearson (235339)
mpearson@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
jdominguez@bermandevalerio.com
**BERMAN DeVALERIO**
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

**Attorneys for Plaintiffs
Univisions-Crimson Holding, Inc.,
Central New York Univision Video Systems, Inc.
and Crimson Tech, Inc.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | CASE NO. CV-07-5944-SC <br><br> MDL NO. 1917 <br><br> **NOTICE OF CHANGE ADDRESS** |

[CV-07-5944-SC] NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the Palm Beach Gardens, Florida office of Berman DeValerio has relocated. Contact information is as follows:

> Berman DeValerio
> 3507 Kyoto Gardens Drive, Suite 200
> Palm Beach Gardens, Florida  33410

The firm's telephone number, fax number and e-mail addresses, as well as the Boston and San Francisco addresses, remain the same.

Dated: April 4, 2011                    **BERMAN DeVALERIO**

By:   /s/ Christopher T. Heffelfinger
          Christopher T. Heffelfinger

Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Matthew D. Pearson (235339)
mpearson@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Manuel J. Dominguez
jdominguez@bermandevalerio.com
**BERMAN DeVALERIO**
3507 Kyoto Gardens Drive, Suite 200
Palm Beach Gardens, FL 33410
Telephone: (561) 835-9400
Facsimile:  (561) 835-0322

**Attorneys for Plaintiffs
Univisions-Crimson Holding, Inc.,
Central New York Univision Video Systems,
Inc. and Crimson Tech. Inc.**