1   BAKER BOTTS L.L.P.
    Jon V. Swenson (SBN 233054)
2   620 Hansen Way
    Palo Alto, CA 94304
3   Telephone: (650) 739-7500
    Facsimile:  (650) 739-7699
4   Email: jon.swenson@bakerbotts.com

5   BAKER BOTTS L.L.P.
    John M. Taladay (*pro hac vice*)
6   Andreas Stargard (*pro hac vice*)
    1299 Pennsylvania Avenue, NW
7   Washington DC 2004-2400
    Telephone: (202) 639-7700
8   Facsimile:  (202) 639-7890
    Email: john.taladay@bakerbotts.com
9   Email: andreas.stargard@bakerbotts.com

10  Attorneys for Defendants
    Philips Electronics North America Corporation and
11  Koninklijke Philips Electronics N.V.

12
                 IN THE UNITED STATES DISTRICT COURT
13
                 NORTHERN DISTRICT OF CALIFORNIA
14
                    SAN FRANCISCO DIVISION
15

16  IN RE: CATHODE RAY TUBE (CRT)          Case No. 07-cv-5944-SC
    ANTITRUST LITIGATION
17                                         MDL NO. 1917

18                                         **NOTICE OF APPEARANCE**

19  THIS RELATES TO ALL ACTIONS.

20

21

22

23

24

25

26

27

28

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that the undersigned attorney, Jon V. Swenson, a member of

3   the bar of this Court, enters his appearance in the above-captioned action as counsel for

4   Defendants, Philips Electronics North America Corporation and Koninklijke Philips Electronics

5   N.V., and respectfully requests service of pleadings and other papers filed in this action and any

6   orders and notices from this Court be delivered to the undersigned.

7

8   Dated: April 7, 2011                              Respectfully submitted,

9                                                     BAKER BOTTS L.L.P.

10

11                                                    _____/s/ Jon V. Swenson_____

12                                                    Jon V. Swenson
                                                      Attorneys for Defendants
                                                      Philips Electronics North America
13                                                    Corporation and Koninklijke Philips
                                                      Electronics N.V.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                        -1-                        Case No. 07-cv-05944-SC