JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS *(Admitted Pro Hac Vice)*
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL |

      Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Stipulated Protective Order of June 18, 2008, Exhibits G through P, attached to the Declaration of Jeffrey Kessler in Support of Defendants' Motion for Sanctions Pursuant to Rule 11, should be filed under seal as they are confidential, as designated by Chunghwa Picture Tubes, Ltd.

- 1 -

MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL
Case No. 07-5944 SC
MDL NO. 1917

The following documents should be redacted according to the narrowly tailored versions lodged with the court in order to protect information contained therein designated as confidential by Chunghwa Pictures Tubes, Ltd.: Defendants' Motion for Sanctions Pursuant to Rule 11 and Exhibits A, C, E, and F to the Declaration of Jeffrey Kessler in Support of Defendants' Motion for Sanctions Pursuant to Rule 11.

DATED: April 14, 2011

By:     /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

ALDO A. BADINI (257086)
Email: abadini@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue
East Palo Alto, California 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL
Case No. 07-5944 SC
MDL NO. 1917