JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS *(Admitted Pro Hac Vice)*
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| This Document Relates to:<br>ALL ACTIONS | DECLARATION OF JEFFREY KESSLER IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL |

**<u>DECLARATION OF JEFFREY KESSLER</u>**

I, Jeffrey Kessler, declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) in this action. I am a member of the bar of the State

- 1 -
DECLARATION OF JEFFREY KESSLER IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL
Case No. 07-5944 SC
MDL NO. 1917

of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of the administrative motion to file confidential documents under seal and to redact confidential information. If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2. Exhibits G through P, attached to the Declaration of Jeffrey Kessler in Support of Defendants' Motion for Sanctions Pursuant to Rule 11, should be filed under seal as they are confidential, as designated by Chunghwa Picture Tubes, Ltd.

3. Defendants' Motion for Sanctions Pursuant to Rule 11 and Exhibits A, C, E, and F to the Declaration of Jeffrey Kessler in Support of Defendants' Motion for Sanctions Pursuant to Rule 11 should be redacted according to the narrowly tailored versions lodged with the court in order to protect information contained therein designated as confidential by Chunghwa Pictures Tubes, Ltd.

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: April 14, 2011

                   /s/ Jeffrey L. Kessler
                   Jeffrey L. Kessler

- 2 -

DECLARATION OF JEFFREY KESSLER IN SUPPORT OF THE ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL
Case No. 07-5944 SC
MDL NO. 1917