| | |
|---|---|
| 1 | BAKER BOTTS L.L.P. |
| 2 | Jon V. Swenson (SBN 233054)<br>620 Hansen Way |
| 3 | Palo Alto, CA 94304<br>Telephone: (650) 739-7500 |
| 4 | Facsimile:  (650) 739-7699<br>Email: jon.swenson@bakerbotts.com |
| 5 | BAKER BOTTS L.L.P. |
| 6 | John M. Taladay (*pro hac vice*)<br>Joseph A. Ostoyich (*pro hac vice*) |
| 7 | Andreas Stargard (*pro hac vice*)<br>1299 Pennsylvania Avenue, NW |
| 8 | Washington DC 20004-2400<br>Telephone: (202) 639-7700 |
| 9 | Facsimile:  (202) 639-7890<br>Email: john.taladay@bakerbotts.com |
| 10 | Email: joseph.ostoyich@bakerbotts.com<br>Email: andreas.stargard@bakerbotts.com |
| 11 | Attorneys for Defendants |
| 12 | Philips Electronics North America Corporation and<br>Koninklijke Philips Electronics N.V. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944-SC |
| | MDL NO. 1917 |
| | **NOTICE OF CHANGE OF COUNSEL** |
| THIS RELATES TO ALL ACTIONS. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective March 16, 2011, John M. Taladay, Joseph A. Ostoyich and Andreas Stargard, attorneys of record for Defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V., and registered CM/ECF Filing Users, were no longer affiliated with the law firm of Howrey LLP.

Effective March 16, 2011, John M. Taladay, Joseph A. Ostoyich and Andreas Stargard began a new affiliation with the following law firm and respectfully request the Court to update its records in this case accordingly:

| | |
|---|---|
| Name of New Law Firm: | Baker Botts L.L.P. |
| Address: | 1299 Pennsylvania Ave., N.W. |
| City, State, ZIP: | Washington, D.C. 20004 |
| Phone Number: | 202.639.7700 |
| Fax Number: | 202.639.7890 |
| Email Addresses: | john.taladay@bakerbotts.com |
| | joseph.ostoyich@bakerbotts.com |
| | andreas.stargard@bakerbotts.com |

PLEASE TAKE FURTHER NOTICE that Richard A. Ripley and Joseph Song are no longer associated with the law firm of Howrey LLP and did not become associated with the law firm of Baker Botts L.L.P., counsel for Defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V.  Accordingly, Defendants Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V. respectfully request that their names be removed from the Court's electronic mail notice list and counsels' service lists.

Dated: April 14, 2011

Respectfully submitted,

BAKER BOTTS L.L.P.

*/s/ Jon V. Swenson*
Jon V. Swenson
Attorneys for Defendant
Philips Electronics North America Corporation