GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
JORDAN HELLER, SBN 250491,
JHeller@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 3:07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**JOINDER OF DEFENDANT CHUNGHWA PICTURE TUBES, LTD. IN DEFEDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL** |

Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") hereby joins in Defendants Panasonic Corporation of North America, Panasonic Corporation, and MT Picture Display Co., Ltd.'s ("Panasonic Defendants'") Administrative Motion to File Confidential Documents Under Seal (the "Administrative Motion") (Dkt. No. 889), filed pursuant to Civil Local Rules 7-11 and 79-5(b).

The Panasonic Defendants requested that Exhibits G through P of the Declaration of Jeffrey Kessler in Support of Defendants' Motion for Sanctions Pursuant to Rule 11 ("Kessler Declaration") (Dkt. No. 889) be filed under seal, and that Exhibits A, C, E, and F of the Kessler Declaration be redacted according to the narrowly tailored versions lodged with the Court. Chunghwa previously designated as "Confidential" the documents attached as Exhibits G through P of the Kessler Declaration, and the documents quoted and summarized in Exhibits A, C, E, and F of the Kessler Declaration, pursuant to the Stipulated Protective Order entered in this case (Dkt. No. 306). *See*

1

JOINDER OF DEFENDANT CHUNGHWA PICTURE TUBES, LTD. IN DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917

Gibson, Dunn & Crutcher LLP

Declaration of Jordan Heller in Support of Defendants' Motion to File Confidential Documents Under Seal ¶¶ 3, 5.

Chunghwa designated as "Confidential" the documents quoted and summarized in Exhibits A, C, E, and F of the Kessler Declaration, and attached as Exhibits G through P of the Kessler Declaration, because they are internal reports consisting of confidential, nonpublic, proprietary and highly sensitive business information. *See* Declaration of Fu-Chia "Morgan" Tai in Support of Defendants' Motion to File Confidential Documents Under Seal ("Tai Declaration") ¶¶ 5-7. These reports contain recommendations and analysis of sales, pricing, and customer conditions prepared by Chunghwa employees for consideration by senior management, as well as some directions from senior management to lower-level employees on these topics. *See* Tai Declaration ¶ 7. Disclosure of these documents threatens to put Chunghwa at a competitive disadvantage and cause it harm with respect to its competitors and customers. *See* Tai Declaration ¶ 8-9. Good cause therefore exists to keep Exhibits G through P of the Kessler Declaration under seal, and to redact Exhibits A, C, E, and F of the Kessler Declaration. *See Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006) (explaining that "good cause" standard for sealing documents in connection with non-dispositive motions is more easily satisfied than higher "compelling reason" standard for case-dispositive motions).

Accordingly, Chunghwa respectfully requests that this Court enter an order granting the Panasonic Defendants' Administrative Motion.

DATED: April 14, 2011

GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS


By:   /s/ Rachel S. Brass

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

Gibson, Dunn & Crutcher LLP

2

JOINDER OF DEFENDANT CHUNGHWA PICTURE TUBES, LTD. IN DEFEDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917