GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
JORDAN HELLER, SBN 250491,
JHeller@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 3:07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF FU-CHIA "MORGAN" TAI IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL** |

I, Fu-Chia "Morgan" Tai, hereby declare as follows:

1.  I am currently employed by Chunghwa Picture Tubes, Ltd. ("Chunghwa"), as Senior Director for Chunghwa's Visual Display Business Unit Sales and Marketing Division. I have personal knowledge of the matters stated herein and if called to do so, I could and would competently testify to the facts stated below. This declaration is submitted in support of Defendants Panasonic Corporation of North America, Panasonic Corporation, and MT Picture Display Co., Ltd.'s ("Panasonic Defendants'") Administrative Motion to File Confidential Documents Under Seal (Dkt. No. 889).

2.  I have been employed at Chunghwa since 1998. I am presently responsible for sales of TFT-LCD panels for use in computer monitors and notebook computers.

1

DECLARATION OF MORGAN TAI IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917

Gibson, Dunn & Crutcher LLP

3. During the period 1998 through 2004, I held various positions relating to LCD panel sales and projector sales.

4. I have reviewed the following documents attached to the Declaration of Jeffrey Kessler in Support for Defendants' Motion for Sanctions Pursuant to Rule 11 ("Kessler Declaration") (Dkt. No. 889):

- Direct Purchaser Plaintiffs' Supplemental Responses to Defendant MT Picture Display Co., Ltd.'s First Set of Interrogatories, attached thereto as Exhibit A.
- Direct Purchaser Plaintiffs' Supplemental Responses to LG Electronics, Inc.'s First Set of Interrogatories, attached thereto as Exhibit C.
- Indirect Purchaser Plaintiffs' Supplemental Responses and Objections to Defendant Samsung Electronics America, Inc.'s First Set of Interrogatories to the Indirect Purchaser Plaintiffs, attached thereto as Exhibit E.
- Indirect Purchaser Plaintiffs' Supplemental Responses and Objections to Defendant Samsung SDI America, Inc.'s First Set of Interrogatories to the Indirect Purchaser Plaintiffs, attached thereto as Exhibit F.
- Chunghwa document CHU00029238-40, report and analysis of meeting of April 14, 1999, as well as Chunghwa's English translation, attached thereto as Exhibit G;
- Chunghwa document CHU00030787-94, report and analysis of meeting of June 23, 1999, as well as Chunghwa's English translation, attached thereto as Exhibit H;
- Chunghwa document CHU00028933-45, report and analysis of meeting of May 29, 1995, as well as Chunghwa's English translation, attached thereto as Exhibit I;
- Chunghwa document CHU00028909-11, report and analysis of meeting of October 24, 1996, as well as Chunghwa's English translation, attached thereto as Exhibit J;
- Chunghwa document CHU00028749-51, report and analysis of meeting of March 19, 1997, as well as Chunghwa's English translation, attached thereto as Exhibit K;
- Chunghwa document CHU00031013-14, report and analysis of meeting of June 28, 2000, as well as Chunghwa's English translation, attached thereto as Exhibit L;

Gibson, Dunn & Crutcher LLP

- Chunghwa document CHU00031051-55, report and analysis of meeting of September 21, 2000, as well as Chunghwa's English translation, attached thereto as Exhibit M;
- Chunghwa document CHU00031183-85, report and analysis of meeting of February 22, 2002, as well as Chunghwa's English translation, attached thereto as Exhibit N;
- Chunghwa document CHU00031240-47, report and analysis of meeting of March 25-27, as well as Chunghwa's English translation, attached thereto as Exhibit O;
- Chunghwa document CHU00031254, report and analysis of meeting of July 2, 2004, as well as Chunghwa's English translation, attached thereto as Exhibit P.

5. Exhibits A, C, E, and F of the Kessler Declaration contain excerpts and detailed, substantive summaries of internal reports prepared by Chunghwa employees for review and analysis by Chunghwa supervisors. Excerpts and detailed summaries of Chunghwa internal reports appear at the following locations, listed by page and line number:

- Exhibit A: 41:17-24; 42:2-21; 43:1-22, 24-26; 44:1-15, 17-21, 23-28; 45:1-3, 5-20, 23-25; 46:1-3, 8-9, 11-13, 25-28; 47:1-8, 15-22, 24-28; 48:1-5, 8-11, 14-24, 25-28; 49:1-3, 5-10, 12-14, 17-28; 50:1-5, 9-11, 15-16, 18-23; 51:2-5, 7-9.
- Exhibit C: 41:20-16; 42:2-21; 43:1-22, 24-26; 44:1-15, 17-21, 23-27; 45:1-3, 5-17, 21-23; 46:1-3, 8-9, 11-13, 20-23, 26-27; 47:1-10, 18-25; 48:1-10, 14-17, 20-28; 49:1-3, 4-18, 20-22, 25-27; 50:1-13, 17-20, 23-25, 26-27; 51:1-3, 10-14, 16-17.
- Exhibit E:  8:8-16, 18-26; 9:3-6, 8-14, 16-18, 20-26; 10:1-12, 16-19, 22-24, 25-27; 11:1-2, 9-12, 16-18, 21-24; 12:1-6, 9-12, 14-22, 24-27; 13:1-2, 4-8; 14: 4-7, 11-15, 20-23; 16:16-21; 18:4-7; 22:12-20, 22-28; 23:1-3, 6-9, 11-16, 18-20, 22-27; 24:1-14, 18-21, 25-27; 25:1-6, 13-15, 19-21, 24-27; 26:3-9, 12-15, 17-24, 27-28; 27:1-4; 7-11.
- Exhibit F: 8:3-11, 13-22, 26-28; 9:1, 3-10, 12-14, 16-27; 10:1-7, 11-14, 18-20, 21-25; 11:5-8, 12-14, 18-21, 26-28; 12:1-4, 8-11, 14-21, 24-28; 13:1, 4-8; 14:5-8, 12-16, 21-24; 16:17-22; 18:4-7; 21:25-28; 22:1-6, 7-16, 20-22, 24-28; 23:1-3, 5-7, 9-27; 24: 4-7, 11-13, 14-19, 26-27; 25:1-2, 5-7, 17-22, 26-27; 26:1-2, 4-12, 14-19, 21-25.

6. Exhibits G through P of the Kessler Declaration are full copies of internal reports prepared by Chunghwa employees for review and analysis by Chunghwa supervisors.

3

Gibson, Dunn & Crutcher LLP

DECLARATION OF MORGAN TAI IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917

7. The documents excerpted and summarized in Exhibits A, C, E, and F of the Kessler Declaration, and appearing in full in Exhibits G through P of the Kessler Declaration, were prepared by Chunghwa employees strictly for internal purposes. They consist of confidential, nonpublic, proprietary and highly sensitive business information. They contain recommendations and analysis of sales, pricing, and customer conditions that Chunghwa employees submitted for consideration by senior management, as well as handwritten directions from senior management to Chunghwa employees regarding those same topics.

8. These documents, excerpts, and summaries describe relationships with companies that remain important Chunghwa customers.

9. Disclosure of these documents, excerpts, and summaries would undermine Chunghwa's business relationships, cause it harm with respect to its competitors and customers, and put Chunghwa at a competitive disadvantage.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing statements are true and correct.

Executed this 14th day of April 2011, at Taipei, Taiwan.


By:_____/s/ Fu-Chia "Morgan" Tai_____

**ECF Attestation**

I, Rachel Brass, am the ECF User whose ID and Password are being used in to file this DECLARATION OF FU-CHIA "MORGAN" TAI IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL.

In compliance with General Order 45 X.B., I hereby attest that Fu-Chia "Morgan" Tai concurred in this filing.

Dated: April 14, 2011

By: _____/s/ Rachel S. Brass_____

Gibson, Dunn & Crutcher LLP

4

DECLARATION OF MORGAN TAI IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917