UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | ) Case No. 07-5944 SC<br>)<br>) MDL No. 1917<br>)<br>[PROPOSED] **ORDER GRANTING MOTION FOR SANCTIONS PURSUANT TO RULE 11, 28 U.S.C. § 1927 AND THE COURT'S INHERENT POWERS** |

The Motion for Sanctions Pursuant to Rule 11, filed by Defendants Panasonic Corporation of North America; Panasonic Corporation; MT Picture Display Co., Ltd.; Hitachi, Ltd.; Hitachi Asia, Ltd.; Hitachi America, Ltd.; Hitachi Electronic Devices (USA), Inc.; Hitachi Displays, Ltd.; Samsung Electronics Co., Ltd.; and Samsung Electronics America, Inc. (hereinafter, "Defendants") came on regularly for hearing before this Court.

Having considered all papers filed in support of and in opposition to said Motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion for Sanctions is GRANTED in full, and specifically as follows:

- 1 –

1. Defendants' request that Plaintiffs' unsupported allegations of a conspiracy that encompasses Finished Productions be stricken from both the Direct Purchaser Plaintiffs Consolidated Amended Complaint and the Indirect Purchaser Plaintiffs Third Consolidated Amended Complaint is granted.

2. Defendants' request of a monetary award equal to the amount of the reasonable attorneys' fees and costs that Defendants have incurred in defending against the unfounded allegations of a conspiracy encompassing Finished Products, including the cost of the Rule 11 motion and engaging in discovery requests involving Plaintiffs' allegations of a Finished Products conspiracy is granted.

**IT IS SO ORDERED**

Dated:_____          _____
                                              Hon. Samuel Conti
                                              United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS PURSUANT TO RULE 11, 28 U.S.C. § 1927 AND THE COURT'S INHERENT POWERS
Case No. 07-5944 SC
MDL NO. 1917