JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS *(Admitted Pro Hac Vice)*
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>DECLARATION OF JEFFREY KESSLER IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO RULE 11, |

### DECLARATION OF JEFFREY KESSLER

I, Jeffrey Kessler, declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in

- 1 -

support of Defendants' Joint Motion for Sanctions Pursuant to Rule 11.  If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of Direct Purchaser Plaintiffs' Supplemental Responses to Defendant MT Picture Display Co., Ltd.'s First Set of Interrogatories, dated January 31, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of Direct Purchaser Plaintiffs' Supplemental Responses to Defendant MT Picture Display Co., Ltd.'s First Set of Document Requests, dated January 31, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of Direct Purchaser Plaintiffs' Supplemental Responses to Defendant LG Electronics, Inc.'s First Set of Interrogatories, dated January 31, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of Direct Purchaser Plaintiffs' Supplemental Responses to Defendant LG Electronics, Inc.'s First Set of Requests for Production, dated January 31, 2011.

6. Attached hereto as Exhibit E is Indirect Purchaser Plaintiffs' Responses and Objections to Samsung Electronics America, Inc.'s First Set of Interrogatories, dated January 31, 2011.

7. Attached hereto as Exhibit F is Indirect Purchaser Plaintiffs' Responses and Objections to Samsung SDI America, Inc.'s First Set of Interrogatories, dated January 31, 2011.

8. Attached hereto as Exhibit G is Chunghwa document CHU00029238-40, meeting report of April 14, 1999, as well as Chunghwa's English translation.

9. Attached hereto as Exhibit H is Chunghwa document CHU00030787-94, a meeting report of June 23, 1999, as well as Chunghwa's English translation.

DECLARATION OF JEFFREY KESSLER
Case No. 07-5944 SC
MDL NO. 1917

10. Attached hereto as Exhibit I is Chunghwa document CHU00028933-45, a meeting report of May 29, 1995, as well as Chunghwa's English translation.

11. Attached hereto as Exhibit J is Chunghwa document CHU00028909-11, a meeting report of October 24, 1996, as well as Chunghwa's English translation.

12 Attached hereto as Exhibit K is Chunghwa document CHU00028749-51, meeting report of Mar. 19, 1997, as well as Chunghwa's English translation.

13. Attached hereto as Exhibit L is Chunghwa document CHU00031013-14, meeting report of June 28, 2000, as well as Chunghwa's English translation.

14. Attached hereto as Exhibit M is Chunghwa document CHU00031051-55, meeting report of September 21, 2000, as well as Chunghwa's English translation.

15. Attached hereto as Exhibit N is CHU00031183-85, meeting report of February 22, 2002, as well as Chunghwa's English translation.

16. Attached hereto as Exhibit O is CHU00031240-47, meeting report of March 25-27, as well as Chunghwa's English translation.

17. Attached hereto as Exhibit P is CHU00031254, meeting report of July 2, 2004, as well as Chunghwa's English translation.

18. Attached hereto as Exhibit Q is Defendant Chunghwa Picture Tubes, Ltd.'s Responses and Objections to Defendant LG Electronics USA Inc's First Set of Requests for Admissions, dated May 10, 2010.

Dated: March 21, 2011

                                            /s/ Jeffrey L. Kessler
                                              Jeffrey L. Kessler

DECLARATION OF JEFFREY KESSLER
Case No. 07-5944 SC
MDL NO. 1917