1   **COUNSEL LISTED ON SIGNATURE BLOCK**

2

3

4

5

6

7

8

9

10

11

12   **UNITED STATES DISTRICT COURT**

13   **NORTHERN DISTRICT OF CALIFORNIA**

14

| | | |
|---|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | ) ) ) ) | No.:   M-07-5944 SC<br><br>MDL NO. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | ) ) ) ) ) ) ) ) ) | **STIPULATION AND [PROPOSED] ORDER RE: VOLUNTARY WITHDRAWAL OF INDIRECT PURCHASER PLAINTIFFS' CLAIMS AS TO ALLEGED CONSPIRACY DIRECTED TOWARDS CRT FINISHED PRODUCTS** |

1    WHEREAS on December 10, 2010, the Indirect Purchaser Plaintiffs filed a third

2    consolidated amended complaint (the "Indirect TCAC");

3    WHEREAS the Indirect TCAC includes claims that Defendants have combined and

4    conspired to fix, raise, maintain or stabilize the prices of certain products containing CRTs

5    ("CRT Finished Products") (said claims herein referred to as the "CRT Finished Products

6    Conspiracy Claims");

7    WHEREAS the Indirect Purchaser Plaintiffs contend that the allegations of the

8    Indirect TCAC are justified and meritorious, but have concluded that as Indirect Purchasers

9    the withdrawal of the CRT Finished Product Claims will simplify their proof; and

10   WHEREAS counsel for the undersigned Plaintiffs and Defendants have conferred

11   concerning those claims, and have agreed that the Indirect Purchaser Plaintiffs shall withdraw,

12   without prejudice and subject to the terms below, their CRT Finished Products Conspiracy

13   Claims;

14   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

15   undersigned Plaintiffs and Defendants, that:

16   1.    The Indirect Purchaser Plaintiffs hereby withdraw their CRT Finished Products

17   Conspiracy Claims stated in the Indirect TCAC without prejudice.

18   2.    The Indirect Purchaser Plaintiffs hereby withdraw any and all requests for

19   discovery directed to discover information in support of the CRT Finished Products

20   Conspiracy Claims, and shall not reissue or issue new or similar requests for any such

21   discovery, unless the claims are reasserted as provided for in paragraph 3, below, or unless the

22   requests for discovery are also directed at the claims that are not withdrawn as set forth in this

23   paragraph.   The Indirect Purchaser Plaintiffs do not withdraw requests regarding CRT

24   Finished Products specifically directed towards establishing causation, damages and class

25   certification (including discovery on pass-through of the overcharge), to the extent said

26   subjects relate to the alleged conspiracy to fix, raise, maintain or stabilize the prices of CRT

27   tubes and class-wide impact on purchasers of CRT Finished Products.   By withdrawing their

28

1    CRT Finished Products Conspiracy Claims, the Indirect Purchaser Plaintiffs are not

2    abandoning any right to seek discovery directed at their claims, as set forth in the Indirect

3    TCAC, that the Defendants combined and conspired to fix, raise, maintain or stabilize the

4    prices of CRT tubes.

5        3.    In the event that the Indirect Purchaser Plaintiffs decide to reassert their CRT

6    Finished Products Conspiracy Claims as contained in the Indirect TCAC, they shall do so by a

7    motion to amend their complaint.   Defendants shall be entitled to re-assert any defenses they

8    had with regard to CRT Finished Products Conspiracy Claims.   Provided, however, that the

9    statute of limitations on the CRT Finished Product Conspiracy Claims shall be tolled upon the

10   entry of this Stipulation and Order by the Court.   Provided further, however, that Defendants

11   may oppose any motion to amend by Plaintiffs on the ground that the motion is not timely

12   filed if said motion is made 2 months before the close of discovery in this case.

13       4.    There shall be no challenge pursuant to Federal Rules of Civil Procedure 11,

14   12(b) or 12(c) to the Indirect TCAC in this action based on the Indirect Purchaser Plaintiffs'

15   withdrawal of their CRT Finished Products Conspiracy Claims.   All defenses to the Indirect

16   Purchaser Plaintiffs' claims relating to CRT tubes shall be unaffected by this stipulation, and

17   nothing herein shall be read to preclude any factual challenge to the Indirect TCAC such as

18   through a summary judgment motion.

19       5.    In the event that the Defendants produce discovery to the Direct Purchaser

20   Plaintiffs or other plaintiff in this MDL action directed specifically towards whether

21   Defendants have combined and conspired to fix, raise, maintain or stabilize the prices of CRT

22   Finished Products, said discovery shall also be produced to the Indirect Purchaser Plaintiffs.

23       6.    On March 21, 2011, certain Defendants filed a Motion for Sanctions Pursuant

24   to Rule 11 (the "Rule 11 Motion").   The Rule 11 Motion is hereby withdrawn without

25   prejudice as to the Indirect Purchaser Plaintiffs only.   This stipulation, and evidence of any

26   negotiations of this stipulation, shall not constitute any admission, evidence, concession or

27   waiver by the Indirect Purchaser Plaintiffs regarding the merits of the Rule 11 motion.

28

MDL NO. 1917                                                    STIPULATION AND [PROPOSED] ORDER

1

2   Dated: April 20, 2011_____        By: /s/ David L. Yohai _____

3                                          STEVEN A. REISS (*pro hac vice*)
                                           Email: steven.reiss@weil.com

4                                          DAVID L. YOHAI (*pro hac vice*)
                                           Email: david.yohai@weil.com

5                                          DAVID E. YOLKUT (*pro hac vice*)
                                           Email: david.yolkut@weil.com

6                                          **WEIL, GOTSHAL & MANGES LLP**
                                           767 Fifth Avenue

7                                          New York, New York 10153-0119
                                           Telephone:   (212) 310-8000

8                                          Facsimile:   (212) 310-8007

9
                                           GREGORY D. HULL (57367)
10                                         Email: greg.hull@weil.com

11                                         **WEIL, GOTSHAL & MANGES LLP**
                                           201 Redwood Shores Parkway

12                                         Redwood Shores, California 94065-1175
                                           Telephone: (650) 802-3000

13                                         Facsimile: (650) 802-3100

14
                                           JEFFREY L. KESSLER (*pro hac vice*)
15                                         Email: jkessler@dl.com
                                           A. PAUL VICTOR (*pro hac vice*)

16                                         Email: pvictor@dl.com
                                           EVA W. COLE (*pro hac vice*)

17                                         Email : ecole@dl.com
                                           **DEWEY & LEBOEUF LLP**

18                                         1301 Avenue of the Americas

19                                         New York, NY 10019
                                           Telephone: (212) 259-8000

20                                         Facsimile: (212) 259-7013

21                                         ***Attorneys for Defendants Panasonic***
                                           ***Corporation of North America, MT Picture***

22                                         ***Display Co., Ltd., and Panasonic Corporation***
                                           ***(f/k/a Matsushita Electric Industrial Co., Ltd.)***

23

24                                         By: /s/ James L. McGinnis _____
                                           GARY L. HALLING (66087)

25                                         Email: ghalling@sheppardmullin.com
                                           JAMES L. MCGINNIS (95788)

26                                         Email: jmcginnis@sheppardmullin.com
                                           MICHAEL SCARBOROUGH (203524)

27                                         Email: mscarborough@sheppardmullin.com

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By:   /s/ Eric Shapland
RONALD C. REDCAY
ERIC SHAPLAND
**ARNOLD & PORTER LLP**
44th Floor
777 South Figueroa Street
Los Angeles, CA   90017-5844

SAMUEL R. MILLER (66871)
Email: srmiller@sidley.com
RYAN M. SANDROCK (251781)
Email: rsandrock@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

MDL NO. 1917

4

STIPULATION AND [PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

By: /s/ John Taladay
JOHN TALADAY (*pro hac vice*)
Email:   john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email:   joseph.ostoyich@bakerbotts.com
ANDREAS STARGARD (*pro hac vice*)
Email:   andreas.stargard@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, D.C.   20004
Telephone:    (202) 639-7700
Facsimile:       (202) 639-7890

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*

By:   /s/ Patrick J. Ahern
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (pro hac vice)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (pro hac vice)
Email: roxane.c.busey@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: (312) 861-8000

*Attorneys for Tatung Company of America, Inc.*

By: /s/ Kent M. Roger
KENT M. ROGER (95987)

MDL NO. 1917

STIPULATION AND [PROPOSED] ORDER

5

Email:   kroger@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

SCOTT A. STEMPEL
J. CLAYTON EVERETT, JR.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: 202-739-3000
Facsimile: 202-739.3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.*

By: /s/ Kate S. McMillan
TERRY CALVANI (53260)
Email: terry.calvani@freshfields.com
KATE S. MCMILLAN (*pro hac vice*)
Email: kate.mcmillan@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W., Suite 600
Washington, DC   20004
Telephone:   (202) 777-4500
Facsimile:   (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email:   ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email:   gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email:   alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC   20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba America Consumer Products L.L.C.*

Dated: April 19, 2011

By:/s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email:   malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email:   laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_ _____          _____
                                           Hon. Samuel Conti
                                           United States District Judge