1 | Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
2 | Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
3 | SAVERI & SAVERI, INC.
706 Sansome Street
4 | San Francisco, CA 94111
Telephone:   (415) 217-6810
5 | Facsimile:    (415) 217-6813

6 | *Interim Lead Counsel for the Direct Purchaser
Plaintiffs*

7

8

9 | ## UNITED STATES DISTRICT COURT

10 | ## NORTHERN DISTRICT OF CALIFORNIA

11 | ## SAN FRANCISCO DIVISION

12

13 | IN RE: CATHODE RAY TUBE (CRT)     MASTER FILE NO. 07-cv-5944 SC
ANTITRUST LITIGATION
14 |                                   MDL NO. 1917

15 | This Document Relates to:         **PLAINTIFFS' ADMINISTRATIVE
                                     MOTION TO SEAL DOCUMENTS
16 | ALL ACTIONS                       PURSUANT TO CIVIL LOCAL RULES 7-
                                     11 AND 79-5(d)**
17
                                     The Honorable Samuel Conti
18

19

20

21

22

23

24

25

26

27

28

1       Pursuant to Civil Local Rules 7-11 and 79-5(d), and in accordance with this Court's

2 General Order No. 62, effective May 10, 2010, Plaintiffs hereby move the Court for leave to file

3 the following documents, or portions thereof, under seal:

4       •     Plaintiffs' Memorandum of Points and Authorities in Opposition to Certain

5            Defendants' Motion for Rule 11 Sanctions.

6       This motion is supported by the Declaration of Geoffrey C. Rushing in Support of

7 Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rule 7-11 and 79-

8 5(d).

9       Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of

10 documents that contain material that is "privileged or protectable as a trade secret or otherwise

11 entitled to protection under the law." Civ. L. R. 79-5 (a)-(c). This Court's General Order No. 62,

12 Electronic Filing of Documents Under Seal, effective May 10, 2010, sets forth procedures

13 applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(d) provides: "If a

14 party wishes to file a document that has been designated confidential by another party pursuant to

15 a protective order, or if a party wishes to refer in a memorandum or other filing to information so

16 designated by another party, the submitting party must file and serve an Administrative Motion for

17 a sealing order . . . ."

18       In compliance with Local Rule 79-5(d), Plaintiffs submit this Administrative Motion

19 because they wish to file documents that contain either: (a) material designated by a Defendant

20 pursuant to a Protective Order as "Confidential" or "Highly Confidential"; or (b) analysis of,

21 references to, or information taken directly from material designated by a Defendant pursuant to a

22 Protective Order as "Confidential" or "Highly Confidential." *See id.*

23       Plaintiffs seek to file the above material under seal in good faith in order to comply with

24 the Protective Order in this action and the applicable Local Rules. Because certain defendants and

25 various third parties contend that the material they have designated is confidential in nature, it is

26 their burden to establish that the designated information is sealable. Civil L. R. 79-5(d); *see*

27 *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006). Plaintiffs leave it to

28 this Court's discretion to determine whether the above material should be filed under seal. Courts

1 | have repeatedly emphasized that a party must make a "particularized showing of good cause" and

2 | show a "compelling reason" to justify the sealing of motions and papers filed with a court. *See*

3 | *Foltz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th Cir. 2002) (reversing the

4 | lower court's sealing of records because there was no "compelling reason to justify sealing" under

5 | the protective order). As the Ninth Circuit has stated, the "hazard of stipulated protective orders"

6 | is that they "often contain provisions that purport to put the entire litigation under lock and key

7 | without regard to the actual requirements of Rule 26(c)." *Kamakana*, 447 F.3d at 1193. Plaintiffs

8 | file this administrative motion in order to comply with the Protective Order entered in this action.

9 | WHEREFORE, Plaintiffs respectfully submit this administrative motion pursuant to the

10 | Protective Order and Civil Local Rule 79-5 and hereby notify the parties of their burden to

11 | establish that the designated material is sealable.

13 | DATED:  April 20, 2011                           Respectfully Submitted,

14 | _____*/s/ Geoffrey C. Rushing*_____
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:     (415) 217-6810
Facsimile:     (415) 217-6813

*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs*

24 | Crt.385