Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)<br><br>The Honorable Samuel Conti |

1  On April 20, 2011, Plaintiffs filed an Administrative Motion to Seal Documents Pursuant
2  To Civil Local Rules 7-11 And 79-5(d) to file portions of the following document under seal:
3  • <u>Plaintiffs' Memorandum of Points and Authorities in Opposition to Certain
4  Defendants' Motion for Rule 11 Sanctions</u>.
5  Having read and considered the papers filed and arguments made by counsel, and good
6  cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion To Seal
7  Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) is GRANTED.

9  IT IS SO ORDERED.

11  Dated: _____            _____
12                                             The Honorable Samuel Conti
                                               Northern District of California

16  Crt.387