Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: | **MANUAL FILING NOTIFICATION** |
| ALL ACTIONS | The Honorable Samuel Conti |

## MANUAL FILING NOTIFICATION

Regarding:

- Plaintiffs' Memorandum of Points and Authorities in Opposition to Certain Defendants' Motion for Rule 11 Sanctions.

These documents were not electronically filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): Conditionally lodged under seal with the Clerk pursuant to Civil Local Rule 79-5 and General Order No. 62, effective May 10, 2010, until further order of the Court.

DATED: April 20, 2011                    Respectfully Submitted,

                                         /s/ Geoffrey C. Rushing
                                         Guido Saveri
                                         R. Alexander Saveri
                                         Geoffrey C. Rushing
                                         Cadio Zirpoli
                                         SAVERI & SAVERI, INC.
                                         706 Sansome Street
                                         San Francisco, CA 94111
                                         Telephone:    (415) 217-6810
                                         Facsimile:    (415) 217-6813

Crt.388