1  COUNSEL LISTED ON SIGNATURE BLOCK
2
3
4
5
6
7
8
9
10
11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
14
15  In Re CATHODE RAY TUBE (CRT)          )   No.:   M-07-5944 SC
    ANTITRUST LITIGATION                  )
16                                        )   MDL NO. 1917
                                          )
17  ─────────────────────────────         )   STIPULATION AND [PROPOSED]
                                          )   ORDER RE: VOLUNTARY
18  This Document Relates to:             )   WITHDRAWAL OF INDIRECT
                                          )   PURCHASER PLAINTIFFS' CLAIMS
19  ALL INDIRECT PURCHASER ACTIONS        )   AS TO ALLEGED CONSPIRACY
                                          )   DIRECTED TOWARDS CRT FINISHED
20                                        )   PRODUCTS
                                          )
21  ─────────────────────────────
22
23
24
25
26
27
28

MDL NO. 1917                                      STIPULATION AND [PROPOSED] ORDER

WHEREAS on December 10, 2010, the Indirect Purchaser Plaintiffs filed a third consolidated amended complaint (the "Indirect TCAC");

WHEREAS the Indirect TCAC includes claims that Defendants have combined and conspired to fix, raise, maintain or stabilize the prices of certain products containing CRTs ("CRT Finished Products") (said claims herein referred to as the "CRT Finished Products Conspiracy Claims");

WHEREAS the Indirect Purchaser Plaintiffs contend that the allegations of the Indirect TCAC are justified and meritorious, but have concluded that as Indirect Purchasers the withdrawal of the CRT Finished Product Claims will simplify their proof; and

WHEREAS counsel for the undersigned Plaintiffs and Defendants have conferred concerning those claims, and have agreed that the Indirect Purchaser Plaintiffs shall withdraw, without prejudice and subject to the terms below, their CRT Finished Products Conspiracy Claims;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Defendants, that:

1. The Indirect Purchaser Plaintiffs hereby withdraw their CRT Finished Products Conspiracy Claims stated in the Indirect TCAC without prejudice.

2. The Indirect Purchaser Plaintiffs hereby withdraw any and all requests for discovery directed to discover information in support of the CRT Finished Products Conspiracy Claims, and shall not reissue or issue new or similar requests for any such discovery, unless the claims are reasserted as provided for in paragraph 3, below, or unless the requests for discovery are also directed at the claims that are not withdrawn as set forth in this paragraph. The Indirect Purchaser Plaintiffs do not withdraw requests regarding CRT Finished Products specifically directed towards establishing causation, damages and class certification (including discovery on pass-through of the overcharge), to the extent said subjects relate to the alleged conspiracy to fix, raise, maintain or stabilize the prices of CRT tubes and class-wide impact on purchasers of CRT Finished Products. By withdrawing their

MDL NO. 1917  STIPULATION AND [PROPOSED] ORDER

1

CRT Finished Products Conspiracy Claims, the Indirect Purchaser Plaintiffs are not abandoning any right to seek discovery directed at their claims, as set forth in the Indirect TCAC, that the Defendants combined and conspired to fix, raise, maintain or stabilize the prices of CRT tubes.

3. In the event that the Indirect Purchaser Plaintiffs decide to reassert their CRT Finished Products Conspiracy Claims as contained in the Indirect TCAC, they shall do so by a motion to amend their complaint. Defendants shall be entitled to re-assert any defenses they had with regard to CRT Finished Products Conspiracy Claims. Provided, however, that the statute of limitations on the CRT Finished Product Conspiracy Claims shall be tolled upon the entry of this Stipulation and Order by the Court. Provided further, however, that Defendants may oppose any motion to amend by Plaintiffs on the ground that the motion is not timely filed if said motion is made 2 months before the close of discovery in this case.

4. There shall be no challenge pursuant to Federal Rules of Civil Procedure 11, 12(b) or 12(c) to the Indirect TCAC in this action based on the Indirect Purchaser Plaintiffs' withdrawal of their CRT Finished Products Conspiracy Claims. All defenses to the Indirect Purchaser Plaintiffs' claims relating to CRT tubes shall be unaffected by this stipulation, and nothing herein shall be read to preclude any factual challenge to the Indirect TCAC such as through a summary judgment motion.

5. In the event that the Defendants produce discovery to the Direct Purchaser Plaintiffs or other plaintiff in this MDL action directed specifically towards whether Defendants have combined and conspired to fix, raise, maintain or stabilize the prices of CRT Finished Products, said discovery shall also be produced to the Indirect Purchaser Plaintiffs.

6. On March 21, 2011, certain Defendants filed a Motion for Sanctions Pursuant to Rule 11 (the "Rule 11 Motion"). The Rule 11 Motion is hereby withdrawn without prejudice as to the Indirect Purchaser Plaintiffs only. This stipulation, and evidence of any negotiations of this stipulation, shall not constitute any admission, evidence, concession or waiver by the Indirect Purchaser Plaintiffs regarding the merits of the Rule 11 motion.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 20, 2011 | By: /s/ David L. Yohai |

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email : ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

By: /s/ James L. McGinnis
GARY L. HALLING (66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH (203524)
Email: mscarborough@sheppardmullin.com

|   |   |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | Four Embarcadero Center, 17th Floor |
|   | San Francisco, California 94111-4109 |
| 3 | Telephone: (415)-434-9100 |
|   | Facsimile: (415)-434-3947 |

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414


*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By:  /s/ Eric Shapland
RONALD C. REDCAY
ERIC SHAPLAND
**ARNOLD & PORTER LLP**
44th Floor
777 South Figueroa Street
Los Angeles, CA   90017-5844

SAMUEL R. MILLER (66871)
Email: srmiller@sidley.com
RYAN M. SANDROCK (251781)
Email: rsandrock@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400

MDL NO. 1917                         STIPULATION AND [PROPOSED] ORDER
4

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

By: /s/ John Taladay
JOHN TALADAY (*pro hac vice*)
Email:  john.taladay@bakerbotts.com)
JOSEPH OSTOYICH (*pro hac vice*)
Email:  joseph.ostoyich@bakerbotts.com
ANDREAS STARGARD (*pro hac vice*)
Email:  andreas.stargard@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, D.C.   20004
Telephone:     (202) 639-7700
Facsimile:        (202) 639-7890

*Attorneys for Defendant Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*

By:   /s/ Patrick J. Ahern
BRUCE H. JACKSON (98118)
Email: bruce.h.jackson@bakernet.com
ROBERT W. TARUN (64881)
Email: robert.w.tarun@bakernet.com
**BAKER & MCKENZIE LLP**
Two Embarcadero Center, 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576-3000
Facsimile: (415) 576-3099

PATRICK J. AHERN (pro hac vice)
Email: patrick.j.ahern@bakernet.com
ROXANE C. BUSEY (pro hac vice)
Email: roxane.c.busey@bakernet.com
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr., Suite 3500
Chicago, IL 60601
Telephone: (312) 861-8000

*Attorneys for Tatung Company of America, Inc.*

By: /s/ Kent M. Roger
KENT M. ROGER (95987)

MDL NO. 1917                                                      STIPULATION AND [PROPOSED] ORDER
5

```
 1                                    Email:  kroger@morganlewis.com
                                      MORGAN, LEWIS & BOCKIUS LLP
 2                                    One Market, Spear Street Tower
                                      San Francisco, CA 94105-1126
 3                                    Telephone: (415) 442-1000
                                      Facsimile: (415) 442-1001
 4
                                      SCOTT A. STEMPEL
 5                                    J. CLAYTON EVERETT, JR.
                                      MORGAN, LEWIS & BOCKIUS LLP
 6                                    1111 Pennsylvania Avenue, NW
                                      Washington, DC 20004
 7                                    Telephone: 202-739-3000
                                      Facsimile: 202-739.3001
 8
 9                                    *Attorneys for Defendants Hitachi, Ltd., Hitachi
                                      Asia, Ltd., Hitachi America, Ltd., Hitachi
10                                    Electronic Devices (USA), Inc., and Hitachi
                                      Displays, Ltd.*
11
12
                                      By: /s/ Kate S. McMillan
13                                    TERRY CALVANI (53260)
                                      Email: terry.calvani@freshfields.com
14                                    KATE S. MCMILLAN (*pro hac vice*)
                                      Email: kate.mcmillan@freshfields.com
15                                    FRESHFIELDS BRUCKHAUS DERINGER
                                      US LLP
16                                    701 Pennsylvania Avenue, N.W., Suite 600
17                                    Washington, DC   20004
                                      Telephone:   (202) 777-4500
18                                    Facsimile:   (202) 777-4555

19
                                      *Attorneys for Defendant Beijing Matsushita
20                                    Color CRT Company, Ltd.*

21                                    By: /s/ Lucius B. Lau
                                      CHRISTOPHER M. CURRAN (*pro hac vice*)
22                                    Email:  ccurran@whitecase.com
                                      GEORGE L. PAUL (*pro hac vice*)
23                                    Email:  gpaul@whitecase.com
                                      LUCIUS B. LAU (*pro hac vice*)
24                                    Email:  alau@whitecase.com
25                                    WHITE & CASE LLP
                                      701 Thirteenth Street, N.W.
26                                    Washington, DC   20005
                                      Telephone: (202) 626-3600
27                                    Facsimile: (202) 639-9355
28  ─────────────────────────────────────────────────────────────────
    MDL NO. 1917                                   STIPULATION AND [PROPOSED] ORDER
                                          6
```

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba America Consumer Products L.L.C.*

Dated: April 19, 2011

By:/s/ Mario N. Alioto
MARIO N. ALIOTO (56433)
Email:   malioto@tatp.com
LAUREN C. RUSSELL (241151)
Email:   laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

Pursuant to General Order, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

*[Handwritten: The Special Master recommends that the District Court approve the stipulation and order. April 21, 2011, Charles A. Legge.]*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____          _____
                                              Hon. Samuel Conti
                                              United States District Judge

MDL NO. 1917                                                STIPULATION AND [PROPOSED] ORDER