1   GIBSON, DUNN & CRUTCHER LLP
    JOEL S. SANDERS, SBN 107234,
2   JSanders@gibsondunn.com
    RACHEL S. BRASS, SBN 219301,
3   RBrass@gibsondunn.com
    JORDAN HELLER, SBN 250491,
4   JHeller@gibsondunn.com
    555 Mission Street, Suite 3000
5   San Francisco, California 94105-2933
    Telephone: 415.393.8200
6   Facsimile: 415.393.8306

7   Attorneys for Defendant
    CHUNGHWA PICTURE TUBES, LTD.
8

9                    UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  IN RE: CATHODE RAY TUBE (CRT)        CASE NO. 3:07-CV-5944 SC
    ANTITRUST LITIGATION
13                                        MDL NO. 1917
    This Document Relates to:
14                                        **[PROPOSED] ORDER GRANTING
    ALL ACTIONS                          DEFENDANTS' ADMINISTRATIVE
15                                        MOTION TO FILE CONFIDENTIAL
                                          DOCUMENTS UNDER SEAL**
16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1    Defendants Panasonic Corporation of North America, Panasonic Corporation, and MT Picture

2 Display Co., Ltd.'s ("Panasonic Defendants'") Administrative Motion to File Confidential

3 Documents Under Seal (the "Administrative Motion") (Dkt. No. 889), came before this Court for

4 determination in connection with the Panasonic Defendants' April 14, 2011 Motion for Sanctions

5 Pursuant to Rule 11.  That motion was joined by Chunghwa Picture Tubes, Ltd. on April 14, 2011

6 ("Chunghwa Joinder").  After consideration of the Administrative Motion, the Chunghwa Joinder, the

7 Declaration of Jordan Heller in Support of Administrative Motion to File Confidential Documents

8 Under Seal, the Declaration of Morgan Tai in Support of Administrative Motion to File Confidential

9 Documents Under Seal, the Court's previously entered Stipulated Protective Order of June 18, 2008

10 (Dkt. No. 306), and the Court's files and records in this matter, and good cause appearing therefor,

11    IT IS HEREBY ORDERED that the Motion is hereby GRANTED.  The Panasonic

12 Defendants brought this Administrative Motion pursuant to Civil Local Rules 7-11 and 79-5(d).  The

13 Panasonic Defendants sought to file under seal Exhibits G through P of the Declaration of Jeffrey

14 Kessler in Support of Defendants' Motion for Sanctions Pursuant to Rule 11 ("Kessler Declaration"),

15 because these documents were designated as "Confidential" by Chunghwa.  They further requested

16 that Exhibits A, C, E, and F of the Kessler Declaration be redacted according to the narrowly tailored

17 versions lodged with the Court, in order to protect information contained therein designated as

18 "Confidential" by Chunghwa.

19    The documents at issue have not been filed in connection with a case-dispositive motion, but

20 rather pursuant to a sanctions motion.  Therefore, the Court need only find "good cause" to keep the

21 documents under seal.  *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006).

22 Chunghwa designated as "Confidential" the documents appearing as Exhibits G through P of the

23 Kessler Declaration, and quoted and summarized in Exhibits A, C, E, and F of the Kessler

24 Declaration, because they are internal reports consisting of confidential, nonpublic, proprietary and

25 highly sensitive business information.  Disclosure of this information threatens to put Chunghwa at a

26 competitive disadvantage and cause it harm with respect to its competitors and customers.  Good

27 cause therefore exists to keep Exhibits G through P to the Kessler Declaration under seal, and to

28

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL
DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917

1   redact Exhibits A, C, E, and F of the Kessler Declaration.  Accordingly, the following documents

2   shall remain under seal:

3        • Chunghwa document CHU00029238-40, report and analysis of meeting of April 14,

4           1999, as well as Chunghwa's English translation, attached to the Kessler Declaration

5           as Exhibit G;

6        • Chunghwa document CHU00030787-94, report and analysis of meeting of June 23,

7           1999, as well as Chunghwa's English translation, attached to the Kessler Declaration

8           as Exhibit H;

9        • Chunghwa document CHU00028933-45, report and analysis of meeting of May 29,

10          1995, as well as Chunghwa's English translation, attached to the Kessler Declaration

11          as Exhibit I;

12       • Chunghwa document CHU00028909-11,  report and analysis of meeting of October

13          24, 1996, as well as Chunghwa's English translation, attached to the Kessler

14          Declaration as Exhibit J;

15       • Chunghwa document CHU00028749-51, report and analysis of meeting of March 19,

16          1997, as well as Chunghwa's English translation, attached to the Kessler Declaration

17          as Exhibit K;

18       • Chunghwa document CHU00031013-14, report and analysis of meeting of June 28,

19          2000, as well as Chunghwa's English translation, attached to the Kessler Declaration

20          as Exhibit L;

21       • Chunghwa document CHU00031051-55, report and analysis of meeting of September

22          21, 2000, as well as Chunghwa's English translation, attached to the Kessler

23          Declaration as Exhibit M;

24       • Chunghwa document CHU00031183-85, report and analysis of meeting of February

25          22, 2002, as well as Chunghwa's English translation, attached to the Kessler

26          Declaration as Exhibit N;

27

28

Gibson, Dunn &
Crutcher LLP

3

1    • Chunghwa document CHU00031240-47, report and analysis of meeting of March 25-

2    27, as well as Chunghwa's English translation, attached to the Kessler Declaration as

3    Exhibit O;

4    • Chunghwa document CHU00031254, report and analysis of meeting of July 2, 2004,

5    as well as Chunghwa's English translation, attached to the Kessler Declaration as

6    Exhibit P.

7    Furthermore, the following Exhibits to the Kessler Declaration shall be redacted at the identified page

8    and line numbers:

9    • Exhibit A: 41:17-24; 42:2-21; 43:1-22, 24-26; 44:1-15, 17-21, 23-28; 45:1-3, 5-20, 23-

10   25; 46:1-3, 8-9, 11-13, 25-28; 47:1-8, 15-22, 24-28; 48:1-5, 8-11, 14-24, 25-28; 49:1-

11   3, 5-10, 12-14, 17-28; 50:1-5, 9-11, 15-16, 18-23; 51:2-5, 7-9.

12   • Exhibit C: 41:20-16; 42:2-21; 43:1-22, 24-26; 44:1-15, 17-21, 23-27; 45:1-3, 5-17, 21-

13   23; 46:1-3, 8-9, 11-13, 20-23, 26-27; 47:1-10, 18-25; 48:1-10, 14-17, 20-28; 49:1-3, 4-

14   18, 20-22, 25-27; 50:1-13, 17-20, 23-25, 26-27; 51:1-3, 10-14, 16-17.

15   • Exhibit E: 8:8-16, 18-26; 9:3-6, 8-14, 16-18, 20-26; 10:1-12, 16-19, 22-24, 25-27;

16   11:1-2, 9-12, 16-18, 21-24; 12:1-6, 9-12, 14-22, 24-27; 13:1-2, 4-8; 14: 4-7, 11-15, 20-

17   23; 16:16-21; 18:4-7; 22:12-20, 22-28; 23:1-3, 6-9, 11-16, 18-20, 22-27; 24:1-14, 18-

18   21, 25-27; 25:1-6, 13-15, 19-21, 24-27; 26:3-9, 12-15, 17-24, 27-28; 27:1-4; 7-11.

19   • Exhibit F: 8:3-11, 13-22, 26-28; 9:1, 3-10, 12-14, 16-27; 10:1-7, 11-14, 18-20, 21-25;

20   11:5-8, 12-14, 18-21, 26-28; 12:1-4, 8-11, 14-21, 24-28; 13:1, 4-8; 14:5-8, 12-16, 21-

21   24; 16:17-22; 18:4-7; 21:25-28; 22:1-6, 7-16, 20-22, 24-28; 23:1-3, 5-7, 9-27; 24: 4-7,

22   11-13, 14-19, 26-27; 25:1-2, 5-7, 17-22, 26-27; 26:1-2, 4-12, 14-19, 21-25.

23   *The Special Master recommends the granting of the above order.*

24   *April 21, 2011*

     *Charles A. Legge*

24   IT IS SO ORDERED.

25

26   DATED:    April 22    , 2011

27

28   The _____
     United States District Judge

     *IT IS SO ORDERED*
     *Judge Samuel Conti*

     4

Gibson, Dunn &
Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL
DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917