1 | Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
2 | Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
3 | SAVERI & SAVERI, INC.
706 Sansome Street
4 | San Francisco, CA 94111
Telephone: (415) 217-6810
5 | Facsimile: (415) 217-6813

6 | *Interim Lead Counsel for the Direct Purchaser*
*Plaintiffs*

7

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 | **SAN FRANCISCO DIVISION**

12

13 | IN RE: CATHODE RAY TUBE (CRT) | MASTER FILE NO. 07-cv-5944 SC
ANTITRUST LITIGATION

14 | | MDL NO. 1917

15 | This Document Relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE**

16 | ALL ACTIONS | **MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-**

17 | | **11 AND 79-5(d)**

18 | | The Honorable Samuel Conti

19

20

21

22

23

24

25

26

27

28

1      On April 20, 2011, Plaintiffs filed an Administrative Motion to Seal Documents Pursuant

2   To Civil Local Rules 7-11 And 79-5(d) to file portions of the following document under seal:

3      •      Plaintiffs' Memorandum of Points and Authorities in Opposition to Certain

4            Defendants' Motion for Rule 11 Sanctions.

5      Having read and considered the papers filed and arguments made by counsel, and good

6   cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion To Seal

7   Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) is GRANTED.

8   *The Special Master recommends the granting of this motion.*
    *Apr 25, 2011, Charles A. Legge*

9   IT IS SO ORDERED.

10

11  Dated: _____          _____

12                                           The Honorable Samuel Conti
                                             Northern District of California
13

14

15

16  Crt.387

17

18

19

20

21

22

23

24

25

26

27

28