Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2657
Fax: (415) 982-5287
Special Master

## JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| CRAGO, INC., et al., | |
| Plaintiffs, | |
| vs. | **ORDER REGARDING FILING OF MOTIONS AND SUPPORTING AND OPPOSING DOCUMENTS** |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |
| This Document Relates to ALL CASES | |

The Special Master and the Case Manager have conferred with the Chambers of the Hon. Samuel Conti, U.S. District Judge, regarding the filing of motions, including administrative motions, and documents in support of and in opposition to motions.

The parties and counsel are advised as follows:

1. All motions are to be addressed to the Special Master, pursuant to the Court's order of April 8, 2009 (document 446).

2. The motions and the oppositions thereto are to comply with the Federal Rules of Civil Procedure and the Local Rules of the Court, unless modified by an order in this case.

3. The Motion Procedures defined on page 4 of the Report Regarding Case Management Conference, dated May 20, 2010 (document 718), and in paragraph No. 2 of the Report Regarding Case Management Conference No. 2, dated September 7, 2010 (document 754), shall remain in effect.

IT IS SO RECOMMENDED.

DATED: April 21, 2011

_Charles A. Legge_
HON. CHARLES A. LEGGE
UNITED STATES DISTRICT JUDGE (RET.)
SPECIAL MASTER

APPROVED AND ADOPTED

DATED: April 25, 2011



HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED