Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

CRAGO, INC., et al.,

Plaintiffs,

vs.

CHUNGHWA PICTURE TUBES, LTD., et al.,

Defendants.

No. 07-5944 SC
MDL No. 1917
JAMS Reference No. 1100054618

**PROPOSED ORDER REGARDING ENGLISH TRANSLATIONS**

This Document Relates to
ALL CASES

//
//
//
//
//
//
//
//

1

At the request and by the stipulation of the parties, the Special Master recommends that the date of April 18, 2011 on page 3, lines 18 and 19 of the Report Regarding Case Management Conference No. 3 be extended to July 18, 2011 for the filing of a motion or a joint status report to the Special Master.

IT IS SO ORDERED.

DATED: _April 25, 2011_          _Charles A. Legge_
                                  HON. CHARLES A. LEGGE
                                  UNITED STATES DISTRICT JUDGE (RET.)
                                  SPECIAL MASTER

ADOPTED AND RECOMMENDED

DATED: _____            _____
                                  HON. SAMUEL CONTI
                                  UNITED STATES DISTRICT JUDGE