Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL NO. 1917<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)<br><br>The Honorable Samuel Conti |

On April 20, 2011, Plaintiffs filed an Administrative Motion to Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) to file portions of the following document under seal:

- <u>Plaintiffs' Memorandum of Points and Authorities in Opposition to Certain Defendants' Motion for Rule 11 Sanctions.</u>

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion To Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) is GRANTED.

*The Special Master recommends the granting of this motion. April 25, 2011, Charles A. Legge*

IT IS SO ORDERED.

Dated: April 25, 2011



The Honorable Samuel Conti
Northern District of California

Crt.387

---

[PROPOSED] Order Granting Admin. Motion to Seal Documents
MDL No. 1917; Master File No. 07-cv-5944 SC