Blake L. Harrop
Chadwick O. Brooker
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 793-3891 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us
cbrooker@atg.state.il.us

*Counsel for the State of Illinois*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To All Actions. | No. CV-07-5944-SC<br>MDL No. 1917<br><br>**Illinois's Motion To Shorten Time**<br><br>Hearing Date: May 4, 2011<br>Time: 2:00 p.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge: Honorable Charles A. Legge (Ret.) |

## MOTION TO SHORTEN TIME

COMES NOW the State of Illinois ("State") and moves this Court to waive the 35-day notice requirement under Local Rule 7-2(a) and to permit the State's Motion to Intervene under Fed. R. Civ. P. 24(b)(2) ("Motion to Intervene") to be heard along with Washington's motion to intervene on May 4, 2011, at 2:00 pm.

# ARGUMENT

### A.  Issue Statement

Civil L.R. 7-2(a) generally requires that "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion."  This rule may be enlarged or shortened at the Court's discretion.  The issue presented in this motion is whether the Court should shorten that time to allow the State's Motion to Intervene to be heard together with Washington's motion raising substantially similar issues on May 4th.

### B.  Facts and Argument

On March 28, 2011, the indirect purchaser plaintiffs ("IPPs") filed a Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd. The Motion was noted for hearing in front of the Special Master, Judge Legge, on May 4, 2011.

On April 27, 2011 the Illinois and Washington Attorneys General filed motions to intervene to oppose the IPPs' motion for preliminary approval of the Chunghwa settlement, noting the motions for the same day as the IPPs' motion: May 4.

Granting this motion to shorten time and hearing the Illinois and Washington motions to intervene on the same date will not prejudice any party and will realize judicial efficiencies that would otherwise be lost.  The Special Master has already set a hearing on May 4, 2011. Allowing the State to be heard on May 4 will provide needed clarity to the Special Master and the parties as to the State's standing to be heard and participation in the case.

## **CONCLUSION**

For the reasons set forth above, the State respectfully requests that the Court allow its Motion to Intervene to be heard on May 4, 2011, along with the Washington motion.

DATED: April 27, 2011

Respectfully submitted,

LISA MADIGAN,
Attorney General of Illinois

By: /s/ Chadwick O. Brooker
Chadwick O. Brooker
Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 793-3891
cbrooker@atg.state.il.us