Blake L. Harrop
Chadwick O. Brooker
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 793-3891 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us
cbrooker@atg.state.il.us

*Counsel for the State of Illinois*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT)** <br><br> **ANTITRUST LITIGATION** <br><br> This document relates to: <br><br> ALL ACTIONS. | No. CV-07-5944-SC <br> MDL No. 1917 <br><br> Date:  May 4, 2011 <br> Time:  2:00 PM <br> Court:  Two Embarcadero Center, Ste. 1500 <br> Judge:  Hon. Charles A. Legge (Ret.) <br><br> **Blake L. Harrop's Declaration in Support of the State of Illinois' Instanter Application to Shorten Time** |

I, Blake L. Harrop, declare:

1. I am a Senior Assistant Attorney General for the Office of the Illinois Attorney General. I have personal knowledge of the matters stated in this declaration and would provide competent testimony thereto if called upon to do so.

Harrop's Decl. Supp. Illinois' Inst. App. to Shorten Time

Case No. M-07-1827

– 1 –

2.  On April 26, 2011, I spoke with Paul Novak, counsel for the private indirect purchaser class regarding shortening the time for hearing of the State of Illinois' Motion to Intervene. Mr. Novak stated that he had no objection to the motion to shorten time.

3.  On April 26, 2011, I spoke with Joel Sanders, counsel for the private indirect purchaser class regarding shortening the time for hearing of the State of Illinois' Motion to Intervene. Mr. Sanders stated that he had no objection to the motion to shorten time.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on April 26, 2011.               By: /s/ Blake L. Harrop
                                          Blake L. Harrop
                                          Senior Assistant Attorney General
                                          Antitrust Bureau
                                          Office of the Illinois Attorney General
                                          100 W. Randolph Street
                                          Chicago, Illinois 60601
                                          (312) 814-1004
                                          bharrop@atg.state.il.us

Harrop's Decl. Supp. Illinois' Inst. App. to Shorten Time

Case No. M-07-1827

– 2 –