DAVID KERWIN (WSBA# 35162)
Washington State Attorney General
Antitrust Division
800 Fifth Avenue, MS TB14
Seattle, WA 98104
Telephone: (206) 464-7030
Facsimile: (206) 464-6338
davidk3@atg.wa.gov

Attorney for the State of Washington

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. CV-07-5944-SC<br>MDL No. 1917 |
|---|---|
| This Document Relates To All Actions | **STATE OF WASHINGTON'S MOTION TO SHORTEN TIME**<br><br>Hearing Date: May 4, 2011<br>Time: 2:00 p.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge: Honorable Charles A. Legge (Ret.) |

## MOTION TO SHORTEN TIME

COMES NOW the State of Washington ("State") and moves this Court to waive the 35 day notice requirement under Local Rule 7-2(a) and to permit the State's Motion to Intervene Under Fed. R. Civ. P. 24(b)(2) ("Motion to Intervene") to be heard along with Illinois's motion to intervene on May 4, 2011 at 2:00 PM.

STATE OF WASHINGTON MOTION TO SHORTEN TIME
No. CV-07-5944-SC   MDL No. 1917

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

# ARGUMENT

## A.  Issue Statement

Civil L.R. 7-2(a) generally requires that, "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion."  This rule may be enlarged or shortened at the Court's discretion.  The issue presented in this motion is whether the Court should shorten that time to allow the State's Motion to Intervene to be heard together with Illinois's motion raising substantially similar issues on May 4th.

## B.  Facts and Argument

On March 28, 2011, Indirect Purchaser Plaintiffs ("IPPs") filed a Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa. The Motion is noted for hearing in front of the Special Master, Judge Legge, on May 4, 2011.

On April 27, 2011 the Washington and Illinois Attorneys General filed Motions to Intervene and Oppositions to Preliminary Approval of the Chunghwa Settlement in this case, noting the motions for the same day as the IPPs' Motion- May 4th.

Granting this motion to shorten time and hearing the Illinois and Washington motions to intervene on the same date will not prejudice any party and will realize judicial efficiencies that would otherwise be lost.  The Special Master has already set a hearing on May 4, 2011. Allowing the State to be heard on May 4th will provide needed clarity to the Special Master and the parties as to the State's standing to be heard and participation in the case.

STATE OF WASHINGTON MOTION TO SHORTEN TIME
No. CV-07-5944-SC   MDL No. 1917

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744

## **CONCLUSION**

For the reasons set forth above, the State respectfully requests that the Court allow its Motion to Intervene to be heard on May 4, 2011 along with the Illinois motion.

DATED: April 27, 2011

                              Respectfully Submitted

                              ROBERT M. MCKENNA
                              Attorney General for the State of Washington


                              /s/ David M. Kerwin
                              David M. Kerwin
                              Washington State Attorney General
                              Antitrust Division
                              800 Fifth Avenue, MS TB14
                              Seattle, WA 98104
                              (206) 464-7030 (Tel)
                              (206) 464-6338 (Fax)
                              bradyj@atg.wa.gov

STATE OF WASHINGTON MOTION TO SHORTEN TIME
No. CV-07-5944-SC   MDL No. 1917

3

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744