DAVID M. KERWIN (WSBA 35162)
Washington State Attorney General
Antitrust Division
800 Fifth Avenue, MS TB14
Seattle, WA 98104
Telephone: (206) 4647030
Facsimile: (206) 464-6338
Davidk3@atg.wa.gov

*Attorney for the State of Washington*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR THE STATE OF WASHINGTON** |
| This Document Relates To:<br><br>All Indirect Purchaser Actions | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that David M. Kerwin, Assistant Attorney General for the State of Washington appears herein on behalf of the State of Washington. Please direct all pleadings and other documents to be served upon the State of Washington to the above-named counsel at:

/ / / / /

/ / / / /

NOTICE OF APPEARANCE
No. CV-07-5944-SC   MDL No. 1827

1

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  David M. Kerwin
2  Assistant Attorney General
   Antitrust Division
3  Washington State Attorney General
   800 Fifth Avenue, Suite 2000
4  MS TB-14
   Seattle, WA 98104

5  DATED: April 7, 2011

                                                               */s/ David M. Kerwin*
                                                           David M. Kerwin
                                                           Assistant Attorney General
                                                           Washington State Attorney General
                                                           Antitrust Division
                                                           800 Fifth Avenue, MS TB14
                                                           Seattle, WA 98104
                                                           (206) 464-7030 (Tel)
                                                           (206) 464-6338 (Fax)
                                                           davidk3@atg.wa.gov

NOTICE OF APPEARANCE
No. CV-07-5944-SC   MDL No. 1827

2

ATTORNEY GENERAL OF WASHINGTON
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744