DAVID KERWIN (WSBA# 35162)
Washington State Attorney General
Antitrust Division
800 Fifth Avenue, MS TB14
Seattle, WA 98104
Telephone: (206) 464-7030
Facsimile: (206) 464-6338
davidk3@atg.wa.gov

Attorney for the State of Washington

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. CV-07-5944-SC<br>MDL No. 1917 |
| This Document Relates To All Actions | [PROPOSED] ORDER GRANTING STATE OF WASHINGTON'S MOTION TO SHORTEN TIME AND MOTION TO INTERVENE |

Having considered the state of Washington's Motion to Shorten Time and Motion to Intervene, as well as all papers filed in support thereof or in opposition thereto, and having entertained any argument of counsel,

**IT IS HEREBY ORDERED** that the Motion to Shorten Time and Motion to Intervene are granted so that State of Washington may intervene in this action for the limited purpose of objecting to the purported class defined in the pending motion for preliminary approval of a settlement with Chunghwa Picture Tubes, Ltd.

Dated: _____                    _____
                                         Hon. Charles A. Legge (Ret.)

1

2   Presented By:

3   ROBERT M. MCKENNA
    Attorney General for the State of Washington

4

5

6   /s/ David M. Kerwin
    David M. Kerwin
7   Washington State Attorney General
    Antitrust Division
8   800 Fifth Avenue, MS TB14
    Seattle, WA 98104
9   (206) 464-7030 (Tel)
    (206) 464-6338 (Fax)
10  bradyj@atg.wa.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26