Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

CRAGO, INC., et al.,

Plaintiffs,

vs.

CHUNGHWA PICTURE TUBES, LTD., et al.,

Defendants.

This Document Relates to
ALL CASES

No. 07-5944 SC
MDL No. 1917
JAMS Reference No. 1100054618

~~PROPOSED~~ ORDER REGARDING ENGLISH TRANSLATIONS

//
//
//
//
//
//
//
//

1

1 At the request and by the stipulation of the parties, the Special Master recommends that
2 the date of April 18, 2011 on page 3, lines 18 and 19 of the Report Regarding Case Management
3 Conference No. 3 be extended to July 18, 2011 for the filing of a motion or a joint status report
4 to the Special Master.

IT IS SO ORDERED.

DATED: April 25, 2011

_____
HON. CHARLES A. LEGGE
UNITED STATES DISTRICT JUDGE (RET.)
SPECIAL MASTER

ADOPTED AND RECOMMENDED

DATED: April 27, 2011



HON.
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti