JOHN R. KROGER
Attorney General
TIM D. NORD  #882800
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 934-4400
Fax: (503) 378-5017
Email:  tim.d.nord@doj.state.or.us

Attorney for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Tim D. Nord, Senior Assistant Attorney General, on behalf of the Oregon Attorney General, appears as counsel for the State of Oregon, which has applied to intervene in this matter, and requests that copies of all pleadings and other documents be served electronically to tim.d.nord@doj.state.or.us.

Dated this 28th day of April, 2011.

/s/Tim D. Nord
Tim D. Nord OSB #882800
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Phone:  (503) 934-4400
Fax:  (503) 378-5017
Email:  tim.d.nord@doj.state.or.us

Page 1 -   NOTICE OF APPEARANCE
   TDN/ab1/#2729393

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 934-4400 / Fax: (503) 378-5017