Blake L. Harrop
Chadwick O. Brooker
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 793-3891 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us
cbrooker@atg.state.il.us

*Counsel for the State of Illinois*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates To All Actions

No. CV-07-5944-SC
MDL No. 1917

Date: May 4, 2011
Time: 2:00 PM
Court: Two Embarcadero Center, Ste. 1500
Judge: Hon. Charles A. Legge (Ret.)

~~[Proposed]~~ **Order Granting State of Illinois' Ex Parte Application to Shorten Time and Motion to Intervene for a Limited Purpose**

Having considered the State of Illinois' Ex Parte Application to Shorten Time and Motion to Intervene for a Limited Purpose, as well as all papers filed in support thereof or in opposition thereto, and having entertained any argument of counsel,

**IT IS HEREBY ORDERED** that the **Application** and **Motion** are **GRANTED** so that State of Illinois may intervene in this action for the limited

purpose of objecting to the purported class defined in the pending motion for preliminary approval of a settlement with Chunghwa Picture Tubes, Ltd.

Dated: ~~May~~ 4/28, 2011

                                          _____
                                          Hon. Charles A. Legge (Ret.)
                                          Special Master