JOHN R. KROGER
Attorney General
TIM D. NORD  #882800
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 934-4400
Fax: (503) 378-5017
Email:  tim.d.nord@doj.state.or.us

Attorney for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**PROPOSED ORDER GRANTING STATE OF OREGON'S MOTIONS TO INTERVENE AND SHORTEN TIME** |

Having considered the state of Oregon's Motions to Intervene and Shorten Time, as well as the court's records, and having entertained any argument of counsel,

**IT IS HEREBY ORDERED** that the Motions to Intervene and Shorten Time are granted so that the State of Oregon may intervene in this action for the limited purpose of participating in the pending motion for preliminary approval of a settlement with Chunghwa Picture Tubes, Ltd.

Dated: _____

_____
Hon. Charles A. Legge (Ret.)

Page 1 -   PROPOSED ORDER
           TDN/ab1/#2730819

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 934-4400 / Fax: (503) 378-5017