1  **COUNSEL LISTED ON SIGNATURE BLOCK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C07-5944 SC<br><br>**MDL NO. 1917**<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO COMPLY WITH REPORT AND RECOMMENDATIONS RE: MOTIONS FOR DISCOVERY AGAINST THE HITACHI DEFENDANTS (DKT. 882)** |

1  WHEREAS, on March 14, 2011, Special Master Legge issued his Report and Recommendations Re: Motions for Discovery Against the Hitachi Defendants ("Order");

WHEREAS, on March 28, 2011, Judge Conti approved the Order;

WHEREAS the Order requires defendants Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd. ("HDP"), Hitachi Asia, Ltd. ("HAS"), Hitachi America, Ltd. ("HAL"), Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively the "Hitachi Defendants") to complete their investigation of whether custodian specific information exists for certain proposed custodians within thirty days of the Order, as specified in ¶ 1(d) of the Order;

WHEREAS, on March 11, 2011, a 9.0 magnitude earthquake ("Great East Japan Earthquake") occurred off the eastern coast of Japan and triggered a destructive tsunami, resulting in over 14,000 confirmed deaths, the significant destruction of property, as well as severe disruptions of power including in the city of Tokyo and the destabilization of nuclear reactors in northeastern Japan;

WHEREAS defendants HTL and HDP are located in Tokyo, Japan and Mobara, Japan;

WHEREAS defendants HTL and HDP experienced disruptions caused by the Great East Japan Earthquake, including the relocation of key personnel, rolling power outages, and destruction of facilities;

WHEREAS defendants HTL and HDP are diligently working to complete their investigation regarding the availability of custodian specific information;

WHEREAS defendants HTL and HDP's ability to complete their investigation has been hampered by the effects of the Great East Japan Earthquake;

WHEREAS counsel for the Hitachi Defendants have conferred with counsel for Direct and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs") regarding the difficulties facing defendants HTL and HDP in gathering information required pursuant to the Order;

1   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the
2   undersigned Plaintiffs and the Hitachi Defendants, that:
3       1.   Defendants HTL and HDP will receive an additional 30 days, up to and including
4   May 27, 2011, to complete their investigation of whether custodian specific information exists for
5   proposed custodians, as identified in paragraph 1(d) of the Order.
6       2.   To the extent defendants HAL, HAS, and HED(US) require information in the
7   possession, custody, or control of defendants HTL and HDP to complete their investigation of
8   whether custodian specific information exists for proposed custodians, as identified in paragraph
9   1(d) of the Order, HAL, HAS and HED(US) will also receive an extension of 30 days to complete
10  their investigation.
11      3.   Defendants HTL and HDP will provide information to Plaintiffs on a rolling basis.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22396120.2                    -3-                    MDL 1917
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME

| | | |
|---|---|---|
| 1 | Dated: April 29, 2011 | MORGAN, LEWIS & BOCKIUS LLP |

By /s/ Scott A. Stempel
SCOTT A. STEMPEL (*pro hac vice*)
Email: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

DIANE L. WEBB (197851)
E-mail: dwebb@morganlewis.com
KENT M. ROGER (95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc.*

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

By /s/ Lauren Russell
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22396120.2    -4-    MDL 1917
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME

SAVERI & SAVERI, INC.


By /s/ R. Alexander Saveri
R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Pursuant to General, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____    _____
                                                                   Hon. Charles M. Legge (Ret.)
                                                                   Special Master