Blake L. Harrop
Chadwick O. Brooker
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 793-3891 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us
cbrooker@atg.state.il.us

*Counsel for the State of Illinois*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To All Actions | No. CV-07-5944-SC<br>MDL No. 1917<br><br>**Notice of Appearance** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Blake L. Harrop, Senior Assistant Attorney General, on behalf of the Illinois Attorney General, appears as counsel for the State of Illinois, which has intervened for a limited purposed in this matter, and requests that copies of all pleadings and other documents be served electronically to bharrop@atg.state.il.us.

DATED: May 2, 2011         By: /s/ Blake L. Harrop
                                Blake L. Harrop
                                Senior Assistant Attorney General
                                Antitrust Bureau
                                Office of the Illinois Attorney General
                                100 W. Randolph Street
                                Chicago, Illinois 60601
                                (312) 793-3891
                                bharrop@atg.state.il.us