Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| CRAGO, INC., et al., | |
| Plaintiffs, | |
| vs. | **ORDER RE: MOTION TO COMPEL DIRECT PURCHASER PLAINTIFFS TO PRODUCE DOWNSTREAM DISCOVERY** |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |
| This Document Relates to ALL CASES | |

Defendants Hitachi America Ltd., LG Electronics Inc., and Samsung SDI Co. Ltd. have filed on behalf of all defendants a motion to compel the direct purchaser plaintiffs to produce certain discovery. The primary issue in the motion is so called "downstream" discovery.

//
//
//
//
//

Defendants' motion was filed on April 29, 2011. The direct purchaser plaintiffs are to file a reply to the motion by May 31, 2011. Defendants may file a closing brief by June 15, 2011. A hearing will be held on the motion on Thursday, June 23, 2011 at 10:00 AM (Pacific) at the JAMS San Francisco Resolution Center, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111. Any party desiring a court reporter is to make its own arrangements with the court reporter, including payment of the court reporter's fees.

IT IS SO ORDERED.

DATED: May 4, 2011

HON. CHARLES A. LEGGE
UNITED STATES DISTRICT JUDGE (RET.)
SPECIAL MASTER