Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151) laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| | **NOTICE OF HEARING ON INDIRECT PURCHASER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH DEFENDANT CHUNGHWA PICTURE TUBES, LTD.** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | Hearing Date:  June 9, 2011<br>Time: 10:00 a.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge:  Honorable Charles A. Legge (Ret.) |

# NOTICE OF HEARING

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the hearing on Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd. (Docket No. 884) has been continued to June 9, 2011 at 10:00 a.m. before the Honorable Charles A. Legge (Ret.) at the office of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California.  A copy of the Settlement Agreement is attached hereto as Exhibit A.

Dated:  May 5, 2011     By:     */s/ Mario N. Alioto*
Mario N. Alioto

Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151)laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*