Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| This Document Relates to:<br><br>All Indirect Purchaser Actions | **SCHEDULING ORDER RE: PROPOSED PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT CHUNGHWA**<br><br>Hearing date: June 9, 2011<br>Time: 10:00 a.m. |

      The indirect purchaser plaintiffs have filed a motion seeking preliminary approval of their proposed class action settlement with defendant Chunghwa Picture Tubes Ltd. The states of Illinois, Oregon, and Washington have intervened for the purpose of opposing the motion. To date, no other oppositions have been filed. The following is the schedule for the briefing and hearing of the motion for preliminary approval:

      1.    The interveners, the class plaintiffs, and Chunghwa will have through May 20, 2011, to meet and confer with respect to the motion and to advise the Special Master of the results of their meetings.

      2.    Any oppositions to the motion for preliminary approval of the settlement must be filed with the Special Master by May 27, 2011. The oppositions should include a brief and any

relevant exhibits.

3. The class plaintiffs and Chunghwa may file with the Special Master their closing papers in support of preliminary approval, by June 7, 2011.

4. The hearing will be on June 9, 2011 at 10:00 a.m. before the Special Master at the office of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111. Any party desiring a court reporter must make its own arrangements with the court reporter, including payment of the court reporter's fees.

IT IS SO ORDERED.

DATED: May 9, 2011

HON. CHARLES A. LEGGE
UNITED STATES DISTRICT JUDGE (RET.)
SPECIAL MASTER