Clerk's Use Only
Initial for fee pd:

1  ADAM C. HEMLOCK (*pro hac vice pending*)
   Email: adam.hemlock@weil.com
2  STEVEN A. REISS (*pro hac vice*)
   Email: steven.reiss@weil.com
3  DAVID L. YOHAI (*pro hac vice*)
   Email: david.yohai@weil.com
4  **WEIL, GOTSHAL & MANGES LLP**
   767 Fifth Avenue
5  New York, New York 10153-0119
   Telephone: (212) 310-8000
6  Facsimile: (212) 310-8007

7  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
8  **WEIL, GOTSHAL & MANGES LLP**
   201 Redwood Shores Parkway
9  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
10 Facsimile: (650) 802-3100

11 JEFFREY L. KESSLER (*pro hac vice*)
   Email: jkessler@dl.com
12 A. PAUL VICTOR (*pro hac vice*)
   Email: pvictor@dl.com
13 EVA W. COLE (*pro hac vice*)
   Email: ecole@dl.com
14 **DEWEY & LEBOEUF LLP**
   1301 Avenue of the Americas
15 New York, NY 10019
   Telephone: (212) 259-8000
16 Facsimile: (212) 259-7013

17 Attorneys for Defendants
   Panasonic Corporation of North America,
18 MT Picture Display Co., Ltd.,
   and Panasonic Corporation
19 (f/k/a Matsushita Electric Industrial Co., Ltd.)

20              **UNITED STATES DISTRICT COURT**

21          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

22 | IN RE: CATHODE RAY TUBE (CRT) | No. 07-5944-SC |
   | ANTITRUST LITIGATION | MDL. NO. 1917 |
23

24                                  Judge: Hon. Samuel Conti

25                                  Special Master: Hon. Charles A. Legge (Ret.)

26 This Document Relates To:      **APPLICATION FOR**
                                  **ADMISSION OF ATTORNEY**
27 ALL ACTIONS                    ***PRO HAC VICE***

28

APPLICATION FOR ADMISSION OF                    Case No. 07-5944-SC
ATTORNEY *PRO HAC VICE*                         MDL. No. 1917

1

2   Pursuant to Civil L.R. 11-3, Adam C. Hemlock, an active member in good standing of the

3   bar of the State of New York, hereby applies for admission to practice in the Northern District of

4   California on a *pro hac vice* basis representing Panasonic Corporation of North America, MT

5   Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.,

6   Ltd.) in the above-entitled action.

    In support of this application, I certify on oath that:

7       1.   I am an active member in good standing of a United States Court or of the highest

8            court of another State or the District of Columbia, as indicated above;

9       2.   I agree to abide by the Standards of Professional Conduct set forth in Civil Local

10           Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to

11           become familiar with the Local Rules and the Alternative Dispute Resolution

12           programs of this Court; and,

13      3.   An attorney who is a member of the bar of this Court in good standing and who

14           maintains an office within the State of California has been designated as co-

15           counsel in the above-entitled action. The name, address and telephone number of

16           that attorney is:

17

18                      GREGORY D. HULL (57367)
                        Email: greg.hull@weil.com
19                      **WEIL, GOTSHAL & MANGES LLP**
                        201 Redwood Shores Parkway
20                      Redwood Shores, California 94065-1175
                        Telephone: (650) 802-3000
21                      Facsimile: (650) 802-3100

22      I declare under penalty of perjury that the foregoing is true and correct.

23

24  Dated: 5/5/11

    Adam C. Hemlock
25                      Email: adam.hemlock@weil.com
                        **WEIL, GOTSHAL & MANGES LLP**
26                      767 Fifth Avenue
                        New York, New York 10153-0119
27                      Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007
28

APPLICATION FOR ADMISSION OF                                        Case No. 07-5944-SC
ATTORNEY *PRO HAC VICE*                    2.                       MDL. No. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Attorney for Defendants Panasonic
Corporation of North America, MT Picture
Display Co., Ltd., and Panasonic Corporation
(f/k/a Matsushita Electric Industrial Co.,
Ltd.)

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

3

Case No. 07-5944-SC
MDL. No. 1917