1  **Counsel Listed On Signature Block**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTROGRAPH SYSTEMS, INC., et al. | Case No. 07-5944 SC |
| Plaintiffs, | MDL No. 1917 |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINT AND APPLICABILITY OF PRIOR DISCOVERY ORDERS** |
| HITACHI, LTD., et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph") and the undersigned Defendants, as follows:

1. The undersigned Defendants waive service of Electrograph's complaint under Federal Rule of Civil Procedure 4(d). Those undersigned Defendants who reside in foreign countries that are signatories to the Hague Convention shall be deemed served as provided for by that Convention. Defendants preserve all other defenses under Federal Rule of Civil Procedure 12.

2. The undersigned Defendants shall respond to Electrograph's complaint within sixty (60) days from the date on which this stipulation is entered as an order of the Court.

3. Electrograph shall be bound by and comply with all orders and protocols governing discovery and procedure entered to date in the proceeding *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917, except for scheduling requirements for dates already past, including but not limited to (a) the Stipulated Protective Order, Docket No. 306, filed June 18, 2008; (b) the Stipulation and Order to Extend Limited Discovery Stay, Docket No. 798, filed October 27, 2010; and (c) the Stipulation And Order Regarding The Production of Electronically Stored Information, Docket No. 828, ordered December 16, 2010.

4. An objection made by any Defendant at any deposition is deemed an objection by all Defendants, and an objection made by any Plaintiff at any deposition is deemed an objection by Electrograph.

5. All discovery previously produced by the undersigned Defendants in the proceeding *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917 shall be deemed produced in this action. Electrograph shall seek copies of the discovery responses and documents previously produced by Defendants from Plaintiffs' interim lead counsel. Should Plaintiffs' interim lead counsel not provide

-1-

Electrograph with the previously-produced discovery responses and documents within twenty (20) days of Electrograph's request, they will be provided to Electrograph by Defendants. Electrograph retains the right to propound additional discovery on Defendants. In responding to any additional discovery propounded by Electrograph, Defendants may refer to their prior discovery responses or document productions to the extent they are responsive to Electrograph's discovery requests. Defendants preserve all previously lodged objections to the production, use, or admissibility of any documents, information, or other materials sought in discovery. Any Defendant's objection to the admissibility or use of any document by any party shall apply equally to an attempt by Electrograph to admit or use that document.

6. The undersigned Defendants and Electrograph agree to waive the production of initial disclosures in this action.

7. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

Dated: May 24, 2011

By: __/s/ Philip J. Iovieno__
PHILIP J. IOVIENO *(pro hac vice)*
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
BENJAMIN D. BATTLES
Email: bbattles@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
*Attorneys for Plaintiffs*
*Electrograph Systems, Inc., and*
*Electrograph Technologies, Corp.*

-2-

|  |  |
|---|---|
| 1 | By: /s/ Gary L. Halling |
| 2 | GARY L. HALLING (SBN 66087)<br>Email: ghalling@sheppardmullin.com |
| 3 | JAMES L. MCGINNIS (SBN 95788)<br>Email: jmcginnis@sheppardmullin.com |
| 4 | MICHAEL SCARBOROUGH (SBN 203524) |
| 5 | Email: mscarborough@sheppardmullin.com<br>**SHEPPARD, MULLIN, RICHTER &** |
| 6 | **HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor |
| 7 | San Francisco, California 94111-4109<br>Telephone: 415-434-9100 |
| 8 | Facsimile: 415-434-3947 |
| 9 |  |
| 10 | *Attorneys for Defendants*<br>*Samsung SDI America, Inc,.* |
| 11 | *Samsung SDI Co., Ltd.,*<br>*Samsung SDI (Malaysia) Sdn. Bhd.,* |
| 12 | *Samsung SDI Mexico S.A. de C.V.,*<br>*Samsung SDI Brasil Ltda.,* |
| 13 | *Shenzen Samsung SDI Co., Ltd., and*<br>*Tianjin Samsung SDI Co., Ltd.,* |
| 14 |  |
| 15 |  |
| 16 | By: /s/ David L. Yohai |
| 17 | STEVEN A. REISS (*pro hac vice*)<br>Email: steven.reiss@weil.com |
| 18 | DAVID L. YOHAI (*pro hac vice*)<br>Email: david.yohai@weil.com |
| 19 | DAVID E. YOLKUT (*pro hac vice*) |
| 20 | Email: david.yolkut@weil.com<br>**WEIL, GOTSHAL & MANGES LLP** |
| 21 | 767 Fifth Avenue<br>New York, New York 10153-0119 |
| 22 | Telephone: (212) 310-8000 |
| 23 | Facsimile: (212) 310-8007 |
| 24 | GREGORY D. HULL (SBN 57367) |
| 25 | Email: greg.hull@weil.com<br>**WEIL, GOTSHAL & MANGES LLP** |
| 26 | 201 Redwood Shores Parkway<br>Redwood Shores, California 94065-1175 |
| 27 | Telephone: (650) 802-3000 |
| 28 | -3- |

|   |   |
|---|---|
| 1 | Facsimile: (650) 802-3100 |
| 2 | JEFFREY L. KESSLER (*pro hac vice*) |
|   | Email: jkessler@dl.com |
| 3 | A. PAUL VICTOR (*pro hac vice*) |
|   | Email: pvictor@dl.com |
| 4 | EVA W. COLE (*pro hac vice*) |
| 5 | Email: ecole@dl.com |
|   | **DEWEY & LEBOEUF LLP** |
| 6 | 1301 Avenue of the Americas |
|   | New York, NY 10019 |
| 7 | Telephone: (212) 259-8000 |
| 8 | Facsimile: (212) 259-7013 |

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

By: ___/s/ Ian Simmons___
IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BEN BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By: ___/s/ Kent M. Roger___
KENT M. ROGER (SBN 95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126

-4-

Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi Displays, Ltd.*

By: ___/s/ Ronald C. Redcay___
RONALD C. REDCAY (SBN 67236)
Email: ronald.redcay@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

SAMUEL R. MILLER (SBN 66871)
Email: srmiller@sidley.com
MARIE L. FIALA (SBN 79676)
Email: mfiala@sidley.com
RYAN M. SANDROCK (SBN 251781)
Email: rsandrock@sidley.com
ROBERT B. MARTIN, III (SBN 235489)
Email: rbmartin@sidley.com
**SIDLEY AUSTIN LLP**
555 California Street, 20th Floor
San Francisco, California 94104
Telephone:   (415) 772-1200
Facsimile:   (415) 772-7400

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.*

By: ___/s/ Christopher M. Curran___
CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
Email: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

-5-

|   |   |
|---|---|
| 1 | *Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Consumer Products, Inc., and Toshiba Display Devices (Thailand) Company, Ltd.* |

By:   /s/ Andreas Stargard
JOHN M. TALADAY *(pro hac vice)*
Email: john.taladay@bakerbotts.com
ANDREAS STARGARD *(pro hac vice)*
Email: andreas.stargard@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, NW
Washington D.C. 2004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

By:   /s/ Terry Calvani
TERRY CALVANI *(pro hac vice)*
Email: terry.calvani@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Ave NW Suite 1600
Washington D.C. 20004-2692
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____

                                           Hon. Charles A. Legge
                                United States District Judge (Ret.)
                                               Special Master

DATED:_____

                                              Hon. Samuel Conti
                                     United States District Judge