**Counsel Listed On Signature Block**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ELECTROGRAPH SYSTEMS, INC., et al. | Case No. 07-5944 SC |
|---|---|
| Plaintiffs, | MDL No. 1917 |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINT AND APPLICABILITY OF PRIOR DISCOVERY ORDERS** |
| HITACHI, LTD., et al. | |
| Defendants. | |

1       IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp. (collectively, "Electrograph") and the undersigned Defendants, as follows:

    1.     The undersigned Defendants waive service of Electrograph's complaint under Federal Rule of Civil Procedure 4(d). Those undersigned Defendants who reside in foreign countries that are signatories to the Hague Convention shall be deemed served as provided for by that Convention. Defendants preserve all other defenses under Federal Rule of Civil Procedure 12.

    2.     The undersigned Defendants shall respond to Electrograph's complaint within sixty (60) days from the date on which this stipulation is entered as an order of the Court.

    3.     Electrograph shall be bound by and comply with all orders and protocols governing discovery and procedure entered to date in the proceeding *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917, except for scheduling requirements for dates already past, including but not limited to (a) the Stipulated Protective Order, Docket No. 306, filed June 18, 2008; (b) the Stipulation and Order to Extend Limited Discovery Stay, Docket No. 798, filed October 27, 2010; and (c) the Stipulation And Order Regarding The Production of Electronically Stored Information, Docket No. 828, ordered December 16, 2010.

    4.     An objection made by any Defendant at any deposition is deemed an objection by all Defendants, and an objection made by any Plaintiff at any deposition is deemed an objection by Electrograph.

    5.     All discovery previously produced by the undersigned Defendants in the proceeding *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917 shall be deemed produced in this action. Electrograph shall seek copies of the discovery responses and documents previously produced by Defendants from Plaintiffs' interim lead counsel. Should Plaintiffs' interim lead counsel not provide

-1-

1 Electrograph with the previously-produced discovery responses and documents within
2 twenty (20) days of Electrograph's request, they will be provided to Electrograph by
3 Defendants. Electrograph retains the right to propound additional discovery on
4 Defendants. In responding to any additional discovery propounded by Electrograph,
5 Defendants may refer to their prior discovery responses or document productions to the
6 extent they are responsive to Electrograph's discovery requests. Defendants preserve all
7 previously lodged objections to the production, use, or admissibility of any documents,
8 information, or other materials sought in discovery. Any Defendant's objection to the
9 admissibility or use of any document by any party shall apply equally to an attempt by
10 Electrograph to admit or use that document.

11     6. The undersigned Defendants and Electrograph agree to waive the
12 production of initial disclosures in this action.

13     7. The undersigned parties jointly and respectfully request that the Court
14 enter this stipulation as an order.

Dated: May 24, 2011

By: __/s/ Philip J. Iovieno__
PHILIP J. IOVIENO (*pro hac vice*)
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
BENJAMIN D. BATTLES
Email: bbattles@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
*Attorneys for Plaintiffs*
*Electrograph Systems, Inc., and*
*Electrograph Technologies, Corp.*

-2-

|   |   |
|---|---|
| 1 | By: /s/ Gary L. Halling |
| 2 | GARY L. HALLING (SBN 66087) |
|   | Email: ghalling@sheppardmullin.com |
| 3 | JAMES L. MCGINNIS (SBN 95788) |
|   | Email: jmcginnis@sheppardmullin.com |
| 4 | MICHAEL SCARBOROUGH (SBN 203524) |
|   | Email: mscarborough@sheppardmullin.com |
| 5 | **SHEPPARD, MULLIN, RICHTER &** |
| 6 | **HAMPTON LLP** |
|   | Four Embarcadero Center, 17th Floor |
| 7 | San Francisco, California 94111-4109 |
|   | Telephone: 415-434-9100 |
| 8 | Facsimile: 415-434-3947 |

*Attorneys for Defendants*
*Samsung SDI America, Inc,.*
*Samsung SDI Co., Ltd.,*
*Samsung SDI (Malaysia) Sdn. Bhd.,*
*Samsung SDI Mexico S.A. de C.V.,*
*Samsung SDI Brasil Ltda.,*
*Shenzen Samsung SDI Co., Ltd., and*
*Tianjin Samsung SDI Co., Ltd.,*

By: /s/ David L. Yohai

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (SBN 57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000

-3-

```
                                Facsimile: (650) 802-3100
                                JEFFREY L. KESSLER (pro hac vice)
                                Email: jkessler@dl.com
                                A. PAUL VICTOR (pro hac vice)
                                Email: pvictor@dl.com
                                EVA W. COLE (pro hac vice)
                                Email: ecole@dl.com
                                DEWEY & LEBOEUF LLP
                                1301 Avenue of the Americas
                                New York, NY 10019
                                Telephone: (212) 259-8000
                                Facsimile: (212) 259-7013

                                Attorneys for Defendants Panasonic
                                Corporation of North America, MT Picture
                                Display Co., Ltd., and Panasonic Corporation
                                (f/k/a Matsushita Electric Industrial Co., Ltd.)



                                By:   /s/ Ian Simmons
                                IAN SIMMONS (pro hac vice)
                                Email: isimmons@omm.com
                                BEN BRADSHAW (SBN 189925)
                                Email: bbradshaw@omm.com
                                O'MELVENY & MYERS LLP
                                1625 Eye Street, NW
                                Washington, DC 20006
                                Telephone: (202) 383-5300
                                Facsimile: (202) 383-5414

                                Attorneys for Defendants Samsung Electronics
                                Co., Ltd. and Samsung Electronics America,
                                Inc.



                                By:   /s/ Kent M. Roger
                                KENT M. ROGER (SBN 95987)
                                Email: kroger@morganlewis.com
                                MICHELLE PARK CHIU (SBN 248421)
                                Email: mchiu@morganlewis.com
                                MORGAN, LEWIS & BOCKIUS LLP
                                One Market, Spear Street Tower
                                San Francisco, CA 94105-1126
```

-4-

W02-WEST:5DYB1\403384392.4  STIPULATION AND [PROPOSED] ORDER RE SERVICE OF COMPLAINT AND
MDL No. 1917                APPLICABILITY OF PRIOR DISCOVERY ORDERS

| | |
|---|---|
| 1 | Telephone: (415) 442-1000 |
| 2 | Facsimile: (415) 442-1001 |
| | *Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi Displays, Ltd.* |
| 3 | |
| 4 | |
| 5 | |
| 6 | By: /s/ Ronald C. Redcay |
| 7 | RONALD C. REDCAY (SBN 67236)<br>Email: ronald.redcay@aporter.com |
| 8 | **ARNOLD & PORTER LLP**<br>777 South Figueroa Street, Forty-Fourth Floor |
| 9 | Los Angeles, California 90017-5844<br>Telephone: 213.243.4000 |
| 10 | Facsimile: 213.243.4199 |
| 11 | SAMUEL R. MILLER (SBN 66871)<br>Email: srmiller@sidley.com |
| 12 | MARIE L. FIALA (SBN 79676)<br>Email: mfiala@sidley.com |
| 13 | RYAN M. SANDROCK (SBN 251781)<br>Email: rsandrock@sidley.com |
| 14 | ROBERT B. MARTIN, III (SBN 235489)<br>Email: rbmartin@sidley.com |
| 15 | **SIDLEY AUSTIN LLP**<br>555 California Street, 20th Floor |
| 16 | San Francisco, California 94104<br>Telephone: (415) 772-1200 |
| 17 | Facsimile: (415) 772-7400 |
| 18 | *Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.* |
| 19 | |
| 20 | |
| 21 | By: /s/ Christopher M. Curran |
| 22 | CHRISTOPHER M. CURRAN (*pro hac vice*)<br>Email: ccurran@whitecase.com |
| 23 | GEORGE L. PAUL (*pro hac vice*)<br>Email: gpaul@whitecase.com |
| 24 | LUCIUS B. LAU (*pro hac vice*)<br>Email: alau@whitecase.com |
| 25 | **WHITE & CASE LLP**<br>701 Thirteenth Street, N.W. |
| 26 | Washington, DC 20005<br>Telephone: (202) 626-3600 |
| 27 | Facsimile: (202) 639-9355 |
| 28 | -5- |

W02-WEST:5DYB1\403384392.4
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER RE SERVICE OF COMPLAINT AND APPLICABILITY OF PRIOR DISCOVERY ORDERS

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Consumer Products, Inc., and Toshiba Display Devices (Thailand) Company, Ltd.*

By: /s/ Andreas Stargard
JOHN M. TALADAY *(pro hac vice)*
Email: john.taladay@bakerbotts.com
ANDREAS STARGARD *(pro hac vice)*
Email: andreas.stargard@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, NW
Washington D.C. 2004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

By: /s/ Terry Calvani
TERRY CALVANI *(pro hac vice)*
Email: terry.calvani@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Ave NW Suite 1600
Washington D.C. 20004-2692
Telephone: (202) 777-4500
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

-6-

W02-WEST:5DYB1\403384392.4
MDL No. 1917

STIPULATION AND [PROPOSED] ORDER RE SERVICE OF COMPLAINT AND APPLICABILITY OF PRIOR DISCOVERY ORDERS

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | DATED: May 25, 2011

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

7 | DATED: 5/26/11

*IT IS SO ORDERED*
*Judge Samuel Conti*
United States District Judge

-7-