GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
rjustice@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
Telephone: 415.393.8200
Fax: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>[This document relates to all indirect purchaser actions.] | CASE NO.: CV-07-5944-SC<br>MDL No. 1917<br><br>**DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF INDIRECT PURCHASER CLASS ACTION SETTLEMENT**<br><br>Hearing Date:  June 9, 2011<br>Time: 10:00 a.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>**Judge:  Honorable Charles A. Legge (Ret.)** |

1
LAZARUS DECLARATION IN SUPPORT OF CPT'S REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF INDIRECT PURCHASER CLASS ACTION SETTLEMENT;
CASE NO.: CV-07-5944-SC; MDL NO. 1917

Gibson, Dunn & Crutcher LLP

1. I, Rebecca Justice Lazarus, am an attorney licensed to practice law in the State of California and the Northern District of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for defendant Chunghwa Picture Tubes, Ltd. ("CPT") in the above-captioned matter. I submit this declaration in support of CPT's Reply In Support Of Plaintiffs' Motion For Preliminary Approval Of Indirect Purchaser Class Action Settlement.

2. Attached to this declaration as Exhibit A is a true and correct copy of the Second Amended Order Approving Proposed Forms of Notice Regarding Class Action and Partial Settlements and Granting Preliminary Approval of Settlements, *In re Static Random Access Memory (SRAM) Antitrust Litig.*, Case No. M:07-CV-01819-CW (N.D. Cal. June 10, 2010) (Dkt. # 1013).

3. Attached to this declaration as Exhibit B is a true and correct copy of the Memorandum Order and Decision on Plaintiffs' Application For Certification Of Settlement Classes, *In re New Motor Vehicles Canadian Export Antitrust Litig.*, Case No. 2:03-md-01532-DBH (D. Me. Aug. 17, 2010) (Dkt. # 1115).

4. Attached to this declaration as Exhibit C is a true and correct copy of the Order and Final Judgment Approving Settlement, *In re Tricor Indirect Purchaser Antitrust Litig.*, No. 05-360(SLR) (D. Del. Oct. 28, 2009) (Dkt. # 545).

5. Attached to this declaration as Exhibit D is a true and correct copy of the Order Approving Lufthansa Settlement Agreement And Entering Final Judgment, *In re Air Cargo Shipping Servs. Antitrust Litig.*, No. 06-MD-1775 (JG) (VVP) (E.D.N.Y. Oct. 6, 2009) (Dkt. # 974).

6. Attached to this declaration as Exhibit E is a true and correct copy of the Stipulation and Order Appointing The Honorable Charles B. Renfrew As Special Master, *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.*, No. M-02-1486 PJH (N.D. Cal. Nov. 30, 2007) (Dkt. No. 1788).

7. Attached to this declaration as Exhibit F is a true and correct copy of the Order Approving Procedure For Allocation Of Settlement Fund Under The Lufthansa Settlement

///

///

///

2
LAZARUS DECLARATION IN SUPPORT OF CPT'S REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF INDIRECT PURCHASER CLASS ACTION SETTLEMENT;
CASE NO.: CV-07-5944-SC; MDL NO. 1917

Gibson, Dunn & Crutcher LLP

Agreement And For Appointment Of A Special Master, *In re Air Cargo Shipping Services Antitrust Litig.,* No. 06-MD-1775 (JG) (VVP) (E.D.N.Y. Oct. 30, 2007) (Dkt. # 645).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2011 in San Francisco, California.

By:  /s/ Rebecca Justice Lazarus
Rebecca Justice Lazarus

101091849.1

Gibson, Dunn & Crutcher LLP

3

LAZARUS DECLARATION IN SUPPORT OF CPT'S REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF INDIRECT PURCHASER CLASS ACTION SETTLEMENT;
CASE NO.: CV-07-5944-SC; MDL NO. 1917