# DECLARATION OF SERVICE

I, Suzanne Maruschak, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State.  On June 7, 2011, I served the within:

**DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF INDIRECT PURCHASER CLASS ACTION SETTLEMENT**

**DECLARATION OF REBECCA JUSTICE LAZARUS IN SUPPORT OF DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF INDIRECT PURCHASER CLASS ACTION SETTLEMENT**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on June 7, 2011.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on June 7, 2011, at San Francisco, California.

/s/
Suzanne Maruschak

101092280.1

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF SERVICE, CASE NO. CV-07-5944-SC, MDL NO. 1917