| | |
|---|---|
| 1 | Ronald C. Redcay  (SBN 67236) |
|   | E-Mail:  Ronald.Redcay@aporter.com |
| 2 | John D. Lombardo (SBN 187142) |
|   | E-Mail:  John.Lombardo@aporter.com |
| 3 | D. Eric Shapland (SBN 193853) |
|   | E-Mail:  Eric.Shapland@aporter.com |
| 4 | Eric D. Mason (SBN 259233) |
|   | E-Mail:  Eric.Mason@aporter.com |
| 5 | ARNOLD & PORTER LLP |
|   | 777 South Figueroa Street, Forty-Fourth Floor |
| 6 | Los Angeles, California  90017-5844 |
|   | Telephone: 213.243.4000 |
| 7 | Facsimile: 213.243.4199 |

Beth H. Parker (SBN 104773)
E-Mail:  Beth.Parker@aporter.com
ARNOLD & PORTER LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, California  94111-3711
Telephone: 415.356.3000
Facsimile: 415.356.3099

Samuel R. Miller (SBN 66871)
E-Mail: srmiller@sidley.com
Marie L. Fiala (SBN 79676)
E-Mail: mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
E-Mail: rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
E-Mail: rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:   (415) 772-1200
Facsimile:    (415) 772-7400

Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To All Actions | Case No.: 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE, CHANGE OF ADDRESS, AND WITHDRAWAL OF COUNSEL**<br><br>Judge:  Hon. Samuel Conti<br><br>Special Master:  Hon. Charles A. Legge (Ret.) |

30633736v2

NOTICE OF APPEARANCE, CHANGE OF ADDRESS. AND WITHDRAWAL OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD: |
| 2 | PLEASE TAKE NOTICE that Eric D. Mason of Arnold & Porter LLP hereby enters his |
| 3 | appearance on behalf of Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG |
| 4 | Electronics Taiwan Taipei Co., Ltd. (the "LGE Defendants") and requests that copies of all |
| 5 | pleadings, motions, briefs, orders, correspondence, and other papers be served on him as follows: |

<pre>
        Eric D. Mason (SBN 259233)
        E-Mail:  Eric.Mason@aporter.com
        ARNOLD & PORTER LLP
        777 South Figueroa Street
        Forty-Fourth Floor
        Los Angeles, California  90017-5844
        Telephone:  213.243.4000
        Facsimile:  213.243.4199
</pre>

PLEASE TAKE FURTHER NOTICE that the San Francisco office of Arnold & Porter LLP has relocated. Beth Parker respectfully requests the Court to update its records in the case as follows:

<pre>
        Beth H. Parker (SBN 104773)
        E-Mail:  Beth.Parker@aporter.com
        ARNOLD & PORTER LLP
        One Embarcadero Center
        Twenty-Second Floor
        San Francisco, California  94111-3711
        Telephone:  415.356.3000
        Facsimile:  415.356.3099
</pre>

PLEASE TAKE FURTHER NOTICE that Nana Little is no longer affiliated with the law firm of Arnold & Porter LLP. Accordingly, the LGE Defendants respectfully request that her name be removed from the Court's electronic mail notice list and counsels' service lists. Arnold & Porter LLP continues to serve as counsel for the LGE Defendants through attorneys Ronald C. Redcay,

NOTICE OF APPEARANCE, CHANGE OF ADDRESS. AND WITHDRAWAL OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

1  Beth H. Parker, John D. Lombardo, D. Eric Shapland, and Eric D. Mason, who request that all
2  future correspondence and papers in this action continue to be directed to them.
3
4  DATED: June 14, 2011                              Respectfully submitted,
5                                                    ARNOLD & PORTER LLP
6
7                                                    /s/ Eric Shapland
                                                     Eric Shapland
8
                                                     Attorneys for Defendants LG Electronics, Inc.;
9                                                    LG Electronics USA, Inc.; and LG Electronics
                                                     Taiwan Taipei Co., Ltd.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -
NOTICE OF APPEARANCE, CHANGE OF ADDRESS. AND WITHDRAWAL OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917