GUIDO SAVERI (Bar No. 22349)
 guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
 rick@saveri.com
CADIO ZIRPOLI (Bar No. 179108)
 cadio@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, California 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

MARIO N. ALIOTO (Bar No. 56433)
 malioto@tatp.com
LAUREN C. RUSSELL (Bar No. 241151)
 laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, California 94123
Telephone:  (415) 563-7200
Facsimile:  (415) 346-0679

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs Class*

James L. McGinnis (Bar No. 95788)
 jmcginnis@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Defense Liaison Counsel*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.. 07-cv-5944 SC<br><br>MDL NO. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER** |

827532.727532.5

07-CV-5944 SC

STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the Indirect Purchaser Plaintiffs ("IPPs") and the undersigned defendants ("Defendants") in this action as follows:

1. That all documents produced in the *In Re: TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. M07-1827 SI ("*In Re: TFT-LCD*") by entities, including their affiliates except for Toshiba Mobile Display Co., Ltd., that produced documents in *In Re: TFT-LCD* and are defendants in this action, can be reviewed by Plaintiffs' counsel in this action for the limited purpose of identifying documents for potential production in this action pursuant to the procedures described in Paragraphs 2 and 3 below. Such review will be subject to the protective order in *In Re: TFT-LCD* (Docket No. 241) as well as the protective order herein (Docket No. 306).

2. On or before September 1, 2011, Plaintiffs shall provide to all defendants a list of the foregoing documents from *In Re: TFT-LCD* that they seek to use in this action. The defendant that produced, or whose affiliate produced, a document in *In Re: TFT-LCD* so identified ("Producing Party") shall have 45 days to state objections to adding any such document to the CRT discovery record. Any document as to which no objections have been made shall be deemed produced herein. The parties shall meet and confer to resolve any objections made and, if necessary, discuss a process for seeking a ruling from the Special Master and the Court.

3. After this initial list is provided, Plaintiffs may supplement the list as necessary with additional documents covered by Paragraph 1 above to the extent that Plaintiffs were in good faith unable to finish their review of documents for inclusion in the list contemplated by Paragraph 2 above. Plaintiffs shall provide notice to all defendants of any additions to the list of documents from the *TFT-LCD* action that they seek to use in this action, absent a showing of good cause, no later than seven calendar days before intended use in any deposition, submission or other proceeding, and no later than 30 days prior to the discovery cut off. Absent a showing of good cause, Plaintiffs may identify no more than ten additional documents in advance of each deposition. The Producing Party shall promptly state objections to adding any document identified by Plaintiffs to the CRT discovery record, if any, and the parties shall use the procedures agreed upon for resolution of disputes as stated in Paragraph 2 above. Any such

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1 resolution will be done on an expedited basis so as not to disrupt the taking of a noticed
2 deposition, or the continuance of any pre-trial dates.

3     4. All objections by Defendants with respect to relevancy and admissibility are preserved as to any document from *In Re: TFT-LCD* that may be produced pursuant to the foregoing procedures.

6     5. Absent Court order, this stipulation shall not apply to LG Display Co., Ltd. and LG Display America, Inc. (collectively "LG Display"). Nothing in this stipulation shall preclude Plaintiffs from seeking in this litigation the production of documents produced by LG Display in *In Re: TFT-LCD*.

DATED: June 17, 2011

**SAVERI & SAVERI, INC.**
GUIDO SAVERI
R. ALEXANDER SAVERI
CADIO ZIRPOLI

By: /s/ *Guido Saveri*
    GUIDO SAVERI
*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs Class*

DATED: June 17, 2011

**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
MARIO N. ALIOTO

By: /s/ *Mario N. Alioto*
    MARIO N. ALIOTO
*Interim Lead Counsel for the*
*Indirect Purchaser Plaintiffs Class*

DATED: June 17, 2011

**MORGAN, LEWIS & BOCKIUS LLP**
DIANE L. WEBB

By: /s/ *Scott A. Stempel*
    SCOTT A. STEMPEL
*Counsel for Defendants Hitachi, Ltd, Hitachi Asia,*
*Ltd., Hitachi America, Ltd., Hitachi Electronic Devices*
*(USA), Inc., and Hitachi Displays, Ltd.*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

| | | |
|---|---|---|
| 1 | DATED: June 17, 2011 | **ARNOLD & PORTER LLP**<br>ERIC SHAPLAND |
| 2 | | |
| 3 | | By: /s/ Eric Shapland |
| 4 | | ERIC SHAPLAND<br>*Counsel for Defendants LG Electronics, Inc., LG* |
| 5 | | *Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.* |
| 6 | DATED: June 17, 2011 | **DEWEY & LEBOEUF LLP** |
| 7 | | JEFFREY L. KESSLER |
| 8 | | |
| 9 | | By: /s/ Jeffrey L. Kessler |
| 10 | | JEFFREY L. KESSLER<br>*Counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and* |
| 11 | | *Panasonic Corporation (f/k/a/ Matsushita Electric Industrial Co.)* |
| 12 | DATED: June 17, 2011 | **BAKER BOTTS L.L.P.** |
| 13 | | JOSEPH OSTOYICH |
| 14 | | |
| 15 | | By: /s/ Joseph Ostoyich |
| 16 | | JOSEPH OSTOYICH<br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation,* |
| 17 | | *Philips Electronica Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* |
| 18 | | |
| 19 | DATED: June 17, 2011 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP** |
| 20 | | JAMES L. MCGINNIS |
| 21 | | |
| 22 | | By: /s/ James L. McGinnis<br>JAMES L. MCGINNIS |
| 23 | | *Defense Liason Counsel and Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd.,* |
| 24 | | *Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda.,* |
| 25 | | *Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.* |

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

827532.727532.5

4

07-CV-5944 SC

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | DATED: June 17, 2011 | **O'MELVENY & MYERS, LLP**<br>IAN SIMMONS |
| | | By: /s/ Ian Simmons<br>IAN SIMMONS<br>*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| | DATED: June 17, 2011 | **BAKER & McKENZIE LLP**<br>PATRICK J. AHERN |
| | | By: /s/ Patrick J. Ahern<br>PATRICK J. AHERN<br>*Counsel for Defendant Tatung Company of America, Inc.* |
| | DATED: June 17, 2011 | **WHITE & CASE LLP**<br>LUCIUS B. LAU |
| | | By: /s/ Lucius B. Lau<br>LUCIUS B. LAU<br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |
| | DATED: June 17, 2011 | **FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>TERRY CALVANI |
| | | By: /s/ Terry Calvani<br>TERRY CALVANI<br>*Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.* |

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

827532.727532.5

5

07-CV-5944 SC

STIPULATION AND ORDER

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lauren C. Russell, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June 2011, at San Francisco, California.

/s/ Lauren C. Russell

IT IS SO RECOMMENDED.

DATED: June 20, 2011

_____
Hon. Charles A Legge
Special Master

IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

DATED: June ___, 2011

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE