Blake L. Harrop
Senior Assistant Attorney General
Antitrust Bureau
Office of the Illinois Attorney General
100 W. Randolph Street
Chicago, Illinois 60601
(312) 814-1004 (phone)
(312) 814-4209 (fax)
bharrop@atg.state.il.us

*Counsel for Intervener, the State of Illinois*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| | No. CV-07-5944-SC<br>MDL No. 1917 |
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Date:  May 4, 2011<br>Time:  2:00 PM<br>JAMS:  Two Embarcadero Center, Ste. 1500<br>Judge:  Hon. Charles A. Legge (Ret.) |
| This Document Relates To All Indirect Purchaser Actions | **State of Illinois' Motion to Strike Illinois Class Allegations in Indirect Purchaser Plaintiffs' Third Amended Consolidated Complaint; Request For Ruling On The Motion On The Papers Previously Filed** |

State of Illinois Motion to Strike Illinois
Class Allegations in IPPs 3rd Amend.
Complaint

1

No. CV-07-5944-SC  MDL No. 1917

The State of Illinois moves to strike the allegations that Illinois citizens are members of the "Indirect Purchaser State Classes" alleged in paragraphs 233 and 234 of the Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint ("the Complaint") and to strike any and all references to "the Illinois Indirect Purchaser Class" contained in paragraph of 251 of the Complaint.  In support of this motion, Illinois states as follows:

1.  As explained in the States of Illinois and Washington' Opposition to Indirect-Purchaser Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with Chunghwa Picture Tubes Ltd., ECF 939, only the Illinois Attorney General may represent the claims of Illinois indirect purchasers under the Illinois Antitrust Act and private counsel are prohibited from doing so.

2.  The class allegations as to Illinois indirect purchasers as contained in paragraphs 233, 234 and 251 of the Complaint are in conflict with this law and should be struck.

3.  The Indirect Purchaser Plaintiffs contend they may bring Illinois indirect purchaser claims under the Illinois Antitrust Act and the Supreme Court's decision in *Shady Grove Orthopedic Associates, P.A. v. Allstate Ins. Co.,* 130 S. Ct. 1431 (2010).

**State of Illinois Motion to Strike Illinois
Class Allegations in IPPs 3rd Amend.
Complaint**                                    2                   No. CV-07-5944-SC  MDL No. 1917

1  4. All of the parties agree that this motion may be decided on the papers already

2  filed and the prior argument on this issue.  Specifically the papers are ECF

3  939 referenced above and the reply to this argument contained in the Indirect

4  Purchaser Plaintiffs' Reply in Support of Motion for Preliminary Approval of

5  Class Action Settlement with Chunghwa Picture Tubes, Ltd., ECF 944, at

6  Section II. B., pages 4-6.

7

8  DATED:  June 23, 2011

9

10  Respectfully submitted,

11  LISA MADIGAN,
   Attorney General of Illinois
12

13

14  By: /s/ Blake L. Harrop
   Blake L. Harrop
15  Senior Assistant Attorney General
   Antitrust Bureau
16  Office of the Illinois Attorney General
17  100 W. Randolph Street
   Chicago, Illinois 60601
18  (312) 814-1004
   bharrop@atg.state.il.us
19

20

21

22

23

24

25

26