1  GUIDO SAVERI (Bar No. 22349)
       guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
       rick@saveri.com
3  CADIO ZIRPOLI (Bar No. 179108)
       cadio@saveri.com
4  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
5  San Francisco, California 94111
   Telephone:    (415) 217-6810
6  Facsimile:    (415) 217-6913

7  *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs Class*
8
   MARIO N. ALIOTO (Bar No. 56433)
9      malioto@tatp.com
   LAUREN C. RUSSELL (Bar No. 241151)
10     laurenrussell@tatp.com
   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
11 2280 Union Street
   San Francisco, California 94123
12 Telephone:    (415) 563-7200
   Facsimile:    (415) 346-0679
13
   *Interim Lead Counsel for the*
14 *Indirect Purchaser Plaintiffs Class*

15 James L. McGinnis (Bar No. 95788)
       jmcginnis@sheppardmullin.com
16 SHEPPARD MULLIN RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
17 San Francisco, California  94111
   Telephone:    (415) 434-9100
18 Facsimile:    (415) 434-3947

19 *Defense Liaison Counsel*

20

21      **UNITED STATES DISTRICT COURT**

22 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| 23  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.. 07-cv-5944 SC |
| 24 | MDL NO.  1917 |
| 25 | **STIPULATION AND [~~PROPOSED~~] ORDER** |
| 26 | |
| 27 | |
| 28 | |

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

827532.727532.5

07-CV-5944 SC

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1    It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the

2 Indirect Purchaser Plaintiffs ("IPPs") and the undersigned defendants ("Defendants") in this action

3 as follows:

4    1.    That all documents produced in the *In Re: TFT-LCD (Flat Panel) Antitrust*

5 *Litigation, Case No. M07-1827 SI* ("*In Re: TFT-LCD*") by entities, including their affiliates except

6 for Toshiba Mobile Display Co., Ltd., that produced documents in *In Re: TFT-LCD* and are

7 defendants in this action, can be reviewed by Plaintiffs' counsel in this action for the limited

8 purpose of identifying documents for potential production in this action pursuant to the procedures

9 described in Paragraphs 2 and 3 below.  Such review will be subject to the protective order in *In*

10 *Re: TFT-LCD* (Docket No. 241) as well as the protective order herein (Docket No. 306).

11    2.    On or before September 1, 2011, Plaintiffs shall provide to all defendants a list of

12 the foregoing documents from *In Re: TFT-LCD* that they seek to use in this action.  The defendant

13 that produced, or whose affiliate produced, a document in *In Re: TFT-LCD* so identified

14 ("Producing Party") shall have 45 days to state objections to adding any such document to the

15 CRT discovery record.  Any document as to which no objections have been made shall be deemed

16 produced herein.  The parties shall meet and confer to resolve any objections made and, if

17 necessary, discuss a process for seeking a ruling from the Special Master and the Court.

18    3.    After this initial list is provided, Plaintiffs may supplement the list as necessary

19 with additional documents covered by Paragraph 1 above to the extent that Plaintiffs were in good

20 faith unable to finish their review of documents for inclusion in the list contemplated by Paragraph

21 2 above.  Plaintiffs shall provide notice to all defendants of any additions to the list of documents

22 from the *TFT-LCD* action that they seek to use in this action, absent a showing of good cause, no

23 later than seven calendar days before intended use in any deposition, submission or other

24 proceeding, and no later than 30 days prior to the discovery cut off.  Absent a showing of good

25 cause, Plaintiffs may identify no more than ten additional documents in advance of each

26 deposition.  The Producing Party shall promptly state objections to adding any document

27 identified by Plaintiffs to the CRT discovery record, if any, and the parties shall use the

28 procedures agreed upon for resolution of disputes as stated in Paragraph 2 above.  Any such

Case3:07-cv-05944-SC   Document949   Filed06/17/11   Page3 of 6

1 | resolution will be done on an expedited basis so as not to disrupt the taking of a noticed

2 | deposition, or the continuance of any pre-trial dates.

3 |     4.     All objections by Defendants with respect to relevancy and admissibility are

4 | preserved as to any document from *In Re: TFT-LCD* that may be produced pursuant to the

5 | foregoing procedures.

6 |     5.     Absent Court order, this stipulation shall not apply to LG Display Co., Ltd. and LG

7 | Display America, Inc. (collectively "LG Display"). Nothing in this stipulation shall preclude

8 | Plaintiffs from seeking in this litigation the production of documents produced by LG Display in

9 | *In Re: TFT-LCD*.

10 | DATED: June 17, 2011

**SAVERI & SAVERI, INC.**
GUIDO SAVERI
R. ALEXANDER SAVERI
CADIO ZIRPOLI

By:  */s/ Guido Saveri*
         GUIDO SAVERI
*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs Class*

16 | DATED: June 17, 2011

**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
MARIO N. ALIOTO

By:  */s/ Mario N. Alioto*
         MARIO N. ALIOTO
*Interim Lead Counsel for the*
*Indirect Purchaser Plaintiffs Class*

21 | DATED: June 17, 2011

**MORGAN, LEWIS & BOCKIUS LLP**
DIANE L. WEBB

By:  */s/ Scott A. Stempel*
         SCOTT A. STEMPEL
*Counsel for Defendants Hitachi, Ltd, Hitachi Asia,*
*Ltd., Hitachi America, Ltd., Hitachi Electronic Devices*
*(USA), Inc., and Hitachi Displays, Ltd.*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

827532.727532.5

3

07-CV-5944 SC

STIPULATION AND ORDER

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1  DATED: June 17, 2011

2

3

4

5

**ARNOLD & PORTER LLP**
ERIC SHAPLAND


By:  /s/ Eric Shapland
            ERIC SHAPLAND
*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.*

6  DATED: June 17, 2011

7

8

9

10

11

**DEWEY & LEBOEUF LLP**
JEFFREY L. KESSLER


By:  /s/ Jeffrey L. Kessler
            JEFFREY L. KESSLER
*Counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a/ Matsushita Electric Industrial Co.)*

12  DATED: June 17, 2011

13

14

15

16

17

**BAKER BOTTS L.L.P.**
JOSEPH OSTOYICH


By:  /s/ Joseph Ostoyich
            JOSEPH OSTOYICH
*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronica Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.*

18  DATED: June 17, 2011

19

20

21

22

23

24

25

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
JAMES L. MCGINNIS


By:  /s/ James L. McGinnis
            JAMES L. MCGINNIS
*Defense Liason Counsel and Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

26

27

28

Case3:07-cv-05944-SC   Document949   Filed06/17/11   Page5 of 6

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1   DATED: June 17, 2011                **O'MELVENY & MYERS, LLP**
                                        IAN SIMMONS
2

3                                       By:  */s/ Ian Simmons*
4                                              IAN SIMMONS
                                        *Counsel for Defendants Samsung Electronics Co., Ltd.*
5                                       *and Samsung Electronics America, Inc.*

6   DATED: June 17, 2011                **BAKER & McKENZIE LLP**
                                        PATRICK J. AHERN
7

8

9                                       By:  */s/ Patrick J. Ahern*
                                               PATRICK J. AHERN
10                                      *Counsel for Defendant Tatung Company of America,*
                                        *Inc.*

11  DATED: June 17, 2011                **WHITE & CASE LLP**
                                        LUCIUS B. LAU
12

13

14                                      By:  */s/ Lucius B. Lau*
                                               LUCIUS B. LAU
15                                      *Counsel for Defendants Toshiba Corporation, Toshiba*
                                        *America, Inc., Toshiba America Information Systems,*
                                        *Inc., Toshiba America Consumer Products, L.L.C., and*
16                                      *Toshiba America Electronic Components, Inc.*

17  DATED: June 17, 2011                **FRESHFIELDS BRUCKHAUS DERINGER US**
                                        **LLP**
18                                      TERRY CALVANI

19

20                                      By:  */s/ Terry Calvani*
                                               TERRY CALVANI
21                                      *Counsel for Defendant Beijing Matsushita Color CRT*
                                        *Company, Ltd.*

22

23

24

25

26

27

28

827532.727532.5                                5                              07-CV-5944 SC
                                     STIPULATION AND ORDER

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2      I, Lauren C. Russell, attest that concurrence in the filing of this document has been

3   obtained from all signatories.  I declare under penalty of perjury under the laws of the United

4   States of America that the foregoing is true and correct.  Executed this 17th day of June 2011, at

5   San Francisco, California.

6

7

8                                              /s/ Lauren C. Russell

9

10

11

12

13   **IT IS SO RECOMMENDED.**

     DATED: June 20 , 2011

14

15



16   Hon. Charles A Legge
     Special Master

17

18   **IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

19   DATED: June 29 , 2011

20

21

22   Hon. Samuel
     UNITED ST                                    JDGE

23                                    Judge Samuel Conti

24

25

26

27

28

827532.727532.5                         6                          07-CV-5944 SC
                              STIPULATION AND ORDER