ALDO A. BADINI (257086)
DEWEY & LEBOEUF LLP
1950 University Avenue
East Palo Alto, CA 94303
Telephone: (650)845-7000
Facsimile:  (650) 845-7333
Email: abadini@dl.com

JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS *(Admitted Pro Hac Vice)*
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

[Additional Moving Defendants and Counsel Listed on Signature Pages]

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING FINISHED PRODUCTS** |

- 1 -

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants[1] hereby move this Court, pursuant to Rule 53 of the Federal Rules of Civil Procedure and the Court's June 16, 2008 Order Appointing Special Master ("Appointment Order"), for an Order adopting the Special Master's June 15, 2011 Report and Recommendations on Motions Regarding Finished Products ("June 15 Report") recommending that the Court (i) grant Defendants' Motion for Sanctions Pursuant to Rule 11 ("Rule 11 Motion") and "strike from plaintiffs' consolidated amended complaint" "allegations of a conspiracy that encompasses Finished Products,"[2] (June 15 Report at 12), and (ii) deny Plaintiffs' Motion for Finished Products Discovery from Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, the "Panasonic Defendants") ("Plaintiffs' Motion to Compel").

Pursuant to paragraph 17 of the Appointment Order, the record relevant to the Motion includes (i) this Notice of Motion and Motion; (ii) Defendants' Rule 11 Motion and Declaration in Support, filed under seal, 4/12/11; (iii) Direct Purchaser Plaintiffs' Memorandum in Opposition and Declaration, filed under seal, 4/20/11; (iv) Stipulation and [Proposed] Order Regarding the Voluntary Withdrawal of Indirect Purchaser Plaintiffs' Claims as to Alleged Conspiracy Directed Towards CRT Finished Products, Docket No. 895 ("Stipulation"); (v) Defendants' Reply Memorandum in Support of Motion for Sanctions, Docket No. 933; (vi) the June 15 Report; (vii) the Declaration of Jeffrey L. Kessler ("Kessler Decl.") and exhibits thereto, filed concurrently with this motion, (which include the letter briefs submitted in connection with Plaintiffs' Motion to Compel);

---

[1] As used herein, "Defendants" refers to the undersigned defendants who have joined in this motion.

[2] "However, plaintiffs' assertions that alleged price fixing of CRTs affected or impacted the prices of Finished Products remain in the case." June 15 Report at 12.

and (viii) the [Proposed] Order Adopting the Special Master's June 15, 2011 Report, filed concurrently with this motion.

As set forth in the relevant record, Defendants moved pursuant to Rule 11 of the Federal Rules of Civil Procedure to strike from Plaintiffs' complaints allegations regarding any agreement or conspiracy to fix the prices of "Finished Products" (end-user products containing cathode ray tubes).  Thereafter, on April 20, 2011, Indirect Purchaser Plaintiffs stipulated to "withdraw their CRT Finished Products Conspiracy Claims stated in the Indirect [Third Amended Complaint]" and to "withdraw any and all requests for discovery directed to discover information in support of the CRT Finished Products Conspiracy Claims."  Stipulation at 1.  The Court approved the Stipulation on April 22, 2011.

Direct Purchaser Plaintiffs did not join the Stipulation and thus, remain subject to the Rule 11 Motion.  In addition, on April 20, 2011, Direct Purchaser Plaintiffs submitted a separate Motion to Compel Finished Products Discovery against the Panasonic Defendants who opposed by letter brief dated May 20, 2011.  Direct Purchaser Plaintiffs submitted a reply by letter brief on May 20, 2011.

On May 26, 2011, Special Master Legge heard argument on both motions and subsequently issued a fourteen page Report, conducting an extensive, well-reasoned analysis of the relevant case law, and ultimately recommending that the Defendants' Rule 11 Motion be granted and Plaintiffs' Motion to Compel be denied.  The Special Master also concluded that, as a remedy for Direct Purchaser Plaintiffs' Rule 11 violation, the allegations in the Direct Purchaser complaint regarding any agreement or conspiracy encompassing Finished Products should be stricken, but he denied Defendants' request for an additional Rule 11 sanction in the form of attorneys' fees and costs.  Defendants do not object to that decision, but rather, for the reasons set forth in the June 15

- 3 -

Report and the relevant record, move that Special Master Legge's rulings be adopted in their entirety.

Dated:  June 29, 2011                                    DEWEY & LEBOEUF LLP

By:   /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

ALDO A. BADINI (257086)
Email: abadini@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue
East Palo Alto, California 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*

- 4 -

DEFENDANTS' NOTICE OF MOTION AND MOTION TO ADOPT                    Case No. 07-5944 SC
SPECIAL MASTER'S RECOMMENDATIONS RE FINISHED PRODUCTS                    MDL No. 1917

By: /s/ Kent M. Roger
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR (pro hac vice)
Email: jeverett@morganlewis.com
SCOTT A. STEMPEL (pro hac vice)
Email: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.*

By: /s/ Ian Simmons
IAN SIMMONS (pro hac vice)
Email: isimmons@omm.com
BEN BRADSHAW (189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.