JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS *(Admitted Pro Hac Vice)*
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>**DECLARATION OF JEFFREY KESSLER IN SUPPORT OF DEFENDANTS' MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING FINISHED PRODUCTS** |

<u>**DECLARATION OF JEFFREY KESSLER**</u>

I, Jeffrey Kessler, declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in

- 1 -

DECLARATION OF JEFFREY KESSLER   Case No. 07-5944 SC
                                  MDL NO. 1917

support of Defendants' Motion to Adopt Special Master's Report and Recommendations on Motions Regarding Finished Products.  If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of the transcript of the hearing conducted by Special Master Charles A. Legge, dated May 26, 2011.

3. Attached hereto as Exhibit "B" is a true and correct copy of Direct Purchaser Plaintiffs' Letter Brief on Motion to Compel Discovery with Respect to CRT Products, dated April 20, 2011;

4. Attached hereto as Exhibit "C" is a true and correct copy of Panasonic Defendants' Letter Brief in Opposition to Direct Purchaser Plaintiffs' Motion to Compel Discovery with Respect to CRT Products, dated May 10, 2011.

5. Attached hereto as Exhibit "D" is a true and correct copy of Direct Purchaser Plaintiffs' Reply Letter Brief in Support of Direct Purchaser Plaintiffs' Motion to Compel Discovery with Respect to CRT Products, dated May 20, 2011.

Dated: June 29, 2011

                                                               /s/ Jeffrey L. Kessler
                                                                Jeffrey L. Kessler