ALDO A. BADINI (257086)
DEWEY & LEBOEUF LLP
1950 University Avenue
East Palo Alto, CA 94303
Telephone: (650)845-7000
Facsimile:  (650) 845-7333
Email: abadini@dl.com

JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS *(Admitted Pro Hac Vice)*
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**MANUAL FILING NOTIFICATION**<br><br>The Honorable Samuel Conti |

- 1 -

| MANUAL FILING NOTIFICATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|

# MANUAL FILING NOTIFICATION

Regarding:

- Exhibit A to the Declaration of Jeffrey Kessler in Support of the Motion to Adopt Finished Products Ruling

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.

This filing was not electronically filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal in Criminal Case

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): Lodged under seal with the Clerk pursuant to Civil Local Rule 79-5 and General Order No. 62, effective May 10, 2010, until further order of the court.

Dated:  June 29, 2011                          DEWEY & LEBOEUF LLP

By:   /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

*Attorney for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*