UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING FINISHED PRODUCTS** |

      Special Master Legge heard Defendants' Rule 11 Motion and Direct Purchaser Plaintiffs' Motion to Compel Finished Products Discovery on May 26, 2011, and thereafter, on June 15, 2011, issued the Report and Recommendations Regarding Finished Products ("June 15 Report"). Pursuant to paragraph 16 of this Court's June 16, 2008 Order Appointing Special Master, Defendants have timely filed a Motion to Adopt the Special Master's June 15 Report and have provided the Court with the relevant record.

      After full consideration of the Special Master's Rulings, the points and authorities submitted by the parties, the Court's file in this matter, and the transcript of the parties' oral argument before the Special Master, and good cause appearing therefore, IT IS HEREBY ORDERED THAT Defendants' Motion to Adopt the Special Master's Rulings is GRANTED in full,

- 1 –

[PROPOSED] ORDER ADOPTING SPECIAL MASTER'S REPORT        Case No. 07-5944 SC
AND RECOMMENDATIONS REGARDING FINISHED PRODUCTS        MDL No. 1917

and specifically as follows:

1. Plaintiffs' procedural objections to the considerations of the Rule 11 motion be denied.

2. Defendants' Rule 11 motion be granted.

3. The allegations of the complaint purporting to allege a conspiracy to fix the prices of Finished Products be stricken from the complaint.

4. Defendants' request for monetary sanctions be denied.

5. Plaintiffs' Motion for Finished Products discovery, requested in Direct Purchaser Plaintiffs' Letter Brief of April 20, 2011, be denied.

6. Provided however, that the issue of the possible impact or effect of the alleged fixing of prices of the CRTs on the prices of Finished Products shall remain in the case, and is a proper subject of discovery.

**IT IS SO ORDERED**

Dated:_____         _____
                                                                     Hon. Samuel Conti
                                                             United States District Judge