JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS *(Admitted Pro Hac Vice)*
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>**ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Pursuant to Civil Local Rules 7-11 and 79-5(d) and the Stipulated Protective Order of June 18, 2008, Exhibit A, a transcript of the May 26, 2011 hearing conducted by Special Master Charles A. Legge and attached to the Declaration of Jeffrey Kessler in Support of the Motion to Adopt the Finished Products Ruling, should be redacted according to the narrowly tailored version

- 1 -

ADMINISTRATIVE MOTION TO FILE
DOCUMENT UNDER SEAL

Case No. 07-5944 SC
MDL No. 1917

lodged with the court, in order to protect information contained therein designated as confidential by Chunghwa Pictures Tubes, Ltd.

Local Rule 79-5(d) requires an Administrative Motion to be filed where, as here, "a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party." The attached exhibit contains references to material designated confidential by Chunghwa Picture Tubes, Ltd., per the June 18, 2008 Protective Order, and, accordingly, those references have been redacted. The redactions are "narrowly tailored" so that only the portions of the document that are confidential will remain sealable. Defendants file this administrative motion in order to comply with the Protective Order entered in this action.

WHEREFORE, Defendants respectfully submit this administrative motion pursuant to Civil Local Rule 79-5(d) and the Protective Order of June 18, 2008 and hereby notify the designating party of their burden to establish that the designated material is sealable.

DATED: June 29, 2011

By: ___/s/ Jeffrey L. Kessler___
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

ALDO A. BADINI (257086)
Email: abadini@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue
East Palo Alto, California 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

- 2 -

ADMINISTRATIVE MOTION TO FILE
DOCUMENT UNDER SEAL

Case No. 07-5944 SC
MDL No. 1917

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007