**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>[PROPOSED] **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

- 1 –

On June 29, 2011, Defendants filed an Administrative Motion to File Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5, to file portions of the following document under seal:

- <u>Exhibit A to the Declaration of Jeffrey Kessler in Support of the Motion to Adopt the Finished Products Ruling</u>

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Administrative Motion to File Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d) is GRANTED.


**IT IS SO ORDERED**

Dated:_____          _____
                                                   Hon. Samuel Conti
                                           United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS'                Case No. 07-5944 SC
ADMINISTRATIVE MOTION                                           MDL No. 1917