JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS (*Admitted Pro Hac Vice*)
DAVID L. YOHAI (*Admitted Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| | AFFIDAVIT OF SERVICE |
| This document relates to: | Date:   June 29, 2011 |
| ALL ACTIONS | |

STATE OF NEW YORK     )
                                          ss.:
COUNTY OF NEW YORK  )

MONICA BOGHDADY, being duly sworn, deposes and says:

1.      I am over 18 years of age, not a party to this proceeding and am employed by the law firm of Dewey & LeBoeuf LLP;

2.      On June 29th, 2011, I served a true copy of:

1   -   *Defendants' Notice of Motion and Motion to Adopt Special Master's Report and Recommendations Regarding Finished Products;*

2   -   *Declaration of Jeffrey Kessler in Support of Defendants' Motion to Adopt Special Master's Report and Recommendations Regarding*
3   *Finished Products;*

4   -   *Manual Filing Notification-Exhibit A;*

5   -   *Redacted Highlighted and Redacted Exhibit A;*

6   -   *Exhibit B;*

7   -   *Exhibit C;*

8   -   *Exhibit D;*

9   -   *Proposed Order Adopting Special Master's Report and Recommendations Regarding Finished Products;*
10

11   -   *Administrative Motion to File Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5 (D);*

12   -   *Declaration of Jeffrey Kessler in Support of Administrative Motion to File Document Under Seal;*
13

14   -   *Proposed Order Granting Administration Motion to File Document Under Seal;*

15   upon the following via e-mail at the e-mail addresses indicated:

16

17                              SEE ATTACHED SERVICE LIST

18
19                                          MONICA BOGHDADY

20
21   Sworn to before me this
     29th day of June, 2011
22
23   Notary Public

24
25   ERIC A. JAMES
     NOTARY PUBLIC, State of New York
     No. 01JA6164857
26   Qualified in Bronx County
     Certificate Filed in New York County
     Commission Expires April 21, 20__

27

28

                              2
                    AFFIDAVIT OF SERVICE

1

2

3

4

5

6

7

8

In re: Cathode Ray Tube (CRT) Antitrust Litigation-MDL 1917

**SERVICE LIST**

9

Samuel 1. Miller
srmiller@sidley.com
**SIDLEY AUSTIN, LLP**
555 California Street
San Francisco, CA 94104
Tel: (415) 772-1200
Fax: (415) 772-7400

Ronald C. Redcay
Ronald.Redcay@aporter.com
**ARNOLD & PORTER LLP**
44th Floor
777 South Figueroa Street
Los Angeles, CA 90017-5844

13

John Taladay
john.taladay@bakerbotts.com
**BAKER BOTTS LLP**
The Warner
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400
Tel: (202) 639-7909
Fax: (202)639-1165

Mario Alioto
malioto@tatp.com
Lauren Russel
lrussel@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Tel: (415) 563-7200

18

Scott A. Stempel
sstempel@morganlewis.com
Diane 1. Webb
dwebb@morganlewis.com
**MORGAN LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105

Patrick J. Ahem
Patrick.j.ahern@bakernet.com
**BAKER & McKENZIE LLP**
130 East Randolph Drive
Chicago, IL 60601
Tel: (312) 861-8000
Fax: (312) 861-2899

22

Kate S. McMillan
Kate.mcmillan@freshfields.com
**FRESHFIELDS BRUCKHAUS & DERINGER US, LLP**
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: (202) 777-4566
Fax: (202) 777-4555

Lucius B. Lau
alau@whitecase.com
**WHITE & CASE, LLP**
701 13th Street, N.W.
Washington, DC 20005
Tel: (202) 626-3600
Fax: (202) 639-9355

27

28

AFFIDAVIT OF SERVICE

1   Michael Tubach                          James L. McGinnis
    mtubach@omm.com                         jmcginnis@sheppardmullin.com
2   **O'MELVENY & MYERS LLP**              **SHEPPARD MULLIN RICHTER &**
    Two Embarcadero Center                  **HAMPTON, LLP**
3   28th Floor                              Four Embarcadero Center
    San Francisco, CA 94111                 17th Floor
4   Tel: (415) 984-8700                     San Francisco, CA 94111
    Fax: (415) 984-8701                     Tel: (415) 434-9100
5                                           Fax: (415) 434-3947

6   Joel S. Sanders                         Lidia Maher
    jsanders@gibsondunn.com                  Lidia.maher@usdoj.gov
7   **GIBSON, DUNN & CRUTCHER**            Tal S. Milder
    555 Mission Street                      Tai.milder@usdoj.gov
8   Suite 3000                              **U.S. DEPARTMENT OF**
    San Francisco, CA 94105                 **JUSTICE - ANTITRUST DIVISION**
9   Tel: (415) 393-8200                     450 Golden Gate Avenue
    Fax: (415) 393-8200                     Room 10-0101, Box 36046
10                                          San Francisco, CA 94102

11  Guido Saveri
    guido@saveri.com
12  R. Alexander Saveri
    rick@saveri.com
13  Cadio Zirpoli
    cadio@saveri.com
14  **SAVERI & SAVERI, INC.**
    706 Sansome Street
15  San Francisco, CA 94111
    Tel: (415) 217-6810
16  Fax: (415) 217-6813

17

18

19

20

21

22

23

24

25

26

27

28