Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL NO. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | **MANUAL FILING NOTIFICATION**<br><br>The Honorable Samuel Conti |

## MANUAL FILING NOTIFICATION

Regarding:

- <u>Direct Purchaser Plaintiffs' Objection to Report and Recommendations on Motions Regarding Finished Products</u>; and

- <u>Declaration of Guido Saveri in Support of Direct Purchaser Plaintiffs' Objection to Report and Recommendations on Motions Regarding Finished Products</u>.

These documents were not electronically filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description): _____

_____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[ ] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[X] Other (description): Conditionally lodged under seal with the Clerk pursuant to Civil Local Rule 79-5 and General Order No. 62, effective May 10, 2010, until further order of the Court.

DATED: June 29, 2011                    Respectfully Submitted,

                 */s/ Geoffrey C. Rushing*
                 Guido Saveri
                 R. Alexander Saveri
                 Geoffrey C. Rushing
                 Cadio Zirpoli
                 SAVERI & SAVERI, INC.
                 706 Sansome Street
                 San Francisco, CA 94111
                 Telephone:   (415) 217-6810
                 Facsimile:    (415) 217-6813

Crt.429