UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: ALL DIRECT PURCHASER CLASS ACTIONS | [PROPOSED] ORDER REGARDING DIRECT PURCHASER PLAINTIFFS' OBJECTION TO REPORT AND RECOMMENDATIONS ON MOTIONS REGARDING FINISHED PRODUCTS |
| | The Honorable Samuel Conti<br>Date: August 5, 2011<br>Time: 10:00 a.m.<br>Ctrm: 1 – 17th Floor |

Certain Defendants' motion for Rule 11 sanctions and Direct Purchaser Plaintiffs' Motion to Compel Finished Products Discovery against the Panasonic defendants came on for hearing before Special Master Charles Legge on May 26, 2011. On June 15, 2011, Special Master Legge issued his Report and Recommendations Regarding Finished Products ("R & R"). Pursuant to paragraph 16 of this Court's Order Appointing Special Master (June 16, 2008) (Docket No. 302), Direct Purchaser Plaintiffs timely objected to the R & R and have provided the Court with the relevant record.

After full consideration of the R & R, the briefs of the parties, the record below, the transcript of argument before the Special Master, and oral argument before the Court, and good cause appearing, the Court HEREBY ORDERS THAT Direct Purchaser Plaintiffs' objection to the R & R is sustained in full, and particularly as follows:

1. The Motion of Certain Defendants for Rule 11 Sanctions regarding Direct Purchaser Plaintiffs' allegations of a conspiracy encompassing Finished Products is DENIED; and

2. Plaintiffs shall be allowed discovery regarding their allegations of a conspiracy encompassing Finished Products, subject to whatever appropriate limitations the Special Master may impose.

SO ORDERED.

Dated:

_____
Hon. Samuel Conti
UNITED STATES DISTRICT COURT

Crt.435