GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
JORDAN HELLER, SBN 250491,
JHeller@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO. 3:07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF JORDAN HELLER IN SUPPORT OF CHUNGHWA PICTURE TUBES, LTD. JOINDER IN PART TO DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL** |

I, Jordan Heller, hereby declare as follows:

1. I am an attorney duly admitted to practice in the State of California. I am an associate at the law firm of Gibson, Dunn & Crutcher LLP, counsel for defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa"), in the above-entitled matter. I have personal knowledge of the matters stated herein, except as to those stated on information and belief, and if called as a witness, I could and would testify competently to them. This declaration is submitted in support of Chunghwa's joinder in part to the Direct Purchaser Plaintiffs' ("Plaintiffs") Administrative Motion to File Confidential Documents Under Seal (the "Administrative Motion") (Dkt. No. 956), filed pursuant to Civil Local Rules 7-11 and 79-5(b).

1

Gibson, Dunn & Crutcher LLP

DECLARATION OF JORDAN HELLER IN SUPPORT OF CHUNGHWA'S JOINDER IN PART TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917

2.      Exhibit 8 of the Declaration of Guido Saveri ("Saveri Declaration") (Dkt. No. 957, Manual Filing Notification) consists of documents previously filed as the Declaration of Jeffrey Kessler in Support of Defendants' Motion for Sanctions Pursuant to Rule 11 ("Kessler Declaration") (Dkt. No. 889). The following Chunghwa documents were included in Exhibit 8 of the Saveri Declaration:

- Chunghwa document CHU00029238-40, report and analysis of meeting of April 14, 1999, as well as Chunghwa's English translation (Exhibit G to the Kessler Decl.);
- Chunghwa document CHU00030787-94, report and analysis of meeting of June 23, 1999, as well as Chunghwa's English translation (Exhibit H to the Kessler Decl.);
- Chunghwa document CHU00028933-45, report and analysis of meeting of May 29, 1995, as well as Chunghwa's English translation (Exhibit I to the Kessler Decl.);
- Chunghwa document CHU00028909-11, report and analysis of meeting of October 24, 1996, as well as Chunghwa's English translation (Exhibit J to the Kessler Decl.);
- Chunghwa document CHU00028749-51, report and analysis of meeting of March 19, 1997, as well as Chunghwa's English translation (Exhibit K to the Kessler Decl.);
- Chunghwa document CHU00031013-14, report and analysis of meeting of June 28, 2000, as well as Chunghwa's English translation (Exhibit L to the Kessler Decl.);
- Chunghwa document CHU00031051-55, report and analysis of meeting of September 21, 2000, as well as Chunghwa's English translation (Exhibit M to the Kessler Decl.);
- Chunghwa document CHU00031183-85, report and analysis of meeting of February 22, 2002, as well as Chunghwa's English translation (Exhibit N to the Kessler Decl.);
- Chunghwa document CHU00031240-47, report and analysis of meeting of March 25-27, as well as Chunghwa's English translation (Exhibit O to the Kessler Decl.); and
- Chunghwa document CHU00031254, report and analysis of meeting of July 2, 2004, as well as Chunghwa's English translation ( Exhibit P to the Kessler Decl.).

Gibson, Dunn & Crutcher LLP

DECLARATION OF JORDAN HELLER IN SUPPORT OF CHUNGHWA'S JOINDER IN PART TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917

3.      The documents attached to Exhibit 8 of the Saveri Declaration, and listed as Exhibits G through P of the Kessler Declaration, are designated by Chunghwa as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Dkt. No. 306).

4.      Exhibit 8 of the Saveri Declaration contains excerpts and detailed summaries of Chunghwa documents. These documents were previously filed as Exhibits A, C, E, and F of the Kessler Declaration. The excerpts and detailed summaries of the Chunghwa documents appear at the following locations, listed by page and line number of the Kessler Declaration:

- Exhibit A: 41:17-24; 42:2-21; 43:1-22, 24-26; 44:1-15, 17-21, 23-28; 45:1-3, 5-20, 23-25; 46:1-3, 8-9, 11-13, 25-28; 47:1-8, 15-22, 24-28; 48:1-5, 8-11, 14-24, 25-28; 49:1-3, 5-10, 12-14, 17-28; 50:1-5, 9-11, 15-16, 18-23; 51:2-5, 7-9.
- Exhibit C: 41:20-16; 42:2-21; 43:1-22, 24-26; 44:1-15, 17-21, 23-27; 45:1-3, 5-17, 21-23; 46:1-3, 8-9, 11-13, 20-23, 26-27; 47:1-10, 18-25; 48:1-10, 14-17, 20-28; 49:1-3, 4-18, 20-22, 25-27; 50:1-13, 17-20, 23-25, 26-27; 51:1-3, 10-14, 16-17.
- Exhibit E: 8:8-16, 18-26; 9:3-6, 8-14, 16-18, 20-26; 10:1-12, 16-19, 22-24, 25-27; 11:1-2, 9-12, 16-18, 21-24; 12:1-6, 9-12, 14-22, 24-27; 13:1-2, 4-8; 14: 4-7, 11-15, 20-23; 16:16-21; 18:4-7; 22:12-20, 22-28; 23:1-3, 6-9, 11-16, 18-20, 22-27; 24:1-14, 18-21, 25-27; 25:1-6, 13-15, 19-21, 24-27; 26:3-9, 12-15, 17-24, 27-28; 27:1-4; 7-11.
- Exhibit F: 8:3-11, 13-22, 26-28; 9:1, 3-10, 12-14, 16-27; 10:1-7, 11-14, 18-20, 21-25; 11:5-8, 12-14, 18-21, 26-28; 12:1-4, 8-11, 14-21, 24-28; 13:1, 4-8; 14:5-8, 12-16, 21-24; 16:17-22; 18:4-7; 21:25-28; 22:1-6, 7-16, 20-22, 24-28; 23:1-3, 5-7, 9-27; 24:4-7, 11-13, 14-19, 26-27; 25:1-2, 5-7, 17-22, 26-27; 26:1-2, 4-12, 14-19, 21-25.

5.      Exhibit 12 of the Saveri Declaration contains excerpts and detailed summaries of Chunghwa documents at the following page and line numbers: 4:9-11, 16-22, 23-25; 14:6-28; and 15:1-10.

6.      The page and line numbers identified herein of Exhibits 8 and 12 of the Saveri Declaration refer to excerpts and summaries of documents that Chunghwa designated as "Confidential" pursuant to the Stipulated Protective Order entered in this case (Dkt. No. 306).

Gibson, Dunn & Crutcher LLP

DECLARATION OF JORDAN HELLER IN SUPPORT OF CHUNGHWA'S JOINDER IN PART TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917

1  Chunghwa designated these documents as "Confidential" because they are internal reports prepared
2  by Chunghwa employees for review and analysis by Chunghwa supervisors.

3      7.    The Chunghwa documents quoted and summarized in the identified portions of
4  Exhibits 8 and 12 of the Saveri Declaration are reports that were prepared by Chunghwa employees
5  strictly for internal purposes. They consist of confidential, nonpublic, proprietary and highly
6  sensitive business information. They contain recommendations and analysis of sales, pricing, and
7  customer conditions that Chunghwa employees submitted for consideration by senior management,
8  as well as handwritten directions from senior management to Chunghwa employees regarding those
9  same topics. They are of the same nature and purpose as the full reports attached to Exhibit 8 of the
10 Saveri Declaration, which were previously filed as Exhibits G through P of the Kessler Declaration.

11     8.    On information and belief, disclosure of the portions designated herein of Exhibits 8
12 and 12 of the Saveri Declaration would undermine Chunghwa's business relationships, cause it harm
13 with respect to its competitors and customers, and put Chunghwa at a competitive disadvantage.

15 I declare under penalty of perjury pursuant to the laws of the United States that the foregoing
16 statements are true and correct.

18 Executed this 6th day of July 2011, at San Francisco, California.

20 By: _____
              Jordan Heller

21 101109438_1.DOC

Gibson, Dunn & Crutcher LLP

4

DECLARATION OF JORDAN HELLER IN SUPPORT OF CHUNGHWA'S JOINDER IN PART TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL, Case No. 3:07-cv-5944 SC, MDL No. 1917