Guido Saveri (Bar No. 22349); guido@saveri.com
R. Alexander Saveri (Bar No. 173102); rick@saveri.com
Geoffrey C. Rushing (Bar No. 126910); grushing@saveri.com
Cadio Zirpoli (Bar No. 179108); cadio@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for the Direct Purchasers*
*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DIRECT PURCHASER PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING FINISHED PRODUCTS** |

828812.3

DPPs' OPP'N TO DEFS.' MOT. TO ADOPT SPECIAL MASTER'S R&R RE FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC

Plaintiffs oppose Defendants' motion for an Order adopting the Special Master's Report and Recommendations Regarding Finished Products, Dkt. No. 947 ("R&R").  *See* Dkt. Nos. 953, 963 ("Motion").[1]  Plaintiffs simultaneously filed an objection to the R&R.  *See* Dkt. No. 957 ("Objection").  Plaintiffs' Objection and Defendants' Motion are flip sides of the same coin.  While Defendants ask the Court to adopt the rulings in the R&R "in their entirety," Motion at p. 4, Plaintiffs explain that the majority of those rulings were clearly erroneous and should be rejected.  For the sake of brevity, Plaintiffs incorporate by reference their Objection in opposition to the Motion.

In addition, Plaintiffs note the following points:

First, by asking the Court to adopt the R&R in its entirety, Defendants have waived any challenge to the Special Master's finding that the Plaintiffs had made a reasonable pre-filing inquiry.  *See* R&R at p. 6 ("the Special Master recommends that the Court find that there was an inquiry which was reasonable under the circumstances"); Objection at pp. 1, 4.

Second, as no party objects to the Special Master's finding that Plaintiffs conducted a reasonable inquiry, it follows that Rule 11 sanctions cannot be imposed under governing Ninth Circuit authority.  *See In re Keegan Management Co. Sec. Litig.*, 78 F.3d 431, 434 (9th Cir. 1996) ("***An attorney may not be sanctioned for a complaint that is not well-founded, so long as she conducted a reasonable inquiry.***") (emphasis added).[2]  The Special Master's recommendation that Rule 11 sanctions be imposed despite Plaintiffs' reasonable inquiry is erroneous and should not be adopted.  *See* Objection at pp. 6-8.[3]

---

[1] "Plaintiffs" refers to the Direct Purchaser Plaintiffs.  "Defendants" refers to the Panasonic and Hitachi defendants and two of the Samsung defendants.

[2] Plaintiffs do challenge the Special Master's additional finding that Plaintiffs lacked objectively reasonable evidentiary support for their allegations of a conspiracy that encompassed CRT Finished Products.  *See* Objection at pp. 9-18.

[3] Defendants also do not contest the Special Master's recommendation that monetary sanctions are inappropriate.  *See* R&R at 12-13; Motion at 3.  Plaintiffs agree.  In the event that the Court adopts the R&R, it should not impose monetary sanctions.

1          Third, Defendants' stipulation with the Indirect Purchaser Plaintiffs ("IPPs") for the
2   withdrawal of IPPs' CRT Finished Products conspiracy claims, Dkt. No. 904 ("Stipulation"), is
3   irrelevant and should carry no evidentiary weight here.  *See* Motion at 3.  Defendants mention the
4   Stipulation to suggest that IPPs acknowledged that the CRT Finished Products allegations are
5   baseless.  To the contrary, the Stipulation states that the IPPs "contend that the allegations of the
6   Indirect [complaint] are justified and meritorious, but have concluded that as Indirect Purchasers
7   the withdrawal of the CRT Finished Product Claims will simplify their proof."  Stipulation at p.1.
8   Moreover, Defendants expressly agreed that "[t]his stipulation, and evidence of any negotiations
9   of this stipulation, shall not constitute any admission, evidence, concession or waiver by the
10  Indirect Purchaser Plaintiffs regarding the merits of the Rule 11 motion."  *Id.* at 2.  As counsel for
11  the IPPs explained at oral argument before the Special Master:  "Defense counsel signed [the
12  Stipulation].  And frankly, it's improper for them based on this stipulation to be making the
13  arguments that what we did has any bearing on their motion against the direct purchasers."
14  Declaration of Guido Saveri in Supp. of DPPs' Objection to R&R, Ex. 19 (Motion Hearing
15  Transcript dated May 26, 2011) at p. 107.
16         At oral argument, the Special Master appropriately recognized that the Stipulation carried
17  no weight.  *See id.* at p. 101 ("I'm not putting any weight on the fact that the indirects dropped out
18  of it. … They can have their own reasons, purely economic practical ones, for dropping out. …
19  Maybe they don't need the same type of discovery, for example, that you need. … I'm not
20  attributing anything to it.").  Defendants' Stipulation with the IPPs is irrelevant.  The Court should
21  not consider it in connection with this Motion or Plaintiffs' Objection.
22  ///
23  ///
24  ///

1       For the foregoing reasons and those discussed in Plaintiffs' Objection, Plaintiffs
respectfully request that the Court deny Defendants' motion to adopt the R&R, and decline to
adopt the Special Master's recommendations imposing Rule 11 sanctions and denying Plaintiffs'
motion to compel CRT Finished Products discovery.

DATED: July 11, 2011                          Respectfully submitted,


                                              By:   /s/ Guido Saveri
                                                    Guido Saveri
                                                    R. Alexander Saveri
                                                    Geoffrey C. Rushing
                                                    Cadio Zirpoli
                                                    SAVERI & SAVERI, INC.
                                                    706 Sansome Street
                                                    San Francisco, CA  94111
                                                    Telephone:  (415) 217-6810
                                                    Facsimile:  (415) 217-6813

                                                    *Interim Lead Counsel for Direct Purchaser
                                                    Plaintiffs*

                                                    H. Laddie Montague, Jr.
                                                    Ruthanne Gordon
                                                    BERGER & MONTAGUE, P.C.
                                                    1622 Locust Street
                                                    Philadelphia, PA  19103
                                                    Telephone:  (215) 875-3000

                                                    Joseph W. Cotchett
                                                    Steven N. Williams
                                                    COTCHETT, PITRE & McCARTHY
                                                    San Francisco Airport Office Center
                                                    840 Malcolm Road, Suite 200
                                                    Burlingame, CA  94010
                                                    Telephone:  (650) 697-6000

                                                    Michael J. Freed
                                                    Steven A. Kanner
                                                    William London
                                                    Douglas A. Millen
                                                    FREED KANNER LONDON & MILLEN LLC
                                                    2201 Waukegan Road, Suite 130
                                                    Bannockburn, IL  60015
                                                    Telephone:  (224) 632-4500

828812.3

3

DPPs' OPP'N TO DEFS.' MOT. TO ADOPT SPECIAL MASTER'S R&R RE FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC

| | |
|---|---|
| 1 | Michael P. Lehmann |
| | HAUSFELD LLP |
| 2 | 44 Montgomery Street, Suite 3400 |
| | San Francisco, CA  94104 |
| 3 | Telephone:  (415) 633-1908 |
| 4 | Robert N. Kaplan |
| | KAPLAN FOX & KILSHEIMER LLP |
| 5 | 850 Third Avenue, 14th Floor |
| | New York, NY  10022 |
| 6 | Telephone:  (212) 687-1980 |
| 7 | Gary Specks |
| | KAPLAN FOX & KILSHEIMER LLP |
| 8 | 423 Sumac Road |
| | Highland Park, IL  60035 |
| 9 | Telephone:  (847) 831-1585 |
| 10 | Richard M. Heimann |
| | Joseph R. Saveri |
| 11 | Eric B. Fastiff |
| | LIEFF, CABRASER, HEIMANN & |
| 12 | BERNSTEIN, LLP |
| | 275 Battery Street, 30th Floor |
| 13 | San Francisco, CA  94111 |
| | Telephone:  (415) 956-1000 |
| 14 | |
| 15 | W. Joseph Bruckner |
| | Elizabeth R. Odette |
| | LOCKRIDGE GRINDAL NAUEN PLLP |
| 16 | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN  55401 |
| 17 | Telephone:  (612) 339-6900 |
| 18 | Bruce L. Simon |
| | Aaron M. Sheanin |
| 19 | PEARSON, SIMON, WARSHAW & PENNY, LLP |
| 20 | 44 Montgomery Street, Suite 1430 |
| | San Francisco, CA  94104 |
| 21 | Telephone:  (415) 433-9000 |

26  Crt.440

828812.3

4

DPPs' OPP'N TO DEFS.' MOT. TO ADOPT SPECIAL MASTER'S R&R RE FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC