IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL DIRECT PURCHASER CASES | ) Master File<br>) No. CV-07-5944 SC<br>)<br>) MDL No. 1917<br>)<br>) ORDER<br>)<br>)<br>)<br>) |

On June 15, 2011, the Special Master in the above matter issued his Report and Recommendations on Motions Regarding Finished Products. ECF No. 947 ("Report"). Defendants have filed a Motion to Adopt the Special Master's Report. ECF No. 953. Direct Purchaser Plaintiffs have filed an Objection to the Report. ECF No. 963.

The Court hereby ORDERS that the parties shall appear for a hearing on Defendant's Motion to Adopt the Report and Direct Purchaser Plaintiffs' Objection to the Report on September 2, 2011 at 10:00 a.m. in Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: July 22, 2011

_____
UNITED STATES DISTRICT JUDGE