Joseph W. Cotchett (036324)
Steven N. Williams (175489)
Niki B. Okcu (229345)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

*Attorneys for Plaintiff Orion Home Systems, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** ) ) ) ) | Case No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| _____ ) | **NOTICE OF APPEARANCE OF NIKI B. OKCU** |
| This Document Relates to: ) ) | |
| ALL ACTIONS ) ) ) | |
| _____ ) | |

LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY, LLP

**NOTICE OF APPEARANCE OF NIKI B. OKCU**
Case No. 3:07-cv-05944-SC; MDL No. 1917

1

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

2

       PLEASE TAKE NOTICE that Niki B. Okcu of COTCHETT, PITRE & McCARTHY,

3

LLP hereby enters appearance as additional counsel for Plaintiff Orion Home Systems, LLC and

4

the class in the above captioned matter.

5

6

Dated: July 25, 2011           COTCHETT, PITRE & McCARTHY, LLP

7

8

          By:        */s/ Niki B. Okcu*

9
10

         Joseph W. Cotchett
Steven N. Williams
Niki B. Okcu
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Fax:(650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com
nokcu@cpmlegal.com

11
12
13
14
15
16

         *Attorneys for Plaintiff Orion Home Systems*

17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
COTCHETT,
PITRE, &
McCARTHY, LLP

**NOTICE OF APPEARANCE OF NIKI B. OKCU**
Case No. 3:07-cv-05944-SC; MDL No. 1917       1