Ronald C. Redcay  (SBN 67236)
E-Mail:  Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail:  John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail:  Eric.Shapland@aporter.com
Eric D. Mason (SBN 259233)
E-Mail:  Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

Beth H. Parker (SBN 104773)
E-Mail:  Beth.Parker@aporter.com
ARNOLD & PORTER LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, California  94111-3711
Telephone:  415.356.3000
Facsimile:  415.356.3099

Samuel R. Miller (SBN 66871)
E-Mail: srmiller@sidley.com
Marie L. Fiala (SBN 79676)
E-Mail: mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
E-Mail: rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
E-Mail: rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:     (415) 772-1200
Facsimile:      (415) 772-7400

Attorneys for Defendants LG Electronics, Inc.; and
LG Electronics USA, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.:  3:11-cv-01656 SC |
| | Lead Case:  3:07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates To: | **ANSWER OF LG ELECTRONICS, INC AND LG ELECTRONICS USA, INC. TO ELECTROGRAPH SYSTEMS, INC. AND ELECTROGRAPH TECHNOLOGIES CORP.'S FIRST AMENDED COMPLAINT** |
| The Electrograph Systems, Inc. and Electrograph Technologies Corp. Action | |

1    Defendants LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC. (the "LG

2  Entities"), through undersigned counsel, hereby answer the allegations contained in Electrograph

3  Systems, Inc. and Electrograph Technologies Corp.'s ("Plaintiffs") First Amended Complaint

4  ("Complaint").  Except as otherwise stated below, the LG Entities are without sufficient knowledge

5  or information to form a belief concerning the truth of the allegations in the Complaint that are

6  directed toward other defendants.  The LG Entities deny all allegations contained in the Complaint

7  (including headings and captions) not specifically admitted in this Answer.

8                                    **LG ENTITIES' ANSWERS**

9        1.      To the extent that the allegations contained in Paragraph 1 are directed to other

10  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

11  of the allegations contained in Paragraph 1 and on that basis deny those allegations.  To the extent

12  that the allegations contained in Paragraph 1 are directed to the LG Entities, they are denied.

13        2.      Paragraph 2 consists of Plaintiffs' explanation of terminology, to which no response

14  is required.  The LG Entities specifically object to Plaintiffs' definition of "CRT Products," because

15  this definition includes products at different levels of the production chain and creates confusion

16  since certain companies, including LG Electronics, Inc., do not manufacture and sell cathode ray

17  tubes, while other defendants (including LG Electronics USA, Inc. and LG Electronics Taiwan

18  Taipei Co., Ltd.) do not manufacture either cathode ray tubes or finished products (such as

19  televisions or computer monitors).  The LG Entities admit that cathode ray tubes are used in a

20  number of products, including, but not limited to, televisions and computer monitors.  To the extent

21  that any remaining allegations in Paragraph 2 are deemed to require a response, they are denied.

22        3.      The LG Entities object to the first sentence of Paragraph 3 to the extent it suggests

23  that there exists a unified or monolithic CRT industry or market.  There are multiple and separate

24  CRT manufacturers and markets and Plaintiffs' reference to the "CRT industry" or the "CRT

25  market" creates confusion and ambiguity in this paragraph and wherever such phrases are used in

26  the Complaint.  The LG Entities lack knowledge or information sufficient to form a belief as to the

27  truth of any remaining allegations contained in Paragraph 3 and on that basis deny those allegations.

28

4.      To the extent that the allegations contained in Paragraph 4 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 4 are directed to the LG Entities, they are denied.

5.      To the extent that the allegations contained in Paragraph 5 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 5 are directed to the LG Entities, they are denied.

6.      To the extent that the allegations contained in Paragraph 6 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 6 are directed to the LG Entities, they are denied.

7.      The LG Entities deny the allegations contained in Paragraph 7.

8.      The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and on that basis deny those allegations.

9.      The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and on that basis deny those allegations.

10.     Paragraph 10 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent the allegations in Paragraph 10 may be deemed to require a response, they are denied.

11.     Paragraph 11 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent the allegations in Paragraph 11 may be deemed to require a response, they are denied.

12.     Paragraph 12 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent the allegations in Paragraph 12 may be deemed to require a response, they are denied.

13.     The allegations of Paragraph 13 contain conclusions of law to which no response is required.  To the extent that the allegations in Paragraph 13 are deemed to require a response, they are denied.

14.     The LG Entities deny the allegations contained in Paragraph 14.

15.     The LG Entities deny the allegations contained in Paragraph 15.

16.     To the extent that the allegations contained in Paragraph 16 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 16 are directed to the LG Entities, they are denied.

17.     The allegations of Paragraph 17 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

18.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and on that basis deny those allegations.

19.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and on that basis deny those allegations.

20.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and on that basis deny those allegations.

21.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and on that basis deny those allegations.

22.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and on that basis deny those allegations.

23.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and on that basis deny those allegations.

24.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and on that basis deny those allegations.

25.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and on that basis deny those allegations.

26.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and on that basis deny those allegations.

27.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and on that basis deny those allegations.

28.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and on that basis deny those allegations.

29.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and on that basis deny those allegations.

30.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and on that basis deny those allegations.

31.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and on that basis deny those allegations.

32.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and on that basis deny those allegations.

33.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and on that basis deny those allegations.

34.     The allegations in Paragraph 34 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and on that basis deny those allegations.

35.     The allegations in Paragraph 35 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 and on that basis deny those allegations.

36.     The allegations in Paragraph 36 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and on that basis deny those allegations.

ANSWER OF LG ENTITIES TO ELECTROGRAPH SYSTEMS, INC. AND ELECTROGRAPH TECHNOLOGIES CORP.'S FIRST AMENDED COMPLAINT – CASE NO. 3:11-CV-01656-SC; MDL NO. 1917

37.     The allegations in Paragraph 37 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and on that basis deny those allegations.

38.     The allegations in Paragraph 38 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and on that basis deny those allegations.

39.     The allegations in Paragraph 39 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and on that basis deny those allegations.

40.     Paragraph 40 consists of Plaintiffs' explanation of terminology, to which no response is required.

41.     The allegations in Paragraph 41 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and on that basis deny those allegations.

42.     The allegations in Paragraph 42 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and on that basis deny those allegations.

43.     The allegations in Paragraph 43 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and on that basis deny those allegations.

44.     Paragraph 44 consists of Plaintiffs' explanation of terminology, to which no response is required.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

45.     LG Electronics, Inc. ("LGEI") admits that it is a corporate entity organized under the laws of the Republic of Korea, and further admits the location of its headquarters as alleged in Paragraph 48.  LGEI admits that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V.  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays." The LG Entities deny the remaining allegations contained in Paragraph 45.

46.     LG Electronics USA, Inc. ("LGEUSA") admits the allegations contained in the first sentence of Paragraph 46.  The LG Entities deny the remaining allegations contained in Paragraph 46.

47.     The LG Entities admit the allegations in the first sentence of Paragraph 47 regarding LG Electronics Taiwan Taipei Co., Ltd. ("LGETT").  The LG Entities deny the remaining allegations contained in Paragraph 47.

48.     Paragraph 48 consists of Plaintiffs' explanation of terminology, to which no response is required.

49.     The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V.  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays."  The remainder of the allegations in Paragraph 49 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 49 and on that basis deny those allegations.

50.     The allegations in Paragraph 50 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and on that basis deny those allegations.

51.     The allegations in Paragraph 51 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and on that basis deny those allegations.

52.     Paragraph 52 consists of Plaintiffs' explanation of terminology, to which no response is required.

53.     The allegations in Paragraph 53 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and on that basis deny those allegations.

54.     The allegations in Paragraph 54 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and on that basis deny those allegations.

55.     The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V.  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays."  The remainder of the allegations in Paragraph 55 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in Paragraph 55 and on that basis deny those allegations.

56.     The allegations in Paragraph 56 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and on that basis deny those allegations.

57.     The allegations in Paragraph 57 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and on that basis deny those allegations.

58.     The allegations in Paragraph 58 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and on that basis deny those allegations.

59.     Paragraph 59 consists of Plaintiffs' explanation of terminology, to which no response is required.

60.     The allegations in Paragraph 60 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and on that basis deny those allegations.

61.     The allegations in Paragraph 61 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and on that basis deny those allegations.

62.     The allegations in Paragraph 62 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and on that basis deny those allegations.

63.     The allegations in Paragraph 63 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and on that basis deny those allegations.

64.      The allegations in Paragraph 64 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and on that basis deny those allegations.

65.      The allegations in Paragraph 65 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and on that basis deny those allegations.

66.      The allegations in Paragraph 66 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and on that basis deny those allegations.

67.      The allegations in Paragraph 67 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and on that basis deny those allegations.

68.      The allegations in Paragraph 68 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and on that basis deny those allegations.

69.      Paragraph 69 consists of Plaintiffs' explanation of terminology, to which no response is required.

70.      The allegations in Paragraph 70 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and on that basis deny those allegations.

71.      The allegations in Paragraph 71 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and on that basis deny those allegations.

72.     The allegations in Paragraph 72 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and on that basis deny those allegations.

73.     The allegations in Paragraph 73 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and on that basis deny those allegations.

74.     The allegations in Paragraph 74 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and on that basis deny those allegations.

75.     The allegations in Paragraph 75 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and on that basis deny those allegations.

76.     The allegations in Paragraph 76 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and on that basis deny those allegations.

77.     Paragraph 77 consists of Plaintiffs' explanation of terminology, to which no response is required.

78.     To the extent that the allegations contained in Paragraph 78 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 78 are directed to the LG Entities, they are denied.

79.     To the extent that the allegations contained in Paragraph 79 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 79 are directed to the LG Entities, they are denied.

80.     To the extent that the allegations contained in Paragraph 80 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 80 are directed to the LG Entities, they are denied.

81.     The allegations in Paragraph 81 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and on that basis deny those allegations.

82.     Paragraph 82 consists of Plaintiffs' explanation of terminology, to which no response is required.

83.     The allegations in Paragraph 83 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 and on that basis deny those allegations.

84.     The allegations in Paragraph 84 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and on that basis deny those allegations.

85.     The allegations in Paragraph 85 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 and on that basis deny those allegations.

86.     To the extent that the allegations contained in Paragraph 86 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

1    of the allegations contained in Paragraph 86 and on that basis deny those allegations.  To the extent

2    that the allegations contained in Paragraph 86 are directed to the LG Entities, they are denied.

3          87.     To the extent that the allegations contained in Paragraph 87 are directed to other

4    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

5    of the allegations contained in Paragraph 87 and on that basis deny those allegations.  To the extent

6    that the allegations contained in Paragraph 87 are directed to the LG Entities, they are denied.

7          88.     To the extent that the allegations contained in Paragraph 88 are directed to other

8    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

9    of the allegations contained in Paragraph 88 and on that basis deny those allegations.  To the extent

10   that the allegations contained in Paragraph 88 are directed to the LG Entities, they are denied.

11         89.     To the extent that the allegations contained in Paragraph 89 are directed to other

12   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

13   of the allegations contained in Paragraph 89 and on that basis deny those allegations.  To the extent

14   that the allegations contained in Paragraph 89 are directed to the LG Entities, they are denied.

15         90.     The LG Entities admit that Paragraph 90 purports to contain descriptions of CRT

16   technology.  The LG Entities deny that Paragraph 90 describes CRT technology completely and

17   accurately.  The LG Entities deny the remaining allegations contained in Paragraph 90.

18         91.     The LG Entities admit that Paragraph 91 purports to contain descriptions of CRT

19   technology.  The LG Entities deny that Paragraph 91 describes CRT technology completely and

20   accurately.  The LG Entities deny the remaining allegations contained in Paragraph 91.

21         92.     The LG Entities deny the allegations contained in Paragraph 92.

22         93.     The LG Entities admit that Paragraph 93 purports to contain descriptions of CRT

23   technology.  The LG Entities deny that Paragraph 93 describes CRT technology completely and

24   accurately, and further deny that advancements to CRT technology after the advent of color CRTs

25   were only incremental or insubstantial.  The LG Entities deny the remaining allegations contained

26   in Paragraph 93.

27

28

94.     The LG Entities admit that Paragraph 94 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 94 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 94.

95.     The LG Entities admit that Paragraph 95 purports to contain descriptions of CRT technology.  The LG Entities deny that Paragraph 95 describes CRT technology completely and accurately.  The LG Entities deny the remaining allegations contained in Paragraph 95.

96.     The LG Entities deny the allegations contained in Paragraph 96.

97.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 97 and on that basis deny those allegations.  The LG Entities deny the remaining allegations contained in Paragraph 97.

98.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 98 and on that basis deny those allegations.  The LG Entities deny the remaining allegations contained in Paragraph 98.

99.     The LG Entities deny the allegations contained in Paragraph 99.

100.    The LG Entities deny the allegations contained in Paragraph 100.

101.    To the extent that the allegations contained in Paragraph 101 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 101 are directed to the LG Entities, they are denied.

102.    To the extent that the allegations contained in Paragraph 102 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 102 are directed to the LG Entities, they are denied.

103.    LG Electronics, Inc. admits that it is a member of the Korea Display Industry Association.  To the extent that the remaining allegations contained in Paragraph 103 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the

truth of the allegations contained in Paragraph 103 and on that basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph 103 are directed to the LG Entities, they are denied.

104.    The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V.  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays."  To the extent that the remaining allegations contained in Paragraph 104 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and on that basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph 104 are directed to the LG Entities, they are denied.

105.    The LG Entities deny the allegations contained in Paragraph 105.

106.    The LG Entities admit that before July 2001, LGEI spun off its CRT manufacturing and sales operations to a separate company which, effective July 2001, became part of a newly-formed entity known as LG.Philips Display Holding B.V.  This new entity – called LPD – was formed as a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as "Royal Philips").  In 2006, LPD went through a corporate restructuring and was renamed "LP Displays."  The LG Entities further admit that Hitachi, Ltd. and LG Electronics Inc. formed a joint venture in 2000 for the development, design and marketing of optical disk drives. The LG Entities further admit that in 1999, LG Electronics, Inc. entered into a joint venture agreement with Koninklijke Philips Electronics N.V. with respect to the manufacture, sale, and marketing of TFT-LCD panels.  To the extent that the remaining allegations contained in Paragraph 106 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and on that basis deny those allegations.  To the extent that the remaining allegations contained in Paragraph 106 are directed to the LG Entities, they are denied.

1    107.    The LG Entities deny the allegations contained in Paragraph 107.

2    108.    The LG Entities deny the allegations contained in Paragraph 108.

3    109.    The LG Entities deny the allegations contained in Paragraph 109.

4    110.    The LG Entities deny the allegations contained in Paragraph 110.

5    111.    The LG Entities deny the allegations contained in Paragraph 111.

6    112.    The LG Entities deny the allegations contained in Paragraph 112.

7    113.    The LG Entities lack knowledge or information sufficient to form a belief as to the

8    truth of the allegations contained in Paragraph 113 and on that basis deny those allegations.

9    114.    The LG Entities lack knowledge or information sufficient to form a belief as to the

10   truth of the allegations contained in Paragraph 114 and on that basis deny those allegations.

11   115.    To the extent that the allegations contained in Paragraph 115 are directed to other

12   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

13   of the allegations contained in Paragraph 115 and on that basis deny those allegations.  To the

14   extent the allegations contained in Paragraph 115 are direct to the LG Entities, they are denied.

15   116.    The LG Entities deny the allegations contained in Paragraph 116.

16   117.    To the extent that the allegations contained in Paragraph 117 are directed to other

17   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

18   of the allegations contained in Paragraph 117 and on that basis deny those allegations.  To the

19   extent the allegations contained in Paragraph 117 are direct to the LG Entities, they are denied.

20   118.    The allegations in Paragraph 118 are not directed at the LG Entities and therefore no

21   response is required.  To the extent a response is required, the LG Entities lack knowledge or

22   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118

23   and on that basis deny those allegations.

24   119.    The LG Entities deny the allegations contained in Paragraph 119.

25   120.    The LG Entities deny the allegations contained in Paragraph 120.

26   121.    The LG Entities deny the allegations contained in Paragraph 121.

27   122.    To the extent that the allegations contained in Paragraph 122 are directed to other

28   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 122 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 122 are directed to the LG Entities, they are denied.

123.     The LG Entities deny the allegations contained in Paragraph 123.

124.     To the extent that the allegations contained in Paragraph 124 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 124 are directed to the LG Entities, they are denied.

125.     To the extent that the allegations contained in Paragraph 125 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 125 are directed to the LG Entities, they are denied.

126.     To the extent that the allegations contained in Paragraph 126 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 126 are directed to the LG Entities, they are denied.

127.     To the extent that the allegations contained in Paragraph 127 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 127 are directed to the LG Entities, they are denied.

128.     To the extent that the allegations contained in Paragraph 128 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 and on that basis deny those allegations.  To the

extent that the allegations contained in Paragraph 128 are directed to the LG Entities, they are denied.

129.    To the extent that the allegations contained in Paragraph 129 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 129 are directed to the LG Entities, they are denied.

130.    To the extent that the allegations contained in Paragraph 130 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 130 are directed to the LG Entities, they are denied.

131.    To the extent that the allegations contained in Paragraph 131 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 131 are directed to the LG Entities, they are denied.

132.    To the extent that the allegations contained in Paragraph 132 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 132 are directed to the LG Entities, they are denied.

133.    To the extent that the allegations contained in Paragraph 133 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 133 are directed to the LG Entities, they are denied.

134.     To the extent that the allegations contained in Paragraph 134 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 134 are directed to the LG Entities, they are denied.

135.     The LG Entities deny the allegations contained in Paragraph 135.

136.     The LG Entities deny the allegations contained in Paragraph 136.

137.     To the extent that the allegations contained in Paragraph 137 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 137 are directed to the LG Entities, they are denied.

138.     To the extent that the allegations contained in Paragraph 138 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 138 are directed to the LG Entities, they are denied.

139.     To the extent that the allegations contained in Paragraph 139 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 139 are directed to the LG Entities, they are denied.

140.     To the extent that the allegations contained in Paragraph 140 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 140 are directed to the LG Entities, they are denied.

141.    To the extent that the allegations contained in Paragraph 141 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 141 are directed to the LG Entities, they are denied.

142.    To the extent that the allegations contained in Paragraph 142 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 142 are directed to the LG Entities, they are denied.

143.    To the extent that the allegations contained in Paragraph 143 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 143 are directed to the LG Entities, they are denied.

144.    To the extent that the allegations contained in Paragraph 144 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 144 are directed to the LG Entities, they are denied.

145.    To the extent that the allegations contained in Paragraph 145 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 145 are directed to the LG Entities, they are denied.

146.    The allegations in Paragraph 146 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 and on that basis deny those allegations.

147.     The allegations in Paragraph 147 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 and on that basis deny those allegations.

148.     The allegations in Paragraph 148 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 and on that basis deny those allegations.

149.     The LG Entities deny the allegations contained in Paragraph 149.  The LG Entities further deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

150.     The LG Entities deny the allegations contained in Paragraph 150.

151.     The allegations in Paragraph 151 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 and on that basis deny those allegations.  The LG Entities deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

152.     The allegations in Paragraph 152 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 and on that basis deny those allegations.

153.     The allegations in Paragraph 153 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 and on that basis deny those allegations.

154.     The allegations in Paragraph 154 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and on that basis deny those allegations.

155.     The allegations in Paragraph 155 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 and on that basis deny those allegations.

156.     The allegations in Paragraph 156 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and on that basis deny those allegations.  The LG Entities deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LPD.

157.     The allegations in Paragraph 157 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and on that basis deny those allegations.

158.     The allegations in Paragraph 158 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 and on that basis deny those allegations.

159.     The allegations in Paragraph 159 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 and on that basis deny those allegations.

160.     The allegations in Paragraph 160 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 and on that basis deny those allegations.

161.    The allegations in Paragraph 161 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 and on that basis deny those allegations.

162.    The allegations in Paragraph 162 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 and on that basis deny those allegations.  The LG Entities specifically deny the allegations contained in the fourth sentence of Paragraph 162.

163.    The allegations in Paragraph 163 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 and on that basis deny those allegations.

164.    The allegations in Paragraph 164 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 and on that basis deny those allegations.

165.    To the extent that the allegations contained in Paragraph 165 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 165 are directed to the LG Entities, they are denied.  In addition, the LG Entities specifically deny that any individual employed by Defendant LPD—a company separate and autonomous from the LG Entities—attended meetings, participated in discussions, or entered agreements with competitors regarding price or output on behalf of or at the direction of any of the LG Entities.  The LG Entities also deny that any individual employed by LPD reported to any of the LG Entities the results of any such meetings or discussions.

166.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and on that basis deny those allegations.

167.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 and on that basis deny those allegations.

168.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and on that basis deny those allegations.

169.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 and on that basis deny those allegations.

170.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 and on that basis deny those allegations.

171.    The LG Entities deny the allegations contained in Paragraph 171.

172.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 and on that basis deny those allegations.

173.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 and on that basis deny those allegations.

174.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and on that basis deny those allegations.

175.    To the extent that the allegations contained in Paragraph 175 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 175 are directed to the LG Entities, they are denied.

176.    To the extent that the allegations contained in Paragraph 176 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 176 are directed to the LG Entities, they are denied.

177.    To the extent that the allegations contained in Paragraph 177 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 177 are directed to the LG Entities, they are denied.

178.    To the extent that the allegations contained in Paragraph 178 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 178 are directed to the LG Entities, they are denied.

179.    The LG Entities deny the allegations contained in Paragraph 179.

180.    The LG Entities deny the allegations contained in Paragraph 180.

181.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and on that basis deny those allegations.

182.    The allegations in Paragraph 182 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and on that basis deny those allegations.

183.    The allegations in Paragraph 183 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and on that basis deny those allegations.

184.    The allegations in Paragraph 184 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and on that basis deny those allegations.

185.    The allegations in Paragraph 185 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

1    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185

2    and on that basis deny those allegations.  The LG Entities deny any and all allegations in the

3    Complaint that the LG Entities directed or are responsible for any conduct by LPD.

4        186.    The allegations in Paragraph 186 are not directed at the LG Entities and therefore no

5    response is required.  To the extent a response is required, the LG Entities lack knowledge or

6    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186

7    and on that basis deny those allegations.

8        187.    The allegations in Paragraph 187 are not directed at the LG Entities and therefore no

9    response is required.  To the extent a response is required, the LG Entities lack knowledge or

10   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187

11   and on that basis deny those allegations.

12       188.    The LG Entities lack knowledge or information sufficient to form a belief as to the

13   truth of the allegations contained in Paragraph 188 and on that basis deny those allegations.

14       189.    The LG Entities lack knowledge or information sufficient to form a belief as to the

15   truth of the allegations contained in Paragraph 189 and on that basis deny those allegations.

16       190.    The LG Entities lack knowledge or information sufficient to form a belief as to the

17   truth of the allegations contained in Paragraph 190 and on that basis deny those allegations.

18       191.    The LG Entities lack knowledge or information sufficient to form a belief as to the

19   truth of the allegations contained in Paragraph 191 and on that basis deny those allegations.

20       192.    The LG Entities lack knowledge or information sufficient to form a belief as to the

21   truth of the allegations contained in Paragraph 192 and on that basis deny those allegations.

22       193.    To the extent that the allegations contained in Paragraph 193 are directed to other

23   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

24   of the allegations contained in Paragraph 193 and on that basis deny those allegations.  To the

25   extent that the allegations contained in Paragraph 193 are directed to the LG Entities, they are

26   denied.

27       194.    To the extent that the allegations contained in Paragraph 194 are directed to other

28   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 194 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 194 are directed to the LG Entities, they are denied.

195.    The allegations in Paragraph 195 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 and on that basis deny those allegations.

196.    To the extent that the allegations contained in Paragraph 196 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 196 are directed to the LG Entities, they are denied.

197.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 and on that basis deny those allegations.  The LG Entities specifically deny any and all allegations in the Complaint that the LG Entities directed or are responsible for any conduct by LG Display Co., Ltd, a separate company.

198.    The allegations in Paragraph 198 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 and on that basis deny those allegations.

199.    The allegations in Paragraph 199 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199 and on that basis deny those allegations.

200.    The allegations in Paragraph 200 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 and on that basis deny those allegations.

201.    To the extent that the allegations contained in Paragraph 201 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 201 are directed to the LG Entities, they are denied.

202.    The LG Entities deny the allegations contained in Paragraph 202.

203.    To the extent that the allegations contained in Paragraph 203 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 203 are directed to the LG Entities, they are denied.

204.    To the extent that the allegations contained in Paragraph 204 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 204 are directed to the LG Entities, they are denied.

205.    To the extent that the allegations contained in Paragraph 205 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 205 are directed to the LG Entities, they are denied.

206.    To the extent that the allegations contained in Paragraph 206 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 206 are directed to the LG Entities, they are denied.

207.    The allegations in Paragraph 207 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 and on that basis deny those allegations.

208.    The allegations in Paragraph 208 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208 and on that basis deny those allegations.

209.    The allegations in Paragraph 209 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 and on that basis deny those allegations.

210.    The allegations in Paragraph 210 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210 and on that basis deny those allegations.

211.    The allegations in Paragraph 211 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211 and on that basis deny those allegations.

212.    To the extent that the allegations contained in Paragraph 212 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 212 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 212 are directed to the LG Entities, they are denied.

213.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 213 and on that basis deny those allegations.

214.    The LG Entities deny the allegations contained in Paragraph 214.

215.    To the extent that the allegations contained in Paragraph 215 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 215 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 215 are directed to the LG Entities, they are denied.

216.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 and on that basis deny those allegations.

217.    To the extent that the allegations contained in Paragraph 217 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 217 are directed to the LG Entities, they are denied.

218.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 218 and on that basis deny those allegations.

219.    The LG Entities deny the allegations contained in Paragraph 219.

220.    To the extent that the allegations contained in Paragraph 220 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 220 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 220 are directed to the LG Entities, they are denied.

221.    To the extent that the allegations contained in Paragraph 221 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 221 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 221 are directed to the LG Entities, they are denied.

222.    The LG Entities deny the allegations contained in Paragraph 222.

223.    The LG Entities deny the allegations contained in Paragraph 223.

224.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 224, and on that basis deny that allegation.  The LG Entities deny the remaining allegations contained in Paragraph 224.

225.     The LG Entities deny the allegations contained in Paragraph 225.

226.     The LG Entities deny the allegations contained in Paragraph 226.

227.     The LG Entities deny the allegations contained in Paragraph 227.

228.     The LG Entities deny the allegations contained in Paragraph 228.

229.     The LG Entities deny the allegations contained in Paragraph 229.

230.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegation contained in the first sentence of Paragraph 230 regarding Plaintiffs' actual knowledge, and on that basis deny that allegation.  The LG Entities deny the remaining allegations contained in Paragraph 230.

231.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 231 and on that basis deny those allegations.

232.     To the extent that the allegations contained in Paragraph 232 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 232 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 232 are directed to the LG Entities, they are denied.

233.     The LG Entities deny the allegations contained in Paragraph 233.

234.     The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 234 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 234 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 234 are directed to the LG Entities, they are denied.

235.     To the extent that the allegations contained in Paragraph 235 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235 and on that basis deny those allegations.  To the

1   extent that the allegations contained in Paragraph 235 are directed to the LG Entities, they are

2   denied.

3          236.    To the extent that the allegations contained in Paragraph 236 are directed to other

4   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

5   of the allegations contained in Paragraph 236 and on that basis deny those allegations.  To the

6   extent that the allegations contained in Paragraph 236 are directed to the LG Entities, they are

7   denied.

8          237.    To the extent that the allegations contained in Paragraph 237 are directed to other

9   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

10  of the allegations contained in Paragraph 237 and on that basis deny those allegations.  To the

11  extent that the allegations contained in Paragraph 237 are directed to the LG Entities, they are

12  denied.

13         238.    To the extent that the allegations contained in Paragraph 238 are directed to other

14  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

15  of the allegations contained in Paragraph 238 and on that basis deny those allegations.  To the

16  extent that the allegations contained in Paragraph 238 are directed to the LG Entities, they are

17  denied.

18         239.    To the extent that the allegations contained in Paragraph 239 are directed to other

19  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

20  of the allegations contained in Paragraph 239 and on that basis deny those allegations.  To the

21  extent that the allegations contained in Paragraph 239 are directed to the LG Entities, they are

22  denied.

23         240.    To the extent that the allegations contained in Paragraph 240 are directed to other

24  defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

25  of the allegations contained in Paragraph 240 and on that basis deny those allegations.  To the

26  extent that the allegations contained in Paragraph 240 are directed to the LG Entities, they are

27  denied.

28

241.    To the extent that the allegations contained in Paragraph 241 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 241 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 241 are directed to the LG Entities, they are denied.

242.    The allegations of Paragraph 242 contain conclusions of law to which no response is required.  To the extent that the allegations are deemed to require a response, they are denied.

243.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs.

244.    The LG Entities deny the allegations contained in Paragraph 244.

245.    The LG Entities deny the allegations contained in Paragraph 245.

246.    The LG Entities deny the allegations contained in Paragraph 246.

247.    The LG Entities deny the allegations contained in Paragraph 247.

248.    The LG Entities deny the allegations contained in Paragraph 248.

249.    The LG Entities deny the allegations contained in Paragraph 249.

250.    The LG Entities hereby incorporate by reference their answers to each and every allegation set forth in the preceding paragraphs.

251.    The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 251 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 251 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 251 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 251 are directed to the LG Entities, they are denied.

252.    To the extent that the allegations contained in Paragraph 252 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 252 and on that basis deny those allegations.  To the extent that the allegations contained in Paragraph 252 are directed to the LG Entities, they are

1    denied.  The LG Entities specifically deny any and all allegations in the Complaint that the LG

2    Entities directed or are responsible for any conduct by LG Display Co., Ltd, a separate company.

3          253.    The LG Entities deny the allegations contained in Paragraph 253.

4          254.    The LG Entities deny the allegations contained in Paragraph 254.

5          255.    The LG Entities deny the allegations contained in Paragraph 255.

6          256.    The LG Entities deny the allegations contained in Paragraph 256.

7          257.    The LG Entities deny the allegations contained in Paragraph 257.

8          258.    The LG Entities deny the allegations contained in Paragraph 258, and further deny

9    that Plaintiffs are entitled to the relief they seek in Paragraph 258.

10          259.    The LG Entities hereby incorporate by reference their answers to each and every

11    allegation set forth in the preceding paragraphs.

12          260.    The LG Entities lack knowledge or information sufficient to form a belief as to the

13    truth of the allegations contained in the first sentence of Paragraph 260 and on that basis deny those

14    allegations.  To the extent that the allegations contained in Paragraph 260 are directed to other

15    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

16    of the allegations contained in Paragraph 260 and on that basis deny those allegations.  To the

17    extent that the allegations contained in Paragraph 260 are directed to the LG Entities, they are

18    denied.

19          261.    The LG Entities deny the allegations contained in Paragraph 261.

20          262.    The LG Entities deny the allegations contained in Paragraph 262.

21          263.    The LG Entities deny the allegations contained in Paragraph 263.

22          264.    The LG Entities deny the allegations contained in Paragraph 264.

23          265.    The LG Entities deny the allegations contained in Paragraph 265.

24          266.    The LG Entities deny the allegations contained in Paragraph 266.

25          267.    The LG Entities deny that Plaintiffs are entitled to the relief they seek in Paragraph

26    267.

27          268.    The LG Entities hereby incorporate by reference their answers to each and every

28    allegation set forth in the preceding paragraphs.

1   269.    The LG Entities lack knowledge or information sufficient to form a belief as to the

2   truth of the allegations contained in the first sentence of Paragraph 269 and on that basis deny those

3   allegations.  To the extent that the allegations contained in Paragraph 269 are directed to other

4   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

5   of the allegations contained in Paragraph 269 and on that basis deny those allegations.  To the

6   extent that the allegations contained in Paragraph 269 are directed to the LG Entities, they are

7   denied.

8       270.    The LG Entities deny the allegations contained in Paragraph 270.

9       271.    The LG Entities deny the allegations contained in Paragraph 271.

10      272.    The LG Entities deny the allegations contained in Paragraph 272.

11      273.    The LG Entities deny the allegations contained in Paragraph 273.

12      274.    The LG Entities deny that Plaintiffs are entitled to the relief they seek in Paragraph

13  274.

14      275.    The LG Entities hereby incorporate by reference their answers to each and every

15  allegation set forth in the preceding paragraphs.

16      276.    The LG Entities deny the allegations contained in Paragraph 276.

17      277.    The LG Entities deny the allegations contained in Paragraph 277.

18      278.    The LG Entities deny the allegations contained in Paragraph 278.

19      279.    The LG Entities deny the allegations contained in Paragraph 279.

20      280.    The LG Entities deny the allegations contained in Paragraph 280.

21      281.    The LG Entities deny that Plaintiffs are entitled to the relief they seek in Paragraph

22  281.

23

24          **RESPONSE TO PRAYER FOR RELIEF AND JURY DEMAND**

25      The paragraphs of the Complaint following the headers "Prayer for Relief" and "Jury

26  Demand" do not require a response.  To the extent that those paragraphs require a response, the LG

27  Entities deny that Plaintiffs are entitled to any of the relief requested in the Prayer for Relief.

28

1

**AFFIRMATIVE DEFENSES**

2

Without conceding that it bears the burden of proof as to any of these defenses, the LG

3

Entities allege the following affirmative defenses to the allegations set forth in the Complaint:

4

FIRST DEFENSE

5

The Complaint fails to state a claim upon which relief can be granted because Plaintiffs'

6

claims are ambiguous, vague, and/or unintelligible; because Plaintiffs have failed to alleged fraud or

7

fraudulent concealment with sufficient particularity; and/or because Plaintiffs have failed to allege

8

conspiracy with sufficient particularity.  The LG Entities aver that Plaintiffs' claims do not describe

9

the events or legal theories with sufficient particularity to permit the LG Entities to ascertain all

10

defenses that may exist.

11

SECOND DEFENSE

12

The claims set forth in the Complaint are barred by the statute of limitations.

13

THIRD DEFENSE

14

Without conceding the existence of any conspiracy, Plaintiffs' claims are barred because the

15

LG Entities effectively withdrew from any alleged conspiracy.

16

FOURTH DEFENSE

17

Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive

18

relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the

19

requisite showing of threatened harm or continuing harm, and/or because Plaintiffs have available

20

an adequate remedy at law.

21

FIFTH DEFENSE

22

The conduct alleged by Plaintiffs in the Complaint to form the basis of certain of Plaintiffs'

23

claims has not had a direct, substantial, and reasonably foreseeable effect on trade or commerce

24

with the United States.  The Court therefore lacks subject matter jurisdiction.

25

SIXTH DEFENSE

26

Plaintiffs' claims are barred to the extent that they seek the application of California and/or

27

New York law to any alleged events that took place outside those states and/or were neither directed

28

to nor affected persons, entities, or commerce in those states, because Plaintiffs' claims exceed the

1   jurisdictional reach of those state laws or violate the Commerce Clause of the United States

2   Constitution.

3                                    SEVENTH DEFENSE

4          Plaintiffs' claims are barred, in whole or in part, to the extent that they are based upon

5   foreign sales by defendants, because Plaintiffs have failed to allege facts sufficient to support a

6   claim under the Foreign Trade Antitrust Improvement Act, 15 U.S.C. § 6a and/or *Hartford Fire Ins.*

7   *Co. v. California*, 509 U.S. 764 (1993).

8                                     EIGHTH DEFENSE

9          Plaintiffs' claims are barred, in whole or in part, to the extent that they did not purchase

10  CRT products directly from defendants, because they are indirect purchasers and barred from

11  maintaining an action under 15 U.S.C. § 15(a) for alleged injuries in that capacity.

12                                     NINTH DEFENSE

13         Plaintiffs' claims are barred because Plaintiffs lack standing to sue for the injuries alleged in

14  the Complaint.

15                                     TENTH DEFENSE

16         Plaintiffs are barred from recovery of any damages because of and to the extent of their

17  failure to mitigate damages, or alternatively any claimed injury or damage has been offset by

18  benefits received by Plaintiffs with respect to the challenged conduct.

19                                   ELEVENTH DEFENSE

20         Plaintiffs' claims for damages are barred because Plaintiffs have suffered no injury or

21  damages as a result of the matters alleged in the Complaint, or alternatively, because the alleged

22  damages, if any, are speculative and because of the impossibility of ascertaining and allocating

23  those alleged damages.

24                                    TWELFTH DEFENSE

25         Any injuries or damages Plaintiffs may have suffered were not caused, either actually or

26  proximately, by the acts and omissions of the LG Entities.

27

28

THIRTEENTH DEFENSE

Any injuries or damages Plaintiffs may have suffered were caused solely and proximately by the acts and omissions of others.  The acts of others constitute intervening or superseding causes of harm, if any, suffered by Plaintiffs.

FOURTEENTH DEFENSE

Plaintiffs' claims are barred to the extent injuries alleged in the Complaint, which the LG Entities deny, were contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other than the LG Entities.

FIFTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to the LG Entities.

SIXTEENTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs have not suffered actual, cognizable injury of the type antitrust laws are intended to remedy.

SEVENTEENTH DEFENSE

Plaintiff's claims are barred by the doctrines of waiver, estoppel, unclean hands, unjust enrichment and/or laches.

EIGHTEENTH DEFENSE

To the extent that any actionable conduct occurred, Plaintiffs' claims against the LG Entities are barred because all such conduct would have been committed by individuals acting ultra vires.

NINETEENTH DEFENSE

Plaintiffs' claims against the LG Entities are barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution of their claims.

TWENTIETH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized.

TWENTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any action taken by or on behalf of the LG Entities was justified, constituted bona fide business competition and was taken in pursuit of its own legitimate business and economic interests, and is therefore privileged.

TWENTY-SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable parties.

TWENTY-THIRD DEFENSE

Plaintiffs' claims are barred because the actions of the LG Entities did not lessen competition in the relevant market.

TWENTY-FOURTH DEFENSE

The LG Entities, without admitting the existence of any contract, combination or conspiracy in restraint of trade as alleged in the Complaint, aver that the matters about which Plaintiffs complain resulted in increased output and lower prices for CRT products.

TWENTY-FIFTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs did not detrimentally rely on any alleged deceptive trade conduct as alleged in the Complaint.

TWENTY-SIXTH DEFENSE

Without admitting that Plaintiffs are entitled to recover damages in this matter, the LG Entities are entitled to set off from any recovery Plaintiffs may obtain against the LG Entities by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

TWENTY-SEVENTH DEFENSE

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

TWENTY-EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of the LG Entities that are the subject of the Complaint were caused by, due to, based upon, or in response to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, and/or regulatory agencies, and such is non-actionable or privileged.

1

<u>TWENTY-NINTH DEFENSE</u>

2

LGEI, LGEUSA, and LGETT are separate and autonomous companies from LPD, and thus

3

are not liable for Plaintiffs' damages resulting from LPD's actions.

4

<u>THIRTIETH DEFENSE</u>

5

Plaintiffs' claims are barred to the extent that they are based on conduct beyond the

6

territorial reach of the laws or courts of the United States.

7

<u>THIRTY-FIRST DEFENSE</u>

8

Any award of restitution under Cal. Bus. & Prof. Code §§ 17200 *et seq.* based upon asserted

9

interests or injuries of Plaintiffs would violate the Excessive Fines Clause of the Eighth Amendment

10

(as incorporated by the Due Process Clause of the Fourteenth Amendment) to the United States

11

Constitution and Article I, Section 17 of the California Constitution.

12

<u>THIRTY-SECOND DEFENSE</u>

13

Plaintiffs' claims for monetary relief under Cal. Bus. & Prof. Code §§ 17200 *et seq.* are

14

barred to the extent that the LG Entities did not acquire any money or property from Plaintiffs.

15

<u>THIRTY-THIRD DEFENSE</u>

16

Any award of restitution to the Plaintiffs under Cal. Bus. & Prof. Code § 17203 would

17

constitute a taking of property without just compensation in violation of the Takings Clause of the

18

Fifth Amendment to the United States Constitution (as incorporated by the Due Process Clause of

19

the Fourteenth Amendment to the United States Constitution) and Article I, Section 19 of the

20

California Constitution.

21

<u>THIRTY-FOURTH DEFENSE</u>

22

Any award of treble damages, punitive damages or restitution pursuant to state law would

23

violate the Excessive Fines and Due Process Clauses of the United States Constitution and

24

equivalent clauses in the state constitutions.

25

<u>THIRTY-FIFTH DEFENSE</u>

26

Plaintiffs' claims under N.Y. Gen. Bus. Law § 349 are barred, in whole or in part, by N.Y.

27

Gen. Bus. Law § 349(d), because any alleged conduct by defendants is, or if in interstate commerce

28

would be, subject to and compliant with the rules and regulations of, and statutes administered by,

- 40 -

the Federal Trade Commission or other official department, division, commission or agency of the United States, as these rules, regulations, or statutes are interpreted by the Federal Trade Commission or such department, division, commission or agency of the federal courts.

THIRTY-SIXTH DEFENSE

Plaintiffs' claims are barred in whole or in part by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

**RESERVATION OF DEFENSES AND AFFIRMATIVE DEFENSES**

The LG Entities adopt by reference any additional applicable defenses pleaded by any other Defendant in this action.  The LG Entities have not knowingly or intentionally waived any applicable defenses and explicitly reserve the right to assert any additional defenses and affirmative defenses as this action proceeds.  The LG Entities further reserve the right to amend their Answer and/or defenses accordingly, and/or to delete defenses that they determine are not applicable as this action proceeds.  The LG Entities further reserve the right to assert affirmative defenses that are unique to one or a subset of the claims asserted under the different states' laws at issue in this action.

WHEREFORE, the LG Entities pray as follows:

1.      That the Plaintiffs take nothing by way of the Complaint, and the action be dismissed with prejudice;

2.      That judgment be entered in favor of the LG Entities and against Plaintiffs with respect to all causes of action in the Complaint;

3.      That the Court award the LG Entities their attorneys' fees and all other costs reasonably incurred in defense of this action; and

1    4.    That the Court award such other relief as it may deem just and proper.

2

3   Dated: July 25, 2011                    ARNOLD & PORTER LLP

4

5                                   By:  /s/ Ronald C. Redcay

6                                        RONALD C. REDCAY
                                         Attorneys For Defendants
7                                        LG ELECTRONICS, INC.; and
                                         LG ELECTRONICS USA, INC.

8

9

10

11        Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of

12  this document has been obtained from the above signatory.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2011, a copy of the foregoing document was filed electronically via the Court's CM/ECF system.  Pursuant to Local Rule 5-4, notice of filing was served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

_/s/ Eric Shapland_____

ANSWER OF LG ENTITIES TO ELECTROGRAPH SYSTEMS, INC. AND ELECTROGRAPH TECHNOLOGIES
CORP.'S FIRST AMENDED COMPLAINT – CASE NO. 3:11-CV-01656-SC; MDL NO. 1917