Terry Calvani (53260)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4505
Fax:  (202) 777-4555

*Attorney for Defendant Beijing Matsushita Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC<br>MDL NO. 1917 |
| This document relates to: | **DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S ANSWER TO ELECTROGRAPH SYSTEMS, INC. AND ELECTROGRAPH TECHNOLOGIES CORP.'S FIRST AMENDED COMPLAINT** |
| *Electrograph Systems, Inc., et al.*<br>*v.*<br>*Hitachi, Ltd., et al.* | |
| **Civil Action No. 11-cv-1656 SC** | Before the Honorable Samuel Conti |

Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") states as follows for its Answer in response to Plaintiff Electrograph Systems, Inc. and Electrograph Technologies Corp.'s ("Plaintiffs") First Amended Complaint, dated March 10, 2011 (the "Complaint").  To the extent the Complaint includes allegations against "Defendants" in general, BMCC's responses to the allegations relate to BMCC only and to no other Defendant.  To the extent that the allegations of the Complaint relate to Defendants other than BMCC, BMCC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  As used in this Answer, and in the interest of brevity, the phrase "is without sufficient information or belief" to admit the allegations means that BMCC is without knowledge or information sufficient to form a belief as to the truth of an allegation of the Complaint, and denies the allegation on that

1     basis.  BMCC denies all allegations in the Complaint not specifically admitted in this Answer.

2     BMCC denies each and every allegation in the Complaint's section headings and in all portions

3     of the Complaint not contained in numbered paragraphs.

4                                    **INTRODUCTION**

5          1.      BMCC denies the allegations in paragraph 1 of the Complaint.

6          2.      Paragraph 2 of the Complaint contains Plaintiffs' definitions of their own terms

7     and characterization of their purported claims, to which no response is required.  BMCC

8     specifically objects to Plaintiffs' definition of "CRT Products," (including "CPT Products" and

9     "CDT Products") because this definition includes products at different levels of the production

10    chain and creates confusion, as certain defendants (including BMCC) do not manufacture or sell

11    Finished Products (such as televisions or computer monitors), while other defendants do not

12    manufacture and sell cathode ray tubes, and still other defendants do not manufacture either

13    cathode ray tubes or Finished Products.  To the extent that any part of paragraph 2 is deemed to

14    require a response, BMCC is without sufficient information or belief to admit the allegations and

15    therefore denies them.

16         3.      BMCC is without sufficient information or belief to admit the allegations in

17    paragraph 3 of the Complaint and therefore denies them.

18         4.      BMCC denies the allegations in paragraph 4 of the Complaint.

19         5.      BMCC denies the allegations in paragraph 5 of the Complaint.

20         6.      BMCC denies the allegations in paragraph 6 of the Complaint.

21         7.      BMCC denies the allegations in paragraph 7 of the Complaint.

22         8.      BMCC is without sufficient information or belief to admit the allegations in

23    paragraph 8 of the Complaint and therefore denies them.

24         9.      BMCC denies the allegations in paragraph 9 of the Complaint.

25                              **JURISDICTION AND VENUE**

26         10.     Paragraph 10 consists of Plaintiffs' characterization of their purported claims, to

27    which no response is required.  To the extent that a response is required, BMCC denies the

28

DEFENDANT BMCC'S ANSWER TO PLAINTIFF ELECTROGRAPH'S FIRST AMENDED COMPLAINT
(Case No. 3:07-cv-5944; MDL No. 1917)        -2-

1     allegations in paragraph 10 of the Complaint.

2        11.     Paragraph 11 consists of Plaintiffs' characterization of their purported claims, to

3     which no response is required. To the extent that a response is required, BMCC denies the

4     allegations in paragraph 11 of the Complaint.

5        12.     Paragraph 12 consists of Plaintiffs' characterization of their purported claims, to

6     which no response is required. To the extent that a response is required, BMCC denies the

7     allegations in paragraph 12 of the Complaint.

8        13.     Paragraph 13 consists of conclusions of law to which no response is required. To

9     the extent that a response is required, BMCC denies that this Court has jurisdiction over the

10     unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about

11     BMCC or BMCC's activities in the United States, therefore BMCC denies the allegations

12     contained in paragraph 13 of the Complaint.

13        14.     Paragraph 14 consists of conclusions of law to which no response is required. To

14     the extent that a response is required, BMCC denies the allegations in paragraph 14 of the

15     Complaint.

16        15.     The first three sentences of paragraph 15 consist of conclusions of law to which

17     no response is required. To the extent that a response is required, BMCC denies the allegations

18     in the first three sentences of paragraph 15 of the Complaint. BMCC is without sufficient

19     information or belief to admit the allegations in the last sentence of paragraph 15 and therefore

20     denies them.

21        16.     Paragraph 16 consists of conclusions of law to which no response is required. To

22     the extent that a response is required, BMCC denies that this Court has jurisdiction over the

23     unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about

24     BMCC or BMCC's activities in the United States, therefore BMCC denies the allegations

25     contained in paragraph 16 of the Complaint.

26

27

28

17. Paragraph 17 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 17 of the Complaint.

**PARTIES**

18. BMCC is without sufficient information or belief to admit the allegations in paragraph 18 of the Complaint describing Plaintiff and therefore denies them.

19. BMCC is without sufficient information or belief to admit the allegations in paragraph 19 of the Complaint describing Plaintiff and therefore denies them.

20. BMCC is without sufficient information or belief to admit the allegations in paragraph 20 of the Complaint and therefore denies them. BMCC denies that the Plaintiffs identified suffered injuries as a result of any action or violation of law by BMCC.

21. BMCC is without sufficient information or belief to admit the allegations in paragraph 21 of the Complaint describing Plaintiff and therefore denies them. BMCC denies that the Plaintiff identified in paragraph 21 suffered injuries as a result of any action or violation of law by BMCC.

22. BMCC is without sufficient information or belief to admit the allegations in paragraph 22 of the Complaint describing Plaintiff and therefore denies them. BMCC denies that the Plaintiff identified in paragraph 22 suffered injuries as a result of any action or violation of law by BMCC.

23. BMCC is without sufficient information or belief to admit the allegations in paragraph 23 of the Complaint and therefore denies them. BMCC denies that the entity identified in paragraph 23 suffered injuries as a result of any action or violation of law by BMCC.

24. BMCC is without sufficient information or belief to admit the allegations in paragraph 24 of the Complaint and therefore denies them.

25. BMCC is without sufficient information or belief to admit the allegations in paragraph 25 of the Complaint and therefore denies them. BMCC denies that the entity

1   identified in paragraph 25 suffered injuries as a result of any action or violation of law by

2   BMCC.

3       26.     BMCC is without sufficient information or belief to admit the allegations in

4   paragraph 26 of the Complaint and therefore denies them.

5       27.     BMCC is without sufficient information or belief to admit the allegations in

6   paragraph 27 of the Complaint and therefore denies them.  BMCC denies that the entity

7   identified in paragraph 27 suffered injuries as a result of any action or violation of law by

8   BMCC.

9       28.     BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 28 of the Complaint and therefore denies them.

11      29.     BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 29 of the Complaint and therefore denies them.  BMCC denies that the entity

13  identified in paragraph 29 suffered injuries as a result of any action or violation of law by

14  BMCC.

15      30.     BMCC is without sufficient information or belief to admit the allegations in

16  paragraph 30 of the Complaint and therefore denies them.

17      31.     BMCC is without sufficient information or belief to admit the allegations in

18  paragraph 31 of the Complaint and therefore denies them.  BMCC denies that the entity

19  identified in paragraph 31 suffered injuries as a result of any action or violation of law by

20  BMCC.

21      32.     BMCC is without sufficient information or belief to admit the allegations in

22  paragraph 32 of the Complaint and therefore denies them.

23      33.     BMCC is without sufficient information or belief to admit the allegations in

24  paragraph 33 of the Complaint and therefore denies them.  BMCC denies that the entities

25  identified in paragraph 33 suffered injuries as a result of any action or violation of law by

26  BMCC.

27

28

34.     BMCC is without sufficient information or belief to admit the allegations in paragraph 34 of the Complaint and therefore denies them.

35.     BMCC is without sufficient information or belief to admit the allegations in paragraph 35 of the Complaint and therefore denies them.

36.     BMCC is without sufficient information or belief to admit the allegations in paragraph 36 of the Complaint and therefore denies them.

37.     BMCC is without sufficient information or belief to admit the allegations in paragraph 37 of the Complaint and therefore denies them.

38.     BMCC is without sufficient information or belief to admit the allegations in paragraph 38 of the Complaint and therefore denies them.

39.     BMCC is without sufficient information or belief to admit the allegations in paragraph 39 of the Complaint and therefore denies them.

40.     Paragraph 40 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 40 of the Complaint and therefore denies them.

41.     BMCC is without sufficient information or belief to admit the allegations in paragraph 41 of the Complaint and therefore denies them.

42.     BMCC is without sufficient information or belief to admit the allegations in paragraph 42 of the Complaint and therefore denies them.

43.     BMCC is without sufficient information or belief to admit the allegations in paragraph 43 of the Complaint and therefore denies them.

44.     Paragraph 44 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 44 of the Complaint and therefore denies them.

45.     BMCC is without sufficient information or belief to admit the allegations in paragraph 45 of the Complaint and therefore denies them.

1   46.   BMCC is without sufficient information or belief to admit the allegations in
2   paragraph 46 of the Complaint and therefore denies them.

3   47.   BMCC is without sufficient information or belief to admit the allegations in
4   paragraph 47 of the Complaint and therefore denies them.

5   48.   Paragraph 48 of the Complaint consists of a defined term to which no response is
6   required.  To the extent that a response is required, BMCC is without sufficient information or
7   belief to admit the allegations in paragraph 48 of the Complaint and therefore denies them.

8   49.   BMCC is without sufficient information or belief to admit the allegations in
9   paragraph 49 of the Complaint and therefore denies them.

10  50.   BMCC is without sufficient information or belief to admit the allegations in
11  paragraph 50 of the Complaint and therefore denies them.

12  51.   BMCC is without sufficient information or belief to admit the allegations in
13  paragraph 51 of the Complaint and therefore denies them.

14  52.   Paragraph 52 of the Complaint consists of a defined term to which no response is
15  required.  To the extent that a response is required, BMCC is without sufficient information or
16  belief to admit the allegations in paragraph 52 of the Complaint and therefore denies them.

17  53.   BMCC is without sufficient information or belief to admit the allegations in
18  paragraph 53 of the Complaint and therefore denies them.

19  54.   BMCC admits that it is a Chinese joint venture company with its principal place
20  of business located at No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China.
21  BMCC admits that it is a joint venture company, and at one time 50% of BMCC was held by MT
22  Picture Display Co., Ltd., and the other 50% was held by Beijing Orient Electronics (Group) Co.,
23  Ltd., China National Electronics Import & Export Beijing Company, and Beijing Yayunchun
24  Branch of the Industrial and Commercial Bank of China, Ltd.  BMCC admits that it was
25  established in 1987.  BMCC denies the other allegations in paragraph 54 of the Complaint.

26  55.   BMCC is without sufficient information or belief to admit the allegations in
27  paragraph 55 of the Complaint and therefore denies them.

28

1    56.    BMCC is without sufficient information or belief to admit the allegations in
2    paragraph 56 of the Complaint and therefore denies them.

3    57.    BMCC is without sufficient information or belief to admit the allegations in
4    paragraph 57 of the Complaint and therefore denies them.

5    58.    BMCC is without sufficient information or belief to admit the allegations in
6    paragraph 58 of the Complaint and therefore denies them.

7    59.    Paragraph 59 of the Complaint consists of a defined term to which no response is
8    required.  To the extent that a response is required, BMCC is without sufficient information or
9    belief to admit the allegations in paragraph 59 of the Complaint and therefore denies them.

10    60.    BMCC is without sufficient information or belief to admit the allegations in
11    paragraph 60 of the Complaint and therefore denies them.

12    61.    BMCC is without sufficient information or belief to admit the allegations in
13    paragraph 61 of the Complaint and therefore denies them.

14    62.    BMCC is without sufficient information or belief to admit the allegations in
15    paragraph 62 of the Complaint and therefore denies them.

16    63.    BMCC is without sufficient information or belief to admit the allegations in
17    paragraph 63 of the Complaint and therefore denies them.

18    64.    BMCC is without sufficient information or belief to admit the allegations in
19    paragraph 64 of the Complaint and therefore denies them.

20    65.    BMCC is without sufficient information or belief to admit the allegations in
21    paragraph 65 of the Complaint and therefore denies them.

22    66.    BMCC is without sufficient information or belief to admit the allegations in
23    paragraph 66 of the Complaint and therefore denies them.

24    67.    BMCC is without sufficient information or belief to admit the allegations in
25    paragraph 67 of the Complaint and therefore denies them.

26    68.    BMCC is without sufficient information or belief to admit the allegations in
27    paragraph 68 of the Complaint and therefore denies them.

28

69.     Paragraph 69 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 69 of the Complaint and therefore denies them.

70.     BMCC is without sufficient information or belief to admit the allegations in paragraph 70 of the Complaint and therefore denies them.

71.     BMCC is without sufficient information or belief to admit the allegations in paragraph 71 of the Complaint and therefore denies them.

72.     BMCC is without sufficient information or belief to admit the allegations in paragraph 72 of the Complaint and therefore denies them.

73.     BMCC is without sufficient information or belief to admit the allegations in paragraph 73 of the Complaint and therefore denies them.

74.     BMCC is without sufficient information or belief to admit the allegations in paragraph 74 of the Complaint and therefore denies them.

75.     BMCC is without sufficient information or belief to admit the allegations in paragraph 75 of the Complaint and therefore denies them.

76.     BMCC is without sufficient information or belief to admit the allegations in paragraph 76 of the Complaint and therefore denies them.

77.     Paragraph 77 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 77 of the Complaint and therefore denies them.

## AGENTS AND CO-CONSPIRATORS

78.     BMCC denies the allegations in paragraph 78 of the Complaint.

79.     BMCC denies the allegations in paragraph 79 of the Complaint.

80.     Paragraph 80 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 80 of the Complaint and therefore denies them.  BMCC specifically denies that it participated in any conspiracy or acted as a co-conspirator.

1    81.   BMCC is without sufficient information or belief to admit the allegations in

2 paragraph 81 of the Complaint and therefore denies them.

3    82.   Paragraph 82 of the Complaint consists of a defined term to which no response is

4 required.  To the extent that a response is required, BMCC is without sufficient information or

5 belief to admit the allegations in paragraph 82 of the Complaint and therefore denies them.

6    83.   BMCC is without sufficient information or belief to admit the allegations in

7 paragraph 83 of the Complaint and therefore denies them.

8    84.   BMCC is without sufficient information or belief to admit the allegations in

9 paragraph 84 of the Complaint and therefore denies them.

10   85.   BMCC is without sufficient information or belief to admit the allegations in

11 paragraph 85 of the Complaint and therefore denies them.

12   86.   BMCC denies the allegations in paragraph 86 of the Complaint.

13                          **TRADE AND COMMERCE**

14   87.   BMCC denies the allegations in paragraph 87 of the Complaint.

15   88.   BMCC denies the allegations in paragraph 88 of the Complaint.

16   89.   Paragraph 89 consists of conclusions of law to which no response is required.  To

17 the extent that a response is required, BMCC denies the allegations in paragraph 89 of the

18 Complaint.

19                          **FACTUAL ALLEGATIONS**

20   90.   BMCC admits that paragraph 90 of the Complaint purports to contain descriptions

21 of CRT technology.  BMCC denies that paragraph 90 describes CRT technology completely and

22 accurately.  BMCC denies the remaining allegations contained in paragraph 90.

23   91.   BMCC is without sufficient information or belief to admit the allegations in

24 paragraph 91 of the Complaint and therefore denies them.

25   92.   BMCC is without sufficient information or belief to admit the allegations in

26 paragraph 92 of the Complaint and therefore denies them.

27

28

93.     BMCC is without sufficient information or belief to admit the allegations in paragraph 93 of the Complaint and therefore denies them.

94.     BMCC admits that paragraph 94 of the Complaint purports to contain descriptions of CRT technology.  BMCC denies that paragraph 94 describes CRT technology completely and accurately.  BMCC denies the remaining allegations contained in paragraph 94.

95.     BMCC is without sufficient information or belief to admit the allegations in paragraph 95 of the Complaint and therefore denies them.

96.     BMCC is without sufficient information or belief to admit the allegations in paragraph 96 of the Complaint and therefore denies them.

97.     BMCC is without sufficient information or belief to admit the allegations in paragraph 97 of the Complaint and therefore denies them.  BMCC specifically denies that it participated in any unlawful conspiracy and that Plaintiffs have been injured by an action or violation of law by BMCC.

98.     BMCC is without sufficient information or belief to admit the allegations in paragraph 98 of the Complaint and therefore denies them.  BMCC specifically denies that it participated in any unlawful conspiracy.

99.     BMCC is without sufficient information or belief to admit the allegations in paragraph 99 of the Complaint and therefore denies them.  BMCC denies that Plaintiffs have been injured by an action or violation of law by BMCC.

100.    BMCC denies the allegations in paragraph 100 of the Complaint.

101.    BMCC denies the allegations in paragraph 101 of the Complaint.

102.    BMCC denies the allegations in paragraph 102 of the Complaint.

103.    BMCC is without sufficient information or belief to admit the allegations in paragraph 103 as to other defendants' participation in trade associations, and therefore denies them.  BMCC denies the other allegations in paragraph 103 of the Complaint.

104.    BMCC is without sufficient information or belief to admit the allegations in paragraph 104 of the Complaint and therefore denies them.

105.    BMCC is without sufficient information or belief to admit the allegations in paragraph 105 of the Complaint and therefore denies them.

106.    BMCC is without sufficient information or belief to admit the allegations in paragraph 106 of the Complaint, including all subparagraphs thereto, and therefore denies them.

107.    BMCC is without sufficient information or belief to admit the allegations in paragraph 107 of the Complaint and therefore denies them.

108.    BMCC is without sufficient information or belief to admit the allegations in paragraph 108 of the Complaint and therefore denies them.  BMCC specifically denies that it participated in any unlawful conspiracy.

109.    BMCC is without sufficient information or belief to admit the allegations in paragraph 109 of the Complaint and therefore denies them.

110.    BMCC is without sufficient information or belief to admit the allegations in paragraph 110 of the Complaint and therefore denies them.

111.    BMCC is without sufficient information or belief to admit the allegations in paragraph 111 of the Complaint and therefore denies them.

112.    The first sentence of paragraph 112 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in the first sentence of paragraph 112 of the Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 112 of the Complaint and therefore denies them.

113.    BMCC is without sufficient information or belief to admit the allegations in paragraph 113 of the Complaint and therefore denies them.

114.    BMCC is without sufficient information or belief to admit the allegations in paragraph 114 of the Complaint and therefore denies them.

115.    BMCC is without sufficient information or belief to admit the allegations in paragraph 115 of the Complaint and therefore denies them.

1        116.    BMCC is without sufficient information or belief to admit the allegations in

2 paragraph 116 of the Complaint and therefore denies them.

3        117.    BMCC denies the allegations in paragraph 117 of the Complaint.

4        118.    BMCC is without sufficient information or belief to admit the allegations in

5 paragraph 118 of the Complaint and therefore denies them.

6        119.    BMCC denies the allegations in paragraph 119 of the Complaint.

7        120.    BMCC denies the allegations in paragraph 120 of the Complaint.

8        121.    BMCC is without sufficient information or belief to admit the allegations in

9 paragraph 121 of the Complaint and therefore denies them.

10        122.    BMCC denies the allegations in paragraph 122 of the Complaint.

11        123.    BMCC denies the allegations in paragraph 123 of the Complaint.

12        124.    BMCC denies the allegations in paragraph 124 of the Complaint.

13        125.    BMCC denies the allegations in paragraph 125 of the Complaint.

14        126.    BMCC denies the allegations in paragraph 126 of the Complaint.

15        127.    BMCC denies the allegations in paragraph 127 of the Complaint.

16        128.    BMCC denies the allegations in paragraph 128 of the Complaint.

17        129.    BMCC denies the allegations in paragraph 129 of the Complaint.

18        130.    BMCC denies the allegations in paragraph 130 of the Complaint.

19        131.    BMCC denies the allegations in paragraph 131 of the Complaint.

20        132.    BMCC denies the allegations in paragraph 132 of the Complaint.

21        133.    BMCC denies the allegations in paragraph 133 of the Complaint.

22        134.    BMCC denies the allegations in paragraph 134 of the Complaint.

23        135.    BMCC denies the allegations in paragraph 135 of the Complaint.

24        136.    BMCC denies the allegations in paragraph 136 of the Complaint.

25        137.    BMCC denies the allegations in paragraph 137 of the Complaint, including all

26 subparagraphs thereto.

27        138.    BMCC denies the allegations in paragraph 138 of the Complaint.

28

1      139.    BMCC denies the allegations in paragraph 139 of the Complaint.

2      140.    BMCC denies the allegations in paragraph 140 of the Complaint.

3      141.    BMCC denies the allegations in paragraph 141 of the Complaint.

4      142.    BMCC denies the allegations in paragraph 142 of the Complaint.

5      143.    BMCC denies the allegations in paragraph 143 of the Complaint.

6      144.    BMCC denies the allegations in paragraph 144 of the Complaint.

7      145.    BMCC denies the allegations in paragraph 145 of the Complaint.

8      146.    BMCC is without sufficient information or belief to admit the allegations in paragraph 146 of the Complaint and therefore denies them.

10      147.    BMCC is without sufficient information or belief to admit the allegations in paragraph 147 of the Complaint and therefore denies them.

12      148.    BMCC is without sufficient information or belief to admit the allegations in paragraph 148 of the Complaint and therefore denies them.

14      149.    BMCC is without sufficient information or belief to admit the allegations in paragraph 149 of the Complaint and therefore denies them.

16      150.    BMCC is without sufficient information or belief to admit the allegations in paragraph 150 of the Complaint and therefore denies them.

18      151.    BMCC is without sufficient information or belief to admit the allegations in paragraph 151 of the Complaint and therefore denies them.

20      152.    BMCC is without sufficient information or belief to admit the allegations in paragraph 152 of the Complaint and therefore denies them.

22      153.    BMCC is without sufficient information or belief to admit the allegations in paragraph 153 of the Complaint and therefore denies them.

24      154.    BMCC is without sufficient information or belief to admit the allegations in paragraph 154 of the Complaint and therefore denies them.

26      155.    BMCC denies the allegations in paragraph 155 of the Complaint.

156.    BMCC is without sufficient information or belief to admit the allegations in paragraph 156 of the Complaint and therefore denies them.

157.    BMCC is without sufficient information or belief to admit the allegations in paragraph 157 of the Complaint and therefore denies them.

158.    BMCC is without sufficient information or belief to admit the allegations in paragraph 158 of the Complaint and therefore denies them.

159.    BMCC is without sufficient information or belief to admit the allegations in paragraph 159 of the Complaint and therefore denies them.

160.    BMCC is without sufficient information or belief to admit the allegations in paragraph 160 of the Complaint and therefore denies them.

161.    BMCC is without sufficient information or belief to admit the allegations in paragraph 161 of the Complaint and therefore denies them.

162.    BMCC is without sufficient information or belief to admit the allegations in paragraph 162 of the Complaint and therefore denies them.

163.    BMCC is without sufficient information or belief to admit the allegations in paragraph 163 of the Complaint and therefore denies them.

164.    BMCC is without sufficient information or belief to admit the allegations in paragraph 164 of the Complaint and therefore denies them.

165.    Paragraph 165 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 165 of the Complaint.

166.    BMCC is without sufficient information or belief to admit the allegations in paragraph 166 of the Complaint and therefore denies them.

167.    BMCC is without sufficient information or belief to admit the allegations in paragraph 167 of the Complaint and therefore denies them.

168.    BMCC is without sufficient information or belief to admit the allegations in paragraph 168 of the Complaint and therefore denies them.

169.    BMCC is without sufficient information or belief to admit the allegations in paragraph 169 of the Complaint and therefore denies them.

170.    BMCC is without sufficient information or belief to admit the allegations in paragraph 170 of the Complaint and therefore denies them.

171.    BMCC is without sufficient information or belief to admit the allegations in paragraph 171 of the Complaint and therefore denies them.

172.    BMCC is without sufficient information or belief to admit the allegations in paragraph 172 of the Complaint and therefore denies them.

173.    BMCC is without sufficient information or belief to admit the allegations in paragraph 173 of the Complaint and therefore denies them.

174.    BMCC is without sufficient information or belief to admit the allegations in paragraph 174 of the Complaint and therefore denies them.

175.    BMCC denies the allegations in paragraph 175 of the Complaint.

176.    BMCC denies the allegations in paragraph 176 of the Complaint.

177.    BMCC denies the allegations in the first sentence of paragraph 177 of the Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 177 of the Complaint and therefore denies them.

178.    BMCC is without sufficient information or belief to admit the allegations in paragraph 178 of the Complaint and therefore denies them.

179.    BMCC is without sufficient information or belief to admit the allegations in paragraph 179 of the Complaint and therefore denies them.

180.    BMCC denies the allegations in paragraph 180 of the Complaint.

181.    BMCC is without sufficient information or belief to admit the allegations in paragraph 181 of the Complaint and therefore denies them.

182.    BMCC is without sufficient information or belief to admit the allegations in paragraph 182 of the Complaint and therefore denies them.

183.    BMCC is without sufficient information or belief to admit the allegations in paragraph 183 of the Complaint and therefore denies them.

184.    BMCC is without sufficient information or belief to admit the allegations in paragraph 184 of the Complaint and therefore denies them.

185.    BMCC is without sufficient information or belief to admit the allegations in paragraph 185 of the Complaint and therefore denies them.

186.    BMCC is without sufficient information or belief to admit the allegations in paragraph 186 of the Complaint and therefore denies them.

187.    BMCC is without sufficient information or belief to admit the allegations in paragraph 187 of the Complaint and therefore denies them.

188.    BMCC is without sufficient information or belief to admit the allegations in paragraph 188 of the Complaint and therefore denies them.

189.    BMCC is without sufficient information or belief to admit the allegations in paragraph 189 of the Complaint and therefore denies them.

190.    BMCC is without sufficient information or belief to admit the allegations in paragraph 190 of the Complaint and therefore denies them.

191.    BMCC is without sufficient information or belief to admit the allegations in paragraph 191 of the Complaint and therefore denies them.

192.    BMCC is without sufficient information or belief to admit the allegations in paragraph 192 of the Complaint and therefore denies them.

193.    BMCC denies the allegations in paragraph 193 of the Complaint.

194.    BMCC denies the allegations in the first sentence of paragraph 194 of the Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 194 of the Complaint and therefore denies them

195.    BMCC is without sufficient information or belief to admit the allegations in paragraph 195 of the Complaint and therefore denies them.

196.    BMCC is without sufficient information or belief to admit the allegations in paragraph 196 of the Complaint and therefore denies them.

197.    BMCC is without sufficient information or belief to admit the allegations in paragraph 197 of the Complaint and therefore denies them.

198.    BMCC is without sufficient information or belief to admit the allegations in paragraph 198 of the Complaint and therefore denies them.

199.    BMCC is without sufficient information or belief to admit the allegations in paragraph 199 of the Complaint and therefore denies them.

200.    BMCC is without sufficient information or belief to admit the allegations in paragraph 200 of the Complaint and therefore denies them.

201.    BMCC denies the allegations in the first sentence of paragraph 201 of the Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations in paragraph 201 of the Complaint and therefore denies them.

202.    BMCC is without sufficient information or belief to admit the allegations in paragraph 202 of the Complaint and therefore denies them.

203.    BMCC is without sufficient information or belief to admit the allegations in paragraph 203 of the Complaint and therefore denies them.

204.    BMCC denies the allegations in paragraph 204 of the Complaint.

205.    BMCC denies the allegations in paragraph 205 of the Complaint.

206.    BMCC admits that it is located in China.  BMCC denies the other allegations in paragraph 206 of the Complaint.

207.    BMCC is without sufficient information or belief to admit the allegations in paragraph 207 of the Complaint and therefore denies them.

208.    BMCC is without sufficient information or belief to admit the allegations in paragraph 208 of the Complaint and therefore denies them.

209.    BMCC is without sufficient information or belief to admit the allegations in paragraph 209 of the Complaint and therefore denies them.

210.   BMCC is without sufficient information or belief to admit the allegations in paragraph 210 of the Complaint and therefore denies them.

211.   BMCC is without sufficient information or belief to admit the allegations in paragraph 211 of the Complaint and therefore denies them.

212.   BMCC denies the allegations in paragraph 212 of the Complaint.

213.   BMCC is without sufficient information or belief to admit the allegations in paragraph 213 of the Complaint and therefore denies them.

214.   BMCC is without sufficient information or belief to admit the allegations in paragraph 214 of the Complaint and therefore denies them.

215.   BMCC is without sufficient information or belief to admit the allegations in the first and second sentences of paragraph 215 and therefore denies them.  BMCC denies the remaining allegations in paragraph 215 of the Complaint.

216.   BMCC is without sufficient information or belief to admit the allegations in paragraph 216 of the Complaint and therefore denies them.

217.   BMCC denies the allegations in paragraph 217 of the Complaint.

218.   BMCC is without sufficient information or belief to admit the allegations in paragraph 218 of the Complaint and therefore denies them.

219.   BMCC is without sufficient information or belief to admit the allegations in paragraph 219 of the Complaint and therefore denies them.

220.   BMCC is without sufficient information or belief to admit the allegations in paragraph 220 of the Complaint and therefore denies them.

221.   BMCC denies the allegations in paragraph 221 of the Complaint.

222.   Paragraph 222 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 222 of the Complaint, including all subparagraphs thereto.

1

## **PLAINTIFFS' INJURIES**

2       223.    Paragraph 223 consists of conclusions of law to which no response is required.

3  To the extent that a response is required, BMCC denies the allegations in paragraph 223 of the

4  Complaint.

5       224.    Paragraph 224 consists of conclusions of law to which no response is required.

6  To the extent that a response is required, BMCC denies the allegations in paragraph 224 of the

7  Complaint.

8       225.    Paragraph 225 consists of conclusions of law to which no response is required.

9  To the extent that a response is required, BMCC denies the allegations in paragraph 225 of the

10  Complaint.

11      226.    BMCC is without sufficient information or belief to admit the allegations in

12  paragraph 226 of the Complaint and therefore denies them.

13      227.    BMCC denies the allegations in paragraph 227 of the Complaint.

14      228.    BMCC denies the allegations in paragraph 228 of the Complaint.

15      229.    BMCC denies the allegations in paragraph 229 of the Complaint.

16

## **FRAUDULENT CONCEALMENT**

17      230.    Paragraph 230 consists of conclusions of law to which no response is required.

18  To the extent that a response is required, BMCC denies the allegations in paragraph 230 of the

19  Complaint.

20      231.    Paragraph 231 consists of conclusions of law to which no response is required.

21  To the extent that a response is required, BMCC denies the allegations in paragraph 231 of the

22  Complaint.

23      232.    Paragraph 232 consists of conclusions of law to which no response is required.

24  To the extent that a response is required, BMCC denies the allegations in paragraph 232 of the

25  Complaint.

26

27

28

233.     Paragraph 233 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 233 of the Complaint.

234.     Paragraph 234 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 234 of the Complaint.

235.     BMCC denies the allegations in paragraph 235 of the Complaint.

236.     BMCC denies the allegations in paragraph 236 of the Complaint.

237.     BMCC denies the allegations in paragraph 237 of the Complaint.

238.     BMCC denies the allegations in paragraph 238 of the Complaint.

239.     BMCC is without sufficient information or belief to admit the allegations in paragraph 239 of the Complaint and therefore denies them.

240.     BMCC is without sufficient information or belief to admit the allegations in paragraph 240 of the Complaint and therefore denies them.

241.     BMCC denies the allegations in paragraph 241 of the Complaint.

242.     BMCC denies the allegations in paragraph 242 of the Complaint.

## CLAIM FOR VIOLATIONS

243.     In response to paragraph 243 of the Complaint, BMCC restates its responses to paragraphs 1 through 242.

244.     BMCC denies the allegations in paragraph 244 of the Complaint.

245.     BMCC denies the allegations in paragraph 245 of the Complaint.

246.     BMCC denies the allegations in paragraph 246 of the Complaint.

247.     BMCC denies the allegations in paragraph 247 of the Complaint.

248.     BMCC denies the allegations in paragraph 248 of the Complaint, including all subparagraphs thereto.

249.     BMCC denies the allegations in paragraph 249 of the Complaint.

1    250.   In response to paragraph 250 of the Complaint, BMCC restates its responses to

2    paragraphs 1 through 249.

3    251.   BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 251 of the Complaint and therefore denies them.

5    252.   BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 252 of the Complaint and therefore denies them.

7    253.   BMCC denies the allegations in paragraph 253 of the Complaint.

8    254.   BMCC denies the allegations in paragraph 254 of the Complaint.

9    255.   BMCC denies the allegations in paragraph 255 of the Complaint, including all

10   subparagraphs thereto.

11   256.   BMCC denies the allegations in paragraph 256 of the Complaint, including all

12   subparagraphs thereto.

13   257.   BMCC denies the allegations in paragraph 257 of the Complaint.

14   258.   BMCC denies the allegations in paragraph 258 of the Complaint.

15   259.   In response to paragraph 259 of the Complaint, BMCC restates its responses to

16   paragraphs 1 through 258.

17   260.   BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 260 of the Complaint and therefore denies them.

19   261.   BMCC denies the allegations in paragraph 261 of the Complaint.

20   262.   BMCC denies the allegations in paragraph 262 of the Complaint.

21   263.   BMCC denies the allegations in paragraph 263 of the Complaint.

22   264.   BMCC denies the allegations in paragraph 264 of the Complaint.

23   265.   BMCC denies the allegations in paragraph 265 of the Complaint.

24   266.   BMCC denies the allegations in paragraph 266 of the Complaint.

25   267.   BMCC denies the allegations in paragraph 267 of the Complaint.

26   268.   In response to paragraph 268 of the Complaint, BMCC restates its responses to

27   paragraphs 1 through 267.

28

1   269.   BMCC is without sufficient information or belief to admit the allegations in

2   paragraph 269 of the Complaint and therefore denies them.

3   270.   BMCC denies the allegations in paragraph 270 of the Complaint.

4   271.   BMCC denies the allegations in paragraph 271 of the Complaint.

5   272.   BMCC denies the allegations in paragraph 272 of the Complaint.

6   273.   BMCC denies the allegations in paragraph 273 of the Complaint.

7   274.   BMCC denies the allegations in paragraph 274 of the Complaint.

8   275.   In response to paragraph 275 of the Complaint, BMCC restates its responses to

9   paragraphs 1 through 274.

10   276.   BMCC denies the allegations in paragraph 276 of the Complaint.

11   277.   BMCC denies the allegations in paragraph 277 of the Complaint.

12   278.   BMCC denies the allegations in paragraph 278 of the Complaint.

13   279.   BMCC denies the allegations in paragraph 279 of the Complaint.

14   280.   BMCC denies the allegations in paragraph 280 of the Complaint.

15   281.   BMCC denies the allegations in paragraph 281 of the Complaint.

16   282.   Paragraph 282 does not contain allegations of fact or law that require a response

17   from BMCC; however, to the extent that a response is required, BMCC denies the allegations in

18   paragraph 282 and denies that the relief sought by Plaintiffs is appropriate or available.

19   **PRAYER FOR RELIEF**

20   Plaintiffs' Prayer for Relief does not contain allegations of fact or law that require a

21   response from BMCC; however, to the extent that a response is required, BMCC denies the

22   allegations in the Prayer for Relief and all subparagraphs therein, and denies that the relief

23   sought by Plaintiffs is appropriate or available.

24   **JURY TRIAL DEMANDED**

25   Plaintiffs' request for a jury trial does not contain allegations of fact or law that require a

26   response from BMCC.

27

28

1

## DEFENSES

Without assuming any burden of proof that it otherwise would not bear under applicable law, BMCC asserts the following defenses to each and every cause of action alleged in the Complaint:

## FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by applicable statute(s) of limitations.

## THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine(s) of unclean hands, *in pari delicto* and equal responsibility.

## FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

## FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

## SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or otherwise unauthorized.

## SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to assert them individually or as a class.

## EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

1

**NINTH DEFENSE**

2       Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege

3   conspiracy with sufficient particularity.

4

**TENTH DEFENSE**

5       Plaintiffs' claims are barred, in whole or in part, because Plaintiffs did not detrimentally

6   rely upon any deceptive conduct as alleged in the Complaint.

7

**ELEVENTH DEFENSE**

8       Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any

9   injury in fact or damages as a result of the allegations in the Complaint.

10

**TWELFTH DEFENSE**

11      To the extent that Plaintiffs purport to have suffered injury or damages, the fact of which

12   BMCC specifically denies, BMCC avers that any such purported injury or damages was not by

13   reason of, or proximately caused by, any act, conduct or omission of BMCC.

14

**THIRTEENTH DEFENSE**

15      Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered

16   actual, cognizable antitrust injury of the type the antitrust laws are intended to remedy.

17

**FOURTEENTH DEFENSE**

18      Plaintiffs' claims are barred, in whole or in part, because the alleged damages are too

19   speculative and uncertain, and cannot be practicably ascertained or allocated.

20

**FIFTEENTH DEFENSE**

21      Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC

22   that is the subject of the Complaint either occurred outside the jurisdiction of the Court or was

23   neither directed to nor affected persons, entities, trade or commerce in the United States, or both.

24

**SIXTEENTH DEFENSE**

25      Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust

26   Improvements Act, 15 U.S.C. **§** 6a.  The conduct alleged by Plaintiffs in the Complaint to form

27

28

1   the basis of certain of Plaintiffs' claims has not had a direct, substantial, and reasonably

2   foreseeable effect on trade or commerce with the United States.

3   **SEVENTEENTH DEFENSE**

4       Plaintiffs are precluded from recovering damages, in whole or in part, because of and to

5   the extent of their failure to mitigate damages, if any.

6   **EIGHTEENTH DEFENSE**

7       Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable parties.

8   **NINETEENTH DEFENSE**

9       Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom

10   BMCC had no control.  The acts of such third parties constitute intervening or superseding

11   causes of harm, if any, suffered by Plaintiffs.

12   **TWENTIETH DEFENSE**

13       Plaintiffs' claims are barred, in whole or in part, because any action or omission by or on

14   behalf of BMCC alleged in the Complaint was reasonable, justified, and was taken in pursuit of

15   its own independent, legitimate business and economic interests, without any purpose or intent to

16   injure competition.

17   **TWENTY-FIRST DEFENSE**

18       Plaintiffs' claims are barred, in whole or in part, because the conduct of BMCC that is the

19   subject of the Complaint did not unreasonably restrain competition or lessen competition in any

20   relevant market and Plaintiffs have failed to allege or properly define any relevant market for the

21   purpose of asserting a claim against BMCC.

22   **TWENTY-SECOND DEFENSE**

23       Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged

24   acts, conduct, or statements that are specifically permitted by law.

25   **TWENTY-THIRD DEFENSE**

26       Plaintiffs' claims are barred, in whole or in part, to the extent such claims are inconsistent

27   with applicable federal laws.

28

1

**TWENTY-FOURTH DEFENSE**

2       Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive

3  relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the

4  requisite showing of threatened harm or continuing harm.

5

**TWENTY-FIFTH DEFENSE**

6       The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs and/or

7  certain members of the putative classes would be unjustly enriched if they were allowed to

8  recover any part of the damages alleged in the Complaint.

9

**TWENTY-SIXTH DEFENSE**

10       To the extent that any actionable conduct occurred, Plaintiffs' claims against BMCC are

11  barred because all such conduct would have been committed by individuals acting *ultra vires*.

12

**TWENTY-SEVENTH DEFENSE**

13       Plaintiffs' claims against BMCC are barred to the extent that they have agreed to

14  arbitration or chosen a different forum for the resolution of their claims.

15

**TWENTY-EIGHTH DEFENSE**

16       The relief sought by Plaintiffs is barred, in whole or in part, because any and all injuries

17  alleged in the Complaint, the fact and extent of which BMCC specifically denies, were directly

18  and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs

19  and/or third parties or entities, other than BMCC.

20

**TWENTY-NINTH DEFENSE**

21       Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs did not

22  purchase CRT products directly from Defendants, because they are indirect purchasers and

23  barred from maintaining an action under 15 U.S.C. **§** 1 for alleged injuries in that capacity.

24

**THIRTIETH DEFENSE**

25       Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or

26  confirmation of any and all conduct and/or omissions alleged as to BMCC.

27

**THIRTY-FIRST DEFENSE**

28

1   Plaintiffs' claims are barred because the Court lacks personal jurisdiction over BMCC.

2   **THIRTY-SECOND DEFENSE**

3   Without admitting that Plaintiffs are entitled to recover damages in this matter, BMCC is

4   entitled to set off from any recovery Plaintiffs may obtain against BMCC by any other

5   Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

6   **THIRTY-THIRD DEFENSE**

7   Plaintiffs' claims are barred due to uncertainty and vagueness and because their claims

8   are ambiguous and/or unintelligible.  BMCC avers that Plaintiffs' claims do not describe the

9   events or legal theories with sufficient particularity to permit BMCC to ascertain what other

10  defenses may exist.

11  **THIRTY-FOURTH DEFENSE**

12  Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC

13  involved or was caused by, due to, compelled by, based upon, or in response to directives, laws,

14  regulations, policies, and/or acts of foreign states, foreign governments, foreign governmental

15  agencies and entities, and/or foreign regulatory agencies.

16  **THIRTY-FIFTH DEFENSE**

17  Plaintiffs' claims or causes of action should be dismissed to the extent that they are

18  barred, in whole or in part, by the doctrine of *Noerr-Pennington*.

19  **THIRTY-SIXTH DEFENSE**

20  This Court should not adjudicate Plaintiffs' claims for prudential considerations including

21  international comity.

22  **THIRTY-SEVENTH DEFENSE**

23  The relief sought by Plaintiffs is barred, in whole or in part, because any alleged conduct

24  of BMCC occurred outside of the jurisdiction of the Court.

25  **THIRTY-EIGHTH DEFENSE**

26  Plaintiffs' claims are barred to the extent that they are based on conduct beyond the

27  territorial reach of the laws or courts of the United States.

28

DEFENDANT BMCC'S ANSWER TO PLAINTIFF ELECTROGRAPH'S FIRST AMENDED COMPLAINT
(Case No. 3:07-cv-5944; MDL No. 1917)        -28-

### THIRTY-NINTH DEFENSE

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

### FORTIETH DEFENSE

The injunctive relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have available an adequate remedy at law.

### FORTY-FIRST DEFENSE

BMCC adopts and incorporates by reference any applicable defense asserted or to be asserted by any other Defendant in this proceeding not otherwise expressly set forth herein insofar as the defense(s) may be properly asserted by BMCC.

### FORTY-SECOND DEFENSE

BMCC has not knowingly or intentionally waived any applicable defense(s) and hereby reserves the right to amend or supplement its Answer and to assert and rely on any other defenses as and if they become available.  BMCC further reserves the right to delete defenses that it determines are not applicable.

WHEREFORE, BMCC prays that:

1.      The Court dismiss with prejudice Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.'s First Amended Complaint;

2.      Plaintiffs recover no relief of any kind against defendant BMCC;

3.      The Court award defendant BMCC its attorneys' fees and all other costs reasonably incurred in defense of this action; and

4.      The Court award to defendant BMCC such other relief as it may deem just and proper.

1    Dated:  July 25, 2011                        FRESHFIELDS BRUCKHAUS
                                                  DERINGER US LLP
2
                                                  By:/s/ *Terry Calvani*
3                                                 Terry Calvani (CA Bar No. 53260)
                                                     Freshfields Bruckhaus Deringer
4                                                    US LLP
                                                  Email: terry.calvani@freshfields.com
5                                                 701 Pennsylvania Avenue NW, Suite 600
                                                  Washington, DC  20004
6                                                 Tel: (202) 777-4505
                                                  Fax: (202) 777-4555
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I, Terry Calvani, declare that I am over the age of eighteen (18) and not a party to the

3   within action.  I am counsel in the law firm of Freshfields Bruckhaus Deringer US LLP, 701

4   Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

5      On July 25, 2011, I caused a copy of the **DEFENDANT BEIJING MATSUSHITA**

6   **COLOR CRT CO., LTD.'S ANSWER TO ELECTROGRAPH SYSTEMS, INC. AND**

7   **ELECTROGRAPH TECHNOLOGIES CORP.'S FIRST AMENDED COMPLAINT** to be

8   filed electronically via the Court's Electronic Case Filing System, which constitutes service in

9   this action pursuant to the Court's order of September 29, 2008.

10

11   Dated:  July 25, 2011                    FRESHFIELDS BRUCKHAUS
                                             DERINGER US LLP
12
                                             By:/s/ *Terry Calvani*
13                                           Terry Calvani (CA Bar No. 53260)
                                                Freshfields Bruckhaus Deringer
14                                                US LLP
                                             Email: terry.calvani@freshfields.com
15                                           701 Pennsylvania Avenue NW, Suite 600
                                             Washington, DC  20004
16                                           Tel: (202) 777-4505
                                             Fax: (202) 777-4555
17
                                             ***Attorney for Defendant Beijing***
18                                           ***Matsushita Color CRT Co., Ltd.***

19

20

21

22

23

24

25

26

27

28