Jon V. Swenson  (SBN 233054)
Email: jon.swenson@bakerbotts.com
BAKER BOTTS LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7514
Facsimile: (650) 739-7614

John M. Taladay (admitted *pro hac vice*)
Joseph P. Ostoyich (admitted *pro hac vice*)
Andreas Stargard  (admitted *pro hac vice*)
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: andreas.stargard@bakerbotts.com
BAKER BOTTS LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 629-7712
Fax: (202) 585-1036

Attorneys for KONINKLIJKE PHILIPS ELECTRONICS N.V.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| ELECTROGRAPH SYSTEMS, INC., et al. | Case No. 07-5944-SC |
| Plaintiffs, | MDL No. 1917 |
| v. | **ANSWER OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION TO ELECTROGRAPH SYSTEMS, INC. AND ELECTROGRAPH TECHNOLOGIES CORP.'S FIRST AMENDED COMPLAINT** |
| HITACHI, LTD., et al., | |
| Defendants. | **Trial Date:  None Set** |

1    Defendant Philips Electronics North America Corporation ("PENAC"), by and through

2    its undersigned counsel of record, answers Electrograph Systems, Inc. and Electrograph

3    Technologies Corp.'s (collectively "Plaintiffs") First Amended Complaint (the "Amended

4    Complaint") and alleges additional or affirmative defenses as follows.  PENAC denies each and

5    every allegation in the Amended Complaint's section headings and in all portions of the

6    Amended Complaint not contained in numbered paragraphs.  To the extent that the Amended

7    Complaint's allegations concern persons and/or entities other than PENAC, PENAC denies that

8    such allegations support any claim for relief against PENAC.

9    PENAC responds to the Amended Complaint in accordance with the Court's May 26,

10   2011 Order Regarding Service of Complaint and Applicability of Prior Discovery Orders.

11                                    **I.  Introduction**

12   1.    To the extent that the allegations of Paragraph 1 relate to other defendants or a

13   plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

14   therefore denies them.  To the extent that the allegations of Paragraph 1 relate to PENAC,

15   PENAC denies all the allegations of Paragraph 1.

16   2.    To the extent that the allegations of Paragraph 2 relate to other defendants,

17   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

18   denies them.  To the extent the allegations of Paragraph 2 related to PENAC, PENAC denies all

19   of those allegations.  To the extent that the allegations of Paragraph 2 are definitional, PENAC

20   avers that no response is required.  PENAC avers that the use of the term "CRT Products",

21   which improperly conflates numerous distinct and non-substitutable products (of, among other

22   things, various sizes, quantities, uses, technologies, and products at different points in the

23   production chain) together, renders the allegations of the Amended Complaint indefinite and

24   uncertain.

25   3.    To the extent that the allegations of Paragraph 3 relate to other defendants or a

26   plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

27   therefore denies them.  To the extent the allegations of Paragraph 3 relate to PENAC, PENAC

28

1    denies all of those allegations.  PENAC otherwise lacks knowledge or information sufficient to

2    form a belief as to the truth of the allegations of Paragraph 3, and therefore denies them.

3           4.      To the extent that the allegations of Paragraph 4 relate to other defendants or a

4    plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

5    therefore denies them.  To the extent the allegations of Paragraph 4 relate to PENAC, PENAC

6    denies all of those allegations.  PENAC otherwise lacks knowledge or information sufficient to

7    form a belief as to the truth of the allegations of Paragraph 4, and therefore denies them.

8           5.      To the extent that the allegations of Paragraph 5 and its subparts relate to other

9    defendants or a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to

10   their truth, and therefore denies them.  To the extent the allegations of Paragraph 5 relate to

11   PENAC, PENAC denies all of those allegations.

12          6.      To the extent that the allegations of Paragraph 6 relate to other defendants or a

13   plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

14   therefore denies them.  To the extent the allegations of Paragraph 6 relate to PENAC, PENAC

15   denies all of those allegations.

16          7.      PENAC lacks knowledge or information sufficient to form a belief as to the truth

17   of the allegations of Paragraph 7, and therefore denies them.

18          8.      PENAC admits that government authorities in the United States, the European

19   Union, Japan and South Korea have commenced investigations of the CRT industry, the details

20   of which are matters of public record and such records speak for themselves.  PENAC otherwise

21   lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the

22   allegations of Paragraph 8, and therefore denies them.

23          9.      To the extent the allegations of Paragraph 9 relate to Plaintiffs or other

24   defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of

25   those allegations and therefore denies them.  To the extent that the allegations of Paragraph 9

26   relate to PENAC, PENAC denies all of those allegations.  PENAC denies that Plaintiffs are

27   entitled to any relief.

28

ANSWER TO FIRST AMENDED COMPLAINT

1

## II. ALLEGATIONS Concerning Jurisdiction and Venue

2

10.     PENAC admits that Plaintiffs purport to bring this action to obtain injunctive

3      relief and to recover damages for alleged violations of Section 1 of the Sherman Act (15 U.S.C.

4      § 1), and to recover damages under state antitrust, unfair competition and consumer protection

5      laws, but denies that Plaintiffs are entitled to any relief under any of these statutes.

6

11.     PENAC admits that Plaintiffs purport to bring this action to obtain injunctive

7      relief and to recover damages for alleged violations of Section 16750(a) and other sections of the

8      California Business and Professions Code, also known as the Cartwright Act, and sections of the

9      California Business and Professions Code, but denies that Plaintiffs are entitled to any relief

10     under any of these statutes.

11

12.     PENAC admits that Plaintiffs purport to bring this action to obtain injunctive

12     relief and to recover damages for alleged violations of Section 340 of the New York General

13     Business Law, also known as the Donnelly Act and of Section 349 et seq. of the New York

14     General Business Law, but denies that Plaintiffs are entitled to any relief under any of these

15     statutes.

16

13.     PENAC avers that the allegations of Paragraph 13 regarding jurisdiction

17     constitute legal conclusions and/or conclusions to which no response is required.  To the extent

18     that the allegations contained in Paragraph 13 may be deemed to require a response from

19     PENAC, PENAC denies that this district has subject matter jurisdiction based on the conduct of

20     PENAC as alleged in the Amended Complaint.

21

14.      PENAC avers that the allegations of Paragraph 14 regarding jurisdiction

22     constitute legal conclusions and/or conclusions to which no response is required.  To the extent

23     that the allegations contained in Paragraph 14 may be deemed to require a response from

24     PENAC, and to the extent the allegations of Paragraph 14 relate to other defendants, PENAC

25     lacks knowledge or information sufficient to form a belief as to the truth of those allegations and

26     therefore denies them.  To the extent that the allegations contained in Paragraph 14 may be

27     deemed to require a response from PENAC, and to the extent the allegations of Paragraph 14

28

ANSWER TO FIRST AMENDED COMPLAINT

CASE NO. 07-5944-SC
MDL NO. 1917

relate to PENAC, PENAC denies these allegations.

15.     PENAC avers that the allegations of Paragraph 15 regarding jurisdiction constitute legal conclusions and/or conclusions to which no response is required.  To the extent that the allegations contained in Paragraph 15 may be deemed to require a response from PENAC, and to the extent the allegations of Paragraph 15 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them.  To the extent that the allegations contained in Paragraph 15 may be deemed to require a response from PENAC, and to the extent the allegations of Paragraph 15 relate to PENAC, PENAC denies these allegations.

16.     PENAC avers that the allegations of Paragraph 16 regarding jurisdiction constitute legal conclusions and/or conclusions to which no response is required.  To the extent that the allegations contained in Paragraph 16 may be deemed to require a response from PENAC, PENAC denies that this district has subject matter jurisdiction based on the conduct of PENAC as alleged in the Amended Complaint.

17.     PENAC avers that the allegations of Paragraph 17 regarding jurisdiction constitute legal conclusions and/or conclusions to which no response is required.  To the extent that the allegations contained in Paragraph 17 may be deemed to require a response from PENAC, PENAC denies that venue lies in this district based on the conduct of PENAC as alleged in the Amended Complaint.

### III.A.  ALLEGATIONS CONCERNING PLAINTIFFS

18.     To the extent that the allegations of Paragraph 18 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 18 relate to PENAC, PENAC denies all of the allegations.

19.     To the extent that the allegations of Paragraph 19 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

-4-

therefore denies them.  To the extent the allegations of Paragraph 19 relate to PENAC, PENAC denies all of the allegations.

20.     To the extent that the allegations of Paragraph 20 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 20 relate to PENAC, PENAC denies all of the allegations.

### III.B.  ALLEGATIONS CONCERNING PLAINTIFFS' CORPORATE HISTORY

21.     To the extent that the allegations of Paragraph 21 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 21 relate to PENAC, PENAC denies all of the allegations.

22.     To the extent that the allegations of Paragraph 22 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 22 relate to PENAC, PENAC denies all of the allegations.

23.     To the extent that the allegations of Paragraph 23 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 23 relate to PENAC, PENAC denies all of the allegations.

24.     To the extent that the allegations of Paragraph 24 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 24 relate to PENAC, PENAC denies all of the allegations.

25.     To the extent that the allegations of Paragraph 25 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

1  therefore denies them.  To the extent the allegations of Paragraph 25 relate to PENAC, PENAC

2  denies all of the allegations.

3      26.    To the extent that the allegations of Paragraph 26 relate to other defendants or to a

4  plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

5  therefore denies them.  To the extent the allegations of Paragraph 26 relate to PENAC, PENAC

6  denies all of the allegations.

7      27.    To the extent that the allegations of Paragraph 27 relate to other defendants or to a

8  plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

9  therefore denies them.  To the extent the allegations of Paragraph 27 relate to PENAC, PENAC

10  denies all of the allegations.

11     28.    To the extent that the allegations of Paragraph 28 relate to other defendants or to a

12  plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

13  therefore denies them.  To the extent the allegations of Paragraph 28 relate to PENAC, PENAC

14  denies all of the allegations.

15     29.    To the extent that the allegations of Paragraph 29 relate to other defendants or to a

16  plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

17  therefore denies them.  To the extent the allegations of Paragraph 29 relate to PENAC, PENAC

18  denies all of the allegations.

19     30.    To the extent that the allegations of Paragraph 30 relate to other defendants or to a

20  plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

21  therefore denies them.  To the extent the allegations of Paragraph 30 relate to PENAC, PENAC

22  denies all of the allegations.

23     31.    To the extent that the allegations of Paragraph 31 relate to other defendants or to a

24  plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

25  therefore denies them.  To the extent the allegations of Paragraph 31 relate to PENAC, PENAC

26  denies all of the allegations.

27

28

ANSWER TO FIRST AMENDED COMPLAINT

CASE NO. 07-5944-SC
MDL NO. 1917

32.     To the extent that the allegations of Paragraph 32 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 32 relate to PENAC, PENAC denies all of the allegations.

33.     To the extent that the allegations of Paragraph 33 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 33 relate to PENAC, PENAC denies all of the allegations.

### III.C.  ALLEGATIONS CONCERNING DEFENDANTS

34.     The allegations of Paragraph 34 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 34 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

35.     The allegations of Paragraph 35 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 35 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

36.     The allegations of Paragraph 36 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 36 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

37.     The allegations of Paragraph 37 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 37 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

38.     The allegations of Paragraph 38 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of

-7-

Paragraph 38 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

39.     The allegations of Paragraph 39 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 39 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

40.     The allegations of Paragraph 40 are an explanation of terminology, for which no response is required.

41.     The allegations of Paragraph 41 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 41 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

42.     The allegations of Paragraph 42 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 42 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

43.     The allegations of Paragraph 43 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 43 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

44.     The allegations of Paragraph 44 are an explanation of terminology, for which no response is required.

45.     The allegations of Paragraph 45 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 45 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of

-8-

Paragraph 45 relate to PENAC, PENAC denies them, with the exception of matters specifically admitted herein as follows.   PENAC admits that LG.Philips Displays was formed in 2001.

46.     The allegations of Paragraph 46 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 46 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

47.     The allegations of Paragraph 47 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 47 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

48.     The allegations of Paragraph 48 are an explanation of terminology, for which no response is required.

49.     The allegations of Paragraph 49 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 49 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  PENAC denies that Koninklijke Philips Electronics N.V. ever exerted control over LG.Philips.  To the extent that the allegations of Paragraph 49 relate to PENAC, PENAC denies them, with the exception of matters specifically admitted herein as follows.  PENAC admits that LG.Philips Displays was formed in 2001 and that Koninklijke Philips Electronics N.V.'s shareholdings in the joint venture were expunged in 2007.

50.     The allegations of Paragraph 50 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 50 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

51.     The allegations of Paragraph 51 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of

1 Paragraph 51 relate to other defendants, PENAC lacks knowledge or information sufficient to

2 form a belief as to their truth, and therefore denies them.

3      52.    The allegations of Paragraph 52 are an explanation of terminology, for which no

4 response is required.

5      53.    The allegations of Paragraph 53 are not directed at PENAC and, therefore, no

6 response is required.  To the extent that a response is required and that the allegations of

7 Paragraph 53 relate to other defendants, PENAC lacks knowledge or information sufficient to

8 form a belief as to their truth, and therefore denies them.

9      54.    The allegations of Paragraph 54 are not directed at PENAC and, therefore, no

10 response is required.  To the extent that a response is required and that the allegations of

11 Paragraph 54 relate to other defendants, PENAC lacks knowledge or information sufficient to

12 form a belief as to their truth, and therefore denies them.

13      55.    The allegations of Paragraph 55 are not directed at PENAC and, therefore, no

14 response is required.  To the extent that a response is required and that the allegations of

15 Paragraph 55 relate to PENAC, lacks knowledge or information sufficient to form a belief as to

16 their truth, and therefore denies them, except as follows:  PENAC admits Koninklijke Philips

17 Electronics N.V. ("KPE") transferred its CRT business to a joint venture with LG in 2001.

18 PENAC denies that it manufactured, sold, or distributed CRT Products on behalf of KPE in the

19 United States.  PENAC lacks knowledge or information sufficient to form a belief as to the truth

20 of the balance of the allegations of Paragraph 55 and therefore denies them.

21      56.    PENAC admits the first sentence of Paragraph 56.  PENAC admits that it is an

22 indirect subsidiary of KPE. Owing to the vagueness and ambiguity of the term "CRT Products,"

23 PENAC denies the second sentence of Paragraph 56.  PENAC denies that KPE dominated or

24 controlled its finances, policies or affairs of PENAC.

25      57.     PENAC lacks knowledge or information sufficient to form a belief as to the truth

26 of the allegations of Paragraph 57, and therefore denies them.

27

28

ANSWER TO FIRST AMENDED COMPLAINT

CASE NO. 07-5944-SC
MDL NO. 1917

1    58.    PENAC lacks knowledge or information sufficient to form a belief as to the truth

2    of the allegations of Paragraph 58, and therefore denies them.

3    59.    The allegations of Paragraph 59 are an explanation of terminology, for which no

4    response is required.  PENAC avers, however, that Paragraph 59 renders the Amended

5    Complaint indefinite and uncertain as to PENAC.

6    60.    The allegations of Paragraph 60 are not directed at PENAC and, therefore, no

7    response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

8    belief as to the truth of the allegations of Paragraph 60, and therefore denies them.

9    61.    The allegations of Paragraph 61 are not directed at PENAC and, therefore, no

10   response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

11   belief as to the truth of the allegations of Paragraph 61, and therefore denies them.

12   62.    The allegations of Paragraph 62 are not directed at PENAC and, therefore, no

13   response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

14   belief as to the truth of the allegations of Paragraph 62, and therefore denies them.

15   63.    The allegations of Paragraph 63 are not directed at PENAC and, therefore, no

16   response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

17   belief as to the truth of the allegations of Paragraph 63, and therefore denies them.

18   64.    The allegations of Paragraph 64 are not directed at PENAC and, therefore, no

19   response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

20   belief as to the truth of the allegations of Paragraph 64, and therefore denies them.

21   65.    The allegations of Paragraph 65 are not directed at PENAC and, therefore, no

22   response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

23   belief as to the truth of the allegations of Paragraph 65, and therefore denies them.

24   66.    The allegations of Paragraph 66 are not directed at PENAC and, therefore, no

25   response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

26   belief as to the truth of the allegations of Paragraph 66, and therefore denies them.

27

28

-11-

67.     The allegations of Paragraph 67 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 67, and therefore denies them.

68.     The allegations of Paragraph 68 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68, and therefore denies them.

69.     The allegations of Paragraph 69 are an explanation of terminology, for which no response is required.

70.     The allegations of Paragraph 70 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 70, and therefore denies them.

71.     The allegations of Paragraph 71 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 71, and therefore denies them.

72.     The allegations of Paragraph 72 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 72, and therefore denies them.

73.     The allegations of Paragraph 73 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73, and therefore denies them.

74.     The allegations of Paragraph 74 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74, and therefore denies them.

75.     The allegations of Paragraph 75 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 75, and therefore denies them.

ANSWER TO FIRST AMENDED COMPLAINT

CASE NO. 07-5944-SC
MDL NO. 1917

1  76.     The allegations of Paragraph 76 are not directed at PENAC and, therefore, no

2  response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

3  belief as to the truth of the allegations of Paragraph 76, and therefore denies them.

4  77.     The allegations of Paragraph 77 are an explanation of terminology, for which no

5  response is required.

6

7  **IV.  ALLEGATIONS CONCERNING AGENTS AND CO-CONSPIRATORS**

8  78.     To the extent that the allegations of Paragraph 78 relate to other defendants or to a

9  plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

10 therefore denies them.  To the extent the allegations of Paragraph 78 relate to PENAC, PENAC

11 denies all of the allegations.

12 79.     The allegations of Paragraph 79 are ambiguous and/or unintelligible.  To the

13 extent they are intelligible, the allegations of Paragraph 79 state legal conclusions to which no

14 response is required.  To the extent the allegations of Paragraph 79 relate to PENAC, PENAC

15 denies all of the allegations.

16 80.     To the extent that the allegations of Paragraph 80 relate to other defendants or to a

17 plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and

18 therefore denies them.  To the extent the allegations of Paragraph 80 relate to PENAC, PENAC

19 denies all of the allegations.

20 81.     The allegations of Paragraph 81 are not directed at PENAC and, therefore, no

21 response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

22 belief as to the truth of the allegations of Paragraph 81, and therefore denies them.

23 82.     The allegations of Paragraph 82 are not directed at PENAC and, therefore, no

24 response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

25 belief as to the truth of the allegations of Paragraph 82, and therefore denies them.

26 83.     The allegations of Paragraph 83 are not directed at PENAC and, therefore, no

27 response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

28 belief as to the truth of the allegations of Paragraph 83, and therefore denies them.

-13-

84.     The allegations of Paragraph 84 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 84, and therefore denies them.

85.     The allegations of Paragraph 85 are not directed at PENAC and, therefore, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 85, and therefore denies them.

86.     The allegations of Paragraph 86 are restatements of the allegations made in Paragraph 78 of Plaintiffs' Amended Complaint.  PENAC responds by referring to and incorporating in full its answer to Paragraph 78 herein, as follows: To the extent that the allegations of Paragraph 86 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 86 relate to PENAC, PENAC denies all of the allegations.

## V.  Allegations Concerning Trade and Commerce

87.     To the extent that the allegations in Paragraph 87 concern defendants other than PENAC, PENAC is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies them.  The allegations in Paragraph 87 regarding "continuous and interrupted flow of interstate commerce and international commerce" are legal contentions to which no response is required.  To the extent the remaining allegations in Paragraph 87 require a response, PENAC denies them.

88.     PENAC denies the allegations of Paragraph 88.

89.     The allegations of Paragraph 89 are legal contentions to which no response is required.  To the extent a response is required and the allegations of in Paragraph 89 concern PENAC, PENAC denies them.  To the extent that the allegations in Paragraph 89 concern defendants other than PENAC, PENAC is without knowledge or information sufficient to form a belief as to the truth of those allegations, and, on that basis, denies them.

-14-

1

## VII. [sic]  Factual Allegations

2
3

90.     PENAC admits that the allegations in Paragraph 90 and its subparts purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

4
5

91.     PENAC admits that the allegations in Paragraph 91 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

6

92.     PENAC denies the allegations in Paragraph 92.

7
8

93.     PENAC admits that the allegations in Paragraph 93 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.

9
10
11

94.     PENAC admits that the allegations in Paragraph 94 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.  PENAC admits that CDTs and CPTs constitute different products.

12
13
14

95.     PENAC admits that the allegations in Paragraph 95 purport to describe CRT technology, but PENAC denies that such descriptions are accurate or complete.  PENAC denies the remainder of the allegations in Paragraph 95.

15
16
17
18
19

96.      PENAC avers that the allegations of Paragraph 96 regarding markets constitute legal conclusions and/or are vague and ambiguous, and unintelligible.  Owing to the vagueness and ambiguity of the terms "CRT Products," "markets," and "intertwined," PENAC denies the allegations of Paragraph 96.  To the extent that the allegations contained in Paragraph 96 may be deemed to require a response from PENAC, PENAC denies the allegations.

20
21
22
23
24

97.     To the extent that the allegations of Paragraph 97 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 97 relate to PENAC, PENAC denies all of the allegations, and further responds by referring to and incorporating its vagueness and ambiguity objections in its answer to Paragraph 96 herein.

25
26
27

98.     To the extent that the allegations of Paragraph 98 relate to other defendants or to a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 98 relate to PENAC, PENAC

28

-15-

1   denies all of the allegations, and further responds by referring to and incorporating its vagueness

2   and ambiguity objections in its answer to Paragraph 96 herein.

3        99.    To the extent the allegations of Paragraph 99 relate to Plaintiffs or other

4   defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of

5   those allegations and therefore denies them.

6        100.    The allegations of Paragraph 100 are legal contentions to which no response is

7   required.  To the extent that a response is required, PENAC denies each and every allegation in

8   Paragraph 100.

9        101.    The allegations in the first and third sentences of Paragraph 101 are legal

10  contentions to which no response is required.  To the extent the other allegations in Paragraph

11  101 concern defendants other than PENAC, PENAC is without knowledge or information

12  sufficient to form a belief as to the truth of the allegations and, on that basis, denies them.

13       102.    To the extent the allegations in Paragraph 102 concern defendants other than

14  PENAC, PENAC is without knowledge or information sufficient to form a belief as to the truth

15  of the allegations and, on that basis, denies them.  To the extent the allegations of Paragraph 102

16  are legal contentions, no response is required.  To the extent that the allegations in Paragraph 102

17  concern PENAC, PENAC denies them.

18       103.    To the extent the allegations in Paragraph 103 concern defendants other than

19  PENAC, PENAC is without knowledge or information sufficient to form a belief as to the truth

20  of the allegations and, on that basis, denies them.  To the extent the allegations of Paragraph 103

21  are legal contentions, no response is required.  To the extent that the allegations in Paragraph 103

22  concern PENAC, PENAC denies them.

23       104.    The allegations in Paragraph 104 are legal contentions to which no response is

24  required. To the extent that a response is required, PENAC admits that LG.Philips Displays was

25  formed in 2001.  To the extent that the allegations of Paragraph 104 relate to other defendants,

26  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

27  denies them.

28

-16-

1    105.    The allegations of Paragraph 105 are legal contentions to which no response is

2  required.  To the extent that a response is required, PENAC denies each and every allegation in

3  Paragraph 105.

4    106.    To the extent that the allegations of Paragraph 106 relate to other defendants,

5  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

6  denies them.  To the extent the allegations of Paragraph 106 relate to PENAC, PENAC denies all

7  of the allegations with the exception of matters specifically admitted herein as follows.   PENAC

8  admits that LG.Philips Displays was formed in 2001.  PENAC admits that LG.Philips LCD Co.,

9  Ltd. was formed in 1999.

10    107.    The allegations in Paragraph 107 are legal contentions to which no response is

11  required.  To the extent that a response is required, PENAC denies each and every allegation in

12  Paragraph 107.

13    108.    To the extent the allegations of Paragraph 108 relate to Plaintiffs or other

14  defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of

15  those allegations and therefore denies them.  To the extent that the allegations of Paragraph 108

16  relate to PENAC, PENAC denies all of those allegations.

17    109.    The allegations in Paragraph 109 are legal contentions to which no response is

18  required.  To the extent that a response is required, PENAC denies the allegation.

19    110.    The second sentence of Paragraph 110 is a legal contention to which no response

20  is required.  PENAC lacks knowledge or information to form a belief as to the truth of the

21  remaining allegations of Paragraph 110, and therefore denies them.

22    111.    PENAC lacks knowledge or information to form a belief as to the truth regarding

23  the allegations contained in the first and third sentences of Paragraph 111, and therefore denies

24  them.  To the extent that the remaining allegations of Paragraph 111 relate to other defendants,

25  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

26  denies them.  To the extent the remaining allegations of Paragraph 111 relate to PENAC,

27  PENAC denies all of the allegations.

28

-17-

112.    PENAC lacks knowledge or information to form a belief as to the truth regarding the allegations contained in the second sentence of Paragraph 112, and therefore denies them. To the extent that the remaining allegations of Paragraph 112 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the remaining allegations of Paragraph 112 relate to PENAC, PENAC denies all of the allegations.

113.    PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 113, and therefore denies them.

114.    PENAC lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 114, and therefore denies them.

115.    PENAC denies the allegations of Paragraph 115.

116.    The allegations in Paragraph 116 are legal contentions to which no response is required.  To the extent that the allegations contained in Paragraph 116 may be deemed to require a response from PENAC, PENAC denies them.

117.    To the extent that the allegations of Paragraph 117 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 117 relate to PENAC, PENAC denies all of the allegations.

118.    To the extent that the allegations of Paragraph 118 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 118 relate to PENAC, PENAC denies all of the allegations.

119.    PENAC denies each and every allegation of Paragraph 119.

120.    To the extent that the allegations of Paragraph 120 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 120 relate to PENAC, PENAC denies all of the allegations.

-18-

121.   The allegations of Paragraph 121 relate to other defendants, and PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

122.   To the extent that the allegations of Paragraph 122 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 122 relate to PENAC, PENAC denies all of the allegations.

123.   PENAC denies each and every allegation of Paragraph 123.

124.   To the extent that the allegations of Paragraph 124 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 124 relate to PENAC, PENAC denies all of the allegations.

125.   To the extent that the allegations of Paragraph 125 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 125 relate to PENAC, PENAC denies all of the allegations.

126.   To the extent that the allegations of Paragraph 126 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 126 relate to PENAC, PENAC denies all of the allegations.

127.   To the extent that the allegations of Paragraph 127 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 127 relate to PENAC, PENAC denies all of the allegations.

128.   To the extent that the allegations of Paragraph 128 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 128 relate to PENAC, PENAC denies all of the allegations.

-19-

129.    To the extent that the allegations of Paragraph 129 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 129 relate to PENAC, PENAC denies all of the allegations.

130.    To the extent that the allegations of Paragraph 130 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 130 relate to PENAC, PENAC denies all of the allegations.

131.    To the extent that the allegations of Paragraph 131 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 131 relate to PENAC, PENAC denies all of the allegations.

132.    To the extent that the allegations of Paragraph 132 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 132 relate to PENAC, PENAC denies all of the allegations.

133.    To the extent that the allegations of Paragraph 133 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 133 relate to PENAC, PENAC denies all of the allegations.

134.    To the extent that the allegations of Paragraph 134 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 134 relate to PENAC, PENAC denies all of the allegations.

135.    To the extent that the allegations of Paragraph 135 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

-20-

1    denies them.  To the extent the allegations of Paragraph 135 relate to PENAC, PENAC denies all

2    of the allegations

3          136.    To the extent that the allegations of Paragraph 136 relate to other defendants,

4    PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

5    denies them.  To the extent the allegations of Paragraph 136 relate to PENAC, PENAC denies all

6    of the allegations.

7          137.    To the extent that the allegations of Paragraph 137 and each of its subparts relate

8    to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to

9    their truth, and therefore denies them.  To the extent the allegations of Paragraph 137 and each of

10   its subparts relate to PENAC, PENAC denies all of the allegations.

11         138.    To the extent that the allegations of Paragraph 138 relate to other defendants,

12   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

13   denies them.  To the extent the allegations of Paragraph 138 relate to PENAC, PENAC denies all

14   of the allegations.

15         139.    To the extent that the allegations of Paragraph 139 relate to other defendants,

16   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

17   denies them.  To the extent the allegations contained in Paragraph 139 refer to public statements

18   by the government authorities there listed, those statements speak for themselves and no

19   response is required.  PENAC otherwise denies the allegations of Paragraph 139.

20         140.    To the extent that the allegations of Paragraph 140 relate to other defendants,

21   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

22   denies them.  To the extent the allegations of Paragraph 140 relate to PENAC, PENAC denies all

23   of the allegations.

24         141.    To the extent that the allegations of Paragraph 141 relate to other defendants,

25   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

26   denies them.  To the extent the allegations of Paragraph 141 relate to PENAC, PENAC denies all

27   of the allegations.

28

-21-

1
2
3
4

142.    To the extent that the allegations of Paragraph 142 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 142 relate to PENAC, PENAC denies all of the allegations.

5
6
7
8

143.    To the extent that the allegations of Paragraph 143 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 143 relate to PENAC, PENAC denies all of the allegations.

9
10
11
12

144.    To the extent that the allegations of Paragraph 144 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 144 relate to PENAC, PENAC denies all of the allegations.

13
14
15
16

145.    To the extent that the allegations of Paragraph 145 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 145 relate to PENAC, PENAC denies all of the allegations.

17
18
19
20
21

146.    The allegations of Paragraph 146 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 146 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 146 relate to PENAC, PENAC denies all of the allegations.

22
23
24
25
26

147.    The allegations of Paragraph 147 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 147 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 147 relate to PENAC, PENAC denies all of the allegations.

27
28

148.    The allegations of Paragraph 148 are not directed at PENAC and, therefore, no

-22-

1    response is required.  To the extent that a response is required and that the allegations of

2    Paragraph 148 relate to other defendants, PENAC lacks knowledge or information sufficient to

3    form a belief as to their truth, and therefore denies them.  To the extent the allegations of

4    Paragraph 148 relate to PENAC, PENAC denies all of the allegations.

5         149.    The allegations of Paragraph 149 are not directed at PENAC and, therefore, no

6    response is required.  To the extent that a response is required and that the allegations of

7    Paragraph 149 relate to other defendants, PENAC lacks knowledge or information sufficient to

8    form a belief as to their truth, and therefore denies them.  To the extent the allegations of

9    Paragraph 149 relate to PENAC, PENAC denies all of the allegations.

10        150.    The allegations of Paragraph 150 are not directed at PENAC and, therefore, no

11   response is required.  To the extent that a response is required and that the allegations of

12   Paragraph 150 relate to other defendants, PENAC lacks knowledge or information sufficient to

13   form a belief as to their truth, and therefore denies them.  To the extent the allegations of

14   Paragraph 150 relate to PENAC, PENAC denies all of the allegations.

15        151.    To the extent that the allegations of Paragraph 151 relate to other defendants,

16   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

17   denies them.  PENAC denies that an entity named LP Displays existed during the 2001-2006

18   time period alleged in Paragraph 151.  To the extent the allegations of Paragraph 151 relate to

19   PENAC, PENAC denies all of the allegations.  PENAC specifically denies that any employee of

20   LP Displays or LG.Philips Displays attended any meeting described in this Paragraph on its

21   behalf.  PENAC was at all times a wholly separate corporate entity from both LP Displays and

22   LG.Philips Displays.

23        152.    The allegations of Paragraph 152 are not directed at PENAC and, therefore, no

24   response is required.  To the extent that a response is required and that the allegations of

25   Paragraph 152 relate to other defendants, PENAC lacks knowledge or information sufficient to

26   form a belief as to their truth, and therefore denies them.  To the extent the allegations of

27   Paragraph 152 relate to PENAC, PENAC denies all of the allegations.

28

-23-

153.    The allegations of Paragraph 153 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 153 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 153 relate to PENAC, PENAC denies all of the allegations.

154.    The allegations of Paragraph 154 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 154 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 154 relate to PENAC, PENAC denies all of the allegations.

155.    The allegations of Paragraph 155 are not directed at PENAC and, therefore, no response is required.  To the extent that a response is required and that the allegations of Paragraph 155 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 155 relate to PENAC, PENAC denies all of the allegations.

156.    To the extent that the allegations of Paragraph 156 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 156 relate to PENAC, PENAC denies them.

157.    To the extent that the allegations of Paragraph 157 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 157 relate to PENAC, PENAC denies them.

158.    To the extent that the allegations of Paragraph 158 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 158 relate to PENAC, PENAC denies all of the allegations.

-24-

159.     To the extent that the allegations of Paragraph 159 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 159 relate to PENAC, PENAC denies all of the allegations.

160.     To the extent that the allegations of Paragraph 160 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 160 relate to PENAC, PENAC denies all of the allegations.

161.     To the extent that the allegations of Paragraph 161 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 161 relate to PENAC, PENAC denies all of the allegations.

162.     To the extent that the allegations of Paragraph 162 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 162 relate to PENAC, PENAC denies all of the allegations.

163.     To the extent that the allegations of Paragraph 163 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 163 relate to PENAC, PENAC denies all of the allegations.

164.     To the extent that the allegations of Paragraph 164 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 164 relate to PENAC, PENAC denies all of the allegations.

165.     The first sentence of Paragraph 165 is an explanation of terminology to which no response is required.  The allegations of Paragraph 165 also state legal contentions to which no response is required.  To the extent that the remaining allegations of Paragraph 165 relate to

-25-

1    other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their

2    truth, and therefore denies them.  To the extent that the remaining allegations of Paragraph 165

3    relate to PENAC, PENAC denies all of the allegations.

4          166.    PENAC lacks knowledge or information sufficient to form a belief as to the truth

5    of the allegations of Paragraph 166, and therefore denies them.

6          167.    The allegations contained in Paragraph 167 are vague and ambiguous, as they do

7    not identify any underlying product or service, and therefore PENAC denies them.  To the extent

8    that the allegations contained in Paragraph 167 were derived from analyst reports, those reports

9    speak for themselves and no response is required.

10         168.    To the extent that the allegations contained in Paragraph 168 were derived from

11   analyst reports, those reports speak for themselves and no response is required.  To the extent the

12   allegations in Paragraph 168 concern defendants other than PENAC, PENAC is without

13   knowledge or information sufficient to form a belief as to the truth of the allegations and, on that

14   basis, denies them.

15         169.    The first sentence of Paragraph 169 is a legal contention to which no response is

16   required.  With regard to the second and third sentences of Paragraph 169, to the extent that

17   these allegations were derived from or purport to quote analyst reports, those reports speak for

18   themselves and no response is required.  With regard to the last sentence of Paragraph 169,

19   PENAC lacks knowledge or information sufficient to form a belief as to the truth of those

20   allegations and therefore denies them.

21         170.    To the extent that the allegations in Paragraph 170 purport to quote an analyst

22   report, that report speaks for itself and no response is required.

23         171.    With regard to first and second sentence of Paragraph 171, PENAC lacks

24   knowledge or information sufficient to form a belief as to the truth of the allegations, and

25   therefore denies them.  With regard to the third sentence of Paragraph 171, to the extent that the

26   allegations relate to other defendants, PENAC lacks knowledge or information sufficient to form

27   a belief as to their truth, and therefore denies them.  With regard to the third sentence of

28

-26-

Paragraph 171, to the extent the allegations relate to PENAC, PENAC denies all of the allegations.

172.    To the extent that the allegations of Paragraph 172 are derived from or purport to quote an analyst report, that report speaks for itself and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 172, and therefore denies them.

173.    To the extent that the allegations of Paragraph 173 are derived from or purport to quote an analyst report, that report speaks for itself and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 173, and therefore denies them.

174.    To the extent that the allegations of Paragraph 174 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 174 are derived from or purport to quote published statements, that publication speaks for itself and no response is required.  To the extent the allegations of Paragraph 174 relate to PENAC, PENAC denies all of the allegations.

175.    To the extent that the allegations of Paragraph 175 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 175 relate to PENAC, PENAC denies all of the allegations.

176.    To the extent that the allegations of Paragraph 176 relate to other defendants or to plaintiffs, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 176 relate to PENAC, PENAC denies all of the allegations.

177.    To the extent that the allegations of Paragraph 177 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 177 relate to PENAC, PENAC denies all of the allegations.  To the extent that the allegations of Paragraph 177 are derived from or

-27-

1   purport to quote published statements made by the President of Skyworth Macao Commercial

2   Offshore Co., Ltd., the published statements speak for themselves and no response is required.

3       178.   PENAC lacks knowledge or information sufficient to form a belief as to the truth

4   of the allegations of Paragraph 178, and therefore denies them.

5       179.   The allegations of Paragraph 179 are legal contentions to which no response is

6   required.  To the extent that the allegations contained in Paragraph 179 may be deemed to

7   require a response from PENAC, PENAC denies them.

8       180.   The allegations of Paragraph 180 are legal contentions to which no response is

9   required. To the extent that the allegations contained in Paragraph 180 refer to public statements

10   by the government authorities there listed, those statements speak for themselves and no

11   response is required.  PENAC otherwise denies the allegations of Paragraph 180.

12       181.   To the extent that the allegations of Paragraph 181 relate to other defendants,

13   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

14   denies them.  To the extent that the allegations contained in Paragraph 181 refer to public

15   statements by the government authorities there listed, those statements speak for themselves and

16   no response is required.  PENAC otherwise denies the allegations of Paragraph 181.

17       182.   PENAC lacks knowledge or information sufficient to form a belief as to the truth

18   of the allegations of Paragraph 182, and therefore denies them.

19       183.   To the extent that the allegations of Paragraph 183 relate to other defendants,

20   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

21   denies them. To the extent that the allegations of Paragraph 183 are derived from or purport to

22   quote from a news article, the article speaks for itself and no response is required.

23       184.   To the extent that the allegations of Paragraph 184 relate to other defendants,

24   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

25   denies them. To the extent that the allegations contained in Paragraph 184 refer to public

26   statements by the government authorities there listed, those statements speak for themselves and

27   no response is required.

28

ANSWER TO FIRST AMENDED COMPLAINT

CASE NO. 07-5944-SC
MDL NO. 1917

185.    To the extent that the allegations of Paragraph 185 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them. To the extent that the allegations of Paragraph 185 are derived from or purport to quote from a news article, the article speaks for itself and no response is required.

186.    To the extent that the allegations in Paragraph 186 are derived from a news article or press release, those articles and press releases speak for themselves and no response is required.  PENAC admits that on November 21, 2007, it received a grand jury subpoena from the Department of Justice regarding the CRT industry.  The Department of Justice subsequently deferred PENAC's obligation to respond to that subpoena.

187.    To the extent that the allegations of Paragraph 187 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them. To the extent that the allegations contained in Paragraph 187 refers to publicly filed documents, those documents speak for themselves and no response is required.

188.    To the extent that the allegations of Paragraph 188 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations contained in Paragraph 188 refer to public statements by the government authorities there listed, those statements speak for themselves and no response is required.  PENAC otherwise denies the allegations of Paragraph 188.

189.    To the extent that the allegations of Paragraph 189 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations contained in Paragraph 189 refer to public statements by the government authorities there listed, those statements speak for themselves and no response is required.  PENAC otherwise denies the allegations of Paragraph 189.

190.    To the extent that the allegations of Paragraph 190 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations contained in Paragraph 190 refer to public

1  statements by the government authorities there listed, those statements speak for themselves and

2  no response is required.  PENAC otherwise denies the allegations of Paragraph 190.

3      191.    To the extent that the allegations of Paragraph 191 relate to other defendants,

4  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

5  denies them.  To the extent that the allegations contained in Paragraph 191 refer to public

6  statements by the government authorities there listed, those statements speak for themselves and

7  no response is required.  PENAC otherwise denies the allegations of Paragraph 191.

8      192.    To the extent that the allegations of Paragraph 192 relate to other defendants,

9  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

10  denies them.  To the extent that the allegations contained in Paragraph 192 refer to public

11  statements by the government authorities there listed, those statements speak for themselves and

12  no response is required.  PENAC otherwise denies the allegations of Paragraph 192.

13      193.    The allegations of Paragraph 193 are legal contentions to which no response is

14  required.  To the extent a response is required and the allegations of in Paragraph 193 concern

15  PENAC, PENAC denies them.  To the extent that the allegations in Paragraph 193 concern

16  defendants other than PENAC, PENAC is without knowledge or information sufficient to form a

17  belief as to the truth of those allegations, and, on that basis, denies them.

18      194.    To the extent that the allegations of Paragraph 194 relate to other defendants,

19  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

20  denies them.  To the extent the allegations contained in Paragraph 194 refer to public statements

21  by the government authorities there listed, those statements speak for themselves and no

22  response is required.  PENAC otherwise denies the allegations of Paragraph 194.

23      195.    PENAC lacks knowledge or information sufficient to form a belief as to the truth

24  of the allegations of Paragraph 195, and therefore denies them.

25      196.    To the extent that the allegations of Paragraph 196 relate to other defendants,

26  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

27  denies them. To the extent the allegations contained in Paragraph 196 refer to public statements

28

-30-

1    by the government authorities there listed, those statements speak for themselves and no

2    response is required.

3    　　　　197.　　To the extent that the allegations of Paragraph 197 relate to other defendants,

4    PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

5    denies them. To the extent that the allegations in Paragraph 197 are derived from or purport to

6    quote a news article, that news article speaks for itself and no response is required.

7    　　　　198.　　To the extent that the allegations of Paragraph 198 relate to other defendants,

8    PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

9    denies them. To the extent the allegations contained in Paragraph 198 refer to public statements

10   by the government authorities there listed, those statements speak for themselves and no

11   response is required.

12   　　　　199.　　To the extent that the allegations of Paragraph 199 relate to other defendants,

13   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

14   denies them. To the extent the allegations contained in Paragraph 199 refer to public statements

15   by the government authorities there listed, those statements speak for themselves and no

16   response is required.

17   　　　　200.　　To the extent that the allegations of Paragraph 200 relate to other defendants,

18   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

19   denies them. To the extent the allegations contained in Paragraph 200 refer to public filings by

20   the government authorities there listed, those filings speak for themselves and no response is

21   required.

22   　　　　201.　　To the extent that the allegations of Paragraph 201 relate to other defendants,

23   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

24   denies them.  To the extent the allegations of Paragraph 201 relate to PENAC, PENAC denies all

25   of the allegations.

26   　　　　202.　　To the extent that the allegations of Paragraph 202 relate to other defendants,

27   PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

28

-31-

1  denies them.  To the extent the allegations of Paragraph 202 relate to PENAC, PENAC denies all

2  of the allegations.

3      203.    To the extent that the allegations of Paragraph 203 relate to other defendants,

4  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

5  denies them.  To the extent the allegations of Paragraph 203 relate to PENAC, PENAC denies all

6  of the allegations.

7      204.    To the extent that the allegations of Paragraph 204 relate to other defendants,

8  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

9  denies them.  To the extent the allegations of Paragraph 204 relate to PENAC, PENAC denies all

10  of the allegations.

11      205.    To the extent that the allegations of Paragraph 205 relate to other defendants,

12  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

13  denies them.  To the extent the allegations of Paragraph 205 relate to PENAC, PENAC denies all

14  of the allegations

15      206.    To the extent that the allegations of Paragraph 206 relate to other defendants,

16  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

17  denies them.  To the extent the allegations of Paragraph 206 relate to PENAC, PENAC denies all

18  of the allegations.

19      207.    To the extent that the allegations of Paragraph 207 relate to other defendants,

20  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

21  denies them.  To the extent the allegations of Paragraph 207 relate to PENAC, PENAC denies all

22  of the allegations.

23      208.    To the extent that the allegations of Paragraph 208 relate to other defendants,

24  PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

25  denies them.  To the extent the allegations of Paragraph 208 relate to PENAC, PENAC denies all

26  of the allegations.

27

28

-32-

209.     To the extent that the allegations of Paragraph 209 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 209 relate to PENAC, PENAC denies all of the allegations.

210.     To the extent that the allegations of Paragraph 210 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 210 relate to PENAC, PENAC denies all of the allegations.

211.     To the extent that the allegations of Paragraph 211 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them. To the extent that the allegations contained in Paragraph 211 refers to publicly filed documents, those documents speak for themselves and no response is required.

212.     To the extent that the allegations of Paragraph 212 constitute legal conclusions, no response is required.  To the extent that the allegations are derived from or purport to quote from a news article, the article speaks for itself and no response is required.  To the extent that the allegations contained in Paragraph 212 may be deemed to require a response from PENAC, PENAC denies them.

213.     To the extent that the allegations of Paragraph 213 are derived from or purport to quote from a news article, the article speaks for itself and no response is required.  To the extent that the allegations contained in Paragraph 213 may be deemed to require a response from PENAC, PENAC denies them.

214.      To the extent that the allegations of Paragraph 214 relate to other defendants or a plaintiff, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 214 relate to PENAC, PENAC denies all the allegations of Paragraph 214.

215.     To the extent that the allegations of Paragraph 215 constitute legal conclusions, no response is required.  To the extent that the allegations are derived from or purport to quote

from a news article, the article speaks for itself and no response is required.  To the extent that the allegations contained in Paragraph 215 may be deemed to require a response from PENAC, PENAC denies them.

216.    To the extent that the allegations of Paragraph 216 are derived from or purport to quote from a news article, the article speaks for itself and no response is required.  To the extent that the allegations contained in Paragraph 216 may be deemed to require a response from PENAC, PENAC denies them.

217.    To the extent that the allegations of Paragraph 217 constitute legal conclusions, no response is required.  To the extent that the allegations of Paragraph 217 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations contained in Paragraph 217 may be deemed to require a response from PENAC, PENAC denies them.

218.    To the extent that the allegations of Paragraph 218 are derived from or purport to quote from a news article, the article speaks for itself and no response is required.  To the extent that the allegations contained in Paragraph 218 may be deemed to require a response from PENAC, PENAC denies them.

219.    The allegations of Paragraph 219 are not directed at PENAC and, therefore, no response is required.  To the extent that the allegations contained in Paragraph 219 may be deemed to require a response from PENAC, PENAC denies them.

220.    To the extent that the allegations of Paragraph 220 constitute legal conclusions, no response is required.  To the extent that the allegations of Paragraph 220 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 220 are derived from or purport to quote from a news article, the article speaks for itself and no response is required. To the extent that the allegations contained in Paragraph 220 may be deemed to require a response from PENAC, PENAC denies them.

ANSWER TO FIRST AMENDED COMPLAINT

CASE NO. 07-5944-SC
MDL NO. 1917

221.    To the extent that the allegations of Paragraph 221 constitute legal conclusions, no response is required.  To the extent that the allegations of Paragraph 221 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations contained in Paragraph 221 may be deemed to require a response from PENAC, PENAC denies them.

222.    To the extent that the allegations of Paragraph 222 and its subparts constitute legal conclusions, no response is required.  To the extent that the allegations of Paragraph 222 and its subparts relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations contained in Paragraph 222 and its subparts may be deemed to require a response from PENAC, PENAC denies them.

## VIII.  ALLEGATIONS CONCERNING PLAINTIFFS' INJURIES

223.    To the extent the allegations of Paragraph 223 relate to Plaintiffs or other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them.  To the extent that the allegations of Paragraph 223 relate to PENAC, PENAC denies all of those allegations.

224.    To the extent the allegations of Paragraph 224 relate to Plaintiffs or other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them.  To the extent that the allegations of Paragraph 224 relate to PENAC, PENAC denies all of those allegations.

225.    To the extent the allegations of Paragraph 225 relate to Plaintiffs or other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them.  To the extent that the allegations of Paragraph 225 relate to PENAC, PENAC denies all of those allegations.

226.    PENAC admits that the allegations in Paragraph 226 purport to describe CRT technology and its distribution, but PENAC denies that such descriptions are accurate or complete.

-35-

227.    PENAC avers that the allegations of Paragraph 227 regarding markets constitute legal conclusions and/or are vague and ambiguous, and unintelligible.  Owing to the vagueness and ambiguity of the terms "CRT Products," "markets," and "intertwined," PENAC denies the allegations of Paragraph 227.  To the extent that the allegations contained in Paragraph 227 may be deemed to require a response from PENAC, PENAC denies them.

228.    The first sentence of Paragraph 228 constitutes a legal contentions to which no response is required.  PENAC lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations of Paragraph 228, and therefore denies them

229.    To the extent the allegations of Paragraph 229 relate to Plaintiffs or other defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them.  To the extent that the allegations of Paragraph 229 relate to PENAC, PENAC denies all of those allegations.

## IX. ALLEGATIONS CONCERNING FRAUDULENT CONCEALMENT

230.    To the extent that the allegations in Paragraph 230 state legal contentions, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 230, and therefore denies them.  To the extent that the allegations of Paragraph 230 relate to PENAC, PENAC denies all of those allegations.

231.    To the extent that the allegations in Paragraph 231 state legal contentions, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 231, and therefore denies them.  To the extent that the allegations of Paragraph 231 relate to PENAC, PENAC denies all of those allegations.

232.    To the extent that the allegations in Paragraph 232 state legal contentions, no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 232, and therefore denies them.  To the

1   extent that the allegations of Paragraph 232 relate to PENAC, PENAC denies all of those

2   allegations.

3          233.    To the extent that the allegations in Paragraph 233 state legal contentions, no

4   response is required.  PENAC otherwise lacks knowledge or information sufficient to form a

5   belief as to the truth of the allegations in Paragraph 233, and therefore denies them.

6          234.    To the extent the allegations of Paragraph 234 relate to Plaintiffs or other

7   defendants, PENAC lacks knowledge or information sufficient to form a belief as to the truth of

8   those allegations and therefore denies them.  To the extent that the allegations of Paragraph 234

9   relate to PENAC, PENAC denies all of those allegations.

10         235.    To the extent the allegations of Paragraph 235 relate to other defendants, PENAC

11  lacks knowledge or information sufficient to form a belief as to the truth of those allegations and

12  therefore denies them.  To the extent that the allegations of Paragraph 235 relate to PENAC,

13  PENAC denies all of those allegations.

14         236.    To the extent the allegations of Paragraph 236 relate to other defendants, PENAC

15  lacks knowledge or information sufficient to form a belief as to the truth of those allegations and

16  therefore denies them.  To the extent that the allegations of Paragraph 236 relate to PENAC,

17  PENAC denies all of those allegations.

18         237.    To the extent the allegations of Paragraph 237 relate to other defendants, PENAC

19  lacks knowledge or information sufficient to form a belief as to the truth of those allegations and

20  therefore denies them.  To the extent that the allegations of Paragraph 237 relate to PENAC,

21  PENAC denies all of those allegations.

22         238.    To the extent the allegations of Paragraph 238 relate to other defendants, PENAC

23  lacks knowledge or information sufficient to form a belief as to the truth of those allegations and

24  therefore denies them.  To the extent that the allegations of Paragraph 238 relate to PENAC,

25  PENAC denies all of those allegations.

26         239.    To the extent the allegations of Paragraph 239 relate to other defendants, PENAC

27  lacks knowledge or information sufficient to form a belief as to the truth of those allegations and

28

ANSWER TO FIRST AMENDED COMPLAINT

CASE NO. 07-5944-SC
MDL NO. 1917

therefore denies them.  To the extent that the allegations of Paragraph 239 are derived from or purport to quote other defendants' statements, those statements speak for themselves and no response is required.  PENAC otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 239, and therefore denies them.

240.    To the extent that the allegations in Paragraph 240 are derived from a news article or press release, those articles and press releases speak for themselves and no response is required.

241.    To the extent that the allegations of Paragraph 241 relate to other defendants, PENAC lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent the allegations of Paragraph 241 and its subparts relate to PENAC, PENAC denies all of the allegations.

242.    The allegations of Paragraph 242 are legal contentions to which no response is required.  To the extent any facts are alleged in Paragraph 242 to which a response is required, PENAC denies them.

## X. Allegations Concerning Alleged Violations

### Claim for Violation of 15 U.S.C. § 1

243.    PENAC repeats and incorporates by reference its responses to Paragraphs 1 through 242 of the Amended Complaint with the same force and effect as if set forth herein at length.

244.    PENAC avers that the allegations of Paragraph 244 constitute legal contentions and/or conclusions to which no response is required.  To the extent that Paragraph 244 may be deemed to require a response from PENAC, PENAC denies all of the allegations.

245.    PENAC denies each and every allegation of Paragraph 245.

246.    PENAC denies each and every allegation of Paragraph 246.

247.    PENAC denies each and every allegation of Paragraph 247.

248.    PENAC denies each and every allegation of Paragraph 248, including its subparts.

-38-

1    249.    PENAC denies each and every allegation of Paragraph 249.

2    **Claim for Violation of the Cartwright Act**

3    250.    PENAC repeats and incorporates by reference its responses to Paragraphs 1

4    through 249 of the Amended Complaint with the same force and effect as if set forth herein at

5    length.

6    251.    PENAC denies each and every allegation of Paragraph 251.

7    252.    PENAC denies each and every allegation of Paragraph 252.

8    253.    PENAC denies each and every allegation of Paragraph 253.

9    254.    PENAC denies each and every allegation of Paragraph 254.

10    255.    PENAC denies each and every allegation of Paragraph 255, including its

11    subparts.

12    256.    PENAC denies each and every allegation of Paragraph 256, including its

13    subparts.

14    257.    PENAC denies each and every allegation of Paragraph 257.

15    258.    PENAC denies each and every allegation of Paragraph 258.

16    **Claim for Violation of California Unfair Competition Statute**

17    259.    PENAC repeats and incorporates by reference its responses to Paragraphs 1

18    through 258 of the Amended Complaint with the same force and effect as if set forth herein at

19    length.

20    260.    PENAC denies each and every allegation of Paragraph 260.

21    261.    PENAC denies each and every allegation of Paragraph 261.

22    262.    PENAC denies each and every allegation of Paragraph 262.

23    263.    PENAC denies each and every allegation of Paragraph 263.

24    264.    PENAC denies each and every allegation of Paragraph 264.

25    265.    PENAC denies each and every allegation of Paragraph 265.

26    266.    PENAC denies each and every allegation of Paragraph 266.

27    267.    PENAC denies each and every allegation of Paragraph 267.

28

ANSWER TO FIRST AMENDED COMPLAINT

CASE NO. 07-5944-SC
MDL NO. 1917

1    **Claim for Violation of New York Donnelly Act**

2         268.    PENAC repeats and incorporates by reference its responses to Paragraphs 1

3    through 267 of the Amended Complaint with the same force and effect as if set forth herein at

4    length.

5         269.    PENAC denies each and every allegation of Paragraph 269.

6         270.    PENAC denies each and every allegation of Paragraph 270.

7         271.    PENAC denies each and every allegation of Paragraph 271.

8         272.    PENAC denies each and every allegation of Paragraph 272.

9         273.    PENAC denies each and every allegation of Paragraph 273.

10        274.    PENAC denies each and every allegation of Paragraph 274.

11   **Claim for Violation of New York Unfair Competition Statute**

12        275.    PENAC repeats and incorporates by reference its responses to Paragraphs 1

13   through 274 of the Amended Complaint with the same force and effect as if set forth herein at

14   length.

15        276.    PENAC denies each and every allegation of Paragraph 276.

16        277.    PENAC denies each and every allegation of Paragraph 277.

17        278.    PENAC denies each and every allegation of Paragraph 278.

18        279.    PENAC denies each and every allegation of Paragraph 279.

19        280.    PENAC denies each and every allegation of Paragraph 280.

20        281.    PENAC denies each and every allegation of Paragraph 281.

21              **XI.  Allegations Concerning Prayer for Relief**

22
         PENAC denies that Plaintiffs suffered any injury or incurred any damages by any act or
23
     omission of PENAC as alleged in the Amended Complaint, and further denies that Plaintiffs are
24
     entitled to any relief under any theory by means of the allegations set forth in the Amended
25
     Complaint.  All allegations of the Amended Complaint not heretofore admitted or denied are
26
     here and now denied as though specifically denied herein.
27

28
                                      -40-

ANSWER TO FIRST AMENDED COMPLAINT                           CASE NO. 07-5944-SC
                                                            MDL NO. 1917

1

## AFFIRMATIVE DEFENSES

2    Without assuming any burden it would not otherwise bear, PENAC asserts the following

3    additional and/or affirmative defenses to Plaintiffs' Amended Complaint:

4

## FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

5

6    The Amended Complaint fails to state a claim upon which relief can be granted.

7

## SECOND AFFIRMATIVE DEFENSE
### (Lack of Subject Matter Jurisdiction)

8    The conduct alleged to provide a basis for Plaintiffs' claims did not have a direct,

9    substantial, and reasonably foreseeable effect on trade or commerce within the United States.

10   The Court, therefore, lacks subject matter jurisdiction of the claims of Plaintiffs.

11

## THIRD AFFIRMATIVE DEFENSE
### (Failure to State a Claim Under the Foreign Trade Antitrust Improvements Act)

12

13   Plaintiffs' claims for any foreign purchases, if any, should be dismissed to the extent that

14   they are barred, in whole or in part, because Plaintiffs have failed to allege facts sufficient to

15   support a claim under the foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a.

16

## FOURTH AFFIRMATIVE DEFENSE
### (Vagueness of Claims)

17

18   Plaintiffs' claims should be dismissed for uncertainty and vagueness and because their

19   claims are ambiguous and/or unintelligible. PENAC avers that Plaintiffs' claims do not describe

20   the events or legal theories with sufficient particularity to permit PENAC to ascertain what other

21   defenses may exist. PENAC therefore reserves the right to amend its Answer to assert additional

22   defenses and/or supplement, alter, or change its Answer and/or defenses upon the discovery of

23   more definitive facts upon the completion of its investigation and discovery.

24

## FIFTH AFFIRMATIVE DEFENSE
### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

25   Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in

26   part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient

27   particularity.

28

-41-

**SIXTH AFFIRMATIVE DEFENSE**
**(Failure to Plead Conspiracy with Particularity)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient particularity.

**SEVENTH AFFIRMATIVE DEFENSE**
**(Statute of Limitation)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the applicable statutes of limitation.

**EIGHTH AFFIRMATIVE DEFENSE**
**(Unilateral Action)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any action taken by or on behalf of PENAC that are the subject of the Amended Complaint were undertaken unilaterally for legitimate business reasons and in pursuit of PENAC's independent interests and those of its customers, and were not the product of any contract, combination or conspiracy between PENAC and any other person or entity.

**NINTH AFFIRMATIVE DEFENSE**
**(Rule of Reason)**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of PENAC that are the subject of the Amended Complaint were adopted in furtherance of legitimate business interests of PENAC and of its customers and do not unreasonably restrain competition.

**TENTH AFFIRMATIVE DEFENSE**
**(Competition)**

Plaintiffs' claims are barred, in whole or in part, because any acts or practices of PENAC that are the subject of the Amended Complaint were cost justified or otherwise economically justified and resulted from a good faith effort to meet competition or market conditions.

**ELEVENTH AFFIRMATIVE DEFENSE**
**(Non-actionable or Governmental Privilege)**

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of PENAC that is the subject of the Amended Complaint was caused by, due to, based upon, or in response

to directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, and/or regulatory agencies, and such is non-actionable or privileged.

## TWELFTH AFFIRMATIVE DEFENSE
### (No Act of PENAC)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because no plaintiff has been injured in its business or property by reason of any action of PENAC.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Intervening Conduct)

Plaintiffs' claims are barred, in whole or in part, because any alleged injuries and/or damages were not legally or proximately caused by any acts or omissions of PENAC and/or were caused, if at all, solely and proximately by the conduct of third parties including, without limitations, the prior, intervening or superseding conduct of such third parties.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (*Ultra Vires*)

To the extent that any actionable conduct may have occurred, Plaintiffs' claims against PENAC are barred because all such alleged conduct would have been committed by individuals acting *ultra vires*.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (No Antitrust Injury)

Plaintiffs' claims should be dismissed because Plaintiffs have not suffered actual, cognizable antitrust injury of the type antitrust laws are intended to remedy.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Uncertainty of Damages)

Plaintiffs' claims should be dismissed because the alleged damages sought are too speculative and uncertain, and cannot be practicably ascertained or allocated.

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate Damages)

-43-

Plaintiffs' claims should be dismissed, in whole or in part, because Plaintiffs failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged damages, if any.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Unjust Enrichment)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs would be unjustly enriched if they were allowed to recover any part of the damages alleged in the Amended Complaint.

## NINETEENTH AFFIRMATIVE DEFENSE
### (Set Off)

Without admitting that Plaintiffs are entitled to recover damages in this matter, PENAC is entitled to set off from any recovery Plaintiffs may obtain against PENAC any amount paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

## TWENTIETH AFFIRMATIVE DEFENSE
### (Improper Taking)

Any award of restitution or monetary recovery pursuant to California Business and Professions §§ 17200, et seq. would constitute a taking of property without just compensation in violation of the Takings Clause of the U.S. Constitution and of Article 1, Section 19 of the California Constitution.

## TWENTY-FIRST AFFIRMATIVE DEFENSE
### (Waiver and Estoppel)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

## TWENTY-SECOND AFFIRMATIVE DEFENSE
### (Laches)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of laches.

## TWENTY-THIRD AFFIRMATIVE DEFENSE
### (Unclean Hands)

-44-

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by the equitable doctrine of unclean hands.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE
**(Acquiescence)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by Plaintiffs' acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to PENAC.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE
**(Accord and Satisfaction)**

Plaintiffs' claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE
**(*Forum Non Conveniens*)**

The Amended Complaint should be dismissed on the grounds of *forum non conveniens*.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE
**(Improper Forum/Arbitration)**

Plaintiffs' claims against PENAC are barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution of their claims.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE
**(Adequate Remedy at Law)**

Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs have available an adequate remedy at law.

### TWENTY-NINTH AFFIRMATIVE DEFENSE
**(Failure to Join Indispensable Parties)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, for failure to join indispensable parties.

### THIRTIETH AFFIRMATIVE DEFENSE
**(Due Process)**

Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper multiple punitive award for a single wrong because such an award would violate PENAC's

-45-

rights guaranteed by the Due Process clause of the Fifth Amendment of the United States Constitution.

### THIRTY-FIRST AFFIRMATIVE DEFENSE
**(Due Process)**

Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper multiple punitive award for a single wrong because such an award would violate PENAC's rights guaranteed by the Due Process provision of the Fourteenth Amendment of the United States Constitution.

### THIRTY-SECOND AFFIRMATIVE DEFENSE
**(Equal Protection)**

Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper multiple punitive award for a single wrong because such an award would violate PENAC's rights guaranteed by the Equal Protection provision of the Fourteenth Amendment of the United States Constitution.

### THIRTY-THIRD AFFIRMATIVE DEFENSE
**(Double Jeopardy)**

Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper multiple punitive award for a single wrong because such an award would violate PENAC's rights guaranteed by the Double Jeopardy Clause of the Fifth Amendment of the United States Constitution.

### THIRTY-FOURTH AFFIRMATIVE DEFENSE
**(Excessive Fines)**

Plaintiffs' claims are barred, in whole or in part, to the extent they seek an improper multiple punitive award for a single wrong because such an award would violate PENAC's rights guaranteed by the Excessive Fines provision of the Eighth Amendment of the United States Constitution.

### THIRTY-FIFTH AFFIRMATIVE DEFENSE
**(Unconstitutional Multiplicity)**

-46-

To the extent any recovery by Plaintiffs would be duplicative of recovery by other plaintiffs and other lawsuits, subjecting PENAC to the possibility of multiple recoveries, such recovery is barred by the Fifth and Eighth Amendments to the United States Constitution.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE
### (Foreign Sales)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs may not recover damages, if any, based on sales outside of the United States.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE
### (Legal Acts)

Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged acts, conduct or statements that are specifically permitted by law.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE
### (Withdrawal)

To the extent that any actionable conduct occurred for which PENAC is liable, some or all of Plaintiffs' claims against PENAC are barred because PENAC withdrew from and/or abandoned any alleged conspiracy prior to the commencement of the limitations period set forth in applicable statutes of limitations.

## THIRTY-NINTH AFFIRMATIVE DEFENSE
### (Comparative Fault)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any and all injuries alleged in the Amended Complaint, the fact and extent of which PENAC specifically denies, were directly and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other than PENAC.

## FORTIETH AFFIRMATIVE DEFENSE
### (Failure To Plead Special Damages With Specificity)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs have failed to plead special damages with specificity as required by the laws of the various States cited.

-47-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### FORTY-FIRST AFFIRMATIVE DEFENSE
**(Injury or Damages Offset by Benefits Received)**

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits Plaintiffs received with respect to the challenged conduct.

### FORTY-SECOND AFFIRMATIVE DEFENSE
**(Damages Not Passed Through to Plaintiffs)**

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Amended Complaint was not incurred by or passed on to Plaintiffs, or was incurred by or passed on to persons or entities other than Plaintiffs.

### FORTY-THIRD AFFIRMATIVE DEFENSE
**(Proportionality)**

To the extent PENAC is found liable for damages, the fact and extent of which are expressly denied by PENAC, those damages must be reduced in proportion to PENAC's degree of fault.

### FORTY-FOURTH AFFIRMATIVE DEFENSE
**(Release)**

The claims of one or more of the persons or entities Plaintiffs purport to represent are barred because they have been released.

### FORTY-FIFTH AFFIRMATIVE DEFENSE
**(No 'Full Consideration' Damages)**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs are not entitled to "full consideration" damages.

### FORTY-SIXTH AFFIRMATIVE DEFENSE
**(Lack of Standing as Indirect Purchasers)**

Plaintiffs' claims are barred, in whole or in part, to the extent the various States cited have not repealed the *Illinois Brick* doctrine.

### FORTY-SEVENTH AFFIRMATIVE DEFENSE
**(Other Defenses Incorporated by Reference)**

-48-

1    PENAC adopts and incorporates by reference any and all other affirmative defenses

2    asserted or to be asserted by any other defendant in this proceeding to the extent that PENAC

3    may share in such affirmative defenses.

4                    **FORTY-EIGHTH AFFIRMATIVE DEFENSE**
                 **(Reservation of Rights to Assert Additional Defenses)**

5
         PENAC has not knowingly or intentionally waived any applicable defenses and explicitly

6    reserves the right to assert and rely on such other applicable defenses as may become available

7    or apparent during discovery proceedings. PENAC further reserves the right to amend its

8    Answer and/or its defenses accordingly, and/or to delete defenses that it determines are not

9    applicable during the course of subsequent discovery.

10

11       **WHEREFORE**, PENAC prays as follows:

12       1.    That the Plaintiffs take nothing by way of the Amended Complaint and the

13   Amended Complaint be dismissed with prejudice;

14       2.    That judgment be entered in favor of PENAC and against Plaintiffs on each and

15   every cause of action set forth in the Amended Complaint;

16       3.    That PENAC recover its costs of suit and attorneys' fees incurred herein; and

17       4.    That PENAC be granted such other and further relief as the Court deems just and

18   proper.

19

20   DATED:  July 25, 2011                    BAKER BOTTS LLP

21
                                              /s/ Jon V. Swenson
22
                                         Jon V. Swenson  (SBN 233054)
23                                       Email: jon.swenson@bakerbotts.com
                                         BAKER BOTTS LLP
24                                       620 Hansen Way
                                         Palo Alto, CA 94304
25                                       Telephone: (650) 739-7514
                                         Facsimile: (650) 739-7614
26
                                         Attorneys for PHILIPS ELECTRONICS
27                                       NORTH AMERICA CORPORATION

28
                                    -49-
ANSWER TO FIRST AMENDED COMPLAINT                       CASE NO. 07-5944-SC
                                                        MDL NO. 1917

1

2

### CERTIFICATE OF SERVICE

3

4
     I hereby certify that I am a resident of the State of California and over the age of 18 years, and not a party to the within action. My business address is BAKER BOTTS LLP, 620

5
Hansen Way, Palo Alto, CA 94304.

6
     On July 25, 2011, I electronically filed the ANSWER OF PHILIPS ELECTRONICS NORTH AMERICA CORPORATION TO ELECTROGRAPH SYSTEMS, INC. AND

7
ELECTROGRAPH TECHNOLOGIES CORP.'S FIRST AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

8
counsel of record in this matter who are registered on the CM/ECF system.

9

10
            /s/ Jon V. Swenson

11
            Jon V. Swenson (SBN 233054)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-50-