SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. MCGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC., SAMSUNG
SDI CO., LTD., SAMSUNG SDI (MALAYSIA)
SDN. BHD., SAMSUNG SDI MEXICO S.A. DE
C.V., SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD., and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944-SC |
| | MDL No. 1917 |
| | (Individual Case No. 3:11-cv-01656-SC) |
| This Document Relates to:<br>       3:11-cv-01656-SC<br><br>ELECTROGRAPH SYSTEMS, INC.;<br>ELECTROGRAPH TECHNOLOGIES<br>CORP.,<br><br>       Plaintiffs,<br><br>       v.<br><br>HITACHI, LTD., et al.<br><br>       Defendants. | **ANSWER OF DEFENDANTS SAMSUNG SDI AMERICA, INC., SAMSUNG SDI CO., LTD., SAMSUNG SDI (MALAYSIA) SDN. BHD., SAMSUNG SDI MEXICO S.A. DE C.V., SAMSUNG SDI BRASIL LTDA., SHENZHEN SAMSUNG SDI CO., LTD., AND TIANJIN SAMSUNG SDI CO., LTD. TO ELECTROGRAPH PLAINTIFFS' FIRST AMENDED COMPLAINT** |

Defendants Samsung SDI America, Inc. ("SDIA"), Samsung SDI Co., Ltd. ("SDI Co."), Samsung SDI (Malaysia) Sdn Bhd. ("SDI Malaysia"), Samsung SDI Mexico S.A. de C.V. ("SDI Mexico"), Samsung SDI Brasil Ltda. ("SDI Brasil"), Shenzhen Samsung SDI Co. Ltd. ("SDI Shenzhen"), and Tianjin Samsung SDI Co., Ltd. ("SDI Tianjin") (collectively "SDI" or the "Samsung SDI Defendants"), by and through their undersigned counsel of record, answer Plaintiffs Electrograph Systems, Inc. and Electrograph Technologies Corp.'s (collectively "Plaintiffs") First Amended Complaint (the "Complaint") and allege additional or affirmative defenses as follows.  SDI denies each and every allegation in the Complaint's section headings and in all portions of the Complaint not contained in numbered paragraphs.  To the extent that the that the Complaint's allegations concern persons and/or entities other than SDI, SDI denies that such allegations support any claim for relief against SDI.

**I.      Introductory Allegations.**

1.      To the extent that the allegations of Paragraph 1 are definitional, SDI avers that no response is required.  To the extent that a response is required and to the extent that the allegations of Paragraph 1 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that a response is required as to matters relating to SDI, SDI denies all of the allegations of Paragraph 1, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs in the Complaint purport to refer to cathode ray tubes as "CRTs."

2.      To the extent that the allegations of Paragraph 2 are definitional, SDI avers that no response is required.  To the extent that a response is required and to the extent that the allegations of Paragraph 2 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that a response is required as to matters relating to SDI, SDI denies all of the allegations of Paragraph 2, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs in the Complaint purport to refer to (i) color picture

tubes as "CPTs," (ii) color display tubes as "CDTs," (iii) CPTs of all sizes and the products containing them collectively as "CPT Products," (iv) CDTs of all sizes and the products containing them collectively as "CDT Products," and (v) CDT Products and CPT Products collectively as "CRT Products," although SDI disputes the propriety of such definitions and any inferences arising therefrom.

3.      SDI avers that the allegations of Paragraph 3 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 3 to the extent they purport to pertain to SDI. Further, to the extent that the allegations of Paragraph 3 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

4.      SDI avers that the allegations of Paragraph 4 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 4 to the extent they purport to pertain to SDI. Further, to the extent that the allegations of Paragraph 4 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

5.      SDI avers that the allegations of Paragraph 5 and its subparts constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 5 and its subparts to the extent they purport to pertain to SDI.  Further, to the extent that the allegations of Paragraph 5 and its subparts relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

6.      SDI avers that the allegations of Paragraph 6 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 6 to the extent they purport to pertain to SDI. Further, to the extent that the allegations of Paragraph 6 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore

1   denies them.

2         7.      SDI avers that the allegations of Paragraph 7 constitute legal

3   contentions and/or conclusions to which no response is required, but SDI nonetheless

4   denies all of the allegations of Paragraph 7 to the extent they purport to pertain to SDI.

5   Further, to the extent that the allegations of Paragraph 7 relate to other defendants, SDI

6   lacks knowledge or information sufficient to form a belief as to their truth, and therefore

7   denies them.

8         8.      With the exception of matters specifically admitted herein as follows,

9   SDI lacks knowledge or information sufficient to form a belief as to the truth of the

10  allegations in Paragraph 8, and therefore denies them.  SDI admits that the United States

11  Department of Justice ("DOJ") and other foreign competition authorities have announced

12  that they are investigating the cathode ray tubes industry.  SDI further admits on

13  information and belief that six individuals have been indicted by the DOJ in connection

14  with the DOJ's investigation of the cathode ray tubes industry.

15        9.      To the extent that the allegations of Paragraph 9 constitute legal

16  contentions and/or conclusions, SDI avers that no response is required.  To the extent a

17  response is required, SDI denies all of the allegations of Paragraph 9 to the extent they

18  purport to pertain to SDI.  To the extent that the allegations of Paragraph 9 relate to other

19  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

20  form a belief as to their truth, and therefore denies them.

21  II.   **Allegations Concerning Jurisdiction and Venue.**

22        10.     SDI admits that Plaintiffs purport to invoke the cited statutory

23  provisions, but otherwise denies the allegations of Paragraph 10.

24        11.     SDI admits that Plaintiffs purport to invoke the cited statutory

25  provisions, but otherwise denies the allegations of Paragraph 11.

26        12.     SDI admits that Plaintiffs purport to invoke the cited statutory

27  provisions, but otherwise denies the allegations of Paragraph 12.

28

13.     SDI avers that the allegations of Paragraph 13 regarding subject matter jurisdiction constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 13 relate to SDI, SDI denies all of the allegations of Paragraph 13.  To the extent that the allegations of Paragraph 13 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

14.     SDI avers that the allegations of Paragraph 14 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 14 relate to SDI, SDI denies all of the allegations of Paragraph 14.  To the extent that the allegations of Paragraph 14 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

15.     SDI avers that the allegations of Paragraph 15 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 15 relate to SDI, SDI denies all of the allegations of Paragraph 15.  To the extent that the allegations of Paragraph 15 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

16.     SDI avers that the allegations of Paragraph 16 constitute legal contentions and/or conclusions to which no response is required.  To the extent that a response is required, and to the extent that allegations of Paragraph 16 relate to SDI, SDI denies all of the allegations of Paragraph 16, with the exception of matters specifically admitted herein as follows.  SDI admits that SDIA is licensed to and is doing business in California.  To the extent that the allegations of Paragraph 16 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to the truth of those allegations, and therefore denies them.

1        17.      SDI avers that the allegations of Paragraph 17 regarding venue

2   constitute legal contentions and/or conclusions to which no response is required.  To the

3   extent that a response is required, and to the extent that allegations of Paragraph 17 relate

4   to SDI, SDI denies all of the allegations of Paragraph 17, with the exception of matters

5   specifically admitted herein as follows.  SDI admits that SDI Co., SDI Malaysia, SDI

6   Mexico, SDI Brazil, SDI Shenzen, and SDI Tianjin maintain principal places of business

7   in foreign countries.  SDI further admits that SDIA is licensed to and is doing business in

8   California.  To the extent that the allegations of Paragraph 17 relate to other defendants,

9   SDI lacks knowledge or information sufficient to form a belief as to the truth of those

10  allegations, and therefore denies them.

11  **III.      Allegations Concerning the Parties.**

12       18.      SDI lacks knowledge or information sufficient to form a belief as to

13  the truth of the allegations of Paragraph 18, and therefore denies them.

14       19.      SDI lacks knowledge or information sufficient to form a belief as to

15  the truth of the allegations of Paragraph 19, and therefore denies them.

16       20.      To the extent that the allegations of Paragraph 20 relate to other

17  defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as

18  to their truth, and therefore denies them.  To the extent the allegations of Paragraph 20

19  relate to SDI, SDI denies all of those allegations.

20       21.      To the extent that the allegations of Paragraph 21 relate to other

21  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

22  form a belief as to their truth, and therefore denies them.  To the extent the allegations of

23  Paragraph 21 relate to SDI, SDI denies all of those allegations.

24       22.      To the extent that the allegations of Paragraph 22 relate to other

25  defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

26  form a belief as to their truth, and therefore denies them.  To the extent the allegations of

27  Paragraph 22 relate to SDI, SDI denies all of those allegations.

28

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

1        23.     To the extent that the allegations of Paragraph 23 relate to other

2 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

3 form a belief as to their truth, and therefore denies them.  To the extent the allegations of

4 Paragraph 23 relate to SDI, SDI denies all of those allegations.

5        24.     SDI lacks knowledge or information sufficient to form a belief as to

6 the truth of the allegations of Paragraph 24, and therefore denies them.

7        25.     To the extent that the allegations of Paragraph 25 relate to other

8 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

9 form a belief as to their truth, and therefore denies them.  To the extent the allegations of

10 Paragraph 25 relate to SDI, SDI denies all of those allegations.

11        26.     SDI lacks knowledge or information sufficient to form a belief as to

12 the truth of the allegations of Paragraph 26, and therefore denies them.

13        27.     To the extent that the allegations of Paragraph 27 relate to other

14 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

15 form a belief as to their truth, and therefore denies them.  To the extent the allegations of

16 Paragraph 27 relate to SDI, SDI denies all of those allegations.

17        28.     SDI lacks knowledge or information sufficient to form a belief as to

18 the truth of the allegations of Paragraph 28, and therefore denies them.

19        29.     To the extent that the allegations of Paragraph 29 relate to other

20 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

21 form a belief as to their truth, and therefore denies them.  To the extent the allegations of

22 Paragraph 29 relate to SDI, SDI denies all of those allegations.

23        30.     SDI lacks knowledge or information sufficient to form a belief as to

24 the truth of the allegations of Paragraph 30, and therefore denies them.

25        31.     To the extent that the allegations of Paragraph 31 relate to other

26 defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

27 form a belief as to their truth, and therefore denies them.  To the extent the allegations of

28 Paragraph 31 relate to SDI, SDI denies all of those allegations.

W02-WEST:FMI\403707320.2

Case No. 3:11-cv-01656-SC

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

1       32.     SDI lacks knowledge or information sufficient to form a belief as to

2   the truth of the allegations of Paragraph 32, and therefore denies them.

3       33.     To the extent that the allegations of Paragraph 33 relate to other

4   defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to

5   form a belief as to their truth, and therefore denies them.  To the extent the allegations of

6   Paragraph 33 relate to SDI, SDI denies all of those allegations, with the exception of

7   matters specifically admitted herein as follows.  SDI admits that when Plaintiffs refer in

8   the Complaint to either Electrograph Systems, Inc. or Electrograph Technologies Corp.

9   they purport to include any of the predecessor entities whose stock was acquired or

10  obtained by either Electrograph Systems, Inc. or Electrograph Technologies Corp.,

11  although SDI disputes the propriety of such references and any inferences arising

12  therefrom.

13      34.     SDI lacks knowledge or information sufficient to form a belief as to

14  the truth of the allegations of Paragraph 34, and therefore denies them.

15      35.     SDI lacks knowledge or information sufficient to form a belief as to

16  the truth of the allegations of Paragraph 35, and therefore denies them.

17      36.     SDI lacks knowledge or information sufficient to form a belief as to

18  the truth of the allegations of Paragraph 36, and therefore denies them.

19      37.     SDI lacks knowledge or information sufficient to form a belief as to

20  the truth of the allegations of Paragraph 37, and therefore denies them.

21      38.     SDI lacks knowledge or information sufficient to form a belief as to

22  the truth of the allegations of Paragraph 38, and therefore denies them.

23      39.     SDI lacks knowledge or information sufficient to form a belief as to

24  the truth of the allegations of Paragraph 39, and therefore denies them.

25      40.     SDI avers that the allegations of Paragraph 40 are definitional, to

26  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

27  Hitachi Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Shenzhen

28  SEG Hitachi Color Display Devices, Ltd., and Hitachi Electronic Devices (USA)

-7-

1    collectively in the Complaint as "Hitachi."

2           41.    SDI lacks knowledge or information sufficient to form a belief as to

3    the truth of the allegations of Paragraph 41, and therefore denies them.

4           42.    SDI lacks knowledge or information sufficient to form a belief as to

5    the truth of the allegations of Paragraph 42, and therefore denies them.

6           43.    SDI lacks knowledge or information sufficient to form a belief as to

7    the truth of the allegations of Paragraph 43, and therefore denies them.

8           44.    SDI avers that the allegations of Paragraph 44 are definitional, to

9    which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

10   Irico Group Corporation, Irico Group Electronics Co., Ltd., and Irico Display Devices Co.,

11   Ltd. collectively in the Complaint as "Irico."

12          45.    SDI lacks knowledge or information sufficient to form a belief as to

13   the truth of the allegations of Paragraph 45, and therefore denies them.

14          46.    SDI lacks knowledge or information sufficient to form a belief as to

15   the truth of the allegations of Paragraph 46, and therefore denies them.

16          47.    SDI lacks knowledge or information sufficient to form a belief as to

17   the truth of the allegations of Paragraph 47, and therefore denies them.

18          48.    SDI avers that the allegations of Paragraph 48 are definitional, to

19   which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

20   LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co.,

21   Ltd. collectively in the Complaint as "LG Electronics."

22          49.    SDI lacks knowledge or information sufficient to form a belief as to

23   the truth of the allegations of Paragraph 49, and therefore denies them.

24          50.    SDI lacks knowledge or information sufficient to form a belief as to

25   the truth of the allegations of Paragraph 50, and therefore denies them.

26          51.    SDI lacks knowledge or information sufficient to form a belief as to

27   the truth of the allegations of Paragraph 51, and therefore denies them.

28

1    52.    SDI avers that the allegations of Paragraph 52 are definitional, to

2 which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

3 Panasonic Corporation and Panasonic Corporation of North America collectively in the

4 Complaint as "Panasonic."

5    53.    SDI lacks knowledge or information sufficient to form a belief as to

6 the truth of the allegations of Paragraph 53, and therefore denies them.

7    54.    SDI lacks knowledge or information sufficient to form a belief as to

8 the truth of the allegations of Paragraph 54, and therefore denies them.

9    55.    SDI lacks knowledge or information sufficient to form a belief as to

10 the truth of the allegations of Paragraph 55, and therefore denies them.

11    56.    SDI lacks knowledge or information sufficient to form a belief as to

12 the truth of the allegations of Paragraph 56, and therefore denies them.

13    57.    SDI lacks knowledge or information sufficient to form a belief as to

14 the truth of the allegations of Paragraph 57, and therefore denies them.

15    58.    SDI lacks knowledge or information sufficient to form a belief as to

16 the truth of the allegations of Paragraph 58, and therefore denies them.

17    59.    SDI avers that the allegations of Paragraph 59 are definitional, to

18 which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

19 Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation,

20 Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria

21 Electronica Ltda. collectively in the Complaint as "Philips."

22    60.    SDI lacks knowledge or information sufficient to form a belief as to

23 the truth of the allegations of Paragraph 60, and therefore denies them.

24    61.    SDI lacks knowledge or information sufficient to form a belief as to

25 the truth of the allegations of Paragraph 61, and therefore denies them.

26    62.    SDI denies all of the allegations of paragraph 62, with the exception

27 of matters specifically admitted herein as follows.  SDI admits that SDI Co. is a South

28 Korean company with its principal place of business at 428-5 Gongse-dong, Giheung-gu,

-9-

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

Yongin-si, Gyeonggi-do, 446-902, Republic of Korea.

63.     SDI denies all of the allegations of paragraph 63, with the exception of matters specifically admitted herein as follows.  SDI admits that SDIA is a California corporation with its principal place of business at 3333 Michelson Drive, Suite 700, Irvine, California.

64.     SDI denies all of the allegations of paragraph 64, with the exception of matters specifically admitted herein as follows.  SDI admits that SDI Mexico is a Mexican company with its principal place of business located at Blvd. Los Olivos, No. 21014, Parque Industrial El Florido, Tijuana, B.C. Mexico.

65.     SDI denies all of the allegations of paragraph 65, with the exception of matters specifically admitted herein as follows.  SDI admits that SDI Brasil is a Brazilian company with its principal place of business located at Av. Eixo Norte Sul, S/N, Distrito Industrial, 69088-480 Manaus, Amazonas, Brazil.

66.     SDI denies all of the allegations of paragraph 66, with the exception of matters specifically admitted herein as follows.  SDI admits that SDI Shenzhen is a Chinese company with its principal place of business located at Huanggang Bei Lu, Futian Gu, Shenzhen, China.

67.     SDI denies all of the allegations of paragraph 67, with the exception of matters specifically admitted herein as follows.  SDI admits that SDI Tianjin is a Chinese company with its principal place of business located at Developing Zone of Yi-Xian Park, Wuqing County, Tianjin, China.

68.     SDI denies all of the allegations of paragraph 68, with the exception of matters specifically admitted herein as follows.  SDI admits that SDI Malaysia is a Malaysian company with its principal place of business at Lots 635 & 660, Kawasan Perindustrian, Tuanku Jafaar, 71450 Sungai Gadut, Negeri Sembilan Darul Khusus, Malaysia.

69.     SDI avers that the allegations of Paragraph 69 are definitional, to which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

-10-

Samsung Electronics Co., Ltd. ("SEC"), Samsung Electronics America, Inc., SDI Co.,
SDIA, SDI Mexico, SDI Brasil, SDI Shenzhen, SDI Tianjin, and SDI Malaysia
collectively in the Complaint as "Samsung," although SDI disputes the propriety of such
reference and any inferences that may be drawn therefrom.  The SDI Defendants aver that
SDI Co. and SEC are independent, separately-owned, publicly traded corporations.

70.     SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 70, and therefore denies them.

71.     SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 71, and therefore denies them.

72.     SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 72, and therefore denies them.

73.     SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 73, and therefore denies them.

74.     SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 74, and therefore denies them.

75.     SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 75, and therefore denies them.

76.     SDI lacks knowledge or information sufficient to form a belief as to
the truth of the allegations of Paragraph 76, and therefore denies them.

77.     SDI avers that the allegations of Paragraph 77 are definitional, to
which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to
Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC,
Toshiba America Electronic Components, Inc., and Toshiba America Information
Systems, Inc. collectively in the Complaint as "Toshiba."

**IV.     Allegations Concerning Supposed Agents and Co-Conspirators.**

78.     To the extent that the allegations of Paragraph 78 relate to other
defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,
and therefore denies them.  To the extent that the allegations of Paragraph 78 relate to SDI,

-11-

1  SDI denies all of those allegations.

2        79.    To the extent that the allegations of Paragraph 79 relate to other

3  defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

4  and therefore denies them.  To the extent that the allegations of Paragraph 79 relate to SDI,

5  SDI denies all of those allegations.

6        80.    To the extent that the allegations of Paragraph 80 relate to other

7  defendants or other persons, SDI lacks knowledge or information sufficient to form a

8  belief as to their truth, and therefore denies them.  To the extent that the allegations of

9  Paragraph 80 relate to SDI, SDI denies all of those allegations.

10        81.    SDI lacks knowledge or information sufficient to form a belief as to

11  the truth of the allegations of Paragraph 81, and therefore denies them.

12        82.    SDI avers that the allegations of Paragraph 82 are definitional, to

13  which no response is required.  Nevertheless, SDI admits that Plaintiffs purport to refer to

14  Daewoo Electronics Co., Ltd., Orion Electronic Co., and Daewoo-Orion Societe Anonyme

15  collectively in the Complaint as "Daewoo."

16        83.    SDI lacks knowledge or information sufficient to form a belief as to

17  the truth of the allegations of Paragraph 83, and therefore denies them.

18        84.    SDI lacks knowledge or information sufficient to form a belief as to

19  the truth of the allegations of Paragraph 84, and therefore denies them.

20        85.    SDI lacks knowledge or information sufficient to form a belief as to

21  the truth of the allegations of Paragraph 85, and therefore denies them.

22        86.    To the extent that the allegations of Paragraph 86 relate to other

23  defendants or other persons, SDI lacks knowledge or information sufficient to form a

24  belief as to their truth, and therefore denies them.  To the extent that the allegations of

25  Paragraph 86 relate to SDI, SDI denies all of those allegations.

26  **V.    Allegations Concerning Trade and Commerce.**

27        87.    SDI avers that the allegations of Paragraph 87 constitute legal

28  contentions and/or conclusions to which no response is required, but SDI nonetheless

-12-

denies all of the allegations of Paragraph 87 to the extent they purport to pertain to SDI. Further, to the extent that the allegations of Paragraph 87 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

88.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 88, and therefore denies them.

89.     SDI avers that the allegations of Paragraph 89 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of the allegations of Paragraph 89 to the extent they purport to pertain to SDI. Further, to the extent that the allegations of Paragraph 89 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

## VI.     Factual Allegations.[1]

90.     To the extent that the allegations of Paragraph 90 are definitional, SDI avers that no response is required.  To the extent a response is required, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 90, and therefore denies them.

91.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 91, and therefore denies them.

92.     To the extent that the allegations of Paragraph 92 are definitional, SDI avers that no response is required.  To the extent a response is required, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 92, and therefore denies them.

93.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93, and therefore denies them.

---

[1]     SDI avers that this section is incorrectly enumerated in the Complaint as section "VII."

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

94.      To the extent that the allegations of Paragraph 94 are definitional, SDI avers that no response is required.  To the extent a response is required, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that CPTs are used primarily in televisions and related devices.  SDI further admits that CDTs are primarily used in computer monitors and similar devices.

95.      SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 95, and therefore denies them.

96.      SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 96, and therefore denies them.

97.      SDI denies the allegations in the last sentence of Paragraph 97.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 97.

98.      SDI denies the allegations in the second and third sentences of Paragraph 98.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 98.

99.      SDI denies each and every allegation of Paragraph 99.

100.      SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 100, and therefore denies them.

101.      To the extent that the allegations of Paragraph 101 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 101 relate to SDI, SDI denies all of those allegations.

102.      To the extent that the allegations of Paragraph 102 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 102 relate to SDI, SDI denies all of those allegations.

103.    To the extent that the allegations of Paragraph 103 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 103 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, SDI Co. was a member of the Electronic Display Industrial Research Association of Korea.

104.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 104, and therefore denies them.

105.    To the extent that the allegations of Paragraph 105 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 105 relate to SDI, SDI denies all of those allegations.

106.    To the extent that the allegations of Paragraph 106 and its subparts relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 106 and its subparts relate to SDI, SDI denies all of those allegations.

107.    To the extent that the allegations of Paragraph 107 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 107 relate to SDI, SDI denies all of those allegations.

108.    To the extent that the allegations of Paragraph 108 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 108 relate to SDI, SDI denies all of those allegations.

109.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 109, and therefore denies them.

-15-

110.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 110, and therefore denies them.

111.    To the extent that the allegations of Paragraph 111 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 111 relate to SDI, SDI denies all of those allegations.

112.    To the extent that the allegations of Paragraph 112 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 112 relate to SDI, SDI denies all of those allegations.

113.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 113, and therefore denies them.

114.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 114, and therefore denies them.

115.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 115, and therefore denies them.

116.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 116, and therefore denies them.

117.    To the extent that the allegations of Paragraph 117 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 117 relate to SDI, SDI denies all of those allegations.

118.    To the extent that the allegations of Paragraph 118 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 118 relate to SDI, SDI denies all of those allegations.

119.    To the extent that the allegations of Paragraph 119 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

1   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 119

2   relate to SDI, SDI denies all of those allegations.

3          120.   To the extent that the allegations of Paragraph 120 relate to other

4   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

5   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 120

6   relate to SDI, SDI denies all of those allegations.

7          121.   To the extent that the allegations of Paragraph 121 relate to other

8   defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

9   their truth, and therefore denies them.  To the extent that the allegations of Paragraph 121

10  relate to SDI, SDI denies all of those allegations.

11         122.   To the extent that the allegations of Paragraph 122 relate to other

12  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

13  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 122

14  relate to SDI, SDI denies all of those allegations.

15         123.   SDI denies each and every allegation of Paragraph 123.

16         124.   To the extent that the allegations of Paragraph 124 relate to other

17  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

18  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 124

19  relate to SDI, SDI denies all of those allegations.

20         125.   To the extent that the allegations of Paragraph 125 relate to other

21  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

22  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 125

23  relate to SDI, SDI denies all of those allegations.

24         126.   To the extent that the allegations of Paragraph 126 relate to other

25  defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

26  their truth, and therefore denies them.  To the extent that the allegations of Paragraph 126

27  relate to SDI, SDI denies all of those allegations.

28

-17-

1   127.   To the extent that the allegations of Paragraph 127 relate to other
2 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
3 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 127
4 relate to SDI, SDI denies all of those allegations.

5   128.   To the extent that the allegations of Paragraph 128 relate to other
6 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
7 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 128
8 relate to SDI, SDI denies all of those allegations.

9   129.   To the extent that the allegations of Paragraph 129 relate to other
10 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
11 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 129
12 relate to SDI, SDI denies all of those allegations.

13   130.   To the extent that the allegations of Paragraph 130 relate to other
14 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
15 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 130
16 relate to SDI, SDI denies all of those allegations.

17   131.   To the extent that the allegations of Paragraph 131 relate to other
18 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
19 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 131
20 relate to SDI, SDI denies all of those allegations.

21   132.   To the extent that the allegations of Paragraph 132 relate to other
22 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
23 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 132
24 relate to SDI, SDI denies all of those allegations.

25   133.   To the extent that the allegations of Paragraph 133 relate to other
26 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to
27 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 133
28 relate to SDI, SDI denies all of those allegations.

134.    To the extent that the allegations of Paragraph 134 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 134 relate to SDI, SDI denies all of those allegations.

135.    To the extent that the allegations of Paragraph 135 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 135 relate to SDI, SDI denies all of those allegations.

136.    To the extent that the allegations of Paragraph 136 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 136 relate to SDI, SDI denies all of those allegations.

137.    To the extent that the allegations of Paragraph 137 and its subparts relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 137 and its subparts relate to SDI, SDI denies all of those allegations.

138.    To the extent that the allegations of Paragraph 138 and its subparts relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 138 and its subparts relate to SDI, SDI denies all of those allegations.

139.    To the extent that the allegations of Paragraph 139 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 139 relate to SDI, SDI denies all of those allegations.

140.    To the extent that the allegations of Paragraph 140 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 140 relate to SDI, SDI denies all of those allegations.

141.    To the extent that the allegations of Paragraph 141 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 141 relate to SDI, SDI denies all of those allegations.

142.    To the extent that the allegations of Paragraph 142 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 142 relate to SDI, SDI denies all of those allegations.

143.    To the extent that the allegations of Paragraph 143 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 143 relate to SDI, SDI denies all of those allegations.

144.    To the extent that the allegations of Paragraph 144 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 144 relate to SDI, SDI denies all of those allegations.

145.    To the extent that the allegations of Paragraph 145 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 145 relate to SDI, SDI denies all of those allegations.

146.    To the extent that the allegations of Paragraph 146 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 146 relate to SDI, SDI denies all of those allegations.

147.    To the extent that the allegations of Paragraph 147 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 147 relate to SDI, SDI denies all of those allegations.

W02-WEST:FMI\403707320.2
Case No. 3:11-cv-01656-SC

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

1      148.    To the extent that the allegations of Paragraph 148 relate to other

2 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

3 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 148

4 relate to SDI, SDI denies all of those allegations.

5      149.    To the extent that the allegations of Paragraph 149 relate to other

6 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

7 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 149

8 relate to SDI, SDI denies all of those allegations.

9      150.    To the extent that the allegations of Paragraph 150 relate to other

10 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

11 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 150

12 relate to SDI, SDI denies all of those allegations.

13      151.    To the extent that the allegations of Paragraph 151 relate to other

14 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

15 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 151

16 relate to SDI, SDI denies all of those allegations.

17      152.    To the extent that the allegations of Paragraph 152 relate to other

18 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

19 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 152

20 relate to SDI, SDI denies all of those allegations.

21      153.    To the extent that the allegations of Paragraph 153 relate to other

22 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

23 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 153

24 relate to SDI, SDI denies all of those allegations.

25      154.    To the extent that the allegations of Paragraph 154 relate to other

26 defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to

27 their truth, and therefore denies them.  To the extent that the allegations of Paragraph 154

28 relate to SDI, SDI denies all of those allegations.

W02-WEST:FMI\403707320.2
Case No. 3:11-cv-01656-SC
SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

155.    To the extent that the allegations of Paragraph 155 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 155 relate to SDI, SDI denies all of those allegations.

156.    To the extent that the allegations of Paragraph 156 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 156 relate to SDI, SDI denies all of those allegations.

157.    To the extent that the allegations of Paragraph 157 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 157 relate to SDI, SDI denies all of those allegations.

158.    To the extent that the allegations of Paragraph 158 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 158 relate to SDI, SDI denies all of those allegations.

159.    To the extent that the allegations of Paragraph 159 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 159 relate to SDI, SDI denies all of those allegations.

160.    To the extent that the allegations of Paragraph 160 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 160 relate to SDI, SDI denies all of those allegations.

161.    To the extent that the allegations of Paragraph 161 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 161 relate to SDI, SDI denies all of those allegations.

162.   To the extent that the allegations of Paragraph 162 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 162 relate to SDI, SDI denies all of those allegations.

163.   To the extent that the allegations of Paragraph 163 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 163 relate to SDI, SDI denies all of those allegations.

164.   To the extent that the allegations of Paragraph 164 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 164 relate to SDI, SDI denies all of those allegations.

165.   SDI denies each and every allegation of Paragraph 165.

166.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 166, and therefore denies them, with the exception of matters specifically admitted herein as follows.  SDI admits that cathode ray tubes can be used in certain television and computer monitor products.

167.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 167, and therefore denies them.

168.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 168, and therefore denies them.

169.   SDI denies the allegations in the first sentence of Paragraph 169.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 169, and therefore denies them.

170.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 170, and therefore denies them.

171.   SDI denies the allegations in the last sentence of Paragraph 171.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining

1    allegations of Paragraph 171, and therefore denies them.

2              172.    SDI lacks knowledge or information sufficient to form a belief as to

3    the truth of the allegations of Paragraph 172, and therefore denies them.

4              173.    SDI lacks knowledge or information sufficient to form a belief as to

5    the truth of the allegations of Paragraph 173, and therefore denies them.

6              174.    SDI lacks knowledge or information sufficient to form a belief as to

7    the truth of the allegations of Paragraph 174, and therefore denies them.

8              175.    To the extent that the allegations of Paragraph 175 relate to other

9    defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

10   and therefore denies them.  To the extent that the allegations of Paragraph 175 relate to

11   SDI, SDI denies all of those allegations.

12             176.    To the extent that the allegations of Paragraph 176 relate to other

13   defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

14   and therefore denies them.  To the extent that the allegations of Paragraph 176 relate to

15   SDI, SDI denies all of those allegations.

16             177.    To the extent that the allegations of Paragraph 177 relate to other

17   defendants or other persons, SDI lacks knowledge or information sufficient to form a

18   belief as to their truth, and therefore denies them.  To the extent that the allegations of

19   Paragraph 177 relate to SDI, SDI denies all of those allegations.

20             178.    SDI lacks knowledge or information sufficient to form a belief as to

21   the truth of the allegations of Paragraph 178, and therefore denies them.

22             179.    SDI lacks knowledge or information sufficient to form a belief as to

23   the truth of the allegations of Paragraph 179, and therefore denies them.

24             180.    SDI denies each and every allegation of Paragraph 180.

25             181.    With the exception of matters specifically admitted on information

26   and belief herein as follows, SDI lacks knowledge or information sufficient to form a

27   belief as to the truth of the allegations in Paragraph 181, and therefore denies them.  SDI

28   admits that, in or about November, 2007, it was reported that antitrust authorities in

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
                                                             PLAINTIFFS' FIRST AMENDED COMPLAINT

Europe, Japan, and South Korea conducted investigations of the offices of certain cathode ray tube manufacturers as part of their own respective investigations.

182.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 182, and therefore denies them.

183.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 183, and therefore denies them.  With respect to the article purportedly quoted from in Paragraph 183, SDI refers Plaintiffs to the referenced article for a description of its content.

184.   To the extent that the allegations of Paragraph 184 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, in or about November 2007, it was announced that the Korean Fair Trade Commission ("KFTC") was conducting an investigation of SDI Co. as part of the KFTC's investigation of the cathode ray tubes industry.

185.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 185, and therefore denies them.  With respect to the article purportedly quoted from in Paragraph 185, SDI refers Plaintiffs to the referenced article for a description of its content.

186.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 186, and therefore denies them.

187.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 187, and therefore denies them.

188.   To the extent that the allegations of Paragraph 188 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 188 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, in or about May, 2008, the Hungarian Competition Authority ("HCA") announced its own investigation of the cathode ray tubes industry.  With respect to the HCA announcement purportedly quoted from in Paragraph

-25-

188, SDI refers Plaintiffs to the referenced document for a description of its content.

189.    With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189, and therefore denies them.  SDI admits on information and belief that C.Y. Lin, the former Chairman and CEO of Defendant Chunghwa Picture Tubes, Ltd., was indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly quoted from in Paragraph 189, SDI refers Plaintiffs to the referenced document for a description of its content.

190.    With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190, and therefore denies them.  SDI admits on information and belief that Wu Jen Cheng, a former Assistant Vice-President of Sales and Marketing at Chunghwa Picture Tubes, Ltd., was indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly characterized in Paragraph 190, SDI refers Plaintiffs to the referenced document for a description of its content.

191.    With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191, and therefore denies them.  SDI admits on information and belief that Chung Cheng Yeh was indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record.  With respect to the press release purportedly quoted from n Paragraph 191, SDI refers Plaintiffs to the referenced document for a description of its content.

192.    With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

belief as to the truth of the allegations in Paragraph 192, and therefore denies them. SDI admits on information and belief that Seung-Kyu Lee and Jae-Sik Kim were indicted by the DOJ in connection with the DOJ's investigation of the cathode ray tubes industry, the terms of which are a matter of public record. With respect to the press release purportedly quoted from n Paragraph 192, SDI refers Plaintiffs to the referenced document for a description of its content.

193.    To the extent that the allegations of Paragraph 193 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them. To the extent that the allegations of Paragraph 193 relate to SDI, SDI denies all of those allegations.

194.    To the extent that the allegations of Paragraph 194 relate to SDI, SDI denies all of those allegations. To the extent that the allegations of Paragraph 194 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them, with the exception of matters specifically admitted herein as follows. SDI admits on information and belief that SEC entered into a plea agreement with the DOJ related to an investigation of dynamic random access memory, the terms of which are a matter of public record.

195.    To the extent that the allegations of Paragraph 195 relate to SDI, SDI denies all of those allegations. To the extent that the allegations of Paragraph 195 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

196.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 196, and therefore denies them.

197.    To the extent that the allegations of Paragraph 197 relate to SDI, SDI denies all of those allegations. To the extent that the allegations of Paragraph 197 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.

198.   With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 198, and therefore denies them.  SDI admits on information and belief that LG Display Co., Ltd., LG Display America, Inc., Sharp Corporation, and Chunghwa Picture Tubes, Ltd. entered into plea agreements with the DOJ related to an investigation of the TFT-LCD industry, the terms of which are matters of public record.

199.   With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199, and therefore denies them.  SDI admits on information and belief that Hitachi, Ltd. entered into a plea agreement with the DOJ related to an investigation of the TFT-LCD industry, the terms of which are matters of public record.

200.   With the exception of matters specifically admitted on information and belief herein as follows, SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200, and therefore denies them.  SDI admits on information and belief that LG Display Co., Ltd., Sharp Corporation, and Chunghwa Picture Tubes, Ltd. entered into plea agreements with the DOJ related to an investigation of the TFT-LCD industry, the terms of which are matters of public record.

201.   To the extent that the allegations of Paragraph 201 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 201 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, SDI Co. attended the Korea Display Conference.

202.   To the extent that the allegations of Paragraph 202 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 202

-28-

relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, SDI Co. attended the Korea Display Conference.  SDI further admits that, during at least portions of the alleged period, SDI Co. was a member of KODEMIA and EDIRAK.

203.    To the extent that the allegations of Paragraph 203 relate to other defendants or entities, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 203 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that, during at least portions of the alleged period, H.K. Chung, Woo Jong Lee, Bae Choel-Han, Jung Ho-Gyun and H.C. Kim attended the Korea Display Conference.

204.    To the extent that the allegations of Paragraph 204 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them. To the extent that the allegations of Paragraph 204 relate to SDI, SDI denies all of those allegations.

205.    To the extent that the allegations of Paragraph 205 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 205 relate to SDI, SDI denies all of those allegations.

206.    To the extent that the allegations of Paragraph 206 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 206 relate to SDI, SDI denies all of those allegations.

207.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 207, and therefore denies them.

208.    SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 208, and therefore denies them.

1        209.   SDI lacks knowledge or information sufficient to form a belief as to

2 the truth of the allegations of Paragraph 209, and therefore denies them.

3        210.   SDI denies all the allegations of Paragraph 210, with the exception of

4 matters specifically admitted herein as follows.  SDI admits that, in late 2005, SDI closed

5 its cathode ray tube factory in Germany.

6        211.   SDI lacks knowledge or information sufficient to form a belief as to

7 the truth of the allegations of Paragraph 211, and therefore denies them.

8        212.   To the extent that the allegations of Paragraph 212 relate to other

9 defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth,

10 and therefore denies them.  To the extent that the allegations of Paragraph 212 relate to

11 SDI, SDI denies all of those allegations.

12        213.   SDI lacks knowledge or information sufficient to form a belief as to

13 the truth of the allegations of Paragraph 213, and therefore denies them.

14        214.   SDI lacks knowledge or information sufficient to form a belief as to

15 the truth of the allegations of Paragraph 214, and therefore denies them.

16        215.   SDI denies the allegations in the last sentence of Paragraph 215.  SDI

17 lacks knowledge or information sufficient to form a belief as to the truth of the remaining

18 allegations of Paragraph 215, and therefore denies them.

19        216.   SDI lacks knowledge or information sufficient to form a belief as to

20 the truth of the allegations of Paragraph 216, and therefore denies them.

21        217.   SDI denies the allegations in the last sentence of Paragraph 217.  SDI

22 lacks knowledge or information sufficient to form a belief as to the truth of the remaining

23 allegations of Paragraph 217, and therefore denies them.

24        218.   SDI lacks knowledge or information sufficient to form a belief as to

25 the truth of the allegations of Paragraph 218, and therefore denies them.

26        219.   SDI lacks knowledge or information sufficient to form a belief as to

27 the truth of the allegations of Paragraph 219, and therefore denies them.

28

220.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 220, and therefore denies them.

221.     SDI denies each and every allegation of Paragraph 221.

222.     To the extent that the allegations of Paragraph 222 and its subparts relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 222 and its subparts relate to SDI, SDI denies all of those allegations.

**VII.     Allegations Concerning Plaintiffs' Supposed Injuries.**

223.     To the extent the allegations of Paragraph 223 constitute legal conclusions and/or contentions, SDI avers that no response is required.  To the extent that a response is required, and the allegations of Paragraph 223 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 223 relate to SDI, SDI denies all of those allegations.

224.     To the extent that the allegations of Paragraph 224 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 224 relate to SDI, SDI denies all of those allegations.

225.     To the extent that the allegations of Paragraph 225 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 225 relate to SDI, SDI denies all of those allegations.

226.     SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 226, and therefore denies them.

227.     To the extent that the allegations of Paragraph 227 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 227 relate to SDI, SDI denies all of those allegations.

228.    To the extent that the allegations of Paragraph 228 relate to other defendants or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 228 relate to SDI, SDI denies all of those allegations.

229.    SDI denies each and every allegation of Paragraph 229.

**VIII.   Allegations Concerning Supposed Fraudulent Concealment.**

230.    SDI denies each and every allegation of Paragraph 230.

231.    SDI denies each and every allegation of Paragraph 231.

232.    To the extent that the allegations of Paragraph 232 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 232 relate to SDI, SDI denies all of those allegations.

233.    SDI denies each and every allegation of Paragraph 233.

234.    SDI denies each and every allegation of Paragraph 234.

235.    To the extent that the allegations of Paragraph 235 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 235 relate to SDI, SDI denies all of those allegations.

236.    To the extent that the allegations of Paragraph 236 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 236 relate to SDI, SDI denies all of those allegations.

237.    SDI denies the allegations in the last sentence of Paragraph 237.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 237, and therefore denies them.

238.    SDI denies the allegations in the last sentence of Paragraph 238.  SDI lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 238, and therefore denies them.

239.   To the extent that the allegations of Paragraph 239 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 239 relate to SDI, SDI denies all of those allegations.

240.   SDI lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 240, and therefore denies them.

241.   To the extent that the allegations of Paragraph 241 relate to other defendants, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 241 relate to SDI, SDI denies all of those allegations.

242.   SDI denies each and every allegation of Paragraph 242.

**IX.    Allegations Concerning Claim for Violations.**

**First Claim for Relief**

**(Alleged Violation of Section 1 of the Sherman Act)**

243.   SDI repeats and incorporates by reference its responses to Paragraphs 1 through 242 of the Complaint with the same force and effect as if set forth herein at length.

244.   SDI avers that the allegations of Paragraph 244 constitute legal contentions and/or conclusions to which no response is required, but SDI nonetheless denies all of those allegations.

245.   SDI denies each and every allegation of Paragraph 245.

246.   SDI denies each and every allegation of Paragraph 246.

247.   SDI denies each and every allegation of Paragraph 247.

248.   SDI denies each and every allegation of Paragraph 248, including its subparts.

249.   SDI denies each and every allegation of Paragraph 249.

**<u>Second Claim for Relief</u>**

**<u>(Alleged Violation of the California Cartwright Act)</u>**

250.    SDI repeats and incorporates by reference its responses to Paragraphs 1 through 249 of the Complaint with the same force and effect as if set forth herein at length.

251.    To the extent that the allegations of Paragraph 251 constitute legal conclusions and/or contentions, SDI avers that no response is required.  To the extent that a response is required, and to the extent the allegations of Paragraph 251 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 251 relate to SDI, SDI denies all of those allegations.

252.    To the extent that the allegations of Paragraph 252 relate to other defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 252 relate to SDI, SDI denies all of those allegations, with the exception of matters specifically admitted herein as follows.  SDI admits that SDIA maintained offices in California during the alleged period.

253.    SDI denies each and every allegation of Paragraph 253.

254.    SDI denies each and every allegation of Paragraph 254.

255.    SDI denies each and every allegation of Paragraph 255, including its subparts.

256.    SDI denies each and every allegation of Paragraph 256, including its subparts.

257.    SDI denies each and every allegation of Paragraph 257.

258.    SDI denies each and every allegation of Paragraph 258.

### **Third Claim for Relief**

### **(Alleged Violation of California Unfair Competition Law)**

259.    SDI repeats and incorporates by reference its responses to Paragraphs 1 through 258 of the Complaint with the same force and effect as if set forth herein at length.

260.    To the extent that the allegations of Paragraph 260 constitute legal conclusions and/or contentions, SDI avers that no response is required.  To the extent that a response is required, and to the extent the allegations of Paragraph 260 relate to other defendants, a plaintiff, or other persons, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 260 relate to SDI, SDI denies all of those allegations.

261.    SDI denies each and every allegation of Paragraph 261.

262.    SDI denies each and every allegation of Paragraph 262.

263.    SDI denies each and every allegation of Paragraph 263, including its subparts.

264.    SDI denies each and every allegation of Paragraph 264.

265.    SDI denies each and every allegation of Paragraph 265.

266.    SDI denies each and every allegation of Paragraph 266.

267.    SDI denies each and every allegation of Paragraph 267.

### **Fourth Claim for Relief**

### **(Alleged Violation of the New York Donnelly Act)**

268.    SDI repeats and incorporates by reference its responses to Paragraphs 1 through 267 of the Complaint with the same force and effect as if set forth herein at length.

269.    To the extent that the allegations of Paragraph 269 relate to other defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 269 relate to SDI, SDI denies all of those allegations.

W02-WEST:FMI\403707320.2
Case No. 3:11-cv-01656-SC

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

270.    SDI denies each and every allegation of Paragraph 270.

271.    SDI denies each and every allegation of Paragraph 271.

272.    SDI denies each and every allegation of Paragraph 272.

273.    SDI denies each and every allegation of Paragraph 273.

274.    SDI denies each and every allegation of Paragraph 274.

### Fifth Claim for Relief

### (Alleged Violation of New York Unfair Competition Law)

275.    SDI repeats and incorporates by reference its responses to Paragraphs 1 through 274 of the Complaint with the same force and effect as if set forth herein at length.

276.    SDI denies each and every allegation of Paragraph 276.

277.    SDI denies each and every allegation of Paragraph 277.

278.    SDI denies each and every allegation of Paragraph 278, including its subparts.

279.    SDI denies each and every allegation of Paragraph 279.

280.    To the extent that the allegations of Paragraph 280 relate to other defendants or a plaintiff, SDI lacks knowledge or information sufficient to form a belief as to their truth, and therefore denies them.  To the extent that the allegations of Paragraph 280 relate to SDI, SDI denies all of those allegations.

281.    SDI denies each and every allegation of Paragraph 281, with the exception of matters specifically admitted herein as follows.  SDI admits that Plaintiffs do not seek trebled damages under their fifth claim for relief.

### X.    Allegations Concerning Plaintiffs' Prayer for Relief.

SDI denies that Plaintiffs suffered any injury or incurred any damages by any act or omission of SDI as alleged in the Complaint, and further denies that Plaintiffs are entitled to any relief under any theory by means of the allegations set forth in the Complaint.

1    **ADDITIONAL OR AFFIRMATIVE DEFENSES**

2    Without assuming any burden it would not otherwise bear, SDI asserts the

3    following additional and/or affirmative defenses to Plaintiffs' Complaint:

4    **FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE**

5    **(Failure to State a Claim)**

6    The Complaint fails to state a claim upon which relief can be granted.

7    **SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE**

8    **(Waiver and Estoppel)**

9    Plaintiffs' claims should be dismissed to the extent that they are barred, in

10   whole or in part, by the doctrines of waiver and/or estoppel.

11   **THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE**

12   **(Laches)**

13   Plaintiffs' claims should be dismissed to the extent that they are barred, in

14   whole or in part, by the equitable doctrine of laches.

15   **FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

16   **(Unclean Hands)**

17   Plaintiffs' claims should be dismissed to the extent that they are barred, in

18   whole or in part, by the equitable doctrine of unclean hands.

19   **FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

20   **(Remedies Unconstitutional, Unauthorized or Contrary to Public Policy)**

21   Plaintiffs' claims should be dismissed to the extent that they are barred, in

22   whole or in part, because the remedies sought are unconstitutional, contrary to public

23   policy, or are otherwise unauthorized.

24   **SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

25   **(Absence of Damages)**

26   Plaintiffs' claims should be dismissed because Plaintiffs have suffered no

27   injury or damages as a result of the matters alleged in the Complaint.  To the extent that

28   Plaintiffs purportedly suffered injury or damage, which SDI specifically denies, SDI

-37-

1  further contends that any such purported injury or damage was not by reason of any act or

2  omission of SDI.

3  **SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

4  **(No Antitrust Injury)**

5  Plaintiffs' claims should be dismissed because Plaintiffs have not suffered

6  actual, cognizable antitrust injury of the type antitrust laws are intended to remedy.

7  **EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

8  **(Uncertainty of Damages)**

9  Plaintiffs' claims should be dismissed because the alleged damages sought

10  are too speculative and uncertain, and cannot be practicably ascertained or allocated.

11  **NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

12  **(Failure to Mitigate Damages)**

13  Plaintiffs' claims should be dismissed, in whole or in part, because Plaintiffs

14  failed to take all necessary, reasonable, and appropriate actions to mitigate their alleged

15  damages, if any.

16  **TENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

17  **(Statutes of Limitation)**

18  Plaintiffs' claims should be dismissed to the extent that they are barred, in

19  whole or in part, by the applicable statute(s) of limitations.

20  **ELEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

21  **(Unjust Enrichment)**

22  Plaintiffs' claims should be dismissed to the extent that they are barred, in

23  whole or in part, because Plaintiffs would be unjustly enriched if they were allowed to

24  recover any part of the damages alleged in the Complaint.

25  **TWELFTH ADDITIONAL OR AFFIRMATIVE DEFENSE**

26  **(Lack of Proximate Cause)**

27  Plaintiffs' claims should be dismissed to the extent that they are barred, in

28  whole or in part, due to the absence of any injury or damage for which SDI's actions,

-38-

1  conduct, or omissions were the proximate cause.

2  ### THIRTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

3  ### (Adequate Remedy at Law)

4  Plaintiffs' claims for injunctive relief should be dismissed because Plaintiffs

5  have available an adequate remedy at law.

6  ### FOURTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

7  ### (Privilege)

8  Plaintiffs' claims should be dismissed to the extent that they are barred, in

9  whole or in part, because any action taken by or on behalf of SDI was justified, constituted

10  bona fide business competition and was taken in pursuit of its own legitimate business and

11  economic interests, and is therefore privileged.

12  ### FIFTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

13  ### (Non-actionable or Governmental Privilege)

14  Plaintiffs' claims are barred, in whole or in part, because the alleged conduct

15  of SDI that is the subject of the Complaint was caused by, due to, based upon, or in

16  response to directives, laws, regulations, policies, and/or acts of governments,

17  governmental agencies and entities, and/or regulatory agencies, and such is non-actionable

18  or privileged.

19  ### SIXTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

20  ### (Failure to Join Indispensable Parties)

21  Plaintiffs' claims should be dismissed to the extent that they are barred, in

22  whole or in part, for failure to join indispensable parties.

23  ### SEVENTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

24  ### (Comparative Fault)

25  Plaintiffs' claims should be dismissed to the extent that they are barred, in

26  whole or in part, because any and all injuries alleged in the Complaint, the fact and extent

27  of which SDI specifically denies, were directly and proximately caused or contributed to

28  by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other

-39-

than SDI.

## EIGHTEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acquiescence)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by Plaintiffs' acquiescence in and/or confirmation of any and all conduct and/or omissions alleged as to SDI.

## NINETEENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Subject Matter Jurisdiction Under the Foreign Trade Antitrust Improvements Act)

Plaintiffs' claims based on foreign purchases, if any, should be dismissed to the extent that they are barred, in whole or in part, because they are outside the Court's subject matter jurisdiction as defined by the Foreign Trade Antitrust Improvements Act, 15 U.S.C. § 6a and/or analogous state authority.

## TWENTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Uncertainty)

Plaintiffs' claims should be dismissed for uncertainty and vagueness and because their claims are ambiguous, and/or unintelligible.  SDI avers that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit SDI to ascertain what other defenses may exist.  SDI therefore reserves the right to amend its Answer to assert additional defenses and/or supplement, alter, or change its Answer and/or defenses upon the discovery of more definitive facts upon the completion of its investigation and discovery.

## TWENTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Standing to Sue for Injuries Alleged)

Plaintiffs' claims should be dismissed, in whole or in part, to the extent Plaintiffs lack standing to sue for the injuries alleged in the Complaint.  To the extent that Plaintiffs purchased products containing CRTs, as opposed to CRTs themselves, their alleged injuries are even more speculative, derivative, indirect, and remote.  Plaintiffs'

1  damage claims create an impermissible risk of duplicative recoveries and complex damage

2  apportionment.

### TWENTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Competition Not Harmed)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because SDI's actions did not lessen competition in the relevant market(s).

### TWENTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Intervening or Superseding Acts of Third Parties)

Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom SDI had no control or responsibility.  The acts of such third parties constitute intervening or superseding causes of harm, if any, suffered by Plaintiffs.

### TWENTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Injury or Damages Offset by Benefits Received)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any claimed injury or damage has been offset by benefits Plaintiffs received with respect to the challenged conduct.

### TWENTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Increased Output and Lower Prices)

SDI, without admitting the existence of any contract, combination, or conspiracy in restraint of trade as alleged in the Complaint, avers that the matters about which Plaintiffs complain resulted in increased output and lower prices for CRTs and/or CRT Products.

### TWENTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Prices Fixed by Plaintiffs)

Plaintiffs' claims should be dismissed to the extent they are barred, in whole or in part, because the price of CRTs and/or CRT Products was fixed, if at all, by Plaintiffs and/or other purchasers of CRTs and/or CRT Products, either individually or collectively.

-41-

## TWENTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Allege Fraud or Fraudulent Conspiracy with Particularity)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

## TWENTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to Plead Conspiracy with Particularity)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient particularity.

## TWENTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Detrimental Reliance)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs did not detrimentally rely upon any alleged deceptive trade conduct as alleged in the Complaint.

## THIRTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Arbitration Agreement)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, by agreements between Plaintiffs and Samsung SDI that require arbitration of the matters alleged in the Complaint.

## THIRTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Settlement Set Off)

Without admitting that plaintiffs are entitled to recover damages in this matter, SDI is entitled to set off from any recovery Plaintiffs may obtain against SDI any amount paid to Plaintiffs by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

## THIRTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Injunctive Relief)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because Plaintiffs have failed to state a claim for injunctive relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm.

## THIRTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Jurisdiction)

Plaintiffs' claims should be dismissed to the extent that they are barred, in whole or in part, because any alleged conduct of SDI occurred outside of the jurisdiction of the Court.

## THIRTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No Attorney Fees Allowed)

An award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

## THIRTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Lack of Standing)

Plaintiffs' claims are barred by Plaintiffs' lack of standing to prosecute the claims.

## THIRTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Damages Passed On)

Plaintiffs claims should be dismissed to the extent they are barred, in whole or in part, because any injury or damage alleged in the Complaint, which SDI specifically denies, was passed on to persons or entities other than the Plaintiffs and/or was passed on by Plaintiffs to other parties.

1

## THIRTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

2

### (Damages Not Passed Through to Plaintiffs)

3      Plaintiffs' claims should be dismissed to the extent they are barred, in whole

4  or in part, because any injury or damage alleged in the Complaint was not incurred by or

5  passed on to Plaintiffs, or was incurred by or passed on to persons or entities other than

6  Plaintiffs.

7

## THIRTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

8

### (No Unreasonable Restraint Of Trade)

9      Plaintiffs' claims are barred, in whole or in part, because the alleged conduct

10  of SDI did not unreasonably restrain trade.

11

## THIRTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

12

### (Ultra Vires)

13      To the extent that my actionable conduct may have occurred, Plaintiffs'

14  claims against SDI are barred because all such alleged conduct would have been

15  committed by individuals acting ultra vires.

16

## FORTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

17

### (Proportionality)

18      To the extent SDI is found liable for damages, the fact and extent of which

19  are expressly denied by SDI, those damages must be reduced in proportion to SDI's degree

20  of fault.

21

## FORTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

22

### (Forum Non Conveniens)

23      Plaintiffs' claims are barred, in whole or in part, because of the doctrine of

24  forum non conveniens.

25

## FORTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

26

### (Permitted By Law)

27      Plaintiffs' claims are barred, in whole or in part, to the extent they are based

28  on alleged acts, conduct or statements that are specifically permitted by law.

-44-

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

## FORTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Multiple Recoveries)

To the extent Plaintiffs' claims would result in SDI paying damages to more than one claimant for the same alleged overcharge, they are barred because such multiple recoveries would violate rights guaranteed to SDI by the U.S. Constitution and other law, including, without limitation, rights guaranteed under the Due Process Clause of the Fourteenth Amendment.

## FORTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Extraterritorial Application)

Plaintiffs' claims are barred, in whole or in part, by the U.S. Constitution and/or other applicable law to the extent their claims seek the improper extraterritorial application of the laws cited to any transactions occurring outside the United States.

## FORTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Acts Outside The Jurisdiction)

Plaintiffs' claims under the laws of the various States cited are barred, in whole or in part, to the extent SDI's alleged conduct occurred outside the jurisdiction of this Court and/or was neither directed to nor affected persons, entities, or commerce in the various States cited.

## FORTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Restitution Unmanageable And Inequitable)

Plaintiffs' requests for relief are barred, in whole or in part, to the extent the restitution sought in the Complaint is unmanageable and inequitable.

## FORTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Market Power)

Plaintiffs' claims are barred, in whole or in part, to the extent they have failed to allege or prove that SDI possessed or possesses market power in any legally cognizable relevant market.

## FORTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Privity Of Contract)

Plaintiffs' claims are barred, in whole or in part, to the extent that privity of contract is required to establish their claims.

## FORTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Release)

Plaintiffs' claims are barred, in whole or in part, because they have been released by Plaintiffs.

## FIFTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Voluntary Payment)

Plaintiffs' claims are barred, in whole or in part, by the voluntary payment doctrine, under which one cannot recover payments with full knowledge of the facts.

## FIFTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (No 'Full Consideration' Damages)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs are not entitled to "full consideration" damages.

## FIFTY-SECOND ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Federal Trade Commission)

Any alleged conduct by SDI is, or if in interstate commerce would be, subject to and complies with the rules and regulations of, and the statutes administered by, the Federal Trade Commission or other official department, division, commission or agency of the United States as such rules, regulations, or statutes are interpreted by the Federal Trade Commission or such department, division, commission or agency of the federal courts.

## FIFTY-THIRD ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Intrastate Conduct)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs do not allege conduct and/or effects that are wholly or predominantly intrastate within the various

-46-

States at issue.

## FIFTY-FOURTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Not Entitled To Seek Damages)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs are not entitled to seek damages under the laws of the various States cited.

## FIFTY-FIFTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure To Allege Predicate Acts For Unfair Competition Claims)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs have failed to allege predicate acts necessary to invoke application of the unfair competition laws of the various States cited.

## FIFTY-SIXTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Failure To Plead Special Damages With Specificity)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs have failed to plead special damages with specificity as required by the laws of the various States cited.

## FIFTY-SEVENTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Intrastate Conduct)

Plaintiffs' claims are barred, in whole or in part, to the extent Plaintiffs do not allege conduct and/or effects that are wholly or predominantly intrastate within the various States at issue.

## FIFTY-EIGHTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Taking)

Any award of restitution or monetary recovery pursuant to California Business and Professions §§ 17200, et seq. would constitute a taking of property without just compensation in violation of the Takings Clause of the U.S. Constitution and of Article 1, Section 19 of the California Constitution.

W02-WEST:FMI\403707320.2
Case No. 3:11-cv-01656-SC

## FIFTY-NINTH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Improper Remedy)

To the extent Plaintiffs seeks disgorgement of revenues and profits under the California Business and Professions §§ 17200, et seq. beyond any monies Plaintiffs directly paid to SDI, if any, such remedy is not authorized by Section 17200, et seq.

## SIXTIETH ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Other Defenses Incorporated by Reference)

SDI adopts and incorporates by reference any and all other additional or affirmative defenses asserted or to be asserted by any other defendant in this proceeding to the extent that Samsung SDI may share in such affirmative defenses.

## SIXTY-FIRST ADDITIONAL OR AFFIRMATIVE DEFENSE

### (Reservation of Rights to Assert Additional Defenses)

SDI has not knowingly or intentionally waived any applicable defenses and explicitly reserves the right to assert and rely on such other applicable defenses as may become available or apparent during discovery proceedings.  SDI further reserves the right to amend its Answer and/or its defenses accordingly, and/or to delete defenses that it determines are not applicable during the course of subsequent discovery.

WHEREFORE, the Samsung SDI Defendants pray for judgment as follows:

1.      That Plaintiffs take nothing under the Complaint, and the Complaint be dismissed with prejudice;

2.      That judgment be entered in favor of the Samsung SDI Defendants and against Plaintiffs on each and every cause of action set forth in the Complaint;

3.      That the Samsung SDI Defendants recover their costs of suit and attorneys' fees incurred herein; and

4.      That the Samsung SDI Defendants be granted such other and further relief as the Court deems just and proper.

SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
PLAINTIFFS' FIRST AMENDED COMPLAINT

1    Dated:  July 25, 2011                  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

2

3

4                                          By _____/s/ Michael W. Scarborough_____
                                                     MICHAEL W. SCARBOROUGH
5

6                                              Attorneys for Defendants
                                           SAMSUNG SDI AMERICA, INC., SAMSUNG
7                                          SDI CO., LTD., SAMSUNG SDI (MALAYSIA)
                                           SDN. BHD., SAMSUNG SDI MEXICO S.A. DE
8                                          C.V., SAMSUNG SDI BRASIL LTDA.,
                                           SHENZHEN SAMSUNG SDI CO., LTD. and
9                                          TIANJIN SAMSUNG SDI CO., LTD.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:FMI\403707320.2
Case No. 3:11-cv-01656-SC          SAMSUNG SDI DEFENDANTS' ANSWER TO ELECTROGRAPH
                                                    PLAINTIFFS' FIRST AMENDED COMPLAINT