1  Ronald C. Redcay  (SBN 67236)
   E-Mail:  Ronald.Redcay@aporter.com
2  John D. Lombardo (SBN 187142)
   E-Mail:  John.Lombardo@aporter.com
3  D. Eric Shapland (SBN 193853)
   E-Mail:  Eric.Shapland@aporter.com
4  Eric D. Mason (SBN 259233)
   E-Mail:  Eric.Mason@aporter.com
5  ARNOLD & PORTER LLP
   777 South Figueroa Street, Forty-Fourth Floor
6  Los Angeles, California  90017-5844
   Telephone:  213.243.4000
7  Facsimile:  213.243.4199

8  Beth H. Parker (SBN 104773)          Samuel R. Miller (SBN 66871)
   E-Mail:  Beth.Parker@aporter.com     E-Mail: srmiller@sidley.com
9  ARNOLD & PORTER LLP                  Marie L. Fiala (SBN 79676)
   One Embarcadero Center               E-Mail: mfiala@sidley.com
10 Twenty-Second Floor                  Ryan M. Sandrock (SBN 251781)
   San Francisco, California  94111-3711 E-Mail: rsandrock@sidley.com
11 Telephone: 415.356.3000              Robert B. Martin, III (SBN 235489)
   Facsimile: 415.356.3099              E-Mail: rbmartin@sidley.com
12                                      SIDLEY AUSTIN LLP
                                        555 California Street, 20th Floor
13                                      San Francisco, California  94104
                                        Telephone:    (415) 772-1200
14                                      Facsimile:    (415) 772-7400

15 Attorneys for Defendants LG Electronics, Inc.; and
   LG Electronics USA, Inc.; and LG Electronics
16 Taiwan Taipei Co., Ltd.

17 [Additional Parties and Counsel Listed on Signature
   Pages]
18
                    UNITED STATES DISTRICT COURT
19
                 NORTHERN DISTRICT OF CALIFORNIA
20
                      SAN FRANCISCO DIVISION
21

22 IN RE: CATHODE RAY TUBE (CRT)    )  Case:  3:07-cv-05944 SC
   ANTITRUST LITIGATION             )
                                    )  MDL No. 1917
23 _____ )
                                    )  **STIPULATION AND** [PROPOSED] **ORDER**
24 This Document Relates To The Direct )  **ON SPECIAL MASTER'S REPORT AND**
   Purchaser Action                 )  **RECOMMENDATIONS REGARDING**
25                                   )  **DEFENDANTS' MOTION TO COMPEL**
                                    )  **DISCOVERY ON DOWNSTREAM**
26                                   )  **INFORMATION**
                                    )
27 _____ )

28

1    Direct Purchaser Plaintiffs ("DP Plaintiffs"), on the one hand, and the undersigned

2    defendants, on the other hand, through their respective counsel, hereby stipulate and agree as

3    follows:

4    WHEREAS on April 29, 2011, the undersigned defendants filed a Motion to Compel the DP

5    Plaintiffs to Produce Downstream Discovery (Docket No. 925);

6    WHEREAS on May 31, 2011, the DP Plaintiffs filed an Opposition to Defendants' Motion

7    to Compel the Direct Purchaser Plaintiffs to Produce Downstream Discovery (Docket No. 941);

8    WHEREAS on June 15, 2011, the undersigned defendants, filed a Reply in Support of

9    Defendants' Motion to Compel the Direct Purchaser Plaintiffs to Produce Downstream Discovery

10   (Docket No. 948);

11   WHEREAS on June 23, 2011, Special Master Charles A. Legge heard oral argument

12   regarding the Motion to Compel the Direct Purchaser Plaintiffs to Produce Downstream Discovery;

13   and

14   WHEREAS on July 13, 2011, Special Master Charles A. Legge issued and filed via ECF his

15   Report and Recommendations on Discovery Regarding Downstream Information (Docket No. 966)

16   (the "Report") recommending that Defendants' Motion to Compel Downstream Discovery be

17   granted in part and denied in part;

18   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

19   undersigned defendants and DP Plaintiffs, that:

20   1.    Pursuant to Rule 53 of the Federal Rules of Civil Procedure and the Court's June 16,

21   2008 Order Appointing Special Master (Docket No. 302), the Special Master's Recommendations,

22   attached hereto as exhibit A, shall be entered as an Order of this Court.

23

24

25

26

27

28

- 2 -

STIPULATION AND [PROPOSED] ORDER ON SPECIAL MASTER'S REPORT AND RECOMMENDATIONS
REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY ON DOWNSTREAM INFORMATION --
CASE NO. 3:07-CV-05944-SC; MDL NO. 1917

1        2.      Plaintiffs shall have 45 days from the entry of this Order to produce the information

2   identified in the attached Report and Recommendation.

3        **IT IS SO STIPULATED.**

4   Dated: July 27, 2011                          ARNOLD & PORTER LLP

5                                                  By: /s/ Eric Shapland
                                                       Ronald C. Redcay  (SBN 67236)
6                                                      E-Mail:  Ronald.Redcay@aporter.com
                                                       John D. Lombardo (SBN 187142)
7                                                      E-Mail:  John.Lombardo@aporter.com
                                                       D. Eric Shapland (SBN 193853)
8                                                      E-Mail:  Eric.Shapland@aporter.com
                                                       Eric D. Mason (SBN 259233)
9                                                      E-Mail:  Eric.Mason@aporter.com
                                                       **ARNOLD & PORTER LLP**
10                                                     777 South Figueroa Street, Forty-Fourth Floor
                                                       Los Angeles, California  90017-5844
11                                                     Telephone:  213.243.4000
                                                       Facsimile:  213.243.4199
12
                                                       Beth H. Parker (SBN 104773)
13                                                     E-Mail:  Beth.Parker@aporter.com
                                                       **ARNOLD & PORTER LLP**
14                                                     One Embarcadero Center
                                                       Twenty-Second Floor
15                                                     San Francisco, California  94111-3711
                                                       Telephone:  415.356.3000
16                                                     Facsimile:  415.356.3099

17                                                     Samuel R. Miller (SBN 66871)
                                                       E-Mail: srmiller@sidley.com
18                                                     Marie L. Fiala (SBN 79676)
                                                       E-Mail: mfiala@sidley.com
19                                                     Ryan M. Sandrock (SBN 251781)
                                                       E-Mail: rsandrock@sidley.com
20                                                     Robert B. Martin, III (SBN 235489)
                                                       E-Mail: rbmartin@sidley.com
21                                                     **SIDLEY AUSTIN LLP**
                                                       555 California Street, 20th Floor
22                                                     San Francisco, California  94104
                                                       Telephone:       (415) 772-1200
23                                                     Facsimile:       (415) 772-7400

24                                                     *For Defendants LG Electronics, Inc.*

25

26

27

28

- 3 -

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | |
| 3 | By:  /s/ Michael W. Scarborough |
| | GARY L. HALLING (SBN 66087) |
| 4 | Email:  ghalling@shepparmullin.com |
| | JAMES L. MCGINNIS (SBN. 95788) |
| 5 | Email:  jmcginnis@sheppardmullin.com |
| | MICHAEL W. SCARBOROUGH (SBN 203524) |
| 6 | Email:  mscarborough@sheppardmull.com |
| | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| 7 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111-4109 |
| 8 | Telephone:  415-434-9100 |
| | Facsimile:  415-434-3947 |
| 9 | |
| 10 | *For Defendant Samsung SDI Co., Ltd.* |
| 11 | MORGAN, LEWIS & BOCKIUS LLP |
| 12 | By:  /s/ Kent M. Roger |
| | KENT M. ROGER (SBN 95987) |
| 13 | Email:  kroger@morganlewis.com |
| | MICHELLE PARK CHIU (SBN 248241) |
| 14 | Email:  mchiu@morganlewis.com |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| 15 | One Market, Spear Street Tower |
| | San Francisco, California 94105-1126 |
| 16 | Telephone:  415-442-1000 |
| | Facsimile:  415-441-1001 |
| 17 | |
| 18 | *For Defendant Hitachi America, Ltd.* |
| 19 | SAVERI & SAVERI, INC. |
| 20 | By:  /s/ R. Alexander Saveri |
| | GUIDO SAVEIR (SBN 22349) |
| 21 | Email:  guido@saveri.com |
| | R. ALEXANDER SAVERI (SBN 173102) |
| 22 | Email:  rick@saveri.com |
| | GEOFFREY C. RUSHING (SBN 126910) |
| 23 | Email:  grushing@saveri.com |
| | CADIO ZIRPOLI (SBN 179108) |
| 24 | Email:  cadio@saveri.com |
| | **SAVERI & SAVERI, INC.** |
| 25 | 706 Sansome Street |
| | San Francisco, California  94111 |
| 26 | Telephone:  415-217-6810 |
| | Facsimile:  415-217-6813 |
| 27 | |
| 28 | *Interim Lead Counsel for the Direct Purchaser Plaintiffs* |

- 4 -

STIPULATION AND [PROPOSED] ORDER ON SPECIAL MASTER'S REPORT AND RECOMMENDATIONS
REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY ON DOWNSTREAM INFORMATION --
CASE NO. 3:07-CV-05944-SC; MDL NO. 1917

1    Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of

2  this document has been obtained from each of the above signatories.

3

4    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6  Dated: _____       _____

                                        Hon. Samuel Conti
7                                       United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -

STIPULATION AND [PROPOSED] ORDER ON SPECIAL MASTER'S REPORT AND RECOMMENDATIONS
REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY ON DOWNSTREAM INFORMATION --
CASE NO. 3:07-CV-05944-SC; MDL NO. 1917