Ronald C. Redcay  (SBN 67236)
E-Mail:  Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail:  John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail:  Eric.Shapland@aporter.com
Eric D. Mason (SBN 259233)
E-Mail:  Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

Beth H. Parker (SBN 104773)
E-Mail:  Beth.Parker@aporter.com
ARNOLD & PORTER LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, California  94111-3711
Telephone:  415.356.3000
Facsimile:  415.356.3099

Samuel R. Miller (SBN 66871)
E-Mail: srmiller@sidley.com
Marie L. Fiala (SBN 79676)
E-Mail: mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
E-Mail: rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
E-Mail: rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:     (415) 772-1200
Facsimile:     (415) 772-7400

Attorneys for Defendants LG Electronics, Inc.; and LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.

[Additional Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case:  3:07-cv-05944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [**PROPOSED**] ORDER ON SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY ON DOWNSTREAM INFORMATION** |
| This Document Relates To The Direct Purchaser Action | |

Direct Purchaser Plaintiffs ("DP Plaintiffs"), on the one hand, and the undersigned defendants, on the other hand, through their respective counsel, hereby stipulate and agree as follows:

WHEREAS on April 29, 2011, the undersigned defendants filed a Motion to Compel the DP Plaintiffs to Produce Downstream Discovery (Docket No. 925);

WHEREAS on May 31, 2011, the DP Plaintiffs filed an Opposition to Defendants' Motion to Compel the Direct Purchaser Plaintiffs to Produce Downstream Discovery (Docket No. 941);

WHEREAS on June 15, 2011, the undersigned defendants, filed a Reply in Support of Defendants' Motion to Compel the Direct Purchaser Plaintiffs to Produce Downstream Discovery (Docket No. 948);

WHEREAS on June 23, 2011, Special Master Charles A. Legge heard oral argument regarding the Motion to Compel the Direct Purchaser Plaintiffs to Produce Downstream Discovery; and

WHEREAS on July 13, 2011, Special Master Charles A. Legge issued and filed via ECF his Report and Recommendations on Discovery Regarding Downstream Information (Docket No. 966) (the "Report") recommending that Defendants' Motion to Compel Downstream Discovery be granted in part and denied in part;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned defendants and DP Plaintiffs, that:

1. Pursuant to Rule 53 of the Federal Rules of Civil Procedure and the Court's June 16, 2008 Order Appointing Special Master (Docket No. 302), the Special Master's Recommendations, attached hereto as exhibit A, shall be entered as an Order of this Court.

1  2. Plaintiffs shall have 45 days from the entry of this Order to produce the information
2  identified in the attached Report and Recommendation.

3  **IT IS SO STIPULATED.**

4  Dated: July 27, 2011                                      ARNOLD & PORTER LLP

5                                                           By: /s/ Eric Shapland
                                                             Ronald C. Redcay  (SBN 67236)
6                                                            E-Mail:  Ronald.Redcay@aporter.com
                                                             John D. Lombardo (SBN 187142)
7                                                            E-Mail:  John.Lombardo@aporter.com
                                                             D. Eric Shapland (SBN 193853)
8                                                            E-Mail:  Eric.Shapland@aporter.com
                                                             Eric D. Mason (SBN 259233)
9                                                            E-Mail:  Eric.Mason@aporter.com
                                                             **ARNOLD & PORTER LLP**
10                                                           777 South Figueroa Street, Forty-Fourth Floor
                                                             Los Angeles, California  90017-5844
11                                                           Telephone: 213.243.4000
                                                             Facsimile:  213.243.4199
12
                                                             Beth H. Parker (SBN 104773)
13                                                           E-Mail:  Beth.Parker@aporter.com
                                                             **ARNOLD & PORTER LLP**
14                                                           One Embarcadero Center
                                                             Twenty-Second Floor
15                                                           San Francisco, California  94111-3711
                                                             Telephone:  415.356.3000
16                                                           Facsimile:  415.356.3099

17                                                           Samuel R. Miller (SBN 66871)
                                                             E-Mail: srmiller@sidley.com
18                                                           Marie L. Fiala (SBN 79676)
                                                             E-Mail: mfiala@sidley.com
19                                                           Ryan M. Sandrock (SBN 251781)
                                                             E-Mail: rsandrock@sidley.com
20                                                           Robert B. Martin, III (SBN 235489)
                                                             E-Mail: rbmartin@sidley.com
21                                                           **SIDLEY AUSTIN LLP**
                                                             555 California Street, 20th Floor
22                                                           San Francisco, California  94104
                                                             Telephone:      (415) 772-1200
23                                                           Facsimile:        (415) 772-7400

24                                                           *For Defendants LG Electronics, Inc.*

25

26

27

28

STIPULATION AND [PROPOSED] ORDER ON SPECIAL MASTER'S REPORT AND RECOMMENDATIONS
REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY ON DOWNSTREAM INFORMATION --
CASE NO. 3:07-CV-05944-SC; MDL NO. 1917

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | |
| 3 | By: /s/ Michael W. Scarborough |
| | GARY L. HALLING (SBN 66087) |
| 4 | Email: ghalling@shepparmullin.com |
| | JAMES L. MCGINNIS (SBN. 95788) |
| 5 | Email: jmcginnis@sheppardmullin.com |
| | MICHAEL W. SCARBOROUGH (SBN 203524) |
| 6 | Email: mscarborough@sheppardmull.com |
| | **SHEPPARD, MULLIN, RICHTER &** |
| 7 | **HAMPTON LLP** |
| | Four Embarcadero Center, 17th Floor |
| 8 | San Francisco, California 94111-4109 |
| | Telephone: 415-434-9100 |
| 9 | Facsimile: 415-434-3947 |

*For Defendant Samsung SDI Co., Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248241)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: 415-442-1000
Facsimile: 415-441-1001

*For Defendant Hitachi America, Ltd.*

SAVERI & SAVERI, INC.

By: /s/ R. Alexander Saveri
GUIDO SAVEIR (SBN 22349)
Email: guido@saveri.com
R. ALEXANDER SAVERI (SBN 173102)
Email: rick@saveri.com
GEOFFREY C. RUSHING (SBN 126910)
Email: grushing@saveri.com
CADIO ZIRPOLI (SBN 179108)
Email: cadio@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: 415-217-6810
Facsimile: 415-217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

- 4 -

STIPULATION AND [PROPOSED] ORDER ON SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY ON DOWNSTREAM INFORMATION -- CASE NO. 3:07-CV-05944-SC; MDL NO. 1917

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __July 28, 2011_____    _____
                                        Hon. Samuel Conti
                                        United States District Judge

- 5 -

STIPULATION AND [PROPOSED] ORDER ON SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO COMPEL DISCOVERY ON DOWNSTREAM INFORMATION -- CASE NO. 3:07-CV-05944-SC; MDL NO. 1917