Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>CRAGO, INC., et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>   Defendants. | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618<br><br>**ORDER AMENDING REPORT REGARDING CASE MANAGEMENT CONFERENCE NO. 3** |
| This Document Relates to<br>ALL CASES | |

The Special Master held a hearing by telephone on August 5, 2011 with representative counsel of plaintiffs and defendants. As a result of that conference, the Report Regarding Case Management Conference No. 3 (Document No. 883 filed March 28, 2011) is amended as follows: the date September 15, 2011 in paragraph 6 of the order is amended to read December 8, 2011.

IT IS SO ORDERED.

Date: August 10, 2011

_Charles A. Legge_
Hon. Charles A. Legge (Ret.),
Special Master

1