1 Guido Saveri (Bar No. 22349); guido@saveri.com
R. Alexander Saveri (Bar No. 173102); rick@saveri.com
2 Geoffrey C. Rushing (Bar No. 126910); grushing@saveri.com
Cadio Zirpoli (Bar No. 179108); cadio@saveri.com
3 **SAVERI & SAVERI, INC.**
706 Sansome Street
4 San Francisco, California 94111
Telephone: (415) 217-6810
5 Facsimile:  (415) 217-6813

6 *Interim Lead Counsel for the Direct Purchasers*
*Additional counsel listed on signature page*
7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

11

12                                              MASTER FILE NO. 07-cv-5944 SC
IN RE: CATHODE RAY TUBE (CRT)
13 ANTITRUST LITIGATION                         MDL NO.  1917

14
This Document Relates to:                      **STIPULATION AND [PROPOSED]**
15                                              **ORDER CONCERNING PENDING**
ALL DIRECT PURCHASER ACTIONS                   **MOTIONS RE: FINISHED PRODUCTS**
16

17

18

19

20

21

22

23

24

25

26

27

28

829015.1

1    **WHEREAS**, on March 16, 2009, the Direct Purchaser Plaintiffs ("DPPs") filed a

2  consolidated amended complaint (the "Direct CAC") [dkt. no. 436];

3    **WHEREAS** the Direct CAC includes claims that Defendants have combined and

4  conspired to fix, raise, maintain or stabilize the prices of finished products containing CRTs

5  ("CRT Finished Products"), and/or have allocated markets or customers with respect to CRT

6  Finished Products (said claims herein referred to as the "CRT Finished Products Conspiracy

7  Claims");

8    **WHEREAS,** Defendants Panasonic Corporation of North America, MT Picture Display

9  Co., Ltd., Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.), Hitachi, Ltd., Hitachi

10  Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Displays, Ltd.,

11  Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. (hereinafter "Moving

12  Defendants") filed a motion Pursuant to Fed. R. Civ. Proc. 11 alleging that the CRT Finished

13

14  Products Conspiracy Claims are without foundation and requesting that those allegations be

15  stricken (the "Rule 11 Motion") [dkt. no. 880];

16    **WHEREAS,** the DPPs filed a motion against Defendants Panasonic and MT seeking

17  discovery with respect to finished products ("DPPs' Motion to Compel CRT Finished Products

18  Discovery");

19    **WHEREAS,** on June 15, 2011, Special Master Legge issued a Report and

20  Recommendation on Motions Regarding Finished Products recommending, in relevant part, as

21  follows:  (1) Moving Defendants' Rule 11 Motion be granted; (2) DPPs' allegations of a

22  conspiracy that encompasses CRT Finished Products be stricken from the Direct CAC; and (3)

23  DPPs' Motion to Compel CRT Finished Products Discovery be denied [dkt. no. 947];

24    **WHEREAS**, on June 29, 2011 Moving Defendants filed a Motion to Adopt Special

25  Master's Report and Recommendations Regarding Finished Products [dkt. no. 953];

26    **WHEREAS**, on June 29, 2011, DPPs filed under seal an Objection to Special Master's

27  Report and Recommendations on Motions Regarding Finished Products [dkt. no. 957];

28    **WHEREAS,** DPPs and Moving Defendants have met and conferred concerning

829015.1                                   1

STIPULATION AND [PROPOSED] ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC

1   Defendants' Motion to Adopt and the DPPs' Objection to the Special Master's Report and

2   Recommendations, and entered into the agreement set forth below;

3        **IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the

4   undersigned Plaintiffs and Defendants, that:

5      1.  The portion of the Special Masters' Report and Recommendations on Motions

6         Regarding Finished Products [dkt. no. 947] recommending a finding that DPPs violated

7         F.R.C.P. Rule 11 is hereby vacated;

8      2.  The remaining portions of the Special Masters' Report and Recommendations on

9         Motions Regarding Finished Products [dkt. no. 947], including its factual conclusions

10        that (a) the DPPs made an inquiry "reasonable under the circumstances" before filing a

11        Direct CAC that contained claims encompassing a CRT Finished Products Conspiracy,

12        (b)  that, based on the information available to the DPPs before they filed the Direct

13        CAC,they "have not demonstrated objectively reasonable evidentiary support, direct or

14        circumstantial, for a conspiracy to fix the prices of CRT Finished Products," (c) the

15        recommendation to deny DPPs' motion to compel Finished Products discovery (other

16        than Finished Products discovery "limited to the issue of the impact or effect on

17        Finished Product prices of the alleged conspiracy to fix the prices of the CRTs"), and

18        all other factual conclusions are hereby adopted;

19     3.  The DPPs hereby withdraw their CRT Finished Products Conspiracy Claims stated in

20        the Direct CAC and the allegations of the Direct CAC purporting to allege a conspiracy

21        encompassing Finished Products are stricken from the Direct CAC, provided, however,

22        that the issue of the possible impact or effect of the alleged fixing of prices of CRTs on

23        the prices of Finished Products shall remain in the case;

24     4.  The DPPs hereby withdraw any and all requests for discovery regarding or relating to

25        information in support of the CRT Finished Product Conspiracy Claims, and shall not

26        reissue or issue new or similar requests for any such discovery, subject to Paragraph 6

27        below;

28  829015.1

STIPULATION AND [PROPOSED] ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC

1    5.   Provided however, that the issue of the purported impact or effect of the alleged fixing

2         of prices of the CRTs on the prices of Finished Products shall remain in the case, and is

3         a proper subject of discovery;

4    6.   There shall be no further motions based upon Fed. R. Civ. Proc. 11 relating to the CRT

5         Finished Product Conspiracy allegations of the Direct CAC; and

6    7.   The fact of this stipulation and evidence of any negotiations of this stipulation shall not

7         be used in any litigation that is not part of, and does not become part of, this MDL.

8

9    DATED: August 25, 2011                    Respectfully submitted,

10

11                                                By:   /s/ Guido Saveri
                                                 Guido Saveri
                                                 R. Alexander Saveri
12                                               Geoffrey C. Rushing
                                                 Cadio Zirpoli
13                                               SAVERI & SAVERI, INC.
                                                 706 Sansome Street
14                                               San Francisco, CA  94111
                                                 Telephone:  (415) 217-6810
15                                               Facsimile:  (415) 217-6813

16                                               *Interim Lead Counsel for Direct Purchaser
                                                 Plaintiffs*

17                                               By:   /s/ Jeffrey L. Kessler
18                                               JEFFREY L. KESSLER (*pro hac vice*)
                                                 Email: jkessler@dl.com
19                                               A. PAUL VICTOR (*pro hac vice*)
                                                 Email: pvictor@dl.com
20                                               **DEWEY & LEBOEUF LLP**
                                                 1301 Avenue of the Americas
21                                               New York, NY 10019
                                                 Telephone: (212) 259-8000
22                                               Facsimile: (212) 259-7013

23

24

25

26

27

28   829015.1
                                         3

1    ALDO A. BADINI (257086)
     Email: abadini@dl.com
2    **DEWEY & LEBOEUF LLP**
     1950 University Avenue
3    East Palo Alto, Cailfornia 94303
     Telephone: (650) 845-7000
4    Facsimile: (650) 845-7333

5    STEVEN A. REISS (*pro hac vice*)
     Email: steven.reiss@weil.com
6    DAVID L. YOHAI (*pro hac vice*)
     Email: david.yohai@weil.com
7    DAVID E. YOLKUT (*pro hac vice*)
     Email: david.yolkut@weil.com
8    **WEIL, GOTSHAL, & MANGES LLP**
     767 Fifth Avenue
9    New York, New York 10153-0119
     Telephone: (212) 310-8000
10   Facsimile: (212) 310-8007

11   GREGORY D. HULL (57367)
     Email: greg.hull@weil.com
12   **WEIL, GOTSHAL & MANGES LLP**
     201 Redwood Shores Parkway
13   Redwood Shores, California 94065-1175
     Telephone: (650) 802-3000
14   Facsimile: (650) 802-3100

15   *Attorneys for Defendants Panasonic*
     *Corporation of North America, MT Picture*
16   *Display Co., Ltd. and Panasonic Corporation*
     *(f/k/a Matsushita Electric Industrial Co.)*

17
     By:   /s/ Kent M. Roger
18    KENT M. ROGER (95987)
     Email: kroger@morganlewis.com
19   MICHELLE PARK CHIU (248421)
     Email: mchiu@morganlewis.com
20   **MORGAN, LEWIS & BOCKIUS LLP**
     One Market, Spear Street Tower
21   San Francisco, California 94105-1126
     Telephone: (415) 442-1000
22   Facsimile: (415) 442-1001

23

24

25

26

27

28
829015.1                                    4
STIPULATION AND [PROPOSED] ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC

1   J. CLAYTON EVERETT, JR. (pro hac vice)
Email: jeverett@morganlewis.com
2   SCOTT A. STEMPEL (pro hac vice)
Email: sstempel@morganlewis.com
3   **MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
4   Washington, DC 20004
Telephone: (202) 739-3000
5   Facsimile: (202) 739-3001

6   *Attorneys for Defendants Hitachi Asia, Ltd.,*
*Hitachi America, Ltd., Hitachi Electronic*
7   *Devices (USA), Inc., and Hitachi Displays, Ltd.*

8   By:   /s/ Ian Simmons
IAN SIMMONS (pro hac vice)
9   Email: isimmons@omm.com
BEN BRADSHAW (189925)
10   Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
11   1625 Eve Street, NW
Washnigton, DC 20006
12   Telephone: (202) 383-5300
Facsimile: (202) 383-5414
13
*Attorneys for Defendants Samsung Electronics*
14   *Co., Ltd. And Samsung Electronics America,*
*Inc.*
15

16

17   **So Ordered.**

18

19   Dated: August __, 2011                    _____
20                                                          Hon. Samuel Conti
United States District Judge
21

22

23

24

25   Crt.451

26

27

28   829015.1                                          5
───────────────────────────────────────────────
STIPULATION AND [PROPOSED] ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC