1  Guido Saveri (Bar No. 22349); guido@saveri.com
   R. Alexander Saveri (Bar No. 173102); rick@saveri.com
2  Geoffrey C. Rushing (Bar No. 126910); grushing@saveri.com
   Cadio Zirpoli (Bar No. 179108); cadio@saveri.com
3  **SAVERI & SAVERI, INC.**
   706 Sansome Street
4  San Francisco, California 94111
   Telephone:  (415) 217-6810
5  Facsimile:   (415) 217-6813

6  *Interim Lead Counsel for the Direct Purchasers*
   *Additional counsel listed on signature page*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
13 | | MDL NO. 1917 |

14
   This Document Relates to:                **STIPULATION AND [PROPOSED]**
15                                           **ORDER CONCERNING PENDING**
   ALL DIRECT PURCHASER ACTIONS              **MOTIONS RE: FINISHED PRODUCTS**
16

829015.1

STIPULATION AND [PROPOSED] ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC

**WHEREAS**, on March 16, 2009, the Direct Purchaser Plaintiffs ("DPPs") filed a consolidated amended complaint (the "Direct CAC") [dkt. no. 436];

**WHEREAS** the Direct CAC includes claims that Defendants have combined and conspired to fix, raise, maintain or stabilize the prices of finished products containing CRTs ("CRT Finished Products"), and/or have allocated markets or customers with respect to CRT Finished Products (said claims herein referred to as the "CRT Finished Products Conspiracy Claims");

**WHEREAS,** Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.), Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Displays, Ltd., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. (hereinafter "Moving Defendants") filed a motion Pursuant to Fed. R. Civ. Proc. 11 alleging that the CRT Finished Products Conspiracy Claims are without foundation and requesting that those allegations be stricken (the "Rule 11 Motion") [dkt. no. 880];

**WHEREAS,** the DPPs filed a motion against Defendants Panasonic and MT seeking discovery with respect to finished products ("DPPs' Motion to Compel CRT Finished Products Discovery");

**WHEREAS,** on June 15, 2011, Special Master Legge issued a Report and Recommendation on Motions Regarding Finished Products recommending, in relevant part, as follows: (1) Moving Defendants' Rule 11 Motion be granted; (2) DPPs' allegations of a conspiracy that encompasses CRT Finished Products be stricken from the Direct CAC; and (3) DPPs' Motion to Compel CRT Finished Products Discovery be denied [dkt. no. 947];

**WHEREAS**, on June 29, 2011 Moving Defendants filed a Motion to Adopt Special Master's Report and Recommendations Regarding Finished Products [dkt. no. 953];

**WHEREAS**, on June 29, 2011, DPPs filed under seal an Objection to Special Master's Report and Recommendations on Motions Regarding Finished Products [dkt. no. 957];

**WHEREAS,** DPPs and Moving Defendants have met and conferred concerning

Defendants' Motion to Adopt and the DPPs' Objection to the Special Master's Report and Recommendations, and entered into the agreement set forth below;

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the undersigned Plaintiffs and Defendants, that:

1. The portion of the Special Masters' Report and Recommendations on Motions Regarding Finished Products [dkt. no. 947] recommending a finding that DPPs violated F.R.C.P. Rule 11 is hereby vacated;

2. The remaining portions of the Special Masters' Report and Recommendations on Motions Regarding Finished Products [dkt. no. 947], including its factual conclusions that (a) the DPPs made an inquiry "reasonable under the circumstances" before filing a Direct CAC that contained claims encompassing a CRT Finished Products Conspiracy, (b) that, based on the information available to the DPPs before they filed the Direct CAC, they "have not demonstrated objectively reasonable evidentiary support, direct or circumstantial, for a conspiracy to fix the prices of CRT Finished Products," (c) the recommendation to deny DPPs' motion to compel Finished Products discovery (other than Finished Products discovery "limited to the issue of the impact or effect on Finished Product prices of the alleged conspiracy to fix the prices of the CRTs"), and all other factual conclusions are hereby adopted;

3. The DPPs hereby withdraw their CRT Finished Products Conspiracy Claims stated in the Direct CAC and the allegations of the Direct CAC purporting to allege a conspiracy encompassing Finished Products are stricken from the Direct CAC, provided, however, that the issue of the possible impact or effect of the alleged fixing of prices of CRTs on the prices of Finished Products shall remain in the case;

4. The DPPs hereby withdraw any and all requests for discovery regarding or relating to information in support of the CRT Finished Product Conspiracy Claims, and shall not reissue or issue new or similar requests for any such discovery, subject to Paragraph 6 below;

829015.1

2

STIPULATION AND [PROPOSED] ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC

5. Provided however, that the issue of the purported impact or effect of the alleged fixing of prices of the CRTs on the prices of Finished Products shall remain in the case, and is a proper subject of discovery;

6. There shall be no further motions based upon Fed. R. Civ. Proc. 11 relating to the CRT Finished Product Conspiracy allegations of the Direct CAC; and

7. The fact of this stipulation and evidence of any negotiations of this stipulation shall not be used in any litigation that is not part of, and does not become part of, this MDL.

DATED: August 25, 2011                    Respectfully submitted,

By:   /s/ Guido Saveri
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for Direct Purchaser Plaintiffs*

By:   /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

ALDO A. BADINI (257086)
Email: abadini@dl.com
**DEWEY & LEBOEUF LLP**
1950 University Avenue
East Palo Alto, Cailfornia 94303
Telephone: (650) 845-7000
Facsimile: (650) 845-7333

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL, & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*

By:  /s/ Kent M. Roger
KENT M. ROGER (95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

829015.1

4

STIPULATION AND [PROPOSED] ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC

|   |   |
|---|---|
| 1 | J. CLAYTON EVERETT, JR. (pro hac vice) |
|   | Email: jeverett@morganlewis.com |
| 2 | SCOTT A. STEMPEL (pro hac vice) |
|   | Email: sstempel@morganlewis.com |
| 3 | **MORGAN, LEWIS & BOCKIUS LLP** |
|   | 111 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20004 |
|   | Telephone: (202) 739-3000 |
| 5 | Facsimile: (202) 739-3001 |
| 6 | *Attorneys for Defendants Hitachi Asia, Ltd.,* |
|   | *Hitachi America, Ltd., Hitachi Electronic* |
| 7 | *Devices (USA), Inc., and Hitachi Displays, Ltd.* |
| 8 | By:  /s/ Ian Simmons |
|   | IAN SIMMONS (pro hac vice) |
| 9 | Email: isimmons@omm.com |
|   | BEN BRADSHAW (189925) |
| 10 | Email: bbradshaw@omm.com |
|   | **O'MELVENY & MYERS LLP** |
| 11 | 1625 Eve Street, NW |
|   | Washnigton, DC 20006 |
| 12 | Telephone: (202) 383-5300 |
|   | Facsimile: (202) 383-5414 |
| 13 |   |
| 14 | *Attorneys for Defendants Samsung Electronics Co., Ltd. And Samsung Electronics America, Inc.* |

17  **So Ordered.**

19  Dated: August 26, 2011

_____
United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*

25  Crt.451

28  829015.1

5

STIPULATION AND [PROPOSED] ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS
MDL NO. 1917; MASTER FILE NO. 07-cv-5944 SC