**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

No.  C-07-5944  SC

MDL NO. 1917

Clerk's Notice

YOU ARE HEREBY NOTIFIED THAT the **Pending Motions re: Finished Products set for hearing on September 2, 2011 is off calendar.**

Dated:    August 26, 2010

FOR THE COURT,

Richard W. Wieking, Clerk

By:  T. De Martini
        Courtroom Deputy Clerk

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court

For the Northern District of California