GUIDO SAVERI (Bar No. 22349)
  guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
  rick@saveri.com
CADIO ZIRPOLI (Bar No. 179108)
  cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6913

*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs Class*

MARIO N. ALIOTO (Bar No. 56433)
  malioto@tatp.com
LAUREN C. RUSSELL (Bar No. 241151)
  laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, California 94123
Telephone:   (415) 563-7200
Facsimile:    (415) 346-0679

*Interim Lead Counsel for the*
*Indirect Purchaser Plaintiffs Class*

James L. McGinnis (Bar No. 95788)
  jmcginnis@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:   (415) 434-9100
Facsimile:    (415) 434-3947

*Defense Liaison Counsel*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.. 07-cv-5944 SC<br><br>MDL NO.  1917<br><br>**STIPULATION AND [PROPOSED] ORDER** |

1  It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the
2  Indirect Purchaser Plaintiffs ("IPPs") and the undersigned defendants ("Defendants") in this action
3  as follows:
4  WHEREAS, on June 29, 2011, the Honorable Samuel Conti ordered upon the
5  recommendation of the Special Master, Charles A. Legge, that DPPs and IPPs have until
6  September 1, 2011 to provide a list to Defendants of certain documents produced in the *In Re:*
7  *TFT-LCD (Flat Panel) Antitrust Litigation, Case No. M07-1827 SI* ("*In Re: TFT-LCD*") action for
8  the limited purpose of identifying documents for potential production in this action ("LCD
9  Document Stipulation" attached hereto as Exhibit A).
10  WHEREAS, DPPs, and IPPs continue to review the LCD document productions for
11  relevant documents;
12  WHEREAS, the DPPs and IPPs have requested, and the Defendants have agreed to extend
13  the deadline for the production of the LCD document list an additional forty five days, such that
14  the list shall now be provided to Defendants on October 17, 2011;
15  WHEREAS, DPPs and IPPs agree to provide the Defendants with the list of documents on
16  a rolling basis;
17  IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the
18  undersigned Plaintiffs and Defendants that:
19  The deadline for DPPs and IPPS to serve Defendants with a list of LCD documents
20  pursuant to the June 29, 2011 LCD Document Stipulation is extended until October 17, 2011.

22  DATED: August 29, 2011           **SAVERI & SAVERI, INC.**
                                     GUIDO SAVERI
23                                   R. ALEXANDER SAVERI
                                     CADIO ZIRPOLI

                                     By: */s/ Guido Saveri*
                                         GUIDO SAVERI
                                         *Interim Lead Counsel for the*
                                         *Direct Purchaser Plaintiffs Class*

| | | |
|---|---|---|
| 1 | DATED: August 29, 2011 | **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**<br>MARIO N. ALIOTO |
| 2 | | |
| 3 | | |
| 4 | | By:  /s/ Mario N. Alioto<br>        MARIO N. ALIOTO<br>*Interim Lead Counsel for the* |
| 5 | | *Indirect Purchaser Plaintiffs Class* |
| 6 | For the Limited Purpose of this Stipulation, Liaison Counsel | |
| 7 | DATED: August 29, 2011 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>JAMES L. MCGINNIS |

By:  /s/ James L. McGinnis
        JAMES L. MCGINNIS
*Defense Liason Counsel and Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Cadio Zirpoli, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of August 2011, at San Francisco, California.

/s/ Cadio Zirpoli

1 | IT IS SO RECOMMENDED.

2 | DATED: August ___, 2011

3

4

                                                     Hon. Charles A Legge
5                                                      Special Master

6

7 | IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

8 | DATED: August ___, 2011

9

10                                                     Hon. Samuel A. Conti
11                                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25 | Crt.454

26

27

28

# EXHIBIT A

Case 4:07-cv-05944-JST Document 998 Filed 08/29/11 Page 6 of 11
Case3:07-cv-05944-SC Document952 Filed06/29/11 Page1 of 6
Case3:07-cv-05944-SC Document949 Filed06/17/11 Page1 of 6

1  GUIDO SAVERI (Bar No. 22349)
      guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
      rick@saveri.com
3  CADIO ZIRPOLI (Bar No. 179108)
      cadio@saveri.com
4  SAVERI & SAVERI, INC.
   111 Pine Street, Suite 1700
5  San Francisco, California 94111
   Telephone:    (415) 217-6810
6  Facsimile:    (415) 217-6913

7  *Interim Lead Counsel for the
   Direct Purchaser Plaintiffs Class*
8
   MARIO N. ALIOTO (Bar No. 56433)
9     malioto@tatp.com
   LAUREN C. RUSSELL (Bar No. 241151)
10    laurenrussell@tatp.com
   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
11 2280 Union Street
   San Francisco, California 94123
12 Telephone:    (415) 563-7200
   Facsimile:    (415) 346-0679
13
   *Interim Lead Counsel for the
14 Indirect Purchaser Plaintiffs Class*

15 James L. McGinnis (Bar No. 95788)
      jmcginnis@sheppardmullin.com
16 SHEPPARD MULLIN RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
17 San Francisco, California 94111
   Telephone:    (415) 434-9100
18 Facsimile:    (415) 434-3947

19 *Defense Liaison Counsel*

20

21                     **UNITED STATES DISTRICT COURT**

22           **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.: 07-cv-5944 SC <br><br> MDL NO. 1917 <br><br> **STIPULATION AND [PROPOSED] ORDER** |

Case 4:07-cv-05944-JST Document 998 Filed 08/29/11 Page 7 of 11
Case3:07-cv-05944-SC Document952 Filed06/29/11 Page2 of 6
Case3:07-cv-05944-SC Document949 Filed06/17/11 Page2 of 5

1    It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the Indirect Purchaser Plaintiffs ("IPPs") and the undersigned defendants ("Defendants") in this action as follows:

    1.   That all documents produced in the *In Re: TFT-LCD (Flat Panel) Antitrust Litigation, Case No. M07-1827 SI* ("*In Re: TFT-LCD*") by entities, including their affiliates except for Toshiba Mobile Display Co., Ltd., that produced documents in *In Re: TFT-LCD* and are defendants in this action, can be reviewed by Plaintiffs' counsel in this action for the limited purpose of identifying documents for potential production in this action pursuant to the procedures described in Paragraphs 2 and 3 below. Such review will be subject to the protective order in *In Re: TFT-LCD* (Docket No. 241) as well as the protective order herein (Docket No. 306).

    2.   On or before September 1, 2011, Plaintiffs shall provide to all defendants a list of the foregoing documents from *In Re: TFT-LCD* that they seek to use in this action. The defendant that produced, or whose affiliate produced, a document in *In Re: TFT-LCD* so identified ("Producing Party") shall have 45 days to state objections to adding any such document to the CRT discovery record. Any document as to which no objections have been made shall be deemed produced herein. The parties shall meet and confer to resolve any objections made and, if necessary, discuss a process for seeking a ruling from the Special Master and the Court.

    3.   After this initial list is provided, Plaintiffs may supplement the list as necessary with additional documents covered by Paragraph 1 above to the extent that Plaintiffs were in good faith unable to finish their review of documents for inclusion in the list contemplated by Paragraph 2 above. Plaintiffs shall provide notice to all defendants of any additions to the list of documents from the *TFT-LCD* action that they seek to use in this action, absent a showing of good cause, no later than seven calendar days before intended use in any deposition, submission or other proceeding, and no later than 30 days prior to the discovery cut off. Absent a showing of good cause, Plaintiffs may identify no more than ten additional documents in advance of each deposition. The Producing Party shall promptly state objections to adding any document identified by Plaintiffs to the CRT discovery record, if any, and the parties shall use the procedures agreed upon for resolution of disputes as stated in Paragraph 2 above. Any such

Case 4:07-cv-05944-JST   Document 998   Filed 08/29/11   Page 8 of 11
Case3:07-cv-05944-SC   Document952   Filed06/29/11   Page3 of 6
Case3:07-cv-05944-SC   Document949   Filed06/17/11   Page3 of 6

1  resolution will be done on an expedited basis so as not to disrupt the taking of a noticed
2  deposition, or the continuance of any pre-trial dates.
3      4.    All objections by Defendants with respect to relevancy and admissibility are
4  preserved as to any document from *In Re: TFT-LCD* that may be produced pursuant to the
5  foregoing procedures.
6      5.    Absent Court order, this stipulation shall not apply to LG Display Co., Ltd. and LG
7  Display America, Inc. (collectively "LG Display"). Nothing in this stipulation shall preclude
8  Plaintiffs from seeking in this litigation the production of documents produced by LG Display in
9  *In Re: TFT-LCD*.

10  DATED: June 17, 2011

**SAVERI & SAVERI, INC.**
GUIDO SAVERI
R. ALEXANDER SAVERI
CADIO ZIRPOLI

By: /s/ Guido Saveri
GUIDO SAVERI
*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs Class*

16  DATED: June 17, 2011

**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
MARIO N. ALIOTO

By: /s/ Mario N. Alioto
MARIO N. ALIOTO
*Interim Lead Counsel for the*
*Indirect Purchaser Plaintiffs Class*

21  DATED: June 17, 2011

**MORGAN, LEWIS & BOCKIUS LLP**
DIANE L. WEBB

By: /s/ Scott A. Stempel
SCOTT A. STEMPEL
*Counsel for Defendants Hitachi, Ltd, Hitachi Asia,*
*Ltd., Hitachi America, Ltd., Hitachi Electronic Devices*
*(USA), Inc., and Hitachi Displays, Ltd.*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

827532.727532.5                    3                       07-CV-5944 SC
                        STIPULATION AND ORDER

Case 4:07-cv-05944-JST   Document 998   Filed 08/29/11   Page 9 of 11
Case3:07-cv-05944-SC   Document952   Filed06/29/11   Page4 of 6
Case3:07-cv-05944-SC   Document949   Filed06/17/11   Page4 of 6

| | | |
|---|---|---|
| 1 | DATED: June 17, 2011 | **ARNOLD & PORTER LLP**<br>ERIC SHAPLAND |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Eric Shapland*<br>ERIC SHAPLAND<br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.* |
| 5 | | |
| 6 | DATED: June 17, 2011 | **DEWEY & LEBOEUF LLP**<br>JEFFREY L. KESSLER |
| 7 | | |
| 8 | | |
| 9 | | By: */s/ Jeffrey L. Kessler*<br>JEFFREY L. KESSLER<br>*Counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a/ Matsushita Electric Industrial Co.)* |
| 10 | | |
| 11 | | |
| 12 | DATED: June 17, 2011 | **BAKER BOTTS L.L.P.**<br>JOSEPH OSTOYICH |
| 13 | | |
| 14 | | |
| 15 | | By: */s/ Joseph Ostoyich*<br>JOSEPH OSTOYICH<br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronica Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | DATED: June 17, 2011 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>JAMES L. MCGINNIS |
| 20 | | |
| 21 | | |
| 22 | | By: */s/ James L. McGinnis*<br>JAMES L. MCGINNIS<br>*Defense Liason Counsel and Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.* |
| 23 | | |
| 24 | | |
| 25 | | |

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1 DATED: June 17, 2011              O'MELVENY & MYERS, LLP
2                                    IAN SIMMONS
3
4                                    By: /s/ Ian Simmons
                                         IAN SIMMONS
5                                    Counsel for Defendants Samsung Electronics Co., Ltd.
                                     and Samsung Electronics America, Inc.
6
  DATED: June 17, 2011              BAKER & McKENZIE LLP
7                                    PATRICK J. AHERN
8
9                                    By: /s/ Patrick J. Ahern
                                         PATRICK J. AHERN
10                                   Counsel for Defendant Tatung Company of America,
                                     Inc.
11
   DATED: June 17, 2011             WHITE & CASE LLP
12                                   LUCIUS B. LAU
13
14                                   By: /s/ Lucius B. Lau
                                         LUCIUS B. LAU
15                                   Counsel for Defendants Toshiba Corporation, Toshiba
                                     America, Inc., Toshiba America Information Systems,
16                                   Inc., Toshiba America Consumer Products, L.L.C., and
                                     Toshiba America Electronic Components, Inc.
17 DATED: June 17, 2011              FRESHFIELDS BRUCKHAUS DERINGER US
                                     LLP
18                                   TERRY CALVANI
19
20                                   By: /s/ Terry Calvani
                                         TERRY CALVANI
21                                   Counsel for Defendant Beijing Matsushita Color CRT
                                     Company, Ltd.
22
23
24
25
26
27
28

827532.727532.5
5
STIPULATION AND ORDER
07-CV-5944 SC

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lauren C. Russell, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June 2011, at San Francisco, California.

/s/ Lauren C. Russell

IT IS SO RECOMMENDED.

DATED: June 10, 2011

Hon. Charles A Legge
Special Master

IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

DATED: June 29, 2011

Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE