1  GUIDO SAVERI (Bar No. 22349)
     guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
     rick@saveri.com
3  CADIO ZIRPOLI (Bar No. 179108)
     cadio@saveri.com
4  SAVERI & SAVERI, INC.
   706 Sansome Street
5  San Francisco, California 94111
   Telephone:   (415) 217-6810
6  Facsimile:   (415) 217-6913

7  *Interim Lead Counsel for the
   Direct Purchaser Plaintiffs Class*
8
   MARIO N. ALIOTO (Bar No. 56433)
9     malioto@tatp.com
   LAUREN C. RUSSELL (Bar No. 241151)
10    laurenrussell@tatp.com
   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
11 2280 Union Street
   San Francisco, California 94123
12 Telephone:   (415) 563-7200
   Facsimile:   (415) 346-0679
13
   *Interim Lead Counsel for the
14 Indirect Purchaser Plaintiffs Class*

15 James L. McGinnis (Bar No. 95788)
      jmcginnis@sheppardmullin.com
16 SHEPPARD MULLIN RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
17 San Francisco, California 94111
   Telephone:   (415) 434-9100
18 Facsimile:   (415) 434-3947

19 *Defense Liaison Counsel*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.: 07-cv-5944 SC<br><br>MDL NO. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER** |

827532.727532.5

07-CV-5944 SC

STIPULATION AND [PROPOSED] ORDER

1    It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the Indirect Purchaser Plaintiffs ("IPPs") and the undersigned defendants ("Defendants") in this action as follows:

WHEREAS, on June 29, 2011, the Honorable Samuel Conti ordered upon the recommendation of the Special Master, Charles A. Legge, that DPPs and IPPs have until September 1, 2011 to provide a list to Defendants of certain documents produced in the *In Re: TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. M07-1827 SI ("*In Re: TFT-LCD*") action for the limited purpose of identifying documents for potential production in this action ("LCD Document Stipulation" attached hereto as Exhibit A).

WHEREAS, DPPs, and IPPs continue to review the LCD document productions for relevant documents;

WHEREAS, the DPPs and IPPs have requested, and the Defendants have agreed to extend the deadline for the production of the LCD document list an additional forty five days, such that the list shall now be provided to Defendants on October 17, 2011;

WHEREAS, DPPs and IPPs agree to provide the Defendants with the list of documents on a rolling basis;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Defendants that:

The deadline for DPPs and IPPS to serve Defendants with a list of LCD documents pursuant to the June 29, 2011 LCD Document Stipulation is extended until October 17, 2011.

DATED: August 29, 2011

**SAVERI & SAVERI, INC.**
**GUIDO SAVERI**
**R. ALEXANDER SAVERI**
**CADIO ZIRPOLI**

By: */s/ Guido Saveri*
  GUIDO SAVERI
  *Interim Lead Counsel for the*
  *Direct Purchaser Plaintiffs Class*

| | |
|---|---|
| DATED: August 29, 2011 | **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**<br>MARIO N. ALIOTO<br><br>By: /s/ Mario N. Alioto<br>MARIO N. ALIOTO<br>*Interim Lead Counsel for the*<br>*Indirect Purchaser Plaintiffs Class* |

For the Limited Purpose of this Stipulation, Liaison Counsel

| | |
|---|---|
| DATED: August 29, 2011 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>JAMES L. MCGINNIS<br><br>By: /s/ James L. McGinnis<br>JAMES L. MCGINNIS<br>*Defense Liason Counsel and Counsel for Defendants*<br>*Samsung SDI America, Inc., Samsung SDI Co., Ltd.,*<br>*Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI*<br>*Mexico S.A. de C.V., Samsung SDI Brasil Ltda.,*<br>*Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung*<br>*SDI Co., Ltd.* |

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Cadio Zirpoli, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 29th day of August 2011, at San Francisco, California.

/s/ Cadio Zirpoli

1  IT IS SO RECOMMENDED.

2  DATED: August 29, 2011

3

4
    _____
5   Hon. Charles A Legge
    Special Master

6

7  IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

8  DATED: August ___, 2011

9

10
    _____
11  Hon. Samuel A. Conti
    UNITED STATES DISTRICT JUDGE

25  Crt.454

827532.727532.5                    4                              07-CV-5944 SC
STIPULATION AND [PROPOSED] ORDER