# EXHIBIT A

Case 4:07-cv-05944-JST Document 999-1 Filed 08/29/11 Page 2 of 7
Case3:07-cv-05944-SC Document998 Filed08/29/11 Page6 of 11
Case3:07-cv-05944-SC Document952 Filed06/29/11 Page1 of 6
Case3:07-cv-05944-SC Document949 Filed06/17/11 Page1 of 6

GUIDO SAVERI (Bar No. 22349)
  guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
  rick@saveri.com
CADIO ZIRPOLI (Bar No. 179108)
  cadio@saveri.com
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, California 94111
Telephone:   (415) 217-6810
Facsimile:   (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

MARIO N. ALIOTO (Bar No. 56433)
  malioto@tatp.com
LAUREN C. RUSSELL (Bar No. 241151)
  laurenrussell@tatp.com
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, California 94123
Telephone:   (415) 563-7200
Facsimile:   (415) 346-0679

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs Class*

James L. McGinnis (Bar No. 95788)
  jmcginnis@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:   (415) 434-9100
Facsimile:   (415) 434-3947

*Defense Liaison Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.: 07-cv-5944 SC<br><br>MDL NO. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Case3:07-cv-05944-SC   Document998   Filed08/29/11   Page7 of 11
Case3:07-cv-05944-SC   Document952   Filed06/29/11   Page2 of 6
Case3:07-cv-05944-SC   Document943   Filed06/17/11   Page2 of 5

1   It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the
2   Indirect Purchaser Plaintiffs ("IPPs") and the undersigned defendants ("Defendants") in this action
3   as follows:

4   1.   That all documents produced in the *In Re: TFT-LCD (Flat Panel) Antitrust*
5   *Litigation*, Case No. M07-1827 SI ("*In Re: TFT-LCD*") by entities, including their affiliates except
6   for Toshiba Mobile Display Co., Ltd., that produced documents in *In Re: TFT-LCD* and are
7   defendants in this action, can be reviewed by Plaintiffs' counsel in this action for the limited
8   purpose of identifying documents for potential production in this action pursuant to the procedures
9   described in Paragraphs 2 and 3 below.  Such review will be subject to the protective order in *In*
10  *Re: TFT-LCD* (Docket No. 241) as well as the protective order herein (Docket No. 306).

11  2.   On or before September 1, 2011, Plaintiffs shall provide to all defendants a list of
12  the foregoing documents from *In Re: TFT-LCD* that they seek to use in this action.  The defendant
13  that produced, or whose affiliate produced, a document in *In Re: TFT-LCD* so identified
14  ("Producing Party") shall have 45 days to state objections to adding any such document to the
15  CRT discovery record.  Any document as to which no objections have been made shall be deemed
16  produced herein.  The parties shall meet and confer to resolve any objections made and, if
17  necessary, discuss a process for seeking a ruling from the Special Master and the Court.

18  3.   After this initial list is provided, Plaintiffs may supplement the list as necessary
19  with additional documents covered by Paragraph 1 above to the extent that Plaintiffs were in good
20  faith unable to finish their review of documents for inclusion in the list contemplated by Paragraph
21  2 above.  Plaintiffs shall provide notice to all defendants of any additions to the list of documents
22  from the *TFT-LCD* action that they seek to use in this action, absent a showing of good cause, no
23  later than seven calendar days before intended use in any deposition, submission or other
24  proceeding, and no later than 30 days prior to the discovery cut off.  Absent a showing of good
25  cause, Plaintiffs may identify no more than ten additional documents in advance of each
26  deposition.  The Producing Party shall promptly state objections to adding any document
27  identified by Plaintiffs to the CRT discovery record, if any, and the parties shall use the
28  procedures agreed upon for resolution of disputes as stated in Paragraph 2 above.  Any such

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Case 4:07-cv-05944-JST   Document 999-1   Filed 08/29/11   Page 4 of 7
Case3:07-cv-05944-SC   Document958   Filed08/29/11   Page3 of 11
Case3:07-cv-05944-SC   Document952   Filed06/29/11   Page3 of 6
Case3:07-cv-05944-SC   Document949   Filed06/17/11   Page3 of 6

1 resolution will be done on an expedited basis so as not to disrupt the taking of a noticed
2 deposition, or the continuance of any pre-trial dates.

3     4.    All objections by Defendants with respect to relevancy and admissibility are
4 preserved as to any document from *In Re: TFT-LCD* that may be produced pursuant to the
5 foregoing procedures.

6     5.    Absent Court order, this stipulation shall not apply to LG Display Co., Ltd. and LG
7 Display America, Inc. (collectively "LG Display"). Nothing in this stipulation shall preclude
8 Plaintiffs from seeking in this litigation the production of documents produced by LG Display in
9 *In Re: TFT-LCD*.

10 DATED: June 17, 2011

                                    SAVERI & SAVERI, INC.
                                    GUIDO SAVERI
                                    R. ALEXANDER SAVERI
                                    CADIO ZIRPOLI

                                    By: */s/ Guido Saveri*
                                          GUIDO SAVERI
                                    *Interim Lead Counsel for the*
                                    *Direct Purchaser Plaintiffs Class*

16 DATED: June 17, 2011            TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
                                    MARIO N. ALIOTO

                                    By: */s/ Mario N. Alioto*
                                         MARIO N. ALIOTO
                                    *Interim Lead Counsel for the*
                                    *Indirect Purchaser Plaintiffs Class*

21 DATED: June 17, 2011            MORGAN, LEWIS & BOCKIUS LLP
                                    DIANE L. WEBB

                                    By: */s/ Scott A. Stempel*
                                         SCOTT A. STEMPEL
                                    *Counsel for Defendants Hitachi, Ltd, Hitachi Asia,*
                                    *Ltd., Hitachi America, Ltd., Hitachi Electronic Devices*
                                    *(USA), Inc., and Hitachi Displays, Ltd.*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Case 4:07-cv-05944-JST Document 999-1 Filed 08/29/11 Page 5 of 7
Case3:07-cv-05944-SC Document998 Filed08/29/11 Page5 of 11
Case3:07-cv-05944-SC Document952 Filed06/29/11 Page4 of 6
Case3:07-cv-05944-SC Document949 Filed06/17/11 Page4 of 6

| | |
|---|---|
| DATED: June 17, 2011 | **ARNOLD & PORTER LLP**<br>ERIC SHAPLAND<br><br>By: /s/ Eric Shapland<br>ERIC SHAPLAND<br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.* |
| DATED: June 17, 2011 | **DEWEY & LEBOEUF LLP**<br>JEFFREY L. KESSLER<br><br>By: /s/ Jeffrey L. Kessler<br>JEFFREY L. KESSLER<br>*Counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd. and Panasonic Corporation (f/k/a/ Matsushita Electric Industrial Co.)* |
| DATED: June 17, 2011 | **BAKER BOTTS L.L.P.**<br>JOSEPH OSTOYICH<br><br>By: /s/ Joseph Ostoyich<br>JOSEPH OSTOYICH<br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronica Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda.* |
| DATED: June 17, 2011 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>JAMES L. MCGINNIS<br><br>By: /s/ James L. McGinnis<br>JAMES L. MCGINNIS<br>*Defense Liason Counsel and Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd.* |

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Case 4:07-cv-05944-JST   Document 999-1   Filed 08/29/11   Page 6 of 7
Case3:07-cv-05944-SC   Document998   Filed08/29/11   Page10 of 11
Case3:07-cv-05944-SC   Document952   Filed06/29/11   Page5 of 6
Case3:07-cv-05944-SC   Document949   Filed06/17/11   Page5 of 6

```
 1  DATED: June 17, 2011              O'MELVENY & MYERS, LLP
                                      IAN SIMMONS
 2

 3
                                      By: /s/ Ian Simmons
 4                                            IAN SIMMONS
                                      Counsel for Defendants Samsung Electronics Co., Ltd.
 5                                    and Samsung Electronics America, Inc.

 6  DATED: June 17, 2011              BAKER & McKENZIE LLP
                                      PATRICK J. AHERN
 7

 8
                                      By: /s/ Patrick J. Ahern
 9                                            PATRICK J. AHERN
                                      Counsel for Defendant Tatung Company of America,
10                                    Inc.

11  DATED: June 17, 2011              WHITE & CASE LLP
                                      LUCIUS B. LAU
12

13
                                      By: /s/ Lucius B. Lau
14                                            LUCIUS B. LAU
                                      Counsel for Defendants Toshiba Corporation, Toshiba
15                                    America, Inc., Toshiba America Information Systems,
                                      Inc., Toshiba America Consumer Products, L.L.C., and
16                                    Toshiba America Electronic Components, Inc.

17  DATED: June 17, 2011              FRESHFIELDS BRUCKHAUS DERINGER US
                                      LLP
18                                    TERRY CALVANI

19

20                                    By: /s/ Terry Calvani
                                              TERRY CALVANI
21                                    Counsel for Defendant Beijing Matsushita Color CRT
                                      Company, Ltd.
22
```

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Case 4:07-cv-05944-JST Document 999-1 Filed 08/29/11 Page 7 of 7
Case3:07-cv-05944-SC Document998 Filed08/29/11 Page11 of 11
Case3:07-cv-05944-SC Document952 Filed06/29/11 Page6 of 6
Case3:07-cv-05944-SC Document949 Filed06/17/11 Page6 of 6

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lauren C. Russell, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June 2011, at San Francisco, California.

/s/ Lauren C. Russell

IT IS SO RECOMMENDED.

DATED: June 20, 2011

_Charles A. Legge_
Hon. Charles A Legge
Special Master

IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

DATED: June 29, 2011



Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE