1  GUIDO SAVERI (Bar No. 22349)
        guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
        rick@saveri.com
3  CADIO ZIRPOLI (Bar No. 179108)
        cadio@saveri.com
4  SAVERI & SAVERI, INC.
   706 Sansome Street
5  San Francisco, California 94111
   Telephone:    (415) 217-6810
6  Facsimile:    (415) 217-6913

7  *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs Class*

8
   MARIO N. ALIOTO (Bar No. 56433)
9      malioto@tatp.com
   LAUREN C. RUSSELL (Bar No. 241151)
10     laurenrussell@tatp.com
   TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
11 2280 Union Street
   San Francisco, California 94123
12 Telephone:    (415) 563-7200
   Facsimile:    (415) 346-0679
13
   *Interim Lead Counsel for the*
14 *Indirect Purchaser Plaintiffs Class*

15 James L. McGinnis (Bar No. 95788)
       jmcginnis@sheppardmullin.com
16 SHEPPARD MULLIN RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
17 San Francisco, California 94111
   Telephone:    (415) 434-9100
18 Facsimile:    (415) 434-3947

19 *Defense Liaison Counsel*

20

## UNITED STATES DISTRICT COURT

21

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

22

| 23 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.. 07-cv-5944 SC |
| --- | --- | --- |
| 24 | | MDL NO. 1917 |
| 25 | | **STIPULATION AND [PROPOSED] ORDER** |
| 26 | | |
| 27 | | |
| 28 | | |

1    It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the

2    Indirect Purchaser Plaintiffs ("IPPs") and the undersigned defendants ("Defendants") in this action

3    as follows:

4    WHEREAS, on June 29, 2011, the Honorable Samuel Conti ordered upon the

5    recommendation of the Special Master, Charles A. Legge, that DPPs and IPPs have until

6    September 1, 2011 to provide a list to Defendants of certain documents produced in the *In Re:*

7    *TFT-LCD (Flat Panel) Antitrust Litigation, Case No. M07-1827 SI* ("*In Re: TFT-LCD*") action for

8    the limited purpose of identifying documents for potential production in this action ("LCD

9    Document Stipulation" attached hereto as Exhibit A).

10    WHEREAS, DPPs, and IPPs continue to review the LCD document productions for

11    relevant documents;

12    WHEREAS, the DPPs and IPPs have requested, and the Defendants have agreed to extend

13    the deadline for the production of the LCD document list an additional forty five days, such that

14    the list shall now be provided to Defendants on October 17, 2011;

15    WHEREAS, DPPs and IPPs agree to provide the Defendants with the list of documents on

16    a rolling basis;

17    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

18    undersigned Plaintiffs and Defendants that:

19    The deadline for DPPs and IPPS to serve Defendants with a list of LCD documents

20    pursuant to the June 29, 2011 LCD Document Stipulation is extended until October 17, 2011.

21

22    DATED: August 29, 2011            **SAVERI & SAVERI, INC.**
                                         GUIDO SAVERI
23                                       R. ALEXANDER SAVERI
                                         CADIO ZIRPOLI
24

25                                       By: */s/ Guido Saveri*
26                                              GUIDO SAVERI
                                         *Interim Lead Counsel for the*
27                                       *Direct Purchaser Plaintiffs Class*

28

1    DATED: August 29, 2011        **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
                                      MARIO N. ALIOTO

2

3

                                  By:   */s/ Mario N. Alioto*
4                                          MARIO N. ALIOTO
                                   *Interim Lead Counsel for the*
5                                    *Indirect Purchaser Plaintiffs Class*

6    For the Limited Purpose of this Stipulation, Liaison Counsel

7    DATED: August 29, 2011        **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
8                                         JAMES L. MCGINNIS

9

10                                By:   */s/ James L. McGinnis*
                                      JAMES L. MCGINNIS
11                                *Defense Liason Counsel and Counsel for Defendants*
                               *Samsung SDI America, Inc., Samsung SDI Co., Ltd.,*
12                                *Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI*
                               *Mexico S.A. de C.V., Samsung SDI Brasil Ltda.,*
13                                *Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung*
                               *SDI Co., Ltd.*

14

15

16                   **ATTESTATION PURSUANT TO GENERAL ORDER 45**

17       I, Cadio Zirpoli, attest that concurrence in the filing of this document has been obtained

18    from all signatories. I declare under penalty of perjury under the laws of the United States of

19    America that the foregoing is true and correct. Executed this 29th day of August 2011, at San

20    Francisco, California.

21

22

23                               /s/ Cadio Zirpoli

24

25

26

27

28

1   **IT IS SO RECOMMENDED.**

2   DATED: August _29_, 2011

3

4

5                               Hon. Charles A Legge
                              Special Master

6

7   **IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

8   DATED: August ___, 2011

9

10                            Hon. Samuel A. Conti
                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Crt.454

26

27

28

827532.727532.5                    4                 07-CV-5944 SC

Case3:07-cv-05944-SC   Document998   Filed08/20/11   Page5 of 11

# EXHIBIT A

Case3:07-cv-05944-SC   Document938   Filed06/29/11   Page6 of 11
Case3:07-cv-05944-SC   Document952   Filed06/29/11   Page1 of 6
Case3:07-cv-05944-SC   Document949   Filed06/17/11   Page1 of 6

1 | GUIDO SAVERI (Bar No. 22349)
        guido@saveri.com
2 | R. ALEXANDER SAVERI (Bar No. 173102)
        rick@saveri.com
3 | CADIO ZIRPOLI (Bar No. 179108)
        cadio@saveri.com
4 | SAVERI & SAVERI, INC.
    111 Pine Street, Suite 1700
5 | San Francisco, California 94111
    Telephone:    (415) 217-6810
6 | Facsimile:    (415) 217-6913

7 | *Interim Lead Counsel for the*
    *Direct Purchaser Plaintiffs Class*
8 |
    MARIO N. ALIOTO (Bar No. 56433)
9 |     malioto@tatp.com
    LAUREN C. RUSSELL (Bar No. 241151)
10 |    laurenrussell@tatp.com
    TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
11 | 2280 Union Street
    San Francisco, California 94123
12 | Telephone:    (415) 563-7200
    Facsimile:    (415) 346-0679
13 |
    *Interim Lead Counsel for the*
14 | *Indirect Purchaser Plaintiffs Class*

15 | James L. McGinnis (Bar No. 95788)
        jmcginnis@sheppardmullin.com
16 | SHEPPARD MULLIN RICHTER & HAMPTON LLP
    Four Embarcadero Center, 17th Floor
17 | San Francisco, California 94111
    Telephone:    (415) 434-9100
18 | Facsimile    (415) 434-3947

19 | *Defense Liaison Counsel*

20

**UNITED STATES DISTRICT COURT**

21

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

22

| 23 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.. 07-cv-5944 SC |
|---|---|---|
| 24 | | MDL NO. 1917 |
| 25 | | STIPULATION AND [~~PROPOSED~~] ORDER |
| 26 | | |
| 27 | | |
| 28 | | |

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1      It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the

2  Indirect Purchaser Plaintiffs ("IPPs") and the undersigned defendants ("Defendants") in this action

3  as follows:

4      1.      That all documents produced in the *In Re: TFT-LCD (Flat Panel) Antitrust* ·

5  *Litigation, Case No. M07-1827 SI ("In Re: TFT-LCD")* by entities, including their affiliates except

6  for Toshiba Mobile Display Co., Ltd., that produced documents in *In Re: TFT-LCD* and are

7  defendants in this action, can be reviewed by Plaintiffs' counsel in this action for the limited

8  purpose of identifying documents for potential production in this action pursuant to the procedures

9  described in Paragraphs 2 and 3 below. Such review will be subject to the protective order in *In*

10  *Re: TFT-LCD* (Docket No. 241) as well as the protective order herein (Docket No. 306).

11      2.      On or before September 1, 2011, Plaintiffs shall provide to all defendants a list of

12  the foregoing documents from *In Re: TFT-LCD* that they seek to use in this action. The defendant

13  that produced, or whose affiliate produced, a document in *In Re: TFT-LCD* so identified

14  ("Producing Party") shall have 45 days to state objections to adding any such document to the

15  CRT discovery record. Any document as to which no objections have been made shall be deemed

16  produced herein. The parties shall meet and confer to resolve any objections made and, if

17  necessary, discuss a process for seeking a ruling from the Special Master and the Court.

18      3.      After this initial list is provided, Plaintiffs may supplement the list as necessary

19  with additional documents covered by Paragraph 1 above to the extent that Plaintiffs were in good

20  faith unable to finish their review of documents for inclusion in the list contemplated by Paragraph

21  2 above. Plaintiffs shall provide notice to all defendants of any additions to the list of documents

22  from the *TFT-LCD* action that they seek to use in this action, absent a showing of good cause, no

23  later than seven calendar days before intended use in any deposition, submission or other

24  proceeding, and no later than 30 days prior to the discovery cut off. Absent a showing of good

25  cause, Plaintiffs may identify no more than ten additional documents in advance of each

26  deposition. The Producing Party shall promptly state objections to adding any document

27  identified by Plaintiffs to the CRT discovery record, if any, and the parties shall use the

28  procedures agreed upon for resolution of disputes as stated in Paragraph 2 above. Any such

Case3:07-cv-05944-SC Document1000 Filed09/02/11 Page8 of 11

Case3:07-cv-05944-SC Document955 Filed08/29/11 Page8 of 11
Case3:07-cv-05944-SC Document952 Filed06/29/11 Page3 of 6
Case3:07-cv-05944-SC Document949 Filed06/17/11 Page3 of 6

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1 | resolution will be done on an expedited basis so as not to disrupt the taking of a noticed

2 | deposition, or the continuance of any pre-trial dates.

3 | 4. All objections by Defendants with respect to relevancy and admissibility are

4 | preserved as to any document from *In Re: TFT-LCD* that may be produced pursuant to the

5 | foregoing procedures.

6 | 5. Absent Court order, this stipulation shall not apply to LG Display Co., Ltd. and LG

7 | Display America, Inc. (collectively "LG Display"). Nothing in this stipulation shall preclude

8 | Plaintiffs from seeking in this litigation the production of documents produced by LG Display in

9 | *In Re: TFT-LCD*.

10 | DATED: June 17, 2011

SAVERI & SAVERI, INC.
GUIDO SAVERI
R. ALEXANDER SAVERI
CADIO ZIRPOLI

13

14 | By: /s/ Guido Saveri
GUIDO SAVERI
*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs Class*

16 | DATED: June 17, 2011

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
MARIO N. ALIOTO

18

19 | By: /s/ Mario N. Alioto
MARIO N. ALIOTO
*Interim Lead Counsel for the*
*Indirect Purchaser Plaintiffs Class*

21 | DATED: June 17, 2011

MORGAN, LEWIS & BOCKIUS LLP
DIANE L. WEBB

23

24 | By: /s/ Scott A. Stempel
SCOTT A. STEMPEL
*Counsel for Defendants Hitachi, Ltd, Hitachi Asia,*
*Ltd., Hitachi America, Ltd., Hitachi Electronic Devices*
*(USA), Inc., and Hitachi Displays, Ltd.*

Case3:07-cv-05944-SC Document958 Filed08/29/11 Page9 of 11
Case3:07-cv-05944-SC Document952 Filed06/29/11 Page4 of 6
Case3:07-cv-05944-SC Document949 Filed06/17/11 Page4 of 6



DATED: June 17, 2011        **ARNOLD & PORTER LLP**
ERIC SHAPLAND


By: */s/ Eric Shapland*
         ERIC SHAPLAND
*Counsel for Defendants LG Electronics, Inc., LG
Electronics USA, Inc. and LG Electronics Taiwan
Taipei Co., Ltd.*

DATED: June 17, 2011        **DEWEY & LEBOEUF LLP**
JEFFREY L. KESSLER


By: */s/ Jeffrey L. Kessler*
         JEFFREY L. KESSLER
*Counsel for Defendants Panasonic Corporation of
North America, MT Picture Display Co., Ltd. and
Panasonic Corporation (f/k/a/ Matsushita Electric
Industrial Co.)*

DATED: June 17, 2011        **BAKER BOTTS L.L.P.**
JOSEPH OSTOYICH


By: */s/ Joseph Ostoyich*
         JOSEPH OSTOYICH
*Counsel for Defendants Koninklijke Philips Electronics
N.V., Philips Electronics North America Corporation,
Philips Electronica Industries (Taiwan), Ltd., and
Philips da Amazonia Industria Electronica Ltda.*

DATED: June 17, 2011        **SHEPPARD MULLIN RICHTER & HAMPTON
LLP**
JAMES L. MCGINNIS


By: */s/ James L. McGinnis*
         JAMES L. MCGINNIS
*Defense Liaison Counsel and Counsel for Defendants
Samsung SDI America, Inc., Samsung SDI Co., Ltd.,
Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI
Mexico S.A. de C.V., Samsung SDI Brasil Ltda.,
Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung
SDI Co., Ltd.*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

827532.727532.5         4         07-CV-5944 SC
STIPULATION AND ORDER

Case3:07-cv-05944-SC   Document998   Filed08/29/11   Page10 of 11
Case3:07-cv-05944-SC   Document952   Filed06/29/11   Page5 of 6
Case3:07-cv-05944-SC   Document949   Filed06/17/11   Page5 of 6

DATED: June 17, 2011

O'MELVENY & MYERS, LLP
IAN SIMMONS


By:  /s/ Ian Simmons
                IAN SIMMONS
*Counsel for Defendants Samsung Electronics Co., Ltd.
and Samsung Electronics America, Inc.*

DATED: June 17, 2011

BAKER & McKENZIE LLP
PATRICK J. AHERN


By:  /s/ Patrick J. Ahern
                PATRICK J. AHERN
*Counsel for Defendant Tatung Company of America, Inc.*

DATED: June 17, 2011

WHITE & CASE LLP
LUCIUS B. LAU


By:  /s/ Lucius B. Lau
                LUCIUS B. LAU
*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

DATED: June 17, 2011

FRESHFIELDS BRUCKHAUS DERINGER US LLP
TERRY CALVANI


By:  /s/ Terry Calvani
                TERRY CALVANI
*Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.*

PEARSON, SIMON, WARSHAW & PENNY, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

827532.727532.5

5

07-CV-5944 SC

STIPULATION AND ORDER

PEARSON, SIMON, WARSHAW & PENNY, LLP
45185 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2

I, Lauren C. Russell, attest that concurrence in the filing of this document has been

3

obtained from all signatories. I declare under penalty of perjury under the laws of the United

4

States of America that the foregoing is true and correct. Executed this 17th day of June 2011, at

5

San Francisco, California.

6

7

8
/s/ Lauren C. Russell

9

10

11

12

13
IT IS SO RECOMMENDED.

14
DATED: June 20, 2011

15

16

Hon. Charles A Legge

17
Special Master

18
IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

19
DATED: June 29, 2011

20

21

22
Hon. Samuel   IT IS SO ORDERED
UNITED ST                    UDGE

23
Judge Samuel Conti

24

25

26

27

28

827532.777532.5                    6                    07-CV-5944 SC
**STIPULATION AND ORDER**