Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
E-mail: jdc@coopkirk.com
　　　　trk@coopkirk.com
　　　　jdb@coopkirk.com

Attorneys for Plaintiff Steven Ganz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917 |
| This document relates to:<br><br>*Ganz v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:08-cv-01721-SC<br><br>ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF STEVEN GANZ; [PROPOSED] ORDER** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Steven Ganz hereby substitutes Cooper & Kirkham, P.C. in place of Gross Belsky Alonso LLP as counsel of record in this action. The contact information for new counsel is as follows:

>Josef D. Cooper (53015)
>Tracy R. Kirkham (69912)
>John D. Bogdanov (215830)
>COOPER & KIRKHAM, P.C.
>357 Tehama Street, Second Floor
>San Francisco, CA 94103
>Telephone: (415) 788-3030
>Facsimile: (415) 882-7040
>E-mail: jdc@coopkirk.com
>trk@coopkirk.com
>jdb@coopkirk.com

DATED: August 5, 2011   By: _____
Steven Ganz
Plaintiff

Cooper & Kirkham, P.C. hereby accepts this substitution.

DATED: August 5, 2011   COOPER & KIRKHAM, P.C.

By: _____
John D. Bogdanov
Attorneys for Plaintiff Steven Ganz

Gross Belsky Alonso LLP hereby consents to the above substitution of counsel.

DATED: August 5, 2011   GROSS BELSKY ALONSO LLP

By: _____
Adam C. Belsky
Attorneys for Plaintiff Steven Ganz

**IT IS SO ORDERED:**

DATED:_____   _____
Honorable Samuel Conti
United States District Court Judge

1

NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF STEVEN GANZ; [PROPOSED] ORDER
Master File No. 3:07-cv-5944-SC