Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
E-mail: jdc@coopkirk.com
         trk@coopkirk.com
         jdb@coopkirk.com

Attorneys for Plaintiff Steven Ganz

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917 |
| This document relates to:<br><br>*Ganz v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 3:08-cv-01721-SC<br><br>ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF STEVEN GANZ; [PROPOSED] ORDER** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff Steven Ganz hereby substitutes Cooper & Kirkham, P.C. in place of Gross Belsky Alonso LLP as counsel of record in this action. The contact information for new counsel is as follows:

> Josef D. Cooper (53015)
> Tracy R. Kirkham (69912)
> John D. Bogdanov (215830)
> COOPER & KIRKHAM, P.C.
> 357 Tehama Street, Second Floor
> San Francisco, CA 94103
> Telephone: (415) 788-3030
> Facsimile: (415) 882-7040
> E-mail: jdc@coopkirk.com
> trk@coopkirk.com
> jdb@coopkirk.com

DATED: August 5, 2011          By: _____
                                    Steven Ganz
                                    Plaintiff

Cooper & Kirkham, P.C. hereby accepts this substitution.

DATED: August 5, 2011          COOPER & KIRKHAM, P.C.

                               By: _____
                                    John D. Bogdanov
                                    Attorneys for Plaintiff Steven Ganz

Gross Belsky Alonso LLP hereby consents to the above substitution of counsel.

DATED: August 5, 2011          GROSS BELSKY ALONSO LLP

                               By: _____
                                    Adam C. Belsky
                                    Attorneys for Plaintiff Steven Ganz

**IT IS SO ORDERED:**

DATED: September 15, 2011      _____
                               Honorable
                               United States

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*