Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

CRAGO, INC., et al.,

                    Plaintiffs,

          vs.

CHUNGHWA PICTURE TUBES, LTD., et al.,

                    Defendants.

This Document Relates to
ALL CASES

No. 07-5944 SC
MDL No. 1917
JAMS Reference No. 1100054618

**ORDER REGARDING
EXTENSION OF TIME FOR
DISCOVERY CONCERNING
STATUTE OF LIMITATIONS
AND FRAUDULENT
CONCEALMENT**

Pursuant to the correspondence from TAIS and Panasonic, and the Direct and Indirect Purchaser Plaintiffs, dated September 15 and September 16, 2011, it is ordered that the deadline to file the status report or motions to compel discovery related to the statute of limitation and fraudulent concealment is extended to October 28, 2011.

IT IS SO ORDERED.

Date: September 21, 2011

Hon. Charles A. Legge (Ret.),
Special Master