Richard S. Snyder (*pro hac vice*)
richard.snyder@freshfields.com
Terry Calvani (53260)
terry.calvani@freshfields.com
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel for Defendant Beijing Matsushita Color CRT Company, Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-CV-5944<br>MDL NO. 1917 – ALL CASES |
| This document relates to:<br>ALL ACTIONS | **NOTICE OF APPEARANCE OF RICHARD S. SNYDER**<br><br>Before the Honorable Samuel Conti |

PLEASE TAKE NOTICE that Richard S. Snyder hereby enters his appearance *pro hac vice* in these actions on behalf of defendant Beijing Matsushita Color CRT Company, Ltd.  Mr. Snyder is admitted to practice and in good standing in the United States District Court for the District of Columbia.

Dated:  October 4, 2011

Respectfully submitted,

Freshfields Bruckhaus Deringer US LLP

By: /s/ *Richard S. Snyder*
Richard S. Snyder (*pro hac vice*)
Terry Calvani (53260)
701 Pennsylvania Avenue, NW, Ste 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Counsel to Defendant Beijing Matsushita Color CRT Company, Ltd.*

**CERTIFICATE OF SERVICE**

I, Richard S. Snyder, declare that I am over the age of eighteen (18) and not a party to the within action. I am an associate with the law firm of Freshfields Bruckhaus Deringer US LLP, 701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

On October 4, 2011, I caused a copy of the foregoing **NOTICE OF APPEARANCE OF RICHARD S. SNYDER** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all parties registered for electronic filing.

Dated:  October 4, 2011         FRESHFIELDS BRUCKHAUS
                                DERINGER US LLP

                                By: /s/ *Richard S. Snyder*
                                    Richard S. Snyder (*pro hac vice*)
                                    Freshfields Bruckhaus Deringer
                                      US LLP
                                    Email: richard.snyder@freshfields.com
                                    701 Pennsylvania Avenue NW, Suite 600
                                    Washington, DC  20004
                                    Tel: (202) 777-4565
                                    Fax: (202) 777-4555

                                    ***Counsel to Defendant Beijing
                                    Matsushita Color CRT Company, Ltd.***