Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

CRAGO, INC., et al.,

Plaintiffs,

vs.

CHUNGHWA PICTURE TUBES, LTD., et al.,

Defendants.

This Document Relates to
ALL CASES

No. 07-5944 SC
MDL No. 1917
JAMS Reference No. 1100054618

**NOTICE OF TELEPHONIC HEARING RE DOCUMENT PRODUCTION**

There will be a telephone status conference on Thursday, October 20 at 9:00 AM (Pacific). The purpose of the conference is to discuss the schedules for the productions of documents and related matters. The conference should last no more than one hour.

To access this call please dial 1-877-696-5267 and ask the operator to connect you to Judge Legge's call.

IT IS SO ORDERED.

Date: October 17, 2011

_____
Hon. Charles A. Legge (Ret.),
Special Master

1