Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| CRAGO, INC., et al., | |
| Plaintiffs, | **AMENDED NOTICE OF TELEPHONIC HEARING RE DOCUMENT PRODUCTION** |
| vs. | |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |
| This Document Relates to ALL CASES | |

There will be a telephone status conference on **Thursday, October 20 at 11:00 AM (Pacific)**. The purpose of the conference is to discuss the schedules for the productions of documents and related matters. The conference should last no more than one hour.

To access this call please dial 1-877-696-5267 and ask the operator to connect you to Judge Legge's call.

IT IS SO ORDERED.

Date:   October 18, 2011                                      *[signature]*
                                                              Hon. Charles A. Legge (Ret.),
                                                              Special Master

1