UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION  MDL No. 1917

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO–5)

On February 15, 2008, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 536 F.Supp.2d 1364 (J.P.M.L. 2008). Since that time, 17 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Samuel Conti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Conti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of California for the reasons stated in the order of February 15, 2008, and, with the consent of that court, assigned to the Honorable Samuel Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 06, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

MDL No. 1917

## SCHEDULE CTO–5 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| | | | |
| **CALIFORNIA NORTHERN** | | | |
| ~~CAN~~ | ~~3~~ | ~~11–05513~~ | ~~Best Buy Co., Inc. et al v. Hitachi Ltd. et al~~ |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 11–62437 | Interbond Corporation of America v. Hitachi, Ltd. et al |
| FLS | 9 | 11–81263 | Office Depot, Inc. v. Hitachi, Ltd. et al |
| **NEW YORK EASTERN** | | | |
| NYE | 1 | 11–05529 | Schultze Agency Services, LLC et al v. Hitachi, Ltd. et al |
| NYE | 1 | 11–05530 | P.C. Richard &Son Long Island Corporation et al v. Hitachi Ltd. et al |
| **TEXAS NORTHERN** | | | |
| TXN | 3 | 11–03130 | Compucom Systems Inc v. Hitachi Ltd et al |
| **WASHINGTON WESTERN** | | | |
| WAW | 2 | 11–01909 | Costco Wholesale Corporation v. Hitachi, Ltd. et al |