KENT M. ROGER, State Bar No. 095987
THOMAS R. GREEN, State Bar No. 203480
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

email: kroger@morganlewis.com
tgreen@morganlewis.com

*Attorneys for Defendants*
*Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America,*
*Ltd. and Hitachi Electronic Devices (USA), Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-CV-5944 SC<br>MDL No. 1917 – ALL CASES |
| This Document Relates to:<br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF ATTORNEY** |

    This is to notice that Jason B. Allen is withdrawing as counsel in the above matter as he is no longer affiliated with the law firm of Morgan Lewis & Bockius. It is further requested that Jason B. Allen's name be removed from any applicable service list and that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to jason.allen@morganlewis.com.

DATED:   December 7, 2011         MORGAN, LEWIS & BOCKIUS LLP


By:   /s/ Jason B. Allen
Attorney for Defendant
VINAYAK S. GOWRISH