1  ALDO A. BADINI (257086)
   DEWEY & LEBOEUF LLP
2  Post Montgomery Center
   One Montgomery Street, Suite 3500
3  San Francisco, CA 94104
   Telephone: (415) 951-1120
4  Facsimile:  (415) 951-1100
   Email: abadini@dl.com
5

6  JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
   A. PAUL VICTOR (*Admitted Pro Hac Vice*)
7  DEWEY & LEBOEUF LLP
   1301 Avenue of the Americas
8  New York, NY 10019
   Telephone: (212) 259-8000
9  Facsimile: (212) 259-7013
   Email: jkessler@dl.com
10

11 STEVEN A. REISS *(Admitted Pro Hac Vice)*
   DAVID L. YOHAI *(Admitted Pro Hac Vice)*
12 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
13 New York, New York 10153-0119
   Telephone: (212) 310-8000
14 Facsimile: (212) 310-8007
   Email: steven.reiss@weil.com
15

16 *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

17              **IN THE UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19                     **SAN FRANCISCO DIVISION**

20 In re: CATHODE RAY TUBE (CRT) ANTITRUST )   Case No. 07-5944 SC
21 LITIGATION                              )
                                           )   MDL No. 1917
22 This Document Relates to:               )
                                           )   NOTICE OF APPEARANCE OF
23 ALL ACTIONS                             )   COUNSEL
                                           )

24 TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

25          PLEASE TAKE NOTICE that Aldo A. Badini (state bar number 257086) of Dewey

26 & LeBoeuf LLP, Post Montgomery Center, One Montgomery Street, Suite 3500, San Francisco,

27 California 94104 hereby enters an appearance as co-counsel for defendants Panasonic Corporation of

28

---

NOTICE OF APPEARANCE OF COUNSEL                                  Case No. 07-5944 SC
                                                                 MDL NO. 1917

North America; Panasonic Corporation; MT Picture Display Co., Ltd. in the above referenced matter.  Service may be made at the address listed and Notices of Electronic Filing may be sent to the e-mail address: abadini@dl.com.

Dated: December 12, 2011

DEWEY & LEBOEUF  LLP

By:  /s/ Aldo A. Badini
ALDO A. BADINI (257086)
Email: abadini@dl.com
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 951-1120
Facsimile:  (415) 951-1100

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013