1  ALDO A. BADINI (257086)
   DEWEY & LEBOEUF LLP
2  Post Montgomery Center
   One Montgomery Street, Suite 3500
3  San Francisco, CA 94104
   Telephone: (415) 951-1120
4  Facsimile:  (415) 951-1100
   Email: abadini@dl.com
5

6  JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
   A. PAUL VICTOR (*Admitted Pro Hac Vice*)
7  DEWEY & LEBOEUF LLP
   1301 Avenue of the Americas
8  New York, NY 10019
   Telephone: (212) 259-8000
9  Facsimile: (212) 259-7013
   Email: jkessler@dl.com
10

11 STEVEN A. REISS *(Admitted Pro Hac Vice)*
   DAVID L. YOHAI *(Admitted Pro Hac Vice)*
12 WEIL, GOTSHAL & MANGES LLP
   767 Fifth Avenue
13 New York, New York 10153-0119
   Telephone: (212) 310-8000
14 Facsimile: (212) 310-8007
   Email: steven.reiss@weil.com
15

16 *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

17            **IN THE UNITED STATES DISTRICT COURT**

18                **NORTHERN DISTRICT OF CALIFORNIA**

19                    **SAN FRANCISCO DIVISION**

20

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
|---|---|
|  | MDL No. 1917 |
| This Document Relates to: |  |
| ALL ACTIONS | NOTICE OF ATTORNEY WITHDRAWAL |

24 TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

25         PLEASE TAKE NOTICE that Kris Man (state bar number 246008) is hereby

26 withdrawn as counsel in the above referenced matter as she is no longer affiliated with the law firm

27

28

NOTICE OF ATTORNEY WITHDRAWAL                                    Case No. 07-5944 SC
                                                                  MDL NO. 1917

of Dewey & LeBoeuf LLP.   Please remove Kris Man's name from all applicable service lists and discontinue the delivery of Notices of Electronic Filing to the e-mail address: kman@dl.com.

Dated: December 9, 2011                              DEWEY & LEBOEUF  LLP

                                                   By:   /s/ Jeffrey L. Kessler
                                                       JEFFREY L. KESSLER (*pro hac vice*)
                                                       Email: jkessler@dl.com
                                                       A. PAUL VICTOR (*pro hac vice*)
                                                     Email: pvictor@dl.com
                                                     DEWEY & LEBOEUF LLP
                                                     1301 Avenue of the Americas
                                                     New York, NY 10019
                                                     Telephone: (212) 259-8000
                                                     Facsimile: (212) 259-7013

                                                     ALDO A. BADINI (257086)
                                                     Email: abadini@dl.com
                                                     DEWEY & LEBOEUF LLP
                                                     Post Montgomery Center
                                                     One Montgomery Street, Suite 3500
                                                     San Francisco, CA 94104
                                                     Telephone: (415) 951-1120
                                                     Facsimile:  (415) 951-1100