ALDO A. BADINI (257086)
DEWEY & LEBOEUF LLP
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 951-1120
Facsimile:  (415) 951-1100
Email: abadini@dl.com

JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
MOLLY M. DONOVAN (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS *(Admitted Pro Hac Vice)*
DAVID L. YOHAI *(Admitted Pro Hac Vice)*
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| DIRECT PURCHASER ACTIONS | DECLARATION OF MOLLY M. DONOVAN IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT AGAINST PURPORTED DIRECT PURCHASER PLAINTIFFS WHO DID NOT PURCHASE CRTS |

I, Molly M. Donovan, declare as follows:

1. I am an attorney with Dewey & LeBoeuf LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Joint Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTs. If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the Letter from Geoffrey Rushing to Eric Shapland, dated September 24, 2010.

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff Crago D/B/A Dash Computer, Inc.'s Responses to Defendant Hitachi America, Ltd.'s First Set of Interrogatories, dated July 7, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff Electronic Design Company's Responses to Defendant Samsung SDI Co. Ltd.'s First Set of Interrogatories, dated July 7, 2010.

5. Attached hereto as Exhibit D is a true and correct copy of Plaintiff Meijer, Inc.'s and Meijer Distribution, Inc.'s Responses to Defendant Hitachi America, Ltd.'s First Set of Interrogatories, dated July 8, 2010.

6. Attached hereto as Exhibit E is a true and correct copy of Plaintiff Nathan Muchnick, Inc.'s Responses to Defendant Hitachi America, Ltd.'s First Set of Interrogatories, dated July 7, 2010.

7. Attached hereto as Exhibit F is a true and correct copy of Plaintiff Orion Home Systems, LLC's Responses to Defendant Hitachi America, Ltd.'s First Set of Interrogatories, dated July 9, 2010.

8. Attached hereto as Exhibit G is a true and correct copy of Plaintiff Radio & TV Equipment, Inc.'s Responses to Defendant Hitachi America, Ltd.'s First Set of Interrogatories, dated July 8, 2010.

9. Attached hereto as Exhibit H is a true and correct copy of Plaintiff Royal Data Services, Inc.'s Responses to Defendant Hitachi America, Ltd.'s First Set of Interrogatories, dated July 7, 2010.

10. Attached hereto as Exhibit I is a true and correct copy of Plaintiff Studio Spectrum Inc.'s Responses and Objections to Defendant Hitachi America, Ltd.'s First Set of Interrogatories, dated July 7, 2010.

11. Attached hereto as Exhibit J is a true and correct copy of the Transcript of Motion Hearing, held on May 26, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 12, 2011

       /s/ Molly M. Donovan
       Molly M. Donovan