# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ) | Case No. 07-5944 SC |
| ) | |
| In re: CATHODE RAY TUBE (CRT) ANTITRUST ) | MDL No. 1917 |
| LITIGATION ) | |
| ) | **[PROPOSED] ORDER GRANTING** |
| ) | **DEFENDANTS' JOINT MOTION FOR** |
| This Document Relates to: ) | **SUMMARY JUDGMENT AGAINST** |
| ) | **PURPORTED DIRECT PURCHASER** |
| DIRECT PURCHASER ACTIONS ) | **PLAINTIFFS WHO DID NOT** |
| ) | **PURCHASE CRTS** |
| ) | |
| ) | |

The Defendants' Joint Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTs ("Motion"), filed by Defendants Panasonic Corporation of North America; Panasonic Corporation; MT Picture Display Co., Ltd., and made on behalf of the additional moving defendants identified in the Motion (collectively "Defendants") came on regularly for hearing before this Court.

Having considered all papers filed in support of and in opposition to said Motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion is GRANTED in full, and the claims of the direct purchaser plaintiffs who did not purchase CRTs are dismissed with prejudice.

**IT IS SO ORDERED**

Dated:_____                _____
                                                            Hon. Samuel Conti
                                                        United States District Judge

[PROPOSED] ORDER RE MOTION FOR SUMMARY JUDGMENT                     CASE NO. 07-5944 SC
AGAINST PURPORTED DIRECT PURCHASER PLAINTIFFS                              MDL NO. 1917
WHO DID NOT PURCHASE CRTS