**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk
415.522.2000

General Court Number

16 December 2011

Re:   MDL 08-1917 In re Cathode Ray Tube (CRT) Antitrust Litigation

<u>Title of Case</u>                                                            <u>Case Number</u>
*Office Depot, Inc. v. Hitachi, Ltd. et al*                           C.A. No. 9:11-81263

Dear Sir/Madam:

    This is to advise you that the above entitled case has been transferred from the Southern District of Florida to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable **Samuel Conti.** We have given the action the individual case number ***C 11-6276 to be followed by the initials SC***.

    All future documents submitted in this case are to be presented to the Court in <u>compliance with   Pretrial Order No. 1</u>   issued on 4 April 2008 in the MDL case, case no. C 07-5944 SC, docket no. 230.

    Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

                                                                                    Sincerely yours,

                                                                                    *R. C. Santos*

                                                                                    Rufino C. Santos
                                                                                    Deputy Clerk

cc: Counsel
        MDL