1  THE LAW OFFICE OF BRIAN BARRY
   Brian Barry (#135631)
2  1925 Century Park East, Suite 2100
3  Los Angeles, California 90067
   Telephone: (323) 522-5584
4  Email: bribarry1@yahoo.com

5  *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No. 3:07-cv-5944 SC<br>) MDL No. 1917<br>)<br>) Hon. Samuel Conti<br>)<br>)<br>) **NOTICE OF CHANGE OF FIRM**<br>) **ADDRESS**<br>)<br>)<br>)<br>)<br>) |
| This Document Relates to:<br>All Indirect-Purchaser Actions | )<br>) |

PLEASE TAKE NOTICE that The Law Office of Brian Barry, counsel for Plaintiffs in the within Action, hereby notifies the Court and all parties of its new address as follows:

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

Telephone: (323) 522-5584

DATED: December 28, 2011          THE LAW OFFICE OF BRIAN BARRY


By:   *s/Brian Barry*
       Brian Barry
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (323) 522-5584
Email: bribarry1@yahoo.com

*Counsel for Plaintiffs*

NOTICE OF CHANGE OF FIRM ADDRESS
2

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO NORTHEN DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 45**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On December 28, 2011, I caused to be served the following document:

**NOTICE OF CHANGE OF FIRM ADDRESS**

By posting these documents to the ECF Website of the United States District Court for the Northern District of California, for receipt electronically by the parties as reflected on the attached Court's Service List.

And on any non-ECF registered party:

**By Mail**: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 28, 2011, at Los Angeles, California.

       *s/ Brian Barry*
       Brian Barry

# Mailing Information for a Case 3:07-cv-05944-SC

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Patrick J. Ahern**
  patrick.j.ahern@bakernet.com,catherine.osuilleabhain@bakernet.com

- **Lee Albert**
  lalbert@murrayfrank.com

- **Joseph M. Alioto , Sr**
  jmalioto@aliotolaw.com,esexton@aliotolaw.com,jmiller@aliotolaw.com

- **Joseph Michelangelo Alioto , Jr**
  jaliotojr@aliotolaw.com,esexton@aliotolaw.com,tpier@aliotolaw.com

- **Mario N. Alioto**
  malioto@tatp.com

- **Mario Nunzio Alioto**
  malioto@tatp.com

- **Angelina Alioto-Grace**
  sexton@aliotolaw.com

- **Daniel Bruce Allanoff**
  dallanoff@mcgslaw.com

- **Nancy Chung Allred**
  nancy.c.allred@bakernet.com

- **Jennie Lee Anderson**
  jennie@andrusanderson.com,kelli.good@andrusanderson.com

- **Lori Erin Andrus**
  lori@andrusanderson.com,kelli.good@andrusanderson.com,jessicamoy@andrusanderson.com

- **Gregory Keith Arenson**
  garenson@kaplanfox.com

- **Aldo A. Badini**
  abadini@dl.com,courtalert@dl.com

- **Gordon Ball**
  gball@ballandscott.com,tbenson@ballandscott.com,ddaugherty@ballandscott.com

- **Brian Joseph Barry , Esq**
  bribarry1@yahoo.com

- **Joseph M. Barton**
  jbarton@glancylaw.com

- **Timothy D. Battin**
  tbattin@straus-boies.com,tpalumbo@straus-boies.com,ecf@straus-boies.com

- **Benjamin Daniel Battles**
  bbattles@bsfllp.com

- **Keith Thomson Belt , Jr**
  keithb@beltlawfirm.com,dianeb@beltlawfirm.com

- **Barry J Bendes**
  bbendes@eapdlaw.com

- **Barry J. Bendes**
  bbendes@eapdlaw.com

- **Steven F. Benz**
  sbenz@khhte.com,itushe@khhte.com,sattaway@khhte.com,ashen@khhte.com

- **Daniel Edward Birkhaeuser**
  dbirkhaeuser@bramsonplutzik.com

- **Garrett D. Blanchfield , Jr**
  g.blanchfield@rwblawfirm.com,k.schulte@rwblawfirm.com,r.yard@rwblawfirm.com

- **John Dmitry Bogdanov**
  jdb@coopkirk.com

- **David Boies , III**
  dboies@straus-boies.com,tpalumbo@straus-boies.com

- **Anthony J. Bolognese**
  abolognese@bolognese-law.com

- **Robert J. Bonsignore**
  rbonsignore@class-actions.us

- **Jeffrey D. Bores**
  jbores@chestnutcambronne.com

- **Benjamin Gardner Bradshaw**
  bbradshaw@omm.com

- **Patrick John Brady**
  jbrady@polsinelli.com,aennis@polsinelli.com,cmiller@polsinelli.com,dowen@polsinelli.com,docketing@polsinelli.com,cfuse

- **Rachel S. Brass**
  smaruschak@gibsondunn.com,rbrass@gibsondunn.com

- **Chadwick Oliver Brooker**
  cbrooker@atg.state.il.us

- **W. Joseph Bruckner**
  wjbruckner@locklaw.com,sipeem@locklaw.com,amhorningnygren@locklaw.com,pottehn@locklaw.com

- **Robert Page Bruner**
  robertb@beltlawfirm.com

- **David J. Burman**
  DBurman@perkinscoie.com

- **William G. Caldes**
  bcaldes@srkw-law.com

- **Terry Calvani**
  terry.calvani@freshfields.com

- **Karl L. Cambronne**
  kcambronne@chestnutcambronne.com

- **Christopher William Cantrell**
  chrisc@beltlawfirm.com

- **Scott W. Carlson**
  scarlson@heinsmills.com

- **Drew A. Carson**
  carson@millergolerfaeges.com

- **James E. Cecchi**
  jcecchi@carellabyrne.com

- **Michelle Park Chiu**
  mchiu@morganlewis.com,cholsome@morganlewis.com

- **Michael S. Christian**
  mchristian@zelle.com,rnewman@zelle.com

- **William C. Cleveland**
  wcleveland@buistmoore.com

- **Bryan L. Clobes**

bclobes@caffertyfaucher.com,alatonick@caffertyfaucher.con,docketclerk@caffertyfaucher.com

- **Eva W. Cole**
  ecole@dl.com,courtalert@dl.com

- **Josef Deen Cooper**
  jdc@coopkirk.com,trk@coopkirk.com,jdl@coopkirk.com,bogdanorck@aol.com

- **Craig C. Corbitt**
  ccorbitt@zelle.com

- **Joseph W. Cotchett**
  jcotchett@cpmlegal.com

- **Christina Diane Crow**
  ccrow@jinkslaw.com,danthony@jinkslaw.com,ccantey@jinkslaw.com

- **Brendan P. Cullen**
  cullenb@sullcrom.com,s&cmanagingclerk@sullcrom.com,carrejoa@sullcrom.com

- **Christopher M. Curran**
  ccurran@whitecase.com,jdisanti@whitecase.com,mmoffett@whitecase.com,mco@whtiecase.com

- **Joseph E. Czerniawski**
  jczerniawski@eapdlaw.com

- **Joseph Edward Czerniawski**
  JCzerniawski@eapdlaw.com

- **Jonathan DeGooyer**
  jdegooyer@morganlewis.com,lwalker@morganlewis.com

- **Manuel Juan Dominguez**
  jdominguez@cohenmilstein.com,mwade@cohenmilstein.com

- **Molly Donovan**
  mmdonovan@dl.com,courtalert@dl.com

- **Thomas Patrick Dove**
  tdove@furth.com

- **Thomas Arthur Doyle**
  tadoyle@thomasadoyle.com,tsaunders@saunders-lawfirm.com

- **Marc Howard Edelson**
  medelson@edelson-law.com

- **Marwa Elzankaly**
  melzankaly@mcmanislaw.com,azandate@mcmanislaw.com,nshakoori@mcmanislaw.com,nzendejas@mcmanislaw.com,s

- **John G. Emerson**
  jemerson@emersonpoynter.com,tanya@emersonpoynter.com,swilson@emersonpoynter.com

- **Candice J. Enders**
  cenders@bm.net

- **Vincent J. Esades**
  vesades@heinsmills.com,lgehrking@heinsmills.com,ikovarik@heinsmills.com,rsteiner@heinsmills.com

- **David W. Evans**
  kblack@hbblaw.com,devans@hbblaw.com

- **John Clayton Everett , Jr**
  jeverett@morganlewis.com

- **Mary Jane Edelstein Fait**
  fait@whafh.com,battaglini@whafh.com

- **Rebecca Ann Falk**
  rfalk@morganlewis.com,eeberline@morganlewis.com

- **Eric B. Fastiff**
  efastiff@lchb.com,aruiz@lchb.com,btroxel@lchb.com,akingsdale@lchb.com

- **Marie L. Fiala**
  mfiala@sidley.com,tscuffil@sidley.com

- **Joel Flom**
  joel@jeffreislaw.com

- **Dana E. Foster**
  defoster@whitecase.com,cnaifeh@whitecase.com,lmandell@whitecase.com

- **M. Eric Frankovitch**
  msimon@facslaw.com

- **Jeff D Friedman**
  jefff@hbsslaw.com,jeanethd@hbsslaw.com,sf_filings@hbsslaw.com

- **Jeff D. Friedman**
  jefff@hbsslaw.com

- **Qianwei Fu**
  qfu@zelle.com

- **Steven Ganz**
  terry@grossbelsky.com

- **Robert B. Gerard**
  rgerard@gerardlaw.com

- **David Paul Germaine**
  dgermaine@vaneklaw.com,svitullo@vaneklaw.com

- **Bernadette Shawan Gillians**
  sgillians@buistmoore.com

- **Brendan Patrick Glackin**
  bglackin@lchb.com

- **Jayne A. Goldstein**
  jgoldstein@sfmslaw.com

- **Jayne Arnold Goldstein**
  jgoldstein@sfmslaw.com,mbastian@magergoldstein.com

- **Ruthanne Gordon**
  rgordon@bm.net,mrussell@bm.net,emagnus@bm.net,mmccahill@bm.net

- **Joshua H. Grabar**
  jgrabar@bolognese-law.com

- **Thomas R. Green**
  thomas.green@usdoj.gov,malissa.thomas@usdoj.gov,lily.c.ho-vuong@usdoj.gov

- **Steven J. Greenfogel**
  sgreenfogel@mcgslaw.com,apaul@mcgslaw.com

- **Marc Jeffrey Greenspon**
  mgreenspon@bermandevalerio.com

- **Francis M. Gregorek**
  gregorek@whafh.com,fait@whafh.com

- **Gianna Christa Gruenwald**
  gianna@saveri.com

- **Gary L. Halling**
  ghalling@smrh.com,mscarborough@sheppardmullin.com,dballard@sheppardmullin.com,jcampos@sheppardmullin.com,rl

- **Jeane Hamilton**
  jeane.hamilton@usdoj.gov,elena.stare@usdoj.gov

- **Blake Lee Harrop**
  bharrop@atg.state.il.us,jfeldmar@atg.state.il.us

- **Christopher T. Heffelfinger**

cheffelfinger@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Richard Martin Heimann**
  rheimann@lchb.com

- **Samuel D. Heins**
  sheins@heinsmills.com

- **Nicholas H. Hesterberg**
  nhesterberg@perkinscoie.com

- **May Lee Heye**
  may.heye@usdoj.gov,SanFran.ATR@usdoj.gov

- **Eric D. Hoaglund**
  ehoaglund@mhcilaw.com

- **Curt Holbreich**
  curt.holbreich@klgates.com,carol.ridgeway@klgates.com

- **Steven Randall Hood**
  rhood@mcgowanhood.com

- **Richard Freeman Horsley**
  rfhala@cs.com

- **Derek G. Howard**
  dhoward@minamitamaki.com,jlee@minamitamaki.com,byamauchi@minamitamaki.com,grafal@minamitamaki.com,cparke

- **Gregory Hull**
  greg.hull@weil.com,alex.khachaturian@weil.com,bryant.york@weil.com,MCO.ECF@weil.com,elaine.gleason@weil.com,ac

- **Troy J. Hutchinson**
  thutchinson@heinsmills.com

- **Philip J. Iovieno**
  piovieno@bsfllp.com

- **Robert Brent Irby**
  birby@mhcilaw.com,lmarler@mhcilaw.com,ehoaglund@mhcilaw.com

- **William A. Isaacson**
  llaing@bsfllp.com,lgeorge@bsfllp.com,tchutkan@bsfllp.com

- **Bruce H. Jackson**
  bruce.jackson@bakermckenzie.com,karen.sewell@bakernet.com,nada.hitti@bakermckenzie.com,irene.gutierrez@bakerm

- **Michele Chickerell Jackson**
  mjackson@lchb.com,btroxel@lchb.com,tjackson@lchb.com,dclevenger@lchb.com

- **Michael Jacobs**
  mjacobs@zelle.com

- **Scott R. Jacobs**
  srjacobs@mckoolsmith.com

- **Michael Jocobs**
  mjacobs@zelle.com

- **Betty Lisa Julian**
  bjulian@damrell.com

- **Steven A. Kanner**
  kanner@fklmlaw.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Robert N. Kaplan**
  rkaplan@kaplanfox.com

- **Daniel R. Karon**
  karon@gsk-law.com

- **Daniel R. Karon**
  karon@gsk-law.com,mcfeeley@gsk-law.com

- **Sherman Kassof**
  heevay@att.net,heevay@yahoo.com

- **Margaret Anne Keane**
  mkeane@dl.com,courtalert@dl.com

- **Katherine T. Kelly**
  kkelly@heinsmills.com

- **David Michael Kerwin**
  davidk3@atg.wa.gov,dianec1@atg.wa.gov

- **Jeffrey L. Kessler**
  jkessler@dl.com,mlo@dewey.ballantine.com,courtalert@dl.com

- **Charles M. Kester**
  cmkester@nwark.com

- **Jason Kilene**
  jkilene@gustafsongluek.com,dgustafson@gustafsongluek.com

- **Tracy R. Kirkham**
  trk@coopkirk.com

- **Mary Gilmore Kirkpatrick**
  mkirk@vtlawfirm.com

- **Jeffrey Alan Klafter**
  jak@klafterolsen.com

- **Esther L Klisura**
  eklisura@sherleff.com

- **Susan Gilah Kupfer**
  skupfer@glancylaw.com,sfreception@glancylaw.com

- **Christine A. Laciak**
  christine.laciak@freshfields.com,richard.snyder@freshfields.com

- **Lucius B. Lau**
  alau@whitecase.com,scasey@whitecase.com,dfoster@whitecase.com

- **Christopher Le**
  cle@straus-boies.com,jmoser@straus-boies.com,ecf@straus-boies.com

- **Christopher L. Lebsock**
  clebsock@hausfeldllp.com,celder@hausfeldllp.com

- **Jeffrey Jay Lederman**
  jlederman@winston.com,dpenning@winston.com,docketsf@winston.com

- **Charles A. Legge**
  snevins@jamsadr.com

- **Michael P. Lehmann**
  mlehmann@hausfeldllp.com

- **David Michael Lisi**
  mdubuque@reedsmith.com

- **Ethan E. Litwin**
  litwin@hugheshubbard.com,bennettc@howrey.com

- **John David Lombardo**
  John_Lombardo@aporter.com,guadalupe_saldana@aporter.com

- **William Henry London**
  wlondon@fklmlaw.com

- **Kevin Bruce Love**

klove@cridenlove.com

- **Christopher Lovell**
  clovell@lshllp.com

- **Donald Scott Macrae**
  smacrae@bamlawlj.com

- **Lidia Maher**
  Lidia.Maher@usdoj.gov,elena.stare@usdoj.gov

- **Seymour J. Mansfield**
  smansfield@mansfieldtanick.com

- **Mark D. Marino**
  mark.marino@klgates.com

- **Robert Brooks Martin , III**
  rbmartin@sidley.com

- **Bruce C. McCulloch**
  bruce.mcculloch@freshfields.com

- **James Landon McGinnis**
  jmcginnis@sheppardmullin.com

- **Elizabeth Anne McKenna**
  emckenna@milberg.com

- **William Angus McKinnon**
  bmckinnon@mcgowanhood.com

- **James McManis**
  jmcmanis@mcmanislaw.com,clarsen@mcmanislaw.com

- **Kate S. McMillan**
  kate.mcmillan@freshfields.com

- **Joel Cary Meredith**
  jmeredith@mcgslaw.com,apaul@mcgslaw.com

- **Robert G. Methvin**
  sreynolds@mmlaw.net

- **Robert Gordon Methvin , Jr**
  sreynolds@mmlaw.net

- **Anton Metlitsky**
  ametlitsky@omm.com

- **Tai Snow Milder**
  tai.milder@usdoj.gov,jennie.ngo-tanaka@usdoj.gov

- **Douglas A. Millen**
  doug@fklmlaw.com

- **Marvin A. Miller**
  mmiller@millerlawllc.com

- **Samuel R. Miller**
  srmiller@sidley.com,hebalogi@sidley.com

- **Steven J. Miller**
  miller@millergolerfaeges.com

- **Kathy Lee Monday**
  kmonday@damrell.com,NWeston-Dawkes@damrell.com

- **H. Laddie Montague , Jr**
  hlmontague@bm.net,chiho@bm.net,tstires@bm.net

- **Cori Gordon Moore**
  cgmoore@perkinscoie.com,nlygren@perkinscoie.com

- **Theresa Driscoll Moore**
  TMoore@aliotolaw.com

- **Andrew J. Morganti**
  amorganti@milberg.com,MAOffice@milberg.com

- **Manfred Patrick Muecke**
  mmuecke@bffb.com,rcreech@bffb.com,nvarner@bffb.com

- **Bruce L. Mulkey**
  bruce@mulkeylaw.com

- **Daniel Joseph Mulligan**
  dan@jmglawoffices.com,lgabriel@jmglawoffices.com

- **Gilmur Roderick Murray**
  gmurray@murrayhowardlaw.com,aarnall@murrayhowardlaw.com

- **Barbara J. Nelson**
  barbara.nelson@usdoj.gov

- **Tim David Nord**
  tim.d.nord@state.or.us,melissa.curtis@state.or.us

- **Paul F Novak**
  pnovak@milberg.com,asheetz@milberg.com,kchoi@milberg.com,cchaffins@milberg.com

- **Linda P. Nussbaum**
  lnussbaum@nussbaumllp.com

- **Linda Phyllis Nussbaum**
  lnussbaum@gelaw.com,cdolotosky@gelaw.com,ccaliendo@gelaw.com,acarpio@gelaw.com,sschwaiger@gelaw.com

- **Elizabeth R. Odette**
  erodette@locklaw.com,sjgutknecht@locklaw.com

- **Niki B. Okcu**
  nokcu@cpmlegal.com

- **Orion Home Systems, LLC**
  cadio@saveri.com

- **Joseph A. Ostoyich**
  OstoyichJ@howrey.com

- **Laura Kabler Oswell**
  kablerl@sullcrom.com,s&cmanagingclerk@sullcrom.com,thornj@sullcrom.com

- **Daniel D. Owen**
  dowen@polsinelli.com

- **Lawrence Genaro Papale**
  lgpapale@papalelaw.com

- **Beth Harrison Parker**
  Beth.Parker@aporter.com,marina.belilovsky@aporter.com,marie.zambrano@aporter.com,elizabeth-tryon@aporter.com,anton.ware@aporter.com

- **Joseph Mario Patane**
  jpatane@tatp.com

- **George L. Paul**
  gpaul@whitecase.com

- **Clifford H. Pearson**
  cpearson@pswplaw.com,nhalpern@pswplaw.com

- **Matthew David-Craig Pearson**
  mpearson@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **Jayne Ann Peeters**
  jpeeters@steyerlaw.com

- **Eric James Pickar**
  epickar@bangsmccullen.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Robert James Pohlman**
  rpohlman@rcalaw.com

- **Ronald Charles Redcay**
  Ronald.Redcay@aporter.com,guadalupe_perales@aporter.com

- **Steven Alan Reiss**
  steven.reiss@weil.com

- **Randy R. Renick**
  rrr@renicklaw.com,home@renicklaw.com

- **Lisa J. Rodriguez**
  lisa@trrlaw.com

- **Kent Michael Roger**
  kroger@morganlewis.com,cericson@morganlewis.com,wschaub@morganlewis.com,jowyang@morganlewis.com,acowell(

- **Kathleen Styles Rogers**
  krogers63@gmail.com

- **Jennifer Susan Rosenberg**
  jrosenberg@bramsonplutzik.com,moldenburg@bramsonplutzik.com,ttappero@bramsonplutzik.com

- **Geoffrey Conrad Rushing**
  grushing@saveri.com

- **Lauren Clare Russell**
  laurenrussell@tatp.com

- **Peter G.A. Safirstein**
  psafirstein@milberg.com,asheetz@milberg.com,MAOffice@milberg.com

- **Christine S. Safreno**
  csafreno@morganlewis.com

- **Joel Steven Sanders**
  jsanders@gibsondunn.com,smaruschak@gibsondunn.com

- **Ryan M. Sandrock**
  rsandrock@sidley.com,hebalogi@sidley.com

- **Terry Rose Saunders**
  tsaunders@saunders-lawfirm.com

- **Guido Saveri**
  guido@saveri.com

- **Joseph Richard Saveri**
  jsaveri@lchb.com,aruiz@lchb.com,btroxel@lchb.com,dclevenger@lchb.com,bglackin@lchb.com

- **Richard Alexander Saveri**
  rick@saveri.com

- **Michael W. Scarborough**
  mscarborough@smrh.com,khollenbeck@sheppardmullin.com

- **Francis Onofrei Scarpulla**
  fscarpulla@zelle.com,mdavis@zelle.com

- **Haidee L. Schwartz**
  hschwartz@omm.com

- **Anthony D. Shapiro**
  tony@hbsslaw.com,george@hbsslaw.com,ronnie@hbsslaw.com

- **D. Eric Shapland**

eshapland@hewm.com,Eric.Shapland@aporter.com,Kathryn.Jensen@aporter.com,Eric.Mason@aporter.com,Edward.McC

- **Aaron M. Sheanin**
  asheanin@pswplaw.com

- **Harry Shulman**
  harry@shulmanlawfirm.com

- **Imtiaz A. Siddiqui**
  isiddiqui@cpmlegal.com,jacosta@cpmlegal.com

- **Fred A. Silva**
  fsilva@damrell.com,nweston-dawkes@damrell.com

- **Ian T Simmons**
  isimmons@omm.com,phein@omm.com

- **Bruce Lee Simon**
  bsimon@pswplaw.com,nhalpern@pswplaw.com,bpouya@pswplaw.com,rretana@pswplaw.com,yberry@pswplaw.com,dw

- **Michael G. Simon**
  msimon@facslaw.com

- **David Nathan-Allen Sims**
  dsims@saveri.com

- **Stuart Harold Singer**
  ssinger@bsfllp.com

- **Richard Sutton Snyder**
  richard.snyder@freshfields.com

- **Donna F Solen**
  dsolen@masonlawdc.com,mdicocco@masonlawdc.com,adicocco@masonlawdc.com

- **Gary Laurence Specks**
  gspecks@kaplanfox.com

- **Eugene A. Spector**
  espector@srkw-law.com

- **Ronnie Seidel Spiegel**
  ronnie@hbsslaw.com

- **Andreas Stargard**
  andreas.stargard@bakerbotts.com,donna.loop@bakerbotts.com

- **Fernando Xaxier Starkes**
  xavier@starkeslawfrim.com

- **State of Washington**
  davidk3@atg.wa.gov

- **Ranae D. Steiner**
  rsteiner@heinsmills.com

- **Scott A. Stempel**
  sstempel@morganlewis.com

- **J. Matthew Stephens**
  sreynolds@mmlaw.net

- **Allan Steyer**
  asteyer@steyerlaw.com,lrorem@steyerlaw.com,jpeeters@steyerlaw.com

- **Jon Vensel Swenson**
  jon.swenson@bakerbotts.com,paras.patel@bakerbotts.com,donna.loop@bakerbotts.com,cynthia.short@bakerbotts.com

- **Joseph J. Tabacco , Jr**
  jtabacco@bermandevalerio.com,ysoboleva@bermandevalerio.com

- **John M. Taladay**
  john.taladay@bakerbotts.com

- **Robert Walter Tarun**
  robert.tarun@bakermckenzie.com,nada.hitti@bakermckenzie.com,bruce.jackson@bakermckenzie.com,trina.walker@bake

- **Lindsey H. Taylor**
  ltaylor@carellabyrne.com

- **James Michael Terrell**
  jterrell@mmlaw.net

- **Reginald Von Terrell**
  reggiet2@aol.com

- **Andrew R. Tillman**
  art@paineter.com

- **Michael Frederick Tubach**
  mtubach@omm.com,kquintanilla@omm.com

- **Bijal Vijay Vakil**
  bvakil@whitecase.com,vfarias@whitecase.com,tflynn@whitecase.com,agoodall@whitecase.com

- **Kenneth Leo Valinoti**
  kvalinoti@valinoti-dito.com

- **Joseph Michael Vanek**
  jvanek@vaneklaw.com

- **Ashlei Melissa Vargas**
  avargas@pswplaw.com,nhalpern@pswplaw.com

- **A. Paul Victor**
  pvictor@dl.com,courtalert@dl.com

- **Anthony J. Viola**
  aviola@eapdlaw.com

- **Daniel L. Warshaw**
  dwarshaw@pswplaw.com,nhalpern@pswplaw.com,mwilliams@pswplaw.com

- **Jonathan Mark Watkins**
  jwatkins@pswplaw.com

- **Diane Leslie Webb**
  dwebb@morganlewis.com,cericson@morganlewis.com,ameirson@morganlewis.com

- **Jeff S. Westerman**
  jwesterman@milberg.com,cchaffins@milberg.com,ckiyotoki@milberg.com

- **Joseph Richard Wetzel**
  wetzelj@gtlaw.com,mckinneyc@gtlaw.com,SFOLitDock@gtlaw.com

- **Joel Calcar Willard**
  jwillard@gibsondunn.com,rmcbain@gibsondunn.com

- **Steven Noel Williams**
  swilliams@cpmlegal.com,jverducci@cpmlegal.com,edetert@cpmlegal.com,medling@cpmlegal.com,lclark@cpmlegal.com

- **Christopher Wilson**
  cwilson@polsinelli.com

- **David L. Yohai**
  david.yohai@weil.com,ines.spinnato@weil.com,lucia.freda@weil.com

- **David E. Yolkut**
  david.yolkut@weil.com

- **Judith A. Zahid**
  jzahid@zelle.com

- **Cadio R. Zirpoli**
  zirpoli@saveri.com

- **Jason de Bretteville**

debrettevillej@sullcrom.com,s&cmanagingclerk@sullcrom.com,thornj@sullcrom.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Guri Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**Shpetim Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110

**P. John Brady**
Shughart Thomson & Kilroy PC
,

**Roxane Busey**
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601

**Patrick Bradford Clayton**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite #3400
San Francisco, CA 94104

**Daniel D. Cowen**
Shughart Thomson & Kilroy PC
,

**Nathan A. Dickson**
Jinks Crow & Dickson PC
,

**Issac L. Diel**
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

**Molly M Donovan**
Dewey & LeBoeuf LLP
,

**Neal A Eisenbraun**
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

**John G. Emerson**
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

**Lori A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**John Gressette Felder , Jr**
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

**Traviss Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

**Martin E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

**Richard M. Hagstrom**
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

**Blake L. Harrop**
Office of the Illinois Attorney General
,

```
Adam             C. Hemlock
Weil Gotshal & Manges LLP
,

Gregory          D. Hull
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Lynn             W. Jinks
Jinks Crow & Dickson PC
,

Charles          H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Tracy            R. Kirkman
Cooper & Kirkham PC
,

Lewis            Titus LeClair
McKool Smith
300 Crescent Ct #1500
Dallas, TX 75201

Marisa           C. Livesay
San Diego, CA 92101

Betsy            Carol Manifold
Wolf Haldenstein Adler Freeman & Herz
,

Eric             Daniel Mason
Arnold and Porter
,

Lawrence         D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

Mike             McKool                                             , Jr
McKool Smith, P.C.
300 Crescent Court Ste 1500
Dallas, TX 75201

Krishna          B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004

Noah             G. Purcell
Perkins Coil LLP
1201 Third Avenue, Suite 4800
Seattle, CA 98101-3099

Mark             Reinhardt
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Steven           A. Reiss
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Rachele          R. Rickert
Wolf Haldenstein Adler Freeman & Herz LLP
,

Jean             B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Lawrence         P. Schaefer
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Roger            Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street  5th Floor
Modesto, CA 95354
```

CAND-ECF- https://ecf.cand.uscourts.gov/cgi-bin/MailList.pl?527492061269...
Case 4:07-cv-05944-JST   Document 1018   Filed 12/28/11   Page 17 of 17

**Karen            Sewell**
Baker & McKenzie LLP
130 E. Randolph Drive, Sutie 3500
Chicago, Il 60601

**Donna            F. Solen**
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

**Matthew          E. Van Tine**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

**Clinton          Paul Walker**
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street
Fifth Floor
Modesto, CA 95354

14 of 14                                                                                                           12/28/2011 10:28 AM