UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. CV-07-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL DIRECT PURCHASER ACTION | |

## NOTICE OF WITHDRAWAL

**TO THE CLERK OF THE COURT:**

Please withdraw the appearance of Meredith Cohen Greenfogel & Skirnick, P.C. on behalf of Plaintiff Wettstein and Sons, Inc., d/b/a Wettstein.

Dated: 1/12/12

Meredith Cohen Greenfogel & Skirnick, P.C.

By: Bruce K. Cohen
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
215-564-5182
bcohen@mcgslaw.com