UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | : Civil Action No. CV-07-5944-SC<br>: MDL No. 1917 |
| This Document Relates to:<br>ALL DIRECT PURCHASER ACTION | : |

## NOTICE OF APPEARANCE

TO:   All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that Joel C. Meredith of the law firm Meredith & Associates will be appearing to represent Plaintiffs in the above-captioned action.

Dated: 1/13/12

Joel C. Meredith
Meredith & Associates
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
Tel:   (215) 564-5182
Fax:   (215) 569-0958
jmeredith@mcgslaw.com