Jessica L. Meyer (CA # 249064)
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.: 612-371-3211
Fax: 612-371-3207
jmeyer@lindquist.com

*Attorneys for Plaintiffs*

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities,<br><br>              Plaintiffs,<br><br>     v.<br><br>LG Electronics, Inc. et al.,<br><br>              Defendants. | Master File No.: 07-5944 SC<br><br>Case No.: C11-05381 EDL<br><br>MDL No.: 1917<br><br>**PLAINTIFFS JOHN R. STOEBNER AND DOUGLAS A. KELLEY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>The Honorable Samuel Conti |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities, and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities ("Plaintiffs") hereby move this Court pursuant to Civil Local Rules 3-12(b) and 7-11 of the United States District Court of the Northern District of California to consider whether

the action entitled <u>John R. Stoebner et al. v. LG Electronics, Inc. et al.</u>, Case No.: C11-05381 EDL ("<u>Stoebner</u>"), filed November 7, 2011, should be related to <u>In Re Cathode Ray Tube (CRT) Antitrust Litigation</u>, Case No. CV-07-5944-SC ("<u>CRT</u>"), filed November 26, 2007.

Civil Local Rule 3-12(a) provides:

An action is related to another when:

(i) The actions concern substantially the same parties, property, transaction or event; and

(ii) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Here, <u>Stoebner</u> should be related to <u>CRT</u> because both actions involve allegations that defendants participated in a conspiracy to fix, raise, maintain, and/or stabilize the price of cathode ray tube products, which are sued in a number of products including televisions and computer monitors in violation of the Sherman Antitrust Act, 15 U.S.C. § 1. Given the closely related nature of these cases, each involving substantially similar questions of law and fact, the assignment of this action to the same judge would serve the interest of judicial economy and avoid the potential for conflicting rulings.

Therefore, Plaintiffs respectfully request that the <u>Stoebner</u> action be related to the <u>CRT</u> action and assigned to the Honorable Samuel Conti.

DATED: January 13, 2012                    **LINDQUIST & VENNUM PLLP**

By   s/Jessica L. Meyer
   Jessica L. Meyer (#0249064)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)

DOCS-#3588402-V1