Jessica L. Meyer (CA # 249064)
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.:  612-371-3211
Fax:  612-371-3207
jmeyer@lindquist.com

*Attorneys for Plaintiffs*

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.:  07-5944 SC |
| This Document Relates To: | Case No.:  C11-05381 EDL |
| John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities, | MDL No.:  1917 |
| | **DECLARATION OF JESSICA L. MEYER IN SUPPORT OF PLAINTIFFS JOHN R. STOEBNER AND DOUGLAS A. KELLEY'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Plaintiffs, | |
| v. | The Honorable Samuel Conti |
| LG Electronics, Inc. et al., | |
| Defendants. | |

I, Jessica L. Meyer, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California, and a member of the law firm Lindquist & Vennum P.L.L.P.  I am counsel for plaintiffs John R. Stoebner and Douglas A. Kelley in the above-entitled action. This Declaration is based on personal knowledge, except where specified that information is based on information and belief, and if called to testify, I could and would do so competently as to the matters set forth

herein. I submit this Declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related.

2.      Attached hereto as Exhibit A is a true and correct copy of the complaint entitled John R. Stoebner et al. v. LG Electronics, Inc. et al., Case No. C11-05381 EDL ("Stoebner"). The Stoebner action alleges a conspiracy to fix, raise, maintain and stabilize the price of cathode ray tube products in violation of Section 1 of the Sherman Act, 15 U.S.C. § and related state antitrust statutes.  Numerous cases involving the same claims and factual allegations as the Stoebner action have been transferred to this district by the Judicial Panel on Multidistrict Litigation as MDL No. 1917 and assigned to the Honorable Samuel Conti as Case No.  CV-07-5944-SC.

3.       The Stoebner plaintiffs are indirect purchasers of products containing cathode ray tubes in the United States from one of more named defendants. Like In Re Cathode Ray Tube (CRT) Antitrust Litigation, Case No. CV-07-5944-SC, the Stoebner action alleges a conspiracy to fix, raise, maintain and stabilize the price of cathode ray tube products in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

4.      A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because defendants in the Stoebner action have not yet appeared.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 13th day of January, 2012 at Minneapolis, Minnesota.

                                            s/Jessica L. Meyer
                                            JESSICA L. MEYER

DOCS-#3588403-v1