1   Jessica L. Meyer (CA # 249064)
    Lindquist & Vennum P.L.L.P.
2   4200 IDS Center
    80 South Eighth Street
3   Minneapolis, MN 55402
    Tel.:  612-371-3211
4   Fax:  612-371-3207
    jmeyer@lindquist.com
5
6   *Attorneys for Plaintiffs*
7
                    **UNITED STATED DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10  IN RE:  CATHODE RAY TUBE (CRT)                    Master File No.:  07-5944 SC
    ANTITRUST LITIGATION
11                                                    Case No.:  C11-05381 EDL

12  This Document Relates To:                         MDL No.:  1917
13
    John R. Stoebner, as Chapter 7 Trustee for PBE
14  Consumer Electronics, LLC and related entities;   **[PROPOSED] ORDER**
    and Douglas A. Kelley, as Chapter 11 Trustee      **CONSOLIDATING CASES**
15  for Petters Company, Inc. and related entities,
    and as Receiver for Petters Company, LLC and
16  related entities,                                 The Honorable Samuel Conti
17
                                    Plaintiffs,
18
            v.
19
20  LG Electronics, Inc. et al.,
21
                                    Defendants.
22
23
            The Court hereby finds civil case <u>John R. Stoebner et al. v. LG Elecronics, Inc. et al.</u>,
24
25  Case No. C11-05381 EDL, suitable for CONSOLIDATION for the purposes of discovery and

26  pre-trial hearings.  This consolidation is warranted by common questions of law and fact that

27  pervade these individual matters. Consolidation will facilitate discovery and conserve judicial

28  resources.

    DOCS-#3588406-v1

1

2       This consolidated case will henceforth be referred to as "IN RE: Cathode Ray Tube

3  (CRT) Antitrust Litigation," MDL No. 1917.  All documents are to be filed under case number

07-5944-SC and all future filings are to bear the initials "SC" immediately after the case number.

4
        The parties are directed to comply with Pretrial Order No. 1 issued in <u>In Re Cathode Ray</u>
5
<u>Tube (CRT) Antitrust Litigation</u>, 07-5944, MDL No. 1917, Docket No. 230, for all future filings.
6

7

8       IT IS SO ORDERED.

9       Dated:

10

11

12                                                    _____
                                                      UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCS-#3588406-v1