UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Civil Action No. CV-07-5944-SC <br> MDL No. 1917 |
| This Document Relates to: <br> ALL DIRECT PURCHASER ACTION | |

### NOTICE OF APPEARANCE

TO:   All Parties and Their Attorneys of Record:

PLEASE TAKE NOTICE that Steven J. Greenfogel of the law firm Lite DePalma Greenberg, LLC will be appearing to represent Plaintiff The Stroud Group, Inc. in the above-captioned action.

Dated: 1/16/12

Steven J. Greenfogel
Lite DePalma Greenberg, LLC
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
Tel:   (215) 564-5182
Fax:   (215) 569-0958
sgreenfogel@litedepalma.com