GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
JOEL WILLARD, SBN 247899
JWillard@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
TATUNG COMPANY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT AND INDIRECT PURCHASER ACTIONS | CASE NO. M07-5944 SC<br><br>MDL NO. 1917<br><br>NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER |

PLEASE TAKE NOTICE that Tatung Company of America, Inc. ("Tatung") hereby substitutes Joel S. Sanders, Rachel S. Brass, Austin V. Schwing and Joel Willard of the law firm Gibson, Dunn & Crutcher LLP, 555 Mission Street, Suite 3000, San Francisco, California 94105, as counsel for Tatung in the above-captioned matter in place of Patrick J. Ahern, Robert Walter Tarun, Bruce H. Jackson, Roxane C. Busey, Karen Sewell and Nancy Chung Allred of the law firm Baker & McKenzie, 130 East Randolph Drive, Suite 3900, Chicago, Illinois 60601.

Defendant Tatung hereby substitutes its counsel and attorney of record as follows:

    Former counsel:           Patrick J. Ahern
                                          Robert Walter Tarun
                                          Bruce H. Jackson
                                          Roxane C. Busey
                                          Karen Sewell

1

|   |   |   |
|---|---|---|
| 1 |   | Nancy Chung Allred |
|   |   | Baker & McKenzie LLP |
| 2 |   | Phone: (312) 861-3735 |
|   |   | Email: Patrick.Ahern@bakermckenzie.com; |
| 3 |   | Robert.Tarun@backermckenzie.com; |
|   |   | Bruce.Jackson@backermckenzie.com; |
| 4 |   | Roxane.Busey@backermckenzie.com; |
|   |   | Karen.Sewell@bakermckenzie.com; |
| 5 |   | Nancy.C.Allred@bakernet.com |
| 6 | New counsel: | Joel S. Sanders |
|   |   | Rachel S. Brass |
| 7 |   | Austin V. Schwing |
|   |   | Joel Willard |
| 8 |   | Gibson, Dunn & Crutcher LLP |
|   |   | Phone: (415) 393-8268 |
| 9 |   | Fax: (415) 374-8439 |
|   |   | Email: JSanders@gibsondunn.com; |
| 10 |   | RBrass@gibsondunn.com; |
|   |   | ASchwing@gibsondunn.com; |
| 11 |   | JWillard@gibsondunn.com |

Please update service lists, and direct all future filings, discovery, and correspondence to Joel S. Sanders, Rachel S. Brass, Austin V. Schwing and Joel Willard.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

The undersigned parties consent to the above substitution of counsel.

DATED: January 13, 2012         TATUNG COMPANY OF AMERICA, INC.

By: _____
Title: _____EVP & CFO_____

DATED: January 17, 2012         BAKER & McKENZIE LLP

By: _____/s/_____
            PATRICK J. AHERN

DATED: January 17, 2012         GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
            JOEL S. SANDERS

Attorney for Defendant Tatung Company of America, Inc.

**Attestation**: The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED:

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, California, 94105, in said County and State. On January 17, 2012, I served the within:

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; [PROPOSED] ORDER**

to all named counsel of record as follows:

 **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on January 17, 2012. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on January 17, 2012, at San Francisco, California.

/s/
_____
Robin McBain