

NOTICE TO ALL COUNSEL                                      January 18, 2012

     RE:    **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
              Case No. CV 07-5944 SC
              JAMS Reference #: 1100054618

Dear Counsel:

This letter will confirm that a conference call in for the in-person hearing in the above-referenced matter has been scheduled as follows:

     DATE:       January 19, 2011 at 9:00 AM (Pacific)

     PANELIST:   Hon. Charles A. Legge (Ret.)

To access the call, please dial 1-877-696-5267 and enter code 14448#.

If you have any questions, please contact me directly at 415-774-2657.


Very truly yours,

Sarah Nevins
Senior Case Manager
snevins@jamsadr.com
Fax# 415-982-5287