1  H. Lee Godfrey
2  Kenneth S. Marks
   SUSMAN GODFREY LLP
3  1000 Louisiana Street, Suite 5100
   Houston, Texas 77002-5096
4  Telephone:  (713) 651-9366
   Facsimile:   (713) 654-6666
5  lgodfrey@susmangodfrey.com
   kmarks@susmangodfrey.com
6
   Attorneys for Alfred H. Siegel, as Trustee of
7  the Circuit City Stores, Inc. Liquidating Trust

8
                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI, LTD.; et al.,<br><br>Defendants. | No. C-07-5944 SC<br>Individual No. C 11-05502 SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF JONATHAN J. ROSS**<br><br>JURY TRIAL DEMANDED |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Jonathan J. Ross, of the Law Firm of Susman Godfrey L.L.P., hereby appears in this action as additional counsel on behalf of plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.  Plaintiff respectfully requests that all pleadings and other documents be addressed to and served upon Jonathan J. Ross using the contact information set forth below.

   Jonathan J. Ross
   Susman Godfrey L.L.P.
   1000 Louisiana, Suite 5100
   Houston, Texas 77002-5096
   Telephone: 713-651-9366
   Facsimile: 713-654-6666
   Email: jross@susmangodfrey.com

2136815v1/012325

Dated: January 18, 2012

>SUSMAN GODFREY LLP
>1000 Louisiana, Suite 5100
>Houston, Texas 77002-5096
>Telephone: (713) 651-9366
>Facsimile: (713) 654-6666
>
>By: /s/ Jonathan J. Ross
>　　　Jonathan J. Ross
>　　　jross@susmangodfrey.com
>
>*Attorneys for Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

2

NOTICE OF APPEARANCE OF JONATHAN J. ROSS
MASTER FILE NO.: MDL 1917
CASE NO. C 11-05502 SC

2136815v1/012325