H. Lee Godfrey
Kenneth S. Marks
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com

Attorneys for Alfred H. Siegel, as Trustee of
the Circuit City Stores, Inc. Liquidating Trust

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>HITACHI, LTD.; et al.,<br><br>Defendants. | No. C-07-5944 SC<br>No. C 11-05502 SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF DAVID M. PETERSON**<br><br>JURY TRIAL DEMANDED |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT David Peterson, of the Law Firm of Susman Godfrey L.L.P., hereby appears in this action as additional counsel on behalf of plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.  Plaintiff respectfully requests that all pleadings and other documents be addressed to and served upon Jonathan J. Ross using the contact information set forth below.

> David M. Peterson
> Susman Godfrey L.L.P.
> 1000 Louisiana, Suite 5100
> Houston, Texas 77002-5096
> Telephone: 713-651-9366
> Facsimile: 713-654-6666
> Email: dpeterson@susmangodfrey.com

2137246v1/012325

1
2  Dated: January 19, 2012
3
4                                          SUSMAN GODFREY LLP
                                           1000 Louisiana, Suite 5100
5                                          Houston, Texas 77002-5096
                                           Telephone:  (713) 651-9366
6                                          Facsimile:   (713) 654-6666
7
8                                          By:   /s/ David M. Peterson
                                                 David M. Peterson
                                                 DPeterson@susmangodfrey.com
9
                                           *Attorneys for Alfred H. Siegel, as Trustee of the*
10                                         *Circuit City Stores, Inc. Liquidating Trust*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27                                                  NOTICE OF APPEARANCE OF DAVID M. PETERSON
                                                                   MASTER FILE NO.:  MDL 1917
28                                                                    CASE NO. C 11-05502 SC

2137246v1/012325