IAN SIMMONS (*Admitted Pro Hac Vice*)
BENJAMIN G. BRADSHAW (SBN 189925)
O'MELVENY & MYERS LLP
1625 Eye St. NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: isimmons@omm.com

Attorneys for Defendants
**SAMSUNG ELECTRONICS CO., LTD.** and
**SAMSUNG ELECTRONICS AMERICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL No. 1917<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12** |

Pursuant to Civil Local Rule 3-12 of this Court, defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") submit this Administrative Motion To Consider Whether Cases Should Be Related. SEC and SEA hereby give notice that the following action pending in the Northern District of California is related: <u>Target Corp. et al. v. Chungwa Picture Tubes, Ltd. et al.</u> (the "Target Action"), filed November 14, 2011 and currently assigned to the Honorable Elizabeth D. Laporte as case number 3:11-cv-05514-EDL.

Civil Local Rule 3-12(a) states that an action is related to another when the actions "concern substantially the same parties, property, transaction or event" and it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the

cases are conducted before different Judges." The Target Action meets Local Rule 3-12's criteria for relatedness. It is an antitrust action filed against the same defendants. The complaint alleges that defendants conspired to fix the prices of Cathode Ray Tubes ("CRTs"). The complaint seeks relief under Section 1 of the Sherman Act, 15 U.S.C. §1, and Section 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26, based on this and related allegations. The relevant time period alleged in the complaint is the same—March 1, 1995 through November 25, 2007. In sum, the Target complaint contains extremely similar allegations, asserts identical causes of action, and seeks the same form of relief. Based on the foregoing similarities, there will be an unduly burdensome duplication of labor and expense or conflicting results if this case is not deemed related. Accordingly, defendants SEC and SEA respectfully request that the Target Action be deemed related and reassigned to the Honorable Samuel Conti.

Dated: January 20, 2012

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
BENJAMIN G. BRADSHAW (SBN 189925)
Email: isimmons@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*


**CERTIFICATE OF SERVICE**

On January 20, 2012, I caused a copy of the "ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12" to be served via e-mail upon Jason C. Murray (jmurray@crowell.com) and Philip J. Iovieno (piovieno@bsfllp.com), as well as counsel for the defendants who have entered an appearance in this case.

                                              By  /s/ Courtney Byrd
                                                         Courtney C. Byrd