IAN SIMMONS (*Admitted Pro Hac Vice*)
BENJAMIN G. BRADSHAW (SBN 189925)
O'MELVENY & MYERS LLP
1625 Eye St. NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: isimmons@omm.com

Attorneys for Defendants
**SAMSUNG ELECTRONICS CO., LTD.** and
**SAMSUNG ELECTRONICS AMERICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC <br> MDL No. 1917 <br><br> Judge: Hon. Samuel Conti <br> Special Master: Hon. Charles A. Legge (Ret.) <br><br> **DECLARATION OF IAN SIMMONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12** |

1   I, Ian Simmons, hereby declare as follows:

2   1.   I am an attorney admitted to practice before this Court. I am a partner at O'Melveny & Myers LLP, counsel of record for defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. I am making this declaration in support of Defendants' Administrative Motion To Consider Whether Case Should Be Related. I have personal knowledge of the facts herein and, if called as a witness, could and would testify competently hereto.

2.   Attached hereto as Exhibit A is a copy of the Complaint filed in <u>Target Corp. et al. v. Chungwa Picture Tubes, Ltd. et al.</u> (the "Target Action"), assigned case number 3:11-cv-05514-EDL.

3.   No defendants have yet appeared in the Target Action. Civil Local Rule 3-12 requires parties to "promptly file" any motions to relate cases. Accordingly, defendants were unable to obtain a stipulation to relate these cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on January 20, 2012, in Washington, D.C.

_____
Ian Simmons