Jessica L. Meyer (CA # 249064)
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.: 612-371-3211
Fax: 612-371-3207
jmeyer@lindquist.com

*Attorneys for Plaintiffs*

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 07-5944 SC |
| | Case No.: C11-05381 EDL |
| This Document Relates To: | MDL No.: 1917 |
| John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities, | [PROPOSED] ORDER CONSOLIDATING CASES<br><br>The Honorable Samuel Conti |
| Plaintiffs, | |
| v. | |
| LG Electronics, Inc. et al., | |
| Defendants. | |

The Court hereby finds civil case <u>John R. Stoebner et al. v. LG Elecronics, Inc. et al.</u>, Case No. C11-05381 EDL, suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings. This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

DOCS-#3588406-v1

This consolidated case will henceforth be referred to as "IN RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1917.  All documents are to be filed under case number 07-5944-SC and all future filings are to bear the initials "SC" immediately after the case number.

The parties are directed to comply with Pretrial Order No. 1 issued in <u>In Re Cathode Ray Tube (CRT) Antitrust Litigation</u>, 07-5944, MDL No. 1917, Docket No. 230, for all future filings.

*It is so recommended. 1/19/12 · Charles A. Legge, Special Master*

IT IS SO ORDERED.

Dated:    1/24/12



_____
UNITED STATES DISTRICT JUDGE
Judge Samuel Conti

DOCS-#3588406-v1