Jessica L. Meyer (CA # 249064)
James M. Lockhart
James P. McCarthy
Kelly G. Laudon
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.:  612-371-3211
Fax:   612-371-3207
jmeyer@lindquist.com
jlockhart@lindquist.com
jmccarthy@lindquist.com
klaudon@lindquist.com

*Attorneys for Plaintiffs*

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.  07-5944 SC |
| This Document Relates To: | Case No.:  C11-05381 EDL |
| | MDL No.:  1917 |
| John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities, | |
| | NOTICE OF APPEARANCE OF JAMES M. LOCKHART |
| Plaintiffs, | |
| v. | |
| LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics Taiwan Taipei Co., Ltd.; Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronica Ltda; LP Displays International, Ltd. f/k/a LG.Philips Displays; Samsung Electronics Co., Ltd.; | |

| | |
|---|---|
| 1 | Samsung Electronics America, Inc.; ) |
| | Samsung SDI Co., Ltd. f/k/a Samsung ) |
| 2 | Display Device Co., Ltd.; Samsung SDI ) |
| | America, Inc.; Samsung SDI Mexico S.A. ) |
| 3 | de C.V.; Samsung SDI Brasil Ltda.; ) |
| 4 | Shenzhen Samsung SDI Co., Ltd.; Tianjin ) |
| | Samsung SDI Co., Ltd.; ) |
| 5 | Samsung SDI (Malaysia) Sdn. Bhd.; ) |
| | Toshiba Corporation; ) |
| 6 | Toshiba America, Inc.; ) |
| 7 | Toshiba America Consumer Products, ) |
| | LLC; Toshiba America Information ) |
| 8 | Systems, Inc.; Toshiba America Electronics ) |
| | Components, Inc.; Toshiba Display Devices ) |
| 9 | (Thailand) Company, Ltd.; ) |
| | Panasonic Corporation; ) |
| 10 | Panasonic Corporation of North America; ) |
| 11 | MT Picture Display Co., Ltd.; ) |
| | Beijing-Matsushita Color CRT Company, ) |
| 12 | Ltd.; Hitachi, Ltd.; Hitachi Displays, Ltd., ) |
| | Hitachi Electronic Devices (USA), Inc.; ) |
| 13 | Hitachi America, Ltd.; Hitachi Asia, Ltd.; ) |
| 14 | Shenzhen SEG Hitachi Color Display ) |
| | Devices, Ltd.; Tatung Company of ) |
| 15 | America, Inc., Chunghwa Picture Tubes ) |
| | Ltd.; Chunghwa Picture Tubes (Malaysia) ) |
| 16 | Sdn. Bhd.; IRICO Group Corporation; ) |
| | IRICO Display Devices Co., Ltd.; ) |
| 17 | IRICO Group Electronics Co., Ltd.; ) |
| | Thai CRT Company, Ltd.; and ) |
| 18 | Samtel Color, Ltd., ) |
| 19 | Defendants. |

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Pretrial Order No. 1 ¶¶ 5-6 (Dkt. #230), Plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities, and Douglas A. Kelley, as Chapter 7 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities, have retained James M. Lockhart as their counsel and request that all notices and other papers in this action be served upon him at:

> James M. Lockhart
> Lindquist & Vennum P.L.L.P.
> 4200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN  55402
> Tel: (612) 371-3211
> Fax: (612) 371-3207
> Email: jlockhart@lindquist.com

Mr. Lockhart is admitted to practice and is in good standing in the United States District Court for the District of Minnesota.

DATED: 1/26/12

LINDQUIST & VENNUM P.L.L.P.

By _____
Jessica L. Meyer, (CA # 249064)
jmeyer@lindquist.com
James M. Lockhart (not admitted)
jlockhart@lindquist.com
James P. McCarthy (not admitted)
jmccarthy@lindquist.com
Kelly G. Laudon (not admitted)
klaudon@lindquist.com
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.: 612-371-3211
Fax: 612-371-3207

**ATTORNEYS FOR PLAINTIFFS**