**McDERMOTT WILL & EMERY LLP**
WILLIAM DIAZ (Bar No. 232297)
wdiaz@mwe.com
4 Park Plaza, Suite 1700
Irvine, CA  92612-7108
Telephone:     +1 949 851 0633
Facsimile:      +1 949 851 9348

Attorneys for purposes of forwarding papers to
SAMTEL COLOR LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS. | CASE NO. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF CHANGE OF ADDRESS** |

  PLEASE TAKE NOTICE that McDermott Will & Emery LLP, ("McDermott") has moved its Irvine, California office location and is now located at **4 Park Plaza, Suite 1700, Irvine, California 92614-2559**.  All telephone numbers , facsimile numbers, and e-mail addresses will remain the same.

Dated: January 27, 2012      McDERMOTT WILL & EMERY LLP


              By: *  /s/ William Diaz*
                WILLIAM DIAZ
                Attorneys for purposes of forwarding
                papers to SAMTEL COLOR LTD.

DM_US 31554498-1.081734.0011

NOTICE OF CHANGE OF ADDRESS         Case No. 3:07-CV-5944 SC; MDL No. 1917

**CERTIFICATE OF SERVICE**

I hereby certify that on **January 27, 2012** the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Northern District of California, by using the CM/ECF system which will send a notification of such filing to all counsel of record.

January 27, 2012              */s/ William Diaz*
                              William Diaz

DM_US 31554498-1.081734.0011

NOTICE OF CHANGE OF ADDRESS                    Case No. 3:07-CV-5944 SC; MDL No. 1917