SATU A. CORREA* (Satu.Correa@myfloridalegal.com)
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:    (850) 414-3300
Fax:    (850) 488-9134

*Automatic Pro Hac Vice Admission Pursuant
to Pretrial Order No. 1, Dated April 4, 2008
(Waiving Civil L.R. 11-3)

Attorney for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C-07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>Individual Case No. 2011-CV-6205-SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>           Plaintiff,<br>    v.<br><br>LG ELECTRONICS, INC., *et al.*<br><br>           Defendants. | **NOTICE OF APPEARANCE**<br><br>Judge:    Honorable Samuel Conti |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Satu A. Correa, Assistant Attorney General, Office of the

Attorney General of the State Florida, hereby appears as additional counsel on behalf of

NOTICE OF APPEARANCE – STATE OF FLORIDA                                CASE NO. C-07-5944 SC
                                                                       MDL NO. 1917

Plaintiff State of Florida. Please direct all pleadings and other documents to be served upon

State of Florida to the above-mentioned counsel at the following:

>Office of the Attorney General
>State of Florida
>PL-01, The Capitol
>Tallahassee, FL 32399-1050
>Tel:    (850) 414-3300
>Fax:    (850) 488-9134
>E-mail:Satu.Correa@myfloridalegal.com


DATED: January 31, 2012

Respectfully submitted,

By:  s/ Satu A. Correa

PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
ELI FRIEDMAN (Eli.Friedman@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:    (850) 414-3300
Fax:    (850) 488-9134

Attorneys for Plaintiff State of Florida