STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: steven.reiss@weil.com

GREGORY D. HULL (57367)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: greg.hull@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
E-mail: jkessler@dl.com

**Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS | No.: M-07-5944 SC—MDL NO. 1917<br><br>**DECLARATION OF ADAM C. HEMLOCK IN SUPPORT OF PANASONIC DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF TRANSLATIONS** |

No. M-07-5944 SC
MDL NO. 1917

Declaration of Adam C. Hemlock in Support of Panasonic
Defendants' Opposition to Plaintiffs' Motion to Compel
Production of Translations

I, Adam C. Hemlock, hereby declare as follows:

1. I am a partner with the law firm Weil, Gotshal & Manges LLP ("Weil"), counsel of record, together with Dewey & LeBoeuf LLP ("Dewey") for defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively the "Panasonic Defendants"). I am admitted to practice in the State of New York and admitted to practice on a *pro hac vice* basis before this Court. I make this declaration in support of defendants' opposition to plaintiff's motion to compel production of translations. If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2. Since 2007, Weil and Dewey have represented the Panasonic Defendants in the DOJ investigation of the CRT industry and in related civil actions, including the above-captioned case. As part of this representation, I have participated in and supervised the collection, review, analysis and production of documents produced by the Panasonic Defendants in this litigation.

3. Many of the documents collected by the Panasonic Defendants for purposes of this litigation are either partially or completely written in a language other than English, including in Japanese and Chinese. The Panasonic Defendants produced approximately 107,000 documents from locations outside the United States, the vast majority of which were in foreign languages, and thousands of foreign-language documents were additionally produced from U.S. locations.

4. Weil, Dewey, and the Panasonic Defendants have not translated all or even most of the foreign-language documents in the Panasonic Defendants' production. Documents were chosen for translation based on the judgments and criteria of Weil and Dewey attorneys in evaluating the importance of the documents to the issues being litigated and the necessity for counsel to understand the content of the documents in order to provide legal advice to the Panasonic Defendants. Working for and under the direction of Weil and Dewey attorneys, bilingual attorneys, staff, and contract translators prepared rough translations of selected documents or parts thereof. The translations were used by Weil and Dewey in their representation of the Panasonic Defendants in this litigation. Out of the entire foreign-language

No. M-07-5944 SC
MDL NO. 1917

2

Declaration of Adam C. Hemlock in Support of Panasonic Defendants' Opposition to Plaintiffs' Motion to Compel Production of Translations

production, fewer than 1,400 documents were selected for translation by or at the direction of Weil and Dewey attorneys. This selection process required the exercise of legal judgment and analysis of key issues in this litigation.

5. None of the translations were intended to be certified or official translations. Rather, they were prepared as rough and/or preliminary translations for the Panasonic Defendants' legal team to facilitate the provision of legal advice to the Panasonic Defendants. The translations are of varying quality and may contain errors or be inaccurate in certain respects.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 30, 2012           By: *Adam Hemlock* (signature)

Adam C. Hemlock

No. M-07-5944 SC
MDL NO. 1917

3

Declaration of Adam C. Hemlock in Support of Panasonic Defendants' Opposition to Plaintiffs' Motion to Compel Production of Translations