BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Andreas Stargard (*pro hac vice*)
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: andreas.stargard@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V.
and Philips Electronics North America Corporation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | **DECLARATION OF ANDREAS STARGARD IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS** |

I, Andreas Stargard, declare as follows:

1. I am an attorney duly licensed by the State of New York and the District of Columbia. I am a senior associate in the law firm of Baker Botts L.L.P. ("Baker Botts"), counsel of record for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (collectively, the "Philips Entities"). I am over the age of eighteen. I am not a party to the captioned action. The Philips Entities were previously represented by the law firm of Howrey LLP ("Howrey"), whose representation ended on March 15, 2011. Any reference to my representation of the Philips Entities at Baker Botts also includes my representation while being employed by, and representing the Philips Entities at, Howrey.

2. I make this Declaration in support of the Defendants' Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations. I have personal knowledge of the facts stated in this Declaration, except for those facts stated upon information and belief, which I believe to be true. If called as a witness, I could and would testify as follows.

3. Howrey has represented the Philips Entities since November 2007, and Baker Botts has represented the Philips Entities since March 16, 2011, in connection with the captioned matter.

4. Upon information and belief, none of the Philips Entities has prepared English-language translations of any foreign-language documents produced to the Plaintiffs in this matter.

5. Baker Botts has not commissioned any translation of any foreign-language documents, to the extent any were produced by the Philips Entities in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January 2012 in Washington, D.C.

 

/s/ Andreas Stargard
Andreas Stargard
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimilie: (202) 639-7890

*Attorney for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

DECLARATION OF ANDREAS STARGARD IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS
Case No. 07-5944 SC
MDL No. 1917
3