IAN SIMMONS (*Admitted Pro Hac Vice*)
BENJAMIN G. BRADSHAW (SBN 189925)
O'MELVENY & MYERS LLP
1625 Eye St. NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: isimmons@omm.com

Attorneys for Defendants
**SAMSUNG ELECTRONICS CO., LTD.** and
**SAMSUNG ELECTRONICS AMERICA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL ACTIONS | Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**DECLARATION OF COURTNEY BYRD IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS** |

I, Courtney Byrd, hereby declare as follows:

1. I am an attorney duly licensed by the District of Columbia. I am an associate in the law firm of O'Melveny & Myers LLP ("O'Melveny"), counsel of record for Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA").

2. I make this Declaration in support of the Defendants' Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations. I have personal knowledge of the facts stated in this Declaration, except for those facts stated upon information and belief, which I believe to be true. If called as a witness, I could and would testify as follows.

3. O'Melveny has represented SEC and SEA since November 2007, in connection with multiple civil actions relating to alleged violations of antitrust laws involving the cathode ray tube industry, including the above-captioned matter.

4. Upon information and belief, neither SEC nor SEA has prepared English-language translations in the ordinary course of business of any foreign-language documents produced to the Plaintiffs in this matter.

5. O'Melveny has not commissioned or undertaken English-language translations of any foreign-language documents that SEC or SEA have produced to the Plaintiffs in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on January 31, 2012, in Washington, D.C.

_____
Courtney Byrd