Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba America*
*Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | **DECLARATION OF DANA E. FOSTER IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

I, Dana E. Foster, declare as follows:

1.      I am an attorney duly licensed by the State of New York.  I am an associate in the law firm of White & Case LLP ("White & Case"), counsel of record for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Entities").

2.      I make this Declaration in support of the Defendants' Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations.  I have personal knowledge of the facts stated in this Declaration, except for those facts stated upon information and belief, which I believe to be true.  If called as a witness, I could and would testify as follows.

3.      White & Case has represented the Toshiba Entities since November 2007, in connection with multiple civil actions relating to alleged violations of antitrust laws involving the CRT industry, including the above-captioned matter.

4.      Upon information and belief, none of the Toshiba Entities has prepared English-language translations in the ordinary course of business of the foreign-language documents produced to the Plaintiffs in this matter.

5.      White & Case has not commissioned or undertaken large-scale translations of the foreign-language documents that the Toshiba Entities have produced in this case. Rather, White & Case translated a limited number of the documents produced to the Plaintiffs in order to assess the strengths and weaknesses of the Toshiba Entities' case and to develop legal strategies to support the Toshiba Entities' defense.

6.      In this regard, White & Case attorneys, at the direction of the Toshiba Entities, undertook a comprehensive internal review of documents.

7.      In order to facilitate this review, White & Case instructed certain of its bilingual attorneys and affiliated staff to personally make unofficial translations of portions of a small number of foreign-language documents (less than 100).  White & Case made these rough translations solely for the purpose of facilitating counsels' internal review, as well as discussions with representatives of the Toshiba Entities.  White & Case selected these

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    specific documents to be translated because White & Case determined that they were needed

2    to formulate the Toshiba Entities' defensive strategy.

3        8.    This process involved the following four steps.  First, White & Case attorneys

4    defined key terms and criteria for use by its bilingual attorneys who were tasked with

5    reviewing documents to identify potentially relevant ones.  Second, White & Case's group of

6    bilingual attorneys exercised their judgment in selecting documents that met the above

7    criteria.  Third, a group of White & Case bilingual attorneys with more antitrust experience

8    reviewed these documents and further narrowed the selections down to a core document set.

9    This further refined set contained foreign-language documents, primarily in Japanese.

10   Fourth, based on summary descriptions of these documents, White & Case directed its

11   bilingual attorneys and staff to make rough translations of some of the Japanese-language

12   documents, in order to facilitate White & Case's internal review.

13       9.    When White & Case selected the core document set, it did so specifically

14   because those documents were useful in exploring and formulating the Toshiba Entities'

15   defense in this action.  In other words, the selection of this small, core subset of documents

16   was made specifically to develop the Toshiba Entities' potential litigation strategies.  These

17   core documents and the rough translations reflect attorney impressions about the key legal

18   issues in this action.

19       10.    Neither the Toshiba Entities nor White & Case hired outside vendors to

20   translate any of the documents produced to the Plaintiffs.  The individuals who assisted in

21   making these partial translations were either White & Case attorneys or White & Case staff

22   working under the direction of White & Case attorneys.  None of these individuals are

23   professional language translators and none of the translations that White & Case made could

24   be considered certified translations.  The translations that were made under White & Case's

25   direction were unofficial, rough, and sometimes incomplete translations, far from the

26   "verbatim English translations" requested by the Plaintiffs.  These rough translations may

27   contain some inaccuracies, especially given that the Japanese language has an inherent

28   ambiguity that is open to various interpretations.

DECLARATION OF DANA E. FOSTER IN OPPOSITION TO PLAINTIFFS'
MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS
Case No. 07-5944 SC
MDL No. 1917

3

1    11.    Based on the manner in which White & Case directed its attorneys and staff to

2 make these rough translations and the underlying purpose of these translations to facilitate

3 White & Case's internal review, I believe that these translations reflect my and other

4 attorneys' mental impressions on the key legal issues in this case.

5

6    I declare under penalty of perjury under the laws of the United States of America that

7 the foregoing is true and correct.

8

9    Executed this 30th day of January 2012 in Washington, D.C.

10

11

12    Dana E. Foster
     **WHITE & CASE** LLP
13    701 Thirteenth Street, NW
     Washington, DC 20005
14    Telephone:    (202) 637-6181
     Facsimile:    (202) 639-9355
15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF DANA E. FOSTER IN OPPOSITION TO PLAINTIFFS'
MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS
Case No. 07-5944 SC
MDL No. 1917