Ronald C. Redcay  (SBN 67236)
E-Mail:  Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail:  John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail:  Eric.Shapland@aporter.com
Eric D. Mason (SBN 259233)
E-Mail:  Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

Beth H. Parker (SBN 104773)
E-Mail:  Beth.Parker@aporter.com
ARNOLD & PORTER LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, California  94111-3711
Telephone:  415.356.3000
Facsimile:  415.356.3099

Samuel R. Miller (SBN 66871)
E-Mail: srmiller@sidley.com
Marie L. Fiala (SBN 79676)
E-Mail: mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
E-Mail: rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
E-Mail: rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:     (415) 772-1200
Facsimile:      (415) 772-7400

Attorneys for Defendants LG Electronics, Inc.; and LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case:  3:07-cv-05944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF ERIC SHAPLAND IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS** |
| This Document Relates To The Direct Purchaser Action | |

I, Eric Shapland, declare as follows:

1. I am counsel at the law firm of Arnold & Porter LLP, counsel for defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (the "LGE Defendants").

2. I make this Declaration in support of the Defendants' Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations. I have personal and firsthand knowledge of the facts hereinafter set forth, except for those facts stated upon information and belief, which I believe to be true. If called as a witness, I could and would competently testify as follows.

3. Arnold & Porter LLP has represented the LGE Defendants since April 2010, in connection the above-captioned matter, which relates to alleged violations of antitrust laws involving the cathode ray tube ("CRT") industry.

4. The LGE Defendants have not withheld from production any document that they have collected from the agreed to list of document custodians in this matter on the ground that the document is an English-language translation prepared in the ordinary course of business of a document that is already in the production in a foreign language.

5. Arnold & Porter has not commissioned or undertaken large-scale translations of the foreign-language documents that the LGE Defendants have produced in this case. Nor has Arnold & Porter made, or directed an outside vendor to make, complete translations of foreign-language documents that the LGE Defendants have produced in this case. Rather, Arnold & Porter instructed certain of its bilingual attorneys personally to make unofficial English-language summaries of a core set of such documents solely for the purpose of facilitating counsels' internal review, as well as discussions with representatives of the LGE Defendants.

6. This process involved the following steps. Arnold & Porter attorneys defined key terms and criteria for use by attorneys who are tasked with reviewing documents to identify potentially relevant ones and exercising their judgment to select documents meeting that criteria. Arnold & Porter bilingual attorneys with antitrust experience reviewed these documents and further narrowed the selections down to a core set of foreign-language documents, primarily Korean-

language documents. In order to facilitate their assessment of the documents, Arnold & Porter attorneys then directed bilingual attorneys to make English-language summaries of that core set of foreign-language documents.

7. Neither the LGE Defendants nor Arnold & Porter have hired outside vendors to translate any of the documents produced to Plaintiffs. The individuals who have assisted in making English language summaries of foreign-language documents were bilingual attorneys working at Arnold & Porter's direction. None of these individuals were professional language translators and none of the summaries that Arnold & Porter has made are certified translations. Those summaries are unofficial, informal, and sometimes incomplete and, as such, are far from the "verbatim English translations" requested by the Plaintiffs.

8. Because of the manner in which Arnold & Porter directed bilingual attorneys to make English-language summaries of foreign-language documents and the underlying purpose of these translations to facilitate Arnold & Porter's internal review, these summaries reflect my and other attorneys' mental impressions on the key legal issues in this case.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 31st day of January, 2012, in Los Angeles, California.

*/s/ Eric Shapland*
Eric Shapland

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 31, 2012, a copy of the foregoing document was filed electronically via the Court's CM/ECF system. Pursuant to Local Rule 5-4, notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                */s/ Eric Shapland*
                 Eric Shapland