1  MORGAN, LEWIS & BOCKIUS LLP
   KENT M. ROGER, State Bar No. 095987
2  MICHELLE PARK CHIU, State Bar No. 248421
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: kroger@morganlewis.com
5            mchiu@morganlewis.com

6  MORGAN, LEWIS & BOCKIUS, LLP
   SCOTT A. STEMPEL (*pro hac vice*)
7  J. CLAYTON EVERETT, JR. (*pro hac vice*)
   1111 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Tel: (202) 739-3000
9  Fax: (202) 739-3001
   Email: sstempel@morganlewis.com
10           jeverett@morganlewis.com

11 Attorneys for Defendants
   HITACHI, LTD.
12 HITACHI DISPLAYS, LTD.
   HITACHI ASIA, LTD.
13 HITACHI AMERICA, LTD.
   HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates To:<br><br>ALL ACTIONS | **DECLARATION OF KENT M. ROGER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF TRANSLATIONS** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. M: 07-5944 SC; MDL NO. 1917

DECL. OF KENT ROGER I/S/O DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF TRANSLATIONS

DB2/ 22923950.3

I, Kent M. Roger, declare as follows:

1. I am a partner at the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), counsel for defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively "the Hitachi Defendants") and am licensed to practice law in the State of California and admitted to practice before this Court. I make this declaration in support of Defendants' opposition to Plaintiffs' motion to compel production of translations. If called as a witness, I could and would testify to the matters set forth in this declaration of my own personal knowledge.

2. Since 2007, Morgan Lewis and I have represented the Hitachi Defendants in the above-captioned MDL and related civil actions. I have supervised the identification, collection, review, analysis and production of documents by the Hitachi Defendants therein.

3. In preparation for and during the course of the defense of the Hitachi Defendants herein, attorneys working for and under the direction of Morgan Lewis reviewed English and foreign-language documents collected from the Hitachi Defendants and assessed their potential significance using criteria developed by Morgan Lewis attorneys.

4. Some, but not all or even most, foreign-language documents that were reviewed and deemed potentially significant were selected for translation or partial translation into English based on attorneys' mental impressions and judgments as to the importance of the documents to the civil litigation.

5. These translations were prepared for Morgan Lewis attorneys who could not read the underlying documents in their native language in order to facilitate the provision of legal advice to the Hitachi Defendants regarding this litigation.

6. The bilingual attorneys and contract translators working for and under the direction of Morgan Lewis prepared rough translations of all or a portion of the selected documents. Each of the translations was done as quickly as possible to provide counsel not speaking the native language a rough understanding of the document. None of the translations was intended to be, or is, a certified or otherwise official translation suitable for pretrial or trial purposes. I am informed and believe that some of these rough translations likely contain

1  inaccuracies.  Fewer than 600 documents were completely or partially translated, representing a
2  small fraction of the tens of thousands of documents produced by the Hitachi Defendants in this
3  civil litigation.

4      I declare under penalty of perjury under the laws of the United States of America that the
5  foregoing is true and correct.

6      Executed this 30th day of January, 2012, at San Francisco, California.

                                        /s/ *Kent M. Roger*
                                        Kent M. Roger

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3  CASE NO. M: 07-5944 SC; MDL NO. 1917
DECL. OF KENT ROGER I/S/O DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF TRANSLATIONS
DB2/ 22923950.3