GIBSON, DUNN & CRUTCHER LLP
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendants
TATUNG COMPANY OF AMERICA, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. M: 07-5944 SC<br>MDL No. 1917<br>**DECLARATION OF RACHEL S. BRASS** |

I, Rachel S. Brass, hereby declare as follows:

1. I am a partner with Gibson, Dunn & Crutcher LLP, resident in San Francisco, California, and I am counsel for Tatung Company of America, Inc. ("Tatung") in this action. I am admitted to practice in the State of California and before this Court. The following statements are based on personal knowledge and I could and would testify competently to them if called to do so.

2. The purpose of this declaration is to provide the Court with facts in connection with Defendants' Opposition to Plaintiffs' Motion to Compel Production of Translations.

3. Tatung has not created or commissioned the translation of any documents in connection with this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2012 in San Francisco, California.

By: _____/s/_____
Rachel S. Brass

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.