Terry Calvani (53260)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
         richard.snyder@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4505
Fax:  (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> **DECLARATION OF TERRY CALVANI IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF TRANSLATIONS** |
|---|---|
| This Document Relates to: <br><br> ALL ACTIONS | |

I, TERRY CALVANI, do hereby declare:

1. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Northern District of California. I am of counsel with the firm of Freshfields Bruckhaus Deringer US LLP (Freshfields), counsel of record for defendant Beijing Matsushita Color CRT Co., Ltd. (BMCC) in this matter.

2. I make this Declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations. If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

3. Freshfields has represented BMCC in the above captioned MDL since 2008.

4. Upon information and belief BMCC has not prepared English-language translations of the foreign-language documents produced to the Plaintiffs in this matter.

5. Freshfields has not commissioned or undertaken to translate the foreign-language documents that BMCC has produced to the Plaintiffs in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: January 31, 2012

By

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: _____
Terry Calvani (CA Bar No. 53260)
Freshfields Bruckhaus Deringer
 US LLP
Email: terry.calvani@freshfields.com
701 Pennsylvania Avenue NW, Suite 600
Washington, DC  20004
Tel: (202) 777-4505
Fax: (202) 777-4555

*Attorney for Defendant Beijing Matsushita Color CRT Co., Ltd.*