Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
Demetrius X. Lambrinos (246027)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
ccorbitt@zelle.com

*Counsel for Plaintiff Chad Klebs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| **This document relates to:** | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| **ALL ACTIONS** | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Michael E. Jacobs is no longer associated with the firm of Zelle Hofmann Voelbel & Mason LLP, and is hereby withdrawn as counsel for Plaintiff Chad Klebs, and the indirect purchaser plaintiffs in the above-referenced matter.  Zelle Hofmann Voelbel & Mason LLP, through the undersigned counsel of record, continues to serve as counsel for Plaintiff Chad Klebs, and the indirect purchaser plaintiffs.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| Dated:  February 1, 2012 | | ZELLE HOFMANN VOELBEL & MASON LLP |

By:    /s/ *Judith A. Zahid*
     Francis O. Scarpulla (41059)
     Craig C. Corbitt (83251)
     Judith A. Zahid (215418)
     Patrick B. Clayton (240191)
     Qianwei Fu (242669)
     Demetrius X. Lambrinos (246027)
     ZELLE HOFMANN VOELBEL & MASON LLP
     44 Montgomery Street, Suite 3400
     San Francisco, CA  94104
     Telephone:         (415) 693-0700
     Facsimile:           (415) 693-0770
     ccorbitt@zelle.com

*Counsel for Plaintiff Chad Klebs*