Jessica L. Meyer (CA # 249064)
James M. Lockhart (not admitted)
James P. McCarthy (not admitted)
Kelly G. Laudon (not admitted)
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.: 612-371-3211
Fax: 612-371-3207
jmeyer@lindquist.com
jlockhart@lindquist.com
jmccarthy@lindquist.com
klaudon@lindquist.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities,<br><br>Plaintiffs,<br><br>v.<br><br>LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics Taiwan Taipei Co., Ltd.; Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronica Ltda; LP Displays International, Ltd. f/k/a LG.Philips Displays; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung SDI Co., Ltd. f/k/a Samsung Display Device Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; | Master File No. 07-5944-SC<br><br>Case No.: C11-05381 EDL<br><br>MDL No.: 1917<br><br>**NOTICE OF APPEARANCE OF KELLY G. LAUDON** |

DOCS-#3584399-v1

| | |
|---|---|
| 1 | Shenzhen Samsung SDI Co., Ltd.; Tianjin ) |
| | Samsung SDI Co., Ltd.; ) |
| 2 | Samsung SDI (Malaysia) Sdn. Bhd.; ) |
| | Toshiba Corporation; ) |
| 3 | Toshiba America, Inc.; ) |
| 4 | Toshiba America Consumer Products, ) |
| | LLC; Toshiba America Information ) |
| 5 | Systems, Inc.; Toshiba America Electronics ) |
| | Components, Inc.; Toshiba Display Devices ) |
| 6 | (Thailand) Company, Ltd.; ) |
| 7 | Panasonic Corporation; ) |
| | Panasonic Corporation of North America; ) |
| 8 | MT Picture Display Co., Ltd.; ) |
| | Beijing-Matsushita Color CRT Company, ) |
| 9 | Ltd.; Hitachi, Ltd.; Hitachi Displays, Ltd., ) |
| | Hitachi Electronic Devices (USA), Inc.; ) |
| 10 | Hitachi America, Ltd.; Hitachi Asia, Ltd.; ) |
| 11 | Shenzhen SEG Hitachi Color Display ) |
| | Devices, Ltd.; Tatung Company of ) |
| 12 | America, Inc., Chunghwa Picture Tubes ) |
| | Ltd.; Chunghwa Picture Tubes (Malaysia) ) |
| 13 | Sdn. Bhd.; IRICO Group Corporation; ) |
| | IRICO Display Devices Co., Ltd.; ) |
| 14 | IRICO Group Electronics Co., Ltd.; ) |
| 15 | Thai CRT Company, Ltd.; and ) |
| | Samtel Color, Ltd., ) |
| 16 | ) |
| | Defendants. ) |
| 17 | ) |
| 18 | ) |
| | ) |

DOCS-#3584399-v1

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Pretrial Order No. 1 ¶¶ 5-6 (Dkt. #230), Plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities, and Douglas A. Kelley, as Chapter 7 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities, have retained Kelly G. Laudon as their counsel and request that all notices and other papers in this action be served upon her at:

> Kelly G. Laudon
> Lindquist & Vennum P.L.L.P.
> 4200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN  55402
> Tel: (612) 371-3211
> Fax: (612) 371-3207
> Email: klaudon@lindquist.com

Ms. Laudon is admitted to practice and is in good standing in the United States District Court for the District of Minnesota.

DATED: 2/3/2012

**LINDQUIST & VENNUM P.L.L.P.**

By _[signature: Kelly G. Laudon]_
Jessica L. Meyer, (CA # 249064)
jmeyer@lindquist.com
James M. Lockhart
jlockhart@lindquist.com
James P. McCarthy
jmccarthy@lindquist.com
Kelly G. Laudon
klaudon@lindquist.com
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel.: 612-371-3211
Fax:  612-371-3207

**ATTORNEYS FOR PLAINTIFFS**