1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 IN RE CATHODE RAY TUBE (CRT)  ) No. 07-5944-SC
ANTITRUST LITIGATION          )
13                            ) MDL No. 1917
                              )
14 ─────────────────────────  )
                              ) Judge: Hon. Samuel Conti
15                            ) Special Master: Hon. Charles A. Legge (Ret.)
                              )
16                            )
                              ) **[PROPOSED] ORDER GRANTING**
17                            ) **DEFENDANTS' ADMINISTRATIVE**
                              ) **MOTION TO CONSIDER WHETHER**
18                            ) **CASE SHOULD BE RELATED**
                              ) **PURSUANT TO CIV. L. R. 3-12**
19                            )
                              )
20

21

22    On January 20, 2012, Samsung Electronics Co., Ltd. and Samsung Electronics America,

23 Inc., defendants in *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944-SC,

24 MDL No. 1917, filed an Administrative Motion to Consider Whether Cases Should Be Related

25 Pursuant to Civil Local Rule 3-12. The Court has considered the papers and pleadings on file, and

26 good cause appearing, HEREBY GRANTS the motion.

27    IT IS HEREBY ORDERED that the following case is deemed related and is assigned to the

28 undersigned Judge:

-1-

1    *Target Corp. et al. v. Chungwa Picture Tubes, Ltd. el al.*, 3:11-cv-05514-EDL (N.D. Cal.);

2    and

3    Pursuant to Local Civil Rule 3-12(f)(3), the Clerk of the Court shall notify the parties in the

4    above-captioned matter, Judge Elizabeth Laporte, and the parties in *Target Corp. et al. v. Chungwa*

5    *Picture Tubes, Ltd. el al.*, 3:11-cv-05514-EDL (N.D. Cal.) of this Order.

6    **IT IS SO ORDERED.**

7

8    Dated: _Feb. 14, 2012_          By: _____

9                                         HON. SAMUEL CONTI
                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                    [[PROPOSED] ORDER GRANTING DEFENDANTS'
                       ADMINISTRATIVE MOTION TO CONSIDER WHETHER
                       CASE SHOULD BE RELATED