Whitfield Bryson & Mason LLP
Donna F. Solen (*admitted pro hac vice*)
dsolen@wbmllp.com.com
1625 Massachusetts Ave. NW. Suite 605
Washington, D.C. 20036
Tel. (202) 429-2290
Fax. (202) 429-2294

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| This document relates to all actions | **NOTICE OF CHANGE OF FIRM NAME** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the firm name for Plaintiff's Counsel for Southern Office Supply, Inc., Donna F. Solen, has changed. The new firm name is Whitfield Bryson & Mason LLP. Ms. Solen's email address has also changed to dsolen@wbmllp.com

Dated: February 21, 2012

Respectfully submitted,

/s/ Donna F. Solen
dsolen@wbmllp.com
Whitfield Bryson & Mason LLP
1625 Massachusetts Ave., NW
Suite 605
Washington, D.C. 20036