1 | David J. Burman, WA Bar No. 10611
  | (*pro hac vice* application to be submitted)
2 | Cori G. Moore, WA Bar No. 28649
  | (*pro hac vice* application to be submitted)
3 | Noah G. Purcell, OR Bar No. 076509
  | (*pro hac vice* application to be submitted)
4 | **PERKINS COIE LLP**
  | 1201 Third Avenue, Suite 4800
5 | Seattle, WA 98101-3099
  | Telephone:     206.359.8000
6 | Facsimile:      206.359.9000

7 | Euphemia N. Thomopulos, Cal. Bar No. 262107
  | **PERKINS COIE LLP**
8 | Four Embarcadero Center, Suite 2400
  | San Francisco, CA  94111-4131
9 | Telephone:     415.344.7000
  | Facsimile:      415.344.7050
10 |
11 | *Attorneys for Plaintiff*
   | *Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>Judge: Honorable Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |
|---|---|

NOTICE OF APPEARANCE OF COUNSEL
Case No. 07-5944-SC
MDL No. 1917

- 2 -

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that attorney Euphemia N. Thomopulos from the law firm Perkins Coie LLP, member of the State Bar of California and admitted to practice before the Court, hereby enters an appearance as counsel on behalf of Plaintiff Costco Wholesale Corporation.

DATED: February 22, 2012              **PERKINS COIE LLP**

                                          By: /s/ Euphemia N. Thomopulos
                                                Euphemia N. Thomopulos

                                         Attorney for Plaintiff
                                         Costco Wholesale Corporation

29040-0318/LEGAL22888715.1

NOTICE OF APPEARANCE OF COUNSEL
Case No. 07-5944-SC
MDL No. 1917