ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Jordan S. Paul, Bar No. 277174
JSPaul@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:     310-552-0130
Facsimile:      310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:     612-349-8500
Facsimile:      612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case No. No. 11-cv-05513 SC |
| This Document Relates to:<br>ALL TRANSFERRED ACTIONS | The Honorable Samuel Conti<br>**NOTICE OF APPEARANCE OF JORDAN S. PAUL** |

60562550.1

NOTICE OF APPEARANCE
CASE NO. 07-CV-05944-SC

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that the following counsel hereby appear in the above-captioned action on behalf of Plaintiffs BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.:

>   Jordan S. Paul (State Bar No. 277174)
>   ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
>   2049 Century Park East, Suite 3400
>   Los Angeles, CA  90067-3208
>   Telephone: 310-552-0130
>   Facsimile: 310-229-5800
>   Email: jspaul@rkmc.com

DATED: February 23, 2012         **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /s/  Jordan S. Paul
Roman M. Silberfeld, 62783
David Martinez, 193183
Jordan S. Paul, 277174

**ATTORNEYS FOR PLAINTIFFS BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; MAGNOLIA HI-FI, INC.**