ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
ATLANTA

| | |
|---|---|
| 1 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
|   | Roman M. Silberfeld, Bar No. 62783 |
| 2 | RMSilberfeld@rkmc.com |
|   | David Martinez, Bar No. 193183 |
| 3 | DMartinez@rkmc.com |
|   | Jordan S. Paul, Bar No. 277174 |
| 4 | JSPaul@rkmc.com |
|   | 2049 Century Park East, Suite 3400 |
| 5 | Los Angeles, CA  90067-3208 |
|   | Telephone:    310-552-0130 |
| 6 | Facsimile:     310-229-5800 |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:     612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case No. No. 11-cv-05513 SC |
| This Document Relates to:<br><br>ALL TRANSFERRED ACTIONS | The Honorable Samuel Conti<br><br>**NOTICE OF APPEARANCE OF DAVID MARTINEZ** |

82860288.1

NOTICE OF APPEARANCE
CASE NO. 07-CV-05944-SC

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

2  PLEASE TAKE NOTICE that the following counsel hereby appear in the above-
3  captioned action on behalf of Plaintiffs BEST BUY CO., INC.; BEST BUY PURCHASING
4  LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.;
5  BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.:

David Martinez (State Bar No. 193183)
ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  310-552-0130
Facsimile:  310-229-5800
Email:  dmartinez@rkmc.com

DATED: February 23, 2012            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    /s/   David Martinez_____
       Roman M. Silberfeld, 62783
       David Martinez, 193183
       Jordan S. Paul, 277174

**ATTORNEYS FOR PLAINTIFFS
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY
ENTERPRISE SERVICES, INC.; BEST BUY
STORES, L.P.; BESTBUY.COM, L.L.C.;
MAGNOLIA HI-FI, INC.**

82860288.1                          - 2 -                NOTICE OF APPEARANCE
                                                         CASE NO. 07-CV-05944-SC