ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Jordan S. Paul, Bar No. 277174
JSPaul@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:    612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br>Individual Case No. No. 11-cv-05513 SC |
| This Document Relates to:<br><br>ALL TRANSFERRED ACTIONS | The Honorable Samuel Conti<br><br>**NOTICE OF APPEARANCE OF LAURA E. NELSON** |

82854474.1

NOTICE OF APPEARANCE
CASE NO. 07-CV-05944-SC

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that the following counsel hereby appear in the above-captioned action on behalf of Plaintiffs BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.:

> Laura E. Nelson (Bar No. 231856)
> ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
> 800 LaSalle Avenue
> 2800 LaSalle Plaza
> Minneapolis, MN  55402-2015
> Telephone: 612-349-8500
> Facsimile: 612-339-4181
> Email: lenelson@rkmc.com

DATED: February 24, 2012           **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/   Laura E. Nelson
      Laura E. Nelson, 231856

**ATTORNEYS FOR PLAINTIFFS BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; MAGNOLIA HI-FI, INC.**