BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Andreas Stargard (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: andreas.stargard@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V.
and Philips Electronics North America Corporation*

FILED
2012 FEB 23 P 2:59
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**APPLICATION OF CHARLES M. MALAISE FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Document Relates to:<br><br>ALL ACTIONS | |

Pursuant to Civil L.R. 11-3, CHARLES M. MALAISE, an active member in good standing of the bar or Texas and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation in the above-titled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in above-entitled action. The name, address and telephone number of that attorney is:

>Jon V. Swenson (SBN 233054)
>Email: jon.swenson@bakerbotts.com
>BAKER BOTTS L.L.P.
>620 Hansen Way
>Palo Alto, CA 94304
>Telephone: (650) 739-7514
>Facisimile: (650) 739-7614

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2012

CHARLES M. MALAISE