BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Andreas Stargard (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: andreas.stargard@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING CHARLES M. MALAISE'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1  CHARLES M. MALAISE, an active member in good standing of the bars of the State of
2  Texas and the District of Columbia, whose business address and telephone number is:

> Charles M. Malaise
> Email: charles.malaise@bakerbotts.com
> BAKER BOTTS L.L.P.
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
> Telephone: (202) 639-1117
> Facsimile: (202) 585-1037

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE