UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

On February 24, 2012, Direct Purchaser Plaintiffs filed an Administrative Motion pursuant to Civil Local Rules 7-11 and 79-5(d) to file certain documents under seal. Having read and considered the papers filed, and good cause appearing, IT IS HEREBY ORDERED that Direct Purchaser Plaintiffs' Administrative Motion to file certain documents under seal pursuant to Civil Local Rules 7-11 and 79-5(d) is _____.

IT IS SO ORDERED.

Dated: _____        _____
                                     Hon. Samuel Conti
                                     Northern District of California

Crt.497