David J. Burman, WA Bar No. 10611
(*pro hac vice* application to be submitted)
Nicholas H. Hesterberg, WA Bar No. 41970
(*pro hac vice* application to be submitted)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:    206.359.8000
Facsimile:     206.359.9000

Euphemia N. Thomopulos, Cal. Bar No. 262107
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:    415.344.7000
Facsimile:     415.344.7050

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This document relates to:<br>ALL ACTIONS | Judge: Honorable Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

APPLICATION FOR ADMISSION *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

29040-0318/LEGAL22885946.2

Pursuant to Civil L.R. 11-3, David J. Burman, an active member in good standing of the bars of Washington State and the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff Costco Wholesale Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

> Euphemia N. Thomopulos, Cal. Bar No. 262107
> EThomopulos@perkinscoie.com
> PERKINS COIE LLP
> Four Embarcadero Center, Suite 2400
> San Francisco, CA 94111-4131
> Telephone:  415.344.7000
> Facsimile:  415.344.7050

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 29, 2012

PERKINS COIE LLP

By: _/s/ David J. Burman_____
David J. Burman

Attorney for Plaintiff
Costco Wholesale Corporation

APPLICATION FOR ADMISSION *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

29040-0318/LEGAL22885946.2