# ATTACHMENT 1

|   |   |
|---|---|
| 1 | David J. Burman, WA Bar No. 10611<br>(*pro hac vice* application to be submitted)<br>Nicholas H. Hesterberg, WA Bar No. 41970<br>(*pro hac vice* application to be submitted)<br>**PERKINS COIE LLP** |
| 2 | 1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 |
| 3 | Telephone:   206.359.8000<br>Facsimile:    206.359.9000 |

Euphemia N. Thomopulos, Cal. Bar No. 262107
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:   415.344.7000
Facsimile:    415.344.7050

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | **(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

David J. Burman, whose business address and telephone number are:

> David J. Burman, WA Bar No. 10611
> *DBurman@perkinscoie.com*
> PERKINS COIE LLP
> 1201 Third Avenue, Suite 4800
> Seattle, WA 98101-3099
> Telephone: 206.359.8000
> Facsimile: 206.359.9000

and who is an active member in good standing of the bars of Washington State and the District of

Columbia, having applied in the above-entitled action for admission to practice in the Northern

District of California on a *pro hac vice* basis representing Plaintiff Costco Wholesale Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: _____

                                                        The Honorable Samuel Conti
United States District Judge