David J. Burman, WA Bar No. 10611
(*pro hac vice* application to be submitted)
Nicholas H. Hesterberg, WA Bar No. 41970
(*pro hac vice* application to be submitted)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:   206.359.8000
Facsimile:   206.359.9000

Euphemia N. Thomopulos, Cal. Bar No. 262107
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone:   415.344.7000
Facsimile:   415.344.7050

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>Judge: Honorable Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Nicholas H. Hesterberg, an active member in good standing of the bar of Washington State, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing plaintiff Costco Wholesale Corporation in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney are:

> Euphemia N. Thomopulos, Cal. Bar No. 262107
> EThomopulos@perkinscoie.com
> PERKINS COIE LLP
> Four Embarcadero Center, Suite 2400
> San Francisco, CA 94111-4131
> Telephone:   415.344.7000
> Facsimile:   415.344.7050

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 29, 2012

PERKINS COIE LLP

By: _____
Nicholas H. Hesterberg

Attorney for Plaintiff
Costco Wholesale Corporation

APPLICATION FOR ADMISSION *PRO HAC VICE*

Case No. 07-5944-SC
MDL No. 1917

29040-0318/LEGAL22899023.2