# ATTACHMENT 1

David J. Burman, WA Bar No. 10611
(*pro hac vice* application to be submitted)
Nicholas H. Hesterberg, WA Bar No. 41970
(*pro hac vice* application to be submitted)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:    206.359.8000
Facsimile:     206.359.9000

Euphemia N. Thomopulos, Cal. Bar No. 262107
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:    415.344.7000
Facsimile:     415.344.7050

*Attorneys for Plaintiff*
*Costco Wholesale Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Nicholas H. Hesterberg, whose business address and telephone number is:

Nicholas H. Hesterberg, WA Bar No. 41970
*NHesterberg@perkinscoie.com*
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

and who is an active member in good standing of the bar of Washington State,  having applied in

the above-entitled action for admission to practice in the Northern District of California on a *pro*

*hac vice* basis representing Plaintiff Costco Wholesale Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____

_____
The Honorable Samuel Conti
United States District Judge