**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT D**

AVISO LEGAL

# Si Ud. ha comprado un producto con tubos de rayos catódicos,

## Ud. puede verse afectado por un acuerdo de demanda colectiva.

| Entre los productos que contienen tubos de rayos catódicos (TRC) se encuentran TRC, televisores, monitores de computadora y otros productos con TRC. | Para una notificación en español, llame o visite nuestro sitio web. |
|---|---|

Usted puede verse afectado por una acción judicial colectiva que concierne productos con TRC comprados de forma indirecta de alguna de las compañías demandadas. De forma "indirecta" significa que usted no adquirió el producto TRC directamente de alguno de los acusados. Esta demanda, la cual se presenta como acción judicial colectiva, tiene como objetivo: (1) el desagravio por mandato judicial a nivel nacional para prohibir el comportamiento de los demandados, el cual es la razón de la demanda y (b) remuneración para compradores indirectos en 24 estados.

Se ha llegado a un acuerdo con Chunghwa Picture Tubes Ltd. ("Chunghwa"). Una lista completa de los demandados se encuentra disponible en el aviso pormenorizado (*Detailed Notice*) en www.CRTsettlement.com.

### ¿De qué se trata este caso?

La demanda alega que varios demandados, incluyendo a Chunghwa, conspiraron para establecer, aumentar, mantener o estabilizar los precios de productos con TRC como televisores y monitores de computadores, resultando en sobrecargos a consumidores que adquirieron productos con TRC como televisores y monitores de computadoras. Los demandados niegan haber hecho algo incorrecto. El tribunal aún no ha decidido quién tiene la razón.

### ¿Quiénes están incluidos?

Entre los "fideicomitentes" se incluye cualquier persona o negocio que haya comprado indirectamente en los EE. UU. (con la excepción de demandas bajo la Ley de Washington de Protección al Consumidor y contra las Prácticas Comerciales Injustas) entre el 1ro de marzo de 1995 y el 25 de noviembre del 2007 cualquier producto con TRC hecho por los demandados. Tanto los consumidores como los distribuidores se incluyen en el acuerdo.

### ¿Qué dispone el acuerdo extrajudicial?

El acuerdo dispone el pago por parte de Chunghwa por un monto de $10,000,000 en efectivo, más intereses a los fideicomitentes. También estipula que Chunghwa presentará información a los abogados del grupo demandante sobre el caso, incluyendo la implicación de otros demandados en la supuesta conspiración. El dinero no se distribuirá aún a los fideicomitentes. Los abogados continuarán el proceso contra los restantes demandados para determinar si puede llegarse a futuros acuerdos o juicios en el caso y luego distribuirán los fondos en conjunto para reducir los gastos. Es posible que el dinero sea distribuido a organizaciones que sean, en la medida de lo posible, representativas de los intereses de compradores indirectos de productos con TRC en lugar de los propios fideicomitentes, si el importe del trámite de la demanda resultara en pagos pequeños a los fideicomitentes.

### ¿Quién lo representa a Ud.?

El tribunal ha designado a Mario N. Alioto de Trump, Alioto, Trump & Prescott LLP como "abogado principal provisional del grupo demandante" para representar los miembros del grupo demandante ("fideicomitentes"). El grupo demandante se define en el 1er párrafo de la orden que otorga aprobación previa de un acuerdo de demanda colectiva con el demandado Chunghwa Picture Tubes, Ltd., la cual se encuentra disponible en www.CRTsettlement.com. Si Ud. es residente de Illinois u Oregón, Ud. es miembro del grupo demandante, pero está siendo representado por el Procurador General de Justicia de su estado respecto a su demanda, según las leyes antimonopolio de dichos estados. Ud. no tiene que pagar estos abogados para que lo representen. Usted puede contratar su propio abogado si así lo desea, pero si lo hace, Ud. será responsable por los honorarios y gastos de éstos.

### ¿Cuáles son sus opciones?

Si desea continuar siendo un fideicomitente, no necesita hacer nada en este momento. Si no desea estar jurídicamente vinculado al acuerdo, debe excluirse Ud. mismo por escrito antes del **1ro de febrero de 2012** o no podrá demandar o continuar la demanda frente a Chunghwa respecto a las reclamaciones judiciales de este caso. Si Ud. continua siendo un fideicomitente, puede objetar al acuerdo antes del **1ro de febrero de 2012**. El aviso pormenorizado describe cómo excluirse u objetar. El Tribunal de Distrito de EE. UU. para el Distrito Norte de California celebrará una audiencia a las 2:00 p.m. el **15 de marzo de 2012** en JAMS, 2 Embarcadero, Suite 1500, San Francisco, CA 94111. La audiencia puede celebrarse en otra fecha u hora sin previo aviso, por ello es una buena idea visitar www.CRTsettlement.com. En esta audiencia el Auxiliar Judicial Especial considerará si el acuerdo es justo, razonable y adecuado. El Auxiliar Judicial Especial también valorará la petición de remuneración del abogado principal provisional del grupo demandante por un monto de $2.5 millones del fondo de transacción extrajudicial para utilizarse en gastos incurridos en el caso. Si existen objeciones o comentarios, el Auxiliar Judicial Especial decidirá si se aprueba o no el acuerdo. No sabemos cuánto tiempo tomarán estas decisiones. Por favor, no contacte a JAMS o al tribunal sobre este caso. Por favor, guarde cualquier recibo u otra evidencia de compra de cualquier producto con TRC. Antes de deshacerse de cualquier producto con TRC, por favor diríjase al aviso pormenorizado para recomendaciones sobre cómo preservar pruebas de propiedad.

Para más detalles, llame al número gratis 1-800-673-4790, visite www.CRTsettlement.com, o escriba a Indirect Settlement, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

| 1-800-673-4790 | www.CRTsettlement.com |
|---|---|