# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT E

DeGeneres | *from page 13*

# ELLEN'S COSTUME PARTY

*DeGeneres has sported some inventive Halloween looks in her eight years on the show. (We hear this year's outfit will be topical.) She doesn't go all-out offscreen, however. "I'm from New Orleans, where we have Mardi Gras," she says. "People dress up all the time."*



**Season 1 (2003)**
"I'M DR. PHIL—CAN YOU TELL? 'ALL RIGHT, LET'S GET REAL—OR YOU'RE GOING TO GET REAL TIRED OF BEING REALLY REAL.'"



**Season 2 (2004)**
"I DIDN'T START OUT AS SCARLETT O'HARA. I WAS JUST TRYING ON MY OLD PROM DRESS TO SEE IF IT STILL FIT. IT DID."



**Season 6 (2008)**
"I SAID I WAS GOING TO BE SOMETHING EVERYONE WAS TALKING ABOUT. I'M CHANGE."



**Season 8 (2010)**
"I'M SNOOKI'S POUF. I WAS ALMOST LATE FOR THE SHOW BECAUSE I DIDN'T TAKE INTO ACCOUNT HOW LONG IT TAKES TO GYM, TAN, AND LAUNDRY EVERYBODY."

face," she deadpans, "to make me look absolutely easy and breezy."

Things haven't always been so easy. DeGeneres's public announcement that she was a lesbian—on the cover of *Time* in 1997—sank her sitcom, *Ellen*, as advertisers bailed, and for the next few years, she was at sea. "I didn't work, didn't have any money," she says. "No one [in the business] would even talk to me on the phone." It was a tough road back, but with the outline of her talk show in hand, she finally convinced Hollywood that she was "not just gay," she says, but "a funny woman who happens to be gay." To the execs who passed on her show because "they thought housewives and mothers would have nothing to relate to," DeGeneres has a message, backed up by eight years of success: "The only person the word *gay* matters to is the person I love."

That would be actress Portia de Rossi, whom DeGeneres wed at their Beverly Hills home in the summer of 2008, during the brief window when same-sex marriage was legal in California. Most evenings, she says, they are likely to be found surrounded by their two dogs and three cats, watching *Law & Order: Special Victims Unit*, *Dexter*, or *Up All Night* on TV and eating de Rossi's home-cooked vegan fare. Weekends are spent antique shopping—a major passion for DeGeneres, who says she'd love to start a home decor line—or hanging out at their farm outside L.A., where de Rossi, 38, likes to ride horses. "We just really love each other's company," says DeGeneres. (And if you're wondering whether they'll have kids, the answer is no. "We thought about it," DeGeneres writes in *Seriously… I'm Kidding*. "We love to be around children after they've been fed and bathed. But we ultimately decided that we don't want children of our own. There is far too much glass in our house.")

Sitting cross-legged on her office sofa, wearing black pants, a T-shirt, and her signature sneakers, DeGeneres becomes misty-eyed as she describes one of the couple's favorite songs, "Harrowdown Hill," by Radiohead front man Thom Yorke. "It goes, 'We think the same things at the same time, we just can't do anything about it.' We always sing that to each other, because we really do that. If we haven't talked for an hour, all of a sudden I'll say something and she'll say, 'I was just thinking that!' We are really in tune."

If she sounds like a teenager, that's fine with her. "I'm sensitive. I like to be around kind, gentle people," she says. "It would be really hard for me to be around somebody who is harsh or sarcastic all the time."



**READ ELLEN'S NEW BOOK!** For an excerpt and behind-the-scenes video of our shoot, go to *Parade*.com/degeneres

PHOTOS, FROM LEFT: JAFFE/WARNER BROS; CHRIS POLK/WARNER BROS; MICHAEL ROZMAN/WARNER BROS (2)

## LEGAL NOTICE

### If You Bought A Cathode Ray Tube Product,
**A Class Action Settlement May Affect You.**

Cathode Ray Tube (CRT) Products include CRTs, Televisions, Computer Monitors, and other products containing CRTs.

Para una notificacion en Espanol, llamar o visitar nuestro website.

You may be affected by a class action lawsuit involving CRT Products purchased indirectly from the Defendant companies. "Indirect" means that you did not buy the CRT Product directly from any Defendant. The lawsuit seeks: (a) nationwide injunctive relief to prohibit the Defendants' behavior that is the subject of the lawsuit and (b) money for indirect purchasers in 24 states.

A Settlement has been reached with Chunghwa Picture Tubes Ltd. ("Chunghwa"). The litigation is continuing against the remaining Defendants. A complete list of defendants is set out in the Detailed Notice available at www.CRTsettlement.com.

**What is this case about?**

The lawsuit claims that numerous Defendants, including Chunghwa, conspired to fix, raise, maintain or stabilize prices of CRT Products resulting in overcharges to consumers who bought CRT Products such as Televisions and Computer Monitors. The Defendants deny that they did anything wrong. The Court has not decided who is right.

**Who is Included?**

The "Settlors" include any person or business that indirectly bought in the U.S. (excluding claims under the Washington Unfair Business Practices and Consumer Protection Act) from March 1, 1995 through November 25, 2007, any CRT Product made by the Defendants. Both consumers and resellers are included in the Settlement.

**What does the Settlement Provide?**

The Settlement provides for the payment by Chunghwa of $10,000,000 in cash, plus interest, to the Settlors. It also provides that Chunghwa will furnish information about the case, including other Defendants' involvement in the alleged conspiracy, to Class Counsel. Money will not be distributed to Settlors yet. The lawyers will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then distribute the funds together to reduce expenses. It is possible that money will be distributed to organizations who are, as nearly as practicable, representative of the interests of indirect purchasers of CRT Products instead of Settlors themselves if the cost to process claims would result in small payments to Settlors.

**Who Represents You?**

The Court has appointed Mario N. Alioto of Trump, Alioto, Trump & Prescott LLP as "Interim Lead Class Counsel" to represent members of the Settlement Class ("Settlors"). The Settlement Class is defined in Paragraph 1 of the Order Granting Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd., which is available at www.CRTsettlement.com. If you are a resident of Illinois or Oregon, you are a member of the Settlement Class but are represented by the Attorney General of your State with respect to your claims under those states' antitrust laws. You do not have to pay these lawyers to represent you. You may hire your own attorney, if you wish, but if you do so you will be responsible for your own attorney's fees and expenses.

**What are your Options?**

If you wish to remain a Settlor you do not need to take any action at this time. If you don't want to be legally bound by the Settlement, you must exclude yourself in writing by **February 1, 2012**, or you will not be able to sue, or continue to sue, Chunghwa about the legal claims in this case. If you remain a Settlor, you may object to the Settlement by **February 1, 2012**. The Detailed Notice describes how to exclude yourself or to object. The U.S. District Court for the Northern District of California will hold a Fairness Hearing at **2:00 pm on March 15, 2012**, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.CRTsettlement.com. At this hearing the Special Master will consider whether the Settlement is fair, reasonable and adequate. The Special Master will also consider Interim Lead Class Counsel's request for payment of $2.5 million from the Settlement Fund to be used for expenses incurred in this case. If there are objections or comments, the Special Master will consider them at that time. You may appear at the hearing, but you don't have to. After the hearing, the Special Master will decide whether to approve the Settlement. We do not know how long these decisions will take. Please do not contact JAMS or the Court about this case. Please retain any receipts or other evidence of purchase of any CRT Product. Before disposing of any CRT Product please see the Detailed Notice for recommendations on preserving proof of ownership.

For more details, call toll free 1-800-673-4790, visit www.CRTsettlement.com, or write to CRT Indirect Settlement, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

**1-800-673-4790     www.CRTsettlement.com**



# PARADE
PUBLICATIONS

GEORGE PAPADOPOULOS
*Distribution Manager*

## PUBLICATION AFFIDAVIT

Joseph M Fisher
President
*The Notice Company, Inc.*
94 Station St
Hingham, MA 02043
781-740-1900  tel
781-836-4297  fax
legal@notice.com

I, George Papadopoulos, being Distribution Manager of PARADE Publications, hereby certify as follows:

The class action legal notice ad *Cathode Ray Tube Settlement* for *The Notice Company* was published nationally in 603 markets for the October 30th, 2011 edition of PARADE.

Sincerely, _____

Subscribed and sworn before me this __16__ day of __November, 2011__.

JOSEPH BRONNENKANT
Notary Public, State of New York
No. 4891451
Qualified in Suffolk County
Commission Expires May 4, 20_15_

711 Third Avenue, New York, NY  10017-4014
telephone:(212)450-7032  fax:(212)450-7280  e-mail: george_papadopoulos@parade.com