**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT G**

# Will La Russa leaving affect Pujols' move?

By Bob Nightengale
USA TODAY

ST. LOUIS — Manager Tony La Russa and star first baseman Albert Pujols gently slapped each other's cheeks on the field Friday after the St. Louis Cardinals won the World Series. They looked into each other's eyes and embraced.

La Russa realized it was the last time he'd be in uniform with Pujols, but he never let Pujols or any of the other player in on his secret.

La Russa privately informed his players Sunday night that he was stepping down as Cardinals manager, then publicly announced his retirement Monday at Busch Stadium.

For the first time in Pujols' career, he'll be without La Russa as his major league manager, leaving Cardinals fans terrified that it could influence his decision on whether to depart.

La Russa said a few weeks ago that he didn't believe his fate would have any bearing on Pujols' future. Only time will tell.

"This is a players' game," La Russa told USA TODAY a few weeks ago while trying to decide whether to retire. "I don't think any manager or coach has a standing to interrupt the season with his situation. What do you tell your players that are in their free agent year? 'Don't get distracted. Just play the game.'

"Well, if that's the message to your team, that's the message to yourself. You just zip it. Believe me, my decision will have no bearing on Albert. He's going to be playing a lot longer than I manage. They both are going do their best to make it happen. If there's any way for it to work, they'll work it.

"Albert wants to stay. They want him to stay."

Cardinals Chairman Bill DeWitt Jr., President Bill DeWitt III and general manager John Mozeliak agreed Monday that La Russa's retirement shouldn't influence Pujols' free agent decision. The Cardinals offered Pujols a nine-year deal for about $195 million in February, and La Russa was never planning to stay longer than a year or two.

"If Albert signs long term with us, he knew in anticipation that Tony wouldn't be here for the same duration," DeWitt Jr. said. "So I hope it doesn't affect his desire to come back here. I would be surprised if it did."

Said Mozeliak: "Any deal is going to be longer term. I think he realizes that Tony wasn't going to manage that long."

La Russa had informed long-time coaches Dave Duncan and Dave McKay of his decision in September, and he recently told hitting coach Mark McGwire, whom he managed with the Oakland Athletics and Cardinals.

Mozeliak, who had hoped that La Russa would change his mind, said he has a list of candidates to replace La Russa. He hopes to have a successor by Thanksgiving.

Mozeliak wouldn't divulge the men he plans to interview, but former Washington Nationals manager Jim Riggleman, who has strong ties to the organization, Cardinals third-base coach Jose Oquendo and former Cardinals third baseman Terry Pendleton have surfaced as strong possibilities.

"It will be interesting to see what happens with the manager, but we have great talent," pitcher Chris Carpenter said. "We all know how to win. We showed it this year. You're dealing with a group of guys that knows what they're doing."



File photo by Jeff Bottari, Getty Images
**Will he come?** Japanese pitcher Yu Darvish, here facing South Korea during the 2009 World Baseball Classic, could draw interest in the major leagues.

# Big arms up for grabs in free agency

## Sabathia's staying in NYC, but Wilson leads solid group

By Bob Nightengale
USA TODAY

The free agent pitching class took a huge hit before most negotiations even started.

Left-hander CC Sabathia agreed to a one-year, $30 million contract extension with the New York Yankees on Monday night in lieu of opting out of his deal and becoming a free agent. The extension also includes a vesting $25 million option in 2017.

"My goal the whole time was to be able to finish my career as a Yankee, and hopefully I can do that," Sabathia said when he announced the agreement in a YouTube video. "We seem like we got that accomplished today."

Sabathia had four years and $92 million remaining on the seven-year, $161 million deal he signed three years ago that was the largest contract for a pitcher in major league history. But the market still includes four former All-Star starters and seven former All-Star closers.

Among the top starters are Texas Rangers ace C.J. Wilson, former 20-game winners Mark Buehrle of the Chicago White Sox and Roy Oswalt of the Philadelphia Phillies, Edwin Jackson of the St. Louis Cardinals and perhaps Japanese sensation Yu Darvish.

"There's a lot of quality out there," said Scott Boras, Jackson's agent. "The demand for youth and innings is something you want at the top of your short list. You're talking about starters who have real value. And guess where (three) of those starters ended up? In the playoffs. Look at what those guys all did for their teams."

And those guys — Wilson, Oswalt and Jackson — are expected to be pursued by teams with the deep pockets.

The Rangers would like to keep Wilson but fear they may be outbid by the Yankees or Boston Red Sox. Wilson was 16-7 with a 2.94 ERA during the regular season but struggled in the postseason.

"This is a whole new world for C.J. Wilson because he has not been a starring pitcher," Boras said. "I think C.J. has tremendous upside. You can't put a cloud over him because of the postseason.

"And you look at Edwin Jackson; he has a growth cycle there. How many times do you see a guy who has six years of service, can throw 94 to 97 mph and is just coming into his own?"

Darvish, 25, might be the X factor of the group. He has spent his career pitching for the Nippon Ham Fighters in Japan, going 98-38 with a 2.12 ERA. He has expressed interest in coming to the major leagues next year, which will require him to go through a posting system in which teams offer sealed bids for the rights to sign Darvish.

"He's a good one, brother; I'd put him right up there with any of those guys," said Dodgers bench coach Trey Hillman, who managed Darvish for four years in Japan. "There's no doubt in my mind that he's a No. 1 pitcher. Somebody is going to get a heck of a product. You never know how a Japanese kid is going to adjust over here, but I think he'll flourish."

This is also the first time Buehrle, 32, is a free agent. He has 11 consecutive seasons of at least 200 innings.

The seven former top closers available are Francisco Rodriguez of the Milwaukee Brewers, Jonathan Papelbon of the Red Sox, Heath Bell of the San Diego Padres, Brad Lidge of the Phillies, Francisco Cordero of the Cincinnati Reds, and Joe Nathan and Matt Capps of the Minnesota Twins.

"It's something we're going to need to talk about as a staff," newly hired Red Sox general manager Ben Cherington said about Papelbon. "Closers can evolve out of nowhere sometimes. You don't know who the next closers are. We need as many good pitchers on the staff as possible, and we'll find a closer in that group."

Tomorrow: Free agent infielders

## Ranking the free agent pitchers

USA TODAY's Paul White ranks the free agent pitchers and predicts where they will sign:

| Pitcher | Old team | New team | Comment |
|---|---|---|---|
| 1. C.J. Wilson | Rangers | Yankees | They're still burning from last winter and this fall. |
| 2. Jonathan Papelbon | Red Sox | Red Sox | Too much uncertainty elsewhere to let him walk. |
| 3. Javier Vazquez | Marlins | Reds | Cincinnati staff needs a veteran leader. |
| 4. Hiroki Kuroda | Dodgers | Dodgers | He'd rather not play anywhere else. |
| 5. Francisco Cordero | Reds | Blue Jays | More dependable than their recent gambles. |
| 6. Ryan Madson | Phillies | Blue Jays | More dependable than their recent gambles. |
| 7. Heath Bell | Padres | Phillies | Perfect fit, pitching- and personality-wise. |
| 8. Chris Capuano | Mets | Red Sox | Tough offseason to need starting pitching. |
| 9. Erik Bedard | Red Sox | Tigers | Good ballpark for a pitcher worth a gamble. |
| 10. Joe Nathan | Twins | Mets | A New York guy can finish his career at home. |
| 11. Roy Oswalt | Phillies | Red Sox | One-year deal for his last hurrah. |
| 12. Freddy Garcia | Yankees | Nationals | Short-term fix while kids develop. |
| 13. Aaron Harang | Padres | Twins | This would have never worked at the Metrodome. |
| 14. Guillermo Mota | Giants | Rangers | Good depth move for a continuing contender. |
| 15. Francisco Cordero | Reds | Blue Jays | More dependable than their recent gambles. |
| 16. Edwin Jackson | Cardinals | Pirates | At worst, they could flip him at trade deadline. |
| 17. Bruce Chen | Royals | Royals | Comfortable where he resurrected his career. |
| 18. Chien-Ming Wang | Nationals | Nationals | They've invested the time to get him healthy. |



1994 photo by Otto Greule Jr., Getty Images
**Long term:** Tony La Russa managed the White Sox, Athletics and Cardinals over 33 seasons.



By Eileen Blass, USA TODAY
**Champion:** Edwin Jackson started, and lost, Game 4 of the World Series for the Cardinals.



By Robert Deutsch, USA TODAY
**Playoff tumble:** C.J. Wilson was the Rangers' ace, but he posted a 5.79 postseason ERA this year.

### Scioscia leads MLB in tenure
Managers at their current job the longest:

| Manager | Team | Current job | Career |
|---|---|---|---|
| Mike Scioscia | Angels | 12 | 12 |
| Ron Gardenhire | Twins | 10 | 10 |
| Charlie Manuel | Phillies | 7 | 10 |
| Jim Leyland | Tigers | 6 | 20 |
| Joe Maddon | Rays | 6 | 6[1] |

1 —Maddon managed the Angels for 22 games in 1996, 29 in 1999.

# Indians deal for Lowe; Mets move in fences

From wire reports

**Notes** 

The Cleveland Indians veteran pitcher Derek Lowe from the Atlanta Braves on Monday for a minor leaguer, a low-risk move designed to bolster Cleveland's starting rotation.

The Indians got Lowe, who has 166 wins in 15 seasons, for left-hander Chris Jones. The Indians will have to pay Lowe $5 million of the $15 million he's scheduled to make in 2012.

"He's a quality pitcher with durability, pitching 180 innings or more every year since 2002," Indians general manager Chris Antonetti said. "In addition to his durability, there's some leadership potential."

Lowe, 38, was 9-17 with a 5.05 ERA in 34 starts last season.

Also Monday, the Indians declined Grady Sizemore's $9 million contract option for 2012, cutting ties with the injury-plagued center fielder.

"This was an exceptionally difficult decision," Antonetti said.

**Citi Field changes:** In an effort to boost scoring at the pitcher-friendly ballpark, the New York Mets announced Monday that they are cutting Citi Field's dimensions by as much as 12 feet next season, lowering the fence height to 8 feet all around and changing the fence color to blue with an orange line at the top.

The new fence will be built in front of the ballpark's daunting 16-foot black fence. Right-center field is being brought in from 415 feet to 398, left field from 371 to 358.

**Short hops:** The Boston Red Sox have interviewed Philadelphia Phillies bench coach Pete Mackanin for their vacant managerial job. ... The San Diego Padres introduced former Arizona Diamondbacks general manager Josh Byrnes as their GM. ... The Washington Nationals are picking up Davey Johnson's managerial option for next season. ... The Cincinnati Reds exercised second baseman Brandon Phillips' option for 2012 but declined a $12 million option to keep closer Francisco Cordero. ... The Los Angeles Dodgers have hired Sue Falsone as head athletic trainer, making her the first female to hold that job in major professional sports.

**USA TODAY MARKETPLACE TODAY**
www.russelljohns.com/usatoday | Hours of operation: Mon. - Fri., 8:30 am - 6:00 pm [EST]
To advertise call **1.800.397.0070** Toll-free in the U.S. only

**NOTICES**
**LEGAL NOTICE**

**LEGAL NOTICE**
**If You Bought A Cathode Ray Tube Product,**
A Class Action Settlement May Affect You.

Cathode Ray Tube (CRT) Products include CRTs, Televisions, Computer Monitors, and other products containing CRTs.

You may be affected by a class action lawsuit involving CRT Products purchased indirectly from the Defendant companies. "Indirect" means that you did not buy the CRT Product directly from any Defendant. The lawsuit seeks: (a) nationwide injunctive relief to prohibit the Defendants' behavior that is the subject of the lawsuit and (b) money for indirect purchasers in 24 states.

A Settlement has been reached with Chunghwa Picture Tubes Ltd. ("Chunghwa"). The litigation is continuing against the remaining Defendants. A complete list of defendants is set out in the Detailed Notice available at **www.CRTsettlement.com**.

**What is this case about?**
The lawsuit claims that numerous Defendants, including Chunghwa, conspired to fix, raise, maintain or stabilize prices of CRT Products resulting in overcharges to consumers who bought CRT Products such as Televisions and Computer Monitors. The Defendants deny that they did anything wrong. The Court has not decided who is right.

**Who is included?**
The "Settlors" include any person or business that indirectly bought in the U.S. (excluding claims under the Washington Unfair Business Practices and Consumer Protection Act) from March 1, 1995 through November 25, 2007, any CRT Product made by the Defendants. Both consumers and resellers are included in the Settlement.

**What does the Settlement Provide?**
The Settlement provides for the payment by Chunghwa of $10,000,000 in cash, plus interest, to the Settlors. It also provides that Chunghwa will furnish information about the case, including other Defendants' involvement in the alleged conspiracy, to Class Counsel. Money will not be distributed to Settlors yet. The lawyers will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then distribute the funds together to reduce expenses. It is possible that money will be distributed to organizations who are, as nearly as practicable, representative of the interests of indirect purchasers of CRT Products instead of Settlors themselves if the cost to process claims would result in small payments to Settlors.

**Para una notificación en Español, llamar o visitar nuestro website.**

**Who Represents You?**
The Court has appointed Mario N. Alioto of Trump, Alioto, Trump & Prescott LLP as "Interim Lead Class Counsel" to represent members of the Settlement Class ("Settlors"). The Settlement Class is defined in Paragraph 1 of the Order Granting Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd., which is available at **www.CRTsettlement.com**. If you are a resident of Illinois or Oregon, you are a member of the Settlement Class but are represented by the Attorney General of your State with respect to your claims under those states' antitrust laws. You do not have to pay these lawyers to represent you. You may hire your own attorney, if you wish, but if you do so you will be responsible for your own attorney's fees and expenses.

**What are your Options?**
If you wish to remain a Settlor you do not need to take any action at this time. If you don't want to be legally bound by the Settlement, you must exclude yourself in writing by **February 1, 2012**, or you will not be able to sue, or continue to sue, Chunghwa about the legal claims in this case. If you remain a Settlor, you may object to the Settlement by **February 1, 2012**. The Detailed Notice describes how to exclude yourself or to object. The U.S. District Court for the Northern District of California will hold a Fairness Hearing at **2:00 pm on March 15, 2012**, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check **www.CRTsettlement.com**. At this hearing the Special Master will consider whether the Settlement is fair, reasonable and adequate. The Special Master will also consider Interim Lead Class Counsel's request for payment of $2.5 million from the Settlement Fund to be used for expenses incurred in this case. If there are objections or comments, the Special Master will consider them at that time. You may appear at the hearing, but you don't have to. After the hearing, the Special Master will decide whether to approve the Settlement. We do not know how long these decisions will take. Please do not contact JAMS or the Court about this case. Please retain any receipts or other evidence of purchase of any CRT Product. Before disposing of any CRT Product please see the Detailed Notice for recommendations on preserving proof of ownership.

For more details, call toll free 1-800-673-4790, visit **www.CRTsettlement.com**, or write to CRT Indirect Settlement, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043.

**1-800-673-4790**                                    **www.CRTsettlement.com**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Alana Beare says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Tuesday, November 1, 2011** the following legal advertisement –**CRT Settlement** - was published in the national edition of **USA TODAY.**

*[signature]*
Principal Clerk of USA TODAY
November 2, 2011

This 2nd day of November month 2011 year.

*[signature: Antoinette Michelle Chase]*
Notary Public



ANTOINETTE MICHELLE CHASE
NOTARY PUBLIC
REGISTRATION # 7325787
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JANUARY 31, 2014