# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT J



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| **Alabama** | **1,881,963** | | | **427,307** | **22.7** |
| | | Alexander City | The Outlook | 4,000 | |
| | | Anniston | The Anniston Star | 20,649 | |
| | | Athens | The Athens News Courier | 5,794 | |
| | | Birmingham | The Birmingham News | 154,031 | |
| | | Cullman | The Cullman Times | 10,873 | |
| | | Gadsden | The Gadsden Times | 17,459 | |
| | | Huntsville | The Huntsville Times | 68,800 | |
| | | Mobile/Pensacola | Press/Register | 101,426 | |
| | | Selma | The Selma Times-Journal | 4,800 | |
| | | Talladega | The Daily Home | 7,549 | |
| | | Tuscaloosa | The Tuscaloosa News | 31,926 | |
| **Alaska** | **248,002** | | | **75,577** | **30.5** |
| | | Anchorage | Anchorage Daily News | 49,734 | |
| | | Fairbanks | Fairbanks Daily News-Miner | 14,879 | |
| | | Juneau | Juneau Empire | 4,800 | |
| | | Kenai | Peninsula Clarion | 6,164 | |
| **Arizona** | **2,458,102** | | | **315,798** | **12.8** |
| | | Cottonwood | Verde Independent & The Bugle | 3,601 | |
| | | Flagstaff | Arizona Daily Sun | 10,451 | |
| | | Kingman | The Kingman Daily Miner | 7,629 | |
| | | Lake Havasu City | Today's News-Herald | 10,162 | |
| | | Mesa | East Valley Tribune | 119,026 | |
| | | Prescott | The Daily Courier | 15,544 | |
| | | Sun City | News-Sun | 6,463 | |
| | | Tucson | The Arizona Daily Star | 128,813 | |
| | | Yuma | The Sun | 14,109 | |
| **Arkansas** | **1,138,550** | | | **290,510** | **25.5** |
| | | Blytheville | Blytheville Courier News | 2,595 | |
| | | Conway | Log Cabin Democrat | 8,439 | |
| | | El Dorado | Sunday News | 12,982 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Fayetteville | Northwest Arkansas Democrat Gazette | 67,935 | |
| | | Little Rock | Arkansas Democrat-Gazette | 198,559 | |
| **California** | 12,653,858 | | | 3,307,762 | 26.1 |
| | | Bakersfield | The Bakersfield Californian | 52,472 | |
| | | Camarillo | Ventura County Star | 79,488 | |
| | | El Centro | Imperial Valley Press | 9,468 | |
| | | Escondido | North County Times | 65,597 | |
| | | Fairfield | Daily Republic | 18,516 | |
| | | Fresno | The Fresno Bee | 138,064 | |
| | | Fresno/Select | Yes!  Your Essential Shopper | 31,458 | |
| | | Hanford | The Sentinel | 8,577 | |
| | | Lompoc | Lompoc Record | 3,637 | |
| | | Los Angeles | Los Angeles Times | 887,775 | |
| | | Marysville/Yuba City | A-D Light | 5,000 | |
| | | Marysville/Yuba City | Appeal-Democrat | 15,684 | |
| | | Merced | Merced Sun-Star | 15,079 | |
| | | Modesto | The Modesto Bee | 71,332 | |
| | | Modesto/Select | Yes!  Your Essential Shopper | 31,023 | |
| | | Napa | Register | 12,722 | |
| | | Palmdale | Antelope Valley Press | 19,110 | |
| | | Porterville | Recorder | 5,900 | |
| | | Redding | Record Searchlight | 24,124 | |
| | | Riverside | The Press Enterprise | 124,997 | |
| | | Sacramento | The Sacramento Bee | 265,074 | |
| | | Sacramento/Select | Yes! Your Essential Shopper | 40,023 | |
| | | San Diego | The San Diego Union-Tribune | 291,363 | |
| | | San Diego/TMC | Local Community Values | 202,084 | |
| | | San Francisco | San Francisco Chronicle | 273,652 | |
| | | San Luis Obispo | The Tribune | 36,772 | |
| | | Santa Ana | The Orange County Register | 282,135 | |
| | | Santa Ana/TMC | Sunday Preferred | 86,000 | |
| | | Santa Barbara | Santa Barbara News-Press | 23,778 | |
| | | Santa Barbara/TMC | Santa Barbara News-Press Direct | 34,476 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Santa Maria | Santa Maria Times | 18,367 | |
| | | Santa Maria Select | Central Coast Preview | 6,000 | |
| | | Santa Rosa | The Press Democrat | 60,956 | |
| | | Stockton | The Record | 41,037 | |
| | | Victorville | Daily Press | 26,022 | |
| **Colorado** | **1,949,575** | | | **743,520** | **38.1** |
| | | Boulder | Sunday Camera | 26,565 | |
| | | Canon City | Canon City Daily Record | 5,705 | |
| | | Colorado Springs | The Gazette | 84,265 | |
| | | Colorado Springs/Select | Sunday Preferred | 23,200 | |
| | | Denver | The Denver Post | 443,446 | |
| | | Denver/Select | Sunday Select | 40,500 | |
| | | Grand Junction | The Daily Sentinel | 27,067 | |
| | | Longmont | Times-Call | 19,097 | |
| | | Loveland | Reporter-Herald | 20,535 | |
| | | Montrose | Montrose Daily Press | 5,198 | |
| | | Pueblo | The Pueblo Chieftain | 45,388 | |
| | | Trinidad | The Chronicle-News | 2,554 | |
| **Connecticut** | **1,347,687** | | | **370,212** | **27.5** |
| | | Bridgeport | Connecticut Post | 69,815 | |
| | | Danbury | The News-Times | 28,724 | |
| | | Greenwich | Time | 9,842 | |
| | | Manchester | Journal Inquirer | 33,993 | |
| | | Meriden | Record-Journal | 17,883 | |
| | | Middletown | The Middletown Press | 5,272 | |
| | | New Britain | Herald Press | 9,898 | |
| | | New Haven | New Haven Register | 89,981 | |
| | | New London | The Day | 28,951 | |
| | | Stamford | The Advocate | 20,253 | |
| | | Torrington | The Register Citizen | 5,841 | |
| | | Waterbury | The Sunday Republican | 49,759 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| **Delaware** | **343,319** | | | **16,981** | **4.9** |
| | | Dover | State News Sunday | 16,981 | |
| **District of Columbia** | **262,975** | | | **713,842** | **271.4** |
| | | Washington | The Washington Post | 713,842 | |
| **Florida** | **7,455,772** | | | **2,482,112** | **33.3** |
| | | Bradenton | Bradenton Herald | 39,235 | |
| | | Bradenton/Select | Yes! Your Essential Shopper | 12,500 | |
| | | Cape Coral | Cape Coral Daily Breeze | 42,209 | |
| | | Ft. Walton Beach | Northwest Florida Daily News | 29,863 | |
| | | Gainesville | The Gainesville Sun | 41,472 | |
| | | Gainesville/Select | Shop Gainesville | 10,000 | |
| | | Jacksonville | The Florida Times-Union | 148,436 | |
| | | Lake City | Lake City Reporter | 7,000 | |
| | | Lakeland | The Ledger | 62,685 | |
| | | Live Oak | Live Oak Suwannee Democrat | 5,300 | |
| | | Miami | El Nuevo Herald | 72,142 | |
| | | Miami | The Miami Herald | 203,295 | |
| | | Miami/Select | The Miami Herald Sunday Select | 61,448 | |
| | | Naples/Bonita | Daily News | 52,437 | |
| | | Ocala | Star-Banner | 40,266 | |
| | | Ocala/Select | Shop Ocala | 10,000 | |
| | | Orlando | El Sentinel | 80,000 | |
| | | Orlando | Orlando Sentinel | 285,534 | |
| | | Orlando/Select | Go Shopping, Orlando | 70,000 | |
| | | Orlando/TMC | What's the Deal, Orlando? | 100,000 | |
| | | Panama City | Freedom Florida Newspapers | 25,280 | |
| | | Panama City | The News Herald | 27,919 | |
| | | Sarasota | Herald-Tribune | 82,252 | |
| | | St. Augustine | St. Augustine Record | 17,227 | |
| | | St. Petersburg | Tampa Bay Times | 399,547 | |
| | | Stuart | SCRIPPS Treasure Coast Newspapers | 83,443 | |
| | | Tampa | The Tampa Tribune | 253,453 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | The Villages | Daily Sun | 37,102 | |
| | | West Palm Beach | Real Values | 30,000 | |
| | | West Palm Beach | The Palm Beach Post | 123,309 | |
| | | Winter Haven | The Reporter | 28,758 | |
| **Georgia** | **3,639,790** | | | **1,103,915** | **30.3** |
| | | Americus | Americus Times-Recorder | 3,211 | |
| | | Athens | Athens Banner-Herald | 21,858 | |
| | | Atlanta | The Atlanta Journal-Constitution | 407,099 | |
| | | Atlanta/Select | Buyer's Edge Select | 62,000 | |
| | | Atlanta/TMC | Atlanta - Reach | 265,500 | |
| | | Augusta | The Augusta Chronicle | 64,316 | |
| | | Augusta Select | Yes! Your Essential Shopper | 8,200 | |
| | | Columbus | Columbus Ledger-Enquirer | 41,170 | |
| | | Columbus/Select | Yes! Your Essential Shopper | 11,494 | |
| | | Cordele | Cordele Dispatch | 3,760 | |
| | | Hinesville | Liberty County Coastal Courier | 4,548 | |
| | | Macon | The Telegraph | 64,594 | |
| | | Macon/Select | Yes! Your Essential Shopper | 23,374 | |
| | | Milledgeville | The Milledgeville Union-Recorder | 7,329 | |
| | | Moultrie | The Moultrie Observer | 5,654 | |
| | | Richmond Hill | Bryan County News | 2,135 | |
| | | Rome | Rome News-Tribune | 14,407 | |
| | | Savannah | Savannah Morning News | 54,890 | |
| | | Statesboro | Statesboro Herald | 7,526 | |
| | | Thomasville | Thomasville Times-Enterprise | 8,249 | |
| | | Tifton | The Tifton Gazette | 6,635 | |
| | | Valdosta | The Valdosta Daily Times | 15,966 | |
| **Hawaii** | **444,197** | | | **19,418** | **4.4** |
| | | Wailuku | The Maui News | 19,418 | |
| **Idaho** | **575,624** | | | **226,534** | **39.4** |
| | | Boise | Idaho Statesman | 76,961 | |



**Newspapers & Circulations by State**

Effective January 29, 2012

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Boise/Select | Yes! Your Essential Shopper | 25,000 | |
| | | Idaho Falls | Post Register | 28,046 | |
| | | Lewiston | Lewiston Morning Tribune | 24,568 | |
| | | Nampa | Idaho Press Tribune | 27,596 | |
| | | Pocatello | Idaho State Journal | 18,470 | |
| | | Rexburg | Standard Journal | 4,451 | |
| | | Twin Falls | The Times-News | 21,442 | |
| **Illinois** | **4,800,167** | | | **1,786,240** | **37.2** |
| | | Alton | The Telegraph | 20,397 | |
| | | Belleville | Belleville Community Newspapers | 7,891 | |
| | | Belleville | Belleville News-Democrat | 51,117 | |
| | | Belleville/Select | Yes! Your Essential Shopper | 13,694 | |
| | | Bloomington | The Pantagraph | 42,353 | |
| | | Canton | The Daily Ledger | 4,188 | |
| | | Carbondale | The Southern Illinoisan | 33,074 | |
| | | Champaign/Urbana | The News-Gazette | 42,964 | |
| | | Chicago | Chicago Tribune | 777,038 | |
| | | Chicago/Fin de Semana | Hoy fin de semana | 335,000 | |
| | | Chicago/Select | Chicago Tribune Sunday Select | 195,000 | |
| | | Decatur | Herald & Review | 43,055 | |
| | | Effingham | Effingham Daily News | 10,120 | |
| | | Freeport | The Journal Standard | 10,326 | |
| | | Galesburg | The Register-Mail | 9,947 | |
| | | Jacksonville | Jacksonville Journal-Courier | 11,550 | |
| | | Kewanee | Star Courier | 3,778 | |
| | | Macomb | The Macomb Journal | 3,457 | |
| | | Monmouth | Daily Review Atlas | 1,734 | |
| | | Mount Vernon | Mt. Vernon Register-News | 7,102 | |
| | | Ottawa | The Times | 14,164 | |
| | | Pekin | Pekin Daily Times | 6,578 | |
| | | Peoria | Journal Star | 70,864 | |
| | | Quincy | Quincy Herald-Whig | 20,853 | |
| | | Springfield | The State Journal-Register | 49,996 | |


**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| Name | Households | Home City | Name | Circulation | %HH Cov'g. |
| **Indiana** | **2,501,273** | | | **540,894** | **21.6** |
| | | Anderson | The Herald Bulletin | 20,751 | |
| | | Batesville | The Batesville Herald Tribune | 2,569 | |
| | | Bloomington | Hoosier Times | 34,705 | |
| | | Columbus | The Republic | 19,330 | |
| | | Evansville | Evansville Courier & Press | 71,039 | |
| | | Franklin | Daily Journal | 13,906 | |
| | | Ft. Wayne | The Journal Gazette | 102,861 | |
| | | Goshen | The Goshen News | 10,661 | |
| | | Greenfield | Daily Reporter | 9,266 | |
| | | Greensburg | Greensburg News | 4,306 | |
| | | Kokomo | Kokomo Tribune | 21,045 | |
| | | Lebanon | The Lebanon Reporter | 4,043 | |
| | | Logansport | Pharos-Tribune | 9,489 | |
| | | Mooresville/Decatur | Reporter-Times | 3,076 | |
| | | Munster | The Times | 89,375 | |
| | | New Albany/Jeffersonville | The Evening News & The Tribune | 10,762 | |
| | | Rushville | Rushville Republican | 2,578 | |
| | | Seymour | The Tribune | 6,618 | |
| | | South Bend | South Bend Tribune | 80,536 | |
| | | Terre Haute | Tribune-Star | 23,978 | |
| **Iowa** | **1,204,900** | | | **317,117** | **26.3** |
| | | Ames | The Tribune | 10,397 | |
| | | Cedar Rapids | The Gazette | 61,165 | |
| | | Clinton | Clinton Herald | 9,688 | |
| | | Davenport | Quad-City Times | 59,272 | |
| | | Dubuque | Telegraph-Herald | 30,509 | |
| | | Fort Dodge | The Messenger | 15,818 | |
| | | Knoxville | The Knoxville Crossville Chronicle | 2,015 | |
| | | Marshalltown | Times-Republican | 8,678 | |
| | | Mason City | Globe-Gazette | 18,241 | |
| | | Muscatine | Muscatine Journal | 5,706 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Oskaloosa | Oskaloosa Herald | 2,691 | |
| | | Ottumwa | The Ottumwa Courier | 10,626 | |
| | | Sioux City | Sioux City Journal | 38,008 | |
| | | Waterloo | The Courier | 44,303 | |
| **Kansas** | **1,096,744** | | | **254,196** | **23.2** |
| | | Garden City | The Garden City Telegram | 7,363 | |
| | | Great Bend | Great Bend Tribune | 5,641 | |
| | | Hays | The Hays Daily News | 10,263 | |
| | | Hutchinson | Hutchinson News | 28,503 | |
| | | Manhattan | The Manhattan Mercury | 9,281 | |
| | | Ottawa | The Ottawa Herald | 4,259 | |
| | | Salina | Salina Journal | 26,070 | |
| | | Topeka | Topeka Capital-Journal | 38,184 | |
| | | Wichita | The Wichita Eagle | 99,624 | |
| | | Wichita/Select | Yes! Your Essential Shopper | 25,008 | |
| **Kentucky** | **1,744,481** | | | **241,159** | **13.8** |
| | | Ashland | The Independent | 15,263 | |
| | | Bowling Green | Daily News | 23,911 | |
| | | Corbin | Corbin Times-Tribune | 5,805 | |
| | | Danville | The Kentucky Advocate | 8,180 | |
| | | Elizabethtown | The News Enterprise | 18,903 | |
| | | Glasgow | The Glasgow Daily Times | 8,286 | |
| | | Henderson | The Gleaner | 9,533 | |
| | | Lexington | Lexington Herald-Leader | 113,350 | |
| | | Lexington/Select | Yes! Your Essential Shopper | 15,060 | |
| | | London | The London Sentinel-Echo | 7,479 | |
| | | Maysville | The Ledger Independent | 7,271 | |
| | | Somerset | Commonwealth Journal | 8,118 | |
| **Louisiana** | **1,701,519** | | | **335,782** | **19.7** |
| | | Abbeville-Eunice-Ville Platte | Meridonial-News-Gazette | 10,863 | |
| | | Baton Rouge | The Advocate | 102,240 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Crowley | The Crowley Post-Signal | 3,800 | |
| | | Franklin | The Banner Tribune | 2,138 | |
| | | Houma | The Courier | 16,094 | |
| | | Lake Charles | American Press | 35,300 | |
| | | Morgan City | The Daily Review | 4,712 | |
| | | New Orleans | The Times-Picayune | 155,435 | |
| | | Ruston | The Ruston Daily Leader | 5,200 | |
| **Maine** | **553,492** | | | **136,400** | **24.6** |
| | | Augusta | Kennebeck Journal | 11,475 | |
| | | Lewiston | Sun Journal | 28,273 | |
| | | Portland | Maine Sunday Telegram | 82,286 | |
| | | Waterville | Morning Sentinel | 14,366 | |
| **Maryland** | **2,129,766** | | | **549,699** | **25.8** |
| | | Baltimore | The Sun | 301,551 | |
| | | Baltimore/Select | Deals @ Your Door | 44,000 | |
| | | Baltimore/Weeklies | Baltimore Weeklies | 117,000 | |
| | | Cumberland | Cumberland Times-News | 25,353 | |
| | | Easton | Star-Democrat | 14,973 | |
| | | Elkton | Cecil Whig | 15,016 | |
| | | Hagerstown | The Herald-Mail Newspapers | 31,806 | |
| **Massachusetts** | **2,521,926** | | | **685,854** | **27.2** |
| | | Boston | Boston Sunday Globe | 354,181 | |
| | | Boston/Select | Savings Central | 85,000 | |
| | | Hyannis | Sunday Cape Cod Times | 47,069 | |
| | | New Bedford | Sunday Standard-Times | 23,807 | |
| | | Springfield | Sunday Republican | 101,168 | |
| | | Worcester | Sunday Telegram | 74,629 | |
| **Michigan** | **3,846,734** | | | **880,037** | **22.9** |
| | | Adrian | The Daily Telegram | 14,315 | |
| | | Ann Arbor | AnnArbor.com | 37,087 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Bad Axe | Huron Daily Tribune | 5,466 | |
| | | Bay City | The Bay City Times | 32,141 | |
| | | Cadillac | News | 7,849 | |
| | | Dearborn | Press & Guide | 7,056 | |
| | | Flint | The Flint Journal | 68,502 | |
| | | Gaylord | Gaylord Herald-Times | 5,000 | |
| | | Grand Rapids | The Grand Rapids Press | 152,075 | |
| | | Jackson | Citizen Patriot | 28,207 | |
| | | Kalamazoo | Kalamazoo Gazette | 55,459 | |
| | | Lapeer | The County Press | 8,961 | |
| | | Marquette | The Mining Journal | 14,509 | |
| | | Midland | The Midland Daily News | 14,406 | |
| | | Monroe | The Monroe Sunday News | 21,139 | |
| | | Mount Clemens | The Macomb Daily | 61,958 | |
| | | Mount Pleasant | Morning Sun | 9,317 | |
| | | Muskegon | The Muskegon Chronicle | 35,743 | |
| | | Petoskey | Petoskey News-Review | 8,895 | |
| | | Pontiac | The Oakland Press | 71,867 | |
| | | Royal Oak | The Daily Tribune | 6,166 | |
| | | Saginaw | The Saginaw News | 36,880 | |
| | | Shelby Township | Advisor & Source Newspapers | 116,637 | |
| | | Southgate | The News-Herald | 31,337 | |
| | | Traverse City | Record-Eagle | 29,065 | |
| **Minnesota** | **2,057,547** | | | **965,241** | **46.9** |
| | | Albert Lea | Albert Lea Tribune | 5,561 | |
| | | Austin | Austin Daily Herald | 3,810 | |
| | | Bemidji | The Bemidji Pioneer | 9,238 | |
| | | Brainerd | Brainerd Dispatch | 15,964 | |
| | | Duluth | Duluth News-Tribune | 47,071 | |
| | | Faribault | Faribault Daily News | 5,183 | |
| | | Grand Rapids | Grand Rapids Herald-Review | 6,940 | |
| | | Hibbing | The Hibbing Daily Tribune | 4,643 | |
| | | Mankato | The Free Press | 19,049 | |


**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Minneapolis-St. Paul | Star Tribune | 503,838 | |
| | | Minneapolis-St. Paul/Select | Strib Express | 30,000 | |
| | | New Ulm | The Journal | 7,520 | |
| | | Northfield | Northfield News | 4,200 | |
| | | Owatonna | Owatonna People's Press | 6,342 | |
| | | Red Wing | Red Wing Republican Eagle | 5,700 | |
| | | St. Paul | Pioneer Press | 248,179 | |
| | | Virginia | Virginia Mesabi Daily News | 9,965 | |
| | | Willmar | West Central Tribune | 13,785 | |
| | | Winona | Winona Daily News | 10,327 | |
| | | Worthington | Daily Globe | 7,926 | |
| **Mississippi** | **1,113,225** | | | **153,613** | **13.8** |
| | | Brookhaven | The Daily Leader | 5,693 | |
| | | Clarksdale | The Clarksdale Press Register | 1,800 | |
| | | Columbus | The Commercial Dispatch | 13,574 | |
| | | Greenville | Delta Democrat Times | 7,211 | |
| | | Greenwood | The Greenwood Commonwealth | 6,163 | |
| | | Gulfport | Sun Herald | 39,061 | |
| | | Laurel | Laurel Leader-Call | 6,133 | |
| | | Mc Comb | Enterprise-Journal | 9,608 | |
| | | Meridian | The Meridian Star | 12,653 | |
| | | Picayune | Picayune Item | 4,698 | |
| | | Tupelo | Northeast Mississippi Daily Journal | 35,439 | |
| | | Vicksburg | The Vicksburg Post | 11,580 | |
| **Missouri** | **2,364,953** | | | **1,001,619** | **42.4** |
| | | Cape Girardeau | Southeast Missourian | 16,720 | |
| | | Columbia | Missourian | 4,100 | |
| | | Dexter | The Daily Statesman | 3,136 | |
| | | Fulton | The Fulton Sun | 3,698 | |
| | | Jefferson City | News Tribune | 20,465 | |
| | | Joplin | The Joplin Globe | 28,618 | |
| | | Kansas City | The Kansas City Star | 290,476 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Kansas City/Select | Yes! Your Essential Shopper | 46,061 | |
| | | Kennett | The Daily Dunklin Democrat | 3,055 | |
| | | Nevada | Weekend Herald-Tribune | 4,650 | |
| | | Park Hills | Daily Journal | 6,701 | |
| | | Poplar Bluff | Daily American Republic | 10,811 | |
| | | Sedalia | Democrat | 9,290 | |
| | | Sikeston | Standard Democrat | 5,964 | |
| | | St. Joseph | St. Joseph News-Press | 30,011 | |
| | | St. Louis | St. Louis Suburban Journal Sunday | 206,664 | |
| | | St. Louis | St.Louis Post-Dispatch | 311,199 | |
| **Montana** | **394,184** | | | **130,831** | **33.2** |
| | | Billings | Billings Gazette | 44,689 | |
| | | Bozeman | Bozeman Daily Chronicle | 15,643 | |
| | | Butte | Montana Standard | 12,203 | |
| | | Helena | Helena Independent Record | 13,134 | |
| | | Kalispell | Daily Inter Lake | 16,245 | |
| | | Missoula | Missoulian | 28,917 | |
| **Nebraska** | **704,057** | | | **296,801** | **42.2** |
| | | Beatrice | Sun | 5,177 | |
| | | Columbus | Telegram | 8,285 | |
| | | Grand Island | The Grand Island Independent | 19,573 | |
| | | Lincoln | JournalStar | 67,293 | |
| | | North Platte | The North Platte Telegraph | 10,436 | |
| | | Omaha | Sunday World-Herald | 169,974 | |
| | | Scottsbluff | Star-Herald | 12,888 | |
| | | York | York News Times | 3,175 | |
| **Nevada** | **990,851** | | | **170,178** | **17.2** |
| | | Elko | Elko Daily Free Press | 6,100 | |
| | | Las Vegas | Las Vegas Review-Journal | 161,478 | |
| | | Sparks | Daily Sparks Tribune | 2,600 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| **New Hampshire** | **514,667** | | | **87,452** | **17.0** |
| | | Keene | Sentinel | 10,486 | |
| | | Manchester | New Hampshire Sunday News | 63,897 | |
| | | Portsmouth | Seacoast Sunday | 13,069 | |
| **New Jersey** | **3,175,890** | | | **795,006** | **25.0** |
| | | Atlantic City | The Press Of Atlantic City | 70,733 | |
| | | Flemington | Hunterdon Observer | 48,309 | |
| | | Hackensack | Suburban Trends | 7,496 | |
| | | Hackensack | The Bergen Record | 172,103 | |
| | | Jersey City | The Jersey Journal | 21,813 | |
| | | Newark | The Star-Ledger | 333,148 | |
| | | Newton | New Jersey Herald | 17,398 | |
| | | Trenton | The Times | 40,237 | |
| | | Trenton (Trentonian) | Trentonian | 20,355 | |
| | | Willingboro | Burlington County Times | 29,616 | |
| | | Woodbury | South Jersey Sunday | 33,798 | |
| **New Mexico** | **766,057** | | | **160,859** | **21.0** |
| | | Albuquerque | Journal | 112,540 | |
| | | Clovis | Clovis News Journal | 6,131 | |
| | | Hobbs | News-Sun | 8,664 | |
| | | Portales | Portales News-Tribune | 1,468 | |
| | | Roswell | Daily Record | 9,700 | |
| | | Santa Fe | The Santa Fe New Mexican | 22,356 | |
| **New York** | **7,263,902** | | | **1,209,437** | **16.6** |
| | | Albany | Times Union | 127,552 | |
| | | Auburn | The Citizen | 10,329 | |
| | | Batavia | The Daily News | 11,641 | |
| | | Buffalo | The Buffalo News | 235,671 | |
| | | Canandaigua | Post Messenger | 9,741 | |
| | | Canton | Advance-News | 8,262 | |
| | | Catskill | Daily Mail | 2,608 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Corning | The Sunday Leader | 9,536 | |
| | | Geneva | Finger Lakes Sunday Times | 15,554 | |
| | | Glens Falls | Post-Star | 29,653 | |
| | | Gloversville | The Leader-Herald | 10,845 | |
| | | Hornell | The Spectator | 8,700 | |
| | | Hudson | Register-Star | 4,538 | |
| | | Kingston | Sunday Freeman | 18,078 | |
| | | Malone | The Malone Telegram | 5,667 | |
| | | Middletown | Times Herald-Record Sunday | 66,680 | |
| | | New York | New York Post | 306,536 | |
| | | Oneida | The Oneida Daily Dispatch | 5,967 | |
| | | Oneonta | The Daily Star | 13,472 | |
| | | Plattsburgh | Press-Republican | 19,101 | |
| | | Saratoga Springs | Saratogian | 7,668 | |
| | | Staten Island | Staten Island Sunday Advance | 47,993 | |
| | | Staten Island/TMC | Staten Island Shore Editions | 54,500 | |
| | | Syracuse | The Post-Standard | 138,322 | |
| | | Troy | Record | 10,436 | |
| | | Watertown | Daily Times | 30,387 | |
| **North Carolina** | **3,725,316** | | | **958,692** | **25.7** |
| | | Albemarle | Albemarle Stanley News & Press | 8,085 | |
| | | Burlington | Times-News | 21,759 | |
| | | Chapel Hill | The Chapel Hill News | 17,033 | |
| | | Charlotte | The Charlotte Observer | 211,334 | |
| | | Durham | The Durham News | 58,653 | |
| | | Elizabeth City | The Daily Advance | 9,331 | |
| | | Fayetteville | The Fayetteville Observer | 58,668 | |
| | | Gastonia | Gaston Gazette | 24,504 | |
| | | Goldsboro | Goldsboro News-Argus | 17,830 | |
| | | Greensboro | The News & Record | 86,932 | |
| | | Greensboro/Select | Sunday Plus | 10,000 | |
| | | Greenville | The Daily Reflector | 20,064 | |
| | | Hendersonville | Times-News | 13,425 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Jacksonville | News | 16,539 | |
| | | Kinston | Free Press | 9,748 | |
| | | New Bern | Sun-Journal | 14,409 | |
| | | Raleigh | The News & Observer | 189,437 | |
| | | Rocky Mount | Rocky Mount Telegram | 13,593 | |
| | | Shelby | The Star | 11,136 | |
| | | Southern Pines | The Pilot | 14,052 | |
| | | Tarboro | The Tarboro Daily Southerner | 3,300 | |
| | | Washington | Washington Daily News | 7,360 | |
| | | Wilmington | Sunday Star-News | 44,695 | |
| | | Winston-Salem | Winston-Salem Journal | 76,805 | |
| **North Dakota** | **265,782** | | | **136,755** | **51.5** |
| | | Bismarck | Tribune | 28,614 | |
| | | Dickinson | The Dickinson Press | 6,395 | |
| | | Fargo | The Forum | 51,143 | |
| | | Grand Forks | Grand Forks Herald | 27,181 | |
| | | Jamestown | The Jamestown Sun | 5,774 | |
| | | Minot | Minot Daily News | 17,648 | |
| **Ohio** | **4,566,369** | | | **1,488,228** | **32.6** |
| | | Akron | Akron Beacon Journal | 125,013 | |
| | | Ashland | Ashland Times-Gazette | 10,528 | |
| | | Ashtabula | Astabula Star Beacon | 15,684 | |
| | | Athens | Messenger | 9,860 | |
| | | Cambridge | The Sunday Jeffersonian | 11,806 | |
| | | Canton | The Repository | 68,355 | |
| | | Circleville | Herald | 5,764 | |
| | | Cleveland | The Plain Dealer | 341,832 | |
| | | Cleveland/TMC | PD Wrap-Up | 60,500 | |
| | | Columbus | Suburban News Publications | 122,944 | |
| | | Dayton | Cox Ohio Southwest Group | 81,353 | |
| | | Dayton | Dayton Daily News | 139,414 | |
| | | Defiance | The Crescent-News | 17,305 | |


**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | East Liverpool | Sunday Review | 7,103 | |
| | | Elyria | The Chronicle-Telegram | 22,628 | |
| | | Findlay | The Courier | 21,860 | |
| | | Fostoria | Review-Times | 3,200 | |
| | | Hamilton | Journal News | 19,838 | |
| | | Ironton | Ironton Tribune | 7,971 | |
| | | Lima | The Lima News | 36,879 | |
| | | Logan | News | 3,456 | |
| | | Lorain | Morning Jounal | 22,263 | |
| | | Middletown | The Middletown Journal | 16,466 | |
| | | New Philadelphia/Dover | The Times Reporter | 19,114 | |
| | | Salem | Salem News | 4,660 | |
| | | Springfield | Springfield News-Sun | 26,717 | |
| | | Toledo | The Blade | 141,348 | |
| | | Waverly | The News Watchman | 2,903 | |
| | | Willoughby | Lake County News-Herald | 38,415 | |
| | | Wooster | The Daily Record | 22,461 | |
| | | Youngstown | The Vindicator | 60,588 | |
| **Oklahoma** | **1,443,098** | | | **593,309** | **41.1** |
| | | Claremore | Claremore Daily Progress | 5,482 | |
| | | Mc Alester | McAlester News-Capitol | 7,044 | |
| | | Miami | Miami News-Record | 5,000 | |
| | | Muskogee | Muskogee Phoenix | 12,527 | |
| | | Oklahoma City | The Oklahoman | 192,744 | |
| | | Oklahoma City/TMC | Buyer's Edge | 232,000 | |
| | | Pryor | The Pryor Daily Times | 3,605 | |
| | | Tahlequah | Tahlequah Daily Press | 3,816 | |
| | | Tulsa | Tulsa World | 127,502 | |
| | | Woodward | Woodward News | 3,589 | |
| **Oregon** | **1,513,340** | | | **492,173** | **32.5** |
| | | Albany/Corvallis | Albany Democrat-Herald/Corvallis Gazette-Times | 24,787 | |
| | | Bend | The Bulletin | 32,109 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Coos Bay | The World | 10,291 | |
| | | Eugene | The Register-Guard | 60,709 | |
| | | Klamath Falls | Herald and News | 14,926 | |
| | | Medford | Mail Tribune | 25,164 | |
| | | Ontario | Argus Observer | 6,686 | |
| | | Pendleton | East Oregonian | 7,417 | |
| | | Portland | The Sunday Oregonian | 290,084 | |
| | | Portland Select | Community News | 20,000 | |
| **Pennsylvania** | **4,934,144** | | | **2,304,935** | **46.7** |
| | | Allentown | The Morning Call | 123,405 | |
| | | Allentown/Select | MC Select | 22,000 | |
| | | Beaver | Beaver County Times | 35,909 | |
| | | Carlisle | The Sentinel | 13,556 | |
| | | Doylestown | The Intelligencer | 39,329 | |
| | | Du Bois | Tri-County Sunday | 14,551 | |
| | | Easton | The Express-Times | 51,092 | |
| | | Erie | Erie Times-News | 71,284 | |
| | | Gettysburg | Gettysburg Times | 8,364 | |
| | | Harrisburg | Sunday Patriot-News | 111,729 | |
| | | Harrisburg/Select | pn Community | 8,000 | |
| | | Hazelton | Hazleton Standard-Speaker | 17,685 | |
| | | Johnstown | The Tribune-Democrat | 35,564 | |
| | | Lancaster | Sunday News | 94,168 | |
| | | Levittown | Bucks County Courier Times | 51,399 | |
| | | New Castle | New Castle News | 14,254 | |
| | | Norristown | Times Herald | 19,537 | |
| | | Oil City/Franklin | The Derrick/The News-Herald | 21,617 | |
| | | Philadelphia | The Philadelphia Inquirer | 459,170 | |
| | | Philadelphia DN | Daily News | 49,155 | |
| | | Philadelphia/Spree | Savings Spree! | 302,414 | |
| | | Pittsburgh | Pittsburgh Post-Gazette | 266,504 | |
| | | Pottstown | Sunday Mercury | 19,330 | |
| | | Pottsville | Pottsville Republican Herald | 24,718 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Primos | Delaware County Daily Times | 30,555 | |
| | | Reading | Reading Eagle | 70,802 | |
| | | Reading Select | Reading Eagle Direct | 5,000 | |
| | | Sayre | Morning Times | 5,163 | |
| | | Scranton | Scranton Times-Tribune | 63,724 | |
| | | Scranton Select | Scranton Times-Tribune Sunday Opt-In | 13,100 | |
| | | Shamokin-Pottsville | The Shamokin-Pottsville News-Item | 8,583 | |
| | | Sharon | The Herald | 17,731 | |
| | | State College | Centre Daily Times | 26,349 | |
| | | Stroudsburg | Pocono Record | 19,267 | |
| | | Sunbury | The Daily Item | 22,937 | |
| | | Towanda | Towanda Sunday Review | 8,667 | |
| | | Uniontown | Herald-Standard | 22,415 | |
| | | West Chester | Daily Local News | 26,319 | |
| | | Wilkes-Barre | The Times Leader | 59,739 | |
| | | Williamsport | Williamsport Sun-Gazette | 29,850 | |
| **Rhode Island** | **409,573** | | | **129,024** | **31.5** |
| | | Providence | The Providence Sunday Journal | 129,024 | |
| **South Carolina** | **1,802,904** | | | **485,724** | **26.9** |
| | | Anderson | Anderson Independent-Mail | 29,676 | |
| | | Charleston | The Post And Courier | 91,085 | |
| | | Columbia | The State | 94,450 | |
| | | Columbia/Select | Yes! Your Essential Shopper | 34,921 | |
| | | Greenville | Greenville Journal | 40,116 | |
| | | Greenwood | The Index-Journal | 12,919 | |
| | | Hilton Head/Beaufort | The Island Packet/Gazette | 27,435 | |
| | | Myrtle Beach | The Sun News | 49,490 | |
| | | Myrtle Beach/Select | The Sun News Sunday Select | 11,264 | |
| | | Orangeburg | The Times & Democrat | 12,328 | |
| | | Rock Hill | The Herald | 25,285 | |
| | | Spartanburg | Herald-Journal | 42,392 | |
| | | Sumter | The Item | 14,363 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| **South Dakota** | **317,041** | | | **74,568** | **23.5** |
| | | Aberdeen | American News | 14,605 | |
| | | Belle Fourche | Butte County Post | 1,955 | |
| | | Huron | Plainsman | 5,314 | |
| | | Mitchell | The Daily Republic | 11,455 | |
| | | Rapid City | Rapid City Journal | 29,615 | |
| | | Watertown | Watertown Public Opinion | 11,624 | |
| **Tennessee** | **2,519,006** | | | **472,879** | **18.8** |
| | | Chattanooga | Chattanooga Times Free Press | 102,574 | |
| | | Crossville | Crossville Chronicle | 7,582 | |
| | | Dyersburg | The State Gazette | 5,321 | |
| | | Johnson City | Johnson City Press | 29,993 | |
| | | Knoxville | Knoxville News Sentinel | 119,263 | |
| | | Knoxville/Select | Sunday Saver Select | 5,000 | |
| | | Memphis | The Commercial Appeal | 141,042 | |
| | | Morristown | Citizen Tribune | 24,354 | |
| | | Murfreesboro | The Murfreesboro Post | 20,500 | |
| | | Shelbyville | Shelbyville Times-Gazette | 6,750 | |
| | | Tullahoma | The Sunday News | 10,500 | |
| **Texas** | **8,795,921** | | | **2,817,292** | **32.0** |
| | | Abilene | Abilene Reporter-News | 30,749 | |
| | | Amarillo | Amarillo Globe-News | 43,510 | |
| | | Athens | Athens Daily Review | 3,701 | |
| | | Austin | Austin American-Statesman | 154,844 | |
| | | Beaumont | The Beaumont Enterprise | 31,864 | |
| | | Brownsville | The Herald | 16,921 | |
| | | Brownwood | Brownwood Bulletin | 6,048 | |
| | | Corpus Christi | Corpus Christi Caller-Times | 56,548 | |
| | | Corsicana | Corsicana Daily Sun | 4,385 | |
| | | Dallas | The Dallas Morning News | 351,788 | |
| | | Dallas/Al Dia | Al Dia | 122,933 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Dallas/Briefing | Briefing | 202,514 | |
| | | Del Rio | Del Rio News-Herald | 4,073 | |
| | | Denton | Denton Record-Chronicle | 12,519 | |
| | | El Paso | El Diario de El Paso | 10,500 | |
| | | Fort Worth | Star-Telegram | 228,793 | |
| | | Fort Worth/Select | Yes! Your Essential Shopper | 69,801 | |
| | | Gainesville | Gainesville Daily Register | 5,100 | |
| | | Greenville | Greenville Herald Banner | 6,005 | |
| | | Harlingen | Valley Morning Star | 16,370 | |
| | | Houston | Houston Chronicle | 503,316 | |
| | | Houston/SMC | The Good Life | 315,000 | |
| | | Huntsville | The Huntsville Item | 4,275 | |
| | | Jacksonville | Jacksonville Daily Progress | 3,100 | |
| | | Kerrville | Kerrville Daily Times | 8,897 | |
| | | Lubbock | Lubbock Avalanche-Journal | 42,240 | |
| | | McAllen | Monitor | 36,085 | |
| | | Midland | Reporter-Telegram | 18,140 | |
| | | Mineral Wells | The Mineral Wells Index | 2,699 | |
| | | Odessa | Odessa American | 17,207 | |
| | | Palestine | Palestine Herald-Press | 5,517 | |
| | | Paris | The Paris News | 8,837 | |
| | | Plainview | Plainview Daily Herald | 4,340 | |
| | | San Angelo | Standard-Times | 21,638 | |
| | | San Antonio | San Antonio Express-News | 245,305 | |
| | | Stephenville | Stephenville Empire-Tribune | 4,600 | |
| | | Temple | Temple Daily Telegram | 19,573 | |
| | | Texarkana | Gazette | 29,042 | |
| | | Tyler | Tyler Courier-Times-Telegraph | 30,826 | |
| | | Victoria | Victoria Advocate | 28,467 | |
| | | Waco | Waco Tribune-Herald | 38,439 | |
| | | Waxahachie | The Waxahachie Daily Light | 4,700 | |
| | | Weslaco | Mid Valley Town Crier | 21,750 | |
| | | Wichita Falls | Times Record News | 24,333 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| **Utah** | **891,898** | | | **278,356** | **31.2** |
| | | Logan | The Herald Journal | 16,662 | |
| | | Provo | Daily Herald | 43,525 | |
| | | Salt Lake City | The Salt Lake Tribune-Deseret News | 206,169 | |
| | | Salt Lake City/Select | The Salt Lake Tribune Sunday Select | 12,000 | |
| **Vermont** | **252,580** | | | **21,468** | **8.5** |
| | | Rutland/Barre | Rutland Herald/Barre Sunday Times Argus | 21,468 | |
| **Virginia** | **3,043,099** | | | **581,179** | **19.1** |
| | | Martinsville | Martinsville Bulletin | 16,507 | |
| | | Newport News | Daily Press | 90,924 | |
| | | Norfolk | The Virginian-Pilot | 174,018 | |
| | | Norfolk/Select | Non-Subscriber Sunday Opt-In | 34,000 | |
| | | Petersburg | The Petersburg Progress-Index | 12,206 | |
| | | Richmond | Richmond Times-Dispatch | 163,347 | |
| | | Roanoke | The Roanoke Times | 90,177 | |
| **Washington** | **2,577,265** | | | **840,250** | **32.6** |
| | | Bellingham | The Bellingham Herald | 21,276 | |
| | | Bremerton | Kitsap Sun | 22,452 | |
| | | Ellensburg | Daily Record | 5,669 | |
| | | Longview | The Daily News | 22,564 | |
| | | Mount Vernon | Skagit Valley Herald | 15,757 | |
| | | Olympia | The Olympian | 28,573 | |
| | | Pasco-Kennewick-Richland | Tri-City Herald | 37,538 | |
| | | Seattle | The Seattle Times | 325,933 | |
| | | Seattle Select | Savings Source | 40,000 | |
| | | Spokane | The Spokesman-Review | 89,552 | |
| | | Tacoma | The News Tribune | 101,535 | |
| | | Tacoma/Select | Yes! Your Essential Shopper | 24,729 | |
| | | Vancouver | The Columbian | 39,952 | |
| | | Walla Walla | Walla Walla Union-Bulletin | 12,831 | |
| | | Wenatchee | The Wenatchee World | 19,127 | |



**Newspapers & Circulations by State**

**Effective January 29, 2012**

| State | | Newspaper | | | |
|---|---|---|---|---|---|
| **Name** | **Households** | **Home City** | **Name** | **Circulation** | **%HH Cov'g.** |
| | | Yakima | Herald-Republic | 32,762 | |
| **West Virginia** | **761,506** | | | **234,953** | **30.9** |
| | | Beckley | The Register-Herald | 22,832 | |
| | | Bluefield | Bluefield Daily Telegraph | 15,953 | |
| | | Charleston | Sunday Gazette-Mail | 65,247 | |
| | | Clarksburg | Clarksburg Exponent-Telegram | 18,491 | |
| | | Fairmont | Times West Virginian | 10,291 | |
| | | Martinsburg | The Journal | 17,446 | |
| | | Morgantown | The Dominion Post | 23,245 | |
| | | Parkersburg | The Parkersburg News and Sentinel | 28,064 | |
| | | Princeton | Princeton Times | 1,420 | |
| | | Wheeling | Sunday News-Register | 31,964 | |
| **Wisconsin** | **2,252,670** | | | **274,445** | **12.2** |
| | | Baraboo | Baraboo News Republic | 3,688 | |
| | | Beaver Dam | Daily Citizen | 9,978 | |
| | | Chippewa Falls | Chippewa Valley Newspapers | 8,859 | |
| | | Eau Claire | Leader-Telegram | 29,854 | |
| | | Kenosha | Kenosha News | 26,450 | |
| | | La Crosse | La Crosse Tribune | 35,198 | |
| | | Madison | Wisconsin State Journal | 119,169 | |
| | | Portage | Daily Register | 4,115 | |
| | | Racine | The Journal Times | 28,266 | |
| | | Rhinelander | The Daily News | 2,997 | |
| | | Shawano | Shawano Leader | 5,871 | |
| **Wyoming** | **219,311** | | | **23,867** | **10.9** |
| | | Casper | Casper Star-Tribune | 23,867 | |
| **Total US.:** | **116,136,572** | | | **33,000,000** | **28.4** |

Sources:
PARADE 1/29/2012 circulation based on ABC, CAC, VAC & newspaper publisher statements, 9/30/2011
Households based on Nielsen PrimeLocation, 2010