**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT K**

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| **Alabama** | | *1,867,713* | *170,073* | *9.1%* |
| Athens | The News Courier | | 7,247 | |
| Cullman | Times | | 10,354 | |
| Decatur | The Decatur Daily | | 23,073 | |
| Dothan | Eagle | | 30,431 | |
| Florence-Sheffield-Tuscumbia-Muscle Shoals | Times Daily | | 28,055 | |
| Gardendale | North Jefferson News | | 2,788 | |
| Jasper | Mountain Eagle | | 9,819 | |
| Montgomery | Advertiser | | 44,095 | |
| Opelika/Auburn | News | | 14,211 | |
| **Alaska** | | *247,663* | *9,842* | *4.0%* |
| Juneau | Empire | | 4,759 | |
| Kenai | Peninsula Clarion | | 5,083 | |
| **Arizona** | | *2,415,231* | *685,065* | *28.4%* |
| Bullhead City | Mohave Valley Daily News | | 9,461 | |
| Casa Grande | Dispatch | | 7,900 | |
| Nogales | Nogales International | | 2,950 | |
| Phoenix | La Voz | | 55,108 | |
| Phoenix | Republic | | 456,278 | |
| Phoenix | Sunday Select -- The Arizona Republic | | 43,000 | |
| Safford | Eastern Arizona Courier | | 5,900 | |
| Sierra Vista | Herald | | 9,352 | |
| Tucson | Star | | 95,116 | |
| **Arkansas** | | *1,131,312* | *213,623* | *18.9%* |
| Clinton | Van Buren County Democrat | | 3,377 | |
| Conway | Log Cabin Democrat | | 11,045 | |
| Fayetteville | Northwest Arkansas Democrat-Gazette | | 61,635 | |
| Fort Smith | Times Record | | 39,371 | |
| Harrison | Times | | 9,410 | |
| Hot Springs | Sentinel-Record | | 17,221 | |
| Jonesboro | Sun | | 19,855 | |
| Lonoke | Democrat | | 1,558 | |
| Mountain Home | Baxter Bulletin | | 9,933 | |
| North Little Rock | The Times | | 3,270 | |
| Paragould | Daily Press | | 4,300 | |
| Pine Bluff | Commercial | | 11,803 | |
| Russellville | Courier | | 10,387 | |
| Searcy | Citizen | | 5,301 | |
| Sherwood | Voice | | 1,559 | |
| Van Buren | Press Argus Courier | | 3,598 | |
| **California** | | *12,553,966* | *2,885,460* | *23.0%* |
| Auburn | Journal | | 10,135 | |
| Barstow | Desert Dispatch | | 4,760 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Benicia | Herald | | 2,815 | |
| Big Bear Lake | Grizzly Weekender | | 7,500 | |
| Chico | Enterprise-Record | | 30,953 | |
| Davis | Enterprise | | 8,542 | |
| Eureka | Times-Standard | | 18,994 | |
| Fairfield | Republic | | 18,860 | |
| Glendale | Glendale News-Press | | 7,855 | |
| Grass Valley | The Union | | 14,578 | |
| La Canada | La Canada Valley Sun | | 5,012 | |
| Laguna Beach | Coastline Pilot | | 13,255 | |
| Lakeport | Record-Bee | | 6,938 | |
| Lodi | News-Sentinel | | 14,197 | |
| Long Beach | Impacto USA | | 250,593 | |
| Los Angeles | Daily News | | 89,448 | |
| Los Angeles | Fin de Semana | | 495,631 | |
| Los Angeles | Sunday Select -- Los Angeles Times | | 104,443 | |
| Los Angeles County | Breeze | | 61,121 | |
| Los Angeles County | Press Telegram | | 64,722 | |
| Los Angeles County | Star News-Valley Tribune-Daily News | | 77,414 | |
| Madera | Tribune | | 5,287 | |
| Marin County | Independent Journal | | 29,025 | |
| Monterey | Herald | | 27,661 | |
| Napa | Register | | 13,229 | |
| Ontario | City News | | 67,700 | |
| Ontario | Inland Valley Daily Bulletin | | 50,754 | |
| Palm Springs | Cathedral Sun | | 10,000 | |
| Palm Springs | Desert Sun | | 51,569 | |
| Palm Springs | Indio Sun | | 9,000 | |
| Palm Springs | Palm Springs Sun | | 9,000 | |
| Palo Alto/Menlo Park | The Daily News | | 18,500 | |
| Pasadena | Weekly Star | | 9,525 | |
| Placerville | Mountain Democrat | | 11,507 | |
| Red Bluff | News | | 6,094 | |
| Redlands | Facts | | 6,920 | |
| Ridgecrest | The Daily Independent | | 3,700 | |
| Riverside | La Prensa | | 85,598 | |
| Roseville | The Press-Tribune | | 15,000 | |
| Salinas | Californian | | 13,074 | |
| San Bernardino | Sun | | 55,689 | |
| San Diego | La Jolla Village News | | 21,000 | |
| San Francisco | Examiner | | 251,796 | |
| San Gabriel Valley | Highlander | | 42,780 | |
| San Jose | Mercury News | | 549,024 | |
| San Jose | Yes! Your Essential Shopper | | 50,025 | |
| Santa Cruz | Sentinel | | 22,105 | |
| Santa Maria/Lompoc | Times-Record | | 18,856 | |
| Ukiah | Journal | | 6,436 | |

# USA WEEKEND Magazine
## Newspapers and Circulation by States
### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Vacaville | Reporter | | 16,838 | |
| Vallejo | Times-Herald | | 14,818 | |
| Victorville/Barstow | Press-Desert Dispatch | | 28,216 | |
| Visalia | Times-Delta | | 24,250 | |
| Watsonville | Register-Pajaronian | | 5,906 | |
| Woodland | Democrat | | 8,591 | |
| Yreka | Siskiyou Daily News | | 6,021 | |
| Yucca Valley | Hi-Desert Star | | 6,400 | |
| Yucca Valley | Observation Post | | 5,800 | |
| *Colorado* | | *1,909,037* | *644,449* | *33.8%* |
| Aspen | Times | | 8,200 | |
| Denver | The Denver Post | | 472,664 | |
| Denver/Select | The Denver Post -- Sunday Select | | 40,000 | |
| Durango/Cortez | Herald-Journal | | 18,500 | |
| Fort Collins | Coloradoan | | 26,029 | |
| Frisco | Summit Daily News | | 10,400 | |
| Glenwood Springs | Post Independent | | 8,700 | |
| Granby | Sky Hi News | | 6,500 | |
| Grand Junction | Free Press | | 11,128 | |
| Greeley | Tribune | | 22,563 | |
| Steamboat Springs | Steamboat Today | | 8,950 | |
| Vail | Daily | | 10,815 | |
| *Connecticut* | | *1,346,850* | *252,772* | *18.8%* |
| Hartford | Courant | | 201,671 | |
| Hartford | Sunday Select -- Hartford Courant | | 10,000 | |
| Norwalk | Hour | | 11,323 | |
| Norwich | Bulletin | | 23,185 | |
| Willimantic | Chronicle | | 6,593 | |
| *Delaware* | | *340,003* | *122,781* | *36.1%* |
| Wilmington | News Journal | | 109,781 | |
| Wilmington | Sunday Select -- The News Journal | | 13,000 | |
| *District of Columbia* | | *260,749* | *282,000* | *108.1%* |
| Washington | Examiner | | 282,000 | |
| *Florida* | | *7,458,092* | *1,372,545* | *18.4%* |
| Brooksville | Hernando Today | | 3,139 | |
| Charlotte habor | Charlotte Harbor Sun | | 59,501 | |
| Coral Springs | Coral Springs Forum | | 24,001 | |
| Crystal River | Citrus County Chronicle | | 30,933 | |
| Daytona Beach | News-Journal | | 92,338 | |
| Deerfield Beach | Deerfield Forum | | 8,925 | |
| Ft. Lauderdale | East Side Forum | | 26,755 | |
| Ft. Lauderdale | El Sentinel | | 102,311 | |
| Ft. Lauderdale/South Florida | Sunday Select -- South Florida Sun Sentinel | | 20,000 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Ft. Lauderdale/South Florida | Sun-Sentinel | | 261,594 | |
| Ft. Myers | News-Press | | 102,351 | |
| Jackson County | Floridian | | 5,360 | |
| Jacksonville | Times-Union | | 156,579 | |
| Kissimmee | Osceola News-Gazette | | 38,378 | |
| Leesburg | Commercial | | 21,222 | |
| Live Oak | Suwannee Democrat | | 5,699 | |
| Margate & Coconut Creek | The Forum | | 14,250 | |
| Melbourne | Florida Today | | 84,252 | |
| Melbourne | Florida Today -- Sunday Select | | 3,998 | |
| Pensacola | News Journal | | 60,113 | |
| Pompano Beach | Pompano Forum | | 11,700 | |
| Sebring | Highlands Today | | 15,676 | |
| St. Augustine | Record | | 18,514 | |
| Tallahassee | Democrat | | 47,937 | |
| Tampa | Centro Mi Diario | | 37,305 | |
| Tampa/Newport Richey | Suncoast News | | 112,643 | |
| Winter Haven | News Chief | | 7,071 | |
| *Georgia* | | *3,600,149* | *624,001* | *17.3%* |
| Albany | Herald | | 25,350 | |
| Athens | Banner-Herald | | 23,377 | |
| Atlanta | Atlanta Inquirer | | 40,000 | |
| Augusta | Chronicle | | 67,716 | |
| Canton | Cherokee Tribune | | 5,320 | |
| Carrollton | Times-Georgian | | 7,358 | |
| Cartersville | The Daily Tribune News | | 6,417 | |
| Cumming | Forsyth County News | | 15,500 | |
| Cumming | South Forsyth News | | 16,000 | |
| Dalton | Citizen | | 10,446 | |
| Douglas County | Sentinel | | 2,810 | |
| Dublin | Courier Herald | | 9,822 | |
| Gainesville | Times | | 26,174 | |
| Griffin | News | | 6,353 | |
| Jonesboro/McDonough | Clayton News Daily | | 3,994 | |
| LaGrange | LaGrange Daily News | | 8,550 | |
| Lawrenceville/Conyers/Rockdale | Daily Post-Citizen | | 110,479 | |
| Marietta | Journal | | 16,105 | |
| Marietta | Marietta Neighbor Papers | | 154,111 | |
| Milledgeville | Union-Recorder | | 7,129 | |
| Newnan | Times-Herald | | 9,486 | |
| Savannah | Morning News | | 51,504 | |
| *Hawaii* | | *442,144* | *188,850* | *42.7%* |
| Hilo | Tribune-Herald | | 19,627 | |
| Honolulu | Honolulu Star-Advertiser | | 147,360 | |
| Kailua/Kona | West Hawaii Today | | 13,096 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Lihue | Garden Island | | 8,767 | |
| **Idaho** | | **567,995** | **35,954** | **6.3%** |
| Coeur D'Alene | Press | | 30,861 | |
| Moscow | The Moscow-Pullman Daily News | | 5,093 | |
| **Illinois** | | **4,787,419** | **1,203,291** | **25.1%** |
| Arlington Heights | Reflejos | | 97,000 | |
| Aurora | Beacon News | | 24,045 | |
| Benton | Evening News | | 2,035 | |
| Chicago | Chicago New Crusader | | 90,071 | |
| Chicago | La Raza | | 151,995 | |
| Chicago | News to Use Featuring Select Savings | | 31,357 | |
| Chicago | Sun-Times | | 247,170 | |
| Crystal Lake | Northwest Herald | | 35,035 | |
| Danville | Commercial-News | | 12,580 | |
| De Kalb | Daily Chronicle | | 8,849 | |
| Downers Grove | Press Publications-Bartlett | | 9,052 | |
| Du Quoin | Evening Call | | 3,435 | |
| Effingham | Daily News | | 10,774 | |
| Eldorado | Journal | | 880 | |
| Elgin | Courier News | | 7,787 | |
| Elmhurst | Press Publications-Elmhurst | | 23,131 | |
| Harrisburg | Register | | 3,534 | |
| Joliet | Herald-News | | 36,253 | |
| Kankakee | The Daily Journal | | 27,727 | |
| La Salle/Peru/Oglesby/Spring Valley | News-Tribune | | 16,874 | |
| Lemont | Reporter/Met | | 4,726 | |
| Marion | Republican | | 2,012 | |
| Morris | Daily Herald | | 5,093 | |
| Mount Vernon | Register-News | | 7,398 | |
| Naperville | Sun | | 12,886 | |
| Oak Brook | Suburban Life | | 5,583 | |
| Olney | Olney Daily Mail | | 3,663 | |
| Pontiac | Leader | | 3,170 | |
| Rock Island/Moline/East Moline | Argus-Dispatch | | 42,261 | |
| Rockford | Register Star | | 60,672 | |
| Rockford | Rockford Register Star - Yes! Your Essential Shopper | | 5,000 | |
| Shelbyville | Daily Union | | 2,150 | |
| St. Charles | Chronicle | | 11,726 | |
| Sterling/Rock Falls | Sauk Valley | | 17,402 | |
| Suburban Chicago | Herald | | 115,504 | |
| Suburban Chicago | Southtown | | 46,808 | |
| Waukegan/Lake County | News Sun | | 15,949 | |
| West Frankfort | American | | 1,704 | |
| **Indiana** | | **2,491,917** | **629,982** | **25.3%** |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---:|---:|---:|
| Angola | Herald-Republican | | 4,486 | |
| Auburn | Evening Star | | 6,060 | |
| Batesville | The Herald Tribune | | 2,752 | |
| Bluffton | News-Banner | | 4,437 | |
| Connersville | News Examiner | | 5,276 | |
| Crawfordsville | Journal Review | | 6,005 | |
| Elkhart | Truth | | 23,934 | |
| Frankfort | Times | | 3,800 | |
| Ft. Wayne | News-Sentinel | | 20,855 | |
| Greensburg | Greensburg Daily News | | 5,100 | |
| Huntington | Herald-Press | | 4,215 | |
| Indianapolis | Star | | 288,675 | |
| Indianapolis | Sunday Select -- The Indianapolis Star | | 37,300 | |
| Jasper | Herald | | 11,779 | |
| Kendallville | News-Sun | | 7,514 | |
| La Porte | Herald Argus | | 7,954 | |
| Lafayette/West Lafayette | Journal and Courier | | 28,225 | |
| Lebanon | The Reporter | | 4,609 | |
| Marion | Chronicle Tribune | | 13,905 | |
| Merriville | Post-Tribune | | 45,230 | |
| Michigan City | News-Dispatch | | 8,911 | |
| Muncie | Star-Press | | 28,932 | |
| New Castle | Courier-Times | | 7,338 | |
| Peru | Tribune | | 4,565 | |
| Richmond | Palladium-Item | | 16,207 | |
| Rushville | The Republican | | 2,950 | |
| Shelbyville | News | | 6,154 | |
| Vincennes | Sun-Commercial | | 9,397 | |
| Wabash | Plain Dealer | | 3,328 | |
| Warsaw | Times-Union | | 10,089 | |
| *Iowa* | | *1,197,795* | *330,916* | *27.6%* |
| Burlington | Hawk Eye | | 18,840 | |
| Centerville | Daily Iowegian | | 2,371 | |
| Clinton | Herald | | 10,497 | |
| Council Bluffs | Nonpareil | | 15,071 | |
| Des Moines | Register | | 203,781 | |
| Des Moines | Sunday Select -- The Des Moines Register | | 10,579 | |
| Dubuque | Telegraph-Herald | | 30,965 | |
| Ft. Madison | The Daily Democrat | | 4,461 | |
| Iowa City | Press-Citizen | | 12,869 | |
| Keokuk | Daily Gate City | | 4,953 | |
| Knoxville | Journal Express | | 2,014 | |
| Oskaloosa | Oskaloosa Herald | | 2,979 | |
| Ottumwa | The Ottumwa Courier | | 11,536 | |
| *Kansas* | | *1,085,567* | *163,109* | *15.0%* |

# USA WEEKEND Magazine
## Newspapers and Circulation by States
### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---:|---:|---:|
| Abilene | Abilene Reflector-Chronicle | | 3,500 | |
| Arkansas City | Traveler | | 4,138 | |
| Chanute | The Chanute Tribune | | 3,776 | |
| Dodge City | Globe | | 5,003 | |
| Emporia | Gazette | | 6,182 | |
| Garden City | Telegram | | 7,292 | |
| Hays | News | | 10,837 | |
| Hutchinson | News | | 30,924 | |
| Lawrence | Journal-World | | 17,186 | |
| Leavenworth | Times | | 4,432 | |
| Newton | Kansan | | 7,050 | |
| Ottawa | The Ottawa Herald | | 4,259 | |
| Parsons | Parsons Sun | | 4,605 | |
| Pittsburg | Sun | | 6,577 | |
| Topeka | Capital-Journal | | 42,889 | |
| Winfield | Courier | | 4,459 | |
| *Kathy* | | *10* | *0* | *0.0%* |
| *Kentucky* | | *1,731,384* | *396,177* | *22.9%* |
| Bardstown | Kentucky Standard | | 8,160 | |
| Corbin | Times-Tribune | | 5,546 | |
| Frankfort | The State Journal | | 8,971 | |
| Harlan | Enterprise | | 7,000 | |
| Hopkinsville | New Era | | 10,291 | |
| London | The Sentinel-Echo | | 8,973 | |
| Louisville | Courier-Journal | | 235,806 | |
| Louisville | Sunday Select -- The Courier-Journal | | 30,000 | |
| Madisonville | Messenger | | 6,994 | |
| Middlesboro | News | | 4,877 | |
| Owensboro | Messenger-Inquirer | | 25,963 | |
| Paducah | Sun | | 20,610 | |
| Prestonsburg | The Floyd County Times | | 6,723 | |
| Richmond | Register | | 5,610 | |
| Russellville | News Democrat & Leader | | 5,547 | |
| Winchester | The Winchester Sun | | 5,106 | |
| *Louisiana* | | *1,685,517* | *227,627* | *13.5%* |
| Alexandria | Town Talk | | 27,898 | |
| Bogalusa | Daily News | | 6,400 | |
| Covington | St. Tammany News | | 21,100 | |
| Hammond | Star | | 10,800 | |
| La Place | L'Observeteur | | 5,000 | |
| Lafayette | Advertiser | | 43,206 | |
| Monroe | News-Star | | 30,629 | |
| New Iberia | Sunday Iberian | | 13,250 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Opelousas | World | | 7,514 | |
| Shreveport | Times | | 52,860 | |
| Thibodaux | Comet | | 8,970 | |
| *Maine* | | 555,250 | 118,510 | *21.3%* |
| Augusta-Waterville | Kennebec Journal-Morning Sentinel | | 27,036 | |
| Bangor | News | | 56,528 | |
| Biddeford | Journal-Tribune | | 5,872 | |
| Lewiston/Auburn | Sun-Journal | | 29,074 | |
| *Maryland* | | 2,128,530 | 191,462 | *9.0%* |
| Annapolis | Capital | | 40,658 | |
| Annapolis | Maryland Gazette | | 24,394 | |
| Baltimore | The Baltimore Times | | 24,000 | |
| Easton | Sunday Star | | 18,643 | |
| Frederick | News-Post | | 34,259 | |
| Salisbury | Times | | 23,249 | |
| Westminster | Carrol County Times | | 26,259 | |
| *Massachusetts* | | 2,504,234 | 444,515 | *17.8%* |
| Attleboro | Sun Chronicle | | 16,581 | |
| Beverly | News | | 24,034 | |
| Boston | Herald | | 90,983 | |
| Brockton | Enterprise | | 27,710 | |
| Fall River | Herald News | | 17,197 | |
| Fitchburg | Sentinel & Enterprise | | 15,120 | |
| Framingham/Milford | Metrowest Daily News | | 30,774 | |
| Gloucester | Daily Times | | 9,121 | |
| Greenfield | Recorder | | 11,694 | |
| Lowell | Sun | | 42,648 | |
| Newburyport | Daily News | | 10,858 | |
| North Adams | Transcript | | 6,051 | |
| North Andover | Eagle-Tribune | | 40,800 | |
| Northampton | Hampshire Gazette | | 17,106 | |
| Pittsfield/Berkshire | Eagle | | 26,068 | |
| Quincy | Patriot Ledger | | 49,756 | |
| Taunton | Gazette | | 8,014 | |
| *Michigan* | | 3,886,432 | 1,090,441 | *28.1%* |
| Alpena | News | | 11,056 | |
| Battle Creek | Enquirer | | 15,798 | |
| Benton Harbor/St. Joseph | Herald-Palladium | | 19,182 | |
| Big Rapids/Manistee | Pioneer-News Advocate | | 8,294 | |
| Cheboygan | Daily Tribune | | 3,405 | |
| Coldwater | The Daily Reporter | | 5,562 | |
| Detroit | Detroit Free Press -- Sunday Select | | 99,267 | |
| Detroit | News and Free Press | | 494,013 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Escanaba | Press | | 8,155 | |
| Grand Haven | Tribune | | 8,967 | |
| Greenville | News | | 7,566 | |
| Hillsdale | News | | 6,200 | |
| Holland | Sentinel | | 18,204 | |
| Houghton | Mining Gazette | | 8,406 | |
| Howell | Livingston County Daily Press & Argus | | 16,427 | |
| Iron Mountain/Kingsford | News | | 9,112 | |
| Ironwood | Daily Globe | | 6,500 | |
| Lansing | Lansing Community Newspapers | | 114,207 | |
| Lansing | State Journal | | 67,915 | |
| Livonia | Eccentric | | 27,500 | |
| Livonia | Observer | | 57,000 | |
| Owosso | Argus-Press | | 8,777 | |
| Port Huron | Times-Herald | | 19,975 | |
| Sturgis | Sturgis Journal | | 5,953 | |
| Traverse City | Grand Traverse Insider | | 43,000 | |
| *Minnesota* | | 2,049,845 | 313,702 | *15.3%* |
| Brainerd | Dispatch | | 14,972 | |
| Eden Prairie | Minnesota Sun Newspapers | | 175,442 | |
| Fairmont | Sentinel | | 5,938 | |
| Fergus Falls | Journal | | 5,711 | |
| Marshall | Independent | | 6,419 | |
| Rochester | Post-Bulletin | | 46,337 | |
| St. Cloud | Times | | 32,170 | |
| Stillwater | Gazette | | 17,213 | |
| Virginia | Mesabi News | | 9,500 | |
| *Mississippi* | | 1,105,187 | 116,451 | *10.5%* |
| Cleveland | Bolivar Commercial | | 6,321 | |
| Corinth | Corinthian | | 7,000 | |
| Hattiesburg | American | | 16,756 | |
| Jackson | Clarion-Ledger | | 78,017 | |
| Natchez | Democrat | | 8,357 | |
| *Missouri* | | 2,354,198 | 126,529 | *5.4%* |
| Columbia | Tribune | | 17,383 | |
| Hannibal | Courier-Post | | 6,925 | |
| Independence/Blue Springs | Examiner | | 12,900 | |
| Kirksville | Kirksville Daily Express | | 3,700 | |
| Maryville | Maryville Daily Forum | | 2,350 | |
| Mexico | Mexico Ledger | | 5,204 | |
| Moberly | Moberly Monitor - Index and Evening Democrat | | 4,274 | |
| Rolla | Rolla Daily News | | 4,267 | |
| Springfield | News-Leader | | 69,526 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| **Montana** | | *390,043* | *29,791* | *7.6%* |
| Great Falls | Tribune | | 29,791 | |
| **Nebraska** | | *701,132* | *43,807* | *6.2%* |
| Fremont | Tribune | | 7,279 | |
| Hasting | Hastings Tribune | | 9,241 | |
| Kearney | Hub | | 11,631 | |
| Norfolk | Norfolk Daily News | | 15,656 | |
| **Nevada** | | *987,894* | *316,188* | *32.0%* |
| Boulder City | Boulder City Review | | 11,938 | |
| Las Vegas | El Tiempo | | 48,750 | |
| Las Vegas | Review -Journal | | 166,797 | |
| Mesquite | Desert Valley Times | | 6,759 | |
| Pahrump | Pahrump Valley Times | | 6,925 | |
| Reno | Gazette-Journal | | 53,864 | |
| Reno | Sunday Select -- Reno Gazette-Journal | | 19,205 | |
| Tonopah | Tonopah Times-Bonanza | | 1,950 | |
| **New Hampshire** | | *515,887* | *79,363* | *15.4%* |
| Concord | Monitor | | 18,147 | |
| Dover/Laconia | Citizen-Foster's Sunday Citizen | | 19,421 | |
| Lebanon/Hanover | Valley News | | 17,302 | |
| Nashua | Telegraph | | 24,493 | |
| **New Jersey** | | *3,178,888* | *360,425* | *11.3%* |
| Bridgewater | Courier-News | | 23,101 | |
| Camden/Cherry Hill | Courier-Post | | 67,378 | |
| East Brunswick | Home News Tribune | | 43,999 | |
| Morristown/Parsippany | Record | | 26,632 | |
| Neptune | Asbury Park Press | | 161,067 | |
| Trenton | Trentonian | | 22,515 | |
| Vineland | Journal | | 15,733 | |
| **New Mexico** | | *762,688* | *217,113* | *28.5%* |
| Alamagordo | Times | | 6,965 | |
| Albuquerque | Journal | | 116,826 | |
| Belen | Valencia County News-Bulletin | | 22,500 | |
| Carlsbad | Current-Argus | | 6,294 | |
| Farmington | Times | | 16,857 | |
| Gallup | Independent | | 16,521 | |
| Las Cruces | Sun-News | | 24,092 | |
| Los Alamos | Los Alamos Monitor | | 3,558 | |
| Socorro | El Defensor Chieftain | | 3,500 | |
| **New York** | | *7,184,280* | *1,793,079* | *25.0%* |
| Adirondack | Enterprise | | 4,900 | |

# USA WEEKEND Magazine
## Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Batavia | Daily News | | 12,141 | |
| Binghamton | Press & Sun-Bulletin | | 54,887 | |
| Dunkirk/Fredonia | Observer | | 8,846 | |
| Elmira | Star-Gazette | | 28,946 | |
| Hudson | Register-Star-Daily Mail | | 9,007 | |
| Ithaca | Journal | | 16,856 | |
| Jamestown | Post-Journal | | 16,805 | |
| Long Island | Newsday | | 374,679 | |
| Melville | This Week | | 200,746 | |
| New York City | Daily News | | 547,529 | |
| Niagara Falls | Niagara County Community Newspapers | | 29,289 | |
| Olean | Times Herald | | 13,149 | |
| Oswego | Palladium-Times | | 5,431 | |
| Owego | Owego Pennysaver | | 19,720 | |
| Poughkeepsie | Journal | | 38,461 | |
| Rochester | Democrat and Chronicle | | 179,992 | |
| Saratoga Springs | Saratogian | | 7,422 | |
| Schenectady | Gazette | | 41,219 | |
| Troy | Record | | 10,424 | |
| Utica | Observer-Dispatch | | 42,524 | |
| Watertown | Times | | 25,462 | |
| White Plains | Journal News | | 104,644 | |
| **North Carolina** | | *3,660,988* | *509,343* | *13.9%* |
| Albemarle | The Stanley News & Press | | 8,187 | |
| Asheboro | Courier-Tribune | | 13,665 | |
| Asheville | Citizen-Times | | 51,425 | |
| Boone | The Watauga Democrat | | 3,743 | |
| Boone | Watauga Mountain Times | | 14,070 | |
| Charlotte | Carolina Weekly Newspapers | | 55,000 | |
| Clinton | The Sampson Independent | | 9,759 | |
| Concord/Kannapolis | Independent Tribune | | 14,052 | |
| Durham | Herald-Sun | | 28,230 | |
| Eden | News | | 2,108 | |
| Elizabethtown | The Bladen Journal | | 4,552 | |
| Elkin | The Tribune | | 5,564 | |
| Forest City | Courier | | 7,448 | |
| Gastonia | Gaston Gazette | | 25,675 | |
| Henderson | Dispatch | | 6,700 | |
| Hickory | Record | | 19,776 | |
| High Point | Enterprise | | 20,105 | |
| Laurinburg | The Laurinburg Exchange | | 3,500 | |
| Lenoir | News-Topic | | 7,153 | |
| Lexington | Dispatch | | 8,349 | |
| Lumberton | Robesonian | | 15,947 | |
| Marion | The McDowell News | | 4,507 | |
| Monroe | Carolina Weekly Newspapers | | 40,000 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Monroe | Enquirer-Journal | | 7,074 | |
| Monroe | Waxhaw Exchange | | 9,075 | |
| Morganton | News-Herald | | 9,228 | |
| Mount Airy | News | | 9,018 | |
| Reidsville | Review | | 3,532 | |
| Roanoke Rapids | Herald | | 9,529 | |
| Rockingham | Richmond County Daily Journal | | 9,475 | |
| Salisbury/Spencer/East Spencer | Salisbury Post | | 20,172 | |
| Sanford | Herald | | 7,762 | |
| Southern Pines | The Pilot | | 13,760 | |
| Statesville | Record & Landmark | | 13,932 | |
| Tarboro | The Daily Southerner | | 2,771 | |
| West Jefferson | Ashe Mountain Times | | 10,350 | |
| Wilson | Times | | 14,150 | |
| **North Dakota** | | **264,968** | **0** | **0.0%** |
| **Ohio** | | **4,563,201** | **1,499,850** | **32.9%** |
| Akron | Cuyahoga Falls News Press | | 22,246 | |
| Ashtabula | Star Beacon | | 15,773 | |
| Athens | Messenger | | 10,190 | |
| Bowling Green | Sentinel-Tribune | | 10,446 | |
| Bryan | Times | | 10,404 | |
| Cincinnati | Enquirer | | 261,601 | |
| Cincinnati | Sunday Select -- The Enquirer | | 23,909 | |
| Circleville | Herald | | 6,439 | |
| Columbus | Dispatch | | 297,230 | |
| Columbus | Dispatch Sunday Savings | | 20,000 | |
| Fairborn | Daily Herald | | 1,493 | |
| Findlay | Courier | | 19,452 | |
| Fostoria | Review-Times | | 3,163 | |
| Gallipolis/Point Pleasant | Times-Sentinel (OH) | | 11,000 | |
| Greenville | Advocate | | 5,500 | |
| Hillsboro | Times-Gazette | | 4,500 | |
| Hudson | Hub-Times | | 9,610 | |
| Jackson | Jackson County Times-Journal | | 5,500 | |
| Kent/Ravenna | Record-Courier | | 16,714 | |
| Lewis Center | This Week Community Newspapers | | 328,288 | |
| Lisbon | Morning Journal | | 10,082 | |
| Logan | News | | 3,566 | |
| Lorain | Journal | | 22,876 | |
| Mansfield | News Journal | | 21,550 | |
| Marietta | Times | | 11,132 | |
| Martins Ferry/Belmont County | Times Leader | | 16,889 | |
| Medina | Gazette | | 12,329 | |
| Miami Valley | Sunday News | | 9,611 | |

# USA WEEKEND Magazine
## Newspapers and Circulation by States
### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Napoleon | Northwest Signal | | 4,187 | |
| Newark | The Advocate Group | | 87,056 | |
| Norwalk | Reflector | | 8,906 | |
| Piqua | Call | | 7,084 | |
| Pomeroy | Daily Sentinel | | 3,695 | |
| Portsmouth | Times | | 12,141 | |
| Sandusky | Register | | 19,114 | |
| Sidney | News | | 11,333 | |
| Steubenville/Weirton | Herald-Star | | 20,284 | |
| Stow | Sentry | | 14,849 | |
| Tallmadge | Express | | 7,725 | |
| Tiffin | Advertiser-Tribune | | 9,128 | |
| Urbana | Citizen | | 5,616 | |
| Van Wert | Times-Bulletin | | 5,201 | |
| Warren | Tribune Chronicle | | 32,046 | |
| Washington Court House | Record-Herald | | 6,000 | |
| Waverly | The News Watchman | | 3,845 | |
| Willoughby | Lake County News-Herald | | 39,912 | |
| Wilmington | News-Journal | | 6,500 | |
| Xenia | Xenia Daily Gazette/Beavercreek News-Current | | 3,735 | |
| **Oklahoma** | | *1,432,405* | *294,413* | *20.6%* |
| Ada | Evening News | | 7,461 | |
| Altus | Times | | 3,913 | |
| Ardmore | The Sunday Ardmoreite | | 9,820 | |
| Bartlesville | Examiner-Enterprise | | 10,524 | |
| Chickasha | Star | | 3,446 | |
| Claremore | Daily Progress | | 5,705 | |
| Duncan | The Duncan Banner | | 7,000 | |
| Durant | Democrat | | 6,000 | |
| Edmond | The Edmond Sun | | 3,460 | |
| Enid | News & Eagle | | 15,718 | |
| Lawton | Sunday Constitution | | 22,884 | |
| McAlester | News-Capitol | | 7,837 | |
| Muskogee | Phoenix & Times Democrat | | 14,135 | |
| Norman | Transcript | | 12,386 | |
| Pauls Valley | Daily Democrat | | 2,440 | |
| Pryor | The Daily Times | | 3,955 | |
| Shawnee | News-Star | | 8,843 | |
| Stillwater | News-Press | | 7,621 | |
| Tahlequah | Tahlequah Daily Press | | 4,811 | |
| Tulsa | World | | 132,877 | |
| Woodward | News | | 3,577 | |
| **Oregon** | | *1,495,882* | *64,126* | *4.3%* |
| Grant's Pass | Courier | | 17,459 | |
| Salem | Statesman-Journal | | 46,667 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| **Pennsylvania** | | *4,907,949* | *951,205* | *19.4%* |
| Altoona | Mirror | | 36,296 | |
| Bloomsburg | Press-Enterprise | | 20,813 | |
| Bradford | Era | | 10,419 | |
| Butler | Eagle | | 26,926 | |
| Chambersburg | Public Opinion | | 17,769 | |
| Clearfield | Progress | | 10,957 | |
| Greensburg | Tribune-Review | | 197,604 | |
| Hanover | Sun | | 20,336 | |
| Indiana | Gazette | | 14,398 | |
| Lansdale | Reporter | | 9,955 | |
| Lebanon | News | | 19,001 | |
| Lehighton | Times News | | 12,803 | |
| Lewistown | Sentinel | | 12,154 | |
| Lock Haven | Express | | 9,557 | |
| McKeesport/Duquesne/Clairton | News | | 11,717 | |
| Meadville | Tribune | | 11,809 | |
| New Castle | News | | 15,657 | |
| New Kensington-Tarentum-Vandegrift | Valley News Dispatch | | 24,461 | |
| Norristown | Times Herald | | 19,983 | |
| Philadelphia | Daily News | | 86,074 | |
| Phoenixville | Phoenix | | 9,000 | |
| Pottstown | Mercury | | 19,879 | |
| Primos | Delaware County Times | | 32,778 | |
| Scranton | Times-Tribune | | 64,654 | |
| Smaokin/Pottsville | News-Item - Republic Herald | | 34,160 | |
| Somerset | Daily American | | 11,921 | |
| Sunbury | Danville News | | 1,724 | |
| Towanda | Sunday Review | | 8,677 | |
| Warren | Times-Observer | | 9,548 | |
| Washington | Observer-Reporter | | 33,798 | |
| West Chester | Local News | | 20,848 | |
| Wilkes-Barre | Sunday Voice | | 44,647 | |
| York | Sunday News | | 70,882 | |
| **Rhode Island** | | *412,348* | *37,998* | *9.2%* |
| Kent County | Times | | 2,259 | |
| Newport | The Daily News | | 10,970 | |
| Pawtucket/Central Falls | Times | | 7,192 | |
| Westerly | Sun | | 7,447 | |
| Woonsocket | Call | | 10,130 | |
| **South Carolina** | | *1,772,822* | *219,496* | *12.4%* |
| Aiken | Standard | | 15,974 | |
| Bluffton | Today | | 4,155 | |
| Florence | Morning News | | 31,793 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---:|---:|---:|
| Georgetown | Times | | 8,021 | |
| Goose Creek | Gazette | | 11,000 | |
| Greenville | News | | 103,277 | |
| Greenville | Sunday Select -- The Greenville News | | 14,500 | |
| Lancaster | The Lancaster News | | 11,733 | |
| Newberry | The Newberry Observer | | 4,927 | |
| Summerville | The Journal Scene | | 4,378 | |
| Union | The Union Daily Times | | 5,014 | |
| Winnsboro | Herald Independent | | 4,724 | |
| **South Dakota** | | **314,151** | **63,546** | **20.2%** |
| Sioux Falls | Argus Leader | | 55,438 | |
| Yankton | Press & Dakotan | | 8,108 | |
| **Tennessee** | | **2,499,453** | **489,784** | **19.6%** |
| Athens | Post-Athenian | | 10,095 | |
| Clarksville | Leaf-Chronicle | | 20,097 | |
| Cleveland | Banner | | 15,072 | |
| Columbia | Herald | | 12,109 | |
| Cookeville | Herald-Citizen | | 12,003 | |
| Crossville | Chronicle | | 7,144 | |
| Dickson | Dickson Herald | | 5,288 | |
| Elizabethton | Elizabethton Star | | 10,081 | |
| Gallatin | News-Examiner | | 5,206 | |
| Greeneville | The Greeneville Sun | | 13,912 | |
| Hendersonville | Hendersonville Star News | | 20,500 | |
| Jackson | Sun | | 32,359 | |
| Kingsport | Times-News | | 38,927 | |
| Lebanon | Democrat | | 8,207 | |
| Maryville/Alcoa | Times | | 18,824 | |
| Murfreesboro | News Journal | | 16,496 | |
| Nashville | Sunday Select -- The Tennessean | | 17,776 | |
| Nashville | Tennessean | | 204,671 | |
| Newport | Plain Talk | | 6,988 | |
| Oak Ridge | Oak Ridger | | 5,978 | |
| Sevierville | Mountain Press | | 8,051 | |
| **Texas** | | **8,650,034** | **1,081,875** | **12.5%** |
| Allen | American | | 22,440 | |
| Amarillo | Globe-News | | 47,338 | |
| Athens | Daily Review | | 4,100 | |
| Baytown | The Sun | | 8,613 | |
| Bryan/College Station | Eagle | | 22,947 | |
| Cleburne | Times-Review | | 5,163 | |
| Clute | Brazosport Facts | | 16,158 | |
| Colony | Courier Leader | | 7,225 | |
| Corsicana | Sun | | 4,250 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---:|---:|---:|
| Denton | Record Chronicle | | 13,658 | |
| El Paso | Times | | 74,638 | |
| Flower Mound | Leader | | 20,500 | |
| Frisco | Enterprise | | 19,450 | |
| Gainesville | Daily Register | | 4,512 | |
| Galveston County | News | | 22,654 | |
| Greenville | Herald-Banner | | 6,886 | |
| Houston | East Texas Community Newspapers | | 18,469 | |
| Houston | Houston Community Newspapers | | 371,284 | |
| Huntsville | Item | | 5,000 | |
| Irving | Rambler | | 3,527 | |
| Jacksonville | Daily Progress | | 3,062 | |
| Killeen | Herald | | 21,195 | |
| Laredo/Zapata | Morning Times | | 15,596 | |
| Lewisville | Leader | | 10,160 | |
| Little Elm | Little Elm Journal | | 6,343 | |
| Longview | News-Journal | | 26,800 | |
| Lubbock | Avalanche-Journal | | 45,614 | |
| Lufkin | The Lufkin Daily News | | 12,450 | |
| Marshall | News Messenger | | 6,032 | |
| McAllen | Monitor | | 36,792 | |
| McKinney | Courier-Gazette | | 26,407 | |
| Mesquite | News | | 23,825 | |
| Mineral Wells | Mineral Wells Index | | 3,014 | |
| Nacogdoches | The Daily Sentinel | | 7,854 | |
| New Braunfels | Herald-Zeitung | | 7,512 | |
| Orange | Leader | | 4,460 | |
| Palestine | Herald - Press | | 5,925 | |
| Plano | Star Courier | | 67,000 | |
| Port Arthur | News | | 11,156 | |
| Rowlett | Lakeshore Times | | 4,295 | |
| San Marcos | Daily Record | | 5,500 | |
| Seguin | Seguin Gazette-Enterprise | | 4,691 | |
| Sherman/Denison | Herald Democrat | | 21,796 | |
| Van Alstyne | Van Alstyne Leader | | 959 | |
| Weatherford | The Democrat | | 4,625 | |
| *Utah* | | *863,310* | *82,621* | *9.6%* |
| Ogden | Standard-Examiner | | 59,325 | |
| St. George | Spectrum | | 23,296 | |
| *Vermont* | | *253,344* | *58,604* | *23.1%* |
| Bennington | Banner | | 6,311 | |
| Brattleboro | Reformer | | 8,764 | |
| Burlington | Free Press | | 43,529 | |
| *Virginia* | | *3,024,189* | *277,369* | *9.2%* |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Bristol | Herald-Courier | | 31,159 | |
| Charlottesville | Progress | | 26,115 | |
| Culpeper | Star-Exponent | | 6,178 | |
| Danville | Register & Bee | | 18,190 | |
| Fredericksburg | Free Lance-Star | | 48,240 | |
| Harrisonburg | News Record | | 28,186 | |
| Lynchburg | News & Advance | | 34,440 | |
| Petersburg | Progress-Index | | 12,259 | |
| Staunton | News Leader | | 16,714 | |
| Strasburg | Northern Virginia Daily | | 13,896 | |
| Waynesboro | News Virginian | | 5,759 | |
| Winchester | Star | | 22,667 | |
| Woodbridge-Manassas | Potomac News & Journal Messenger | | 13,566 | |
| ***Washington*** | | *2,547,695* | *487,587* | *19.1%* |
| Aberdeen | Daily World | | 11,404 | |
| Aberdeen | The South Beach Buklletin | | 5,367 | |
| Bellevue | Reporter | | 39,200 | |
| Centralia/Chehalis | Chronicle | | 13,800 | |
| Everett | Auburn Reporter | | 24,645 | |
| Everett | Bainbridge Island Review | | 4,300 | |
| Everett | Bremerton Patriot | | 12,500 | |
| Everett | Central Kitsap Reporter | | 18,005 | |
| Everett | Covington/Maple Valley Reporter | | 24,055 | |
| Everett | Federal Way Mirror | | 30,262 | |
| Everett | Herald | | 50,572 | |
| Everett | North Kitsap Herald | | 12,771 | |
| Everett | Port Orchard Independent | | 18,201 | |
| Everett | South Whidbey Record | | 4,353 | |
| Everett | Whidbey News Times | | 6,533 | |
| Issaquah/Sammamish | Reporter | | 29,832 | |
| Kent | Reporter | | 27,876 | |
| Montesano | Vidette | | 3,545 | |
| Moses Lake | Columbia Basin Herald | | 8,410 | |
| Mount Vernon | Skagit Valley Herald | | 16,195 | |
| Port Angeles | Peninsula Daily News | | 16,335 | |
| Redmond | Reporter | | 24,653 | |
| Renton | Reporter | | 29,806 | |
| Wenatchee | World | | 21,295 | |
| Yakima | Herald-Republic | | 33,672 | |
| ***West Virginia*** | | *759,823* | *128,288* | *16.9%* |
| Charleston | Gazette-Mail | | 66,223 | |
| Elkins | Inter-Mountain | | 9,799 | |
| Gallipolis/Point Pleasant | Register (WV) | | 4,400 | |
| Huntington | Herald-Dispatch | | 29,927 | |
| Logan | The Logan Banner | | 7,292 | |

# USA WEEKEND Magazine
# Newspapers and Circulation by States

### Effective January 02, 2011

| State and Newspaper | | Households | Circulation | %HH Cov'g. |
|---|---|---|---|---|
| Princeton | Princeton Times | | 5,200 | |
| Williamson | Daily News | | 5,447 | |
| *Wisconsin* | | *2,244,127* | *708,203* | *31.6%* |
| Appleton | Post-Crescent | | 56,842 | |
| Beloit | My Stateline Shopper | | 19,511 | |
| Beloit | News | | 12,880 | |
| Fond Du Lac | Reporter | | 14,407 | |
| Green Bay | Press-Gazette | | 69,121 | |
| Janesville | Gazette | | 23,174 | |
| Manitowoc/Two Rivers | Herald Times Reporter | | 12,935 | |
| Marinette | Eagle Herald | | 8,523 | |
| Milwaukee | Journal Sentinel | | 364,579 | |
| Oshkosh | Northwestern | | 20,749 | |
| Sheboygan | Press | | 19,665 | |
| Superior | Telegram | | 5,534 | |
| Watertown | Times | | 8,249 | |
| Wausau | Marshfield New-Herald--Sunday Select | | 5,044 | |
| Wausau | Stevens Point Journal--Sunday Select | | 8,150 | |
| Wausau | Sunday Select -- Wisconsin Rapids Daily Triubune | | 5,875 | |
| Wausau | Wausau Daily Herlad -- Sunday Select | | 10,635 | |
| Wausau-Stevens Point | Herald-Central WI Sunday | | 42,330 | |
| *Wyoming* | | *214,423* | *20,481* | *9.6%* |
| Cheyenne | Wyoming Tribune-Eagle | | 15,495 | |
| Laramie | Boomerang | | 4,986 | |
| | *Total U.S.:* | *115,306,103* | *22,654,682* | *19.6%* |

USA WEEKEND Magazine's total circulation reflects 1/2/2011 carrier newspaper market list. Carrier newspaper circulation figures based on VAC, SRDS or publisher-certified circulation for most recent 6-month audit period. Household totals based on Claritas 2009.