# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT L



# USA TODAY ADVERTISING PRINT MARKETS

## CIRCULATION

**NATIONAL CIRCULATION***
Monday-Thursday
Friday Weekend Edition

**AVG DAILY CIRCULATION**
1,768,227
2,046,486

*Source: 9/10 ABC Publisher's Statement

Note: Hawaii is part of San Francisco; Alaska is part of Seattle

**ATLANTA**
Monday-Thursday: 74,869
Friday: 84,372

**BOSTON**
Monday-Thursday: 77,822
Friday: 90,356

**CAROLINAS**
Monday-Thursday: 114,719
Friday: 134,335

**CHICAGO**
Monday-Thursday: 101,193
Friday: 117,018

**CINCINNATI**
Monday-Thursday: 60,595
Friday: 69,958

**DALLAS**
Monday-Thursday: 85,607
Friday: 95,852

**DENVER**
Monday-Thursday: 60,181
Friday: 71,132

**DETROIT**
Monday-Thursday: 66,245
Friday: 79,275

**HOUSTON**
Monday-Thursday: 56,884
Friday: 63,389

**KANSAS CITY**
Monday-Thursday: 47,288
Friday: 54,122

**LOS ANGELES**
Monday-Thursday: 125,971
Friday: 147,444

**MINNEAPOLIS**
Monday-Thursday: 45,432
Friday: 51,866

**NASHVILLE**
Monday-Thursday: 52,898
Friday: 61,193

**NEW ORLEANS**
Monday-Thursday: 42,610
Friday: 49,021

**NEW YORK**
Monday-Thursday: 135,406
Friday: 157,509

**NORTH CENTRAL FLORIDA**
Monday-Thursday: 105,556
Friday: 121,678

**PHILADELPHIA**
Monday-Thursday: 55,291
Friday: 64,665

**PHOENIX**
Monday-Thursday: 58,321
Friday: 67,900

**PITTSBURGH/CLEVELAND**
Monday-Thursday: 90,755
Friday: 106,319

**SAN FRANCISCO**
Monday-Thursday: 63,409
Friday: 73,315

**SEATTLE**
Monday-Thursday: 50,751
Friday: 64,635

**SOUTH FLORIDA**
Monday-Thursday: 51,052
Friday: 55,039

**ST. LOUIS**
Monday-Thursday: 40,760
Friday: 46,839

**WASHINGTON/BALTIMORE**
Monday-Thursday: 104,612
Friday: 119,254