# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT M

**The New York Times | nytimes.com**

Customer Insight Group

# New York Times
## Circulation by States and Census Region
Source: 2010 ABC Audit Report

| | Weekday | Sunday | | Weekday | Sunday |
|---|---:|---:|---|---:|---:|
| **New England** | **88,518** | **149,552** | **East South Central** | **11,078** | **16,118** |
| Massachussetts | 34,186 | 56,327 | Alabama | 2,780 | 2,793 |
| Rhode Island | 4,163 | 7,608 | Tennessee | 4,653 | 7,699 |
| New Hampshire | 3,407 | 6,159 | Mississippi | 481 | 898 |
| Maine | 3,608 | 7,085 | Kentucky | 3,164 | 4,728 |
| Vermont | 3,596 | 7,452 | | | |
| Connecticut | 39,558 | 64,921 | **West South Central** | **26,689** | **44,500** |
| | | | Louisiana | 2,666 | 4,542 |
| **Middle Atlantic** | **408,217** | **553,689** | Arkansas | 1,075 | 1,404 |
| New Jersey | 84,513 | 126,749 | Oklahoma | 1,041 | 2,389 |
| New York | 291,536 | 378,460 | Texas | 21,907 | 36,165 |
| Pennsylvannia | 32,168 | 48,480 | | | |
| | | | **Mountain** | **33,372** | **54,697** |
| **South Atlantic** | **135,322** | **215,007** | Montana | 172 | 465 |
| Delaware | 2,164 | 3,836 | Colorado | 11,333 | 20,011 |
| District of Columbia | 14,573 | 17,942 | Wyoming | 406 | 729 |
| Maryland | 15,275 | 29,445 | Idaho | 536 | 1,141 |
| Virginia | 14,895 | 26,261 | Utah | 3,445 | 3,941 |
| West Virginia | 404 | 1,125 | Arizona | 10,748 | 17,532 |
| North Carolina | 9,689 | 17,762 | New Mexico | 3,089 | 6,117 |
| South Carolina | 4,359 | 7,492 | Nevada | 3,643 | 4,761 |
| Georgia | 13,482 | 18,154 | | | |
| Florida | 60,481 | 92,990 | **Pacific** | **112,879** | **170,424** |
| | | | California | 87,166 | 131,233 |
| **East North Central** | **70,458** | **104,014** | Hawaii | 1,184 | 2,704 |
| Ohio | 14,738 | 23,242 | Oregon | 7,918 | 12,291 |
| Indiana | 5,114 | 7,228 | Washington | 16,355 | 23,332 |
| Michigan | 15,300 | 21,541 | Alaska | 256 | 864 |
| Illinois | 27,784 | 40,200 | | | |
| Wisconsin | 7,522 | 11,803 | **Total United States** | **905,177** | **1,340,232** |
| | | | | | |
| **West North Central** | **18,644** | **32,231** | Possessions & | | |
| Iowa | 1,654 | 3,210 | Other Areas | 452 | 577 |
| Minnesota | 7,645 | 14,256 | US & Possessions | 905,629 | 1,340,809 |
| South Dakota | 107 | 423 | Canada | 4,245 | 19,712 |
| North Dakota | 143 | 338 | International | 3,927 | 3,664 |
| Missouri | 7,318 | 9,225 | Military or Civilian | | |
| Kansas | 1,124 | 3,047 | Personnel Overseas | 49 | 106 |
| Nebraska | 653 | 1,732 | **Grand Total** | **913,850** | **1,364,291** |