# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT N



# If You Bought A Cathode Ray Tube Product, A Class Action Settlement May Affect You.

**Si Ud. ha comprado un producto con tubos de rayos catódicos, Ud. puede verse afectado por un acuerdo de demanda colectiva.**

## Legal Notice to Indirect Purchasers

You may be affected by a class action lawsuit involving CRT Products purchased indirectly from the Defendant companies. "Indirect" means that you did not buy the CRT Product directly from any Defendant. A Settlement has been reached with **Chunghwa Picture Tubes Ltd**. The litigation is continuing against the remaining Defendants. A complete list of defendants is set out in the Detailed Notice.

**Important Documents to read**:

- Summary Notice
- Detailed Notice
- Settlement Agreement
- Preliminary Approval Order

### IMPORTANT DATES

**February 1, 2012**:

- Deadline for Requests for Exclusion and Objections.
- Fecha límite para las Solicitudes de Exclusión y de las Objeciones.

**March 15, 2012 at 2:00 p.m.**:

- The Special Master will hold a Fairness Hearing.
- El Auxiliar Judicial Especial tendrá una audiencia de equidad.

Location of Hearing / Dirección de la Audiencia:
JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111

## Aviso Legal a los Compradores Indirectos

Usted puede verse afectado por una acción judicial colectiva que concierne productos con TRC comprados de forma indirecta de alguna de las compañías demandadas. De forma "indirecta" significa que usted no adquirió el producto TRC directamente de alguno de los acusados. Se ha llegado a un acuerdo con **Chunghwa Picture Tubes Ltd**. Una lista completa de los demandados se encuentra disponible en el Aviso Pormenorizado.

**Documentos importantes para leer:**

- Resumen de Aviso
- Aviso Pormenorizado
- Acuerdo (Inglés)
- Orden de aprobación preliminar (Inglés)

---

**What are Cathode Ray Tube Products?**

Cathode Ray Tube (CRT) Products include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube such as Televisions and Computer Monitors.

**Where are the Claim Forms?**

There are no claim forms to submit in connection with the current settlement with Chunghwa Picture Tubes Ltd. The lawyers will be pursuing the lawsuit against the remaining Non-Settling Defendants to see if any future settlements or judgments can be obtained.

**Will Proof of Purchase or Ownership of CRT Products be Required?**

Please retain any receipts or other evidence of purchase of any CRT Product. Before disposing of any CRT Product please see the Detailed Notice for recommendations on preserving proof of ownership.



All document links above are to PDF files, which can be read using Adobe Reader. You can download Adobe Reader for free from the Adobe website. Click here.

If you prefer to have these documents mailed to you, please write to us.

 Copyright © 2011, The Notice Company Inc, PO Box 778, Hingham, MA 02043