# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT O




Send a release
Member sign in
Become a member
For journalists
For bloggers
Global sites

Search      Advanced Search
○ Products & Services   ○ News Releases

Products & Services    Knowledge Center    Browse News Releases    Contact PR Newswire

See more news releases in: Computer Electronics, Computer Hardware, Entertainment, Television, Legal Issues

## Notice for Indirect Purchasers of CRT Products

  

**Featured Video**



Print    Email    RSS
Share it
Blog it
Blog Search

**More in These Categories**

**Computer Electronics**

Stanford Research Team Study on Video-Based Captcha Further Supports the Need for Intelligent, Adaptive Captcha Systems

Omnicell to Present at Citi 2012 Global Health Care Conference

LocalTrack Offers Affordable Digital Services

**Legal Issues**

Most Read
Most Emailed

**Journalists and Bloggers**



Visit **PR Newswire for Journalists** for releases, photos, ProfNet experts, and customized feeds just for Media.

View and download archived video content distributed by MultiVu on **The Digital Center**.



**Free Investing Newsletter from Investor Uprising!**

Learn to navigate the world's financial system and profit from leading companies.

Register for **Investor Uprising**, the people's investment site, for a free weekly newsletter,

SAN FRANCISCO, Oct. 31, 2011 /PRNewswire/ -- The following release was issued today by The Notice Company Inc.:

**LEGAL NOTICE:  If You Bought A Cathode Ray Tube Product, A Class Action Settlement May Affect You.**  Cathode Ray Tube (CRT) Products include CRTs, Televisions, Computer Monitors, and other products containing CRTs.

You may be affected by a class action lawsuit involving CRT Products purchased indirectly from the Defendant companies. "Indirect" means that you did not buy the CRT Product directly from any Defendant. The lawsuit seeks: (a) nationwide injunctive relief to prohibit the Defendants' behavior that is the subject of the lawsuit and (b) money for indirect purchasers in 24 states.

A Settlement has been reached with Chunghwa Picture Tubes Ltd. ("Chunghwa"). The litigation is continuing against the remaining Defendants. A complete list of defendants is set out in the Detailed Notice available at www.CRTsettlement.com.

**What is this case about?**

The lawsuit claims that numerous Defendants, including Chunghwa, conspired to fix, raise, maintain or stabilize prices of CRT Products resulting in overcharges to consumers who bought CRT Products such as Televisions and Computer Monitors. The Defendants deny that they did anything wrong. The Court has not decided who is right.

**Who is Included?**

The "Settlors" include any person or business that indirectly bought in the U.S. (excluding claims under the Washington Unfair Business Practices and Consumer Protection Act) from March 1, 1995 through November 25, 2007, any CRT Product made by the Defendants.  Both consumers and resellers are included in the Settlement.

**What does the Settlement Provide?**

The Settlement provides for the payment by Chunghwa of $10,000,000 in cash, plus interest, to the Settlors. It also provides that Chunghwa will furnish information about the case, including other Defendants' involvement in the alleged conspiracy, to Class Counsel. Money will not be distributed to Settlors yet.  The lawyers will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then distribute the funds together to reduce expenses.  It is possible that money will be distributed to organizations who are, as nearly as practicable, representative of the interests of indirect purchasers of CRT Products instead of Settlors themselves if the cost to process claims would result in small payments to Settlors.

**Who Represents You?**

The Court has appointed Mario N. Alioto of Trump, Alioto, Trump & Prescott LLP as "Interim Lead Class Counsel" to represent members of the Settlement Class ("Settlors").  The Settlement Class is defined in Paragraph 1 of the Order Granting Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd., which is available at www.CRTsettlement.com. If you are a resident of Illinois or Oregon, you are a member of the Settlement Class but are represented by the Attorney General of your State with respect to your claims under those states' antitrust laws.  You do not have to pay these lawyers to represent you. You may hire your own attorney, if you wish, but if you do so you will be responsible for your own attorney's fees and expenses.

**What are your Options?**

If you wish to remain a Settlor you do not need to take any action at this time.  If you don't want to be legally bound by the Settlement, you must exclude yourself in writing by **February 1, 2012**, or you will not be able to sue, or continue to sue, Chunghwa about the legal claims in this case.  If you remain a Settlor, you may object to the Settlement by **February 1, 2012**.  The Detailed Notice describes how to exclude yourself or to object.  The U.S. District Court for the Northern District of California will hold a Fairness Hearing at **2:00 p.m. on March 15, 2012**, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111.  The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.CRTsettlement.com. At this hearing the Special Master will consider whether the Settlement is fair, reasonable and adequate.  The Special Master will also consider Interim Lead Class Counsel's request for payment of $2.5 million from the Settlement Fund to be used for expenses incurred in this case. If there are objections or comments, the Special Master will consider them at that time.  You may appear at the hearing, but you don't have to.  After the hearing, the Special Master will decide whether to approve the Settlement.  We do not know how long these decisions will take.  Please do not contact JAMS or the Court about this case.  Please retain any receipts or other evidence of purchase of any CRT Product.  Before disposing of any CRT Product please see the Detailed Notice for recommendations on preserving proof of ownership.

For more details, call toll free 1-800-673-4790, visit www.CRTsettlement.com, or write to CRT Indirect Settlement, c/o The Notice Company, P.O. Box 778, Hingham, MA 02043. Para una notificacion en Espanol, llamar o visitar nuestro website.

SOURCE The Notice Company

Back to top
RELATED LINKS
http://www.notice.com