# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT P

**Welcome, THE NOTICE COMPANY**

### ReleaseWatch Summary
**Release: (P) 10-31-11  Notice for Indirect Purchasers of CRT Products**



Postings by hour (48-hour timeline)



Postings by Industry (Top 5)
- Media: 97
- Other: 75
- Business/Financial: 45
- Computer/Electronic...: 5
- General News: 3

**ReleaseWatch Processing Update**
Data Last Updated: 02-21-12 05 PM
Links for this release are now complete
NOTE: All times displayed are Eastern Time

**Total ReleaseWatch Postings: 225**

### ReleaseWatch Postings

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| Yahoo! Finance | Yahoo! | Link... | General News | 68,787,000 |
| Yahoo! Canada Finance | Yahoo! Canada | Link... | General News | 68,787,000 |
| Yahoo! Singapore Finance | Yahoo! Singapore | Link... | N/A | 68,787,000 |
| Reuters | Reuters | Link... | Business/Financial | 1,004,000 |
| Atlanta Business Chronicle | Atlanta Business Chronicle | Link... | Business/Financial | 307,000 |
| Austin Business Journal | Austin Business Journal | Link... | Business/Financial | 307,000 |
| Baltimore Business Journal | Baltimore Business Journal | Link... | Business/Financial | 307,000 |
| Birmingham Business Journal | Birmingham Business Journal | Link... | Business/Financial | 307,000 |
| bizjournals | Bizjournals.com, Inc. | Link... | Business/Financial | 307,000 |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| | Boston Business Journal | Link... | Business/Financial | 307,000 |
| | Business First of Buffalo | Link... | Business/Financial | 307,000 |
| | Business First of Columbus | Link... | Business/Financial | 307,000 |
| | Business First of Louisville | Link... | Business/Financial | 307,000 |
| | Business Journal of Greater Milwaukee | Link... | Business/Financial | 307,000 |
| | Business Journal of Phoenix | Link... | Business/Financial | 307,000 |
| | Business Journal of the Greater Triad Area | Link... | Business/Financial | 307,000 |
| | Charlotte Business Journal | Link... | Business/Financial | 307,000 |
| | Cincinnati Business Courier | Link... | Business/Financial | 307,000 |
| | Dallas Business Journal | Link... | Business/Financial | 307,000 |
| | Dayton Business Journal | Link... | Business/Financial | 307,000 |
| | Denver Business Journal | Link... | Business/Financial | 307,000 |
| | Houston Business Journal | Link... | Business/Financial | 307,000 |
| | Jacksonville Business Journal | Link... | Business/Financial | 307,000 |
| | Kansas City Business Journal | Link... | Business/Financial | 307,000 |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| Kansas City Business Journal | | | | |
| Los Angeles Business from bizjournals | Los Angeles Business from bizjournals | Link... | Business/Financial | 307,000 |
| Memphis Business Journal | Memphis Business Journal | Link... | Business/Financial | 307,000 |
| Minneapolis St. Paul Business Journal | Minneapolis / St. Paul Business Journal | Link... | Business/Financial | 307,000 |
| Nashville Business Journal | Nashville Business Journal | Link... | Business/Financial | 307,000 |
| New Mexico Business Weekly | New Mexico Business Weekly | Link... | Business/Financial | 307,000 |
| Orlando Business Journal | Orlando Business Journal | Link... | Business/Financial | 307,000 |
| Pacific Business News | Pacific Business News | Link... | Business/Financial | 307,000 |
| Philadelphia Business Journal | Philadelphia Business Journal | Link... | Business/Financial | 307,000 |
| Portland Business Journal | Portland Business Journal | Link... | Business/Financial | 307,000 |
| Puget Sound Business Journal | Puget Sound Business Journal | Link... | Business/Financial | 307,000 |
| Sacramento Business Journal | Sacramento Business Journal | Link... | Business/Financial | 307,000 |
| San Antonio Business Journal | San Antonio Business Journal | Link... | Business/Financial | 307,000 |
| San Francisco Business Times | San Francisco Business Times | Link... | Business/Financial | 307,000 |
| | San Jose Business Journal | Link... | Business/Financial | 307,000 |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| Silicon Valley / San Jose Business Journal | | | | |
| South Florida Business Journal | South Florida Business Journal | Link... | Business/Financial | 307,000 |
| St. Louis Business Journal | St. Louis Business Journal | Link... | Business/Financial | 307,000 |
| Tampa Bay Business Journal | Tampa Bay Business Journal | Link... | Business/Financial | 307,000 |
| Triangle Business Journal | Triangle Business Journal | Link... | Business/Financial | 307,000 |
| Washington Business Journal | Washington Business Journal | Link... | Business/Financial | 307,000 |
| Wichita Business Journal | Wichita Business Journal | Link... | Business/Financial | 307,000 |
| Eyewitness News 3 | WFSB-TV CBS-3 (Hartford, CT) | Link... | N/A | 51,000 |
| WIS 10 | WISTV NBC-10 (Columbia, SC) | Link... | Media | 50,000 |
| 13 WTHR.COM | WTHR NBC-13 (Indianapolis, IN) | Link... | Media | 48,000 |
| FOX 12 Oregon | KPTV-TV FOX-12 (Beaverton, OR) | Link... | N/A | 45,000 |
| KCTV 5 News Kansas City | KCTV-TV CBS-5 (Kansas City, MO) | Link... | N/A | 41,000 |
| Working 4 You WSMV-TV Nashville | WSMV-TV NBC-4 (Nashville, TN) | Link... | N/A | 39,000 |
| NewsOn6.com | KOTV-TV CBS-6 (Tulsa, OK) | Link... | Media | 35,000 |
| | WAFB CBS-9 (Baton Rouge, LA) | Link... | Media | 35,000 |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| | | | | |
| | KFMB-TV CBS-8 (San Diego, CA) | Link... | N/A | 32,000 |
| | KLTV ABC-7 (Tyler, TX) | Link... | Media | 31,000 |
| | KSTP-TV ABC-5 (Saint Paul, MN) | Link... | N/A | 31,000 |
| | WNEM-TV CBS-5 (Saginaw, MI) | Link... | N/A | 27,000 |
| | WTOL CBS-11 (Toledo, OH) | Link... | Media | 27,000 |
| | KWTV-TV CBS-9 (Oklahoma City, OK) | Link... | Media | 25,000 |
| | WHTM-TV ABC-27 (Harrisburg, PA) | Link... | N/A | 24,000 |
| | WWBT NBC-12 (Richmond, VA) | Link... | Media | 24,000 |
| | WBMA-TV ABC-33 / ABC-40 (Birmingham, AL) | Link... | N/A | 22,000 |
| | WRIC ABC-8 (Richmond, VA) | Link... | Media | 22,000 |
| | WAVE NBC-3 (Louisville, KY) | Link... | Media | 21,000 |
| | WKRN ABC-2 (Nashville, TN) | Link... | Media | 21,000 |
| | BetaNews | Link... | Computer/Electronics/Technology | 20,000 |
| | WAFF NBC-48 (Huntsville, AL) | Link... | Media | 20,000 |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
|  |  |  |  |  |
|  | WCSC CBS-5 (Charleston, SC) | Link... | Media | 20,000 |
|  | WSFA NBC-12 (Montgomery, AL) | Link... | Media | 20,000 |
|  | WTOC CBS-11 (Savannah, GA) | Link... | Media | 20,000 |
|  | WBTV CBS-3 (Charlotte, NC) | Link... | Media | 19,000 |
|  | WMC NBC-5 (Memphis, TN) | Link... | Media | 19,000 |
|  | Information Week | Link... | Computer/Electronics/Technology | 18,000 |
|  | KFVS CBS-12 (Cape Girardeau, MO) | Link... | Media | 18,000 |
|  | WBOC CBS-16 (Salisbury, MD) | Link... | Media | 18,000 |
|  | KATV-TV ABC-7 (Little Rock, AR) | Link... | N/A | 17,000 |
|  | KHNL-TV NBC-8 (Honolulu, HI) | Link... | N/A | 17,000 |
|  | WCAX CBS-3 (Burlington, VT) | Link... | Media | 17,000 |
|  | KPHO-TV CBS-5 (Phoenix, AZ) | Link... | N/A | 16,000 |
|  | WBAY ABC-2 (Green Bay, WI) | Link... | Media | 16,000 |
|  | WBRC-TV FOX-6 MyFox Birmingham (Birmingham, AL) | Link... | N/A | 16,000 |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| | | | | |
| | KTUL-TV ABC-8 (Tulsa, OK) | Link... | N/A | 15,000 |
| | KTVN-TV CBS-2 (Reno, NV) | Link... | Media | 15,000 |
| | WLOX ABC-13 (Biloxi, MS) | Link... | Media | 15,000 |
| | WTVG-TV ABC-13 (Toledo, OH) | Link... | N/A | 15,000 |
| | WECT NBC-6 (Wilmington, NC) | Link... | Media | 14,000 |
| | WRCB-TV NBC-3 (Chattanooga, TN) | Link... | N/A | 14,000 |
| | WXIX FOX-19 (Cincinnati, OH) | Link... | Media | 14,000 |
| | KAIT ABC-8 (Jonesboro, AR) | Link... | Media | 13,000 |
| | KCBD NBC-11 (Lubbock, TX) | Link... | Media | 13,000 |
| | KHQ-TV NBC-6 (Spokane, WA) | Link... | Media | 13,000 |
| | KLFY CBS-10 (Lafayette, LA) | Link... | Media | 13,000 |
| | KOLD CBS-13 (Tucson, AZ) | Link... | Media | 13,000 |
| | KSLA CBS-12 (Shreveport, LA) | Link... | Media | 13,000 |
| | KSWO-TV ABC-7 (Lawton, OK) | Link... | Media | 13,000 |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
|  |  |  |  |  |
|  | KWWL-TV NBC-7 (Waterloo, IA) | Link... | N/A | 13,000 |
|  | WALB NBC-10 (Albany, GA) | Link... | Media | 13,000 |
|  | KPLC NBC-7 (Lake Charles-Lafayette, LA) | Link... | Media | 12,000 |
|  | WGCL-TV CBS-46 (Atlanta, GA) | Link... | N/A | 12,000 |
|  | WTVM ABC-9 (Columbus, GA) | Link... | Media | 12,000 |
|  | Digital Journal | Link... | N/A | 11,000 |
|  | KTRE ABC-9 (Lufkin, TX) | Link... | Media | 11,000 |
|  | WEHT-TV ABC-25 (Evansville, IN) | Link... | N/A | 11,000 |
|  | WTEN ABC-10 (Albany, NY) | Link... | Media | 11,000 |
|  | WHNS-TV FOX-21 (Greenville, SC) | Link... | N/A | 10,000 |
|  | WJRT-TV ABC-12 (Flint, MI) | Link... | N/A | 10,000 |
|  | WLBT NBC-3 (Jackson, MS) | Link... | Media | 10,000 |
|  | KFDA CBS-10 (Amarillo, TX) | Link... | Media | 9,000 |
|  | KVVU-TV FOX-5 (Las Vegas, NV) | Link... | N/A | 9,000 |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| | | | | |
| | WSET-TV ABC-13 (Lynchburg, VA) | Link... | N/A | 8,000 |
| | KIII-TV ABC-3 (Corpus Christi, TX) | Link... | N/A | 7,000 |
| | KION CBS-46 (Salinas, CA) | Link... | Media | 7,000 |
| | KTIV NBC-4 (Sioux City, IA) | Link... | Media | 7,000 |
| | KXXV-TV ABC-25 (Waco, TX) | Link... | Media | 7,000 |
| | Ticker Technologies | Link... | Business/Financial | 7,000 |
| | WKOW-TV ABC-27 (Madison, WI) | Link... | N/A | 7,000 |
| | WMBF NBC-32 (Myrtle Beach, SC) | Link... | Media | 7,000 |
| | WREX-TV NBC-13 (Rockford, IL) | Link... | N/A | 7,000 |
| | WSJV-TV FOX-28 (South Bend, IN) | Link... | Media | 7,000 |
| | KCOY CBS-12 (Santa Maria, CA) | Link... | Media | 6,000 |
| | KNDU-TV NBC (Kennewick, WA) | Link... | Media | 6,000 |
| | WDAM NBC-7 (Hattiesburg-Laurel, MS) | Link... | Media | 5,000 |
| | KUSI-TV IND-51 (San Diego, CA) | Link... | N/A | 4,000 |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| | | | | |
| | WVVA NBC-6 (Bluefield, WV) | Link... | Media | 4,000 |
| | KMPH-TV FOX-26 (Fresno, CA) | Link... | Media | 3,000 |
| | KWQC NBC-6 (Davenport, IA) | Link... | Media | 3,000 |
| | Bolsamania (Web Financial Group) | Link... | Business/Financial | NA |
| | CRN | Link... | N/A | NA |
| | DMN Forums | Link... | N/A | NA |
| | Dallas South News | Link... | N/A | NA |
| | FierceCIO | Link... | Business/Financial | NA |
| | FinRoad | Link... | N/A | NA |
| | FinanzNachrichten.de (ABC New Media AG) | Link... | Business/Financial | NA |
| | Foreclosures Evictions and You | Link... | N/A | NA |
| | Grand Life Daily Art & Entertainment | Link... | N/A | NA |
| | Host Province | Link... | N/A | NA |
| | IT News Online | Link... | Computer/Electronics/Technology | NA |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| IT News Online | | | | |
| ITnews | ITnews | Link... | N/A | NA |
| Interest!ALERT | Interest!ALERT | Link... | General News | NA |
| News Channel 5 | KALB-TV CBS-2 / NBC-5 (Alexandria, LA) | Link... | N/A | NA |
| Newschannel 6 | KAUZ-TV CBS-6 (Wichita Falls, TX) | Link... | N/A | NA |
| az tv 7 | KAZT IND-7 (Phoenix/Prescott, AZ) | Link... | Media | NA |
| 12 News | KBMT-TV ABC-12 (Beaumont, TX) | Link... | N/A | NA |
| KCAU-TV abc 9 | KCAU ABC-9 (Sioux City, IA) | Link... | Media | NA |
| FOX 35 | KCBA-TV FOX-35 (Salinas, CA) | Link... | Media | NA |
| CentralTexasNow.com | KCEN-TV NBC-9 (Temple, TX) | Link... | N/A | NA |
| KOTA Territory News | KDUH-TV ABC-3 (Scottsbluff, NE) | Link... | N/A | NA |
| 12 FOX KEYC TV MANKATO | KEYC-TV CBS-12 / FOX-12 (Mankato, MN) | Link... | N/A | NA |
| FOX 14 NEWS AT 9:00 | KFJX-TV FOX-14 (Pittsburg, KS) | Link... | Media | NA |
| Jack fm 100.7 | KFMB 100.7 Jack-FM (San Diego, CA) | Link... | N/A | NA |
| | KFMB 760-AM (San Diego, CA) | Link... | N/A | NA |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| 760 AM KFMB Talk Radio San Diego, CA | | | | |
| KMPH 26 / KFRE 59 CW | KFRE-TV CW-59 (Fresno, CA) | Link... | N/A | NA |
| K5 The Home Team | KFVE MyNetworkTV-5 (Honolulu, HI) | Link... | Media | NA |
| CBS 5 NewsChannel Your Station Cheyenne, WY – Scottsbluff, NE | KGWN-TV CBS-5 (Fort Collins, CO) | Link... | N/A | NA |
| FOX 11 | KKFX FOX-11 (Santa Maria, CA) | Link... | Media | NA |
| abc 8 Eyewitness News | KLKN ABC-8 (Lincoln, NE) | Link... | Media | NA |
| KMEG 14 | KMEG-TV CBS-14 (Sioux City, IA) | Link... | Media | NA |
| KNDO KNDU Right Now | KNDO-TV NBC-3 (Yakima, WA) | Link... | Media | NA |
| KNOE 8 News | KNOE-TV CBS-8 (Monroe, LA) | Link... | Media | NA |
| The Power of 7 KOAM-TV | KOAM-TV CBS-7 (Pittsburg, KS) | Link... | Media | NA |
| KOTA Territory News | KOTA ABC-3 (Rapid City, SD) | Link... | Media | NA |
| KPTH FOX 44 News | KPTH-TV FOX-44 (Dakota Dunes, SD) | Link... | Media | NA |
| FOX 42 KPTM.com | KPTM-TV FOX-42 (Omaha, NE) | Link... | Media | NA |
| tulsa CW.com | KQCW CW-12/19 (Tulsa, OK) | Link... | Media | NA |
| | KRHD-TV ABC-40 (Bryan-College Station, TX) | Link... | Media | NA |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| | | | | |
| | KSFY-TV ABC-13 (Sioux Falls, SD) | Link... | N/A | NA |
| | KSTC-TV IND-45 (Saint Paul, MN) | Link... | N/A | NA |
| | KSWT-TV CBS-13 (Yuma, AZ) | Link... | Media | NA |
| | KTEN NBC-10 (Denison, TX) | Link... | Media | NA |
| | KTRV-TV FOX-12 (Nampa, ID) | Link... | Media | NA |
| | KTTC NBC-10 (Rochester, MN) | Link... | Media | NA |
| | KTVG-TV FOX-17 / KSNB-TV FOX-4 (Kearney, NE) | Link... | Media | NA |
| | KUAM-TV NBC-8 / CBS-11 (Hagatna, Guam) | Link... | N/A | NA |
| | KWES-TV NBC-9 (Midland, TX) | Link... | Media | NA |
| | KXJB-TV CBS-4 / KVLY-TV NBC-11 (Fargo, ND) | Link... | N/A | NA |
| | KXLT FOX-47 (Rochester, MN) | Link... | Media | NA |
| | KXVO-TV CW-15 (Omaha, NE) | Link... | Media | NA |
| | KYTX CBS-19 (Tyler, TX) | Link... | Media | NA |
| | Las Vegas Review-Journal | Link... | N/A | NA |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| | Las Vegas Review-Journal | | | |
| | Media-online.ru | Link... | N/A | NA |
| | Mega News Network: Computers | Link... | N/A | NA |
| | Mega News Network: Entertainment | Link... | N/A | NA |
| | Mega News Network: Legal | Link... | N/A | NA |
| | NOCO-TV CBS-5 (Fort Collins, CO) | Link... | N/A | NA |
| | NebraskaTV (Kearney, NE) | Link... | Media | NA |
| | NorthWest Cable News (Seattle, WA) | Link... | N/A | NA |
| | Portaltele (Ukrainian Telecommunications Portal) | Link... | N/A | NA |
| | SYS-CON Media | Link... | Computer/Electronics/Technology | NA |
| | Seattle Times, The | Link... | Media | NA |
| | Soapdom.com | Link... | Entertainment | NA |
| | TecTrends | Link... | Computer/Electronics/Technology | NA |
| | WAND-TV NBC-17 (Decatur, IL) | Link... | Media | NA |
| | WAOW-TV ABC-9 / WYOW-TV CW-34 (Wausau, WI) | Link... | N/A | NA |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
|  |  |  |  |  |
|  | WBCB-TV CW-21 (Youngstown, OH) | Link... | Media | NA |
|  | WBOC-TV FOX-21 (Salisbury, MD) | Link... | N/A | NA |
|  | WCIV-TV ABC-4 (Charleston, SC) | Link... | N/A | NA |
|  | WCWG-TV CW-20 (Greensboro, NC) | Link... | Media | NA |
|  | WDRB FOX-41 (Louisville, KY) | Link... | Media | NA |
|  | WFFF-TV FOX-44 (Colchester, VT) | Link... | Media | NA |
|  | WFIE NBC-14 (Evansville, IN) | Link... | Media | NA |
|  | WFLX FOX-29 (West Palm Beach, FL) | Link... | Media | NA |
|  | WFMJ-TV NBC-21 (Youngstown, OH) | Link... | Media | NA |
|  | WFXG-TV FOX-54 (Augusta, GA) | Link... | Media | NA |
|  | WFXS-TV FOX-55 (Wausau , WI) | Link... | N/A | NA |
|  | WGEM-TV NBC-10 (Quincy, IL) | Link... | N/A | NA |
|  | WGFL-TV CBS-4 (Gainesville, FL) | Link... | N/A | NA |
|  | WGGB-TV FOX-6 / ABC-40 (Springfield, MA) | Link... | N/A | NA |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
|  |  |  |  |  |
|  | WHBF CBS-4 (Rock Island, IL) | Link... | Media | NA |
|  | WLNE-TV ABC-6 (Providence, RI) | Link... | N/A | NA |
|  | WLNS CBS-6 (Lansing, MI) | Link... | Media | NA |
|  | WLTZ-TV NBC-38 (Columbus, GA) | Link... | N/A | NA |
|  | WMBB-TV ABC-13 (Panama City, FL) | Link... | N/A | NA |
|  | WMDT-TV ABC-47 /CW-3 (Salisbury, MD) | Link... | N/A | NA |
|  | WOI ABC-5 (West Des Moines, IA) | Link... | Media | NA |
|  | WOIO CBS-19 (Cleveland, OH) | Link... | Media | NA |
|  | WQOW-TV ABC-18 (Eau Claire, WI) | Link... | N/A | NA |
|  | WSFX-TV FOX-26 (Wilmington, NC) | Link... | Media | NA |
|  | WSHM-TV CBS-3 (Springfield, MA) | Link... | N/A | NA |
|  | WTNZ FOX-43 (Knoxville, TN) | Link... | Media | NA |
|  | WUPV-TV CW-65 (Ashland, VA) | Link... | Media | NA |
|  | WVNY-TV ABC-22 (Colchester, VT) | Link... | Media | NA |

| LOGO | SITE | LINK TO POST | INDUSTRY | VISITORS PER DAY |
|---|---|---|---|---|
| | | | | |
| | WXOW ABC-19 (La Crosse, WI) | Link... | Media | NA |
| | WXTX-TV FOX-54 (Columbus, GA) | Link... | Media | NA |
| | WXVT-TV CBS-15 (Greenville, MS) | Link... | Media | NA |
| | Webindia123.com | Link... | N/A | NA |
| | itnews | Link... | N/A | NA |

Build 2.15.0305