# DECLARATION OF JOSEPH M. FISHER

# EXHIBIT Q

**DECLARATION OF JOSEPH M. FISHER**

**EXHIBIT Q**
**REQUESTS FOR EXCLUSION**
(All Timely)

| REFERENCE NAME | COMPLETE DESCRIPTION |
|---|---|
| 1. Circuit City Stores | Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, on behalf of itself and Circuit City Stores, Inc. and its affiliated debtors |
| 2. Old Comp | Old Comp Inc. and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to,<br><br>Old Comp Inc. (formerly known as CompUSA Inc.)<br>CompUSA GP Holdings Company<br>CompUSA Holdings Company<br>CompUSA Stores L.P.<br>CompUSA Management Company<br>CompTeam Inc.<br>Cozone.com Inc.<br>BeOn Inc. (formerly known as CompUSA PC Inc.)<br>BeOn Operating Company (formerly known as CompUSA PC Operating Company)<br>Computer City Inc.<br>Good Guys Inc.<br>Good Guys California, Inc.<br>Goodguys.com Inc. |
| 3. PBE Consumer Electronics | PBE Consumer Electronics, LLC and related entities |
| 4. Petters Company | Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities and as Receiver for Petters Company, LLC and related entities |

| | |
|---|---|
| 5. RadioShack | RadioShack Corporation and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to, RadioShack Corporation |
| 6. Sears | Sears, Roebuck and Co. and Kmart Corporation and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to, <br><br>Sears, Roebuck and Co. <br>Sears Holding Corporation <br>Sears Holdings Management Corporation <br>Kmart Corporation <br>Kmart Management Corporation <br>Kmart Holdings Corporation |
| 7. Target | Target Corporation and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to, Target Corporation |
| 8. ViewSonic | ViewSonic Corporation and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices, including, but not limited to, <br><br>ViewSonic Corporation <br>ViewSonic International Corporation <br>ViewSonic Display Limited <br>ViewSonic Hong Kong Limited |
| 9. Wal-Mart | Wal-Mart Stores, Inc. and its subsidiaries and affiliates, including but not limited to Wal-Mart Stores East, LP; Wal-Mart Stores Texas, LLC; Wal-Mart Louisiana, LLC; Wal-Mart Stores Arkansas, LLC; and Walmart.com USA, LLC (collectively operating as Walmart); and Sam's West, Inc. and Sam's East, Inc. (collectively operating as Sam's Club) |
| 10. Rhodrick Harden | Rhodrick Harden from Columbus, Ohio |

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

| | | | |
|---|---|---|---|
| SUITE 5100 | SUITE 950 | SUITE 3800 | 15TH FLOOR |
| 901 MAIN STREET | 1901 AVENUE OF THE STARS | 1201 THIRD AVENUE | 560 LEXINGTON AVENUE |
| DALLAS, TEXAS 75202-3775 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10022-6828 |
| (214) 754-1900 | (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

KENNETH S. MARKS
DIRECT DIAL (713) 653-7854

E-MAIL KMARKS@SUSMANGODFREY.COM

January 31, 2012

## *VIA CERTIFIED MAIL*

CRT Indirect Exclusions
c/o The Notice Company, Inc.
P.O. Box 778
Hingham, Massachusetts 02043

> Re:     *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917, Request for
>           Exclusion from Chunghwa Indirect Settlement

Dear Sirs:

We represent Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust (the "Liquidating Trust"). Pursuant to the order of the United States Bankruptcy Court for the Eastern District of Virginia confirming the plan of liquidation of Circuit City Stores, Inc. and affiliated debtors, all property of Circuit City Stores, Inc. and affiliated debtors, including all claims and causes of action, was vested in and transferred to the Liquidating Trust.[1] Alfred H. Siegel is the duly appointed trustee of the Liquidating Trust.

The Liquidating Trust, on behalf of itself and Circuit City Stores, Inc. and its affiliated debtors, wants to be excluded from the settlement with Chunghwa in *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917.

If you have any questions regarding this exclusion election, please contact me.

Sincerely,

Kenneth S. Marks

cc:     Jonathan Ross [firm]
          Parker Folse [firm]

---

[1]   *In re Circuit City Stores, Inc., et al.,*  Case No. 08-35653 (KRH), in the United States Bankruptcy Court for the Eastern District of Virginia

2151289v1/012325

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

> **Re:** **In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No. 1917, Chunghwa Settlement**

Dear Sir or Madam:

We are writing to inform you that Old Comp Inc. ("Old Comp") and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the Detailed Notice ("Notice") from the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. The entities requesting exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the Notice described in the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, LTD., filed on August 10, 2011. It is not intended for any other purpose. Please remove the foregoing entities from any Class list you have compiled or that you compile in the future regarding the litigation described in the Notice.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc: Jeffrey H. Howard
Jason C. Murray

## Schedule A

Old Comp Inc. (formerly known as CompUSA Inc.)
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompUSA GP Holdings Company
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompUSA Holdings Company
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompUSA Stores L.P.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompUSA Management Company
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

CompTeam Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Cozone.com Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

BeOn Inc. (formerly known as CompUSA PC Inc.)
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

BeOn Operating Company (formerly known as CompUSA PC Operating Company)
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Computer City, Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Good Guys Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Good Guys California, Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

Goodguys.com Inc.
7750 N. MacArthur, Suite 120-PMB326
Irving, Texas 75063

# LINDQUIST

L I N D Q U I S T **+** V E N N U M

Minneapolis • Denver

**Kelly G. Laudon**
(612) 371-3957
klaudon@lindquist.com
www.lindquist.com

Lindquist & Vennum PLLP
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 371-3211
Fax: (612) 371-3207

January 30, 2012

## VIA PRIORITY MAIL

CRT Indirect Exclusions
c/o The Notice Company Inc.
P.O. Box 778
Hingham, MA 02043

**Re:  Request for exclusion from CRT Class**

**John R. Stoebner, et al v. LG Electronics, Inc., et al.
Court File No. C-11-05381 (N.D. Calif.)**

Dear Sir or Madam:

Our firm represents plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities, and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities and as Receiver for Petters Company, LLC and related entities, in the action brought against multiple defendants related to the Cathode Ray Tube Antitrust Litigation, including Chunghwa Picture Tubes Ltd. Our clients' opt-out action was filed in the Northern District of California as Civil Case No. C-11-05381, and was consolidated with Case No. C07-5944-SC by order dated January 24, 2012.

Our clients hereby request to be excluded from the class action in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL NO. 1917, including the Chunghwa Settlement. Please contact me with any questions or concerns.

Very truly yours,

LINDQUIST & VENNUM PLLP

Kelly G. Laudon

KGL/gmi
cc via email):  James M. Lockhart, Esq.
James P. McCarthy, Esq.
Jessica L. Meyer, Esq.

DOCS-#3621048-v1

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

       **Re:**    In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No.
               1917, Chunghwa Settlement

Dear Sir or Madam:

      We are writing to inform you that RadioShack Corporation ("RadioShack") and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the Detailed Notice ("Notice") from the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. The entities requesting exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the Notice described in the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. It is not intended for any other purpose. Please remove the foregoing entities from any Class list you have compiled or that you compile in the future regarding the litigation described in the Notice.

      Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

                          Sincerely,

                          Jerome A. Murphy

Enclosure

cc:     Jeffrey H. Howard
         Jason C. Murray

## Schedule A

RadioShack Corporation
300 RadioShack Circle
Fort Worth, TX 76102-1964

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

> Re: In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No. 1917, Chunghwa Settlement

Dear Sir or Madam:

We are writing to inform you that Sears, Roebuck and Co. and Kmart Corporation (collectively "Sears") and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the Detailed Notice ("Notice") from the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. The entities requesting exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the Notice described in the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. It is not intended for any other purpose. Please remove the foregoing entities from any Class list you have compiled or that you compile in the future regarding the litigation described in the Notice.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc: Jeffrey H. Howard
Jason C. Murray

## Schedule A

Sears, Roebuck and Co.
3333 Beverly Road
Hoffman Estates, IL 60179

Sears Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Sears Holdings Management Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Kmart Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Kmart Management Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

Kmart Holdings Corporation
3333 Beverly Road
Hoffman Estates, IL 60179

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

Re:  In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No. 1917, Chunghwa Settlement

Dear Sir or Madam:

We are writing to inform you that Target Corporation ("Target") and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, LTD., filed on August 10, 2011. The entities requesting exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the Notice described in the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. It is not intended for any other purpose. Please remove the foregoing entities from any Class list you have compiled or that you compile in the future regarding the litigation described in the Notice.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc:  Jeffrey H. Howard
Jason C. Murray

Crowell & Moring LLP ▪ www.crowell.com ▪ Washington, DC ▪ New York ▪ San Francisco ▪ Los Angeles ▪ Orange County ▪ Anchorage ▪ London ▪ Brussels

## Schedule A

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116



Jerome A. Murphy
(202) 624-2985
jmurphy@crowell.com

January 30, 2012

**VIA FIRST CLASS & CERTIFIED MAIL
RETURN RECEIPT REQUESTED**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

Re: In re Cathode Ray Tube (CRT) Antitrust Litigation, No. CV-07-5944-SC, MDL No. 1917, Chunghwa Settlement

Dear Sir or Madam:

We are writing to inform you that ViewSonic Corporation ("ViewSonic") and each of its parents, predecessors, successors, subsidiaries, agents, affiliates, partners, acquisitions, assignors, divisions, departments, and offices request exclusion from the Indirect Purchaser Plaintiffs Settlement Class in the *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944-SC, described in the Detailed Notice ("Notice") from the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. The entities requesting exclusion include, but are not limited to, the entities listed on the attached Schedule A. This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities and to comply with the Notice described in the Order Granting Preliminary Approval Of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., filed on August 10, 2011. It is not intended for any other purpose. Please remove the foregoing entities from any Class list you have compiled or that you compile in the future regarding the litigation described in the Notice.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

Sincerely,

Jerome A. Murphy

Enclosure

cc: Jeffrey H. Howard
Jason C. Murray

Crowell & Moring LLP ■ www.crowell.com ■ Washington, DC ■ New York ■ San Francisco ■ Los Angeles ■ Orange County ■ Anchorage ■ London ■ Brussels

## Schedule A

ViewSonic Corporation
381 Brea Canyon Road
Walnut, CA 91789

ViewSonic International Corporation
9F, No. 192, Lien Chen Road
Chung Ho, 235, Taipei, Taiwan

ViewSonic Display Limited
Level 28, Three Pacific Place
1 Queen's Road East, Hong Kong

ViewSonic Hong Kong Limited
C/o Kai Tak Commercial Building
161 Connaught Road Central
Rooms 1905-8, 19th Floor
Hong Kong



## Legal Commercial

**Kristen Albertson**

**Associate General Cousel**
Kristen.Albertson@walmartlegal.com

702 SW 8th Street (MS 0215)
Bentonville, AR 72716-0215
Direct 479.204.8643
Main 479.273.4505
www.walmart.com

January 16, 2012

**BY FEDERAL EXPRESS**

CRT Indirect Exclusions
c/o The Notice Company Inc.
PO Box 778
Hingham, MA 02043

> Re:    *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Chunghwa
> Settlement

Dear Sir or Madam:

I am writing on behalf of Wal-Mart Stores, Inc. and its subsidiaries and affiliates, including
but not limited to Wal-Mart Stores East, LP; Wal-Mart Stores Texas, LLC; Wal-Mart
Louisiana, LLC; Wal-Mart Stores Arkansas, LLC; and Walmart.com USA, LLC (collectively
operating as Walmart); and Sam's West, Inc. and Sam's East, Inc. (collectively operating as
Sam's Club) (all such entities being collectively referred to herein as "Walmart"). Walmart's
contact information is as follows:

Wal-Mart Stores, Inc.
Legal Department
Attn: Kristen Albertson
702 S.W. 8th Street
Bentonville, Arkansas 72716-0215
(479) 204-8643

Walmart wishes to be excluded from In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No.
1917, Chunghwa Settlement.

Sincerely,

Kristen Albertson, Associate General Counsel

CRT Indirect Exclusions

C/o

THE NOTICE COMPANY INC,

P.O. BOX 778

HINGHAM, MASSACHUSETTS

02043

Honorable Charles A. Legge (Ret)

C/Ms.

Two Embaccadero, Suite 1500

San Francisco, California

94111

PNC Bank

Financial Services Group

1850 East Dublin Granville Road.

Columbus, Ohio 43229

Total $2.5 million

Telephone Nos. (614) 264-4838 (614) 263-1080

(614) 390-3416 AED Ohio, Columbus

Pink

Policy, Cops, Talk, Clothes, Horses, Busted Flat.

Slurree, Twisted, Lifering, American Greed

Conspiracy

Everybody Hates Chris The White

Extremist, Starstruck, War, Snap, World Power,

Punisher, Vigilante, Cancer, Bomb Patrol

Remember The Titans Beyond 9/11 Tel Mary 26

Customer Service

Die Hard, Sax, NAS, Red, Ugly, Cradle 2 The

Grave, Exit Wounds, Out For Justice

Malin O. Gray Funeral Home

2500 Cleveland Avenue.

Columbus, Ohio

Chapel of Peace (614) 267-8310

Mr. Rhodrick Harden

Dec 7, 2011

