GREGORY D. HULL (Bar No. 57367)
Email: greg.hull@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email: ecole@dl.com
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendants Panasonic Corporation of North America; MT Picture Display Co., Ltd.; Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)

MDL No. 1917

[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>[PROPOSED] **ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS | |

-1-

The Direct Purchaser Plaintiffs filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. # 1057) ("Motion to Seal") related to the filing of the Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Partial Summary Judgment ("DPPs' Opposition"), the Declaration of R. Alexander Saveri in Opposition in Opposition to Defendants' Motion for Partial Summary Judgment ("Saveri Declaration"), and the exhibits attached to the Saveri Declaration, all of which were lodged conditionally under seal on February 24, 2012 pursuant to Plaintiffs' Motion to Seal. Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd.; Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively the "Panasonic Defendants") filed the Declaration of Adam C. Hemlock ("Hemlock Decl.") in support of Plaintiffs' Motion to Seal, requesting a narrowly tailored order to maintain certain documents under seal.

The documents at issue are the Saveri Declaration Exhibit 24 and the Saveri Declaration Exhibit 25. Exhibit 24 is Panasonic Defendants' Second Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, No. 5, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order. Likewise, Exhibit 25 is Panasonic Defendants' Third Supplemental Responses to Direct Purchaser Plaintiffs' First Set of Interrogatories, No. 5, designated by the Panasonic Defendants as "Confidential" under the Stipulated Protective Order.

After due consideration of the papers submitted and the arguments of counsel, the Court finds that the above materials described in the Hemlock Decl. contain proprietary and sensitive business information, and a substantial probability exists that the Panasonic Defendants would be competitively harmed if the materials were publicly disclosed. The Court also finds that the Panasonic Defendants have narrowly tailored this sealing request to only those exhibits necessary to protect their proprietary and sensitive business information. The Court thus finds compelling reasons to maintain under seal the materials described in the Hemlock Decl.

**IT IS THEREFORE ORDERED** that the following documents and document

excerpts shall be maintained permanently under seal in their entirety:

    a.    Saveri Declaration Exhibit 24;

    b.    Saveri Declaration Exhibit 25.

**IT IS SO ORDERED.**

Dated: _____          _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE