|   |   |
|---|---|
| 1 | David J. Burman, WA Bar No. 10611<br>(*pro hac vice* application to be submitted)<br>Nicholas H. Hesterberg, WA Bar No. 41970<br>(*pro hac vice* application to be submitted)<br>**PERKINS COIE** LLP |
| 2 | 1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 |
| 3 | Telephone:    206.359.8000<br>Facsimile:     206.359.9000 |
| 4 |   |
| 5 | Euphemia N. Thomopulos, Cal. Bar No. 262107<br>**PERKINS COIE** LLP |
| 6 | Four Embarcadero Center, Suite 2400<br>San Francisco, CA  94111-4131<br>Telephone:    415.344.7000 |
| 7 | Facsimile:     415.344.7050 |
| 8 | *Attorneys for Plaintiff*<br>*Costco Wholesale Corporation* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
|---|---|
| This document relates to:<br><br>ALL ACTIONS | ~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Nicholas H. Hesterberg, whose business address and telephone number is:

Nicholas H. Hesterberg, WA Bar No. 41970
NHesterberg@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

and who is an active member in good standing of the bar of Washington State,  having applied in

the above-entitled action for admission to practice in the Northern District of California on a *pro*

| [PROPOSED] ORDER GRANTING APPLICATION<br>FOR ADMISSION PRO HAC VICE<br>29040-0318/LEGAL22899348.2 | Case No. 07-5944-SC<br>MDL No. 1917 |
|---|---|

*hac vice* basis representing Plaintiff Costco Wholesale Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 3/2/12

_____
The Honorable
United States

*IT IS SO ORDERED*
*Judge Samuel Conti*

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION PRO HAC VICE
29040-0318/LEGAL22899348.2

Case No. 07-5944-SC
MDL No. 1917