1  Ronald C. Redcay (SBN 67236)
   E-Mail: Ronald.Redcay@aporter.com
2  John D. Lombardo (SBN 187142)
   E-Mail: John.Lombardo@aporter.com
3  D. Eric Shapland (SBN 193853)
   E-Mail: Eric.Shapland@aporter.com
4  Eric D. Mason (SBN 259233)
   E-Mail: Eric.Mason@aporter.com
5  ARNOLD & PORTER LLP
   777 South Figueroa Street, Forty-Fourth Floor
6  Los Angeles, California  90017-5844
   Telephone:  213.243.4000
7  Facsimile:  213.243.4199

8  Beth H. Parker (SBN 104773)               Samuel R. Miller (SBN 66871)
   E-Mail:  Beth.Parker@aporter.com          E-Mail: srmiller@sidley.com
9  ARNOLD & PORTER LLP                       Marie L. Fiala (SBN 79676)
   One Embarcadero Center                    E-Mail: mfiala@sidley.com
10 Twenty-Second Floor                       Ryan M. Sandrock (SBN 251781)
   San Francisco, California  94111-3711     E-Mail: rsandrock@sidley.com
11 Telephone:  415.356.3000                  Robert B. Martin, III (SBN 235489)
   Facsimile:  415.356.3099                  E-Mail: rbmartin@sidley.com
12                                           SIDLEY AUSTIN LLP
                                             555 California Street, 20th Floor
13                                           San Francisco, California  94104
                                             Telephone:    (415) 772-1200
14                                           Facsimile:    (415) 772-7400

15 Attorneys for Defendant LG Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:11-cv-01656 SC <br><br> Lead Case: 3:07-cv-05944 SC <br> MDL No. 1917 |
| This Document Relates To: <br><br> All Direct Purchaser Plaintiff Actions | **DECLARATION OF ERIC SHAPLAND IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

DECLARATION OF ERIC SHAPLAND IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
ADMINISTRATIVE MOTION TO SEAL DOCUMENTS, Case No. 3:07-cv-5944 SC; MDL No. 1917

I, Eric Shapland, hereby declare as follows:

1. I am Counsel with the law firm of Arnold & Porter LLP, attorneys for Defendant LG Electronics, Inc. ("LGEI"), in the above-entitled action. Unless otherwise noted, I make the statements contained in this declaration based on my own personal knowledge, and if called to testify as a witness, I could and would competently testify thereto. I make this declaration in support of Direct Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1057).

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter.

3. On February 24, 2012, Direct Purchaser Plaintiffs filed an administrative motion to seal the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

   a. Portions of Direct Purchaser Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential"; and

   b. Declaration of R. Alexander Saveri in Opposition to Defendants' Motion for Partial Summary Judgment that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential".

4. Attached as Exhibit 32 to the Declaration of R. Alexander Saveri in Opposition to Defendants' Motion for Partial Summary Judgment ("Saveri Declaration") is Defendant LG Electronics, Inc.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5.

5. The document appearing in full in Exhibit 32 of the Saveri Declaration consists of confidential, nonpublic, proprietary and highly sensitive business information. The document contains confidential information about LGEI's sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements and competitive positions. This document describes relationships with companies that remain important to LGEI's competitive position. This is sensitive information; I am informed and believe that publicly

disclosing it presents a risk of undermining LGEI's business relationships, would cause it harm with respect to its competitors and customers, and would put LGEI at a competitive disadvantage.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing statements are true and correct.

Executed this 2nd day of March, 2012, at Los Angeles, California.

By: */s/ Eric Shapland*
    Eric Shapland