1 | KENT M. ROGER, State Bar No. 95987
2 | MICHELLE PARK CHIU, State Bar No. 248421
  | MORGAN, LEWIS & BOCKIUS LLP
3 | One Market, Spear Street Tower
  | San Francisco, CA  94105-1126
  | Tel: 415.442.1000
4 | Fax: 415.442.1001
  | E-mail: kroger@morganlewis.com
5 |         mchiu@morganlewis.com

6 | Attorneys for Defendants
  | HITACHI, LTD., HITACHI DISPLAYS, LTD.,
7 | HITACHI AMERICA, LTD., HITACHI ASIA,
  | LTD., and HITACHI ELECTRONIC DEVICES
8 | (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER SEALING DOCUMENTS**<br><br>**[Civil L.R. 79-5(d)]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. M: 07-5944 SC; MDL NO. 1917

[PROPOSED] ORDER SEALING DOCUMENTS

DB2/ 22996191.1

1  Having considered the parties' submissions regarding whether certain documents
2  plaintiffs lodged with the Court should be filed under seal, and good cause appearing:
3  IT IS HEREBY ORDERED that the following documents and portions of documents
4  currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under
5  seal:
6  1. Exhibits 30 and 31 to the Declaration of R. Alexander Saveri in Opposition to
7  Defendants' Motion for Partial Summary Judgment ("Saveri Declaration"), in their entirety; and
8  2. All references to documents designated "Highly Confidential" by Hitachi, Ltd.,
9  Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices
10  (USA), Inc. under the Stipulated Protective Order, contained in Direct Purchaser Plaintiffs'
11  Opposition to Defendants' Motion for Partial Summary Judgment, including but not limited to
12  Exhibits 30 and 31 to the Saveri Declaration.
13  IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local
14  Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or
15  discuss any of the sealed documents or their contents absent further order of the Court.

17  Dated:_____

Samuel Conti
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2     CASE NO. M: 07-5944 SC; MDL NO. 1917

[PROPOSED] ORDER SEALING DOCUMENTS

DB2/ 22996191.1