Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Lucius B. Lau, hereby declare as follows:

1. I am Counsel with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Entities"). I make this declaration in support of the Direct Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1057).

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court approved a "Stipulated Protective Order" ("Protective Order") in this matter.

4. On February 24, 2012, the Direct Purchaser Plaintiffs filed an administrative motion to seal the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

   a. Portions of Direct Purchaser Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential"; and

   b. Declaration of R. Alexander Saveri in Opposition to Defendants' Motion for Partial Summary Judgment (the "Saveri Declaration") that contains quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential."

5. Attached as Exhibit 26 to the Saveri Declaration is Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories.

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF
DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO
SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

2

6. Attached as Exhibit 28 to the Saveri Declaration is Toshiba America Electronic Components, Inc.'s Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories.

7. The documents appearing in full in Exhibits 26 and 28 of the Saveri Declaration have been designated by the Toshiba Entities as "Confidential" pursuant to the Protective Order because they contain confidential, nonpublic, and highly sensitive business information. They contain confidential, non-public information about the Toshiba Entities' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies — including customers, and vendors — that remain important to the Toshiba Entities' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Entities' relationships, would cause harm with respect to the Toshiba Entities' competitors and customers, and would put the Toshiba Entities at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of March, 2012, in Washington, D.C.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF
DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO
SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

3

## CERTIFICATE OF SERVICE

On March 2, 2012, I served a copy of the attached Declaration Of Lucius B. Lau In Support Of Direct Purchaser Plaintiffs' Administrative Motion To Seal Documents Pursuant To Civil Local Rules 7-1 and 79-5(d) on all counsel of record in this action via PACER.

_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005