Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America, Inc., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    The Direct Purchaser Plaintiffs filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1057) ("Motion to Seal") related to the Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Partial Summary Judgment ("DPPs' Opposition"), the Declaration of R. Alexander Saveri in Opposition to Defendants' Motion for Partial Summary Judgment ("Saveri Declaration"), and the exhibits attached to the Saveri Declaration, all of which were lodged conditionally under seal on February 24, 2012, pursuant to Plaintiffs' Motion to Seal.  Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Entities") filed the Declaration of Lucius B. Lau ("Lau Declaration") in support of Plaintiffs' Motion to Seal, requesting a narrowly tailored order to maintain certain documents under seal.

The first document at issue is Exhibit 26 to the Saveri Declaration.  Exhibit 26 is Toshiba Corporation's Supplemental Objections and Responses to Interrogatories Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, designated by the Toshiba Entities as "Confidential" pursuant to the Protective Order.

The second document at issue is Exhibit 28 to the Saveri Declaration.  Exhibit 28 is Toshiba America Electronic Components, Inc.'s Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, designated by the Toshiba Entities as "Confidential" pursuant to the Protective Order.

After due consideration of the papers submitted and the arguments of counsel, the Court finds that the above materials described in the Lau Declaration contain proprietary and sensitive business information, and a substantial probability exists that the Toshiba Entities would be competitively harmed if the materials were publicly disclosed.  The Court also finds that the Toshiba Entities have narrowly tailored this sealing request to only the exhibits thereto necessary to protect their proprietary and sensitive business

1  information. The Court thus finds compelling reasons to maintain under seal the
2  materials described in the Lau Declaration.
3  **IT IS THEREFORE ORDERED** that the Saveri Declaration Exhibits 26 and 28
4  shall be maintained permanently under seal in their entirety.

6  **IT IS SO ORDERED.**

8  Dated: _____          _____
9                                         HONORABLE SAMUEL CONTI
10                                        UNITED STATES DISTRICT JUDGE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

[PROPOSED] ORDER GRANTING DIRECT PURCHASER
PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS
Case No. 07-5944 SC
MDL No. 1917
3