Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT'S PRODUCTION OF DOCUMENTS AND INFORMATION |

WHEREAS, on September 7, 2010, Special Master Legge issued his Report Regarding Case Management Conference No. 2 ("Order");

WHEREAS, on September 8, 2010, the Court entered the Order;

WHEREAS the Order allows parties seeking discovery to file discovery motions in the form of a letter motion, requires the responding parties to file their oppositions within 15 days after the filing, and requires the parties seeking discovery to file any responding letter briefs within 10 days thereafter;

WHEREAS, on February 16, 2012, the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs ("Plaintiffs") submitted a letter brief requesting that Defendant Toshiba Corporation (the "Toshiba Corp.") be compelled to identify and produce certain documents and information (the "Motion to Compel");

WHEREAS a hearing on the Motion to Compel is currently scheduled for April 4, 2012;

WHEREAS counsel for Defendant Toshiba Corp. and counsel for the Plaintiffs agree that it is appropriate to extend the time for filing Defendant Toshiba Corp.'s opposition to the Motion to Compel and the time for filing the Plaintiffs' reply to the Motion to Compel;

WHEREAS the requested time modification will not affect the schedule for any hearing or proceeding in the case;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Defendant Toshiba Corp., that:

1. The deadline for Defendant Toshiba Corp.'s opposition to the Plaintiffs' Motion to Compel is hereby extended up to and including March 7, 2012.

2. The deadline for Plaintiffs' reply to Defendant Toshiba Corp.'s opposition is hereby extended up to and including March 21, 2012.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION TO COMPEL
DEFENDANT'S PRODUCTION OF DOCUMENTS AND INFORMATION
Case No. 07-5944 SC
MDL No. 1917

2

Dated: March 2, 2012

**WHITE & CASE LLP**

By: /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendant Toshiba Corporation*

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

By: /s/ Mario N. Alioto
Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

SAVERI & SAVERI, INC.

By: /s/ Guido Saveri
Guido Saveri
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 2, 2012

_____
Hon. Charles A. Legge
Special Master

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION TO COMPEL
DEFENDANT'S PRODUCTION OF DOCUMENTS AND INFORMATION
Case No. 07-5944 SC
MDL No. 1917

4

# CERTIFICATE OF SERVICE

On March 2, 2012, I served a copy of the attached Stipulation and Proposed Order on all counsel of record in this action via e-mail.

                                               /s/ Lucius B. Lau
                                               Lucius B. Lau

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION TO COMPEL
DEFENDANT'S PRODUCTION OF DOCUMENTS AND INFORMATION
Case No. 07-5944 SC
MDL No. 1917

5