

1   Christopher M. Curran (*pro hac vice*)
2   ccurran@whitecase.com
    George L. Paul (*pro hac vice*)
3   gpaul@whitecase.com
4   Lucius B. Lau (*pro hac vice*)
    alau@whitecase.com
5   White & Case LLP
6   701 Thirteenth Street, N.W.
    Washington, D.C. 20005
7   Telephone: (202) 626-3600
8   Facsimile: (202) 639-9355

9   *Counsel to Defendants Toshiba Corporation,*
    *Toshiba America, Inc., Toshiba America Information Systems, Inc.,*
10  *Toshiba America Consumer Products, L.L.C.,*
11  *and Toshiba America Electronic Components, Inc.*

12                  UNITED STATES DISTRICT COURT
13               NORTHERN DISTRICT OF CALIFORNIA
                    (SAN FRANCISCO DIVISION)
14

15
16  IN RE: CATHODE RAY TUBE (CRT)              Case No. 07-5944 SC
    ANTITRUST LITIGATION                          MDL No. 1917
17

18  This Document Relates to:
19                                          **APPLICATION FOR ADMISSION OF**
    ALL ACTIONS                              **ATTORNEY *PRO HAC VICE***
20

21

22          Pursuant to Rule 11-3 of the Local Rules of Practice in Civil Proceedings before the

23  United States District Court for the Northern District of California, I, Charise Naifeh, an

24  active member in good standing of the bar of the highest court in the State of New York,

25  hereby apply for admission to practice in the United States District Court for the Northern

26  District of California on a *pro hac vice* basis representing Defendants Toshiba Corporation,

27  Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America

28

1 Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. in the
2 above-entitled action.

3     In support of this application, I certify on oath that:

4     1.    I am an active member in good standing of a United States Court or of the
5 highest court of another state or the District of Columbia, as indicated above;

6     2.    I agree to abide by the Standards of Professional Conduct set fort in Rule 11-4
7 of the Local Rules of Practice in Civil Proceedings before the United States District Court
8 for the Northern District of California, to comply with General Order 45, *Electronic Case*
9 *Filing*, and to become familiar with the Local Rules and Alternative Dispute Resolution
10 programs of this Court; and

11     3.    An attorney who is a member of the bar of this Court in good standing and
12 who maintains an office within the State of California has been designated as co-counsel in
13 the above-entitled action. The name, address, and telephone number of that attorney is:

14     Bijal Vakil, White & Case LLP, 3000 El Camino Real, Five Palo Alto Square, 9th
15 Floor, Palo Alto, California 94306, (650) 213-0300.

16     I declare under penalty of perjury that the foregoing is true and correct.

17 Dated: March 1, 2012             Respectfully submitted,

18
19                        **WHITE & CASE**LLP

20                 By: _Charise N2c._
21                   Charise Naifeh
22                   701 Thirteenth Street, N.W.
                  Washington, D.C. 20005
23                   tel.: (202) 626-3600
                  fax: (202) 639-9355

24
25                   *Counsel to Defendants Toshiba*
26                   *Corporation, Toshiba America, Inc.,*
                  *Toshiba America Information Systems,*
27                   *Inc., Toshiba America Consumer*
                  *Products, L.L.C., and Toshiba America*
28                   *Electronic Components, Inc.*

1

2

3

4

5

**CERTIFICATE OF SERVICE**

      On March 1, 2012, I caused a copy of the "APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*" to be served via email upon guido@saveri.com, rick@saveri.com, grushing@saveri.com, malioto@tatp.com, laurenrussell@tatp.com, as well as counsel for the defendants who have entered an appearance in this case.

6

7

8

9

                By: _____
                       Charise Naifeh

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28