1  Jason C. Murray (CA Bar No. 169806)
   CROWELL & MORING LLP
2  515 South Flower St., 40th Floor
   Los Angeles, CA 90071
3  Telephone:  213-622-4750
   Facsimile:  213-622-2690
4  Email: jmurray@crowell.com

5  Counsel for Plaintiffs
   *Target Corp.; Sears, Roebuck and Co.;*
6  *Kmart Corp.; Old Comp Inc.; Good*
   *Guys, Inc.; RadioShack Corp*
7

8
9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                        **SAN FRANCISCO DIVISION**

12

13  | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No. CV 07-5944-SC |
    |---|---|
    | This Document Relates To: | MDL No. 1917 |
    | *Target Corp., et al. v. Hitachi, Ltd., et al., Case No. 3:11-CV 11-05515-MEJ* | **DECLARATION OF JASON C. MURRAY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |

I, Jason C. Murray, hereby declare as follows:

1. I am a partner at Crowell & Moring LLP, counsel of record for plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; and RadioShack Corp. and am duly licensed to practice before this Court. I am making this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Case Should Be Related. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently as to the matters set forth herein.

2. Attached hereto as Exhibit A is a copy of the Complaint filed in *Target Corp., et al v. Hitachi Ltd., et al.*, Case No. 4:11-cv-05515-YGR (the "Target Action").

3. The Target Action is an antitrust action filed against certain defendants also named in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. CV-07-5944-SC (MDL No. 1917). Both actions involve allegations that defendants conspired to fix the prices of Cathode Ray Tubes ("CRTs") and seek the same form of relief under Section 1 of the Sherman Act, Sections 4 and 16 of the Clayton Act, and the laws of California and other states.

4. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because defendants in the Target Action have not yet appeared.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of March, 2012.

                                        */s/ Jason C. Murray*
                                          Jason C. Murray