Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Counsel for Plaintiffs
*Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Target Corp., et al. v. Hitachi, Ltd., et al., Case No. 3:11-CV 11-05515-MEJ* | CASE No. CV 07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |

1    Having considered the Administrative Motion to Consider Whether Cases Should Be
2  Related Pursuant to Civil Local Rule 3-12 filed by Plaintiffs Target Corp.; Sears, Roebuck and
3  Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; and RadioShack Corp., and the papers and
4  pleadings on file, and good cause appearing, the Court HEREBY GRANTS the motion.

5    IT IS HEREBY ORDERED that the case captioned *Target Corp. et al. v. Hitachi, Ltd., et
6  al.*, Case No. 4:11-cv-05515-YGR, filed November 14, 2011, and currently pending in the
7  Northern District of California and assigned to the Honorable Yvonne Gonzalez Rogers, is
8  deemed related to the above-captioned matter and is assigned to the undersigned Judge.

9    IT IS HEREBY FURTHER ORDERED that pursuant to Local Civil Rule 3-12(f)(3), the
10  Clerk of the Court shall notify the parties in the above-captioned matter, Judge Yvonne Gonzalez
11  Rodgers, and the parties in *Target Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 4:11-cv-05515-
12  YGR of this Order.

13    **IT IS SO ORDERED.**

15  DATED:

16                                         _____
                                              Hon. Samuel Conti
17                                            United States District Judge