Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,
Toshiba America Information Systems, Inc.,
Toshiba America Consumer Products, L.L.C.,
and Toshiba America Electronic Components, Inc.*

RECEIVED
MAR - 2 2012
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Upon consideration of the Application for Admission of Attorney *Pro Hac Vice* filed by Charise Naifeh, whose business address and telephone number is White & Case LLP, 701 Thirteenth Street, N.W., Washington, DC 20005, (202) 626-3600, and who is an active member in good standing of the bar of the State of New York, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing Defendants Toshiba

1  Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba
2  America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.;

3      IT IS HEREBY ORDERED that the application is granted, subject to the terms and
4  conditions of Rule 11-3 of the Local Rules of Practice in Civil Proceedings before the
5  United States District Court for the Northern District of California. All papers filed by the
6  attorney must indicate appearance *pro hac vice*. Service of papers upon and
7  communication with co-counsel designated in the application will constitute notice to the
8  party. All future filings in this action are subject to the requirements contained in General
9  Order No. 45, *Electronic Case Filing*.

12  Dated: __3/7_____, 2012    _____
13                                      Samuel Conti, United States District Judge

