| Clerk's Use Only | |
|---|---|
| Initial for fee pd: | |

1. ADAM C. HEMLOCK (*pro hac vice pending*)
   Email: adam.hemlock@weil.com
2. STEVEN A. REISS (*pro hac vice*)
   Email: steven.reiss@weil.com
3. DAVID L. YOHAI (*pro hac vice*)
   Email: david.yohai@weil.com
4. **WEIL, GOTSHAL & MANGES LLP**
5. 767 Fifth Avenue
   New York, New York 10153-0119
   Telephone: (212) 310-8000
6. Facsimile: (212) 310-8007

7. GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
8. **WEIL, GOTSHAL & MANGES LLP**
   201 Redwood Shores Parkway
9. Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
10. Facsimile: (650) 802-3100

11. JEFFREY L. KESSLER (*pro hac vice*)
    Email: jkessler@dl.com
12. A. PAUL VICTOR (*pro hac vice*)
    Email: pvictor@dl.com
13. EVA W. COLE (*pro hac vice*)
    Email: ecole@dl.com
14. **DEWEY & LEBOEUF LLP**
    1301 Avenue of the Americas
15. New York, NY 10019
    Telephone: (212) 259-8000
16. Facsimile: (212) 259-7013

17. Attorneys for Defendants
    Panasonic Corporation of North America,
18. MT Picture Display Co., Ltd.,
    and Panasonic Corporation
19. (f/k/a Matsushita Electric Industrial Co., Ltd.)

20. **UNITED STATES DISTRICT COURT**
21. **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| 22 23 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL. NO. 1917 |
|---|---|---|
| 24 | | Judge: Hon. Samuel Conti |
| 25 | | Special Master: Hon. Charles A. Legge (Ret.) |
| 26 27 | This Document Relates To:<br><br>ALL ACTIONS | **APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |
| 28 | | |

FILED 2012 MAR -9 P 12:23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Civil L.R. 11-3, Lucia Freda, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> GREGORY D. HULL (57367)
> Email: greg.hull@weil.com
> **WEIL, GOTSHAL & MANGES LLP**
> 201 Redwood Shores Parkway
> Redwood Shores, California 94065-1175
> Telephone: (650) 802-3000
> Facsimile: (650) 802-3100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/5/12

Lucia Freda
Email: lucia.freda@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007