1  ADAM C. HEMLOCK (*pro hac vice*)
   Email: adam.hemlock@weil.com
2  STEVEN A. REISS (*pro hac vice*)
   Email: steven.reiss@weil.com
3  DAVID L. YOHAI (*pro hac vice*)
   Email: david.yohai@weil.com
4  **WEIL, GOTSHAL & MANGES LLP**
   767 Fifth Avenue
5  New York, New York 10153-0119
   Telephone: (212) 310-8000
6  Facsimile: (212) 310-8007

7  GREGORY D. HULL (57367)
   Email: greg.hull@weil.com
8  **WEIL, GOTSHAL & MANGES LLP**
   201 Redwood Shores Parkway
9  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
10 Facsimile: (650) 802-3100

11 JEFFREY L. KESSLER (*pro hac vice*)
   Email: jkessler@dl.com
12 A. PAUL VICTOR (*pro hac vice*)
   Email: pvictor@dl.com
13 EVA W. COLE (*pro hac vice*)
   Email: ecole@dl.com
14 **DEWEY & LEBOEUF LLP**
   1301 Avenue of the Americas
15 New York, NY 10019
   Telephone: (212) 259-8000
16 Facsimile: (212) 259-7013

17 Attorneys for Defendants
   Panasonic Corporation of North America,
18 MT Picture Display Co., Ltd.,
   and Panasonic Corporation
19 (f/k/a Matsushita Electric Industrial Co., Ltd.)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL. NO. 1917<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

(Proposed)
ORDER GRANTING APPLICATION FOR
ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. 07-5944-SC
MDL. No. 1917

*[Stamp: RECEIVED MAR 9 2012, Northern District of California]*

1
2    Lucia Freda, an active member in good standing of the bar of the Southern District of New
3 York, whose business address and telephone number is Weil, Gotshal and Manges LLP, 767 Fifth
4 Avenue, New York, New York 10153, 212-310-8000, having applied in the above-entitled action
5 for admission to practice in the Northern District of California on a *pro hac vice* basis,
6 representing Panasonic Corporation of North America, MT Picture Display Co., Ltd., and
7 Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.).
8    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10 *vice*. Service of papers upon and communication with co-counsel designated in the application
11 will constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, *Electronic Case Filing*.

13
Dated:_____          _____
14                                                The Honorable Samuel Conti
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(Proposed)
ORDER GRANTING APPLICATION FOR                                Case No. 07-5944-SC
ADMISSION OF ATTORNEY *PRO HAC VICE*      2                   MDL. No. 1917