ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email: ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

Attorneys for Defendants
Panasonic Corporation of North America,
MT Picture Display Co., Ltd.,
and Panasonic Corporation
(f/k/a Matsushita Electric Industrial Co., Ltd.)

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944-SC<br>MDL. NO. 1917<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To:<br><br>ALL ACTIONS | (~~Proposed~~)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Case 4:07-cv-05944-JST   Document 1086   Filed 03/12/12   Page 2 of 2

1

2   Lucia Freda, an active member in good standing of the bar of the Southern District of New
3   York, whose business address and telephone number is Weil, Gotshal and Manges LLP, 767 Fifth
4   Avenue, New York, New York 10153, 212-310-8000, having applied in the above-entitled action
5   for admission to practice in the Northern District of California on a *pro hac vice* basis,
6   representing Panasonic Corporation of North America, MT Picture Display Co., Ltd., and
7   Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.).

8   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
10  *vice*. Service of papers upon and communication with co-counsel designated in the application
11  will constitute notice to the party. All future filings in this action are subject to the requirements
12  contained in General Order No. 45, *Electronic Case Filing*.

13

14  Dated: ____3/12/12____           

The Honorable Judge Samuel Conti

(Proposed)
ORDER GRANTING APPLICATION FOR                    Case No. 07-5944-SC
ADMISSION OF ATTORNEY *PRO HAC VICE*      2       MDL. No. 1917