1  Jason C. Murray (CA Bar No. 169806)
   CROWELL & MORING LLP
2  515 South Flower St., 40th Floor
   Los Angeles, CA 90071
3  Telephone:  213-622-4750
   Facsimile:  213-622-2690
4  Email: jmurray@crowell.com

5  Counsel for Plaintiffs
   *Target Corp.; Sears, Roebuck and Co.;*
6  *Kmart Corp.; Old Comp Inc.; Good*
   *Guys, Inc.; RadioShack Corp.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Target Corp., et al. v. Hitachi, Ltd., et al., Case No. 3:11-CV 11-05515-MEJ* | CASE No. CV 07-5944-SC<br><br>MDL No. 1917<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12** |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1    Pursuant to Civil Local Rule 3-12 of this Court, Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; and RadioShack Corp (hereinafter, "Plaintiffs") submit this Administrative Motion to consider whether the action captioned *Target Corp. et al. v. Hitachi, Ltd., et al.*, Case No. 4:11-cv-05515-YGR, filed November 14, 2011, and currently pending in the Northern District of California and assigned to the Honorable Yvonne Gonzalez Rogers (the "Target Action"), should be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. CV-07-5944-SC (MDL No. 1917), filed November 26, 2007.

Civil Local Rule 3-12(a) states that an action is related to another when the actions "concern substantially the same parties, property, transaction or event" and it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The Target Action meets Local Rule 3-12's criteria for relatedness. It is an antitrust action filed against certain defendants also named in MDL No. 1917. Both actions involve allegations that defendants conspired to fix the prices of Cathode Ray Tubes ("CRTs") and seek the same form of relief under Section 1 of the Sherman Act, Sections 4 and 16 of the Clayton Act, and the laws of California and other states.

Given the closely related nature of these cases, each involving substantially similar questions of law and fact, there will potentially be an unduly burdensome duplication of labor and expense and/or conflicting rulings if the Target Action is not deemed related to MDL No. 1917. Accordingly, Plaintiffs respectfully request that the Target Action be deemed related to MDL No. 1917 and reassigned to the Honorable Samuel Conti.

DATED: March 8, 2012

/s/ Jason C. Murray
Jason C. Murray
CROWELL & MORING LLP

*Counsel for Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; and RadioShack Corp.*