1  Jason C. Murray (CA Bar No. 169806)
   CROWELL & MORING LLP
2  515 South Flower St., 40th Floor
   Los Angeles, CA 90071
3  Telephone:  213-622-4750
   Facsimile:  213-622-2690
4  Email:  jmurray@crowell.com

5  Counsel for Plaintiffs
   *Target Corp.; Sears, Roebuck and Co.;*
6  *Kmart Corp.; Old Comp Inc.; Good*
   *Guys, Inc.; RadioShack Corp*

7

8

9                   **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN FRANCISCO DIVISION**

12

13  IN RE CATHODE RAY TUBE (CRT)        CASE No. CV 07-5944-SC
    ANTITRUST LITIGATION
14                                      MDL No. 1917
    This Document Relates To:
15                                      **DECLARATION OF JASON C.**
    *Target Corp., et al. v. Hitachi, Ltd., et al.,*   **MURRAY IN SUPPORT OF**
16  *Case No. 3:11-CV 11-05515-MEJ*     **PLAINTIFFS' ADMINISTRATIVE**
                                        **MOTION TO CONSIDER WHETHER**
17                                      **CASE SHOULD BE RELATED**

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1    I, Jason C. Murray, hereby declare as follows:

2    1.    I am a partner at Crowell & Moring LLP, counsel of record for plaintiffs Target

3    Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; and RadioShack

4    Corp. and am duly licensed to practice before this Court.  I am making this declaration in support

5    of Plaintiffs' Administrative Motion to Consider Whether Case Should Be Related.  I have

6    personal knowledge of the facts stated herein and, if called as a witness, could and would testify

7    competently as to the matters set forth herein.

8    2.    Attached hereto as Exhibit A is a copy of the Complaint filed in *Target Corp., et al*

9    *v. Hitachi Ltd., et al.*, Case No. 4:11-cv-05515-YGR (the "Target Action").

10    3.    The Target Action is an antitrust action filed against certain defendants also named

11    in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. CV-07-5944-SC (MDL No.

12    1917).  Both actions involve allegations that defendants conspired to fix the prices of Cathode

13    Ray Tubes ("CRTs") and seek the same form of relief under Section 1 of the Sherman Act,

14    Sections 4 and 16 of the Clayton Act, and the laws of California and other states.

15    4.    A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because

16    defendants in the Target Action have not yet appeared.

17    I declare under penalty of perjury under the laws of the United States of America that the

18    foregoing is true and correct.  Executed this 8th day of March, 2012.

19

20                                    */s/ Jason C. Murray*
                                         Jason C. Murray

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-