1  Jason C. Murray (CA Bar No. 169806)
   CROWELL & MORING LLP
2  515 South Flower St., 40th Floor
   Los Angeles, CA 90071
3  Telephone: 213-622-4750
   Facsimile: 213-622-2690
4  Email: jmurray@crowell.com

5  Counsel for Plaintiffs
   *Target Corp.; Sears, Roebuck and Co.;*
6  *Kmart Corp.; Old Comp Inc.; Good*
   *Guys, Inc.; RadioShack Corp.*
7

8
9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                         **SAN FRANCISCO DIVISION**

12

| 13 | IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE No. CV 07-5944-SC |
|---|---|---|
| 14 | This Document Relates To: | MDL No. 1917 |
| 15 | *Target Corp., et al. v. Hitachi, Ltd., et al., Case No. 3:11-CV 11-05515-MEJ* | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED** |

17
18
19
20
21
22
23
24
25
26
27
28

Having considered the Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3-12 filed by Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; and RadioShack Corp., and the papers and pleadings on file, and good cause appearing, the Court HEREBY GRANTS the motion.

IT IS HEREBY ORDERED that the case captioned *Target Corp. et al. v. Hitachi, Ltd., et al.*, Case No. 4:11-cv-05515-YGR, filed November 14, 2011, and currently pending in the Northern District of California and assigned to the Honorable Yvonne Gonzalez Rogers, is deemed related to the above-captioned matter and is assigned to the undersigned Judge.

IT IS HEREBY FURTHER ORDERED that pursuant to Local Civil Rule 3-12(f)(3), the Clerk of the Court shall notify the parties in the above-captioned matter, Judge Yvonne Gonzalez Rodgers, and the parties in *Target Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 4:11-cv-05515-YGR of this Order.

**IT IS SO ORDERED.**

DATED:

                                        Hon. Samuel Conti
                                   United States District Judge