(*Stipulating Parties Listed on Signature Pages*)

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT ACTION COMPLAINTS | The Honorable Samuel Conti<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINTS AND APPLICABILITY OF PRIOR DISCOVERY ORDERS** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned

Plaintiffs and, to the extent that they are named defendants in the complaints identified below, the

undersigned Defendants, as follows:

      1.    The undersigned Defendants waive service of the Complaints[1] under Federal Rule of

Civil Procedure 4(d).  Those undersigned Defendants who reside in foreign countries that are

---

[1] For purposes of this stipulation, "Complaints" is defined as including: *Stroebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381 (SC) (N.D. Cal); *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 (SC) (N.D.Cal.); *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502 (SC) (N.D. Cal.); *Compucom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396 (SC) (N.D. Cal.); *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 (SC) (N.D. Cal.); *Interbond Corporation of America v. Hitachi, et al.*, No 11-cv-62437 (SC) (N.D. Cal.); *Office Depot, Inc. v. Hitachi Ltd., et al.*, 11-cv-81263 (KLR) (S.D. Fla.); *P.C. Richard and Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, 11-cv-05530 (JBW, VVP) (E.D.N.Y.); *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (EDL) (N.D. Cal.); and *Shultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, 11-cv-05528 (BMC) (E.D.N.Y.).  This stipulation is effective in any one of these actions only to the extent that an undersigned Defendant is a named defendant in the action as of the date of this stipulation.

- 1 -

1  signatories to the Hague Convention shall be deemed served as provided for by that Convention.

2  Defendants preserve all other defenses under Federal Rule of Civil Procedure 12.

3    2.    The undersigned Defendants shall respond to the Complaints within seventy-five (75)

4  days from the date on which this stipulation is entered as an order of the Court.

5    3.    The undersigned Plaintiffs shall be bound by and comply with all orders and

6  protocols governing discovery and procedure entered to date in the proceeding *In re Cathode Ray*

7  *Tube (CRT) Antitrust Litigation,* Case No. 07-5944 SC, MDL No. 1917, except for scheduling

8  requirements for dates already past, including but not limited to (a) the Stipulated Protective Order,

9  Docket No. 306, filed June 18, 2008; (b) the Stipulation and Order to Extend Limited Discovery

10  Stay, Docket No. 798, filed October 27, 2010; and (c) the Stipulation And Order Regarding The

11  Production of Electronically Stored Information, Docket No. 828, ordered December 16, 2010.

12    4.    The undersigned Defendants and Plaintiffs agree to waive the production of initial

13  disclosures in this action.

14    5.    The undersigned parties jointly and respectfully request that the Court enter this

15  stipulation as an order.

16  DATED: March 15, 2012          By:  /s/ Philip J. Iovieno

17                                 William A. Isaacson
                                   Jennifer Milici
18                                 BOIES, SCHILLER & FLEXNER LLP
                                   5301 Wisconsin Ave. NW, Suite 800
19                                 Washington, D.C.  20015
                                   Telephone:  (202) 237-2727
20                                 Facsimile:   (202) 237-6131
                                   Email:  wisaacson@bsfllp.com
21                                 Email:  jmilici@bsfllp.com

22                                 Stuart Singer
                                   BOIES, SCHILLER & FLEXNER LLP
23                                 401 East Las Olas Blvd., Suite 1200
                                   Fort Lauderdale, FL 33301
24                                 Telephone:  (954) 356-0011
                                   Facsimile:   (954) 356-0022
25                                 Email:  ssinger@bsfllp.com

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINTS          MDL NO. 1917

1

2
Philip J. Iovieno
Anne M. Nardacci
3
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
4
Albany, NY  12207
Telephone:  (518) 434-0600
5
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com
Email:  anardacci@bsfllp.com
6

7   ***Liaison Counsel for Direct Action Plaintiffs and
Attorneys for Plaintiffs Electrograph Systems, Inc.,***
8   ***Electrograph Technologies, Corp., Office Depot, Inc.,
Compucom Systems, Inc., Interbond Corporation of America,***
9   ***P.C. Richard & Son Long Island Corporation, Marta
Cooperative of America, Inc., ABC Appliance, Inc., and***
10  ***Schultze Agency Services LLC on behalf of Tweeter Opco,
LLC and Tweeter Newco, LLC***

11

12  By:  /s/ David Martinez

13  Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
14  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
15  Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
16  Facsimile:   (310) 229-5800
Email:  RMSilberfeld@rkmc.com
17  Email:  DMartinez@rkmc.com

18

19  ***Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy
Purchasing LLC, Best Buy Enterprise Services, Inc., Best***
20  ***Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi,
Inc.***

21

22  By:  /s/ Jonathan J. Ross

23  H. Lee Godfrey
Kenneth S. Marks
24  Jonathan J. Ross
Johnny W. Carter
25  David M. Peterson
SUSMAN GODFREY L.L.P.
26  1000 Louisiana Street, Suite 5100
Houston, Texas 77002
27  Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

28
- 3 -
STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINTS        MDL NO. 1917

Email:  lgodfrey@sumangodfrey.com
Email:  kmarks@susmangodfrey.com
Email:  jross@susmangodfrey.com
Email:  jcarter@susmangodfrey.com
Email:  dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883
Email:  pfolse@susmangodfrey.com
Email:  rblack@susmangodfrey.com
Email:  jconnors@susmangodfrey.com

**Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust**


By:  /s/ Nicholas H. Hesterberg

DAVID J. BURMAN
(*pro hac vice*)
NICHOLAS H. HESTERBERG
(*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:   (206) 359-9000
Email:  DBurman@perkinscoie.com
Email:  NHesterberg@perkinscoie.com

Euphemia N. Thomopulos, Cal. Bar No. 262107
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone: (415) 344.7000
Facsimile:   (415) 344.7050
Email:  EThomopulos@perkinscoie.com


**Attorneys for Plaintiff Costco Wholesale Corporation**

By:  /s/ Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP

- 4 -

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINTS          MDL NO. 1917

515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  (213) 622-4750
Facsimile:   (213) 622-2690
Email:  jmurray@crowell.com


***Counsel for Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.***


By:  /s/ James M. Lockhart

Jessica L. Meyer, (SBN: 249064)
James M. Lockhart (*pro hac vice*)
James P. McCarthy (*pro hac vice*)
Kelly G. Laudon (*pro hac vice*)
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 371-3211
Facsimile:   (612) 371-3207
Email:  jmeyer@lindquist.com
Email:  jlockhart@lindquist.com
Email:  jmccarthy@lindquist.com
Email:  klaudon@lindquist.com


***Attorneys for Plaintiffs John R. Stoebner, As Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; And Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receive for Petters Company, LLC and related entities***


By:  /s/ Eva W. Cole

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email: ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone:     (212) 259-8000
Facsimile:      (212) 259-7013

ALDO A. BADINI (SBN: 257086)
Email:  abadini@dl.com
**DEWEY & LEBOEUF LLP**
Post Montgomery Center

- 5 -

One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone:     (415) 951-1120
Facsimile:     (415) 951-1100

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone:     (212) 310-8000
Facsimile:     (212) 310-8007

GREGORY D. HULL (SBN 57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone:     (650) 802-3000
Facsimile:     (650) 802-3100


*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd)*


By:  /s/ Kent M. Roger

KENT M. ROGER (SBN 95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:     (415) 442-1000
Facsimile:     (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
Email: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
Email: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

- 6 -

*Attorneys for Defendants Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi Displays, Ltd.*

By:  /s/ Eric Shapland

RONALD C. REDCAY (SBN 67236)
Email: ronald.redcay@aporter.com
ERIC SHAPLAND (SBN 193853)
Email: eric.shapland@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone:    (213) 243-4000
Facsimile:    (213) 243-4199

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc.*

By:  /s/ Ian Simmons

IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BEN BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By:  /s/ Michael W. Scarborough

GARY L. HALLING (SBN 66087)
Email: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:    (415) 434-9100
Facsimile:    (415) 434-3947

*Attorneys for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A., de C.V., Samsung SDI Brasil*

- 7 -

**1** | *Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

**2**

**3** By:  /s/ Lucius B. Lau

**4** CHRISTOPHER M. CURRAN (*pro hac vice*)
Email: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)

**5** Email: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)

**6** Email: alau@whitecase.com
**WHITE & CASE LLP**

**7** 701 Thirteenth Street, N.W.
Washington, DC 20005

**8** Telephone:     (202) 626-3600
Facsimile:     (202) 639-9355

**9**
*Attorneys for Defendants Toshiba Corporation, Toshiba*

**10** *America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and*

**11** *Toshiba America Consumer Products, L.L.C.*

**12**
By:  /s/ John M. Taladay

**13**
JON V. SWENSON (SBN 233054)

**14** Email: jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**

**15** 620 Hansen Way
Palo Alto, CA 94304

**16** Telephone:     (650) 739-7514
Facsimile:     (650) 739-7614

**17**
JOHN M. TALADAY (*pro hac vice*)

**18** Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)

**19** Email: joseph.ostoyich@bakerbotts.com
ANDREAS STARGARD (*pro hac vice*)

**20** Email: andreas.stargard@bakerbotts.com
**BAKER BOTTS LLP**

**21** 1299 Pennsylvania Avenue, NW
Washington D.C. 2004-2400

**22** Telephone:     (202) 639-7700
Facsimile:     (202) 639-7890

**23**
*Attorneys for Defendants Koninklijke Philips Electronics*

**24** *N.V., and Philips Electronics North America Corporation*

**25**
By:  /s/ Rachel S. Brass

**26**
Joel S. Sanders

**27** Rachel S. Brass
GIBSON, DUNN & CRUTCHER LLP

**28**
- 8 -

555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
jsanders@gibsondunn.com
rbrass@gibsondunn.com

***Attorneys for Defendant Tatung Company of America, Inc.***

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____      _____
                                                   Hon. Charles A. Legge
                                          United States District Judge (Ret.)
                                                      Special Master

Dated:_____      _____
                                                   Hon. Samuel Conti
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINTS          MDL NO. 1917