# **EXHIBIT 2**

# AFFIDAVIT OF SERVICE

| County | Court | Case # 07 CV 05944-SC;MDL | Reference # |
|---|---|---|---|
| **Plaintiff(s)** CATHODE RAY TUBE (CRT) ANTITRUST | | **Defendant(s)** | |
| **Received by** Veracity IPS | | **For** CLT Professional Service | |
| **To be served upon** SEAN HULL | | | |

I, Cindy Jones, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein:

**Recipient Name & Address:** SEAN HULL 7890 WITNEY PLACE LONETREE, CO 80124

**Manner of Service:** Personal/Individual on Sun, Feb 26 2012 at 06:35PM

**Documents:** Subpoena to testify at a deposition for Cathode Ray Tube (CRT) Antitrust

**Additional Comments:** Unsuccessful Attempt 1 Feb 10, 2012 06:30 PM at 7890 WITNEY PLACE LONETREE, CO 80124
No answer, no cars in driveway

Unsuccessful Attempt 2 Feb 10, 2012 07:47 PM at 7890 WITNEY PLACE LONETREE, CO 80124
No answer at front door

Unsuccessful Attempt 3 Feb 10, 2012 08:15 PM at 7890 WITNEY PLACE LONETREE, CO 80124
No answer

Unsuccessful Attempt 4 Feb 10, 2012 09:05 PM at 7890 WITNEY PLACE LONETREE, CO 80124
No answer, dark inside, no lights on

Unsuccessful Attempt 5 Feb 11, 2012 08:35 AM at 7890 WITNEY PLACE LONETREE, CO 80124
Talked to Mrs Hull, Sean Hulls wife. She stated that he was out with friends and would not be back until late that night. I left her my card. She said if he did not get in to late she would have him call me. Otherwise I might be able to reach him in the morning (Sunday). She also stated that Sean Hull would be leaving out of town Monday morning and would be gone for two weeks. He would be home for the week of Feb. 27th and then would be going out of town for again for one week.

Unsuccessful Attempt 6 Feb 12, 2012 08:00 AM at 7890 WITNEY PLACE LONETREE, CO 80124
No one answered at front door. No cars parked in driveway

Unsuccessful Attempt 7 Feb 12, 2012 07:30 PM at 7890 WITNEY PLACE LONETREE, CO 80124
Car parked in driveway. Infinity - blue - plate#175TIK
Knocked on door, seen dog thru glass on side of front door. The dog started barking. I could hear a man inside yelling at the dog to be quiet. I continued to knock harder, could still hear people inside and see lights on also. No one would answer the door.

Unsuccessful Attempt 8 Feb 13, 2012 06:30 AM at 7890 WITNEY PLACE LONETREE, CO 80124
Car, Infinity, was no longer parked in driveway. Knocked on front door, no one answered door.

Unsuccessful Attempt 9 Feb 14, 2012 10:03 AM at 8350 W CRESCENT PKWY GREENWOOD VILLAGE CO
Went to his place of employment at Verison Telecom at 8350 E Crescent Parkway #400 Greenwood Village, Colorado. Talked to person at the front desk. I asked if Sean Hull was in. She stated that he was out of town and was due back on Feb. 24th.

Unsuccessful Attempt 10 Feb 24, 2012 03:09 PM at 8350 E CRESCENT PRKWY GREENWOOD VILLAGE, CO
Went to Sean Hulls place of employment at Verizon Telecom, asked for Sean Hull and was told he was not in but should be there on Monday, Feb. 27th

Unsuccessful Attempt 11 Feb 25, 2012 10:11 AM at 7890 WITNEY PLACE LONETREE, CO 80124
Went to his home. His car was not parked in driveway. No answer

Unsuccessful Attempt 12 Feb 25, 2012 03:00 PM at 7890 WITNEY PLACE LONETREE, CO 80124
No cars in driveway, no answer at door

Successful Attempt 13 Feb 26, 2012 06:35 PM at 7890 WITNEY PLACE LONETREE, CO 80124 received by SEAN HULL described as "MALE-5'11" - 175 LBS GREY/BLOND HAIR"
Went by his home observed that the garage door was open. Two cars were parked inside garage, neither of them were the blue infinity. I parked my vehicle on the other side of his street and one house down. With in 10 minutes I observed Sean Hulls blue Infinity turn onto Witney Place and pull into his driveway. I jumped out of my vehicle and yelled "Sean" "Sean Hull"!! The man turned to me and said "Yes". As I proceeded to walk toward him, he turned away and very quickly ran into his garage and closed the overhead garage door. I attempted to run to garage before the door closed but was unsuccessful. I then went to the front door and knocked loudly. No one would answer the door. I knocked several times, but no answer. At that time I called Christopher Lacy from CLT for further instructions. I was informed to serve him by refusal. I again went up to front door and knocked loudly then stated in a loud voice " Mr. Sean Hull you are being served a subpoena to testify at a depositon for March 6th, 2012. I am placing a copy at your front door and also on the windshield of your Infinity car parked in front. I then proceeded to my vehicle and left.

Subscribed and sworn to before me by the affiant who is personally known to me.

X _____
Notary Public

3/1/2012
Date

12/15/2015
Commission Expires

LAURA BERRY
STATE OF COLORADO

X _____
Cindy Jones    Date

Cindy Lee Jones
Veracity IPS
4946 S Perry St
Littleton, co 80123
(303) 795-0711

ServeManager Job 39273

My Comm. Expires 12-15-2015
This document was generated by ServeManager.com, a ServeNow.com software solution.
© 2012 ServeNow. All rights reserved.

