# **EXHIBIT 3**

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| Cathode Ray Tube (CRT) Antitrust Litigation | ) | |
|---|---|---|
| | ) | Civil Action No. 07-CV-05944-SC; MDL No. 1917 |
| This Document Relates to: | ) | |
| All Indirect Purchaser Actions | ) | (If the action is pending in another district, state where: |
| | ) | Northern District of California ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To: Sean Hull
7890 Witney Place, Lone Tree, CO 80124

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Berg Hill Greenleaf & Ruscitti LLP<br>1525 17th Street<br>Denver, CO 80202 | Date and Time:<br>03/06/2012 10:00 am |
|---|---|

The deposition will be recorded by this method: Court Reporter

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

See Attachment A

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: 02/23/2012

CLERK OF COURT

_____     OR     _____
Signature of Clerk or Deputy Clerk            Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Indirect-Purchaser Plaintiffs
_____, who issues or requests this subpoena, are:

Christopher T. Micheletti, Esq.
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery St., Suite 3400, San Francisco, CA 94104; cmicheletti@zelle.com; (415) 693-0700

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 07-CV-05944-SC; MDL No. 1917

## Amended PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* Sean Hull
was received by me on *(date)* 2/10/12.

☐ I served the subpoena by delivering a copy to the named individual as follows: By Serving Sean Hull, by stating the Documents (Subpoena to testify at a Deposition in a civil action, attachment A, + $10.00 witness fee check) on *(date)* 2/26/12 at 6:35 pm

☐ ~~I returned the subpoena unexecuted because:~~ after he refused to accept service at his usual place of Abode, 7890 Witney Place, Lonetree, CO 80124

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/26/12

_____
Server's signature

Cindy J. Jones      Private Process Server
Printed name and title

8774 Yates Dr. #260, Westminster, CO 80031
Server's address

Additional information regarding attempted service, etc: