# **EXHIBIT 6**

# Monica J. Steele

| | |
|---|---|
| **From:** | Christopher T. Micheletti |
| **Sent:** | Thursday, March 08, 2012 1:15 PM |
| **To:** | shpcs@yahoo.com |
| **Subject:** | RE: In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917, Case No.: 07-cv-05944-SC, United States District Court for the Northern District of California |

Dear Mr. Hull,

Please be advised that we are preparing to file a motion to compel your deposition and document production as per our previous requests and subpoena. We may also seek costs associated with travel to Colorado for your deposition this week for which you did not appear. Please advise by 12:00 p.m. tomorrow, Friday, March 9, 2012 if you will agree to appear for a deposition and produce documents. If we do not hear from you, we will assume that you will not appear without a court order, and will proceed accordingly. Please feel free to contact me with any questions or to discuss if you desire.

Sincerely,

Chris Micheletti

---

**From:** Christopher T. Micheletti
**Sent:** Thursday, March 01, 2012 4:33 PM
**To:** 'shpcs@yahoo.com'
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917, Case No.: 07-cv-05944-SC, United States District Court for the Northern District of California

Dear Mr. Hull:

I write in regards to your deposition set for this coming Tuesday, March 6, 2012 at 10:00 a.m. at the offices of Berg Hill Greenleaf & Ruscitti LLP, 1525 17th Street, Denver, CO 80202. If you are represented by an attorney, please forward this email to him or her.

Please be advised that I am currently making arrangements to travel to Denver for your deposition. If possible, in order to complete your deposition more quickly, I would appreciate it if you could overnight or scan and email to us any documents in your possession, custody or control that are requested in the subpoena for arrival on Monday before noon. That way, I can review them in advance of the deposition and more quickly get through them at the deposition.

You have not inquired as to any alternative dates for your deposition. Therefore, we expect you to be present at the above offices as per the subpoena, particularly since I will be flying from San Francisco on Monday in order to take your deposition. Please contact me immediately if you do not intend to comply with the subpoena, or if you have any other questions.

Sincerely,

Christopher T. Micheletti

Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: 415-693-0700
Direct: 415-633-1912

1


Fax: 415-693-0770
E-Mail: cmicheletti@zelle.com
Web Site: http://www.zelle.com

The information in this email is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s).  Access to this email by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete it.

**From:** Christopher T. Micheletti
**Sent:** Monday, February 27, 2012 11:39 AM
**To:** 'shpcs@yahoo.com'
**Subject:** RE: In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917, Case No.: 07-cv-05944-SC, United States District Court for the Northern District of California

Dear Mr. Hull:

As detailed in the attached letter, I understand that you were served yesterday at your home with the attached Subpoena To Testify at a Deposition In a Civil Action and Attachment A requiring you to attend a deposition and produce documents in the above-referenced matter on Tuesday March 6, 2012 at 10:00 a.m. at the offices of Berg Hill Greenleaf & Ruscitti LLP, 1525 17th Street, Denver, CO 80202.  If you are represented by an attorney, please forward this email/letter and its enclosures to him or her.

Please note that, given case deadlines, we have limited flexibility with regard to the date of your deposition, but are willing to discuss scheduling with you.  With regard to the requested documents, if possible, we would like to receive those in advance of the deposition, so that we may get through your deposition more quickly.  Unless we hear otherwise from you, we expect you to be present at the above-referenced offices at the date and time listed above.  Thank you for your cooperation.

Sincerely,

Christopher T. Micheletti

Enclosures

Chris Micheletti
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: 415-693-0700
Direct: 415-633-1912
Fax: 415-693-0770
E-Mail: cmicheletti@zelle.com
Web Site: http://www.zelle.com

The information in this email is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s).  Access to this email by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete it.

**From:** Christopher T. Micheletti
**Sent:** Monday, February 13, 2012 4:23 PM
**To:** 'shpcs@yahoo.com'
**Subject:** In re Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917, Case No.: 07-cv-05944-SC, United States District Court for the Northern District of California

Dear Mr. Hull,

Please see the attached letter and subpoena.

Sincerely,

Christopher T. Micheletti


Chris Micheletti
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: 415-693-0700
Direct: 415-633-1912
Fax: 415-693-0770
E-Mail: cmicheletti@zelle.com
Web Site: http://www.zelle.com

The information in this email is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s).  Access to this email by anyone else is unauthorized.  If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited.  If you have received this message in error, please notify the sender immediately and delete it.