# **EXHIBIT 8**

January 25, 2008

CIVIC CENTER COURTHOUSE
400 McAllister Street, Room 103
San Francisco, California 94102-4514

Re:   J.C.C.P. No. 4250, 4258, 4259 & 4262; Smokeless Tobacco Cases I-IV

Dear Clerk:

    Enclosed please find Objection to Class Settlement and Application for Attorneys' Fees and Expenses regarding the above case.

Sincerely,

Sean Hull

/SH
Enclosures

cc:   **Via Certified Mail-RRR**
California U.S. Smokeless Tobacco Settlement Administrator
c/o Rosenthal & Company, LLC
P.O. Box 6175
Novato, California 94948-6175

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COORDINATION PROCEEDING | : |
| SPECIAL TITLE RULE (RULE 1550(b)) | : J.C.C.P. NOS. 4250, 4258, 4259 |
| | : AND 4262 |
| SMOKELESS TOBACCO CASES I-IV | : |
| | : CLASS ACTION |
| CONSOLIDATED WITH: | : |
| | : |
| KELLY V. UST, ET. AL. | : HON. RICHARD A. KRAMER |
| SFSC CASE NO. CGC-412861 | : |
| | : |

### OBJECTION TO CLASS SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND EXPENSES

Sean Hull, Objector, files his Objection to Class Settlement and Application for Attorneys' Fees and Expenses. Objector purchased UST Smokeless Tobacco products during the class period. See Exhibit A. Sean Hull's address and telephone number are as follows:

P.O. Box 631783
Highlands Ranch
Colorado 80163-1783
Telephone: 303-519-8711

### I.

This settlement unfairly discriminates against and is unfair to purchasers of UST Smokeless Tobacco in California that purchased less than 30 cans. This is an arbitrarily low number to cut off all individual relief altogether. The *cy pres* fund established for small purchasers (by making charity payments, but nothing to small purchasers themselves) is inadequate and unfair. Therefore, objection is made on the grounds that the settlement lacks adequate consideration to purchasers of less than 30 cans, is unfair and unfairly discriminates

Page 1

against such purchasers, that procedural safeguards to protect these class members were not followed, such as sub-classing and separate representation, and the settlement is unfair, inadequate and unreasonable as to this group and as a result as a whole for these reasons. Second, the attorneys' fees sought are excessive given the risk of the litigation, which has greatly diminished over the years, and given the size of the common fund. The percentage sought needs to be dialed back substantially given the amount of money that has been recovered. As the size of the fund goes up, the percentage of attorneys' fees should decrease.

Objector requests the Court grant these objections to the class settlement and attorneys' fees and expenses and deny the parties' request to approve their proposed settlement.

Respectfully submitted,

By: _____
Sean Hull

## CERTIFICATE OF SERVICE

On this the 25th day of January, 2007, a true and correct copy of the above and foregoing instrument was duly served by certified mail, return receipt requested upon the following counsel of record:

**Via Certified Mail-RRR**
California U.S. Smokeless Tobacco Settlement Administrator
c/o Rosenthal & Company, LLC
P.O. Box 6175
Novato, California 94948-6175

_____
Sean Hull

Page 2

## Statement of Sean Hull

BEFORE ME, the undersigned authority, on this day personally appeared Sean Hull, a person whose identity was proved to me by a government-issued identification card bearing his photograph and signature. After I administered an oath to him, upon his oath, he said:

> My name is Sean Hull. I am over the age of 21 and am in all respects competent to make this statement. All facts stated herein are within my personal knowledge and are true and correct.
>
> My address is P.O. Box 631783, Highlands Ranch, Colorado 80163-1783. I purchased less than 30 cans of Skoal ® moist smokeless tobacco in California between January 1, 1990 and October 17, 2007 for my own use and not for resale.

*Sean Hull* (signature)
Sean Hull

SWORN TO and SUBSCRIBED before me on this 25th day of January, 2008.

_____
Notary Public in and for
the State of Colorado
My commission expires: June 16, 2008

**EXHIBIT A**

DECLARATION                                                                                     Page 1

S. Hall
PoBox 631783
Highlands Ranch CO 80163

U.S. POSTAGE PAID
ENGLEWOOD, CO 80112
JAN 25, 08
AMOUNT $12.06
00026231-14

RB 372 760 605 US

California U.S. Smokeless Tobacco Settlement Administrator
c/o Rosenthal & Company, LLC
P.O. Box 6175
Novato, CA 94948-6175

RECEIVED
JAN 30 2008
ROSENTHAL & COMPANY