# **EXHIBIT 10**

# KERR BROSSEAU BARTLETT O'BRIEN, LLC
ATTORNEYS AT LAW

1600 Broadway, Suite 1600  
Denver, Colorado   80202

303/812-1200  
FAX: 303/812-1212  
EMAIL: dbartlett@kbbolaw.com

Dennis J. Bartlett

February 20, 2008

**VIA FACSIMILE AND**  
**US MAIL**

Justin C. Berg, Esq.  
Berg Hill Greenleaf & Ruscitti LLP  
1712 Pearl Street  
Boulder, CO   80302

Re:   Smokeless Tobacco Case I-IV

Dear Justin:

Thank you for your letter of April 23, 2008 regarding the follow up information request for the deposition of Sean Hull taken February 20, 2008. While I understand that the Smokeless Tobacco class action settlement is up on appeal and, therefore, presumably discovery is closed in the underlying case, I have been authorized to disclose the identity of the attorney who helped Mr. Hull prepare his objection to the class action settlement. Mr. Hull supplements the information provided in his deposition with the following additional information. The attorney who helped him prepare his objection was Christopher A. Bandas, Esq., Bandas Law Firm, PC, 500 N. Shoreline, Suite 1020, Corpus Christi, Texas 78471(361-698-5200).

This information is being provided without admission that the objections and effort that Mr. Hull made to keep this confidential were in any way improper. We trust this resolves all issues related to Mr. Hull's deposition.

Yours very truly,

KERR BROSSEAU BARTLETT O'BRIEN, LLC

Dennis J. Bartlett

DJB\ph

**Exhibit 5**