# **EXHIBIT 11**

April 9, 2008

**Via Federal Express
& Regular U.S. Mail**
Attention: Civil Appeals
Superior Court for the County of San Francisco
CIVIC CENTER COURTHOUSE, ROOM 103
400 McAllister Street, Room 103
San Francisco, California 94102-4514

Re:   J.C.C.P. No. 4250, 4258, 4259 & 4262; Smokeless Tobacco Cases I-IV

Dear Clerk:

Enclosed please find the following documents regarding the above referenced matter:

1. Notice of Appeal form #APP-002 with attached Exhibit A;
2. Appellant's Notice Designating Record on Appeal form APP-003;
3. Check in the amount of $655.00 made payable to Clerk, Court of Appeals;
4. Check in the amount of $100.00 made payable to Clerk of the Superior Court.

Sincerely,

Sean Hull

/SH
Enclosures *(checks are enclosed in Federal Express envelope)*

cc:   **Via Certified Mail-RRR**
California U.S. Smokeless Tobacco Settlement Administrator
c/o Rosenthal & Company, LLC
P.O. Box 6175
Novato, California 94948-6175

**Via Certified Mail-RRR**
Guido Saveri 922349)
R. Alexander Saveri (173102)
SAveri & Saveri, Inc.
111 Pine Street, Ste. 1700
San Francisco, California 94111

**Via Certified Mail-RRR**
Margaret M. Zwisler
Latham & Watkins, LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004