# **<u>EXHIBIT 12</u>**

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 3

Received
ZHVMG

FEB 2 7 2009

File No: 3-295-0001

Craig C. Corbitt
Zelle, Hofmann, Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

SMOKELESS TOBACCO CASES I-V

A121283
San Francisco County No. JCCP4250

* * REMITTITUR * *

I, Diana Herbert, Clerk of the Court of Appeal of the State of California for the First Appellate
District, do hereby certify that the decision entered in the above-entitled cause on February 26, 2009 has
now become final.

___Appellant ___Respondent to recover costs
_/_Each party to bear own costs
___Costs are not awarded in this proceeding
___See decision for costs determination

Witness my hand and the Seal of the Court affixed at my office this   FEB 2 6 2009



Diana Herbert
Clerk of the Court

**B. Robbins**

Deputy Clerk

rem1



COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 3

SMOKELESS TOBACCO CASES I-V

A121283
San Francisco County No. JCCP4250

FILED

FEB 2 6 2009

Court of Appeal - First App. Dist.
DIANA HERBERT
By_____
DEPUTY

BY THE COURT:

    Counsel having so stipulated, the appeal is dismissed, with each party to bear its own costs on appeal. The remittitur is to issue forthwith.

Date: FEB 2 6 2009                    **McGuiness, P.J.**
_____                _____P.J.

orff