# **EXHIBIT 13**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION | Case No. M:07-CV-01819-CW<br><br>MDL No. 1819<br><br>**ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM OBJECTORS**<br><br>Judge: Hon. Claudia Wilken |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

This matter came before the Court on Indirect Purchaser ("IP") Plaintiffs' Motion To Compel Discovery From Objectors. The Court, having reviewed the papers filed in support of and in opposition to the motion, and good cause appearing therefor, IP Plaintiffs' Motion To Compel Discovery From Objectors is hereby GRANTED.

Objectors Barbara Cochran and Kelsey Foligno shall each appear for a deposition not to exceed three hours in length, on or before October 3, 2011 (or by such other date as may be agreed to by IP Plaintiffs and Cochran and Foligno), at a location within 25 miles of their place of residence (or at such other location as may be agreed to by IP Plaintiffs and Cochran and Foligno). Cochran

1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION
TO COMPEL DISCOVERY FROM OBJECTORS
Case No. M:07-CV-01819-CW, MDL No. 1819

Case 4:07-md-01819-CW   Document 3953   Filed 09/23/11   Page 2 of 2

1  and Foligno shall also produce the documents requested in IP Plaintiffs' Attachment A, Requests For
2  Production, attached to their subpoenas two days prior to their respective depositions (or at such
3  other time as may be agreed to by IP Plaintiffs and Cochran and Foligno).  To the extent Cochran
4  and Foligno withhold any documents on grounds of privilege, a detailed privilege log shall also be
5  produced (at the same time as the documents referenced in the prior sentence), providing the
6  information required by Fed. Rule Civ. Proc. 26(b)(5) and requested by IP Plaintiffs in the
7  Attachment A, Instructions (¶3) attached to their subpoenas.
8  SO ORDERED:

10 Dated: _____September 23_____, 2011.

_____
The Hon. Claudia Wilken
District Court Judge
Northern District of California
Oakland Division

17 3225607v1