Mario N. Alioto (56433) malioto@tatp.com
Lauren C. Russell (241151) laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel For The
Indirect Purchaser Plaintiffs
And Counsel For Plaintiff Jeffrey Figone*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| | **NOTICE OF ASSOCIATION OF COUNSEL** |
| **This document relates to:** | |
| *Figone v. LG Electronics, Inc., et al.,* Case No. 3:07-cv-06331 SC | |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT SYLVIE K. KERN, KAG Law Group, P.O. Box 210135, San Francisco, CA 94121; Telephone: (415) 221-5763, skern@antitrustglobal.com, is hereby associated as additional counsel of record for plaintiff Jeffrey Figone in *Figone v. LG Electronics, Inc., et al.,* Case No. 07-cv-06331-SC.  All pleadings, notices, orders and other papers in connection with the above-captioned action should be served upon Sylvie K. Kern at the email address listed above.

**NOTICE OF ASSOCIATION OF COUNSEL, MDL NO. 1917**

| | | |
|---|---|---|
| 1 | Dated:  March 19, 2012 | /s/ *Lauren C. Russell* |
| 2 | | Lauren C. Russell |
| 3 | | Mario N. Alioto (56433) malioto@tatp.com |
| | | Lauren C. Russell (241151) |
| 4 | | laurenrussell@tatp.com |
| | | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP |
| 5 | | 2280 Union Street |
| | | San Francisco, CA  94123 |
| 6 | | Telephone:  (415) 563-7200 |
| | | Facsimile: (415) 346-0679 |
| 7 | | Email: malioto@tatp.com; laurenrussell@tatp.com |
| 8 | | *Interim Lead Counsel* |
| 9 | | *For Indirect Purchaser Plaintiffs* |
| | | *And Counsel For Plaintiff Jeffrey Figone* |
| 10 | | |
| 11 | Dated: March 19, 2012 | /s/ *Sylvie K. Kern* |
| | | SYLVIE K. KERN, |
| 12 | | KAG Law Group |
| | | P.O. Box 210135 |
| 13 | | San Francisco, CA 94121 |
| | | Telephone: (415) 221-5763 |
| 14 | | skern@antitrustglobal.com |
| 15 | | *Counsel for Plaintiff Jeffrey Figone* |

- 2 -
**NOTICE OF ASSOCIATION OF COUNSEL, MDL NO. 1917**