

NOTICE TO ALL COUNSEL                                  March 19, 2012
(Please See Service List)

    RE:    <u>Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.</u>
             Case No.  07-5944 SC
             JAMS Reference #: 1100054618

Dear Counsel:

This letter will confirm that a dial in number for the in-person hearing in the above-referenced matter has been scheduled as follows:

    DATE:       March 20, 2012 at 10:00 AM (Pacific)

    PANELIST:   Hon. Charles A. Legge (Ret.)

All participants shall dial 1-877-696-5267. When prompted please enter code 8209163#. You will then be connected to the conference call.

If you have any questions, please contact me directly at 415-774-2657.

Very truly yours,

Sarah Nevins
Senior Case Manager
snevins@jamsadr.com
Fax# 415-982-5287