SYLVIE K. KERN, ESQ. (111751)
KAG LAW GROUP
P.O. Box 210135
San Francisco, CA 94121
Tel: (415) 221-5763
E-mail: skern@antitrustglobal.com

*Counsel for Indirect Purchaser Plaintiff
Jeffrey Figone*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-05944 SC |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| | **NOTICE OF APPEARANCE** |
| **This document relates to:** | |
| ALL INDIRECT PURCHASER ACTIONS | |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that SYLVIE K. KERN enters an appearance on behalf of plaintiff Jeffrey Figone in the above-captioned action. All pleadings, notices, orders and other papers in connection with this action should be served upon Sylvie K. Kern at the email address listed above.

NOTICE OF APPEARANCE
 MDL NO. 1917, MASTER FILE NO. 3:07-CV-05944-SC

Dated:  March 20, 2012

By: /s/ *Sylvie K. Kern*
Sylvie K. Kern

SYLVIE K. KERN
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
Telephone: (415) 221-5763
skern@antitrustglobal.com

*Counsel for Plaintiff Jeffrey Figone*

- 2 -
NOTICE OF APPEARANCE
 MDL NO. 1917, MASTER FILE NO. 3:07-CV-05944-SC