SYLVIE K. KERN, ESQ. (111751)
KAG LAW GROUP
P.O. Box 210135
San Francisco, CA 94121
Tel: (415) 221-5763
E-mail: skern@antitrustglobal.com

*Counsel for Indirect Purchaser Plaintiff Jeffrey Figone*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-05944 SC |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| | **PROOF OF SERVICE: NOTICE OF APPEARANCE** |
| **This document relates to:** | |
| ALL INDIRECT PURCHASER ACTIONS | |

The undersigned certifies that on March 20, 2012, a copy of the Notice of Appearance by Sylvie K. Kern was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to ECF participants.

Dated:  March 20, 2012

By:    /s/ *Sylvie K. Kern*_____
       Sylvie K. Kern

PROOF OF SERVICE--NOTICE OF APPEARANCE
 MDL NO. 1917, MASTER FILE NO. 3:07-CV-05944-SC

1
2
3
4
5

SYLVIE K. KERN
KAG Law Group
P.O. Box 210135
San Francisco, CA 94121
Telephone: (415) 221-5763
skern@antitrustglobal.com

*Counsel for Plaintiff Jeffrey Figone*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

PROOF OF SERVICE--NOTICE OF APPEARANCE
MDL NO. 1917, MASTER FILE NO. 3:07-CV-05944-SC