SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

[Additional Moving Defendants and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATION TO DENY DIRECT PURCHASER PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' JOINT MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants hereby move this Court, pursuant to Rule 53 of the Federal Rules of Civil Procedure and the Court's June 16, 2008 Order Appointing Special Master ("Appointment Order"), for an Order adopting the Special Master's March 8, 2012 Report and Recommendation to deny the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs' (collectively "Plaintiffs") Joint Motion to Compel Defendants to Produce English Translations ("Plaintiffs' Motion").

Pursuant to paragraph 17 of the Appointment Order, the record relevant to this Motion consists of (1) this Notice of Motion and Motion; (2) the Proposed Order Adopting the Special Master's Report and Recommendation filed concurrently with this Motion; (3) the Declaration of Dylan I. Ballard filed concurrently with this Motion (the "Ballard Declaration"); (4) the January 16, 2012 opening letter brief in support of Plaintiffs' Motion, attached as Exhibit "A" to the Ballard Declaration; (5) Defendants' letter brief Opposition to Plaintiffs' Motion, Docket No. 1034; (6) the Declaration of Michael W. Scarborough in support of Defendants' Opposition to Plaintiffs' Motion, Docket No. 1035; (7) the Declaration of Adam C. Hemlock in support of Defendants' Opposition to Plaintiffs' Motion, Docket No. 1036; (8) the Declaration of Andreas Stargard in support of Defendants' Opposition to Plaintiffs' Motion, Docket No. 1037; (9) the Declaration of Courtney Byrd in support of Defendants' Opposition to Plaintiffs' Motion, Docket No. 1038; (10) the Declaration of Dana E. Foster in support of Defendants' Opposition to Plaintiffs' Motion, Docket No. 1039; (11) the Declaration of Eric Shapland in support of Defendants' Opposition to Plaintiffs' Motion, Docket No. 1040; (12) the Declaration of Kent M. Roger in support of Defendants' Opposition to Plaintiffs' Motion, Docket No. 1041; (13) the Declaration of Rachel S. Brass in support of Defendants' Opposition to Plaintiffs' Motion, Docket No. 1042; (14) the Declaration of Terry Calvani in support of Defendants' Opposition to Plaintiffs' Motion, Docket No. 1043; (15) the February 10, 2012 letter brief reply in support of Plaintiffs' Motion, attached as Exhibit "B" to the Ballard Declaration; (16) the Declaration of Mario N. Alioto in support of the reply in support of Plaintiffs' Motion, attached as Exhibit "C" to the

Ballard Declaration; and (17) the Special Master's Report and Recommendation to deny Plaintiffs' Motion, Docket No. 1082.

As discussed at length in the parties' moving and opposition papers, Plaintiffs' Motion seeks to compel Defendants to produce their English translations of those foreign-language documents that have previously been produced to Plaintiffs in this litigation. As set forth in Defendants' Opposition to Plaintiffs' Motion and the accompanying declarations, all or nearly all of Defendants' respective translations were prepared by or at the direction of defense counsel, based on a small subset of foreign-language documents selected by defense counsel based on counsel's opinions about their likely relevance to key issues in this litigation. Moreover, all of Defendants' translations are uncertified, and therefore inadmissible, and most are rough, incomplete, and may be inaccurate.

The Special Master heard oral argument regarding Plaintiffs' motion on February 27, 2012.[1] On March 8, 2012, the Special Master issued its Report and Recommendation, conducting an extensive, well-reasoned analysis of the relevant case and statutory law and concluding that (1) as established by the declarations submitted by Defendants, the selection of documents for the translations sought by Plaintiffs constitutes "opinion" attorney work product, which is absolutely protected from discovery; and (2) even if the translations reflected only "ordinary" work product, Plaintiffs have failed to meet their burden of demonstrating a "substantial need" for the translations or "undue hardship," including because Defendants' translations represent only a small percentage of the foreign-language documents produced in this case, and even if Defendants' uncertified translations were produced, Plaintiffs would still be required to obtain certified translations of the same underlying documents.

Accordingly, for the reasons set forth in the Special Master's Report and Recommendation and the Defendants' Opposition papers, the Special Master's Report and Recommendation should be adopted by the Court in its entirety.

---

[1] The oral argument was not stenographically recorded; accordingly, no transcript has been provided pursuant to paragraph 17 of the Appointment Order.

| | |
|---|---|
| Dated:  March 20, 2012 | By:   /s/ Michael W. Scarborough  <br>GARY L. HALLING (66087)<br>Email: ghalling@sheppardmullin.com<br>JAMES L. McGINNIS (95788)<br>Email: jmcginnis@sheppardmullin.com<br>MICHAEL W. SCARBOROUGH (203524)<br>Email: mscarborough@sheppardmullin.com<br>**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Telephone: (415)-434-9100<br>Facsimile: (415)-434-3947<br><br>*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd* |

DEWEY & LEBOEUF LLP

By:   /s/ Jeffrey L. Kessler  
JEFFREY L. KESSLER (*pro hac vice*)
E-mail: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
E-mail: pvictor@dl.com
MOLLY M. DONOVAN (*pro hac vice*)
Email : mmdonovan@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

ALDO A. BADINI (257086)
Email: abadini@dl.com
**DEWEY & LEBOEUF LLP**
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 951-1120
Facsimile:  (415) 951-1100
Email: abadini@dl.com

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com

|   |   |
|---|---|
| 1 | **WEIL, GOTSHAL & MANGES LLP** |
|   | 767 Fifth Avenue |
| 2 | New York, New York 10153-0119 |
|   | Telephone: (212) 310-8000 |
| 3 | Facsimile: (212) 310-8007 |

1  
2  
3  
   **WEIL, GOTSHAL & MANGES LLP**
   767 Fifth Avenue
   New York, New York 10153-0119
   Telephone: (212) 310-8000
   Facsimile: (212) 310-8007

4  GREGORY D. HULL (57367)
   E-mail: greg.hull@weil.com
5  **WEIL, GOTSHAL & MANGES LLP**
   201 Redwood Shores Parkway
6  Redwood Shores, California 94065-1175
   Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8  *Attorneys for Defendants Panasonic Corporation
   of North America, MT Picture Display Co., Ltd.*
9  *and Panasonic Corporation (f/k/a Matsushita
   Electric Industrial Co.)*
10

11
   FRESHFIELDS BRUCKHAUS
12 DERINGER US LLP

13 By:    /s/ Richard Snyder
   TERRY CALVANI (SBN 53260)
14 E-mail: terry.calvani@freshfields.com
   CHRISTINE LACIAK (*Admitted Pro Hac Vice*)
15 E-mail: christine.laciak@freshfields.com
   RICHARD SNYDER (*Admitted Pro Hac Vice*)
16 E-mail: richard.snyder@freshfields.com
   **FRESHFIELDS BRUCKHAUS DERINGER**
17 **US LLP**
   701 Pennsylvania Avenue NW, Suite 600
18 Washington, DC  20004
   Telephone: (202) 777-4565
19 Facsimile: (202) 777-4555

20 *Attorneys for Beijing-Matsushita Color CRT
   Company, Ltd.*
21

22
   MORGAN, LEWIS & BOCKIUS LLP
23
   By:    /s/ Kent M. Roger
24 KENT M. ROGER (95987)
   E-mail: kroger@morganlewis.com
25 MICHELLE PARK CHIU (248421)
   E-mail: mchiu@morganlewis.com
26 **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
27 San Francisco, California 94105-1126
   Telephone: (415) 442-1000
28 Facsimile: (415) 442-1001

-4-

|   |   |
|---|---|
| 1 | J. CLAYTON EVERETT, JR. (*pro hac vice*) |
|   | E-mail: jeverett@morganlewis.com |
| 2 | SCOTT A. STEMPEL (*pro hac vice*) |
|   | E-mail: sstempel@morganlewis.com |
| 3 | **MORGAN, LEWIS & BOCKIUS LLP** |
|   | 111 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20004 |
|   | Telephone: (202) 739-3000 |
| 5 | Facsimile: (202) 739-3001 |

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

ARNOLD & PORTER LLP

By:   */s/ Ronald C. Redcay*
RONALD C. REDCAY (67236)
Email: Ronald.Redcay@aporter.com
D. ERIC SHAPLAND (193853)
Email: Eric.shapland@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.,; and LG Electronics Taiwan Taipei Co., Ltd.*

O'MELVENY & MYERS LLP

By:   */s/ Ian Simmons*
IAN SIMMONS (pro hac vice)
E-mail: isimmons@omm.com
BEN BRADSHAW (189925)
E-mail: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

| | |
|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | By:  /s/ Rachel S. Brass  <br>RACHEL S. BRASS (219301) |
| 3 | Email: rbrass@gibsondunn.com <br>GIBSON, DUNN & CRUTCHER LLP |
| 4 | 555 Mission Street, Suite 3000 <br>San Francisco, California 94105 |
| 5 | Telephone: (415) 393-8200 <br>Facsimile: (415) 986-5309 |
| 6 | |
| 7 | *Attorneys for Defendant Tatung Company of America, Inc.* |
| 8 | |
| 9 | WHITE & CASE LLP |
| 10 | By:  /s/ Lucius B. Lau  <br>CHRISTOPHER M. CURRAN (*pro hac vice*) |
| 11 | E-mail: ccurran@whitecase.com <br>GEORGE L. PAUL (*pro hac vice*) |
| 12 | E-mail: gpaul@whitecase.com <br>LUCIUS B. LAU (*pro hac vice*) |
| 13 | E-mail: alau@whitecase.com <br>**WHITE & CASE LLP** |
| 14 | 701 Thirteenth Street, N.W. <br>Washington, DC  20005 |
| 15 | Telephone: (202) 626-3600 <br>Facsimile: (202) 639-9355 |
| 16 | |
| 17 | *Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America* |
| 18 | *Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* |

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.