SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF DYLAN I. BALLARD IN SUPPORT OF DEFENDANTS' MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATION TO DENY DIRECT PURCHASER PLAINTIFFS AND INDIRECT PURCHASER PLAINTIFFS' JOINT MOTION TO COMPEL DEFENDANTS TO PRODUCE ENGLISH TRANSLATIONS** |
| This Document Relates to:<br><br>ALL ACTIONS | |

I, DYLAN I. BALLARD, hereby declare:

1. I am an attorney licensed to practice law in the State of California and in the United States District Court for the Northern District of California. I am an associate with the firm of Sheppard, Mullin, Richter and Hampton LLP ("Sheppard Mullin"), counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in this matter. I make this declaration in support of Defendants' Motion to Adopt Special Master's Report and Recommendation to Deny Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs' Joint Motion to Compel Defendants to Produce English Translations. If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit "A" is a true and correct copy of the January 16, 2012 opening letter brief submitted in support of Direct Purchaser Plaintiffs' and Indirect Purchaser Plaintiffs' (collectively "Plaintiffs") Joint Motion to Compel Defendants to Produce English Translations ("Plaintiffs' Motion").

3. Attached hereto as Exhibit "B" is a true and correct copy of the February 10, 2012 letter brief reply submitted in support of Plaintiffs' Motion.

4. Attached hereto as Exhibit "C" is a true and correct copy of the Declaration of Mario N. Alioto submitted in support of the reply in support of Plaintiffs' Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED: March 20, 2012

By     */s/ Dylan I. Ballard*
            DYLAN I. BALLARD