UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME ON MOTION TO COMPEL DISCOVERY FROM OBJECTOR SEAN HULL<br><br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

GOOD CAUSE APPEARING THEREFORE, Indirect Purchaser ("IP") Plaintiffs' Motion For an Order Shortening Time on Motion to Compel Discovery From Objector Sean Hull ("Hull") is hereby GRANTED.

Hull shall file and serve his opposition to IP Plaintiffs' Motion to Compel Discovery From Objector within two court days of the entry of this order. IP Plaintiffs' reply, if any, shall be filed and served within one court day of Objector filing of his opposition. The Court may, in its discretion, hold a hearing on the matter as soon as is practicable thereafter.

1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME ON MOTION TO COMPEL DISCOVERY FROM OBJECTOR
Master File No. CV-07-5944-SC, MDL No. 1917

SO ORDERED:

Dated: ___March 21___, 2012.        _____/s/ Charles A. Legge_____
                                     Hon. Charles A. Legge (Ret.)
                                     Special Master

REVIEWED AND [APPROVED OR MODIFIED]:

Dated: _____, 2012.       _____
                                     Hon. Samuel Conti
                                     United States District Judge

#3229118v1

2

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER
SHORTENING TIME ON MOTION TO COMPEL DISCOVERY FROM OBJECTOR
Master File No. CV-07-5944-SC, MDL No. 1917