1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | [PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME ON MOTION TO COMPEL DISCOVERY FROM OBJECTOR SEAN HULL |
| | Special Master: Hon. Charles A. Legge (Ret.) |

GOOD CAUSE APPEARING THEREFORE, Indirect Purchaser ("IP") Plaintiffs' Motion For an Order Shortening Time on Motion to Compel Discovery From Objector Sean Hull ("Hull") is hereby GRANTED.

Hull shall file and serve his opposition to IP Plaintiffs' Motion to Compel Discovery From Objector within two court days of the entry of this order. IP Plaintiffs' reply, if any, shall be filed and served within one court day of Objector filing of his opposition. The Court may, in its discretion, hold a hearing on the matter as soon as is practicable thereafter.

1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER SHORTENING TIME ON MOTION TO COMPEL DISCOVERY FROM OBJECTOR
Master File No. CV-07-5944-SC, MDL No. 1917

1  SO ORDERED:

2

3  Dated: __March 21__, 2012.             _____
                                           Hon. Charles A. Legge (Ret.)
4                                          Special Master

5
   REVIEWED AND [APPROVED ~~OR MODIFIED~~]:
6

7  Dated: __March 22__, 2012.             _____
                                           Hon. Samuel Conti
8                                          United States District Judge

9

...

26  #3229118v1

[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER
SHORTENING TIME ON MOTION TO COMPEL DISCOVERY FROM OBJECTOR
Master File No. CV-07-5944-SC, MDL No. 1917