MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 095987
MICHELLE PARK CHIU, State Bar No. 248421
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
mchiu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
SCOTT A. STEMPEL (*pro hac vice*)
J. CLAYTON EVERETT (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.739.3000
Fax: 202.739.3001
E-mail: sstempel@morganlewis.com
jeverett@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI AMERICA, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.
AND HITACHI DISPLAYS, LTD.

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF FLORIDA,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>Defendants. | Master File No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>Individual Case No. 11-cv-06205 SC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINT AND APPLICABILITY OF PRIOR DISCOVERY ORDERS**<br><br>Judge: The Honorable Samuel Conti |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, the State of Florida, through the Attorney General and the Department of Legal Affairs (herein, "Florida") and the undersigned Defendants as follows:

1. The undersigned Defendants waive service of Florida's Complaint, Docket Entry No. 1 in Case No. 11-cv-06205 (herein, "Florida's Complaint"), under Federal Rule of Civil Procedure 4(d). Those undersigned Defendants who reside in foreign countries that are signatories to the Hague Convention shall be deemed served as provided for by that Convention. Defendants preserve all other defenses under Federal Rule of Civil Procedure 12.

2. The undersigned Defendants shall respond to Florida's Complaint within ninety (90) days from the date on which this stipulation is entered as an order of the Court.

3. Florida shall be bound by and comply with all orders and protocols governing discovery and procedure entered to date in the proceeding *In re Cathode Ray Tube (CRT) Antitrust Litigation,* Case No. 07-5944 SC, MDL No. 1917, except for scheduling requirements for dates already past, including but not limited to (a) the Stipulated Protective Order, Docket No. 306, filed June 18, 2008; (b) the Stipulation and Order to Extend Limited Discovery Stay, Docket No. 798, filed October 27, 2010; and (c) the Stipulation And Order Regarding The Production of Electronically Stored Information, Docket No. 828, ordered December 16, 2010.

4. An objection made by any Defendant at any deposition is deemed an objection by all Defendants, and an objection made by any Plaintiff at any deposition is deemed an objection by Florida.

5. All discovery previously produced by the undersigned Defendants in the proceeding *In re Cathode Ray Tube (CRT) Antitrust Litigation,* Case No. 07-5944 SC, MDL No. 1917 shall be deemed produced in this action. Florida shall seek copies of the discovery responses and documents previously produced by Defendants from Plaintiffs' interim lead counsel. Should Plaintiffs' interim lead counsel not provide Florida with the previously-produced discovery responses and documents within twenty (20) days of Florida's request, they will be provided to Florida by Defendants. Florida retains the right to propound additional discovery on Defendants.

In responding to any additional discovery propounded by Florida, Defendants may refer to their prior discovery responses or document productions to the extent they are responsive to Florida's discovery requests.  Defendants preserve all previously lodged objections to the production, use, or admissibility of any documents, information, or other materials sought in discovery. Any Defendant's objection to the admissibility or use of any document by any party shall apply equally to an attempt by Florida to admit or use that document.

6. The undersigned Defendants and Florida agree to waive the production of initial disclosures in this action.

7. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

DATED: March 23, 2012        PAMELA JO BONDI
                             Attorney General of the State of Florida


                             By:   /s/ Satu A. Correa
                                   LIZABETH A. BRADY (*pro hac vice*)
                                   Email:  Liz.Brady@myfloridalegal.com
                                   PATRICIA A. CONNERS (*pro hac vice*)
                                   Email:  Trish.Conners@myfloridalegal.com
                                   R. SCOTT PALMER (*pro hac vice*)
                                   Email:  Scott.Palmer@myfloridalegal.com
                                   NICHOLAS J. WEILHAMMER (*pro hac vice*)
                                   Email:  Nicholas.Weilhammer@myfloridalegal.com
                                   ELI FRIEDMAN (*pro hac vice*)
                                   Email:  Eli.Friedman@myfloridalegal.com
                                   SATU A. CORREA (*pro hac vice*)
                                   Email: Satu.Correa@myfloridalegal.com
                                   **OFFICE OF THE ATTORNEY GENERAL**
                                   State of Florida
                                   PL-01, The Capitol
                                   Tallahassee, FL  32399-1050
                                   Telephone:    (850) 414-3300
                                   Facsimile:    (850) 488-9134

                             *Counsel for Plaintiff State of Florida*

|   |   |   |
|---|---|---|
| 1 | By: | /s/  Michelle Park Chiu |
| | | KENT M. ROGER (SBN 95987) |
| 2 | | Email: kroger@morganlewis.com |
| | | MICHELLE PARK CHIU (SBN 248421) |
| 3 | | Email: mchiu@morganlewis.com |
| | | **MORGAN, LEWIS & BOCKIUS LLP** |
| 4 | | One Market, Spear Street Tower |
| | | San Francisco, CA 94105-1126 |
| 5 | | Telephone:    (415) 442-1000 |
| | | Facsimile:      (415) 442-1001 |

J. CLAYTON EVERETT, JR. (*pro hac vice*)
Email: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
Email: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:    (202) 739-3000
Facsimile:      (202) 739-3001

***Attorneys for Defendants Hitachi, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Asia, Ltd. and Hitachi Displays, Ltd.***

By:   /s/  Adam C. Hemlock
STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone:    (212) 310-8000
Facsimile:      (212) 310-8007

GREGORY D. HULL (SBN 57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone:    (650) 802-3000
Facsimile:      (650) 802-3100

---

Case No. 11-CV-06205 SC
Master Case No. 3:07-CV-05944 SC

- 4 -

STIPULATION AND [PROPOSED] ORDER
REGARDING SERVICE OF COMPLAINT

|   |   |
|---|---|
| 1 | JEFFREY L. KESSLER (*pro hac vice*) |
|   | Email: jkessler@dl.com |
| 2 | A. PAUL VICTOR (*pro hac vice*) |
|   | Email: pvictor@dl.com |
| 3 | EVA W. COLE (*pro hac vice*) |
|   | Email: ecole@dl.com |
| 4 | **DEWEY & LEBOEUF LLP** |
|   | 1301 Avenue of the Americas |
| 5 | New York, NY 10019 |
|   | Telephone: (212) 259-8000 |
| 6 | Facsimile: (212) 259-7013 |

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd)*

By:   /s/ Michael Scarborough
      GARY L. HALLING (SBN 66087)
      Email: ghalling@sheppardmullin.com
      JAMES L. MCGINNIS (SBN 95788)
      Email: jmcginnis@sheppardmullin.com
      MICHAEL SCARBOROUGH (SBN 203524)
      Email: mscarborough@sheppardmullin.com
      **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
      Four Embarcadero Center, 17th Floor
      San Francisco, CA  94111-4109
      Telephone: (415) 434-9100
      Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A., de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

By: /s/ Andreas Stargard
JON V. SWENSON (SBN 233054)
Email: jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
620 Hansen Way
Paulo Alto, CA 94304
Telephone: (650) 739-7514
Facsimile: (650) 739-7614

JOHN M. TALADAY (*pro hac vice*)
Email: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
Email: joseph.ostoyich@bakerbotts.com
ANDREAS STARGARD (*pro hac vice*)
Email: andreas.stargard@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, NW
Washington D.C. 2004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

***Attorneys for Defendants Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V. and Philips Electronics North America Corporation***

By: /s/ Eric Shapland
RONALD C. REDCAY (SBN 67236)
Email: ronald.redcay@aporter.com
ERIC SHAPLAND (SBN 193853)
Email: eric.shapland@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

***Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc.***

By: __/s/ Lucius B. Lau__
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the stipulating defendants.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____        _____
                                Hon. Charles A. Legge
                                United States District Judge (Ret.)
                                Special Master

Dated:_____        _____
                                Hon. Samuel Conti
                                United States District Judge