ADRMOP,APPEAL,CONSOL,RELATE,SM

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05944-SC
## Internal Use Only

MDL No. 1917 In Re: Cathode Ray Tube (CRT) Antitrust
Litigation
Assigned to: Hon. Samuel Conti
Member cases:

Date Filed: 11/26/2007
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

3:08-cv-00178-SC
3:08-cv-00309-SC
3:07-cv-06433-SC
3:07-cv-05981-SC
3:07-cv-06279-SC
3:07-cv-06303-SC
3:07-cv-06331-SC
3:07-cv-06225-SC
3:07-cv-06416-SC
3:08-cv-00494-SC
3:08-cv-01056-SC
3:08-cv-01032-SC
3:08-cv-00337-SC
3:08-cv-01345-SC
3:08-cv-01108-SC
3:08-cv-01364-SC
3:08-cv-01371-SC
3:08-cv-01319-SC
3:08-cv-01621-SC
3:08-cv-01622-SC
3:08-cv-01623-SC
3:08-cv-01624-SC
3:08-cv-01626-SC
3:08-cv-01627-SC
3:08-cv-01721-SC
3:08-cv-00614-SC
3:08-cv-01807-SC
3:08-cv-01559-SC
3:08-cv-01983-SC
3:08-cv-01984-SC

3:08-cv-01985-SC
3:08-cv-02024-SC
3:08-cv-02023-SC
3:08-cv-02204-SC
3:08-cv-02205-SC
3:08-cv-02206-SC
3:08-cv-02980-SC
3:08-cv-03493-SC
3:08-cv-04063-SC
3:08-cv-05521-SC
3:11-cv-01656-SC
3:11-cv-05513-SC
3:11-cv-06275-SC
3:11-cv-06276-SC
3:11-cv-06397-SC
3:11-cv-06396-SC
3:11-cv-05502-SC
3:11-cv-06205-SC
3:11-cv-05381-SC

Relate Case Case: 3:11-cv-05514-SC
Cause: 15:1 Antitrust Litigation

**Special Master**

**Honorable Charles A. Legge**                represented by    **Charles A. Legge**
                                                               JAMS
                                                               2 Embarcadero Center
                                                               Suite 1500
                                                               San Francisco, CA 94111
                                                               415-774-2600
                                                               Fax: 415-982-5287
                                                               Email: snevins@jamsadr.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jayne A. Goldstein**
                                                               Mager & Goldstein LLP
                                                               1640 Town Center Circle, Suite 216
                                                               Weston, FL 33326
                                                               954 515-0123
                                                               Fax: 954 515-0124
                                                               Email: jgoldstein@sfmslaw.com
                                                               *TERMINATED: 01/13/2012*
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crago, Inc.**                              represented by    **Bruce Lee Simon**

*on behalf of itself and others similarly situated dba Dash Computers, Inc. a Kansas City corporation*

Pearson, Simon, Warshaw & Penny, LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104
415-433-9000
Fax: 415-433-9008
Email: bsimon@pswplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Guido Saveri**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: guido@saveri.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashlei Melissa Vargas**
Pearson Simon Warshaw Penny LLP
44 Montgomery Street
Suite 2450
San Francisco, CA 94104
415-433-9000
Fax: 415-433-9008
Email: avargas@pswplaw.com
*ATTORNEY TO BE NOTICED*

**Christopher Wilson**
Polsinelli Shughart PC
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
816 421-3355
Fax: 816 374-0509
Email: cwilson@polsinelli.com
*ATTORNEY TO BE NOTICED*

**Clifford H. Pearson**
Pearson, Simon, Warshaw & Penny LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
Fax: (818) 788-8104
Email: cpearson@pswplaw.com
*ATTORNEY TO BE NOTICED*

**Daniel D. Owen**
Polsinelli Shughart PC
Twelve Wyandotte Plaza - Suite 1600
120 W. 12th Street
Kansas City, MO 64105
816-395-0671
Fax: 816-374-0509
Email: dowen@polsinelli.com
*ATTORNEY TO BE NOTICED*

**Daniel L. Warshaw**
Pearson, Simon, Warshaw & Penny LLP
15165 Ventura Boulevard
Suite 400
Sherman Oaks, CA 91403
(818) 788-8300
Fax: (818) 788-8104
Email: dwarshaw@pswplaw.com
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
Weil, Gotshal, & Manges, LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Fax: 212-310-8007
Email: david.yohai@weil.com
*ATTORNEY TO BE NOTICED*

**Esther L Klisura**
Sher Leff LLP
450 Mission Street
Suite 400
San Francisco, CA 94105
415-348-8300
Fax: 415-348-8333
Email: eklisura@sherleff.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
415/434-9100
Fax: 415/434-3947
Email: ghalling@smrh.com
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110
414-482-8000
Fax: 414-482-8001
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jessica L. Grant**
Sher Leff LLP
450 Mission Street
Suite 400
San Francisco, CA 94105
415-348-8300
Fax: 415-348-8333
Email: jgrant@sherleff.com
*TERMINATED: 11/19/2010*
*ATTORNEY TO BE NOTICED*

**Jonathan Mark Watkins ,**
Pearson Simon Warshaw & Penny LLP
44 Montgomery Street
Suite 1430
San Francisco, CA 94104
415-433-9000
Fax: 415-433-9008
Email: jwatkins@pswplaw.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
Bonnett, Fairbourn, Friedman, & Balint, P.C.
600 West Broadway
Suite 900
San Diego, CA 92101
619-756-7748
Fax: 602-274-1199
Email: mmuecke@bffb.com
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Patrick John Brady**
Polsinelli Shughart, P.C.
Twelve Wyandotte Plaza, Suite 1800

120 W. 12th Street
Kansas City, MO 64105
816-374-0515
Fax: 816-817-0108
Email: jbrady@polsinelli.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
Ademi & O'Reilly LLP
3620 East Layton Avenue
Cudahy, WI 53110
414-482-8000
Fax: 414-482-8001
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
Weil, Gotshal & Mangesl LLP
767 Fifth Avenue
New York, NY 10153
212-310-8174
Fax: 212-310-8007
Email: steven.reiss@weil.com
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
Lindquist & Vennum, P.L.L.P.
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
Lindquist & Vennum
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
Boies Schiller & Flexner LLP
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
Lindquist & Vennum
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
Lindquist Vennum, PLLP
80 South 8th Street
4200 IDS Center
Minneapolis, MN 55402
United Sta

612-371-3957
Fax: 612-371-3207
Email: klaudon@lindquist.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hawel A. Hawel d/b/a City**            represented by    **Betty Lisa Julian** ,
**Electronics**                                           1601 I Street, 5th Floor
*a California business*                                   Modesto, CA 95354
                                                          2095263500
                                                          Fax: 2095263534
                                                          Email: bjulian@damrell.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Cadio R. Zirpoli**
                                                          Saveri & Saveri, Inc.
                                                          706 Sansome Street
                                                          San Francisco, CA 94111
                                                          415-217-6810
                                                          Fax: 415-217-6813
                                                          Email: zirpoli@saveri.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Clinton Paul Walker**
                                                          Damrell, Nelson, Schrimp, Pallios, Pache
                                                          & Silva
                                                          1601 "I" Street
                                                          Fifth Floor
                                                          Modesto, CA 95354
                                                          209/526-3500
                                                          Fax: 209-526-3534
                                                          Email: cwalker@damrell.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David L. Yohai**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Fred A. Silva**
                                                          Damrell Nelson Schrimp Pallios, Pacher &
                                                          Silva
                                                          1601 I St, 5th Floor
                                                          Modesto, CA 95354
                                                          (209) 526-3500
                                                          Fax: (209) 526-3534
                                                          Email: fsilva@damrell.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gary L. Halling**
                                                          (See above for address)

*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Gianna Christa Gruenwald**
Saveri & Saveri
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: gianna@saveri.com
*ATTORNEY TO BE NOTICED*

**Guido Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Kathy Lee Monday**
Damrell, Nelson, Schrimp, Pallios, Pacher
& Silva
1601 I Street, 5th Floor
Modesto, CA 95354
209-526-3500
Fax: 209-526-3534
Email: kmonday@damrell.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: rick@saveri.com
*ATTORNEY TO BE NOTICED*

**Roger Martin Schrimp**
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street 5th Floor
Modesto, CA 95354
209 526-3500
Fax: 209 526-3534
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Juetten**                    represented by   **Craig C. Corbitt**
*TERMINATED: 03/30/2009*                                Zelle Hofmann Voelbel & Mason LLP
                                                        44 Montgomery Street
                                                        Suite 3400
                                                        San Francisco, CA 94104
                                                        415-693-0700
                                                        Fax: 415-693-0770
                                                        Email: ccorbitt@zelle.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Andrus Star Liberty**
                                                        Andrus Anderson LLP
                                                        155 Montgomery Street, Suite 900
                                                        San Francisco, CA 94104

415 986-1400
Fax: 415 986-1474
*TERMINATED: 02/25/2009*
*ATTORNEY TO BE NOTICED*

**Christopher Thomas Micheletti**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: cmicheletti@zelle.com
*ATTORNEY TO BE NOTICED*

**Francis Onofrei Scarpulla**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: fscarpulla@zelle.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jennie Lee Anderson**
Andrus Anderson LLP
155 Montgomery Street
Suite 900
San Francisco, CA 94104
415-986-1400
Fax: 415-986-1474
Email: jennie@andrusanderson.com
*ATTORNEY TO BE NOTICED*

**Judith A. Zahid**
Zelle Hofmann Voelbel & Mason, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104-4807
415-693-0700
Fax: 415-693-0770
Email: jzahid@zelle.com
*ATTORNEY TO BE NOTICED*

**Lori Erin Andrus**
Andrus Anderson LLP
155 Montgomery Street
Suite 900
San Francisco, CA 94104
415-986-1400
Fax: 415-986-1474
Email: lori@andrusanderson.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Matthew Rutledge Schultz**
Trepel Greenfield Sullivan & Draa LLP
150 California, Suite 2200
San Francisco, CA 94111
415-283-1776
Fax: 415-283-1777
Email: mschultz@tgsdlaw.com
*TERMINATED: 02/21/2011*
*ATTORNEY TO BE NOTICED*

**Michael Jocobs**
Zelle Hofmann Voelbel Mason & Gette
LLP
500 Washington Avenue, South Suite 400
Minneapolis, MN 55415
612 339-2020
Fax: 612 336-9100
Email: mjacobs@zelle.com
*ATTORNEY TO BE NOTICED*

**Patrick Bradford Clayton**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite #3400
San Francisco, CA 94104
415 693-0700

Fax: 415 693-0770
*ATTORNEY TO BE NOTICED*

**Qianwei Fu**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: qfu@zelle.com
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
Zelle Hofmann Voelbel Mason & Gette
LLP
500 Washington Avenue South, Suite 4000

Minneapolis, MN 55415
612/339-2020
Fax: 612/336-9100
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Art's TV & Appliance**                 represented by **Douglas A. Millen**
*TERMINATED: 03/30/2009*                  Freed Kanner London & Millen LLC
                                          2201 Waukegan Road
                                          Suite 130
                                          Bannockburn, IL 60015
                                          224-632-4500
                                          Fax: 224-632-4519
                                          Email: doug@fklmlaw.com
                                          *LEAD ATTORNEY*
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Steven A. Kanner**
                                          Freed Kanner London & Millen LLC
                                          2201 Waukegan Road
                                          Suite 130
                                          Bannockburn, IL 60015

224-632-4500
Fax: 224-632-4519
Email: kanner@fklmlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Harry Shulman**
Shulman Law
44 Montgomery St.
Suite 3830
San Francisco, CA 94104
415-901-0505
Fax: 866-422-4859
Email: harry@shulmanlawfirm.com
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Orion Home Systems, LLC**                    represented by **Cadio R. Zirpoli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Geoffrey Conrad Rushing**
Saveri & Saveri Inc.
706 Sansome Street
San Francisco, CA 94111
415-217-6810
Fax: 415-217-6813
Email: grushing@saveri.com
*ATTORNEY TO BE NOTICED*

**Guido Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph W. Cotchett**
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: jcotchett@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Neil Swartzberg**
Cotchett Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: nswartzberg@cpmlegal.com
*TERMINATED: 03/18/2011*
*ATTORNEY TO BE NOTICED*

**Niki B. Okcu**
Cotchett Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010
(650) 697-6000
Fax: (650) 697-0577
Email: nokcu@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Randy R. Renick**
Hadsell Stormer Keeny Richardson &
Renick
128 North Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
626/585-960
Email: rrr@renicklaw.com
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**

(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
Fax: 650-697-0577
Email: swilliams@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Univisions-Crimson Holding Inc.**         represented by   **Christopher T. Heffelfinger**
*TERMINATED: 03/30/2009*                                    Berman DeValerio
                                                            3507 Kyoto Gardens Drive, Suite 200
                                                            Palm Beach Gardens, FL 33410
                                                            415-433-3200
                                                            Fax: 415-433-6382
                                                            Email:
                                                            cheffelfinger@bermandevalerio.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David L. Yohai**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Gary L. Halling**
                                                            (See above for address)
                                                            *TERMINATED: 01/13/2012*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Guri Ademi**
                                                            (See above for address)
                                                            *TERMINATED: 01/13/2012*
                                                            *ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph J. Tabacco , Jr.**
Berman DeValerio
One California Street
Suite 900
San Francisco, CA 94111
415-433-3200
Fax: 415-433-6382
Email: jtabacco@bermandevalerio.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
Cohen Milstein Sellers & Toll
3507 Kyoto Gardens Drive
Suite 200
Palm Beach Gardens, FL 33410
561 578 6850
Fax: 202 408 4699
Email: jdominguez@cohenmilstein.com
*ATTORNEY TO BE NOTICED*

**Marc Jeffrey Greenspon**
Berman DeValerio
3507 Kyoto Gardens Drive
Suite 200
Palm Beach Gardens, FL 33410
(561) 835-9400
Fax: (561) 835-0322
Email:
mgreenspon@bermandevalerio.com
*ATTORNEY TO BE NOTICED*

**Matthew David-Craig Pearson**
Berman DeValerio
One California Street, Suite 900
San Francisco, CA 94111
415-433-3200
Fax: 415-433-6382
Email: mpearson@bermandevalerio.com
*ATTORNEY TO BE NOTICED*

Shpetim Ademi
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carroll Cut-Rate Furniture**          represented by    **Ronnie Seidel Spiegel**
*on behalf of itself and all others*                      Hagens Berman Sobol Shapiro
*similarly situated*                                       1301 5th Ave., Suite 2900
*TERMINATED: 03/30/2009*                                  Seattle, WA 98101
                                                          206-623-7292
                                                          Email: ronnie@hbsslaw.com
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Anthony D. Shapiro**
                                                          Hagens Berman Sobol Shapiro LLP
                                                          1918 8th Avenue
                                                          Suite 3300
                                                          Seattle, WA 98101
                                                          206-623-7292
                                                          Fax: 206-623-0594
                                                          Email: tony@hbsslaw.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **David L. Yohai**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Douglas A. Millen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gary L. Halling**
                                                          (See above for address)
                                                          *TERMINATED: 01/13/2012*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Guri Ademi**
                                                          (See above for address)
                                                          *TERMINATED: 01/13/2012*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jayne A. Goldstein**
                                                          (See above for address)

*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jeff D. Friedman**
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
510 725-3000
Fax: 510 725-3001
Email: jefff@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven A. Kanner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Henry London ,**
Freed Kanner London & Millen LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224-632-4500
Fax: 224-632-4521
Email: wlondon@fklmlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monikraft, Inc**
*individually and on behalf of a class of*
*all those similarly situated*
*TERMINATED: 03/30/2009*

represented by   **Christopher L. Lebsock**
Hausfeld LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
(415) 633-1949
Email: clebsock@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Michael P. Lehmann**
Hausfeld, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-633-1908
Email: mlehmann@hausfeldllp.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan Muchnick, Inc.**          represented by **Brendan Patrick Glackin**
*TERMINATED: 03/30/2009*                        Lieff, Cabraser, Heimann & Bernstein LLP

                                                 275 Battery Street
                                                 29th Floor
                                                 San Francisco, CA 94111-3339

415-956-1000
Fax: 415-956-1008
Email: bglackin@lchb.com
*ATTORNEY TO BE NOTICED*

**Candice J. Enders**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
800-424-6690
Fax: 215-875-4604
Email: cenders@bm.net
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric B. Fastiff**
Lieff, Cabraser, Heimann & Bernstein,LLP

275 Battery Street
29th Floor
San Francisco, CA 94111-3339
415-956-1000
Fax: 415-956-1008
Email: efastiff@lchb.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**H. Laddie Montague , Jr.**
Berger & Montague, P.C.
1622 Locust St.
Philadelphia, PA 19103
215-875-3010
Fax: 215-875-4604
Email: hlmontague@bm.net
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)

*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph Richard Saveri**
Lieff, Cabraser, Heiman & Bernstein, LLP
275 Battery Street
29th Floor
San Francisco, CA 94111-3339
415/956-1000
Fax: 415-956-1008
Email: jsaveri@lchb.com
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Marc Howard Edelson**
Edelson & Associates, LLC
45 West Court Street
Doylestown, PA 18901
215-230-8043
Fax: 215-230-8735
Email: medelson@edelson-law.com
*ATTORNEY TO BE NOTICED*

**Michele Chickerell Jackson**
Lieff Cabraser Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111
415-956-1000
Email: mjackson@lchb.com
*ATTORNEY TO BE NOTICED*

**Richard Martin Heimann**
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
415-956-1000
Email: rheimann@lchb.com
*ATTORNEY TO BE NOTICED*

**Ruthanne Gordon**
Berger & Montague PC
1622 Locust St.
Philadelphia, PA 19103

215-875-3000
Fax: 215-875-4604
Email: rgordon@bm.net
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Caldwell**                  represented by   **Christopher L. Lebsock**
*on behalf of herself and all others*                 (See above for address)
*similarly situated*                                  *TERMINATED: 04/01/2008*
*TERMINATED: 03/30/2009*                              *ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Henry A. Cirillo**
Smith Dollar PC
404 Mendocino Avenue, Second Floor
Santa Rosa, CA 95401
707-522-1100
Fax: 707-522-1101
Email: hcirillo@smithdollar.com
*TERMINATED: 01/05/2011*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jon T. King**

Hausfeld LLP
44 Montgomery St.
Suite 3400
San Francisco, CA 94104
(415) 633-1921
Fax: (415) 693-0770
Email: jking@hausfeldllp.com
*TERMINATED: 04/01/2008*
*ATTORNEY TO BE NOTICED*

**Kathleen Styles Rogers**
140 14th Avenue
San Mateo, CA 94402
650-766-3126
Email: krogers63@gmail.com
*ATTORNEY TO BE NOTICED*

**Lori A. Fanning**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
312 332-3400
Fax: 312 676-2676
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
Trump Alioto Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
415-563-7200
Fax: 415-346-0679
Email: malioto@tatp.com
*ATTORNEY TO BE NOTICED*

**Marvin A. Miller**
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
312 332-3400
Fax: 312 676-2676
Email: mmiller@millerlawllc.com
*ATTORNEY TO BE NOTICED*

**Matthew E. Van Tine**
Miller Law LLC

115 South LaSalle Street, Suite 2910
Chicago, IL 60603
312 332-3400
Fax: 312 676-2676
*ATTORNEY TO BE NOTICED*

**Michael S. Christian**
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: mchristian@zelle.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Dove**
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
415-433-2070
Fax: 415-982-2076
Email: tdove@furth.com
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Figone**
*a California resident, on behalf of himself and all others similarly situated,*
*TERMINATED: 03/30/2009*

represented by **Brian Joseph Barry , Esq.**
Law Offices of Brian Barry
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
323-522-5584
Email: bribarry1@yahoo.com
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph Mario Patane**
Law Office of Joseph M. Patane
2280 Union Street
San Francisco, CA 94123
415-563-7200
Fax: 415-346-0679
Email: jpatane@tatp.com
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
415-563-7200
Fax: 415-346-0679
Email: laurenrussell@tatp.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario N. Alioto**
Trump Alioto Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
415 563-7200
Fax: 415 346-0679
Email: malioto@tatp.com
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chad Klebs**                    represented by    **Craig C. Corbitt**
*a Minnesota resident, on behalf of*               (See above for address)
*themselves and all others similarly*              *LEAD ATTORNEY*
*situated*                                         *ATTORNEY TO BE NOTICED*

**Andrus Star Liberty**
(See above for address)
*TERMINATED: 02/25/2009*
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Francis Onofrei Scarpulla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jennie Lee Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Judith A. Zahid**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lori Erin Andrus**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Rutledge Schultz**
(See above for address)
*TERMINATED: 02/21/2011*
*ATTORNEY TO BE NOTICED*

**Michael Jacobs**
Zelle Hofmann Voelbel Mason & Gette
LLP
500 Washington Ave., South
Suite 400
Minneapolis, MN 55415
612-339-2020
Fax: 612-336-9100
Email: mjacobs@zelle.com
*TERMINATED: 02/01/2012*
*ATTORNEY TO BE NOTICED*

**Patrick Bradford Clayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Qianwei Fu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard M. Hagstrom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Central New York Univision Video Systems, Inc.**
*TERMINATED: 03/30/2009*

represented by **Christopher T. Heffelfinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*

*ATTORNEY TO BE NOTICED*

**Joseph J. Tabacco , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Jeffrey Greenspon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew David-Craig Pearson**
Berman DeValerio Pease Tabacco et al
425 California St Ste 2100
San Francisco, CA 94104
415-433-3200
Fax: 415-433-6382
Email: mpearson@bermandevalerio.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crimson Tech, Inc.**            represented by   **Christopher T. Heffelfinger**
*TERMINATED: 03/30/2009*                          (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **David L. Yohai**
                                                  (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Gary L. Halling**
                                                  (See above for address)
                                                  *TERMINATED: 01/13/2012*
                                                  *ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph J. Tabacco , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manuel Juan Dominguez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc Jeffrey Greenspon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew David-Craig Pearson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Stroud Group, Inc.**                 represented by   **Eric B. Fastiff**
*TERMINATED: 03/30/2009*                                   (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Brendan Patrick Glackin**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Daniel Bruce Allanoff**
Meredith Cohen Greenfogel & Skirnick,
P.C.
1521 Locust Street
8th Floor
Philadelphia, PA 19102
215-564-5182
Fax: 215-569-0958
Email: dallanoff@mcgslaw.com
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joel Cary Meredith**
Meredith & Associates
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
215-564-5182
Fax: 215-569-0958
Email: jmeredith@mcgslaw.com
*ATTORNEY TO BE NOTICED*

**Joseph Richard Saveri**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Martin E. Grossman**
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085
310-527-3277
*ATTORNEY TO BE NOTICED*

**Michele Chickerell Jackson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard Martin Heimann**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven J. Greenfogel**
Lite DePalma Greenburg, LLC
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
215-564-5182
Fax: 215-569-0958
Email: sgreenfogel@litedepalma.com
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Call**                    represented by   **Cadio R. Zirpoli**
*dba Poway-Rancho Beranrdo TV a*                  (See above for address)
*California business*                             *ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guido Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**John G. Emerson**
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058
281-488-8854
Fax: 281-488-8867
Email: jemerson@emersonpoynter.com
*ATTORNEY TO BE NOTICED*

**John G. Emerson**
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058
281-488-8854
Fax: 281-488-8867
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lawrence D. McCabe**
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016
212 682-1818
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mark Pierce**                    represented by   **David L. Yohai**
*TERMINATED: 03/30/2009*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Gary L. Halling**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Guri Ademi**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Henry A. Cirillo**
                                                    (See above for address)
                                                    *TERMINATED: 01/05/2011*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jayne A. Goldstein**
                                                    (See above for address)

*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jonathan Mark Watkins ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph M. Alioto , Sr.**
Alioto Law Firm
225 Bush Street
16th Floor
San Francisco, CA 94104
415-434-8900
Fax: 415-434-9200
Email: jmalioto@aliotolaw.com
*ATTORNEY TO BE NOTICED*

**Lori A. Fanning**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Matthew E. Van Tine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael S. Christian**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas Patrick Dove**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Princeton Display Technologies, Inc.**          represented by **Bryan L. Clobes**
Cafferty Faucher LLP

*on behalf of itself and all others*
*similarly situated, a New Jersey*
*corporation*

1717 Arch St.
Ste. 3610
Philadelphia, PA 19103
215-864-2800
Fax: 215-864-2810
Email: bclobes@caffertyfaucher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lee Albert**
Murray Frank LLP
275 Madison Avenue
Suite 801
New York, NY 10016
212-682-1818
Email: lalbert@murrayfrank.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**James E. Cecchi**
Carella Byrne Bain Gilfillan Cecchi
Stewart & Olstein PC
5 Becker Farm Road
Roseland, NJ 07068
973 994-1700
Fax: 973 994-1744
Email: jcecchi@carellabyrne.com
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne Arnold Goldstein**
Shepherd, Finkelman, Miller & Shah, LLP

1640 Town Center Circle
Suite 216
Weston, FL 33326
(954)515-0123
Fax: 954-515-0124
Email: jgoldstein@sfmslaw.com
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Lindsey H. Taylor**
Carella Byrne Bain Gilfillan Cecchi
Stewart & Olstein PC
5 Becker Farm Road
Roseland, NJ 07068
973 994-1700
Email: ltaylor@carellabyrne.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Marisa C. Livesay**
San Diego, CA 92101
Email: livesay@whafh.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Betsy Carol Manifold**
Wolf Haldenstein Adler Freeman & Herz
*ATTORNEY TO BE NOTICED*

**Francis M. Gregorek**
Wolf Haldenstein Adler Freeman & Herz
LLP
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Jane Edelstein Fait**
Wolf Haldenstein Adler Freeman Herz
LLP
55 West Monroe Street
Suite 1111
Chicago, IL 60603
312-984-0000
Email: fait@whafh.com
*ATTORNEY TO BE NOTICED*

**Rachele R. Rickert**
Wolf Haldenstein Adler Freeman & Herz
LLP
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greg A Glanz**                    represented by   **John Gressette Felder , Jr.**
*on behalf of himself and all others*               McGowan Hood Felder and Johnson
*similarly situated*                                1405 Calhoun Street
*TERMINATED: 03/30/2009*                            Columbia, SC 29201
                                                    803-779-0100
                                                    Fax: 803-787-0750
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Steven Randall Hood ,**
                                                    1539 Health Care Dr.
                                                    Rock Hill, SC 29732

803-327-7800
Fax:
Email: rhood@mcgowanhood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Angus McKinnon ,**
McGowan, Hood & Felder
1539 Health Care Dr.
Rock Hill, SC 29732
803-327-7800
Fax: 803-328-5656
Email: bmckinnon@mcgowanhood.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Derek G. Howard**
Minami Tamaki LLP
360 Post Street
8th Floor
San Francisco, CA 94108
415-788-9000
Fax: 415-398-3887
Email: dhoward@minamitamaki.com
*ATTORNEY TO BE NOTICED*

**Fernando Xaxier Starkes**
Starkes Law Firm
P.O. Box 1497
Columbia, SC 29202
803 758-2882
Email: xavier@starkeslawfrim.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)

*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven Alan Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Gonzalez**                    represented by    **Gary L. Halling**
*a California resident, on behalf of*                    (See above for address)
*herself and others similarly situated,*                *TERMINATED: 01/13/2012*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Guri Ademi**
                                                        (See above for address)
                                                        *TERMINATED: 01/13/2012*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James McManis**
                                                        McManis Faulkner
                                                        50 W. San Fernando Street
                                                        10th Floor
                                                        San Jose, CA 95113
                                                        408-279-8700
                                                        Fax: 408-279-3244
                                                        Email: jmcmanis@mcmanislaw.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jayne A. Goldstein**
                                                        (See above for address)
                                                        *TERMINATED: 01/13/2012*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Manfred Patrick Muecke**
                                                        (See above for address)
                                                        *TERMINATED: 01/13/2012*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mario Nunzio Alioto**
                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Marwa Elzankaly**
McManis, Faulkner
50 W. San Fernando Street
10th Floor
San Jose, CA 95113
408-279-8700
Fax: 408-279-3244
Email: melzankaly@mcmanislaw.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William E. Stack**                    represented by   **Craig C. Corbitt**
*a Tennessee resident, on behalf of*                      (See above for address)
*himself and all others similarly*                        *LEAD ATTORNEY*
*situated*                                                *ATTORNEY TO BE NOTICED*
*TERMINATED: 03/30/2009*

                                                          **Terry Rose Saunders**
                                                          The Saunders Law Firm
                                                          77 West Wacker Dr.

Ste 4800
Chicago, IL 60601
(312) 346-4456
Fax: 312-277-5205
Email: tsaunders@saunders-lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Arthur Doyle**
Thomas A. Doyle, Ltd.
231 S. Peck
La Grange, IL 60525
312-479-5732
Fax: 312-277-1992
Email: tadoyle@thomasadoyle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Lovell**
Lovell Stewart Halebian LLP
61 Broadway, Sutie 501
New York, NY 10006
212-608-1900
Fax: 212-719-4677
Email: clovell@lshllp.com
*ATTORNEY TO BE NOTICED*

**Francis Onofrei Scarpulla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Imtiaz A. Siddiqui**
Cotchett Pitre & McCarthy
100 Park Avenue
26th Floor
New York, NY 10117
(212) 682-3198
Fax:
Email: isiddiqui@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Judith A. Zahid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Matthew Rutledge Schultz**
(See above for address)
*TERMINATED: 02/21/2011*
*ATTORNEY TO BE NOTICED*

**Patrick Bradford Clayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Traviss Levine Galloway**
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104
415 693-0700
Fax: 415 693-0700
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margo Stack**                    represented by    **Craig C. Corbitt**
*a Tennessee resident, on behalf of*                 (See above for address)
*herself and all others similarly*                   *LEAD ATTORNEY*
*situated*                                           *ATTORNEY TO BE NOTICED*
*TERMINATED: 03/30/2009*

**Terry Rose Saunders**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Arthur Doyle**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Lovell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Francis Onofrei Scarpulla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Imtiaz A. Siddiqui**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Judith A. Zahid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Matthew Rutledge Schultz**
(See above for address)
*TERMINATED: 02/21/2011*
*ATTORNEY TO BE NOTICED*

**Patrick Bradford Clayton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)

*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Traviss Levine Galloway**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Ellingson**                    represented by   **Alan Roth Plutzik**
*TERMINATED: 03/30/2009*                                Bramson Plutzik Mahler & Birkhaeuser,
                                                        LLP
                                                        2125 Oak Grove Road
                                                        Suite 120
                                                        Walnut Creek, CA 94598
                                                        925-945-0200
                                                        Fax: 925-945-8792
                                                        Email: aplutzik@bramsonplutzik.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Christopher Le**
                                                        Straus & Boies, LLP
                                                        4041 University Dr.
                                                        Fifth Fl.
                                                        Fairfax, VA 22030
                                                        703-764-8700
                                                        Fax: 703-764-8704
                                                        Email: cle@straus-boies.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel Edward Birkhaeuser**
                                                        Bramson, Plutzik, Mahler & Birkhaeuser
                                                        2125 Oak Grove Road
                                                        Suite 120
                                                        Walnut Creek, CA 94598
                                                        (925) 945-0200
                                                        Fax: (925) 945-8792
                                                        Email: dbirkhaeuser@bramsonplutzik.com

                                                        *ATTORNEY TO BE NOTICED*

                                                        **David Boies , III**
                                                        Straus & Boies, LLP
                                                        4041 University Drive
                                                        5th Floor
                                                        Fairfax, VA 22030
                                                        703-764-8700
                                                        Fax: 703-764-8704
                                                        Email: dboies@straus-boies.com
                                                        *ATTORNEY TO BE NOTICED*

**Eric James Pickar**
Bangs, McCullen, Butler, Foye &
Simmons, L.L.P.
P.O. Box 2670
Rapid City, SD 57709-2670
605-343-1040
Fax: 605-343-1503
Email: epickar@bangsmccullen.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jennifer Susan Rosenberg**
Bramson, Plutzik, Mahler & Birkhaeuser
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598
(925) 945-0200
Email: jrosenberg@bramsonplutzik.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Timothy D. Battin**
Straus & Boies LLP

4041 University Dr.
5th Floor
Fairfax, VA 22030
703-764-8700
Email: tbattin@straus-boies.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel J. Nasto**                    represented by   **Gary L. Halling**
*a Nevada resident*                                     (See above for address)
                                                        *TERMINATED: 01/13/2012*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Guri Ademi**
                                                        (See above for address)
                                                        *TERMINATED: 01/13/2012*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jayne A. Goldstein**
                                                        (See above for address)
                                                        *TERMINATED: 01/13/2012*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joel Flom**
                                                        Jeffries Olson & Flom PA
                                                        1202 27th Street South
                                                        Fargo, ND 58103
                                                        701 280-2300
                                                        Fax: 701 280-1800
                                                        Email: joel@jeffreislaw.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Joseph Mario Patane**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kenneth Leo Valinoti**
                                                        Valinoti & Dito LLP
                                                        180 Montgomery Street
                                                        Suite 940
                                                        San Francisco, CA 94104-4223
                                                        415-986-1338
                                                        Fax: 415-986-1231
                                                        Email: kvalinoti@valinoti-dito.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lauren Clare Russell**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
Law Offices of Lawrence G. Papale
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, CA 94574
707-963-1704
Email: lgpapale@papalelaw.com
*ATTORNEY TO BE NOTICED*

**M. Eric Frankovitch**
Frankovitch Anetakis Colantonio & Simon

337 Penco Rd.
Weirton, WV 26062
304-723-4400
Fax: 304-723-4574
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael G. Simon**
Frankovitch Anetakis Colantonio & Simon
- Weirton
337 Penco Rd.
Weirton, WV 26062
304-723-4400
Fax: 304-723-5892
Email: msimon@facslaw.com
*ATTORNEY TO BE NOTICED*

**Robert B. Gerard**
Gerard Selden & Osuch
2840 South Jones Boulevard
Building D, Unit 4
Las Vegas, NV 89146
702 251-0093
Email: rgerard@gerardlaw.com
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
Mansfield & Tanick
1700 U.S. Bank Plaza South
220 South Sixth Street

Minneapolis, MN 55402-4511

612-339-4295
Fax:
Email: smansfield@mansfieldtanick.com
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
Law Offices of Sherman Kassof
954 Risa Road
Suite B
Lafayette, CA 94549
510-652-2554
Fax: 510-652-9308
Email: heevay@att.net
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Piper**                    represented by   **Gary L. Halling**
*TERMINATED: 03/30/2009*                              (See above for address)
                                                      *TERMINATED: 01/13/2012*

*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joel Flom**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Mario Patane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Leo Valinoti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Eric Frankovitch**
Frankovitch Anetakis Colantonio & Simon

337 Penco Rd.
Weirton, WV 26062
304-723-4400
Fax: 304-723-4574
Email: msimon@facslaw.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael G. Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert B. Gerard**
Gerard & Osuch LLP
2840 South Jones Boulevard
Building D, Unit 4
Las Vegas, CA 89146
702 251-0093
Email: rgerard@gerardlaw.com
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Stephenson**                    represented by   **Gary L. Halling**
*a New Mexico resident*                                  (See above for address)
                                                         *TERMINATED: 01/13/2012*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Guri Ademi**
                                                         (See above for address)
                                                         *TERMINATED: 01/13/2012*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jayne A. Goldstein**
                                                         (See above for address)
                                                         *TERMINATED: 01/13/2012*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Joel Flom**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Joseph Mario Patane**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Kenneth Leo Valinoti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Eric Frankovitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael G. Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert B. Gerard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David G. Norby**                 represented by   **Gary L. Halling**
*a Minnesota resident*                              (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Guri Ademi**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jayne A. Goldstein**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joel Flom**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joseph Mario Patane**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kenneth Leo Valinoti**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lauren Clare Russell**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Eric Frankovitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael G. Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert B. Gerard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Larch**                    represented by    **Gary L. Halling**
*a West Virginia resident*                          (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Guri Ademi**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jayne A. Goldstein**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joel Flom**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joseph Mario Patane**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kenneth Leo Valinoti**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lauren Clare Russell**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lawrence Genaro Papale**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**M. Eric Frankovitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael G. Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert B. Gerard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Hare**                represented by    **Gary L. Halling**
*TERMINATED: 03/30/2009*                            (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Guri Ademi**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jayne A. Goldstein**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joel Flom**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Joseph Mario Patane**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kenneth Leo Valinoti**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lauren Clare Russell**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lawrence Genaro Papale**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **M. Eric Frankovitch**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Manfred Patrick Muecke**

(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael G. Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert B. Gerard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Stringwell**              represented by  **Gary L. Halling**
*TERMINATED: 03/30/2009*                         (See above for address)
                                                 *TERMINATED: 01/13/2012*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Guri Ademi**
                                                 (See above for address)
                                                 *TERMINATED: 01/13/2012*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Jayne A. Goldstein**
                                                 (See above for address)
                                                 *TERMINATED: 01/13/2012*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Joel Flom**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Joseph Mario Patane**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth Leo Valinoti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*ATTORNEY TO BE NOTICED*

**M. Eric Frankovitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael G. Simon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert B. Gerard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Hanson**                              represented by   **Gary L. Halling**
*a North Dakota resident, on behalf of*                      (See above for address)
*themselves and all others similarly*                        *TERMINATED: 01/13/2012*
*situated*                                                   *ATTORNEY TO BE NOTICED*

                                                             **Guri Ademi**
                                                             (See above for address)
                                                             *TERMINATED: 01/13/2012*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jayne A. Goldstein**
                                                             (See above for address)
                                                             *TERMINATED: 01/13/2012*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Joel Flom**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Joseph Mario Patane**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kenneth Leo Valinoti**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Lauren Clare Russell**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Lawrence Genaro Papale**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **M. Eric Frankovitch**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Manfred Patrick Muecke**
                                                             (See above for address)
                                                             *TERMINATED: 01/13/2012*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Mario Nunzio Alioto**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael G. Simon**
                                                             (See above for address)

*ATTORNEY TO BE NOTICED*

**Robert B. Gerard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Slagle**
*a Vermont resident, on behalf of
herself and all others similarly
situated*

represented by **Daniel R. Karon**
Goldman Scarlato and Karon, PC
55 Public Square
Suite 1500
Cleveland, OH 44114
216-622-1851

Fax: 216-622-1852
Email: karon@gsk-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M. Alioto , Sr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Angelina Alioto-Grace**
Alioto Law Firm
555 California Street, 31st Floor
31st Floor
San Francisco, Ca 94104
415 434-8900
Fax: 415 434-9200
Email: sexton@aliotolaw.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
Alioto Law Firm
555 California Street
Thirty-first Floor
San Francisco, CA 94104
415/434-8900
Fax: 415-434-9200
Email: jaliotojr@aliotolaw.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mary Gilmore Kirkpatrick**
Kirkpatrick & Goldborough PLLC
1233 Shelburne Road, Suite E-1
South Burlington, VT 05403
802 651-0960
Fax: 802 651-0964
Email: mkirk@vtlawfirm.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
Alioto Law Firm
225 Bush Street
16th Floor
San Francisco, CA 94104
415-434-8900
Fax: 415-434-9200
Email: TMoore@aliotolaw.com
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Kushner**                    represented by   **Joseph M. Alioto , Sr.**
*on behalf of themselves and all others*              (See above for address)
*similarly situated*                                  *LEAD ATTORNEY*
*TERMINATED: 03/30/2009*                              *ATTORNEY TO BE NOTICED*

                                                      **Angelina Alioto-Grace**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Daniel R. Karon**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Daniel Joseph Mulligan**
                                                      St. James Recovery Services, P.C.
                                                      155 Montgomery Street, Suite 1004
                                                      San Francisco, CA 94104
                                                      415-391-7566
                                                      Fax: 415-391-7568
                                                      Email: dan@jmglawoffices.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Derek G. Howard**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Gary L. Halling**
                                                      (See above for address)
                                                      *TERMINATED: 01/13/2012*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Guri Ademi**
                                                      (See above for address)
                                                      *TERMINATED: 01/13/2012*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jayne A. Goldstein**
                                                      (See above for address)
                                                      *TERMINATED: 01/13/2012*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jeffrey D. Bores**
                                                      Chestnut & Cambronne
                                                      222 S 9th Street, Suite 3700
                                                      Mpls, MN 55402
                                                      612 339-7300
                                                      Fax: 612 336-2940

Email: jbores@chestnutcambronne.com
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karl L. Cambronne**
Chestnut & Cambronne
222 S 9th Street, Suite 3700
Minneapolis, MN 55402
(612) 339-7300
Fax: 612 336-2940
Email:
kcambronne@chestnutcambronne.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Cook**                              represented by   **Joseph M. Alioto , Sr.**
*on behalf of himself and all others*                        (See above for address)
*similarly situated*                                         *LEAD ATTORNEY*
*TERMINATED: 03/30/2009*                                     *ATTORNEY TO BE NOTICED*

**Angelina Alioto-Grace**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bruce L. Mulkey**
The Mulkey Attorneys Group P.A.
1039 W. Walnut, Suite 3
Rogers, AR 72756
479 631-0481
Fax: 479 631-5994
Email: bruce@mulkeylaw.com
*ATTORNEY TO BE NOTICED*

**Charles M. Kester ,**
The Kester Law Firm
P.O. Box 184
Fayetteville, AR 72702-0184
479-582-4600
Fax: 479-571-1671
Email: cmkester@nwark.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian A. Luscher**                    represented by   **Angelina Alioto-Grace**
*a Arizona resident, on behalf of*                      (See above for address)
*himself and all others similarly*                      *ATTORNEY TO BE NOTICED*
*situated,*
                                                        **Gary L. Halling**
                                                        (See above for address)
                                                        *TERMINATED: 01/13/2012*

*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph Michelangelo Alioto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert James Pohlman**
Ryley Carlock & Applewhite PC
1 N Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
602 440-4812
Fax: 602 257-6912
Email: rpohlman@rcalaw.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Friedson**                 represented by   **Joseph M. Alioto , Sr.**
*on behalf of himself and all others*                (See above for address)
*similarly situated*                                 *LEAD ATTORNEY*
*TERMINATED: 03/30/2009*                             *ATTORNEY TO BE NOTICED*

                                                     **Angelina Alioto-Grace**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Gary L. Halling**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Guri Ademi**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jayne A. Goldstein**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Joseph Michelangelo Alioto , Jr**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Manfred Patrick Muecke**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

**Robert James Pohlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Theresa Driscoll Moore**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wettstein and Sons, Inc**                 represented by   **Katherine T. Kelly**
*on behalf of itself and all others*                         Heins Mills & Olson PLC
*similarly situated, is a corporation of*                     310 Clifton Avenue
*Wisconsin*                                                   Mpls, MN 55403
*TERMINATED: 03/30/2009*                                      612 436-5367
*doing business as*                                          Fax: 612 338-4692
Wettstein's                                                  Email: kkelly@heinsmills.com
*TERMINATED: 03/30/2009*                                     *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Ranae D. Steiner**
                                                             Heins Mills & Olson PLC
                                                             310 Clifton Avenue
                                                             Minneapolis, MN 55403
                                                             612 338-4605
                                                             Fax: 612 338-4692
                                                             Email: rsteiner@heinsmills.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Samuel D. Heins**
                                                             Heins Mills & Olson, P.L.C.
                                                             310 Clifton Avenue
                                                             Minneapolis, MN 55403
                                                             612-338-4605
                                                             Fax: 612-338-4692
                                                             Email: sheins@heinsmills.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Troy J. Hutchinson**
                                                             Heins Mills & Olson PLC
                                                             310 Clifton Avenue
                                                             Mpls, MN 55403
                                                             612 338-4605

Fax: 612 338-4692
Email: thutchinson@heinsmills.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent J. Esades**
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
(612) 338-4605
Fax: 612-338-4692
Email: vesades@heinsmills.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guido Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joel Cary Meredith**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Scott W. Carlson**
Heins Mills & Olson PLC
310 Clifton Avenue
Minneapolis, MN 55403
612 338-4605
Fax: 612 338-4692
Email: scarlson@heinsmills.com

*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Industrial Computing, Inc.**         represented by   **Gary L. Halling**
*on behalf of Itself and all others*                   (See above for address)
*similarly situated*                                   *TERMINATED: 01/13/2012*
*TERMINATED: 04/07/2008*                               *ATTORNEY TO BE NOTICED*

**Jeffrey Alan Klafter**
Klafter & Olsen LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10602
914 997-5656
Fax: 914 997-5656
Email: jak@klafterolsen.com
*ATTORNEY TO BE NOTICED*

**Joseph M. Barton**
Glancy Binkow & Goldberg LLP
One Embarcadero Center
Suite 760
San Francisco, CA 94111
415-972-8160
Fax: 415-972-8166
Email: jbarton@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Ganz**                        represented by   **Terry Gross**
*a California resident*                                 Gross & Belsky LLP
                                                       180 Montgomery Street
                                                       Suite 2200
                                                       San Francisco, CA 94104
                                                       415-544-0200
                                                       Fax: 415-544-0201
                                                       Email: terry@gba-law.com
                                                       *TERMINATED: 09/16/2011*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**John Dmitry Bogdanov**
Cooper & Kirkham, P.C.
357 Tehama Street
Second Floor
San Francisco, CA 94103
415-788-3030
Fax: 415-882-7040
Email: jdb@coopkirk.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josef Deen Cooper**
Cooper & Kirkham, P.C.
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracy R. Kirkman**
Cooper & Kirkham PC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Patrick**
*TERMINATED: 03/30/2009*

represented by **Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Reginald Von Terrell**
The Terrell Law Group
Post Office Box 13315, PMB #148
Oakland, CA 94661
510-237-9700
Fax: 510-237-4616
Email: reggiet2@aol.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Ross**                        represented by   **Kathleen Styles Rogers**
*a California resident*                               (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Susan Gilah Kupfer**
                                                     Glancy Binkow & Goldberg LLP
                                                     One Embarcadero Center
                                                     Suite 760
                                                     San Francisco, CA 94111
                                                     415-972-8160
                                                     Fax: 415-972-8166
                                                     Email: skupfer@glancylaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Gary L. Halling**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Guri Ademi**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jayne A. Goldstein**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Manfred Patrick Muecke**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Mario Nunzio Alioto**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Shpetim Ademi**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Anne M. Nardacci**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Electronic Design Company**            represented by   **Charles H. Johnson**
                                                         Charles H Johnson & Associates PA
                                                         2599 Mississippi Street
                                                         New Brighton, MN 55113
                                                         651-633-5685
                                                         Fax: 651-633-4442
                                                         Email: bdehkes@charleshjohnsonlaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Eugene A. Spector**
                                                         Spector Roseman Kodroff & Willis, PC
                                                         1818 Market Street
                                                         25th Floor
                                                         Philadelphia, PA 19103
                                                         215-496-0300
                                                         Email: espector@srkw-law.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Garrett D. Blanchfield , Jr.**
                                                         Reinhardt Wendorf & Blanchfield
                                                         East 1250 First National Bank Building
                                                         322 Minnesota Street
                                                         St. Paul, MN 55101
                                                         651-287-2100
                                                         Fax: 651-287-2103
                                                         Email: g.blanchfield@rwblawfirm.com
                                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Mark Reinhardt**
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101
651-227-9990
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal A Eisenbraun**
Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113
651-633-5685
Fax: 651-633-4442
Email: rattler@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William G. Caldes**
Spector, Roseman, Kodroff & Willis, P.C.
1818 Market Street
Suite 2500
Philadelphia, PA 19103
215-496-0300
Email: bcaldes@srkw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cadio R. Zirpoli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guido Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**

(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Richard Alexander Saveri**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brigid Terry**                    represented by   **Jean B. Roth**
*a Wisconsin resident, on behalf of*                 Mansfield Tanick & Cohen
*herself and all others similarly*                   1700 U.S. Bank Plaza South
*situated*                                           220 South Sixth Street
                                                     Minneapolis, MN 55402-4511
                                                     (612) 339-4295
                                                     *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Joseph Mario Patane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Leo Valinoti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence P. Schaefer**
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511
(612) 339-4295
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
Bonsignore & Brewer
193 Plummer Hill Road
Belmont, NH 03220
781-391-9400
Fax: 781-391-9496
Email: rbonsignore@class-actions.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Gianasca**                    represented by   **Jean B. Roth**
*on behalf of himself and all others*                   (See above for address)
*similarly situated*                                    *LEAD ATTORNEY*
*TERMINATED: 03/30/2009*                                *ATTORNEY TO BE NOTICED*

**Joseph Mario Patane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Leo Valinoti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence P. Schaefer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brighid Flaherty**                    represented by **Jean B. Roth**
*on behalf of herself and all others*                   (See above for address)
*similarly situated*                                    *LEAD ATTORNEY*
*TERMINATED: 03/30/2009*                                *ATTORNEY TO BE NOTICED*

**Joseph Mario Patane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Leo Valinoti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence P. Schaefer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*

*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridget Ten Eyck**                    represented by   **Jean B. Roth**
*on behalf of herself and all others*                   (See above for address)
*similarly situated*                                    *LEAD ATTORNEY*
*TERMINATED: 03/30/2009*                                *ATTORNEY TO BE NOTICED*

**Joseph Mario Patane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Leo Valinoti**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Genaro Papale**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence P. Schaefer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Bonsignore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seymour J. Mansfield ,**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sherman Kassof**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Southern Office Supply, Inc**
*on behalf of itself and all others*
*similarly situated*

represented by **Gilmur Roderick Murray**
Murray & Howard, LLP
760 Market Street
Suite 1068
San Francisco, CA 94102
415-461-3200
Email: gmurray@murrayhowardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel R. Karon**
Goldman Scarlato & Karon
55 Public Square, Suite 1500
Cleveland, OH 44113
216 622-1852
Fax: 216 622-1852

Email: karon@gsk-law.com
*ATTORNEY TO BE NOTICED*

**Donna F Solen**
Whitfield Bryson & Mason LLP
1625 Massachusetts Avenue, N.W., Suite 605
Washington, DC 20036
202-429-2290
Fax: 202-429-2294
Email: dsolen@wbmllp.com
*ATTORNEY TO BE NOTICED*

**Donna F. Solen**
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036
202 429-2290
Fax: 202 429-2294
*ATTORNEY TO BE NOTICED*

**Drew A. Carson**
Miller Goler Faeges
100 Erieview Plaza, 27th Floor
Cleveland, OH 44114
216 696-3366
Fax: 216 363-5835
Email: carson@millergolerfaeges.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Issac L. Diel**
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211
913 661-9931
Fax: 913 661-9935
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)

*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Krishna B. Narine**
Schiffrin & Barroway, LLP
Three Bala Plaza East
Suite 400
Bala Cynwyd, PA 19004
215-822-2202
Fax: 215 914-2462
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Steven J. Miller**
Miller Goler Faeges
100 Erieview Plaza, 27th Floor
Cleveland, OH 44114
216 696-3366
Fax: 216 363-5835
Email: miller@millergolerfaeges.com
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**OK TV & Appliances, LLC**          represented by   **Elizabeth R. Odette**
*on behalf of itself and all others*                 Lockridge Grindal Nauen P.L.L.P.
*similarly situated*                                  100 Washington Avenue South
*TERMINATED: 03/30/2009*                             Minneapolis, MN 55401
                                                     612-339-6900
                                                     Fax: 612-339-0981
                                                     Email: erodette@locklaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Lisa J. Rodriguez**
                                                     Trujillo Rodriguez & Richards LLP
                                                     8 Kings Highway West
                                                     Haddonfield, NJ 08033
                                                     (856) 795 9002
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **W. Joseph Bruckner**
                                                     Lockridge Grindal Nauen P.L.L.P
                                                     100 Washington Avenue S
                                                     Suite 2200
                                                     Minneapolis, MN 55401
                                                     612-339-6900
                                                     Fax: 612-339-0981
                                                     Email: wjbruckner@locklaw.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Gary L. Halling**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Guri Ademi**
                                                     (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jayne A. Goldstein**

(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Charles Benson** | represented by | **Gordon Ball** |

*on behalf of himself and all others
similarly situated*
*TERMINATED: 03/30/2009*

Ball & Scott
550 W. Main Avenue, Suite 601
Bank of America Center
Knoxville, TN 37902
865/525-7028
Fax: 865/525-4679
Email: gball@ballandscott.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Robert Gordon Methvin , Jr**
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205

205-939-0199
Fax: 205-939-0399
Email: sreynolds@mmlaw.net
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meijer, Inc.**                          represented by   **Gregory Keith Arenson**
*On behalf of themselves and all others*                  Kaplan Fox & Kilsheimer LLP
*similarly situated*                                       850 Third Avenue, 14th Floor
                                                           New York, NY 10022
                                                           212 687-1980
                                                           Fax: 212 687-7714
                                                           Email: garenson@kaplanfox.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Robert N. Kaplan**
                                                           Kaplan Kilsheimer & Fox LLP
                                                           805 Third Avenue
                                                           14th Floor
                                                           New York, NY 10022
                                                           212-687-1980
                                                           Fax: 212-687-7714
                                                           Email: rkaplan@kaplanfox.com
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **David Paul Germaine**
                                                           111 S. Wacker Dr.
                                                           Suite 4050
                                                           Chicago, IL 60606
                                                           312-224-1505
                                                           Email: dgermaine@vaneklaw.com
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Gary L. Halling**
                                                           (See above for address)
                                                           *TERMINATED: 01/13/2012*
                                                           *ATTORNEY TO BE NOTICED*

**Gary Laurence Specks**
Kaplan Fox & Kilsheimer LLP
1655 Lake Cook Road, Suite 139
Highland Park, IL 60036
847 831-1585
Fax: 847 831-1580
Email: gspecks@kaplanfox.com
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
Vanek, Vickers & Masini,P.C.
225 W. Washington Street
18th Floor
Chicago, IL 60606
312-224-1500
Fax: 312-224-1510
Email: jvanek@vaneklaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
Nussbaum LLP
26 Murray Hill Road
Scarsdale, NY 10583
914 874-7152
Email: lnussbaum@nussbaumllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda Phyllis Nussbaum**
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017
646-722-8500
Fax: 646-722-8501
Email: lnussbaum@gelaw.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**

(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meijer Distribution, Inc.**
*on behalf of themselves and all others
similarly situated*

represented by **Gregory Keith Arenson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Paul Germaine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**

(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Gary Laurence Specks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joseph Michael Vanek**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda Phyllis Nussbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arch Electronics, Inc**                    represented by   **Anthony J. Bolognese**
Bolognese & Associates LLC
1500 JFK Boulevard
Philadelphia, PA 19102
215 814-6751
Fax: 215 814-6764
Email: abolognese@bolognese-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Keith Arenson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Linda P. Nussbaum**
Kaplan Fox & Kilsheimer, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
212 687-1980
Fax: 212 687-7714
Email: lnussbaum@kaplanfox.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert N. Kaplan**
Kaplan Fox & Kilsheimer, LLP
850 Third Avenue, 14th Floor
New York, NY 10022
212 687-1980
Fax: 212 687-7714
Email: rkaplan@kaplanfox.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Joshua H. Grabar**
Bolognese & Associates, LLC
1500 JFK Boulevard, Suite 320
Philadelphia, PA 19102
215 814-6751
Email: jgrabar@bolognese-law.com
*ATTORNEY TO BE NOTICED*

**Kevin Bruce Love**
Hanzman Criden & Love, P.A.
7301 SW 57th Court
Suite 515
South Miami, FL 33143
305-357-9000
Fax: 305-357-9050
Email: klove@cridenlove.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda Phyllis Nussbaum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Royal Data Services, Inc.**
*on behalf of itself and all others*
*similarly situated, is a Hawaii*
*corporation*
*TERMINATED: 03/30/2009*

represented by **Lisa J. Rodriguez**
Trujillo Rodriguez & Richards LLP
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795 9002
Email: lisa@trrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth R. Odette**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: erodette@locklaw.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**W. Joseph Bruckner**
Lockridge Grindal Nauen P.L.L.P
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: wjbruckner@locklaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Patrick**                  represented by   **Gary L. Halling**
*TERMINATED: 03/30/2009*                             (See above for address)
                                                     *TERMINATED: 01/13/2012*
                                                     *ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Reginald Von Terrell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Studio Spectrum, Inc.**            represented by   **Steven F. Benz**
*is a California business*                            Kellogg, Huber, Hansen, Todd
                                                      Sumner Square
                                                      1615 M Street, N.W., Suite 400
                                                      Washington, DC 20036
                                                      202-326-7900
                                                      Fax: 202-326-7999
                                                      Email: sbenz@khhte.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **David Nathan-Allen Sims**
                                                      Saveri & Saveri, Inc.
                                                      706 Sansome Street
                                                      San Francisco, CA 94111
                                                      415-217-6810
                                                      Fax: 415-217-6813
                                                      Email: dsims@saveri.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Gary L. Halling**
                                                      (See above for address)
                                                      *TERMINATED: 01/13/2012*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Guido Saveri**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Guri Ademi**
                                                      (See above for address)
                                                      *TERMINATED: 01/13/2012*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jayne A. Goldstein**
                                                      (See above for address)
                                                      *TERMINATED: 01/13/2012*
                                                      *ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James E. Allee**                  represented by  **Jeff S. Westerman**
*TERMINATED: 03/30/2009*                            Milberg LLP
                                                    One California Plaza
                                                    300 S. Grand Avenue, Suite 3900
                                                    Los Angeles, CA 90071
                                                    213-617-1200
                                                    Fax: 213-617-1975
                                                    Email: jwesterman@milberg.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Andrew J. Morganti**
                                                    Milberg LLP
                                                    One Pennsylvania Plaza
                                                    New York, NY 10119-0165
                                                    212-946-9359
                                                    Fax: 212-868-1229
                                                    Email: amorganti@milberg.com
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Guri Ademi**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*

*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Peter G.A. Safirstein**
Milberg LLP
One Pennsylvania Plaza
New York, NY 10119-0165
212-594-5300
Fax: 212-868-1229
Email: psafirstein@milberg.com
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kory Pentland**                  represented by  **Elizabeth Anne McKenna ,**
*a Michigan resident*                              Milberg LLP
                                                   One Pennsylvania Plaza
                                                   50th Floor
                                                   NY, NY 10119
                                                   212-631-8605
                                                   Fax:
                                                   Email: emckenna@milberg.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Jeff S. Westerman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F Novak**
Milberg LLP
One Penn Plaza
New York, NY 10119
212-946-9431
Fax: 212-868-1229
Email: pnovak@milberg.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Andrew J. Morganti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter G.A. Safirstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jim Brown**                          represented by   **Jeff S. Westerman**
*on behalf of themselves & others*                      (See above for address)
*similarly situated*                                    *LEAD ATTORNEY*
*TERMINATED: 03/30/2009*                                *ATTORNEY TO BE NOTICED*

**Andrew J. Morganti**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Guri Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter G.A. Safirstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shpetim Ademi**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Radio & TV Equipment, Inc**          represented by   **Lisa J. Rodriguez**
*is a business headquartered in Fargo,*                 (See above for address)
*North Dakota*                                          *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Jason Kilene**
Gustafson Gluek PLLC
608 2nd Ave S Ste 650
Minneapolis, MN 55402
(612)333-8844
Email: jkilene@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Jayne A. Goldstein**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SOUND INVESTMENTS**             represented by   **Lisa J. Rodriguez**
**CORPORATION**                                    Trujillo Rodriguez & Richards LLP
*TERMINATED: 03/30/2009*                           258 Kings Highway East
*doing business as*                                Haddonfield, NJ 08033
EGGERS AUDIO-VIDEO                                 (856) 795 9002
*TERMINATED: 03/30/2009*                           Email: lisa@trrlaw.com
                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brady Lane Cotton**                    represented by   **Mario Nunzio Alioto**
*a Florida resident*                                      (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Christina Diane Crow**
                                                          Jinks, Crow & Dickson P.C.
                                                          P.O. Box 350
                                                          219 Prairie St N
                                                          Union Springs, AL 36089
                                                          334-738-4225
                                                          Fax: 334-738-4229
                                                          Email: ccrow@jinkslaw.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **J. Matthew Stephens**
                                                          McCallum Methvin & Terrell PC
                                                          2201 Arlington Avenue
                                                          Birmingham, AL 35205
                                                          205 939-0199
                                                          Fax: 205 939-0399
                                                          Email: sreynolds@mmlaw.net
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James Michael Terrell**
                                                          McCallum, Methvin & Terrell, P.C.
                                                          2201 Arlington Avenue South
                                                          Birmingham, AL 35205
                                                          205-939-0199
                                                          Fax: 205-939-0399
                                                          Email: jterrell@mmlaw.net
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lauren Clare Russell**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Manfred Patrick Muecke**

(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Robert G. Methvin**
McCallum Methvin & Terrell PC
2201 Arlington Avenue South
Birmingham, AL 35205
205 939-0199
Fax: 205 939-0399
Email: sreynolds@mmlaw.net
*ATTORNEY TO BE NOTICED*

**Robert Gordon Methvin , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn W. Jinks**
Jinks Crow & Dickson PC
*ATTORNEY TO BE NOTICED*

**Nathan A. Dickson**
Jinks Crow & Dickson PC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Sobotka**                    represented by   **Mario Nunzio Alioto**
*a Florida resident*                                    (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Christopher William Cantrell**
                                                        2204 Lakeshore Drive
                                                        Suite 208, Lakeshore Park Plaza
                                                        Birmingham, AL 35209
                                                        205-933-1500
                                                        Fax: 205-933-5500
                                                        Email: chrisc@beltlawfirm.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **J. Matthew Stephens**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James Michael Terrell**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Keith Thomson Belt , Jr.**
                                                        Belt Law Firm, P.C.
                                                        Lakeshore Park Plaza
                                                        Suite 208
                                                        2204 Lakeshore Drive
                                                        Birmingham, AL 35209
                                                        205-933-1500
                                                        Fax: 205-933-5500
                                                        Email: keithb@beltlawfirm.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lauren Clare Russell**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Manfred Patrick Muecke**
                                                        (See above for address)
                                                        *TERMINATED: 01/13/2012*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert Page Bruner**
                                                        Belt Law Firm, P.C.
                                                        2204 Lakeshore Drive
                                                        Suite 208
                                                        Birmingham, AL 35209
                                                        205-933-1500
                                                        Fax: 205-933-5500
                                                        Email: robertb@beltlawfirm.com

*ATTORNEY TO BE NOTICED*

**Robert G. Methvin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Gordon Methvin , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Tipton Johnson , III**
Belt Law Firm, P.C
2204 Lakeshore Drive
Suite 208, Lakeshore Park Plaza
Birmingham, AL 35209
205-933-1500
Fax: 205-933-5500
Email: boj@beltlawfirm.com
*TERMINATED: 02/09/2010*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn W. Jinks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan A. Dickson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Riebow**                    represented by   **Mario Nunzio Alioto**
*a Hawaii resident*                                   (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lauren Clare Russell**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Manfred Patrick Muecke**
                                                      (See above for address)
                                                      *TERMINATED: 01/13/2012*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Anne M. Nardacci**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James M. Lockhart**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **James P. McCarthy**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jennifer Milici**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jessica Lynn Meyer**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Kelly Laudon**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Travis Burau**                     represented by   **Elizabeth Anne McKenna ,**
*a Iowa resident*                                     (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Mario Nunzio Alioto**
                                                      (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul F Novak**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Kindt**                  represented by **Mario Nunzio Alioto**
*a Michigan resident*                           (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Lauren Clare Russell**
                                                (See above for address)

*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Brown**                    represented by   **Elizabeth Anne McKenna ,**
*a Michigan resident*                               (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Mario Nunzio Alioto**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Paul F Novak**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lauren Clare Russell**
                                                    (See above for address)

*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Rotman**                      represented by   **Mario Nunzio Alioto**
*a Minnesota resident*                                (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lauren Clare Russell**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Manfred Patrick Muecke**
                                                      (See above for address)
                                                      *TERMINATED: 01/13/2012*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Anne M. Nardacci**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Rizzo**                          represented by   **Elizabeth Anne McKenna ,**
*a Minnesota resident*                                  (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mario Nunzio Alioto**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Paul F Novak**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Lauren Clare Russell**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Manfred Patrick Muecke**
                                                        (See above for address)
                                                        *TERMINATED: 01/13/2012*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Anne M. Nardacci**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Charles Jenkins**                    represented by **Mario Nunzio Alioto**
*a Mississippi resident*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                       **J. Matthew Stephens**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **James Michael Terrell**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Lauren Clare Russell**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Robert G. Methvin**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **Anne M. Nardacci**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

                                       **James M. Lockhart**
                                       (See above for address)
                                       *ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lynn W. Jinks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nathan A. Dickson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel R. Hergert**                represented by    **Mario Nunzio Alioto**
*a Nebraska resident*                                  (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Lauren Clare Russell**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Manfred Patrick Muecke**
                                                       (See above for address)
                                                       *TERMINATED: 01/13/2012*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Anne M. Nardacci**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James M. Lockhart**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **James P. McCarthy**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrienne Belai**                  represented by   **Mario Nunzio Alioto**
*a New York resident*                               (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua Maida**                    represented by   **Elizabeth Anne McKenna ,**
*a North Carolina resident*                         (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Mario Nunzio Alioto**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Paul F Novak**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *PRO HAC VICE*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lauren Clare Russell**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Manfred Patrick Muecke**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Anne M. Nardacci**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James M. Lockhart**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James P. McCarthy**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jennifer Milici**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jessica Lynn Meyer**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kelly Laudon**
                                                    (See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemary Ciccone**                    represented by    **Mario Nunzio Alioto**
*a Rhode Island resident*                                 (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lauren Clare Russell**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Manfred Patrick Muecke**
                                                          (See above for address)
                                                          *TERMINATED: 01/13/2012*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Anne M. Nardacci**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James M. Lockhart**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **James P. McCarthy**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer Milici**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jessica Lynn Meyer**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kelly Laudon**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Marie Ellington**               represented by    **Mario Nunzio Alioto**
*a South Dakota resident*                                 (See above for address)
*TERMINATED: 03/30/2009*                                  *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lauren Clare Russell**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Warner**                   represented by   **Mario Nunzio Alioto**
*a Tennessee resident*                              (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Lauren Clare Russell**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Manfred Patrick Muecke**
                                                    (See above for address)
                                                    *TERMINATED: 01/13/2012*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Anne M. Nardacci**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James M. Lockhart**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **James P. McCarthy**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jennifer Milici**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jessica Lynn Meyer**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kelly Laudon**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Sidney Crigler**          represented by   **Mario Nunzio Alioto**
*a Tennessee resident*                              (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Robert Brent Irby**
McCallum, Hoaguland Cook & Irby LLP
2062 Columbiana Road
Vestavia Hills, AL 35216
205-824-7767
Fax: 205-824-7768
Email: birby@mhcilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric D. Hoaglund**
McCallum Hoaglund Cook & Irby LLP
905 Montgomery Highway, Suite 201
Vestavia Hills, AL 35216
205 824-7767
Fax: 205 824-7768
Email: ehoaglund@mhcilaw.com
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Richard Freeman Horsley**
King, Horsley & Lyons
1 Metroplex Drive
Suite 280
Birmingham, AL 35209
205-314-6195
Fax: 205-871-1370
Email: rfhala@cs.com
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Direct Purchaser Plaintiffs**            represented by   **Aaron M. Sheanin**
Pearson Simon Warshaw & Penny LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
415 433-9000
Fax: 415 433-9008
Email: asheanin@pswplaw.com
*ATTORNEY TO BE NOTICED*

**Allan Steyer**
Steyer Lowenthal Boodrookas Alvarez &
Smith LLP
One California Street, Suite 300
San Francisco, CA 94111
415-421-3400
Fax: (415) 421-2234
Email: asteyer@steyerlaw.com
*ATTORNEY TO BE NOTICED*

**Donald Scott Macrae**
Steyer Lowenthal Boodrookas Alvarez &
Smith LLP
One California Street
Third Floor
San Francisco, CA 94111
415-421-3400
Email: smacrae@bamlawlj.com
*ATTORNEY TO BE NOTICED*

**Henry A. Cirillo**
(See above for address)
*TERMINATED: 01/05/2011*
*ATTORNEY TO BE NOTICED*

**Jayne Ann Peeters**
Steyer Lowenthal Boodrookas Alvarez &

Smith LLP
One California Street
Third Floor
San Francisco, CA 94111
415-421-3400
Fax: 415-421-2234
Email: jpeeters@steyerlaw.com
*ATTORNEY TO BE NOTICED*

**Manfred Patrick Muecke**
(See above for address)
*TERMINATED: 01/13/2012*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bruce Lee Simon**
Pearson, Simon, Warshaw & Penny, LLP
*ATTORNEY TO BE NOTICED*

**Daniel D. Cowen**
Shughart Thomson & Kilroy PC
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**P. John Brady**
Shughart Thomson & Kilroy PC
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Indirect Purchaser Plaintiffs**          represented by **John Dmitry Bogdanov**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Josef Deen Cooper**
Cooper & Kirkham, P.C.
357 Tehama Street
Second Floor
San Francisco, CA 94103
415-788-3030
Fax: 415-882-7040
Email: jdc@coopkirk.com
*ATTORNEY TO BE NOTICED*

**Joseph Mario Patane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tracy R. Kirkham**
Cooper & Kirkham, P.C.
357 Tehama Street
Second Floor
San Francisco, CA 94103
415-788-3030
Fax: 415-882-7040
Email: trk@coopkirk.com
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Indirect Purchaser Plaintiffs**        represented by   **Mario Nunzio Alioto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Mario Patane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lauren Clare Russell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Washington**                  represented by   **David Michael Kerwin**

State of Washington Attorney General

800 5th Avenue
Suite 2000
Seattle, WA 98104
206-464-7030
*State of Washington*

Washington State Attorney General's Office
800 Fifth Ave.
Ste. 2000
Seattle, WA 98104
206-464-7030
Email: davidk3@atg.wa.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Electrograph Systems, Inc**          represented by  **Benjamin Daniel Battles**
Boies, Schiller & Flexner LLP
10 North Pearl Street
Albany, NY 12207
518-434-0600
Fax: 518-434-0665
Email: bbattles@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
Boies, Schiller & Flexner LLP
10 N. Pearl St.
4th Floor
Albany, NY 12207
(518) 434-0600

Fax: 518-434-0665
Email: piovieno@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Philip J. Iovieno**
Boies Schiller & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
518 434-0665
Email: piovieno@bsfllp.com
*ATTORNEY TO BE NOTICED*

**William A. Isaacson**
Boies Schiller & Flexner
5301 Wisconsin Avenue
Suite #800
Washington, DC 20015
(202) 237-2727
Fax: (202) 237-6131
Email: llaing@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Electrograph Technologies Corp.**          represented by   **Benjamin Daniel Battles**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Philip J. Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William A. Isaacson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Interbond Corporation of America**        represented by **Stuart Harold Singer**
Boies Schiller & Flexner
401 E Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
954-356-0011
Fax: 356-0022
Email: ssinger@bsfllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Isaacson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Office Depot, Inc.**                    represented by   **Stuart Harold Singer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William A. Isaacson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Compucom Systems Inc**                 represented by **Lewis Titus LeClair**
McKool Smith
300 Crescent Ct #1500
Dallas, TX 75201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Isaacson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mike McKool , Jr.**
McKool Smith, P.C.
300 Crescent Court Ste 1500
Dallas, TX 75201
(214)978-4000
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott R. Jacobs**
McKool Smith
300 Crescent Court, Suite 1500
Dallas, TX 75201
214 9778-4089

Fax: 214 978-4044
Email: srjacobs@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Costco Wholesale Corporation**            represented by   **Cori Gordon Moore**
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
206-359-8000
Fax: 206-359-4849
Email: cgmoore@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**David Burman**
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101
206 359-8000
Fax: 206 359-9000
Email: dburman@perkinscoie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Euphemia Nikki Thomopulos**
Perkins Coie
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111
415-344-7000
Email: ethomopulos@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Nicholas H. Hesterberg**
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
United Sta
206-359-8000
Fax: 206-359-9000
Email: nhesterberg@perkinscoie.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah Guzzo Purcell**
Seattle
1201 Third Avenue
Suite 4800
Seattle, WA 98101-3099
206-359-3301
Fax: 206-359-4301
Email: NPurcell@perkinscoie.com
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Alfred H. Siegel**                    represented by   **David M. Peterson**
*Alfred H. Siegel, as Trustee of the*                   Susman Godfrey LLP
*Circuit City Stores, Inc. Liquidating*                 1000 Louisiana Street, Suite 5100
*Trust*                                                 Houston, TX 77002-5096
                                                        713-653-7873
                                                        Fax: 713 654-6666
                                                        Email: dpeterson@susmangodfrey.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jonathan Jeffrey Ross , N/A**
                                                        Susman Godfrey L.L.P.
                                                        1000 Louisiana
                                                        Suite 5100
                                                        Houston, TX 77002-5096
                                                        713-651-9366
                                                        Fax: 713-654-6666
                                                        Email: jross@susmangodfrey.com
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Philip J Iovieno**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Anne M. Nardacci**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **H. Lee Godfrey**
                                                        Susman Godfrey LLP
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James M. Lockhart**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **James P. McCarthy**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jennifer Milici**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth S. Marks**
Susman Godfrey LLP
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Department of Legal Affairs**          represented by     **Eli Andrew Friedman**
Office of the Attorney General
Antitrust Division
The Capitol, PL-01
Tallahassee, FL 32399-1050
850-414-3534
Fax: 850-488-9134
Email: Eli.Friedman@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Conners**
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Fax: 850-488-9134
Email: Trish_Conners@oag.state.fl.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Palmer**
Office of the Attorney General
State of Florida
PL-01, The Capital
Tallahassee, FL 32399
850-414-3300
Fax: 650-488-9134
Email: scott.palmer@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lizabeth A. Brady**
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399
850-414-3300
Fax: 850-488-9134
*ATTORNEY TO BE NOTICED*

**Nicholas J. Weilhammer**
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
(850) 414-3300
Fax: (850) 488-9134
Email:
nicholas.weilhammer@myfloridalegal.com

*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Office of the Attorney General**          represented by **Eli Andrew Friedman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patricia A. Conners**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Palmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lizabeth A. Brady**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas J. Weilhammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Florida**              represented by  **Eli Andrew Friedman**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Patricia A. Conners**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Palmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lizabeth A. Brady**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas J. Weilhammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Satu A Correa**
Florida Office of the Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050
850-414-3300
Email: Satu.Correa@myfloridalegal.com
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James M. Lockhart**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James P. McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jessica Lynn Meyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelly Laudon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Plaintiff</u>**

**Best Buy Co., Inc.**                     represented by **David Martinez**
Robins Kaplan Miller & Ciresi L.L.P.
2049 Century Park East
Suite 3400
Los Angeles, CA 90067-3208
310-552-0130
Fax: 310-229-5800
Email: dmartinez@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Samuel Paul**
Robins Kaplan Miller Ciresi LLP
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
310-552-0130
Fax: 310-229-5800
Email: jspaul@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Nelson**
Robins Kaplan Miller and Ciresi
2800 LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402
612-349-0986
Fax: 612-339-4181
Email: lenelson@rkmc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roman M. Silberfeld**
Robins Kaplan Miller & Ciresi L.L.P.
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Best Buy Enterprise Services, Inc.**          represented by   **David Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Samuel Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roman M. Silberfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Best Buy Purchasing LLC**          represented by   **David Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Samuel Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roman M. Silberfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Best Buy Stores, L.P.**           represented by   **David Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Samuel Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roman M. Silberfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Best Buy.com LLC**           represented by   **David Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Samuel Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip J Iovieno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roman M. Silberfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Magnolia Hi-Fi, Inc.**            represented by **David Martinez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jordan Samuel Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laura Elizabeth Nelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anne M. Nardacci**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Milici**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roman M. Silberfeld**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Good Guys, Inc.**                  represented by  **Jason C. Murray**
                                                     Crowell & Moring LLP
                                                     515 South Flower Street
                                                     40th Floor
                                                     Los Angeles, CA 90071
                                                     213-622-4750
                                                     Fax: 213-622-2690
                                                     Email: jmurray@crowell.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KMart Corporation**                represented by  **Jason C. Murray**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Old Comp Inc.**                    represented by  **Jason C. Murray**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Radioshack Corp.**                 represented by  **Jason C. Murray**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sears, Roebuck and Co.**           represented by  **Jason C. Murray**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Target Corp.**                     represented by  **Jason C. Murray**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Chunghwa Picture Tubes, LTD.** | represented by | **Joel Steven Sanders** |

*("Chunghwa PT") is a Taiwanese company*

represented by **Joel Steven Sanders**
Gibson, Dunn & Crutcher LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933
415-393-8200
Fax: 415-393-8206
Email: jsanders@gibsondunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joel Calcar Willard**
Gibson, Dunn Crutcher LLP
555 Mission St.
Ste. 3000
San Francisco, CA 94105
415-393-8340
Email: jwillard@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Rachel S. Brass**
Gibson Dunn & Crutcher LLP
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.**
*("Chunghwa Malaysia") is a Malaysian company*

**Defendant**

**Hitachi, Ltd.**                       represented by   **Gary L. Halling**
*is a Japanese company*                                  (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Jason Bruce Allen**
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
United Sta
415-442-1288
Fax: 415-442-1001
Email: jason.allen@morganlewis.com
*TERMINATED: 12/07/2011*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
Dewey & LeBouef LLP

1301 Avenue of the Americas
New York, NY 10019-6092
212-259-8000
Fax: 212-559-6333
Email: jkessler@dl.com
*ATTORNEY TO BE NOTICED*

**Kent Michael Roger**
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1140
Fax: (415) 442-1001
Email: kroger@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111-4106
415-434-9100
Fax: 415-434-3947
Email: mscarborough@smrh.com
*ATTORNEY TO BE NOTICED*

**Thomas R. Green**
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
415-442-1000
Fax: 415-442-1001
Email: tgreen@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Diane Leslie Webb**
Morgan, Lewis & Bockius LLP
*ATTORNEY TO BE NOTICED*

**John Clayton Everett , Jr.**
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave. NW
Washington, DC 20004
202-739-3000
Email: jeverett@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Park Chiu**
Morgan, Lewis & Bockius

*ATTORNEY TO BE NOTICED*

**Scott A. Stempel ,**
Morgan, Lewis Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-739-3000
Fax: 202.739.3001
Email: sstempel@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hitachi America, Ltd.**                represented by   **Kent Michael Roger**
*("Hitachi America") is a New York*                       (See above for address)
*company*                                                  *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                          **Christine S. Safreno**
                                                          Morgan Lewis & Bockius, LLP
                                                          One Market, Spear Street Tower
                                                          San Francisco, CA 94105-1126
                                                          415 442-1000
                                                          Fax: 415 442-1001
                                                          Email: csafreno@morganlewis.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **D. Eric Shapland**
                                                          Heller Ehrman White & McAuliffe LLP
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Gary L. Halling**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jason Bruce Allen**
                                                          (See above for address)
                                                          *TERMINATED: 12/07/2011*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jeffrey L. Kessler**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jonathan DeGooyer**
                                                          Morgan Lewis & Bockius LLP
                                                          One Market, Spear Street Tower
                                                          25th Floor
                                                          San Francisco, CA 94105-1126
                                                          415-442-1000

Fax: 415-442-1001
Email: jdegooyer@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Ann Falk**
Morgan, Lewis & Bockius LLP
Litigation
One Market, Spear Street Tower
San Francisco, CA 94105
415-442-1000
Fax: 415-442-1001
Email: rfalk@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Thomas R. Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diane Leslie Webb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Clayton Everett , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Park Chiu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A. Stempel ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hitachi Asia, Ltd.**                    represented by   **Gary L. Halling**
*("Hitachi Asia") is a Singaporean*                       (See above for address)
*company*                                                 *ATTORNEY TO BE NOTICED*

                                                          **Jason Bruce Allen**
                                                          (See above for address)
                                                          *TERMINATED: 12/07/2011*
                                                          *ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kent Michael Roger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas R. Green**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diane Leslie Webb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Clayton Everett , Jr.**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michelle Park Chiu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scott A. Stempel ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Irico Group Corp.**                    represented by   **Joseph R. Tiffany , II**
*("IGC") is a Chinese entity*                            Pillsbury Winthrop Shaw Pittman LLP
                                                         2475 Hanover Street
                                                         Palo Alto, CA 94304-1114
                                                         650-233-4644
                                                         Fax: 650-233-4545
                                                         Email: joseph.tiffany@pillsburylaw.com
                                                         *TERMINATED: 06/24/2010*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Philip Andrew Simpkins**
                                                         Littler Mendelson
                                                         1255 Treat Blvd., Suite 600
                                                         Walnut Creek, CA 94597

925.932.2468
Fax: 925.946.9809
Email: pasimpkins@littler.com
*TERMINATED: 06/24/2010*

**Terrence A. Callan**
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880
415-983-1000
Fax: 415-983-1200
Email: terrence.callan@pillsburylaw.com
*TERMINATED: 06/24/2010*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Irico Display Devices Co., Ltd.**          represented by   **Joseph R. Tiffany , II**
*("IDDC") is a Chinese entity*                                (See above for address)
                                                              *TERMINATED: 06/24/2010*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Philip Andrew Simpkins**
                                                              (See above for address)
                                                              *TERMINATED: 06/24/2010*

                                                              **Terrence A. Callan**
                                                              (See above for address)
                                                              *TERMINATED: 06/24/2010*
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**

**LG Electronics, Inc.**                     represented by   **Samuel R. Miller**
*("LGEI") is a South Korean entity*                           Sidley Austin LLP
                                                              555 California Street, Suite 2000
                                                              San Francisco, CA 94104
                                                              (415) 772-1200
                                                              Fax: (415) 772-7400
                                                              Email: srmiller@sidley.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Beth Harrison Parker**
                                                              Arnold & Porter LLP
                                                              One Embarcadero Center, Twenty Second
                                                              Floor
                                                              San Francisco, CA 94111-3711
                                                              415 356-3000
                                                              Fax: 415 356-3099

Email: Beth.Parker@aporter.com
*ATTORNEY TO BE NOTICED*

**D. Eric Shapland**
Arnold & Porter LLP
777 South Figueroa Street, Forty-Fourth
Floor
Los Angeles, CA 90017-5844
213 243-4000
Fax: 213 243-4199
Email: Eric.Shapland@aporter.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John David Lombardo**
Arnold & Porter LLP
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017-5844
213-243-4000
Fax: 213-243-4199
Email: John_Lombardo@aporter.com
*ATTORNEY TO BE NOTICED*

**Marie L. Fiala**
Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
(415) 772-1200
Email: mfiala@sidley.com
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nana Little**
Arnold Porter
777 S. Figueroa St
44th Floor
Los Angeles, CA 90017
213-243-4097

Fax: 213-243-4199
Email: Nana.Little@aporter.com
*TERMINATED: 06/14/2011*
*ATTORNEY TO BE NOTICED*

**Paul Lionel Yanosy , Jr**
Sidley Austin LLP
555 California Street
Suite 2000
San Francisco, CA 94104
415 772-1278
Fax: 415 772-7400
Email: pyanosy@sidley.com
*TERMINATED: 05/18/2009*
*ATTORNEY TO BE NOTICED*

**Robert Brooks Martin , III**
Sidley Austin LLP
555 California St.
Suite 2000
San Francisco, CA 94104-1715
415-772-1200
Fax: 415-772-7400
Email: rbmartin@sidley.com
*ATTORNEY TO BE NOTICED*

**Ronald Charles Redcay**
Arnold & Porter LLP
777 South Figueroa Street, Forty-Fourth
Floor
Los Angeles, CA 90017-5844
213 243-4000
Fax: 213 243-4199
Email: Ronald.Redcay@aporter.com
*ATTORNEY TO BE NOTICED*

**Ryan M. Sandrock**
Sidley Austin, LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-1219
Fax: 415-772-7400
Email: rsandrock@sidley.com
*ATTORNEY TO BE NOTICED*

**Eric Daniel Mason**
Arnold and Porter
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matsushita Electric Industrial Co,
Ltd.**
*TERMINATED: 10/15/2008*

represented by **Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kris Hue Chau Man**
Dewey & LeBoeuf LLP
One Embarcadero Center
Suite 400
San Francisco, CA 94111
415-951-1100
Email: kman@dl.com
*TERMINATED: 12/12/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Panasonic Corporation of North
America**
*("PCNA") is a Delaware corporation*

represented by **Alan Feigenbaum**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
212-310-8000
Fax: 212-310-8007
Email: Alan.Feigenbaum@weil.com
*TERMINATED: 03/12/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
Weil, Gotshal, & Manges, LLP`
767 Fifth Avenue
New York, NY 10153
212-310-8275
Fax: 212-310-8000
Email: david.yohai@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eva W. Cole**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

212-259-8535
Fax:
Email: ecole@dl.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kris Hue Chau Man**
(See above for address)

*TERMINATED: 12/12/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michelle Lo**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
212-259-8000
Fax: 212-259-6333
Email: mlo@dl.com
*TERMINATED: 09/02/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard H. Epstein**
Sills Cummis Epstein & Gross PC
One Riverfront Plaza, 13th Floor
Newark, NJ 07102
973 643-7000
Email: repstein@sillscummis.com
*TERMINATED: 04/16/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**A. Paul Victor**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

212-259-6930
Fax: 212-259-6333
Email: pvictor@dl.com
*ATTORNEY TO BE NOTICED*

**Aldo A. Badini**
Dewey & LeBoeuf LLP
One Montgomery Street, Suite 3500
San Francisco, CA 94104
415 951 1100
Email: abadini@dl.com
*ATTORNEY TO BE NOTICED*

**Andrew R. Tillman**
Paine Tarwater Bickers & Tillman
800 South Gay Street
Suite 1100 First Tennessee Plaza
Knoxville, TN 37929-9703
865 525-0880
Email: art@paineter.com

*ATTORNEY TO BE NOTICED*

**David E. Yolkut**
Weil, Gotshal and Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
212-310-8000
Fax: 212-310-8007
Email: david.yolkut@weil.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Hull**
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000
Fax: 650-802-3100
Email: greg.hull@weil.com
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Richard Wetzel**
Weil, Gotshal & Manges, LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3000
Fax: 650-802-3100
Email: joseph.wetzel@weil.com
*ATTORNEY TO BE NOTICED*

**Margaret Anne Keane**
Dewey & LeBoeuf LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
650-845-7000
Fax: 650-845-7333
Email: mkeane@dl.com
*ATTORNEY TO BE NOTICED*

**Molly Donovan**
Dewey & LeBouef LLP
1301 Avenue of the Americas

New York, NY 10019
212-259-7394
Email: mmdonovan@dl.com
*ATTORNEY TO BE NOTICED*

**Peter Edward Root**
Kaye Scholer LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, CA 94306-2112
650-319-4506
Fax: 650-319-4906
Email: peter.root@kayescholer.com
*TERMINATED: 09/02/2010*
*ATTORNEY TO BE NOTICED*

**Steven A. Reiss**
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
212 310-8000
Fax: 212 310-8007
*ATTORNEY TO BE NOTICED*

**Adam C. Hemlock**
Weil Gotshal & Manges LLP
*ATTORNEY TO BE NOTICED*

**Lucia Freda**
Weil. Gotshal & Manges LLP
*ATTORNEY TO BE NOTICED*

**Molly M Donovan**
Dewey & LeBoeuf LLP
*ATTORNEY TO BE NOTICED*

**Defendant**

**Orion Electric Co., Ltd.**                  represented by   **Anthony J. Viola**
*TERMINATED: 03/27/2009*                                       Edwards Angell Palmer & Dodge LLP
                                                               750 Lexington Avenue
                                                               New York, NY 10022
                                                               212-308-4411
                                                               Fax: 212-308-4844
                                                               Email: aviola@eapdlaw.com
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Barry J. Bendes**
                                                               Edwards Angell Palmer & Dodge LLP
                                                               750 Lexington Avenue

New York, PA 10022
212 308-4411
Fax: 212 308-4844
Email: bbendes@eapdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David W. Evans**
Haight Brown & Bonesteel LLP
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981
415-546-7500
Fax: (415) 546-7505
Email: devans@hbblaw.com
*ATTORNEY TO BE NOTICED*

**Joseph E. Czerniawski**
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022
212 308-4411
Fax: 212 308-4844
Email: jczerniawski@eapdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Orion America, Inc.**                 represented by  **Anthony J. Viola**
*TERMINATED: 03/27/2009*                               Edwards Angell Palmer & Dodge LLP
                                                        750 Lexington Avenue
                                                        New York, NY 10022
                                                        212-308-4411
                                                        Fax: 212-308-4844
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Barry J Bendes**
                                                        Edwards Angell Palmer & Dodge LLP
                                                        750 Lexington Avenue
                                                        New York, NY 10022
                                                        212-912-2911
                                                        Fax: 888-325-9117
                                                        Email: bbendes@eapdlaw.com
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David W. Evans**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

Case 4:07-cv-05944-JST   Document 1112-1   Filed 03/26/12   Page 154 of 342

**Joseph Edward Czerniawski ,**
Edwards Angell Palmer & Dodge LLP
750 Lexington Ave
New York, NY 10022
212-912-2839
Fax: 888-325-9089
Email: JCzerniawski@eapdlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Koninklijke Philips Electronics N.V.** | represented by | **Andreas Stargard** |

*("Royal Philips") is a Dutch entity*
*TERMINATED: 03/30/2009*

**Andreas Stargard**
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
202-639-7712
Fax:
Email: andreas.stargard@bakerbotts.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Michael Lisi**
Reed Smith LLP
1510 Page Mill Road
Suite 110
Palo Alto, CA 94304
650-352-0500
Fax: 650-352-0699
*TERMINATED: 04/30/2010*
*ATTORNEY TO BE NOTICED*

**Emily L. Maxwell , Esq.**
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
415.848.4947
*TERMINATED: 02/11/2011*
*ATTORNEY TO BE NOTICED*

**Ethan E. Litwin**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
212-837-6540
Fax: 212-299-6540
Email: litwin@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John M. Taladay**
Baker Botts L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004
202-639-7700
Fax: 202-639-7890
Email: john.taladay@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Jon Vensel Swenson**
Baker Botts L.L.P.
620 Hansen Way
Palo Alto, CA 94304-1014
650-739-7500
Fax: 650-739-7699
Email: jon.swenson@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Richard A. Ripley**
Howrey Simon Arnold & White LLP
*TERMINATED: 04/14/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philips Electronics North America**            represented by   **David Michael Lisi**
*("Philips America") is a Delaware*                               (See above for address)
*corporation*                                                    *LEAD ATTORNEY*
*TERMINATED: 03/30/2009*                                         *ATTORNEY TO BE NOTICED*

                                                                 **Gregory Hull**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jon Vensel Swenson**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung SDI Co., Ltd.**                        represented by   **D. Eric Shapland**
*formerly know as Samsung Display*                               (See above for address)
*Device Co.*                                                     *ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Landon McGinnis**
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
415-434-9100
Fax: 415-434-3947
Email: jmcginnis@sheppardmullin.com
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Samsung SDI America, Inc.**<br>*("Samsung America") is a California*<br>*corporation* | represented by | **Gary L. Halling**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**James Landon McGinnis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Samtel Color, Ltd.**<br>*("Samtel") is a Indian company* | represented by | **William Diaz**<br>McDermott Will & Emery LLP<br>4 Park Plaza<br>Suite 1700<br>Irvine, CA 92614-2559<br>949-851-0633<br>Fax: 949-851-9348<br>Email: wdiaz@mwe.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Thai CRT Company, Ltd.**
*("Thai CRT") is a Thai company*

**Defendant**

**Toshiba Corporation**                represented by  **Christopher M. Curran**
*("TC") is a Japanese company*                        White & Case
                                                      701 Thirteenth Street N.W.
                                                      Washington, DC 20005
                                                      202-626-3600
                                                      Fax: 202-639-9355
                                                      Email: ccurran@whitecase.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Bijal Vijay Vakil**
                                                      White & Case LLP
                                                      3000 El Camino Real
                                                      5 Palo Alto Square
                                                      Palo Alto, CA 94306
                                                      (650) 213-0303
                                                      Fax: (650) 213-8158
                                                      Email: bvakil@whitecase.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Gary L. Halling**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **George L. Paul**
                                                      White & Case LLP
                                                      701 13th St. NW
                                                      Washington, DC 20005
                                                      202-626-3656
                                                      Email: gpaul@whitecase.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Jeffrey L. Kessler**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Lucius B. Lau**
                                                      White & Case LLP
                                                      701 13th Street, N.W.
                                                      Washington, DC 20005
                                                      202-626-3696
                                                      Email: alau@whitecase.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Michael W. Scarborough**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Charise Naifeh**

White & Case LLP
*ATTORNEY TO BE NOTICED*

**Defendant**

**Beijing-Matsushita Color CRT**              represented by   **Terry Calvani**
**Company, Ltd.**                                              Freshfields Bruckhaus Deringer US LLP
*("BMCC") is a Chinese company*                               701 Pennsylvania Ave NW
                                                              Suite 600
                                                              Washington, DC 20004
                                                              202-777-4505
                                                              Email: terry.calvani@freshfields.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Bruce C. McCulloch**
                                                              Freshfields Bruckhaus Deringer US LLP
                                                              701 Pennsylvania Ave NW
                                                              Suite 600
                                                              Washington, DC 20004
                                                              202-777-4547
                                                              Email: bruce.mcculloch@freshfields.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Christine A. Laciak**
                                                              Freshfields Bruckhaus Deringer US LLP
                                                              701 Pennsylvania Ave NW
                                                              Suite 600
                                                              Washington, DC 20004
                                                              202-777-4578
                                                              Email: christine.laciak@freshfields.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Gary L. Halling**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Jeffrey L. Kessler**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kate S. McMillan**
                                                              701 Pennsylvania Ave NW
                                                              Suite 600
                                                              Washington, DC 20004
                                                              202-777-4566
                                                              Email: kate.mcmillan@freshfields.com
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Michael W. Scarborough**
                                                              (See above for address)

*ATTORNEY TO BE NOTICED*

**Richard Sutton Snyder**
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Ave, NW
Suite 600
Washington, DC 20004
United Sta
202-777-4565
Fax: 202-777-4555
Email: richard.snyder@freshfields.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matsushita Toshiba Picture Display Co., Ltd.**
*TERMINATED: 03/30/2009*

represented by **Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LP Displays International, Ltd.**
*fka LG.Philips Displays ("LP Displays")*

represented by **Jeremy James Calsyn**
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue, NW
Suite 9000
Washington, DC 20006
202-974-1500 x1522
Fax: 202-974-1999
Email: jcalsyn@cgsh.com
*TERMINATED: 01/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Robert Lazerwitz**
Cleary Gottlieb Steen & Hamilton
2000 Pennsylvania Ave, NW
Suite 900
Washington, DC 20006
202-974-1500
Fax: 202-974-1600
Email: mlazerwitz@cgsh.com
*TERMINATED: 01/23/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**LG Eletronics U.S.A., Inc.**
*("LGEUSA") is a Delaware corporation*

represented by **Samuel R. Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marie L. Fiala**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nana Little**
(See above for address)
*TERMINATED: 06/14/2011*
*ATTORNEY TO BE NOTICED*

**Paul Lionel Yanosy , Jr**
(See above for address)
*TERMINATED: 05/18/2009*
*ATTORNEY TO BE NOTICED*

**Robert Brooks Martin , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan M. Sandrock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Beth Harrison Parker**
Bingham McCutchen LLP
*ATTORNEY TO BE NOTICED*

**D. Eric Shapland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Daniel Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John David Lombardo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Charles Redcay**

Arnold & Porter LLP
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tatung Company of America, Inc.**          represented by    **Bruce H. Jackson**
*("Tatung America") is a California*                          Baker & McKenzie
*corporation*                                                Two Embarcadero Center
                                                             11th Floor
                                                             San Francisco, CA 94111-3909
                                                             415-576-3000
                                                             Fax: 415-576-3099
                                                             Email:
                                                             bruce.jackson@bakermckenzie.com
                                                             *TERMINATED: 01/19/2012*
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey L. Kessler**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Joel Steven Sanders**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Karen Sewell**
                                                             Baker & McKenzie LLP
                                                             130 E. Randolph Drive, Sutie 3500
                                                             Chicago, Il 60601
                                                             312-861-8000
                                                             *TERMINATED: 01/19/2012*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael W. Scarborough**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Nancy Chung Allred ,**
                                                             Baker & McKenzie LLP
                                                             Two Embarcadero Center
                                                             11th Floor
                                                             San Francisco, CA 94111
                                                             415-576-3000
                                                             Fax: 415-576-3099
                                                             Email: nancy.c.allred@bakernet.com
                                                             *TERMINATED: 01/19/2012*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Patrick J. Ahern**

Baker & McKenzie
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
(312) 861-8000
Fax:
Email: patrick.j.ahern@bakernet.com
*TERMINATED: 01/19/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert Walter Tarun**
Baker & McKenzie LLP
2 Embarcadero Center, 11th Floor
San Francisco, CA 94111
415-576-3000
Fax: 415-576-3099
Email: robert.tarun@bakermckenzie.com
*TERMINATED: 01/19/2012*
*ATTORNEY TO BE NOTICED*

**Roxane Busey**
Baker & McKenzie LLP
130 E. Randolph Drive, Suite 3500
Chicago, IL 60601
312-861-8000
*TERMINATED: 01/19/2012*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Austin Van Schwing**
Gibson, Dunn & Crutcher LLP
*ATTORNEY TO BE NOTICED*

**Joel Calcar Willard**
Gibson, Dunn Crutcher LLP
*ATTORNEY TO BE NOTICED*

**Rachel S. Brass**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LG Philips Display USA, Inc.**
*TERMINATED: 03/30/2009*

**Defendant**

| **Philips Electronics North America** | represented by | **David Michael Lisi** |
| **Corporation** | | (See above for address) |
| *("PENAC") is a Delaware corporation* | | *TERMINATED: 04/30/2010* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Ripley**
Howrey LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004
202-383-6755
*TERMINATED: 04/14/2011*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emily L. Maxwell , Esq.**
(See above for address)
*TERMINATED: 02/11/2011*
*ATTORNEY TO BE NOTICED*

**Ethan E. Litwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregg Aaron Myers**
Kazan, McClain, Lyons, Greenwood and
Harley
A Professional Corporation
Jack London Market
55 Harrison Street
Suite 400
Oakland, CA 94607
(510) 302-1064
Fax: (510) 835-4913
Email: amyers@kazanlaw.com
*TERMINATED: 01/04/2011*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John M. Taladay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon Vensel Swenson**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Joseph A. Ostoyich ,**
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
212-896-6572
Fax: 202-383-6610
Email: OstoyichJ@howrey.com
*ATTORNEY TO BE NOTICED*

**Joseph Song**
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
415-848-4900
Fax: 415-848-4999
Email: songj@howrey.com
*TERMINATED: 04/14/2011*
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Andreas Stargard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Charles M Malaise ,**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004

202-639-1117
Fax: 202-585-1037
Email: charles.malaise@bakerbotts.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics Co Ltd**            represented by   **Ian T Simmons**
*("SEC") is a South Korean company*                        O'Melveny & Myers LLP
                                                           1625 Eye Street, NW
                                                           Washington, DC 20006-4001
                                                           202-383-5106
                                                           Fax: 202-383-5414
                                                           Email: isimmons@omm.com
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*

**Michael Frederick Tubach**
O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3305
415-984-8700
Fax: 415-984-8701
Email: mtubach@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anton Metlitsky**
*ATTORNEY TO BE NOTICED*

**Haidee L. Schwartz ,**
O'Melveny & Myers LLP
1625 I Street, N.W.
Washington, DC 20006
202-383-5300
Fax: 202-383-5414
Email: hschwartz@omm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Samsung Electronics America, Inc.**<br>*("SEAI") is a New York corporation* | represented by | **Ian T Simmons**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Michael Frederick Tubach**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Gardner Bradshaw**
O'Melveny & Meyers LLP

1625 Eye Street, N.W.
Washington, DC 20006-4001
202-383-5163
Fax: 202-383-5414
Email: bbradshaw@omm.com
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anton Metlitsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Haidee L. Schwartz ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Toshiba America Electronics Components, Inc**
*("TAEP") is headquartered in Irvine, California*

represented by **Bernadette Shawan Gillians**
Buist Moore Smythe and McGee
P.O. Box 999
Charleston, SC 29402
843 720-4621
Email: sgillians@buistmoore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Curran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George L. Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucius B. Lau**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**William C. Cleveland**
Buist Moore Smythe and McGee
P.O. Box 999
Charleston, SC 29402
843 722-3400
Fax: 843 723-7398
Email: wcleveland@buistmoore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bijal Vijay Vakil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charise Naifeh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana E. Foster**
White and Case LLP
701 Thirteenth Street, N.W.
Washington, D.C., DC 20005
202-626-3600
Fax:
Email: defoster@whitecase.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Toshiba America Information Systems, Inc.**
*("TAIP") is headquartered in Irvine, California*

represented by **Bernadette Shawan Gillians**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Curran**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**George L. Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucius B. Lau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William C. Cleveland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bijal Vijay Vakil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charise Naifeh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana E. Foster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MT Picture Display Company**
*TERMINATED: 03/30/2009*

**Defendant**

**MT Picture Display Corporation of America (Ohio)**
*TERMINATED: 03/30/2009*

**Defendant**

**LP Displays**
*formerly known as LG Philips Displays*

*TERMINATED: 03/30/2009*

**Defendant**

| | | |
|---|---|---|
| **Toshiba America, Inc** *("Toshiba America") is a Delaware corporation* | represented by | **Christopher M. Curran** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **George L. Paul** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Lucius B. Lau** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Bijal Vijay Vakil** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Gary L. Halling** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Jeffrey L. Kessler** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Charise Naifeh** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Dana E. Foster** (See above for address) *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **MT Picture Display Co., LTD** *fka Matsushita Toshiba Picture Display Co., Ltd. ("MTPD") is a Japanese entity* | represented by | **David E. Yolkut** (See above for address) *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |
| | | **Gary L. Halling** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Gregory D. Hull** Weil, Gotshal & Manges LLP |

201 Redwood Shores Parkway
Redwood Shores, CA 94065
650/802-3000
Fax: 650/802-3100
Email: greg.hull@weil.com
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kris Hue Chau Man**
(See above for address)
*TERMINATED: 12/12/2011*
*ATTORNEY TO BE NOTICED*

**Margaret Anne Keane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Molly Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Edward Root**
(See above for address)
*TERMINATED: 09/02/2010*
*ATTORNEY TO BE NOTICED*

**Steven A. Reiss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Adam C. Hemlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David L. Yohai**
Weil, Gotshal, & Manges, LLP`
*ATTORNEY TO BE NOTICED*

**Lucia Freda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Molly M Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Royal Philips Electronics N.V.**
*TERMINATED: 03/30/2009*

<u>Defendant</u>

**MT Picture Display Corporation of**          represented by   **Gregory D. Hull**
**America (New York)**                                          Weil, Gotshal & Manges LLP
*TERMINATED: 03/30/2009*                                       201 Redwood Shores Parkway
                                                               Redwood Shores, CA 94065-1175
                                                               650/802-3000
                                                               Fax: 650/802-3100
                                                               Email: greg.hull@weil.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jeffrey L. Kessler**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Kris Hue Chau Man**
                                                               (See above for address)
                                                               *TERMINATED: 12/12/2011*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Steven A. Reiss**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Samsung SDI Co.**                            represented by   **Gary L. Halling**
*TERMINATED: 03/30/2009*                                       (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Victor Company of Japan, LTD**

<u>Defendant</u>

**TCL International Holdings LTD.**
**(TCL)**

<u>Defendant</u>

**Thomson S.A.**                               represented by   **Jason de Bretteville**
*TERMINATED: 03/30/2009*                                       Sullivan & Cromwell LLP
                                                               1870 Embarcadero Road
                                                               Palo Alto, CA 94303
                                                               650-461-5600
                                                               Fax: 650-461-5700
                                                               Email: debrettevillej@sullcrom.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Brendan P. Cullen**

Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
650-461-5600
Fax: 650-461-5700
Email: cullenb@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Laura Kabler Oswell**
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
650-461-5600
Fax: 650-461-5700
Email: oswelll@sullcrom.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**TCL Thomson Electronics
Corporation**
*TERMINATED: 03/30/2009*

<u>**Defendant**</u>

**Samsung Electronics Co.**
*TERMINATED: 03/30/2009*

<u>**Defendant**</u>

**Samsung SDI Co. Ltd**                represented by   **Gary L. Halling**
*fka Samsung Display Device Company*                   (See above for address)
*("Samsung SDI") is a South Korean*                    *ATTORNEY TO BE NOTICED*
*company*
*formerly known as*                                    **Jeffrey L. Kessler**
Samsung Display Device Co.                             (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael W. Scarborough**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Toshiba Matsushita Display
Technology Co, LTD**
*TERMINATED: 03/30/2009*

<u>**Defendant**</u>

**LP Displays**
*TERMINATED: 03/30/2009*

<u>**Defendant**</u>

**Samsung SDI Co., Ltd.**              represented by   **Gary L. Halling**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MT Picture Display Corp. of America**
*TERMINATED: 03/30/2009*

**Defendant**

**Toshiba America Consumer Products, LLC**
*("TACP") is a limited liability company, is headquartered in Wayne, New Jersey*

represented by **Christopher M. Curran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George L. Paul**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lucius B. Lau**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bijal Vijay Vakil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charise Naifeh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Dana E. Foster**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**TVP Technology Ltd., Co**
*TERMINATED: 03/30/2009*

**Defendant**

**TVP International (USA), Inc**          represented by   **Curt Holbreich**
*TERMINATED: 03/30/2009*                                  Kirkpatrick & Lockhart Preston Gates Ellis
                                                          LLP
                                                          55 Second Street, Suite 1700
                                                          San Francisco, CA 94105-3493
                                                          415 882-8200
                                                          Fax: 415 882-8220
                                                          Email: curt.holbreich@klgates.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Mark D. Marino**
                                                          Kirkpatrick & Lockhart Preston Gates Ellis

                                                          One Newark Center, 10th Floor
                                                          Newark, NJ 07102
                                                          973 848-4000
                                                          Email: mark.marino@klgates.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**New York Direct Purchaser**
*TERMINATED: 03/30/2009*

**Defendant**

**LP Displays International Ltd.**
*("LP Displays") is a Hong Kong*
*company*
*formerly known as*
LG. Philips Displays

**Defendant**

**Koninklijke Philips Electronics N.V.**   represented by   **Emily L. Maxwell , Esq.**
                                                          (See above for address)
*aka Royal Philips Electronics N.V.*                      *TERMINATED: 02/11/2011*
*("Royal Philip") is a Dutch company*                     *ATTORNEY TO BE NOTICED*
*TERMINATED: 03/30/2009*
*also known as*                                           **Ethan E. Litwin**
Royal Philips Electronics N.V.                            (See above for address)
*TERMINATED: 03/30/2009*                                  *ATTORNEY TO BE NOTICED*

                                                          **Gregg Aaron Myers**

(See above for address)
*TERMINATED: 01/04/2011*
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jon Vensel Swenson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Song**
(See above for address)
*TERMINATED: 04/14/2011*
*ATTORNEY TO BE NOTICED*

**John M. Taladay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard A. Ripley**
(See above for address)
*TERMINATED: 04/14/2011*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matsushita Toshiba Picture Display Co., Ltd.**
*TERMINATED: 03/30/2009*
*also known as*
MT Picture Display Co., Ltd.
*TERMINATED: 03/30/2009*

represented by **Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MT Picture Display**
*TERMINATED: 03/30/2009*

**Defendant**

**Panasonic Corporation of America**
*TERMINATED: 03/30/2009*

**Defendant**

**Thomas S.A.**
*TERMINATED: 03/30/2009*

represented by **Jason de Bretteville**
Sullivan & Cromwell LLP
1870 Embarcadero Road
Palo Alto, CA 94303
650-461-5682
Fax: 650-461-5700
Email: debrettevillej@sullcrom.com

*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Panasonic Corporation** | represented by | **David L. Yohai** |

*fka Matsushita Electric Industrial Co.,*
*Ltd. ("MEI"), is a Japanese entity*

**David L. Yohai**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory D. Hull**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo A. Badini**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David E. Yolkut**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gary L. Halling**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Hull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kris Hue Chau Man**
Dewey & LeBoeuf LLP
One Embarcadero Center
Suite 400
San Francisco, CA 94111
415-951-1100
Fax: 415 951-1180
Email: kman@dl.com
*TERMINATED: 12/12/2011*
*ATTORNEY TO BE NOTICED*

**Margaret Anne Keane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Molly Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Edward Root**
(See above for address)
*TERMINATED: 09/02/2010*
*ATTORNEY TO BE NOTICED*

**Steven A. Reiss**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam C. Hemlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Freda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Molly M Donovan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Daewoo International Corporation**    represented by    **Jane E. Willis**
*("Daewoo International") is a*                          Ropes & Gray LLP
*corporation organized under the laws*                   One International Place
*of Korea*                                               Boston, MA 02110-2624
*TERMINATED: 07/31/2009*                                 (617) 951-7000
                                                         Fax: (617) 951-7050
                                                         Email: Jane.Willis@ropesgray.com
                                                         *TERMINATED: 07/31/2009*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Thad Alan Davis**
                                                         Ropes & Gray LLP
                                                         1900 University Avenue
                                                         6th Floor
                                                         East Palo Alto, CA 94303-2284
                                                         650-617-4000
                                                         Fax: 650-617-4090
                                                         Email: Thad.Davis@ropesgray.com
                                                         *TERMINATED: 07/31/2009*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Daewoo Electronics Corporation**          represented by   **Jeffrey Jay Lederman**
*fka Daewoo Electronics Company,*                            Winston & Strawn LLP
*Ltd. ("Daewoo Electronics") is a*                           101 California Street, Suite 3900
*corporation organized under the laws*                       San Francisco, CA 94111
*of South Korea*                                             415/591-1517
*TERMINATED: 07/28/2009*                                     Fax: 415/591-1400
*formerly known as*                                          Email: jlederman@winston.com
Daewoo Electronics Company Ltd.                              *ATTORNEY TO BE NOTICED*
*TERMINATED: 07/28/2009*

**Defendant**

**Hitachi Displays, Ltd.**                  represented by   **Gary L. Halling**
*("Hitachi Displays") is a Japanese*                         (See above for address)
*company*                                                    *ATTORNEY TO BE NOTICED*

                                                             **Jason Bruce Allen**
                                                             (See above for address)
                                                             *TERMINATED: 12/07/2011*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey L. Kessler**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Kent Michael Roger**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michelle Park Chiu**
                                                             Morgan, Lewis & Bockius
                                                             One Market
                                                             Spear Street Tower
                                                             San Francisco, CA 94105
                                                             Email: mchiu@morganlewis.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Thomas R. Green**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Diane Leslie Webb**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **John Clayton Everett , Jr.**
                                                             (See above for address)
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*

**Scott A. Stempel ,**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hitachi Electronic Devices (USA)**             represented by   **Diane Leslie Webb**
*("HEDUS") is a Delaware*                                         Morgan, Lewis & Bockius LLP
*corporation*                                                     One Market, Spear Street Tower
                                                                 San Francisco, CA 94105
                                                                 415-442-0900
                                                                 Fax: 415-442-1010
                                                                 Email: dwebb@morganlewis.com
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jason Bruce Allen**
                                                                 Shearman & Sterling LLP
                                                                 Four Embarcadero Center
                                                                 Suite 3800
                                                                 San Francisco, CA 94111
                                                                 415-616-1249
                                                                 Fax: 415-616-1449
                                                                 Email: jason.allen@shearman.com
                                                                 *TERMINATED: 12/07/2011*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jeffrey L. Kessler**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **John Clayton Everett , Jr.**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Scott A. Stempel ,**
                                                                 (See above for address)
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Shenzhen SEG Color Display
Devices, Ltd**
*("Hitachi Shenzhen") is a Chinese
company*

**Defendant**

**Irico Group Electronics Co., Ltd.**
*("IGE") is a Chinese entity*

**Defendant**

**LG Electronics Taiwan Taipei Co.,**          represented by   **Gary L. Halling**
**Ltd.**                                                        (See above for address)
*("LGETT") is a Taiwanese entity*                               *ATTORNEY TO BE NOTICED*

                                                                **Jeffrey L. Kessler**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Marie L. Fiala**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Michael W. Scarborough**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Nana Little**
                                                                (See above for address)
                                                                *TERMINATED: 06/14/2011*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Robert Brooks Martin , III**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Samuel R. Miller**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Beth Harrison Parker**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **D. Eric Shapland**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Eric Daniel Mason**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **John David Lombardo**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Ronald Charles Redcay**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                          **Ryan M. Sandrock**
                                                          Sidley Austin, LLP
                                                          *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Matsushita Electronic Corporation
(Malaysia) Sdn Bhd.**
*("Matsushita Malaysia") is a
Malaysian entity*
*TERMINATED: 05/18/2009*

<u>**Defendant**</u>

**Panasonic Consumer Electronics
Co.**
*("PACEC") is a Delaware corporation*

*TERMINATED: 05/18/2009*

<u>**Defendant**</u>

**Philips Electronics Industries Ltd.**
*("PEIL") is a Taiwanese corporation*
*TERMINATED: 05/18/2009*

<u>**Defendant**</u>

**Philips Consumer Electronics Co.**
*("PCEC") a company with its
principal place of business in Atlanta,
Georgia*
*TERMINATED: 05/18/2009*

<u>**Defendant**</u>

**Philips Electronics Industries
(Taiwan), Ltd.**          represented by   **Ethan E. Litwin**
*("Philips Taiwan") is a Taiwanese*                      (See above for address)
*company*                                               *ATTORNEY TO BE NOTICED*
*TERMINATED: 03/30/2009*
                                                        **Jeffrey L. Kessler**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Philips da Amazonia Industria
Electronica Ltda.**          represented by   **David Michael Lisi**
*("Philips Brazil") is a Brazilian*                      (See above for address)
*company*                                                *ATTORNEY TO BE NOTICED*

                                                        **Ethan E. Litwin**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jeffrey L. Kessler**
                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung SDI (Malaysia) Sdn Bhd.**          represented by   **Dylan Ian Ballard**
*("Samsung Malaysia") is a Malaysian*                         Four Embarcadero Center, 17th Floor
*corporation*                                                San Francisco, CA 94111
                                                             (415) 434-9100
                                                             Fax: (415) 434-3947
                                                             Email: dballard@sheppardmullin.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Gary L. Halling**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey L. Kessler**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael W. Scarborough**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung SDI Mexico S.A. de C.V.**          represented by   **Gary L. Halling**
*("Samsung SDI Mexico") is a Mexican*                        (See above for address)
*company*                                                    *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey L. Kessler**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael W. Scarborough**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung SDI Brasil Ltda.**                 represented by   **Dylan Ian Ballard**
*("Samsung SDI Brazil") is a Brazilian*                      (See above for address)
*company*                                                    *ATTORNEY TO BE NOTICED*

                                                             **Gary L. Halling**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jeffrey L. Kessler**
                                                             (See above for address)
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Michael W. Scarborough**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shenzhen Samsung SDI Co. Ltd**         represented by **Dylan Ian Ballard**
*("Samsung SDI Shenzhen") is a*          (See above for address)
*Chinese company*                        *ATTORNEY TO BE NOTICED*

                                         **Gary L. Halling**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Jeffrey L. Kessler**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Michael W. Scarborough**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Tianjin Samsung SDI Co., Ltd.**        represented by **Gary L. Halling**
*("Samsung SDI Tianjin") is a Chinese*   (See above for address)
*company*                                *ATTORNEY TO BE NOTICED*

                                         **Jeffrey L. Kessler**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

                                         **Michael W. Scarborough**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Toshiba America Consumer**             represented by **Gary L. Halling**
**Products, Inc.**                       (See above for address)
*("TACPI") is a company that is*         *ATTORNEY TO BE NOTICED*
*headquartered in Lebanon, Tennessee*
*TERMINATED: 05/18/2009*

**Defendant**

**Toshiba Display Devices (Thailand)**   represented by **Gary L. Halling**
**Company, Ltd.**                        (See above for address)
*("TDDT") is a Thai company*             *ATTORNEY TO BE NOTICED*
*TERMINATED: 05/18/2009*

**Defendant**

**Philips Electronics Industries**       represented by **David Michael Lisi**
**(Taiwan), Ltd.**                       (See above for address)
*("Philips Electronics Taiwan") is a*    *ATTORNEY TO BE NOTICED*

*Taiwanese company*
*TERMINATED: 03/30/2009*

**Defendant**

**Samsung SDI America, Inc.**          represented by   **Gary L. Halling**
*("Samsung SDI America") is a*                         (See above for address)
*California corporation*                               *ATTORNEY TO BE NOTICED*
*TERMINATED: 03/30/2009*

**Defendant**

**Panasonic Consumer Electronics
Company**
*("Panasonic Consumer Electronics")
is a Delaware corporation*

**Defendant**

**Hitachi Electronic Devices (USA),**          represented by   **Gary L. Halling**
**Inc.**                                                        (See above for address)
*("HEDUS") is a Delaware*                                       *ATTORNEY TO BE NOTICED*
*corporation*
*TERMINATED: 03/30/2009*                                        **Jason Bruce Allen**
                                                               (See above for address)
                                                               *TERMINATED: 12/07/2011*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jeffrey L. Kessler**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Kent Michael Roger**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Scott A. Stempel**
                                                               Morgan, Lewis Bockius LLP
                                                               1111 Pennsylvania Avenue, N.W.
                                                               Washington, DC 20004
                                                               202-739-3000
                                                               Fax: 202.739.3001
                                                               Email: sstempel@morganlewis.com
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Thomas R. Green**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Diane Leslie Webb**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Michelle Park Chiu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shenzhen SEG Hitachi Color
Display Devices, Ltd**
*("Hitachi Shenzhen") is a Chinese
company*
*TERMINATED: 03/30/2009*

**Defendant**

**Tatung Company**
*is a Taiwanese corporation*

**Defendant**

**Samtel Color Ltd.**                    represented by   **William Diaz**
                                                          (See above for address)
                                                          *TERMINATED: 03/30/2010*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Beijing Matsushita Color Crt
Company, LTD.**

**Defendant**

**Hitachi America, Ltd**                 represented by   **Jason Bruce Allen**
                                                          (See above for address)
                                                          *TERMINATED: 12/07/2011*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Hitachi Asia, Ltd.**                   represented by   **Jason Bruce Allen**
                                                          (See above for address)
                                                          *TERMINATED: 12/07/2011*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michelle Park Chiu**
                                                          Morgan, Lewis & Bockius
                                                          One Market
                                                          Spear Street Tower
                                                          San Francisco, CA 94105
                                                          415-442-1000
                                                          Email: mchiu@morganlewis.com
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Hitachi Displays, Ltd.**               represented by   **Jason Bruce Allen**

(See above for address)
*TERMINATED: 12/07/2011*
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Park Chiu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hitachi Electronic Devices (USA)**         represented by   **Jason Bruce Allen**
(See above for address)
*TERMINATED: 12/07/2011*
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Park Chiu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hitachi Ltd.**                             represented by   **Jason Bruce Allen**
(See above for address)
*TERMINATED: 12/07/2011*
*ATTORNEY TO BE NOTICED*

**Michelle Park Chiu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Irico Display Devices Co., Ltd.**

**Defendant**

**Irico Group Corporation**

**Defendant**

**Irico Group Electronics Co., Ltd.**

**Defendant**

**Koninklijke Philips Electronics,**         represented by   **Jon Vensel Swenson**
**N.V.**                                                      (See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles M Malaise ,**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LG Electronics Taiwan Taipei Co., Ltd.**          represented by   **D. Eric Shapland**
Heller Ehrman White & McAuliffe LLP
601 S. Figueroa Street
40th Floor
Los Angeles, CA 90017-5758
213-689-0200
Fax: 213-614-1868
Email: eshapland@hewm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beth Harrison Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Daniel Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John David Lombardo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marie L. Fiala**
Sidley Austin LLP
*ATTORNEY TO BE NOTICED*

**Robert Brooks Martin , III**
Sidley Austin LLP
*ATTORNEY TO BE NOTICED*

**Ronald Charles Redcay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan M. Sandrock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. Miller**
Sidley Austin LLP

*ATTORNEY TO BE NOTICED*

**Defendant**

**LG Electronics USA, Inc.**      represented by  **D. Eric Shapland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beth Harrison Parker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Daniel Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John David Lombardo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marie L. Fiala**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Brooks Martin , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronald Charles Redcay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan M. Sandrock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samuel R. Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**LP Displays International, Ltd.**

**Defendant**

**MT Picture Display Co., LTD**      represented by  **David L. Yohai**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aldo A. Badini**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Freda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Panasonic Corporation**          represented by   **Jeffrey L. Kessler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Freda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Panasonic Corporation of North**   represented by   **David L. Yohai**
**America**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael W. Scarborough**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lucia Freda**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Philips Electronics Industries**
**(Taiwan), Ltd.**

**Defendant**

**Philips Electronics North America**

**Defendant**

**Philips da Amazonia Industria Electronica Ltda.**

**Defendant**

**Samsung Electronics America, Inc.**

**Defendant**

**Samsung Electronics Co., Ltd**          represented by **Michael W. Scarborough**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung SDI (Malaysia) SDN BHD**

**Defendant**

**Samsung SDI America, Inc.**             represented by **Dylan Ian Ballard**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael W. Scarborough**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung SDI Brasil LTDA**

**Defendant**

**Samsung SDI Co., Ltd.**                 represented by **Dylan Ian Ballard**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael W. Scarborough**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung SDI Mexico S.A. de C.V.**       represented by **Dylan Ian Ballard**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael W. Scarborough**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Samtel Color, Ltd.**                    represented by **William Diaz**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Defendant**

**Shenzhen Samsung SDI Co. LTD.**

<u>Defendant</u>

**Shenzhen Seg Hitachi Color Display Devices, LTD.**

<u>Defendant</u>

**Thai CRT Company, Ltd.**

<u>Defendant</u>

**Tianjin Samsung SDI Co., Ltd.**          represented by   **Dylan Ian Ballard**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael W. Scarborough**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Toshiba America Consumer Products, Inc.**

<u>Defendant</u>

**Toshiba America Electronics Components, Inc**          represented by   **Charise Naifeh**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Toshiba America Information Systems, Inc.**          represented by   **Michael W. Scarborough**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Charise Naifeh**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Toshiba America, Inc**          represented by   **Lucius B. Lau**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Michael W. Scarborough**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Charise Naifeh**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Toshiba Corporation**                    represented by  **Christopher M. Curran**
                                                          White & Case
                                                          *ATTORNEY TO BE NOTICED*

                                                          **George L. Paul**
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Lucius B. Lau**
                                                          White & Case LLP
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**LG Displays International, Ltd.**


V.

**Movant**

**Donna Ellingson**                        represented by  **Alan Roth Plutzik**
*TERMINATED: 03/30/2009*                                   (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jennifer Susan Rosenberg**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**Nathan Muchnick, Inc.**                  represented by  **Brendan Patrick Glackin**
*TERMINATED: 03/30/2009*                                   (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Eric B. Fastiff**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Joseph Richard Saveri**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Manfred Patrick Muecke**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Richard Martin Heimann**
                                                          Lieff Cabraser Heimann & Bernstein LLP
                                                          275 Battery Street, 30th Floor
                                                          San Francisco, CA 94111-3339
                                                          415-956-1000
                                                          Fax: 415 956-1008
                                                          Email: rheimann@lchb.com
                                                          *ATTORNEY TO BE NOTICED*

**Interested Party**

**Jeffrey Figone**                      represented by   **Brian Joseph Barry , Esq.**
*TERMINATED: 03/30/2009*                                 (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Lauren Clare Russell**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Manfred Patrick Muecke**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Sylvie K. Kern**
                                                         KAG Law Group
                                                         P.O. Box 210135
                                                         San Francisco, CA 94121
                                                         415-221-5763
                                                         Email: skern@antitrustglobal.com
                                                         *ATTORNEY TO BE NOTICED*

**Interested Party**

**Wettstein & Sons, Inc**               represented by   **Ranae D. Steiner**
*TERMINATED: 03/30/2009*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Manfred Patrick Muecke**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Scott W. Carlson**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Vincent J. Esades**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Interested Party**

**Royal Data Services, Inc.**           represented by   **Elizabeth R. Odette**
*TERMINATED: 03/30/2009*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **W. Joseph Bruckner**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

Case 4:07-cv-05944-JST   Document 1112-1   Filed 03/26/12   Page 194 of 342

**Manfred Patrick Muecke**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**OK TV & Appliances, LLC**          represented by  **Elizabeth R. Odette**
*TERMINATED: 03/30/2009*                             (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **W. Joseph Bruckner**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Manfred Patrick Muecke**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Carroll Cut-Rate Furniture**        represented by  **Gary L. Halling**
*TERMINATED: 03/30/2009*                             (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jeff D Friedman**
                                                     Hagens Berman Sobol Shapiro LLP
                                                     715 Hearst Avenue, Suite 202
                                                     Berkeley, CA 94710
                                                     (510) 725-3000
                                                     Fax: (510) 725-3001
                                                     Email: jefff@hbsslaw.com
                                                     *ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Douglas A. Kelley**                 represented by  **James M. Lockhart**
*as Chapter 11 Trustee for Petters*                  Lindquist & Vennum, P.L.L.P.
*Company, Inc. and related entities,*                4200 IDS Center
*and as Receiver for Petters Company,*               80 South 8th Street
*LLC and related entities*                           Minneapolis, MN 55402
                                                     (612) 371-3953
                                                     Email: jlockhart@lindquist.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jessica Lynn Meyer**
                                                     Lindquist & Vennum
                                                     80 South 8th Street
                                                     4200 IDS Center
                                                     Minneapolis, MN 55402

612-371-2409
Fax: 612-371-3207
Email: jmeyer@lindquist.com
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**John R. Stoebner**                    represented by    **James M. Lockhart**
*as Chatper 7 Trustee for PBE*                           (See above for address)
*Consumer Electronics, LLC and*                          *LEAD ATTORNEY*
*related entities*                                       *ATTORNEY TO BE NOTICED*

                                                         **Jessica Lynn Meyer**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Kelly Laudon**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Philip J Iovieno**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*


V.

**Intervenor**

**U.S. Department of Justice,**         represented by    **Anna Tryon Pletcher**
**Antitrust Division**                                   Department of Justice
*TERMINATED: 03/30/2009*                                 Antitrust Division
                                                         450 Golden Gate Avenue
                                                         Box 36046
                                                         Room 10-0101
                                                         San Francisco, CA 94102
                                                         415-436-6727
                                                         Fax: 415-436-6687
                                                         *TERMINATED: 02/12/2011*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Barbara J. Nelson**
                                                         U.S. Department of Justice
                                                         450 Golden Gate Avenue
                                                         Box 36046, Room 10-0101
                                                         San Francisco, CA 94102
                                                         415-436-6660
                                                         Fax: 415-436-6687
                                                         Email: barbara.nelson@usdoj.gov
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeane Hamilton**
                                                         Department of Justice - Antitrust Division

Northern District
450 Golden Gate Avenue
Box 36046
San Francisco, CA 94102
415-436-6697
Email: jeane.hamilton@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Lidia Maher**
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
(415) 436-6660
Fax: (415) 436-6687
Email: Lidia.Maher@usdoj.gov
*ATTORNEY TO BE NOTICED*

**May Lee Heye**
United States Department of Justice
450 Golden Gate Ave.
Room 10-0101, Box 36046
San Francisco, CA 94102
415-436-6660
Fax: (415) 436-6687
Email: may.heye@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Tai Snow Milder**
U.S. DOJ - Antitrust Division
450 Golden Gate Avenue
Suite 10-0101
San Francisco, CA 94102
415-436-6614
Fax: 415-436-6660
Email: tai.milder@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Intervenor**

**State of Illinois**               represented by **Blake Lee Harrop**
Office of the Attorney General
100 W. Randolph St.
Chicago, IL 60601
312-814-1004
Fax: 312-814-4209
Email: bharrop@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Case 4:07-cv-05944-JST   Document 1112-1   Filed 03/26/12   Page 197 of 342

**Chadwick Oliver Brooker**
Office of the Illinois Attorney General
100 W. Randolph
Chicago, IL 60601
312-793-3891
Email: cbrooker@atg.state.il.us
*ATTORNEY TO BE NOTICED*

**Blake L. Harrop**
Office of the Illinois Attorney General
*ATTORNEY TO BE NOTICED*

**Intervenor**

**State of Oregon**                represented by **Tim David Nord**
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
503-947-4333
Fax: 503-378-5017
Email: tim.d.nord@state.or.us
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/26/2007 | 1 | COMPLAINT (summons issued); against all defendants ( Filing fee $ 350, receipt number 34611012787.). Filed byCrago, Inc.. (ys, COURT STAFF) (Filed on 11/26/2007) (aaa, Court Staff). (Entered: 11/27/2007) |
| 11/26/2007 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 2/29/2008. Case Management Conference set for 3/7/2008 10:00 AM. (Attachments: # 1 standing order and cmc order)(ys, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/27/2007) |
| 11/26/2007 | | Summons Issued as to Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Irico Display Devices Co., Ltd., LG Electronics, Inc., Matsushita Electric Industrial Co, Ltd., Panasonic Corporation of North America, Orion Electric Co., Ltd., Orion America, Inc., Koninklijke Philips Electronics N.V., Philips Electronics North America, Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samtel Color, Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Matsushita Toshiba Picture Display Co., Ltd., LP Displays International, Ltd., Chunghwa Picture Tubes, LTD., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Hitachi, Ltd.. (ys, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/27/2007) |
| 11/26/2007 | | CASE DESIGNATED for Electronic Filing. (ys, COURT STAFF) (Filed on 11/26/2007) (Entered: 11/27/2007) |
| 11/28/2007 | 3 | MOTION to Relate Case *[ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED]* filed by |

| | | |
|---|---|---|
| | | Nathan Muchnick, Inc.. (Fastiff, Eric) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 11/28/2007 | 4 | Declaration of ERIC B. FASTIFF in Support of 3 MOTION to Relate Case *[ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED] [DECLARATION OF ERIC B. FASTIFF IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED]* filed byNathan Muchnick, Inc.. (Related document(s) 3 ) (Fastiff, Eric) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 11/28/2007 | 5 | Proposed Order re 3 MOTION to Relate Case *[ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED]*, 4 Declaration in Support, *[PROPOSED ORDER RELATING CASES]* by Nathan Muchnick, Inc.. (Fastiff, Eric) (Filed on 11/28/2007) (Entered: 11/28/2007) |
| 12/05/2007 | 6 | ORDER by Judge Samuel Conti granting 3 Motion to Relate Case C-07-5944 and C-07-5981. (tdm, COURT STAFF) (Filed on 12/5/2007) (Entered: 12/05/2007) |
| 12/05/2007 | 7 | Summons Returned Unexecuted by Crago, Inc. as to Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Irico Display Devices Co., Ltd., LG Electronics, Inc., Matsushita Electric Industrial Co, Ltd., Panasonic Corporation of North America, Orion Electric Co., Ltd., Orion America, Inc., Koninklijke Philips Electronics N.V., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samtel Color, Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Matsushita Toshiba Picture Display Co., Ltd., LP Displays International, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Hitachi, Ltd.. (aaa, Court Staff) (Filed on 12/5/2007) (Entered: 12/06/2007) |
| 12/05/2007 | | Amended Summons Issued as to Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Irico Display Devices Co., Ltd., LG Electronics, Inc., Matsushita Electric Industrial Co, Ltd., Panasonic Corporation of North America, Orion Electric Co., Ltd., Orion America, Inc., Koninklijke Philips Electronics N.V., Philips Electronics North America, Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samtel Color, Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Matsushita Toshiba Picture Display Co., Ltd., LP Displays International, Ltd., Chunghwa Picture Tubes, LTD., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Hitachi, Ltd (aaa, Court Staff) (Filed on 12/5/2007) (Entered: 12/06/2007) |
| 12/06/2007 | 8 | MOTION for leave for admission of Attorney Laddie Montague, Jr., to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611013265.) filed by Nathan Muchnick, Inc. (aaa, Court Staff) (Filed on 12/6/2007) (Entered: 12/07/2007) |
| 12/13/2007 | 9 | STIPULATION re *Extention of Time for Defendant to Respond to* |

| | | |
|---|---|---|
| | | *Complaint; [Proposed] Order Extending Time to Respond to Complaint and Complaints in Related Actions* by Crago, Inc.. (Simon, Bruce) (Filed on 12/13/2007) (Entered: 12/13/2007) |
| 12/13/2007 | 10 | MOTION to Relate Case *Plaintiff Hawel A. Hawel d/b/a City Electronics Administrative Motion to Relate Cases* filed by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 12/13/2007) (Entered: 12/13/2007) |
| 12/13/2007 | 11 | Declaration of Cadio Zirpoli in Support of 10 MOTION to Relate Case *Plaintiff Hawel A. Hawel d/b/a City Electronics Administrative Motion to Relate Cases* filed byHawel A. Hawel d/b/a City Electronics. (Related document(s) 10 ) (Saveri, Guido) (Filed on 12/13/2007) (Entered: 12/13/2007) |
| 12/13/2007 | 12 | Proposed Order re 10 MOTION to Relate Case *Plaintiff Hawel A. Hawel d/b/a City Electronics Administrative Motion to Relate Cases* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 12/13/2007) (Entered: 12/13/2007) |
| 12/17/2007 | 13 | MOTION to Relate Case filed by Jeffrey Figone. (Attachments: # 1 Affidavit Declaration of Lauren C. Russell In Support of Administrative Motion to Relate Cases, # 2 Proposed Order [Proposed] Order Relating Cases, # 3 Affidavit Proof of Service)(Russell, Lauren) (Filed on 12/17/2007) (Entered: 12/17/2007) |
| 12/18/2007 | 14 | Certificate of Interested Entities by Samsung SDI America, Inc. *Samsung SDI America, Inc.'s Certification of Interested Entities or Persons Pursuant to Civil Local Rule 3-16* (Scarborough, Michael) (Filed on 12/18/2007) (Entered: 12/18/2007) |
| 12/18/2007 | 15 | NOTICE by Samsung SDI America, Inc. *Samsung SDI America, Inc.'s FRCP 7.1 Disclosure Statement* (Scarborough, Michael) (Filed on 12/18/2007) (Entered: 12/18/2007) |
| 12/19/2007 | 16 | STIPULATION AND ORDER Extending Time for Defendant to Respond to Complaint. Signed by Judge Samuel Conti on 12/19/07. (tdm, COURT STAFF) (Filed on 12/19/2007) (Entered: 12/19/2007) |
| 12/21/2007 | 17 | SUMMONS Returned Executed by Crago, Inc.. Hitachi America, Ltd. served on 12/12/2007, answer due 1/1/2008. (Simon, Bruce) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/21/2007 | 18 | SUMMONS Returned Executed by Crago, Inc.. Panasonic Corporation of North America served on 12/13/2007, answer due 1/2/2008. (Simon, Bruce) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/21/2007 | 19 | SUMMONS Returned Executed by Crago, Inc.. Philips Electronics North America served on 12/5/2007, answer due 12/26/2007. (Simon, Bruce) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 12/27/2007 | 20 | MOTION to Relate Case *Plaintiffs' Michael Juetten and Chad Klebs' Administrative Motion to Consider Whether Cases Should be Related* filed by Michael Juetten. (Attachments: # 1 Corbitt Declaration, # 2 |

| | | |
|---|---|---|
| | | Exhibit A to Corbitt Declaration, # 3 Exhibit B to Corbitt Declaration, # 4 Exhibit C to Corbitt Declaration, # 5 Proposed Order, # 6 Proof of Service)(Corbitt, Craig) (Filed on 12/27/2007) (Entered: 12/27/2007) |
| 12/27/2007 | 21 | SUMMONS Returned Executed by Crago, Inc.. Samsung SDI America, Inc. served on 12/10/2007, answer due 12/31/2007. (Simon, Bruce) (Filed on 12/27/2007) (Entered: 12/27/2007) |
| 12/28/2007 | 22 | SUMMONS Returned Executed by Crago, Inc.. Orion America, Inc. served on 12/18/2007, answer due 1/7/2008. (Simon, Bruce) (Filed on 12/28/2007) (Entered: 12/28/2007) |
| 01/03/2008 | 23 | MOTION to Relate Case *[Administrative Motion to Consider Whether Cases Should Be Related]* filed by Art's TV & Appliance. (Attachments: # 1 Declaration of Harry Shulman in Support of Administrative Motion to Consider Whether Cases Should Be Related, # 2 Exhibit A to Shulman Declaration, # 3 Proposed Order)(Shulman, Harry) (Filed on 1/3/2008) (Entered: 01/03/2008) |
| 01/04/2008 | 24 | ORDER by Judge Samuel Conti granting (20) Motion to Relate Case in case C-07-5944-SC, C-07-5981-SC, C-07-6225-JL, C-07-6279-EMC, C-07-6303-SC, C-07-6331-MMC (tdm, COURT STAFF) (Filed on 1/4/2008) (Entered: 01/04/2008) |
| 01/15/2008 | 25 | MOTION to Relate Case filed by Orion Home Systems, LLC. (Attachments: # 1 Declaration in Support, # 2 Proposed Order)(Saveri, Guido) (Filed on 1/15/2008) (Entered: 01/15/2008) |
| 01/16/2008 | 26 | ORDER by Judge Samuel Conti granting (23) Motion to Relate Cases C-07-5944-SC,C-07-6414-JCS, C-07-6433 (tdm, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/16/2008 | 27 | ORDER RELATING CASEs C-07-5944-SC, C-07-6416-JCS AND C-07-6433-SC.. Signed by Judge Samuel Conti on 1/16/08. (tdm, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/16/2008) |
| 01/17/2008 | 28 | MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related* filed by Carroll Cut-Rate Furniture. (Friedman, Jeff) (Filed on 1/17/2008) (Entered: 01/17/2008) |
| 01/22/2008 | 29 | ORDER by Judge Samuel Conti granting 25 Motion to Relate Case; granting 28 Motion to Relate Case; granting 10 Motion to Relate Case; granting 13 Motion to Relate Case (sclc2, COURT STAFF) (Filed on 1/22/2008) (Entered: 01/22/2008) |
| 01/22/2008 | | **ERRONEOUSLY POSTED** Cases associated: Create association to 3:07-cv-05944-SC. (aaa, Court Staff) (Filed on 1/22/2008) Modified on 1/23/2008 (aaa, Court Staff). (Entered: 01/23/2008) |
| 01/25/2008 | 30 | NOTICE of Appearance by Brendan Patrick Glackin (Glackin, Brendan) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 01/25/2008 | 31 | Ex Parte Application *for Relief from Stay and for Issuance of Letters Rogatory* filed by Nathan Muchnick, Inc.. (Attachments: # 1 |

|  |  |  |
|---|---|---|
|  |  | Declaration of Brendan Glackin ISO Ex Parte Motion for Relief from Stay and for Issuance of Letters Rogatory, # 2 Exhibits to Glackin Declaration, # 3 Proposed Order, # 4 Letter Rogatory to Chunghwa Picture Tubes, Ltd.)(Glackin, Brendan) (Filed on 1/25/2008) (Entered: 01/25/2008) |
| 01/25/2008 | 🔒 | (Court only) ***Attorney Richard Martin Heimann for Nathan Muchnick, Inc., Joseph Richard Saveri for Nathan Muchnick, Inc. added. Re 30 Notice (aaa, Court Staff) (Filed on 1/25/2008) (Entered: 01/28/2008) |
| 01/28/2008 | 32 | MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED* filed by Univisions-Crimson Holding Inc.. (Attachments: # 1 Proposed Order [PROPOSED] ORDER RELATING CASES)(Heffelfinger, Christopher) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 01/28/2008 | 33 | Declaration of CHRISTOPHER T. HEFFELFINGER in Support of 32 MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED* filed byUnivisions-Crimson Holding Inc.. (Related document(s) 32 ) (Heffelfinger, Christopher) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 01/28/2008 | 34 | CERTIFICATE OF SERVICE by Univisions-Crimson Holding Inc. re 32 MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED*, 33 Declaration in Support, (Heffelfinger, Christopher) (Filed on 1/28/2008) (Entered: 01/28/2008) |
| 01/29/2008 | 35 | ORDER by Judge Samuel Conti granting (31) Ex Parte Application re Issuance of Leters Rogatory in case 3:07-cv-05944-SC (tdm, COURT STAFF) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 01/29/2008 | 36 | INTERNATIOINAL LETTER OF REQUEST (LETTER ROGATORY). Signed by Judge Samuel Conti on 1/29/08. (tdm, COURT STAFF) (Filed on 1/29/2008) (Entered: 01/29/2008) |
| 01/30/2008 | 37 | ORDER by Judge Samuel Conti granting 32 Motion to Relate Case (sclc2, COURT STAFF) (Filed on 1/30/2008) (Entered: 01/30/2008) |
| 01/31/2008 | 38 | MOTION for leave for admission of Attorney Anthony D. Shapior to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611015228.) filed by Carroll Cut-Rate Furniture. (aaa, Court Staff) (Filed on 1/31/2008) (Entered: 02/01/2008) |
| 01/31/2008 | 39 | [Proposed] Order re 38 MOTION for leave for admission of Attorney Anthony D. Shapiro to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611015228.) by Carroll Cut-Rate Furniture. (aaa, Court Staff) (Filed on 1/31/2008) (Entered: 02/01/2008) |
| 01/31/2008 | 40 | MOTION for leave for admission of Attorney Ronnie S. Speigel to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611015229.) filed by Carroll Cut-Rate Furniture. (aaa, Court Staff) |

| | | |
|---|---|---|
| | | (Filed on 1/31/2008) (Entered: 02/01/2008) |
| 01/31/2008 | 41 | [Proposed] Order re 40 MOTION for leave for admission of Attorney Ronnie S. Spiegel to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611015229.) by Carroll Cut-Rate Furniture. (aaa, Court Staff) (Filed on 1/31/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Attorney Joseph W. Cotchett for Orion Home Systems, LLC, Randy R. Renick for Orion Home Systems, LLC, Richard Alexander Saveri for Orion Home Systems, LLC, Steven Noel Williams for and added. (aaa, Court Staff) (Filed on 2/1/2008) Modified on 2/1/2008 (aaa, Court Staff). Re Consolidated Case 08-178 SC (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Party LG Eletronics U.S.A., Inc. added. Re Consolidated Case 08-178 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Party Carroll Cut-Rate Furniture rep by Anthony D. Shapiro, Douglas A. Millen, William H. London, Jeff D. Friedman, Steven A. Kanner added. Re consolidated case 08-309 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Party Monikraft, Inc rep by Michael P. Lehman added. Re Consolidated Case 07-6433 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Party Nathan Muchnick, Inc. rep by Joseph Richard Saveri, Eric B. Fastiff, H. Laddie Montague, Jr, Ruthanne Gordon, Candice J. Enders, Brendan Patrick Glackin, Richard Martin Heimann, and Tatung Company of America, Inc., and LG Philips Display USA, Inc., and Philips Electronics North America Corporation, and Samsung Electronics Co Ltd, and Samsung Electronics America, Inc., and Toshiba America Electronics Components, Inc, and Toshiba America Information Systems, Inc., and MT Picture Display Company, and MT Picture Display Corporation of America (Ohio), and LP Displays added. Re Consolidated Case 07-5981 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Attorney Gregory Hull for Philips Electronics North America added. Re Consolidated Case 07-5981 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Attorney Richard Alexander Saveri for Hawel A. Hawel d/b/a City Electronics, Betty Lisa Julian for Hawel A. Hawel d/b/a City Electronics, Cadio Zirpoli for Hawel A. Hawel d/b/a City Electronics, Fred A. Silva for Hawel A. Hawel d/b/a City Electronics, Kathy Lee Monday for Hawel A. Hawel d/b/a City Electronics, Roger Martin Schrimp for and added. Re Consolidated Case 07-6279 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Party Barbara Caldwell rep by Matthew E. Van Tine, Henry A. Cirillo, Marvin A. Miller, Thomas Patrick Dove, Christopher |

| | | |
|---|---|---|
| | | L. Lebsock, Kathleen Styles Rogers, Jon T. King, Lori A. Fanning, Michael S. Christian, and Toshiba America, Inc, and MT Picture Display Co., LTD, and Royal Philips Electronics N.V. added. Re Consolidated Case 07-6303 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Party Jeffrey Figone rep by Mario N. Alioto, Joseph Marid Patane, Lauren Clare Russell, and MT Picture Display Corporation of America (New York) added. Re Consolidated Case 07-6331 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Attorney Francis Onofrei Scarpulla for Michael Juetten, Judith A. Zahid for Michael Juetten, Matthew Rutledge Schultz for Michael Juetten, Michael Jocobs for Michael Juetten, Richard M. Hagstrom for Michael Juetten added. Re Consolidated Case 07-6225 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Party Chad Klebs rep by Judith A. Zahid, Richard M. Hagstrom, Matthew Rutledge Schultz, Craig C. Corbitt, Francis Onofrei Scarpulla, Michael Jacobs, and Samsung SDI Co. added. Re Consolidated Case 07-6225 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Attorney Joseph J. Tabacco, Jr for Univisions-Crimson Holding Inc., Manuel Juan Dominguez for Univisions-Crimson Holding Inc., Marc Jeffrey Greenspon for Univisions-Crimson Holding Inc. added. Re Consolidated Case 08-494 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/01/2008 | 🔒 | (Court only) ***Party Central New York Univision Video Systems, Inc. rep by Joseph J. Tabacco, Jr, Manuel Juan Dominguez, Christopher T. Heffelfinger, Marc Jeffrey Greenspon, and Crimson Tech, Inc. rep by Manuel Juan Dominguez, Christopher T. Heffelfinger, Marc Jeffrey Greenspon, Joseph J. Tabacco, Jr, and Victor Company of Japan, LTD added. Re Consolidate Case 08-494 SC (aaa, Court Staff) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/04/2008 | 42 | ORDER by Judge Samuel Conti granting 38 Motion for attorney Anthony Shapiro to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 43 | ORDER by Judge Samuel Conti granting 40 Motion for attorney Ronnie Spiegel to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 2/4/2008) (Entered: 02/04/2008) |
| 02/04/2008 | 🔒 | (Court only) ***Attorney Anthony D. Shapiro for Carroll Cut-Rate Furniture, Ronnie S. Spiegel for Carroll Cut-Rate Furniture added. Re 42 & 43 Orders (aaa, Court Staff) (Filed on 2/4/2008) (Entered: 02/05/2008) |
| 02/05/2008 | 🔒 | (Court only) ***Motions terminated: document #8 motion for Laddie Monigue to appear pro hac vice was granted on 12/10/2007 in C-07-5981 docket #19 (ORDER by Judge Samuel Conti granting Docket #14 |

|  |  | Application for H. Laddie Montague, Jr. to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 12/10/2007) (Entered: 12/10/2007)) (tdm, COURT STAFF) (Filed on 2/5/2008) (Entered: 02/05/2008) |
|---|---|---|
| 02/06/2008 | 44 | Ex Parte MOTION for Issuance of Letters Rogatory filed by Crago, Inc.. (Simon, Bruce) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/06/2008 | 45 | Declaration of Bruce L. Simon in Support of 44 Ex Parte MOTION for Issuance of Letters Rogatory filed byCrago, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Related document(s) 44 ) (Simon, Bruce) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/06/2008 | 46 | Proposed Order re 44 Ex Parte MOTION for Issuance of Letters Rogatory by Crago, Inc.. (Simon, Bruce) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/06/2008 | 47 | Letter *of Request (Letter Rogatory) re Chunghwa Picture Tubes (Malaysia) Snd. Bhd.*. (Simon, Bruce) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/06/2008 | 48 | Letter *of Request (Letter Rogatory) re Hitachi Asia, Ltd.*. (Simon, Bruce) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/06/2008 | 49 | Letter *of Request (Letter Rogatory) re Thai CRT Company, Ltd.*. (Simon, Bruce) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/12/2008 | 50 | Ex Parte Application *Plaintiffs' Ex Parte Miscellaneous Administrative Request for Issuance of Letters Rogatory and Relief from Civil Local Rule 4-2(a); Memorandum of Points and Authorities* filed by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 51 | Declaration of Gianna Gruenwald in Support of 50 Ex Parte Application *Plaintiffs' Ex Parte Miscellaneous Administrative Request for Issuance of Letters Rogatory and Relief from Civil Local Rule 4-2 (a); Memorandum of Points and Authorities* Ex Parte Application *Plaintiffs' Ex Parte Miscellaneous Administrative Request for Issuance of Letters Rogatory and Relief from Civil Local Rule 4-2(a); Memorandum of Points and Authorities* filed byHawel A. Hawel d/b/a City Electronics. (Related document(s) 50 ) (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 52 | Letter *Request for International Judicial Assistance*. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 53 | Letter *Request for International Judicial Assistance*. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 54 | Letter *Request for International Judicial Assistance*. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 55 | Letter *Request for International Judicial Assistance*. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |

| 02/12/2008 | 56 | Letter *Request for International Judicial Assistance*. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 57 | Letter *Request for International Judicial Assistance*. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 58 | Letter *Request for International Judicial Assistance*. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 59 | Letter *Request for International Judicial Assistance*. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 60 | Proposed Order re 50 Ex Parte Application *Plaintiffs' Ex Parte Miscellaneous Administrative Request for Issuance of Letters Rogatory and Relief from Civil Local Rule 4-2(a); Memorandum of Points and Authorities* Ex Parte Application *Plaintiffs' Ex Parte Miscellaneous Administrative Request for Issuance of Letters Rogatory and Relief from Civil Local Rule 4-2(a); Memorandum of Points and Authorities* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/12/2008) (Entered: 02/12/2008) |
| 02/12/2008 | 61 | MOTION for leave for admission of Attorney Douglas A. Millen to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611015721.) filed by Art's TV & Appliance. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 2/12/2008) (Entered: 02/13/2008) |
| 02/13/2008 | 63 | MOTION for leave for admission of Attorney Steven A. Kanner to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611015795.) filed by Art's TV & Appliance. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 2/13/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 62 | ***FILED IN ERROR WITH WRONG MAIN DOCUMENT. PLEASE REFER TO ATTACHMENT # 1 FOR CORRECT ORDER *** <br> ORDER by Judge Samuel Conti granting 61 Motion for attorney Douglas Millen to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 2/14/2008) (Additional attachment(s) added on 2/14/2008: # 1 Order Granting Pro Hac Vice) (tdm, COURT STAFF). Modified on 2/14/2008 (feriab, COURT STAFF). (Entered: 02/14/2008) |
| 02/14/2008 | 🔒 | (Court only) ***Attorney Douglas A. Millen for Art' s TV & Appliance added. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 64 | ORDER re Issuance of Letters Rogatory and Relief from Civil Local rule 4-2(a) by Judge Samuel Conti granting (50) Ex Parte Application in case 3:07-cv-05944-SC (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 65 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE to Thai CRT Company, Ltd. (Letter Rogatory). Signed by Judge Samuel |

| | | |
|---|---|---|
| | | Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 66 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE as to Hitachi Asia for Orion Home Systems. Signed by Judge Samuel Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008 |
| 02/14/2008 | 67 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE as to Chunghwa Picture Tubes (Malaysia) by Orion Home Systems. Signed by Judge Samuel Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 68 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE as to Chunghwa Picture Tubes by Orion. Signed by Judge Samuel Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008 |
| 02/14/2008 | 69 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE as to Thai CRT Company by Hawel A. Hawel. Signed by Judge Samuel Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 70 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE as to Hitachi Asia by Hawel Hawel. Signed by Judge Samuel Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008 |
| 02/14/2008 | 71 | ORDER REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE as to Chunghwa Picture Tubes (Malaysia) by Hawel A. Hawel. Signed by Judge Samuel Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 72 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE as to Chunghwa Picture Tubes, Ltd. by Hawel A. Hawel. Signed by Judge Samuel Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 73 | ORDER re Issuance of Letter Rogatory by Judge Samuel Conti granting 44 Motion for Issuance of Letters Rogatory (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 74 | INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY) AS TO CHUNGHWA PICTURE TUBES (MALAYSIA) by Cargo Inc.. Signed by Judge Samuel Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 75 | ORDER INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY) as to Hitachi Asia Ltd. by Cargo Inc.. Signed by Judge Samuel Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 76 | INTERNATIONAL LETTER OF REQUEST (LETTER ROGATORY) as to Thai CRT Company by Cargo, Inc.. Signed by Judge Samuel |

| | | |
|---|---|---|
| | | Conti on 2/13/08. (tdm, COURT STAFF) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/14/2008 | 77 | SUMMONS Returned Executed by Carroll Cut-Rate Furniture. Hitachi America, Ltd. served on 2/1/2008, answer due 2/21/2008; Panasonic Corporation of North America served on 1/25/2008, answer due 2/14/2008; Orion America, Inc. served on 1/31/2008, answer due 2/20/2008; Philips Electronics North America served on 2/1/2008, answer due 2/21/2008; Samsung SDI America, Inc. served on 1/28/2008, answer due 2/17/2008. (Friedman, Jeff) (Filed on 2/14/2008) (Entered: 02/14/2008) |
| 02/15/2008 | 78 | ORDER by Judge Samuel Conti granting 63 Motion for attorney Steven Kanner to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/15/2008) |
| 02/15/2008 | 🔒 | (Court only) ***Attorney Steven A. Kanner for Art' s TV & Appliance added. (tdm, COURT STAFF) (Filed on 2/15/2008) (Entered: 02/15/2008) |
| 02/21/2008 | 79 | NOTICE by U.S. Department of Justice, Antitrust Division *Of Motion and Motion By the U.S. To Intervene Under Fed.R.Civ.P. 24(b)(1)(B)* (Hamilton, Jeane) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/21/2008 | 80 | MOTION to Intervene *Memorandum Of Points And Authorities In Support Of The U.S.' Motion To Intervene Under FED.R.CIV. 24(b)(1)(B)* filed by U.S. Department of Justice, Antitrust Division. Motion Hearing set for 4/4/2008 10:00 AM. (Hamilton, Jeane) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/21/2008 | 81 | Declaration of Jeane Hamilton in Support of 80 MOTION to Intervene *Memorandum Of Points And Authorities In Support Of The U.S.' Motion To Intervene Under FED.R.CIV. 24(b)(1)(B)* MOTION to Intervene *Memorandum Of Points And Authorities In Support Of The U.S.' Motion To Intervene Under FED.R.CIV. 24(b)(1)(B)* filed by U.S. Department of Justice, Antitrust Division. (Related document(s) 80 ) (Hamilton, Jeane) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/21/2008 | 82 | Proposed Order re 81 Declaration in Support, 80 MOTION to Intervene *Memorandum Of Points And Authorities In Support Of The U.S.' Motion To Intervene Under FED.R.CIV. 24(b)(1)(B)* MOTION to Intervene *Memorandum Of Points And Authorities In Support Of The U.S.' Motion To Intervene Under FED.R.CIV. 24(b)(1)(B) Granting The Government's Motion To Intervene* by U.S. Department of Justice, Antitrust Division. (Hamilton, Jeane) (Filed on 2/21/2008) (Entered: 02/21/2008) |
| 02/22/2008 | 83 | Statement of Non-Opposition *to 80 Motion by the United States to Intervene Under Fed. R. Civ. P. 24(b)(1)(B)* filed by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/22/2008) Modified on 2/25/2008 (aaa, Court Staff). (Entered: 02/22/2008) |
| 02/22/2008 | 84 | Statement of Non-Opposition *to 80 Motion by the United States to* |

| | | |
|---|---|---|
| | | *Intervene Under Fed. R. Civ. P. 24(b)(1)(B)* filed byArt's TV & Appliance. (Millen, Douglas) (Filed on 2/22/2008) Modified on 2/25/2008 (aaa, Court Staff). (Entered: 02/22/2008) |
| 02/22/2008 | 85 | RESPONSE in Support *[Statement of Non-Opposition by Plaintiffs Michael Juetten and Chad Klebs to the United States'* 80 *Motion to Intervene Under Fed.R.Civ.P. 24(b)(1)(B)* filed byMichael Juetten. (Scarpulla, Francis) (Filed on 2/22/2008) Modified on 2/25/2008 (aaa, Court Staff). (Entered: 02/22/2008) |
| 02/22/2008 | 86 | Statement of Non-Opposition re 80 MOTION to Intervene *Memorandum Of Points And Authorities In Support Of The U.S.' Motion To Intervene Under FED.R.CIV. 24(b)(1)(B)* MOTION to Intervene *Memorandum Of Points And Authorities In Support Of The U.S.' Motion To Intervene Under FED.R.CIV. 24(b)(1)(B)* filed byCarroll Cut-Rate Furniture. (Related document(s) 80 ) (Shapiro, Anthony) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 87 | MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should Be Related* filed by The Stroud Group, Inc.. (Attachments: # 1 Declaration of Eric B. Fastiff in Support of Motion, # 2 Proposed Order)(Fastiff, Eric) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 88 | NOTICE by The Stroud Group, Inc. *of Pendency of Other Action or Proceeding* (Attachments: # 1 Certification of Interested Entities) (Fastiff, Eric) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/22/2008 | 89 | Statement of Non-Opposition re 79 Notice (Other) *Statement of Non-Opposition By Plaintiff Jeffrey Figone to the United States' Motion to Intervene Under Fed. R. Civ. P. 24(b)(1)(B)* filed byJeffrey Figone. (Related document(s) 79 ) (Russell, Lauren) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/23/2008 | 90 | MOTION to Appoint Counsel *Plaintiff Jeffrey Figone's Notice of Motion and Motion for Appointment of Interim Lead Counsel for the Indirect Purchaser Class* filed by Jeffrey Figone. Motion Hearing set for 4/4/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of Mario N. Alioto In Support of Plaintiff Jeffrey Figone's Motion for Appointment of Interim Lead Counsel for the Indirect Purchaser Class, # 2 Proposed Order [Proposed] Order Appointing Interim Lead Counsel for the Indirect Purchaser Class, # 3 Affidavit Proof of Service)(Russell, Lauren) (Filed on 2/23/2008) (Entered: 02/23/2008) |
| 02/25/2008 | 91 | Statement of Non-Opposition *to* 80 *Motion by United States to Intervene Under Fed. R. Civ. P. 24(b)(1)(B)* filed byCrago, Inc.. (Attachments: # 1 Exhibit A)(Simon, Bruce) (Filed on 2/25/2008) Modified on 2/26/2008 (aaa, Court Staff). (Entered: 02/25/2008) |
| 02/25/2008 | 92 | MOTION to Relate Case *Plaintiff Paula Call's Administrative Motion to Relate Cases* filed by Paula Call. (Saveri, Guido) (Filed on 2/25/2008) (Entered: 02/25/2008) |

| 02/25/2008 | 93 | Declaration in Support of 92 MOTION to Relate Case *Plaintiff Paula Call's Administrative Motion to Relate Cases* filed byPaula Call. (Related document(s) 92 ) (Saveri, Guido) (Filed on 2/25/2008) (Entered: 02/25/2008) |
|---|---|---|
| 02/25/2008 | 94 | Proposed Order re 92 MOTION to Relate Case *Plaintiff Paula Call's Administrative Motion to Relate Cases* by Paula Call. (Saveri, Guido) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/25/2008 | 95 | MOTION to Relate Case *[Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12]* filed by Mark Pierce. (Cirillo, Henry) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/25/2008 | 96 | Declaration of Henry A. Cirillo *in Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12* filed byMark Pierce. (Related document(s) 95 ) (Cirillo, Henry) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/25/2008 | 97 | Proposed Order *Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12* by Mark Pierce. (Cirillo, Henry) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/25/2008 | 98 | Statement of Non-Opposition re 79 Notice (Other) *by Plaintiffs Barbara Caldwell and Mark Pierce to the United States' Motion to Intervene Under Fed. R. Civ. P. 24(b)(1)(B)* filed byBarbara Caldwell, Mark Pierce. (Related document(s) 79 ) (Cirillo, Henry) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/25/2008 | 99 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Notice of Motion and Motion to Appoint Interim Class Counsel for Indirect-Purchaser Plaintiffs* filed by Chad Klebs. Motion Hearing set for 4/4/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Attachments: # 1 Memorandum, # 2 Scarpulla Declaration, # 3 Exhibit A to Scarpulla Declaration, # 4 Exhibit B to Scarpulla Declaration, # 5 Exhibit C to Scarpulla Declaration, # 6 Exhibit D to Scarpulla Declaration, # 7 Exhibit E to Scarpulla Declaration, # 8 Exhibit F to Scarpulla Declaration, # 9 Exhibit G, # 10 Proposed Order, # 11 Proof of Service) (Corbitt, Craig) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/25/2008 | 100 | Statement of Non-Opposition re 79 Notice (Other) *PLAINTIFF PRINCETON DISPLAY TECHNOLOGIES, INC.'S STATEMENT OF NON-OPPOSITION TO MOTION BY UNITED STATES TO INTERVENE UNDER FED. R. CIV. P. 24(b)(1)(B)* filed byPrinceton Display Technologies, Inc.. (Related document(s) 79 ) (Livesay, Marisa) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/26/2008 | 101 | AFFIDAVIT of Service for Summons and Complaint served on LP Displays International, Ltd. on February 1, 2008, filed by Nathan Muchnick, Inc.. (Fastiff, Eric) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/27/2008 | 🔒 | (Court only) ***Deadlines terminated. (tdm, COURT STAFF) (Filed |

| | | on 2/27/2008) (Entered: 02/27/2008) |
|---|---|---|
| 02/28/2008 | 102 | **ERRONEOUSLY POSTED** MOTION for leave for admission of Attorney Alan R. Feigenbaum to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611016338.) filed by Panasonic Corporation of North America. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 2/28/2008) Modified on 3/4/2008 (aaa, Court Staff). **See docket number 113 for correct posting** (Entered: 02/29/2008) |
| 02/28/2008 | 103 | MOTION for leave for admission of Attorney David L. Yohai to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611016339.) filed by Panasonic Corporation of North America. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 2/28/2008) (Entered: 02/29/2008) |
| 02/28/2008 | 104 | MOTION for leave for admission of Attorney Steven A. Reiss to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611016340.) filed by Panasonic Corporation of North America. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 2/28/2008) (Entered: 02/29/2008) |
| 02/28/2008 | 113 | MOTION for leave for admission of Attorney Alan R. Feigenbaum to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611016338.) filed by Panasonic Corporation of North America. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 2/28/2008) (Entered: 03/04/2008) |
| 02/29/2008 | 105 | MOTION to Appoint Counsel *Notice of Motion and Motion for Appointment of Interim Lead Class Counsel and Executive Committee for the Direct Purchaser Plaintiffs* filed by Crago, Inc.. Motion Hearing set for 4/4/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Simon, Bruce) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 | 106 | Declaration of Bruce L. Simon in Support of 105 MOTION to Appoint Counsel *Notice of Motion and Motion for Appointment of Interim Lead Class Counsel and Executive Committee for the Direct Purchaser Plaintiffs* filed byCrago, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 105 ) (Simon, Bruce) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 | 107 | Proposed Order re 105 MOTION to Appoint Counsel *Notice of Motion and Motion for Appointment of Interim Lead Class Counsel and Executive Committee for the Direct Purchaser Plaintiffs* by Crago, Inc.. (Simon, Bruce) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 | 108 | CERTIFICATE OF SERVICE by Crago, Inc. re 105 MOTION to Appoint Counsel *Notice of Motion and Motion for Appointment of Interim Lead Class Counsel and Executive Committee for the Direct Purchaser Plaintiffs*, 106 Declaration in Support, 107 Proposed Order (Simon, Bruce) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 | 109 | MOTION to Appoint Lead Plaintiff and Lead Counsel *PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK* |

| | | |
|---|---|---|
| | | *UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH., INC.'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A PUTATIVE CLASS OF DIRECT PURCHASERS WITH MEMORANDUM OF LAW IN SUPPORT THEREOF* filed by Univisions-Crimson Holding Inc.. Motion Hearing set for 4/4/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Heffelfinger, Christopher) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 | 110 | Declaration of Joseph J. Tabacco, Jr. in Support of 109 MOTION to Appoint Lead Plaintiff and Lead Counsel *PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH., INC.'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A P* filed byUnivisions-Crimson Holding Inc.. *(Related document(s) 109 ) (Tabacco, Joseph) (Filed on 2/29/2008) (Entered: 02/29/2008)* |
| 02/29/2008 | 111 | Proposed Order re 109 MOTION to Appoint Lead Plaintiff and Lead Counsel *PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH., INC.'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A P* by Univisions-Crimson Holding Inc.. (Tabacco, Joseph) (Filed on 2/29/2008) (Entered: 02/29/2008)* |
| 02/29/2008 | 112 | CERTIFICATE OF SERVICE by Univisions-Crimson Holding Inc. re 111 Proposed Order, 110 Declaration in Support, 109 MOTION to Appoint Lead Plaintiff and Lead Counsel *PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH., INC.'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A P (Tabacco, Joseph) (Filed on 2/29/2008) (Entered: 02/29/2008)* |
| 03/05/2008 | 114 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Multi-State, Indirect-Purchaser Plaintiffs' Memorandum Supporting Their Motion For Appointment of Interim Co-Lead, Indirect-Purchaser Class Counsel and Entry of Proposed Case-Management Order* filed by Greg A Glanz. Motion Hearing set for 4/4/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Attachments: # 1 Proposed Order [Proposed] Case-Management Order Relating to Indirect-Purchaser Cases)(Howard, Derek) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | 115 | CERTIFICATE OF SERVICE by Greg A Glanz re 114 MOTION to Appoint Lead Plaintiff and Lead Counsel *Multi-State, Indirect-Purchaser Plaintiffs' Memorandum Supporting Their Motion For Appointment of Interim Co-Lead, Indirect-Purchaser Class Counsel and Entry of Proposed Case-Management Order* (Howard, Derek) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | 116 | Certificate of Interested Entities by Panasonic Corporation of North America *Certificate of Interested Entities or Persons* (Hull, Gregory) |

| | | |
|---|---|---|
| | | (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | 117 | NOTICE of Appearance by Gregory Hull (Hull, Gregory) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | 🔒 | (Court only) ***Deadlines terminated. (tdm, COURT STAFF) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | 🔒 | (Court only) ***Attorney Joseph Richard Wetzel for Panasonic Corporation of North America, Jeffrey L. Kessler for Panasonic Corporation of North America, A. Paul Victor for Panasonic Corporation of North America added. Re 117 Notice (aaa, Court Staff) (Filed on 3/5/2008) (Entered: 03/06/2008) |
| 03/07/2008 | 118 | ORDER LIFTING STAY. Signed by Judge Samuel Conti on 3/7/2008. (sclc2, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 119 | ORDER CONSOLIDATING CASES by Judge Samuel Conti granting (87) Motion to Relate Case c-08-1056 MEJ; granting (92) Motion to Relate Case c-08-1032 MMC; 3:07-cv-05944-SC (tdm, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/07/2008 | 120 | ORDER by Judge Samuel Conti granting 80 Motion to Intervene by the United States (tdm, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/07/2008) |
| 03/10/2008 | 121 | ORDER RELATING CASE.. Signed by Judge Samuel Conti on 3/10/08. (sclc2, COURT STAFF) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/10/2008 | 122 | TRANSFER ORDER: IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION RE MDL NO. 1917. By John G. Heyburn II, Chairman Panel on Multidistrict Litigation (aaa, Court Staff) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/10/2008 | 🔒 | (Court only) ***Attorney Richard Alexander Saveri for Paula Call, Cadio Zirpoli for Paula Call, Lawrence D. McCabe for Paula Call added. Re 119 Order (aaa, Court Staff) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/10/2008 | 🔒 | (Court only) ***Attorney Brendan Patrick Glackin for The Stroud Group, Inc., Daniel Bruce Allanoff for The Stroud Group, Inc., Joel Cary Meredith for The Stroud Group, Inc., Joseph Richard Saveri for The Stroud Group, Inc., Martin E. Grossman for The Stroud Group, Inc., Richard Martin Heimann for The Stroud Group, Inc., Steven J. Greenfogel for The Stroud Group, Inc. added. Re 119 Order (aaa, Court Staff) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/10/2008 | 🔒 | (Court only) ***Attorney Jonathan Mark Watkins for Mark Pierce, Joseph M. Alioto for Mark Pierce, Lori A. Fanning for Mark Pierce, Matthew E. Van Tine for Mark Pierce, Michael S. Christian for Mark Pierce, Thomas Patrick Dove for Mark Pierce added. (aaa, Court Staff) (Filed on 3/10/2008) Re 121 Order (Entered: 03/10/2008) |
| | | |

| 03/10/2008 | 123 | CLERK'S NOTICE Advising Counsel of Receipt of Case 1:07-10322 Andrew Kindt v. Matsushita Electric Industrial Co., Ltd., et al. - from the Southern District of New York (sv, COURT STAFF) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/10/2008 | 124 | NOTICE of Appearance by Michele Chickerell Jackson (Jackson, Michele) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/10/2008 | 125 | NOTICE of Appearance by Michele Chickerell Jackson (Jackson, Michele) (Filed on 3/10/2008) (Entered: 03/10/2008) |
| 03/11/2008 | 126 | ORDER by Judge Samuel Conti granting 103 Motion for David Yohai to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 127 | ORDER by Judge Samuel Conti granting 104 Motion for Steven Reiss to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 128 | ORDER by Judge Samuel Conti granting 113 Motion for Alan Feigenbaum to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 129 | NOTICE by Univisions-Crimson Holding Inc. *PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW YORK UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH, INC.'S NOTICE OF WITHDRAWAL OF THEIR MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A PUTATIVE CLASS OF DIRECT PURCHASERS* (Heffelfinger, Christopher) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 130 | CERTIFICATE OF SERVICE by Univisions-Crimson Holding Inc. re 129 Notice (Other), Notice (Other) (Heffelfinger, Christopher) (Filed on 3/11/2008) (Entered: 03/11/2008) |
| 03/11/2008 | 🔒 | (Court only) ***Attorney Steven A. Reiss for Orion Home Systems, LLC, Univisions-Crimson Holding Inc., Carroll Cut-Rate Furniture, Monikraft, Inc, Nathan Muchnick, Inc., Barbara Caldwell, Jeffrey Figone, Chad Klebs, Central New York Univision Video Systems, Inc., Crimson Tech, Inc., Crago, Inc., The Stroud Group, Inc., Paula Call, Mark Pierce, Princeton Display Technologies, Inc., Greg A Glanz, Hawel A. Hawel d/b/a City Electronics, Michael Juetten, Art' and s TV & Appliance, David L. Yohai for Orion Home Systems, LLC, Univisions-Crimson Holding Inc., Carroll Cut-Rate Furniture, Monikraft, Inc, Nathan Muchnick, Inc., Barbara Caldwell, Jeffrey Figone, Chad Klebs, Central New York Univision Video Systems, Inc., Crimson Tech, Inc., Crago, Inc., The Stroud Group, Inc., Paula Call, Mark Pierce, Princeton Display Technologies, Inc., Greg A Glanz, Hawel A. Hawel d/b/a City Electronics, Art' and s TV & Appliance, Alan R. Feigenbaum for Orion Home Systems, LLC, Univisions-Crimson Holding Inc., Carroll Cut-Rate Furniture, Monikraft, Inc, Nathan Muchnick, Inc., Barbara Caldwell, Jeffrey Figone, Chad Klebs, Central New York Univision Video Systems, Inc., Crimson Tech, Inc., |

| | | |
|---|---|---|
| | | Crago, Inc., The Stroud Group, Inc., Paula Call, Mark Pierce, Princeton Display Technologies, Inc., Greg A Glanz, Hawel A. Hawel d/b/a City Electronics, Michael Juetten, Art' and s TV & Appliance added. Re 126 , 127 & 128 Orders (aaa, Court Staff) (Filed on 3/11/2008) (Entered: 03/12/2008) |
| 03/12/2008 | 🔒 | (Court only) ***Motions terminated: MOTION to Appoint Lead Plaintiff and Lead Counsel PLAINTIFFS UNIVISIONS-CRIMSON HOLDING, INC., CENTRAL NEW-YORK UNIVISION VIDEO SYSTEMS, INC. AND CRIMSON TECH., INC.'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL FOR A PUTATIVE CLASS OF DIRECT PURCHASERS WITH MEMORANDUM OF LAW IN SUPPORT THEREOF filed by Univisions-Crimson Holding Inc.. Motion Hearing set for 4/4/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (tdm, COURT STAFF) (Filed on 3/12/2008) (Entered: 03/12/2008) |
| 03/12/2008 | 131 | MOTION to Relate Case filed by Jeffrey Figone. (Attachments: # 1 Affidavit Declaration of Lauren C. Russell In Support of Administrative Motion to Consider Whether Cases Should Be Related, # 2 Proposed Order [Proposed] Order Relating Cases, # 3 Affidavit Proof of Service)(Russell, Lauren) (Filed on 3/12/2008) (Entered: 03/12/2008) |
| 03/12/2008 | 132 | MOTION to Relate Case *Plaintiff William E. Stack's and Margo Stack's Administrative Motion to Consider Whether Cases Should be Related* filed by Michael Juetten. (Attachments: # 1 Zahid Declaration, # 2 Exhibit A to Zahid Declaration, # 3 Proposed Order, # 4 Proof of Service)(Corbitt, Craig) (Filed on 3/12/2008) (Entered: 03/12/2008) |
| 03/12/2008 | 136 | MOTION for leave for admission of Attorney Michelle Lo to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611016917.) filed by Panasonic Corporation of North America. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 3/12/2008) (Entered: 03/13/2008) |
| 03/12/2008 | 137 | MOTION for leave for admission of Attorney Eva W. Cole to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611016918.) filed by Panasonic Corporation of North America. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 3/12/2008) (Entered: 03/13/2008) |
| 03/12/2008 | 138 | MOTION for leave for admission of Attorney Jeffrey L. Kessler to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611016916.) filed by Panasonic Corporation of North America. (Attachments: # 1 **[Proposed] Order** )(aaa, Court Staff) (Filed on 3/12/2008) (Entered: 03/13/2008) |
| 03/13/2008 | 133 | MOTION to Relate Case *ADMINISTRATIVE MOTION TO DETERMINE WHETHER CASES SHOULD BE RELATED* filed by Donna Ellingson. (Plutzik, Alan) (Filed on 3/13/2008) (Entered: 03/13/2008) |
| | | |

| 03/13/2008 | 134 | MOTION to Relate Case *DECLARATION OF JENNIFER S. ROSENBERG IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED* filed by Donna Ellingson. (Plutzik, Alan) (Filed on 3/13/2008) (Entered: 03/13/2008) |
| --- | --- | --- |
| 03/13/2008 | 135 | MOTION to Relate Case *PROPOSED ORDER RELATING CASES* filed by Donna Ellingson. (Plutzik, Alan) (Filed on 3/13/2008) (Entered: 03/13/2008) |
| 03/13/2008 | 139 | MOTION for leave for admission of Attorney Daniel B. Allanoff to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611016950.) filed by The Stroud Group, Inc. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 3/13/2008) (Entered: 03/14/2008) |
| 03/13/2008 | 140 | MOTION for leave for admission of Attorney Steven J. Greenfogel to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611016949.) filed by The Stroud Group, Inc. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 3/13/2008) (Entered: 03/14/2008) |
| 03/14/2008 | 141 | MOTION to Appoint Counsel *JOINDER OF PLAINTIFF DONNA ELLINGSON IN SUPPORT OF MOTION OF ZELLE HOFFMAN VOELBEL MASON & GETTE, LLP AND LOVELL STEWART HALEBIAN, LLP TO APPOINT INTERIM CLASS COUNSEL FOR THE INDIRECT PURCHASER PLAINTIFFS* filed by Donna Ellingson. (Rosenberg, Jennifer) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/14/2008 | 142 | Memorandum in Opposition *Plaintiff Jeffrey Figone's Response Re: 141 Motions for Appointment of Lead Counsel for the Indirect Purchaser Class* filed by Jeffrey Figone. (Russell, Lauren) (Filed on 3/14/2008 Modified on 3/17/2008 (aaa, Court Staff). (Entered: 03/14/2008) |
| 03/14/2008 | 143 | Memorandum in Opposition *Zelle Hofmann's and Lovell Stewart's Opposition to the 141 Motions of Messrs. Ball and Karon and Trump, Alioto, Trump & Prescott, LLP to Appoint Interim Class Counsel for the Indirect-Purchaser Plaintiffs* filed by Chad Klebs. (Attachments: # 1 Zahid Declaration, # 2 Exhibit A to Zahid Declaration, # 3 Proof of Service)(Corbitt, Craig) (Filed on 3/14/2008) Modified on 3/17/2008 (aaa, Court Staff). (Entered: 03/14/2008) |
| 03/14/2008 | 144 | Memorandum in Opposition *to 141 Motions for Appointment of Interim Lead Class Counsel for Indirect Purchaser Plaintiffs, and Notice of Cross-Motion and Cross-Motion to Appoint Alioto Law Firm and Miller Law LLC as Interim Lead Class Counsel for Indirect Purchaser Plaintiffs* filed by Barbara Caldwell, Mark Pierce. (Cirillo, Henry) (Filed on 3/14/2008) Modified on 3/17/2008 (aaa, Court Staff). Modified on 3/21/2008 (tdm, COURT STAFF). (Entered: 03/14/2008) |
| 03/14/2008 | 145 | Declaration of Joseph M. Alioto *in Opposition to 141 Motions for Appointment of Interim Lead Class Counsel for Indirect Purchaser* |

| | | |
|---|---|---|
| | | *Plaintiffs, and in Support of Cross-Motion to Appoint Alioto Law Firm and Miller Law LLC as Interim Lead Class Counsel for Indirect Purchaser Plaintiffs* filed byBarbara Caldwell, Mark Pierce. (Cirillo, Henry) (Filed on 3/14/2008) Modified on 3/17/2008 (aaa, Court Staff). (Entered: 03/14/2008) |
| 03/14/2008 | 146 | Declaration of Marvin A. Miller *in Opposition to 141 Motions for Appointment of Interim Lead Class Counsel for Indirect Purchaser Plaintiffs, and in Support of Cross-Motion to Appoint Alioto Law Firm and Miller Law LLC as Interim Lead Class Counsel for Indirect Purchaser Plaintiffs* filed byBarbara Caldwell, Mark Pierce. (Cirillo, Henry) (Filed on 3/14/2008) Modified on 3/17/2008 (aaa, Court Staff). (Entered: 03/14/2008) |
| 03/14/2008 | 147 | Proposed Order *[PROPOSED] CASE MANAGEMENT ORDER RELATING TO INDIRECT PURCHASER CASES* by Barbara Caldwell, Mark Pierce. (Cirillo, Henry) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/14/2008 | 148 | CERTIFICATE OF SERVICE by Barbara Caldwell, Mark Pierce re 144 Memorandum in Opposition, 147 Proposed Order, 145 Declaration in Support, 146 Declaration in Support, (Cirillo, Henry) (Filed on 3/14/2008) (Entered: 03/14/2008) |
| 03/17/2008 | 149 | ORDER by Judge Samuel Conti granting (131) Motion to Relate Case; granting (132) Motion to Relate Case; granting (133) Motion to Relate Case; granting (2) Motion to Relate Case in case 3:08-cv-01364-MEJ (tdm, COURT STAFF) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 03/17/2008 | 150 | ORDER by Judge Samuel Conti granting 136 Motion for attorney Michelle Lo at appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/17/2008) (Additional attachment(s) added on 3/18/2008: # 1 Order) (tdm, COURT STAFF). (Entered: 03/17/2008) |
| 03/17/2008 | 151 | CERTIFICATE OF SERVICE by Donna Ellingson re 141 MOTION to Appoint Counsel *JOINDER OF PLAINTIFF DONNA ELLINGSON IN SUPPORT OF MOTION OF ZELLE HOFFMAN VOELBEL MASON & GETTE, LLP AND LOVELL STEWART HALEBIAN, LLP TO APPOINT INTERIM CLASS COUNSEL FOR THE INDIRECT PURCHASER PLAINTIFFS PROOF OF SERVICE* (Rosenberg, Jennifer) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 03/17/2008 | 🔒 | (Court only) ***Attorney Michelle Lo for Panasonic Corporation of North America, Jeffrey L. Kessler for Panasonic Corporation of North America, Eva W. Cole for Panasonic Corporation of North America, Steven J. Greenfogel for The Stroud Group, Inc., Daniel Bruce Allanoff for The Stroud Group, Inc. added. (tdm, COURT STAFF) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 03/17/2008 | 152 | ORDER by Judge Samuel Conti granting 137 Motion for attorney Eva Cole to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/17/2008) (Additional attachment(s) added on 3/18/2008: # 1 Order) (tdm, COURT STAFF). (Entered: 03/17/2008) |

| | | |
|---|---|---|
| 03/17/2008 | 153 | ORDER by Judge Samuel Conti granting 138 Motion for attorney jeffrey Kessler to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/17/2008) (Additional attachment(s) added on 3/18/2008: # 1 Order) (tdm, COURT STAFF). (Entered: 03/17/2008) |
| 03/17/2008 | 154 | ORDER by Judge Samuel Conti granting 139 Motion for attorney Daniel Allanoff to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/17/2008) (Additional attachment(s) added on 3/18/2008: # 1 Order) (tdm, COURT STAFF). (Entered: 03/17/2008) |
| 03/17/2008 | 155 | ORDER by Judge Samuel Conti granting 140 Motion for attorney Steven Greenfolgel to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/17/2008) (Additional attachment(s) added on 3/18/2008: # 1 Order) (tdm, COURT STAFF). (Entered: 03/17/2008) |
| 03/17/2008 | 156 | ORDER. Signed by Judge Samuel Conti on March 17, 2008. (sclc2, COURT STAFF) (Filed on 3/17/2008) (Entered: 03/17/2008) |
| 03/17/2008 | 🔒 | (Court only) ***Party Carmen Gonzalez rep by Marwa Elzankaly, James H. McManis added. Re 149 Order (aaa, Court Staff) (Filed on 3/17/2008) (Entered: 03/18/2008) |
| 03/17/2008 | 🔒 | (Court only) ***Party William E. Stack rep by Judith A. Zahid, Matthew Rutledge Schultz, Christopher Lovell, Craig C. Corbitt, Imtiaz A. Siddiqui, Francis Onofrei Scarpulla, Traviss Levine Galloway, and Margo Stack, and TCL International Holdings LTD. (TCL), and Thomson S.A., and TCL Thomson Electronics Corporation added. Re 149 Order (aaa, Court Staff) (Filed on 3/17/2008) (Entered: 03/18/2008) |
| 03/17/2008 | 🔒 | (Court only) ***Party Donna Ellingson rep by Timothy D. Battin, Eric James Pickar, Jennifer Susan Rosenberg, Christopher Le, Daniel Edward Birkhaeuser, Alan Roth Plutzik, David Boies, III added. Re 149 Order (aaa, Court Staff) (Filed on 3/17/2008) (Entered: 03/18/2008) |
| 03/17/2008 | 🔒 | (Court only) ***Party Samuel J. Nasto rep by Mario Nunzio Alioto, Seymour J. Mansfield, Lawrence Genaro Papale, Joel Flom, Robert B. Gerard, Kenneth Leo Valinoti, Joseph Marid Patane, Lauren Clare Russell, Michael G. Simon, Sherman Kassof, M. Eric Frankovitch added. Re 149 Order (aaa, Court Staff) (Filed on 3/17/2008) (Entered: 03/18/2008) |
| 03/17/2008 | 🔒 | (Court only) ***Party Patrick Piper rep by Mario Nunzio Alioto, Seymour J. Mansfield, Lawrence Genaro Papale, Joel Flom, Robert B. Gerard, Kenneth Leo Valinoti, Joseph Marid Patane, Lauren Clare Russell, Michael G. Simon, Sherman Kassof, M. Eric Frankovitch, and Craig Stephenson, and David G. Norby, and John Larch, and Constance Hare, and James Stringwell, and Gary Hanson added. Re 149 Order (aaa, Court Staff) (Filed on 3/17/2008) (Entered: 03/18/2008) |
| 03/18/2008 | 157 | CONDITIONAL TRANSFER ORDER (CTO-1): IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION: MDL No. 1917. |

| | | |
|---|---|---|
| | | Signed by Jeffery N. Luthi, Clerk of the Panel on 3/14/08. (aaa, Court Staff) (Filed on 3/18/2008) (Entered: 03/19/2008) |
| 03/19/2008 | 🔒 | (Court only) A status conference is set for April 4, 2008 at 10:00 a.m. per docket entry #118 in C-07-5944-SC ORDER LIFTING STAY. Signed by Judge Samuel Conti on 3/7/2008. (sclc2, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/07/2008)***Deadlines terminated. (tdm, COURT STAFF) (Filed on 3/19/2008) (Entered: 03/19/2008) |
| 03/19/2008 | | A status conference is set for April 4, 2008 at 10:00 a.m. per docket entry #118 in C-07-5944-SC ORDER LIFTING STAY. Signed by Judge Samuel Conti on 3/7/2008. (sclc2, COURT STAFF) (Filed on 3/7/2008) (Entered: 03/07/2008)***Deadlines terminated. (tdm, COURT STAFF) (Filed on 3/19/2008) (Entered: 03/19/2008) (tdm, COURT STAFF) (Filed on 3/19/2008) (Entered: 03/19/2008) |
| 03/19/2008 | 158 | STATUS REPORT *DIRECT PURCHASER PLAINTIFFS' STATUS CONFERENCE STATEMENT* by Crago, Inc.. (Attachments: # 1 Exhibit "A" Proposed Order)(Simon, Bruce) (Filed on 3/19/2008) (Entered: 03/19/2008) |
| 03/19/2008 | 159 | CERTIFICATE OF SERVICE by Crago, Inc. re 158 Status Report (Simon, Bruce) (Filed on 3/19/2008) (Entered: 03/19/2008) |
| 03/20/2008 | 🔒 | (Court only) ***Attorney Thomas Arthur Doyle for William E. Stack and Margo Stack, Terry Rose Saunders for William E. Stack and Margo Stack added. (tdm, COURT STAFF) (Filed on 3/20/2008) (Entered: 03/20/2008) |
| 03/20/2008 | 160 | ORDER by Judge Samuel Conti granting Motion for attorney Thomas Doyle to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/20/2008) (Entered: 03/20/2008) |
| 03/20/2008 | 161 | ORDER by Judge Samuel Conti granting Motion for attorney Terry Saunders to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/20/2008) (Entered: 03/20/2008) (Entered: 03/20/2008) |
| 03/20/2008 | 162 | MOTION for Issuance of Letters Rogatory *Plaintiffs' Ex Parte Motion for Issuance of Letters Rogatory; Memorandum of Points and Authorities* filed by Michael Juetten. (Attachments: # 1 Zahid Declaration, # 2 Exhibit A to Zahid Declaration, # 3 Exhibit B to Zahid Declaration, # 4 Exhibit C to Zahid Declaration, # 5 Exhibit D to Zahid Declaration, # 6 Exhibit E to Zahid Declaration, # 7 Exhibit F to Zahid Declaration, # 8 Request for International Judicial Assistance (Taiwan), # 9 Request for International Judicial Assistance (Malaysia), # 10 Proposed Order, # 11 Proof of Service)(Corbitt, Craig) (Filed on 3/20/2008) (Entered: 03/20/2008) |
| 03/21/2008 | 🔒 | (Court only) *** Attorney Alan Feigenbaum terminated. (tdm, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 🔒 | (Court only) ***Attorney Alan Feigenbaum for Panasonic Corporation of North America added. (tdm, COURT STAFF) (Filed on 3/21/2008) |

| | | (Entered: 03/21/2008) |
|---|---|---|
| 03/21/2008 | [163](#) | Certificate of Interested Entities by LG Electronics, Inc., LG Eletronics U.S.A., Inc. (Miller, Samuel) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 🔒 | NOTICE of Appearance by Samuel Ray Miller (Miller, Samuel) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 🔒 | (Court only) *** Attorney Alan Feigenbaum terminated. (tdm, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 🔒 | (Court only) *** Attorney Alan Feigenbaum terminated. (tdm, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 🔒 | (Court only) ***Attorney Alan Feigenbaum for Panasonic Corporation of North America added. (tdm, COURT STAFF) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | [165](#) | Reply to [166](#) Opposition *MULTI-STATE GROUPS COMBINED REPLY AND RESPONSE TO: (1) ZELLE HOFMANNS AND LOVELL STEWARTS OPPOSITION TO BALL AND KARONS MOTION FOR APPOINTMENT OF INTERIM INDIRECT-PURCHASER CLASS COUNSEL (2) ALIOTO LAW FIRMS AND MILLER LAW LLCS AND (3) TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP MOTIONS TO BE APPOINTED INTERIM INDIRECT PURCHASER CLASS COUNSEL* filed byGreg A Glanz. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E-1, # [6](#) Exhibit E-2, # [7](#) Exhibit F, # [8](#) Exhibit G, # [9](#) Exhibit H, # [10](#) Exhibit I, # [11](#) Affidavit DECLARATION OF DANIEL R. KARON IN SUPPORT OF MOTION TO APPOINT INTERIM CO-LEAD, INDIRECT-PURCHASER CLASS COUNSEL AND ENTRY OF PROPOSED CASE-MANAGEMENT ORDER)(Howard, Derek) (Filed on 3/21/2008) Modified on 3/24/2008 (aaa, Court Staff). (Entered: 03/21/2008) |
| 03/21/2008 | [166](#) | Memorandum in Opposition *Zelle Hofmann's and Lovell Stewart's (1) Opposition to the [141](#) Cross-Motion to Appoint Alioto Law Firm and Miller Law LLC as Interim Lead Class Counsel, and (2) Reply to Plaintiff Jeffrey Figone's Response Re: Appointment of Interim Lead Counsel For Indirect Purchaser Class* filed byMichael Juetten. (Corbitt, Craig) (Filed on 3/21/2008) Modified on 3/24/2008 (aaa, Court Staff). (Entered: 03/21/2008) |
| 03/21/2008 | [167](#) | NOTICE of Appearance by David Michael Lisi *for Philips Electronics North America Corporation* (Attachments: # [1](#) Proof of Service)(Lisi, David) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | [168](#) | STIPULATION AND [PROPOSED] ORDER *re Attorney of Record Information* by Panasonic Corporation of North America, Philips Electronics North America Corporation, Philips Electronics North America. (Attachments: # [1](#) Proof of Service)(Lisi, David) (Filed on 3/21/2008) Modified on 4/1/2008 (aaa, Court Staff). (Entered: |

| | | 03/21/2008) |
|---|---|---|
| 03/21/2008 | 169 | Reply Memorandum re 90 MOTION to Appoint Counsel *Plaintiff Jeffrey Figone's Notice of Motion and Motion for Appointment of Interim Lead Counsel for the Indirect Purchaser Class* filed byJeffrey Figone. (Attachments: # 1 Affidavit Declaration of Mario N. Alioto In Support of Reply Re: Motion for Appointment of Interim Lead Counsel for the Indirect Purchaser Class, # 2 Proposed Order)(Russell, Lauren) (Filed on 3/21/2008) (Entered: 03/21/2008) |
| 03/21/2008 | 🔒 | (Court only) ***Attorney Ryan Sandrock for LG Electronics, Inc. and LG Eletronics U.S.A., Inc., Paul Lionel Yanosy, Jr for LG Electronics, Inc. and LG Eletronics U.S.A., Inc. added. Re 164 Notice (aaa, Court Staff) (Filed on 3/21/2008) (Entered: 03/24/2008) |
| 03/22/2008 | 170 | CERTIFICATE OF SERVICE by Greg A Glanz re 165 Reply to Opposition,,, (Howard, Derek) (Filed on 3/22/2008) (Entered: 03/22/2008) |
| 03/24/2008 | 171 | MOTION for leave for admission of Attorney Joseph A. Ostoyich to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017325.) filed by Philips Electronics North America Corporation. (aaa, Court Staff) (Filed on 3/24/2008) (Additional attachment(s) added on 3/25/2008: # 1 **[Proposed] Order** ) (aaa, Court Staff). (Entered: 03/25/2008) |
| 03/24/2008 | 172 | MOTION for leave for admission of Attorney Ethan E. Litwin to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017324.) filed by Philips Electronics North America Corporation. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 3/24/2008) (Entered: 03/25/2008) |
| 03/24/2008 | 173 | CERTIFICATE OF SERVICE by Philips Electronics North America Corporation re 172 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017324.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017324.), 171 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017325.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017325.) (aaa, Court Staff) (Filed on 3/24/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 174 | ORDER by Judge Samuel Conti granting 171 Motion for attorney Joseph Ostoyich to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 175 | ORDER by Judge Samuel Conti granting 172 Motion for attorney Ethan Litwin to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 176 | MOTION to Relate Case filed by Jeffrey Figone. (Attachments: # 1 Affidavit Declaration of Lauren C. Russell In Support of Administrative Motion to Relate Cases, # 2 Proposed Order [Proposed] |

| | | |
|---|---|---|
| | | Order Relating Cases)(Russell, Lauren) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 🔒 | (Court only) ***Attorney Joseph A. Ostoyich for Philips Electronics North America Corporation, Ethan E. Litwin for Philips Electronics North America Corporation added. Re 174 & 175 Orders (aaa, Court Staff) (Filed on 3/25/2008) (Entered: 03/25/2008) |
| 03/25/2008 | 177 | MOTION for leave for admission of Attorney Timothy D. Battin to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017388.) filed by Donna Ellingson. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 3/25/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 178 | CASE MANAGEMENT STATEMENT *UNITED STATES' STATUS CONFERENCE STATEMENT* filed by U.S. Department of Justice, Antitrust Division. (Hamilton, Jeane) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 179 | MOTION to Substitute Attorney filed by Barbara Caldwell. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Lebsock, Christopher) (Filed on 3/26/2008) (Entered: 03/26/2008) |
| 03/26/2008 | 182 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1627 Industrial Computing, Inc. v. Chunghwa Picture Tubes, Ltd. - from the Southern District of New York (sv, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/28/2008) |
| 03/26/2008 | 183 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1624 Brian A. Luscher, et al. v. Chunghwa Picture Tubes, Ltd. - from the District of Arizona (sv, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/28/2008) |
| 03/26/2008 | 184 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1626 Wettstein and Sons, Inc. v. Chunghwa Picture Tubes, Ltd. - from the District of Minnesota (sv, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/28/2008) |
| 03/26/2008 | 185 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1623 Jerry Cook v. Chunghwa Picture Tubes, Ltd. - from the Western District of Arkansas (sv, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/28/2008) |
| 03/26/2008 | 186 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1622 Barry Kushner, et al. v. Chunghwa Picture Tubes, Ltd. - from the District of Minnesota (sv, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/28/2008) |
| 03/26/2008 | 187 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1621 Margaret Slagle v. Chunghwa Picture Tubes, Ltd. - from the District of Vermont (sv, COURT STAFF) (Filed on 3/26/2008) (Entered: 03/28/2008) |
| 03/27/2008 | 180 | MOTION to Appoint Lead Plaintiff and Lead Counsel *Memorandum of* |

| | | |
|---|---|---|
| | | *Plaintiff Carmen Gonzalez in Support of Application to Appoint Zelle, Hoffman, Voelbel, Mason & Gette LLP and Lovell Stewart Halebian LLP as Lead Class Counsel* filed by Carmen Gonzalez. (Elzankaly, Marwa) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 03/27/2008 | 181 | NOTICE by Barbara Caldwell, Mark Pierce *of Withdrawal of Miller Law LLC from Opposition to Motions for Appointment of Interim Lead Class Counsel for Indirect Purchaser Plaintiffs and from Cross-Motion to Appoint Alioto Law Firm and Miller Law LLC as Interim Lead Class Counsel for Indirect Purchaser Plaintiffs* (Cirillo, Henry) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 03/28/2008 | 188 | CASE MANAGEMENT STATEMENT *Indirect-Purchaser Plaintiffs' Status Conference Statement* filed by Michael Juetten. (Attachments: # 1 Exhibit A, # 2 Proof of Service)(Corbitt, Craig) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 🔒 | (Court only) ***Party Margaret Slagle rep by Mary Gilmore Kirkpatrick, and Samsung Electronics Co., and Samsung SDI Co. Ltd added. Re Case Number 08-1621 SC (aaa, Court Staff) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 🔒 | (Court only) ***Party Barry Kushner rep by Jeffrey D. Bores, Karl L. Cambronne added. Re case number 08-1622 SC (aaa, Court Staff) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 🔒 | (Court only) ***Party Jerry Cook rep by Bruce L. Mulkey, Charles M. Kester added. Re case number 08-1623 SC (aaa, Court Staff) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 189 | NOTICE of Appearance by Daniel R. Karon *of Joseph M. Alioto* (Karon, Daniel) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 190 | CASE MANAGEMENT STATEMENT *DEFENDANTS' STATUS CONFERENCE STATEMENT* filed by Samsung SDI America, Inc.. (McGinnis, James) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 191 | RESPONSE in Support *of Goldman Scarlato & Karon and Ball & Scott Co-Lead Counsel 99 Application* filed byMargaret Slagle. (Attachments: # 1 Signature Page (Declarations/Stipulations) including exhibits)(Karon, Daniel) (Filed on 3/28/2008) Modified on 3/31/2008 (aaa, Court Staff). (Entered: 03/28/2008) |
| 03/28/2008 | 🔒 | (Court only) ***Party Brian A. Luscher rep by Robert James Pohlman, and Scott Friedson added. Re Case Number 08-1624 SC (aaa, Court Staff) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 192 | NOTICE by Mark Pierce *of Withdrawal of Alioto Law Firm from 144 Opposition to Motions for Appointment of Interim Lead Class Counsel for Indirect Purchaser Plaintiffs and from Cross-Motion to Appoint Alioto Law Firm and Miller Law LLC as Interim Lead Class Counsel for Indirect Purchaser Plaintiffs* (Cirillo, Henry) (Filed on 3/28/2008) Modified on 3/31/2008 (aaa, Court Staff). (Entered: 03/28/2008) |
| | | |

| 03/28/2008 | 193 | CERTIFICATE OF SERVICE by Samsung SDI America, Inc. re 190 Case Management Statement (McGinnis, James) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| --- | --- | --- |
| 03/28/2008 | 🔒 | (Court only) ***Party Wettstein and Sons, Inc rep by Vincent J. Esades, Katherine T. Kelly, Samuel D. Heins, Troy J. Hutchinson added. Re case number 08-1626 SC (aaa, Court Staff) (Filed on 3/28/2008) (Entered: 03/28/2008) |
| 03/28/2008 | 🔒 | (Court only) ***Attorney Joseph M. Alioto for Margaret Slagle, Barry Kushner, Jerry Cook and Scott Friedson, Theresa Driscoll Moore for Margaret Slagle, Barry Kushner, Jerry Cook, Brian A. Luscher and Scott Friedson, Angelina Alioto-Grace for Margaret Slagle, Barry Kushner, Jerry Cook, Brian A. Luscher and Scott Friedson, Joseph M. Alioto, Jr for Margaret Slagle, Barry Kushner, Jerry Cook, Brian A. Luscher and Scott Friedson added. Re 189 Notice (aaa, Court Staff) (Filed on 3/28/2008) (Entered: 03/31/2008) |
| 03/28/2008 | 199 | MOTION for leave for admission of Attorney A. Paul Victor to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017539.) filed by Panasonic Corporation of North America. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 3/28/2008) (Entered: 03/31/2008) |
| 03/31/2008 | 🔒 | (Court only) ***Party Industrial Computing, Inc. rep by Jeffrey Alan Klafter, and Toshiba Matsushita Display Technology Co, LTD added. Re case number 08-1627 SC (aaa, Court Staff) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 03/31/2008 | 194 | NOTICE of Appearance by David W. Evans *HAIGHT BROWN & BONESTEEL LLP; Barry J. Bendes (pro hac vice forthcoming), Anthony J. Viola (pro hac vice forthcoming), Joseph E. Czerinawski (pro hac vice forthcoming) from EDWARDS ANGELL PALMER & DODGE LLP* (Evans, David) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 03/31/2008 | 195 | NOTICE of Appearance by Fred A. Silva *of Clinton P. Walker* (Silva, Fred) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 03/31/2008 | 196 | ORDER by Judge Samuel Conti granting (162) Motion for Issuance of Letters Rogatory (Taiwan) in case 3:07-cv-05944-SC (tdm, COURT STAFF) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 03/31/2008 | 197 | ORDER by Judge Samuel Conti granting (162) Motion for Issuance of Letters Rogatory (Malaysia) in case 3:07-cv-05944-SC (tdm, COURT STAFF) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 03/31/2008 | 198 | ORDER RE ISSUANCE OF LETTERS ROGATORY by Judge Samuel Conti granting (162) Motion for Issuance of Letters Rogatory in case 3:07-cv-05944-SC (tdm, COURT STAFF) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 03/31/2008 | 200 | Brief re 191 Response in Support, *Plaintiff Jeffrey Figone's Response* |

| | | |
|---|---|---|
| | | *To Supplemental Memorandum Filed March 28, 2008 Re: Motions For Appointment Of Interim Lead Counsel for the Indirect Purchaser Class* filed byJeffrey Figone. (Related document(s) [191](#) ) (Russell, Lauren) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 03/31/2008 | [201](#) | Brief re [180](#) MOTION to Appoint Lead Plaintiff and Lead Counsel *Memorandum of Plaintiff Carmen Gonzalez in Support of Application to Appoint Zelle, Hoffman, Voelbel, Mason & Gette LLP and Lovell Stewart Halebian LLP as Lead Class Counsel Plaintiff Jeffrey Figone's Response To Memorandum Of Plaintiff Carmen Gonzalez* filed byJeffrey Figone. (Related document(s) [180](#) ) (Russell, Lauren) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 03/31/2008 | 🔒 | (Court only) ***Attorney Roger Martin Schrimp for Hawel A. Hawel d/b/a City Electronics, Clinton Paul Walker for Hawel A. Hawel d/b/a City Electronics added. Re [195](#) Notice (aaa, Court Staff) (Filed on 3/31/2008) (Entered: 04/01/2008) |
| 03/31/2008 | [212](#) | MOTION for leave for admission of Attorney Daniel R. Karon Representing Plaintiff Southern Office Supply, Inc., to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017594.). (aaa, Court Staff) (Filed on 3/31/2008) (Additional attachment(s) added on 4/1/2008: # [1](#) **[Proposed] Order**) (aaa, Court Staff). (Entered: 04/01/2008) |
| 04/01/2008 | [202](#) | Amended CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1627 Industrial Computing, Inc. v. Chunghwa Picture Tubes, Ltd. - from the Southern District of New York (sv, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | [203](#) | Amended CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1624 Brian A. Luscher, et al. v. Chunghwa Picture Tubes, Ltd. - from the District of Arizona (sv, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | [204](#) | Amended CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1626 Wettstein and Sons, Inc. v. Chunghwa Picture Tubes, Ltd. - from the District of Minnesota (sv, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | [205](#) | Amended CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1623 Jerry Cook v. Chunghwa Picture Tubes, Ltd. - from the Western District of Arkansas (sv, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | [206](#) | Amended CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1622 Barry Kushner, et al. v. Chunghwa Picture Tubes, Ltd. - from the District of Minnesota (sv, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | [207](#) | Amended CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1621 Margaret Slagle v. Chunghwa Picture Tubes, Ltd. - from the District of Vermont (sv, COURT STAFF) (Filed on 4/1/2008) (Entered: |

| | | 04/01/2008) |
|---|---|---|
| 04/01/2008 | 208 | CLERK'S NOTICE Case Management Conference set for 4/4/2008 10:00 AM. (tdm, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 209 | STIPULATION AND ORDER re Attorney of Record Information. Signed by Judge Samuel Conti on 3/31/08. (tdm, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 210 | ORDER by Judge Samuel Conti granting (179) Motion to Substitute Attorney. Attorney Jon T. King and Christopher L. Lebsock terminated in case 3:07-cv-05944-SC (tdm, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 211 | ORDER by Judge Samuel Conti granting 177 Motion for attorney Timothy Battin to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 213 | NOTICE of Voluntary Dismissal *Without Prejudice By Plaintiff Industrial Computing, Inc.* by Industrial Computing, Inc. (Barton, Joseph) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 214 | MOTION for Extension of Time to File Response/Reply *to Supplemental Memorandum Filed by Goldman Scarlato & Karon, Ball & Scott, and Trump Alioto Trump & Prescott* filed by Chad Klebs, Michael Juetten. Motion Hearing set for 4/4/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Scarpulla, Francis) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 🔒 | (Court only) ***Attorney Kris Man for Panasonic Corporation of North America added. (tdm, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 215 | ORDER by Judge Samuel Conti granting 199 Motion for attorney Paul Victor to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 216 | NOTICE of Appearance by Jeremy James Calsyn *on behalf of LP Displays International Ltd.* (Calsyn, Jeremy) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/01/2008 | 217 | Certificate of Interested Entities by LP Displays International, Ltd. identifying Corporate Parent LP Displays International B.V. for LP Displays International, Ltd.. (Calsyn, Jeremy) (Filed on 4/1/2008) (Entered: 04/01/2008) |
| 04/02/2008 | 218 | MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related* filed by Ganz Steven. (Attachments: # 1 Proposed Order)(Gross, Terry) (Filed on 4/2/2008) (Entered: 04/02/2008) |
| 04/02/2008 | 219 | NOTICE by Dennis Patrick *JOINDER IN THE ZELLE/LEVELL 99 MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL* |

| | | |
|---|---|---|
| | | (Terrell, Reginald) (Filed on 4/2/2008) Modified on 4/4/2008 (aaa, Court Staff). (Entered: 04/02/2008) |
| 04/02/2008 | 220 | Joinder *in 99 Motion to Appoint Indirect-Purchaser Plaintiffs Interim Class Counsel Zelle, Hofmann, Voelbel, Mason & Gette LLP and Lovell Stewart Halebian LLP* by Ganz Steven. (Gross, Terry) (Filed on 4/2/2008) Modified on 4/4/2008 (aaa, Court Staff). (Entered: 04/02/2008) |
| 04/03/2008 | 221 | NOTICE of Appearance by Bruce H. Jackson *on Behalf of Defendant Tatung Company of America, Inc.* (Jackson, Bruce) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 222 | Certificate of Interested Entities by Tatung Company of America, Inc. (Jackson, Bruce) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 223 | ORDER by Judge Samuel Conti granting (218) Motion to Related Case C-08-1721-JCS to MDL 1917 in case 3:07-cv-05944-SC (tdm, COURT STAFF) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 224 | MOTION to Relate Case *Plaintiff Dana Ross' Administrative Motion to Relate Case* filed by Dana Ross. (Attachments: # 1 Declaration of Susan G. Kupfer, # 2 Proposed Order, # 3 Proof of Service)(Kupfer, Susan) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 225 | MOTION to Relate Case *Plaintiff Electronic Design Company's Administrative Motion to Relate Cases* filed by Electronic Design Company. (Saveri, Guido) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 226 | Declaration in Support of 225 MOTION to Relate Case *Plaintiff Electronic Design Company's Administrative Motion to Relate Cases Declaration of Cadio Zirpoli in Support of Plaintiff Electronic Design Company's Administrative Motion to Relate Cases* filed byElectronic Design Company. (Related document(s) 225 ) (Saveri, Guido) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 227 | Proposed Order re 225 MOTION to Relate Case *Plaintiff Electronic Design Company's Administrative Motion to Relate Cases* by Electronic Design Company. (Saveri, Guido) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 228 | MOTION for Joinder *PLAINTIFF DANA ROSS JOINDER IN THE ZELLE HOFMANN AND LOVELL STEWART MOTION TO APPOINT INTERIM CLASS COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS* filed by Dana Ross. (Kupfer, Susan) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | 229 | Declaration of Susan G. Kupfer in Support of 224 MOTION to Relate Case *Plaintiff Dana Ross' Administrative Motion to Relate Case [CORRECTED Declaration of Susan G. Kupfer]* filed byDana Ross. (Attachments: # 1 Exhibit A)(Related document(s) 224 ) (Kupfer, Susan) (Filed on 4/3/2008) (Entered: 04/03/2008) |
| 04/03/2008 | | (Court only) ***Attorney Robert Walter Tarun for Tatung Company of |

| | | |
|---|---|---|
| | 🔒 | America, Inc., Nancy Chung Allred for Tatung Company of America, Inc. added. Re 221 Notice (aaa, Court Staff) (Filed on 4/3/2008) (Entered: 04/04/2008) |
| 04/03/2008 | 231 | MOTION for leave for admission of Attorney Barry J. Bendes to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017758.) filed by Orion America, Inc. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 4/3/2008) (Entered: 04/04/2008) |
| 04/03/2008 | 232 | MOTION for leave for admission of Attorney Joseph E. Czerniawski to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017757.) filed by Orion America, Inc. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 4/3/2008) (Entered: 04/04/2008) |
| 04/03/2008 | 233 | MOTION for leave for admission of Attorney Anthony J. Viola to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017759.) filed by Orion America, Inc. (Attachments: # 1 **[Propose] Order**)(aaa, Court Staff) (Filed on 4/3/2008) (Entered: 04/04/2008) |
| 04/04/2008 | 230 | PRETRIAL ORDER No. 1 Status Conference set for 7/11/2008 10:00 AM.. Signed by Judge Samuel Conti on 4/4/08. (tdm, COURT STAFF) (Filed on 4/4/2008) (Entered: 04/04/2008) |
| 04/04/2008 | 234 | Minute Entry: Status Conference - Held (Date Filed: 4/4/2008). (Court Reporter Margo Gurule.) (tdm, COURT STAFF) (Date Filed: 4/4/2008) (Entered: 04/04/2008) |
| 04/04/2008 | 236 | MOTION for leave for admission of Attorney Karen Sewell to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017783.) filed by Tatung Company of America, Inc. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 4/4/2008) (Entered: 04/07/2008) |
| 04/04/2008 | 237 | MOTION for leave for admission of Attorney Patrick J. Ahern to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017783.) filed by Tatung Company of America, Inc. (Attachments: # 1 **[Proposed] Order** )(aaa, Court Staff) (Filed on 4/4/2008) (Entered: 04/07/2008) |
| 04/04/2008 | 238 | MOTION for leave for admission of Attorney Roxane C. Busey to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017783.) filed by Tatung Company of America, Inc. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 4/4/2008) (Entered: 04/07/2008) |
| 04/07/2008 | 235 | NOTICE OF VOLUNTARY DISMISSAL AND ORDER without prejudice of C-08-1627 Industrial Computing -v- Chunghwa, et al. (tdm, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/07/2008 | 🔒 | (Court only) *** Party Industrial Computing, Inc. terminated. (tdm, |

| | | COURT STAFF) (Filed on 4/7/2008) (Entered: 04/07/2008) |
|---|---|---|
| 04/07/2008 | 239 | ORDER CONSOLIDATING CASES by Judge Samuel Conti granting (224) Motion to Relate Case; granting (225) Motion to Relate Case in case 3:07-cv-05944-SC (tdm, COURT STAFF) (Filed on 4/7/2008) (Entered: 04/07/2008) |
| 04/07/2008 | 247 | MOTION for leave for admission of Attorney John M. Taladay to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017881.) filed by Philips Electronics North America Corporation. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 4/7/2008) (Entered: 04/09/2008) |
| 04/07/2008 | 248 | CERTIFICATE OF SERVICE by Philips Electronics North America Corporation re 247 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017881.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611017881.) (aaa, Court Staff) (Filed on 4/7/2008) (Entered: 04/09/2008) |
| 04/08/2008 | 🔒 | (Court only) ***Motions terminated: (tdm, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 240 | ORDER by Judge Samuel Conti granting 231 Motion for attorney Barry J. Bendes to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 241 | ORDER by Judge Samuel Conti granting 232 Motion for attorney Joseph E. Czerniawski to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 242 | ORDER by Judge Samuel Conti granting 233 Motion for attorney Anthony J. Viola to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 243 | ORDER by Judge Samuel Conti granting 236 Motion for attorney Karen Sewell to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 244 | ORDER by Judge Samuel Conti granting 237 Motion for attorney Patrick J. Ahern to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 245 | ORDER by Judge Samuel Conti granting 238 Motion for attorney Roxane C. Busey to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 🔒 | (Court only) ***Attorney Barry J. Bendes for Orion America, Inc. added. (tdm, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 🔒 | (Court only) ***Attorney Jospeh E. Czerniawski for Orion America, Inc., Anthony J. Viola for Orion America, Inc., Karen Sewell for Tatung Company of America, Inc. added. (tdm, COURT STAFF) |

| | | |
|---|---|---|
| | | (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 🔒 | (Court only) ***Attorney Patrick J. Ahern for Tatung Company of America, Inc., Roxane Busey for Tatung Company of America, Inc. added. (tdm, COURT STAFF) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/08/2008 | 246 | NOTICE of Appearance by Michael Robert Lazerwitz *on behalf of LP Displays International Ltd.* (Lazerwitz, Michael) (Filed on 4/8/2008) (Entered: 04/08/2008) |
| 04/09/2008 | 🔒 | (Court only) ***Attorney Cadio Zirpoli for Electronic Design Company, Charles H. Johnson for Electronic Design Company, Eugene A. Spector for Electronic Design Company, Garrett D. Blanchfield, Jr for Electronic Design Company, Mark Reinhardt for Electronic Design Company, Neal A Eisenbraun for Electronic Design Company, William G. Caldes for Electronic Design Company added. (tdm, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/09/2008) |
| 04/09/2008 | 🔒 | (Court only) ***Attorney Richard Alexander Saveri for Electronic Design Company added. (tdm, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/09/2008) |
| 04/09/2008 | 🔒 | (Court only) ***Attorney Kathleen Styles Rogers for Dana Ross added. (tdm, COURT STAFF) (Filed on 4/9/2008) (Entered: 04/09/2008) |
| 04/09/2008 | 249 | Letter from JEFFREY L. KESSLER *TO THE HONORABLE SAMUEL CONTI.* (McGinnis, James) (Filed on 4/9/2008) (Entered: 04/09/2008) |
| 04/09/2008 | 250 | Letter from Direct Purchaser Plaintiffs *in Response to Defendants' April 9, 2008 Joint Letter*. (Saveri, Richard) (Filed on 4/9/2008) (Entered: 04/09/2008) |
| 04/10/2008 | 251 | Letter from Francis O. Scarpulla. (Scarpulla, Francis) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/10/2008 | 252 | Letter from Mario N. Alioto. (Russell, Lauren) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/10/2008 | 253 | ORDER by Judge Samuel Conti granting (176) Motion to Relate Case in case C-08-1559- VRW to C-07-05944-SC (tdm, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/10/2008 | 🔒 | (Court only) ***Party Terry Brigid rep by Mario Nunzio Alioto, Seymour J. Mansfield, Robert J. Bonsignore, Lawrence Genaro Papale, Kenneth Leo Valinoti, Jean B. Roth, Joseph Marid Patane, Lauren Clare Russell, Sherman Kassof, Lawrence P. Schaefer, and Anthony Gianasca, and Brighid Flaherty, and Bridget Ten Eyck added. (tdm, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/11/2008 | 254 | ORDER by Judge Samuel Conti granting 247 Motion for attorney John Taladay to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| | | |

| 04/11/2008 | 🔒 | (Court only) ***Attorney John M. Taladay for Philips Electronics North America Corporation added. (tdm, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/16/2008 | 255 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1983 Southern Office Supply, Inc. v. Chunghwa Picture Tubes, Ltd. et al. - from the Northern District of Ohio (sv, COURT STAFF) (Filed on 4/16/2008) (Entered: 04/16/2008) |
| 04/16/2008 | 256 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1984 OK TV & Appliances, LLC v. Samsung Electronics Co., Ltd., et al. - from the District of New Jersey (sv, COURT STAFF) (Filed on 4/16/2008) (Entered: 04/16/2008) |
| 04/16/2008 | 257 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-1985 Charles Benson v. Chunghwa Picture Tubes, Ltd. et al. - from the Eastern District of Tennessee (sv, COURT STAFF) (Filed on 4/16/2008) (Entered: 04/16/2008) |
| 04/16/2008 | 🔒 | (Court only) ***Party Southern Office Supply, Inc rep by Krishna B. Narine, Daniel R. Karon, Donna F. Solen, Issac L. Diel, Drew A. Carson, Steven J. Miller, and LP Displays added. Re Case Number 08-1983 SC (aaa, Court Staff) (Filed on 4/16/2008) (Entered: 04/17/2008) |
| 04/16/2008 | 🔒 | (Court only) ***Party OK TV & Appliances, LLC rep by Lisa J. Rodriguez, and Samsung SDI Co., Ltd., and MT Picture Display Corp. of America, and Toshiba America Consumer Products, LLC, and TVP Technology Ltd., Co, and TVP International (USA), Inc rep by Mark D. Marino, and Wettstein & Sons, Inc, and New York Direct Purchaser added. Re Case Number 08-1984 SC. (aaa, Court Staff) (Filed on 4/16/2008) (Entered: 04/17/2008) |
| 04/16/2008 | 🔒 | (Court only) ***Attorney Richard H. Epstein for Panasonic Corporation of North America added. Re Case Number 08-1984 SC (aaa, Court Staff) (Filed on 4/16/2008) (Entered: 04/17/2008) |
| 04/16/2008 | 🔒 | (Court only) ***Party Charles Benson rep by Gordon Ball added. Re Case Number 08-1985 SC (aaa, Court Staff) (Filed on 4/16/2008) (Entered: 04/17/2008) |
| 04/16/2008 | 🔒 | (Court only) ***Attorney Andrew R. Tillman for Panasonic Corporation of North America added. Re Case Number 08-1985 SC. (aaa, Court Staff) (Filed on 4/16/2008) (Entered: 04/17/2008) |
| 04/17/2008 | 258 | NOTICE of Appearance by Kent Michael Roger *On Behalf of Defendant Hitachi America Ltd.* (Roger, Kent) (Filed on 4/17/2008) (Entered: 04/17/2008) |
| 04/17/2008 | 🔒 | (Court only) ***Attorney Jonathan DeGooyer for Hitachi America, Ltd., Rebecca Ann Falk for Hitachi America, Ltd., Christine S. Safreno for Hitachi America, Ltd. added. Re 258 Notice (aaa, Court Staff) (Filed on 4/17/2008) (Entered: 04/18/2008) |
| 04/17/2008 | | (Court only) ***Party Meijer, Inc. rep by Linda P. Nussbaum, Robert |

| | | |
|---|---|---|
| | 🔒 | N. Kaplan, Gregory Keith Arenson, and Meijer Distribution, Inc., and LP Displays International Ltd., and Koninklijke Philips Electronics N.V., and Matsushita Toshiba Picture Display Co., Ltd. added. Re Case Number 08-2023 SC (aaa, Court Staff) (Filed on 4/17/2008) (Entered: 04/21/2008) |
| 04/17/2008 | 🔒 | (Court only) ***Party Arch Electronics, Inc rep by Linda P. Nussbaum, Anthony J. Bolognese, Robert N. Kaplan, Joshua H. Grabar, Gregory Keith Arenson added. Re Case Number 08-2024 SC (aaa, Court Staff) (Filed on 4/17/2008) (Entered: 04/21/2008) |
| 04/18/2008 | 259 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-2023 Meijer, Inc. et al. v. LG Electronics, Inc. et al. - from the Southern District of New York (sv, COURT STAFF) (Filed on 4/18/2008) (Entered: 04/18/2008) |
| 04/18/2008 | 260 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-2024 Arch Electronics, Inc. v. LG Electronics, Inc. et al. - from the Southern District of New York (sv, COURT STAFF) (Filed on 4/18/2008) (Entered: 04/18/2008) |
| 04/18/2008 | 261 | NOTICE of Appearance by Barbara J. Nelson (Nelson, Barbara) (Filed on 4/18/2008) (Entered: 04/18/2008) |
| 04/21/2008 | 262 | NOTICE of Appearance by Lidia Spiroff (Spiroff, Lidia) (Filed on 4/21/2008) (Entered: 04/21/2008) |
| 04/21/2008 | 🔒 | (Court only) ***Attorney Gilmur Roderick Murray for Southern Office Supply, Inc added. (tdm, COURT STAFF) (Filed on 4/21/2008) (Entered: 04/21/2008) |
| 04/22/2008 | 263 | ORDER by Judge Samuel Conti granting 212 Motion for attorney Daniel Karon to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/22/2008) |
| 04/22/2008 | 🔒 | (Court only) ***Attorney Daniel R. Karon for Southern Office Supply, Inc added. (tdm, COURT STAFF) (Filed on 4/22/2008) (Entered: 04/22/2008) |
| 04/24/2008 | 264 | NOTICE of Appearance by Daniel R. Karon *of Derek G. Howard* (Karon, Daniel) (Filed on 4/24/2008) (Entered: 04/24/2008) |
| 04/24/2008 | 265 | NOTICE of Appearance by Daniel R. Karon *for Daniel J. Mulligan* (Karon, Daniel) (Filed on 4/24/2008) (Entered: 04/24/2008) |
| 04/24/2008 | 🔒 | (Court only) ***Attorney Derek G. Howard for Barry Kushner, Daniel J. Mulligan for Barry Kushner added. Re 264 & 265 Notices (aaa, Court Staff) (Filed on 4/24/2008) (Entered: 04/25/2008) |
| 04/25/2008 | 267 | MOTION to Seal STATUS REPORT OF GRAND JURY INVESTIGATION INTO THE CATHODE RAY TUBE INDUSTRY. By Attorney for United States. Re 266 Order. **FILED UNDER SEAL** (aaa, Court Staff) (Filed on 4/25/2008) (Entered: 04/29/2008) |
| | | |

| 04/25/2008 | 268 | STATUS REPORT OF GRAND JURY INVESTIGATION INTO THE CRT INDUSTRY. By Attorneys for the United States. Re 266 Order. **FILED UNDER SEAL** (aaa, Court Staff) (Filed on 4/25/2008) (Entered: 04/29/2008) |
|---|---|---|
| 04/25/2008 | 269 | **ERRONEOUSLY POSTED PLEASE DISREGARD** EXHIBIT A TO STIPULATED DISMISSAL filed by Attorneys for the United States. Re 266 Order. **FILED UNDER SEAL**. (aaa, Court Staff) (Filed on 4/25/2008) Modified on 4/29/2008 (aaa, Court Staff). (Entered: 04/29/2008) |
| 04/28/2008 | 266 | ORDER TO SEAL :**FILED UNDER SEAL**. Signed by Senior Judge Samuel Conti on 4/28/08. (aaa, Court Staff) (Filed on 4/28/2008) (Entered: 04/29/2008) |
| 04/29/2008 | 270 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-2204 Royal Data Services, Inc. v. Samsung Electronics Co.,Ltd. et al. - from the District of New Jersey (Newark) (sv, COURT STAFF) (Filed on 4/29/2008) (Entered: 04/29/2008) |
| 04/29/2008 | 271 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-2205 Princeton Display Technologies, Inc.v. Chungwha Picture Tubes, Ltd., et al. - from the District of New Jersey (Newark) (sv, COURT STAFF) (Filed on 4/29/2008) (Entered: 04/29/2008) |
| 04/29/2008 | 272 | CLERK'S NOTICE Advising Counsel of Receipt of Case 3:08-2206 Greg A. Glanz v. Chungwha Picture Tubes Ltd., et al. - from the District of South Carolina (Florence) (sv, COURT STAFF) (Filed on 4/29/2008) (Entered: 04/29/2008) |
| 04/29/2008 | 273 | Certificate of Interested Entities by Carmen Gonzalez *Pursuant to Civil Local Rule 3-16* (Elzankaly, Marwa) (Filed on 4/29/2008) (Entered: 04/29/2008) |
| 04/29/2008 | 🔒 | (Court only) ***Party Royal Data Services, Inc. rep by Lisa J. Rodriguez added. Re Case Number 08-2204 SC (aaa, Court Staff) (Filed on 4/29/2008) (Entered: 04/30/2008) |
| 04/29/2008 | 🔒 | (Court only) ***Attorney Bryan L. Clobes for Princeton Display Technologies, Inc., Lee Albert for Princeton Display Technologies, Inc., James E. Cecchi for Princeton Display Technologies, Inc., Lindsey H. Taylor for Princeton Display Technologies, Inc. added. Re Case Number 08-2205 SC (aaa, Court Staff) (Filed on 4/29/2008) (Entered: 04/30/2008) |
| 04/29/2008 | 🔒 | (Court only) ***Party MT Picture Display, and Royal Data Services, Inc., and OK TV & Appliances, LLC added. Re Case Number 08-2205 SC (aaa, Court Staff) (Filed on 4/29/2008) (Entered: 04/30/2008) |
| 04/29/2008 | 🔒 | (Court only) ***Attorney John Gressette Felder, Jr for Greg A Glanz, Steven Randall Hood for Greg A Glanz, William A. McKinnon for Greg A Glanz, Fernando Xaxier Starkes for Greg A Glanz added. Re Case Number 08-2206 SC (aaa, Court Staff) (Filed on 4/29/2008) |

| | | |
|---|---|---|
| | | (Entered: 04/30/2008) |
| 04/29/2008 | 🔒 | (Court only) ***Attorney Bernadette Shawan Gillians for Toshiba America Electronics Components, Inc and Toshiba America Information Systems, Inc., William C. Cleveland for Toshiba America Electronics Components, Inc and Toshiba America Information Systems, Inc. added. Re Case Number 08-2206 SC (aaa, Court Staff) (Filed on 4/29/2008) (Entered: 04/30/2008) |
| 05/01/2008 | 274 | NOTICE of Appearance by Curt Holbreich (Holbreich, Curt) (Filed on 5/1/2008) (Entered: 05/01/2008) |
| 05/01/2008 | 275 | Certificate of Interested Entities by TVP International (USA), Inc (Holbreich, Curt) (Filed on 5/1/2008) (Entered: 05/01/2008) |
| 05/02/2008 | 276 | CERTIFICATE OF SERVICE by TVP International (USA), Inc (Holbreich, Curt) (Filed on 5/2/2008) (Entered: 05/02/2008) |
| 05/08/2008 | 277 | NOTICE of Appearance by Christopher M. Curran (Curran, Christopher) (Filed on 5/8/2008) (Entered: 05/08/2008) |
| 05/08/2008 | 278 | NOTICE of Appearance by George Lovell Paul (Paul, George) (Filed on 5/8/2008) (Entered: 05/08/2008) |
| 05/08/2008 | 279 | NOTICE of Appearance by Lucius Lau (Lau, Lucius) (Filed on 5/8/2008) (Entered: 05/08/2008) |
| 05/08/2008 | 280 | NOTICE by Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc *of Disclosure Statement of Toshiba Entities* (Curran, Christopher) (Filed on 5/8/2008) (Entered: 05/08/2008) |
| 05/08/2008 | 281 | NOTICE by Carmen Gonzalez *of Change of Firm Name* (Elzankaly, Marwa) (Filed on 5/8/2008) (Entered: 05/08/2008) |
| 05/09/2008 | 282 | ORDER by Judge Samuel Conti appointing interim lead counsel in case 3:07-cv-05944-SC (sclc2, COURT STAFF) (Filed on 5/9/2008) (Entered: 05/09/2008) |
| 05/09/2008 | 🔒 | (Court only) ***Motions terminated: (sclc2, COURT STAFF) (Filed on 5/9/2008) (Entered: 05/09/2008) |
| 05/09/2008 | 283 | Minute Entry: Motions for Appointment of Interim Lead Counsel held on 5/9/2008 before Judge Samuel Conti (Date Filed: 5/9/2008). (Court Reporter Lydia Zinn.) (tdm, COURT STAFF) (Date Filed: 5/9/2008) (Entered: 05/09/2008) |
| 05/09/2008 | 284 | NOTICE by Jeffrey Figone re 282 Order on Motion to Appoint Counsel, Order on Motion to Appoint Lead Plaintiff and Lead Counsel,, *Trump, Alioto, Trump & Prescott, LLP's Certificate Accepting The Terms Of Appointment As Interim Lead Counsel For The Indirect Purchaser Plaintiffs* (Russell, Lauren) (Filed on 5/9/2008) (Entered: 05/09/2008) |

| 05/12/2008 | 285 | CERTIFICATE of Counsel *Saveri & Saveri, Inc's Certificate Accepting the Terms of Appointment as Interim Lead Counsel for the Direct Purchaser Plaintiffs* by Guido Saveri on behalf of Hawel A. Hawel d/b/a City Electronics (Saveri, Guido) (Filed on 5/12/2008) (Entered: 05/12/2008) |
| --- | --- | --- |
| 05/20/2008 | 286 | MOTION to Relate Case filed by Dennis Patrick. (Terrell, Reginald) (Filed on 5/20/2008) (Entered: 05/20/2008) |
| 05/20/2008 | 287 | **ERRONEOUSLY POSTED ATTACHMENT DUPLICATIVE OF DOCKET NUMBER 286** Declaration of Reginald Terrell *in support of administrative motion to consider wehter cases should be related* filed byDennis Patrick. (Terrell, Reginald) (Filed on 5/20/2008) Modified on 5/21/2008 (aaa, Court Staff). (Entered: 05/20/2008) |
| 05/20/2008 | 288 | **ERRONEOUSLY POSTED ATTACHMENT DUPLICATIVE OF DOCKET NUMBER 286** Proposed Order *Relating Cases* by Dennis Patrick. (Terrell, Reginald) (Filed on 5/20/2008) Modified on 5/21/2008 (aaa, Court Staff). (Entered: 05/20/2008) |
| 05/20/2008 | 289 | DECLARATION OF REGINALD TERRELL IN SUPPORT OF 286 ADMINISTRATIVE MOTION to Relate Case filed by Dennis Patrick. (Terrell, Reginald) (Filed on 5/20/2008) Modified on 5/21/2008 (aaa, Court Staff). (Entered: 05/20/2008) |
| 05/20/2008 | 290 | PROOF OF SERVICE RE 286 MOTION to Relate Case; 289 DECLARATION filed by Dennis Patrick. (Terrell, Reginald) (Filed on 5/20/2008) Modified on 5/21/2008 (aaa, Court Staff). (Entered: 05/20/2008) |
| 05/20/2008 | 🔒 | (Court only) ***Motions terminated: 290 MOTION to Relate Case filed by Dennis Patrick, 289 MOTION to Relate Case filed by Dennis Patrick. Due to erroneous postings. (aaa, Court Staff) (Filed on 5/20/2008) (Entered: 05/21/2008) |
| 06/02/2008 | 291 | NOTICE of Change of Address by Bruce Lee Simon (Simon, Bruce) (Filed on 6/2/2008) (Entered: 06/02/2008) |
| 06/02/2008 | 292 | CERTIFICATE OF SERVICE by Crago, Inc. re 291 Notice of Change of Address (Simon, Bruce) (Filed on 6/2/2008) (Entered: 06/02/2008) |
| 06/04/2008 | 293 | NOTICE of Appearance by Kris Hue Chau Man *on behalf of attorneys for Defendant MT Picture Display Corporation of America (New York)* (Man, Kris) (Filed on 6/4/2008) (Entered: 06/04/2008) |
| 06/04/2008 | 294 | Certificate of Interested Entities by MT Picture Display Corporation of America (New York) (Man, Kris) (Filed on 6/4/2008) (Entered: 06/04/2008) |
| 06/04/2008 | 295 | CERTIFICATE OF SERVICE by MT Picture Display Corporation of America (New York) re 294 Certificate of Interested Entities, 293 Notice of Appearance (Man, Kris) (Filed on 6/4/2008) (Entered: 06/04/2008) |

| | | |
|---|---|---|
| 06/04/2008 | 🔒 | (Court only) ***Attorney Steven A. Reiss for Panasonic Corporation of North America and MT Picture Display Corporation of America (New York), Gregory D. Hull for MT Picture Display Corporation of America (New York), Jeffrey L. Kessler for MT Picture Display Corporation of America (New York) added. Re 293 Notice (aaa, Court Staff) (Filed on 6/4/2008) (Entered: 06/05/2008) |
| 06/04/2008 | 296 | MOTION for leave for admission of Attorney Manuel J. Dominguez to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611019869.) filed by Univisions-Crimson Holding Inc., Central New York Univision Video Systems, Inc., Crimson Tech, Inc. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 6/4/2008) (Entered: 06/05/2008) |
| 06/06/2008 | 297 | REPORT of Rule 26(f) Planning Meeting *Joint Rule 26(f) Report*. (Saveri, Guido) (Filed on 6/6/2008) (Entered: 06/06/2008) |
| 06/09/2008 | 298 | ORDER by Judge Samuel Conti granting 296 Motion for attorney Manuel Dominguez to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/09/2008) |
| 06/09/2008 | 🔒 | (Court only) ***Attorney Manuel J. Dominguez for Univisions-Crimson Holding Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc. added. (tdm, COURT STAFF) (Filed on 6/9/2008) (Entered: 06/09/2008) |
| 06/12/2008 | 299 | Letter from Guido Saveri, Mario N. Alioto, Jeffrey L Kessler *re Stipulated Protective Order*. (Attachments: # 1 Proposed Order Stipulated Protectice Order)(Saveri, Guido) (Filed on 6/12/2008) (Entered: 06/12/2008) |
| 06/16/2008 | 🔓 300 | Transcript of Proceedings held on 05/09/2008, before Judge Sameul Conti. Court Reporter/Transcriber Lydia R. Zinn, Telephone number (415) 531-6587. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 9/11/2008. (Zinn, Lydia) (Filed on 6/16/2008) (Entered: 06/16/2008) |
| 06/16/2008 | 301 | Declaration of Retired Judge Charles A. Legge regarding proposed appointment as Master. (tdm, COURT STAFF) (Filed on 6/16/2008) (Entered: 06/16/2008) |
| 06/16/2008 | 302 | ORDER APPOINTING Special Master. Honorable Charles A. Legge appointed.. Signed by Judge Samuel Conti on 6/16/08. (tdm, COURT STAFF) (Filed on 6/16/2008) (Entered: 06/16/2008) |
| 06/17/2008 | 303 | MOTION to Relate Case *Plaintiff Studio Spectrum, Inc.'s Administrative Motion to Consider Whether Case Should be Related Pursuant to Civil Local Rule 3-12* filed by Studio Spectrum, Inc.. |

| | | |
|---|---|---|
| | | (Saveri, Guido) (Filed on 6/17/2008) (Entered: 06/17/2008) |
| 06/17/2008 | 304 | Declaration of R. Alexander Saveri in Support of 303 MOTION to Relate Case *Plaintiff Studio Spectrum, Inc.'s Administrative Motion to Consider Whether Case Should be Related Pursuant to Civil Local Rule 3-12* filed byStudio Spectrum, Inc.. (Related document(s) 303 ) (Saveri, Guido) (Filed on 6/17/2008) (Entered: 06/17/2008) |
| 06/17/2008 | 305 | Proposed Order re 303 MOTION to Relate Case *Plaintiff Studio Spectrum, Inc.'s Administrative Motion to Consider Whether Case Should be Related Pursuant to Civil Local Rule 3-12* by Studio Spectrum, Inc.. (Saveri, Guido) (Filed on 6/17/2008) (Entered: 06/17/2008) |
| 06/18/2008 | 306 | PROTECTIVE ORDER. Signed by Judge Samuel Conti on 6/18/08. (sclc2, COURT STAFF) (Filed on 6/18/2008) (Entered: 06/18/2008) |
| 06/19/2008 | 307 | NOTICE by Wettstein and Sons, Inc *Notice of Change of Affiliation* (Saveri, Guido) (Filed on 6/19/2008) (Entered: 06/19/2008) |
| 06/19/2008 | 🔒 | (Court only) ***Attorney Ranae D. Steiner for Wettstein and Sons, Inc and Wettstein & Sons, Inc, Vincent J. Esades for Wettstein and Sons, Inc and Wettstein & Sons, Inc, Scott W. Carlson for Wettstein and Sons, Inc and Wettstein & Sons, Inc added. Re 307 Notice (aaa, Court Staff) (Filed on 6/19/2008) (Entered: 06/20/2008) |
| 06/24/2008 | 308 | NOTICE of Appearance by Joseph Raymond Tiffany, II *, Terrence A. Callan, Philip A. Simpkins* (Tiffany, Joseph) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/24/2008 | 309 | Certificate of Interested Entities by Jeffrey Figone *Indirect Purchaser Plaintiffs' Certification of Interested Entities or Persons Pursuant to Local Rule 3-16* (Russell, Lauren) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/24/2008 | 310 | Certificate of Interested Entities by Irico Group Corp., Irico Display Devices Co., Ltd. identifying Corporate Parent Irico Group Electronics Company Limited for Irico Display Devices Co., Ltd.. (Tiffany, Joseph) (Filed on 6/24/2008) (Entered: 06/24/2008) |
| 06/24/2008 | 311 | ORDER by Judge Samuel Conti granting (303) Motion to Relate Case; Consolidating C-08-2980-SC to C-075944-SC (tdm, COURT STAFF) (Filed on 6/24/2008) (Additional attachment(s) added on 6/24/2008: # 1 Order Consolidating Cases) (tdm, COURT STAFF). (Entered: 06/24/2008) |
| 06/24/2008 | 🔒 | (Court only) ***Attorney Terrence A. Callan for Irico Group Corp. and Irico Display Devices Co., Ltd., Philip Andrew Simpkins for Irico Group Corp. and Irico Display Devices Co., Ltd. added. 308 Notice (aaa, Court Staff) (Filed on 6/24/2008) (Entered: 06/25/2008) |
| 06/25/2008 | 312 | ASSOCIATION of Counsel by Michael Juetten. (Fu, Qianwei) (Filed on 6/25/2008) (Entered: 06/25/2008) |
| | | |

| 06/25/2008 | 🔒 | (Court only) ***Attorney Jennie Lee Anderson for Chad Klebs and Michael Juetten, Andrus Star Liberty for Chad Klebs and Michael Juetten added. Re 312 Notice (aaa, Court Staff) (Filed on 6/25/2008) (Entered: 06/25/2008) |
| 06/25/2008 | 313 | SUMMONS Returned Executed by Hawel A. Hawel d/b/a City Electronics. Samsung SDI Co., Ltd. served on 2/20/2008, answer due 3/11/2008; LG Electronics, Inc. served on 2/18/2008, answer due 3/10/2008; Koninklijke Philips Electronics N.V. served on 3/6/2008, answer due 3/26/2008; Samsung Electronics Co Ltd served on 3/10/2008, answer due 3/31/2008. *Proof of Service on Certain Foreign Defendants* (Saveri, Guido) (Filed on 6/25/2008) (Entered: 06/25/2008) |
| 06/26/2008 | 314 | JOINT CASE MANAGEMENT STATEMENT filed by Panasonic Corporation of North America. (Man, Kris) (Filed on 6/26/2008) (Entered: 06/26/2008) |
| 06/27/2008 | 316 | MOTION for leave for admission of Attorney John G. Emerson to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611020667.) filed by Paula Call. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 6/27/2008) (Entered: 06/30/2008) |
| 06/30/2008 | 315 | NOTICE of Appearance by Gary Laurence Specks (Specks, Gary) (Filed on 6/30/2008) (Entered: 06/30/2008) |
| 07/01/2008 | 🔒 | (Court only) ***Attorney W. Joseph Bruckner for Royal Data Services, Inc., Elizabeth R. Odette for Royal Data Services, Inc. added. Re case number 08-2204 SC (aaa, Court Staff) (Filed on 7/1/2008) (Entered: 07/01/2008) |
| 07/02/2008 | 317 | NOTICE of Appearance by W. Joseph Bruckner (Attachments: # 1 Certificate of Service)(Bruckner, W.) (Filed on 7/2/2008) (Entered: 07/02/2008) |
| 07/02/2008 | 318 | NOTICE of Appearance by Elizabeth R. Odette (Attachments: # 1 Certificate of Service)(Odette, Elizabeth) (Filed on 7/2/2008) (Entered: 07/02/2008) |
| 07/03/2008 | 319 | ORDER by Judge Samuel Conti granting 316 Motion for attorney John Emerson to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/03/2008) |
| 07/03/2008 | 🔒 | (Court only) ***Attorney John G. Emerson for Paula Call added. (tdm, COURT STAFF) (Filed on 7/3/2008) (Entered: 07/03/2008) |
| 07/07/2008 | 320 | **ERRONEOUSLY POSTED COUNSEL TO REPOST THE MOTION** NOTICE by U.S. Department of Justice, Antitrust Division *OF MOTION AND MOTION BY THE US' FOR A LIMITED STAY OF DISCOVERY* (Hamilton, Jeane) (Filed on 7/7/2008) Modified on 7/8/2008 (aaa, Court Staff). Modified on 7/8/2008 (aaa, Court Staff). **See docket number 323** Motion (Entered: 07/07/2008) |
| 07/07/2008 | 321 | MEMORANDUM *OF POINTS AND AUTHORITIES IN SUPPORT OF THE US' MOTION FOR A LIMITED STAY OF DISCOVERY* by |

| | | |
|---|---|---|
| | | U.S. Department of Justice, Antitrust Division. (Hamilton, Jeane) (Filed on 7/7/2008) Modified on 7/8/2008 (aaa, Court Staff). (Entered: 07/07/2008) |
| 07/07/2008 | 322 | Proposed Order re 321 Pretrial Memorandum, 320 Notice (Other) *GRANTING THE US' MOTION FOR A LIMITED STAY OF DISCOVERY* by U.S. Department of Justice, Antitrust Division. (Hamilton, Jeane) (Filed on 7/7/2008) (Entered: 07/07/2008) |
| 07/08/2008 | 323 | MOTION to Stay re 321 Pretrial Memorandum, 322 Proposed Order *FOR A LIMITED STAY OF DISCOVERY*, MOTION for Discovery filed by U.S. Department of Justice, Antitrust Division. Motion Hearing set for 9/5/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Hamilton, Jeane) (Filed on 7/8/2008) (Entered: 07/08/2008) |
| 07/08/2008 | 324 | ORDER TO SEAL. Signed by Senior Judge Samuel Conti on 7/8/08. **FILED UNDER SEAL**(aaa, Court Staff) (Filed on 7/8/2008) (Entered: 07/08/2008) |
| 07/08/2008 | 325 | MOTION to Seal DECLARATION OF JEANE HAMILTON filed by U.S. Department of Justice, Antitrust Division. Re 324 Order. **FILED UNDER SEAL** (aaa, Court Staff) (Filed on 7/8/2008) (Entered: 07/08/2008) |
| 07/08/2008 | 326 | DECLARATION OF JEANE HAMILTON IN SUPPORT OF THE UNITED STATES' MOTION FOR A LIMITED STAY OF DISCOVERY filed byU.S. Department of Justice, Antitrust Division. Re 324 Order. **FILED UNDER SEAL** (aaa, Court Staff) (Filed on 7/8/2008) (Entered: 07/08/2008) |
| 07/09/2008 | 327 | NOTICE of Appearance by John G. Emerson, Jr (Attachments: # 1 Certificate of Service)(Emerson, John) (Filed on 7/9/2008) (Entered: 07/09/2008) |
| 07/11/2008 | 328 | Minute Entry: Status Conference Held (Date Filed: 7/11/2008). (Court Reporter Joan Columbini.) (tdm, COURT STAFF) (Date Filed: 7/11/2008) (Entered: 07/11/2008) |
| 07/15/2008 | 329 | STIPULATION *JOINT AS TO FURTHER EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO (i) THE DIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND (ii) THE INDIRECT PURCHASER PLAINTIFFS' FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS FROM DEFENDANTS* by Wettstein and Sons, Inc, Industrial Computing, Inc., Toshiba Matsushita Display Technology Co, LTD, Orion Home Systems, LLC, Steven Ganz, Hitachi America, Ltd., Dennis Patrick, Dana Ross, Electronic Design Company, Carroll Cut-Rate Furniture, Hitachi Asia, Ltd., Brigid Terry, Anthony Gianasca, Brighid Flaherty, Bridget Ten Eyck, Southern Office Supply, Inc, LP Displays, OK TV & Appliances, LLC, Samsung SDI Co., Ltd., Irico Group Corp., MT Picture Display Corp. of America, Toshiba America Consumer Products, LLC, TVP Technology Ltd., Co, TVP International (USA), Inc, Wettstein & Sons, |

| | | |
|---|---|---|
| | | Inc, New York Direct Purchaser, Charles Benson, Meijer, Inc., Meijer Distribution, Inc., LP Displays International Ltd., Koninklijke Philips Electronics N.V., Matsushita Toshiba Picture Display Co., Ltd., Arch Electronics, Inc, Royal Data Services, Inc., Irico Display Devices Co., Ltd., MT Picture Display, Royal Data Services, Inc., OK TV & Appliances, LLC, Univisions-Crimson Holding Inc., LG Electronics, Inc., Charles A. Legge, Studio Spectrum, Inc., Matsushita Electric Industrial Co, Ltd., Panasonic Corporation of North America, LG Eletronics U.S.A., Inc., Orion Electric Co., Ltd., Carroll Cut-Rate Furniture, Orion America, Inc., Monikraft, Inc, Nathan Muchnick, Inc., Tatung Company of America, Inc., LG Philips Display USA, Inc., Philips Electronics North America Corporation, Samsung Electronics Co Ltd, Samsung Electronics America, Inc., Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., MT Picture Display Company, Philips Electronics North America, MT Picture Display Corporation of America (Ohio), LP Displays (formerly known as LG Philips Displays), Samsung SDI Co., Ltd. (formerly know as Samsung Display Device Co.), Barbara Caldwell, Samsung SDI America, Inc., Toshiba America, Inc, MT Picture Display Co., LTD, Royal Philips Electronics N.V., Jeffrey Figone, Samtel Color, Ltd., MT Picture Display Corporation of America (New York), Thai CRT Company, Ltd., Chad Klebs, Toshiba Corporation, Samsung SDI Co., Central New York Univision Video Systems, Inc., Beijing-Matsushita Color CRT Company, Ltd., Crimson Tech, Inc., Victor Company of Japan, LTD, LP Displays International, Ltd., Crago, Inc., U.S. Department of Justice, Antitrust Division, The Stroud Group, Inc., Paula Call, Mark Pierce, Princeton Display Technologies, Inc., Greg A Glanz, Donna Ellingson, Hawel A. Hawel d/b/a City Electronics, Carmen Gonzalez, William E. Stack, Margo Stack, TCL International Holdings LTD. (TCL), Thomson S.A., TCL Thomson Electronics Corporation, Jeffrey Figone, Samuel J. Nasto, Patrick Piper, Craig Stephenson, Chunghwa Picture Tubes, LTD., David G. Norby, John Larch, Constance Hare, James Stringwell, Gary Hanson, Michael Juetten, Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Margaret Slagle, Samsung Electronics Co., Samsung SDI Co. Ltd, Barry Kushner, Art's TV & Appliance, Jerry Cook, Brian A. Luscher, Scott Friedson, Hitachi, Ltd.. (Halling, Gary) (Filed on 7/15/2008) (Entered: 07/15/2008) |
| 07/16/2008 | 330 | NOTICE of Appearance by Terry Calvani (Attachments: # 1 Certificate of Service)(Calvani, Terry) (Filed on 7/16/2008) (Entered: 07/16/2008) |
| 07/17/2008 | 331 | MOTION to Disclose Declaration of Jeane Hamilton to Special Master filed by U.S. Department of Justice, Antitrust Division. Motion Hearing set for 9/5/2008 10:00 AM. (sis, COURT STAFF) (Filed on 7/17/2008) (sis, COURT STAFF). (Entered: 07/17/2008) |
| 07/17/2008 | 338 | Received Order re 331 MOTION for Disclosure by U.S. Department of Justice, Antitrust Division. (sis, COURT STAFF) (Filed on 7/17/2008) (sis, COURT STAFF). (Entered: 07/17/2008) |

| | | |
|---|---|---|
| 07/17/2008 | 332 | Certificate of Interested Entities by Beijing-Matsushita Color CRT Company, Ltd. (Attachments: # 1 Certificate of Service)(Calvani, Terry) (Filed on 7/17/2008) (Entered: 07/17/2008) |
| 07/22/2008 | 333 | MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related* filed by James E. Allee. (Westerman, Jeff) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/22/2008 | 334 | Declaration of Jeff S. Westerman in Support of 333 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related* filed byJames E. Allee. (Attachments: # 1 Exhibit A)(Related document(s) 333 ) (Westerman, Jeff) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/22/2008 | 335 | Proposed Order re 333 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related* by James E. Allee. (Westerman, Jeff) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/22/2008 | 336 | SUMMONS Returned Executed by Hawel A. Hawel d/b/a City Electronics. Irico Group Corp. served on 6/3/2008, answer due 6/23/2008; Irico Display Devices Co., Ltd. served on 6/3/2008, answer due 6/23/2008; Beijing-Matsushita Color CRT Company, Ltd. served on 7/2/2008, answer due 7/22/2008. *Proof of Service on Certain Foreign Defendants* (Saveri, Guido) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/22/2008 | 337 | CERTIFICATE OF SERVICE by James E. Allee re 333 MOTION to Relate Case *Administrative Motion to Consider Whether Cases Should be Related*, 334 Declaration in Support, 335 Proposed Order (Westerman, Jeff) (Filed on 7/22/2008) (Entered: 07/22/2008) |
| 07/23/2008 | 339 | ORDER by Judge Samuel Conti granting 331 Motion for Disclosure. (mat, COURT STAFF) (Filed on 7/23/2008) (Entered: 07/24/2008) |
| 07/28/2008 | 340 | Transcript of Proceedings held on July 11, 2008, before Judge Samuel Conti. Court Reporter/Transcriber Joan Marie Columbini, Telephone number 415-255-6842. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 10/23/2008. (Columbini, Joan) (Filed on 7/28/2008) (Entered: 07/28/2008) |
| 07/28/2008 | 341 | NOTICE of Appearance by Kris Hue Chau Man *on behalf of Matsushita Electric Industrial Co., Ltd.* (Attachments: # 1 Proof of Service)(Man, Kris) (Filed on 7/28/2008) (Entered: 07/28/2008) |
| 07/28/2008 | 342 | NOTICE of Appearance by Kris Hue Chau Man *on behalf of MT Picture Display Co., Ltd* (Attachments: # 1 Proof of Service)(Man, Kris) (Filed on 7/28/2008) (Entered: 07/28/2008) |

| | | |
|---|---|---|
| 07/28/2008 | 🔒 | (Court only) ***Attorney Jeffrey L. Kessler for Matsushita Toshiba Picture Display Co., Ltd., MT Picture Display Co., LTD and Matsushita Toshiba Picture Display Co., Ltd. added. Re 341 & 342 Notices (aaa, Court Staff) (Filed on 7/28/2008) (Entered: 07/29/2008) |
| 07/30/2008 | 343 | ORDER by Judge Samuel Conti granting (333) Motion to Relate Case in case 3:07-cv-05944-SC and C-08-3493-EDL; Consolidating Cases (tdm, COURT STAFF) (Filed on 7/30/2008) Modified on 7/30/2008 (tdm, COURT STAFF). (Entered: 07/30/2008) |
| 07/31/2008 | 🔒 | (Court only) ***Attorney Andrew Morganti for James E. Allee, Guri Ademi for James E. Allee, Peter Safirstein for James E. Allee, Shpetim Ademi for James E. Allee added. Re Case 08-3493 SC (aaa, Court Staff) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 07/31/2008 | 🔒 | (Court only) ***Party Kory Pentland rep by Jeff S. Westerman, Guri Ademi, Shpetim Ademi, Peter Safirstein, Andrew Morganti, and Jim Brown added. Re Case 08-3493 SC (aaa, Court Staff) (Filed on 7/31/2008) (Entered: 07/31/2008) |
| 08/01/2008 | 344 | MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* filed by Jeffrey Figone. Motion Hearing set for 9/5/2008 10:00 AM in Courtroom 1, 17th Floor, San Francisco. (Attachments: # 1 Affidavit Declaration of Lauren C. Russell In Support of Indirect Purchaser Plaintiffs' Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3), # 2 Proposed Order [Proposed] Order Granting Indirect Purchaser Plaintiffs' Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3))(Russell, Lauren) (Filed on 8/1/2008) (Entered: 08/01/2008) |
| 08/04/2008 | 345 | SUMMONS Returned Executed by Nathan Muchnick, Inc.. Chunghwa Picture Tubes, LTD. served on 5/12/2008, answer due 6/2/2008. (Saveri, Joseph) (Filed on 8/4/2008) (Entered: 08/04/2008) |
| 08/07/2008 | 346 | MOTION for leave for admission of Attorney Shpetim Ademi to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611022195.). By Plaintiff(s) (Attachments: # 1 **[Proposed] Order**) (aaa, Court Staff) (Filed on 8/7/2008) (Entered: 08/08/2008) |
| 08/07/2008 | 347 | MOTION for leave for admission of Attorney Guri Ademi to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611022194.). By Plaintiff(s) (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 8/7/2008) (Entered: 08/08/2008) |
| 08/11/2008 | 348 | ORDER by Judge Samuel Conti granting 346 Motion for Attorney Shpetim Ademi to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 8/11/2008) (Entered: 08/11/2008) |
| 08/11/2008 | 349 | ORDER by Judge Samuel Conti granting 347 Motion for Attorney Guri Ademi to Appear Pro Hac Vice (tdm, COURT STAFF) (Filed on |

| | | |
|---|---|---|
| | | 8/11/2008) (Entered: 08/11/2008) |
| 08/11/2008 | 350 | REPORT of Rule 26(f) Planning Meeting - *Supplemental Joint Rule 26 (f) Report*. (Man, Kris) (Filed on 8/11/2008) (Entered: 08/11/2008) |
| 08/11/2008 | 🔒 | (Court only) ***Attorney Shpetim Ademi for Wettstein and Sons, Inc, Orion Home Systems, LLC, Steven Ganz, Dennis Patrick, Dana Ross, Electronic Design Company, Brigid Terry, Anthony Gianasca, Brighid Flaherty, Bridget Ten Eyck, Southern Office Supply, Inc, OK TV & Appliances, LLC, Charles Benson, Meijer, Inc., Meijer Distribution, Inc., Arch Electronics, Inc, Royal Data Services, Inc., Dennis Patrick, Univisions-Crimson Holding Inc., Studio Spectrum, Inc., James E. Allee, Kory Pentland, Jim Brown, Carroll Cut-Rate Furniture, Monikraft, Inc, Nathan Muchnick, Inc., Barbara Caldwell, Jeffrey Figone, Chad Klebs, Central New York Univision Video Systems, Inc., Crimson Tech, Inc., Crago, Inc., The Stroud Group, Inc., Paula Call, Mark Pierce, Princeton Display Technologies, Inc., Greg A Glanz, Hawel A. Hawel d/b/a City Electronics, Carmen Gonzalez, William E. Stack, Margo Stack, Donna Ellingson, Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, Gary Hanson, Michael Juetten, Margaret Slagle, Barry Kushner, Art', s TV & Appliance, Jerry Cook, Brian A. Luscher and Scott Friedson, Guri Ademi for Wettstein and Sons, Inc, Orion Home Systems, LLC, Steven Ganz, Dennis Patrick, Dana Ross, Electronic Design Company, Brigid Terry, Anthony Gianasca, Brighid Flaherty, Bridget Ten Eyck, Southern Office Supply, Inc, OK TV & Appliances, LLC, Charles Benson, Meijer, Inc., Meijer Distribution, Inc., Arch Electronics, Inc, Royal Data Services, Inc., Dennis Patrick, Univisions-Crimson Holding Inc., Studio Spectrum, Inc., James E. Allee, Kory Pentland, Jim Brown, Carroll Cut-Rate Furniture, Monikraft, Inc, Nathan Muchnick, Inc., Barbara Caldwell, Jeffrey Figone, Chad Klebs, Central New York Univision Video Systems, Inc., Crimson Tech, Inc., Crago, Inc., The Stroud Group, Inc., Paula Call, Mark Pierce, Princeton Display Technologies, Inc., Greg A Glanz, Hawel A. Hawel d/b/a City Electronics, Carmen Gonzalez, William E. Stack, Margo Stack, Donna Ellingson, Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, Gary Hanson, Michael Juetten, Margaret Slagle, Barry Kushner, Art', s TV & Appliance, Jerry Cook, Brian A. Luscher and Scott Friedson added. Re 348 Order & 349 Order (aaa, Court Staff) (Filed on 8/11/2008) (Entered: 08/12/2008) |
| 08/14/2008 | 351 | MOTION for leave for admission of Attorney Kevin B. Love to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611022406.) filed by Arch Electronics, Inc. (Attachments: # 1 **[Proposed] Order**) (aaa, Court Staff) (Filed on 8/14/2008) (Entered: 08/14/2008) |
| 08/15/2008 | 🔒 | (Court only) ***Attorney Charles A. Legge for Charles A. Legge added. (tdm, COURT STAFF) (Filed on 8/15/2008) (Entered: 08/15/2008) |
| 08/15/2008 | 352 | ORDER Continuing Hearing Date for Government's Motion to Stay |

| | | |
|---|---|---|
| | | (sclc2, COURT STAFF) (Filed on 8/15/2008) (Entered: 08/15/2008) |
| 08/15/2008 | 353 | STIPULATION *STIPULATION RE: SERVICE OF PROCESS ON FOREIGN DEFENDANTS HITIACHI, LTD. AND HITACHI ASIA, LTD.* by Hitachi America, Ltd., Hitachi Asia, Ltd.. (Green, Thomas) (Filed on 8/15/2008) (Entered: 08/15/2008) |
| 08/15/2008 | 354 | Memorandum in Opposition re 344 MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* filed byKoninklijke Philips Electronics N.V.. (Lisi, David) (Filed on 8/15/2008) (Entered: 08/15/2008) |
| 08/15/2008 | 355 | CERTIFICATE OF SERVICE by Hitachi America, Ltd., Hitachi Asia, Ltd. re 353 Stipulation *PROOF OF SERVICE* (Green, Thomas) (Filed on 8/15/2008) (Entered: 08/15/2008) |
| 08/15/2008 | 356 | STIPULATION *Stipulation Re: Service of Process on Foreign Defendants Matsushita Electric Industrial, Ltd. and MT Picture Display Co., Ltd.* by Jeffrey Figone. (Russell, Lauren) (Filed on 8/15/2008) (Entered: 08/15/2008) |
| 08/15/2008 | 357 | Memorandum in Opposition re 344 MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* filed byToshiba Corporation. (Attachments: # 1 Proposed Order)(Paul, George) (Filed on 8/15/2008) (Entered: 08/15/2008) |
| 08/15/2008 | 358 | CONDITIONAL TRANSFER ORDER: Re C.A. No. 2:08-542 (aaa, Court Staff) (Filed on 8/15/2008) (Entered: 08/18/2008) |
| 08/18/2008 | 359 | ORDER by Judge Samuel Conti granting 351 Motion for Attorney Kevin B. Love to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 8/18/2008) (Entered: 08/18/2008) |
| 08/18/2008 | 🔒 | (Court only) ***Attorney Kevin Bruce Love for Arch Electronics, Inc added. (tdm, COURT STAFF) (Filed on 8/18/2008) (Entered: 08/18/2008) |
| 08/18/2008 | 360 | STIPULATION *Stipulation Re: Service of Process on Foreign Defendant Samsung Electronics Co., Ltd.* by Jeffrey Figone. (Russell, |

| | | Lauren) (Filed on 8/18/2008) (Entered: 08/18/2008) |
|---|---|---|
| 08/22/2008 | 361 | STIPULATION *Re: Service of Process on Foreign Defendants Irico Display Devices, Co., Ltd. and Irico Group Corporation* by Irico Group Corp., Irico Display Devices Co., Ltd.. (Callan, Terrence) (Filed on 8/22/2008) (Entered: 08/22/2008) |
| 08/22/2008 | 362 | CERTIFICATE OF SERVICE by Irico Group Corp., Irico Display Devices Co., Ltd. re 361 Stipulation *Re: Service of Process on Foreign Defendants Irico Display Devices Co., Ltd. and Irico Group Corporation* (Callan, Terrence) (Filed on 8/22/2008) (Entered: 08/22/2008) |
| 08/22/2008 | 363 | REPLY to Response to Motion re 344 MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* MOTION *Indirect Purchaser Plaintiffs' Notice of Motion and Motion To Authorize Service On Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)* filed byJeffrey Figone. (Russell, Lauren) (Filed on 8/22/2008) (Entered: 08/22/2008) |
| 08/22/2008 | 364 | MOTION for leave for admission of Attorney David P. Germaine to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611022681.) filed by Meijer, Inc., Meijer Distribution, Inc. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 8/22/2008) (Entered: 08/25/2008) |
| 08/22/2008 | 365 | MOTION for leave for admission of Attorney Joseph M. Vanek to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611022682.) filed by Meijer, Inc., Meijer Distribution, Inc. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 8/22/2008) (Entered: 08/25/2008) |
| 08/26/2008 | 366 | CLERK'S NOTICE Advising Counsel of Receipt of the Action Radio & TV Equipment, Inc. -v- Chunghwa Picture Tubes from the District of New Jersey. (rcs, COURT STAFF) (Filed on 8/26/2008) (Entered: 08/26/2008) |
| 08/26/2008 | 367 | Letter Brief re 354 Memorandum in Opposition,, *to Indirect Purchaser Plaintiffs' Notice of Motion and Motion to Authorize Service on Certain Foreign Defendants Pursuant to Federal Rule of Civil Procedure 4(f) (3)* filed byKoninklijke Philips Electronics N.V.. (Attachments: # 1 Exhibit 213 F.R.D. 547)(Related document(s) 354 ) (Lisi, David) (Filed on 8/26/2008) (Entered: 08/26/2008) |
| 08/27/2008 | 368 | ORDER by Judge Samuel Conti granting 364 Motion for attorney David Germaine to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 8/27/2008) (Entered: 08/27/2008) |
| 08/27/2008 | 369 | ORDER by Judge Samuel Conti granting 365 Motion for attorney |

| | | Joseph Vanek to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 8/27/2008) (Entered: 08/27/2008) |
|---|---|---|
| 08/27/2008 | 🔒 | (Court only) ***Attorney David Paul Germaine for Meijer, Inc. and Meijer Distribution, Inc., Joseph Michael Vanek for Meijer, Inc. and Meijer Distribution, Inc. added. (tdm, COURT STAFF) (Filed on 8/27/2008) (Entered: 08/27/2008) |
| 08/27/2008 | 🔒 | (Court only) ***Party Radio & TV Equipment, Inc rep by Lisa J. Rodriguez, and Panasonic Corporation of America added. Re 358 Conditional Transfer Order and re case number 08-4063 SC. (aaa, Court Staff) (Filed on 8/27/2008) (Entered: 08/27/2008) |
| 08/27/2008 | 370 | SUMMONS Returned Executed by Hawel A. Hawel d/b/a City Electronics. Hitachi, Ltd. served on 7/4/2008, answer due 7/24/2008. (Saveri, Guido) (Filed on 8/27/2008) (Entered: 08/27/2008) |
| 08/27/2008 | 371 | SUMMONS Returned Executed by Hawel A. Hawel d/b/a City Electronics. Orion Electric Co., Ltd. served on 7/3/2008, answer due 7/23/2008. (Saveri, Guido) (Filed on 8/27/2008) (Entered: 08/27/2008) |
| 08/28/2008 | 372 | STIPULATION *Re: Service of Process on Foreign Defendant Beijing Matsushita Color CRT Company, Ltd.* by Beijing-Matsushita Color CRT Company, Ltd.. (Attachments: # 1 Certificate of Service)(Calvani, Terry) (Filed on 8/28/2008) (Entered: 08/28/2008) |
| 09/03/2008 | 373 | Special Masters Order *Report and Recommendations.* (Legge, Charles) (Filed on 9/3/2008) (Entered: 09/03/2008) |
| 09/03/2008 | 374 | ORDER by Judge Samuel Conti granting (344) Motion Authorize Service of Process in case 3:07-cv-05944-SC (sclc2, COURT STAFF) (Filed on 9/3/2008) (Entered: 09/03/2008) |
| 09/05/2008 | 375 | NOTICE of Appearance by David W. Evans *of Haight Brown & Bonesteel LLP (local counsel); Barry J. Bendes, Anthony J. Viola, Joseph E. Czerniawski of Edwards, Angell, Palmer & Dodge, LLP on behalf of defendant Orion Electric Co. Ltd. for all direct purchaser actions only* (Evans, David) (Filed on 9/5/2008) (Entered: 09/05/2008) |
| 09/05/2008 | 🔒 | (Court only) ***Attorney Barry J. Bendes for Orion Electric Co., Ltd., Anthony J. Viola for Orion Electric Co., Ltd., Joseph E. Czerniawski for Orion Electric Co., Ltd. added. Re 375 Notice (aaa, Court Staff) (Filed on 9/5/2008) (Entered: 09/09/2008) |
| 09/10/2008 | 376 | NOTICE of Appearance by Jason de Bretteville *on behalf of Thomson S.A.* (de Bretteville, Jason) (Filed on 9/10/2008) (Entered: 09/10/2008) |
| 09/10/2008 | 🔒 | (Court only) ***Attorney Jason de Bretteville for Thomson S.A., Brendan P. Cullen for Thomson S.A., Laura Elizabeth Kabler for Thomson S.A. added. Re 376 Notice (aaa, Court Staff) (Filed on 9/10/2008) (Entered: 09/11/2008) |
| 09/11/2008 | 377 | STIPULATION *and [Proposed] Order for Limited Discovery Stay* by Panasonic Corporation of North America. (Man, Kris) (Filed on |

| | | 9/11/2008) (Entered: 09/11/2008) |
|---|---|---|
| 09/11/2008 | 378 | CERTIFICATE OF SERVICE by Panasonic Corporation of North America re 377 Stipulation *and [Proposed] Order for Limited Discovery Stay* (Man, Kris) (Filed on 9/11/2008) (Entered: 09/11/2008) |
| 09/12/2008 | 379 | STIPULATION AND ORDER FOR LIMITED DISCOVERY STAY. Signed by Judge Samuel Conti on 9/12/08. (sclc1, COURT STAFF) (Filed on 9/12/2008) (Entered: 09/12/2008) |
| 09/15/2008 | 380 | CLERK'S NOTICE: Motion to Stay set for 9/19/08 is off calendar (tdm, COURT STAFF) (Filed on 9/15/2008) Modified on 9/15/2008 (tdm, COURT STAFF). (Entered: 09/15/2008) |
| 09/22/2008 | 381 | NOTICE of Appearance by Kate S. McMillan (Attachments: # 1 Certificate of Service)(McMillan, Kate) (Filed on 9/22/2008) (Entered: 09/22/2008) |
| 09/26/2008 | 382 | MOTION Joint Administrative Motion To: (i) Serve Filed Papers Only Through ECF System; and (ii) Serve Non-Filed Papers Via E-Mail filed by Jeffrey Figone. (Attachments: # 1 Exhibit Exhibit 1: Joint Stipulation To: (i) Serve Filed Papers Only Through Electronic Case Filing System; and (ii) Serve Non-Filed Papers Via E-Mail, # 2 Proposed Order [Proposed] Order Granting Joint Administrative Motion)(Russell, Lauren) (Filed on 9/26/2008) (Entered: 09/26/2008) |
| 09/29/2008 | 383 | ORDER by Judge Samuel Conti granting 382 Joint Administrative Motion To Serve Filed Papers Only Through ECF System; and Serve Non-Filed Papers Via E-Mail (tdm, COURT STAFF) (Filed on 9/29/2008) (Entered: 09/29/2008) |
| 09/30/2008 | 384 | NOTICE by Princeton Display Technologies, Inc. *of Change of Firm Affiliation* (Attachments: # 1 Proof of Service)(Goldstein, Jayne) (Filed on 9/30/2008) (Entered: 09/30/2008) |
| 09/30/2008 | 385 | SUMMONS Returned Executed by Hawel A. Hawel d/b/a City Electronics. Thomson S.A. served on 8/22/2008, answer due 9/11/2008. (Saveri, Guido) (Filed on 9/30/2008) (Entered: 09/30/2008) |
| 09/30/2008 | 386 | SUMMONS Returned Executed by Hawel A. Hawel d/b/a City Electronics. Matsushita Electric Industrial Co, Ltd. served on 7/7/2008, answer due 7/28/2008. (Saveri, Guido) (Filed on 9/30/2008) (Entered: 09/30/2008) |
| 09/30/2008 | 387 | SUMMONS Returned Executed by Hawel A. Hawel d/b/a City Electronics. Matsushita Toshiba Picture Display Co., Ltd. served on 7/10/2008, answer due 7/30/2008. (Saveri, Guido) (Filed on 9/30/2008) (Entered: 09/30/2008) |
| 09/30/2008 | 🔒 | (Court only) ***Attorney Jayne A. Goldstein for Wettstein and Sons, Inc, Orion Home Systems, LLC, Steven Ganz, Dennis Patrick, Dana Ross, Electronic Design Company, Brigid Terry, Anthony Gianasca, Brighid Flaherty, Bridget Ten Eyck, Southern Office Supply, Inc, OK TV & Appliances, LLC, Charles Benson, Meijer, Inc., Meijer |

| | | |
|---|---|---|
| | | Distribution, Inc., Arch Electronics, Inc, Royal Data Services, Inc., Dennis Patrick, Univisions-Crimson Holding Inc., Charles A. Legge, Studio Spectrum, Inc., James E. Allee, Kory Pentland, Jim Brown, Carroll Cut-Rate Furniture, Monikraft, Inc, Nathan Muchnick Inc., Radio & TV Equipment, Inc, Barbara Caldwell, Jeffrey Figone, Chad Klebs, Central New York Univision Video Systems, Inc., Crimson Tech, Inc., Crago, Inc., The Stroud Group, Inc., Paula Call, Mark Pierce, Princeton Display Technologies, Inc., Greg A Glanz, Hawel A. Hawel d/b/a City Electronics, Carmen Gonzalez, William E. Stack, Margo Stack, Donna Ellingson, Samuel J. Nasto, Patrick Piper, Craig Stephenson, David G. Norby, John Larch, Constance Hare, James Stringwell, Gary Hanson, Michael Juetten, Margaret Slagle, Barry Kushner, Art', s TV & Appliance, Jerry Cook, Brian A. Luscher and Scott Friedson added. Re 384 Notice (aaa, Court Staff) (Filed on 9/30/2008) (Entered: 10/01/2008) |
| 10/06/2008 | 388 | NOTICE by Electronic Design Company *of Change of Firm Name* (Spector, Eugene) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/07/2008 | 389 | ASSOCIATION of Counsel by Orion Home Systems, LLC. (Saveri, Guido) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/07/2008 | 🔒 | (Court only) ***Attorney Geoffrey Conrad Rushing for Orion Home Systems, LLC, Cadio Zirpoli for Orion Home Systems, LLC added. Re 389 Association of Counsel (aaa, Court Staff) (Filed on 10/7/2008) (Entered: 10/08/2008) |
| 10/08/2008 | 390 | NOTICE by Michael Juetten *Notice of Association of Counsel* (Corbitt, Craig) (Filed on 10/8/2008) (Entered: 10/08/2008) |
| 10/08/2008 | 🔒 | (Court only) ***Attorney Qianwei Fu for Chad Klebs added. Re 390 Notice (aaa, Court Staff) (Filed on 10/8/2008) (Entered: 10/09/2008) |
| 10/09/2008 | 391 | NOTICE of Appearance by Anna Tryon Pletcher on behalf of the Antitrust Division of the U.S (Pletcher, Anna) (Filed on 10/9/2008) Modified on 10/10/2008 (feriab, COURT STAFF). (Entered: 10/09/2008) |
| 10/14/2008 | 392 | NOTICE of Appearance by Kris Hue Chau Man *on behalf of Dewey & LeBoeuf LLP and Weil, Gotshal & Manges LLP* (Man, Kris) (Filed on 10/14/2008) (Entered: 10/14/2008) |
| 10/14/2008 | 393 | NOTICE by Matsushita Electric Industrial Co, Ltd. *regarding Change of Party Name* (Man, Kris) (Filed on 10/14/2008) (Entered: 10/14/2008) |
| 10/14/2008 | 394 | NOTICE of Appearance by Kris Hue Chau Man *on behalf of Dewey & LeBoeuf LLP and Weil, Gotshal & Manges LLP* (Man, Kris) (Filed on 10/14/2008) (Entered: 10/14/2008) |
| 10/14/2008 | 395 | CERTIFICATE OF SERVICE by MT Picture Display Co., LTD re 394 Notice of Appearance, 392 Notice of Appearance, 393 Notice (Other) (Man, Kris) (Filed on 10/14/2008) (Entered: 10/14/2008) |
| | | |

| 10/14/2008 | 🔒 | (Court only) ***Attorney Gregory D. Hull for MT Picture Display Co., LTD, Steven A. Reiss for MT Picture Display Co., LTD added. Re 392 Notice (aaa, Court Staff) (Filed on 10/14/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 396 | NOTICE by Orion Electric Co., Ltd. *RE: JURISDICTIONAL DEFENSE* (Evans, David) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 397 | NOTICE by Thomson S.A. *Pursuant to Paragraph 4(g) of Stipulation and Order for Limited Discovery Stay* (Cullen, Brendan) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 🔒 | (Court only) ***Party Panasonic Corporation rep by Gregory D. Hull, Kris Hue Chau Man, Steven A. Reiss, Jeffrey L. Kessler added. Party Matsushita Electric Industrial Co, Ltd. terminated. Re 393 Notice (aaa, Court Staff) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 398 | OBJECTIONS to *Plaintiffs' Requests for Production of Documents Pursuant to Paragraph 4 of Order for Limited Discovery Stay* by Samsung Electronics Co Ltd, Samsung Electronics America, Inc.. (Scarborough, Michael) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 399 | OBJECTIONS to re 379 Stipulation and Order *re Discovery Stay (Paragraph 4(D))* by Tatung Company of America, Inc.. (Jackson, Bruce) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 400 | OBJECTIONS to *Plaintiffs' Discovery Requests* by Beijing-Matsushita Color CRT Company, Ltd.. (Calvani, Terry) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 401 | RESPONSE in Support *HITACHI DEFENDANTS' OBJECTIONS AND RESPONSE TO DISCOVERY REQUESTED BY PARAGRAPH 4(d) OF THE STIPULATION AND ORDER FOR LIMITED DISCOVERY STAY DATED SEPTEMBER 12, 2008* filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi, Ltd.. (Green, Thomas) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 402 | CERTIFICATE OF SERVICE by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi, Ltd. re 401 Response in Support, *PROOF OF SERVICE* (Green, Thomas) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 403 | RESPONSE to *THE LG DEFENDANTS' OBJECTIONS AND RESPONSE TO DISCOVERY REQUESTED BY PARAGRAPH 4(d) OF THE STIPULATION AND ORDER FOR LIMITED DISCOVERY DATED SEPTEMBER 12, 2008* by LG Electronics, Inc., LG Eletronics U.S.A., Inc.. (Sandrock, Ryan) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/15/2008 | 404 | OBJECTIONS to *Discovery Requests Contained in Stipulation and Order for Limited Discovery Stay* by Toshiba Corporation. (Paul, George) (Filed on 10/15/2008) (Entered: 10/15/2008) |
| 10/28/2008 | 405 | NOTICE of Appearance by Jason de Bretteville *of Sullivan & Cromwell LLP on Behalf of Defendant Thomson S.A.* (de Bretteville, Jason) (Filed on 10/28/2008) (Entered: 10/28/2008) |

| 10/29/2008 | 406 | Summons Returned Unexecuted by Orion Home Systems, LLC as to Thai CRT Company, Ltd. Re 72 Request for International Assistance (aaa, Court Staff) (Filed on 10/29/2008) (Entered: 10/30/2008) |
| 11/10/2008 | 407 | SUMMONS Returned Executed by Orion Home Systems, LLC. Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. served on 6/25/2008, answer due 7/15/2008. (Saveri, Guido) (Filed on 11/10/2008) (Entered: 11/10/2008) |
| 11/12/2008 | 408 | NOTICE of Appearance by Bruce C. McCulloch (McCulloch, Bruce) (Filed on 11/12/2008) (Entered: 11/12/2008) |
| 11/14/2008 | 409 | NOTICE of Appearance by Christopher L. Lebsock *And Jon T. King* (Attachments: # 1 Certificate of Service)(Lebsock, Christopher) (Filed on 11/14/2008) (Entered: 11/14/2008) |
| 11/14/2008 | 410 | NOTICE by Monikraft, Inc *of Michael P. Lehmann's Change of Firm Affiliation* (Attachments: # 1 Certificate of Service)(Lebsock, Christopher) (Filed on 11/14/2008) (Entered: 11/14/2008) |
| 11/19/2008 | 411 | CONDITIONAL TRANSFER ORDER: RE MDL 08-1917 SC (aaa, Court Staff) (Filed on 11/19/2008) (Entered: 11/20/2008) |
| 12/08/2008 | 412 | NOTICE of Change of Address by Guido Saveri (Saveri, Guido) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/08/2008 | 🔒 | (Court only) ***Attorney David Nathan-Allen Sims for Studio Spectrum, Inc. added. Re 412 Notice (aaa, Court Staff) (Filed on 12/8/2008) (Entered: 12/09/2008) |
| 12/10/2008 | 413 | CLERKS NOTICE Advising Counsel of Receipt of the Action Sound Investments Corp. -v- Chunghwa Picture Tubes Ltd., et al from the Eastern District of New York. (rcs, COURT STAFF) (Filed on 12/10/2008) (Entered: 12/10/2008) |
| 12/10/2008 | 🔒 | (Court only) ***Party SOUND INVESTMENTS CORPORATION rep by Lisa J. Rodriguez added. Re Case Number 08-5521 SC (aaa, Court Staff) (Filed on 12/10/2008) (Entered: 12/11/2008) |
| 01/08/2009 | 414 | SUMMONS Returned Executed by Hawel A. Hawel d/b/a City Electronics. Toshiba Corporation served on 9/26/2008, answer due 10/16/2008. (Saveri, Guido) (Filed on 1/8/2009) (Entered: 01/08/2009) |
| 01/09/2009 | 415 | NOTICE by Michael Juetten *Notice of Firm Name Change* (Corbitt, Craig) (Filed on 1/9/2009) (Entered: 01/09/2009) |
| 01/09/2009 | 🔒 | (Court only) ***Attorney Patrick Bradford Clayton for Chad Klebs, William E. Stack, Margo Stack and Michael Juetten added. Re 415 Notice (aaa, Court Staff) (Filed on 1/9/2009) (Entered: 01/13/2009) |
| 01/12/2009 | 416 | NOTICE of Change of Address by Christopher T. Heffelfinger *NOTICE OF CHANGE OF FIRM NAME AND OFFICE ADDRESS* (Heffelfinger, Christopher) (Filed on 1/12/2009) (Entered: 01/12/2009) |
| 01/12/2009 | 417 | MOTION to Withdraw *Cleary Gottlieb Steen & Hamilton, LLP* filed by |

| | | |
|---|---|---|
| | | LP Displays International, Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order, # 4 Certificate of Service)(Lazerwitz, Michael) (Filed on 1/12/2009) (Entered: 01/12/2009) |
| 01/12/2009 | 🔒 | (Court only) ***Attorney Matthew David-Craig Pearson for Univisions-Crimson Holding Inc., Central New York Univision Video Systems, Inc. and Crimson Tech, Inc. added. Re 416 Notice (aaa, Court Staff) (Filed on 1/12/2009) (Entered: 01/13/2009) |
| 01/13/2009 | 418 | Memorandum in Opposition re 417 MOTION to Withdraw *Cleary Gottlieb Steen & Hamilton, LLP Direct And Indirect Purchaser Plaintiffs' Response Re: Motion For Leave To Withdraw Of Cleary Gottlieb Steen & Hamilton, LLP* filed byJeffrey Figone. (Attachments: # 1 Proposed Order [Proposed] Order Re: Motion For Leave To Withdraw Of Cleary Gottlieb Steen & Hamilton, LLP)(Russell, Lauren) (Filed on 1/13/2009) (Entered: 01/13/2009) |
| 01/16/2009 | 419 | ORDER deferring ruling on (417) Motion to Withdraw in case 3:07-cv-05944-SC (sclc2, COURT STAFF) (Filed on 1/16/2009) (Entered: 01/16/2009) |
| 01/18/2009 | 420 | NOTICE by Jeffrey Figone *Indirect Purchaser Plaintiffs' Notice Of Intent To Serve Subpoenas* (Attachments: # 1 Exhibit Exhibits A - F, # 2 Exhibit Exhibits G - L, # 3 Exhibit Exhibits M - R, # 4 Exhibit Exhibits S - X, # 5 Exhibit Exhibits Y - DD, # 6 Exhibit Exhibits EE - JJ, # 7 Exhibit Exhibits KK - NN)(Russell, Lauren) (Filed on 1/18/2009) (Entered: 01/18/2009) |
| 01/21/2009 | 421 | Declaration of Michael R. Lazerwitz in Support of 417 MOTION to Withdraw *Cleary Gottlieb Steen & Hamilton, LLP* filed byLP Displays International, Ltd.. (Attachments: # 1 Certificate of Service)(Related document(s) 417 ) (Lazerwitz, Michael) (Filed on 1/21/2009) (Entered: 01/21/2009) |
| 01/23/2009 | 422 | ORDER by Judge Samuel Conti granting (417) Motion to Withdraw in case 3:07-cv-05944-SC (sclc2, COURT STAFF) (Filed on 1/23/2009) (Entered: 01/23/2009) |
| 01/23/2009 | 🔒 | (Court only) *** Attorney Jeremy James Calsyn and Michael Robert Lazerwitz terminated. Re 422 Order (aaa, Court Staff) (Filed on 1/23/2009) (Entered: 01/27/2009) |
| 01/28/2009 | 423 | NOTICE by Barry Kushner *of the Withdrawal of Karl L. Cambronne as counsel of record and request for removal of counsel's name from ECF list* (Karon, Daniel) (Filed on 1/28/2009) (Entered: 01/28/2009) |
| 01/30/2009 | 424 | STIPULATION *and [proposed] Order to Extend Limited Discovery Stay* by U.S. Department of Justice, Antitrust Division. (Pletcher, Anna) (Filed on 1/30/2009) (Entered: 01/30/2009) |
| 02/05/2009 | 425 | STIPULATION AND ORDER Extending Limited Discovery Stay (tdm, COURT STAFF) (Filed on 2/5/2009) (Entered: 02/05/2009) |
| 02/09/2009 | 426 | NOTICE by Crago, Inc. *of Change of Firm Name and E-mail* |

| | | |
|---|---|---|
| | | *Addresses* (Simon, Bruce) (Filed on 2/9/2009) (Entered: 02/09/2009) |
| 02/09/2009 | 🔒 | (Court only) ***Attorney Jonathan Mark Watkins for Crago, Inc., Ashlei M Vargas for Crago, Inc., Clifford H. Pearson for Crago, Inc., Daniel L. Warshaw for Crago, Inc. added. Re 426 Notice (aaa, Court Staff) (Filed on 2/9/2009) (Entered: 02/10/2009) |
| 02/19/2009 | 427 | CLERKS NOTICE: the status conference scheduled for 3/6/09 is off calendar. (tdm, COURT STAFF) (Filed on 2/19/2009) (Entered: 02/19/2009) |
| 02/25/2009 | 428 | **ERRONEOUSLY POSTED: COUNSEL TO E-FILE ATTACHMENT AS AN ADMINSTRATIVE MOTION TO RELATE CASE** NOTICE by U.S. Department of Justice, Antitrust Division *of Related Case in a Criminal Action* (Attachments: # 1 Proposed Order on Notice of Related Case in Criminal Action)(Heye, May) (Filed on 2/25/2009) Modified on 2/26/2009 (aaa, Court Staff). (Entered: 02/25/2009) |
| 02/25/2009 | 429 | NOTICE by Chad Klebs, Michael Juetten *of Notice of Change of Counsel* (Anderson, Jennie) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 430 | NOTICE by Chad Klebs, Michael Juetten *Notice of Change of Address & Firm* (Anderson, Jennie) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🔒 | (Court only) ***Attorney Lori Erin Andrus for Chad Klebs and Michael Juetten added. Attorney Andrus Star Liberty terminated. Re 429 Notice (aaa, Court Staff) (Filed on 2/25/2009) (Entered: 02/26/2009) |
| 02/26/2009 | 431 | MOTION to Relate Case *in a Criminal Action* filed by U.S. Department of Justice, Antitrust Division. (Attachments: # 1 Proposed Order)(Heye, May) (Filed on 2/26/2009) (Entered: 02/26/2009) |
| 02/27/2009 | 432 | CLERKS NOTICE The court has reviewed the motion and determined that C-07-5944-SC and CR-09-131-WHA are not related and no reassignments shall occur. (tdm, COURT STAFF) (Filed on 2/27/2009) (Entered: 02/27/2009) |
| 02/27/2009 | 🔒 | (Court only) ***Motions terminated: (tdm, COURT STAFF) (Filed on 2/27/2009) (Entered: 02/27/2009) |
| 03/09/2009 | 433 | NOTICE by Crago, Inc. *of Change of Firm Name and E-Mail Addresses* (Brady, Patrick) (Filed on 3/9/2009) (Entered: 03/09/2009) |
| 03/09/2009 | 🔒 | (Court only) ***Attorney Christopher Wilson for Crago, Inc. added. Re 433 Notice (aaa, Court Staff) (Filed on 3/9/2009) (Entered: 03/10/2009) |
| 03/10/2009 | 434 | NOTICE of Change of Address by Craig C. Corbitt (Corbitt, Craig) (Filed on 3/10/2009) (Entered: 03/10/2009) |
| 03/12/2009 | 435 | NOTICE of Change In Counsel by Gregory Hull *NOTICE OF CHANGE IN COUNSEL* (Hull, Gregory) (Filed on 3/12/2009) (Entered: 03/12/2009) |

| 03/12/2009 | 🔒 | (Court only) *** Attorney Alan Feigenbaum terminated. Re 435 Notice (aaa, Court Staff) (Filed on 3/12/2009) (Entered: 03/13/2009) |
|---|---|---|
| 03/16/2009 | 436 | AMENDED COMPLAINT *DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT* against all defendants. Filed byCrago, Inc.. (Saveri, Guido) (Filed on 3/16/2009) (Entered: 03/16/2009) |
| 03/16/2009 | 437 | AMENDED COMPLAINT *Indirect Purchaser Plaintiffs Consolidated Amended Complaint* against all defendants. Filed bySteven Ganz, Dana Ross, Southern Office Supply, Inc, Kory Pentland, Jim Brown, Barbara Caldwell, Jeffrey Figone, Chad Klebs, Carmen Gonzalez, Donna Ellingson, Samuel J. Nasto, Craig Stephenson, David G. Norby, John Larch, Gary Hanson, Margaret Slagle, Brian A. Luscher. (Alioto, Mario) (Filed on 3/16/2009) (Entered: 03/16/2009) |
| 03/18/2009 | 🔒 | (Court only) ***Party Daewoo International Corporation, and Daewoo Electronics Corporation, and Hitachi Displays, Ltd., and Hitachi Electronic Devices (USA), and Shenzhen SEG Color Display Devices, Ltd, and Irico Group Electronics Co., Ltd., and LG Electronics Taiwan Taipei Co., Ltd., and Matsushita Electronic Corporation (Malaysia) Sdn Bhd., and Panasonic Consumer Electronics Co., and Philips Electronics Industries Ltd., and Philips Consumer Electronics Co., and Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda., and Samsung SDI (Malaysia) Sdn Bhd., and Samsung SDI Mexico S.A. de C.V., and Samsung SDI Brasil Ltda., and Shenzhen Samsung SDI Co. Ltd, and Tianjin Samsung SDI Co., Ltd., and Toshiba America Consumer Products, Inc., and Toshiba Display Devices (Thailand) Company, Ltd. added. Re 436 Amended Complaint (aaa, Court Staff) (Filed on 3/18/2009) (Entered: 03/18/2009) |
| 03/18/2009 | 🔒 | (Court only) ***Party Brady Lane Cotton rep by Mario Nunzio Alioto, Lauren Clare Russell, and Colleen Sobotka, and Daniel Riebow, and Travis Burau, and Andrew Kindt, and James Brown, and Alan Rotman, and Ryan Rizzo, and Charles Jenkins, and Daniel R. Hergert, and Adrienne Belai, and Joshua Maida, and Rosemary Ciccone, and Donna Marie Ellington, and Frank Warner, and Albert Sidney Crigler, and Philips Electronics Industries (Taiwan), Ltd., and Samsung SDI America, Inc., and Panasonic Consumer Electronics Company, and Hitachi Electronic Devices (USA), Inc., and Shenzhen Hitachi Color Display Devices, Ltd, and Tatung Company added. Re 437 Amended Complaint (aaa, Court Staff) (Filed on 3/18/2009) (Entered: 03/18/2009) |
| 03/19/2009 | 438 | Summons Returned Unexecuted by Plaintiff(s) as to Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., LP Displays International Ltd., Irico Display Devices Co., Ltd, LG Electronics, Inc., Orion Electric Co., Ltd., Orion America, Inc., Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Panasonic Corporation of America, Philips Electronics North America, Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samtel Color, |

| | | |
|---|---|---|
| | | Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Matsushita Toshiba Picture Display Co., Ltd., Chunghwa Picture Tubes, LTD., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Samsung SDI Co. Ltd, Hitachi, Ltd.. (aaa, Court Staff) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 439 | Amended Summons Issued as to Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Toshiba America Consumer Products, LLC, LP Displays International Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Panasonic Corporation of America, Tatung Company of America, Inc., Samsung Electronics Co Ltd, Samsung Electronics America, Inc., Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Philips Electronics North America, Panasonic Corporation, Samsung SDI America, Inc.(("Samsung America") is a California corporation), Daewoo International Corporation, Daewoo Electronics Corporation, Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Irico Group Electronics Co., Ltd., LG Electronics Taiwan Taipei Co., Ltd., Matsushita Electronic Corporation (Malaysia) Sdn Bhd., Panasonic Consumer Electronics Co., Philips Electronics Industries Ltd., Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips da Amazonia Industria Electronica Ltda., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, Inc., Toshiba Display Devices (Thailand) Company, Ltd., Toshiba America, Inc, MT Picture Display Co., LTD, Shenzhen SEG Hitachi Color Display Devices, Ltd, Samtel Color, Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Chunghwa Picture Tubes, LTD., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Samsung Electronics Co., Hitachi, Ltd. (aaa, Court Staff) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/24/2009 | 440 | Letter from David W. Evans dated March 24, 2009. (Evans, David) (Filed on 3/24/2009) (Entered: 03/24/2009) |
| 03/24/2009 | 441 | CERTIFICATE OF SERVICE by Orion Electric Co., Ltd., Orion America, Inc. re 440 Letter (Evans, David) (Filed on 3/24/2009) (Entered: 03/24/2009) |
| 03/24/2009 | 442 | MOTION for leave for admission of Attorney David E. Yolkut to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611030293.) filed by Panasonic Corporation of America, Panasonic Corporation, MT Picture Display Co., LTD. (Attachments: # 1 **[Proposed] Order**)(aaa, Court Staff) (Filed on 3/24/2009) (Entered: 03/25/2009) |
| 03/24/2009 | 443 | Amended Summons Issued as to Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Toshiba America Consumer Products, LLC, Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics |

| | | |
|---|---|---|
| | | N.V. ("Royal Philip") is a Dutch company), Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., Tatung Company of America, Inc., Philips Electronics North America Corporation, Samsung Electronics Co Ltd, Samsung Electronics America, Inc., Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Panasonic Corporation, Samsung SDI America, Inc.(("Samsung America") is a California corporation), Daewoo International Corporation, Daewoo Electronics Corporation, Hitachi Displays, Ltd., Irico Group Electronics Co., Ltd., LG Electronics Taiwan Taipei Co., Ltd., Matsushita Electronic Corporation (Malaysia) Sdn Bhd., Panasonic Consumer Electronics Co., Philips Electronics Industries Ltd., Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips da Amazonia Industria Electronica Ltda., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, Inc., Toshiba Display Devices (Thailand) Company, Ltd., Toshiba America, Inc, MT Picture Display Co., LTD, Hitachi Electronic Devices (USA), Inc., Shenzhen SEG Hitachi Color Display Devices, Ltd, Tatung Company, Samtel Color, Ltd., Thai CRT Company, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., LP Displays International, Ltd., Chunghwa Picture Tubes, LTD., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Samsung SDI Co. Ltd, Hitachi, Ltd. (aaa, Court Staff) (Filed on 3/24/2009) (Entered: 03/25/2009) |
| 03/25/2009 | 444 | ORDER by Judge Samuel Conti granting 442 Motion for Pro Hac Vice of David E. Yolkut (fj, COURT STAFF) (Filed on 3/25/2009) (Additional attachment(s) added on 3/26/2009: # 1 CORRECTED PDF to reflect date of order as March 25, 2009) (fj, COURT STAFF). (Entered: 03/25/2009) |
| 03/25/2009 | 🔒 | (Court only) ***Attorney David E. Yolkut for Panasonic Corporation of North America, Panasonic Corporation and MT Picture Display Co., LTD added. Re 444 Order (aaa, Court Staff) (Filed on 3/25/2009) (Entered: 03/26/2009) |
| 03/27/2009 | 🔒 | (Court only) *** Party Orion America, Inc. and Orion Electric Co., Ltd. terminated. As per Chambers (aaa, Court Staff) (Filed on 3/27/2009) (Entered: 03/27/2009) |
| 03/30/2009 | 🔒 | (Court only) *** Party Carroll Cut-Rate Furniture; Carroll Cut-Rate Furniture; Carroll Cut-Rate Furniture; Carroll Cut-Rate Furniture; Carroll Cut-Rate Furniture; Central New York Univision Video Systems, Inc.; Crimson Tech, Inc.; Michael Juetten; Monikraft, Inc; SOUND INVESTMENTS CORPORATION; The Stroud Group, Inc.; Univisions-Crimson Holding Inc.; Art's TV & Appliance and Barbara Caldwell terminated. Re 436 & 437 Amended Complaints (aaa, Court Staff) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 03/30/2009 | 🔒 | (Court only) *** Party Donna Ellingson; Donna Marie Ellington; Greg |

| | | |
|---|---|---|
| | | A Glanz; Constance Hare; Barry Kushner; Mark Pierce; Patrick Piper; Margo Stack; William E. Stack; James Stringwell; Jerry Cook and Donna Ellingson terminated. Re 436 & 437 Amended Complaints (aaa, Court Staff) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 03/30/2009 | 🔒 | (Court only) *** Party Jim Brown; Bridget Ten Eyck; Brighid Flaherty; Scott Friedson; Anthony Gianasca; OK TV & Appliances, LLC; OK TV & Appliances, LLC; Dennis Patrick; Dennis Patrick; James E. Allee and Charles Benson terminated. Re 436 & 437 Amended Complaints (aaa, Court Staff) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 03/30/2009 | 🔒 | (Court only) *** Party LP Displays; MT Picture Display Company; MT Picture Display Corporation of America (Ohio); Matsushita Toshiba Picture Display Co., Ltd.; Matsushita Toshiba Picture Display Co., Ltd.; Philips Electronics North America; LG Philips Display USA, Inc. and LP Displays terminated. Re 436 & 437 Amended Complaints (aaa, Court Staff) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 03/30/2009 | 🔒 | (Court only) *** Party Royal Philips Electronics N.V.; Samsung Electronics Co.; Samsung SDI Co.; TCL Thomson Electronics Corporation; Toshiba Matsushita Display Technology Co, LTD; MT Picture Display Corp. of America and MT Picture Display Corporation of America (New York) terminated. Re 436 & 437 Amended Complaints (aaa, Court Staff) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 03/30/2009 | 🔒 | (Court only) *** Party Koninklijke Philips Electronics N.V.; MT Picture Display; New York Direct Purchaser; Panasonic Corporation of America; Philips Electronics Industries (Taiwan), Ltd.; Philips Electronics Industries (Taiwan), Ltd.; Samsung SDI America, Inc.; TVP International (USA), Inc; TVP Technology Ltd., Co; Thomas S.A.; Thomson S.A.; Hitachi Electronic Devices (USA), Inc. and Koninklijke Philips Electronics N.V. terminated. Re 436 & 437 Amended Complaint (aaa, Court Staff) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 03/30/2009 | 🔒 | (Court only) *** Party Jeffrey Figone; Jeffrey Figone; Jeffrey Figone; Nathan Muchnick, Inc.; Nathan Muchnick, Inc.; Nathan Muchnick, Inc.; Royal Data Services, Inc.; Royal Data Services, Inc.; Royal Data Services, Inc.; Royal Data Services, Inc.; Shenzhen SEG Hitachi Color Display Devices, Ltd; U.S. Department of Justice, Antitrust Division; Wettstein & Sons, Inc; Wettstein and Sons, Inc; Jeffrey Figone and Jeffrey Figone terminated. Re 436 & 437 Amended Complaint (aaa, Court Staff) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 03/30/2009 | 445 | CERTIFICATE OF SERVICE by Panasonic Corporation of North America re 444 Order on Motion for Pro Hac Vice, *Certificate of Service* (Hull, Gregory) (Filed on 3/30/2009) (Entered: 03/30/2009) |
| 04/08/2009 | 446 | ORDER re: Special Master's Duties (sclc2, COURT STAFF) (Filed on 4/8/2009) (Entered: 04/08/2009) |
| | | |

| 04/24/2009 | 447 | NOTICE of Appearance by Robert Gordon Methvin, Jr , *James Michael Terrell & J. Matthew Stephens* (Attachments: # 1 Proof of Service)(Methvin, Robert) (Filed on 4/24/2009) (Entered: 04/24/2009) |
| 04/24/2009 | 🔒 | (Court only) ***Attorney Robert G. Methvin for Brady Lane Cotton, Colleen Sobotka and Charles Jenkins added. Re 447 Notice (aaa, COURT STAFF) (Filed on 4/24/2009) (Entered: 04/28/2009) |
| 04/24/2009 | 🔒 | (Court only) ***Attorney James Michael Terrell for Brady Lane Cotton, Colleen Sobotka and Charles Jenkins added. Re 447 Notice (aaa, COURT STAFF) (Filed on 4/24/2009) (Entered: 04/28/2009) |
| 04/24/2009 | 🔒 | (Court only) ***Attorney J. Matthew Stephens for Brady Lane Cotton, Colleen Sobotka and Charles Jenkins added. Re 447 Notice (aaa, COURT STAFF) (Filed on 4/24/2009) (Entered: 04/28/2009) |
| 04/27/2009 | 448 | NOTICE by Charles A. Legge *Order re Briefing and Hearing of Motions to Dismiss* (Legge, Charles) (Filed on 4/27/2009) (Entered: 04/27/2009) |
| 05/04/2009 | 449 | NOTICE of Appearance by Christopher William Cantrell *for Plaintiff Colleen Sobotka* (Cantrell, Christopher) (Filed on 5/4/2009) (Entered: 05/04/2009) |
| 05/04/2009 | 🔒 | (Court only) ***Attorney Keith T. Belt, Jr for Colleen Sobotka added. Re 449 Notice (aaa, COURT STAFF) (Filed on 5/4/2009) (Entered: 05/05/2009) |
| 05/08/2009 | 450 | NOTICE of Appearance by Christine A. Laciak (Laciak, Christine) (Filed on 5/8/2009) (Entered: 05/08/2009) |
| 05/11/2009 | 451 | NOTICE of Appearance by Keith Thomson Belt, Jr *for Plaintiff Colleen Sobotka* (Belt, Keith) (Filed on 5/11/2009) (Entered: 05/11/2009) |
| 05/13/2009 | 452 | NOTICE of Appearance by Michael Frederick Tubach (Tubach, Michael) (Filed on 5/13/2009) (Entered: 05/13/2009) |
| 05/13/2009 | 453 | MOTION for leave for admission of Attorney Ian Simmons to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611032117.) filed by Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Co. Ltd. (aaa, COURT STAFF) (Filed on 5/13/2009) (Additional attachment(s) added on 5/15/2009: # 1 [Proposed] Order) (aaa, COURT STAFF). (Entered: 05/14/2009) |
| 05/14/2009 | 454 | NOTICE of Appearance by William Tipton Johnson, III *for Colleen Sobotka* (Johnson, William) (Filed on 5/14/2009) (Entered: 05/14/2009) |
| 05/15/2009 | 455 | NOTICE of Appearance by Thad Alan Davis (Davis, Thad) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 🔒 | (Court only) ***Attorney Ian T Simmons for Samsung Electronics Co Ltd and Samsung Electronics America, Inc. added. (tdm, COURT STAFF) (Filed on 5/15/2009) (Entered: 05/15/2009) |

| | | |
|---|---|---|
| 05/15/2009 | 456 | ORDER by Judge Samuel Conti granting 453 Motion for Attorney Ian Simmons to Appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 457 | NOTICE of Voluntary Dismissal *Indirect Purchaser Plaintiffs' Notice of Voluntary Dismissal Without Prejudice As To Defendants Panasonic Consumer Electronics Company and Matsushita Electronics Corporation (Malaysia) Sdn. Bhd. [F.R.C.P. 41(a)(1)]* by Jeffrey Figone (Russell, Lauren) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 458 | NOTICE of Voluntary Dismissal *Indirect Purchaser Plaintiffs' Notice of Voluntary Dismissal As To Defendants Philips Consumer Electronics Co. and Philips Electronics Industries, Ltd. [F.R.C.P. 41(a)(1)]* by Jeffrey Figone (Russell, Lauren) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 459 | NOTICE of Voluntary Dismissal *Indirect Purchaser Plaintiffs' Notice of Voluntary Dismissal As To Defendants Toshiba America Consumer Products, Inc. and Toshiba Display Devices (Thailand) Company, Ltd. [F.R.C.P. 41(a)(1)]* by Jeffrey Figone (Russell, Lauren) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/18/2009 | 460 | NOTICE of Voluntary Dismissal *Without Prejudice as to Defendants Philips Consumer Electronics Co. and Philips Electronics Industries, Ltd. [F.R.C.P 41(a)(1)]* by Hawel A. Hawel d/b/a City Electronics (Saveri, Guido) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 461 | NOTICE of Voluntary Dismissal *Without Prejudice as to Defendants Panasonic Consumer Electronics Company and Matsushita Electronics Corporation (Malaysia) SDN. BDN. [F.R.C.P. 41(a)(1)]* by Hawel A. Hawel d/b/a City Electronics (Saveri, Guido) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 462 | NOTICE of Voluntary Dismissal *Without Prejudice as to Defendants Toshiba America Consumer Products, Inc. and Toshiba Display Devices (Thailand) Company, Ltd. [F.R.C.P. 41(a)(1)]* by Hawel A. Hawel d/b/a City Electronics (Saveri, Guido) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 463 | MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* filed by Beijing-Matsushita Color CRT Company, Ltd.. Motion Hearing set for 8/4/2009 09:00 AM. (Attachments: # 1 Proposed Order)(Calvani, Terry) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 🔒 | (Court only) *** Party Philips Consumer Electronics Co.; Philips Electronics Industries Ltd.; Toshiba America Consumer Products, LLC; Toshiba Display Devices (Thailand) Company, Ltd.; Matsushita Electronic Corporation (Malaysia) Sdn Bhd. and Panasonic Consumer Electronics Co. terminated. (tdm, COURT STAFF) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| | | |

| 05/18/2009 | 464 | MOTION to Dismiss *Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Complaints* filed by Tatung Company of America, Inc.. Motion Hearing set for 8/4/2009 09:00 AM in Courtroom 1, 17th Floor, San Francisco. (Ahern, Patrick) (Filed on 5/18/2009) (Entered: 05/18/2009) |
|---|---|---|
| 05/18/2009 | 465 | Request for Judicial Notice re 464 MOTION to Dismiss *Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Complaints and Declaration in Support Thereof* filed byTatung Company of America, Inc.. (Related document(s) 464 ) (Ahern, Patrick) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 466 | MOTION to Dismiss *HITACHI DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE DIRECT-PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND THE INDIRECT-PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT, Hearing set for 08/04/09 at 9:00 am, JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California, Before the Honorable Judge Charles Legge (Ret.)* filed by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. Motion Hearing set for 8/4/2009 09:00 AM. (Green, Thomas) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 467 | First MOTION to Dismiss *MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT* filed by LG Electronics, Inc., LG Eletronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd.. Motion Hearing set for 8/4/2009 09:00 AM. (Miller, Samuel) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 468 | Declaration of THOMAS R. GREEN in Support of 466 MOTION to Dismiss *HITACHI DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE DIRECT-PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND THE INDIRECT-PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT, Hearing set for 08/04 /09 at 9:00am, JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California, Before the Honorable Judge Charles Legge (Ret.)* filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Related document(s) 466 ) (Green, Thomas) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 469 | NOTICE of Change In Counsel by Samuel Ray Miller *NOTICE REGARDING REPRESENTATION OF LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD.* (Miller, Samuel) (Filed on 5/18/2009) (Entered: 05/18/2009) |

| 05/18/2009 | 470 | Proposed Order re 467 First MOTION to Dismiss *MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT [PROPOSED] ORDER GRANTING LG ELECTRONICS, INC., LG ELECTRONICS USA, INC., AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD.S MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT* by LG Electronics, Inc., LG Eletronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd.. (Miller, Samuel) (Filed on 5/18/2009) (Entered: 05/18/2009) |
|---|---|---|
| 05/18/2009 | 471 | NOTICE by LG Electronics, Inc., LG Eletronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd. re 467 First MOTION to Dismiss *MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT LG ENTITIES REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT* (Martin, Robert) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 472 | Declaration of ROBERT B. MARTIN, III in Support of 471 Notice (Other), Notice (Other), Notice (Other) *DECLARATION OF ROBERT B. MARTIN, III IN SUPPORT OF THE LG ENTITIES REQUEST FOR JUDICIAL NOTICE* filed byLG Electronics, Inc., LG Eletronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 471 ) (Martin, Robert) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 473 | CERTIFICATE OF SERVICE by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd. re 466 MOTION to Dismiss *HITACHI DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE DIRECT-PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND THE INDIRECT-PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT, Hearing set for 08/04 /09 at 9:00am, JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California, Before the Honorable Judge Charles Legge (Ret.)* (Green, Thomas) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 474 | MOTION to Dismiss *Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Complaints as to Panasonic Corp. and Panasonic Corp. of North America* filed by Panasonic Corporation of North America, Panasonic Corporation. (Attachments: # 1 Proposed Order)(Hull, Gregory) (Filed on 5/18/2009) (Entered: 05/18/2009) |

| | | |
|---|---|---|
| 05/18/2009 | 475 | CERTIFICATE OF SERVICE by Panasonic Corporation of North America, Panasonic Corporation re 474 MOTION to Dismiss *Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Complaints as to Panasonic Corp. and Panasonic Corp. of North America* (Hull, Gregory) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 476 | MOTION to Dismiss *The Direct Purchaser Plaintiffs' and the Indirect Purchaser Plaintiffs' Consolidated Amended Complaints* filed by Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Philips Electronics Industries (Taiwan), Ltd.(("Philips Electronics Taiwan") is a Taiwanese company). Motion Hearing set for 8/4/2009 09:00 AM. (Attachments: # 1 Proposed Order)(Lisi, David) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 477 | Declaration of Icy P.Y. Lin in Support of 476 MOTION to Dismiss *The Direct Purchaser Plaintiffs' and the Indirect Purchaser Plaintiffs' Consolidated Amended Complaints* filed by Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Philips Electronics Industries (Taiwan), Ltd. (("Philips Electronics Taiwan") is a Taiwanese company). (Related document(s) 476 ) (Lisi, David) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 478 | Declaration of Philips Da Amazonia Industria Electronica Ltda. in Support of 476 MOTION to Dismiss *The Direct Purchaser Plaintiffs' and the Indirect Purchaser Plaintiffs' Consolidated Amended Complaints* filed by Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Philips Electronics Industries (Taiwan), Ltd.(("Philips Electronics Taiwan") is a Taiwanese company). (Related document(s) 476 ) (Lisi, David) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 479 | Joint MOTION to Dismiss *Defendants' Joint Notice of Motion and Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint* filed by Hitachi America, Ltd., Irico Group Corp., Toshiba America Consumer Products, LLC, Irico Display Devices Co., Ltd., LG Electronics, Inc., Panasonic Corporation of North America, LG Eletronics U.S.A., Inc., Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Tatung Company of America, Inc., Philips Electronics North America Corporation, Samsung Electronics Co Ltd, Samsung Electronics America, Inc., Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Panasonic Corporation, Samsung SDI America, Inc.(("Samsung America") is a California corporation), Daewoo International Corporation, Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), LG Electronics Taiwan Taipei Co., Ltd., Philips Electronics Industries Ltd., Philips Consumer Electronics Co., Philips Electronics Industries |

| | | |
|---|---|---|
| | | (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips da Amazonia Industria Electronica Ltda., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd., Toshiba America, Inc, MT Picture Display Co., LTD, Samtel Color, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Samsung SDI Co. Ltd, Hitachi, Ltd.. Motion Hearing set for 8/4/2009 09:00 AM. (Attachments: # 1 Proposed Order)(Kessler, Jeffrey) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 480 | Certificate of Interested Entities by Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Philips Electronics Industries (Taiwan), Ltd.(("Philips Electronics Taiwan") is a Taiwanese company) identifying Corporate Parent Koninklijke Philips Electronics N.V. for Philips Electronics Industries (Taiwan), Ltd., Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda.. (Lisi, David) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 481 | CERTIFICATE OF SERVICE by Hitachi Asia, Ltd., Irico Group Corp., Toshiba America Consumer Products, LLC, Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), Irico Display Devices Co., Ltd., LG Electronics, Inc., Panasonic Corporation of North America, LG Eletronics U.S.A., Inc., Tatung Company of America, Inc., Philips Electronics North America Corporation, Samsung Electronics Co Ltd, Samsung Electronics America, Inc., Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Panasonic Corporation, Samsung SDI America, Inc.(("Samsung America") is a California corporation), Daewoo International Corporation, Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), LG Electronics Taiwan Taipei Co., Ltd., Philips Electronics Industries Ltd., Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd. (("Philips Taiwan") is a Taiwanese company), Philips da Amazonia Industria Electronica Ltda., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd., Toshiba America, Inc, MT Picture Display Co., LTD, Samtel Color, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Samsung SDI Co. Ltd, Hitachi, Ltd. re 479 Joint MOTION to Dismiss *Defendants' Joint Notice of Motion and Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint* (Kessler, Jeffrey) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 482 | MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint and Memorandum of Law In Support* filed by Samsung Electronics Co Ltd, Samsung Electronics America, Inc.. Motion Hearing set for 8/4/2009 09:00 AM. (Attachments: # 1 Proposed Order)(Simmons, Ian) (Filed on 5/18/2009) (Entered: |

| | | |
|---|---|---|
| | | 05/18/2009) |
| 05/18/2009 | 483 | Request for Judicial Notice re 482 MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint and Memorandum of Law In Support* filed bySamsung Electronics Co Ltd, Samsung Electronics America, Inc.. (Attachments: # 1 Simmons Declaration, # 2 Exhibit A)(Related document(s) 482 ) (Simmons, Ian) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 484 | **ERRONEOUSLY POSTED BY COUNSEL PLEASE SEE DOCKET NUMBER 492 FOR THE CORRECT E-FILING OF THE MOTION** First MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Puchaser Plaintiffs' Consolidated Amended Complaint* filed by Samtel Color Ltd.. Motion Hearing set for 8/4/2009 09:00 AM. (Attachments: # 1 Proposed Order) (Diaz, William) (Filed on 5/18/2009) Modified on 5/19/2009 (aaa, COURT STAFF). (Entered: 05/18/2009) |
| 05/18/2009 | 485 | Joint MOTION to Dismiss filed by Hitachi America, Ltd., Hitachi Asia, Ltd., Irico Group Corp., Toshiba America Consumer Products, LLC, Irico Display Devices Co., Ltd., LG Electronics, Inc., Panasonic Corporation of North America, LG Eletronics U.S.A., Inc., Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Tatung Company of America, Inc., Philips Electronics North America Corporation, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Panasonic Corporation, Samsung SDI America, Inc.(("Samsung America") is a California corporation), Daewoo International Corporation, Hitachi Displays, Ltd., LG Electronics Taiwan Taipei Co., Ltd., Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips da Amazonia Industria Electronica Ltda., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd., Toshiba America, Inc, MT Picture Display Co., LTD, Hitachi Electronic Devices (USA), Inc., Samtel Color, Ltd., Toshiba Corporation, Beijing-Matsushita Color CRT Company, Ltd., Samsung SDI Co. Ltd, Hitachi, Ltd.. Motion Hearing set for 8/4/2009 09:00 AM. (Attachments: # 1 Proposed Order Proposed Order)(Hull, Gregory) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 486 | Declaration of Sunil K. Gupta in Support of 484 First MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Puchaser Plaintiffs' Consolidated Amended Complaint* filed bySamtel Color Ltd.. (Related document(s) 484 ) (Diaz, William) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 487 | CERTIFICATE OF SERVICE by Beijing-Matsushita Color CRT Company, Ltd. re 463 MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* (Calvani, Terry) (Filed on 5/18/2009) (Entered: 05/18/2009) |

| 05/18/2009 | 488 | Certificate of Interested Entities by Samtel Color Ltd. re 484 First MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Puchaser Plaintiffs' Consolidated Amended Complaint* (Diaz, William) (Filed on 5/18/2009) (Entered: 05/18/2009) |
|---|---|---|
| 05/18/2009 | 489 | Request for Judicial Notice re 485 Joint MOTION to Dismiss filed byPanasonic Corporation of North America, Panasonic Corporation, MT Picture Display Co., LTD. (Attachments: # 1 Exhibit Exhibit A-1, # 2 Exhibit Exhibit A-2, # 3 Exhibit Exhibit B, # 4 Exhibit Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exhibit H, # 10 Exhibit Exhibit I) (Related document(s) 485 ) (Hull, Gregory) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 490 | CERTIFICATE OF SERVICE by Panasonic Corporation of North America, Panasonic Corporation, MT Picture Display Co., LTD re 489 Request for Judicial Notice, 485 Joint MOTION to Dismiss (Hull, Gregory) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 491 | MOTION to Dismiss *(1) The Direct Purchaser Plaintiffs' Consolidated Amended Complaint and (2) The Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* filed by Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. Motion Hearing set for 8/4/2009 09:00 AM. (Curran, Christopher) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 492 | First MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* filed by Samtel Color Ltd.. Motion Hearing set for 8/4/2009 09:00 AM. (Attachments: # 1 Proposed Order)(Diaz, William) (Filed on 5/18/2009) (Entered: 05/18/2009) |
| 05/18/2009 | 🔒 | (Court only) ***Attorney Marie L. Fiala for LG Electronics, Inc., LG Eletronics U.S.A., Inc. and LG Electronics Taiwan Taipei Co., Ltd. added. Attorney Paul Lionel Yanosy, Jr terminated. Re 469 Notice (aaa, COURT STAFF) (Filed on 5/18/2009) (Entered: 05/19/2009) |
| 05/19/2009 | 493 | Declaration of Philips Da Amazonia Industria Electronica Ltda. in Support of 476 MOTION to Dismiss *The Direct Purchaser Plaintiffs' and the Indirect Purchaser Plaintiffs' Consolidated Amended Complaints*, 478 Declaration in Support,, *CORRECTED DECLARATION* filed byKoninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Philips Electronics Industries (Taiwan), Ltd.(("Philips Electronics Taiwan") is a Taiwanese company). (Related document(s) 476 , 478 ) (Lisi, David) (Filed on 5/19/2009) (Entered: 05/19/2009) |
| 05/19/2009 | 🔒 | (Court only) ***Motions terminated: 484 First MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and* |

| | | |
|---|---|---|
| | | *Indirect Puchaser Plaintiffs' Consolidated Amended Complaint* filed by Samtel Color Ltd. Due to erroneous posting see docket number 492 Motion; for correct attachment. (aaa, COURT STAFF) (Filed on 5/19/2009) (Entered: 05/19/2009) |
| 05/19/2009 | 494 | MOTION for leave for admission of Attorney Jane E. Willis to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611032337.) filed by Daewoo International Corporation. (Attachments: # 1 [Proposed] Order)(aaa, COURT STAFF) (Filed on 5/19/2009) (Entered: 05/20/2009) |
| 05/19/2009 | 495 | CERTIFICATE OF SERVICE by Daewoo International Corporation re 494 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611032337.) (aaa, COURT STAFF) (Filed on 5/19/2009) (Entered: 05/20/2009) |
| 05/20/2009 | 496 | NOTICE of Appearance by Jeffrey Jay Lederman (Lederman, Jeffrey) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/21/2009 | 497 | NOTICE of Appearance by Robert Brent Irby *for R. Brent Irby and Eric D. Hoaglund* (Irby, Robert) (Filed on 5/21/2009) (Entered: 05/21/2009) |
| 05/21/2009 | 🔒 | (Court only) ***Attorney Jane E. Willis for Daewoo International Corporation added. (tdm, COURT STAFF) (Filed on 5/21/2009) (Entered: 05/21/2009) |
| 05/21/2009 | 498 | ORDER by Judge Samuel Conti granting 494 Motion for Pro Hac Vice admission of Attorney Jane E. Willis (tdm, COURT STAFF) (Filed on 5/21/2009) (Entered: 05/21/2009) |
| 05/21/2009 | 499 | Letter from Lucius B. Lau *regarding Toshiba America Consumer Products, L.L.C. and Toshiba America Consumer Products, Inc.* (Lau, Lucius) (Filed on 5/21/2009) (Entered: 05/21/2009) |
| 05/21/2009 | 500 | NOTICE of Appearance by Jason Kilene *on behalf of Radio and TV Equipment, Inc.* (Attachments: # 1 Certificate of Service)(Kilene, Jason) (Filed on 5/21/2009) (Entered: 05/21/2009) |
| 05/21/2009 | 🔒 | (Court only) ***Attorney Eric D. Hoaglund for Albert Sidney Crigler added. Re 497 Notice (aaa, COURT STAFF) (Filed on 5/21/2009) (Entered: 05/22/2009) |
| 05/26/2009 | 501 | MOTION for leave for admission of Attorney Elizabeth Anne McKenna to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611032499.) filed by Kory Pentland. (Attachments: # 1 [Proposed] Order)(aaa, COURT STAFF) (Filed on 5/26/2009) (Entered: 05/27/2009) |
| 05/26/2009 | 502 | MOTION for leave for admission of Attorney Paul F. Novak to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611032501.) filed by Kory Pentland. (Attachments: # 1 [Proposed] Order)(aaa, COURT STAFF) (Filed on 5/26/2009) (Entered: 05/27/2009) |
| | | |

| 05/27/2009 | 504 | MOTION for leave for admission of Attorney Richard A. Ripley to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611032573.) filed by Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips da Amazonia Industria Electronica Ltda. (aaa, COURT STAFF) (Filed on 5/27/2009) (Additional attachment(s) added on 5/29/2009: # 1 [Proposed] Order) (aaa, COURT STAFF). (Entered: 05/28/2009) |
| --- | --- | --- |
| 05/28/2009 | 503 | NOTICE of Appearance by Steven F. Benz *on behalf of Plaintiff Studio Spectrum, Inc.* (Benz, Steven) (Filed on 5/28/2009) (Entered: 05/28/2009) |
| 05/28/2009 | 505 | NOTICE by U.S. Department of Justice, Antitrust Division *Notice of Removal of Counsel* (Hamilton, Jeane) (Filed on 5/28/2009) (Entered: 05/28/2009) |
| 05/28/2009 | 🔒 | (Court only) ***Attorney Elizabeth Anne McKenna for Kory Pentland, Travis Burau, James Brown, Ryan Rizzo and Joshua Maida, Paul F Novak for Kory Pentland, Travis Burau, James Brown, Ryan Rizzo and Joshua Maida added. (tdm, COURT STAFF) (Filed on 5/28/2009) (Entered: 05/28/2009) |
| 05/28/2009 | 506 | ORDER by Judge Samuel Conti granting 501 Motion for Attorney Elizabeth Anne McKenna to appear in Pro Hac Vice (tdm, COURT STAFF) (Filed on 5/28/2009) (Entered: 05/28/2009) |
| 05/28/2009 | 507 | ORDER by Judge Samuel Conti granting 502 Motion for Attorney Paul F. Novak to appear in Pro Hac Vice (tdm, COURT STAFF) (Filed on 5/28/2009) (Entered: 05/28/2009) |
| 06/01/2009 | 🔒 | (Court only) ***Attorney Richard A. Ripley for Philips Electronics North America Corporation added. (tdm, COURT STAFF) (Filed on 6/1/2009) (Entered: 06/01/2009) |
| 06/01/2009 | 508 | ORDER by Judge Samuel Conti granting 504 Motion for attorney Richard Ripley to Appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 6/1/2009) (Entered: 06/01/2009) |
| 06/08/2009 | 509 | Special Masters Order *Stipulation and Order re: Amended Motion to Dismiss Briefing Schedule and Extended Limited Discovery Stay.* (Legge, Charles) (Filed on 6/8/2009) (Entered: 06/08/2009) |
| 06/15/2009 | 510 | Special Masters Order *Stipulation and Order re: Amended Motion to Dismiss Briefing Schedule for Daewoo Electronics Corporation.* (Legge, Charles) (Filed on 6/15/2009) (Entered: 06/15/2009) |
| 06/17/2009 | 511 | MOTION to Dismiss *Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Complaints As To Daewoo International Corporation* filed by Daewoo International Corporation. Motion Hearing set for 10/5/2009 09:00 AM. (Davis, Thad) (Filed on 6/17/2009) (Entered: 06/17/2009) |

| 06/17/2009 | 512 | Proposed Order re 511 MOTION to Dismiss *Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Complaints As To Daewoo International Corporation.* by Daewoo International Corporation. (Davis, Thad) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| --- | --- | --- |
| 06/17/2009 | 513 | Declaration of Young-Seon Lee in Support of 511 MOTION to Dismiss *Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Complaints As To Daewoo International Corporation* filed byDaewoo International Corporation. (Related document(s) 511 ) (Davis, Thad) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/17/2009 | 514 | Request for Judicial Notice re 511 MOTION to Dismiss *Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Complaints As To Daewoo International Corporation* filed byDaewoo International Corporation. (Attachments: # 1 Declaration of Thad Davis in Support of Daewoo International Corporation's Request for Judicial Notice, # 2 Exhibit A to Thad Davis Declaration, # 3 Exhibit B to Thad Davis Declaration)(Related document(s) 511 ) (Davis, Thad) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/18/2009 | 515 | CERTIFICATE OF SERVICE by James Brown, Travis Burau, Joshua Maida, Kory Pentland, Ryan Rizzo (Attachments: # 1 Order Granting Application for Admission of Paul Novak)(Novak, Paul) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 06/18/2009 | 516 | CERTIFICATE OF SERVICE by James Brown, Travis Burau, Joshua Maida, Kory Pentland, Ryan Rizzo (Attachments: # 1 Order Granting Application for Admission of Elizabeth McKenna Pro Hac Vice) (Novak, Paul) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 06/18/2009 | 517 | NOTICE by James Brown, Travis Burau, Joshua Maida, Kory Pentland, Ryan Rizzo *of Withdrawal of Andrew Morganti* (Attachments: # 1 Certificate of Service)(Novak, Paul) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 07/09/2009 | 518 | Special Masters Order *and Stipulation re Amended Motion to Dismiss Briefing Schedule for Daewoo Electronics Corporation.* (Legge, Charles) (Filed on 7/9/2009) (Entered: 07/09/2009) |
| 07/15/2009 | 519 | Special Masters Order *and Stipulation Vacating Briefing Schedule and Hearing Date for Motions to Dismiss by: 1. Philips Da Amazonia Industria Electronica Ltda. 2. Philips Electronics Industries (Taiwan), Ltd., 3. Samtel Color, Ltd..* (Legge, Charles) (Filed on 7/15/2009) (Entered: 07/15/2009) |
| 07/15/2009 | 520 | Special Masters Order *and Stipulation Amending Briefing Schedule for Defendant Daewoo International Corporation's Motion to Dismiss.* (Legge, Charles) (Filed on 7/15/2009) (Entered: 07/15/2009) |
| 07/15/2009 | 521 | NOTICE of Appearance by Jessica L. Grant (Grant, Jessica) (Filed on 7/15/2009) (Entered: 07/15/2009) |
| 07/15/2009 | 🔒 | (Court only) ***Deadlines terminated. Re 519 Order (aaa, COURT |

| | | |
|---|---|---|
| | | STAFF) (Filed on 7/15/2009) (Entered: 07/16/2009) |
| 07/23/2009 | 522 | NOTICE of Voluntary Dismissal *Without Prejudice as to Daewoo Electronics Corporation* by Hawel A. Hawel d/b/a City Electronics (Saveri, Guido) (Filed on 7/23/2009) (Entered: 07/23/2009) |
| 07/24/2009 | 523 | NOTICE of Voluntary Dismissal *Indirect Purchaser Plaintiffs' Notice of Voluntary Dismissal Without Prejudice As To Daewoo Electronics Corporation* by Jeffrey Figone (Russell, Lauren) (Filed on 7/24/2009) (Entered: 07/24/2009) |
| 07/28/2009 | 524 | NOTICE OF VOLUNTARY DISMSSAL AND ORDER of Daewoo Electronics Corporation by Indirect Purchaser Plaintiffs.. Signed by Judge Samuel Conti on 7/28/09. (tdm, COURT STAFF) (Filed on 7/28/2009) (Entered: 07/28/2009) |
| 07/28/2009 | 525 | NOTICE OF VOLUNTARY DISMSSAL AND ORDER of Daewoo Electronics Corporation by Direct Purchaser Plaintiffs. Signed by Judge Samuel Conti on 7/28/09. (tdm, COURT STAFF) (Filed on 7/28/2009) (Entered: 07/28/2009) |
| 07/30/2009 | 526 | NOTICE of Voluntary Dismissal *Without Prejudice as to Daewoo International Corporation [F.R.C.P. 41(a)(1)]* by Hawel A. Hawel d/b/a City Electronics (Saveri, Guido) (Filed on 7/30/2009) (Entered: 07/30/2009) |
| 07/30/2009 | 527 | NOTICE of Voluntary Dismissal *Indirect Purchaser Plaintiffs' Notice Of Voluntary Dismissal Without Prejudice As To Daewoo International Corporation [F.R.C.P. 41(a)(1)]* by Jeffrey Figone (Russell, Lauren) (Filed on 7/30/2009) (Entered: 07/30/2009) |
| 07/31/2009 | 528 | NOTICE of Voluntary Dismissal by Indirect Purchaser Plaintiffs' Without Prejudice As To Daewoo International Corporation and ORDER (tdm, COURT STAFF) (Filed on 7/31/2009) Modified on 7/31/2009 (tdm, COURT STAFF). (Entered: 07/31/2009) |
| 07/31/2009 | 529 | NOTICE of Voluntary Dismissal by Direct Purchaser Plaintiffs' Without Prejudice As To Daewoo International Corporation and ORDER (tdm, COURT STAFF) (Filed on 7/31/2009) (Entered: 07/31/2009) |
| 07/31/2009 | 🔒 | (Court only) *** Party Daewoo International Corporation terminated. (tdm, COURT STAFF) (Filed on 7/31/2009) (Entered: 07/31/2009) |
| 07/31/2009 | 🔒 | (Court only) ***Motions terminated: (tdm, COURT STAFF) (Filed on 7/31/2009) (Entered: 07/31/2009) |
| 08/03/2009 | 530 | Declaration of Guido Saveri *in Support of Plaintiffs'* 531 *Opposition to Defendants' Motions to Dismiss* filed byHawel A. Hawel d/b/a City Electronics. (Attachments: # 1 Exhibit 4-5, # 2 Exhibit 6 (a-f), # 3 Exhibit 6 (g-l), # 4 Exhibit 7)(Saveri, Guido) (Filed on 8/3/2009) Modified on 8/4/2009 (aaa, COURT STAFF). (Entered: 08/03/2009) |
| 08/03/2009 | 531 | MEMORANDUM in Opposition *Direct Purchaser Plaintiffs'* |

| | | |
|---|---|---|
| | | *Combined Opposition to Defendants' 511 Motions to Dismiss* filed by Hawel A. Hawel d/b/a City Electronics. (Attachments: # 1 Part II, # 2 Part III)(Saveri, Guido) (Filed on 8/3/2009) Modified on 8/4/2009 (aaa, COURT STAFF). (Entered: 08/03/2009) |
| 08/03/2009 | 532 | Request for Judicial Notice *Request For Judicial Notice In Support Of Indirect Purchaser Plaintiffs Opposition To Defendants Separate And Joint Motions To Dismiss The Indirect Purchaser Consolidated Amended Complaint* filed by Jeffrey Figone. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9, # 10 Exhibit Exhibit 10, # 11 Exhibit Exhibit 11)(Alioto, Mario) (Filed on 8/3/2009) (Entered: 08/03/2009) |
| 08/03/2009 | 533 | EXHIBITS re 532 Request for Judicial Notice,, filed by Jeffrey Figone. (Attachments: # 1 Exhibit Exhibit 12, # 2 Exhibit Exhibit 13, # 3 Exhibit Exhibit 14, # 4 Exhibit Exhibit 15, # 5 Exhibit Exhibit 16, # 6 Exhibit Exhibit 17, # 7 Exhibit Exhibit 18, # 8 Exhibit Exhibit 19, # 9 Exhibit Exhibit 20, # 10 Exhibit Exhibit 21, # 11 Exhibit Exhibit 22) (Related document(s) 532 ) (Alioto, Mario) (Filed on 8/3/2009) (Entered: 08/03/2009) |
| 08/03/2009 | 534 | EXHIBITS re 532 Request for Judicial Notice,, filed by Jeffrey Figone. (Attachments: # 1 Exhibit Exhibit 23, # 2 Exhibit Exhibit 24, # 3 Exhibit Exhibit 25, # 4 Exhibit Exhibit 26, # 5 Exhibit Exhibit 27, # 6 Exhibit Exhibit 28)(Related document(s) 532 ) (Alioto, Mario) (Filed on 8/3/2009) (Entered: 08/03/2009) |
| 08/03/2009 | 535 | EXHIBITS re 532 Request for Judicial Notice,, filed by Jeffrey Figone. (Attachments: # 1 Exhibit Exhibit 29, # 2 Exhibit Exhibit 30, # 3 Exhibit Exhibit 31)(Related document(s) 532 ) (Alioto, Mario) (Filed on 8/3/2009) (Entered: 08/04/2009) |
| 08/04/2009 | 536 | Memorandum in Opposition *Indirect Purchaser Plaintiffs Memorandum Of Points And Authorities In Opposition To Defendants Separate And Joint 511 Motions To Dismiss The Indirect Purchaser Consolidated Amended Complaint* filed by Jeffrey Figone. (Alioto, Mario) (Filed on 8/4/2009) Modified on 8/5/2009 (aaa, COURT STAFF). (Entered: 08/04/2009) |
| 08/31/2009 | 537 | Request for Judicial Notice *Direct Purchaser Plaintiffs' Request for Judicial Notice* filed by Hawel A. Hawel d/b/a City Electronics. (Saveri, Richard) (Filed on 8/31/2009) (Entered: 08/31/2009) |
| 09/02/2009 | 538 | NOTICE of Appearance by Richard Freeman Horsley (Horsley, Richard) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/02/2009 | 539 | CERTIFICATE OF SERVICE by Albert Sidney Crigler (Horsley, Richard) (Filed on 9/2/2009) (Entered: 09/02/2009) |
| 09/04/2009 | 540 | NOTICE by Jeffrey Figone re 536 Memorandum in Opposition, *Notice of Filing of Revised Table of Contents and Table of Authorities to the* |

| | | |
|---|---|---|
| | | *Indirect Purchaser Plaintiffs' Memorandum of Points and Authorities In Opposition to Defendants' Separate and Joint Motions to Dismiss the Indirect Purchaser Consolidated Amended Complaint* (Attachments: # 1 Exhibit Exhibit A-Revised Table of Contents and Table of Authorities)(Russell, Lauren) (Filed on 9/4/2009) (Entered: 09/04/2009) |
| 09/21/2009 | 541 | NOTICE of Appearance by Peter Edward Root (Root, Peter) (Filed on 9/21/2009) (Entered: 09/21/2009) |
| 09/21/2009 | 542 | NOTICE by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America *of Withdrawal of Kris H. Brewer (nee Kris Hue Chau Man) as Counsel* (Kessler, Jeffrey) (Filed on 9/21/2009) (Entered: 09/21/2009) |
| 09/22/2009 | 543 | NOTICE of Voluntary Dismissal *Indirect Purchaser Plaintiffs' Notice Of Voluntary Dismissal As To Defendant Tatung Company [FRCP 41 (a)(1)]* by Jeffrey Figone (Russell, Lauren) (Filed on 9/22/2009) (Entered: 09/22/2009) |
| 09/24/2009 | 544 | NOTICE by Southern Office Supply, Inc *Of Change of Firm Name and Address* (Solen, Donna) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 545 | Reply Memorandum re 482 MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint and Memorandum of Law In Support* filed bySamsung Electronics America, Inc.. (Simmons, Ian) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 546 | Reply Memorandum re 479 Joint MOTION to Dismiss *Defendants' Joint Notice of Motion and Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint Defendants' Joint Reply Brief in Support of Their Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint,* filed byBeijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Irico Display Devices Co., Ltd., Irico Group Corp., Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., Matsushita Toshiba Picture Display Co., Ltd., Panasonic Corporation, Panasonic Corporation of North America, Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd. (("Philips Electronics Taiwan") is a Taiwanese company), Philips Electronics Industries Ltd., Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co. Ltd, Samsung SDI Mexico S.A. de C.V., Samtel Color, Ltd., Shenzhen Samsung SDI Co. Ltd, Tatung Company of America, Inc., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, |

|  |  | Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Attachments: # 1 Certificate of Service)(Kessler, Jeffrey) (Filed on 9/24/2009) (Entered: 09/24/2009) |
|---|---|---|
| 09/24/2009 | 547 | Reply Memorandum re 474 MOTION to Dismiss *Direct and Indirect Purchaser Plaintiffs' Consolidated Amended Complaints as to Panasonic Corp. and Panasonic Corp. of North America* filed byPanasonic Corporation, Panasonic Corporation of North America. (Hull, Gregory) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 548 | CERTIFICATE OF SERVICE by Panasonic Corporation, Panasonic Corporation of North America re 547 Reply Memorandum, (Hull, Gregory) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 549 | Reply to Opposition re 466 MOTION to Dismiss *HITACHI DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS THE DIRECT-PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND THE INDIRECT-PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT, Hearing set for 08/04 HITACHI DEFENDANTS' REPLY TO (1) DIRECT PURCHASER PLAINTIFFS' AND (2) INDIRECT PURCHASER PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Roger, Kent) (Filed on 9/24/2009) (Entered: 09/24/2009)* |
| 09/24/2009 | 550 | CERTIFICATE OF SERVICE by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd. re 549 Reply to Opposition,, *PROOF OF SERVICE* (Roger, Kent) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 551 | Reply Memorandum re 463 MOTION to Dismiss *Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* filed byBeijing-Matsushita Color CRT Company, Ltd.. (Calvani, Terry) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 552 | CERTIFICATE OF SERVICE by Beijing-Matsushita Color CRT Company, Ltd. re 551 Reply Memorandum, (Calvani, Terry) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 553 | RESPONSE in Support *REPLY IN SUPPORT OF THEIR 485 MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT AND INDIRECT PURCHASER PLAINTIFFS CONSOLIDATED AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT* filed byLG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc.. (Miller, Samuel) (Filed on 9/24/2009) Modified on 9/25/2009 (aaa, COURT STAFF). (Entered: 09/24/2009) |
| 09/24/2009 | 554 | Reply Memorandum *In Further Support of Philips Defendants' 485 Motions to Dismiss the Direct Purchaser Plaintiffs' and Indirect* |

| | | |
|---|---|---|
| | | *Purchaser Plaintiffs' Consolidated Amended Complaints* filed byKoninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips Electronics North America, Philips da Amazonia Industria Electronica Ltda.. (Attachments: # 1 Affidavit Litwin Declaration, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # 5 Exhibit Exhibit 4)(Lisi, David) (Filed on 9/24/2009) Modified on 9/25/2009 (aaa, COURT STAFF). (Entered: 09/24/2009) |
| 09/24/2009 | 555 | Reply Memorandum re 485 Joint MOTION to Dismiss *Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* filed byBeijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Irico Display Devices Co., Ltd., Irico Group Corp., Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd. (formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Samtel Color, Ltd., Shenzhen Samsung SDI Co. Ltd, Tatung Company of America, Inc., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Hull, Gregory) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 556 | CERTIFICATE OF SERVICE by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America re 555 Reply Memorandum,,,,, (Hull, Gregory) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 557 | Reply Memorandum re 491 MOTION to Dismiss *(1) The Direct Purchaser Plaintiffs' Consolidated Amended Complaint and (2) The Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* MOTION to Dismiss *(1) The Direct Purchaser Plaintiffs' Consolidated Amended Complaint and (2) The Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* filed byToshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Paul, George) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 558 | Reply Memorandum re 464 MOTION to Dismiss *Direct and Indirect* |

| | | |
|---|---|---|
| | | *Purchaser Plaintiffs' Consolidated Amended Complaints* filed byTatung Company of America, Inc.. (Ahern, Patrick) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 559 | Declaration of Michael Lai in Support of 558 Reply Memorandum filed byTatung Company of America, Inc.. (Related document(s) 558 ) (Ahern, Patrick) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 560 | Declaration of Patrick J. Ahern in Support of 558 Reply Memorandum filed byTatung Company of America, Inc.. (Attachments: # 1 Exhibit A)(Related document(s) 558 ) (Ahern, Patrick) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 561 | Request for Judicial Notice re 558 Reply Memorandum filed byTatung Company of America, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Related document(s) 558 ) (Ahern, Patrick) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/30/2009 | 562 | Letter from Guido Saveri. (Saveri, Guido) (Filed on 9/30/2009) (Entered: 09/30/2009) |
| 10/01/2009 | 563 | Special Masters Order *Scheduling Order*. (Legge, Charles) (Filed on 10/1/2009) (Entered: 10/01/2009) |
| 10/01/2009 | 564 | NOTICE of Change of Address by Bruce Lee Simon (Simon, Bruce) (Filed on 10/1/2009) (Entered: 10/01/2009) |
| 10/02/2009 | 565 | NOTICE of Appearance by Christina Diane Crow (Crow, Christina) (Filed on 10/2/2009) (Entered: 10/02/2009) |
| 10/02/2009 | 🔒 | (Court only) Attorney Lynn W. Jinks, III; Attorney Nathan Dickson II added re 565 Notice (aaa, COURT STAFF) (Filed on 10/2/2009) (Entered: 10/05/2009) |
| 10/09/2009 | 566 | Letter from Guido Saveri *to Judge Legge*. (Saveri, Guido) (Filed on 10/9/2009) (Entered: 10/09/2009) |
| 10/13/2009 | 567 | Letter from Jeffrey L. Kessler *to Honorable Charles A. Legge in response to the 10/9/09 filing made by Interim Lead Counsel for the Direct Purchaser Plaintiffs*. (Kessler, Jeffrey) (Filed on 10/13/2009) (Entered: 10/13/2009) |
| 10/14/2009 | 568 | Letter from Guido Saveri *to Judge Legge*. (Saveri, Guido) (Filed on 10/14/2009) (Entered: 10/14/2009) |
| 10/15/2009 | 569 | Letter Brief *Regarding Plaintiffs' Citation to Weinstein v. Saturn Corp.* filed byPhilips Electronics North America Corporation. (Attachments: # 1 Signature Page (Declarations/Stipulations))(Lisi, David) (Filed on 10/15/2009) (Entered: 10/15/2009) |
| 10/16/2009 | 570 | Letter from Guido Saveri *to Judge Legge*. (Saveri, Guido) (Filed on 10/16/2009) (Entered: 10/16/2009) |
| 10/28/2009 | 571 | Letter from Jeffrey L. Kessler to Honorable Charles A. Legge.. (Kessler, Jeffrey) (Filed on 10/28/2009) (Entered: 10/28/2009) |

| | | |
|---|---|---|
| 10/29/2009 | 572 | Special Masters Order *Notice of Conference Call*. (Legge, Charles) (Filed on 10/29/2009) (Entered: 10/29/2009) |
| 11/04/2009 | 573 | Special Masters Order *Notice of Non-Substantive Conference Call*. (Legge, Charles) (Filed on 11/4/2009) (Entered: 11/04/2009) |
| 11/06/2009 | 574 | Letter from Direct Purchaser Plaintiffs *to the Hon. Charles A. Legge*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gruenwald, Gianna) (Filed on 11/6/2009) (Entered: 11/06/2009) |
| 11/06/2009 | 575 | Letter from Indirect Purchaser Plaintiffs to Hon. Charles A. Legge. (Attachments: # 1 Exhibit A)(Russell, Lauren) (Filed on 11/6/2009) (Entered: 11/06/2009) |
| 11/10/2009 | 576 | Letter from Jeffrey L. Kessler to Judge Legge in response to the letters submitted by Direct and Indirect Purchaser Plaintiffs dated 11/6/09,. (Kessler, Jeffrey) (Filed on 11/10/2009) (Entered: 11/10/2009) |
| 11/10/2009 | 577 | STIPULATION *and [Proposed] Order Regarding Nonparty Discovery, by* MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Kessler, Jeffrey) (Filed on 11/10/2009) (Entered: 11/10/2009) |
| 11/10/2009 | 578 | Letter from Direct Purchaser Plaintiffs *to Hon. Charles A. Legge*. (Gruenwald, Gianna) (Filed on 11/10/2009) (Entered: 11/10/2009) |
| 11/12/2009 | 579 | STIPULATION AND ORDER Regarding Nonparty Discovery. Signed by Judge Samuel Conti on 11/12/09. (tdm, COURT STAFF) (Filed on 11/12/2009) (Entered: 11/12/2009) |
| 11/13/2009 | 580 | Letter from Indirect Purchaser Plaintiffs to Special Master, Hon. Charles A. Legge (Ret.). (Russell, Lauren) (Filed on 11/13/2009) (Entered: 11/13/2009) |
| 11/16/2009 | 581 | STIPULATION *and [Proposed] Order Regarding Procedures Governing Expert Discovery, by* MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Kessler, Jeffrey) (Filed on 11/16/2009) (Entered: 11/16/2009) |
| 11/17/2009 | 582 | NOTICE by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America *Defendants' Identification of Designated Party Pursuant to Nonparty Discovery Order*. (Kessler, Jeffrey) (Filed on 11/17/2009) (Entered: 11/17/2009) |
| 11/17/2009 | 583 | STIPULATION AND ORDER Regarding Procedures Governing Expert Discovery. Signed by Judge Samuel Conti on 11/17/09. (tdm, COURT STAFF) (Filed on 11/17/2009) (Entered: 11/17/2009) |
| 12/04/2009 | 584 | Letter from David L. Yohai *to Honorable Charles A. Legge*. (Hull, Gregory) (Filed on 12/4/2009) (Entered: 12/04/2009) |
| 12/04/2009 | 585 | Letter from Indirect Purchaser Plaintiffs To Hon. Charles A. Legge. (Attachments: # 1 Exhibit A)(Russell, Lauren) (Filed on 12/4/2009) (Entered: 12/04/2009) |

| 12/10/2009 | 586 | MOTION for leave for admission of Attorney Molly M. Donovan to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611039932.) filed by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Attachments: # 1 Proposed Order)(aaaS, COURT STAFF) (Filed on 12/10/2009) (Entered: 12/10/2009) |
| --- | --- | --- |
| 12/11/2009 | 🔒 | (Court only) Molly Donovan added *** (tdm, COURT STAFF) (Filed on 12/11/2009) (Entered: 12/11/2009) |
| 12/11/2009 | 587 | ORDER by Judge Samuel Conti granting 586 Motion for admission of Attorney Molly M. Donovan to appear in Pro Hac Vice (tdm, COURT STAFF) (Filed on 12/11/2009) (Entered: 12/11/2009) |
| 12/22/2009 | 588 | STIPULATION *AND [PROPOSED] ORDER TO EXTEND LIMITED DISCOVERY STAY* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 12/22/2009) (Entered: 12/22/2009) |
| 12/30/2009 | 589 | NOTICE of Appearance by Tai Snow Milder (Milder, Tai) (Filed on 12/30/2009) (Entered: 12/30/2009) |
| 01/05/2010 | 590 | STIPULATION AND ORDER Extending Limited Discovery Stay. Signed by Judge Samuel Conti on 1/5/10. (tdm, COURT STAFF) (Filed on 1/5/2010) (Entered: 01/05/2010) |
| 01/08/2010 | 591 | MOTION to Withdraw as Attorney *William T. Johnson, III* filed by Colleen Sobotka. (Johnson, William) (Filed on 1/8/2010) (Entered: 01/08/2010) |
| 01/14/2010 | 592 | Letter from Direct Purchaser Plaintiffs *to Hon. Charles A. Legge*. (Saveri, Guido) (Filed on 1/14/2010) (Entered: 01/14/2010) |
| 01/22/2010 | 593 | Special Masters Order *Letter to All Counsel from Special Master*. (Legge, Charles) (Filed on 1/22/2010) (Entered: 01/22/2010) |
| 01/25/2010 | 594 | Letter from Jeffrey L. Kessler *on Behalf of All Defendants to Judge Legge*. (Kessler, Jeffrey) (Filed on 1/25/2010) (Entered: 01/25/2010) |
| 01/25/2010 | 595 | NOTICE of Change of Address by Christopher T. Heffelfinger *Notice of Change of Address* (Heffelfinger, Christopher) (Filed on 1/25/2010) (Entered: 01/25/2010) |
| 01/25/2010 | 596 | Letter from Guido Saveri & Mario N. Alioto *to Judge Legge*. (Saveri, Guido) (Filed on 1/25/2010) (Entered: 01/25/2010) |
| 02/05/2010 | 597 | Special Masters Order *Report, Recommendations and Tentative Rulings, Regarding Defendants' Motions to Dismiss*. (Legge, Charles) (Filed on 2/5/2010) (Entered: 02/05/2010) |
| 02/08/2010 | 598 | ORDER re: Objections to Special Master Report. Signed by Judge Samuel Conti on 2/8/2010. (sclc2, COURT STAFF) (Filed on 2/8/2010) (Entered: 02/08/2010) |
| 02/09/2010 | 🔒 | (Court only) ***Motions to Dismiss terminated: (tdm, COURT STAFF) (Filed on 2/9/2010) (Entered: 02/09/2010) |

| 02/09/2010 | 599 | ORDER by Judge Samuel Conti granting 591 Motion to Withdraw as Attorney for Colleen Sobotka. Attorney William Tipton Johnson, III terminated. (tdm, COURT STAFF) (Filed on 2/9/2010) (Entered: 02/09/2010) |
| 02/09/2010 | 🔒 | (Court only) ***Motion to Dismiss terminated: (tdm, COURT STAFF) (Filed on 2/9/2010) (Entered: 02/09/2010) |
| 02/09/2010 | 600 | Letter from Patrick J. Ahern *on behalf of Defendant Tatung Company of America, Inc. to Hon. Charles A. Legge*. (Ahern, Patrick) (Filed on 2/9/2010) (Entered: 02/09/2010) |
| 02/17/2010 | 601 | Letter from Guido Saveri *to The Honorable Charles A. Legge*. (Saveri, Guido) (Filed on 2/17/2010) (Entered: 02/17/2010) |
| 02/17/2010 | 602 | Letter from Indirect Purchaser Plaintiffs To The Honorable Charles A. Legge. (Alioto, Mario) (Filed on 2/17/2010) (Entered: 02/17/2010) |
| 02/18/2010 | 603 | STIPULATION *and (Proposed) Order Regarding Documents Submitted in Connection with Objections and Responses to Special Master's Report* by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Kessler, Jeffrey) (Filed on 2/18/2010) (Entered: 02/18/2010) |
| 02/18/2010 | 604 | STIPULATION AND ORDER Regarding Documents Submitted in Connection with Objections and Responses to Special Master's Report. Signed by Judge Samuel Conti on 2/18/10. (tdm, COURT STAFF) (Filed on 2/18/2010) (Entered: 02/18/2010) |
| 02/19/2010 | 605 | OBJECTIONS to re 597 Special Masters Order *Objections of Defendants Panasonic Corp. and Panasonic Corp. of North America to the Report, Recommendations and Tentative Rulings of the Special Master Regarding Panasonic's Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint* by Panasonic Corporation, Panasonic Corporation of North America. (Hull, Gregory) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 606 | CERTIFICATE OF SERVICE by Panasonic Corporation, Panasonic Corporation of North America re 605 Objection, (Hull, Gregory) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 607 | OBJECTIONS to re 597 Special Masters Order *Toshiba Entities' Objections to the Special Master's Report, Recommendations and Tentative Rulings Regarding Defendants' Motions to Dismiss (Direct Action)* by Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Curran, Christopher) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 608 | OBJECTIONS to re 597 Special Masters Order *Objections of Defendants Panasonic Corp. and Panasonic Corp. of North America to the Report, Recommendations and Tentative Rulings of the Special Master Regarding Panasonic's Motion to Dismiss Indirect Purchaser* |

| | | |
|---|---|---|
| | | *Plaintiffs' Consolidated Amended Complaint* by Panasonic Corporation, Panasonic Corporation of North America. (Hull, Gregory) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 609 | CERTIFICATE OF SERVICE by Panasonic Corporation, Panasonic Corporation of North America re 608 Objection, (Hull, Gregory) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 610 | OBJECTIONS to re 597 Special Masters Order *Toshiba Entities' Objections to the Special Master's Report, Recommendations and Tentative Rulings Regarding Defendants' Motions to Dismiss (Indirect Action)* by Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Curran, Christopher) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 611 | OBJECTIONS to re 597 Special Masters Order *regarding the LGE Entities Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint and Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* by LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc.. (Miller, Samuel) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 612 | OBJECTIONS to *Special Masters Report re Direct Purchaser Plaintiffs' Consolidated Amended Complaint* by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Roger, Kent) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 613 | OBJECTIONS to *Special Masters Report re Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Roger, Kent) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 614 | OBJECTIONS to re 597 Special Masters Order *Defendants' Joint Objections to the Report, Recommendations and Tentative Rulings of the Special Master Regarding Defendants' Motion to Dismiss Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* by Beijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd. |

| | | |
|---|---|---|
| | | (formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Samtel Color, Ltd., Shenzhen Samsung SDI Co. Ltd, Tatung Company of America, Inc., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, Inc., Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Hull, Gregory) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 615 | CERTIFICATE OF SERVICE by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America re 614 Objection,,,,,, (Hull, Gregory) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 616 | OBJECTIONS to re 597 Special Masters Order *Objections of Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. to the Report, Recommendations and Tentative Rulings of the Special Master Regarding Their Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint* by Samsung Electronics America, Inc., Samsung Electronics Co Ltd. (Simmons, Ian) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 617 | OBJECTIONS to re 597 Special Masters Order *Objections of Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. to the Report, Recommendations and Tentative Rulings of the Special Master Regarding Their Motion to Dismiss Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* by Samsung Electronics America, Inc., Samsung Electronics Co Ltd. (Simmons, Ian) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 618 | OBJECTIONS to re 597 Special Masters Order *Beijing Matsushita Color CRT Co., Ltd.'s Objections to Special Master Judge Legge's Report, Recommendations and Tentative Rulings Regarding Defendants' Motions to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint* by Beijing-Matsushita Color CRT Company, Ltd.. (Calvani, Terry) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 619 | OBJECTIONS to re 597 Special Masters Order *Beijing Matsushita Color CRT Co., Ltd.'s Objections to Special Master Judge Legge's Report, Recommendations and Tentative Rulings Regarding Defendants' Motions to Dismiss Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* by Beijing-Matsushita Color CRT Company, Ltd.. (Calvani, Terry) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 620 | OBJECTIONS to re 597 Special Masters Order *(Defendants' Joint Objections to the Special Master's Report and Recommendations Denying Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Complaint)* by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Attachments: # 1 Cover Letter to Judge Conti Requesting Oral Argument, # 2 Certificate of Service)(Kessler, Jeffrey) (Filed on |

| | | 2/19/2010) (Entered: 02/19/2010) |
|---|---|---|
| 02/19/2010 | 621 | Declaration of Jeffrey Kessler in Support of 620 Objection, filed byMT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Attachments: # 1 Exhibit - Part 2, # 2 Exhibit - Part 3, # 3 Exhibit - Part 4, # 4 Exhibit - Part 5, # 5 Certificate of Service)(Related document(s) 620 ) (Kessler, Jeffrey) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 622 | OBJECTIONS to re 597 Special Masters Order *KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD. AND PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICAS LTDA OBJECTIONS TO SPECIAL MASTER LEGGE'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS DATED FEBRUARY 5, 2010* by Philips Electronics North America Corporation. (Maxwell, Emily) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 623 | AFFIDAVIT re 622 Objection, *DECLARATION OF ETHAN E. LITWIN IN SUPPORT OF THE PHILIPS DEFENDANTS' OBJECTIONS TO SPECIAL MASTER LEGGE'S REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS DATED FEBRUARY 5, 2010* by Philips Electronics North America Corporation. (Attachments: # 1 Exhibit A)(Maxwell, Emily) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 624 | CERTIFICATE OF SERVICE by Samsung Electronics America, Inc., Samsung Electronics Co Ltd re 616 Objection, *to the Special Masters Report, Recommendations and Tentative Rulings Regarding Their Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint* (Simmons, Ian) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/19/2010 | 625 | CERTIFICATE OF SERVICE by Samsung Electronics America, Inc., Samsung Electronics Co Ltd re 617 Objection, *to the Special Masters Report, Recommendations, and Tentative Ruling Regarding Their Motion to Dismiss Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* (Simmons, Ian) (Filed on 2/19/2010) (Entered: 02/19/2010) |
| 02/26/2010 | 626 | RESPONSE to re 597 Special Masters Order, 619 Objection, *Indirect Purchaser Plaintiffs' Response To Beijing Matsushita Color CRT Co., Ltd.'s Objections To The Special Master's Report, Recommendations And Tentative Rulings* by Jeffrey Figone. (Alioto, Mario) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 627 | RESPONSE to re 597 Special Masters Order, 613 Objection, *Indirect Purchaser Plaintiffs' Response To The Hitachi Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings* by Jeffrey Figone. (Alioto, Mario) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 628 | RESPONSE to re 597 Special Masters Order, 611 Objection, *Indirect |

| | | |
|---|---|---|
| | | *Purchaser Plaintiffs' Response To The LGE Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings* by Jeffrey Figone. (Alioto, Mario) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 629 | RESPONSE to re 597 Special Masters Order, 608 Objection, *Indirect Purchaser Plaintiffs' Response To The Panasonic Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings* by Jeffrey Figone. (Alioto, Mario) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 630 | RESPONSE to re 622 Objection, 597 Special Masters Order *Indirect Purchaser Plaintiffs' Response To The Philips Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings* by Jeffrey Figone. (Alioto, Mario) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 631 | RESPONSE to re 597 Special Masters Order, 617 Objection, *Indirect Purchaser Plaintiffs' Response To The Samsung Electronics Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings* by Jeffrey Figone. (Alioto, Mario) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 632 | RESPONSE to re 610 Objection, 597 Special Masters Order *Indirect Purchaser Plaintiffs' Response To The Toshiba Defendants' Objections To The Special Master's Report, Recommendations And Tentative Rulings* by Jeffrey Figone. (Alioto, Mario) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 633 | RESPONSE to *THE DEFENDANTS JOINT OBJECTIONS TO THE SPECIAL MASTERS REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS REGARDING DEFENDANTS MOTIONS TO DISMISS* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 634 | RESPONSE to *THE TOSHIBA ENTITIES OBJECTIONS TO THE SPECIAL MASTERS REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS REGARDING DEFENDANTS MOTIONS TO DISMISS* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 635 | RESPONSE to *DEFENDANTS PANASONIC CORP. AND PANASONIC CORP. OF NORTH AMERICA'S OBJECTIONS TO THE SPECIAL MASTERS REPORT AND RECOMMENDATIONS* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 636 | RESPONSE to *THE HITACHI DEFENDANTS OBJECTIONS TO THE SPECIAL MASTERS REPORT AND RECOMENDATIONS* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 637 | RESPONSE to *KONINKLIJKE PHILIPS ELECTRONICS N.V.,* |

| | | |
|---|---|---|
| | | *PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD. AND PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA OBJECTIONS TO SPECIAL MASTER LEGGES REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS DATED FEBRUARY 5, 2010* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 638 | RESPONSE to *THE LG MOVANTS COMBINED OBJECTIONS TO THE SPECIAL MASTERS REPORT, RECOMMENDATIONS AND TENTATIVE RULINGS REGARDING DEFENDANTS MOTIONS TO DISMISS* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 639 | RESPONSE to *SAMSUNG ELECTRONIC CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATIONS* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/26/2010) (Entered: 02/26/2010 |
| 02/26/2010 | 640 | RESPONSE to *DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S OBJECTIONS TO THE SPECIAL MASTERS REPORT AND RECOMMENDATIONS* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 02/26/2010 | 641 | RESPONSE to re 597 Special Masters Order, 614 Objection,,,,,, *Indirect Purchaser Plaintiffs' Response To Defendants' Joint Objections To The Special Master's Report, Recommendations And Tentative Rulings* by Jeffrey Figone. (Alioto, Mario) (Filed on 2/26/2010) (Entered: 02/26/2010) |
| 03/01/2010 | 642 | Letter from Mario N. Alioto to the Honorable Samuel Conti. (Alioto, Mario) (Filed on 3/1/2010) (Entered: 03/01/2010) |
| 03/01/2010 | 643 | Letter from Geoffrey C. Rushing *to Judge Legge*. (Saveri, Guido) (Filed on 3/1/2010) (Entered: 03/01/2010) |
| 03/03/2010 | 644 | Letter from Patrick J. Ahern *Honorable Charles A. Legge*. (Attachments: # 1 - Motion for Leave to File Motion to Reconsider, # 2 - Order)(Ahern, Patrick) (Filed on 3/3/2010) (Entered: 03/03/2010) |
| 03/05/2010 | 645 | Letter from Guido Saveri *to Judge Legge*. (Saveri, Guido) (Filed on 3/5/2010) (Entered: 03/05/2010) |
| 03/08/2010 | 646 | ORDER Granting Request for Oral Argument (sclc2, COURT STAFF) (Filed on 3/8/2010) (Entered: 03/08/2010) |
| 03/11/2010 | 647 | NOTICE of Appearance by Neil Swartzberg *Notice of Appearance of Counsel Steven N. Williams and Neil Swartzberg for Orion Home Systems, LLC* (Swartzberg, Neil) (Filed on 3/11/2010) (Entered: 03/11/2010) |
| 03/11/2010 | | (Court only) Steven N. Williams Counsel added to represent Plaintiff |

| | | |
|---|---|---|
| | 🔒 | Orion Home Systems, LLC. Re 647 Notice *** (aaa, COURT STAFF) (Filed on 3/11/2010) (Entered: 03/12/2010) |
| 03/15/2010 | 648 | MOTION for leave for admission of Attorney Anton Metlitsky to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611043571.) filed by Samsung Electronics America, Inc., Samsung Electronics Co Ltd. (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 3/15/2010) (Entered: 03/16/2010) |
| 03/15/2010 | 649 | MOTION for leave for admission of Attorney Haidee L. Schwartz to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611043571.) filed by Samsung Electronics America, Inc., Samsung Electronics Co Ltd. (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 3/15/2010) (Entered: 03/16/2010) |
| 03/16/2010 | 650 | NOTICE of Appearance by Allan Steyer (Steyer, Allan) (Filed on 3/16/2010) (Entered: 03/16/2010) |
| 03/16/2010 | 651 | NOTICE of Appearance by Donald Scott Macrae (Macrae, Donald) (Filed on 3/16/2010) (Entered: 03/16/2010) |
| 03/16/2010 | 652 | NOTICE of Appearance by Jayne Ann Peeters (Peeters, Jayne) (Filed on 3/16/2010) (Entered: 03/16/2010) |
| 03/16/2010 | 653 | NOTICE of Appearance by Henry A. Cirillo (Cirillo, Henry) (Filed on 3/16/2010) (Entered: 03/16/2010) |
| 03/17/2010 | 🔒 | (Court only) Attorneys Haidee Schwartz and Anton Metlitsky added for Samsung Electronics Co. LTD and Samsung Electronics America, Inc. *** (tdm, COURT STAFF) (Filed on 3/17/2010) (Entered: 03/17/2010) |
| 03/17/2010 | 654 | ORDER by Judge Samuel Conti granting 648 Motion for admission of Attorney Anton Metlitsky to appear in Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/17/2010) (Entered: 03/17/2010) |
| 03/17/2010 | 655 | ORDER by Judge Samuel Conti granting 649 Motion for admission of Attorney Haidee L. Schwartz to appear in Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/17/2010) (Entered: 03/17/2010) |
| 03/18/2010 | 656 | Minute Entry: Motion Hearing re: Objections to the Special Master's Report and Recommendations regarding Defendants' Motions to Dismiss - Held and Submitted held on 3/18/2010 before Judge Samuel Conti (Date Filed: 3/18/2010). (Court Reporter Joan Columbini.) (tdm, COURT STAFF) (Date Filed: 3/18/2010) (Entered: 03/18/2010) |
| 03/26/2010 | 657 | MOTION to Withdraw as Attorney filed by Samtel Color Ltd.. (Attachments: # 1 Proposed Order [Proposed] Order Granting McDermott Will & Emery LLP's Motion for Leave to Withdraw)(Diaz, William) (Filed on 3/26/2010) (Entered: 03/26/2010) |
| 03/26/2010 | 658 | Declaration of William Diaz in Support of 657 MOTION to Withdraw as Attorney filed bySamtel Color Ltd.. (Attachments: # 1 Exhibit Exhibit A to Declaration of William Diaz iso Motion for Leave to Withdraw)(Related document(s) 657 ) (Diaz, William) (Filed on |

| | | |
|---|---|---|
| | | 3/26/2010) (Entered: 03/26/2010) |
| 03/26/2010 | 659 | Transcript of Proceedings held on March 18, 2010, before Judge Samuel Conti. Court Reporter/Transcriber Joan Marie Columbini, Telephone number 415-255-6842, Joan_Columbini@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 6/24/2010. (Columbini, Joan) (Filed on 3/26/2010) (Entered: 03/26/2010) |
| 03/29/2010 | 660 | Letter from James L. McGinnis *to Hon. Samuel Conti*. (McGinnis, James) (Filed on 3/29/2010) (Entered: 03/29/2010) |
| 03/29/2010 | 661 | Letter from Guido Saveri *to Judge Conti*. (Saveri, Guido) (Filed on 3/29/2010) (Entered: 03/29/2010) |
| 03/29/2010 | 662 | Letter from Mario N. Alioto to the Honorable Samuel Conti. (Attachments: # 1 Exhibit Exhibit A)(Alioto, Mario) (Filed on 3/29/2010) (Entered: 03/29/2010) |
| 03/29/2010 | 663 | Memorandum in Opposition re 657 MOTION to Withdraw as Attorney *Direct Purchaser Plaintiffs' And Indirect Purchaser Plaintiffs' Response To The Motion For Leave To Withdraw Of McDermott Will & Emery LLP As Counsel For Defendant Samtel Color, Ltd.* filed byJeffrey Figone. (Alioto, Mario) (Filed on 3/29/2010) (Entered: 03/29/2010) |
| 03/30/2010 | 664 | ORDER by Judge Samuel Conti granting 657 Motion to Withdraw as Attorney. Attorney William Diaz terminated (sclc2, COURT STAFF) (Filed on 3/30/2010) (Entered: 03/30/2010) |
| 03/30/2010 | 665 | ORDER Approving and Adopting Special Master's Report, Recommendations and Tentative Rulings re: Defendants' Motions to Dismiss. Signed by Judge Samuel Conti on 3/30/2010. (sclc2, COURT STAFF) (Filed on 3/30/2010) (Entered: 03/30/2010) |
| 03/31/2010 | 666 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byHawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 3/31/2010) (Entered: 03/31/2010) |
| 04/09/2010 | 667 | MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal)* filed by Beijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd., LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics North America Corporation, Philips da Amazonia |

|  |  | Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd. (formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tatung Company of America, Inc., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, LLC, Toshiba America Information Systems, Inc., Toshiba America, Inc. (Attachments: # 1 Proposed Order)(Kessler, Jeffrey) (Filed on 4/9/2010) (Entered: 04/09/2010) |
|------------|-----|--------------------------------------------------------|
| 04/12/2010 | 668 | Special Masters Order *Notice of In-Person Case Management Conference*. (Legge, Charles) (Filed on 4/12/2010) (Entered: 04/12/2010) |
| 04/14/2010 | 669 | ORDER Setting Hearing on Motion to Certify Order for Interlocutory Appeal.Hearing set for 4/23/2010 10:00 AM in Courtroom 1, 17th Floor, San Francisco. Signed by Judge Samuel Conti on 4/14/2010. (sclc2, COURT STAFF) (Filed on 4/14/2010) (Entered: 04/14/2010) |
| 04/15/2010 | 670 | STIPULATION re 669 Order Setting Hearing on Motion, 667 MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal)* MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal)* MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal)* MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal)* MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal) Stipulation And [Proposed] Order Re: Briefing Schedule And Hearing On Defendants' Motion To Certify Order For Interlocutory Appeal* by Jeffrey Figone. (Russell, Lauren) (Filed on 4/15/2010) (Entered: 04/15/2010) |
| 04/19/2010 | 671 | Special Masters Order *Report, Recommendations and Tentative Rulings Regarding Tatung Company of America's Motion To Dismiss*. (Legge, Charles) (Filed on 4/19/2010) (Entered: 04/19/2010) |
| 04/20/2010 | 672 | STIPULATION AND ORDER: Defendants' motion to certify this Court's March 30, 2010 Order for interlocutory appeal set for April 23, 2010 is continued to April 30, 2010 at 10:00 a.m. in Courtroom 1, 17th floor. (tdm, COURT STAFF) (Filed on 4/20/2010) (Entered: 04/20/2010) |
| 04/27/2010 | 673 | MEMORANDUM in Opposition *To Defendants' Joint 667 Motion To Certify Order For Interlocutory Appeal* filed byHawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 4/27/2010) Modified on 4/28/2010 (aaa, COURT STAFF). (Entered: 04/27/2010) |
| 04/27/2010 | 674 | Memorandum in Opposition re 667 MOTION for Certificate of |

| | | |
|---|---|---|
| | | Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal)* MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal)* MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal)* MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal)* MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory Appeal) Indirect Purchaser Plaintiffs' Opposition To Defendants' Joint Motion To Certify Order For Interlocutory Appeal* filed byJeffrey Figone. (Alioto, Mario) (Filed on 4/27/2010) (Entered: 04/27/2010) |
| 04/29/2010 | 675 | ANSWER to Amended Complaint *To Direct Purchaser* byLG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc.. (Miller, Samuel) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 676 | ANSWER to Amended Complaint *To Indirect Purchaser* byLG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc.. (Miller, Samuel) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 677 | ANSWER to Amended Complaint *Answer to Direct Purchaser Plaintiffs' Consolidated Amended Complaint* byBeijing-Matsushita Color CRT Company, Ltd.. (Calvani, Terry) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 678 | ANSWER to Amended Complaint *Answer to Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byBeijing-Matsushita Color CRT Company, Ltd.. (Calvani, Terry) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 679 | ANSWER to Amended Complaint *to Direct Purchaser* bySamsung Electronics Co Ltd. (Simmons, Ian) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 680 | ANSWER to Amended Complaint *to Direct Purchaser* bySamsung Electronics America, Inc.. (Simmons, Ian) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 681 | ANSWER to Amended Complaint *to Indirect Purchaser* bySamsung Electronics Co Ltd. (Simmons, Ian) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 682 | ANSWER to Amended Complaint *to Indirect Purchaser* bySamsung Electronics America, Inc.. (Simmons, Ian) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 683 | ANSWER to Amended Complaint *DEFENDANT MT PICTURE DISPLAY CO., LTD.'S ANSWER TO THE DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT* byMT |

| | | |
|---|---|---|
| | | Picture Display Co., LTD. (Kessler, Jeffrey) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 684 | ANSWER to Amended Complaint *DEFENDANT PANASONIC CORPORATION'S ANSWER TO THE DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT* byPanasonic Corporation. (Kessler, Jeffrey) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 685 | *Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.'s* ANSWER to Amended Complaint *of Direct Purchaser Plaintiffs* bySamsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Scarborough, Michael) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 686 | ANSWER to Amended Complaint *DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA'S ANSWER TO THE DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT* byPanasonic Corporation of North America. (Kessler, Jeffrey) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 687 | *Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.'s* ANSWER to Amended Complaint *filed by Indirect Purchaser Plaintiffs* bySamsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Scarborough, Michael) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 688 | NOTICE of Appearance by Nana Little *, Ronald Redcay, Beth H. Parker, John D. Lombardo, and D. Eric Shapland of Arnold & Porter LLP* (Attachments: # 1 Exhibit Signature Page)(Little, Nana) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 689 | Answer to Amended Complaint *Defendant Panasonic Corporation's Answer to the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byPanasonic Corporation. (Hull, Gregory) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 690 | Answer to Amended Complaint *Defendant Panasonic Corporation of North America's Answer to Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byPanasonic Corporation of North America. (Hull, Gregory) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 691 | Answer to Amended Complaint *Defendant MT Picture Display Co.,* |

|  |  | *Ltd.'s Answer to the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byMT Picture Display Co., LTD. (Hull, Gregory) (Filed on 4/29/2010) (Entered: 04/29/2010) |
|---|---|---|
| 04/29/2010 | 692 | CERTIFICATE OF SERVICE by Panasonic Corporation re 689 Answer to Amended Complaint (Hull, Gregory) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 693 | CERTIFICATE OF SERVICE by Panasonic Corporation of North America re 690 Answer to Amended Complaint (Hull, Gregory) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 694 | CERTIFICATE OF SERVICE by MT Picture Display Co., LTD re 691 Answer to Amended Complaint (Hull, Gregory) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 695 | ANSWER to Amended Complaint *Toshiba Corporation's Answer to Direct Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba Corporation. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 696 | ANSWER to Amended Complaint *Toshiba America Consumer Products, L.L.C.'s Answer to Direct Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba America Consumer Products, LLC. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 697 | ANSWER to Amended Complaint *Toshiba America Electronic Components, Inc.'s Answer to Direct Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba America Electronics Components, Inc. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 698 | ANSWER to Amended Complaint *Toshiba America Information Systems, Inc.'s Answer to Direct Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba America Information Systems, Inc.. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 699 | ANSWER to Amended Complaint *Toshiba America, Inc.'s Answer to Direct Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba America, Inc. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 700 | ANSWER to Amended Complaint *Toshiba Corporation's Answer to Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba Corporation. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 701 | ANSWER to Amended Complaint *Toshiba America Consumer Products, L.L.C.'s Answer to Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba America Consumer Products, LLC. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 702 | ANSWER to Amended Complaint *Toshiba America Electronic* |

| | | |
|---|---|---|
| | | *Components, Inc.'s Answer to Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba America Electronics Components, Inc. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 703 | ANSWER to Amended Complaint *Toshiba America Information Systems, Inc.'s Answer to Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba America Information Systems, Inc.. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 704 | ANSWER to Amended Complaint *Toshiba America, Inc.'s Answer to Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byToshiba America, Inc. (Curran, Christopher) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 705 | ANSWER to Amended Complaint *Answer of Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. to the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint* byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Roger, Kent) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 706 | ANSWER to Amended Complaint *Answer of Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. to the Direct Purchaser Plaintiffs' Consolidated Amended Complaint* byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Roger, Kent) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 707 | ANSWER to Amended Complaint *(Answer of Koninklijke Philips Electronics N.V. to Direct Purchaser Plaintiffs' Consolidated Amended Complaint)* byKoninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company). (Maxwell, Emily) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 708 | ANSWER to Amended Complaint *(Answer of Philips Electronics North America Corporation to Direct Purchaser Plaintiffs' Consolidated Amended Complaint)* byPhilips Electronics North America Corporation. (Maxwell, Emily) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 709 | ANSWER to Amended Complaint *(Answer of Koninklijke Philips Electronics N.V. to Indirect Purchaser Plaintiffs' Consolidated Amended Complaint)* byKoninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company). (Maxwell, Emily) (Filed on 4/29/2010) (Entered: 04/29/2010) |
| 04/29/2010 | 710 | ANSWER to Amended Complaint *(Answer of Philips Electronics North America Corporation to Indirect Purchaser Plaintiffs' Consolidated Amended Complaint)* byPhilips Electronics North America Corporation. (Maxwell, Emily) (Filed on 4/29/2010) (Entered: |

| | | 04/29/2010 |
|---|---|---|
| 04/29/2010 | 🔒 | (Court only) Attorney(s) Added: Ronald C, Redcay; John D. Lombardo; D. Eric Shapland; Beth H. Parker for Defendants LG Electronics, Inc; LG Electronics USA, Inc; and LG Electronics Taiwan Taipei Co., Ltd; re 688 Notice of Appearance (aaa, COURT STAFF) (Filed on 4/29/2010) (Entered: 04/30/2010) |
| 04/29/2010 | 🔒 | (Court only) Attorney added: David L. Yohai for defendant MT Picture Display Co., Ltd. Re 683 Answer *** (aaa, COURT STAFF) (Filed on 4/29/2010) (Entered: 04/30/2010) |
| 04/29/2010 | 🔒 | (Court only) Attorney(s) Added: Kent M. Roger; Diane L. Webb; Michelle Park Chiu for Defendants Hitachi, LTD; Hitachi Displays, LTD; Hitachi America, LTD; Hitachi Asia, LTD; and Hitachi Electronic Devices (USA), Inc., re 705 Answer *** (aaa, COURT STAFF) (Filed on 4/29/2010) (Entered: 04/30/2010) |
| 04/29/2010 | 🔒 | (Court only) Attorney(s) Added: John M. Taladay; Richard A. Ripley; Ethan E. Litwin for Koninklijke Philips Electronics N.V. Re 707 Answer *** (aaa, COURT STAFF) (Filed on 4/29/2010) (Entered: 04/30/2010) |
| 04/30/2010 | 711 | Minute Entry: Hearing held on 4/30/2010 before Judge Samuel Conti. Defendants' Joint Motions to Certify Order for Interlocutory Appeal - DENIED (Date Filed: 4/30/2010). (Court Reporter Jim Yeomans.) (tdm, COURT STAFF) (Date Filed: 4/30/2010) (Entered: 04/30/2010) |
| 04/30/2010 | 712 | NOTICE of Appearance by Emily L. Maxwell, Esq (Maxwell, Emily) (Filed on 4/30/2010) (Entered: 04/30/2010) |
| 04/30/2010 | 713 | NOTICE by Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Philips Electronics North America Corporation *OF WITHDRAWAL OF COUNSEL* (Maxwell, Emily) (Filed on 4/30/2010) (Entered: 04/30/2010) |
| 04/30/2010 | 714 | NOTICE of Change In Counsel by Francis M. Gregorek (Gregorek, Francis) (Filed on 4/30/2010) (Entered: 04/30/2010) |
| 04/30/2010 | 🔒 | (Court only) Attorney(s) Added: Francis M. Gregorek; Betsy C. Manifold; Rachelle R. Rickert & Mary Jane Edelstein Fait all at Wolf Haldenstein Adler Freeman & Herz LLP by Princeton Display Technologies, Inc., re 714 Notice & via telephone (Marta)*** (aaa, COURT STAFF) (Filed on 4/30/2010) (Entered: 05/03/2010) |
| 04/30/2010 | 🔒 | (Court only) *** Attorney David Michael Lisi terminated. Re 713 Notice (aaa, COURT STAFF) (Filed on 4/30/2010) (Entered: 07/27/2010) |
| 05/10/2010 | 715 | Letter from Jeffrey L. Kessler to Honorable Charles A. Legge. (Halling, Gary) (Filed on 5/10/2010) (Entered: 05/10/2010) |
| | | |

| 05/10/2010 | 716 | AMENDED COMPLAINT *Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint* against Beijing-Matsushita Color CRT Company, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Chunghwa Picture Tubes, LTD., Daewoo Electronics Corporation, Daewoo International Corporation, Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Irico Display Devices Co., Ltd., Irico Group Corp., Irico Group Electronics Co., Ltd., Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., LG Philips Display USA, Inc., LP Displays(formerly known as LG Philips Displays), LP Displays, LP Displays International Ltd., LP Displays International, Ltd., MT Picture Display, MT Picture Display Co., LTD, MT Picture Display Company, MT Picture Display Corp. of America, MT Picture Display Corporation of America (New York), MT Picture Display Corporation of America (Ohio), Matsushita Electric Industrial Co, Ltd., Matsushita Electronic Corporation (Malaysia) Sdn Bhd., Matsushita Toshiba Picture Display Co., Ltd., New York Direct Purchaser, Orion America, Inc., Orion Electric Co., Ltd., Panasonic Consumer Electronics Co., Panasonic Consumer Electronics Company, Panasonic Corporation, Panasonic Corporation of America, Panasonic Corporation of North America, Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd. (("Philips Taiwan") is a Taiwanese company), Philips Electronics Industries (Taiwan), Ltd.(("Philips Electronics Taiwan") is a Taiwanese company), Philips Electronics Industries Ltd., Philips Electronics North America, Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Royal Philips Electronics N.V., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung Electronics Co., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung SDI America") is a California corporation), Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Samsung SDI Co. Ltd, Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.), Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samtel Color Ltd., Samtel Color, Ltd., Shenzhen SEG Color Display Devices, Ltd, Shenzhen SEG Hitachi Color Display Devices, Ltd, Shenzhen Samsung SDI Co. Ltd, TCL International Holdings LTD. (TCL), TCL Thomson Electronics Corporation, TVP International (USA), Inc, TVP Technology Ltd., Co, Tatung Company, Tatung Company of America, Inc., Thai CRT Company, Ltd., Thomas S.A., Thomson S.A., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation, Toshiba Display Devices (Thailand) Company, Ltd., Toshiba Matsushita Display Technology Co, LTD, Victor Company of Japan, LTD. Filed byJeffrey Figone. (Alioto, Mario) (Filed on 5/10/2010) |

| | | (Entered: 05/10/2010) |
|---|---|---|
| 05/11/2010 | 717 | CASE MANAGEMENT STATEMENT filed by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 5/11/2010) (Entered: 05/11/2010) |
| 05/20/2010 | 718 | Special Masters Order *Report Regarding Case Management Conference*. (Legge, Charles) (Filed on 5/20/2010) (Entered: 05/20/2010) |
| 05/25/2010 | 719 | STIPULATION re 716 Amended Complaint,,,,,,,,,,,,,, *Stipulation And [Proposed] Case Management Order Re Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint* by Jeffrey Figone. (Russell, Lauren) (Filed on 5/25/2010) (Entered: 05/25/2010) |
| 05/25/2010 | 720 | Letter from Ethan E. Litwin, Esq. *re: the May 20, 2010 Report Regarding Case Management Conference in Relation to Personal Jurisdiction Motions*. (Litwin, Ethan) (Filed on 5/25/2010) (Entered: 05/25/2010) |
| 05/28/2010 | 721 | NOTICE by Meijer Distribution, Inc., Meijer, Inc. *Notice Of Change Of Firm Affiliation And Appearance For Linda P. Nussbaum* (Fastiff, Eric) (Filed on 5/28/2010) (Entered: 05/28/2010) |
| 06/01/2010 | 722 | Special Masters Order *Stipulation and Proposed Case Management Order re Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint*. (Legge, Charles) (Filed on 6/1/2010) (Entered: 06/01/2010) |
| 06/01/2010 | 🔒 | (Court only) ***Motions terminated: 667 MOTION for Certificate of Appealability *(Defendants' Joint Notice of Motion and Motion to Certify Order for Interlocutory (tdm, COURT STAFF) (Filed on 6/1/2010) (Entered: 06/01/2010)* |
| 06/03/2010 | 723 | NOTICE of Change of Address by Derek G. Howard *Notice of Change of Address and Affiliation of Derek G. Howard* (Howard, Derek) (Filed on 6/3/2010) (Entered: 06/03/2010) |
| 06/03/2010 | 724 | Report Regarding Case Management Conference and ORDER. Signed by Judge Samuel Conti on 6/3/10. (tdm, COURT STAFF) (Filed on 6/3/2010) (Entered: 06/03/2010) |
| 06/03/2010 | 725 | Stipulation and Case Management Order re Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint. Signed by Judge Samuel Conti on 6/3/10. (tdm, COURT STAFF) (Filed on 6/3/2010) (Entered: 06/03/2010) |
| 06/04/2010 | 726 | ANSWER to Amended Complaint byTatung Company of America, Inc.. (Ahern, Patrick) (Filed on 6/4/2010) (Entered: 06/04/2010) |
| 06/17/2010 | 727 | MOTION for leave for admission of Attorney Andreas Stargard to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611047133.) filed by Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), Philips Electronics North America Corporation. (Attachments: # 1 Proposed |

|  |  | Order)(aaa, COURT STAFF) (Filed on 6/17/2010) (Entered: 06/18/2010) |
|---|---|---|
| 06/21/2010 | 728 | ORDER by Judge Samuel Conti granting 727 Application for Admission of Attorney Pro Hac Vice (sclc2, COURT STAFF) (Filed on 6/21/2010) (Entered: 06/21/2010) |
| 06/21/2010 | 🔒 | (Court only) Attorney added Andreas Stargard for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation. Re 728 Order *** (aaa, COURT STAFF) (Filed on 6/21/2010) (Entered: 06/22/2010) |
| 06/23/2010 | 729 | MOTION to Withdraw as Attorney *Motion for Leave to Withdraw of Pillsbury Winthrop Shaw Pittman LLP* filed by Irico Display Devices Co., Ltd., Irico Group Corp.. (Attachments: # 1 Proposed Order) (Tiffany, Joseph) (Filed on 6/23/2010) (Entered: 06/23/2010) |
| 06/23/2010 | 730 | Declaration of Joseph R. Tiffany II in Support of 729 MOTION to Withdraw as Attorney *Motion for Leave to Withdraw of Pillsbury Winthrop Shaw Pittman LLP* filed byIrico Display Devices Co., Ltd., Irico Group Corp.. (Related document(s) 729 ) (Tiffany, Joseph) (Filed on 6/23/2010) (Entered: 06/23/2010) |
| 06/23/2010 | 731 | OBJECTIONS to re 729 MOTION to Withdraw as Attorney *Motion for Leave to Withdraw of Pillsbury Winthrop Shaw Pittman LLP Direct And Indirect Purchaser Plaintiffs' Objection to Motion for Leave to Withdraw* by Jeffrey Figone. (Attachments: # 1 Exhibit A)(Russell, Lauren) (Filed on 6/23/2010) (Entered: 06/23/2010) |
| 06/24/2010 | 732 | ORDER by Judge Samuel Conti granting 729 Motion to Withdraw as Attorney. Attorney Joseph R. Tiffany, II; Terrence A. Callan and Philip Andrew Simpkins terminated (sclc2, COURT STAFF) (Filed on 6/24/2010) (Entered: 06/24/2010) |
| 06/25/2010 | 733 | Joint MOTION to Dismiss *Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint* filed by Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. Motion Hearing set for 8/24/2010 09:00 AM. (Scarborough, Michael) (Filed on 6/25/2010) (Entered: 06/25/2010) |
| 07/15/2010 | 734 | Letter from Jeffrey L. Kessler *to Honorable Charles A. Legge*. (Kessler, Jeffrey) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/15/2010 | 735 | Letter Brief *from Guido Saveri and Mario Alioto to Honorable Charles A. Legge* filed byHawel A. Hawel d/b/a City Electronics. (Attachments: # 1 Enclosure 1, # 2 Enclosure 2)(Saveri, Guido) (Filed on 7/15/2010) (Entered: 07/15/2010) |
| 07/18/2010 | 736 | Memorandum in Opposition re 733 Joint MOTION to Dismiss *Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint* filed |

| | | byJeffrey Figone. (Attachments: # 1 Appendix A)(Alioto, Mario) (Filed on 7/18/2010) (Entered: 07/18/2010) |
|---|---|---|
| 07/19/2010 | 737 | Letter from Jeffrey L. Kessler to Hon. Charles A. Legge providing a more complete papers record in response to the submissions made in plaintiffs' July 15, 2010 letter.. (Kessler, Jeffrey) (Filed on 7/19/2010) (Entered: 07/19/2010) |
| 07/26/2010 | 738 | MOTION for leave for admission of Attorney Dana E. Foster to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611048530.) filed by Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 7/26/2010) (Entered: 07/27/2010) |
| 07/27/2010 | 739 | STIPULATION *and [Proposed] Order Re Page Limit for Reply Brief in Support of Defendants' Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint* by Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Scarborough, Michael) (Filed on 7/27/2010) (Entered: 07/27/2010) |
| 07/27/2010 | 740 | Special Masters Order *Order for Case Management Conference*. (Legge, Charles) (Filed on 7/27/2010) (Entered: 07/27/2010) |
| 07/28/2010 | 741 | Special Masters Order *Stipulation and [Proposed] Order Re Page Limit for Reply Brief in Support of Defendants' Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint*. (Legge, Charles) (Filed on 7/28/2010) (Entered: 07/28/2010) |
| 07/30/2010 | 742 | Reply Memorandum re 733 Joint MOTION to Dismiss *Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint* filed by Samsung Electronics America, Inc., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Scarborough, Michael) (Filed on 7/30/2010) (Entered: 07/30/2010) |
| 07/30/2010 | 743 | NOTICE of Appearance by Bijal Vijay Vakil *for Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* (Vakil, Bijal) (Filed on 7/30/2010) (Entered: 07/30/2010) |
| 08/04/2010 | 744 | AMENDED DOCUMENT by Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. Amendment to 738 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611048530.) MOTION for |

| | | |
|---|---|---|
| | | leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611048530.) *for Attorney Dana E. Foster*. (Attachments: # 1 Proposed Order)(Vakil, Bijal) (Filed on 8/4/2010) (Entered: 08/04/2010) |
| 08/09/2010 | 745 | STIPULATION AND ORDER re page limit for reply brief in support of Defendants' Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint. Signed by Judge Samuel Conti on 8/9/10. (tdm, COURT STAFF) (Filed on 8/9/2010) (Entered: 08/09/2010) |
| 08/10/2010 | 🔒 | (Court only) ***Motions terminated: 738 MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611048530.) MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 210.00, receipt number 34611048530.) filed by Toshiba Corporation, Toshiba America Electronics Components, Inc, Toshiba America Consumer Products, LLC, Toshiba America, Inc, Toshiba America Information Systems, Inc.. (tdm, COURT STAFF) (Filed on 8/10/2010) (Entered: 08/10/2010) |
| 08/10/2010 | 746 | ORDER Granting Amended application for admission of Attorney Dana E. Foster in Pro Hac Vice. Signed by Judge Samuel Conti on 8/9/10. (tdm, COURT STAFF) (Filed on 8/10/2010) (Entered: 08/10/2010) |
| 08/10/2010 | 🔒 | (Court only) Attorney Added Dana E. Foster for Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, LLC., and Toshiba America Electronic Components, Inc., re 746 Order *** (aaa, COURT STAFF) (Filed on 8/10/2010) (Entered: 08/11/2010) |
| 08/16/2010 | 747 | Special Masters Order *Notice of Dial In Information for Special Master Hearing 8/24/10*. (Legge, Charles) (Filed on 8/16/2010) (Entered: 08/16/2010) |
| 08/20/2010 | 748 | NOTICE of Appearance by Joel Steven Sanders (Sanders, Joel) (Filed on 8/20/2010) (Entered: 08/20/2010) |
| 08/20/2010 | 🔒 | (Court only) Attorney Added Rachel S. Brass of Gibson, Dunn & Crutcher, LLP for Defendant Chunghwa Picture Tubes, Ltd. re 748 Notice *** (aaa, COURT STAFF) (Filed on 8/20/2010) (Entered: 08/23/2010) |
| 08/30/2010 | 749 | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byJeffrey Figone. (Attachments: # 1 Exhibit A)(Related document(s) 736 , 742 , 733 ) (Russell, Lauren) (Filed on 8/30/2010) (Entered: 08/30/2010) |
| 09/01/2010 | 750 | NOTICE of Change of Address by Linda Phyllis Nussbaum *NOTICE OF CHANGE OF FIRM AFFILIATION AND APPEARANCE* (Nussbaum, Linda) (Filed on 9/1/2010) (Entered: 09/01/2010) |
| 09/02/2010 | 751 | NOTICE of Appearance by Margaret Anne Keane (Keane, Margaret) |

| | | (Filed on 9/2/2010) (Entered: 09/02/2010) |
|---|---|---|
| 09/02/2010 | [752](#) | NOTICE by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America *Notice of Withdrawal of Counsel* (Keane, Margaret) (Filed on 9/2/2010) (Entered: 09/02/2010) |
| 09/02/2010 | 🔒 | (Court only) *** Attorney Michelle Lo and Peter Edward Root terminated. Re [752](#) Notice (aaa, COURT STAFF) (Filed on 9/2/2010) (Entered: 09/03/2010) |
| 09/03/2010 | [753](#) | Letter from Jeffrey L. Kessler *to the Honorable Charles A. Legge Requesting that Plaintiffs be Compelled to Provide Proper Responses to Defendants' Interrogatories and Document Requests.* (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E)(Kessler, Jeffrey) (Filed on 9/3/2010) (Entered: 09/03/2010) |
| 09/08/2010 | [754](#) | Special Masters Order *REPORT REGARDING CASE MANAGEMENT CONFERENCE NO. 2.* (Legge, Charles) (Filed on 9/8/2010) (Entered: 09/08/2010) |
| 09/10/2010 | [755](#) | Declaration of R. Alexander Saveri *in Support of Motion to Compel/Strike Objections Against Hitachi Defendants* filed byCrago, Inc.. (Attachments: # [1](#) Exhibit Exhibit 1, # [2](#) Exhibit Exhibit 2 Part One, # [3](#) Exhibit Exhibit 2 Part Two, # [4](#) Exhibit Exhibit 3, # [5](#) Exhibit Exhibit 4- 13, # [6](#) Exhibit Exhibit 14-18)(Saveri, Guido) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/10/2010 | [756](#) | Letter from Guido Saveri *on Motion to Compel Discovery of Information Antedating November 2003 related to Docket # 755.* (Saveri, Guido) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/10/2010 | [757](#) | Letter from Guido Saveri *on Motion to Compel Discovery of Foreign Conduct and Pricing; related to Docket # 755.* (Saveri, Guido) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/10/2010 | [758](#) | Letter from Guido Saveri *on Motion to Compel Discovery With Respect to CRT Products; related to Docket # 755.* (Saveri, Guido) (Filed on 9/10/2010) (Entered: 09/10/2010) |
| 09/15/2010 | [759](#) | NOTICE of Appearance by Marc Howard Edelson (Edelson, Marc) (Filed on 9/15/2010) (Entered: 09/15/2010) |
| 09/20/2010 | [760](#) | Letter from D.Webb and R.Saveri *LETTER FROM D. WEBB AND R. SAVERI TO JUDGE LEGGE REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTIONS TO COMPEL AGAINST HITACHI DEFENDANTS.* (Allen, Jason) (Filed on 9/20/2010) (Entered: 09/20/2010) |
| 09/20/2010 | [761](#) | Letter from Plaintiffs *Letter Brief in Response to Defendants' Motion to Compel Contention Discovery.* (Saveri, Guido) (Filed on 9/20/2010) (Entered: 09/20/2010) |
| 09/22/2010 | [762](#) | STATEMENT OF RECENT DECISION pursuant to Civil Local Rule 7-3.d filed byJeffrey Figone. (Attachments: # [1](#) Exhibit A)(Related |

|  |  | document(s) 736 , 742 , 733 ) (Russell, Lauren) (Filed on 9/22/2010) (Entered: 09/22/2010) |
|---|---|---|
| 09/23/2010 | 763 | Special Masters Order *Scheduling Order*. (Legge, Charles) (Filed on 9/23/2010) (Entered: 09/23/2010) |
| 09/27/2010 | 764 | Special Masters Order *Letter to Counsel dated September 9/27/10.* (Legge, Charles) (Filed on 9/27/2010) (Entered: 09/27/2010) |
| 09/28/2010 | 765 | Letter from Michael W. Scarborough *on Motion to Compel Production of Chunghwa Translations*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Scarborough, Michael) (Filed on 9/28/2010) (Entered: 09/28/2010) |
| 09/29/2010 | 766 | NOTICE of Change of Address by Ethan E. Litwin *Notice of Change of Firm Affiliation* (Litwin, Ethan) (Filed on 9/29/2010) (Entered: 09/29/2010) |
| 09/30/2010 | 767 | Letter from Jeffrey L. Kessler *to Judge Legge in Reply to Plaintiffs' Opposition to Defendants' Motion to Compel Responses to Defendants' Finished CRT Products Discovery Requests*. (Kessler, Jeffrey) (Filed on 9/30/2010) (Entered: 09/30/2010) |
| 09/30/2010 | 768 | Special Masters Order *Report, Recommendations and Tentative Rulings Regarding Defendants Joint Motion to Dismiss the Second Consolidated Amended Complaint of the Indirect Purchaser Plaintiffs*. (Legge, Charles) (Filed on 9/30/2010) (Entered: 09/30/2010) |
| 10/01/2010 | 769 | Special Masters Order *Notice of Hearings*. (Legge, Charles) (Filed on 10/1/2010) (Entered: 10/01/2010) |
| 10/04/2010 | 770 | Letter from Diane L. Webb *in Opposition to Plaintiffs' Motion to Compel Discovery of Information Antedating November of 2003*. (Webb, Diane) (Filed on 10/4/2010) (Entered: 10/04/2010) |
| 10/04/2010 | 771 | Letter from Diane L. Webb *in Opposition to Plaintiffs' Motion to Compel Discovery of Foreign Conduct and Pricing*. (Webb, Diane) (Filed on 10/4/2010) (Entered: 10/04/2010) |
| 10/04/2010 | 772 | Letter from Diane L. Webb *in Opposition to Plaintiffs' Motion to Compel Discovery with Respect to CRT Products*. (Webb, Diane) (Filed on 10/4/2010) (Entered: 10/04/2010) |
| 10/04/2010 | 773 | Declaration of Diane L. Webb in Support of 772 Letter, 771 Letter, 770 Letter *Declaration of Diane L. Webb in Support of Oppositions to Motion to Compel/Strike Objections Against Hitachi Defendants* filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S)(Related document(s) 772 , 771 , 770 ) (Webb, Diane) (Filed on 10/4/2010) (Entered: 10/04/2010) |

| 10/04/2010 | 774 | Declaration of L. Thomas Heiser in Support of 770 Letter, 772 Letter, 771 Letter *Declaration of L. Thomas Heiser in Opposition to Motions to Compel/Strike Objections Against Hitachi Defendants* filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Related document(s) 770 , 772 , 771 ) (Webb, Diane) (Filed on 10/4/2010) (Entered: 10/04/2010) |
|---|---|---|
| 10/04/2010 | 775 | Request for Judicial Notice re 770 Letter, 772 Letter, 771 Letter *Request for Judicial Notice in Support of Oppositions to Motion to Compel/Strike Objections Against Hitachi Defendants* filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Attachments: # 1 Exhibit 1)(Related document(s) 770 , 772 , 771 ) (Webb, Diane) (Filed on 10/4/2010) (Entered: 10/04/2010) |
| 10/05/2010 | 776 | NOTICE of Appearance by Josef Deen Cooper (Cooper, Josef) (Filed on 10/5/2010) (Entered: 10/05/2010) |
| 10/05/2010 | 777 | NOTICE of Appearance by Tracy R. Kirkham (Kirkham, Tracy) (Filed on 10/5/2010) (Entered: 10/05/2010) |
| 10/05/2010 | 778 | NOTICE of Appearance by John Dmitry Bogdanov (Bogdanov, John) (Filed on 10/5/2010) (Entered: 10/05/2010) |
| 10/05/2010 | 779 | Declaration of TILLIE LIM in Support of 770 Letter, 772 Letter, 771 Letter *DECLARATION OF TILLIE LIM IN SUPPORT OF OPPOSITIONS TO MOTION TO COMPEL/STRIKE OBJECTIONS AGAINST HITACHI DEFENDANTS* filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Related document(s) 770 , 772 , 771 ) (Webb, Diane) (Filed on 10/5/2010) (Entered: 10/05/2010) |
| 10/07/2010 | 780 | Joint MOTION to Adopt Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint re 768 Special Masters Order filed by Beijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc. (("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tatung Company of America, Inc., Tianjin |

| | | |
|---|---|---|
| | | Samsung SDI Co., Ltd., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Scarborough, Michael) (Filed on 10/7/2010) (Entered: 10/07/2010) |
| 10/07/2010 | 781 | Declaration of Dylan I. Ballard *in Support of Docket No. 780 (Defendants Joint Motion to Adopt Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint)* filed byBeijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tatung Company of America, Inc., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Attachments: # 1 Exhibit A)(Scarborough, Michael) (Filed on 10/7/2010) Modified on 10/8/2010 (aaa, COURT STAFF). (Entered: 10/07/2010) |
| 10/07/2010 | 782 | Proposed Order *780 Adopting Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint* by Beijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd., Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tatung Company of America, Inc., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, |

|  |  | Inc., Toshiba America, Inc, Toshiba Corporation. (Scarborough, Michael) (Filed on 10/7/2010) Modified on 10/8/2010 (aaa, COURT STAFF). (Entered: 10/07/2010) |
|---|---|---|
| 10/13/2010 | 783 | STIPULATION AND [PROPOSED] ORDER re 768 Special Masters Order *Stipulation And [Proposed] Order Extending Time To File Objections To Special Master's Report, Recommendations And Tentative Rulings Regarding Defendants' Joint Motion To Dismiss The Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint* by Jeffrey Figone. (Alioto, Mario) (Filed on 10/13/2010) Modified on 10/14/2010 (aaa, COURT STAFF). (Entered: 10/13/2010) |
| 10/15/2010 | 784 | STIPULATION AND ORDER Extending Time To File Objections To Special Master's Report, Recommendations And Tentative Rulings Regarding Defendants' Joint Motion To Dismiss The Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint. Signed by Judge Samuel Conti on 10/15/10. (tdm, COURT STAFF) (Filed on 10/15/2010) (Entered: 10/15/2010) |
| 10/15/2010 | 785 | Letter from Rachel S. Brass *to Hon. Charles A. Legge re Response to Motion to Compel Production of Chunghwa Translations.* (Willard, Joel) (Filed on 10/15/2010) (Entered: 10/15/2010) |
| 10/15/2010 | 786 | Letter Brief *from Guido Saveri and Mario Alioto to Hon. Charles A. Legge re. Motion to Compel Discovery with Respect to Chunghwa Translations* filed byHawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 10/15/2010) (Entered: 10/15/2010) |
| 10/15/2010 | 787 | Declaration of R. Alexander Saveri in Support of 786 Letter Brief *from Guido Saveri and Mario Alioto to Hon. Charles A. Legge re. Motion to Compel Discovery with Respect to Chunghwa Translations* filed byHawel A. Hawel d/b/a City Electronics. (Attachments: # 1 Exhibit 1 - 6)(Related document(s) 786 ) (Saveri, Guido) (Filed on 10/15/2010) (Entered: 10/15/2010) |
| 10/16/2010 | 788 | Declaration of Mario N. Alioto in Support of 786 Letter Brief filed byJeffrey Figone. (Related document(s) 786 ) (Alioto, Mario) (Filed on 10/16/2010) (Entered: 10/16/2010) |
| 10/21/2010 | 789 | Reply Memorandum *Reply Letter Brief On Motion To Compel Discovery of Foreign Conduct and Pricing* filed byHawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 790 | Reply Memorandum *Reply Letter Brief in Support of Plaintiffs' Motion to Compel Discovery of Information Antedating November of 2003* filed byHawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 791 | Reply Memorandum *Reply Letter Brief On Motion to Compel Discovery With Respect To CRT Products* filed byHawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 10/21/2010) (Entered: 10/21/2010) |

| | | |
|---|---|---|
| 10/21/2010 | 792 | Declaration of Mario N. Alioto *In Support Of Reply Letter Brief On Motion to Compel Discovery With Respect To CRT Products* filed byHawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/21/2010 | 793 | Declaration of R. Alexander Saveri *In Support of Plaintiffs' Motions To Compel Discovery Against Hitachi Entities* filed byHawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 10/21/2010) (Entered: 10/21/2010) |
| 10/22/2010 | 794 | NOTICE of Appearance by Brian Joseph Barry, Esq (Barry, Brian) (Filed on 10/22/2010) (Entered: 10/22/2010) |
| 10/25/2010 | 795 | STIPULATION & *[Proposed] Order to Extend Limited Discovery Stay* by Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc. (("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Scarborough, Michael) (Filed on 10/25/2010) (Entered: 10/25/2010) |
| 10/25/2010 | 796 | STIPULATION & *[Proposed] Order Modifying & Adopting Special Masters Report* by Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Scarborough, Michael) (Filed on 10/25/2010) (Entered: 10/25/2010) |
| 10/26/2010 | 797 | Special Masters Order *Stipulation and Proposed Order Modifying and Adopting Special Master's Report, Recommendations and Tentative Rulings Regarding Defendants' Joint Motion to Dismiss the Second Consolidated Amended Complaint of the Indirect Purchaser Plaintiffs.* (Legge, Charles) (Filed on 10/26/2010) (Entered: 10/26/2010) |
| 10/27/2010 | 798 | ORDER Extending Limited Discovery Stay. Signed by Judge Samuel Conti on 10/27/2010. (sclc2, COURT STAFF) (Filed on 10/27/2010) (Entered: 10/27/2010) |
| 10/27/2010 | 799 | ORDER Modifying and Adopting Special Master's Report, Recommendations and Tentative Rulings re: Defendants' Joint Motion to Dismiss the Second Consolidated Amended Complaint of the Indirect Purchaser Plaintiffs. Signed by Judge Samuel Conti on 10/27/2010. (sclc2, COURT STAFF) (Filed on 10/27/2010) (Entered: 10/27/2010) |
| 10/27/2010 | 800 | REPLY to Response to Motion *to compel Chunghwa to produce translations* filed bySamsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Attachments: # 1 Exhibit F)(Scarborough, Michael) (Filed on 10/27/2010) (Entered: 10/27/2010) |

| 10/27/2010 | 🔒 | (Court only) ***Motions terminated: <u>733</u> Joint MOTION to Dismiss *Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint* filed by Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI Brasil Ltda., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Mexico S.A. de C.V., Tianjin Samsung SDI Co., Ltd., Shenzhen Samsung SDI Co. Ltd, <u>780</u> Joint MOTION to Adopt Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint re <u>768</u> Special Masters OrderJoint MOTION to Adopt Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint re <u>768</u> Special Masters OrderJoint MOTION to Adopt Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint re <u>768</u> Special Masters OrderJoint MOTION to Adopt Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint re <u>768</u> Special Masters OrderJoint MOTION to Adopt Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint re <u>768</u> Special Masters OrderJoint MOTION to Adopt Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint re <u>768</u> Special Masters OrderJoint MOTION to Adopt Special Master's Report, Recommendations and Tentative Rulings re Defendants' Joint Motion to Dismiss Indirect Purchaser Plaintiffs' Second Consolidated Amended Complaint re <u>768</u> Special Masters Order filed by Beijing-Matsushita Color CRT Company, Ltd., LG Electronics, Inc., Samsung SDI Brasil Ltda., Samsung Electronics Co Ltd, MT Picture Display Co., LTD, Panasonic Corporation, Toshiba America, Inc, Toshiba America Information Systems, Inc., Hitachi Displays, Ltd., Philips da Amazonia Industria Electronica Ltda., LG Electronics Taiwan Taipei Co., Ltd., Philips Electronics Industries (Taiwan), Ltd., Tatung Company of America, Inc., Toshiba America Electronics Components, Inc, Toshiba America Consumer Products, LLC, Shenzhen Samsung SDI Co. Ltd, Samsung Electronics America, Inc., Samsung SDI Co., Ltd., Hitachi, Ltd., Panasonic Corporation of North America, Hitachi America, Ltd., Tianjin Samsung SDI Co., Ltd., Hitachi Electronic Devices (USA), Inc., LG Eletronics U.S.A., Inc., Toshiba Corporation, Hitachi Asia, Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) Sdn Bhd., Philips Electronics North America Corporation, Koninklijke Philips Electronics N.V., Samsung SDI Mexico S.A. de C.V.. (sclc2, COURT STAFF) (Filed on 10/27/2010) (Entered: 10/27/2010) |
| 10/27/2010 | <u>801</u> | Special Masters Order *Notice of Hearing*. (Legge, Charles) (Filed on 10/27/2010) (Entered: 10/27/2010) |

| 10/29/2010 | 802 | Special Masters Order *Notice of Dial In Information for 11/3/10 In Person Hearing*. (Legge, Charles) (Filed on 10/29/2010) (Entered: 10/29/2010) |
| 11/02/2010 | 803 | Special Masters Order *Notice of Continuance of November 3, 2010 Motion Hearing*. (Legge, Charles) (Filed on 11/2/2010) (Entered: 11/02/2010) |
| 11/03/2010 | 804 | NOTICE of Appearance by Manfred Patrick Muecke (Muecke, Manfred) (Filed on 11/3/2010) (Entered: 11/03/2010) |
| 11/04/2010 | 805 | Special Masters Order *Notice of Dial In Number for In Person Motion Hearing Set for November 12, 2010 at 2:00 PM (Pacific)*. (Legge, Charles) (Filed on 11/4/2010) (Entered: 11/04/2010) |
| 11/10/2010 | 806 | STIPULATION *Stipulation And [Proposed] Order Regarding The Production Of Electronically Stored Information* by Indirect Purchaser Plaintiffs. (Attachments: # 1 Addendum to Stipulated Order --Hitachi, # 2 Addendum to Stipulated Order--Panasonic)(Russell, Lauren) (Filed on 11/10/2010) (Entered: 11/10/2010) |
| 11/11/2010 | 807 | Letter from Guido Saveri and Mario Alioto. (Attachments: # 1 Exhibit, # 2 Exhibit)(Saveri, Guido) (Filed on 11/11/2010) (Entered: 11/11/2010) |
| 11/12/2010 | 808 | NOTICE of Appearance by Benjamin Gardner Bradshaw (Bradshaw, Benjamin) (Filed on 11/12/2010) (Entered: 11/12/2010) |
| 11/17/2010 | 809 | Special Masters Order *Procedural and Scheduling Order*. (Legge, Charles) (Filed on 11/17/2010) (Entered: 11/17/2010) |
| 11/18/2010 | 810 | Special Masters Order *Report and Recommendations Regarding Discovery Motions*. (Legge, Charles) (Filed on 11/18/2010) (Entered: 11/18/2010) |
| 11/19/2010 | 811 | NOTICE by Crago, Inc. *of Withdrawal of Attorney Jessica L. Grant as Counsel for Crago, Inc.* (Simon, Bruce) (Filed on 11/19/2010) (Entered: 11/19/2010) |
| 11/19/2010 | 🔒 | (Court only) *** Attorney Jessica L. Grant terminated. Re 811 Order (aaa, COURT STAFF) (Filed on 11/19/2010) (Entered: 11/22/2010) |
| 11/24/2010 | 812 | Letter from Counsel for Hitachi Defendants and Counsel for Direct Purchaser Plaintiffs *re Extension*. (Webb, Diane) (Filed on 11/24/2010) (Entered: 11/24/2010) |
| 11/30/2010 | 813 | Joint MOTION re 810 Special Masters Order filed by Beijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd., Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a |

| | | |
|---|---|---|
| | | Taiwanese company), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co. Ltd, Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tatung Company of America, Inc., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Attachments: # 1 Proposed Order)(Kessler, Jeffrey) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 11/30/2010 | 814 | Declaration of Jeffrey Kessler in Support of 813 Joint MOTION re 810 Special Masters OrderJoint MOTION re 810 Special Masters OrderJoint MOTION re 810 Special Masters OrderJoint MOTION re 810 Special Masters OrderJoint MOTION re 810 Special Masters OrderJoint MOTION re 810 Special Masters Order filed byBeijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics Industries (Taiwan), Ltd.(("Philips Taiwan") is a Taiwanese company), Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co. Ltd, Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tatung Company of America, Inc., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation. (Attachments: # 1 Exhibit A)(Related document(s) 813 ) (Kessler, Jeffrey) (Filed on 11/30/2010) (Entered: 11/30/2010) |
| 12/02/2010 | 815 | STIPULATION *ADOPTING SPECIAL MASTER'S PROCEDURAL AND SCHEDULING ORDER AND [Proposed] ORDER* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 12/2/2010) (Entered: 12/02/2010) |
| 12/03/2010 | 816 | STIPULATION AND ORDER ADOPTING SPECIAL MASTER'S PROCEDURAL AND SCHEDULING ORDER. Signed by Judge Samuel Conti on 12/3/10. (tdm, COURT STAFF) (Filed on 12/3/2010) (Entered: 12/03/2010) |
| 12/07/2010 | 817 | Evidentiary Proffer of Defendants Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi Asia, Ltd.; Hitachi America, Ltd.; and Hitachi Electronic |

| | | |
|---|---|---|
| | | Devices (USA), Inc. by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Webb, Diane) (Filed on 12/7/2010) (Entered: 12/07/2010) |
| 12/07/2010 | 818 | Request for Judicial Notice in Support of the Hitachi Defendants' 817 Evidentiary Proffer filed by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Attachments: # 1 Exhibit 1)(Related document(s) 817 ) (Webb, Diane) (Filed on 12/7/2010) Modified on 12/8/2010 (slh, COURT STAFF). (Entered: 12/07/2010) |
| 12/07/2010 | 819 | Declaration of Tetsuro Yokoo in Support of 817 Statement, filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Attachments: # 1 Exhibit 1)(Related document(s) 817 ) (Webb, Diane) (Filed on 12/7/2010) (Entered: 12/07/2010) |
| 12/07/2010 | 820 | Declaration of Katsuyuki Kawamura in Support of 817 Statement, filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Related document(s) 817 ) (Webb, Diane) (Filed on 12/7/2010) (Entered: 12/07/2010) |
| 12/07/2010 | 821 | Declaration of Akihiro Harasawa in Support of 817 Statement, filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Related document(s) 817 ) (Webb, Diane) (Filed on 12/7/2010) (Entered: 12/07/2010) |
| 12/07/2010 | 822 | Declaration of Raymond Teng in Support of 817 Statement, filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Related document(s) 817 ) (Webb, Diane) (Filed on 12/7/2010) (Entered: 12/07/2010) |
| 12/07/2010 | 823 | Declaration of Tillie Lim in Support of 817 Statement, filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Related document(s) 817 ) (Webb, Diane) (Filed on 12/7/2010) (Entered: 12/07/2010) |
| 12/07/2010 | 824 | Declaration of Daryl Chambers in Support of 817 Statement, filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Related document(s) 817 ) (Webb, Diane) (Filed on 12/7/2010) (Entered: 12/07/2010) |
| 12/07/2010 | 825 | Declaration of L. Thomas Heiser in Support of 817 Statement, filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Related document(s) 817 ) (Webb, Diane) (Filed on 12/7/2010) (Entered: 12/07/2010) |
| 12/08/2010 | 826 | ORDER by Judge Samuel Conti Adopting Report and Recommendations and Tentative Rulings Regarding Discovery Motions as to 813 Motion (tdm, COURT STAFF) (Filed on 12/8/2010) (Entered: 12/08/2010) |
| | | |

| 12/11/2010 | [827](#) | AMENDED COMPLAINT *Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint* against Beijing-Matsushita Color CRT Company, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Chunghwa Picture Tubes, LTD., Daewoo Electronics Corporation, Daewoo International Corporation, Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Irico Display Devices Co., Ltd., Irico Group Corp., Irico Group Electronics Co., Ltd., Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., LG Philips Display USA, Inc., LP Displays(formerly known as LG Philips Displays), LP Displays, LP Displays International Ltd., LP Displays International, Ltd., MT Picture Display, MT Picture Display Co., LTD, MT Picture Display Company, MT Picture Display Corp. of America, MT Picture Display Corporation of America (New York), MT Picture Display Corporation of America (Ohio), Matsushita Electric Industrial Co, Ltd., Matsushita Electronic Corporation (Malaysia) Sdn Bhd., Matsushita Toshiba Picture Display Co., Ltd., New York Direct Purchaser, Orion America, Inc., Orion Electric Co., Ltd., Panasonic Consumer Electronics Co., Panasonic Consumer Electronics Company, Panasonic Corporation, Panasonic Corporation of America, Panasonic Corporation of North America, Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd. (("Philips Taiwan") is a Taiwanese company), Philips Electronics Industries (Taiwan), Ltd.(("Philips Electronics Taiwan") is a Taiwanese company), Philips Electronics Industries Ltd., Philips Electronics North America, Philips Electronics North America Corporation, Philips da Amazonia Industria Electronica Ltda., Royal Philips Electronics N.V., Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung Electronics Co., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung SDI America") is a California corporation), Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Samsung SDI Co. Ltd, Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.), Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samtel Color Ltd., Samtel Color, Ltd., Shenzhen SEG Color Display Devices, Ltd, Shenzhen SEG Hitachi Color Display Devices, Ltd, Shenzhen Samsung SDI Co. Ltd, TCL International Holdings LTD. (TCL), TCL Thomson Electronics Corporation, TVP International (USA), Inc, TVP Technology Ltd., Co, Tatung Company, Tatung Company of America, Inc., Thai CRT Company, Ltd., Thomas S.A., Thomson S.A., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation, Toshiba Display Devices (Thailand) Company, Ltd., Toshiba Matsushita Display Technology Co, LTD, Victor Company of Japan, LTD. Filed byIndirect Purchaser Plaintiffs. (Alioto, Mario) (Filed on |

| | | |
|---|---|---|
| | | 12/11/2010) (Entered: 12/11/2010) |
| 12/16/2010 | 828 | STIPULATION AND ORDER Regarding The Production Of Electronically Stored Information. Signed by Judge Samuel Conti on 12/16/10. (tdm, COURT STAFF) (Filed on 12/16/2010) (Entered: 12/16/2010) |
| 12/16/2010 | 829 | Letter from Counsel for Hitachi Defendants, Counsel for Direct Purchaser Plaintiffs and Counsel for Indirect Purchaser Plaintiffs *to the Hon. Charles Legge re Procedural and Scheduling Order on MTC.* (Webb, Diane) (Filed on 12/16/2010) (Entered: 12/16/2010) |
| 12/16/2010 | 830 | STIPULATION re 827 Amended Complaint,,,,,,,,,,,,, *Stipulation and [Proposed] Order Extending Defendants' Time to Answer Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint* by Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc. (("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co. Ltd, Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Scarborough, Michael) (Filed on 12/16/2010) (Entered: 12/16/2010) |
| 12/21/2010 | 831 | STIPULATION AND ORDER Extending to January 26, 2011 Defendants' Time to Answer Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint. Signed by Judge Samuel Conti on 12/21/10. (tdm, COURT STAFF) (Filed on 12/21/2010) (Entered: 12/21/2010) |
| 12/29/2010 | 832 | Special Masters Order *Order Granting Extensions of Time for Finished CRT Products Discovery.* (Legge, Charles) (Filed on 12/29/2010) (Entered: 12/29/2010) |
| 01/04/2011 | 833 | NOTICE by Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), Philips Electronics North America Corporation -*Withdrawal of Counsel* (Myers, Gregg) (Filed on 1/4/2011) (Entered: 01/04/2011) |
| 01/04/2011 | 🔒 | (Court only) *** Attorney Gregg Aaron Myers terminated. Re 833 Notice (aaa, COURT STAFF) (Filed on 1/4/2011) (Entered: 01/05/2011) |
| 01/05/2011 | 834 | NOTICE of Change In Counsel by Allan Steyer (Steyer, Allan) (Filed on 1/5/2011) (Entered: 01/05/2011) |
| 01/05/2011 | 835 | Letter from Counsel for Hitachi Defendants *to the Hon. Charles Legge re status of the custodian meet-and-confer process and production of materials to facilitate that process.* (Webb, Diane) (Filed on 1/5/2011) (Entered: 01/05/2011) |
| 01/05/2011 | 836 | Letter from Direct Purchaser Plaintiffs And Indirect Purchaser Plaintiffs To The Special Master, Hon. Charles A. Legge. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Alioto, Mario) (Filed on 1/5/2011) (Entered: 01/05/2011) |
| 01/05/2011 | | (Court only) *** Attorney Henry A. Cirillo terminated. Re 834 Notice |

| | | |
|---|---|---|
| | 🔒 | (aaa, COURT STAFF) (Filed on 1/5/2011) (Entered: 01/07/2011) |
| 01/07/2011 | 837 | Special Masters Order *Letter from Judge Legge to Counsel*. (Legge, Charles) (Filed on 1/7/2011) (Entered: 01/07/2011) |
| 01/19/2011 | 838 | Special Masters Order *Procedural and Scheduling Order Re: Motions Against the Hitachi Defendants*. (Legge, Charles) (Filed on 1/19/2011) (Entered: 01/19/2011) |
| 01/21/2011 | 839 | NOTICE of Change In Counsel by Bruce Lee Simon (Simon, Bruce) (Filed on 1/21/2011) (Entered: 01/21/2011) |
| 01/25/2011 | 840 | NOTICE of Appearance by Joseph Song (Song, Joseph) (Filed on 1/25/2011) (Entered: 01/25/2011) |
| 01/26/2011 | 841 | *Answer of Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. to Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* ANSWER to Amended Complaint bySamsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Scarborough, Michael) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 842 | *Answer of Samsung Electronics America, Inc. to Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* ANSWER to Amended Complaint bySamsung Electronics America, Inc.. (Simmons, Ian) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 843 | *Samsung Electronics Co., Ltd.'s Answer to Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* ANSWER to Amended Complaint bySamsung Electronics Co Ltd. (Simmons, Ian) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 844 | Answer to Amended Complaint *Defendant Panasonic Corporation's Answer to the Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* byPanasonic Corporation. (Hull, Gregory) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 845 | Answer to Amended Complaint *Defendant Panasonic Corporation of North America's Answer to the Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* byPanasonic Corporation of North America. (Hull, Gregory) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 846 | Answer to Amended Complaint *Defendant MT Picture Display Co.,* |

| | | |
|---|---|---|
| | | *Ltd.'s Answer to the Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* byMT Picture Display Co., LTD. (Hull, Gregory) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 847 | CERTIFICATE OF SERVICE by Panasonic Corporation re 844 Answer to Amended Complaint (Hull, Gregory) (Filed on 1/26/2011) (Entered: 01/26/2011) |
| 01/26/2011 | 848 | CERTIFICATE OF SERVICE by Panasonic Corporation of North America re 845 Answer to Amended Complaint, (Hull, Gregory) (Filed on 1/26/2011) (Entered: 01/26/2011) |
| 01/26/2011 | 849 | CERTIFICATE OF SERVICE by MT Picture Display Co., LTD re 846 Answer to Amended Complaint (Hull, Gregory) (Filed on 1/26/2011) (Entered: 01/26/2011) |
| 01/26/2011 | 850 | ANSWER to Amended Complaint *Toshiba Corporation's Answer to Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* byToshiba Corporation. (Curran, Christopher) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 851 | ANSWER to Amended Complaint *Toshiba America Consumer Products, L.L.C.'s Answer to Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* byToshiba America Consumer Products, LLC. (Curran, Christopher) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 852 | ANSWER to Amended Complaint *Toshiba America Electronic Components, Inc.'s Answer to Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* byToshiba America Electronics Components, Inc. (Curran, Christopher) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 853 | ANSWER to Amended Complaint *Toshiba America Information Systems, Inc.'s Answer to Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* byToshiba America Information Systems, Inc.. (Curran, Christopher) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 854 | ANSWER to Amended Complaint *Toshiba America, Inc.'s Answer to Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* byToshiba America, Inc. (Curran, Christopher) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 855 | ANSWER to Amended Complaint - *Answer of Philips Electronics North America Corporation To Indirect Purchaser Plaintiffs'* 827 *Third Consolidated Amended Complaint* - byPhilips Electronics North America Corporation. (Song, Joseph) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |

| 01/26/2011 | 856 | ANSWER to Amended Complaint - *Answer Of Koninklijke Philips Electronics N.V. To Indirect Purchaser Plaintiffs' 827 Third Consolidated Amended Complaint* - byKoninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company). (Song, Joseph) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| --- | --- | --- |
| 01/26/2011 | 857 | Answer to Amended Complaint *Answer to Indirect Purchaser Plaintiffs' 827 Third Consolidated Amended Complaint* byLG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc.. (Redcay, Ronald) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 858 | ANSWER to Amended Complaint *Defendant Beijing Matsushita Color CRT Co., Ltd.'s Answer to the Indirect Purchaser Plaintiffs' 827 Third Consolidated Amended Complaint* byBeijing-Matsushita Color CRT Company, Ltd.. (Calvani, Terry) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/26/2011 | 859 | ANSWER to Amended Complaint *827 (Third Consolidated)* byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Roger, Kent) (Filed on 1/26/2011) Modified on 1/27/2011 (aaa, COURT STAFF). (Entered: 01/26/2011) |
| 01/27/2011 | 860 | STIPULATION re 827 Amended Complaint,,,,,,,,,,,,, *for Extension of Time to Answer* by Tatung Company of America, Inc.. (Ahern, Patrick) (Filed on 1/27/2011) (Entered: 01/27/2011) |
| 01/31/2011 | 861 | STIPULATION AND ORDER Defendant Tatung Company of America, Inc. has to 2/2/11 to Answer Indirect Purchaser Plaintiffs' Third Amended Complaint (tdm, COURT STAFF) (Filed on 1/31/2011) (Entered: 01/31/2011) |
| 02/03/2011 | 862 | ANSWER to Amended Complaint *(Third) of Indirect Purchaser Plaintiffs* byTatung Company of America, Inc.. (Ahern, Patrick) (Filed on 2/3/2011) (Entered: 02/03/2011) |
| 02/04/2011 | 863 | NOTICE of Appearance by Robert Page Bruner (Bruner, Robert) (Filed on 2/4/2011) (Entered: 02/04/2011) |
| 02/09/2011 | 864 | Letter from Counsel for Hitachi Defendants *to the Hon. Charles Legge re status of the custodian meet-and-confer process and production of materials to facilitate that process*. (Attachments: # 1 Exhibit A) (Webb, Diane) (Filed on 2/9/2011) (Entered: 02/09/2011) |
| 02/09/2011 | 865 | Letter from Direct Purchaser Plaintiffs And Indirect Purchaser Plaintiffs To Hon. Charles A. Legge. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Alioto, Mario) (Filed on 2/9/2011) (Entered: 02/09/2011) |
| 02/11/2011 | 866 | Special Masters Order *Order re: Motions Against Hitachi Defendants*. (Legge, Charles) (Filed on 2/11/2011) (Entered: 02/11/2011) |

| | | |
|---|---|---|
| 02/11/2011 | 867 | Special Masters Order *Order For Status and Scheduling Conference.* (Legge, Charles) (Filed on 2/11/2011) (Entered: 02/11/2011) |
| 02/11/2011 | 868 | NOTICE by Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), Philips Electronics North America Corporation *of Withdrawal as Counsel* (Maxwell, Emily) (Filed on 2/11/2011) (Entered: 02/11/2011) |
| 02/11/2011 | 🔒 | (Court only) *** Attorney Emily L. Maxwell, Esq terminated. Re 868 Notice (aaa, COURT STAFF) (Filed on 2/11/2011) (Entered: 02/14/2011) |
| 02/12/2011 | 869 | NOTICE by U.S. Department of Justice, Antitrust Division *Notice of Removal of Counsel* (Pletcher, Anna) (Filed on 2/12/2011) (Entered: 02/12/2011) |
| 02/12/2011 | 🔒 | (Court only) *** Attorney Anna Tryon Pletcher terminated. Re 869 Notice (aaa, COURT STAFF) (Filed on 2/12/2011) (Entered: 02/14/2011) |
| 02/21/2011 | 870 | NOTICE by Michael Juetten, Chad Klebs, Margo Stack, William E. Stack *// Notice of Withdrawal of Counsel* (Schultz, Matthew) (Filed on 2/21/2011) (Entered: 02/21/2011) |
| 02/21/2011 | 🔒 | (Court only) *** Attorney Matthew Rutledge Schultz terminated. Re 870 Notice (aaa, COURT STAFF) (Filed on 2/21/2011) (Entered: 02/22/2011) |
| 03/08/2011 | 871 | NOTICE by Orion Home Systems, LLC *NOTICE OF CHANGE OF FIRM NAME* (Williams, Steven) (Filed on 3/8/2011) (Entered: 03/08/2011) |
| 03/09/2011 | 872 | MOTION for leave for admission of Attorney Scott A. Stempel to appear in Pro Hac Vice ( Filing fee $ 275.00, receipt number 34611057315.) filed by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd. (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 3/9/2011) (Entered: 03/10/2011) |
| 03/09/2011 | 873 | MOTION for leave for admission of Attorney John Clayton Everett, Jr., to appear in Pro Hac Vice ( Filing fee $ 275.00, receipt number 34611057316.) filed by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd. (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 3/9/2011) (Entered: 03/10/2011) |
| 03/10/2011 | 🔒 | (Court only) *** attorneys added (tdm, COURT STAFF) (Filed on 3/10/2011) (Entered: 03/10/2011) |
| 03/10/2011 | 874 | ORDER by Judge Samuel Conti granting 872 Motion for admission of Attorney Scott A. Stempel to appear in Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/10/2011) (Entered: 03/10/2011) |
| 03/10/2011 | 875 | ORDER by Judge Samuel Conti granting 873 Motion for admission of |

| | | Attorney John Clayton Everett, Jr., to appear in Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/10/2011) (Entered: 03/10/2011) |
|---|---|---|
| 03/14/2011 | 876 | Special Masters Order *Notice of Dial In Information for March 17, 2011 Hearing*. (Legge, Charles) (Filed on 3/14/2011) (Entered: 03/14/2011) |
| 03/14/2011 | 877 | Special Masters Order *Report and Recommendations Re: Motions for Discovery Against the Hitachi Defendants*. (Legge, Charles) (Filed on 3/14/2011) (Entered: 03/14/2011) |
| 03/18/2011 | 878 | NOTICE by Orion Home Systems, LLC *Notice of Withdrawal of Counsel* (Williams, Steven) (Filed on 3/18/2011) (Entered: 03/18/2011) |
| 03/18/2011 | 🔒 | (Court only) *** Attorney Neil Swartzberg terminated. Re 878 Notice (aaa, COURT STAFF) (Filed on 3/18/2011) (Entered: 03/21/2011) |
| 03/21/2011 | 879 | Special Masters Order *Report Regarding Case Management Conference No. 3*. (Legge, Charles) (Filed on 3/21/2011) (Entered: 03/21/2011) |
| 03/21/2011 | 880 | Administrative Motion to File Under Seal filed by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Attachments: # 1 Proposed Order)(Kessler, Jeffrey) (Filed on 3/21/2011) (Entered: 03/21/2011) |
| 03/23/2011 | 881 | CONDITIONAL TRANSFER ORDER: IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION: MDL NO. 1917 by Jeffery N. Luthi, Clerk of the Panel (aaa, COURT STAFF) (Filed on 3/23/2011) (Entered: 03/23/2011) |
| 03/28/2011 | 882 | ORDER ADOPTING REPORT AND RECOMMENDATIONS RE: Motions for Discovery against the Hitachi Defendants. Signed by Judge Samuel Conti on 3/21/11. (tdm, COURT STAFF) (Filed on 3/28/2011) (Entered: 03/28/2011) |
| 03/28/2011 | 883 | ORDER ADOPTING REPORT Regarding Case Management Conference No. 3.. Signed by Judge Samuel Conti on 3/28/11. (tdm, COURT STAFF) (Filed on 3/28/2011) (Entered: 03/28/2011) |
| 03/28/2011 | 884 | MOTION for Settlement *Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd.* filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Affidavit Declaration of Mario N. Alioto In Support of Indirect Purchaser Plaintiffs' Motion for Preliminary Approval of Settlement with Chunghwa Picture Tubes, Ltd.)(Alioto, Mario) (Filed on 3/28/2011) (Entered: 03/28/2011) |
| 03/31/2011 | 885 | ORDER by Judge Samuel Conti denying 880 Administrative Motion to File Under Seal (sclc2, COURT STAFF) (Filed on 3/31/2011) (Entered: 03/31/2011) |
| 03/31/2011 | 886 | NOTICE of Appearance by Aaron M. Sheanin (Sheanin, Aaron) (Filed on 3/31/2011) (Entered: 03/31/2011) |

| 03/31/2011 | 🔒 | (Court only) Attorney Bruce L. Simon, Attorney P. John Brady, Attorney Daniel D. Owen added as counsel for Plaintiff Direct Purchase re 886 Notice (aaa, COURT STAFF) (Filed on 3/31/2011) (Entered: 04/04/2011) |
| 04/04/2011 | 887 | NOTICE of Change of Address by Christopher T. Heffelfinger (Heffelfinger, Christopher) (Filed on 4/4/2011) (Entered: 04/04/2011) |
| 04/07/2011 | 888 | NOTICE of Appearance by Jon Vensel Swenson *on behalf of Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V.* (Swenson, Jon) (Filed on 4/7/2011) (Entered: 04/07/2011) |
| 04/12/2011 | 892 | MOTION AND [PROPOSED] ORDER for Sanctions filed by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (aaa, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/15/2011) |
| 04/12/2011 | 893 | Declaration of JEFFREY KESSLER in Support of 892 MOTION for Sanctions filed byMT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Related document(s) 892 ) (aaa, COURT STAFF) (Filed on 4/12/2011) (Entered: 04/15/2011) |
| 04/14/2011 | 889 | Administrative Motion to File Under Seal filed by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Attachments: # 1 Affidavit Declaration of Jeffrey Kessler in Support of Administrative Motion to File Confidential Documents Under Seal)(Kessler, Jeffrey) (Filed on 4/14/2011) (Entered: 04/14/2011) |
| 04/14/2011 | 890 | NOTICE of Change In Counsel by Jon Vensel Swenson (Swenson, Jon) (Filed on 4/14/2011) (Entered: 04/14/2011) |
| 04/14/2011 | 891 | MOTION for Joinder *of Defendant Chunghwa Picture Tubes, Ltd. in Defendants' Administrative Motion to File Confidential Documents Under Seal* filed by Chunghwa Picture Tubes, LTD.. (Attachments: # 1 Affidavit Declaration of Fu-Chia "Morgan" Tai in Support of Defendants' Administrative Motion to File Confidential Documents Under Seal, # 2 Affidavit Declaration of Jordan Heller in Support of Defendants' Administrative Motion to File Confidential Documents Under Seal, # 3 Proposed Order Granting Defendants' Administrative Motion to File Confidential Documents Under Seal)(Brass, Rachel) (Filed on 4/14/2011) (Entered: 04/14/2011) |
| 04/14/2011 | 🔒 | (Court only) *** Attorney Richard A. Ripley and Joseph Song terminated. Re 890 Notice (aaa, COURT STAFF) (Filed on 4/14/2011) (Entered: 04/15/2011) |
| 04/15/2011 | 894 | CLERKS NOTICE to Defendant(s) Attorney(s) via e-mail or U.S. mail re: Failure to E-File/E-Mail re 892 Motion and [Proposed] Order for Sanctions & 893 Declaration of Jeffrey Kessler and/or Failure to Register as an E-Filer (aaa, COURT STAFF) (Filed on 4/15/2011) |

| | | (Entered: 04/15/2011) |
|---|---|---|
| 04/20/2011 | 895 | Stipulation & [Proposed] Order *re: Voluntary Withdrawal of Indirect Purchaser Plaintiffs' Claims as to Alleged Conspiracy Directed Towards CRT Finished Products* by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Yohai, David) (Filed on 4/20/2011) Modified on 4/22/2011 (aaa, COURT STAFF). (Entered: 04/20/2011) |
| 04/20/2011 | 896 | Administrative Motion to File Under Seal *PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CERTAIN DEFENDANTS MOTION FOR RULE 11 SANCTIONS* filed by Hawel A. Hawel d/b/a City Electronics. (Attachments: # 1 Declaration, # 2 Proposed Order)(Saveri, Guido) (Filed on 4/20/2011) (Entered: 04/20/2011) |
| 04/20/2011 | 897 | NOTICE by Hawel A. Hawel d/b/a City Electronics re 896 Administrative Motion to File Under Seal *PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CERTAIN DEFENDANTS MOTION FOR RULE 11 SANCTIONS - MANUAL FILING NOTIFICATION* (Saveri, Guido) (Filed on 4/20/2011) (Entered: 04/20/2011) |
| 04/20/2011 | 898 | CERTIFICATE OF SERVICE by Hawel A. Hawel d/b/a City Electronics re 896 Administrative Motion to File Under Seal *PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO CERTAIN DEFENDANTS MOTION FOR RULE 11 SANCTIONS* (Saveri, Guido) (Filed on 4/20/2011) (Entered: 04/20/2011) |
| 04/20/2011 | 899 | Declaration of Guido Saveri *IN SUPPORT OF PLAINTIFFS OPPOSITION TO CERTAIN DEFENDANTS MOTION FOR RULE 11 SANCTIONS* filed by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 4/20/2011) (Entered: 04/20/2011) |
| 04/21/2011 | 900 | Special Masters Order *Stipulation and [Proposed] Order re: Voluntary Withdrawal of Indirect Purchaser Plaintiffs' Claims as to Alleged Conspiracy Directed Towards CRT Finished Products Executed by Special Master.* (Legge, Charles) (Filed on 4/21/2011) (Entered: 04/21/2011) |
| 04/21/2011 | 901 | Special Masters Order *[Proposed] Order Granting Defendants' Administrative Motion to File Confidential Documents Under Seal Executed by the Special Master.* (Legge, Charles) (Filed on 4/21/2011) (Entered: 04/21/2011) |
| 04/21/2011 | 902 | Special Masters Order *Order Regarding Filing of Motions and Supporting and Opposing Documents.* (Legge, Charles) (Filed on 4/21/2011) (Entered: 04/21/2011) |
| 04/22/2011 | 903 | Special Masters Recommendation and Order Granting Defendants' Administrative Motion to File Confidential Documents Under Seal by Judge Samuel Conti granting 891 Motion for Joinder (tdm, COURT |

| | | STAFF) (Filed on 4/22/2011) (Entered: 04/22/2011) |
|---|---|---|
| 04/22/2011 | 904 | STIPULATION, SPECIAL MASTER RECOMMENDATION AND ORDER re: Voluntary Withdrawal of Indirect Purchaser Plaintiffs' Claims as to Alleged Conspiracy Directed Towards CRT Finished Products. Signed by Judge Samuel Conti on 4/22/11. (tdm, COURT STAFF) (Filed on 4/22/2011) (Entered: 04/22/2011) |
| 04/25/2011 | 905 | Special Masters Order *[Proposed] Order Granting Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) Executed by Special Master.* (Legge, Charles) (Filed on 4/25/2011) (Entered: 04/25/2011) |
| 04/25/2011 | 906 | Special Masters Recommendation and Order Regarding Filing of Motions and Supporting and Opposing Documents. Signed by Judge Samuel Conti on 4/25/11. (tdm, COURT STAFF) (Filed on 4/25/2011) (Entered: 04/25/2011) |
| 04/25/2011 | 907 | Proposed Order *PROPOSED ORDER REGARDING ENGLISH TRANSLATIONS* by Charles A. Legge. (Legge, Charles) (Filed on 4/25/2011) (Entered: 04/25/2011) |
| 04/25/2011 | 908 | SPECIAL MASTER RECOMMENDATION AND ORDER by Judge Samuel Conti granting 896 Administrative Motion to File Under Seal (tdm, COURT STAFF) (Filed on 4/25/2011) (Entered: 04/25/2011) |
| 04/27/2011 | 909 | MOTION to Intervene filed by State of Illinois. Motion Hearing set for 5/4/2011 02:00 PM before Hon. Charles A. Legge. (Attachments: # 1 Exhibit A: States of Illinois and Washington's Opposition to IPPs' Motion for Preliminary Approval of Class Action Settlement with Chunghwa Picture Tubes, Ltd.)(Brooker, Chadwick) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 04/27/2011 | 910 | MOTION to Shorten Time filed by State of Illinois. Motion Hearing set for 5/4/2011 02:00 PM before Hon. Charles A. Legge. (Attachments: # 1 Exhibit A: Declaration of Blake Harrop in Support of Illinois' Motion to Shorten Time, # 2 Exhibit B: Proposed Order)(Brooker, Chadwick) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 04/27/2011 | 911 | NOTICE of Appearance by Chadwick Oliver Brooker *for the State of Illinois* (Brooker, Chadwick) (Filed on 4/27/2011) (Entered: 04/27/2011) |
| 04/27/2011 | 🔒 | (Court only) Attorney Blake L. Harrop added as Counsel for the State of Illinois re 911 Notice *** (aaa, COURT STAFF) (Filed on 4/27/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 912 | MOTION to Intervene filed by State of Washington. Motion Hearing set for 5/4/2011 02:00 PM before Hon. Samuel Conti. (Kerwin, David) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 913 | MOTION to Shorten Time filed by State of Washington. Motion Hearing set for 4/4/2011 02:00 PM before Hon. Samuel Conti. (Kerwin, David) (Filed on 4/28/2011) (Entered: 04/28/2011) |

| 04/28/2011 | 914 | Declaration of David M. Kerwin *in Support of State Washington's* 913 *Motion to Shorten Time* filed byState of Washington. (Kerwin, David) (Filed on 4/28/2011) Modified on 4/29/2011 (aaa, COURT STAFF). (Entered: 04/28/2011) |
| 04/28/2011 | 915 | NOTICE of Appearance by David Michael Kerwin *for the State of Washington* (Kerwin, David) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 916 | Proposed Order re 913 MOTION to Shorten Time, 912 MOTION to Intervene by State of Washington. (Kerwin, David) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 917 | SPECIAL MASTER RECOMMENDATION AND ORDER Regarding English Translations. Signed by Judge Samuel Conti on 4/27/11. (tdm, COURT STAFF) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 918 | *** **FILED IN ERROR. REFER TO DOCUMENT 921 .** *** Special Masters Order *Order Granting State of Washington's Motion to Shorten Time and Motion to Intervene.* (Legge, Charles) (Filed on 4/28/2011) Modified on 4/28/2011 (feriab, COURT STAFF). (Entered: 04/28/2011) |
| 04/28/2011 | 919 | NOTICE of Appearance by Tim David Nord (Nord, Tim) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 920 | Special Masters Order *Order Granting State of Illinois' Ex Parte Application to Shorten Time and Motion to Intervene for a Limited Purpose.* (Legge, Charles) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 921 | Special Masters Order *Order Granting State of Washington's Motion to Shorten Time and Motion to Intervene.* (Legge, Charles) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 922 | MOTION to Intervene filed by State of Oregon. Motion Hearing set for 5/4/2011 02:00 PM before Hon. Charles A. Legge. (Nord, Tim) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/28/2011 | 923 | Proposed Order re 922 MOTION to Intervene by State of Oregon. (Nord, Tim) (Filed on 4/28/2011) (Entered: 04/28/2011) |
| 04/29/2011 | 924 | STIPULATION *AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO COMPLY WITH REPORT AND RECOMMENDATIONS RE: MOTIONS FOR DISCOVERY AGAINST THE HITACHI DEFENDANTS (DKT. 882)* by Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd.. (Stempel, Scott) (Filed on 4/29/2011) (Entered: 04/29/2011) |
| 04/29/2011 | 925 | Letter Brief *to Special Master to Compel DP Plaintiffs to Produce Downstream Discovery* filed byHitachi America, Ltd., LG Electronics, Inc., Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.). (Shapland, D.) (Filed on 4/29/2011) (Entered: 04/29/2011) |

| 04/29/2011 | 926 | Declaration of Eric Shapland in Support of 925 Letter Brief *to Special Master to Compel DP Plaintiffs to Produce Downstream Discovery* filed byHitachi America, Ltd., LG Electronics, Inc., Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.). (Attachments: # 1 Exhibit A through F, # 2 Exhibit G Part 1 of 3, # 3 Exhibit G Part 2 of 3, # 4 Exhibit G Part 3 of 3, # 5 Exhibit H through L)(Related document(s) 925 ) (Shapland, D.) (Filed on 4/29/2011) (Entered: 04/29/2011) |
|---|---|---|
| 05/02/2011 | 927 | Special Masters Order *Executed Proposed Order Granting State of Oregon's Motions to Intervene and Shorten Time*. (Legge, Charles) (Filed on 5/2/2011) (Entered: 05/02/2011) |
| 05/02/2011 | 928 | Special Masters Order *Executed Stipulation and Order Regarding Extension of Time to Comply with Report and Recommendations Re: Motions for Discovery Against the Hitachi Defendants*. (Legge, Charles) (Filed on 5/2/2011) (Entered: 05/02/2011) |
| 05/02/2011 | 929 | NOTICE of Appearance by Blake Lee Harrop (Harrop, Blake) (Filed on 5/2/2011) (Entered: 05/02/2011) |
| 05/04/2011 | 930 | Special Masters Order *Order re: Motion to Compel Direct Purchaser Plaintiffs to Produce Downstream Discovery*. (Legge, Charles) (Filed on 5/4/2011) (Entered: 05/04/2011) |
| 05/05/2011 | 931 | NOTICE by Indirect Purchaser Plaintiffs re 884 MOTION for Settlement *Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd. Notice of Hearing on Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd.* (Attachments: # 1 Exhibit A - Settlement Agreement)(Alioto, Mario) (Filed on 5/5/2011) (Entered: 05/05/2011) |
| 05/09/2011 | 932 | Special Masters Order *Scheduling Order re: Proposed Preliminary Approval of Settlement with Defendant Chunghwa*. (Legge, Charles) (Filed on 5/9/2011) (Entered: 05/09/2011) |
| 05/09/2011 | 933 | MOTION for leave for admission of Attorney Adam C. Hemlock to appear in Pro Hac Vice ( Filing fee $ 275.00, receipt number 34611059683.) filed by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 5/9/2011) (Entered: 05/10/2011) |
| 05/10/2011 | 934 | REPLY (re 892 MOTION for Sanctions ) *Memorandum in Support of Motion for Sanctions Pursuant to Rule 11* filed byMT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Kessler, Jeffrey) (Filed on 5/10/2011) (Entered: 05/10/2011) |
| 05/11/2011 | 935 | ORDER by Judge Samuel Conti granting 933 Motion for Attorney Adam C. Hemlock to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 5/11/2011) (Entered: 05/11/2011) |

| 05/11/2011 | 🔒 | (Court only) Adam C. Hemlock added Pro Hac Vice Attorney for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., & Panasonic Corporation f/k/a Matsushita Electric Industrial Co., Ltd. Re 935 Order *** (aaa, COURT STAFF) (Filed on 5/11/2011) (Entered: 05/11/2011) |
|---|---|---|
| 05/24/2011 | 936 | STIPULATION *AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINT AND APPLICABILITY OF PRIOR DISCOVERY ORDERS* by Beijing-Matsushita Color CRT Company, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), LG Electronics Taiwan Taipei Co., Ltd., LG Electronics, Inc., LG Eletronics U.S.A., Inc., MT Picture Display Co., LTD, Matsushita Electric Industrial Co, Ltd., Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung SDI America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation, Toshiba Display Devices (Thailand) Company, Ltd.. (Halling, Gary) (Filed on 5/24/2011) (Entered: 05/24/2011) |
| 05/25/2011 | 937 | Special Masters Order *Stipulation and Order Regarding Service of Complaint and Applicability of Prior Discovery Orders.* (Legge, Charles) (Filed on 5/25/2011) (Entered: 05/25/2011) |
| 05/26/2011 | 938 | STIPULATION AND ORDER regarding service of complaint and applicability of prior discovery orders. Signed by Judge Samuel Conti on 5/26/11. (tdm, COURT STAFF) (Filed on 5/26/2011) (Entered: 05/26/2011) |
| 05/27/2011 | 939 | RESPONSE (re 884 MOTION for Settlement *Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd.* ) *States of Illinois and Washington's Opposition to IPP Motion for Preliminary Approval of Class Action Settlement with Chunghwa* filed byState of Illinois. (Attachments: # 1 Exhibit Ex A, # 2 Exhibit Ex B, # 3 Exhibit Ex C, # 4 Exhibit Ex D, # 5 Exhibit Ex E) (Harrop, Blake) (Filed on 5/27/2011) (Entered: 05/27/2011) |
| 05/27/2011 | 🔒 | (Court only) ***Party Beijing Matsushita Color Crt Company, LTD., Electrograph Systems, Inc, Electrograph Technologies Corp., Hitachi America, Ltd, Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi Ltd., Irico Display Devices Co., Ltd., Irico Group Corporation, Irico Group Electronics Co., Ltd., Koninklijke Philips Electronics, N.V., LG Electronics Taiwan Taipei Co., Ltd., LG Electronics USA, Inc., LG Electronics, Inc, LP Displays |

| | | |
|---|---|---|
| | | International, Ltd., MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America, Philips Electronics Industries (Taiwan), Ltd., Philips Electronics North America, Philips da Amazonia Industria Electronica Ltda., Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung SDI (Malaysia) SDN BHD, Samsung SDI America, Inc., Samsung SDI Brasil LTDA, Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samtel Color, Ltd., Shenzhen Samsung SDI Co. LTD., Shenzhen Seg Hitachi Color Display Devices, LTD., Thai CRT Company, Ltd., Tianjin Samsung SDI Co., Ltd., Toshiba America Consumer Products, Inc., Toshiba America Electronics Components, Inc, Toshiba America Information Systems, Inc., Toshiba America, Inc and Toshiba Corporation added. **Re Case Number 11-1656 SC Electrograph Systems, Inc., et al., v. Hitachi Ltd., et al.,** (aaa, COURT STAFF) (Filed on 5/27/2011) (Entered: 05/27/2011) |
| 05/27/2011 | 940 | RESPONSE (re 884 MOTION for Settlement *Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd.* ) filed byState of Oregon. (Attachments: # 1 Exhibit)(Nord, Tim) (Filed on 5/27/2011) (Entered: 05/27/2011) |
| 05/31/2011 | 941 | Letter Brief *Opposition to the Motion to Compel Direct Purchaser Plaintiffs to Produce Downstream Discovery* filed byHawel A. Hawel d/b/a City Electronics. (Attachments: # 1 Declaration)(Saveri, Guido) (Filed on 5/31/2011) (Entered: 05/31/2011) |
| 06/07/2011 | 942 | REPLY (re 884 MOTION for Settlement *Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd.* ) *Defendant Chunghwa Picture Tubes, Ltd.'s Reply in Support of Plaintiffs' Motion for Preliminary Approval of Indirect Purchaser Class Action Settlement* filed byChunghwa Picture Tubes, LTD.. (Brass, Rachel) (Filed on 6/7/2011) (Entered: 06/07/2011) |
| 06/07/2011 | 943 | Declaration of Rebecca Justice Lazarus in Support of 942 Reply to Opposition/Response, *Declaration of Rebecca Justice Lazarus in Support of Defendant Chunghwa Picture Tubes, Ltd.'s Reply in Support of Plaintiffs' Motion for Preliminary Approval of Indirect Purchaser Class Action Settlement* filed byChunghwa Picture Tubes, LTD.. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Declaration of Service)(Related document(s) 942 ) (Brass, Rachel) (Filed on 6/7/2011) (Entered: 06/07/2011) |
| 06/07/2011 | 944 | REPLY (re 884 MOTION for Settlement *Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd.* ) filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A)(Alioto, Mario) (Filed on 6/7/2011) (Entered: 06/07/2011) |
| 06/08/2011 | 945 | Proposed Order re 884 MOTION for Settlement *Motion for Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd.* by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Alioto, Mario) (Filed on |

| | | 6/8/2011) (Entered: 06/08/2011) |
|---|---|---|
| 06/14/2011 | 946 | NOTICE of Appearance by D. Eric Shapland *for the Appearances of Eric D. Mason and Beth H. Parker Representing LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.; Change of Address; and Withdrawal of Nana Little as Counsel* (Shapland, D.) (Filed on 6/14/2011) (Entered: 06/14/2011) |
| 06/14/2011 | 🔒 | (Court only) *** Attorney Nana Little terminated. Re 946 Notice (aaa, COURT STAFF) (Filed on 6/14/2011) (Entered: 06/15/2011) |
| 06/15/2011 | 947 | Special Masters Order *Report And Recommendations On Motion Regarding Finished Products*. (Legge, Charles) (Filed on 6/15/2011) (Entered: 06/15/2011) |
| 06/15/2011 | 948 | Letter Brief re 925 Letter Brief *Reply in Support of the April 29, 2011 Letter Brief to Special Master to Compel DP Plaintiffs to Produce Downstream Discovery* filed byHitachi America, Ltd., LG Electronics, Inc., Samsung SDI Co., Ltd.. (Attachments: # 1 Supplement to Declaration of Eric Shapland)(Related document(s) 925 ) (Shapland, D.) (Filed on 6/15/2011) (Entered: 06/15/2011) |
| 06/17/2011 | 949 | STIPULATION *And Proposed Order* by Indirect Purchaser Plaintiffs. (Russell, Lauren) (Filed on 6/17/2011) (Entered: 06/17/2011) |
| 06/20/2011 | 950 | Special Masters Order *Executed Stipulation and Proposed Order*. (Legge, Charles) (Filed on 6/20/2011) (Entered: 06/20/2011) |
| 06/23/2011 | 951 | MOTION to Strike 939 Opposition/Response to Motion, 944 Reply to Opposition/Response, *Motion to Strike Illinois Class Allegations* filed by State of Illinois. Motion Hearing set for 5/4/2011 02:00 PM before Hon. Charles A. Legge. Responses due by 6/23/2011. Replies due by 6/23/2011. (Harrop, Blake) (Filed on 6/23/2011) (Entered: 06/23/2011) |
| 06/29/2011 | 952 | STIPULATION AND ORDER: document production. Signed by Judge Samuel Conti on 6/29/11. (tdm, COURT STAFF) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 06/29/2011 | 953 | MOTION to Adopt Special Master's Report and Recommendations Regarding Finished Products re 947 Special Masters Order filed by MT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America(("PCNA") is a Delaware corporation). Responses due by 7/13/2011. Replies due by 7/20/2011. (Attachments: # 1 Declaration of Jeffrey Kessler, # 2 Exhibit A-Manual Filing Notification, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order)(Kessler, Jeffrey) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 06/29/2011 | 🔒 954 | Administrative Motion to File Under Seal filed by MT Picture Display Co., LTD, Panasonic Corporation(fka Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity), Panasonic Corporation of North America(("PCNA") is a Delaware corporation). (Attachments: # 1 Declaration of Jeffrey Kessler, # 2 Proposed Order)(Kessler, Jeffrey) (Filed on 6/29/2011) (Entered: 06/29/2011) |

| | | |
|---|---|---|
| 06/29/2011 | 955 | AFFIDAVIT of Service for Motion to Adopt Special Master's Report and Recommendation and Administrative Motion to File Under Seal on 6/29/2011, filed by MT Picture Display Co., LTD, Panasonic Corporation(fka Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity), Panasonic Corporation of North America(("PCNA") is a Delaware corporation). (Kessler, Jeffrey) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 06/29/2011 | 🔒 956 | Administrative Motion to File Under Seal *DIrect Purchaser Plaintiffs' Objection to Report and Recommendations on Motions Regarding Finished Products and Exhibits 8 and 12 to the Declaration of Guido Saveri* filed by Hawel A. Hawel d/b/a City Electronics. (Attachments: # 1 Declaration, # 2 Proposed Order)(Saveri, Guido) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 06/29/2011 | 957 | NOTICE by Hawel A. Hawel d/b/a City Electronics *Manual Filing Notification* (Saveri, Guido) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 06/29/2011 | 958 | CERTIFICATE OF SERVICE by Hawel A. Hawel d/b/a City Electronics (Saveri, Guido) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 06/29/2011 | 959 | Proposed Order *Regarding Direct Purchaser Plaintiffs' Objection to Report and Recommendations on Motions Regarding Finished Products* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 6/29/2011) (Entered: 06/29/2011) |
| 07/06/2011 | 960 | MOTION for Joinder *in Part of Defendant Chunghwa Picture Tubes, Ltd. in Direct Purchaser Plaintiffs Administrative Motion to File Confidential Documents Under Seal* filed by Chunghwa Picture Tubes, LTD.. (Attachments: # 1 Declaration of Jordan Heller in Support of Chunghwa Picture Tubes, Ltd. Joinder in Part to Direct Purchaser Plaintiffs Administrative Motion to File Confidential Documents Under Seal, # 2 Proposed Order Granting in Part Plaintiffs Administrative Motion to File Confidential Documents Under Seal)(Brass, Rachel) (Filed on 7/6/2011) (Entered: 07/06/2011) |
| 07/07/2011 | 961 | ORDER by Judge Samuel Conti granting (954) Administrative Motion to File Under Seal in case 3:07-cv-05944-SC (sclc2, COURT STAFF) (Filed on 7/7/2011) (Entered: 07/07/2011) |
| 07/07/2011 | 962 | ORDER by Judge Sameul Conti granting (956) Administrative Motion to File Under Seal in case 3:07-cv-05944-SC (sclc2, COURT STAFF) (Filed on 7/7/2011) (Entered: 07/07/2011) |
| 07/08/2011 | 963 | DOCUMENT E-FILED UNDER SEAL re 962 Order on Administrative Motion to File Under Seal *Direct Purchaser Plaintiffs' Objection to Report and Recommendations on Motions Regarding Finished Products* by Hawel A. Hawel d/b/a City Electronics. (Attachments: # 1 Declaration in Support, # 2 Exhibit 1-7, # 3 Exhibit 8 - part 1 of 5, # 4 Exhibit 8 - part 2 of 5, # 5 Exhibit 8 - part 3 of 5, # 6 Exhibit 8 - part 4 of 5, # 7 Exhibit 8 - part 5 of 5, # 8 Exhibit 9-14, # 9 Exhibit 15-16, # 10 Exhibit 17-19, # 11 Exhibit 20-24, # 12 Exhibit 25) |

| | | |
|---|---|---|
| | | (Saveri, Guido) (Filed on 7/8/2011) (Entered: 07/08/2011) |
| 07/11/2011 | 964 | OPPOSITION TO DIRECT PURCHASER PLAINTIFFS' 963 OBJECTION TO REPORT AND RECOMMENDATIONS ON MOTIONS REGARDING FINISHED PRODUCTS by MT Picture Display Co., LTD(fka Matsushita Toshiba Picture Display Co., Ltd. ("MTPD") is a Japanese entity), Panasonic Corporation(fka Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity), Panasonic Corporation of North America(("PCNA") is a Delaware corporation) (Kessler, Jeffrey) (Filed on 7/11/2011) Modified on 7/12/2011 (aaa, COURT STAFF). (Entered: 07/11/2011) |
| 07/11/2011 | 965 | RESPONSE (re 953 MOTION to Adopt Special Master's Report and Recommendations Regarding Finished Products re 947 Special Masters Order MOTION to Adopt Special Master's Report and Recommendations Regarding Finished Products re 947 Special Masters Order MOTION to Adopt Special Master's Report and Recommendations Regarding Finished Products re 947 Special Masters Order ) *DIRECT PURCHASER PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO ADOPT SPECIAL MASTERS REPORT AND RECOMMENDATIONS REGARDING FINISHED PRODUCTS* filed byHawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 7/11/2011) (Entered: 07/11/2011) |
| 07/13/2011 | 966 | Special Masters Order *Report and Recommendations on Discovery Regarding Downstream Information*. (Legge, Charles) (Filed on 7/13/2011) (Entered: 07/13/2011) |
| 07/18/2011 | 967 | RESPONSE to re 963 Document E-Filed Under Seal,, *REPLY IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS OBJECTION TO REPORT AND RECOMMENDATIONS ON MOTIONS REGARDING FINISHED PRODUCTS* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 7/18/2011) (Entered: 07/18/2011) |
| 07/22/2011 | 968 | ORDER setting hearing on whether to adopt the Special Master's Report and Recommendations Regarding Finished Products. Motion Hearing set for 9/2/2011 10:00 AM in Courtroom 1, 17th Floor, San Francisco before Hon. Samuel Conti.. Signed by Judge Samuel Conti on 7/22/2011. (sclc2, COURT STAFF) (Filed on 7/22/2011) (Entered: 07/22/2011) |
| 07/25/2011 | 969 | NOTICE of Appearance by Niki B. Okcu *Notice of Appearance of Niki B. Okcu* (Okcu, Niki) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 970 | STATUS REPORT *Report and Recommendations Regarding Proposed Settlement With Chunghwa* by Charles A. Legge. (Legge, Charles) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 971 | Answer to Amended Complaint *of Electrograph (11-CV-01656)* byPanasonic Corporation of North America. (Attachments: # 1 Certificate/Proof of Service)(Yohai, David) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| | | |

| 07/25/2011 | 972 | Answer to Amended Complaint *of Electrograph (11-CV-01656)* byPanasonic Corporation(fka Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity). (Attachments: # 1 Certificate/Proof of Service)(Yohai, David) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| --- | --- | --- |
| 07/25/2011 | 973 | Answer to Amended Complaint *of Electrograph (11-CV-01656)* byMT Picture Display Co., LTD. (Attachments: # 1 Certificate/Proof of Service)(Yohai, David) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 974 | Answer to Amended Complaint *(First) of Electrograph Systems, Inc. and Electrograph Technologies Corp.* byLG Electronics USA, Inc., LG Electronics, Inc.. (Shapland, D.) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 975 | Answer to Amended Complaint *of Electrograph Systems, Inc. and Electrograph Technologies Corp. (11-cv-1656)* byBeijing-Matsushita Color CRT Company, Ltd.. (Calvani, Terry) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 976 | ANSWER to Amended Complaint byKoninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), Koninklijke Philips Electronics N.V.(("Royal Philips") is a Dutch entity), Koninklijke Philips Electronics, N.V.. (Swenson, Jon) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 977 | ANSWER to Complaint byPhilips Electronics North America(("Philips America") is a Delaware corporation). (Swenson, Jon) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 978 | ANSWER to Complaint *Toshiba Corp.'s Answer to Electrograph's First Amended Complaint* byToshiba Corporation(("TC") is a Japanese company). (Curran, Christopher) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 979 | ANSWER to Complaint *Toshiba America Electronic Components, Inc.'s Answer to Electrograph's First Amended Complaint* byToshiba America Electronics Components, Inc(("TAEP") is headquartered in Irvine, California). (Curran, Christopher) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 980 | ANSWER to Complaint *Answer of Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., and Tianjin Samsung SDI Co., Ltd. to Electrograph Plaintiffs' First Amended Complaint* bySamsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc., Samsung SDI Brasil Ltda., Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Scarborough, Michael) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 981 | ANSWER to Complaint *Toshiba America Information Systems, Inc.'s Answer to Electrograph's First Amended Complaint* byToshiba America Information Systems, Inc.(("TAIP") is headquartered in |

| | | Irvine, California). (Curran, Christopher) (Filed on 7/25/2011) (Entered: 07/25/2011) |
|---|---|---|
| 07/25/2011 | 982 | ANSWER to Complaint *Toshiba America Consumer Products, L.L.C.'s Answer to Electrograph's First Amended Complaint* byToshiba America Consumer Products, LLC. (Curran, Christopher) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 983 | ANSWER to Complaint *Toshiba America, Inc.'s Answer to Electrograph's First Amended Complaint* byToshiba America, Inc (("Toshiba America") is a Delaware corporation). (Curran, Christopher) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 984 | Answer to Amended Complaint *of Electrograph* bySamsung Electronics Co Ltd. (Simmons, Ian) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 985 | Answer to Amended Complaint *Electrograph* bySamsung Electronics America, Inc.(("SEAI") is a New York corporation). (Simmons, Ian) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 986 | Answer to Amended Complaint *of Electrograph (11-CV-01656)* byHitachi America, Ltd., Hitachi Asia, Ltd.(("Hitachi Asia") is a Singaporean company), Hitachi Displays, Ltd.(("Hitachi Displays") is a Japanese company), Hitachi Electronic Devices (USA)(("HEDUS") is a Delaware corporation), Hitachi, Ltd.. (Stempel, Scott) (Filed on 7/25/2011) (Entered: 07/25/2011) |
| 07/25/2011 | 🔒 | (Court only) Attorney Christopher M. Curran, Attorney George L. Paul & Attorney Lucius B. Lau added. Re 978 Answer*** (aaa, COURT STAFF) (Filed on 7/25/2011) (Entered: 07/26/2011) |
| 07/27/2011 | 987 | STIPULATION AND [PROPOSED] ORDER re 966 Special Masters Order *and Recommendations Regarding Defendants' Motion to Compel Discovery on Downstream Information Submitted by Direct Purchaser Plaintiffs, and by Defendants Samsung SDI Co., Ltd., Hitachi America, Ltd., and* by LG Electronics Taiwan Taipei Co., Ltd., LG Electronics USA, Inc., LG Electronics, Inc.. (Attachments: # 1 Exhibit A (Report & Recommendations))(Shapland, D.) (Filed on 7/27/2011) Modified on 8/2/2011 (aaa, COURT STAFF). (Entered: 07/27/2011) |
| 07/28/2011 | 988 | STIPULATION AND ORDER on Special Master's Report and Recommendations Regarding Defendants' Motion to Compel Discovery on Downstream Information. Signed by Judge Samuel Conti on 7/28/2011. (sclc2, COURT STAFF) (Filed on 7/28/2011) (Entered: 07/28/2011) |
| 08/04/2011 | 989 | **\*\*\* FILED IN ERROR. PLEASE REFER TO DOCUMENT 990 . \*\*\*** <br> Special Masters Order *[Proposed] Order Granting Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd..* (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) (Legge, Charles) (Filed on 8/4/2011) Modified on 8/5/2011 (feriab, |

| | | |
|---|---|---|
| | | COURT STAFF). (Entered: 08/04/2011) |
| 08/05/2011 | 990 | Special Masters Order *[Proposed] Order Granting Preliminary Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd. CORRECTION OF DOCKET #* 989 . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Legge, Charles) (Filed on 8/5/2011) (Entered: 08/05/2011) |
| 08/09/2011 | 991 | ORDER by Judge Samuel Conti adopting Report and Recommendations as to 884 Motion for Settlement (sclc2, COURT STAFF) (Filed on 8/9/2011) (Entered: 08/09/2011) |
| 08/09/2011 | 992 | **\*\*\* THIS ENTRY SPREADS THE ORDER TO ALL MEMBER CASES \*\*\***<br>ORDER by Judge Samuel Conti adopting Report and Recommendations as to 884 Motion for Settlement. Signed by Judge Samuel Conti on 8/9/11. (tdm, COURT STAFF) (Filed on 8/9/2011) Modified on 8/9/2011 (feriab, COURT STAFF). (Entered: 08/09/2011) |
| 08/10/2011 | 993 | \*\*\* THIS ENTRY SPREADS THE ORDER TO ALL MEMBER CASES WITH EXHIBIT A AND EXHIBIT B ATTACHED \*\*\*<br>ORDER by Judge Samuel Conti adopting Report and Recommendations as to 884 Motion for Settlement. Signed by Judge Samuel Conti on 8/9/11. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (tdm, COURT STAFF) (Filed on 8/10/2011) (Entered: 08/10/2011) |
| 08/10/2011 | 994 | Special Masters Order *Order Amending Report Regarding Case Management Conference No. 3.* (Legge, Charles) (Filed on 8/10/2011) (Entered: 08/10/2011) |
| 08/26/2011 | 995 | STIPULATION *AND [PROPOSED] ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 8/26/2011) (Entered: 08/26/2011) |
| 08/26/2011 | 996 | STIPULATION AND ORDER CONCERNING PENDING MOTIONS RE: FINISHED PRODUCTS. Signed by Judge Samuel Conti on 8/26/11. (tdm, COURT STAFF) (Filed on 8/26/2011) (Entered: 08/26/2011) |
| 08/26/2011 | 997 | CLERKS NOTICE: The Pending Motions re: Finished Products set for hearing on September 2, 2011 is off calendar. (tdm, COURT STAFF) (Filed on 8/26/2011) (Entered: 08/26/2011) |
| 08/29/2011 | 998 | STIPULATION *and [Proposed] Order* by Hawel A. Hawel d/b/a City Electronics. (Saveri, Guido) (Filed on 8/29/2011) (Entered: 08/29/2011) |
| 08/29/2011 | 999 | Special Masters Order *Stipulation and Proposed Order.* (Attachments: # 1 Exhibit A)(Legge, Charles) (Filed on 8/29/2011) (Entered: 08/29/2011) |
| 09/02/2011 | 1000 | STIPULATION AND ORDER re 999 Special Masters Order filed by Charles A. Legge. Signed by Judge Samuel Conti on 9/2/11. (tdm, |

| | | COURT STAFF) (Filed on 9/2/2011) (Entered: 09/02/2011) |
|---|---|---|
| 09/13/2011 | 1001 | NOTICE of Substitution of Counsel by John Dmitry Bogdanov *and [Proposed] Order* (Bogdanov, John) (Filed on 9/13/2011) (Entered: 09/13/2011) |
| 09/16/2011 | 1002 | ORDER for Substitution of Counsel for Plaintiff Steven Ganz and. Signed by Judge Samuel Conti on 9/15/11. (tdm, COURT STAFF) (Filed on 9/16/2011) (Entered: 09/16/2011) |
| 09/16/2011 | 🔒 | (Court only) Josef D. Cooper, Tracy R. Kirkham added as Counsel for Plaintiff Steven Ganz.*** Attorney Terry Gross terminated. Re 1002 Order (aaa, COURT STAFF) (Filed on 9/16/2011) (Entered: 09/19/2011) |
| 09/21/2011 | 1003 | Special Masters Order *Order Regarding Extension of Time for Discovery Concerning Statute of Limitations and Fraudulent Concealment*. (Legge, Charles) (Filed on 9/21/2011) (Entered: 09/21/2011) |
| 10/04/2011 | 1004 | NOTICE of Appearance by Richard Sutton Snyder (Snyder, Richard) (Filed on 10/4/2011) (Entered: 10/04/2011) |
| 10/17/2011 | 1005 | Special Masters Order *Notice of Telephonic Hearing re Document Production*. (Legge, Charles) (Filed on 10/17/2011) (Entered: 10/17/2011) |
| 10/18/2011 | 1006 | Special Masters Order *Amended Notice of Telephonic Hearing re Document Production*. (Legge, Charles) (Filed on 10/18/2011) (Entered: 10/18/2011) |
| 10/25/2011 | 1007 | Special Masters Order *Report Regarding Case Management Conference No. 4*. (Legge, Charles) (Filed on 10/25/2011) (Entered: 10/25/2011) |
| 10/27/2011 | 1008 | ORDER ADOPTING REPORT AND RECOMMENDATIONS regarding case management conference #4. Signed by Judge Samuel Conti on 10/27/11. (tdm, COURT STAFF) (Filed on 10/27/2011) (Entered: 10/27/2011) |
| 12/06/2011 | 1009 | CONDITIONAL TRANSFER ORDER (CTO-5) IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION MDL No.1917. Signed by Jeffery N. Luthi, Clerk of the Panel on 12/6/11. (aaa, COURT STAFF) (Filed on 12/6/2011) (Entered: 12/06/2011) |
| 12/07/2011 | 1010 | NOTICE by Hitachi America, Ltd, Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Asia, Ltd.(("Hitachi Asia") is a Singaporean company), Hitachi Displays, Ltd., Hitachi Displays, Ltd.(("Hitachi Displays") is a Japanese company), Hitachi Electronic Devices (USA), Hitachi Electronic Devices (USA)(("HEDUS") is a Delaware corporation), Hitachi Electronic Devices (USA), Inc., Hitachi Ltd., Hitachi, Ltd. *NOTICE OF WITHDRAWAL OF ATTORNEY* (Allen, Jason) (Filed on 12/7/2011) (Entered: 12/07/2011) |
| | | |

| 12/07/2011 | 🔒 | (Court only) *** Attorney Jason Bruce Allen terminated. Re 1010 Notice (aaa, COURT STAFF) (Filed on 12/7/2011) (Entered: 12/08/2011) |
|---|---|---|
| 12/09/2011 | 🔒 | (Court only) ***Party Department of Legal Affairs, Office of the Attorney General and State of Florida added. Re Case Number 11-6205 SC (aaa, COURT STAFF) (Filed on 12/9/2011) (Entered: 01/19/2012) |
| 12/12/2011 | 1011 | NOTICE of Appearance by Aldo A. Badini (Badini, Aldo) (Filed on 12/12/2011) (Entered: 12/12/2011) |
| 12/12/2011 | 1012 | NOTICE by MT Picture Display Co., LTD, Panasonic Corporation(fka Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity), Panasonic Corporation of North America(("PCNA") is a Delaware corporation) *Withdrawal of Attorney Kris Man* (Kessler, Jeffrey) (Filed on 12/12/2011) (Entered: 12/12/2011) |
| 12/12/2011 | 1013 | MOTION for Summary Judgment filed by MT Picture Display Co., LTD, Panasonic Corporation(fka Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity), Panasonic Corporation of North America(("PCNA") is a Delaware corporation). Motion Hearing set for 1/19/2012 09:00 AM before Hon. Charles A. Legge. Responses due by 12/27/2011. Replies due by 1/3/2012. (Attachments: # 1 Declaration of Molly M. Donovan in Support of Defendants' Joint Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who did not Purchase CRTS, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Proposed Order)(Kessler, Jeffrey) (Filed on 12/12/2011) (Entered: 12/12/2011) |
| 12/12/2011 | 🔒 | (Court only) *** Attorney Kris Hue Chau Man terminated. Re 1012 Notice (aaa, COURT STAFF) (Filed on 12/12/2011) (Entered: 12/13/2011) |
| 12/16/2011 | 1014 | CLERKS NOTICE Advising Counsel of Receipt of the Action *Interbond Corporation of America v. Hitachi, Ltd., et al* from the Southern District of Florida. (rcs, COURT STAFF) (Filed on 12/16/2011) (Entered: 12/16/2011) |
| 12/16/2011 | 1015 | CLERKS NOTICE Advising Counsel of Receipt of the Action *Office Depot, Inc. v. Hitachi, Ltd. et al* from the Southern District of Florida. (rcs, COURT STAFF) (Filed on 12/16/2011) (Entered: 12/16/2011) |
| 12/19/2011 | 🔒 | (Court only) ***Party Interbond Corporation of America and LG Displays International, Ltd. added. Re Case Number 11-6275 SC. (aaa, COURT STAFF) (Filed on 12/19/2011) (Entered: 12/19/2011) |
| 12/19/2011 | 🔒 | (Court only) ***Party Office Depot, Inc. added. Re Case Number 11-6276 SC (aaa, COURT STAFF) (Filed on 12/19/2011) (Entered: 12/19/2011) |
| 12/20/2011 | 1016 | CLERKS NOTICE Advising Counsel of Receipt of the Action *Costco Wholesale Corp. v. Hitachi, Ltd., et al* from the Western District of |

| | | |
|---|---|---|
| | | Washington. (rcs, COURT STAFF) (Filed on 12/20/2011) (Entered: 12/20/2011) |
| 12/20/2011 | 1017 | CLERKS NOTICE Advising Counsel of Receipt of the Action *Compucom Systems Inc. v. Hitachi Ltd., et al* from the Northern District of Texas. (rcs, COURT STAFF) (Filed on 12/20/2011) (Entered: 12/20/2011) |
| 12/20/2011 | 🔒 | (Court only) ***Party Compucom Systems Inc added. Re Case Number 11-6396 SC; Compucom Systems Inc v. Hitachi et al (aaa, COURT STAFF) (Filed on 12/20/2011) (Entered: 12/20/2011) |
| 12/20/2011 | 🔒 | (Court only) ***Party Costco Wholesale Corporation added. Re Costco Wholesale Corporation v. Hitachi ltd., et al., Case Number 11-6397 SC (aaa, COURT STAFF) (Filed on 12/20/2011) (Entered: 12/20/2011) |
| 12/28/2011 | 1018 | NOTICE of Change of Address by Brian Joseph Barry, Esq (Barry, Brian) (Filed on 12/28/2011) (Entered: 12/28/2011) |
| 01/13/2012 | 1019 | NOTICE by Wettstein and Sons, Inc *Withdrawal* (Meredith, Joel) (Filed on 1/13/2012) (Entered: 01/13/2012) |
| 01/13/2012 | 1020 | NOTICE of Appearance by Joel Cary Meredith (Meredith, Joel) (Filed on 1/13/2012) (Entered: 01/13/2012) |
| 01/13/2012 | 1021 | MOTION to Consolidate Cases *Administrative Motion to Consider Whether Cases Should be Related* filed by Douglas A. Kelley, John R. Stoebner. Responses due by 1/27/2012. Replies due by 2/3/2012. (Attachments: # 1 Declaration of Jessica L. Meyer, # 2 Exhibit A, # 3 Proposed Order)(Meyer, Jessica) (Filed on 1/13/2012) (Entered: 01/13/2012) |
| 01/13/2012 | 🔒 | (Court only) *** Attorney Jayne A. Goldstein; Jayne Arnold Goldstein; Gary L. Halling; Manfred Patrick Muecke; Joseph Richard Saveri; Guri Ademi and Shpetim Ademi terminated. Re 1019 Notice (aaa, COURT STAFF) (Filed on 1/13/2012) (Entered: 01/17/2012) |
| 01/17/2012 | 1022 | NOTICE of Appearance by Steven J. Greenfogel *Appearance* (Greenfogel, Steven) (Filed on 1/17/2012) (Entered: 01/17/2012) |
| 01/17/2012 | 1023 | NOTICE of Substitution of Counsel by Joel Steven Sanders *Notice of Withdrawal and Substitution of Counsel and [Proposed] Order* (Sanders, Joel) (Filed on 1/17/2012) (Entered: 01/17/2012) |
| 01/18/2012 | 1024 | Special Masters Order *Notice of Dial In Number for In Person Hearing on January 19, 2012.* (Legge, Charles) (Filed on 1/18/2012) (Entered: 01/18/2012) |
| 01/18/2012 | 1025 | NOTICE of Appearance by Jonathan Jeffrey Ross, NA *(Individual No. 3:11-cv-05502)* (Ross, Jonathan) (Filed on 1/18/2012) (Entered: 01/18/2012) |
| 01/18/2012 | 🔒 | (Court only) *** Attorney H. Lee Godfrey for Alfred H. Siegel, Kenneth S. Marks for Alfred H. Siegel, added. Re 1025 Notice (aaa, |

| | | |
|---|---|---|
| | | COURT STAFF) (Filed on 1/18/2012) (Entered: 01/19/2012) |
| 01/19/2012 | 1026 | NOTICE of Appearance by David M. Peterson *(Individual No. 11-5502)* (Peterson, David) (Filed on 1/19/2012) (Entered: 01/19/2012) |
| 01/19/2012 | 🔒 | (Court only) *** Attorney Joel Steven Sanders for Tatung Company of America, Inc., Rachel S. Brass for Tatung Company of America, Inc., Austin Van Schwing for Tatung Company of America, Inc., Joel Calcar Willard for Tatung Company of America, Inc., added. (tdmS, COURT STAFF) (Filed on 1/19/2012) (Entered: 01/19/2012) |
| 01/19/2012 | 1027 | ORDER: NOTICE of Substitution of Counsel by Joel Steven Sanders Notice of Withdrawal and Substitution of Counsel. Signed by Judge Samuel Conti on 1/18/12. (tdmS, COURT STAFF) (Filed on 1/19/2012) (Entered: 01/19/2012) |
| 01/19/2012 | 🔒 | (Court only) *** Attorney Roxane Busey; Bruce H. Jackson; Karen Sewell; Robert Walter Tarun; Patrick J. Ahern and Nancy Chung Allred terminated. (tdmS, COURT STAFF) (Filed on 1/19/2012) (Entered: 01/19/2012) |
| 01/19/2012 | 🔒 | (Court only) *** Attorney Joel Steven Sanders for Tatung Company of America, Inc., Rachel S. Brass for Tatung Company of America, Inc., Austin Van Schwing for Tatung Company of America, Inc., Joel Calcar Willard for Tatung Company of America, Inc., added. Re 1027 Order (aaa, COURT STAFF) (Filed on 1/19/2012) (Entered: 01/20/2012) |
| 01/20/2012 | 1028 | MOTION to Relate Case *Administrative Motion to Consider Whether Case Should be Related Pursuant to Civ. L.R. 3-12* filed by Samsung Electronics America, Inc.(("SEAI") is a New York corporation), Samsung Electronics Co Ltd. (Attachments: # 1 Declaration of Ian Simmons, # 2 Exhibit A, # 3 Proposed Order)(Simmons, Ian) (Filed on 1/20/2012) (Entered: 01/20/2012) |
| 01/20/2012 | 1029 | Special Masters Order *[Proposed] Order Consolidating Cases.* (Legge, Charles) (Filed on 1/20/2012) (Entered: 01/20/2012) |
| 01/24/2012 | 1030 | ORDER by Judge Samuel Conti granting (1021) Motion to Consolidate Cases in case C-11-5381-EDL with C-07-5944-SC (tdm, COURT STAFF) (Filed on 1/24/2012) (Entered: 01/24/2012) |
| 01/27/2012 | 1031 | NOTICE of Appearance by James M. Lockhart (Lockhart, James) (Filed on 1/27/2012) (Entered: 01/27/2012) |
| 01/27/2012 | 1032 | NOTICE of Change of Address by William Diaz (Diaz, William) (Filed on 1/27/2012) (Entered: 01/27/2012) |
| 01/27/2012 | 🔒 | (Court only) *** Attorney James M. Lockhart for Arch Electronics, Inc, James M. Lockhart for Adrienne Belai, James M. Lockhart for James Brown, James M. Lockhart for Travis Burau, James M. Lockhart for Paula Call, James M. Lockhart for Rosemary Ciccone, James M. Lockhart for Compucom Systems Inc, James M. Lockhart for Costco Wholesale Corporation, James M. Lockhart for Brady Lane Cotton, James M. Lockhart for Crago, Inc., James M. Lockhart for Albert |

Sidney Crigler, James M. Lockhart for Department of Legal Affairs, James M. Lockhart for Direct Purchaser Plaintiffs, James M. Lockhart for Electrograph Systems, Inc, James M. Lockhart for Electrograph Technologies Corp., James M. Lockhart for Electronic Design Company, James M. Lockhart for Steven Ganz, James M. Lockhart for Carmen Gonzalez, James M. Lockhart for Gary Hanson, James M. Lockhart for Hawel A. Hawel d/b/a City Electronics, James M. Lockhart for Daniel R. Hergert, James M. Lockhart for Indirect Purchaser Plaintiffs, James M. Lockhart for Indirect Purchaser Plaintiffs, James M. Lockhart for Interbond Corporation of America, James M. Lockhart for Charles Jenkins, James M. Lockhart for Andrew Kindt, James M. Lockhart for Chad Klebs, James M. Lockhart for John Larch, James M. Lockhart for Brian A. Luscher, James M. Lockhart for Joshua Maida, James M. Lockhart for Meijer Distribution, Inc., James M. Lockhart for Meijer, Inc., James M. Lockhart for Samuel J. Nasto, James M. Lockhart for David G. Norby, James M. Lockhart for Office Depot, Inc., James M. Lockhart for Office of the Attorney General, James M. Lockhart for Orion Home Systems, LLC, James M. Lockhart for Kory Pentland, James M. Lockhart for Princeton Display Technologies, Inc., James M. Lockhart for Radio & TV Equipment, Inc, James M. Lockhart for Daniel Riebow, James M. Lockhart for Ryan Rizzo, James M. Lockhart for Dana Ross, James M. Lockhart for Alan Rotman, James M. Lockhart for Alfred H. Siegel, James M. Lockhart for Margaret Slagle, James M. Lockhart for Colleen Sobotka, James M. Lockhart for Southern Office Supply, Inc, James M. Lockhart for State of Florida, James M. Lockhart for State of Washington, James M. Lockhart for Craig Stephenson, James M. Lockhart for Brigid Terry, James M. Lockhart for Frank Warner, Jessica Lynn Meyer for Arch Electronics, Inc, Jessica Lynn Meyer for Adrienne Belai, Jessica Lynn Meyer for James Brown, Jessica Lynn Meyer for Travis Burau, Jessica Lynn Meyer for Paula Call, Jessica Lynn Meyer for Rosemary Ciccone, Jessica Lynn Meyer for Compucom Systems Inc, Jessica Lynn Meyer for Costco Wholesale Corporation, Jessica Lynn Meyer for Brady Lane Cotton, Jessica Lynn Meyer for Crago, Inc., Jessica Lynn Meyer for Albert Sidney Crigler, Jessica Lynn Meyer for Department of Legal Affairs, Jessica Lynn Meyer for Direct Purchaser Plaintiffs, Jessica Lynn Meyer for Electrograph Systems, Inc, Jessica Lynn Meyer for Electrograph Technologies Corp., Jessica Lynn Meyer for Electronic Design Company, Jessica Lynn Meyer for Steven Ganz, Jessica Lynn Meyer for Carmen Gonzalez, Jessica Lynn Meyer for Gary Hanson, Jessica Lynn Meyer for Hawel A. Hawel d/b/a City Electronics, Jessica Lynn Meyer for Daniel R. Hergert, Jessica Lynn Meyer for Indirect Purchaser Plaintiffs, Jessica Lynn Meyer for Indirect Purchaser Plaintiffs, Jessica Lynn Meyer for Interbond Corporation of America, Jessica Lynn Meyer for Charles Jenkins, Jessica Lynn Meyer for Andrew Kindt, Jessica Lynn Meyer for Chad Klebs, Jessica Lynn Meyer for John Larch, Jessica Lynn Meyer for Brian A. Luscher, Jessica Lynn Meyer for Joshua Maida, Jessica Lynn Meyer for Meijer Distribution, Inc., Jessica Lynn Meyer for Meijer, Inc., Jessica Lynn Meyer for Samuel J. Nasto, Jessica Lynn Meyer for David G. Norby,

Jessica Lynn Meyer for Office Depot, Inc., Jessica Lynn Meyer for Office of the Attorney General, Jessica Lynn Meyer for Kory Pentland, Jessica Lynn Meyer for Princeton Display Technologies, Inc., Jessica Lynn Meyer for Radio & TV Equipment, Inc, Jessica Lynn Meyer for Daniel Riebow, Jessica Lynn Meyer for Ryan Rizzo, Jessica Lynn Meyer for Dana Ross, Jessica Lynn Meyer for Alan Rotman, Jessica Lynn Meyer for Alfred H. Siegel, Jessica Lynn Meyer for Margaret Slagle, Jessica Lynn Meyer for Colleen Sobotka, Jessica Lynn Meyer for Southern Office Supply, Inc, Jessica Lynn Meyer for State of Florida, Jessica Lynn Meyer for State of Washington, Jessica Lynn Meyer for Craig Stephenson, Jessica Lynn Meyer for Studio Spectrum, Inc., Jessica Lynn Meyer for Brigid Terry, Jessica Lynn Meyer for Frank Warner, James P. McCarthy for Arch Electronics, Inc, James P. McCarthy for Adrienne Belai, James P. McCarthy for James Brown, James P. McCarthy for Travis Burau, James P. McCarthy for Paula Call, James P. McCarthy for Rosemary Ciccone, James P. McCarthy for Compucom Systems Inc, James P. McCarthy for Costco Wholesale Corporation, James P. McCarthy for Brady Lane Cotton, James P. McCarthy for Crago, Inc., James P. McCarthy for Albert Sidney Crigler, James P. McCarthy for Department of Legal Affairs, James P. McCarthy for Direct Purchaser Plaintiffs, James P. McCarthy for Electrograph Systems, Inc, James P. McCarthy for Electrograph Technologies Corp., James P. McCarthy for Electronic Design Company, James P. McCarthy for Steven Ganz, James P. McCarthy for Carmen Gonzalez, James P. McCarthy for Gary Hanson, James P. McCarthy for Daniel R. Hergert, James P. McCarthy for Indirect Purchaser Plaintiffs, James P. McCarthy for Indirect Purchaser Plaintiffs, James P. McCarthy for Interbond Corporation of America, James P. McCarthy for Charles Jenkins, James P. McCarthy for Andrew Kindt, James P. McCarthy for Chad Klebs, James P. McCarthy for John Larch, James P. McCarthy for Brian A. Luscher, James P. McCarthy for Joshua Maida, James P. McCarthy for Meijer Distribution, Inc., James P. McCarthy for Meijer, Inc., James P. McCarthy for Samuel J. Nasto, James P. McCarthy for David G. Norby, James P. McCarthy for Office Depot, Inc., James P. McCarthy for Office of the Attorney General, James P. McCarthy for Orion Home Systems, LLC, James P. McCarthy for Kory Pentland, James P. McCarthy for Princeton Display Technologies, Inc., James P. McCarthy for Radio & TV Equipment, Inc, James P. McCarthy for Daniel Riebow, James P. McCarthy for Ryan Rizzo, James P. McCarthy for Dana Ross, James P. McCarthy for Alan Rotman, James P. McCarthy for SOUND INVESTMENTS CORPORATION, James P. McCarthy for Alfred H. Siegel, James P. McCarthy for Margaret Slagle, James P. McCarthy for Colleen Sobotka, James P. McCarthy for Southern Office Supply, Inc, James P. McCarthy for State of Florida, James P. McCarthy for State of Washington, James P. McCarthy for Craig Stephenson, James P. McCarthy for Studio Spectrum, Inc., James P. McCarthy for Brigid Terry, James P. McCarthy for Frank Warner, Kelly G. Laudon for Arch Electronics, Inc, Kelly G. Laudon for Adrienne Belai, Kelly G. Laudon for James Brown, Kelly G. Laudon

| | | |
|---|---|---|
| | | for Travis Burau, Kelly G. Laudon for Paula Call, Kelly G. Laudon for Rosemary Ciccone, Kelly G. Laudon for Compucom Systems Inc, Kelly G. Laudon for Costco Wholesale Corporation, Kelly G. Laudon for Brady Lane Cotton, Kelly G. Laudon for Crago, Inc., Kelly G. Laudon for Albert Sidney Crigler, Kelly G. Laudon for Department of Legal Affairs, Kelly G. Laudon for Direct Purchaser Plaintiffs, Kelly G. Laudon for Electrograph Systems, Inc, Kelly G. Laudon for Electrograph Technologies Corp., Kelly G. Laudon for Electronic Design Company, Kelly G. Laudon for Steven Ganz, Kelly G. Laudon for Carmen Gonzalez, Kelly G. Laudon for Gary Hanson, Kelly G. Laudon for Hawel A. Hawel d/b/a City Electronics, Kelly G. Laudon for Daniel R. Hergert, Kelly G. Laudon for Indirect Purchaser Plaintiffs, Kelly G. Laudon for Indirect Purchaser Plaintiffs, Kelly G. Laudon for Interbond Corporation of America, Kelly G. Laudon for Charles Jenkins, Kelly G. Laudon for Andrew Kindt, Kelly G. Laudon for Chad Klebs, Kelly G. Laudon for John Larch, Kelly G. Laudon for Brian A. Luscher, Kelly G. Laudon for Joshua Maida, Kelly G. Laudon for Meijer Distribution, Inc., Kelly G. Laudon for Meijer, Inc., Kelly G. Laudon for Samuel J. Nasto, Kelly G. Laudon for David G. Norby, Kelly G. Laudon for Office Depot, Inc., Kelly G. Laudon for Office of the Attorney General, Kelly G. Laudon for Orion Home Systems, LLC, Kelly G. Laudon for Kory Pentland, Kelly G. Laudon for Princeton Display Technologies, Inc., Kelly G. Laudon for Radio & TV Equipment, Inc, Kelly G. Laudon for Daniel Riebow, Kelly G. Laudon for Ryan Rizzo, Kelly G. Laudon for Dana Ross, Kelly G. Laudon for Alan Rotman, Kelly G. Laudon for Alfred H. Siegel, Kelly G. Laudon for Margaret Slagle, Kelly G. Laudon for Colleen Sobotka, Kelly G. Laudon for Southern Office Supply, Inc, Kelly G. Laudon for State of Florida, Kelly G. Laudon for State of Washington, Kelly G. Laudon for Craig Stephenson, Kelly G. Laudon for Studio Spectrum, Inc., Kelly G. Laudon for Brigid Terry, Kelly G. Laudon for Frank Warner, added. Re 1031 Notice (aaa, COURT STAFF) (Filed on 1/27/2012) (Entered: 01/30/2012) |
| 01/31/2012 | 1033 | NOTICE of Appearance by Satu A Correa (Correa, Satu) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 1034 | Letter from Defendants to Hon. Charles A. Legge *Defendants' Letter Brief in Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations*. (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 1035 | Declaration of Michael W. Scarborough in Support of 1034 Letter *in Support of Samsung SDI Defendants' Opposition to Plaintiffs' Motion to Compel Production of Translations* filed bySamsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc., Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd.(formerly know as Samsung Display Device Co.), Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Related document(s) 1034 ) (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |

| 01/31/2012 | 1036 | Declaration of Adam C. Hemlock in Support of 1034 Letter *in Support of Panasonic Defendants' Opposition to Plaintiffs' Motion to Compel Production of Translations* filed byMT Picture Display Co., LTD, Panasonic Corporation, Panasonic Corporation of North America. (Related document(s) 1034 ) (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 1037 | Declaration of Andreas Stargard in Support of 1034 Letter *in Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations* filed byKoninklijke Philips Electronics, N.V., Philips Electronics North America Corporation. (Related document(s) 1034 ) (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 1038 | Declaration of Courtney Byrd in Support of 1034 Letter *in Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations* filed bySamsung Electronics America, Inc.(("SEAI") is a New York corporation), Samsung Electronics Co., Ltd. (Related document(s) 1034 ) (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 1039 | Declaration of Dana E. Foster in Support of 1034 Letter *in Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations* filed byToshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc(("TAEP") is headquartered in Irvine, California), Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation(("TC") is a Japanese company). (Related document(s) 1034 ) (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 1040 | Declaration of Eric Shapland in Support of 1034 Letter *in Opposition to Plaintiffs' Motion to Compel Defendants to Produce English Translations* filed byLG Electronics Taiwan Taipei Co., Ltd. (("LGETT") is a Taiwanese entity), LG Electronics, Inc., LG Eletronics U.S.A., Inc.. (Related document(s) 1034 ) (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 1041 | Declaration of Kent M. Roger in Support of 1034 Letter *in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Production of Translations* filed byHitachi America, Ltd., Hitachi Asia, Ltd. (("Hitachi Asia") is a Singaporean company), Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi, Ltd.. (Related document(s) 1034 ) (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 1042 | Declaration of Rachel S. Brass in Support of 1034 Letter filed byTatung Company of America, Inc.. (Related document(s) 1034 ) (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 01/31/2012 | 1043 | Declaration of Terry Calvani in Support of 1034 Letter *in Support of Defendant's Opposition to Plaintiffs' Motion to Compel Production of Translations* filed byBeijing-Matsushita Color CRT Company, Ltd.. |

| | | |
|---|---|---|
| | | (Related document(s) 1034 ) (Scarborough, Michael) (Filed on 1/31/2012) (Entered: 01/31/2012) |
| 02/01/2012 | 1044 | NOTICE by Chad Klebs *of Withdrawal of Counsel* (Zahid, Judith) (Filed on 2/1/2012) (Entered: 02/01/2012) |
| 02/01/2012 | 🔒 | (Court only) *** Attorney Michael Jacobs terminated. Re 1044 Notice (aaa, COURT STAFF) (Filed on 2/1/2012) (Entered: 02/02/2012) |
| 02/03/2012 | 1045 | NOTICE of Appearance by Kelly Laudon (Laudon, Kelly) (Filed on 2/3/2012) (Entered: 02/03/2012) |
| 02/14/2012 | 1046 | Order by Hon. Samuel Conti granting 1028 Motion to Relate Cases C-07-5944-SC and C-11-5514 JSW. (sclc2, COURT STAFF) (Filed on 2/14/2012) Modified on 2/14/2012 (tdm, COURT STAFF). (Entered: 02/14/2012) |
| 02/21/2012 | 1047 | NOTICE by Southern Office Supply, Inc *of Change of Firm Name* (Solen, Donna) (Filed on 2/21/2012) (Entered: 02/21/2012) |
| 02/22/2012 | 1048 | NOTICE of Appearance by Euphemia Nikki Thomopulos (Thomopulos, Euphemia) (Filed on 2/22/2012) (Entered: 02/22/2012) |
| 02/23/2012 | 1049 | NOTICE of Appearance by Jordan Samuel Paul (Paul, Jordan) (Filed on 2/23/2012) (Entered: 02/23/2012) |
| 02/23/2012 | 1050 | NOTICE of Appearance by David Martinez (Martinez, David) (Filed on 2/23/2012) (Entered: 02/23/2012) |
| 02/23/2012 | 🔒 | (Court only) *** Attorney Roman M. Silberfeld for Best Buy Co., Inc., Roman M. Silberfeld for Best Buy Enterprise Services, Inc., Roman M. Silberfeld for Best Buy Purchasing LLC, Roman M. Silberfeld for Best Buy Stores, L.P., Roman M. Silberfeld for Best Buy.com LLC, Roman M. Silberfeld for Magnolia Hi-Fi, Inc., added. Re 1050 Notice (aaa, COURT STAFF) (Filed on 2/23/2012) (Entered: 02/24/2012) |
| 02/23/2012 | 1052 | MOTION for leave for admission of Attorney Charles M. Malaise to appear in Pro Hac Vice ( Filing fee $ 305.00, receipt number 34611070917.) filed by Koninklijke Philips Electronics N.V.(aka Royal Philips Electronics N.V. ("Royal Philip") is a Dutch company), Philips Electronics North America Corporation. (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 2/23/2012) (Entered: 02/24/2012) |
| 02/24/2012 | 1051 | NOTICE of Appearance by Laura Elizabeth Nelson (Nelson, Laura) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/24/2012 | 🔒 | (Court only) ***Motions terminated: 913 MOTION to Shorten Time filed by State of Washington, 960 MOTION for Joinder *in Part of Defendant Chunghwa Picture Tubes, Ltd. in Direct Purchaser Plaintiffs Administrative Motion to File Confidential Documents Under Seal* filed by Chunghwa Picture Tubes, LTD., 912 MOTION to Intervene filed by State of Washington, 892 MOTION for Sanctions filed by Panasonic Corporation of North America, MT Picture Display Co., LTD, |

| | | |
|---|---|---|
| | | Panasonic Corporation, 909 MOTION to Intervene filed by State of Illinois, 953 MOTION to Adopt Special Master's Report and Recommendations Regarding Finished Products re 947 Special Masters Order filed by Panasonic Corporation of North America, MT Picture Display Co., LTD, Panasonic Corporation, 922 MOTION to Intervene filed by State of Oregon, 951 MOTION to Strike 939 Opposition/Response to Motion, 944 Reply to Opposition/Response, *Motion to Strike Illinois Class Allegations* filed by State of Illinois, 889 Administrative Motion to File Under Seal filed by Panasonic Corporation of North America, MT Picture Display Co., LTD, Panasonic Corporation, 910 MOTION to Shorten Time. (tdm, COURT STAFF) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/24/2012 | 🔒 | (Court only) *** Attorney Charles M Malaise for Koninklijke Philips Electronics, N.V., Charles M Malaise for Philips Electronics North America Corporation, added. (tdm, COURT STAFF) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/24/2012 | 1053 | ORDER by Judge Samuel Conti granting 1052 Motion for admission of Attorney Charles M. Malaise to appear in Pro Hac Vice (tdm, COURT STAFF) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/24/2012 | 1054 | NOTICE of Appearance by William A. Isaacson (Isaacson, William) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/24/2012 | 1055 | NOTICE of Appearance by Philip J Iovieno (Iovieno, Philip) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/24/2012 | 1056 | RESPONSE (re 1013 MOTION for Summary Judgment ) *DIRECT ACTION PLAINTIFFS MEMORANDUM IN SUPPORT OF THE DIRECT PURCHASER PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION FOR PARTIAL SUMMARY JUDGMENT* filed byBest Buy Co., Inc., Best Buy Enterprise Services, Inc., Best Buy Purchasing LLC, Best Buy Stores, L.P., Best Buy.com LLC, Compucom Systems Inc, Costco Wholesale Corporation, Electrograph Systems, Inc, Electrograph Technologies Corp., Interbond Corporation of America, Office Depot, Inc., Alfred H. Siegel, John R. Stoebner. (Iovieno, Philip) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/24/2012 | 1057 | Administrative Motion to File Under Seal filed by Hawel A. Hawel d/b/a City Electronics. (Attachments: # 1 Declaration, # 2 Proposed Order)(Saveri, Guido) (Filed on 2/24/2012) (Entered: 02/24/2012) |
| 02/24/2012 | 1058 | *** FILED IN ERROR. REFER TO DOCUMENT 1059 . *** CERTIFICATE OF SERVICE by Hawel A. Hawel d/b/a City Electronics re 1057 Administrative Motion to File Under Seal (Saveri, Guido) (Filed on 2/24/2012) Modified on 2/27/2012 (feriab, COURT STAFF). (Entered: 02/24/2012) |
| 02/24/2012 | 1059 | CERTIFICATE OF SERVICE by Hawel A. Hawel d/b/a City Electronics re 1057 Administrative Motion to File Under Seal *CORRECTION OF DOCKET # 1058* (Saveri, Guido) (Filed on 2/24/2012) (Entered: 02/24/2012) |

| 02/24/2012 |  | (Court only) *** Attorney Jennifer Milici for Arch Electronics, Inc, Jennifer Milici for Adrienne Belai, Jennifer Milici for Charles Benson, Jennifer Milici for Best Buy Co., Inc., Jennifer Milici for Best Buy Enterprise Services, Inc., Jennifer Milici for Best Buy Purchasing LLC, Jennifer Milici for Best Buy Stores, L.P., Jennifer Milici for Best Buy.com LLC, Jennifer Milici for James Brown, Jennifer Milici for Travis Burau, Jennifer Milici for Paula Call, Jennifer Milici for Rosemary Ciccone, Jennifer Milici for Compucom Systems Inc, Jennifer Milici for Costco Wholesale Corporation, Jennifer Milici for Brady Lane Cotton, Jennifer Milici for Crago, Inc., Jennifer Milici for Albert Sidney Crigler, Jennifer Milici for Department of Legal Affairs, Jennifer Milici for Direct Purchaser Plaintiffs, Jennifer Milici for Electrograph Systems, Inc, Jennifer Milici for Electrograph Technologies Corp., Jennifer Milici for Electronic Design Company, Jennifer Milici for Steven Ganz, Jennifer Milici for Carmen Gonzalez, Jennifer Milici for Gary Hanson, Jennifer Milici for Daniel R. Hergert, Jennifer Milici for Indirect Purchaser Plaintiffs, Jennifer Milici for Indirect Purchaser Plaintiffs, Jennifer Milici for Interbond Corporation of America, Jennifer Milici for Charles Jenkins, Jennifer Milici for Andrew Kindt, Jennifer Milici for Chad Klebs, Jennifer Milici for John Larch, Jennifer Milici for Brian A. Luscher, Jennifer Milici for Magnolia Hi-Fi, Inc., Jennifer Milici for Joshua Maida, Jennifer Milici for Meijer Distribution, Inc., Jennifer Milici for Meijer, Inc., Jennifer Milici for Samuel J. Nasto, Jennifer Milici for David G. Norby, Jennifer Milici for Office Depot, Inc., Jennifer Milici for Office of the Attorney General, Jennifer Milici for Orion Home Systems, LLC, Jennifer Milici for Princeton Display Technologies, Inc., Jennifer Milici for Radio & TV Equipment, Inc, Jennifer Milici for Daniel Riebow, Jennifer Milici for Ryan Rizzo, Jennifer Milici for Dana Ross, Jennifer Milici for Alan Rotman, Jennifer Milici for Alfred H. Siegel, Jennifer Milici for Margaret Slagle, Jennifer Milici for Colleen Sobotka, Jennifer Milici for Southern Office Supply, Inc, Jennifer Milici for State of Florida, Jennifer Milici for State of Washington, Jennifer Milici for Craig Stephenson, Jennifer Milici for Studio Spectrum, Inc., Jennifer Milici for Brigid Terry, Jennifer Milici for Frank Warner, Anne M. Nardacci for Arch Electronics, Inc, Anne M. Nardacci for Adrienne Belai, Anne M. Nardacci for Best Buy Co., Inc., Anne M. Nardacci for Best Buy Enterprise Services, Inc., Anne M. Nardacci for Best Buy Purchasing LLC, Anne M. Nardacci for Best Buy Stores, L.P., Anne M. Nardacci for Best Buy.com LLC, Anne M. Nardacci for James Brown, Anne M. Nardacci for Travis Burau, Anne M. Nardacci for Barbara Caldwell, Anne M. Nardacci for Paula Call, Anne M. Nardacci for Rosemary Ciccone, Anne M. Nardacci for Compucom Systems Inc, Anne M. Nardacci for Costco Wholesale Corporation, Anne M. Nardacci for Brady Lane Cotton, Anne M. Nardacci for Crago, Inc., Anne M. Nardacci for Albert Sidney Crigler, Anne M. Nardacci for Department of Legal Affairs, Anne M. Nardacci for Direct Purchaser Plaintiffs, Anne M. Nardacci for Electrograph Systems, Inc, Anne M. Nardacci for Electrograph Technologies Corp., Anne M. Nardacci for Electronic Design Company, Anne M. Nardacci |

| | | |
|---|---|---|
| | | for Steven Ganz, Anne M. Nardacci for Carmen Gonzalez, Anne M. Nardacci for Gary Hanson, Anne M. Nardacci for Hawel A. Hawel d/b/a City Electronics, Anne M. Nardacci for Daniel R. Hergert, Anne M. Nardacci for Indirect Purchaser Plaintiffs, Anne M. Nardacci for Indirect Purchaser Plaintiffs, Anne M. Nardacci for Interbond Corporation of America, Anne M. Nardacci for Charles Jenkins, Anne M. Nardacci for Andrew Kindt, Anne M. Nardacci for Chad Klebs, Anne M. Nardacci for John Larch, Anne M. Nardacci for Brian A. Luscher, Anne M. Nardacci for Magnolia Hi-Fi, Inc., Anne M. Nardacci for Joshua Maida, Anne M. Nardacci for Meijer Distribution, Inc., Anne M. Nardacci for Meijer, Inc., Anne M. Nardacci for Samuel J. Nasto, Anne M. Nardacci for David G. Norby, Anne M. Nardacci for Office Depot, Inc., Anne M. Nardacci for Office of the Attorney General, Anne M. Nardacci for Orion Home Systems, LLC, Anne M. Nardacci for Kory Pentland, Anne M. Nardacci for Princeton Display Technologies, Inc., Anne M. Nardacci for Radio & TV Equipment, Inc, Anne M. Nardacci for Daniel Riebow, Anne M. Nardacci for Ryan Rizzo, Anne M. Nardacci for Dana Ross, Anne M. Nardacci for Alan Rotman, Anne M. Nardacci for Alfred H. Siegel, Anne M. Nardacci for Margaret Slagle, Anne M. Nardacci for Colleen Sobotka, Anne M. Nardacci for Southern Office Supply, Inc, Anne M. Nardacci for State of Florida, Anne M. Nardacci for State of Washington, Anne M. Nardacci for Craig Stephenson, Anne M. Nardacci for Brigid Terry, Anne M. Nardacci for Frank Warner, added. Re 1054 Notice (aaa, COURT STAFF) (Filed on 2/24/2012) (Entered: 02/27/2012) |
| 03/01/2012 | 1060 | MOTION for leave to appear in Pro Hac Vice *for David J. Burman* ( Filing fee $ 305, receipt number 0971-6629565.) filed by Costco Wholesale Corporation. (Attachments: # 1 Proposed Order Proposed Order Granting Admission Pro Hac Vice)(Thomopoulos, Euphemia) (Filed on 3/1/2012) (Entered: 03/01/2012) |
| 03/01/2012 | 1061 | MOTION for leave to appear in Pro Hac Vice *for Nicholas H. Hesterberg* ( Filing fee $ 305, receipt number 0971-6629624.) filed by Costco Wholesale Corporation. (Attachments: # 1 Proposed Order Proposed Order)(Thomopoulos, Euphemia) (Filed on 3/1/2012) (Entered: 03/01/2012) |
| 03/01/2012 | 1062 | MOTION for Settlement *Indirect Purchaser Plaintiffs' Notice of Motion and Motion for Final Approval of Class Action Settlement with Defendant Chunghwa Picture Tubes, Ltd.; Memorandum of Points and Authorities in Support Thereof* filed by Indirect Purchaser Plaintiffs. Motion Hearing set for 3/15/2012 02:00 PM before Hon. Charles A. Legge. Responses due by 3/15/2012. Replies due by 3/22/2012. (Attachments: # 1 Declaration Mario N. Alioto)(Patane, Joseph) (Filed on 3/1/2012) (Entered: 03/01/2012) |
| 03/01/2012 | 1063 | AFFIDAVIT *Declaration of Joseph M. Fisher Reporting on the Class Notice Program for Settlement with Defendant Chunghwa Picture Tubes, Ltd.* by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Patane, |

| | | |
|---|---|---|
| | | Joseph) (Filed on 3/1/2012) (Entered: 03/01/2012) |
| 03/01/2012 | 1064 | EXHIBITS re *1063* Declaration of Joseph M. Fisher Reporting on the *Class Notice Program for Settlement with Defendant Chunghwa Picture Tubes, Ltd.* filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit F)(Patane, Joseph) (Filed on 3/1/2012) (Entered: 03/01/2012) |
| 03/01/2012 | 1065 | EXHIBITS re *1063* Exhibit G to Declaration of Joseph M. Fisher Reporting on the Class Notice Program for the Settlement with Defendant Chunghwa Picture Tubes, Ltd.* filed byIndirect Purchaser Plaintiffs. (Patane, Joseph) (Filed on 3/1/2012) (Entered: 03/01/2012) |
| 03/01/2012 | 1066 | Proposed Order *[Proposed Order Granting Final Approval of Settlement with Chunghwa Picture Tubes, Ltd.* by Indirect Purchaser Plaintiffs. (Patane, Joseph) (Filed on 3/1/2012) (Entered: 03/01/2012) |
| 03/01/2012 | 1067 | Appendix *[Proposed] Final Judgment of Dismissal with Prejudice as to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.* filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Attachment #2 [Proposed] final Judgment of Dismisal with Prejudice as to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.)(Patane, Joseph) (Filed on 3/1/2012) (Entered: 03/01/2012) |
| 03/02/2012 | 1068 | EXHIBITS re 1063 Affidavit, *Declaration of Joseph M. Fisher on the Class Notice Program for the Settlement with Defendant Chunghwa Picture Tubes, Ltd.* filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit H, # 2 Exhibit I, # 3 Exhibit J, # 4 Exhibit K, # 5 Exhibit L, # 6 Exhibit M, # 7 Exhibit N)(Related document(s) 1063 ) (Patane, Joseph) (Filed on 3/2/2012) (Entered: 03/02/2012) |
| 03/02/2012 | 1069 | EXHIBITS re 1063 Affidavit, *Declaration of Joseph M. Fisher on the Class Notice Program for the Settlement with Defendant Chunghwa Picture Tubes, Ltd.* filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit O, # 2 Exhibit P, # 3 Exhibit Q)(Related document(s) 1063 ) (Patane, Joseph) (Filed on 3/2/2012) (Entered: 03/02/2012) |
| 03/02/2012 | 1070 | Declaration of Adam C. Hemlock in Support of 1057 Administrative Motion to File Under Seal filed byMT Picture Display Co., LTD, Panasonic Corporation(fka Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity), Panasonic Corporation of North America (("PCNA") is a Delaware corporation). (Attachments: # 1 Proposed Order)(Related document(s) 1057 ) (Yohai, David) (Filed on 3/2/2012) (Entered: 03/02/2012) |
| 03/02/2012 | 🔒 | (Court only) *** Attorney David Burman for Costco Wholesale Corporation, added. (tdm, COURT STAFF) (Filed on 3/2/2012) (Entered: 03/02/2012) |
| 03/02/2012 | 🔒 | (Court only) *** Attorney Nicholas H. Hesterberg for Costco Wholesale Corporation, added. (tdm, COURT STAFF) (Filed on 3/2/2012) (Entered: 03/02/2012) |

| 03/02/2012 | 1071 | ORDER by Judge Samuel Conti granting 1060 Motion for David J. Burman to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/2/2012) (Entered: 03/02/2012) |
|---|---|---|
| 03/02/2012 | 1072 | ORDER by Judge Samuel Conti granting 1061 Motion for Nicholas H. Hesterberg to appear Pro Hac Vice (tdm, COURT STAFF) (Filed on 3/2/2012) (Entered: 03/02/2012) |
| 03/02/2012 | 1073 | Declaration of Eric Shapland in Support of 1057 Administrative Motion to File Under Seal *Pursuant to Civil Local Rules 7-11 and 79-5 (d)* filed byLG Electronics, Inc.. (Attachments: # 1 Proposed Order Granting Direct Purchaser Plaintiffs' Administrative Motion to Seal Documents)(Related document(s) 1057 ) (Shapland, D.) (Filed on 3/2/2012) (Entered: 03/02/2012) |
| 03/02/2012 | 1074 | Declaration of MICHELLE PARK CHIU in Support of 1057 Administrative Motion to File Under Seal *DECLARATION OF MICHELLE PARK CHIU IN SUPPORT OF SEALING DOCUMENTS [Civil L.R. 79-5(d)]* filed byHitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Hitachi Ltd.. (Attachments: # 1 Proposed Order)(Related document(s) 1057 ) (Chiu, Michelle) (Filed on 3/2/2012) (Entered: 03/02/2012) |
| 03/02/2012 | 1075 | Declaration of Lucius B. Lau in Support of 1057 Administrative Motion to File Under Seal *Pursuant to Civil Local Rules 7-11 and 79-5 (d)* filed byToshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc(("TAEP") is headquartered in Irvine, California), Toshiba America Information Systems, Inc.(("TAIP") is headquartered in Irvine, California), Toshiba America, Inc, Toshiba Corporation(("TC") is a Japanese company). (Attachments: # 1 Proposed Order)(Related document(s) 1057 ) (Lau, Lucius) (Filed on 3/2/2012) (Entered: 03/02/2012) |
| 03/02/2012 | 1076 | Declaration of Michael W. Scarborough in Support of 1057 Administrative Motion to File Under Seal filed bySamsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc.(("Samsung America") is a California corporation), Samsung SDI Brasil Ltda., Samsung SDI Co. Ltd, Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Attachments: # 1 Proposed Order)(Related document(s) 1057 ) (Scarborough, Michael) (Filed on 3/2/2012) (Entered: 03/02/2012) |
| 03/02/2012 | 1078 | MOTION for leave for admission of Attorney Charise Naifeh to appear in Pro Hac Vice ( Filing fee $ 305.00, receipt number 34611071261.) filed by Toshiba America Consumer Products, LLC, Toshiba America Electronics Components, Inc(("TAEP") is headquartered in Irvine, California), Toshiba America Information Systems, Inc., Toshiba America, Inc, Toshiba Corporation(("TC") is a Japanese company). (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 3/2/2012) (Entered: 03/06/2012) |
| 03/05/2012 | 1077 | Special Masters Order *Stipulation and Order to Extend Deadlines for* |

| | | |
|---|---|---|
| | | *Filing Opposition and Reply to Plaintiffs' Motion to Compel Defendant's Production of Documents and Information.* (Legge, Charles) (Filed on 3/5/2012) (Entered: 03/05/2012) |
| 03/07/2012 | 🔒 | (Court only) *** Attorney Charise Naifeh for Toshiba America Consumer Products, LLC, Charise Naifeh for Toshiba America Electronics Components, Inc, Charise Naifeh for Toshiba America Electronics Components, Inc, Charise Naifeh for Toshiba America Information Systems, Inc., Charise Naifeh for Toshiba America Information Systems, Inc., Charise Naifeh for Toshiba America, Inc, Charise Naifeh for Toshiba America, Inc, Charise Naifeh for Toshiba Corporation, added. (tdm, COURT STAFF) (Filed on 3/7/2012) (Entered: 03/07/2012) |
| 03/08/2012 | 1079 | **ERRONEOUSLY E-FILED: COUNSEL TO E-FILE ATTACHMENT AS A MOTION** NOTICE by Good Guys, Inc., KMart Corporation, Old Comp Inc., Radioshack Corp., Sears, Roebuck and Co., Target Corp. *PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12* (Murray, Jason) (Filed on 3/8/2012) Modified on 3/9/2012 (aaa, COURT STAFF). (Entered: 03/08/2012) |
| 03/08/2012 | 1080 | Declaration of JASON C. MURRAY *IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED* filed byGood Guys, Inc., KMart Corporation, Old Comp Inc., Radioshack Corp., Sears, Roebuck and Co., Target Corp.. (Murray, Jason) (Filed on 3/8/2012) (Entered: 03/08/2012) |
| 03/08/2012 | 1081 | Proposed Order re 1079 Notice (Other), *GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED* by Good Guys, Inc., KMart Corporation, Old Comp Inc., Radioshack Corp., Sears, Roebuck and Co., Target Corp.. (Murray, Jason) (Filed on 3/8/2012) (Entered: 03/08/2012) |
| 03/08/2012 | 1082 | Special Masters Order *Report and Recommendation Regarding Plaintiffs' Motion for English Translations of Foreign-Language Documents.* (Legge, Charles) (Filed on 3/8/2012) (Entered: 03/08/2012) |
| 03/09/2012 | 1083 | REPLY (re 1013 MOTION for Summary Judgment ) *Defendant's Reply in Support of Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTS* filed byMT Picture Display Co., LTD, Panasonic Corporation(fka Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity), Panasonic Corporation of North America(("PCNA") is a Delaware corporation). (Kessler, Jeffrey) (Filed on 3/9/2012) (Entered: 03/09/2012) |
| 03/09/2012 | 1085 | MOTION for leave for admission of Attorney Lucia Freda to appear in Pro Hac Vice ( Filing fee $ 305.00, receipt number 34611071526.) filed by MT Picture Display Co., LTD, Panasonic Corporation(fka Matsushita Electric Industrial Co., Ltd. ("MEI"), is a Japanese entity), Panasonic Corporation of North America(("PCNA") is a Delaware |

| | | |
|---|---|---|
| | | corporation). (Attachments: # 1 Proposed Order)(aaa, COURT STAFF) (Filed on 3/9/2012) (Entered: 03/12/2012) |
| 03/12/2012 | 1084 | ORDER by Judge Samuel Conti granting 1078 Motion for attorney charise Naifeh to appear Pro Hac Vice. (tdm, COURT STAFF) (Filed on 3/12/2012) (Entered: 03/12/2012) |
| 03/12/2012 | 🔒 | (Court only) *** Attorney Lucia Freda for MT Picture Display Co., LTD, Lucia Freda for MT Picture Display Co., LTD, Lucia Freda for Panasonic Corporation, Lucia Freda for Panasonic Corporation, Lucia Freda for Panasonic Corporation of North America, Lucia Freda for Panasonic Corporation of North America, added. (tdm, COURT STAFF) (Filed on 3/12/2012) (Entered: 03/12/2012) |
| 03/12/2012 | 1086 | ORDER by Judge Samuel Conti granting 1085 Motion for Admission of Attorney Lucia Freda to Appear Pro Hac Vice. (tdm, COURT STAFF) (Filed on 3/12/2012) (Entered: 03/12/2012) |
| 03/13/2012 | 1087 | MOTION to Relate Case *PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIV. L. R. 3-12* filed by Good Guys, Inc., KMart Corporation, Old Comp Inc., Radioshack Corp., Sears, Roebuck and Co., Target Corp.. (Attachments: # 1 Declaration Jason C. Murray, # 2 Proposed Order)(Murray, Jason) (Filed on 3/13/2012) (Entered: 03/13/2012) |
| 03/15/2012 | 1088 | STIPULATION WITH PROPOSED ORDER *Regarding Service of Complaints and Applicability of Prior Discovery Orders* filed by Best Buy Co., Inc., Best Buy Enterprise Services, Inc., Best Buy Purchasing LLC, Best Buy Stores, L.P., Best Buy.com LLC, Compucom Systems Inc, Costco Wholesale Corporation, Electrograph Systems, Inc, Electrograph Technologies Corp., Good Guys, Inc., Interbond Corporation of America, KMart Corporation, Douglas A. Kelley, Magnolia Hi-Fi, Inc., Office Depot, Inc., Old Comp Inc., Radioshack Corp., Sears, Roebuck and Co., Alfred H. Siegel, John R. Stoebner, Target Corp.. (Iovieno, Philip) (Filed on 3/15/2012) (Entered: 03/15/2012) |
| 03/15/2012 | 1089 | MOTION to Shorten Time *Motion for an Order Shortening Time on Motion to Compel Discovery From Objector Sean Hull* filed by Michael Juetten. (Attachments: # 1 Exhibit A to Motion, # 2 Declaration Micheletti Declaration, # 3 Exhibit 1 to Micheletti Declaration, # 4 Exhibit 2 to Micheletti Declaration, # 5 Exhibit 3 to Micheletti Declaration, # 6 Exhibit 4 to Micheletti Declaration, # 7 Exhibit 5 to Micheletti Declaration, # 8 Exhibit 6 to Micheletti Declaration, # 9 Exhibit 7 to Micheletti Declaration, # 10 Exhibit 8 to Micheletti Declaration, # 11 Exhibit 9 to Micheletti Declaration, # 12 Exhibit 10 to Micheletti Declaration, # 13 Exhibit 11 to Micheletti Declaration, # 14 Exhibit 12 to Micheletti Declaration, # 15 Exhibit 13 to Micheletti Declaration, # 16 Exhibit 14 to Micheletti Declaration, # 17 Proposed Order)(Micheletti, Christopher) (Filed on 3/15/2012) (Entered: 03/15/2012) |

| 03/19/2012 | 1090 | NOTICE by Jeffrey Figone *Notice of Association of Counsel* (Russell, Lauren) (Filed on 3/19/2012) (Entered: 03/19/2012) |
| 03/19/2012 | 1091 | Special Masters Order *Notice of Dial In Number for In-Person Hearing on March 20, 2012*. (Legge, Charles) (Filed on 3/19/2012) (Entered: 03/19/2012) |
| 03/19/2012 | 1092 | Special Masters Order *Report and Recommendations Regarding Scheduling Order, and Discovery and Case Management Protocol*. (Legge, Charles) (Filed on 3/19/2012) (Entered: 03/19/2012) |
| 03/19/2012 | 1093 | Special Masters Order *[Proposed] Scheduling Order*. (Legge, Charles) (Filed on 3/19/2012) (Entered: 03/19/2012) |
| 03/19/2012 | 1094 | Special Masters Order *[Proposed] Order re Discovery and Case Management Protocol*. (Legge, Charles) (Filed on 3/19/2012) (Entered: 03/19/2012) |
| 03/20/2012 | 1095 | NOTICE of Appearance by Sylvie K. Kern (Attachments: # 1 Certificate/Proof of Service Notice of Appearance)(Kern, Sylvie) (Filed on 3/20/2012) (Entered: 03/20/2012) |
| 03/20/2012 | 1096 | Joint MOTION to Adopt Special Master's Report & Recommendation to Deny Motion to Compel English Translations re 1082 Special Masters Order *on behalf of all moving defendants* filed by Samsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc., Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. Responses due by 4/3/2012. Replies due by 4/10/2012. (Attachments: # 1 Proposed Order)(Scarborough, Michael) (Filed on 3/20/2012) (Entered: 03/20/2012) |
| 03/20/2012 | 1097 | Declaration in Support of 1096 Joint MOTION to Adopt Special Master's Report & Recommendation to Deny Motion to Compel English Translations re 1082 Special Masters Order *on behalf of all moving defendants* filed bySamsung SDI (Malaysia) Sdn Bhd., Samsung SDI America, Inc., Samsung SDI Brasil Ltda., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Shenzhen Samsung SDI Co. Ltd, Tianjin Samsung SDI Co., Ltd.. (Attachments: # 1 Exhibit) (Related document(s) 1096 ) (Ballard, Dylan) (Filed on 3/20/2012) (Entered: 03/20/2012) |
| 03/20/2012 | 1098 | CERTIFICATE OF SERVICE by Michael Juetten re 1089 MOTION to Shorten Time *Motion for an Order Shortening Time on Motion to Compel Discovery From Objector Sean Hull* (Micheletti, Christopher) (Filed on 3/20/2012) (Entered: 03/20/2012) |
| 03/21/2012 | 1099 | STIPULATION WITH PROPOSED ORDER *Amending Stipulated Protective Order* filed by State of Florida. (Correa, Satu) (Filed on 3/21/2012) (Entered: 03/21/2012) |
| 03/21/2012 | 1100 | Special Masters Order *Order Granting Indirect Purchaser Plaintiffs' Motion for an Order Shortening Time on Motion to Compel Discovery* |

| | | |
|---|---|---|
| | | *from Objector Sean Hull.* (Legge, Charles) (Filed on 3/21/2012) (Entered: 03/21/2012) |
| 03/21/2012 | 1101 | Special Masters Order *Stipulation and [Proposed] Order Amending Stipulated Protective Order.* (Legge, Charles) (Filed on 3/21/2012) (Entered: 03/21/2012) |
| 03/22/2012 | 1102 | Special Masters Order *[Proposed] Final Judgment of Dismissal with Prejudice as to Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd..* (Legge, Charles) (Filed on 3/22/2012) (Entered: 03/22/2012) |
| 03/22/2012 | 1103 | Special Masters Order *[Proposed] Order Granting Final Approval of Settlement with Chunghwa Picture Tubes, Ltd..* (Legge, Charles) (Filed on 3/22/2012) (Entered: 03/22/2012) |
| 03/22/2012 | 1104 | ORDER granting (1100 in 3:07-cv-05944-SC) Indirect Purchaser Plaintiffs' Motion for an Order Shortening Time on Motion to Compel Discovery. Signed by Judge Samuel Conti on 03/22/2012. (sclc2, COURT STAFF) (Filed on 3/22/2012) (Entered: 03/22/2012) |
| 03/22/2012 | 1105 | ORDER granting (1103 in 3:07-cv-05944-SC) Final Approval of Settlement with Chunghwa Picture Tubes, Ltd. Signed by Judge Samuel Conti on 03/22/2012. (sclc2, COURT STAFF) (Filed on 3/22/2012) (Entered: 03/22/2012) |
| 03/22/2012 | 1106 | ORDER entering (1102 in 3:07-cv-05944-SC) Final Judgment of Dismissal with Prejudice as to Chunghwa Picture Tubes, Ltd., and Chunghwa Picture Tubes (Malaysia) SDN. BHD. Signed by Judge Samuel Conti on 03/22/2012. (sclc2, COURT STAFF) (Filed on 3/22/2012) (Entered: 03/22/2012) |
| 03/23/2012 | 1107 | Proposed Order re 1089 MOTION to Shorten Time *Motion for an Order Shortening Time on Motion to Compel Discovery From Objector Sean Hull [Proposed] Order Granting Indirect Purchaser Plaintiffs' Motion to Compel Discovery From Objector Sean Hull* by Michael Juetten. (Micheletti, Christopher) (Filed on 3/23/2012) (Entered: 03/23/2012) |
| 03/23/2012 | 1108 | STIPULATION WITH PROPOSED ORDER *Regarding Service of Complaint and Applicability of Prior Discovery Orders* filed by State of Florida. (Correa, Satu) (Filed on 3/23/2012) (Entered: 03/23/2012) |
| 03/23/2012 | 1109 | CERTIFICATE OF SERVICE by Michael Juetten re 1107 Proposed Order, 1104 Order (Micheletti, Christopher) (Filed on 3/23/2012) (Entered: 03/23/2012) |
| 03/23/2012 | 1110 | Special Masters Order *Stiulation and [Proposed] Order Regarding Service of Complaint and Applicability of Prior Discovery Orders.* (Legge, Charles) (Filed on 3/23/2012) (Entered: 03/23/2012) |
| 03/23/2012 | 1111 | NOTICE OF APPEAL to the 9th CCA. Appeal of Order, 1106 (Appeal fee $455.00; Receipt Number 34611072092.) (aaa, COURT STAFF) (Filed on 3/23/2012) (Entered: 03/26/2012) |

Case 4:07-cv-05944-JST   Document 1112-1   Filed 03/26/12   Page 342 of 342

| | | |
|---|---|---|
| 03/26/2012 | 1112 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 1111 Notice of Appeal (aaa, COURT STAFF) (Filed on 3/26/2012) (Entered: 03/26/2012) |
| 03/26/2012 | 1113 | Copy of 1111 Notice of Appeal and Docket sheet mailed to all counsel and to all parties without an e-mail address. (aaa, COURT STAFF) (Filed on 3/26/2012) (Entered: 03/26/2012) |