Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>CRAGO, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>Defendants.<br><br>This Document Relates to ALL CASES | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618<br><br>**RECOMMENDATION ON MOTION FOR RECONSIDERATION** |

Plaintiffs have requested reconsideration of paragraph 6 on page 7 of the Special Master's Report and Recommendations dated March 19, 2012 (Document 1092), regarding the English translations of the Chunghwa documents. The Special Master has reviewed the Plaintiffs' letter motion of March 20, 2012, Defendants' reply letter of the same date, the report and recommendations of Document 1092, and other orders entered in this case on the subject of translations.

The parties agree that the Special Master was in error in saying that the issue is moot. Nevertheless, the Special Master recommends that the motion for reconsideration be denied, for the reasons set forth on page 3 of the Special Master's Report and Recommendation Regarding English Translations dated March 8, 2012 (Document 1082).

Respectfully Submitted,

Date: March 29, 2012

_____
Hon. Charles A. Legge (Ret.)
Special Master

It is so ordered.

Date: _____

_____
Hon. Samuel Conti
United States District Judge