Mario N. Alioto (56433)
Lauren C. Russell (241151
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone:  (415) 563-7200
Facsimile:   (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **PROOF OF SERVICE**<br><br>Judge:  Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

1     I, Lauren C. Russell, declare as follows:

2     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the State of California, where the mailing occurs, and my business address is TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP, 2280 Union Street, San Francisco, California 94123.

    I further declare that I am readily familiar with the business practices for collection and processing of correspondence for mailing with the United States Postal Service this same day in the ordinary course of business.

    On March 30, 2012, I served a true and correct copy of the following document(s):

**1) INDIRECT PURCHASER PLAINTIFFS' REPLY TO RESPONSE TO MOTION TO COMPEL DISCOVERY**

on all counsel registered for ECF and by sending a true and correct copy of each document to each addressee below in the manner described below:

    Sean Hull
    7890 Witney Place
    Lone Tree, CO 80124
    shpcs@yahoo.com

[ X ]    **BY E-MAIL:** I transmitted the foregoing document(s) listed above to the addressee(s) identified above via electronic mail pursuant to agreement among the parties.

[ X ]    **BY MAIL:** I placed a true and correct copy of each document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail this same day, at San Francisco, California, following ordinary business practices.

[ ]    By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

//

//

//

1
PROOF OF SERVICE
Master File No. CV-07-5944-SC; MDL No. 1917

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 30, 2012 at San Francisco, California.

/s/ Lauren C. Russell
Lauren C. Russell