1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| 14 | MDL NO. 1917 |
| 15  This Document Relates to: | **[PROPOSED]** ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) |
| 16  ALL DIRECT PURCHASER ACTIONS | |
| 17 | |
| 18 | |

19
20
21
22
23
24
25
26
27
28

1 On February 24, 2012, Direct Purchaser Plaintiffs filed an Administrative Motion pursuant to Civil Local Rules 7-11 and 79-5(d) to file certain documents under seal. Having read and considered the papers filed, and good cause appearing, IT IS HEREBY ORDERED that Direct Purchaser Plaintiffs' Administrative Motion to file certain documents under seal pursuant to Civil Local Rules 7-11 and 79-5(d) is __granted__.

IT IS SO ORDERED.

Dated: __April 2, 2012__

_____
Hon. Samuel Conti
Northern District of California

Crt.497