Ronald C. Redcay  (SBN 67236)
E-Mail:  Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail:  John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail:  Eric.Shapland@aporter.com
Eric D. Mason (SBN 259233)
E-Mail:  Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

Beth H. Parker (SBN 104773)
E-Mail:  Beth.Parker@aporter.com
ARNOLD & PORTER LLP
One Embarcadero Center
Twenty-Second Floor
San Francisco, California  94111-3711
Telephone:  415.356.3000
Facsimile:  415.356.3099

Samuel R. Miller (SBN 66871)
E-Mail: srmiller@sidley.com
Marie L. Fiala (SBN 79676)
E-Mail: mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
E-Mail: rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
E-Mail: rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California  94104
Telephone:    (415) 772-1200
Facsimile:    (415) 772-7400

Attorneys for Defendant LG Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Direct Purchaser Plaintiff Actions | Case No.: 3:11-cv-01656 SC<br><br>Lead Case: 3:07-cv-05944 SC<br>MDL No. 1917<br><br>[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d) |

1  The Direct Purchaser Plaintiffs filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1057) ("Motion to Seal") related to the filing of the Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Partial Summary Judgment ("DPPs' Opposition"), the Declaration of R. Alexander Saveri in Opposition to Defendants' Motion for Partial Summary Judgment ("Saveri Declaration"), and the exhibits attached to the Saveri Declaration, all of which were lodged conditionally under seal on February 24, 2012 pursuant to Plaintiffs' Motion to Seal. Defendant LG Electronics, Inc. ("LGEI") filed the Declaration of Eric Shapland ("Shapland Declaration") in support of Plaintiffs' Motion to Seal, requesting a narrowly tailored order to maintain a certain document under seal.

The document at issue is the Saveri Declaration Exhibit 32. Exhibit 32 is LGEI's Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, designated by LGEI as "Confidential" under the Protective Order.

After due consideration of the papers submitted and the arguments of counsel, the Court finds that the above materials described in the Shapland Declaration contain proprietary and sensitive business information, and a substantial probability exists that LGEI would be competitively harmed if the materials were publicly disclosed. The Court also finds that LGEI has narrowly tailored this sealing request to only the exhibit thereto necessary to protect its proprietary and sensitive business information. The Court thus finds compelling reasons to maintain under seal the materials described in the Shapland Declaration.

**IT IS THEREFORE ORDERED** that the Saveri Declaration Exhibit 32 shall be maintained permanently under seal in its entirety.

**IT IS SO ORDERED.**

Dated: April 2, 2012

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

- 2 -
[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS, Case No. 3:07-cv-5944 SC; MDL No. 1917