1  KENT M. ROGER, State Bar No. 95987
   MICHELLE PARK CHIU, State Bar No. 248421
2  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: kroger@morganlewis.com
5          mchiu@morganlewis.com

6  Attorneys for Defendants
   HITACHI, LTD., HITACHI DISPLAYS, LTD.,
7  HITACHI AMERICA, LTD., HITACHI ASIA,
   LTD., and HITACHI ELECTRONIC DEVICES
8  (USA), INC.

9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates To:<br>DIRECT PURCHASER ACTIONS | **[PROPOSED]** ORDER SEALING DOCUMENTS<br>**[Civil L.R. 79-5(d)]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. M: 07-5944 SC; MDL NO. 1917

[PROPOSED] ORDER SEALING DOCUMENTS

DB2/ 22996191.1

1  Having considered the parties' submissions regarding whether certain documents

2  plaintiffs lodged with the Court should be filed under seal, and good cause appearing:

3  IT IS HEREBY ORDERED that the following documents and portions of documents

4  currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under

5  seal:

6  1. Exhibits 30 and 31 to the Declaration of R. Alexander Saveri in Opposition to

7  Defendants' Motion for Partial Summary Judgment ("Saveri Declaration"), in their entirety; and

8  2. All references to documents designated "Highly Confidential" by Hitachi, Ltd.,

9  Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices

10  (USA), Inc. under the Stipulated Protective Order, contained in Direct Purchaser Plaintiffs'

11  Opposition to Defendants' Motion for Partial Summary Judgment, including but not limited to

12  Exhibits 30 and 31 to the Saveri Declaration.

13  IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local

14  Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or

15  discuss any of the sealed documents or their contents absent further order of the Court.

17  Dated: April 2, 2012



United States District Judge
Judge Samuel Conti

IT IS SO ORDERED

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2    CASE NO. M: 07-5944 SC; MDL NO. 1917

[PROPOSED] ORDER SEALING DOCUMENTS

DB2/ 22996191.1