

NOTICE TO ALL COUNSEL                                             April 2, 2012

RE:   **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
      Case No. CV 07-5944 SC
      JAMS Reference #: 1100054618

Dear Counsel:

This letter will confirm that a conference call in the above-referenced matter for the in-person Plaintiffs' Motion to Compel Discovery from Toshiba has been scheduled as follows:

DATE:       April 4, 2012 at 9:30 AM (Pacific)

PANELIST:   Hon. Charles A. Legge (Ret.)

All participants shall dial 1-877-696-5267. When prompted, enter code **5925048#**. You will then be connected to the conference call.

If you have any questions, please contact me directly at 415-774-2657.

Very truly yours,

Sarah Nevins
Senior Case Manager
snevins@jamsadr.com
Fax# 415-982-5287