Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| CRAGO, INC., et al., | [PROPOSED] SCHEDULING ORDER |
| Plaintiffs, | |
| vs. | |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants | |
| This Document Relates to ALL CASES | |

| | |
|---|---|
| February 24, 2012 | Direct Purchaser class opposition to preliminary Summary Judgment Motion |
| March 9, 2012 | Defendants' reply brief in support of preliminary Summary Judgment Motion |
| March 20, 2012 | Hearing on preliminary Summary Judgment Motion |
| August 1, 2012 | Last day for Directs and Indirects to file class certification motions and expert reports |
| October 13, 2012 | Last day for Defendants to file opposition and expert |

| | |
|---|---|
| | reports re Directs' and Indirects' class certification motions (70 days after motion is filed) |
| November 30, 2012 | Last day for Directs and Indirects to file class certification reply and rebuttal report (45 days after opposition) |
| December 13/14, 2012 | Hearing on class certification motions |
| January 24, 2013 | Status conference before Special Master re status of discovery and motions, and possible changes to schedule. |
| April 23, 2013 | Last day for Directs, Indirects, State Attorneys General, and Direct Actions Plaintiffs to serve expert reports on merits |
| May 23, 2013 | Last day for Defendants to serve expert reports on merits |
| June 24, 2013 | Last day for Directs, Indirects, State Attorneys General, and Direct Action Plaintiffs to serve rebuttal expert reports on merits |
| August 8, 20103 | Mediation |
| August 30, 2013 | Close of fact and expert discovery |
| September 18, 2013 | Last day to file dispositive motions |
| November 1, 2013 | Last day to file oppositions to dispositive motions |
| December 1, 2013 | Last day for dispositive motions replies |
| December 20, 2013 | Hearing on dispositive motions |
| January 15, 2014 | Last day for actions filed outside of ND Cal. to be returned to courts in which originally filed |
| January 15, 2014 | Last day for settlement conference |
| January 15, 2014 | Last day for filing motions in limine and other non-dispositive pretrial motions |
| January 22, 2014 | Last day to meet and confer re pretrial order |
| January 29, 2014 | Parties must exchange proposed exhibits and witness lists |
| January 29, 2014 | Last date for filing pretrial order, agreed set of jury instructions and verdict forms. |
| January 29, 2014 | Last date for filing oppositions to motions in limine |

| | |
|---|---|
| February 12, 2014 | Last date for filing motions in limine reply briefs |
| February 26, 2014 | Hearing on motions in limine |
| March 5, 2014 | Final pretrial conference |
| April 14, 2014 | Trial(s) |

**IT IS SO ORDERED.**

DATED: April 3, 2012

Hon. Samuel Conti
United States District Judge