IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case Nos. 07-5944 SC<br>11-5515 YGR<br><br>ORDER CONSOLIDATING CASES |

The Court hereby finds civil case <u>Target Corp., et al., v. Hitachi Ltd. et al.</u>, Case No. 11-5515, suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings. This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

This consolidated case will henceforth be referred to as "<u>In Re: Cathode Ray Tube (CRT) Antitrust Litigation</u>," MDL No. 1917. All documents shall be filed under case number 07-5944. Filings shall bear the initials "SC" immediately after the case number.

The parties are directed to comply with Pretrial Order No. 1 issued in In Re: Cathode Ray Tube (CRT) Antitrust Litigation, 07-5944, MDL No. 1917, Docket No. 230, for all future filings.

IT IS SO ORDERED.

Dated: April 3, 2012

UNITED STATES DISTRICT JUDGE