Ronald C. Redcay (SBN 67236)
E-Mail: Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail: John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail: Eric.Shapland@aporter.com
Eric D. Mason (SBN 259233)
E-Mail: Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC |
| | MDL No. 1917 |
| | **(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| This Document Relates To: | |
| ALL ACTIONS | |

31562813v1

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:07-cv-05944 SC; MDL NO. 1917

1  James L. Cooper, whose business address and telephone number is Arnold & Porter LLP,
2  555 Twelfth Street, NW, Washington, DC 20004, 202-942-5000, and who is an active member in
3  good standing of the bar of the District of Columbia, having applied in the above-entitled action for
4  admission to practice in the Northern District of California on a pro hac vice basis, representing
5  Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co.,
6  Ltd.
7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac
9  vice. Service of papers upon and communication with co-counsel designated in the application will
10 constitute notice to the party.  All future filings in this action are subject to the requirements
11 contained in General Order No. 45, Electronic Case Filing.

Dated:_____   By: _____
                                              United States District Judge