Ronald C. Redcay (SBN 67236)
E-Mail: Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail: John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail: Eric.Shapland@aporter.com
Eric D. Mason (SBN 259233)
E-Mail: Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC |
| | MDL No. 1917 |
| | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Document Relates To: | |
| ALL ACTIONS | |

Pursuant to Civil L.R. 11-3, Wilson D. Mudge, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> SHARON D. MAYO (SBN 150469)
> E-Mail: Sharon.Mayo@aporter.com
> ARNOLD & PORTER LLP
> Three Embarcadero Center, 7th Floor
> San Francisco, California 94111-4024
> Telephone: 415.471.3100
> Facsimile: 415.471.3400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 28, 2012     By: /s/ Wilson D. Mudge
> WILSON D. MUDGE
> Email: Wilson.Mudge@aporter.com
> ARNOLD & PORTER LLP
> 555 Twelfth Street, NW
> Washington, DC 20004-1206
> Telephone: 202.942.5000
> Facsimile: 202.942.5999

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatory.