Ronald C. Redcay  (SBN 67236)
E-Mail:  Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail:  John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail:  Eric.Shapland@aporter.com
Eric D. Mason (SBN 259233)
E-Mail:  Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br><br>MDL No. 1917<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Document Relates To:<br><br>ALL ACTIONS | |

31562812v1

(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:07-cv-05944 SC; MDL NO. 1917

1 | Douglas L. Wald, whose business address and telephone number is Arnold & Porter LLP,
2 | 555 Twelfth Street, NW, Washington, DC 20004, 202-942-5000, and who is an active member in
3 | good standing of the bar of the District of Columbia, having applied in the above-entitled action for
4 | admission to practice in the Northern District of California on a pro hac vice basis, representing
5 | Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co.,
6 | Ltd.
7 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8 | conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac
9 | vice. Service of papers upon and communication with co-counsel designated in the application will
10 | constitute notice to the party.  All future filings in this action are subject to the requirements
11 | contained in General Order No. 45, Electronic Case Filing.

Dated:_____     By: _____
                                              United States District Judge

- 1 -
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO. 3:07-cv-05944 SC; MDL NO. 1917