Ronald C. Redcay (SBN 67236)
E-Mail: Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail: John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail: Eric.Shapland@aporter.com
Eric D. Mason (SBN 259233)
E-Mail: Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To All Actions | Master File No.: 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL AND [PROPOSED] ORDER**<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd. (collectively, the "LGE Defendants") hereby withdraw the law firm of Sidley Austin LLP, 555 California Street, Suite 2000, San Francisco, California 94104, as co-counsel of record for the LGE Defendants in the above-captioned matter.  The law firm of Arnold & Porter LLP remains as counsel of record for the LGE Defendants.  Accordingly, the LGE Defendants respectfully request that the following Sidley Austin LLP attorneys' names be removed from the Court's electronic mail notice list and counsels' service lists:  Samuel R. Miller, Marie L. Fiala, Ryan M. Sandrock, and Robert B. Martin.

PLEASE TAKE FURTHER NOTICE that the following Arnold & Porter LLP attorneys hereby enter their appearance on behalf of the LGE Defendants and request that copies of all pleadings, motions, briefs, orders, correspondence, and other papers be served on each of them as follows:

> SHARON D. MAYO (SBN 150469)
> E-Mail:  Sharon.Mayo@aporter.com
> ARNOLD & PORTER LLP
> Three Embarcadero Center, 7th Floor
> San Francisco, California  94111-4024
> Telephone:  415.471.3100
> Facsimile:  415.471.3400
>
> WILSON D. MUDGE (*Pro Hac Vice*)
> Email:  Wilson.Mudge@aporter.com
> ARNOLD & PORTER LLP
> 555 Twelfth Street, NW
> Washington, DC  20004-1206
> Telephone:  202.942.5000
> Facsimile:  202.942.5999
>
> DOUGLAS L. WALD (*Pro Hac Vice*)
> Email:  Douglas.Wald@aporter.com
> ARNOLD & PORTER LLP
> 555 Twelfth Street, NW
> Washington, DC  20004-1206
> Telephone:  202.942.5000
> Facsimile:  202.942.5999
>
> JAMES L. COOPER (*Pro Hac Vice*)
> Email:  James.Cooper@aporter.com
> ARNOLD & PORTER LLP
> 555 Twelfth Street, NW
> Washington, DC  20004-1206
> Telephone:  202.942.5000

NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

1  Facsimile: 202.942.5999

2  YONGSANG KIM (*Pro Hac Vice*)
   Email: YongSang.Kim@aporter.com
3  ARNOLD & PORTER LLP
   555 Twelfth Street, NW
4  Washington, DC 20004-1206
   Telephone: 202.942.5000
5  Facsimile: 202.942.5999

6  PLEASE TAKE FURTHER NOTICE that the following Arnold & Porter LLP attorneys are

7  withdrawing as counsel in the above-captioned matter: Ronald C. Redcay, Beth H. Parker, John D.

8  Lombardo, and D. Eric Shapland. Accordingly, the LGE Defendants respectfully request that these

9  attorneys' names be removed from the Court's electronic mail notice list and counsels' service lists.

10  Arnold & Porter LLP continues to serve as counsel for the LGE Defendants through

11  attorneys Sharon D. Mayo, Wilson D. Mudge, Douglas C. Wald, James L. Cooper, YongSang Kim,

12  and Eric D. Mason, who request that all future correspondence and papers in this action continue to

13  be directed to them.

14  //

The undersigned parties consent to the above substitution of counsel.

Dated: April 4, 2012              LG ELECTRONICS, INC.

                                  By: /s/ Jin Goonah
                                  Title: Legal Counsel

Dated: April ___, 2012            LG ELECTRONICS USA, INC.

                                  By: _____
                                  Title: _____

Dated: April ___, 2012            LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

                                  By: _____
                                  Title: _____

Dated: April ___, 2012            SIDLEY AUSTIN LLP

                                  By: _____
                                         SAMUEL R. MILLER

Dated: April ___, 2012            ARNOLD & PORTER LLP

                                  By: _____
                                         ERIC D. MASON

                                  *Attorneys for Defendants LG Electronics, Inc.;*
                                  *LG Electronics USA, Inc.; and LG Electronics*
                                  *Taiwan Taipei Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

The above withdrawal of co-counsel and change of counsel are approved and IT IS SO ORDERED.

Dated: _____    By: _____
                                         HONORABLE SAMUEL CONTI
                                         UNITED STATES DISTRICT JUDGE

- 4 -
NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

1  The undersigned parties consent to the above substitution of counsel.

2  Dated: April ___, 2012                LG ELECTRONICS, INC.

3

4                                         By: _____

5                                         Title: _____

6  Dated: April 3, 2012                   LG ELECTRONICS USA, INC.

7

8                                         By: _____/s/ Richard C. Wingate_____
                                              RICHARD C. WINGATE
9                                         Title: VICE PRESIDENT & GENERAL COUNSEL

10 Dated: April ___, 2012                 LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

11

12                                        By: _____

13                                        Title: _____

14 Dated: April ___, 2012                 SIDLEY AUSTIN LLP

15

16                                        By: _____
                                              SAMUEL R. MILLER

17 Dated: April ___, 2012                 ARNOLD & PORTER LLP

18

19                                        By: _____
                                              ERIC D. MASON

20                                        *Attorneys for Defendants LG Electronics, Inc.;
                                          LG Electronics USA, Inc.; and LG Electronics
21                                        Taiwan Taipei Co., Ltd.*

22    Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of
   this document has been obtained from the above signatories.
23

24    The above withdrawal of co-counsel and change of counsel are approved and IT IS SO
   ORDERED.
25

26 Dated: _____         By: _____
                                              HONORABLE SAMUEL CONTI
27                                            UNITED STATES DISTRICT JUDGE

28

- 4 -
NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

The undersigned parties consent to the above substitution of counsel.

Dated: April ___, 2012.  LG ELECTRONICS, INC.

By: _____

Title: _____

Dated: April ___, 2012  LG ELECTRONICS USA, INC.

By: _____

Title: _____

Dated: April 3, 2012  LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

By: Byeonghyeon Kim

Title: CFO

Dated: April ___, 2012  SIDLEY AUSTIN LLP

By: _____
SAMUEL R. MILLER

Dated: April ___, 2012  ARNOLD & PORTER LLP

By: _____
ERIC D. MASON
*Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

The above withdrawal of co-counsel and change of counsel are approved and IT IS SO ORDERED.

Dated: _____  By: _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

-4-
NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

| | |
|---|---|
| 1 | The undersigned parties consent to the above substitution of counsel. |
| 2 | |
| 3 | Dated: April ___, 2012          LG ELECTRONICS, INC. |
| 4 | By: _____ |
| 5 | Title: _____ |
| 6 | Dated: April ___, 2012          LG ELECTRONICS USA, INC. |
| 7 | |
| 8 | By: _____ |
| 9 | Title: _____ |
| 10 | Dated: April ___, 2012          LG ELECTRONICS TAIWAN TAIPEI CO., LTD. |
| 11 | |
| 12 | By: _____ |
| 13 | Title: _____ |
| 14 | Dated: April _3_, 2012          SIDLEY AUSTIN LLP |
| 15 | |
| 16 | By: /s/ Samuel R. Miller |
| 17 | Dated: April _3_, 2012          ARNOLD & PORTER LLP |
| 18 | By: /s/ Eric D. Mason |
| 19 | ERIC D. MASON |
| 20 | *Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.* |

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

The above withdrawal of co-counsel and change of counsel are approved and IT IS SO ORDERED.

Dated: _____          By: _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE