Ronald C. Redcay  (SBN 67236)
E-Mail:  Ronald.Redcay@aporter.com
John D. Lombardo (SBN 187142)
E-Mail:  John.Lombardo@aporter.com
D. Eric Shapland (SBN 193853)
E-Mail:  Eric.Shapland@aporter.com
Eric D. Mason (SBN 259233)
E-Mail:  Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199

Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To All Actions | Master File No.: 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br>Judge:  Hon. Samuel Conti<br><br>Special Master:  Hon. Charles A. Legge (Ret.) |

31568751v1

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd. (collectively, the "LGE Defendants") hereby withdraw the law firm of Sidley Austin LLP, 555 California Street, Suite 2000, San Francisco, California 94104, as co-counsel of record for the LGE Defendants in the above-captioned matter.  The law firm of Arnold & Porter LLP remains as counsel of record for the LGE Defendants.  Accordingly, the LGE Defendants respectfully request that the following Sidley Austin LLP attorneys' names be removed from the Court's electronic mail notice list and counsels' service lists:  Samuel R. Miller, Marie L. Fiala, Ryan M. Sandrock, and Robert B. Martin.

PLEASE TAKE FURTHER NOTICE that the following Arnold & Porter LLP attorneys hereby enter their appearance on behalf of the LGE Defendants and request that copies of all pleadings, motions, briefs, orders, correspondence, and other papers be served on each of them as follows:

SHARON D. MAYO (SBN 150469)
E-Mail:  Sharon.Mayo@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:  415.471.3100
Facsimile:  415.471.3400

WILSON D. MUDGE (*Pro Hac Vice*)
Email:  Wilson.Mudge@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  202.942.5000
Facsimile:  202.942.5999

DOUGLAS L. WALD (*Pro Hac Vice*)
Email:  Douglas.Wald@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  202.942.5000
Facsimile:  202.942.5999

JAMES L. COOPER (*Pro Hac Vice*)
Email:  James.Cooper@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004-1206
Telephone:  202.942.5000

NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

Facsimile: 202.942.5999

YONGSANG KIM (*Pro Hac Vice*)
Email: YongSang.Kim@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 202.942.5000
Facsimile: 202.942.5999

PLEASE TAKE FURTHER NOTICE that the following Arnold & Porter LLP attorneys are withdrawing as counsel in the above-captioned matter: Ronald C. Redcay, Beth H. Parker, John D. Lombardo, and D. Eric Shapland. Accordingly, the LGE Defendants respectfully request that these attorneys' names be removed from the Court's electronic mail notice list and counsels' service lists.

Arnold & Porter LLP continues to serve as counsel for the LGE Defendants through attorneys Sharon D. Mayo, Wilson D. Mudge, Douglas C. Wald, James L. Cooper, YongSang Kim, and Eric D. Mason, who request that all future correspondence and papers in this action continue to be directed to them.

//

The undersigned parties consent to the above substitution of counsel.

Dated: April 4, 2012       LG ELECTRONICS, INC.

By: /s/ JN Goonah/
Title: Legal Counsel

Dated: April ___, 2012     LG ELECTRONICS USA, INC.

By: _____
Title: _____

Dated: April ___, 2012     LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

By: _____
Title: _____

Dated: April ___, 2012     SIDLEY AUSTIN LLP

By: _____
           SAMUEL R. MILLER

Dated: April ___, 2012     ARNOLD & PORTER LLP

By: _____
           ERIC D. MASON

*Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

The above withdrawal of co-counsel and change of counsel are approved and IT IS SO ORDERED.

Dated: _____       By: _____
                                          HONORABLE SAMUEL CONTI
                                          UNITED STATES DISTRICT JUDGE

- 4 -
NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

The undersigned parties consent to the above substitution of counsel.

Dated: April ___, 2012          LG ELECTRONICS, INC.

                                By: _____

                                Title: _____

Dated: April 3, 2012            LG ELECTRONICS USA, INC.

                                By: _/s/ Richard C. Wingate_____
                                    RICHARD C WINGATE
                                Title: VICE PRESIDENT & GENERAL COUNSEL

Dated: April ___, 2012          LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

                                By: _____

                                Title: _____

Dated: April ___, 2012          SIDLEY AUSTIN LLP

                                By: _____
                                    SAMUEL R. MILLER

Dated: April ___, 2012          ARNOLD & PORTER LLP

                                By: _____
                                    ERIC D. MASON

                                *Attorneys for Defendants LG Electronics, Inc.;
                                LG Electronics USA, Inc.; and LG Electronics
                                Taiwan Taipei Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

The above withdrawal of co-counsel and change of counsel are approved and IT IS SO ORDERED.

Dated: _____   By: _____
                                    HONORABLE SAMUEL CONTI
                                    UNITED STATES DISTRICT JUDGE

- 4 -
NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

The undersigned parties consent to the above substitution of counsel.

Dated: April ___, 2012.         LG ELECTRONICS, INC.

                                By: _____
                                Title: _____

Dated: April ___, 2012          LG ELECTRONICS USA, INC.

                                By: _____
                                Title: _____

Dated: April 3, 2012            LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

                                By: Byeonghyeon Kim
                                Title: CFO

Dated: April ___, 2012          SIDLEY AUSTIN LLP

                                By: _____
                                    SAMUEL R. MILLER

Dated: April ___, 2012          ARNOLD & PORTER LLP

                                By: _____
                                    ERIC D. MASON
                                *Attorneys for Defendants LG Electronics, Inc.;
                                LG Electronics USA, Inc.; and LG Electronics
                                Taiwan Taipei Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

The above withdrawal of co-counsel and change of counsel are approved and IT IS SO ORDERED.

Dated: _____  By: _____
                                    HONORABLE SAMUEL CONTI
                                    UNITED STATES DISTRICT JUDGE

-4-

NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917

The undersigned parties consent to the above substitution of counsel.

Dated: April ___, 2012          LG ELECTRONICS, INC.

                                By: _____

                                Title: _____

Dated: April ___, 2012          LG ELECTRONICS USA, INC.

                                By: _____

                                Title: _____

Dated: April ___, 2012          LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

                                By: _____

                                Title: _____

Dated: April 3, 2012            SIDLEY AUSTIN LLP

                                By: _____
                                        SAMUEL R. MILLER

Dated: April 3, 2012            ARNOLD & PORTER LLP

                                By: _____
                                        ERIC D. MASON

                                *Attorneys for Defendants LG Electronics, Inc.;
                                LG Electronics USA, Inc.; and LG Electronics
                                Taiwan Taipei Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from the above signatories.

The above withdrawal of co-counsel and change of counsel are approved and IT IS SO ORDERED.

Dated: 4/4/12                   By: _____
                                    HONORABLE _____ CONTI
                                    UNITED STATES _____ JUDGE

                                    *IT IS SO ORDERED*
                                    *Judge Samuel Conti*

- 4 -
NOTICE OF WITHDRAWAL OF CO-COUNSEL AND CHANGE OF COUNSEL
Case No. 3:07-ca-5944 SC; MDL No. 1917