**Counsel Listed on Signature Block**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING CONSOLIDATION OF TAG-ALONG ACTIONS** |
| ALL CASES | |

WHEREAS, certain antitrust actions relating to an alleged conspiracy to fix the prices for cathode ray tubes ("CRTs"), which are used in computer monitors and television sets, have been filed in the Northern District of California or transferred to this Court for coordinated pretrial proceedings by the Judicial Panel on Multidistrict Litigation (JPML);

WHEREAS, the number and complexity of these actions warrant consolidation of all actions in *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, for pre-trial purposes;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Defendants:

1.	APPLICABILITY OF ORDER: The provisions of this Stipulated Order shall govern the practice and procedure in those actions transferred to this Court by the JPML. This Stipulated Order also applies to all related actions filed in all divisions of the Northern District of California and all "tag-along actions" later filed in, removed to, or transferred to this Court.

2.	CONSOLIDATION: The civil actions transferred to this Court or related to the actions already pending before this Court are consolidated for pretrial purposes only. Any "tag-along actions" later filed in, removed to, or transferred to this Court, or directly filed in the Northern District of California, will automatically be consolidated with this action without the necessity of future motions or orders. This consolidation does not constitute a determination that the actions should be consolidated for trial, nor does it have the effect of making any entity a party to any action in which he, she or it has not been named, served or added in accordance with the Federal Rules of Civil Procedure.

3.	MASTER DOCKET FILE: The Clerk of the Court will maintain a master docket case file under the style "In Re: Cathode Ray Tube (CRT) Antitrust Litigation," No.  M 07-5944 SC, and the identification of "MDL No. 1917."  When a pleading is intended to apply to all actions, this shall be indicated by the words: "This Document Relates to All Cases." When a pleading is intended to apply to fewer than all cases, this Court's docket number of each individual case to which the document relates shall appear immediately after the words "This Document Relates to."

4.	FILING: This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically. All documents shall be e-filed in the master file, No. M 07-5944 SC. Documents that pertain to one or only some of the pending actions shall also be e-filed in the individual case(s) to which the documents pertain.

5.	DOCKETING NEW CASES: When an action that properly belongs as part of *In Re: Cathode Ray Tube (CRT) Antitrust Litigation* is filed after the date of this Stipulated Order in the Northern District of California or transferred here from another court, the Clerk of this Court shall:

1          1.      File a copy of this Order in the separate file for such action;

2          2.      Make an appropriate entry on the master docket sheet;

3          3.      Mail to the attorneys for the plaintiff in the newly filed or transferred

4                  case a copy of this Order; and

5          4.      Upon the first appearance of any new defendant, mail to the attorneys for

6                  the defendant in such newly filed or transferred cases a copy of this Order.

7      6.      APPEARANCES: Counsel who appeared in a transferor court prior to transfer need

8  not enter an additional appearance before this Court. Moreover, attorneys admitted to practice and

9  in good standing in any United States District Court are admitted pro hac vice in this litigation, and

10  the requirements of Northern District of California Local Rule 11-3 are waived.  Association of

11  local counsel is not required.

12      **IT IS SO STIPULATED.**

13      Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of

14  this document has been obtained from stipulating defendants.

15

16  DATED:  April 5, 2012                          /s/ Philip J. Iovieno

17                                          Philip J. Iovieno (admitted *pro hac vice*)
                                            BOIES, SCHILLER & FLEXNER LLP

18                                          10 North Pearl Street, 4th Floor
                                            Albany, NY  12207

19                                          Telephone:  (518) 434-0600
                                            Facsimile:  (518) 434-0665
                                            Email:  piovieno@bsfllp.com

20
                                            *Liaison Counsel for Individual Action Plaintiffs*

21

22

23

24

25

26

27

28

3

DEWEY & LEBOEUF  LLP


By:    /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
E-mail: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
E-mail: pvictor@dl.com
MOLLY M. DONOVAN (*pro hac vice*)
Email : mmdonovan@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013

ALDO A. BADINI (257086)
Email: abadini@dl.com
**DEWEY & LEBOEUF LLP**
Post Montgomery Center
One Montgomery Street, Suite 3500
San Francisco, CA 94104
Telephone: (415) 951-1120
Facsimile:  (415) 951-1100
Email: abadini@dl.com

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
DAVID E. YOLKUT (*pro hac vice*)
Email: david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
E-mail: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North*
*America, MT Picture Display Co., Ltd. and Panasonic*
*Corporation (f/k/a Matsushita Electric Industrial Co.)*

MORGAN, LEWIS & BOCKIUS LLP


By: ___/s/ Kent M. Roger_____
KENT M. ROGER (95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*


ARNOLD & PORTER LLP

By: ___/s/ Ronald C. Redcay_____
RONALD C. REDCAY (67236)
Email: Ronald.Redcay@aporter.com
D. ERIC SHAPLAND (193853)
Email: Eric.shapland@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

O'MELVENY & MYERS LLP


By:____/s/ Ian Simmons_____
IAN SIMMONS (*pro hac vice*)
E-mail: isimmons@omm.com
BEN BRADSHAW (189925)
E-mail: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd.*
*and Samsung Electronics America, Inc.*




GIBSON, DUNN & CRUTCHER LLP


By:____/s/ Rachel S. Brass_____
RACHEL S. BRASS (219301)
E-mail: RBrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Tatung Company of America, Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHITE & CASE LLP


By: ___/s/ Lucius B. Lau_____
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba*
*America, Inc., Toshiba America Information Systems,*
*Inc., Toshiba America Consumer Products, L.L.C., and*
*Toshiba America Electronic Components, Inc.*



SHEPPARD MULLIN RICHTER & HAMPTON


By:  _/s/ Gary L. Halling_____
GARY L. HALLING (66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER &**
**HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America,*
*Inc. and Samsung SDI Co., Ltd., Samsung SDI*
*(Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A.*
*de C.V., Samsung SDI Brasil Ltda., Tianjin*
*Samsung SDI Co., Ltd.*

1      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

4   DATED: _____

5                           _____
Hon. Samuel Conti
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28