PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZEBETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
ELI FRIEDMAN (Eli.Friedman@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
*Pro Hac Vice*
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:   (850) 414-3300
Fax:   (850) 488-9134

Attorneys for Plaintiff State of Florida

[Additional counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master Case No. 3:07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATED PROTECTIVE ORDER**<br><br>Judge:   Honorable Samuel Conti |

Pursuant to Local Rule 7-12, the Plaintiffs and Defendants ("Parties") jointly submit this Stipulation seeking an amendment to the Stipulated Protective Order, Dkt. No. 306, filed June 18, 2008.

WHEREAS the State of Florida, through its Attorney General and Department of Legal Affairs ("Plaintiff State") filed a separately captioned lawsuit on December 9, 2011.

WHEREAS the Plaintiff State's action has been consolidated as a related case in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-CV-5944-SC and reassigned to the Honorable Samuel Conti per Pretrial Order No. 1, dated April 4, 2008.

WHEREAS, pursuant to the Stipulated Protective Order, Dkt. No. 306, filed June 18, 2008, the Plaintiff State's case is intended to be subject to that Stipulated Protective Order.

WHEREAS, paragraph 2.9 of the Stipulated Protective Order currently reads:

2.9. Outside Counsel: attorneys, along with their paralegals, and other support personnel, who are not employees of a Party but who are retained to represent or advise a Party in this action.

WHEREAS, the definition of "Outside Counsel" does not properly describe the Plaintiff State, and specifically its Attorney General, who is prosecuting its case, and needs to be amended to reach the Attorney General's office as "Outside Counsel" as that term is defined in Section 2.9 of the Stipulated Protective Order, for the reason that the Attorney General and its assistants are generally "employed" by the State, which is a Party being represented in its lawsuit.

WHEREAS, the following additional phrase added to paragraph 2.9 would appropriately encompass the Attorney General as "Outside Counsel":

2.9. Outside Counsel: attorneys, along with their paralegals, and other support personnel, who are not employees of a Party but who are retained to represent or advise a Party in this action, <u>and, in the case of the State of Florida, the Attorney General's office, including its attorneys, paralegals and other support personnel.</u>

WHEREAS, the Parties have reviewed the above-proposed language and agreed that the Stipulated Protective Order should be so amended.

IT IS HEREBY STIPULATED AND AGREED by and among the Parties, through their undersigned counsel, that Paragraph 2.9 of the Stipulated Protective Order should be amended to encompass the Attorney General as "Outside Counsel" by adding the following language:

2.9. Outside Counsel: attorneys, along with their paralegals, and other support personnel, who are not employees of a Party but who are retained to represent or advise a Party in this action, <u>and, in the case of the State of Florida, the Attorney General's office, including its attorneys, paralegals and other support personnel.</u>

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 21, 2012

STATE OF FLORIDA

By: /s/ Satu A. Correa
LIZABETH A. BRADY (*pro hac vice*)
Email: Liz.Brady@myfloridalegal.com
PATRICIA A. CONNERS (*pro hac vice*)
Email: Trish.Conners@myfloridalegal.com
R. SCOTT PALMER (*pro hac vice*)
Email: Scott.Palmer@myfloridalegal.com
NICHOLAS J. WEILHAMMER (*pro hac vice*)
Email: Nicholas.Weilhammer@myfloridalegal.com
ELI FRIEDMAN (*pro hac vice*)
Email: Eli.Friedman@myfloridalegal.com
SATU A. CORREA (*pro hac vice*)
Email: Satu.Correa@ myfloridalegal.com
**OFFICE OF THE ATTORNEY GENERAL**
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134

*Attorneys for Plaintiff State of Florida*

By: /s/ R. Alexander Saveri
GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

By:    /s/ Lauren C. Russell
        MARIO N. ALIOTO (56433)
        LAUREN C. RUSSELL (241151)
        **TRUMP, ALIOTO, TRUMP &**
        **PRESCOTT, LLP**
        2280 Union Street
        San Francisco, California 94123
        Telephone: (415) 563-7200
        Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

By:    /s/ Michael Scarborough
        GARY L. HALLING (SBN 66087)
        Email: ghalling@sheppardmullin.com
        JAMES L. MCGINNIS (SBN 95788)
        Email: jmcginnis@sheppardmullin.com
        MICHAEL SCARBOROUGH (SBN 203524)
        Email: mscarborough@sheppardmullin.com
        **SHEPPARD, MULLIN, RICHTER &**
        **HAMPTON LLP**
        Four Embarcadero Center, 17th Floor
        San Francisco, CA 94111-4109
        Telephone:   (415) 434-9100
        Facsimile:    (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd, Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A., de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

By:   /s/ Adam C. Hemlock
STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone:   (212) 310-8000
Facsimile:    (212) 310-8007

GREGORY D. HULL (SBN 57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone:   (650) 802-3000
Facsimile:    (650) 802-3100

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@dl.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@dl.com
EVA W. COLE (*pro hac vice*)
Email: ecole@dl.com
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone:   (212) 259-8000
Facsimile:    (212) 259-7013

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd)*

By: /s/ Eric Shapland
RONALD C. REDCAY (SBN 67236)
Email: ronald.redcay@aporter.com
ERIC SHAPLAND (SBN 193853)
Email: eric.shapland@aporter.com
**ARNOLD & PORTER LLP**
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone:   (213) 243-4000
Facsimile:   (213) 243-4199

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*

By: /s/ Michelle Park Chiu
KENT M. ROGER (SBN 95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:   (415) 442-1000
Facsimile:   (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
Email: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
Email: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:   (202) 739-3000
Facsimile:   (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi Asia, Ltd. and Hitachi Displays, Ltd.*

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*


By: /s/ Austin V. Schwing
JOEL S. SANDERS (SBN 107234)
E-mail: Jsanders@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
E-mail: Rbrass@gibsondunn.com
AUSTIN V. SCHWING (SBN 211696)
Email: Aschwing@gibsondunn.com
**GIBSON DUNN**
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 398-8200
Facsimile: (415) 374-8306

*Attorneys for Tatung Company of America*


Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the stipulating parties.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates To:<br>ALL ACTIONS | STIPULATION AND [PROPOSED] ORDER AMENDING STIPULATED PROTECTIVE ORDER<br><br>Judge: Honorable Samuel Conti |

TO ALL COUNSEL:

WHEREAS Pursuant to Local Rule 7-12, the Plaintiffs and Defendants ("Parties") have jointly submitted a Stipulation seeking an amendment to the Stipulated Protective Order, Dkt. No. 306, filed June 18, 2008; and

WHEREAS the Court finds good cause for such amendment has been stated,

IT IS ORDERED that the Stipulated Protective Order, Dkt. No. 306, filed June 18, 2008, is amended by the below change to paragraph 2.9 defining "Outside Counsel":

2.9. Outside Counsel: attorneys, along with their paralegals, and other support personnel, who are not employees of a Party but who are retained to represent or advise a Party in this action, and, in the case of the State of Florida, the Attorney General's office, including its attorneys, paralegals and other support personnel.

**IT IS SO RECOMMENDED.**

Dated: March 21, 2012

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

**IT IS SO ORDERED.**

Dated: April 4, 2012

_____
Hon. Samuel Conti
United States District Judge