KENT M. ROGER, State Bar No. 95987
MICHELLE PARK CHIU, State Bar No. 248421
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
       mchiu@morganlewis.com

J. CLAYTON EVERETT, JR. (*pro hac vice*)
SCOTT A. STEMPEL (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
E-mail: jeverett@morganlewis.com
       sstempel@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.,
HITACHI AMERICA, LTD., HITACHI ASIA,
LTD., and HITACHI ELECTRONIC DEVICES
(USA), INC.

*Additional Counsel Listed on Signature Block*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-05944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY** |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS and INDIRECT PURCHASER ACTIONS | |

WHEREAS, on September 7, 2010, Special Master Legge issued his Report Regarding Case Management Conference No. 2 ("Order");

WHEREAS, on September 8, 2010, the Court entered the Order;

WHEREAS the Order allows parties seeking discovery to file discovery motions in the form of a letter motion, requires the responding parties to file their oppositions within 15 days after the filing, and requires the parties seeking discovery to file any responding letter briefs within 10 days thereafter;

WHEREAS, on March 27, 2012, the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs ("Plaintiffs") submitted a letter brief requesting that Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi America, Inc. (the "Hitachi Defendants") be compelled to produce certain documents and information (the "Motion to Compel");

WHEREAS a hearing on the Motion to Compel is currently scheduled for May 1, 2012;

WHEREAS counsel for the Hitachi Defendants and counsel for the Plaintiffs agree that it is appropriate to extend the time for filing the Hitachi Defendants' opposition to the Motion to Compel and the time for filing the Plaintiffs' reply to the Motion to Compel;

WHEREAS the requested time modification will not affect the schedule for any hearing or proceeding in the case;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Plaintiffs and Hitachi Defendants, that:

1. The deadline for the Hitachi Defendants' opposition to the Plaintiffs' Motion to Compel is hereby extended up to and including April 13, 2012.

2. The deadline for Plaintiffs' reply to the Hitachi Defendants' opposition is hereby extended up to and including April 25, 2012.

DATED: April 9, 2012                                MORGAN, LEWIS & BOCKIUS LLP


By:    /s/ Kent M. Roger
KENT M. ROGER (95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*


TRUMP, ALIOTO, TRUMP & PRESCOTT LLP


By:    /s/ Mario N. Alioto
Mario N. Alioto
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

SAVERI & SAVERI, INC.

By:   /s/ R. Alexander Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____   _____
Hon. Charles A. Legge
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY — - 4 - — CASE NO. M: 07-5944 SC; MDL NO. 1917