| | |
|---|---|
| 1 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | Roman M. Silberfeld, Bar No. 62783 |
| 2 | RMSilberfeld@rkmc.com |
| | David Martinez, Bar No. 193183 |
| 3 | DMartinez@rkmc.com |
| | Jordan S. Paul, Bar No. 277174 |
| 4 | JSPaul@rkmc.com |
| | 2049 Century Park East, Suite 3400 |
| 5 | Los Angeles, CA 90067-3208 |
| | Telephone: 310-552-0130 |
| 6 | Facsimile: 310-229-5800 |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>ALL DIRECT ACTION COMPLAINTS AND DOCUMENTS | **[PROPOSED] ORDER GRANTING DIRECT ACTION PLAINTIFFS' MOTION TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES LTD., LG ELECTRONICS TAIWAN TAIPEI CO., AND BEIJING MATSUSHITA COLOR CRT CO., LTD. THROUGH THEIR U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

60574924.1

[PROPOSED] ORDER
MASTER FILE NO. 3:07-CV-05944-SC

| | |
|---|---|
| *Electrograph systems, Inc., et al., v. Hitachi, Ltd., et al., Case No. 11-CV-01656-SC* | Hearing Date: May 15, 2012<br>Time: 10:00 a.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Special Master: Hon. Charles A. Legge |
| *Interbond Corporation of America, v. Hitachi, Ltd., et al, Case No. 11-CV-06275-SC* | |
| *Office Depot, Inc., v. Hitachi, Ltd., et al., Case No. 11-CV-06276-SC* | |
| *Costco Wholesale Corporation, v. Hitachi, Ltd., et al., Case No. 11-CV-06397-SC* | |
| *Compucom Systems, Inc., v. Hitachi, Ltd., et al., Case No. 11-CV-06396-SC* | |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. Hitachi, Ltd. et al., Case No. 11-CV-05502-SC* | |
| *Target Corp. et al., v. Chunghwa Pictures Tubes, Ltd., et al., Case No. 11-CV-05514 (EDL)* | |
| *John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC, et al., v. LG Electronics, Inc., et al., Case No. CV-11-05381-SC* | |
| *P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05530 (JBW, VVP)* | |
| *Schultze Agency Services, LLC, et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05529* | |
| *Target Corp., et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05515* | |
| *Best Buy Co., Inc., et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05513-SC* | |

The Court, having considered the Direct Action Plaintiffs' ("DAPs") Motion to Serve Defendants Chunghwa Picture Tubes Ltd. ("Chunghwa"), LG Electronics Taiwan Taipei Co. ("LGETT"), and Beijing Matshushita Color CRT Co., Ltd. ("BMCC") Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3), and it appearing to the Court that there is GOOD CAUSE shown, the Court makes the following order:

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Direct Action Plaintiffs' Motion to Serve Defendants Chunghwa Picture Tubes Ltd., LG Electronics Taiwan Taipei Co., and Beijing Matshushita Color CRT Co., Ltd. Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) is hereby GRANTED pursuant to Federal Rule of Civil Procedure 4(f)(3).

IT IS FURTHER ORDERED that pursuant to Federal Rule of Civil Procedure 4(f)(3), the DAPs are authorized to serve respective Summons, Complaints, and Supplementary Material enumerated in Civil Local Rule 4-2 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, upon Chunghwa, LGETT, and BMCC by delivering the aforementioned documents by U.S. Mail to domestic counsel for Chunghwa, LGETT, and BMCC in the United States.

**IT IS SO ORDERED.**

Dated: _____, 2012

_____
HONORABLE SAMUEL CONTI
United States District Judge