PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
ELI FRIEDMAN (Eli.Friedman@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
*Pro Hac Vice*
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:    (850) 414-3300
Fax:   (850) 488-9134

Attorneys for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC<br><br>STATE OF FLORIDA,<br>OFFICE OF THE ATTORNEY GENERAL,<br>DEPARTMENT OF LEGAL AFFAIRS,<br><br>       Plaintiff,<br>  v.<br><br>LG ELECTRONICS, INC., *et al.*<br><br>       Defendants. | **NOTICE OF WITHDRAWAL**<br><br>Judge:    Honorable Samuel Conti |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Assistant Attorney General Eli Friedman hereby withdraws as counsel for Plaintiff State of Florida in the above-referenced matter. The Office of

the Attorney General, through the undersigned counsel of record, continues to serve as counsel for Plaintiff State of Florida.

Respectfully submitted,

DATED: April 20, 2012                STATE OF FLORIDA

By:   /s/ Eli Friedman
ELI FRIEDMAN (*pro hac vice*)
Email:  Eli.Friedman@myfloridalegal.com
LIZABETH A. BRADY (*pro hac vice*)
Email:  Liz.Brady@myfloridalegal.com
PATRICIA A. CONNERS (*pro hac vice*)
Email:  Trish.Conners@myfloridalegal.com
R. SCOTT PALMER (*pro hac vice*)
Email:  Scott.Palmer@myfloridalegal.com
NICHOLAS J. WEILHAMMER (*pro hac vice*)
Email:  Nicholas.Weilhammer@myfloridalegal.com
SATU A. CORREA (*pro hac vice*)
Email: Satu.Correa@ myfloridalegal.com
**OFFICE OF THE ATTORNEY GENERAL**
State of Florida
PL-01, The Capitol
Tallahassee, FL  32399-1050
Telephone:     (850) 414-3300
Facsimile:      (850) 488-9134

*Attorneys for Plaintiff State of Florida*