# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

April 20, 2012

*VIA HAND DELIVERY*

Honorable Charles A. Legge
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

      Re:    *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL 1917

Your Honor:

      In connection with Defendants' Joint Motion For Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTs which is now pending in the above-referenced action, Direct Purchaser Plaintiffs request leave to bring Judge Seeborg's recent Order Denying Motions To Dismiss in the *In re Optical Disk Drive Antitrust Litigation* ("*ODD*"), Case No. 3:10-md-2143 RS to the Court's attention pursuant to Civil Local Rule 7-3(d). Judge Seeborg addresses the *ODD* defendants' arguments that *Illinois Brick* bars claims for finished products at pages 7-11. A copy of the decision is enclosed.

      Respectfully,

      /s/ *Guido Saveri*
      Guido Saveri
      Interim Lead Counsel for the
      Direct Purchaser Plaintiffs

cc:    All Counsel via ECF

crt.522