(*Stipulating Parties Listed on Signature Pages*)

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT ACTION COMPLAINTS AND DOCUMENTS | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY TO PLAINTIFF'S MOTION TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES LTD., BEIJING MATSUSHITA COLOR CRT CO., LTD., AND LG ELECTRONICS TAIWAN TAIPEI CO. THROUGH THEIR U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

WHEREAS on April 10, 2012, the undersigned direct action plaintiffs ("DAP Plaintiffs") filed their Motion to Serve Defendants Chunghwa Picture Tubes Ltd., Beijing Matsushita Color CRT Co., Ltd., and LG Electronics Taiwan Taipei Co. Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3), seeking an order allowing them to serve defendants Chunghwa Picture Tubes Ltd. ("Chunghwa"), LG Electronics Taiwan Taipei Co. ("LGETT"), and Beijing Matsushita Color CRT Co., Ltd. ("BMCC") via U.S. Mail through their respective counsel (the "Service Motion");

WHEREAS the named defendants' opposition to the Service Motion is due on April 24, 2012, and the DAP Plaintiffs' reply is due on May 1, 2012;

WHEREAS The Service Motion is scheduled to be heard on May 15, 2012 at 10:00 a.m. before Special Master Charles A. Legge;

WHEREAS counsel for LGETT and the DAP Plaintiffs agree that it is appropriate to extend the time for filing defendants' oppositions to the Service Motion and the time for filing the DAP Plaintiffs' reply to the Service Motion;

WHEREAS counsel for LGETT has conferred with Gibson Dunn & Crutcher, counsel for Chunghwa, and Chunghwa's counsel does not oppose extending the deadlines as stipulated herein;

WHEREAS counsel for LGETT has conferred with Freshfields Bruckhaus Deringer LLP ("Freshfields"), counsel representing BMCC in the CRT direct and indirect purchaser class actions, and Freshfields has indicated that BMCC is not represented by counsel in the actions brought by DAP Plaintiffs, and that Freshfields thus has no basis to oppose extending the deadlines as stipulated herein;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned DAP Plaintiffs and Defendant LGETT as follows:

1. The deadline for oppositions to the Service Motion by defendants Chunghwa, LGETT, and BMCC is hereby extended up to and including May 1, 2012;

2. The deadline for the DAP Plaintiffs' reply to the Service Motion is extended up to and including May 8, 2012;

3. The hearing on the Service Motion is hereby set for May 22, 2012, at 10:00 a.m. before Special Master Charles A. Legge, at the office of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California.;

4. The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an Order.

1     **IT IS SO STIPULATED.**

2   DATED: April 20, 2012         By: /s/ Philip J. Iovieno

William A. Isaacson
Jennifer Milici
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com
Email:  jmilici@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:  (954) 356-0022
Email:  ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com
Email:  anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*


By: /s/ David Martinez

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800
Email:  RMSilberfeld@rkmc.com

| | |
|---|---|
| 1 | Email:  DMartinez@rkmc.com |
| 2 | ***Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*** |
| 3 | |
| 4 | |
| 5 | By:  /s/ Jonathan J. Ross |
| 6 | H. Lee Godfrey |
| 7 | Kenneth S. Marks<br>Jonathan J. Ross |
| 8 | Johnny W. Carter<br>David M. Peterson |
| 9 | SUSMAN GODFREY L.L.P.<br>1000 Louisiana Street, Suite 5100 |
| 10 | Houston, Texas 77002<br>Telephone:  (713) 651-9366 |
| 11 | Facsimile:  (713) 654-6666<br>Email:  lgodfrey@sumangodfrey.com |
| 12 | Email:  kmarks@susmangodfrey.com<br>Email:  jross@susmangodfrey.com |
| 13 | Email:  jcarter@susmangodfrey.com<br>Email:  dpeterson@susmangodfrey.com |
| 14 | |
| 15 | Parker C. Folse III<br>Rachel S. Black |
| 16 | Jordan Connors<br>SUSMAN GODFREY L.L.P. |
| 17 | 1201 Third Avenue, Suite 3800<br>Seattle, Washington 98101-3000 |
| 18 | Telephone:  (206) 516-3880<br>Facsimile:  (206) 516-3883 |
| 19 | Email:  pfolse@susmangodfrey.com<br>Email:  rblack@susmangodfrey.com |
| 20 | Email:  jconnors@susmangodfrey.com |
| 21 | ***Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the*** |
| 22 | ***Circuit City Stores, Inc. Liquidating Trust*** |
| 23 | |
| 24 | By:  /s/ David J. Burman |
| 25 | DAVID J. BURMAN |
| 26 | (*pro hac vice*)<br>NICHOLAS H. HESTERBERG |
| 27 | (*pro hac vice*)<br>PERKINS COIE LLP |
| 28 | 1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099 |

- 4 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES            MDL NO. 1917

|   |   |
|---|---|
| 1 | Telephone: (206) 359-8000 |
| 2 | Facsimile: (206) 359-9000 |
|   | Email: DBurman@perkinscoie.com |
|   | Email: NHesterberg@perkinscoie.com |

Euphemia N. Thomopulos, Cal. Bar No. 262107
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344.7000
Facsimile: (415) 344.7050
Email: EThomopulos@perkinscoie.com

**Attorneys for Plaintiff Costco Wholesale Corporation**

By: /s/ Jason Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

**Counsel for Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.**

By: /s/ James P. McCarthy

Jessica L. Meyer, (SBN: 249064)
James M. Lockhart (*pro hac vice*)
James P. McCarthy (*pro hac vice*)
Kelly G. Laudon (*pro hac vice*)
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207
Email: jmeyer@lindquist.com
Email: jlockhart@lindquist.com
Email: jmccarthy@lindquist.com
Email: klaudon@lindquist.com

*Attorneys for Plaintiffs John R. Stoebner, As Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; And Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receive for Petters Company, LLC and related entities*

By: /s/ Wilson D. Mudge

WILSON D. MUDGE (*pro hac vice*)
Email: wilson.mudge@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone:	(202) 942-5000
Facsimile:	(202) 942--5999

ERIC MASON (SBN 259233)
Email: eric.mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone:	(213) 243-4000
Facsimile:	(213) 243-4199

*Attorneys for Defendant LG Electronics Taiwan Taipei Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Charles A. Legge
United States District Judge

- 6 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES        MDL NO. 1917