*(Stipulating Parties Listed on Signature Pages)*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL DIRECT ACTION COMPLAINTS AND DOCUMENTS | The Honorable Samuel Conti<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY TO PLAINTIFF'S MOTION TO SERVE DEFENDANTS CHUNGHWA PICTURE TUBES LTD., BEIJING MATSUSHITA COLOR CRT CO., LTD., AND LG ELECTRONICS TAIWAN TAIPEI CO. THROUGH THEIR U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3) |

WHEREAS on April 10, 2012, the undersigned direct action plaintiffs ("DAP Plaintiffs") filed their Motion to Serve Defendants Chunghwa Picture Tubes Ltd., Beijing Matsushita Color CRT Co., Ltd., and LG Electronics Taiwan Taipei Co. Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3), seeking an order allowing them to serve defendants Chunghwa Picture Tubes Ltd. ("Chunghwa"), LG Electronics Taiwan Taipei Co. ("LGETT"), and Beijing Matsushita Color CRT Co., Ltd. ("BMCC") via U.S. Mail through their respective counsel (the "Service Motion");

WHEREAS the named defendants' opposition to the Service Motion is due on April 24, 2012, and the DAP Plaintiffs' reply is due on May 1, 2012;

1  WHEREAS The Service Motion is scheduled to be heard on May 15, 2012 at 10:00 a.m.
2  before Special Master Charles A. Legge;
3  WHEREAS counsel for LGETT and the DAP Plaintiffs agree that it is appropriate to extend
4  the time for filing defendants' oppositions to the Service Motion and the time for filing the DAP
5  Plaintiffs' reply to the Service Motion;
6  WHEREAS counsel for LGETT has conferred with Gibson Dunn & Crutcher, counsel for
7  Chunghwa, and Chunghwa's counsel does not oppose extending the deadlines as stipulated herein;
8  WHEREAS counsel for LGETT has conferred with Freshfields Bruckhaus Deringer LLP
9  ("Freshfields"), counsel representing BMCC in the CRT direct and indirect purchaser class actions,
10 and Freshfields has indicated that BMCC is not represented by counsel in the actions brought by
11 DAP Plaintiffs, and that Freshfields thus has no basis to oppose extending the deadlines as stipulated
12 herein;
13 IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned
14 DAP Plaintiffs and Defendant LGETT as follows:
15 1. The deadline for oppositions to the Service Motion by defendants Chunghwa,
16 LGETT, and BMCC is hereby extended up to and including May 1, 2012;
17 2. The deadline for the DAP Plaintiffs' reply to the Service Motion is extended up to
18 and including May 8, 2012;
19 3. The hearing on the Service Motion is hereby set for May TBD, 2012, at 10:00 a.m.
20 before Special Master Charles A. Legge, at the office of JAMS, Two Embarcadero Center, Suite
21 1500, San Francisco, California.;
22 4. The undersigned parties jointly and respectfully request that the Court enter this
23 Stipulation as an Order.

- 2 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES     MDL NO. 1917

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED: April 20, 2012 |

By: /s/ Philip J. Iovieno

    William A. Isaacson
    Jennifer Milici
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Ave. NW, Suite 800
    Washington, D.C. 20015
    Telephone: (202) 237-2727
    Facsimile: (202) 237-6131
    Email: wisaacson@bsfllp.com
    Email: jmilici@bsfllp.com

    Stuart Singer
    BOIES, SCHILLER & FLEXNER LLP
    401 East Las Olas Blvd., Suite 1200
    Fort Lauderdale, FL 33301
    Telephone: (954) 356-0011
    Facsimile: (954) 356-0022
    Email: ssinger@bsfllp.com

    Philip J. Iovieno
    Anne M. Nardacci
    BOIES, SCHILLER & FLEXNER LLP
    10 North Pearl Street, 4th Floor
    Albany, NY 12207
    Telephone: (518) 434-0600
    Facsimile: (518) 434-0665
    Email: piovieno@bsfllp.com
    Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

By: /s/ David Martinez

    Roman M. Silberfeld, (SBN 62783)
    David Martinez, (SBN 193183)
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    2049 Century Park East, Suite 3400
    Los Angeles, CA 90067-3208
    Telephone: (310) 552-0130
    Facsimile: (310) 229-5800
    Email: RMSilberfeld@rkmc.com

- 3 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES      MDL NO. 1917

Case3:07-cv-05944-SC Document1160 Filed04/20/12 Page4 of 6

Email: DMartinez@rkmc.com

***Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.***

By: /s/ Jonathan J. Ross

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@sumangodfrey.com
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

***Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust***

By: /s/ David J. Burman

DAVID J. BURMAN
(*pro hac vice*)
NICHOLAS H. HESTERBERG
(*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

```
                              Telephone: (206) 359-8000
                              Facsimile: (206) 359-9000
                              Email: DBurman@perkinscoie.com
                              Email: NHesterberg@perkinscoie.com

                              Euphemia N. Thomopulos, Cal. Bar No. 262107
                              PERKINS COIE LLP
                              Four Embarcadero Center, Suite 2400
                              San Francisco, CA 94111-4131
                              Telephone: (415) 344.7000
                              Facsimile: (415) 344.7050
                              Email: EThomopulos@perkinscoie.com
```

**Attorneys for Plaintiff Costco Wholesale Corporation**


By: /s/ Jason Murray

```
                              Jason C. Murray (CA Bar No. 169806)
                              CROWELL & MORING LLP
                              515 South Flower St., 40th Floor
                              Los Angeles, CA 90071
                              Telephone: (213) 622-4750
                              Facsimile: (213) 622-2690
                              Email: jmurray@crowell.com
```

**Counsel for Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.**


By: /s/ James P. McCarthy

```
                              Jessica L. Meyer, (SBN: 249064)
                              James M. Lockhart (pro hac vice)
                              James P. McCarthy (pro hac vice)
                              Kelly G. Laudon (pro hac vice)
                              Lindquist & Vennum P.L.L.P.
                              4200 IDS Center
                              80 South Eighth Street
                              Minneapolis, MN 55402
                              Telephone: (612) 371-3211
                              Facsimile: (612) 371-3207
                              Email: jmeyer@lindquist.com
                              Email: jlockhart@lindquist.com
                              Email: jmccarthy@lindquist.com
                              Email: klaudon@lindquist.com
```

- 5 -
STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES     MDL NO. 1917

*Attorneys for Plaintiffs John R. Stoebner, As Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; And Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receive for Petters Company, LLC and related entities*

By: /s/ Wilson D. Mudge

WILSON D. MUDGE (*pro hac vice*)
Email: wilson.mudge@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 942-5000
Facsimile: (202) 942--5999

ERIC MASON (SBN 259233)
Email: eric.mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Defendant LG Electronics Taiwan Taipei Co., Ltd.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/23/12

Hon. Charles A. Legge
United States District Judge

- 6 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND CERTAIN DEADLINES          MDL NO. 1917