BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Andreas Stargard (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: andreas.stargard@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

FILED
APR 20 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**APPLICATION OF ERIC S. BERMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Document Relates to:<br><br>ALL ACTIONS | |

|   |   |
|---|---|
| 1 |  |
| 2 | Pursuant to Civil L.R. 11-3, ERIC S. BERMAN, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation in the above-titled action. In support of this application, I certify on oath that: |

Pursuant to Civil L.R. 11-3, ERIC S. BERMAN, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation in the above-titled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in above-entitled action. The name, address and telephone number of that attorney is:

> Jon V. Swenson (SBN 233054)
> Email: jon.swenson@bakerbotts.com
> BAKER BOTTS L.L.P.
> 620 Hansen Way
> Palo Alto, CA 94304
> Telephone: (650) 739-7514
> Facsimile: (650) 739-7614

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 19, 2012

ERIC S. BERMAN

---

2

APPLICATION OF ERIC S. BERMAN FOR ADMISSION OF
ATTORNEY *PRO HAC VICE* - NO. 07-5944-SC

MDL 1917