ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Jordan S. Paul, Bar No. 277174
JSPaul@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:  310-552-0130
Facsimile:  310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:  612-349-8500
Facsimile:  612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>ALL DIRECT ACTION COMPLAINTS AND DOCUMENTS | **DIRECT ACTION PLAINTIFFS' NOTICE OF WITHDRAWAL OF FED. R. CIV. P. 4(f)(3) MOTION <u>AS TO LG ELECTRONICS TAIWAN TAIPEI CO. ONLY</u>**<br><br>Date:   May 21, 2012<br>Time:   10:00 a.m.<br>Place:  JAMS: Two Embarcadero Center, 1500<br>Special Master: Hon. Charles A. Legge |
| *Electrograph systems, Inc., et al., v. Hitachi, Ltd., et al.,* Case No. 11-CV-01656-SC | |

1  *Interbond Corporation of America, v. Hitachi, Ltd., et al, Case No. 11-CV-06275-SC*

2  

3  *Office Depot, Inc., v. Hitachi, Ltd., et al., Case No. 11-CV-06276-SC*

4  

5  *Costco Wholesale Corporation, v. Hitachi, Ltd., et al., Case No. 11-CV-06397-SC*

6  *Compucom Systems, Inc., v. Hitachi, Ltd., et al., Case No. 11-CV-06396-SC*

7  

8  *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. Hitachi, Ltd. et al., Case No. 11-CV-05502-SC*

9  

10 *Target Corp. et al., v. Chunghwa Pictures Tubes, Ltd., et al., Case No. 11-CV-05514 (EDL)*

11 

12 *John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC, et al., v. LG Electronics, Inc., et al., Case No. CV-11-05381-SC*

13 

14 

15 *P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05530 (JBW, VVP)*

16 

17 *Schultze Agency Services, LLC, et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05529*

18 *Target Corp., et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05515*

19 

20 *Best Buy Co., Inc., et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05513-SC*

21

22

23

24

25

26

27

28

60582702.1 — - 2 - — NOTICE OF WITHDRAWAL
MASTER FILE NO:07-CV-05944-SC

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Direct Action Plaintiffs that are signatories to this motion (the "DAPs") hereby withdraw without prejudice their April 10, 2012 Motion to Serve Defendants Chunghwa Picture Tubes Ltd., Beijing Matsushita Color CRT Co., Ltd., and LG Electronics Taiwan Taipei Co. Through Their U.S. Counsel Pursuant To Fed. R. Civ. P. 4(f)(3) (the "Motion") <u>as it applies to LG Electronics Taiwan Taipei Co. only</u>.

DATED: April 26, 2012                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /s/ David Martinez
     Roman M. Silberfeld
     David Martinez

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

DATED: April 26, 2012                **BOIES, SCHILLER & FLEXNER LLP**

By:  /s/ Philip J. Iovieno
     William A. Isaacson
     Jennifer Milici
     Stuart Singer
     Philip J. Iovieno
     Anne M. Nardacci

LIAISON COUNSEL FOR DIRECT ACTION PLAINTIFFS; AND ATTORNEYS FOR PLAINTIFFS ELECTROGRAPH SYSTEMS, INC., ELECTROGRAPH TECHNOLOGIES, CORP., OFFICE DEPOT, INC., COMPUCOM SYSTEMS, INC., INTERBOND CORPORATION OF AMERICA, P.C. RICHARD & SON LONG ISLAND CORPORATION, MARTA COOPERATIVE OF AMERICA, INC., ABC APPLIANCE, INC., SCHULTZE AGENCY SERVICES LLC ON BEHALF OF TWEETER OPCO, LLC, AND TWEETER NEWCO, LLC

| | | |
|---|---|---|
| 1 | DATED:  April 26, 2012 | **CROWELL MORING LLP** |
| 2 | | |
| 3 | | By:   /s/ Jason c. Murray<br>         Jason C. Murray<br>         Jerome (Jerry) A. Murphy |
| 4 | | |
| 5 | | ATTORNEYS FOR PLAINTIFFS<br>TARGET CORP.; SEARS, ROEBUCK AND CO.;<br>KMART CORP.; OLD COMP INC.; AND GOOD<br>GUYS, INC.; RADIOSHACK CORP. |
| 6 | | |
| 7 | DATED:  April 26, 2012 | **LINDQUIST & VENNUM P.L.L.P.** |
| 8 | | |
| 9 | | By:   /s/ Kelly G. Laudon<br>         Jessica L. Meyer (SBN: 249064)<br>         James M. Lockhart (*pro hac vice*)<br>         James P. McCarthy (*pro hac vice*)<br>         Kelly G. Laudon (*pro hac vice*)<br>         Lindquist & Vennum P.L.L.P.<br>         4200 IDS Center<br>         80 South Eighth Street<br>         Minneapolis, MN 55402<br>         Telephone: (612) 371-3211<br>         Facsimile: (612) 371-3207<br>         Email: jmeyer@lindquist.com<br>         Email: jlockhart@lindquist.com<br>         Email: jmccarthy@lindquist.com<br>         Email: klaudon@lindquist.com |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | ATTORNEYS FOR PLAINTIFFS JOHN R.<br>STOEBNER, AS CHAPTER 7 TRUSTEE FOR PBE<br>CONSUMER ELECTRONICS, LLC AND RELATED<br>ENTITIES; AND DOUGLAS A. KELLEY, AS<br>CHAPTER 11 TRUSTEE FOR PETTERS COMPANY,<br>INC. AND RELATED ENTITIES, AND AS<br>RECEIVER FOR PETTERS COMPANY, LLC AND<br>RELATED ENTITIES |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | DATED:  April 26, 2012 | **PERKINS COIE LLP** |
| 22 | | |
| 23 | | By:   /s/ David J. Burman<br>         David J. Burman<br>         Nick Hesterberg<br>         Euphemia N. Thomopulos |
| 24 | | |
| 25 | | **ATTORNEYS FOR PLAINTIFF<br>COSTCO WHOLESALE CORPORATION** |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: April 26, 2012 | **SUSMAN GODFREY L.L.P.** |
| 2 | | |
| 3 | | By:   /s/ H. Lee Godfrey |
| | | H. Lee Godfrey |
| | | Kenneth S. Marks |
| 4 | | David Peterson |
| | | Jonathan J. Ross |
| 5 | | Parker C. Folse, III |
| | | Rachel S. Black |
| 6 | | |
| 7 | | ATTORNEYS FOR PLAINTIFFS |
| | | ALFRED H. SIEGEL, AS TRUSTEE OF THE |
| | | CIRCUIT CITY STORES, INC. LIQUIDATING |
| 8 | | TRUST |

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the Direct Action Plaintiffs.