Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey Ç. Rushing (126910) grushing@saveri. com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **STIPULATION AND [PROPOSED] ORDER DISMISSING TATUNG COMPANY OF AMERICA, INC.** |
| **This document relates to:** | |
| | The Honorable Samuel Conti |
| **ALL DIRECT PURCHASER ACTIONS** | |

WHEREAS, Plaintiffs are prosecuting the Direct Purchaser Class Action, Master File No. 07-cv-5944 SC (the "Action") in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917 (N.D. Cal.) on their own behalf and on behalf of the direct Purchaser Classes against, among others, defendant Tatung Company of America, Inc. ("Tatung America");

WHEREAS, Plaintiffs allege that Tatung America participated in an unlawful conspiracy to raise, fix, maintain, or stabilize the price of CRT Products at artificially high levels in violation of Section 1 of the Sherman Act;

**STIPULATION AND [PROPOSED] ORDER DISMISSING TATUNG COMPANY OF AMERICA, INC.**

1  WHEREAS, Tatung America denies Plaintiffs' allegations and has asserted defenses to
2  Plaintiffs' claims;
3  WHEREAS, Plaintiffs have conducted an investigation into the facts and the law
4  regarding the Action and have concluded that dismissing their claims against Tatung America is
5  in the best interest of Plaintiffs and the Classes;
6  NOW, THEREFORE, it is agreed by and among Plaintiffs, Tatung America, and the
7  undersigned that the Action be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2)
8  without prejudice as to Tatung America, without costs to Plaintiffs, the Class, or Tatung America,
9  and state as follows:
10      1.  Direct Purchaser Class Plaintiffs and Tatung America seek the dismissal of this
11  action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).
12      2.  Both Direct Purchaser Class Plaintiffs and Tatung America are to bear their own
13  costs and fees.
14      3.  Tatung America agrees not to (a) seek any fees or costs, and (b) not to pursue any
15  sanctions against the Direct Purchaser Class Plaintiffs and their counsel, provided that the action
16  against it remains dismissed.
17      4.  Tatung America agrees to keep its purchases in the Direct Purchaser Plaintiff
18  Class, as long as the action against it remains dismissed.
19      5.  This stipulation does not affect the rights or claims of Direct Purchaser Class
20  Plaintiffs against any other defendant or alleged co-conspirator in this litigation.
21      6.  Tatung America may submit a claim to the settlement fund recovered for the Class
22  Members in this Action. Plaintiffs reserve their right to object on any available grounds,
23  including that Tatung America's claim is not valid.  This stipulation and order shall not be
24  construed in favor of or against Tatung America's right to make a claim or to support or dispute
25  //
26  //
27

- 1 -

**STIPULATION AND [PROPOSED] ORDER DISMISSING TATUNG COMPANY OF AMERICA, INC.**
**MDL No. 1917**

the merits of any such claim.

IT IS SO STIPULATED AND AGREED:

Dated: April 24, 2012          By:     /s/ Guido Saveri

                                         Guido Saveri (22349)
                                         R. Alexander Saveri (173102)
                                         Geoffrey Ç. Rushing (126910)
                                         Cadio Zirpoli (179108)
                                         SAVERI & SAVERI, INC.
                                         706 Sansome Street
                                         San Francisco, CA 94111
                                         Telephone: (415) 217-6810
                                         Facsimile: (415) 217-6813

***Interim Lead Counsel for the Direct Purchaser Plaintiffs***

Dated: April 24, 2012          By:     /s/ Rachel S. Brass

                                         Joel S. Sanders (SBN 107234)
                                         Rachel S. Brass (SBN 219301)
                                         Austin Schwing (SBN 211696)
                                         Joel Willard (SBN 247899)
                                         GIBSON, DUNN & CRUTCHER LLP
                                         555 Mission Street, Suite 3000
                                         San Francisco, CA 94105
                                         (415) 393.8200 (Phone)
                                         (415) 393.8306 (Facsimile)

***Attorneys for Tatung Company of America, Inc.***

IT IS SO ORDERED.

DATED: _____, 2012

                                         The Honorable Samuel Conti
                                         United States District Judge

**STIPULATION AND [PROPOSED] ORDER DISMISSING TATUNG COMPANY OF AMERICA, INC.
MDL No. 1917**