GUIDO SAVERI (22349)
  guido@saveri.com
R. ALEXANDER SAVERI (173102)
  rick@saveri.com
GEOFFREY C. RUSHING (126910)
  grushing@saveri.com
CADIO ZIRPOLI (179108)
  cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| This Document Relates to:  All Direct Purchaser Actions | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SAMTEL COLOR, LTD. [F.R.C.P. 41(a)(1)]** |
| | The Honorable Samuel Conti |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-5944 SC; MDL No. 1917

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), the Direct Purchaser Plaintiffs in the
2  above-captioned actions, through counsel, hereby dismiss without prejudice all claims made in
3  these actions against defendant Samtel Color, Ltd.
4
5  Dated: April 27, 2012                Respectfully submitted,
6                                       By:    /s/ Guido Saveri
                                                Guido Saveri (22349)
7                                               R. Alexander Saveri (173102)
                                                Geoffrey C. Rushing (126910)
8                                               Cadio Zirpoli (179108)
                                                SAVERI & SAVERI, INC.
9                                               706 Sansome Street
                                                San Francisco, California 94111
10                                              Telephone: (415) 217-6810
                                                Facsimile: (415) 217-6813
11
                                                *Interim Lead Counsel for the*
12                                              *Direct Purchaser Plaintiffs*
13  crt.501

2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-5944 SC; MDL No. 1917