PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
*Pro Hac Vice*
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:    (850) 414-3300
Fax:    (850) 488-9134

Attorneys for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>        Plaintiff,<br>  v.<br><br>LG ELECTRONICS, INC., *et al.*<br><br>        Defendants. | **MOTION TO SHORTEN TIME ON STATE OF FLORIDA'S MOTION TO SERVE DEFENDANT BEIJING-MATSUSHITA COLOR CRT CO., LTD. THROUGH ITS U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)**<br><br>Date:     N/A<br>Time:     N/A<br>Location: JAMS, Two Embarcadero Center, Suite 1500<br>Judge:    Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff State of Florida ("Florida") hereby moves for an order shortening the time for the hearing on its Motion to Serve Defendant Beijing-Matsushita Color CRT Co., Ltd. Through Its U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) ("Motion to

Serve"). Florida requests that its motion be heard on May 21, 2012, at 10:00 a.m., together with the Direct Action Plaintiffs' Motion to Serve Defendants Chunghwa Picture Tubes Ltd., Beijing Matsushita Color CRT Co., Ltd., and LG Electronics Taiwan Taipei Co. Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3). Beijing-Matsushita Color CRT Co., Ltd. ("BMCC") did not agree to shorten the time on Florida's Motion to Serve.

This motion is made pursuant to Civil Local Rules 6-1(b) and 6-3 and is based on this motion, the accompanying Declaration of Satu A. Correa in support of this motion, other relevant papers and pleadings on file, and such other argument and evidence as may be presented on this motion.

## ARGUMENT

In its Motion to Serve, Florida seeks to effect service on BMCC, a corporation headquartered in Beijing, China, by serving BMCC's U.S. counsel because BMCC has not agreed to stipulate to a waiver of service with Florida. (Correa Decl. ¶ 5).

On May 21, 2012, the Court will hear the Direct Action Plaintiffs' Motion to Serve Defendants Chunghwa Picture Tubes Ltd., Beijing Matsushita Color CRT Co., Ltd., and LG Electronics Taiwan Taipei Co. Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) (the "DAP Motion"). (Correa Decl. ¶ 7). Florida's Motion to Serve presents similar legal questions and factual issues because both the DAPs and Florida are seeking to serve BMCC through its U.S. counsel. (Correa Decl. ¶ 8). Therefore, in the interest of judicial economy, these two motions should be heard at the same time.

Counsel for Florida sought agreement from BMCC to have Florida's Motion to Serve heard in conjunction with the hearing on the DAP Motion, then scheduled to be held on May 22, 2012, but did not obtain such agreement because counsel for BMCC stated that BMCC had not

retained Freshfields to represent it in Florida's action and hence could not provide a response to Florida's request. (Correa Decl. ¶ 6).

Pursuant to Civil Local Rule 6-3(a)(5), Florida states that Florida has not sought an order to shorten time on any other motion in this case.

Pursuant to Civil Local Rule 6-3(a)(6), Florida states that this requested time modification will not otherwise impact the schedule for this case.

## **CONCLUSION**

For the above-mentioned reasons, Florida respectfully requests the Court to hear its Motion to Serve Defendant Beijing-Matsushita Color CRT Co., Ltd. Through Its U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) on Monday, May 21, 2012, at 10:00 a.m.

Respectfully submitted,

DATED: April 27, 2012          STATE OF FLORIDA

By:  /s/ Satu A. Correa
LIZABETH A. BRADY (*pro hac vice*)
Email:  Liz.Brady@myfloridalegal.com
PATRICIA A. CONNERS (*pro hac vice*)
Email:  Trish.Conners@myfloridalegal.com
R. SCOTT PALMER (*pro hac vice*)
Email:  Scott.Palmer@myfloridalegal.com
NICHOLAS J. WEILHAMMER (*pro hac vice*)
Email:  Nicholas.Weilhammer@myfloridalegal.com
SATU A. CORREA (*pro hac vice*)
Email: Satu.Correa@ myfloridalegal.com
**OFFICE OF THE ATTORNEY GENERAL**
State of Florida
PL-01, The Capitol
Tallahassee, FL  32399-1050
Telephone:     (850) 414-3300
Facsimile:     (850) 488-9134

*Attorneys for Plaintiff State of Florida*

MOTION TO SHORTEN TIME ON STATE OF FLORIDA'S MOTION TO SERVE DEFENDANT BEIJING-MATSUSHITA COLOR CRT CO., LTD. THROUGH ITS U.S. COUNSEL      - 3 -      MASTER CASE NO. 3:07-CV-05944 SC
INDIVIDUAL CASE NO. 3:11-CV-06205 SC