PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
*Pro Hac Vice*
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:     (850) 414-3300
Fax:    (850) 488-9134

Attorneys for Plaintiff State of Florida

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>             Plaintiff,<br>       v.<br><br>LG ELECTRONICS, INC., *et al.*<br><br>             Defendants. | [PROPOSED] **ORDER GRANTING STATE OF FLORIDA'S MOTION TO SERVE DEFENDANT BEIJING- MATSUSHITA COLOR CRT CO., LTD. THROUGH ITS U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

The Court has considered the Plaintiff State of Florida's Motion to Serve Defendant Beijing-Matsushita Color CRT Co., Ltd. Through Its U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) ("Motion to Serve"), and because the Court finds GOOD CAUSE, Florida's Motion to

Serve is hereby GRANTED.

IT IS HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 4(f)(3), Florida is authorized to serve its Summons and Complaint upon BMCC by delivering the aforementioned documents to BMCC's U.S. counsel via U.S. Mail.

**SO ORDERED:**

Dated: _____    _____
                              Hon. Charles A. Legge
                              United States District Judge (Ret.)
                              Special Master

**REVIEWED AND [APPROVED OR MODIFIED]:**

Dated: _____    _____
                              Hon. Samuel Conti
                              United States District Judge