PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
*Pro Hac Vice*
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:   (850) 414-3300
Fax:   (850) 488-9134

Attorneys for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>Plaintiff,<br>v.<br><br>LG ELECTRONICS, INC., *et al.*<br><br>Defendants. | [PROPOSED] **ORDER GRANTING MOTION TO SHORTEN TIME ON STATE OF FLORIDA'S MOTION TO SERVE DEFENDANT BEIJING-MATSUSHITA COLOR CRT CO., LTD. THROUGH ITS U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

GOOD CAUSE APPEARING THEREFORE, the Plaintiff State of Florida's Motion to Shorten Time on State of Florida's Motion to Serve Defendant Beijing-Matsushita Color CRT Co., Ltd. Through Its U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) is hereby GRANTED.

IT IS FURTHER ORDERED that BMCC shall file and serve its opposition, if any, to Florida's Motion to Serve Defendant Beijing-Matsushita Color CRT Co., Ltd. Through Its U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) on or before May 11, 2012. Florida shall file its reply, if any, on or before May 18, 2012. The hearing on the Motion to Serve Defendant Beijing-Matsushita Color CRT Co., Ltd. Through Its U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) shall be held on May 21, 2012, at 10:00 a.m. before Special Master Charles A. Legge, at the office of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California, in conjunction with the hearing on the Direct Action Plaintiffs' Motion to Serve Defendants Chunghwa Picture Tubes Ltd., Beijing Matsushita Color CRT Co., Ltd., and LG Electronics Taiwan Taipei Co. Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3).

**SO ORDERED:**

Dated: April 30, 2012

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

**REVIEWED AND [APPROVED OR MODIFIED]:**

Dated: _____

Hon. Samuel Conti
United States District Judge