*(Stipulating Parties Listed on Signature Pages)*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT ACTION COMPLAINTS | The Honorable Samuel Conti<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINTS AND APPLICABILITY OF PRIOR DISCOVERY ORDERS** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and, to the extent that they are named defendants in the complaints identified below, the undersigned Defendants, as follows:

1. The undersigned Defendants waive service of the Complaints[1] under Federal Rule of Civil Procedure 4(d). Those undersigned Defendants who reside in foreign countries that are

---

[1] For purposes of this stipulation, "Complaints" is defined as including: *Stroebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381 (SC) (N.D. Cal); *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 (SC) (N.D.Cal.); *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502 (SC) (N.D. Cal.); *Compucom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396 (SC) (N.D. Cal.); *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 (SC) (N.D. Cal.); *Interbond Corporation of America v. Hitachi, et al.*, No 11-cv-62437 (SC) (N.D. Cal.); *Office Depot, Inc. v. Hitachi Ltd., et al.*, 11-cv-81263 (KLR) (S.D. Fla.); *P.C. Richard and Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, 11-cv-05530 (JBW, VVP) (E.D.N.Y.); *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (EDL) (N.D. Cal.); and *Shultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, 11-cv-05528 (BMC) (E.D.N.Y.). This stipulation is effective in any one of these actions only to the extent that an undersigned Defendant is a named defendant in the action as of the date of this stipulation.

- 1 -

1  signatories to the Hague Convention shall be deemed served as provided for by that Convention.
2  Defendants preserve all other defenses under Federal Rule of Civil Procedure 12.

3      2.    The undersigned Defendants shall respond to the Complaints within seventy-five (75)
4  days from the date on which this stipulation is entered as an order of the Court.

5      3.    The undersigned Plaintiffs shall be bound by and comply with all orders and
6  protocols governing discovery and procedure entered to date in the proceeding *In re Cathode Ray*
7  *Tube (CRT) Antitrust Litigation,* Case No. 07-5944 SC, MDL No. 1917, except for scheduling
8  requirements for dates already past, including but not limited to (a) the Stipulated Protective Order,
9  Docket No. 306, filed June 18, 2008; (b) the Stipulation and Order to Extend Limited Discovery
10 Stay, Docket No. 798, filed October 27, 2010; and (c) the Stipulation And Order Regarding The
11 Production of Electronically Stored Information, Docket No. 828, ordered December 16, 2010.

12     4.    The undersigned Defendants and Plaintiffs **agree** to waive the production of initial
13 disclosures in this action.

14     5.    The undersigned parties jointly and respectfully request that the Court enter this
15 stipulation as an order.

DATED: March 15, 2012      By: /s/Philip J. Iovieno

William A. Isaacson
Jennifer Milici
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
Email: jmilici@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

By: /s/ David Martinez

Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.*

By: /s/ Jonathan J. Ross

H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

- 3 -

Email: lgodfrey@sumangodfrey.com
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

By: /s/ Nicholas H. Hesterberg

DAVID J. BURMAN
(*pro hac vice*)
NICHOLAS H. HESTERBERG
(*pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: DBurman@perkinscoie.com
Email: NHesterberg@perkinscoie.com

Euphemia N. Thomopulos, Cal. Bar No. 262107
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344.7000
Facsimile: (415) 344.7050
Email: EThomopulos@perkinscoie.com

*Attorneys for Plaintiff Costco Wholesale Corporation*

By: /s/ Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP

- 4 -

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINTS    MDL NO. 1917

|   |   |
|---|---|
| 1 | 515 South Flower St., 40th Floor |
|   | Los Angeles, CA 90071 |
| 2 | Telephone: (213) 622-4750 |
|   | Facsimile:  (213) 622-2690 |
| 3 | Email: jmurray@crowell.com |

*Counsel for Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.*

By: /s/ James M. Lockhart

    Jessica L. Meyer, (SBN: 249064)
    James M. Lockhart (*pro hac vice*)
    James P. McCarthy (*pro hac vice*)
    Kelly G. Laudon (*pro hac vice*)
    Lindquist & Vennum P.L.L.P.
    4200 IDS Center
    80 South Eighth Street
    Minneapolis, MN 55402
    Telephone: (612) 371-3211
    Facsimile:  (612) 371-3207
    Email: jmeyer@lindquist.com
    Email: jlockhart@lindquist.com
    Email: jmccarthy@lindquist.com
    Email: klaudon@lindquist.com

*Attorneys for Plaintiffs John R. Stoebner, As Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; And Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receive for Petters Company, LLC and related entities*

By: /s/ Eva W. Cole

    JEFFREY L. KESSLER (*pro hac vice*)
    Email: jkessler@dl.com
    A. PAUL VICTOR (*pro hac vice*)
    Email: pvictor@dl.com
    EVA W. COLE (*pro hac vice*)
    Email: ecole@dl.com
    **DEWEY & LEBOEUF LLP**
    1301 Avenue of the Americas
    New York, NY 10019
    Telephone:   (212) 259-8000
    Facsimile:   (212) 259-7013

    ALDO A. BADINI (SBN: 257086)
    Email: abadini@dl.com
    **DEWEY & LEBOEUF LLP**
    Post Montgomery Center

- 5 -

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINTS   MDL NO. 1917

|   |   |
|---|---|
| 1 | One Montgomery Street, Suite 3500 |
|   | San Francisco, CA 94104 |
| 2 | Telephone:   (415) 951-1120 |
|   | Facsimile:   (415) 951-1100 |

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007

GREGORY D. HULL (SBN 57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone:   (650) 802-3000
Facsimile:   (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd)*

By: /s/ Kent M. Roger

KENT M. ROGER (SBN 95987)
Email: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
Email: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone:   (415) 442-1000
Facsimile:   (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
Email: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
Email: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

- 6 -

STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF COMPLAINTS       MDL NO. 1917

*Attorneys for Defendants Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc. and Hitachi Displays, Ltd.*

By: /s/ Eric Shapland

    RONALD C. REDCAY (SBN 67236)
    Email: ronald.redcay@aporter.com
    ERIC SHAPLAND (SBN 193853)
    Email: eric.shapland@aporter.com
    **ARNOLD & PORTER LLP**
    777 South Figueroa Street, Forty-Fourth Floor
    Los Angeles, California 90017-5844
    Telephone:  (213) 243-4000
    Facsimile:   (213) 243-4199

*Attorneys for Defendants LG Electronics, Inc., LG Electronics USA, Inc.*

By: /s/ Ian Simmons

    IAN SIMMONS (*pro hac vice*)
    Email: isimmons@omm.com
    BEN BRADSHAW (SBN 189925)
    Email: bbradshaw@omm.com
    **O'MELVENY & MYERS LLP**
    1625 Eye Street, NW
    Washington, DC 20006
    Telephone:  (202) 383-5300
    Facsimile:   (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By: /s/ Michael W. Scarborough

    GARY L. HALLING (SBN 66087)
    Email: ghalling@sheppardmullin.com
    JAMES L. MCGINNIS (SBN 95788)
    Email: jmcginnis@sheppardmullin.com
    MICHAEL W. SCARBOROUGH (SBN 203524)
    Email: mscarborough@sheppardmullin.com
    **SHEPPARD MULLIN RICHTER & HAMPTON**
    Four Embarcadero Center, 17th Floor
    San Francisco, California 94111
    Telephone:  (415) 434-9100
    Facsimile:   (415) 434-3947

*Attorneys for Defendants Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A., de C.V., Samsung SDI Brasil*

*Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

By: /s/ Lucius B. Lau

    CHRISTOPHER M. CURRAN (*pro hac vice*)
    Email: ccurran@whitecase.com
    GEORGE L. PAUL (*pro hac vice*)
    Email: gpaul@whitecase.com
    LUCIUS B. LAU (*pro hac vice*)
    Email: alau@whitecase.com
    **WHITE & CASE LLP**
    701 Thirteenth Street, N.W.
    Washington, DC 20005
    Telephone:   (202) 626-3600
    Facsimile:    (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., and Toshiba America Consumer Products, L.L.C.*

By: /s/ John M. Taladay

    JON V. SWENSON (SBN 233054)
    Email: jon.swenson@bakerbotts.com
    **BAKER BOTTS LLP**
    620 Hansen Way
    Palo Alto, CA 94304
    Telephone:   (650) 739-7514
    Facsimile:    (650) 739-7614

    JOHN M. TALADAY (*pro hac vice*)
    Email: john.taladay@bakerbotts.com
    JOSEPH OSTOYICH (*pro hac vice*)
    Email: joseph.ostoyich@bakerbotts.com
    ANDREAS STARGARD (*pro hac vice*)
    Email: andreas.stargard@bakerbotts.com
    **BAKER BOTTS LLP**
    1299 Pennsylvania Avenue, NW
    Washington D.C. 2004-2400
    Telephone:   (202) 639-7700
    Facsimile:    (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V., and Philips Electronics North America Corporation*

By: /s/ Rachel S. Brass

    Joel S. Sanders
    Rachel S. Brass
    GIBSON, DUNN & CRUTCHER LLP

- 8 -

555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)
jsanders@gibsondunn.com
rbrass@gibsondunn.com

*Attorneys for Defendant Tatung Company of America, Inc.*

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from stipulating defendants.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 2, 2012

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

Dated:_____

_____
Hon. Samuel Conti
United States District Judge