1   Andreas Stargard (*admitted pro hac vice*)
    BAKER BOTTS L.L.P.
2   1299 Pennsylvania Ave., N.W.
    Washington, D.C. 20004
3   Telephone:    (202) 639-7700
    Facsimile:    (202) 639-7890
4   andreas.stargard@bakerbotts.com

5   *Attorney for Defendants Koninklijke Philips Electronics N.V.,*
    *Philips Electronics North America Corporation,*
6   *Philips Electronics Industries (Taiwan), and*
    *Philips da Amazonia Industria Electronica Ltda.*

7

8               **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10               **SAN FRANCISCO DIVISION**

11

12

13  **IN RE:  CATHODE RAY TUBE (CRT)**          Master File No. CV-07-5944 SC
    **ANTITRUST LITIGATION**
14  _____          MDL No. 1917

15  **This Document Relates to:**                **NOTICE OF WITHDRAWAL**
                                                 **OF COUNSEL**
    **ALL ACTIONS**
16

17

18

19              <u>**NOTICE OF WITHDRAWAL OF COUNSEL**</u>

20  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

21          PLEASE TAKE NOTICE that as of May 4th, 2012, Andreas Stargard will no longer be

22  associated with the firm of Baker Botts L.L.P., and is hereby withdrawing as counsel for

23  Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America

24  Corporation, Philips Electronics Industries (Taiwan), and Philips da Amazonia Industria

25  Electronica Ltda. in the above-referenced matter. The law firm of Baker Botts L.L.P. continues

26  to serve as counsel for the above-identified defendants.

27

28

1

2   DATED:   May 2, 2012                    BAKER BOTTS L.L.P.

3

4                                           By:      /s/ Andreas Stargard
                                                 Andreas Stargard (*admitted pro hac vice*)
5                                                BAKER BOTTS L.L.P.
                                                 1299 Pennsylvania Ave., N.W.
6                                                Washington, D.C. 20004
                                                 Telephone:     (202) 639-7700
7                                                Facsimile:     (202) 639-7890
                                                 andreas.stargard@bakerbotts.com
8
                                                 *Attorney for Defendants Koninklijke Philips*
9                                                *Electronics N.V., Philips Electronics North America*
                                                 *Corporation, Philips Electronics Industries*
10                                               *(Taiwan), and Philips da Amazonia Industria*
                                                 *Electronica Ltda.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 2, 2012, a copy of the foregoing Notice of Withdrawal of Counsel was served via the Court's ECF system on all parties and counsel registered for electronic filing.

By: _____*/s/ Jon V. Swenson*_____

Jon V. Swenson