KENT M. ROGER, State Bar No. 95987
MICHELLE PARK CHIU, State Bar No. 248421
SCOTT STEMPEL (pro hac vice)
J. CLAYTON EVERETT, JR (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail: kroger@morganlewis.com
           mchiu@morganlewis.com
           sstempel@morganlewis.com
           jeverett@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI DISPLAYS, LTD.
(n/k/a JAPAN DISPLAY EAST, INC.), HITACHI
ASIA, LTD., HITACHI AMERICA, LTD.,
HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>**MDL NO. 1917** |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | Judge: Hon. Samuel Conti<br>**HITACHI DISPLAYS, LTD.'S (N/K/A JAPAN DISPLAY EAST, INC.) NOTICE OF NAME CHANGE AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7-1 AND CIVIL LOCAL RULE 3-16** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 07-5944 SC; MDL NO. 1917
**HITACHI DISPLAYS, LTD.'S  NAME CHANGE AND CORPORATE DISCLOSURE STATEMENT**

DB2/ 23149404.1

PLEASE TAKE NOTICE that the name of Defendant Hitachi Displays, Ltd. changed to: Japan Display East, Inc.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding:

Japan Display East, Inc. is a wholly owned subsidiary of Japan Display, Inc. The Innovation Network Corporation of Japan, Hitachi, Ltd., Sony Corporation, and Toshiba Corporation each hold 10 percent or more of the outstanding shares of Japan Display, Inc.

Hitachi, Ltd. is a publicly held corporation traded in Japan that has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

Respectfully Submitted:

Dated: May 3, 2012

MORGAN, LEWIS & BOCKIUS LLP

By: ＿＿／s／ Kent M. Roger＿＿＿＿＿
Kent M. Roger

Attorneys for HITACHI, LTD., HITACHI ELECTRONIC DEVICES (USA), INC., HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST, INC.)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23149404.1

2

CASE NO. 07-5944 SC; MDL NO. 1917
**HITACHI DISPLAYS, LTD.'S NAME CHANGE AND CORPORATE DISCLOSURE STATEMENT.**