| | |
|---|---|
| 1 | BAKER BOTTS L.L.P. |
| | Jon V. Swenson (SBN 233054) |
| 2 | Email: jon.swenson@bakerbotts.com |
| | 1001 Page Mill Road |
| 3 | Building One |
| | Palo Alto, CA 94304 |
| 4 | Phone: (650) 739-7500 |
| | Fax: (650) 739-7699 |

Attorney for Defendants KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA., PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| | MDL No. 1917 |
| | **NOTICE OF CHANGE OF ADDRESS** |
| This Document Relates to: ALL  DIRECT PURCHASER ACTIONS | |

**NOTICE OF CHANGE OF ADDRESS**

TO THE PARTIES HERETO AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jon V. Swenson, attorney for Defendants KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA., and PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD., informs the Court and the parties

of record of the change in address for Baker Botts L.L.P., as follows:

JON V. SWENSON
**BAKER BOTTS L.L.P.**
1001 Page Mill Road
Building One
Palo Alto, CA 94304
Tel: (650) 739-7500
Fax: (650) 739-7699

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: May 4, 2012 | BAKER BOTTS L.L.P. |
|  | By:   */s/ Jon V. Swenson*   <br> Jon V. Swenson <br> 1001 Page Mill Road <br> Building One <br> Palo Alto, CA 94304 <br> Phone: (650) 739-7500 <br> Fax:  (650) 739-7699 <br> Attorney for Defendants <br> KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS DA AMAZONIA INDUSTRIA ELECTRONICA LTDA., PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD. <br> . |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on May 4, 2012.

*/s/ Jon V. Swenson*
Jon V. Swenson