Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

# JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| CRAGO, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>Defendants. | **ORDER REGARDING PRODUCTION OF LCD DOCUMENTS** |
| This Document Relates to ALL CASES | |

Pursuant to the plaintiffs' report of May 1, 2012 regarding the status of "meet and confer" and negotiations regarding documents to be produced from the LCD litigation, It Is Ordered that the parties are to jointly report to the special master on the status on or before July 1, 2012.

**IT IS SO ORDERED.**

DATED: May 11, 2012

_____
Hon. Charles A. Legge (Ret.)
Special Master

1