PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
*Pro Hac Vice*
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:   (850) 414-3300
Fax:   (850) 488-9134

Attorneys for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC<br><br>STATE OF FLORIDA,<br>OFFICE OF THE ATTORNEY GENERAL,<br>DEPARTMENT OF LEGAL AFFAIRS,<br><br>            Plaintiff,<br>   v.<br><br>LG ELECTRONICS, INC., *et al.*<br><br>            Defendants. | **PLAINTIFF STATE OF FLORIDA'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.**<br><br>**[F.R.C.P. 41(a)(1)]**<br><br>Judge:    Honorable Samuel Conti |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff State of Florida hereby dismisses without prejudice its claims against Defendant LG Electronics Taiwan Taipei Co., Ltd. Each party will bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: May 14, 2012   STATE OF FLORIDA

By:   /s/ Satu A. Correa
    LIZABETH A. BRADY (*pro hac vice*)
    Email:  Liz.Brady@myfloridalegal.com
    PATRICIA A. CONNERS (*pro hac vice*)
    Email:  Trish.Conners@myfloridalegal.com
    R. SCOTT PALMER (*pro hac vice*)
    Email:  Scott.Palmer@myfloridalegal.com
    NICHOLAS J. WEILHAMMER (*pro hac vice*)
    Email:  Nicholas.Weilhammer@myfloridalegal.com
    SATU A. CORREA (*pro hac vice*)
    Email: Satu.Correa@ myfloridalegal.com
    **OFFICE OF THE ATTORNEY GENERAL**
    State of Florida
    PL-01, The Capitol
    Tallahassee, FL  32399-1050
    Telephone:     (850) 414-3300
    Facsimile:      (850) 488-9134

*Attorneys for Plaintiff State of Florida*