IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Order Relates To: <br><br> ALL ACTIONS | ) MDL No. 1917 <br> ) <br> ) Case No. C-07-5944-SC <br> ) <br> ) ORDER RE STIPULATION AND <br> ) PROPOSED ORDER REGARDING <br> ) CONSOLIDATION OF TAG-ALONG <br> ) ACTIONS <br> ) |

On April 5, 2012, the parties submitted to the Court a Stipulation and Proposed Order regarding consolidation of tag-along actions. ECF No. 1141. The Stipulation essentially duplicates the Court's Pretrial Order No. 1, which has been in effect since April 4, 2008. See ECF No. 230. Accordingly, the Court declines to sign the Proposed Order. The Court reminds the parties that Pretrial Order No. 1 is still in effect.

IT IS SO ORDERED.

Dated: May 14, 2012

_____
UNITED STATES DISTRICT JUDGE