JEFFREY KESSLER  (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4698

Email: JKessler@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF CHANGE OF FIRM AFFILIATION OF JEFFREY KESSLER, *PRO HAC VICE*, AND REQUEST TO CHANGE OF ECF NOTIFICATION** |

To the Clerk of the Court and All Counsel:

   Please take notice that Jeffrey Kessler, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation, who has been admitted *pro have vice* in this matter has changed firms.  Mr. Kessler's new contact information is:

JEFFREY KESSLER
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4698

Email: JKessler@winston.com

We request that the Court revise Mr. Kessler's contact information and ECF Notification email address.

  /s/ Jeffrey Kessler_____
Jeffrey Kessler
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4698

Email: JKessler@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.*

Dated: May 14, 2012