

THE RESOLUTION EXPERTS

NOTICE TO ALL COUNSEL                                    May 14, 2012

     RE:    **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
             Reference #: 1100054618

Dear Counsel:

This will confirm that the starting time of your motion hearing has been rescheduled as follows:

    DATE(S):    May 21, 2012 at **9:00 AM (Pacific)**

    PLACE:    JAMS
                  Two Embarcadero Center
                  Suite 1500
                  San Francisco, CA 94111

    NEUTRAL:    Hon. Charles A. Legge (Ret.)

As *The Resolution Experts* we take pride in helping you to resolve your dispute. If you have any questions, please feel free to contact me directly at 415-774-2657.

Sincerely,

Sarah Nevins
Senior Case Manager
snevins@jamsadr.com
Fax# 415-982-5287