A. PAUL VICTOR (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4655

Email: PVictor@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL ACTIONS | **NOTICE OF CHANGE OF FIRM AFFILIATION OF A. PAUL VICTOR, *PRO HAC VICE*, AND REQUEST TO CHANGE OF ECF NOTIFICATION** |

To the Clerk of the Court and All Counsel:

Please take notice that A. Paul Victor, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation, who has been admitted *pro have vice* in this matter has changed firms.  Mr. Victor's new contact information is:

A. PAUL VICTOR
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4655

Email: PVictor@winston.com

We request that the Court revise Mr. Victor's contact information and ECF Notification email address.

   /s/ A. Paul Victor_____
A Paul Victor
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4655

Email: PVictor@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.*

Dated: May 14, 2012