MOLLY M. DONOVAN  (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4692

Email: MMDonovan@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF CHANGE OF FIRM AFFILIATION OF MOLLY M. DONOVAN, *PRO HAC VICE*, AND REQUEST TO CHANGE OF ECF NOTIFICATION** |

To the Clerk of the Court and All Counsel:

Please take notice that Molly Donovan, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation, who has been admitted *pro have vice* in this matter has changed firms.  Ms. Donovan's new contact information is:

|   |   |
|---|---|
| 1 | MOLLY M. DONOVAN |
|   | WINSTON & STRAWN LLP |
| 2 | 200 Park Ave |
|   | New York, NY 10166 |
| 3 | Telephone: (212) 294-4692 |

Email: MMDonovan@winston.com

We request that the Court revise Ms. Donovan's contact information and ECF Notification email address.

    /s/ Molly M. Donovan
Molly M. Donovan
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4692

Email: MMDonovan@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.*

Dated: May 14, 2012