| | |
|---|---|
| 1 | EVA COLE (*Admitted Pro Hac Vice*) |
| | WINSTON & STRAWN LLP |
| 2 | 200 Park Ave |
| | New York, NY 10166 |
| 3 | Telephone: (212) 294-4609 |
| 4 | Email: EWCole@winston.com |
| 5 | |
| 6 | *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)* |
| 7 | |

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: | ) ) | **NOTICE OF CHANGE OF FIRM AFFILIATION OF EVA COLE,** ***PRO HAC VICE***, **AND REQUEST TO CHANGE OF ECF NOTIFICATION** |
| ALL ACTIONS | ) ) ) ) ) ) ) ) ) | |

To the Clerk of the Court and All Counsel:

Please take notice that Eva Cole, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation, who has been admitted *pro have vice* in this matter has changed firms. Ms. Cole's new contact information is:

EVA COLE
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4609

Email: EWCole@winston.com

We request that the Court revise Ms. Cole's contact information and ECF Notification email address.

                                        /s/ Eva Cole
                                        Eva Cole
                                        WINSTON & STRAWN LLP
                                        200 Park Ave
                                        New York, NY 10166
                                        Telephone: (212) 294-4609

                                        Email: EWCole@winston.com

                                        *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.*

Dated: May 14, 2012