IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Also Relates To:<br><br>  GIO'S, INC., et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>  LG ELECTRONICS, INC., et al.,<br><br>        Defendants. | MDL No. 1917<br><br>Case No. C-07-5944-SC<br>Case No. C-12-1998-NC<br><br>ORDER RELATING AND CONSOLIDATING CASES |

Pursuant to Pretrial Order No. 1, ECF No. 230, in In Re Cathode Ray Tube (CRT) Antitrust Litigation (the "master case"), the Court hereby determines that Gio's, Inc. v. LG Electronics, Inc., Case No. C-12-1998-NC (the "consolidated case"), is RELATED to and CONSOLIDATED with the master case for purposes of discovery and pre-trial hearings.

The Clerk shall post 1) this Order and 2) Pretrial Order No. 1 in the consolidated case's docket. The parties to the consolidated case shall review and comply with Pretrial Order No. 1.

IT IS SO ORDERED.

Dated: May 14, 2012

                                        UNITED STATES DISTRICT JUDGE