1  ALDO A. BADINI
   WINSTON & STRAWN LLP
2  200 Park Ave
   New York, NY 10166
3  Telephone: (212) 294-4601

4  Email: ABadini@winston.com

5

6
   *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd.,*
7  *and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

8
                       **IN THE UNITED STATES DISTRICT COURT**
9                         **NORTHERN DISTRICT OF CALIFORNIA**
                              **SAN FRANCISCO DIVISION**
10

11

12 | In re: CATHODE RAY TUBE (CRT) ANTITRUST  ) | Case No. 07-5944 SC |
   | LITIGATION                                ) | MDL No. 1917 |
13 |                                           ) | |
   | This Document Relates to:                 ) | **NOTICE OF CHANGE OF FIRM** |
14 |                                           ) | **AFFILIATION OF ALDO A. BADINI** |
   | ALL ACTIONS                               ) | **AND REQUEST TO CHANGE OF ECF** |
15 |                                           ) | **NOTIFICATION** |

20  To the Clerk of the Court and All Counsel:

22      Please take notice that Aldo A. Badini, counsel for Defendants Panasonic Corporation of

23  North America, MT Picture Display Co., Ltd., and Panasonic Corporation, has changed firms.

24  Mr. Badini's new contact information is:

ALDO A. BADINI
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4601

Email: ABadini@winston.com

We request that the Court revise Mr. Badini's contact information and ECF Notification email address.

   /s/ Aldo A. Badini
Aldo A. Badini
WINSTON & STRAWN LLP
200 Park Ave
New York, NY 10166
Telephone: (212) 294-4601

Email: ABadini@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.*

Dated: May 14, 2012