UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Master File No. CV-07-5944-SC

IN RE: CATHODE RAY
TUBE (CRT)
ANTITRUST LITIGATION

MDL No. 1917

**MOTION TO STAY AND FOR RECONSIDERATION**

Special Master: Hon. Charles A. Legge (Ret.)

This Document Relates to:

ALL INDIRECT
PURCHASER ACTIONS

My name is Sean Hull, objector in this case, and file my Motion to Stay and Motion for Reconsideration as to the Order Granting Plaintiff's Motion to Compel Discovery. On April 12, 2012, the Honorable Charles A. Legge, Special Master, recommended the Order and on April 16, 2012, the Honorable Samuel Conti Reviewed and Approved the Order. The Court's findings in support of its Order compelling my deposition were based upon inaccurate information provided to the Court. See my affidavit attached and marked as Exh. A. I do not intend to attend a deposition in this matter until I am properly served. Class counsel should not be allowed to sponsor a false statement from a process server in order to obtain a deposition in the absence of a subpoena.

Respectfully submitted,

By: *[signature]*
Sean Hull

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been forwarded to the Clerk and all counsel of record by method shown below on this the 8th day of May 2012.

**Via Federal Express**
Honorable Charles A. Legge (Ret.) JAMS
Two Embarcadero, Ste. 1500
San Francisco, CA 94111

**Via Federal Express**
Mario N. Alioto, Esq.
Trump, Alioto, Trump & Prescott, LLP
2280 Union Street
San Francisco, CA 94123
**Interim Lead Counsel**

**Via Federal Express**
Joel S. Sanders, Esq.
Gibson Dunn & Crutcher LLP
555 Mission Street, Ste. 3000
San Francisco, CA 94105
**Defense Counsel**

Sean Hull

7890 Witney Place

Lone Tree, CO 80124

J12101112190225

SHIP TO: (415) 522-2000      BILL SENDER

**Clerk's Office**
**Pro Se Civil Intake**
**450 Golden Gate, 16th Floor**

**San Francisco, CA 94102**

Delivery Address Bar Code



Ref #    Sean Hull-CRT
Invoice #
PO #
Dept #

TRK#   **7935 4357 8059**
0201

**WED - 09 MAY A4**
**PRIORITY OVERNIGHT**

**XH SFOA**

**94102**
CA-US
**SFO**





512G3/61A4/A278

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.