**EXHIBIT 1**

# Christopher T. Micheletti

| | |
|---|---|
| **From:** | Christopher T. Micheletti |
| **Sent:** | Monday, April 16, 2012 4:53 PM |
| **To:** | shpcs@yahoo.com |
| **Cc:** | Monica J. Steele |
| **Subject:** | Cathode Ray Tubes - Order on Motion to Compel |
| **Attachments:** | Certificate of Service re Amended Order.pdf; Amended Order Granting IPPs Motion to Compel Discovery from Objector Sean Hull.pdf |

Dear Mr. Hull,

Please see the attached documents. Pursuant to the Court's order of today, please immediately provide me with a proposed date or alternative dates for your deposition and document production between now and May 11, 2012. If you do not provide me with a proposed date or dates by Friday, April 20, 2012, we will assume that you do not intend to provide any or to otherwise comply with the Court's order and will proceed to pursue all appropriate judicial remedies.

Thank you in advance for your cooperation.

Sincerely,

Chris Micheletti

Chris Micheletti
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: 415-693-0700
Direct: 415-633-1912
Fax: 415-693-0770
E-Mail: cmicheletti@zelle.com
Web Site: http://www.zelle.com

The information in this email is confidential and may contain attorney-client privileged information and/or attorney work product and is intended solely for the addressee(s). Access to this email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution, or any use or reliance on any information contained herein is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete it.