**EXHIBIT 4**

**Christopher T. Micheletti**

From: United Airlines, Inc. <unitedairlines@united.com>
Sent: Sunday, March 04, 2012 1:26 PM
To: Christopher T. Micheletti
Subject: eTicket Itinerary and Receipt for Confirmation DW4BV1

# UNITED  | A STAR ALLIANCE MEMBER

Confirmation:
**DW4BV1**
Check-In >

Issue Date: March 04, 2012

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| MICHELETTI/CHRISTOPHERTMR | 0162320086269 | UA-HQP6XXXX | 31C/25D |

**FLIGHT INFORMATION**

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Mon, 05MAR12 | UA984[1] | E | SAN FRANCISCO, CA (SFO) **3:45 PM** | DENVER, CO (DEN) **7:13 PM** | A-320 | Purchase |
| Tue, 06MAR12 | UA494[2] | E | DENVER, CO (DEN) **4:54 PM** | SAN FRANCISCO, CA (SFO) **6:36 PM** | 757-200 | Purchase |

[1] Flight operated by UNITED AIRLINES.
[2] Flight operated by UNITED AIRLINES.

**FARE INFORMATION**

**Fare Breakdown**
| | | |
|---|---|---|
| Airfare: | 463.26USD | **Form of Payment:** AMERICAN EXPRESS |
| U.S. Federal Transportation Tax: | 34.74 | Last Four Digits 7000 |
| U.S. Flight Segment Tax: | 7.60 | |
| September 11th Security Fee: | 5.00 | |
| U.S. Passenger Facility Charge: | 9.00 | |
| Per Person Total: | 519.60USD | |
| **eTicket Total:** | **519.60USD** | |

The airfare you paid on this itinerary totals: 463.26 USD

**The taxes, fees, and surcharges paid total: 56.34 USD**

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT/CHGFEE
Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

---

### eTicket Reminders

**Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: when departing from Atlanta, Chicago, Cleveland, Denver, Houston, Kona, Las Vegas, Los Angeles, Newark, Orlando, Philadelphia, Reno, San Francisco, Seattle or Tampa, the check in requirement time for Passengers and Bags is 45 minutes

**Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.

Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.

- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

## Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care
contact form at united.com

## Baggage allowances and fees

United accepts one carry-on item of no more than 45 linear inches or 114 linear centimeters in the aircraft cabin, along with one personal item (such as a shoulder or laptop bag).
In general, checked baggage fees are charged at any point in the itinerary where bags are checked. For itineraries operated exclusively by United or United Express, standard fees will apply to check baggage
with a maximum weight of 50 pounds (23 kg) per bag and a maximum outside linear dimension of 62 inches (157 cm) as follows:

- Within the U.S. (including Hawaii, Puerto Rico and the U.S .Virgin Islands) and between the U.S. and Canada: First checked bag $25, second checked bag $35
- Between the U.S./Canada and the Caribbean: First checked bag $25, second checked bag $40
- Between the U.S. and Mexico/Central America: First checked bag $0, second checked bag $40
- Between the U.S. and Asia/Australia/New Zealand/Micronesia/Europe/Middle East/South America (except Brazil and Venezuela): First checked bag $0, second checked bag $70
- Between the U.S. and Africa: First checked bag $0, second checked bag $70 (Fee applies only to/from Cameroon/Egypt/Malawi/Morocco/Zambia; all other African countries have a $0 second bag fee.)
- Between the U.S. (except Hawaii) and Japan: First checked bag $0, second checked bag $0
- Between Hawaii, Micronesia and Japan: First checked bag $0, second checked bag $40

First and second checked bag fees do not apply to active-duty members of the U.S. military and their accompanying dependents, customers confirmed in United Global First(SM), United First®,
United BusinessFirst® or United Business®, or to United Global Services(SM), MileagePlus® Premier® 1K®, Premier Platinum, Premier Gold or Star Alliance® Gold members, or Presidential
Plus(SM) primary credit cardholders. First checked bag fee does not apply to MileagePlus Premier Silver or Star Alliance Silver members, or MileagePlus Explorer or OnePass(SM)Plus primary credit cardholders.
For additional information regarding checked baggage fees, allowances, weight/size restrictions, exceptions, embargoes, or overweight, oversized, odd-sized and sporting equipment charges,
go to united.com. and select your special items and restrictions category.
For travel itineraries that include flights operated by our alliance partners or other airlines, different baggage fees may apply.
Learn more at united.com.

## Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering 21,000 daily flights and over
1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

## Food for Purchase Now Available

Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

## IMPORTANT CONSUMER NOTICES



- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-525-0280. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.
- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3300 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.
- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*
- **Personal Health** - For important health tips before your flight, including information on a serious condition called Deep Vein Thrombosis, please go to united.com or call 1800WECARE2.

**Thank you for choosing United Airlines**
united.com

Legal Notices, Privacy Policy
Copyright © 2012 United Air Lines, Inc. All rights reserved.

**Please do not reply to this message using the "reply" address.**
For assistance, please contact United Airlines via telephone or via e-mail.

*3396-0001  LIM*

*Hull depo*
*Hotel*

The Westin Denver Downtown
1672 Lawrence Street
Denver, CO  80202
United States
Tel: 303-572-9100 Fax: 303-572-7288

# WESTIN®
## HOTELS & RESORTS

Christopher Micheletti
20334 Glenwood Drive
Castro Valley, CA  94552

Email :  CMICHELETTI@ZELL
         E.COM

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 1062170 |
| Folio ID | : | EX-A |
| Arrive Date | : | 03-05-2012   20:33 |
| Depart Date | : | 03-06-2012 |
| No. Of Guest | : | 1 |
| Room Number | : | 1206 |
| Room Rate | : | 249.00 |
| Club Account | : | SPG - A557018826 |

Invoice Nbr   :107968

Information Invoice

Westin Denver Downtn   03-06-2012   03:29   PILACOR

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 03-05-2012 | 1630 | Room Service | 45.43 — *CTM dinner* | |
| 03-05-2012 | RT1206 | Room Chrg Restrict | 249.00 } *Room* | |
| 03-05-2012 | RT1206 | Room Tax | 36.73 | |
| 03-06-2012 | AX | American Express | -331.16 | |
| | | ** Total | 331.16 | -331.16 |
| | | *** Balance | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

Continued on the next page

*Room: $285.73*
*Meal: $45.43*

The Westin Denver Downtown
1672 Lawrence Street
Denver, CO  80202
United States
Tel: 303-572-9100 Fax: 303-572-7288

**WESTIN®**
HOTELS & RESORTS

Christopher Micheletti
20334 Glenwood Drive
Castro Valley, CA  94552

Email :   CMICHELETTI@ZELL
          E.COM

Page Number     : 2           Invoice Nbr   : 107968
Guest Number    : 1062170
Folio ID        : EX-A
Arrive Date     : 03-05-2012   20:33
Depart Date     : 03-06-2012
No. Of Guest    : 1
Room Number     : 1206
Room Rate       : 249.00
Club Account    : SPG - A557018826

Information Invoice

As a Starwood Preferred Guest you have earned at least 589 Starpoints for this visit A557018826

EXPENSE SUMMARY REPORT

| Date       | Room   | Room Tax | Food & Bev | Telephone | Parking | Other |
|------------|--------|----------|------------|-----------|---------|-------|
| 03-05-2012 | 249.00 | 36.73    | 45.43      | 0.00      | 0.00    | 0.00  |
| Total      | 249.00 | 36.73    | 45.43      | 0.00      | 0.00    | 0.00  |

| Date       | Total  | Payment |
|------------|--------|---------|
| 03-05-2012 | 331.16 | 0.00    |
| Total      | 331.16 | 0.00    |

Signature_____



SPG Sign In | Join SPG   Help   My Reservations   Language

**WESTIN**
HOTELS & RESORTS

Find & Book   Westin Difference   Offers   Resorts & Spas   New Hotels   About Westin

## STEP 3: RESERVATION CONFIRMED    Steps:

additional actions
get driving directions
view printable version
email friends & family
download reservation

Thank you for your reservation! We look forward to seeing you.

Your confirmation will be sent by e-mail shortly.

### Confirmation Number: 755268405

have us call you
Let us know when you're available and a Westin associate will call you. go

#### Hotel & Room Information

The Westin Denver Downtown
1672 Lawrence Street
Denver, Colorado 80202 United States
Phone: (303) 572-9100  Fax: (303) 572-7288

Check In
03/05/2012 - 3:00 PM

Check Out
03/06/2012 - 12:00 PM

1 Room, 1 Adult per room

Traditional, non-smoking: King Bed, Non-smoking, 420 sq. ft. / 39 m². Newly Renovated, Heavenly Bed And Bath, High-speed Internet For A Fee, Starbucks Coffee In Room

#### RATE INFORMATION                                          Best Rates, Guaranteed.

Rate Description: Prepaid Rate This Reservation Must Be Paid In Advance; There Is A Penalty For Changes And/or Cancellations.
SET or Corporate Account Number:

Average Est. Room Total Per Night**
  Room rate: USD  249.00
  Taxes: USD     36.98

Estimated total**: USD  285.98

Estimated Total For Your Stay**
  1 room(s) for 1 night(s): USD **285.98**


Add activities before you go.
LEARN MORE

*Duplicate - see hotel invoice.*

**The displayed totals are estimates only and do not include any additional charges that may be incurred at the hotel. The actual total will be calculated by the hotel in its local currency, based on the local taxes and currency exchange rate (if applicable) in effect at the time charging occurs.

Get complete details about this rate, taxes and other charges

#### PERSONAL AND CREDIT CARD INFORMATION

We value your privacy. Our Privacy Statement details how we protect your personal information.

Name  Christopher Micheletti
Address  20334 Glenwood Drive
         Castro Valley CA 94552, US
Telephone number  415-693-0700
Email  cmicheletti@zelle.com
Credit Card Number  xxxx-xxxxxx-x7000

Please present the credit card used to make this reservation upon check-in at the hotel. Please note: If you are booking on behalf of someone else, you must contact the hotel directly to arrange for third party billing.

View our Privacy Statement

Feedback

## STARWOOD PREFERRED GUEST INFORMATION

SPG Number 557018826

StarChoice Number

## OPTIONAL INFORMATION

Hotel Arrival Time 08:00 PM

Special Requests  Please note that special requests cannot be guaranteed until check-in, but we will do our best to accommodate you.

## TERMS AND CONDITIONS

Cancellation Policy: The time for canceling without penalty has passed. If you cancel, the forfeiture amount will be 100 percent. There may be additional applicable charges and taxes.

Rate Plan Description: Prepaid Rate. This Reservation Must Be Paid In Advance; There Is A Penalty For Changes And/or Cancellations.

GTD/Deposit Policy: USD 249.00 deposit is due on 03/05/2012 and will be charged to the credit card provided.

Please note that any change in your reservation may change the rate and/or require payment of cancellation fees.

For reservations guaranteed with a form of payment at time of booking, rooms are held until hotel check-out time the day following arrival. For reservations not guaranteed with a form of payment at time of booking, rooms are held until set cancellation time per the rules of the reservation. In the event more guests arrive than can be accommodated due to hotel overbooking or an unforeseen circumstance, and hotel is unable to hold rooms consistent with this room hold policy, hotel will attempt to accommodate guests, at its expense, at a comparable hotel in the area for the oversold night(s), and will pay for transportation to that hotel.

**Currency Conversion**
For non-US hotels, rates confirmed in USD may be converted to local currency by the hotel at your time of stay, based on the exchange rate used by the hotel and are subject to exchange rate fluctuations. Credit card charges are subject to additional currency conversions by banks or credit card companies, which are not within the hotel's control and may impact the amount charged to your credit card. Please contact the hotel if you have any questions.

**Passport Requirements**
New passport restrictions for travel between the United States and Canada, Mexico, Bermuda, and the Caribbean region are now in effect. More information is available from the U.S. Department of State here or check your country's travel and transit requirements to/from the United States.

**Early Departures**
Many Starwood hotels have an early departure fee. When you check in, you will be asked to confirm your departure date. You may be able to change your departure date without a penalty if your rate plan permits and if you do so at time of check-in. After reconfirming your departure date, if you decide to leave earlier, you may be charged the early departure fee. Please contact the hotel if you have any questions.

**ID Requirements**
For security purposes, you will be asked to provide a photo ID at check-in.

**For Assistance**
For Reservations, Starwood Preferred Guest® Assistance, Redemptions or Reservations call toll free 888-625-4988 in the U.S. or Canada. Or you may contact one of our **Worldwide Reservations Offices**.

## EARN STARPOINTS® & SAVE TIME

Join Starwood Preferred Guest® and earn points for your stays! Sign up for your free membership now.
- More award-winning hotels and resorts than any other program
- 140 resorts worldwide, including 13 in Hawaii
- 250 golf courses worldwide with 4,536 holes
- Enjoy in-hotel member benefits

Email [        ]  [Join]

Best Rate Guarantees | Westin Careers | Westin Hotel Directory | Starwood Development Group | Website Terms of Use | Updated Privacy Statement | Affiliates | Top Destinations | Text Only

Stay connected to Westin:  More | Guest Reviews | Like 32k

You are on Westin.com
Other Starwood Brands > | Starwood Hotels & Resorts

© 2012 Starwood Hotels & Resorts Worldwide, Inc.
All rights reserved.

**UNITED**

Special Service Receipt
Issue Date: 06 MAR 2012  DEN ATO

3396-0001
A STAR ALLIANCE MEMBER

Special Service Document
01629228296441

| Description | Qty | Fees | Method of Payment |
|---|---|---|---|
| Confirmed Flight Change | 1 | $75.00 | American Express XXXXXXXXXXXX7000 |

Ticket Number
01623200862695

Cardholder Name
CHRISTOPHER T

FLIGHT CHANGE FEES     Total Fees  USD $75.00     Confirmation: DW4BV1

AGENT REFERENCE: GG SDC

For up to the minute flight information,
go to mobile.united.com

---

*CTM parking*

## SFO Int'l Airport
Parking Management
P.O. Box 8097
San    Francisco, CA 94128
650-821-7900

Receipt 7603/5099/851  03/06/12 17:26:38
!!!!! Copy !!!!!

)100 Pay Parking Ticket$     51.00

Entered    : 03/05/12 14:39
Paid       : 03/06/12 17:26
Length of stay : 1 Dy 2 Hr 47 Min

Total Amount    $   51.00

Credit Amex     $   51.00

............................................
American Express

Card Holder: MICHELETTI/CHRISTOPHER T
Card No.   : XXXX XXXXXX XX000
Auth.Amount: $ 51.00

Signature :

*************** ***************
**                            **
**  We apprec     business    **
*************** ***************

CTM lunch

Cantina Grill
Concourse B Mezzanine Level
PO Box 49310
Denver, CO 80249
(303) 342-8469

erver: MARIA          DOB: 03/06/2012
1:24 PM                    03/06/2012
able 3/1                   18/180052

MEX                         18874418
ard #XXXXXXXXXXXX7000
agnetic card present: MICHELETTI
HRISTOPH
pproval: 805242

        Amount:    $ 13.34
         + Tip: _____
        = Total:   16.34

Thank You!
We would love to hear from you
Please email comments to:
info@cantinagrillbdia.com

Guest Copy

415-421-6900

Des - All of these are for CRTs - Hull depo in Denver
3/5 add mileage: CV-SF - 28mi
                  SF-SFO - 14mi
                  SFO-CV - 28
                  — 70mi

---

Pkg CTM

222 2ND STREET
SAN FRANCISCO, CA 94105
TOWER VALET PARKING
(415) 341-1592
SERIAL # 2012-0007-0101

Ticket/Tranact:  001744    0000005527
Lic/St/Park:     CA
Model/Make:
Garage Loc:      MAIN LOT
Request Loc:     MAIN LOCATION
Arrival Date:    03/05/2012    06:58
Request Date:    03/05/2012    09:54
Customer:
Cashier:         ENRIQUE
Parking Charge:     16.00 3 DAILY $20
Discounts:           0.00
Services:            0.00
Surcharge Tax:       0.00
Sales Tax:           4.00
Amount Paid:        20.00
Amount Tendered:     0.00
Change Due:          0.00

Date: 3/5/12         Fare: $ 60.—
Pick up: Denver IA
Drop off: Denver
Cab #                Driver #

THANK YOU FOR YOUR PATRONAGE

3396-0001
                    Thank You
Fare $  55.00        Date  3/6/11
From  Denver
To    Denver IA
Cab No.              Driver
**FREEDOM CABS   303-444-4444**