UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT-PURCHASER ACTIONS | **[PROPOSED] ORDER TO SHOW CAUSE REGARDING FINDING OF CIVIL CONTEMPT AND AWARD OF SANCTIONS AGAINST OBJECTOR SEAN HULL** |

This matter came before the Court on Indirect Purchaser Plaintiffs' ("IP Plaintiffs") Motion for an Order to Show Cause Regarding Finding of Civil Contempt and Award of Sanctions Against Objector Sean Hull. The Court, having reviewed the papers filed in support of the motion, and good cause appearing, IP Plaintiffs' Motion is hereby GRANTED.

Objector Sean Hull is hereby ORDERED TO SHOW CAUSE why this Court should not find him in civil contempt and sanction him for his failure to comply with the Court's Order Granting Indirect Purchaser Plaintiffs' Motion To Compel Discovery From Objector Sean Hull (the "Order") (ECF No. 1155). Unless otherwise ordered by the Court, this matter shall be heard

1

[PROPOSED] ORDER TO SHOW CAUSE REGARDING FINDING OF CIVIL CONTEMPT AND AWARD OF SANCTIONS AGAINST OBJECTOR SEAN HULL
Master File No. CV-07-5944-SC, MDL No. 1917

1  on _____, 2012 at _____ __.m. before Special Master Charles A. Legge, JAMS, Two
2  Embarcadero Center, Suite 1500, San Francisco, California.  Hull shall file, and serve on IP
3  Plaintiffs' Counsel by email, any response by no later than _____, 2012.
4  SO ORDERED:

6  Dated: _____, 2012.

                                                  Hon. Charles A. Legge (Ret.)
                                                  Special Master