1 | Francis O. Scarpulla (41059)
  | Craig C. Corbitt (83251)
2 | Judith A. Zahid (215418)
  | Patrick B. Clayton (240191)
3 | Qianwei Fu (242669)
  | ZELLE HOFMANN VOELBEL & MASON LLP
4 | 44 Montgomery Street, Suite 3400
  | San Francisco, CA  94104
5 | Telephone:     (415) 693-0700
  | Facsimile:      (415) 693-0770
6 | ccorbitt@zelle.com

7 | *Counsel for Indirect Purchaser Plaintiffs*

8 | Mario N. Alioto (56433)
  | Lauren C. Russell (241151)
9 | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
  | 2280 Union Street
10 | San Francisco, CA  94123
   | Telephone:     (415) 563-7200
11 | Facsimile:      (415) 346-0679
   | malioto@tatp.com
12 |
   | *Interim Lead Counsel for Indirect*
13 | *Purchaser Plaintiffs*

14 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) | Case No. CV-07-5944-SC |
|---|---|---|
| | ) | MDL No. 1917 |
| This Document Relates to: | ) ) ) | **CERTIFICATE OF SERVICE** |
| All Actions | ) ) ) ) | |

# CERTIFICATE OF SERVICE

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
Case No. CV-07-5944-SC
MDL No. 1917

I, Robert L. Newman, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

1. **NOTICE OF MOTION AND MOTION FOR AN ORDER TO SHOW CAUSE REGARDING FINDING OF CIVIL CONTEMPT AND AWARD OF SANCTIONS AGAINST OBJECTOR SEAN HULL; MEMORANDUM IN SUPPORT THEREOF**

2. **DECLARATION OF CHRISTOPHER T. MICHELETTI IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER TO SHOW CAUSE REGARDING FINDING OF CIVIL CONTEMPT AND AWARD OF SANCTIONS AGAINST OBJECTOR SEAN HULL**

3. **[PROPOSED] ORDER TO SHOW CAUSE REGARDING FINDING OF CIVIL CONTEMPT AND AWARD OF SANCTIONS AGAINST OBJECTOR SEAN HULL**

4. **RESPONSE TO OBJECTOR SEAN HULL'S "MOTION TO STAY AND FOR RECONSIDERATION" OF THE COURT'S ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' MOTION TO COMPEL DISCOVERY**

☒ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid, to the below named addressee(s); (and/or)

☐ by overnight mail to the parties listed below; (and/or)

☒ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the below named addressee(s).

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Sean Hull
7890 Witney Place
Lone Tree, CO  80124

Email: shpcs@yahoo.com

Dated: May 18, 2012

Signed  */s/ Robert L. Newman*
Robert L. Newman

#3233746v1