(*Stipulating Parties Listed on Signature Pages*)

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, 11-cv-01656 (SC) (N.D. Cal.);<br><br>*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381 (SC) (N.D. Cal);<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502 (SC) (N.D. Cal.);<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 (SC) (N.D.Cal.);<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (SC) (N.D. Cal.);<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No 11-cv-06275 (SC) (N.D. Cal.);<br><br>*Office Depot, Inc. v. Hitachi Ltd., et al.*, 11-cv-06276 (SC) (N.D. Cal.);<br><br>*Compucom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396 (SC) (N.D. Cal.);<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 (SC) (N.D. Cal.);<br><br>*P.C. Richard and Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, _____ (docket assignment pending);<br><br>*Shultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, _____ (docket assignment pending). | Case No. 11-cv-01656 SC<br>Case No. 11-cv-05381 SC<br>Case No. 11-cv-05502 SC<br>Case No. 11-cv-05513 SC<br>Case No. 11-cv-05514 SC<br>Case No. 11-cv-06275 SC<br>Case No. 11-cv-06276 SC<br>Case No. 11-cv-06396 SC<br>Case No. 11-cv-06397 SC<br>Case No. _____<br>Case No. _____<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT LG ELECTRONICS TAIWAN TAIPEI CO., LTD.** |

1. IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendant LG Electronics Taiwan Taipei Co. Ltd. ("LGETT") as follows:

   1. The Complaints in the above-captioned actions and all claims asserted in them by Plaintiffs against LGETT are dismissed, without prejudice and without costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

   2. The undersigned parties jointly and respectfully request that the Court enter this Stipulation as an Order.

   **IT IS SO STIPULATED.**

DATED: May 18, 2012              By:  /s/ Philip J. Iovieno

William A. Isaacson
Jennifer Milici
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:   (202) 237-6131
Email:  wisaacson@bsfllp.com
Email:  jmilici@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone:  (954) 356-0011
Facsimile:   (954) 356-0022
Email:  ssinger@bsfllp.com

Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email:  piovieno@bsfllp.com
Email:  anardacci@bsfllp.com

***Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC***

- 2 -

|   |   |
|---|---|
| 1 | |
| 2 | By: /s/   David Martinez |
| 3 | Roman M. Silberfeld, (SBN 62783) |
|   | David Martinez, (SBN 193183) |
| 4 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
|   | 2049 Century Park East, Suite 3400 |
| 5 | Los Angeles, CA  90067-3208 |
|   | Telephone:  (310) 552-0130 |
| 6 | Facsimile:   (310) 229-5800 |
|   | Email:  RMSilberfeld@rkmc.com |
| 7 | Email:  DMartinez@rkmc.com |
| 8 | ***Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy*** |
|   | ***Purchasing LLC, Best Buy Enterprise Services, Inc.,*** |
| 9 | ***Best Buy Stores, L.P., Bestbuy.com, L.L.C., and*** |
|   | ***Magnolia Hi-Fi, Inc.*** |
| 10 | |
| 11 | |
| 12 | By: /s/   Jonathan J. Ross |
| 13 | H. Lee Godfrey |
|   | Kenneth S. Marks |
| 14 | Jonathan J. Ross |
|   | Johnny W. Carter |
| 15 | David M. Peterson |
|   | SUSMAN GODFREY L.L.P. |
| 16 | 1000 Louisiana Street, Suite 5100 |
|   | Houston, Texas 77002 |
| 17 | Telephone:  (713) 651-9366 |
|   | Facsimile:  (713) 654-6666 |
| 18 | Email:  lgodfrey@sumangodfrey.com |
|   | Email:  kmarks@susmangodfrey.com |
| 19 | Email:  jross@susmangodfrey.com |
|   | Email:  jcarter@susmangodfrey.com |
| 20 | Email:  dpeterson@susmangodfrey.com |
| 21 | Parker C. Folse III |
|   | Rachel S. Black |
| 22 | Jordan Connors |
|   | SUSMAN GODFREY L.L.P. |
| 23 | 1201 Third Avenue, Suite 3800 |
|   | Seattle, Washington 98101-3000 |
| 24 | Telephone:  (206) 516-3880 |
|   | Facsimile:  (206) 516-3883 |
| 25 | Email:  pfolse@susmangodfrey.com |
|   | Email:  rblack@susmangodfrey.com |
| 26 | Email:  jconnors@susmangodfrey.com |
| 27 | ***Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the*** |
|   | ***Circuit City Stores, Inc. Liquidating Trust*** |
| 28 | |

CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEF. LG ELECTRONICS TAIWAN TAIPEI CO., LTD.                                                                                                                 MDL NO. 1917

By: /s/ David J. Burman

DAVID J. BURMAN
(*pro hac vice*)
NICHOLAS H. HESTERBERG
(*pro hac vice*)
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
Email: DBurman@perkinscoie.com
Email: NHesterberg@perkinscoie.com

Euphemia N. Thomopulos, Cal. Bar No. 262107
Perkins Coie LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: (415) 344.7000
Facsimile: (415) 344.7050
Email: EThomopulos@perkinscoie.com

**Attorneys for Plaintiff Costco Wholesale Corporation**


By: /s/ Jason Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
Email: jmurray@crowell.com

**Counsel for Plaintiffs Target Corp.; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.**


By: /s/ James P. McCarthy

Jessica L. Meyer, (SBN: 249064)
James M. Lockhart (*pro hac vice*)
James P. McCarthy (*pro hac vice*)
Kelly G. Laudon (*pro hac vice*)
Lindquist & Vennum P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

- 4 -

CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEF. LG ELECTRONICS TAIWAN TAIPEI CO., LTD.                                                                                                   MDL NO. 1917

```
                              Email:  jmeyer@lindquist.com
                              Email:  jlockhart@lindquist.com
                              Email:  jmccarthy@lindquist.com
                              Email:  klaudon@lindquist.com
```

***Attorneys for Plaintiffs John R. Stoebner, As Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; And Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receive for Petters Company, LLC and related entities***


By:  /s/   Wilson D. Mudge

WILSON D. MUDGE (*pro hac vice*)
Email: wilson.mudge@aporter.com
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004
Telephone:      (202) 942-5000
Facsimile:       (202) 942--5999

ERIC MASON (SBN 259233)
Email: eric.mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
Telephone:      (213) 243-4000
Facsimile:       (213) 243-4199

***Attorneys for Defendant LG Electronics Taiwan Taipei Co., Ltd.***

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   __5/22/12_   _____
                              Hon. Samuel Conti

- 5 -

CORRECTED STIPULATION AND [PROPOSED] ORDER DISMISSING DEF. LG ELECTRONICS TAIWAN TAIPEI CO., LTD.                                                                                                     MDL NO. 1917