

NOTICE TO ALL COUNSEL     THE RESOLUTION EXPERTS®     May 23, 2012

RE: **Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.**
Case No. 07-cv-5944 SC
JAMS Reference #: 1100054618

Dear Counsel:

This will confirm that the starting time of Motion Request for Sanctions and Order to Show Cause concerning the above referenced matter has been rescheduled as follows:

DATE: July 9, 2012 at 9:00 AM (Pacific)

PLACE: JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111

NEUTRAL: Hon. Charles A. Legge (Ret.)

As *The Resolution Experts* we take pride in helping you to resolve your dispute. If you have any questions, please feel free to contact me directly at 415-774-2657.

Sincerely,

Sarah Nevins
Senior Case Manager
snevins@jamsadr.com
Fax# 415-982-5287

cc: Mr. Sean Hull via email and US Certified Mail

## PROOF OF SERVICE BY CERTIFIED MAIL & E-MAIL

RE:   Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.
      Case No. 07-cv-5944 SC
      JAMS Reference #: 1100054618

I, SARAH NEVINS, not a party to the within action, hereby declare that on May 23, 2012 I served the attached NOTICE OF CHANGE OF START TIME FOR JULY 9, 2012 HEARING RE MOTION REQUEST FOR SANCTIONS AND ORDER TO SHOW CAUSE on the parties in the within action by certified and e-mail and depositing true copies thereof enclosed in sealed envelopes with certified postage thereon fully prepaid, in the United States Mail, at San Francisco, CALIFORNIA, addressed as follows:

Mr. Sean Hull
7890 Witney Place
Lone Tree, CO 80124
shpcs@yahoo.com

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on May 23, 2012.

_____
SARAH NEVINS