# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT-PURCHASER ACTIONS | [PROPOSED] ORDER TO SHOW CAUSE REGARDING FINDING OF CIVIL CONTEMPT AND AWARD OF SANCTIONS AGAINST OBJECTOR SEAN HULL |

This matter came before the Court on Indirect Purchaser Plaintiffs' ("IP Plaintiffs") Motion for an Order to Show Cause Regarding Finding of Civil Contempt and Award of Sanctions Against Objector Sean Hull. The Court, having reviewed the papers filed in support of the motion, and good cause appearing, IP Plaintiffs' Motion is hereby GRANTED.

Objector Sean Hull is hereby ORDERED TO SHOW CAUSE why this Court should not find him in civil contempt and sanction him for his failure to comply with the Court's Order Granting Indirect Purchaser Plaintiffs' Motion To Compel Discovery From Objector Sean Hull (the "Order") (ECF No. 1155). Unless otherwise ordered by the Court, this matter shall be heard

1  on __July 9__, 2012 at __9:00 A__.m. before Special Master Charles A. Legge, JAMS, Two
2  Embarcadero Center, Suite 1500, San Francisco, California. Hull shall file, and serve on IP
3  Plaintiffs' Counsel by email, any response by no later than __June 28__, 2012.
4  SO ORDERED:

6  Dated: __May 23__, 2012.

            _____
            Hon. Charles A. Legge (Ret.)
            Special Master

2

[PROPOSED] ORDER TO SHOW CAUSE REGARDING FINDING OF CIVIL CONTEMPT AND AWARD OF
SANCTIONS AGAINST OBJECTOR SEAN HULL
Master File No. CV-07-5944-SC, MDL No. 1917