IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>   ALL ACTIONS | ) MDL No. 1917<br>)<br>) Case No. C-07-5944-SC<br>)<br>) ORDER VACATING MAY 24, 2012<br>) ORDER ADOPTING SPECIAL<br>) MASTER'S REPORT AND<br>) RECOMMENDATION RE:<br>) PLAINTIFFS' MOTION FOR<br>) FURTHER DISCOVERY FROM<br>) <u>HITACHI DEFENDANTS</u><br>)<br>) |

    The Court hereby VACATES its Order of May 24, 2012 (ECF No. 1208). Pursuant to the deadlines for objection detailed in paragraph 16 of the Order appointing the Special Master (ECF No. 302) and Federal Rule of Civil Procedure 6, objections to the Special Master's Report and Recommendation (ECF No. 1193), or requests to extend the time for objection, may be filed through the Court's electronic filing system on or before Tuesday, May 29, 2012. The Special Master shall decide any requests for extension of time.

    IT IS SO ORDERED.

Dated: May 25, 2012

                                                UNITED STATES DISTRICT JUDGE