Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:     (415) 693-0770
ccorbitt@zelle.com

*Counsel for Indirect Purchaser Plaintiffs*

Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:     (415) 563-7200
Facsimile:     (415) 346-0679
malioto@tatp.com

*Interim Lead Counsel for Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **CERTIFICATE OF SERVICE** |
| All Actions | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
Case No. CV-07-5944-SC
MDL No. 1917

I, Robert L. Newman, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

**1. ORDER TO SHOW CAUSE REGARDING FINDING OF CIVIL CONTEMPT AND AWARD OF SANCTIONS AGAINST OBJECTOR SEAN HULL**

☒ by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid, to the below named addressee(s); (and/or)
☐ by overnight mail to the parties listed below; (and/or)
☒ (BY ELECTRONIC MAIL) I caused such document(s) to be emailed to the below named addressee(s).
☐ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

> Sean Hull
> 7890 Witney Place
> Lone Tree, CO  80124
>
> Email: shpcs@yahoo.com

Dated: May 25, 2012

Signed  */s/ Robert L. Newman*
Robert L. Newman

#3233746v2