Case3:07-cv-05944-SC Document1213 Filed05/29/12 Page1 of 5

**COUNSEL LISTED ON SIGNATURE BLOCK**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C07-5944 SC<br><br>**MDL NO. 1917**<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO COMPLY WITH REPORT AND RECOMMENDATIONS REGARDING PLAINTIFFS' MOTION FOR FURTHER DISCOVERY FROM THE HITACHI DEFENDANTS (DKT. 1193)** |
| This Document Relates To:<br><br>ALL ACTIONS | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MDL 1917

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME

DB2/ 23203522.2

1     WHEREAS, on May 14, 2012, Special Master Legge issued his Report and
2 Recommendations Regarding Plaintiffs' Motion for Further Discovery From the Hitachi
3 Defendants ("Order");

4     WHEREAS the Order requires defendants Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd.
5 (n/k/a Japan Display East, Inc.) ("HDP"), Hitachi Asia, Ltd. ("HAS"), Hitachi America, Ltd.
6 ("HAL"), Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively the "Hitachi
7 Defendants") to complete the analysis, review and production of certain documents and data as
8 set forth therein by May 29, 2012 and June 1, 2012;

9     WHEREAS the Hitachi Defendants diligently have been working to discharge their
10 compliance with the Order;

11     WHEREAS, due to the number of documents requiring review, and the volume of data
12 that must be processed, it is impossible for the Hitachi Defendants to complete all of the
13 discovery set forth in the Order by the deadlines in the Order;

14     WHEREAS the Hitachi Defendants have already produced some of the information
15 required by the Order to Plaintiffs;

16     WHEREAS the Hitachi Defendants submitted a Request for Reconsideration of the Order
17 to the Special Master on May 24, 2012;

18     WHEREAS counsel for the Hitachi Defendants have met and conferred with counsel for
19 Direct and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs") regarding the foregoing;

20     IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the
21 undersigned Plaintiffs and the Hitachi Defendants, that:

22     1.     The Hitachi Defendants will receive an extension of time to and including June 15,
23 2012 to produce documents from the CRT Finished Products Custodians (Order ¶ 3(a)).

24     2.     The Hitachi Defendants will receive an extension of time to and including June
25 15, 2012 to produce catalogues of backup tapes ordered to be produced in par. 3(c) of the Order,
26 except that the Hitachi Defendants are not required to produce catalogues of backup tapes
27 otherwise required by the Order that were created on or after December 31, 2007.

28     3.     The Hitachi Defendants will confirm to Plaintiffs whether the active file and print

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-      MDL 1917
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
DB2/ 23203522.2

1  servers were fully searched for documents and information responsive to the issues of impact and
2  pass-through by May 29, 2012 (Order ¶ 3(e)). The Hitachi Defendants will receive an extension
3  of time to and including June 15, 2012 to review and produce any files that were not reviewed
4  previously from the active file and print servers.

5      4.    HED(US) will receive an extension of time to and including June 4, 2012 to
6  inform Plaintiffs whether "bill to" and "ship to" data, purchasing and cost data, and negative
7  quantities data is available (Order ¶ 1). Any such data that is identified for production will be
8  produced to Plaintiffs by June 15, 2012.

9      5.    The Hitachi Defendants will receive an extension of time to and including July 27,
10 2012 to produce documents from the restored e-mail files of custodians Bradley Kinney,
11 Yoshihisa Komori, Robert Daniel Mead, Yuji Mitsumoto, Hideharu Sakamoto, Thom Schmitt,
12 and Noboru Toyama (Order ¶ 3(b)). The Hitachi Defendants will make their first production of
13 documents from these files on June 20, 2012, and will continue to make productions to Plaintiffs
14 on a biweekly basis thereafter.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-3-    MDL 1917
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
DB2/ 23203522.2

| | | |
|---|---|---|
| 1 | Dated: May 29, 2012 | MORGAN, LEWIS & BOCKIUS LLP |

By /s/ Kent M. Roger
_____
KENT M. ROGER (95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

SCOTT A. STEMPEL (*pro hac vice*)
Email: sstempel@morganlewis.com
J. CLAYTON EVERETT (*pro hac vice*)
Email: jeverett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS, LLP**
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc.*

TRUMP, ALIOTO, TRUMP & PRESCOTT LLP

By /s/ Lauren Russell
_____
LAUREN C. RUSSELL (241151)
Email: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-4-     MDL 1917

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME

DB2/ 23203522.2

SAVERI & SAVERI, INC.

By /s/ R. Alexander Saveri
R. ALEXANDER SAVERI (173102)
Email: rick@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Pursuant to General, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 29, 2012

_____
Hon. Charles M. Legge (Ret.)
Special Master

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-5-   MDL 1917
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME
DB2/ 23203522.2