Francis O. Scarpulla (41059)
Craig C. Corbitt (83251)
Judith A. Zahid (215418)
Patrick B. Clayton (240191)
Qianwei Fu (242669)
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:     (415) 693-0700
Facsimile:      (415) 693-0770
ccorbitt@zelle.com

*Counsel for Indirect Purchaser Plaintiffs*

Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:     (415) 563-7200
Facsimile:      (415) 346-0679
malioto@tatp.com

*Interim Lead Counsel for Indirect*
*Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates to: | | |
| All Actions | | |

1

<u>**CERTIFICATE OF SERVICE**</u>

2

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. CV-07-5944-SC**

3

**MDL No. 1917**

4

    I, Robert L. Newman, certify and declare under penalty of perjury that I:  am a citizen of the United States; am over the age of 18 years; am employed by Zelle Hofmann Voelbel & Mason LLP, at the address indicated, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Proof of Service is affixed; and that I served a true and correct copy of the following document(s) in the manner indicated below:

5

6

7

8

1.      **REPORT AND RECOMMENDATION REGARING MOTION FOR RECONSIDERATION OF THE COURT'S ORDER COMPELLING DISCOVERY FROM OBJECTOR SEAN HULL**

9

10

☒     by today depositing, at San Francisco, California, the said document(s) in the United States mail in a sealed envelope, with first-class postage thereon fully prepaid, to the below named addressee(s); (and/or)

11

12

☐     by overnight mail to the parties listed below; (and/or)

☒     (BY ELECTRONIC MAIL)  I caused such document(s) to be emailed to the below named addressee(s).

13

☐     **By USDC Live System-Document Filing System:**  on all interested parties registered for e-filing.

14

15

        Sean Hull
        7890 Witney Place

16

        Lone Tree, CO  80124

17

        Email:  shpcs@yahoo.com

18

Dated:  May 29, 2012

19

                Signed  _/s/ Robert L. Newman_____
                    Robert L. Newman

20

#3233746v2

21

22

23

24

25

26

27

28

1