# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-2933
Tel 415.393.8200
www.gibsondunn.com

Rachel S. Brass
Direct: +1 415.393.8293
Fax: +1 415.374.8429
RBrass@gibsondunn.com

Client: 19896-00007

May 30, 2012

Hon. Charles A. Legge (Ret.)
Special Master
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

Re:  Cathode Ray Tube (CRT) Antitrust Litigation, MDL No. 1917

Dear Judge Legge:

We write with respect to the report and recommendation issued today, Docket #1217, in the above-captioned case. Without waiving any broader objections to the report and recommendation, we wanted to bring an administrative correction to the Court's attention. On page 3 of the report and recommendation, your honor recommends that the Court issue orders authorizing the service by the direct action plaintiffs of Chunghwa Picture Tubes, Ltd. ("Chunghwa") and Beijing Matsushita Color CRT Company, Ltd. ("BMCC") through their local counsel Freshfields, Bruckhaus, and Deringer U.S. LLP, and by the State of Florida of BMCC through its U.S. counsel Gibson, Dunn & Crutcher LLP.

In doing so, we respectfully submit that the recommendation has misstated which counsel represents or has represented which defendant. In certain matters related to the Cathode Ray Tube litigation, including for purposes of opposing the Rule 4 motion brought by the direct action plaintiffs, Gibson, Dunn & Crutcher LLP represents Chunghwa. Gibson, Dunn & Crutcher LLP has not represented BMCC, nor has Freshfields, Bruckhaus, and Deringer U.S. LLP represented Chunghwa.

Respectfully submitted,

Rachel S. Brass

RSB/smm

101298664.1