Joseph R. Saveri (State Bar No. 130064)
SAVERI LAW FIRM
255 California Street, Suite 450
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

Attorneys for Individual and Representative
The Stroud Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>This Document relates to:<br><br>All Direct Purchaser Actions | Civil Action No. CV-07-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of attorney Joseph R. Saveri ([jsaveri@saverilawfirm.com](mailto:jsaveri@saverilawfirm.com)) of the Saveri Law Firm, 255 California Street, Suite 450, San Francisco, California, 94111 as counsel of record in this action for Individual and Representative Plaintiff The Stroud Group, Inc.

Dated: May 30 2012

SAVERI LAW FIRM

By:     */s/ Joseph R. Saveri*
        Joseph R. Saveri

Steven J. Greenfogel
LITE DePALMA GREENBERG, LLC
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
Tel. (215) 564-5182
Fax: (215) 569-0958

Attorneys for Individual and Representative Plaintiff
The Stroud Group, Inc.