Joseph Darrell Palmer
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
603 North Highway 101, Ste A
Solana Beach, California 92075
Telephone: (858) 792-5600
Facsimile: (858) 792-5655

Attorney for Objector Sean Hull

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Master File No. 07-cv-5944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Joseph Darrell Palmer hereby enters his appearance in the above-captioned matter as counsel on behalf of Objector Sean Hull.

                                                                LAW OFFICES OF DARRELL PALMER PC

Dated:   June 1, 2012                        By: _____/s/ Joseph Darrell Palmer_____
                                                                 Joseph Darrell Palmer
                                                             Attorney for Objector Sean Hull

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2012, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Northern District of California by using the USDC CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the USDC CM/ECF system.

       /s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Attorney for Objector