# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Master File No. CV-07-5944-SC

IN RE: CATHODE RAY
TUBE (CRT)
ANTITRUST LITIGATION

MDL No. 1917

AFFIDAVIT OF SEAN HULL

Special Master: Hon. Charles A. Legge (Ret.)

This Document Relates to:

ALL INDIRECT
PURCHASER ACTIONS

STATE OF COLORADO   §
                   §
COUNTY OF DOUGLAS   §

FILED 2012 MAY 15 A 8:29 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

BEFORE ME, the undersigned notary, on this day, personally appeared SEAN HULL, a person whose identity is known to me. After I administered an oath to him, upon his oath, he said:

My name is Sean Hull. I am over the age of eighteen (18) years. I have never been convicted of a felony. I am qualified and competent to make this affidavit. The facts stated herein are within my personal knowledge and are true and correct.

The Court made the following findings in support of its order compelling discovery from objector Sean Hull: ""The process server made 9 (nine) unsuccessful attempts on Hull from February 10-14, 2012. Plaintiffs' counsel also requested Hull's deposition and documents in written communications in that time frame. Additional service attempts were made on February 24 and 25, 2012. On February 26, 2012, Hull was approached by the server outside his house, verbally acknowledged that he was Sean Hull, and then attempted to evade service by running into his house and not answering the door upon request thereafter. At Hull's front door, the server then announced that Hull was being served with the subpoena for a deposition on the noticed date, and left copies of the subpoena at the door and on the windshield of Hull's automobile. Thus, Hull was delivered a copy of the subpoena in compliance with Fed. R. Civ. Proc. 45(b)(1).

I cannot speak to the number of attempts to serve me, but I take issue with the statement that "On February 26, 2012, Hull was approached by the server outside his house, verbally acknowledged that he was Sean Hull, and then attempted to evade service by running into his house and not answering the door upon request thereafter." That never happened on February 26, 2012, or on any other day. I have not been served with a

verbally acknowledged that he was Sean Hull, and then attempted to evade service by running into his house and not answering the door upon request thereafter." That never happened on February 26, 2012, or on any other day. I have not been served with a subpoena, nor have I ever had face to face communications with a process server in this case.

Further Affiant Sayeth Naught.

DATED this the 8th day of May 2012.

_____
SEAN HULL, Affiant

SWORN TO AND SUBSCRIBED before me on this the 8th day of May 2012.

_____
Notary Public in and for
The State of Colorado

```
MICHELLE STRUNK
NOTARY PUBLIC
STATE OF COLORADO
```

expires 5-14-2013