ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Jordan S. Paul, Bar No. 277174
JSPaul@rkmc.com
Lauren E. Wood, Bar No. 280096
LEWood@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
K. Craig Wildfang (Pro Hac Vice)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING
LLC; BEST BUY ENTERPRISE SERVICES, INC.;
BEST BUY STORES, L.P.; BESTBUY.COM,
L.L.C.; and MAGNOLIA HI-FI, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| BEST BUY CO., INC.; et al.<br><br>Plaintiffs,<br>v.<br><br>HITACHI, LTD, et al.<br><br>Defendants. | Individual Case No. No. 11-cv-05513 SC<br><br>The Honorable Samuel Conti<br><br>**NOTICE OF APPEARANCE** |

Case No. 11-CV-05513 SC
Master Case No. 3:07-CV-05944 SC
82711553.2

NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Lauren Elizabeth Wood will be appearing in the above-entitled matter before the United States District Court, Central District of California on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing, LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, LLC and Magnolia Hi-Fi, Inc. Ms. Wood's contact information is: Robins, Kaplan, Miller & Ciresi, LLP, 2049 Century Park East, Suite 3400th Floor, Los Angeles, CA 90067; telephone: (310) 552-0130; facsimile: (310) 229-5800; e-mail: lewood@rkmc.com.

DATED: June 4, 2012           ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:     /s/ Lauren Wood
          Roman M. Silberfeld
          David Martinez
          Laura Nelson
          Jordan Paul
          Lauren Wood
          Attorneys For Plaintiffs
          BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C. and MAGNOLIA HI-FI, INC.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES