David J. Burman (admitted *pro hac vice*)
DBurman@perkinscoie.com
Nicholas H. Hesterberg (admitted *pro hac vice*)
NHesterberg@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000

Joren S. Bass, Cal. Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:   415.344.7050

*Attorneys for Plaintiff
Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | Judge: Honorable Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**NOTICE OF APPEARANCE OF JOREN S. BASS** |

NOTICE OF APPEARANCE OF JOREN S. BASS
Master File No. 3:07-cv-05944-SC
MDL No. 1917

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Joren S. Bass from the law firm Perkins Coie LLP, member of the State Bar of California and admitted to practice before the Court, hereby appears in this action on behalf of Plaintiff Costco Wholesale Corporation ("Costco"). Costco respectfully requests that all pleadings, papers and other documents be addressed to and served upon Joren S. Bass using the following contact information:

> Joren S. Bass, Cal. Bar No. 208143
> jbass@perkinscoie.com
> PERKINS COIE LLP
> Four Embarcadero Center, Suite 2400
> San Francisco, CA  94111-4131
> Telephone:  415.344.7000
> Facsimile:   415.344.7050

DATED:  June 5, 2012                     **PERKINS COIE LLP**

By: /s/ Joren S. Bass
     Joren S. Bass

Attorney for Plaintiff
Costco Wholesale Corporation

29040-0318/LEGAL23815433

- 1 -

NOTICE OF APPEARANCE OF JOREN S. BASS
Master File No. 3:07-cv-05944-SC
MDL No. 1917