1  GUIDO SAVERI (Bar No. 22349)
       guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
       rick@saveri.com
3  CADIO ZIRPOLI (Bar No. 179108)
       cadio@saveri.com
4  SAVERI & SAVERI, INC.
   706 Sansome Street
5  San Francisco, California 94111
   Telephone:    (415) 217-6810
6  Facsimile:    (415) 217-6913

7  *Interim Lead Counsel for the
   Direct Purchaser Plaintiffs Class*
8
   PHILIP J. IOVIENO
9      piovieno@bsfllp.com
   ANNE M. NARDACCI
10     anardacci@bsfllp.com
   BOIES, SCHILLER & FLEXNER LLP
11 10 North Pearl Street, 4th Floor
   Albany, NY  12207
12 Telephone: (518) 434-0600
   Facsimile: (518) 434-0665
13
   *Liaison Counsel for Direct Action Purchasers*
14
   JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
15     jkessler@winston.com
   WINSTON & STRAWN LLP
16 200 Park Avenue
   New York, New York  10166
17 Telephone:    (212) 294-4698
   Facsimile:    (212) 294-4700
18
   *Counsel for Defendants Panasonic Corporation of North America, MT Picture Display
19 Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.. 07-cv-5944 SC<br><br>MDL NO.  1917<br><br>**STIPULATION AND [PROPOSED] ORDER** |

It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs"), the Direct Action Plaintiffs ("DAPs") and the undersigned defendants ("Defendants") in this action as follows:

WHEREAS, on May 31, 2012, the Special Master, Charles A. Legge, issued his Report and Recommendation Regarding Defendants' Joint Motion For Summary Judgment ("R& R") granting Defendants' motion for summary judgment;

WHEREAS, DPPs intend to object to the R & R and to request that the Court deny defendants' motion pursuant to the provisions of the Court's "Order Appointing Special Master" ("Appointment Order");

WHEREAS, the Defendants intend to move that the Court adopt the R& R pursuant to the provisions of the Appointment Order; and

WHEREAS, the DAPs wish to participate in the briefing and hearing with regard to DPPs objections to the R & R, and Defendants' motion to adopt the R & R;

WHEREAS, the parties believe that the interests of judicial efficiency will be served if they can agree on a briefing schedule for the above-mentioned objections and motion to adopt;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned DPPs, DAPs and Defendants that:

1. DPPs and DAPs opening briefs will be filed on or before June 22, 2012;
2. Defendants opposition brief(s) will be filed on or before July13, 2012;
3. DPPs and DAPs reply briefs will be filed on or before July 23, 2012;
4. The hearing will be set for August 10, 2012 at 10:00 a.m.;
5. Opening and Opposition briefs will be subject to a limit of 25 pages; the reply briefs will be limited to 15 pages.

| | | |
|---|---|---|
| 1 | DATED: June 11, 2012 | **SAVERI & SAVERI, INC.** |
| 2 | | GUIDO SAVERI |
| 3 | | By: */s/ Guido Saveri* |
| | | GUIDO SAVERI |
| 4 | | *Interim Lead Counsel for the* |
| 5 | | *Direct Purchaser Plaintiffs Class* |
| 6 | For the Limited Purpose of this Stipulation, Liaison Counsel | **BOIES, SCHILLER & FLEXNER LLP** |
| | | PHILIP J. IOVIENO |
| 7 | DATED: June 11, 2012 | |
| 8 | | By: */s/ Philip J. Iovieno* |
| | | PHILIP J. IOVIENO |
| 9 | | *DAP Liaison Counsel and Counsel for Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies Corp.* |
| 10 | For the Limited Purpose of this Stipulation, All Defendants | |
| 11 | | |
| 12 | DATED: June 11, 2012 | **WINSTON & STRAWN LLP** |
| | | JEFFREY L. KESSLER |
| 13 | | By: */s/ Jeffrey L. Kessler* |
| 14 | | JEFFREY L. KESSLER |
| | | *Counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)* |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of June 2012, at San Francisco, California.

/s/ R. Alexander Saveri
R. Alexander Saveri

**IT IS SO ORDERED**

DATED: June ___, 2012

Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE

Crt.534