GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301
RBrass@gibsondunn.com
AUSTIN SCHWING, SBN 211696
ASchwing@gibsondunn.com
JOEL WILLARD, SBN 247899
JWillard@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT ACTION COMPLAINTS AND DOCUMENTS | CASE NO. 3:07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF RACHEL S. BRASS IN SUPPORT OF DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S OBJECTIONS TO REPORT AND RECOMMENDATION REGARDING MOTIONS FOR SERVICE OF PROCESS ON CERTAIN DEFENDANTS** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF OBJECTIONS TO REPORT AND RECOMMENDATION RE MOTIONS FOR SERVICE OF PROCESS ON CERTAIN DEFENDANTS, CASE NO. 3:07-CV-5944 SC, MDL NO. 1917

1        I, Rachel S. Brass, hereby declare and state:

2        1.      I am an attorney in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record

3    for Defendant Chunghwa Picture Tubes, Ltd. in this action.  This declaration is submitted in support

4    of Defendant Chunghwa Picture Tubes, Ltd.'s Objections to Report and Recommendation Regarding

5    Motions for Service of Process on Certain Defendants, in the above-captioned matter.  The facts set

6    forth herein are based on my personal knowledge and, if called upon to testify, I could and would

7    competently testify thereto.

8        2.      Attached as Exhibit A is a true and correct copy of Special Master Legge's Report and

9    Recommendation Regarding Motions for Service of Process on Certain Defendants, ECF No. 1218,

10   issued on May 30, 2012.

11       3.      Attached as Exhibit B is a true and correct copy of Direct Action Plaintiffs' Motion to

12   Serve Defendants Chunghwa Picture Tubes Ltd., Beijing Matsushita Color CRT Co., Ltd., and LG

13   Electronics Taiwan Taipei Co. Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3), ECF

14   No. 1147, filed on April 10, 2012.

15       4.      Attached as Exhibit C is a true and correct copy of Defendant Chunghwa Picture

16   Tubes, Ltd.'s Opposition to Motion by Direct Action Plaintiffs to Serve Defendant Chunghwa Picture

17   Tubes, Ltd. Through Its U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3), ECF No. 1172, filed on

18   May 1, 2012.

19       5.      Attached as Exhibit D is a true and correct copy of Direct Action Plaintiffs' Reply to

20   Defendant Chunghwa Picture Tubes Ltd.'s Opposition to Motion to Serve Defendants Chunghwa

21   Picture Tubes Ltd., Beijing Matsushita Color CRT Co., Ltd. and LG Electronics Taiwan Taipei Co.

22   Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3), ECF No. 1183, filed on May 8, 2012.

23

24       I declare under the penalty of perjury that the foregoing is true and correct.  Executed this

25   13th day of June, 2012, at San Francisco, California.

26                              By:    /s/ Rachel S. Brass

27                                     Rachel S. Brass

28   101306399.1

Gibson, Dunn &
Crutcher LLP

DECLARATION OF RACHEL S. BRASS IN SUPPORT OF OBJECTIONS TO REPORT AND RECOMMENDATION RE MOTIONS FOR
SERVICE OF PROCESS ON CERTAIN DEFENDANTS, CASE NO. 3:07-CV-5944 SC, MDL NO. 1917