1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  JSanders@gibsondunn.com
   RACHEL S. BRASS, SBN 219301
3  RBrass@gibsondunn.com
   AUSTIN SCHWING, SBN 211696
4  ASchwing@gibsondunn.com
   JOEL WILLARD, SBN 247899
5  JWillard@gibsondunn.com
   555 Mission Street, Suite 3000
6  San Francisco, California 94105-2933
   Telephone: 415.393.8200
7  Facsimile: 415.393.8306

8  Attorneys for Defendant
   CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-5944 SC |
|---|---|
| This Document Relates to: | MDL NO. 1917 |
| ALL DIRECT ACTION COMPLAINTS AND DOCUMENTS | **[PROPOSED] ORDER GRANTING DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S OBJECTIONS AND DENYING DIRECT ACTION PLAINTIFFS' MOTION TO SERVE DEFENDANT CHUNGHWA PICTURE TUBES, LTD. THROUGH ITS U.S. COUNSEL PURSUANT TO FED. R. CIV. P. 4(f)(3)** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT CHUNGHWA'S OBJECTIONS AND DENYING DIRECT ACTION PLAINTIFFS' MOTION TO SERVE DEFENDANT CHUNGHWA PURSUANT TO FED. R. CIV. P. 4(f)(3), CASE NO. 3:07-CV-5944 SC, MDL NO. 1917

Certain Plaintiffs (the "Direct Action Plaintiffs") moved this Court to serve Chunghwa Picture Tubes, Ltd., and other Defendants, pursuant to Federal Rule of Civil Procedure 4(f)(3). On May 30, 2012, Special Master Legge issued his Report and Recommendation Regarding Motions for Service of Process on Certain Defendants. Pursuant to paragraph 16 of this Court's Order Appointing Special Master, June 16, 2008, ECF No. 302, Chunghwa Picture Tubes, Ltd. timely objected to the Report & Recommendation, and has provided the Court with the relevant record.

The Court having considered Defendant Chunghwa Picture Tubes, Ltd.'s Objections to Report and Recommendation Regarding Motions for Service of Process on Certain Defendants, and the Court's files and records in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Defendant Chunghwa Picture Tubes, Ltd.'s objections are sustained. The Report and Recommendation Regarding Motions for Service of Process on Certain Defendants, ECF No. 1218, is **VACATED**.

2. Direct Action Plaintiffs' Motion to Serve Defendants Chunghwa Picture Tubes Ltd., Beijing Matsushita Color CRT Co., Ltd., and LG Electronics Taiwan Taipei Co. Through Their U.S. Counsel Pursuant to Fed. R. Civ. P. 4(f)(3) is **DENIED** as to Defendant Chunghwa Picture Tubes, Ltd.

IT IS SO ORDERED.

DATED: _____, 2012

_____
The Honorable Samuel Conti
United States District Judge

101306337.2

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT CHUNGHWA'S OBJECTIONS AND DENYING DIRECT ACTION PLAINTIFFS' MOTION TO SERVE DEFENDANT CHUNGHWA PURSUANT TO FED. R. CIV. P. 4(f)(3), CASE NO. 3:07-CV-5944 SC, MDL NO. 1917