IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br> Case No. C-07-5944-SC <br> ORDER REQUIRING SUBMISSION OF STATEMENTS OF ISSUES RELATED TO SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT |
| This Order Relates To: <br> DIRECT PURCHASER CLASS ACTION CASES | |

On May 31, 2012, the Special Master filed his Report and Recommendation with respect to Defendants' Joint Motion for Summary Judgment against Direct Purchaser Plaintiffs ("DPPs"). ECF No. 1221 ("R&R"). On June 12, 2012, counsel for the DPPs, for Defendants, and for the Direct Action Plaintiffs ("DAPs") signed and jointly filed a Stipulation. ECF No. 1228 ("Stip."). The Stipulation notifies the Court that the DPPs intend to object to the R&R, while Defendants intend to move the Court to adopt the R&R. The Stipulation proposes a schedule for briefing these matters, as well as page allotments for the briefs. The Court notes that, while the Special Master's R&R concerned a motion for summary judgment against only the DPPs, the Stipulation states that "the DAPs wish to participate in the briefing and hearing" of these matters. Id.

1	To determine whether the schedule and page limits proposed by
2	the parties are appropriate, as well as whether the DAPs'
3	participation is necessary, the Court hereby ORDERS each group that
4	signed the Stipulation to prepare, separately, a Statement of
5	Issues.  These Statements shall not exceed three (3) pages in
6	length, including the caption page.  The Statements from Defendants
7	and the DPPs shall briefly set forth the issues on which they
8	intend to base their objection to or support of the R&R.  The
9	Statement from the DAPs shall set forth the same, along with a
10	brief explanation of why they wish to participate in the briefing
11	and hearing of this matter.
12	The Statements shall be filed using the Court's electronic
13	filing system no later than one week from the signature date of
14	this Order.  Deadlines for motions and objections related to the
15	R&R are SUSPENDED pending further order of the Court.

17	IT IS SO ORDERED.

19	Dated:   June 14, 2012
	UNITED STATES DISTRICT JUDGE