1  MORGAN, LEWIS & BOCKIUS LLP
   KENT M. ROGER, State Bar No. 095987
2  MICHELLE PARK CHIU, State Bar No. 248421
   One Market, Spear Street Tower
3  San Francisco, CA  94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail:  kroger@morganlewis.com
5              mchiu@morganlewis.com

6  MORGAN, LEWIS & BOCKIUS LLP
   SCOTT A. STEMPEL (*pro hac vice*)
7  J. CLAYTON EVERETT, JR. (*pro hac vice*)
   1111 Pennsylvania Avenue, N.W.
8  Washington, D.C. 20004
   Tel: 202.739.3000
9  Fax: 202.739.3001
   E-mail:  sstempel@morganlewis.com
10 jeverett@morganlewis.com

11 Attorneys for Defendants
   HITACHI, LTD., HITACHI DISPLAYS, LTD.
12 (n/k/a JAPAN DISPLAY EAST, INC.), HITACHI
   ASIA, LTD., HITACHI AMERICA, LTD.,
13 HITACHI ELECTRONIC DEVICES (USA), INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>**MDL NO. 1917**<br>Judge: Hon. Samuel Conti |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF ATTORNEY** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Rebecca A. Falk is hereby withdrawn as counsel in the above-referenced matter as she is no longer affiliated with the law firm of Morgan, Lewis & Bockius LLP.  It is further requested that Rebecca A. Falk's name be removed from any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. 07-5944 SC; MDL NO. 1917
**NOTICE OF WITHDRAWAL OF ATTORNEY**

DB2/ 23263186.1

applicable service list and that the Clerk terminate the delivery of all Notices of Electronic Filing addressed to rfalk@morganlewis.com.

DATED: June 20, 2012     MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Michelle Park Chiu
Michelle Park Chiu

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc.*

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23263186.1

CASE NO. 07-5944 SC; MDL NO. 1917

**NOTICE OF WITHDRAWAL OF ATTORNEY**