Guido Saveri (22349); guido@saveri.com
R. Alexander Saveri (173102); rick@saveri.com
Geoffrey C. Rushing (126910); grushing@saveri.com
Cadio Zirpoli (179108); cadio@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL NO. 1917<br><br>**DIRECT PURCHASER PLAINTIFFS' STATEMENT OF ISSUES REGARDING SPECIAL MASTER'S REPORT AND RECOMMENDATION GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:  Honorable Samuel P. Conti<br>Court:   Courtroom 1, 17th Floor<br>Date:    TBD<br>Time:   TBD |
| This Document Relates to:<br><br>**DIRECT PURCHASER PLAINTIFFS' ACTIONS** | |

The Direct Purchaser Plaintiffs ("Plaintiffs") hereby submit their statement of issues regarding the Special Master's "Report and Recommendation Regarding Defendants' Joint Motion for Summary Judgment" (May 31, 2012) (Dkt. No. 1221) ("R&R").

**QUESTION PRESENTED BY R&R:**

Whether a plaintiff who purchases a TV or monitor, which includes a **price-fixed** component, directly from an alleged member of the price-fixing conspiracy may assert a claim for damages under the Sherman Act?

**ANSWER OF R&R:  Plaintiffs May Not Assert A Claim.**

**OBJECTION TO R&R:**

The question presented by the objection to the R&R is the same one resolved by Judge Illston and Judge Seeborg of this Court.  As Judge Illston and Judge Seeborg have held, the answer is that such a plaintiff **may bring a claim** for damages.  The Plaintiffs contend that the Special Master's R&R is incorrect.  The reasoning is as follows:

*First*:  Two Judges from the Northern District of California have ruled on this issue in cases which are **directly on point** and permitted the same claims as presented by the Plaintiffs in this case.  *In re TFT-LCD (Flat Panel) Antitrust Litig.*, 586 F. Supp.2d 1109, 1118-19 (N.D. Cal. 2008) (Illston, J.) and *In re TFT-LCD (Flat Panel) Antitrust Litig.*, 267 F.R.D. 291, 306-07 (N.D. Cal. 2010), *review denied*, Nos. 10-8088 & 10-8089 (9th Cir. June 14, 2010) (Illston, J.); *In re Optical Disk Drive Antitrust Litig.*, No. 3-10-md-02143, 2011 WL 3894376, at * 7 (N.D. Cal. Aug. 3, 2011 (Seeborg, J.).

*Second*:  The R&R is directly contrary to the holdings of *In re Sugar Industry Antitrust Litig.*, 579 F.2d 13, 16 (3d Cir. 1978) and *In re Linerboard Antitrust Litig.*, 305 F.3d 145 (3d Cir. 2002), *cert denied sub nom. Gaylord Container Corp. v Garrett Paper Co.*, 538 U.S. 977 (2003) ("*Linerboard*"), which permitted the **same claims** as presented by the Plaintiffs in this case.

*Third*: the R&R is opposite to this Court's prior rulings and law established by *In re Cathode Ray (CRT) Antitrust Litig.*, 738 F. Supp.2d 1011, 1023 (N.D. Cal. 2010), where this Court specifically cited *Linerboard* with approval.

*Fourth*: the R&R is inconsistent with the prior stipulation entered into by the Defendants

and the Plaintiffs and approved by this Court preserving the issue of the impact of the CRT conspiracy on prices of Finished Product prices containing CRTs. "Stipulation And Order Concerning Pending Motion Re: Finished Products," p. 2 (Aug. 26, 2011) (Dkt. No. 996).

*Fifth:* the R&R is inconsistent with the principle that "the first non-conspirator in the distribution chain [has] the right to collect 100% of the damages." *Paper Sys., Inc. v. Nippon Paper Indus. Co., Ltd.*, 281 F.3d 629, 631-32 (7th Cir. 2002). Here, the nine Plaintiffs at issue bought **price-fixed CRT's** from a Defendant/co-conspirator as part of the purchase price of a Finished Product sold by a Defendant/co-conspirator. Their claims are not covered by the separate indirect purchaser class. Transcript of Hearing of March 20, 2012 at 105.

*Sixth:* the R&R runs afoul of the principle that the moving party on a motion for summary judgment must carry an initial "burden of production" before the opposing party is even required to respond on the merits. *Nissan Fire & Marine Ins. Co. v. Fritz Cos.*, 210 F.3d 1099, 1102-03 (9th Cir. 2000). Here, Defendants' motion was premised on a number of factual assertions for which they offered **no record evidence.** The Special Master erred in granting their motion because of that defect and the R&R is in error.

*Seventh*: the R&R is not mandated by *Illinois Brick*, or the Supreme Court and Ninth Circuit opinions following it, which never dealt with this issue.

Dated:  June 21, 2012                                      Respectfully Submitted,

By ___/s/ Guido Saveri_____
   Guido Saveri
   R. Alexander Saveri
   Geoffrey C. Rushing
   Cadio Zirpoli
   SAVERI & SAVERI, INC.
   706 Sansome Street
   San Francisco CA  94111
   Telephone:  (415) 217-6810
   Facsimile:   (415) 217-6813

   *Interim Lead Counsel for Direct Purchaser Plaintiffs*

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650_ 697-0577

H. Laddie Montague, Jr.
Ruthanne Gordon
Charles P. Goodwin
Candice Enders
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604

Michael P. Lehmann
HAUSFELD LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 633-1908
Facsimile:  (415) 358-4980

Bruce L. Simon
Aaron M. Sheanin
PEARSON, SIMON, WARSHAW & PENNY LLP
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008

Gary Specks
KAPLAN FOX
423 Sumac Road
Highland Park, IL 60035
Telephone: (847) 831-1585
Facsimile: (847) 831-1580

Douglas A. Millen
William H. London
FREED KANNER LONDON & MILLEN
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4519

Eric B. Fastiff
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

W. Joseph Bruckner
Elizabeth R. Odette
LOCKRIDGE GRINDAL NAUEN P.L.L.P
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile: (612) 339-0981

*Attorneys for Plaintiffs*