**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: <br><br> DIRECT PURCHASER CLASS ACTION CASES | SCHEDULING ORDER RE: OBJECTIONS TO SPECIAL MASTER'S REPORT AND RECOMMENDATION ON DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT |

On May 31, 2012, the Special Master filed his Report and Recommendation with respect to Defendants' Joint Motion for Summary Judgment against Direct Purchaser Plaintiffs ("DPPs"). ECF No. 1221 ("R&R"). On June 12, counsel for the DPPs, for Defendants, and for the Direct Action Plaintiffs ("DAPs") signed and jointly filed a Stipulation notifying the Court that both the DAPs and the DPPs intend to object to the R&R. ECF No. 1228 ("Stip."). The Stipulation also proposed a briefing schedule and page allotments.

On June 14, the Court deferred ruling on the Stipulation and ordered all parties who wished to file briefs relating to the R&R to submit a statement of issues and, in the case of the DAPs, to explain why they wished to participate in the briefing. ECF No. 1230. On June 21, the parties timely complied. ECF Nos. 1236 (Defs.' Statement), 1237 (DAPs' Statement), 1238 (DPPs' Statement).

        Having reviewed the Statements, the Court grants the DAPs
leave to submit briefing in this matter.  Otherwise, the
Stipulation is DENIED.  Briefing on this matter shall be limited to
a single brief from each party.  The briefs shall be simultaneously
filed within four weeks of the signature date of this Order.  The
briefs shall not exceed thirty (30) pages each.  The hearing on
these matters is set for Friday, August 10, 2012 at 10:00 a.m.

        IT IS SO ORDERED.

        Dated:   June 26, 2012      
                                    _____
                                    UNITED STATES DISTRICT JUDGE