UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>IN RE EX PARTE APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Sharp Corporation, Petitioner | Case No. 3:07-CV-05944<br><br>Case No. [pending]<br><br>**[PROPOSED] ORDER DECIDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

A Motion for Administrative Relief to Consider Whether Cases Should be Related pursuant to Civil L.R. 3-12 has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case below, *Ex Parte Application for Judicial*

- 1 -

1  *Assistance for the Issuance of Subpoenas Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for*
2  *Use in a Foreign Proceeding,* is related to the case assigned to me, Case No. 3:07-cv-5944 SC,
3  *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, and such case is related and shall be
4  coordinated.

5  **Case No. 3:07-cv-5944 SC,** *In Re Cathode Ray Tube (CRT) Antitrust Litigation*

6  **Case No. [_____],** *Ex Parte Application for Judicial Assistance for the Issuance of Subpoenas Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceeding*

8  I find that the above case is related to the case assigned to me._____

9  The administrative motion is **HEREBY GRANTED** and counsel are **ORDERED** as follows:

10  Counsel are instructed that all future filings in any reassigned case are to bear the
11  initials of the newly assigned judge immediately after the case number.

13  Dated: June 27, 2012                               _____
14                                                     United States District Court Judge