IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER VACATING HEARING |
| DIRECT PURCHASER CLASS ACTION CASES | |

The hearing set for Friday, August 10, 2012 at 10:00 a.m., pursuant to the Court's Scheduling Order of June 26, 2012 (ECF No. 1240), is hereby VACATED. The parties' briefs are due on Tuesday, July 24, 2012. Pursuant to Civil Local Rule 7-1(b), the matter will be determined without oral argument.

IT IS SO ORDERED.

Dated: June 28, 2012

UNITED STATES DISTRICT JUDGE