Allan Steyer (State Bar No.100318)
Jill M. Manning (State Bar No. 178849)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone: (415) 421-3400
Facsimile: (415) 421-2234
Email: asteyer@steyerlaw.com
         jmanning@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION ) ) )<br>_____ )<br> )<br>This Document Relates to: )<br> )<br>ALL ACTIONS )<br>_____ ) | Civil Action No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>NOTICE OF APPEARANCE OF JILL M. MANNING |

NOTICE OF APPEARANCE OF JILL M. MANNING
Case No. 3:07-cv-05944-SC
S:\CRT\Pleadings\Notice of Appearance - JMM.wpd

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jill M. Manning of Steyer Lowenthal Boodrookas Alvarez & Smith LLP hereby appears as counsel for direct purchaser plaintiffs in the above-captioned matter.

Dated: June 28 , 2012

Respectfully submitted,

/s/ Jill M. Manning
Allan Steyer (State Bar No.100318)
Jill M. Manning (State Bar No. 178849)
STEYER LOWENTHAL BOODROOKAS
  ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, CA 94111
Tel: 415-421-3400
Fax: 415-421-2234
Email: asteyer@steyerlaw.com
          jmanning@steyerlaw.com

*Attorneys for Direct Purchaser Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2012, I electronically filed the foregoing **NOTICE  OF APPEARANCE OF JILL M. MANNING** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record registered for electronic filing.


/s/ Linda Rorem
Linda Rorem

NOTICE OF APPEARANCE OF JILL M. MANNING
Case No. 3:07-cv-05944-SC
S:\CRT\Pleadings\Notice of Appearance - JMM.wpd