# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF FLORIDA, | Master File No. 3:07-cv-05944-SC |
| Plaintiff, | |
| v. | MDL No. 1917 |
| LG ELECTRONICS, INC., et al., | Individual Case No. 11-cv-06205 SC |
| Defendants. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE STATE OF FLORIDA'S COMPLAINT** |
| | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FLORIDA COMPLAINT
DB2/ 23322584.1

The Motion to Dismiss the State of Florida's Complaint ("Complaint"), filed by Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd., LG Electronics, Inc., LG, LG Electronics USA, Inc., Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) SDN, BHD., Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Toshiba Corporation, and Toshiba America Electronic Components, Inc. (hereinafter, "Defendants") came on for hearing before this Court.

Having considered all papers filed in support of an in opposition to said motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is GRANTED.

1. Florida's second claim for relief under the Florida Antitrust Act ("FAA") and Florida's third claim for relief under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") are DISMISSED because they are barred by the applicable statute of limitations.

2. Florida's second claim for relief under the FAA is DISMISSED because it is based on out-of-state purchases.

3. Florida's first claim for relief under the Sherman Act and its second claim for relief under the FAA are DISMISSED to the extent they seek to recover for indirect purchases of CRT finished products.

IT IS SO ORDERED.

DATED: _____     _____
                                  Hon. Charles A. Legge
                                  United States District Judge (Ret.)
                                  Special Master

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FLORIDA COMPLAINT
DB2/ 23322584.1

DATED: _____    _____
                                 Hon. Samuel Conti
                                 United States District Judge

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE FLORIDA COMPLAINT
DB2/ 23322584.1