R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
*Pro Hac Vice*
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:   (850) 414-3300
Fax:   (850) 488-9134

Attorneys for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>            Plaintiff,<br>     v.<br><br>LG ELECTRONICS, INC., *et al*.<br><br>            Defendants. | **PROOF OF SERVICE**<br><br>Judge:           Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

**PROOF OF SERVICE**

<u>IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION</u>
Master File No. 07-CV-05994 SC
MDL No. 1917

<u>STATE OF FLORIDA v. LG ELECTRONICS, INC., et al.</u>
Case No. 11-cv-6205 SC

I, Nicholas J. Weilhammer, certify and declare under penalty of perjury that I am a citizen of the United States; am over the age of 18 years; am employed by the Department of Legal Affairs, at the address indicated; am admitted pro hac vice to practice in this District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service is affixed; and that I served a true and correct copy of the following documents:

1. **ORDER ADOPTING REPORT & RECOMMENDATION REGARDING MOTIONS FOR SERVICE OF PROCESS ON CERTAIN DEFENDANTS, dated June 27, 2012. (Dkt. No. 1241).**

2. **SUMMONS IN A CIVIL ACTION.**

3. **COMPLAINT FOR DAMAGES, CIVIL PENALTIES, INJUNCTIVE RELIEF, dated December 8, 2011.**

by electronic mail and United States Postal Service Registered Mail in a sealed envelope, with first-class postage thereon fully prepaid and depositing, at Tallahassee, Florida, to the following:

> Terry Calvani, Esq.
> Richard Snyder, Esq.
> Freshfields Bruckhaus Deringer US LLP.
> 701 Pennsylvania Avenue, NW
> Suite 600
> Washington, DC 20004
> Email:  terry.calvani@freshfields.com
>   richard.snyder@freshfields.com

Dated: June 29, 2012

*s/ Nicholas J. Weilhammer*
Nicholas J. Weilhammer

PROOF OF SERVICE
Case No. 2011-CV-6205