1

2

3

4

5

6

7

8

9

10

11     **UNITED STATES DISTRICT COURT**

12     **NORTHERN DISTRICT OF CALIFORNIA**

13     **SAN FRANCISCO DIVISION**

14

15     IN RE CATHODE RAY TUBE (CRT)                Case No. 3:07-CV-05944
       ANTITRUST LITIGATION
16                                                  Case No. 12-MC-80151

17     IN RE EX PARTE APPLICATION FOR JUDICIAL     **[PROPOSED] ORDER DECIDING**
       ASSISTANCE FOR THE ISSUANCE OF             **ADMINISTRATIVE MOTION TO**
18     SUBPOENAS PURSUANT TO 28 U.S.C. § 1782     **CONSIDER WHETHER CASES**
       TO OBTAIN DISCOVERY FOR USE IN A           **SHOULD BE RELATED**
19     FOREIGN PROCEEDING

20     Sharp Corporation, Petitioner

21

22

23

24

25          A Motion for Administrative Relief to Consider Whether Cases Should be

26     Related pursuant to Civil L.R. 3-12 has been filed.  The time for filing an opposition or statement

27     of support has passed.  As the judge assigned to the earliest filed case below that bears my

28     initials, I find that the more recently filed case below, *Ex Parte Application for Judicial*

- 1 -
~~PROPOSED~~ ORDER DECIDING WHETHER CASES ARE RELATED - Case No. 3:07-CV-05944

1 | *Assistance for the Issuance of Subpoenas Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for*

2 | *Use in a Foreign Proceeding,* is related to the case assigned to me, Case No. 3:07-cv-5944 SC,

3 | *In Re Cathode Ray Tube (CRT) Antitrust Litigation*, and such case is related and shall be

4 | coordinated.

5 | **Case No. 3:07-cv-5944 SC, *In Re Cathode Ray Tube (CRT) Antitrust Litigation***

6 | **Case No. 12-MC-80151, *Ex Parte Application for Judicial Assistance for the Issuance of***
7 | ***Subpoenas Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceeding***

I find that the above case is related to the case assigned to me.___XXX___

8 | The administrative motion is **HEREBY GRANTED** and counsel are **ORDERED** as follows:

9 |              Counsel are instructed that all future filings in any reassigned case are to bear the
10 | initials of the newly assigned judge immediately after the case number.
11 |

12 | Dated: July 5, 2012                    _____
13 |                                        United States District Court Judge

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |