1  Guido Saveri (22349) guido@saveri.com
   R. Alexander Saveri (173102) rick@saveri.com
2  Geoffrey C. Rushing (126910) grushing@saveri.com
   Cadio Zirpoli (179108) cadio@saveri.com
3  SAVERI & SAVERI, INC.
   706 Sansome Street
4  San Francisco, CA 94111
   Telephone:  (415) 217-6810
5  Facsimile:  (415) 217-6813

6  Interim Lead Counsel for the Direct Purchaser Plaintiffs

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN FRANCISCO DIVISION**

11

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
|---|---|
| This Document Relates to: | Case No. 12-MC-80151-SC |
| In Re Ex Parte Application For Judicial Assistance For the Issuance of Subpoena's Pursuant to 28 U.S.C. §1782 to Obtain Discovery For Use In A Foreign Proceeding | MDL No. 1917 |
| Sharp Corporation, Petitioner | **OPPOSITION OF DIRECT PURCHASER PLAINTIFFS' AND SAVERI & SAVERI, INC.'S TO EX PARTE APPLICATION BY SHARP CORPORATION** |

Direct Purchaser Plaintiffs ("DPPs") and Saveri & Saveri, Inc. ("Saveri") submit this opposition to the Ex Parte Application For Judicial Assistance For the Issuance of Subpoena's Pursuant to 28 U.S.C. §1782 to Obtain Discovery For Use In A Foreign Proceeding filed by Sharp Corporation ("Application").

DPPs and Saveri oppose Sharp's Application on both procedural and substantive grounds.

First, DPPs and Saveri agree with Samsung SDI that this matter is not appropriate for resolution on an *ex parte* basis. There is nothing urgent about the Application; it should be resolved on a normal briefing schedule.

Second, Sharp's Application is noticed for hearing in an incorrect Court.  As per Judge Conti's Order Deciding Administrative Motion To Consider Whether Cases Should Be Related [Dkt. No. 1250], this matter is now part of In Re Cathode Ray Tube (CRT) Antitrust Litigation and before Judge Conti.   Pursuant to Judge Conti's Order Appointing Special Master referring all matters in these cases to the Special Master, Charles A. Legge, in the first instance [Dkt. No. 302], the Application should be directed to the Special Master.

Third, DPPs and Saveri oppose the issuance of a subpoena on Saveri requiring the production of all discovery materials in this action on the grounds, *inter alia*, that it is improper and unduly burdensome.

For these reasons, DPPs respectfully request that the Court deny the Application and direct that any further proceedings take place in front of the Special Master.

1
OPPOSITION OF DIRECT PURCHASER PLAINTIFFS' AND SAVERI & SAVERI, INC. TO EX PARTE APPLICATION BY SHARP CORPORATION; Master File No. CV-07-5944-SC

1 | Dated: July 5, 2012.

Respectfully submitted,

/s/ *Guido Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel For Plaintiffs*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.