1  GUIDO SAVERI (Bar No. 22349)
      guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
      rick@saveri.com
3  CADIO ZIRPOLI (Bar No. 179108)
      cadio@saveri.com
4  SAVERI & SAVERI, INC.
   706 Sansome Street
5  San Francisco, California 94111
   Telephone:    (415) 217-6810
6  Facsimile:    (415) 217-6913

7  *Interim Lead Counsel for the
   Direct Purchaser Plaintiffs Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE** |
| This Document Relates to:<br><br>DIRECT PURCHASER PLAINTIFFS' ACTIONS | |

07-CV-5944 SC

STIPULATION AND [PROPOSED] ORDER

1    It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the
2 undersigned defendants ("Defendants") in this action as follows:

3    WHEREAS, on May 31, 2012, the Special Master, Charles A. Legge, issued his Report
4 and Recommendation Regarding Defendants' Joint Motion For Summary Judgment ("R& R")
5 recommending that the Court grant Defendants' motion for summary judgment;

6    WHEREAS, DPPs and the Direct Action Plaintiffs ("DAPs") intend to object to the R & R
7 and to request that the Court deny defendants' motion pursuant to the provisions of the Court's
8 "Order Appointing Special Master" ("Appointment Order");

9    WHEREAS, the Defendants intend to move the Court to adopt the R& R pursuant to the
10 provisions of the Appointment Order;

11    WHEREAS, DPPs' motion for class certification and expert witness reports are due on
12 August 1, 2012 pursuant to the Court's April 3, 2012 Scheduling Order ("Scheduling Order");

13    WHEREAS, the R & R if adopted would materially change the direct purchaser's class
14 certification motion and supporting expert reports;

15    WHEREAS, the Court has set a briefing schedule regarding the parties' respective motions
16 and objections with respect to the R & R pursuant to which the Court will not rule on DPPs'
17 objections to or Defendants' motion to adopt the R & R until after DPPs' current deadline to serve
18 their motion for class certification; and

19    WHEREAS, the parties believe that the interests of judicial efficiency will be served if the
20 issue of what products and plaintiffs are in the case is resolved before DPPs' motion for class
21 certification is filed;

22    WHEREAS, the parties contemplate that adjustments to other deadlines set forth in the
23 Scheduling Order may be necessary if the deadline for DPPs' motion for class certification is
24 continued, and will meet and confer regarding such potential adjustments;

25    WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel
26 for the undersigned DPPs and Defendants that DPPs' motion for class certification, expert
27 report(s) and other supporting materials will be due on the first business day sixty (60) days after
28 the Court's decision on DPPs' objections to and Defendants' motion to adopt the R & R.

1
2  DATED: July 9, 2012                       SAVERI & SAVERI, INC.
3
4
5                                            By:  /s/ Guido Saveri
                                             GUIDO SAVERI (SBN 22349)
                                             E-mail: guido@saveri.com
6                                            R. ALEXANDER SAVERI (SBN 173102)
                                             E-mail: rick@saveri.com
7                                            **SAVERI & SAVERI, INC.**
                                             706 Sansome Street
8                                            San Francisco, California 94111
                                             Telephone:    (415) 217-6810
9                                            Facsimile:    (415) 217-6913

10                                           *Interim Lead Counsel for the
                                             Direct Purchaser Plaintiffs Class*
11

12
                                             By: /s/ Gary L. Haling
13                                           GARY L. HALLING (SBN 66087)
                                             E-mail: ghalling@sheppardmullin.com
14                                           JAMES L. MCGINNIS (SBN 95788)
                                             E-mail: jmcginnis@sheppardmullin.com
15                                           MICHAEL W. SCARBOROUGH, (SBN 203524)
                                             E-mail: mscarborough@sheppardmullin.com
16                                           **SHEPPARD MULLIN RICHTER & HAMPTON**
                                             Four Embarcadero Center, 17th Floor
17                                           San Francisco, California  94111
                                             Telephone:  (415) 434-9100
18                                           Facsimile:  (415) 434-3947

19                                           *Attorneys for Defendants Samsung SDI America, Inc.;
                                             Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.
20                                           BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI
                                             Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin
21                                           Samsung SDI Co., Ltd.*

22
23                                           By: /s/ Kent M. Roger
                                             KENT M. ROGER (SBN 95987)
24                                           E-mail: kroger@morganlewis.com
                                             MICHELLE PARK CHIU (SBN 248421)
25                                           E-mail: mchiu@morganlewis.com
                                             **MORGAN, LEWIS & BOCKIUS LLP**
26                                           One Market, Spear Street Tower
                                             San Francisco, California 94105-1126
27                                           Telephone: (415) 442-1000
                                             Facsimile: (415) 442-1001
28

| | |
|---|---|
| 1 | J. CLAYTON EVERETT, JR. (pro hac vice) |
| | E-mail: jeverett@morganlewis.com |
| 2 | SCOTT A. STEMPEL (pro hac vice) |
| | E-mail: sstempel@morganlewis.com |
| 3 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 111 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20004 |
| | Telephone: (202) 739-3000 |
| 5 | Facsimile: (202) 739-3001 |

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

By: /s/ *Sharon D. Mayo*
SHARON D. MAYO (SBN 150469)
sharon.mayo@aporter.com
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, California  94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

DOUGLAS L. WALD (*Pro Hac Vice*)
douglas.wald@aporter.com
WILSON D. MUDGE (*Pro Hac Vice*)
wilson.mudge@aporter.com
YONGSANG KIM (*Pro Hac Vice*)
yongsang.kim@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC  20004
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

By: /s/ *Ian Simmons*
IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BEN BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

|   |   |
|---|---|
| 1 | By: /s/ *Lucius B. Lau* |
| 2 | CHRISTOPHER M. CURRAN (pro hac vice)<br>E-mail: ccurran@whitecase.com |

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (pro hac vice)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 9th day of July, 2012, at San Francisco, California.

/s/ *R. Alexander Saveri*

**IT IS SO RECOMMENDED.**

DATED:  July ___, 2012

Hon. Charles A Legge
Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

DATED:  July ___, 2012

Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE