KEVIN D. FEDER (SBN 252347)
E-mail: kfeder@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorney for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. CV-07-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: The Honorable Samuel Conti |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Kevin D. Feder of the law firm of O'Melveny & Myers LLP, located at 1625 Eye St., NW, Washington, D.C. 20006-4001, hereby appears as additional attorney of record on behalf of Defendants Samsung Electronics Co., LTD and Samsung Electronics America, Inc. in the above-captioned action, and requests that all court documents in connection with this action be served upon him at the e-mail address listed above.

DATED:  July 11, 2012  

Respectfully submitted,

KEVIN D. FEDER
O'MELVENY & MYERS LLP

By:     /s/ Kevin D. Feder
KEVIN D. FEDER (SBN 252347)
E-mail: kfeder@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorney for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*