1  GUIDO SAVERI (Bar No. 22349)
   guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
   rick@saveri.com
3  CADIO ZIRPOLI (Bar No. 179108)
   cadio@saveri.com
4  SAVERI & SAVERI, INC.
   706 Sansome Street
5  San Francisco, California 94111
   Telephone:   (415) 217-6810
6  Facsimile:    (415) 217-6913

7  *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE** |
| This Document Relates to:<br><br>DIRECT PURCHASER PLAINTIFFS' ACTIONS | |

07-CV-5944 SC

STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the undersigned defendants ("Defendants") in this action as follows:

WHEREAS, on May 31, 2012, the Special Master, Charles A. Legge, issued his Report and Recommendation Regarding Defendants' Joint Motion For Summary Judgment ("R& R") recommending that the Court grant Defendants' motion for summary judgment;

WHEREAS, DPPs and the Direct Action Plaintiffs ("DAPs") intend to object to the R & R and to request that the Court deny defendants' motion pursuant to the provisions of the Court's "Order Appointing Special Master" ("Appointment Order");

WHEREAS, the Defendants intend to move the Court to adopt the R& R pursuant to the provisions of the Appointment Order;

WHEREAS, DPPs' motion for class certification and expert witness reports are due on August 1, 2012 pursuant to the Court's April 3, 2012 Scheduling Order ("Scheduling Order");

WHEREAS, the R & R if adopted would materially change the direct purchaser's class certification motion and supporting expert reports;

WHEREAS, the Court has set a briefing schedule regarding the parties' respective motions and objections with respect to the R & R pursuant to which the Court will not rule on DPPs' objections to or Defendants' motion to adopt the R & R until after DPPs' current deadline to serve their motion for class certification; and

WHEREAS, the parties believe that the interests of judicial efficiency will be served if the issue of what products and plaintiffs are in the case is resolved before DPPs' motion for class certification is filed;

WHEREAS, the parties contemplate that adjustments to other deadlines set forth in the Scheduling Order may be necessary if the deadline for DPPs' motion for class certification is continued, and will meet and confer regarding such potential adjustments;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned DPPs and Defendants that DPPs' motion for class certification, expert report(s) and other supporting materials will be due on the first business day sixty (60) days after the Court's decision on DPPs' objections to and Defendants' motion to adopt the R & R.

DATED: July 9, 2012                    SAVERI & SAVERI, INC.


By: /s/ Guido Saveri
GUIDO SAVERI (SBN 22349)
E-mail: guido@saveri.com
R. ALEXANDER SAVERI (SBN 173102)
E-mail: rick@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*


By: /s/ Gary L. Haling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.;
Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.
BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI
Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin
Samsung SDI Co., Ltd.*


By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

```
                    J. CLAYTON EVERETT, JR. (pro hac vice)
                    E-mail: jeverett@morganlewis.com
                    SCOTT A. STEMPEL (pro hac vice)
                    E-mail: sstempel@morganlewis.com
                    MORGAN, LEWIS & BOCKIUS LLP
                    111 Pennsylvania Avenue, NW
                    Washington, DC 20004
                    Telephone: (202) 739-3000
                    Facsimile: (202) 739-3001
```

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

```
By: /s/ Sharon D. Mayo
                    SHARON D. MAYO (SBN 150469)
                    sharon.mayo@aporter.com
                    ARNOLD & PORTER LLP
                    Three Embarcadero Center, 7th Floor
                    San Francisco, California 94111-4024
                    Telephone: (415) 471-3100
                    Facsimile: (415) 471-3400

                    DOUGLAS L. WALD (Pro Hac Vice)
                    douglas.wald@aporter.com
                    WILSON D. MUDGE (Pro Hac Vice)
                    wilson.mudge@aporter.com
                    YONGSANG KIM (Pro Hac Vice)
                    yongsang.kim@aporter.com
                    ARNOLD & PORTER LLP
                    555 Twelfth Street, NW
                    Washington, DC 20004
                    Telephone: (202) 942-5000
                    Facsimile: (202) 942-5999
```

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

```
By: /s/ Ian Simmons
                    IAN SIMMONS (pro hac vice)
                    Email: isimmons@omm.com
                    BEN BRADSHAW (SBN 189925)
                    Email: bbradshaw@omm.com
                    O'MELVENY & MYERS LLP
                    1625 Eye Street, NW
                    Washington, DC 20006
                    Telephone: (202) 383-5300
                    Facsimile: (202) 383-5414
```

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

|   |   |
|---|---|
| 1 | By: /s/ *Lucius B. Lau* |
| 2 | CHRISTOPHER M. CURRAN (pro hac vice)<br>E-mail: ccurran@whitecase.com |
| 3 | GEORGE L. PAUL (pro hac vice)<br>E-mail: gpaul@whitecase.com |
| 4 | LUCIUS B. LAU (pro hac vice)<br>E-mail: alau@whitecase.com |

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (pro hac vice)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of July, 2012, at San Francisco, California.

/s/ *R. Alexander Saveri*

IT IS SO RECOMMENDED.

DATED: July 12, 2012

_____
Hon. Charles A Legge
Special Master

IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

DATED: July ___, 2012

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE