| | |
|---|---|
| 1 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | Roman M. Silberfeld, Bar No. 62783 |
| 2 | RMSilberfeld@rkmc.com |
| | David Martinez, Bar No. 193183 |
| 3 | DMartinez@rkmc.com |
| | Elizabeth D. Le, Bar No. 216182 |
| 4 | EDLe@rkmc.com |
| | 2049 Century Park East, Suite 3400 |
| 5 | Los Angeles, CA  90067-3208 |
| | Telephone:   310-552-0130 |
| 6 | Facsimile:   310-229-5800 |
| 7 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | Elliot S. Kaplan, Bar No. 53624 |
| 8 | ESKaplan@rkmc.com |
| | Laura E. Nelson, Bar No. 231856 |
| 9 | LENelson@rkmc.com |
| 10 | 800 LaSalle Avenue |
| | 2800 LaSalle Plaza |
| 11 | Minneapolis, MN 55402 |
| | Telephone:   612-349-8500 |
| 12 | Facsimile:   612-339-4181 |

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | Individual Case No. No. 11-cv-05513 SC |
| BEST BUY CO., INC.; et al.<br>            Plaintiffs,<br>    v.<br>HITACHI, LTD, et al.<br>            Defendants. | The Honorable Samuel Conti<br>**NOTICE OF APPEARANCE** |

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944-SC
60606293.1

NOTICE OF APPEARANCE

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Elizabeth D. Le hereby enters her appearance in the above-entitled action on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc. The Court and counsel are requested to update their service lists with the undersigned's information as follows:

> Elizabeth D. Le
> ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
> 2049 Century Park East, Suite 3400
> Los Angeles, CA  90067-3208
> Telephone:  310-552-0130
> Facsimile:  310-229-5800
> Email:  edle@rkmc.com

DATED: July 12, 2012

Respectfully submitted,
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/   Elizabeth D. Le
Roman M. Silberfeld
David Martinez
Elizabeth D. Le
Laura E. Nelson

**ATTORNEYS FOR PLAINTIFFS BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; MAGNOLIA HI-FI, INC.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
ATLANTA