UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | ) Master File No. 3:07-cv-5944 SC<br>)<br>) MDL No. 1917<br>)<br>) **CLASS ACTION**<br>)<br>)<br>)<br>) [PROPOSED] REPORT AND<br>) RECOMMENDATION GRANTING<br>) INDIRECT PURCHASER PLAINTIFFS'<br>) REQUEST FOR EXTENSION OF TIME<br>) TO FILE MOTION FOR CLASS<br>) CERTIFICATION<br>)<br>) **Judge:** Honorable Samuel Conti<br>)<br>) **Special Master:** Honorable Charles A. Legge<br>) (Ret.)<br>) |

  This matter came before the Special Master by way of request by the Indirect Purchaser Plaintiffs for an extension of time to file their motion for class certification, which is currently due on August 1, 2012. *See* Scheduling Order, dated April 3, 2012 (Docket No. 1127).

//

1      IT IS HEREBY RECOMMENDED THAT the Scheduling Order is amended as follows:

2      Indirect Purchaser Plaintiffs shall file their motion for class certification and expert reports by September 30, 2012. Defendants shall file their opposition and expert reports regarding Indirect Purchaser Plaintiffs' class certification motion by December 9, 2012 (70 days after motion is filed). Indirect Purchaser Plaintiffs shall file their class certification reply and rebuttal expert reports by January 23, 2013 (45 days after opposition).

**IT IS SO RECOMMENDED.**

Dated: July 17, 2012

                                     _____
                                     Hon. Charles A. Legge (Ret.)
                                     Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated: July __, 2012

                                     _____
                                     Hon. Samuel A. Conti
                                     United States District Judge

[PROPOSED] REPORT AND RECOMMENDATION GRANTING IPP REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION, MDL NO. 1917