(*Stipulating Parties Listed on Signature Pages*)

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656 (SC) (N.D. Cal.);<br><br>*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381 (SC) (N.D. Cal);<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502 (SC) (N.D. Cal.);<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 (SC) (N.D.Cal.);<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (SC) (N.D. Cal.);<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275 (SC) (N.D. Cal.);<br><br>*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276 (SC) (N.D. Cal.);<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396 (SC) (N.D. Cal.);<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 (SC) (N.D. Cal.)[1];<br><br>*P.C. Richard and Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648 (SC) (N.D. Cal.); | Case No. 11-cv-01656 SC<br>Case No. 11-cv-05381 SC<br>Case No. 11-cv-05502 SC<br>Case No. 11-cv-05513 SC<br>Case No. 11-cv-05514 SC<br>Case No. 11-cv-06275 SC<br>Case No. 11-cv-06276 SC<br>Case No. 11-cv-06396 SC<br>Case No. 11-cv-06397 SC<br>Case No. 12-cv-02648 SC<br>Case No. 12-cv-02649 SC<br><br>**STIPULATION AND [PROPOSED] ORDER** |

---

[1] The *Costco Wholesale Corporation* complaint does not assert allegations against Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America or MT Picture Display Co., Ltd.

- 1 -

STIPULATION AND [PROPOSED] ORDER                                                         MDL NO. 1917

|  |
|---|
| ) |
| *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd.,* ) |
| *et al.*, No. 12-cv-02649 (SC) (N.D. Cal.).               ) |

It is hereby stipulated by and between the Direct Action Plaintiffs and the undersigned defendants ("Defendants") in this action as follows:

WHEREAS, the Defendants intend to move to dismiss the Direct Action Plaintiffs' complaints;

WHEREAS, the parties believe that the interests of judicial efficiency will be served if they can agree on a briefing schedule for the above-mentioned motions to dismiss;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Direct Action Plaintiffs and Defendants that:

1. The Defendants' motions to dismiss will be filed on or before August 17, 2012;

2. The Direct Action Plaintiffs' opposition briefs will be filed on or before September 28, 2012;

3. The Defendants' reply briefs will be filed on or before October 26, 2012;

5. Opening and Opposition briefs addressing issues common to all Direct Action Plaintiffs will be subject to a limit of 40 pages; the reply briefs will be limited to 20 pages. Opening and Opposition briefs addressing issues specific to individual Direct Action Plaintiffs and/or Defendants will be subject to a limit of 15 pages; the reply briefs will be limited to 10 pages.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | DATED: July 17, 2012 | BOIES, SCHILLER & FLEXNER LLP |
| 2 | | |
| 3 | | By:  */s/ Philip J. Iovieno*  |
| | | PHILIP J. IOVIENO |
| 4 | | **BOIES, SCHILLER & FLEXNER LLP** |
| | | 10 North Pearl Street, 4th Floor |
| 5 | | Albany, NY  12207 |
| | | Telephone:  (518) 434-0600 |
| 6 | | Facsimile:   (518) 434-0665 |
| | | Email:  piovieno@bsfllp.com |
| 7 | | |
| | | *Direct Action Plaintiff Liaison Counsel and Counsel* |
| 8 | | *for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom* |
| 9 | | *Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta* |
| 10 | | *Cooperative of America, Inc., ABC Appliance, Inc., and Schultze Agency Services LLC on behalf of* |
| 11 | | *Tweeter Opco, LLC and Tweeter Newco, LLC* |
| 12 | | |
| 13 | DATED: July 17, 2012 | |
| 14 | | SHEPPARD MULLIN RICHTER & HAMPTON |
| 15 | | By: */s/ Gary L. Halling*_____ |
| | | GARY L. HALLING (SBN 66087) |
| 16 | | E-mail: ghalling@sheppardmullin.com |
| | | JAMES L. MCGINNIS (SBN 95788) |
| 17 | | E-mail: jmcginnis@sheppardmullin.com |
| | | MICHAEL W. SCARBOROUGH, (SBN 203524) |
| 18 | | E-mail: mscarborough@sheppardmullin.com |
| | | **SHEPPARD MULLIN RICHTER & HAMPTON** |
| 19 | | Four Embarcadero Center, 17th Floor |
| | | San Francisco, California  94111 |
| 20 | | Telephone:  (415) 434-9100 |
| | | Facsimile:  (415) 434-3947 |
| 21 | | |
| | | *Attorneys for Defendants Samsung SDI America, Inc.;* |
| 22 | | *Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI* |
| 23 | | *Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: */s/ Jeffrey L. Kessler* |
| | JEFFREY L. KESSLER (pro hac vice) |
| 3 | E:mail: JKessler@winston.com |
| | A. PAUL VICTOR (pro hac vice) |
| 4 | E:mail: PVictor@winston.com |
| | EVA COLE (pro hac vice) |
| 5 | E:mail: EWCole@winston.com |
| | MOLLY M. DONOVAN |
| 6 | E:mail: MMDonovan@winston.com |
| | **WINSTON & STRAWN LLP** |
| 7 | 200 Park Avenue |
| | New York, NY 10166 |
| 8 | Telephone: (212) 294-6700 |

STEVEN A. REISS (pro hac vice)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (pro hac vice)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*


MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Kent M. Roger*
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

- 4 -

|   |   |
|---|---|
| 1 | J. CLAYTON EVERETT, JR. (pro hac vice)<br>E-mail: jeverett@morganlewis.com |
| 2 | SCOTT A. STEMPEL (pro hac vice)<br>E-mail: sstempel@morganlewis.com |
| 3 | **MORGAN, LEWIS & BOCKIUS LLP**<br>111 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20004<br>Telephone: (202) 739-3000 |
| 5 | Facsimile: (202) 739-3001 |
| 6 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 7 |   |
| 8 | ARNOLD & PORTER LLP |
| 9 | By: */s/ Sharon D. Mayo* |
| 10 | SHARON D. MAYO (SBN 150469)<br>sharon.mayo@aporter.com |
| 11 | Three Embarcadero Center, 7th Floor<br>San Francisco, California  94111-4024 |
| 12 | Telephone:  (415) 471-3100<br>Facsimile:  (415) 471-3400 |
| 13 | DOUGLAS L. WALD (*Pro Hac Vice*) |
| 14 | douglas.wald@aporter.com<br>WILSON D. MUDGE (*Pro Hac Vice*) |
| 15 | wilson.mudge@aporter.com<br>YONGSANG KIM (*Pro Hac Vice*) |
| 16 | yongsang.kim@aporter.com<br>**ARNOLD & PORTER LLP** |
| 17 | 555 Twelfth Street, NW<br>Washington, DC  20004 |
| 18 | Telephone:  (202) 942-5000<br>Facsimile:  (202) 942-5999 |
| 19 | *Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.* |
| 20 |   |
| 21 | O'MELVENY & MYERS LLP |
| 22 | By:*/s/ Ian Simmons* |
| 23 | IAN SIMMONS (pro hac vice)<br>Email: isimmons@omm.com |
| 24 | BEN BRADSHAW (SBN 189925)<br>Email: bbradshaw@omm.com |
| 25 | **O'MELVENY & MYERS LLP**<br>1625 Eye Street, NW |
| 26 | Washington, DC 20006<br>Telephone: (202) 383-5300 |
| 27 | Facsimile: (202) 383-5414 |
| 28 | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |

- 5 -

STIPULATION AND [PROPOSED] ORDER                                                                                    MDL NO. 1917

WHITE & CASE LLP

By:*/s/ Christopher M. Curran*
CHRISTOPHER M. CURRAN (pro hac vice)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*


GIBSON, DUNN & CRUTCHER LLP

By:*/s/ Joel S. Sanders*
JOEL S. SANDERS, SBN 107234
E-mail: JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
E-mail: Rbrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendant Tatung Company of America, Inc.*


BAKER BOTTS LLP

By: ___/s/ *Jon V. Swenson*___
Jon V. Swenson (SBN 233054)
**BAKER BOTTS LLP**
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com

*Attorneys for Philips Electronics North America Corporation and Koninklijke Philips Electronics N.V.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____                          _____

Hon. Samuel Conti