ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Elizabeth D. Le, Bar No. 216182
EDLe@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:     310-552-0130
Facsimile:      310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:     612-349-8500
Facsimile:      612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING
LLC; BEST BUY ENTERPRISE SERVICES, INC.;
BEST BUY STORES, L.P.; BESTBUY.COM,
L.L.C.; and MAGNOLIA HI-FI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | Individual Case No. 11-cv-05513 SC |
| BEST BUY CO., INC.; et al. | The Honorable Samuel Conti |
| Plaintiffs,<br>v. | |
| HITACHI, LTD, et al. | **NOTICE OF CHANGE OF COUNSEL** |
| Defendants. | |

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944-SC                                  NOTICE OF CHANGE OF COUNSEL
60609027.1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jordan S. Paul is no longer with this firm and will no longer be representing Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc. in the above-referenced action.

Please update service lists and address all correspondence, notices, e-notices and pleadings pertaining to this matter accordingly.

Respectfully submitted,

DATED: July 19, 2012

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/   Elizabeth D. Le
      Roman M. Silberfeld
      David Martinez
      Elizabeth D. Le
      Laura E. Nelson

**ATTORNEYS FOR PLAINTIFFS BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; MAGNOLIA HI-FI, INC.**

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944-SC
60609027.1

- 2 -

NOTICE OF CHANGE OF COUNSEL