PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:   (850) 414-3300
Fax:   (850) 488-9134

Attorneys for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>        Plaintiff,<br>    v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>        Defendants. | **REQUEST FOR JUDICIAL NOTICE**<br><br>Date: September 5, 2012<br>Time: 10 a.m.<br>Location: JAMS, Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff State of Florida ("Florida"), who has opposed Defendants' Motion to Dismiss the State of Florida's Complaint, hereby requests that the Court give judicial notice, pursuant to Federal Rule of Evidence 201, to the documents annexed as exhibits to the Declaration of Nicholas J. Weilhammer filed herewith. These exhibits are noticed in connection with Defendants' Notice of Motion and Motion to Dismiss the State of Florida's Complaint (Dkt. No. 22 filed on July 3, 2012).

The Court may take judicial notice of adjudicative facts that are "not subject to reasonable dispute." Fed. R. Evid. 201(b); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (judicial notice permissible in conjunction with motion to dismiss).  A fact is not subject to reasonable dispute, and is thus subject to judicial notice, when the fact is either "(1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

This request is made based on this Request, the pleadings and papers on file in this action, and such oral argument as the Court may entertain.

Respectfully submitted,

DATED:  July 20, 2012

REQUEST FOR JUDICIAL NOTICE
Master File No. 07-cv-5944 SC;
Case No. 2011-cv-6205 SC

- 1 -

1  The State of Florida

2  PAMELA JO BONDI
Attorney General
3  STATE OF FLORIDA

4
/s/ Nicholas J. Weilhammer
5  PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
6  LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
7  NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
8  Office of the Attorney General
State of Florida
9  PL-01, The Capitol
10 Tallahassee, FL 32399-1050
Tel:    (850) 414-3300
11 Fax:   (850) 488-9134

12 Attorneys for Plaintiff State of Florida

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE
Master File No. 07-cv-5944 SC;
Case No. 2011-cv-6205 SC

- 2 -