JEFFREY L. KESSLER (*pro hac vice*)
E:mail: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
E:mail: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
E:mail: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
E:mail: EWCole@winston.com
MOLLY M. DONOVAN
E:mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF JEFFREY L. KESSLER IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH THE PANASONIC DEFENDANTS**<br><br>Date:   July 30, 2012<br>Time:   10:00 a.m.<br>Judge:  Honorable Charles A. Legge (Ret.)<br>JAMS:  Two Embarcadero Center, Suite 1500 |

I, Jeffrey L. Kessler, declare:

1. I am a partner with Winston & Strawn LLP, co-counsel for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd., (collectively, "Panasonic") in this litigation. I am a member of the Bar of the State of New York and am admitted to practice in the Northern District of California on a *pro hac vice* basis in connection with this case. I make this Declaration in support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement with the Panasonic Defendants, filed on July 6, 2012 (ECF No. 1252). Except as otherwise indicated, I have personal knowledge of the facts stated below.

2. While Panasonic denies that either it or any of its affiliated companies participated in any agreement to fix the price of or allocate customers for Cathode Ray Tubes ("CRTs") sold in the United States, in order to minimize the litigation expense and disruption to Panasonic and its affiliated companies caused by the Direct Purchaser Actions, Panasonic began settlement negotiations with counsel for the Direct Purchaser Plaintiffs in early 2012. These negotiations, which were always conducted in good faith and at arms-length, culminated in the execution of a settlement agreement (the "Panasonic Settlement"). The Panasonic Settlement is attached as Exhibit 1 to the Declaration of R. Alexander Saveri, dated July 6, 2012 (ECF No. 1252-1).

3. Panasonic has not admitted to any violation of any statute or law or to any liability or wrongdoing whatsoever in connection with its execution of the Panasonic Settlement.

4. The Panasonic Settlement requires Panasonic to pay a settlement amount of $17,500,000 and to cooperate with counsel for the Direct Purchaser Plaintiffs in the manner specified in paragraph 24 of the Panasonic Settlement.

5. It is my opinion that the Panasonic Settlement is fair, adequate and reasonable and in the best interests of the class members given Panasonic's strong defenses to the allegations of the Direct Purchaser Plaintiffs. My opinion is based on, *inter alia*, my assessment of the parties' claims, my review of the relevant evidence, and my participation in numerous other antitrust class action suits.

DECL. OF JEFFREY L. KESSLER ISO OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH THE PANASONIC DEFENDANTS

Case No. 07-5944
MDL NO. 1917

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed the 20th day of July, 2012, in New York, NY.

                                                          */s/ Jeffrey L. Kessler*
                                                          Jeffrey L. Kessler