

**THE RESOLUTION EXPERTS®**

NOTICE TO ALL COUNSEL           July 23, 2012

RE:   <u>Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.</u>
      Case No. 07-5944 SC
      MDL 1917
      JAMS Reference #: 1100054618

Dear Counsel:

This letter will confirm that a hearing on the motion in the above-referenced matter has been <u>rescheduled</u> for the following date, time and location:

DATE:       July 30, 2012 at 11:00 AM (Pacific)

MOTION:     Indirect Purchaser Plaintiffs' Motion for Leave to Amend the Complaint

PLACE:      JAMS
            Two Embarcadero Center
            Suite 1500
            San Francisco, CA 94111

PANELIST:   Hon. Charles A. Legge (Ret.)

If you have any questions, please contact me directly at 415-774-2657.

Very truly yours,

Sarah Nevins
Senior Case Manager
snevins@jamsadr.com
Fax# 415-982-5287