Case 4:07-cv-05944-JST   Document 1270   Filed 07/24/12   Page 1 of 5
Case 3:07-cv-05944-SC   Document 1257   Filed 07/12/12   Page 1 of 5
Case 3:07-cv-05944-SC   Document 1254   Filed 07/09/12   Page 1 of 5

GUIDO SAVERI (Bar No. 22349)
guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
rick@saveri.com
CADIO ZIRPOLI (Bar No. 179108)
cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-CV-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE** |
| DIRECT PURCHASER PLAINTIFFS' ACTIONS | |

1  It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the
2  undersigned defendants ("Defendants") in this action as follows:
3  WHEREAS, on May 31, 2012, the Special Master, Charles A. Legge, issued his Report
4  and Recommendation Regarding Defendants' Joint Motion For Summary Judgment ("R& R")
5  recommending that the Court grant Defendants' motion for summary judgment;
6  WHEREAS, DPPs and the Direct Action Plaintiffs ("DAPs") intend to object to the R & R
7  and to request that the Court deny defendants' motion pursuant to the provisions of the Court's
8  "Order Appointing Special Master" ("Appointment Order");
9  WHEREAS, the Defendants intend to move the Court to adopt the R& R pursuant to the
10 provisions of the Appointment Order;
11 WHEREAS, DPPs' motion for class certification and expert witness reports are due on
12 August 1, 2012 pursuant to the Court's April 3, 2012 Scheduling Order ("Scheduling Order");
13 WHEREAS, the R & R if adopted would materially change the direct purchaser's class
14 certification motion and supporting expert reports;
15 WHEREAS, the Court has set a briefing schedule regarding the parties' respective motions
16 and objections with respect to the R & R pursuant to which the Court will not rule on DPPs'
17 objections to or Defendants' motion to adopt the R & R until after DPPs' current deadline to serve
18 their motion for class certification; and
19 WHEREAS, the parties believe that the interests of judicial efficiency will be served if the
20 issue of what products and plaintiffs are in the case is resolved before DPPs' motion for class
21 certification is filed;
22 WHEREAS, the parties contemplate that adjustments to other deadlines set forth in the
23 Scheduling Order may be necessary if the deadline for DPPs' motion for class certification is
24 continued, and will meet and confer regarding such potential adjustments;
25 WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel
26 for the undersigned DPPs and Defendants that DPPs' motion for class certification, expert
27 report(s) and other supporting materials will be due on the first business day sixty (60) days after
28 the Court's decision on DPPs' objections to and Defendants' motion to adopt the R & R.

Case 4:07-cv-05944-JST  Document 1270  Filed 07/24/12  Page 3 of 5
Case3:07-cv-05944-SC  Document1257  Filed07/12/12  Page3 of 5
Case3:07-cv-05944-SC  Document1254  Filed07/09/12  Page3 of 5

DATED: July 9, 2012      SAVERI & SAVERI, INC.

By: /s/ Guido Saveri
GUIDO SAVERI (SBN 22349)
E-mail: guido@saveri.com
R. ALEXANDER SAVERI (SBN 173102)
E-mail: rick@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*


By: /s/ Gary L. Haling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.;
Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.
BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI
Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin
Samsung SDI Co., Ltd.*


By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

Case 4:07-cv-05944-JST   Document 1270   Filed 07/24/12   Page 4 of 5
Case 3:07-cv-05944-SC   Document 1257   Filed 07/12/12   Page 4 of 5
Case 3:07-cv-05944-SC   Document 1254   Filed 07/09/12   Page 4 of 5

| | |
|---|---|
| 1 | J. CLAYTON EVERETT, JR. (pro hac vice) |
| | E-mail: jeverett@morganlewis.com |
| 2 | SCOTT A. STEMPEL (pro hac vice) |
| | E-mail: sstempel@morganlewis.com |
| 3 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 111 Pennsylvania Avenue, NW |
| 4 | Washington, DC 20004 |
| | Telephone: (202) 739-3000 |
| 5 | Facsimile: (202) 739-3001 |
| 6 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,* |
| | *Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and* |
| 7 | *Hitachi Electronic Devices (USA), Inc.* |
| 8 | |
| 9 | By: /s/ *Sharon D. Mayo* |
| | SHARON D. MAYO (SBN 150469) |
| 10 | sharon.mayo@aporter.com |
| | **ARNOLD & PORTER LLP** |
| 11 | Three Embarcadero Center, 7th Floor |
| | San Francisco, California 94111-4024 |
| 12 | Telephone: (415) 471-3100 |
| | Facsimile: (415) 471-3400 |
| 13 | |
| | DOUGLAS L. WALD (*Pro Hac Vice*) |
| 14 | douglas.wald@aporter.com |
| | WILSON D. MUDGE (*Pro Hac Vice*) |
| 15 | wilson.mudge@aporter.com |
| | YONGSANG KIM (*Pro Hac Vice*) |
| 16 | yongsang.kim@aporter.com |
| | **ARNOLD & PORTER LLP** |
| 17 | 555 Twelfth Street, NW |
| | Washington, DC 20004 |
| 18 | Telephone: (202) 942-5000 |
| | Facsimile: (202) 942-5999 |
| 19 | |
| | *Attorneys for Defendants LG Electronics, Inc.; LG, LG* |
| 20 | *Electronics USA, Inc.; and LG Electronics Taiwan* |
| | *Taipei Co., Ltd.* |
| 21 | |
| 22 | By: /s/ *Ian Simmons* |
| | IAN SIMMONS (*pro hac vice*) |
| 23 | Email: isimmons@omm.com |
| | BEN BRADSHAW (SBN 189925) |
| 24 | Email: bbradshaw@omm.com |
| | **O'MELVENY & MYERS LLP** |
| 25 | 1625 Eye Street, NW |
| | Washington, DC 20006 |
| 26 | Telephone: (202) 383-5300 |
| | Facsimile: (202) 383-5414 |
| 27 | |
| | *Attorneys for Defendants Samsung Electronics Co., Ltd.* |
| 28 | *and Samsung Electronics America, Inc.* |

|   |   |
|---|---|
| 1 | By: /s/ *Lucius B. Lau* |
| 2 | CHRISTOPHER M. CURRAN (pro hac vice)<br>E-mail: ccurran@whitecase.com |
| 3 | GEORGE L. PAUL (pro hac vice)<br>E-mail: gpaul@whitecase.com |
| 4 | LUCIUS B. LAU (pro hac vice)<br>E-mail: alau@whitecase.com |

By: /s/ *Lucius B. Lau*
CHRISTOPHER M. CURRAN (pro hac vice)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of July, 2012, at San Francisco, California.

/s/ *R. Alexander Saveri*

**IT IS SO RECOMMENDED.**

DATED: July 12, 2012

_____
Hon. Charles A Legge
Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

DATED: July 24, 2012

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE