Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| ALL DIRECT PURCHASER CLASS ACTIONS | |
| | The Honorable Samuel Conti |

Pursuant to Civil Local Rules 7-11 and 79-5(d), and in accordance with this Court's General Order No. 62, effective May 10, 2010, Plaintiffs hereby move the Court for leave to file the following documents, or portions thereof, under seal:

- <u>Exhibits 9 and 10 to the Declaration of R. Alexander Saveri in Support of Class Plaintiffs' Objections to Special Master's Report and Recommendation Granting Defendants' Motion for Partial Summary Judgment</u>; and
- <u>Class Plaintiffs' Objections to Special Master's Report and Recommendation Granting Defendants' Motion for Partial Summary Judgment.</u>

This motion is supported by the Declaration of R. Alexander Saveri in Support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rule 7-11 and 79-5(d). Plaintiffs file this administrative motion in order to comply with the Protective Order and the Orders regarding sealing documents entered in this action.

Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of documents that contain material that is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5 (a)-(c). This Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order . . . ."

First, Plaintiffs seek to file Exhibits 9 and 10 of the **"Declaration of R. Alexander Saveri in Support of Class Plaintiffs' Objections to Special Master's Report and Recommendation Granting Defendants' Motion for Partial Summary Judgment"** ("Saveri Declaration") under seal because this Court has already ordered that these documents be filed under seal. Exhibit 9 to the Saveri Declaration was filed under seal pursuant to the Court's Order Granting Direct Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d), entered in this action on April 2, 2012, Dkt. No. 1120. Portions of Exhibit 10 to

1 the Saveri Declaration were filed under seal pursuant to the Court's Order Granting Direct
2 Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-
3 11 and 79-5(d), entered in this action on April 2, 2012, Dkt. No. 1120; Order Granting Direct
4 Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-
5 11 and 79-5(d), entered in this action on April 2, 2012, Dkt. No. 1121; Order Sealing Documents,
6 entered in this action on April 2, 2012, Dkt. No. 1122; and Order Granting Direct Purchaser
7 Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-
8 5(d), entered in this action on April 2, 2012, Dkt. No. 1123.

9 Second, Plaintiffs seek to file **"Class Plaintiffs' Objections to Special Master's Report**
10 **and Recommendation Granting Defendants' Motion for Partial Summary Judgment"** under
11 seal in compliance with Local Rule 79-5(d), because the document contains either: (a) material
12 designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly
13 Confidential"; or (b) analysis of, references to, or information taken directly from material
14 designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly
15 Confidential." *See* Civil Local Rule 79-5. This document contains information similar to, and in
16 many cases, identical to, the information contained in Exhibit 10 to the Saveri Declaration, which
17 this Court has ordered sealed.

18 Plaintiffs seek to file this Objection under seal in good faith in order to comply with the
19 Protective Order in this action and the applicable Local Rules. Because certain defendants and
20 various third parties contend that the material they have designated is confidential in nature, it is
21 their burden to establish that the designated information is sealable. Civil L. R. 79-5(d); s*ee*
22 *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006). Plaintiffs leave it to this
23 Court's discretion to determine whether the above material should be filed under seal. Courts
24 have repeatedly emphasized that a party must make a "particularized showing of good cause" and
25 show a "compelling reason" to justify the sealing of motions and papers filed with a court. *See*
26 *Foltz v. State Farm Mutual Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th Cir. 2002) (reversing the
27 lower court's sealing of records because there was no "compelling reason to justify sealing" under
28 the protective order). As the Ninth Circuit has stated, the "hazard of stipulated protective orders"

1  is that they "often contain provisions that purport to put the entire litigation under lock and key
2  without regard to the actual requirements of Rule 26(c)." *Kamakana*, 447 F.3d at 1193.
3       Plaintiffs respectfully submit this administrative motion pursuant to the Protective Order,
4  Civil Local Rule 79-5, and the Orders regarding Sealing (Dkt. Nos. 1120, 1121, 1122, 1123) and
5  hereby notify the parties of their burden to establish that the designated material is sealable.

8  DATED:  July 24, 2012                           Respectfully Submitted,

                                                  */s/ R. Alexander Saveri*
                                                  Guido Saveri
                                                  R. Alexander Saveri
                                                  Geoffrey C. Rushing
                                                  Cadio Zirpoli (179108) cadio@saveri.com
                                                  SAVERI & SAVERI, INC.
                                                  706 Sansome Street
                                                  San Francisco, CA 94111
                                                  Telephone:   (415) 217-6810
                                                  Facsimile:   (415) 217-6813

                                                  *Interim Lead Counsel for the
                                                  Direct Purchaser Plaintiffs*

Crt.551