IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
Email: kfeder@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:    (202) 383-5300
Facsimile:    (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS | **DECLARATION OF IAN SIMMONS IN SUPPORT OF MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT** |

DECLARATION OF IAN SIMMONS

3:07-CV-05944 SC
MDL NO. 1917

I, Ian Simmons, declare as follows:

1. I am an attorney with O'Melveny & Myers LLP, attorneys for Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. in this action. I am a member of the bar of the District of Columbia and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Motion to Adopt Special Master's Report and Recommendation Regarding Defendants' Joint Motion for Summary Judgment. If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as Exhibit 1 is a true and accurate copy of the March 20, 2012 transcript of proceedings before Special Master Charles A. Legge.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a July 17, 2012 letter to Eva W. Cole and Molly M. Donovan from Philip J. Iovieno on behalf of Direct Action Plaintiffs in this case.

4. Attached hereto as Exhibit 3 is a true and accurate copy of Defendants' Joint Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTs and Memorandum of Points and Authorities in Support [Dkt. No. 1013] (Dec. 12, 2011).

5. Attached hereto as Exhibit 4 is a true and accurate copy of the December 12, 2011 Declaration of Molly M. Donovan in Support of Defendants' Joint Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTs [Dkt. No. 1013-1] (filed Dec. 12, 2011) ("Donovan Declaration"), as well as Exhibits A through J to the Donovan Declaration.

6. Attached hereto as Exhibit 5 is a true and accurate copy of Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Partial Summary Judgment [Dkt. No. 1245] (July 2, 2012), as redacted by the filing parties.

7. Attached hereto as Exhibit 6 is a true and accurate copy of Direct Action Plaintiffs' Memorandum in Support of the Direct Purchaser Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment [Dkt. No. 1056] (Feb. 24, 2012).

DEFENDANTS' NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT THEREOF

3:07-CV-05944 SC
MDL NO. 1917

8. Attached hereto as Exhibit 7 is a true and accurate copy of Defendants' Reply in Support of Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTs [Dkt. No. 1083] (Mar. 9, 2012).

Dated: July 24, 2012

          /s/ Ian Simmons
          Ian Simmons