UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS | ) Case No. 07-5944 SC<br>)<br>) MDL No. 1917<br>)<br>) [PROPOSED] **ORDER APPROVING AND ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DEFENDANTS' JOINT MOTION <u>FOR SUMMARY JUDGMENT</u>**<br>)<br>)<br>) |

On May 31, 2012, Special Master Legge issued his Report and Recommendation Regarding Defendants' Joint Motion for Summary Judgment ("Report and Recommendation") [Dkt. No. 1221], which recommended that the Court grant Defendants' Joint Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTs [Dkt. No. 1013] (Dec. 12, 2011). Pursuant to paragraph 16 of the Court's Order Appointing Special Master [Dkt. No. 302] (June 16, 2008), and the Court's Scheduling Order Re: Objections to Special Master's Report and Recommendation Regarding Defendants' Joint Motion for Summary Judgment [Dkt. No. 1240]

- 1 –
[PROPOSED] ORDER ADOPTING SPECIAL MASTER'S REPORT                                            Case No. 07-5944 SC
AND RECOMMENDATION REGARDING DEFENDANTS' JOINT MOTION                   MDL No. 1917
FOR SUMMARY JUDGMENT

(June 26, 2012), Defendants have timely filed a Motion to Adopt the Special Master's Report and Recommendation.

After full consideration of the Report and Recommendation, the points and authorities submitted by the parties, the Court's files in this matter, the transcript of the parties' oral argument before the Special Master, the recent decision of the United States Court of Appeals for the Ninth Circuit in *In re: ATM Fee Antitrust Litigation*, — F.3d —, No. 10-17354 (9th Cir. July 12, 2012), and good cause appearing therefor, the Court hereby APPROVES and ADOPTS the Special Master's Report and Recommendation.

IT IS FURTHER ORDERED THAT Defendants' Joint Motion for Summary Judgment is GRANTED in full, and SUMMARY JUDGMENT is ENTERED against the following named Direct Purchaser Plaintiffs who did not purchase the allegedly price-fixed product, Cathode Ray Tubes:  Arch Electronics, Inc., Crago d/b/a Dash Computers, Inc., Electronic Design Company, Meijer, Inc. and Meijer Distribution, Inc., Nathan Muchnick, Inc., Orion Home Systems, LLC, Radio & TV Equipment, Inc., Royal Data Services, Inc., and Studio Spectrum, Inc.

**IT IS SO ORDERED**

Dated:_____                        _____
                                                                               Hon. Samuel Conti
                                                                            United States District Judge