Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: ALL DIRECT PURCHASER CLASS ACTIONS | **NOTICE OF ERRATA IN PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| | The Honorable Samuel Conti |

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE THAT Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d), filed on July 24, 2012 contains exhibit reference errors.

Please correct Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) as follows (bolding and underlining denotes a correction):

- Page 1, line 4 should read: "Exhibits **5** and **6**" rather than "Exhibits 9 and 10."
- Page 1, line 22 should read: "Exhibits **5** and **6**" rather than "Exhibits 9 and 10."
- Page 1, line 25 should read: "Exhibit **6**" rather than "Exhibit 9."
- Page 1, line 28 should read: "Exhibit **5**" rather than "Exhibit 10."
- Page 2, line 16 should read: "Exhibit **5**" rather than "Exhibit 10."

DATED:  July 25, 2012                      Respectfully Submitted,

                                          */s/ R. Alexander Saveri*
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:    (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs*

Crt.560