Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL NO. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER CLASS ACTIONS | **NOTICE OF ERRATA IN DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>The Honorable Samuel Conti |

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE THAT the Declaration of R. Alexander Saveri in Support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d), filed on July 24, 2012 contains exhibit reference errors.

Please correct the Declaration of R. Alexander Saveri in Support of Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) as follows (bolding and underlining denotes a correction):

- Page 1, line 8 should read: "Exhibits **5** and **6**" rather than "Exhibits 9 and 10."
- Page 2, line 8 should read: "Exhibit **5**" rather than "Exhibit 10."
- Page 2, line 10 should read: "Exhibits **5** and **6**" rather than "Exhibits 9 and 10."
- Page 2, line 14 should read: "Exhibit **6**" rather than "Exhibit 9."
- Page 2, line 17 should read: "Exhibit **5**" rather than "Exhibit 10."

DATED: July 25, 2012					Respectfully Submitted,

		*/s/ R. Alexander Saveri*
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:	(415) 217-6810
Facsimile:	(415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

Crt.561