Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
|---|---|
| | MDL NO. 1917 |
| This Document Relates to: ALL DIRECT PURCHASER CLASS ACTIONS | **AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| | The Honorable Samuel Conti |

1    On July 24, 2012, Plaintiffs filed an Administrative Motion to Seal Documents Pursuant
2 To Civil Local Rules 7-11 And 79-5(d) to file portions of the following document under seal:
3    • <u>Exhibits 5 and 6 to the Declaration of R. Alexander Saveri in Support of Class
4    Plaintiffs' Objections to Special Master's Report and Recommendation Granting
5    Defendants' Motion for Partial Summary Judgment</u>; and
6    • <u>Class Plaintiffs' Objections to Special Master's Report and Recommendation
7    Granting Defendants' Motion for Partial Summary Judgment</u>.
8    Having read and considered the papers filed and arguments made by counsel, and good
9 cause appearing, IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion To Seal
10 Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) is GRANTED.

12 IT IS SO ORDERED.

14 Dated: _____                  _____
15                                                  The Honorable Samuel Conti
                                                    Northern District of California

19 Crt.562