# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 217-6810
TELECOPIER: (415) 217-6813

July 25, 2012

*VIA HAND DELIVERY*

Honorable Samuel Conti
San Francisco Courthouse, Courtroom 1 - 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *In Re: Cathode Ray Tubes (CRT) Antitrust Litigation,* MDL 1917

Your Honor:

I write to correct two errors in Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d), my declaration in support thereof, and the proposed order.

First, the motion, declaration, and proposed order refer to "Exhibit 9 to the Saveri Declaration" when Exhibit **6** should be referenced. Exhibit 6 to the Saveri Declaration is a true and correct copy of the Declaration of R. Alexander Saveri in Support of Opposition to Defendants' Motion for Partial Summary Judgment.

Second, the motion, declaration, and proposed order reference "Exhibit 10 to the Saveri Declaration" when Exhibit **5** should be referenced. Exhibit 5 to the Saveri Declaration is a true and correct copy of the Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion for Partial Summary Judgment.

Plaintiffs have filed an amended proposed order which corrects these errors and notices of errata, courtesy copies of which are attached. Please let me know if the Court requires anything further.

Respectfully,

/s/ R. Alexander Saveri
R. Alexander Saveri
Interim Lead Counsel for the
Direct Purchaser Plaintiffs

Enclosures.
cc:   All Counsel via ECF

crt.559