1  Mario N. Alioto (56433)
   Lauren C. Russell (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone:    (415) 563-7200
4  Facsimile:    (415) 346-0679
   malioto@tatp.com
5  laurenrussell@tatp.com

6  *Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  IN RE: CATHODE RAY TUBE (CRT)          | Master File No. CV-07-5944-SC
    ANTITRUST LITIGATION                    | MDL No. 1917

13                                          | STIPULATION AND [PROPOSED] ORDER
                                            | REGARDING DOCUMENTS AND
14                                          | INFORMATION PRODUCED PURSUANT
                                            | TO SUBPOENA
15  This Document Relates to:

16  ALL INDIRECT-PURCHASER ACTIONS          | Judge:  Hon. Samuel Conti
                                            | Special Master: Hon. Charles A. Legge (Ret.)
17

18

19

20

21

22

23

24

25

26

27

28

1       Funai Corporation, Inc. ("Funai") and the Indirect Purchaser Plaintiffs in the matter

2 entitled *In re: Cathode Ray Tube (CRT) Antitrust Litigation,* Case 3:07-cv-05944-SC MDL No.

3 1917, pending in the United States District Court, Northern District of California, hereby

4 stipulate, recite and agree as follows as to Funai's production of information pursuant to the

5 Indirect Purchaser's Subpoena of it for documents and information from a non-party:

6       1.     Funai has some data in readily available electronic form that is responsive

7 to Request Nos. 2 and 3 in the Subpoena directed to it, dated 11/6/09.

8       2.     From its readily available data Funai shall produce certain information

9 sought in Request Nos. 2 and 3 in that Subpoena. This production shall be subject to and

10 protected by the Stipulated Protective Order in place in this litigation. Each purchase

11 being produced shall include for each transaction, the following: (a) PO number; (b)

12 date of the transaction; (c) product identifying number; (d) vendor name; (e) vendor

13 number; (f) quantity of product purchased (units); and (g) transaction price. Each sale

14 being produced shall include for each transaction, the following: (a) invoice number; (b)

15 date of sales transaction; (c) product identifying number; (d) customer number; (e)

16 customer name; (f) customer address; (g) quantity of product sold (units); (h) transaction

17 price (i.e., price paid by customer for each unit); (i) transaction type (e.g., sale, return,

18 credit, etc.); and (j) a description of the product sold.

19       3.     Funai's production under this Agreement will be limited to electronic

20 data, in readable format, using substantially the data fields described above.

21       4.     The Indirect Purchaser Plaintiffs will give Funai (via its Counsel) notice if

22 they learn that any of Funai's designated transaction data was marked by any party as a

23 deposition exhibit. In each such instance, the Indirect Purchaser Plaintiffs will notify

24 Funai of whether (and how) the relevant portion of the transcript was designated as

25 protected under the Stipulated Protective Order. The notice will be given orally and then

26 confirmed in writing within 48 hours following the deposition testimony in question (or

27 within 48 hours of when any of the Indirect Purchaser Plaintiffs learn that data was

28

1

1  marked, whichever is earlier).

2      5.    Counsel for the Indirect Purchaser Plaintiffs will give Funai notice via its

3  counsel of scheduled Court proceedings on the question of how protected materials will

4  be handled in dispositive motions or at Trial.  That notice will be given orally (confirmed

5  in writing) at least 72 hours ahead of the proceedings, if the Indirect Purchaser Plaintiffs

6  are able to do so.  If they are not able to give that 72 hours notice of those proceedings,

7  they will give as much notice as they are able to give to Funai.  (If the Court issues an

8  Order setting a briefing schedule on any such question, the Indirect Purchaser Plaintiffs

9  will advise Funai via its counsel of that Order, although the Indirect Purchaser Plaintiffs

10  believe that it is also likely that Funai will see any such Order when it is posted to the

11  Court's ECF system.)

12      6.    Funai will produce such information within 5 working days after this

13  Agreement becomes effective as provided in paragraph 7 below.

14      ///

15      ///

16      ///

17      ///

18      ///

19      ///

20      ///

21      ///

22      ///

23      ///

24      ///

25      ///

26      ///

27      ///

28

STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS AND INFORMATION PRODUCED
PURSUANT TO SUBPOENA - Master File No. CV-07-5944-SC, MDL No. 1917

1       7.      This Agreement will become effective when executed by the undersigned

2   parties and ordered by the Court.

3   Dated: July 25, 2012

4                                               By: ___ /s/ Lauren C. Russell _____

5                                               MARIO N. ALIOTO (56433)
                                                LAUREN C. RUSSELL (241151)
6                                               **TRUMP, ALIOTO, TRUMP & PRESCOTT
                                                LLP**
7                                               2280 Union Street
                                                San Francisco, CA 94123
8                                               Telephone:    (415) 563-7200
                                                Facsimile:    (415) 346-0679
9                                               malioto@tatp.com
                                                laurenrussell@tatp.com
10
11                                              *Interim Lead Counsel for Indirect-Purchaser
                                                Plaintiffs*

12

13                                              By: _____ /s/ David J. Brown _____
14
15                                              DAVID J. BROWN (56628)
                                                1135 Ulloa Street
16                                              San Francisco, CA 94127
                                                Telephone:    (415) 716-7786
17                                              djbrown2008@gmail.com

18                                              *Counsel for Funai Corporation*

19              **ATTESTATION PURSUANT TO GENERAL ORDER 45**
20
21      I, Lauren C. Russell, attest that concurrence in the filing of this document has been

22  obtained from all signatories.  I declare under penalty of perjury under the laws of the United

23  States of America that the foregoing is true and correct.  Executed this 25th day of July, 2012, at

24  San Francisco, California.

25                                      _____ /s/ Lauren C. Russell _____

26

27

28
                                            3

1  IT IS SO RECOMMENDED.

2  DATED: July 25, 2012

3

4                                        Charles A. Legge
5                                        Hon. Charles A. Legge
                                         Special Master
6

7  IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

8  DATED: July ___, 2012

9

10                                       _____

11                                       Hon. Samuel A. Conti
                                         UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         4