*Counsel Listed on Signature Block*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>Case No. 3:11-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>Defendants. | Case No.: M-07-5944 SC – MDL NO. 1917<br><br>**JOINT STIPULATION AS TO EXTENSION OF TIME FOR DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

WHEREAS, on December 9, 2011, Plaintiff filed a Complaint for Damages, Civil Penalties, and Injunctive Relief (the "Original Florida Complaint") against Defendants, including Beijing Matsushita Color CRT Co., Ltd ("BMCC");

WHEREAS, on July 2, 2012, Plaintiff served the Original Florida Complaint on Freshfields Bruckhaus Deringer US LLP;

WHEREAS, on July 3, 2012, certain Defendants, other than BMCC, filed a Joint Motion to Dismiss the Original Florida Complaint;

WHEREAS, on July 16, 2012, Plaintiff filed an Amended Complaint for Damages, Civil Penalties, and Injunctive Relief (the "Amended Florida Complaint") that superseded the Original Florida Complaint before the Federal Rules of Civil Procedure required BMCC to respond to the

1  Original Florida Complaint;

2  WHEREAS, on July 17, 2012, Plaintiff responded to certain Defendants' Joint Motion to
3  Dismiss the Original Florida Complaint;

4  WHEREAS, BMCC did not respond to Plaintiffs' Original Florida Complaint and,
5  pursuant to the Federal Rules of Civil Procedure 15(a)(3), BMCC is required to respond to
6  Plaintiffs' Amended Florida Complaint on July 30, 2012;

7  WHEREAS, certain Defendants have represented that they will file a Joint Motion to
8  Dismiss the Amended Florida Complaint; and

9  WHEREAS, Plaintiff and BMCC have conferred and agreed to extend the time for
10  BMCC to serve its written responses and/or objections to the Amended Florida Complaint to and
11  through twenty-one days, or if the twenty-first day is a weekend or holiday to the next business
12  day, after the Court has issued an order on Defendants' Joint Motion to Dismiss the Amended
13  Florida Complaint ("Motion to Dismiss Order").

14  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
15  counsel to the respective parties, that the time for BMCC to serve a response to the Amended
16  Florida Complaint is extended to and through twenty-one days, or if the twenty-first day is a
17  weekend or holiday to the next business day, after the Court has issued an order on Defendants'
18  Joint Motion to Dismiss the Amended Florida Complaint.  As required under Civil Local Rule 6-
19  1(a), this stipulation does not alter the date of any event or other deadline already fixed by court
20  order.

21  /
22  /
23  /
24  /
25  /
26  /
27  /
28  /

1    IT IS FURTHER HEREBY STIPULATED AND AGREED that the parties hereto
2 reserve all rights and defenses not specifically addressed hereby.
3 Dated: July 27, 2012			Respectfully,

**BEIJING MATSUSHITA COLOR CRT CO., LTD**

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:  /s/ Richard Snyder
TERRY CALVANI (SBN 53260)
E-mail: terry.calvani@freshfields.com
RICHARD SNYDER (Admitted *Pro Hac Vice*)
E-mail: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4565
Fax:  (202) 777-4555

*Attorneys for Beijing Matsushita Color CRT Co., LTD*

STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL

By:  /s/ Nicholas J. Weilhammer
NICHOLAS J. WEILHAMMER
E-mail: Nicholas.weilhammer@myfloridalegal.com
PATRICIA A. CONNERS
E-mail: trish.conners@myfloridalegal.com
LIZABETH A. BRADY
E-mail: liz.brady@myfloridalegal.com
SATU A. CORREA
E-mail: satu.correa@myfloridalegal.com
OFFICE OF THE ATTORNEY GENERAL
STATE OF FLORIDA
PL-01, The Capitol
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-9134

*Attorneys for Plaintiff State of Florida*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.