PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:    (850) 414-3300
Fax:    (850) 488-9134

Attorneys for Plaintiff State of Florida

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917 |
| This Document Relates To:<br><br>Case No.  2011-CV-6205 SC<br><br>STATE OF FLORIDA,<br>OFFICE OF THE ATTORNEY GENERAL,<br>DEPARTMENT OF LEGAL AFFAIRS,<br><br>                    Plaintiff,<br>          v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>                    Defendants. | **PLAINTIFF STATE OF FLORIDA'S MOTION FOR DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS**<br><br>Date:  September 5, 2012<br>Time:  10 a.m.<br>Location:  JAMS, Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.) |

The State of Florida, Department of Legal Affairs, Office of the Attorney General ("Florida"), hereby files this Motion for Default Judgment:

## I.   ISSUE TO BE DECIDED

Whether a default judgment should be entered against the Defendants when Florida filed its Amended Complaint on July 16, 2012; Defendants withdrew their Motion to Dismiss Florida's original complaint on July 24, 2012; and a response from the Defendants was due on July 30, 2012, pursuant to Fed. R. Civ. P. 15(a)(3), but none was filed.

## II.   FACTUAL BACKGROUND

Florida filed its Amended Complaint on July 16, 2012.  (Master Dkt. No. 1260.)  Certain Defendants withdrew their Motion to Dismiss Florida's original complaint on July 24, 2012.  *See* Declaration of Nicholas J. Weilhammer, Ex. A, dated July 31, 2012 ("Weilhammer Decl."), filed herewith.  The following Defendants had to answer on or before July 30, 2012:

- Hitachi, Ltd.
- Hitachi Displays, Ltd.
- Hitachi Electronic Devices (USA), Inc.,
- Hitachi Asia, Ltd.
- Koninklijke Philips Electronics N.V. A/K/A Royal Philips Electronics N.V.
- Philips Electronics North America Corporation
- Panasonic Corporation f/k/a Matsushita Electric Industrial Co., Ltd.
- Panasonic Corporation of North America
- Mt Picture Display Co., Ltd.
- LG Electronics, Inc.
- LG Electronics U.S.A., Inc.
- Samsung SDI America, Inc.
- Samsung SDI Co., Ltd. F/K/A Samsung Display Device Co., Ltd.
- Samsung SDI (Malaysia) SDN. BHD.
- Samsung SDI Mexico S.A. DE C.V.
- Samsung SDI Brasil Ltda.
- Shenzhen Samsung SDI Co., Ltd.
- Tianjin Samsung SDI Co., Ltd.

- Toshiba Corporation
- Toshiba America Electronic Components, Inc.

("Certain Defendants").

Certain Defendants acknowledged that July 30, 2012 was the response date.  *See* Weilhammer Decl., Ex. 1.  Certain Defendants did not file a response.  *See* Weilhammer Decl. at 2, ¶ 3.

## III.  ARGUMENT

Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.  *See* Fed. R. Civ. P. 15(a)(3).

Certain Defendants are in default by failing to file a response, and an entry of default may be made the judge.  *See, e.g.*, *Dassault Systemes, SA v. Childress*, 663 F.3d 832, 839 (6th Cir. 2011); Fed. R. Civ. P. 55(b)(2).  Upon default, this Court should conduct a hearing to effectuate this judgment by determining the amount of damages due to the State of Florida by Certain Defendants.  Fed. R. Civ. P. 15(a)(3)

## IV.  CONCLUSION

For the reasons stated above, State of Florida's Motion for Default Against Certain Defendants should be granted, and this Court should conduct a hearing to effectuate said judgment to determine the amount of damages.

Respectfully submitted this 31st day of July, 2012.

1  The State of Florida

2  PAMELA JO BONDI
   Attorney General
3  STATE OF FLORIDA

4
   /s/ Nicholas J. Weilhammer
5  PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
   R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
6  LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
   NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
7  SATU A. CORREA (Satu.Correa@myfloridalegal.com)
   Office of the Attorney General
8  State of Florida
   PL-01, The Capitol
9  Tallahassee, FL 32399-1050
   Tel:      (850) 414-3300
10 Fax:     (850) 488-9134

11
   Attorneys for Plaintiff State of Florida
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28