PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:    (850) 414-3300
Fax:    (850) 488-9134

Attorneys for Plaintiff State of Florida

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917 |
| This Document Relates To:<br><br>Case No.  2011-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>    Plaintiff,<br>    v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF FLORIDA'S MOTION FOR DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS** |

1   The Court has considered the Plaintiff State of Florida's Motion for Default Judgment
2  Against Certain Defendants, and because the Court finds GOOD CAUSE, Florida's Motion for
3  Default Judgment is hereby GRANTED as to the following Defendants ("Certain Defendants"):

- Hitachi, Ltd.
- Hitachi Displays, Ltd.
- Hitachi Electronic Devices (USA), Inc.,
- Hitachi Asia, Ltd.
- Koninklijke Philips Electronics N.V. A/K/A Royal Philips Electronics N.V.
- Philips Electronics North America Corporation
- Panasonic Corporation f/k/a Matsushita Electric Industrial Co., Ltd.
- Panasonic Corporation of North America
- Mt Picture Display Co., Ltd.
- LG Electronics, Inc.
- LG Electronics U.S.A., Inc.
- Samsung SDI America, Inc.
- Samsung SDI Co., Ltd. F/K/A Samsung Display Device Co., Ltd.
- Samsung SDI (Malaysia) SDN. BHD.
- Samsung SDI Mexico S.A. DE C.V.
- Samsung SDI Brasil Ltda.
- Shenzhen Samsung SDI Co., Ltd.
- Tianjin Samsung SDI Co., Ltd.
- Toshiba Corporation
- Toshiba America Electronic Components, Inc.

The Court shall hold a hearing to determine damages against these Certain Defendants pursuant to Fed. R. Civ. P. 55(b)(2).

[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF FLORIDA'S MOTION FOR DEFAULT JUDGMENT
Master File No. 07-cv-5944 SC;
Case No. 2011-cv-6205 SC

- 1 -

**SO ORDERED:**

Dated: _____      _____
                                                                  Hon. Charles A. Legge
                                                                  United States District Judge (Ret.)
                                                                  Special Master

**REVIEWED AND [APPROVED OR MODIFIED]:**

Dated: _____      _____
                                                                  Hon. Samuel Conti
                                                                  United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF FLORIDA'S MOTION FOR DEFAULT JUDGMENT
Master File No. 07-cv-5944 SC;
Case No. 2011-cv-6205 SC

- 2 -