PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:     (850) 414-3300
Fax:    (850) 488-9134

Attorneys for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917 |
| This Document Relates To:<br><br>Case No.  2011-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>            Plaintiff,<br>     v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>            Defendants. | **[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF FLORIDA'S MOTION FOR DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS** |

The Court has considered the Plaintiff State of Florida's Motion for Default Judgment Against Certain Defendants, and because the Court finds GOOD CAUSE, Florida's Motion for Default Judgment is hereby GRANTED as to the following Defendants ("Certain Defendants"):

- Hitachi, Ltd.
- Hitachi Displays, Ltd.
- Hitachi Electronic Devices (USA), Inc.,
- Hitachi Asia, Ltd.
- Koninklijke Philips Electronics N.V. A/K/A Royal Philips Electronics N.V.
- Philips Electronics North America Corporation
- Panasonic Corporation f/k/a Matsushita Electric Industrial Co., Ltd.
- Panasonic Corporation of North America
- Mt Picture Display Co., Ltd.
- LG Electronics, Inc.
- LG Electronics U.S.A., Inc.
- Samsung SDI America, Inc.
- Samsung SDI Co., Ltd. F/K/A Samsung Display Device Co., Ltd.
- Samsung SDI (Malaysia) SDN. BHD.
- Samsung SDI Mexico S.A. DE C.V.
- Samsung SDI Brasil Ltda.
- Shenzhen Samsung SDI Co., Ltd.
- Tianjin Samsung SDI Co., Ltd.
- Toshiba Corporation
- Toshiba America Electronic Components, Inc.

The Court shall hold a hearing to determine damages against these Certain Defendants pursuant to Fed. R. Civ. P. 55(b)(2).

[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF FLORIDA'S MOTION FOR DEFAULT JUDGMENT
Master File No. 07-cv-5944 SC;
Case No. 2011-cv-6205 SC

- 1 -

**SO ORDERED:**

Dated: _____        _____
                                    Hon. Charles A. Legge
                                    United States District Judge (Ret.)
                                    Special Master

**REVIEWED AND [APPROVED OR MODIFIED]:**

Dated: _____        _____
                                    Hon. Samuel Conti
                                    United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF STATE OF FLORIDA'S MOTION FOR DEFAULT JUDGMENT
Master File No. 07-cv-5944 SC;
Case No. 2011-cv-6205 SC

- 2 -