1  Mario N. Alioto (56433)
   Lauren C. Russell (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone:    (415) 563-7200
4  Facsimile:    (415) 346-0679
   malioto@tatp.com
5  laurenrussell@tatp.com

6  *Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

7

8                   **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN FRANCISCO DIVISION**

11

12 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
   | --- | --- |
   |  | MDL No. 1917 |
13 | This Document Relates to: ALL INDIRECT-PURCHASER ACTIONS | **NOTICE OF WITHDRAWAL OF MOTION FOR ORDER FINDING OBJECTOR SEAN HULL IN CIVIL CONTEMPT AND AWARDING SANCTIONS** |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION FOR ORDER FINDING OBJECTOR SEAN HULL IN CIVIL
CONTEMPT AND AWARDING SANCTIONS - Master File No. CV-07-5944-SC, MDL No. 1917

Indirect-Purchaser ("IP") Plaintiffs hereby give notice of withdrawal of their motion (ECF No. 1199, 1231), pursuant to 18 U.S.C. section 401 and Federal Rules of Civil Procedure 26, 30, 37, and 45, for an Order finding Objector Sean Hull in civil contempt and sanctioning him for his failure to comply with the Court's April 16, 2012 Amended Order Granting IP Plaintiffs' Motion to Compel Discovery from Objector Sean Hull. Objector Hull, through his counsel Joseph Darrell Palmer, has been notified of and consents to the withdrawal of IPs' Motion For Order Finding Objector Sean Hull in Civil Contempt and Awarding Sanctions.

Dated:  July 31, 2012                    Respectfully submitted,

By:   /s/  Mario N. Alioto

MARIO N. ALIOTO (56433)
LAUREN C. RUSSELL (241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT LLP**
2280 Union Street
San Francisco, CA 94123
Telephone:     (415) 563-7200
Facsimile:     (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*