1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | |
| | **Case No. 07-5944 SC** |
| This Document Relates to: | **MDL No. 1917** |
| ALL INDIRECT PURCHASER ACTIONS | **[DEFENDANTS' PROPOSED] ORDER** |

On June 11, 2012, Indirect Purchaser Plaintiffs ("Plaintiffs") filed a Motion for Leave to Amend the Complaint (the "Motion"). On July 2, 2012, certain defendants ("Defendants") opposed the Motion. On July 12, 2012, Plaintiffs filed a reply. Having considered the Motion and all papers filed in connection thereto, and having entertained the argument of counsel on July 30, 2012, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as set forth below.[1]

1. Defendants do not oppose Plaintiffs' request to amend the complaint to drop their District of Columbia consumer protection claim. Accordingly, the Court GRANTS Plaintiffs' motion to the extent it seeks to drop the District of Columbia consumer protection claim.

2. Pursuant to Rule 15(a)(2), Rule 20 and Rule 21 of the Federal Rules of Civil Procedure, the Court DENIES the motion to the extent it seeks to substitute out the eight current named plaintiffs for the District of Columbia (Bedrock Management Company, Inc.), Florida (Brady Cotton and Colleen Sobotka), Nebraska (Daniel Hergert and Chad Klebs), Nevada (Samuel Nasto), North Carolina (Steven Hawley), and South Dakota (Donna Marie Ellingson), and to add an additional named plaintiff for New York because Plaintiffs have already twice amended their complaint to add and drop named plaintiffs, have unduly delayed in bringing this motion and have identified no new facts warranting the current proposed amendments, and Defendants would be prejudiced by the proposed amendments because prior discovery would be mooted and there would be a burden and expense in conducting discovery of the new plaintiffs.

---

[1] In their Reply Brief in Support of Motion for Leave to Amend the Complaint, Plaintiffs withdrew their original request to add claims on behalf of a Puerto Rico class and their request to add a named plaintiff for Puerto Rico. Accordingly, the Court does not consider those original requests.

1

*[If the Court grants Plaintiffs' motion to substitute out the eight current named plaintiffs, Defendants respectfully request that the following order be entered.]*

1.  Pursuant to Rule 15(a)(2), Rule 20 and Rule 21 of the Federal Rules of Civil Procedure, the Court GRANTS Plaintiffs' motion to the extent it seeks to substitute out the eight current named plaintiffs for the District of Columbia (Bedrock Management Company, Inc.), Florida (Brady Cotton and Colleen Sobotka), Nebraska (Daniel Hergert and Chad Klebs), Nevada (Samuel Nasto), North Carolina (Steven Hawley), and South Dakota (Donna Marie Ellingson), and to add an additional named plaintiff for New York, on condition that these eight plaintiffs comply with any outstanding discovery requests and submit to depositions in a timely fashion in advance of the deadline for defendants to respond to Plaintiffs' motion for class certification.

IT IS SO ORDERED.

Dated:_____

                                       Hon. Chares A. Legge (Ret.)
                                       Special Master

REVIEWED AND [APPROVED OR MODIFIED]

Dated: _____

                                       Hon. Samuel Conti
                                       United States District Judge