1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates To: | MDL No. 1917 |
| STATE OF FLORIDA, | Individual Case No. 11-cv-06205 SC |
| Plaintiff, v. LG ELECTRONICS, INC., et al., | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE STATE OF FLORIDA'S COMPLAINT** |
| Defendants. | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FLORIDA'S AMENDED COMPLAINT

DB2/ 23409277.1

1   The Motion to Dismiss the State of Florida's Complaint ("Complaint"), filed by
2   Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia,
3   Ltd., Hitachi Electronic Devices (USA), Inc., Koninklijke Philips Electronics N.V., Philips
4   Electronics North America Corporation, Panasonic Corporation (f/k/a Matsushita Electric
5   Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd., LG
6   Electronics, Inc., LG, LG Electronics USA, Inc., Samsung SDI America, Inc., Samsung SDI Co.,
7   Ltd., Samsung SDI (Malaysia) SDN, BHD., Samsung SDI Mexico S.A. DE C.V., Samsung SDI
8   Brasil Ltda., Shenzen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Toshiba
9   Corporation, and Toshiba America Electronic Components, Inc. (hereinafter, "Defendants") came
10  on for hearing before this Court.

   Having considered all papers filed in support of an in opposition to said motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the State of Florida's Amended Complaint is GRANTED.

1. Florida's claims under the Sherman Act, Florida Antitrust Act, and Florida Deceptive and Unfair Trade Practices Act are DISMISSED because they are barred by the applicable statute of limitations.

IT IS SO ORDERED.

DATED: _____        _____
                                  Hon. Charles A. Legge
                                  United States District Judge (Ret.)
                                  Special Master

DATED: _____        _____
                                  Hon. Samuel Conti
                                  United States District Judge

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FLORIDA'S AMENDED COMPLAINT

DB2/ 23409277.1