MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 095987
MICHELLE PARK CHIU, State Bar No. 248421
AMRUTHA NANJAPPA, State Bar No. 274500
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
mchiu@morganlewis.com
ananjappa@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
SCOTT A. STEMPEL (*pro hac vice*)
J. CLAYTON EVERETT (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202.739.3000
Fax: 202.739.3001
E-mail: sstempel@morganlewis.com
jeverett@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST, INC.)

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates To: | MDL No. 1917 |
| STATE OF FLORIDA, | Individual Case No. 11-cv-06205 SC |
| Plaintiff, v. | **REQUEST FOR JUDICIAL NOTICE** |
| LG ELECTRONICS, INC., et al., Defendants. | Date:/Time To Be Decided<br>Location: JAMS, Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

REQUEST FOR JUDICIAL NOTICE

DB2/ 23398063.1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned Defendants hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that the Court take judicial notice of the following documents, true and correct copies of which are authenticated in the attached Declaration of Kent M. Roger in Support of Defendants' Motion to Dismiss the State of Florida's Amended Complaint. These documents are being requested to be judicially noticed in connection with Defendants' Motion to Dismiss the State of Florida's ("Florida") Amended Complaint (Dkt. 1260, filed on July 16, 2012).

- Exhibit 1: Complaint, *Kindt v. Matsushita Electric Industrial Co., Ltd.*, Case No. 07-cv-10322 (S.D.N.Y. filed November 13, 2007);
- Exhibit 2: Direct Purchaser Plaintiffs' Consolidated Amended Complaint, *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-5944 (N.D. Cal. filed Mar. 16, 2009);
- Exhibit 3: Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint, *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-5944 (N.D. Cal. filed Dec. 11, 2010);
- Exhibit 4: Complaint, *Juetten v. Chunghwa Picture Tubes, Ltd.*, Case No. 07-cv-06225-SC (N.D. Cal. filed December 10, 2007);
- Exhibit 5: Complaint, *Stack v. Chunghwa Picture Tubes, Ltd.*, Case No. 08-cv-1319-SC (N.D. Cal. filed March 7, 2008);
- Exhibit 6: Complaint, *Ganz v. Chunghwa Picture Tubes, Ltd.*, Case No. 08-cv-1721-SC (N.D. Cal. filed March 31, 2008); and
- Exhibit 7: Complaint, *Ross v. Chunghwa Picture Tubes, Ltd.*, Case No. 08-cv-1807-SC (N.D. Cal. filed April 3, 2008).

The Court may properly take judicial notice of these documents pursuant to Federal Rule of Evidence 201. *See U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 803 F.2d 500, 504 (9th Cir. 1986) (court may take judicial notice of "matters of public record" outside the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

DB2/ 23398063.1

REQUEST FOR JUDICIAL NOTICE

pleadings in conjunction with a motion to dismiss); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (courts may take judicial notice of court filings and other matters of public record, including pleadings).

This request is made based on this Request, the pleadings and papers on file in this action, and such oral argument as the Court may entertain.

DATED: August 2, 2012

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger

KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
AMRUTHA NANJAPPA (SBN 274500)
E-mail: ananjappa@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (pro hac vice)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

BAKER BOTTS LLP

By: /s/ John M. Taladay

John M. Taladay (*pro hac vice*)
**BAKER BOTTS LLP**
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: john.taladay@bakerbotts.com

Jon V. Swenson (SBN 233054)

Joseph Ostoyich (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: jon.swenson@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
E-mail: JKessler@winston.com
A. PAUL VICTOR (pro hac vice)
E-mail: PVictor@winston.com
EVA COLE (pro hac vice)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN
E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

STEVEN A. REISS (pro hac vice)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (pro hac vice)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

ARNOLD & PORTER LLP

4
MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917
MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
DB2/ 23398063.1
REQUEST FOR JUDICIAL NOTICE

By: /s/ Sharon D. Mayo
SHARON D. MAYO (SBN 150469)
sharon.mayo@aporter.com
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

DOUGLAS L. WALD (*Pro Hac Vice*)
douglas.wald@aporter.com
WILSON D. MUDGE (*Pro Hac Vice*)
wilson.mudge@aporter.com
YONGSANG KIM (*Pro Hac Vice*)
yongsang.kim@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendants LG Electronics, Inc. and LG, LG Electronics USA, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: /s/ Christopher M. Curran
CHRISTOPHER M. CURRAN (pro hac vice)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

DB2/ 23398063.1

REQUEST FOR JUDICIAL NOTICE

E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

DB2/ 23398063.1

REQUEST FOR JUDICIAL NOTICE