| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
|   | KENT M. ROGER, State Bar No. 095987 |
| 2 | MICHELLE PARK CHIU, State Bar No. 248421 |
|   | AMRUTHA NANJAPPA, State Bar No. 274500 |
| 3 | One Market, Spear Street Tower |
|   | San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000 |
|   | Fax: 415.442.1001 |
| 5 | E-mail: kroger@morganlewis.com |
|   | mchiu@morganlewis.com |
| 6 | ananjappa@morganlewis.com |
| 7 | MORGAN, LEWIS & BOCKIUS LLP |
|   | SCOTT A. STEMPEL (*pro hac vice*) |
| 8 | J. CLAYTON EVERETT (*pro hac vice*) |
|   | 1111 Pennsylvania Avenue, N.W. |
| 9 | Washington, D.C. 20004 |
|   | Tel: 202.739.3000 |
| 10 | Fax: 202.739.3001 |
|   | E-mail: sstempel@morganlewis.com |
| 11 | jeverett@morganlewis.com |
| 12 | Attorneys for Defendants |
|   | HITACHI, LTD., HITACHI ASIA, LTD., HITACHI |
| 13 | ELECTRONIC DEVICES (USA), INC. AND HITACHI |
|   | DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST, INC.) |
| 14 | |
|   | [Additional counsel listed on signature page] |
| 15 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | |
| | Individual Case No. 11-cv-06205 SC |
| STATE OF FLORIDA, | |
| Plaintiff, | **DECLARATION OF KENT M. ROGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE STATE OF FLORIDA'S AMENDED COMPLAINT** |
| v. | |
| LG ELECTRONICS, INC., et al., | |
| Defendants. | Date/Time: To Be Decided |
| | Location: JAMS, Two Embarcadero Center, Suite 1500 |
| | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

**DECLARATION OF KENT M. ROGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE STATE OF FLORIDA'S AMENDED COMPLAINT**

DB2/ 23396564.1

I, Kent M. Roger, declare as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. I am admitted to practice in this District and before the courts of the State of California. I make this declaration in support of Defendants' Motion to Dismiss the State of Florida's Amended Complaint, which was filed on July 16, 2012 (Dkt. 1260). I have personal knowledge of the facts stated herein and, if called as a witness, I could competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint in *Kindt v. Matsushita Electric Industrial Co., Ltd.*, Case No. 07-cv-10322 (S.D.N.Y. filed November 13, 2007).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint in *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-5944, MDL No. 1917 (N.D. Cal. filed Mar. 16, 2009) (Dkt. 436).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint in *In Re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-5944, MDL No. 1917 (N.D. Cal. filed Dec. 11, 2010) (Dkt. 827).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Complaint in *Juetten v. Chunghwa Picture Tubes, Ltd.,* Case No. 07-cv-06225-SC (N.D. Cal. filed December 10, 2007).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Complaint in *Stack v. Chunghwa Picture Tubes, Ltd.*, Case No. 08-cv-1319-SC (N.D. Cal. filed March 7, 2008).

7. Attached hereto as Exhibit 6 is a true and correct copy of the Complaint in *Ganz v. Chunghwa Picture Tubes, Ltd.*, Case No. 08-cv-1721-SC (N.D. Cal. filed March 31, 2008).

8. Attached hereto as Exhibit 7 is a true and correct copy of the Complaint in *Ross v. Chunghwa Picture Tubes, Ltd.*, Case No. 08-cv-1807-SC (N.D. Cal. filed April 3, 2008).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23396564.1

2

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

**DECLARATION OF KENT M. ROGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE STATE OF FLORIDA'S AMENDED COMPLAINT**

1  Executed this 2nd day of August, 2012, at San Francisco, California.

3                                                   /s/ Kent M. Roger

4                                                   Kent M. Roger

28                                    3                    MASTER FILE NO. 3:07-CV-05944-SC
                                                           MDL NO. 1917

**DECLARATION OF KENT M. ROGER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE STATE OF FLORIDA'S AMENDED COMPLAINT**

DB2/ 23396564.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO