Philip J. Iovieno *(admitted pro hac vice)*
Anne M. Nardacci *(admitted pro hac vice)*
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
           anardacci@bsfllp.com

*Counsel for Plaintiffs CompuCom Systems Inc.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; Marta Cooperative of America, Inc.; ABC Appliance, Inc.; and Schultze Agency Services, LLC*

[Additional parties and counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SI |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TATUNG COMPANY OF AMERICA, INC.** |
| *Best Buy Co., Inc., et. al. v. Hitachi, Ltd., et. al., No. 11-cv-5513 SC* | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et. al., No. 11-cv-6396 SC* | The Honorable Samuel Conti |
| *Costco Wholesale Corp. v. Hitachi, Ltd., et. al., No. 11-cv-6397 SC* | |
| *Interbond Corp. of America v. Hitachi, Ltd., et. al., No 11-cv-6275 SC* | |
| *Office Depot, Inc. v. Hitachi, Ltd., et. al., No. 11-cv-6276 SC* | |
| *John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities, et. al., v. LG Electronics, Inc., et. al., No. 11-cv-5381 SC* | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TATUNG COMPANY OF AMERICA, INC.**

*PC Richard & Son Long Island Corp., et. al. v. Hitachi, Ltd., et. al., No. 12-cv-2648 SC*

*Target Corp., et. al. v. Chunghwa Picture Tubes, Ltd., et. al., No. 11-cv-5514 SC*

*Schultze Agency Services, LLC v. Hitachi, Ltd., et. al., No. 11-cv-5529*

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.Com, L.L.C.; Magnolia Hi-Fi, Inc.; CompuCom Systems Inc.; Costco Wholesale Corporation; Interbond Corporation of America; Office Depot, Inc.; John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; Douglas A. Kelly, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities; P.C. Richard & Son Long Island Corporation; Marta Cooperative of America, Inc.; ABC Appliance, Inc.; Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Schultze Agency Services, LLC, through counsel, hereby dismiss without prejudice all claims made in these actions against Tatung Company of America, Inc.  Each party shall bear their own attorney's fees and costs.

Dated: August 2, 2012    By:    /s/ Philip J. Iovieno
                                Philip J. Iovieno (*admitted pro hac vice*)
                                Anne M. Nardacci (*admitted pro hac vice*)
                                BOIES, SCHILLER & FLEXNER LLP
                                10 North Pearl Street, 4th Floor
                                Albany, NY  12207
                                Telephone:  (518) 434-0600
                                Facsimile:   (518) 434-0665
                                Email: piovieno@bsfllp.com
                                           anardacci@bsfllp.com

                                *Counsel for Plaintiffs CompuCom Systems, Inc.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; Marta Cooperative of America, Inc.; and ABC Appliance, Inc.; and Schultze Agency Services, LLC*

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TATUNG COMPANY OF AMERICA, INC.**

| | | | |
|---|---|---|---|
| 1 | Dated: August 2, 2012 | By: | /s/ Roman M. Silberfeld |
| 2 | | | Roman M. Silberfeld (SBN 62783) |
| | | | RMSilberfeld@rkmc.com |

Dated: August 2, 2012     By:     /s/ Roman M. Silberfeld
                                  Roman M. Silberfeld (SBN 62783)
                                  RMSilberfeld@rkmc.com
                                  David Martinez (SBN 193183)
                                  DMartinez@rkmc.com
                                  ROBINS, KAPLAN, MILLER & CIRESI LLP
                                  2049 Century Park East, Suite 3400
                                  Los Angeles, CA 90067-3208
                                  Telephone: (310) 552-0130
                                  Facsimile: (310) 229-5800

                                  *Counsel for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.Com, L.L.C.; and Magnolia Hi-Fi, Inc.*

Dated: August 2, 2012     By:     /s/ David J. Burman
                                  David J. Burman (*admitted pro hac vice*)
                                  DBurman@perkinscoie.com
                                  PERKINS COIE LLP
                                  1201 Third Avenue, Suite 4800
                                  Seattle, WA 98101-3099
                                  Telephone: (206) 359-8000
                                  Facsimile: (206) 359-9000

                                  *Counsel for Plaintiff Costco Wholesale Corporation*

Dated: August 2, 2012     By:     /s/ Jessica L. Meyer
                                  Jessica L. Meyer (SBN 249064)
                                  JMeyer@lindquist.com
                                  LINDQUIST & VENNUM P.L.L.P.
                                  80 South Eighth Street
                                  Minneapolis, MN 55402
                                  Telephone: (612) 371-3211
                                  Facsimile: (612) 371-3207

                                  *Counsel for Plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; and Douglas A. Kelly, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities*

| | | | |
|---|---|---|---|
| Dated: August 2, 2012 | | By: | /s/ Jason C. Murray |

Jason C. Murray (SBN 169806)
J.Murray@crowell.com
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

*Counsel for Plaintiffs Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; and RadioShack Corporation*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filings of this document has been obtained from the other signatories.**