Philip J. Iovieno *(admitted pro hac vice)*
Anne M. Nardacci *(admitted pro hac vice)*
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:   (518) 434-0665
Email: piovieno@bsfllp.com
        anardacci@bsfllp.com

*Counsel for Plaintiffs CompuCom Systems Inc.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; Marta Cooperative of America, Inc.; ABC Appliance, Inc.; and Schultze Agency Services, LLC*

[Additional parties and counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SI |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Best Buy Co., Inc., et. al. v. Hitachi, Ltd., et. al., No. 11-cv-5513 SC* | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TATUNG COMPANY OF AMERICA, INC.** |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et. al., No. 11-cv-6396 SC* | |
| *Costco Wholesale Corp. v. Hitachi, Ltd., et. al., No. 11-cv-6397 SC* | The Honorable Samuel Conti |
| *Interbond Corp. of America v. Hitachi, Ltd., et. al., No 11-cv-6275 SC* | |
| *Office Depot, Inc. v. Hitachi, Ltd., et. al., No. 11-cv-6276 SC* | |
| *John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities, et. al., v. LG Electronics, Inc., et. al., No. 11-cv-5381 SC* | |

*PC Richard & Son Long Island Corp., et. al. v. Hitachi, Ltd., et. al., No. 12-cv-2648 SC*

*Target Corp., et. al. v. Chunghwa Picture Tubes, Ltd., et. al., No. 11-cv-5514 SC*

*Schultze Agency Services, LLC v. Hitachi, Ltd., et. al., No. 11-cv-5529*

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.Com, L.L.C.; Magnolia Hi-Fi, Inc.; CompuCom Systems Inc.; Costco Wholesale Corporation; Interbond Corporation of America; Office Depot, Inc.; John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; Douglas A. Kelly, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities; P.C. Richard & Son Long Island Corporation; Marta Cooperative of America, Inc.; ABC Appliance, Inc.; Target Corporation; Sears, Roebuck and Co.; Kmart Corporation; Old Comp Inc.; Good Guys, Inc.; RadioShack Corporation; and Schultze Agency Services, LLC, through counsel, hereby dismiss without prejudice all claims made in these actions against Tatung Company of America, Inc.  Each party shall bear their own attorney's fees and costs.

Dated: August 2, 2012          By:     /s/ Philip J. Iovieno
                                       Philip J. Iovieno (*admitted pro hac vice*)
                                       Anne M. Nardacci (*admitted pro hac vice*)
                                       BOIES, SCHILLER & FLEXNER LLP
                                       10 North Pearl Street, 4th Floor
                                       Albany, NY  12207
                                       Telephone:  (518) 434-0600
                                       Facsimile:   (518) 434-0665
                                       Email: piovieno@bsfllp.com
                                              anardacci@bsfllp.com

                                       *Counsel for Plaintiffs CompuCom Systems, Inc.; Interbond Corporation of America; Office Depot, Inc.; P.C. Richard & Son Long Island Corporation; Marta Cooperative of America, Inc.; and ABC Appliance, Inc.; and Schultze Agency Services, LLC*

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TATUNG COMPANY OF AMERICA, INC.**

| | | | |
|---|---|---|---|
| 1 | Dated: August 2, 2012 | By: | /s/ Roman M. Silberfeld |

Roman M. Silberfeld (SBN 62783)
RMSilberfeld@rkmc.com
David Martinez (SBN 193183)
DMartinez@rkmc.com
ROBINS, KAPLAN, MILLER & CIRESI LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Counsel for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.Com, L.L.C.; and Magnolia Hi-Fi, Inc.*

Dated: August 2, 2012          By:    /s/ David J. Burman

David J. Burman (*admitted pro hac vice*)
DBurman@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Counsel for Plaintiff Costco Wholesale Corporation*

Dated: August 2, 2012          By:    /s/ Jessica L. Meyer

Jessica L. Meyer (SBN 249064)
JMeyer@lindquist.com
LINDQUIST & VENNUM P.L.L.P.
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

*Counsel for Plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; and Douglas A. Kelly, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities*

- 2 -

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TATUNG COMPANY OF AMERICA, INC.**

Dated: August 2, 2012           By:     /s/ Jason C. Murray
                                        Jason C. Murray (SBN 169806)
                                        J.Murray@crowell.com
                                        CROWELL & MORING LLP
                                        515 South Flower St., 40th Floor
                                        Los Angeles, CA 90071
                                        Telephone: (213) 443-5582
                                        Facsimile: (213) 622-2690

                                        *Counsel for Plaintiffs Target Corporation; Sears,
                                        Roebuck and Co.; Kmart Corporation; Old Comp
                                        Inc.; Good Guys, Inc.; and RadioShack Corporation*

**Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filings of this document has been obtained from the other signatories.**

- 3 -
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT TATUNG COMPANY OF AMERICA, INC.**