MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 95987
MICHELLE PARK CHIU, State Bar No. 248421
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail: kroger@morganlewis.com
          mchiu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
J. CLAYTON EVERETT, JR. (*pro hac vice*)
SCOTT A. STEMPEL (*pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
E-mail: jeverett@morganlewis.com
          sstempel@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD., HITACHI
ELECTRONIC DEVICES (USA), INC. AND HITACHI
DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST, INC.)

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | Individual Case No. 11-cv-06205 SC |
| STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS THE STATE OF FLORIDA'S AMENDED COMPLAINT** |
| Plaintiff, v. | |
| LG ELECTRONICS, INC., et al., | |
| Defendants. | Date:          September 20, 2012 Time:         12:00 P.M. Location:    JAMS, 2 Embarcadero Center, Suite 1500 San Francisco, CA  94111 Judge:        Hon. Samuel Conti Special Master:  Hon. Charles A. Legge (Ret.) |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION
TO COMPEL FURTHER RESPONSES TO DISCOVERY

1

CASE NO. M: 07-5944 SC; MDL NO. 1917

1    WHEREAS, Plaintiff, the State of Florida ("Plaintiff"), filed a Complaint on December 9,

2    2011 in Case No. 11-cv-06205 (Dkt. 1), which was consolidated as a related case in *In re Cathode*

3    *Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917;

4    WHEREAS, Plaintiff and Defendants jointly stipulated that Defendants shall respond to

5    Plaintiff's Complaint within ninety (90) days from the date on which the stipulation was entered as

6    an order of the Court, which was entered on April 5, 2012 (Dkt. 1143);

7    WHEREAS, Defendants responded to the Complaint with a Motion to Dismiss under Rule

8    12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), filed on July 3, 2012, (Dkt. 1248),

9    with a hearing scheduled for September 5, 2012;

10   WHEREAS, Plaintiff filed an Amended Complaint on July 16, 2012 (Dkt. 1260) and an

11   Opposition to Defendants' Motion to Dismiss on July 17, 2012 (Dkt. 1262);

12   WHEREAS, Defendants deemed Plaintiff's Amended Complaint to have rendered moot

13   Defendants' first Motion to Dismiss (Dkt. 1248) and Plaintiff's Opposition to Defendants' Motion

14   to Dismiss (Dkt. 1262);

15   WHEREAS, Defendants responded to the Amended Complaint with a Motion to Dismiss

16   under FRCP 12(b)(6), filed on August 2, 2012, (Dkt. 1287), pursuant to FRCP 15(a)(3) and 6(d);

17   WHEREAS, the Parties agree that it is appropriate to extend the time for filing Plaintiff's

18   Opposition to the Motion to Dismiss and the time for filing Defendants' Reply in support of their

19   Motion to Dismiss;

20   IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

21   undersigned Parties, that:

22   1.    The deadline for the Plaintiff's Opposition to Defendants' Motion to Dismiss is

23   hereby extended up to and including August 24, 2012.

24   2.    The deadline for Defendants' Reply to Plaintiff's Opposition is hereby extended up

25   to and including September 7, 2012.

26   3.    The hearing on Defendants' Motion to Dismiss will take place on September 20,

27   2012 at 12:00 P.M.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION          2
TO COMPEL FURTHER RESPONSES TO DISCOVERY

CASE NO. M: 07-5944 SC; MDL NO. 1917

DATED:  August 6, 2012

PAMELA JO BONDI
Attorney General of the State of Florida


By:   /s/ Satu A. Correa
LIZABETH A. BRADY (*pro hac vice*)
Email:  Liz.Brady@myfloridalegal.com
PATRICIA A. CONNERS (*pro hac vice*)
Email:  Trish.Conners@myfloridalegal.com
R. SCOTT PALMER (*pro hac vice*)
Email:  Scott.Palmer@myfloridalegal.com
NICHOLAS J. WEILHAMMER (*pro hac vice*)
Email:  Nicholas.Weilhammer@myfloridalegal.com
SATU A. CORREA (*pro hac vice*)
Email: Satu.Correa@myfloridalegal.com
**OFFICE OF THE ATTORNEY GENERAL**
State of Florida
PL-01, The Capitol
Tallahassee, FL  32399-1050
Telephone:  (850) 414-3300
Facsimile:  (850) 488-9134

*Counsel for Plaintiff State of Florida*


MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*
*Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd.,*
*and Hitachi Electronic Devices (USA), Inc.*


BAKER BOTTS LLP

By:   /s/ John M. Taladay
JOHN M. TALADAY (*pro hac vice*)

3

1   JOSEPH OSTOYICH (*pro hac vice*)
    **BAKER BOTTS LLP**
2   1299 Pennsylvania Ave., N.W.
    Washington, DC 20004-2400
3   Telephone: (202) 639-7700
    Facsimile: (202) 639-7890
    Email: john.taladay@bakerbotts.com
4   Email: joseph.ostoyich@bakerbotts.com

5   *Attorneys for Defendants Koninklijke Philips Electronics*
    *N.V. and Philips Electronics North America Corporation*
6

7   WINSTON & STRAWN LLP

8   By:  /s/ Jeffrey L. Kessler
    JEFFREY L. KESSLER (*pro hac vice*)
9   E-mail: JKessler@winston.com
    A. PAUL VICTOR (*pro hac vice*)
10  E-mail: PVictor@winston.com
    EVA COLE (*pro hac vice*)
11  E-mail: EWCole@winston.com
    MOLLY M. DONOVAN
12  E-mail: MMDonovan@winston.com
    **WINSTON & STRAWN LLP**
13  200 Park Avenue
14  New York, NY 10166
15  Telephone: (212) 294-6700

16  STEVEN A. REISS (*pro hac vice*)
    E-mail: steven.reiss@weil.com
17  DAVID L. YOHAI (*pro hac vice*)
    E-mail: david.yohai@weil.com
18  ADAM C. HEMLOCK (*pro hac vice*)
19  E-mail: adam.hemlock@weil.com
    **WEIL, GOTSHAL & MANGES LLP**
20  767 Fifth Avenue
    New York, New York 10153-0119
21  Telephone: (212) 310-8000
22  Facsimile: (212) 310-8007

23  *Attorneys for Defendants Panasonic Corporation (f/k/a*
    *Matsushita Electric Industrial Co., Ltd.), Panasonic*
24  *Corporation of North America, MT Picture Display Co.,*
    *Ltd.*
25

26  ARNOLD & PORTER LLP

27  By:  /s/ Sharon D. Mayo
    SHARON D. MAYO (SBN 150469)
28  sharon.mayo@aporter.com
    Three Embarcadero Center, 7th Floor

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION          4          CASE NO. M: 07-5944 SC; MDL NO. 1917
TO COMPEL FURTHER RESPONSES TO DISCOVERY

San Francisco, California  94111-4024
Telephone:  (415) 471-3100
Facsimile:  (415) 471-3400

DOUGLAS L. WALD (*pro hac vice*)
douglas.wald@aporter.com
WILSON D. MUDGE (*pro hac vice*)
wilson.mudge@aporter.com
YONGSANG KIM (*pro hac vice*)
yongsang.kim@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC  20004
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By:  /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By:  /s/ Christopher M. Curran
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION
TO COMPEL FURTHER RESPONSES TO DISCOVERY

5

CASE NO. M: 07-5944 SC; MDL NO. 1917

701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation and
Toshiba America Electronic Components, Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____

                                   Hon. Charles A. Legge
                                   United States District Judge (Ret.)
                                   Special Master

Dated: _____          _____

                                   Hon. Samuel Conti
                                   United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION
TO COMPEL FURTHER RESPONSES TO DISCOVERY

6

CASE NO. M: 07-5944 SC; MDL NO. 1917