1  David J. Burman (admitted *pro hac vice*)
   DBurman@perkinscoie.com
2  Nicholas H. Hesterberg (admitted *pro hac vice*)
   NHesterberg@perkinscoie.com
3  **PERKINS COIE LLP**
   1201 Third Avenue, Suite 4900
4  Seattle, WA 98101-3099
   Telephone: 206.359.8000
5  Facsimile: 206.359.9000

6  Joren S. Bass, Cal. Bar No. 208143
   JBass@perkinscoie.com
7  **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
8  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
9  Facsimile: 415.344.7050

10 *Attorneys for Plaintiff*
   *Costco Wholesale Corporation*
11

12                    **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                      **SAN FRANCISCO DIVISION**

15

16 IN RE: CATHODE RAY TUBE (CRT)          Master File No. 3:07-cv-05944-SC
   ANTITRUST LITIGATION                   MDL No. 1917
17

18 This Document Relates to:             **PROOF OF SERVICE**

19 Case No. 11-cv-06397 SC

20 COSTCO WHOLESALE CORPORATION,
                                          Judge: Honorable Samuel Conti
21             Plaintiff,                 Special Master: Hon. Charles A. Legge (Ret.)

22        v.

23 HITACHI, LTD., *et al.*,

24             Defendants.

25

26

27

28

PROOF OF SERVICE
Master File No. 3:07-cv-05944-SC
MDL No. 1917

## PROOF OF SERVICE

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION
Master File No. 07-CV-05994 SC
MDL No. 1917

COSTCO WHOLESALE CORPORATION v. HITACHI, LTD., et al.
Case No. 11-cv-06397

I, Nicholas H. Hesterberg, certify and declare under penalty of perjury that I am a citizen of the United States; am over the age of 18 years; am employed by Perkins Coie LLP, at the address indicated; am admitted *pro hac vice* to practice in this District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service is affixed; and that on July 24, 2012, I caused to be served true and correct copies of the following documents:

1. ORDER ADOPTING REPORT & RECOMMENDATION REGARDING MOTIONS FOR SERVICE OF PROCESS ON CERTAIN DEFENDANTS, dated June 27, 2012 (Dkt. No. 1241)

2. SUMMONS IN A CIVIL ACTION

3. COMPLAINT AND JURY DEMAND, dated November 14, 2011.

by electronic mail and United States Postal Service Certified Mail in a sealed envelope, with first-class postage thereon fully prepaid and depositing, at Seattle, Washington, to the following:

> Terry Calvani, Esq.
> Richard Snyder, Esq.
> Freshfields Bruckhaus Deringer US LLP
> 701 Pennsylvania Avenue, NW
> Suite 600
> Washington, DC 20004
> Email: terry.calvani@freshfields.com
> richard.snyder@freshfields.com

DATED: August 6, 2012                    **PERKINS COIE LLP**


By: */s/ Nicholas H. Hesterberg*
Nicholas H. Hesterberg

- 1 -

PROOF OF SERVICE
Master File No. 3:07-cv-05944-SC
MDL No. 1917