1 | David J. Burman (admitted *pro hac vice*)
  | DBurman@perkinscoie.com
2 | Nicholas H. Hesterberg (admitted *pro hac vice*)
  | NHesterberg@perkinscoie.com
3 | **PERKINS COIE LLP**
  | 1201 Third Avenue, Suite 4900
4 | Seattle, WA 98101-3099
  | Telephone: 206.359.8000
5 | Facsimile: 206.359.9000

6 | Joren S. Bass, Cal. Bar No. 208143
  | JBass@perkinscoie.com
7 | **PERKINS COIE LLP**
  | Four Embarcadero Center, Suite 2400
8 | San Francisco, CA 94111-4131
  | Telephone: 415.344.7000
9 | Facsimile: 415.344.7050

10 | *Attorneys for Plaintiff*
   | *Costco Wholesale Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>Case No. 11-cv-06397 SC<br>COSTCO WHOLESALE CORPORATION,<br>Plaintiff,<br>v.<br>HITACHI, LTD., *et al*.,<br>Defendants. | **PROOF OF SERVICE**<br><br>Judge: Honorable Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

PROOF OF SERVICE
Master File No. 3:07-cv-05944-SC
MDL No. 1917

# PROOF OF SERVICE

<u>IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION</u>
Master File No. 07-CV-05994 SC
MDL No. 1917

<u>COSTCO WHOLESALE CORPORATION v. HITACHI, LTD., et al.</u>
Case No. 11-cv-06397

I, Nicholas H. Hesterberg, certify and declare under penalty of perjury that I am a citizen of the United States; am over the age of 18 years; am employed by Perkins Coie LLP, at the address indicated; am admitted *pro hac vice* to practice in this District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service is affixed; and that on July 24, 2012, I caused to be served true and correct copies of the following documents:

1. ORDER ADOPTING REPORT & RECOMMENDATION REGARDING MOTIONS FOR SERVICE OF PROCESS ON CERTAIN DEFENDANTS, dated June 27, 2012 (Dkt. No. 1241)

2. SUMMONS IN A CIVIL ACTION

3. COMPLAINT AND JURY DEMAND, dated November 14, 2011.

by electronic mail and United States Postal Service Certified Mail in a sealed envelope, with first-class postage thereon fully prepaid and depositing, at Seattle, Washington, to the following:

> Joel S. Sanders, Esq.
> Rachel S. Brass, Esq.
> Austin Schwing, Esq.
> Gibson, Dunn & Crutcher LLP
> 555 Mission Street
> Suite 3000
> San Francisco, CA 94105-2933
> Email:  JSanders@gibsondunn.com
>            RBrass@gibsondunn.com
>            ASchwing@gibsondunn.com

DATED:  August 6, 2012                **PERKINS COIE LLP**

By: */s/ Nicholas H. Hesterberg*
Nicholas H. Hesterberg

- 1 -

PROOF OF SERVICE
Master File No. 3:07-cv-05944-SC
MDL No. 1917