PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
SATU A. CORREA (Satu.Correa@myfloridalegal.com)
Office of the Attorney General
State of Florida
PL-01, The Capitol
Tallahassee, FL 32399-1050
Tel:    (850) 414-3300
Fax:   (850) 488-9134

Attorneys for Plaintiff State of Florida

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Case No.  2011-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>Plaintiff,<br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>Defendants. | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF STATE OF FLORIDA'S MOTION FOR DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS**<br><br>Date: September 5, 2012<br>Time:  10 a.m.<br>Location: JAMS, Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.) |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that the State of Florida hereby withdraws its Motion for Default

3  Judgment Against Certain Defendants, filed on July 31, 2012 (Dkt. 1282).

4  
5  Respectfully submitted this 7th day of August, 2012.

6  The State of Florida

7  PAMELA JO BONDI
   Attorney General
8  STATE OF FLORIDA

9  /s/ Satu A . Correa
10 PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
   R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
11 LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
   NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
12 SATU A. CORREA (Satu.Correa@myfloridalegal.com)
13 Office of the Attorney General
   State of Florida
14 PL-01, The Capitol
   Tallahassee, FL 32399-1050
15 Tel:    (850) 414-3300
16 Fax:    (850) 488-9134

17 Attorneys for Plaintiff State of Florida

18
19
20
21
22
23
24
25
26
27
28 NOTICE OF WITHDRAWAL OF PLAINTIFF STATE OF FLORIDA'S MOTION FOR DEFAULT JUDGMENT AGAINST CERTAIN DEFENDANTS
   Master File No. 07-cv-5944 SC;
   Case No. 2011-cv-6205 SC

- 1 -