1  MORGAN, LEWIS & BOCKIUS LLP
   KENT M. ROGER, State Bar No. 95987
2  MICHELLE PARK CHIU, State Bar No. 248421
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel: 415.442.1000
4  Fax: 415.442.1001
   E-mail: kroger@morganlewis.com
5          mchiu@morganlewis.com

6  MORGAN, LEWIS & BOCKIUS LLP
   J. CLAYTON EVERETT, JR. (*pro hac vice*)
7  SCOTT A. STEMPEL (*pro hac vice*)
   1111 Pennsylvania Avenue, NW
8  Washington, DC 20004
   Telephone: (202) 739-3000
9  Facsimile: (202) 739-3001
   E-mail: jeverett@morganlewis.com
10         sstempel@morganlewis.com

11 Attorneys for Defendants
   HITACHI, LTD., HITACHI ASIA, LTD., HITACHI
12 ELECTRONIC DEVICES (USA), INC. AND HITACHI
   DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST, INC.)

13 [Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates To:<br><br>STATE OF FLORIDA,<br>OFFICE OF THE ATTORNEY GENERAL,<br>DEPARTMENT OF LEGAL AFFAIRS,<br><br>Plaintiff,<br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>Defendants. | Individual Case No. 11-cv-06205 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO DISMISS THE STATE OF FLORIDA'S AMENDED COMPLAINT**<br><br>Date:    September 20, 2012<br>Time:    12:00 P.M.<br>Location: JAMS, 2 Embarcadero Center, Suite 1500<br>         San Francisco, CA 94111<br>Judge:   Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION     1     CASE NO. M: 07-5944 SC; MDL NO. 1917
TO COMPEL FURTHER RESPONSES TO DISCOVERY

1     WHEREAS, Plaintiff, the State of Florida ("Plaintiff"), filed a Complaint on December 9, 2011 in Case No. 11-cv-06205 (Dkt. 1), which was consolidated as a related case in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917;

    WHEREAS, Plaintiff and Defendants jointly stipulated that Defendants shall respond to Plaintiff's Complaint within ninety (90) days from the date on which the stipulation was entered as an order of the Court, which was entered on April 5, 2012 (Dkt. 1143);

    WHEREAS, Defendants responded to the Complaint with a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP"), filed on July 3, 2012, (Dkt. 1248), with a hearing scheduled for September 5, 2012;

    WHEREAS, Plaintiff filed an Amended Complaint on July 16, 2012 (Dkt. 1260) and an Opposition to Defendants' Motion to Dismiss on July 17, 2012 (Dkt. 1262);

    WHEREAS, Defendants deemed Plaintiff's Amended Complaint to have rendered moot Defendants' first Motion to Dismiss (Dkt. 1248) and Plaintiff's Opposition to Defendants' Motion to Dismiss (Dkt. 1262);

    WHEREAS, Defendants responded to the Amended Complaint with a Motion to Dismiss under FRCP 12(b)(6), filed on August 2, 2012, (Dkt. 1287), pursuant to FRCP 15(a)(3) and 6(d);

    WHEREAS, the Parties agree that it is appropriate to extend the time for filing Plaintiff's Opposition to the Motion to Dismiss and the time for filing Defendants' Reply in support of their Motion to Dismiss;

    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned Parties, that:

1.     The deadline for the Plaintiff's Opposition to Defendants' Motion to Dismiss is hereby extended up to and including August 24, 2012.

2.     The deadline for Defendants' Reply to Plaintiff's Opposition is hereby extended up to and including September 7, 2012.

3.     The hearing on Defendants' Motion to Dismiss will take place on September 20, 2012 at 12:00 P.M.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION    2    CASE NO. M: 07-5944 SC; MDL NO. 1917
TO COMPEL FURTHER RESPONSES TO DISCOVERY

DATED: August 6, 2012

PAMELA JO BONDI
Attorney General of the State of Florida

By: /s/ Satu A. Correa
LIZABETH A. BRADY (*pro hac vice*)
Email: Liz.Brady@myfloridalegal.com
PATRICIA A. CONNERS (*pro hac vice*)
Email: Trish.Conners@myfloridalegal.com
R. SCOTT PALMER (*pro hac vice*)
Email: Scott.Palmer@myfloridalegal.com
NICHOLAS J. WEILHAMMER (*pro hac vice*)
Email: Nicholas.Weilhammer@myfloridalegal.com
SATU A. CORREA (*pro hac vice*)
Email: Satu.Correa@myfloridalegal.com
**OFFICE OF THE ATTORNEY GENERAL**
State of Florida
PL-01, The Capitol
Tallahassee, FL  32399-1050
Telephone:  (850) 414-3300
Facsimile:  (850) 488-9134

*Counsel for Plaintiff State of Florida*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

BAKER BOTTS LLP

By: /s/ John M. Taladay
JOHN M. TALADAY (*pro hac vice*)

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION         3         CASE NO. M: 07-5944 SC; MDL NO. 1917
TO COMPEL FURTHER RESPONSES TO DISCOVERY

JOSEPH OSTOYICH (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
E-mail: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
E-mail: PVictor@winston.com
EVA COLE (*pro hac vice*)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN
E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

ARNOLD & PORTER LLP

By: /s/ Sharon D. Mayo
SHARON D. MAYO (SBN 150469)
sharon.mayo@aporter.com
Three Embarcadero Center, 7th Floor

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION       4       CASE NO. M: 07-5944 SC; MDL NO. 1917
TO COMPEL FURTHER RESPONSES TO DISCOVERY

San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

DOUGLAS L. WALD (*pro hac vice*)
douglas.wald@aporter.com
WILSON D. MUDGE (*pro hac vice*)
wilson.mudge@aporter.com
YONGSANG KIM (*pro hac vice*)
yongsang.kim@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: /s/ Christopher M. Curran

CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION    5    CASE NO. M: 07-5944 SC; MDL NO. 1917
TO COMPEL FURTHER RESPONSES TO DISCOVERY

701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation and Toshiba America Electronic Components, Inc.*

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/7/2012

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

Dated: _____

_____
Hon. Samuel Conti
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
FOR FILING OPPOSITION AND REPLY TO PLAINTIFFS' MOTION
TO COMPEL FURTHER RESPONSES TO DISCOVERY

6

CASE NO. M: 07-5944 SC; MDL NO. 1917