1  Christopher M. Curran (*pro hac vice*)
2  ccurran@whitecase.com
   George L. Paul (*pro hac vice*)
3  gpaul@whitecase.com
4  Lucius B. Lau (*pro hac vice*)
   alau@whitecase.com
5  White & Case LLP
   701 Thirteenth Street, N.W.
6  Washington, DC  20005
7  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
8

9  *Counsel to Defendants Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America Electronics*
10 *Components, Inc., Toshiba America Information*
11 *Systems, Inc., and Toshiba America Consumer Products, L.L.C.*

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

(SAN FRANCISCO DIVISION)

15

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br>   and<br>ALL INDIRECT PURCHASER ACTIONS | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER RE: TOSHIBA AMERICA, INC. |

WHEREAS, the Direct Purchaser Plaintiffs ("DPPs") filed a consolidated amended complaint on March 16, 2009 ("Direct CAC");

WHEREAS, the Indirect Purchaser Plaintiffs ("IPPs") filed a consolidated amended complaint on March 16, 2009, a second consolidated amended complaint on May 10, 2010, and a third consolidated amended complaint on December 11, 2010 ("Third Indirect CAC");

1       WHEREAS, Toshiba Corporation, Toshiba America, Inc., Toshiba America
2  Electronics Components, Inc., Toshiba America Information Systems, Inc., and Toshiba
3  America Consumer Products, L.L.C. (collectively, "the Toshiba Entities") are named as
4  defendants in the Direct CAC and all of the complaints filed by the IPPs, including the Third
5  Indirect CAC;

6       WHEREAS, the Toshiba Entities have represented to the DPPs and IPPs that Toshiba
7  America, Inc. ("TAI") it is a holding company that did not engage in the sale or manufacture
8  of cathode ray tubes ("CRTs") or CRT products during the relevant periods defined in the
9  Direct CAC and Third Indirect CAC and does not possess relevant discoverable information in
10 its files;

11      WHEREAS, counsel for the Toshiba Entities has met and conferred with counsel for
12 the DPPs and counsel for the IPPs to (a) discuss the aforementioned representations made by
13 the Toshiba Entities in these actions; and (b) request that TAI be dismissed from these actions;
14 and

15      WHEREAS, based upon the representations made by the Toshiba Entities, the DPPs
16 and the IPPs have indicated their willingness to dismiss TAI from these actions, without
17 prejudice, provided that TAI agrees to an appropriate tolling of the statute of limitations;

18      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the
19 Toshiba Entities, counsel for the DPPs, and counsel for the IPPs, that:

20      1.   Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the DPPs
21           and IPPs hereby voluntarily dismiss TAI from these actions, without prejudice;
22      2.   The Toshiba Entities, the DPPs, and the IPPs mutually agree that, as of the date
23           this stipulation of dismissal is entered as an order of the Court, the running of
24           any statutes of limitations that may govern, apply, or limit any of the DPPs or
25           IPPs claims against TAI shall be tolled and suspended until the end of *In re:*
26           *Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC
27           (MDL No. 1917) ("Tolling Period");

28

3. Nothing in this stipulation and order shall be construed as precluding TAI from asserting the defense that any DPP or IPP claim is untimely, provided that in doing so, TAI does not rely upon the passage of time comprising the Tolling Period.

4. Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba America Information Systems, Inc., and Toshiba America Consumer Products, L.L.C. will not use TAI's absence from this litigation as a defense to any of the allegations in the complaints, or to the claims asserted by the plaintiffs (including any based on *Royal Printing*), or to any class certification motion.

5. Each side will bear its own fees and costs.

Dated:  August 7, 2012                                            **WHITE & CASE LLP**

By:   */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronics Components, Inc., Toshiba America Information Systems, Inc., and Toshiba America Consumer Products, L.L.C.*

By:     */s/ Lauren C. Russell*
Mario N. Alioto (56433)
Lauren C. Russell (241151)
Trump, Alioto, Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
tel:  (415) 563-7200
fax: (415) 346-0679

*Counsel for Indirect Purchaser Plaintiffs*

By:     */s/ R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
tel:  (415) 217-6810
fax: (415) 217-6813

*Counsel for Direct Purchaser Plaintiffs*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

    I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 7th day of August, 2012, at Washington, DC.

    */s/ Lucius B. Lau*
    Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1  IT IS SO RECOMMENDED.
2
3
4  DATED: _____     _____
                                      Hon. Charles A. Legge
5                                     United States District Judge (Ret.)
                                      Special Master
6
7
8
9  IT IS SO ORDERED, BASED UPON THE RECOMMENDATION OF THE SPECIAL
   MASTER.
10
11
12
   DATED: _____     _____
13                                    Hon. Samuel A. Conti
                                      United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005