IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>  THE DIRECT ACTION CASES:<br><br>    Case No. 11-01656-SC<br>    Case No. 11-05381-SC<br>    Case No. 11-05502-SC<br>    Case No. 11-05513-SC<br>    Case No. 11-05514-SC<br>    Case No. 11-06275-SC<br>    Case No. 11-06276-SC<br>    Case No. 11-06396-SC<br>    Case No. 11-06397-SC<br>    Case No. 12-02648-SC<br>    Case No. 12-02649-SC | MDL No. 1917<br><br>Case No. 07-5944-SC<br><br>ORDER REFERRING THE STIPULATED BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS DIRECT ACTION COMPLAINTS TO THE SPECIAL MASTER |

    Plaintiffs in the direct action cases captioned above (Direct Action Plaintiffs ("DAPs")) are large, United States-based companies that have opted out of the Direct Purchaser and Indirect Purchaser class actions that are proceeding as part of this multi-district litigation ("MDL").  Rather than proceeding as class members, the DAPs have brought their own individual actions alleging direct and indirect purchaser claims under the federal and state antitrust laws, respectively.  The DAPs include companies such as Best Buy, Costco, Office Depot, Sears and Target.

1    The DAPs and the defendants named in their respective cases ("Defendants") have filed a stipulation which: (1) notifies the Court of Defendants' intent to move for dismissal of the DAPs' cases; (2) proposes a briefing schedule and page limits for the motion; (3) does not propose a hearing date; and (4) is directed to the undersigned for review, rather than to the Special Master. ECF No. 1263 ("Stip.").[1]

   The Court appointed the Special Master on June 16, 2008. ECF No. 302. On April 8, 2009, the Court referred all future motions in this litigation to the Special Master, who was charged with issuing recommendations and tentative rulings on the motions. ECF No. 446. Because the Special Master will be receiving the briefs and, if needed, conducting the hearing on Defendants' motion or motions to dismiss, briefing must comport with his schedule, and thus the parties' stipulation is better directed to him. Accordingly, the Court REFERS the Stipulation, ECF No. 1263, to the Special Master.

   IT IS SO ORDERED.

   Dated: August 7, 2012

   _____
   UNITED STATES DISTRICT JUDGE

---

[1] All citations to the docket refer to the lead case, number 07-5994-SC.