UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Sharp Corporation, Petitioner | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION OF SHARP CORPORATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING |

This matter comes before the Court in the Ex Parte Application of Sharp Corporation ("Sharp") for Order Pursuant to 28 U.S.C. § 1782(a) to Obtain Discovery for Use in a Foreign Proceeding (the "Application"), by which Sharp seeks documents from custodians in connection with an ongoing civil action filed in Korea.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing,

//

//

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION - Case No. _____

Hereby **GRANTS** Sharp's Application and **ORDERS** as follows:

Petitioner Sharp has met the necessary criteria for the appointment of a Commissioner and the granting of its Application for discovery under 28 U.S.C. § 1782(a).

This court grants leave for the issuance of subpoenas to R. Alexander Saveri, Esq. and/or Guido Saveri, Esq. and/or any and all persons responsible in whole or in part for the maintenance and safekeeping of electronic discovery on behalf of the Direct Purchaser Plaintiffs' class in *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-5944-SC at the law firm of Saveri and Saveri, Inc. (together, the "Custodians") in the form attached to the Application.

Colin West of the law firm of Bingham McCutchen LLP, is hereby appointed as Commissioner to issue and cause to be served the proposed subpoenas upon the custodians of records, to receive the requested documents, and to take any testimony that Sharp may find necessary in connection with the production of the documents, in accordance with the Federal Rules of Civil Procedure and in accordance with the right of the custodians and the parties under FRCP Section 45.

It is further ORDERED that any use by Sharp and other parties in the Korean litigation in Suwon District Court, 2010gahap21125 Claim for Damages (gi) of the documents obtained pursuant to the Application shall be conditioned upon acceptance of the terms of the Stipulated Protective Order in effect in Case 3:07-cv-05944-SC or, in the alternative, shall comply with the terms of an order to be entered in the Korean litigation that is consistent with the goal of protecting the confidentiality interests of the affected parties.

**IT IS SO ORDERED.**

Dated: Aug. 7, 2012

_____
Hon. Samuel Conti, United States District Judge

Dated: July 27, 2012

_____
Hon. Charles Legge (Ret.), Special Master

- 2 -
[PROPOSED] ORDER GRANTING EX PARTE APPLICATION - Case No. _____