ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Elizabeth D. Le, Bar No. 216182
EDLe@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:   612-349-8500
Facsimile:   612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| BEST BUY CO., INC.; et al.<br>         Plaintiffs,<br>    v.<br>HITACHI, LTD, et al.<br>         Defendants. | Individual Case No. 11-cv-05513 SC<br><br>The Honorable Samuel Conti<br><br>**PROOF OF SERVICE** |

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944 SC

60609035.1

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California  90067-3208.

On **July 18, 2012**, I served true and correct copies of the following documents:

1. **SUMMONS IN A CIVIL ACTION;**

2. **COMPLAINT; and**

3. **REPORT AND RECOMMENDATION REGARDING MOTIONS FOR SERVICE OF PROCESS ON CERTAIN DEFENDANTS dated June 27, 2012, Docket. No. 1241**

by electronic mail and United States Postal Service Registered Mail in a sealed envelope with first-class postage thereon fully prepaid and depositing at Los Angeles, California, to the following:

Terry Calvani, Esq.                         *terry.calvani@freshfields.com*
Richard Snyder, Esq.                        *richard.snyder@freshfields.com*
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004

***Attorneys for Defendant***
***Beijing Matsushita Color CRT Co., Ltd.***

[X]   (FEDERAL) I declare that I am a member of the Bar of the United States District Court, Northern District of California.

Executed on **August 8, 2012**, at Los Angeles, California.

*/s/ Elizabeth D. Le*
Elizabeth D. Le

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| [barcode] 7106 4575 1294 4194 4144 | A. Received by (Please Print Clearly) ALSTON JR | B. Date of Delivery 7/26/12 |
| 3. Service Type  CERTIFIED MAIL | C. Signature  X [signature] | ☐ Agent ☐ Addressee |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |

1. Article Addressed to:

Terry Calvani, Esq.
Richard Snyder, Esq.
FRESHFIELDS BRUCKHAUS DERINGER US LLP
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004

RE:                                   SENDER:

PS Form 3811, June 2000          Domestic Return Receipt