

**FILED**

JUL 30 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ INDIRECT PURCHASER PLAINTIFFS, Plaintiff - Appellee, SEAN HULL, Objector - Appellant, v. CHUNGHWA PICTURE TUBES, LTD., ("Chunghwa PT") is a Taiwanese company and CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD., ("Chunghwa Malaysia") is a Malaysian company, Defendants - Appellees. | No. 12-15760 D.C. No. 3:07-cv-05944-SC Northern District of California, San Francisco ORDER |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

All other pending motions are denied as moot.

This order served on the district court shall act as and for the mandate of this court.

MF/Pro Se

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Monica Fernandez
Motions Attorney/Deputy Clerk