**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 9, 2012

CASE NUMBER:   **CV 07-05944 SC**
CASE TITLE:    **CRAGO INC-v- CHUNGHWA PICTURE TUBES**
DATE MANDATE FILED:   08/09/12


TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed

in the above captioned case.


Sincerely,

RICHARD W. WIEKING, Clerk


by:  Alfred Amistoso
Case Systems Administrator


Distribution:  CIVIL        -        Counsel of Record

               CRIMINAL   -        Counsel of Record
                                    U.S. Marshal (Copy of Mandate)
                                    U.S. Probation Office


NDC App-16