Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America Electronics
Components, Inc., Toshiba America Information
Systems, Inc., and Toshiba America Consumer Products, L.L.C.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS<br>and<br>ALL INDIRECT PURCHASER ACTIONS | STIPULATION OF DISMISSAL AND [PROPOSED] ORDER RE: TOSHIBA AMERICA, INC. |

WHEREAS, the Direct Purchaser Plaintiffs ("DPPs") filed a consolidated amended complaint on March 16, 2009 ("Direct CAC");

WHEREAS, the Indirect Purchaser Plaintiffs ("IPPs") filed a consolidated amended complaint on March 16, 2009, a second consolidated amended complaint on May 10, 2010, and a third consolidated amended complaint on December 11, 2010 ("Third Indirect CAC");

WHEREAS, Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronics Components, Inc., Toshiba America Information Systems, Inc., and Toshiba America Consumer Products, L.L.C. (collectively, "the Toshiba Entities") are named as defendants in the Direct CAC and all of the complaints filed by the IPPs, including the Third Indirect CAC;

WHEREAS, the Toshiba Entities have represented to the DPPs and IPPs that Toshiba America, Inc. ("TAI") it is a holding company that did not engage in the sale or manufacture of cathode ray tubes ("CRTs") or CRT products during the relevant periods defined in the Direct CAC and Third Indirect CAC and does not possess relevant discoverable information in its files;

WHEREAS, counsel for the Toshiba Entities has met and conferred with counsel for the DPPs and counsel for the IPPs to (a) discuss the aforementioned representations made by the Toshiba Entities in these actions; and (b) request that TAI be dismissed from these actions; and

WHEREAS, based upon the representations made by the Toshiba Entities, the DPPs and the IPPs have indicated their willingness to dismiss TAI from these actions, without prejudice, provided that TAI agrees to an appropriate tolling of the statute of limitations;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Toshiba Entities, counsel for the DPPs, and counsel for the IPPs, that:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the DPPs and IPPs hereby voluntarily dismiss TAI from these actions, without prejudice;

2. The Toshiba Entities, the DPPs, and the IPPs mutually agree that, as of the date this stipulation of dismissal is entered as an order of the Court, the running of any statutes of limitations that may govern, apply, or limit any of the DPPs or IPPs claims against TAI shall be tolled and suspended until the end of *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 3:07-cv-05944 SC (MDL No. 1917) ("Tolling Period");

3. Nothing in this stipulation and order shall be construed as precluding TAI from asserting the defense that any DPP or IPP claim is untimely, provided that in doing so, TAI does not rely upon the passage of time comprising the Tolling Period.

4. Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba America Information Systems, Inc., and Toshiba America Consumer Products, L.L.C. will not use TAI's absence from this litigation as a defense to any of the allegations in the complaints, or to the claims asserted by the plaintiffs (including any based on *Royal Printing*), or to any class certification motion.

5. Each side will bear its own fees and costs.

Dated: August 7, 2012                    **WHITE & CASE**LLP

By: _____/s/ Lucius B. Lau_____
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronics Components, Inc., Toshiba America Information Systems, Inc., and Toshiba America Consumer Products, L.L.C.*

By:    */s/ Lauren C. Russell*
Mario N. Alioto (56433)
Lauren C. Russell (241151)
Trump, Alioto, Trump & Prescott LLP
2280 Union Street
San Francisco, CA 94123
tel: (415) 563-7200
fax: (415) 346-0679

*Counsel for Indirect Purchaser Plaintiffs*

By:    */s/ R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, CA 94111
tel: (415) 217-6810
fax: (415) 217-6813

*Counsel for Direct Purchaser Plaintiffs*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of August, 2012, at Washington, DC.

                 */s/ Lucius B. Lau*
                 Lucius B. Lau

1  IT IS SO RECOMMENDED.
2
3
4  DATED: 8/9/2012                                    *signature*
                                                      Hon. Charles A. Legge
5                                                     United States District Judge (Ret.)
6                                                     Special Master
7
8
9  IT IS SO ORDERED, BASED UPON THE RECOMMENDATION OF THE SPECIAL
10 MASTER.
11
12 DATED: _____            _____
13                                           Hon. Samuel A. Conti
                                             United States District Judge
14