| | |
|---|---|
| 1 | Guido Saveri (22349) guido@saveri.com |
| | R. Alexander Saveri (173102) rick@saveri.com |
| 2 | Geoffrey C. Rushing (126910) grushing@saveri.com |
| | Cadio Zirpoli (179108) cadio@saveri.com |
| 3 | SAVERI & SAVERI, INC. |
| | 706 Sansome Street |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 217-6810 |
| 5 | Facsimile (415) 217-6813 |
| 6 | Interim Lead Counsel for the Direct Purchaser Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| ALL DIRECT PURCHASER ACTIONS | **SUPPLEMENTAL DECLARATION OF MARKHAM SHERWOOD RE DISSEMINATION OF NOTICE TO CLASS MEMBERS AND REQUESTS FOR EXCLUSIOIN** |

-1-

I, Markham Sherwood, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was hired by class counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. .

2. This declaration supplements my declaration dated August 6, 2012. The postmark deadline for class members to be excluded from the settlement classes was July 23, 2012. To date, Gilardi has received 23 timely requests for exclusion from the settlements. The report submitted as Exhibit C detailing the requests for exclusion received by Gilardi inadvertently omitted one subsidiary of Electrograph Systems, Inc.- Manchester Equipment Co., Inc. This request for exclusion was properly and timely submitted. An amended report detailing the requests for exclusion received is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 9th day of August, 2012 at San Rafael, California.

*[signature]*
MARKHAM SHERWOOD

# EXHIBIT A



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received**

**Automated Environments, Inc**
    1853 S Horne #5
    Mesa, AZ 85204

**Best Buy**
    Best Buy Co., Inc.
    Best Buy Purchasing, LLC
    Best Buy Enterprise Services, Inc.
    Best Buy Stores, L.P.
    BestBuy.com, LLC
    Magnolia Hi-Fi, Inc.

    7601 Penn Avenue South
    Richfield, MN 55423

**Anheuser Busch Companies LLC**
    1 Busch Place
    St. Louis, MO 63118

**Circuit City Stores, Inc.**
    Alfred H. Siegel, Trustee
    Liquidating Trust
    P.O. Box 5695
    Glen Allen, VA 23058

**CompuCom Systems, Inc.**
    7171 Forest Lane
    Dallas, TX 75230

**Electrograph Systems, Inc.**
    Electrograph Technologies Corp.
    International Computer Graphics, Inc.
    ActiveLight, Inc.
    CineLight Corporation
    Manchester Technologies, Inc.
    Machester Equipment Co. Inc.
    Champion Vision, Inc.
    Coastal Office Products, Inc.

    53 Lakeside Drive
    Rockville Ctr, NY 11570

**Interbond Corporation of America**
    d/b/a BrandsMart USA

    3200 SW 42nd St.
    Hollywood, FL 33312

**Office Depot, Inc.**
    Office Depot Asia Holding Limited
    Office Depot BA SAS (f.k.a. Guilbert France S.AS.)
    Office Depot BVBA (f.k.a. Guilbert Belgium BVBA)
    Office Depot Brasil Limitada (inactive)
    Office Depot Brasil Participacoes Limitad
    Office Depot Centro America, SA de CV
    Office Depot Chile Limitada (inactive)
    Office Depot Cyprus Limited (f.k.a Claigan Ltd.)
    Office Depot Delaware Overseas Finance No. 1, LLC (f.k.a Office Depot Delaware Overseas Finance No. 1, Inc.)
    Office Depot de Mexico SA de CV
    Office Depot Deutschland GmbH (f.k.a Guilbert Deutschland GmbH)
    Office Depot France SNC (f.k.a Office Depot France SAS)
    Office Depot Hungary Kft (f.k.a Elso Iroda Superstore Kft.)
    Office Depot, Inc.
    Office Depot International BVBA
    OD International (Luxembourg) Finance
    Office Depot, B.V. (formerly Guilbert Netherland BV)
    Office Depot Cooperatief W.A.
    Office Depot Europe B.V.
    Office Depot Europe Holdings Ltd.
    Office Depot GmbH + Switzerland
    Office Depot Holding GmbH + Switzerland
    Office Depot Holding Ltd.
    Office Depot Holding 2 Ltd.
    Office Depot Holding 3 Ltd.

Office Depot, Inc.
Office Depot International B.V.
Office Depot International (UK) Ltd.
Office Depot Ireland Limited (f.k.a Guilbert Ireland Ltd)
Office Depot (Israel) Ltd.
Office Depot Italia S.r.l.
Office Depot Japan Limited
Office Depot Korea Limited (f.k.a Best Office Co., Ltd.)
Office Depot Latin American Holdings B.V.
Office Depot MDF SNC
Office Depot NA B.V.
Office Depot N.A. Shares Services LLC
Office Depot Netherland B.V. (f.k.a Office Depot International, B.V.) (f.k.a Viking Direct (Holdings) B.V.)
Office Depot Network Technology Ltd.
Office Depot (Operations) Holding B.V. (f.k.a Guilbert Trademarks B.V.)
Office Depot Overseas Limited
Office Depot Overseas Holding Limited
Office Depot Overseas 2 Holding Limited
Office Depot Poland Sp Z.O.o. (f.k.a Fontinalis)
Office Depot Private Limited
Office Depot Procurement and Sourcing (Schenzhen) Company Ltd. Or translated: Office Depot Merchandising (Shenzhen) Company Ltd.
Office Depot Puerto Rico, LLC
Office Depot SAS (f.k.a Guilbert SAS)
Office Depot Service Center SRL
Office Depot Service - und BeteiligungsGmbH&Co.KG
Office Depot s.r.o. (f.k.a Papririus s.r.o.)
Office Depot S.L. (f.k.a Guilbert Espana S.L.)
Office Depot Tokumei Kumiai
Office Depot UK Limited (f.k.a Guilbert UK Ltd)
Office Depot - Viking Holdings B.V.
2300 South Congress LLC
4Sure.com, Inc.
AGE Kontor & Data AB
AsiaEC.com Limited
BizDepot, LLC (inactive)
Centro de Apoyo Caribe SA de CV
Centro de Apoyo SA de CV
Computers4Sure.com, Inc.
Curry's Limited
Deo Deo Tokumei Kumiai
eOffice Planet India Private Limited
Erial BQ S.A.
Europa S.A.S.
Gosta Hansson & Co AB
Guibert Beteiligungsholding GmbH
Guilbert International B.V.
Guilbert Luxembourg S.AR.L.
Guilbert UK Holdings Ltd
Guilbert UK Pension Trustees Ltd
HC Land Company LLC
Helge Dahnbert AB + Sweden
Heteyo Holdings B V.
Hutter GmbH
Japan Office Supplies, LLC
Kontorsfackhandlarna Stockholm AB + Sweden
Kontorsgruppen I Sverige AB + Sweden
NEWGOH Immobilienverwaltung GmbH
Neighborhood Retail Development Fund, LLC (inactive)
Niceday Distribution Centre Ltd
North American Card and Coupon Services, LLC
Notus Aviation, Inc.
OD Acquisition Canada ULC
OD Aviation, Inc.
OD Colombia Ltda
OD El Salvador, Ltda. De C.V.
OD France, LLC
ODV France, LLC
ODG Caribe SA de CV (f.k.a Uruguay Cia. Papelera, SA de CV)
OD Guatemala y Compania. Limitada
OD Honduras S de RL
OD International, Inc.
OD International Holdings CV
OD International (Luxembourg) Holdings S.A.R.L.
OD International (Luxembourg) Participation S.A.R.L.
OD Management SNC
OD Medical Solutions LLC
OD of Texas, LLC (f.k.a OD of Texas Inc.)
ODPanamaSA
OD S.N.C.
ODST, LLC (inactive)

        OD Tressorerie (f.k.a om S.N.C)
        Office 1 Ltd
        Office 1 (1995) Ltd
        Office Club, Inc.
        OfficeSupplies.com, Inc.
        Office Town, Inc. (inactive)
        Papirius Kft.
        Pappersnabben I Malmo AB + Sweden
        Patitucci Ltd.
        Reliable Uk Ltd
        Ritma AB + Sweden
        S.A.R.L.
        Servicios Administrativos Office Depot SAdeCV
        Servicios y Material De Escritorio S.L.
        Solutions4Sure.com, Inc.
        Stitching Office Depot Charity for Childern
        Swinton Avenue Trading Limited, Inc.
        Viking Direct B.V.
        Viking Direct (Holdings) Limited
        Viking Direct (Ireland) Limited (f.k.a Viking Direct (Ireland) Limited; then Office Depot International (Ireland) Limited -new change effective as of 912004
        Viking Direct S.A.R.L.
        Dviking Direkt GesmbH
        Viking Finance (Ireland) Limited
        Viking Office Products, Inc.
        Viking Office Products KK
        Viking Office Products S.r.l. (f.k.a Viking Direct Srl)
        VOP (Ireland) Limited
        VPC System S.r.l. (inactive)

        6600 N. Military Trail
        Boca Raton FL 33496

**P.C. Richard & Son Long Island Corporation**
        P.C Ricard & Son Long Island Corporation
        A.J. Richard & Sons, Inc.;
        P.C Ricard & Son, LLC;
        P.C. Richard Service Company;
        Alfred Reliable Appliances, Inc.;
        Reliable Richard's Service Corp.;
        AGP Services Corp.;
        Two Guys Ventures Corp.;
        A.J. Staten Island, LLC;
        P.C. Deer Park, LLC;
        P.C. 185 Price Parkway, LLC;
        P.C. 1574, Inc.;
        P.C. 1574 Milford LLC;
        P.C. Lawrenceville, LLC;
        P.C. Brick 70, LLC;
        P.C. Richard & Son Connecticut, LLC

        150 Price Parkway
        Farmingdale NY 11735

**Rockwell Collins**
        400 Collins Rd NE
        Cedar Rapids, IA 52498

**Sharp Corporation**
        Sharp Electronics Corporation
        Sharp Manufacturing Company of America
        Sharp Electronics Manufacturing Company of America

        22-22 Nagaike-Cho
        Abeno-Ku
        Osaka, JAPAN 545-8522
          and
        Sharp Plaza
        Mahwah, NJ 07495

**Tech Data Corporation**
        AKL Telecommunications GmbH
        Azlan European Finance Limited
        Azlan GmbH
        Azlan Group Limited
        Azlan Limited
        Azlan Logistics Limited
        Azlan Overseas Holdings Ltd.
        Azlan Scandinavia AB
        Batterex B.V.
        Computer 2000 Distribution Ltd.

Computer 2000 Publishing AB
Datatechnology Datech Ltd.
Datech 2000 Ltd.
Expander Express AB
Expander Informatic AB
Expander Technical AB
Frontline Distribution Ltd.
Frontline Distribution (Ireland) Ltd.
Hakro-Ooseterberg-Nijkerk B.V.
Horizon Technical Services (UK) Limited
Horizon Technical Services AB
Hotlamps Limited
Managed Training Services Limited
Maneboard Ltd
Maverick Presentation Products Limited
ProDesk N.V
Quadrangle Technical Services Limited
Screen Expert Limited UK
TD Brasil, Ltda
TD Facilities, Ltd. (Partnership)
TD Fulfillment Services, LLC
TD Tech Data AB
TD Tech Data Portugal Lda
TD United Kingdom Acquisition Limited
Tech Data (Netherlands) B.V.
Tech Data (Schweiz) GmbH
Tech Data bvba/sprl
Tech Data Canada Corporation
Tech Data Chile S.A.
Tech Data Colombia S.A.S.
Tech Data Corporation ("TDC")
Tech Data Denmark ApS
Tech Data Deutschland GmbH
Tech Data Distribution s.r.o.
Tech Data Education, Inc.
Tech Data Espana S.L.U.
Tech Data Europe GmbH
Tech Data Europe Services and Operations, S.L.
Tech Data European Management GmbH
Tech Data Finance Partner, Inc.
Tech Data Finance SPV, Inc.
Tech Data Financing Corporation
Tech Data Finland OY
Tech Data Florida Services, Inc.
Tech Data France Holding Sarl
Tech Data France SAS
Tech Data GmbH & Co OHG
Tech Data Information Technology GmbH
Tech Data Global Finance LP
Tech Data International Sarl
Tech Data Italia s.r.l.
Tech Data Latin America, Inc.
Tech Data Ltd
Tech DataLuxembourg Sarl
Tech Data Management GmbH
Tech Data Marne SNC
Tech Data Mexico S. de R.L. de C.V.
Tech Data Midrabge GmbH
Tech Data Nederland B.V.
Tech Data Norge AS
Tech Data Operations Center, SA
Tech Data Osterreich GmbH
Tech Data Peru S.A.C.
Tech Data Polska Sp.z.o.o
Tech Data Product Management, Inc.
Tech Data Resources, LLC
Tech Data Service GmbH
Tech Data Servicios, S. de R.L. de C.V.
Tech Data Strategy GmbH
Tech Data Tennessee, Inc.
Tech DataUruguay S.A.
Triade Holding B.V.
Triade Rosenmeier Electronics AS

5350 Tech Data Drive
Clearwater, FL 33760

**Schultze Asset Management, LLC**
    Tweeter Newco, LLC
    Tweeter Opco, LLC
    Tweeter Intellectual Property, LLC
    Tweeter Tivoli, LLV
    Tweeter Home Entertainment Group, Inc.
    Sound Advice, Inc d//b/a Sound Advice and Showcase Home Entertainment
    Hifi Buys Incorporated
    Tweeter Etc.
    Douglas TV & Appliance, Inc.
    Douglas Audio Video Caters, Inc.
    United Audio Centers, Inc.
    Sumarc Electronics Incorporated d/b/a NOW! Audio Video
    Bryn Mawr Radio and Television, Inc.
    The Video Scene, Inc. d/b/a Big Screen City
    Hillcrest High Fidelity, Inc. d/b/a Hillcrest Audio
    DOW Stereo/Video, Inc.
    Home Entertainment of Texas, Inc.
    SMK Marketing, Inc. d/b/a Audio Video Systems
    Sound Advice of Arizona, Inc.
    New England Audio Co., Inc.
    NEA Delaware, Inc.
    THEG USA L.P.
    Showcase Home Entertainment

    3000 Westchester Avenue, Ste 204
    Purchase, NY 10577

**Unisys Corporation**
    801 Lakeview Drive Ste 100
    Blue Bell, PA 19422

**NECO Alliance LLC***
    Aitoro Appliance Co., Inc.
    Appliance Dealers Cooperative Inc.
    Dynamic Marketing, Inc.
    Intercounty Appliance Corp.
    Nationwide of Conneticut, Inc.
    New England Appliance & Electronics Group, Inc.

    620 Route 25A, Suite D
    Mount Sinai, NY  11766

**Target Corporation**
    1000 Nicolett Mall
    Minneapolis, MN  55403

**Sears**
    Sears, Roebuck and Co.
    Sears Holdings Corporation
    Sears Holdings Management Corporation
    Kmart Corporation
    Kmart Management Corporation
    Kmart Holdings Corporation

    3333 Beverly Road
    Hoffman Estates, IL  60179

**Dell, Inc.**
    Alienware Corporation
    Alienware Labs Corporation
    ASAP Software Express Inc.
    Boomi, Inc
    Bracknell Boulevard (Block C) L.L.C.
    Bracknell Boulevard (Block D) L.L.C.
    Compellent Technologies Inc.
    DCC Executive Security Inc.
    Dell America Latina Corp
    Dell Asset Revolving Trust
    Dell Asset Securitization GP L.L.C.
    Dell Asset Securitization Holding L.P.
    Dell Columbia Inc.
    Dell Computer Holdings L.P.
    Dell Conduit Funding L.P.
    Dell Conduit GP L.L.C.
    Dell DFS Corporation
    Dell DFS Holdings L.L.C.
    Dell Equipment Funding L.P.
    Dell Equipment GP L.L.C.
    Dell Federal Systems Corporation

Dell Federal Systems GP L.L.C.
Dell Federal Systems L.P.
Dell Federal Systems LP L.L.C.
Dell Financial Services L.L.C.
Dell Funding L.L.C.
Dell Global Holdings IV L.L.C
Dell Global Holdings IX L.L.C
Dell Global Holdings L.L.C
Dell Global Holdings VI L.L.C
Dell Global Holdings VII L.L.C
Dell Global Holdings VIII L.L.C
Dell International Holdings I L.L.C.
Dell International L.L.C.
Dell Marketing Corporation
Dell Marketing GP L.L.C.
Dell Marketing L.P.
Dell Marketing LP L.L.C.
Dell Products Corporation
Dell Products GP L.L.C.
Dell Products L.P.
Dell Products LP L.L.C.
Dell Protective Services Inc.
Dell Receivables Corporation
Dell Receivables GP L.L.C.
Dell Receivables LP
Dell Receivables LP L.L.C.
Dell Revolver Company L.P.
Dell Revolver Funding L.L.C.
Dell Revolver GP L.L.C.
Dell Product and Process Innovation Services Corp.
Dell USA Corporation
Dell USA GP L.L.C.
Dell USA LP
Dell USA LP L.L.C.
Dell World Trade Corporation
Dell World Trade GP L.L.C.
Dell World Trade L.P.
Dell World Trade LP L.L.C.
DFS Equipment Holdings, L.P.
DFS Equipment Remarketing LLC
DFS Funding L.L.C.
DFS-SPV L.L.C.
Force10 Networks, Inc.
Turin Networks International, Inc.
Force10 Networks Global, Inc.
Force10 Networks International, Inc.
InSIte One, Inc.
License Technologies Group, Inc.
Perot Systems Application Solutions Inc.
Perot Systems Communications Services, Inc.
Perot Systems Corporation
Perot Systems Government Healthcare Solutions, Inc.
Perot Systems Government Services, Inc.
Perot Systems Government Solutions, Inc.
Perot Systems Healthcare Solutions, Inc.
Perot Systems Revenue Cycle Solutions, Inc.
PrSM Corporation
PSC GP Corporation
PSC Healthcare Software, Inc.
PSC LP Corporation
PSC Management Limited Partnership
QSS Group, Inc
Secure Works Holding Corp.
Secure Works Inc.
Transaction Applications Group Inc.
Alienware Latin America, S.A
Canada Branch of Perot Systems Corporation
Corporacion Dell de Venezuela SA
Dell DFS Canada Inc.
Dell America Latina Corp., Argentina Branch
Dell Canada, Inc.
Dell Columbia Inc., Columbia Branch
Dell Computadores do Brasil Ltda.
Dell Computer de Chile Ltda.
Dell Computer Services de Mexico SA de CV
Dell Export Sales Corporation
Dell Global Holdings III L.P.
Dell Global Holdings Ltd.
Dell Guatemala Ltda.
Dell Honduras S de RL de CV

Dell Mexico, S.A. de C.V.
Dell Panama S. de R.L.
Dell Peru, SAC
Dell Puerto Rico Corp.
Dell Quebec Inc.
Dell Technology Services Inc. S.R.L.
Dell Trinidad and Tobago Limited
Force10 Networks Mexico SA de CV
Force10 International, Ltd.
Perot Systems TSI (Bermuda) Ltd.
TXZ Holding Company Limited
26eme Avenue SAS
Abu Dabi Branch of PSC Healthcare Software, Inc.
Alienware Limited
Bracknell Boulevard Management Company Limited
Branch of Dell (Free Zone Company L.L.C.)
Compellent Technologies International Ltd.
Compellent Technologies Netherlands BV
Compellent Technologies Germany GmbH
Compellent Technologies France Sarl
Compellent Technologies Italy Srl
Dell A.B.
Dell A.S.
Dell A/S
Dell Asia B.V.
Dell B.V.
Dell Computer (Proprietary) Ltd
Dell Computer EEIG
Dell Computer International (II) - Comercio de Computadores Sociedade Unipessoal Lda
Dell Computer S.A.
Dell Computer spol. Sro
Dell Corporation Limited
Dell Corporation Limited - Northern Ireland Place of Business
Dell DFS Holdings Kft.
Dell DFS Ltd. - Spain Branch
Dell DFS Ltd
Dell Direct
Dell Distribution (EMEA) Limited External Company (Ghana)
Dell Distribution Maroc (Succ)
Dell Emerging Market (EMEA) Ltd (Russia Representitive Office)
Dell Emerging Markets (EMEA) Limited
Dell Emerging Markets (EMEA) Limited - Egypt Representative Office
Dell Emerging Markets (EMEA) Limited - Representative Office
Dell Emerging Markets (EMEA) Limited - Representative Office (Jordan)
Dell Emerging Markets (EMEA) Limited - Representative Office (Rebublic of Croatia)
Dell Emerging Markets (EMEA) Limited (Kazikhstan Representative Office)
Dell Emerging Markets (EMEA) Limited (Uganda Representative Office)
Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet - Rep.Office
Dell Emerging Markets (EMEA) Limited Representative Office - Lebanon
Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bulgaria)
Dell FZ - LLC
Dell FZ - LLC -- Bahrain Branch
Dell FZ - LLLC -- Qatar Branch
Dell Gesm.b.H.
Dell Global B.V.
Dell Global Holdings II B.V.
Dell Global Holdings III B.V.
Dell Global International BV
Dell GmbH
Dell Halle GmbH
Dell Hungary Technology Solutions Trade LLC
Dell III -- Comercio de Computadores, Unipessoal LDA
Dell International Holdings IX B.V.
Dell International Holdings Kft.
Dell International Holdings SAS
Dell International Holdings VIII B.V.
Dell International Holdings X B.V.
Dell International Holdings XII Cooperatoef U.A.
Dell International Services SRL
Dell L.L.C.
Dell N.V.
Dell Products
Dell Products (Europe) B.V.
Dell Products (Poland) Sp. Z o.o
Dell Products Manufacturing Ltd.
Dell Research
Dell (Switzerland) GmbH
Dell S.A.
Dell S.A.
Dell S.p.A.

Dell s.r.o.
Dell SA
Dell SAS
Dell Services S.r.L.
Dell Solutions (UK) Ltd.
Dell Sp.z.o.o.
Dell Taiwan B.V.
Dell Technology & Solutions (Nigeria) Limited
Dell Technology & Solutions Israel Ltd.
Dell Technology & Solutions Ltd. (Formerly Original Solutions Limited)
Dell Technology Products and Services S.A
Dell Teknoloji Limited Serketi
DFS BV
DIH IX CV
DIH VI CV
DIH VII CV
DIH VIII CV
Force10 Networks France SARL
Force10 Networks Germany (Branch)
Force10 Networks Spain (Rep Branch)
Force10 Networks Ltd.
LLC Dell Ukraine
Oy Dell A.B.
Dell Services GmbH (FKA. Perot Systems (Germany) GmbH)
Perot Systems (Slovakia) s.r.o.
Perot Systems (Switzerland) GmbH
Perot Systems (UK) Ltd.
Perot Systems B.V.
Perot Systems Europe Limited
Perot Systems Investments B.V.
Perot Systems Nederland B.V.
Perot Systems S.r.l.
Perot Systems TSI (Hungary) Liquidity Management LLC
Perot Systems TSI (Mauritius) Pvt. Ltd.
Perot Systems TSI (Middle East) FZ-LLC
Perot Systems TSI (Netherlands) B.V.
SCI Siman
Secure Works UK Ltd.
Secure Works UK Ltd. - Finland Branch
Alienware Corporation (Pacific Rim), Pty Ltd.
Australia Branch of Perot Systems (Singapore) Pte. Ltd.
Bearing Point Management Consulting (Shanghai) Ltd.
Dell (China) Company Limited
Dell (China) Company Limited, Beijing Branch
Dell (China) Company Limited, Beijing Liaison Office
Dell (China) Company Limited, Chengdu Branch
Dell (China) Company Limited, Chengdu Liaison Office
Dell (China) Company Limited, Dalian Branch
Dell (China) Company Limited, Guangzhou Branch
Dell (China) Company Limited, Guangzhou Liaison Office
Dell (China) Company Limited, Hangzhou Liaison Office
Dell (China) Company Limited, Nanjing Liaison Office
Dell (China) Company Limited, Shanghai Branch
Dell (China) Company Limited, Shanghai Liaison Office
Dell (China) Company Limited, Shenzhen Liaison Office
Dell (China) Company Limited, Xiamen Branch
Dell (Thailand) Co., Ltd.
Dell (Xiamen) Company Limited
Dell (Xiamen) Company Limited, Dalian Branch
Dell Asia Holdings Pte. Ltd.
Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office)
Dell Asia Pacific Sdn.
Dell Asia Pacific Sdn. Philippines Representative Office
Dell Asia Pte. Ltd.
Dell Australia Pty. Limited
Dell B.V., Taiwan Branch
Dell Global B.V., Singapore Branch
Dell Global Business Center Sdn. Bhd.
Dell Global BV (Bangladesh Representative Office)
Dell Global BV (Indonesia Representative Office)
Dell Global BV (Pakistan Liaison Office)
Dell Global BV (Philippines Representative Office)
Dell Global BV (Sri-Lanka Representative Office)
Dell Global BV (Vietnam Representative Office)
Dell Global Procurement Malaysia Sdn. Bhd.
Dell Global Pte. Ltd.
Dell Hong Kong Limited
Dell India Private Ltd.
Dell India (Sales & Marketing) Private Limited
Dell International Inc.

    Dell Internatonal Services Philippines Inc.
    Dell Japan Inc.
    Dell New Zealand Limited
    Dell Procurement (Xiamen) Company Limited
    Dell Procurement (Xiamen) Company Limited, Shanghai Branch
    Dell Procurement (Xiamen) Company Limited, Shenzhen Liaison Office
    Dell Sales Malaysia Sdn Bhd
    Dell Singapore Pte. Ltd.
    Dell Taiwan B.V., Taiwan Branch
    EqualLogic Japan Company Limited
    Turin Networks India Pvt. Ltd.
    Force10 Networks India Pvt. Ltd.
    Force10 Networks Australia Pty. Ltd.
    Force10 Networks Singapore Pvt. Ltd.
    Force10 Networks (Shanghai) Ltd.
    Force10 Networks Malaysia (Branch)
    Force10 Networks Hong Kong (Branch)
    Force10 Networks Korea YH
    Force10 Networks KK
    Ocarina Networks India Pvt. Ltd.
    Perot Systems (Malaysia) Sdn. Bhd.
    Perot Systems (Shanghai) Consulting Co., Limited
    Perot Systems (Singapore) Pte. Ltd.
    Perot Systems Holdings Pte. Ltd.
    Dell International Services India Private Limited (f.k.a. Perot Systems TSI (India) Private Limited)
    Dell (Chengdu) Company Limited
    Dell Services (China) Company Limited
    Dell Information Technology (Hunan) Company Limited
    PT Dell Indonesia

    One Dell Way
    Round Rock, TX 78682

**ViewSonic Corporation**
    ViewSonic Corporation
    ViewSonic International Corporation
    ViewSonic Display Limited
    ViewSonic Hong Kong Limited

    381 Brea Canyon Road
    Walnut, CA 91789

**PBE Consumer Electronics, LLC**
    c/o Linquest
    80 S Eighth Street
    Minneapolis, MN 54402

**Costco Wholesale Corporation**
    999 Lake Dr
    Issaquah, WA 98027

**ABC Appliance, Inc.**
    d/b/a ABC Warehouse
    1 West Silverdone Industrial Park
    Pontiac, MI 48342

**MARTA Cooperative of America, Inc.**
    515 East Carefree Hwy #1140
    Phoenix, AZ 85085