| | |
|---|---|
| 1 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 2 | Roman M. Silberfeld, Bar No. 62783<br>RMSilberfeld@rkmc.com |
| 3 | David Martinez, Bar No. 193183<br>DMartinez@rkmc.com |
| 4 | Elizabeth D. Le, Bar No. 216182<br>EDLe@rkmc.com |
| 5 | 2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067-3208 |
| 6 | Telephone:     310-552-0130<br>Facsimile:      310-229-5800 |
| 7 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 8 | Elliot S. Kaplan, Bar No. 53624<br>ESKaplan@rkmc.com |
| 9 | Laura E. Nelson, Bar No. 231856<br>LENelson@rkmc.com |
| 10 | 800 LaSalle Avenue |
| 11 | 2800 LaSalle Plaza<br>Minneapolis, MN 55402 |
| 12 | Telephone:     612-349-8500<br>Facsimile:      612-339-4181 |
| 13 | Attorneys for Plaintiffs |
| 14 | BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; |
| 15 | BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | Individual Case No. 11-cv-05513 SC |
| BEST BUY CO., INC.; et al.<br>Plaintiffs,<br>v.<br>HITACHI, LTD, et al.<br>Defendants. | The Honorable Samuel Conti<br><br>**PROOF OF SERVICE** |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944 SC
60617953.1
60609035.1

PROOF OF SERVICE

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400, Los Angeles, California 90067-3208.

On **July 18, 2012**, I served true and correct copies of the following documents:

1. **SUMMONS IN A CIVIL ACTION;**

2. **COMPLAINT; and**

3. **REPORT AND RECOMMENDATION REGARDING MOTIONS FOR SERVICE OF PROCESS ON CERTAIN DEFENDANTS dated June 27, 2012, Docket. No. 1241**

by electronic mail and United States Postal Service in a sealed envelope with first-class postage thereon fully prepaid and depositing at Los Angeles, California, to the following:

| | |
|---|---|
| Joel S. Sanders, Esq. | JSanders@gibsondunn.com |
| Rachel S. Brass, Esq. | RBrass@gibsondunn.com |
| Austin Schwing, Esq. | ASchwing@gibsondunn.com |
| Joel Willard, Esq. | JWillard@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | |
| 555 Mission Street, Suite 3000 | |
| San Francisco, CA  94105-2933 | |

***Attorneys for Defendant***
***Chunghwa Picture Tubes, Ltd.***

[X] (FEDERAL) I declare that I am a member of the Bar of the United States District Court, Northern District of California.

Executed on **August 9, 2012**, at Los Angeles, California.


*/s/ Elizabeth D. Le*
Elizabeth D. Le

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944 SC
60617953.1
60609035.1

-2-

PROOF OF SERVICE