1  Mario N. Alioto (56433)
   Lauren C. Russell (2411510)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
   2280 Union Street
3  San Francisco, CA 94123
   Telephone: 415-563-7200
4  Facsimile: 415-346-0679
   Email: malioto@tatp.com
5  laurenrussell@tatp.com

6  *Interim Lead Counsel for the
   Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND** [PROPOSED] **ORDER TO AMEND ESCROW AGREEMENT** |
| INDIRECT PURCHASER ACTION | |

1  WHEREAS, Indirect Purchaser Plaintiffs ("IPPs") and Chunghwa Picture Tubes,
2  Ltd. ("CPT") entered into a Settlement Agreement dated April 8, 2009 ("Settlement
3  Agreement") (DE 884-1), which provides for the establishment of an escrow account;
4  WHEREAS, IPPs and CPT entered into an Escrow Agreement on July 31, 2009
5  (Escrow Agreement) thereby appointing Wells Fargo Bank, National Association,
6  Corporate Trust Division as "Escrow Agent";
7  WHEREAS, on March 22, 2012, the Court entered an Order Granting Final
8  Approval of Settlement With Chunghwa Picture Tubes Ltd. and a Final Judgment of
9  Dismissal With Prejudice As To Chunghwa Picture Tubes, Ltd. and Chunghwa Picture
10 Tubes (Malaysia) Sdn. Bhd. (DE 1105-1106, respectively);
11 WHEREAS, the time to appeal from the Court's Order and Final Judgment has
12 expired and the settlement is now final as defined in paragraph 11 of the Settlement
13 Agreement; and
14 WHEREAS, the IPPs and CPT desire to amend the terms of the Escrow Agreement
15 to remove CPT as a party to said Escrow Agreement.
16 IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the
17 undersigned parties that:
18     CPT shall no longer be a party to the Escrow Agreement and the signature of its
19     counsel shall no longer be required as an "Authorized Person".

Dated: August 8, 2012         By:   /s/ Joel S. Sanders
                                    JOEL S. SANDERS, Bar No. (107234)
                                    **GIBSON DUNN & CRUTCHER, LLP**
                                    JSanders@gibsondunn.com
                                    555 Mission St., Suite 3000
                                    San Francisco, CA 94105-2933
                                    Telephone: (415) 393-8200
                                    Facsimile: (415) 393-8306

                                    *Counsel for Chunghwa Picture Tubes, Ltd.*

-1-

STIPULATION AND [PROPOSED] ORDER TO AMEND ESCROW AGREEMENT

| | |
|---|---|
| Dated: August 8, 2012 | By: _____/s/ Mario N. Alioto_____ <br> MARIO N. ALIOTO, Bar No. 56433 <br> malioto@tatp.com <br> LAUREN C. RUSSELL, Bar No. 241151 <br> laurenrussell@tatp.com <br> **TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP** <br> 2280 Union Street <br> San Francisco, California 94123 <br> Telephone: (415) 563-7200 <br> Facsimile: (415) 346-0679 <br><br> ***Interim Lead Counsel for the Indirect Purchaser Plaintiffs*** |

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____        _____

                                                                    Hon. Charles A. Legge
                                                            United States District Judge (Ret.)
                                                                        Special Master

DATED:_____        _____

                                                                      Hon. Samuel Conti
                                                              United States District Judge

-2-

STIPULATION AND [PROPOSED] ORDER TO AMEND ESCROW AGREEMENT