Mario N. Alioto (56433)
Lauren C. Russell (2411510)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND ESCROW AGREEMENT** |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTION | |

1  WHEREAS, Indirect Purchaser Plaintiffs ("IPPs") and Chunghwa Picture Tubes, Ltd. ("CPT") entered into a Settlement Agreement dated April 8, 2009 ("Settlement Agreement") (DE 884-1), which provides for the establishment of an escrow account;

WHEREAS, IPPs and CPT entered into an Escrow Agreement on July 31, 2009 (Escrow Agreement) thereby appointing Wells Fargo Bank, National Association, Corporate Trust Division as "Escrow Agent";

WHEREAS, on March 22, 2012, the Court entered an Order Granting Final Approval of Settlement With Chunghwa Picture Tubes Ltd. and a Final Judgment of Dismissal With Prejudice As To Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (DE 1105-1106, respectively);

WHEREAS, the time to appeal from the Court's Order and Final Judgment has expired and the settlement is now final as defined in paragraph 11 of the Settlement Agreement; and

WHEREAS, the IPPs and CPT desire to amend the terms of the Escrow Agreement to remove CPT as a party to said Escrow Agreement.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned parties that:

CPT shall no longer be a party to the Escrow Agreement and the signature of its counsel shall no longer be required as an "Authorized Person".

Dated: August 8, 2012      By:   /s/ Joel S. Sanders
                                 JOEL S. SANDERS, Bar No. (107234)
                                 **GIBSON DUNN & CRUTCHER, LLP**
                                 JSanders@gibsondunn.com
                                 555 Mission St., Suite 3000
                                 San Francisco, CA 94105-2933
                                 Telephone: (415) 393-8200
                                 Facsimile: (415) 393-8306

                                 *Counsel for Chunghwa Picture Tubes, Ltd.*

| | |
|---|---|
| Dated: August 8, 2012 | By:     /s/ Mario N. Alioto |

MARIO N. ALIOTO, Bar No. 56433
malioto@tatp.com
LAUREN C. RUSSELL, Bar No. 241151
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, California 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

***Interim Lead Counsel for the Indirect Purchaser Plaintiffs***

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/10/12                                    /s/ Charles A. Legge

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

DATED: _____                    _____

Hon. Samuel Conti
United States District Judge

-2-

STIPULATION AND [PROPOSED] ORDER TO AMEND ESCROW AGREEMENT