*Counsel Listed on Signature Block*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Mater Case No.: 3:07-cv-05944-SC |
| | MDL No. 1917 |
| | Individual Case Nos. 3:11-cv-05513-SC; 3:11-cv-06396-SC |
| This document relates to: | **JOINT STIPULATION AS TO EXTENSION OF TIME FOR DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD. TO ANSWER PLAINTIFFS' COMPLAINTS** |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513-SC* | |
| *Costco Wholesale Corp. v. Hitachi, Ltd., et al., No. 11-cv-06396-SC* | |

WHEREAS, on November 14, 2011, Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, L.L.C.; and Magnolia Hi-Fi, Inc. (collectively, "Best Buy") filed a Complaint for Damages and Injunctive Relief ("Best Buy Complaint") against Defendants, including Beijing Matsushita Color CRT Co., Ltd ("BMCC");

WHEREAS, on November 14, 2011, Plaintiff Costco Wholesale Corporation ("Costco") filed a Complaint for Damages and Injunctive Relief ("Costco Complaint") against Defendants, including BMCC;

WHEREAS, on July 18, 2012, Best Buy served the Best Buy Complaint on Freshfields Bruckhaus Deringer US LLP, counsel to BMCC, by mail and email pursuant to the Court's June 27, 2012 Order (dkt# 1241);

WHEREAS, on July 24, 2012, Costco served the Costco Complaint on Freshfields Bruckhaus Deringer US LLP, counsel to BMCC, by mail and email pursuant to the Court's June 27, 2012 order (dkt# 1241);

1  WHEREAS, Best Buy, Costco, and BMCC have conferred and agreed to extend the time for BMCC to serve its Answers to the Best Buy Complaint and the Costco Complaint to August 24; and

WHEREAS, this Stipulation complies with Local Rule 6-1(a) in that the underlying extension will not alter the date of any event or any deadline already fixed by Court order.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the respective parties, that the time for BMCC to serve its Answers to the Best Buy Complaint and Costco Complaint is extended to August 24, 2012.

IT IS FURTHER HEREBY STIPULATED AND AGREED that the parties hereto reserve all rights and defenses not specifically addressed hereby.

Dated:  August 13, 2012        Respectfully,

By:    /s/ *Richard Snyder*
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
TERRY CALVANI; Bar No. 53260
E-mail: terry.calvani@freshfields.com
RICHARD SNYDER (Admitted *Pro Hac Vice*)
E-mail: richard.snyder@freshfields.com
701 Pennsylvania Avenue, NW, Suite 600
Washington, DC  20004
Tel:  (202) 777-4565
Fax:  (202) 777-4555

*Attorneys for Beijing Matsushita Color CRT Co., LTD*

By:    /s/ *Elizabeth D. Le*
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, BarNo. 193183
DMartinez@rkmc.com
Elizabeth D. Le, Bar No. 216182
EDLe@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: 310-552-0130
Facsimile: 310-229-5800

*Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, L.L.C.; and Magnolia Hi-Fi, Inc.*

1

2

3

4

5

6

7

By:___*/s/ David J. Burman*_____
**PERKINS COIE LLP**
David J. Burman (admitted *pro hac vice*)
dburman@perkinscoie.com
Nicholas H. Hesterberg (admitted *pro hac vice*)
nhesterberg@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-2099
Telephone: 206-359-8000
Facsimile: 206-359-9000

*Attorneys for Plaintiff Costco Wholesale Corporation*

8  Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

9  document has been obtained from each of the above signatories.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28