Mario N. Alioto (56433)
Lauren C. Russell (241510)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: 415-563-7200
Facsimile: 415-346-0679
Email: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER APPROVING PAYMENT OF EXPENSES FROM SETTLEMENT FUND** |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTION | |

WHEREAS, in its Order Granting Preliminary Approval of Class Action Settlement With Defendant Chunghwa Picture Tubes, Ltd., the Court directed Indirect Purchaser Plaintiffs' Interim Lead Counsel to provide notice to class members of the terms of the settlement, including Counsel's request to withdraw $2.5 million from the Settlement Fund to pay expenses incurred in this litigation;

WHEREAS, the published Notice provided that at the Final Approval Hearing: "The Court will also consider Interim Lead Counsel's request for payment of $2.5 million from the Settlement

Fund to be used for expenses incurred in this case. If there are objections or comments, the Court will consider them at that time.";

WHEREAS, there was one objection, which was overruled on the merits and because the objector (Sean Hull) did not provide proof that he was a class member and therefore lacked standing;

WHEREAS, Mr. Hull filed an appeal of this ruling with the Ninth Circuit Court of Appeals;

WHEREAS, the Ninth Circuit Court of Appeals dismissed this appeal on July 30, 2012; and

WHEREAS, the Order Granting Final Approval of Settlement With Chunghwa Picture Tubes, Ltd. is now final.

IT IS HEREBY ORDERED that:

Interim Lead Counsel for the Indirect Purchaser Plaintiffs may withdraw up to $2.5 million from the Chunghwa Settlement Fund Escrow Account to pay expenses incurred in this litigation. The balance of the settlement fund shall remain in the escrow account, to be distributed upon further Court Order. Indirect Purchaser Plaintiffs' Interim Lead Counsel shall provide the Court with an accounting of all expenses paid.

**IT IS SO RECOMMENDED.**

Dated: August 17, 2012

_____
Hon. Charles A. Legge (Ret.)
Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated: August ____, 2012

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE

-1-

[PROPOSED] ORDER APPROVING PAYMENT OF EXPENSES FROM SETTLEMENT FUND