1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA**

9

**SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 SC |
| | MDL No. 1917 |
| This Document Relates To: CERTAIN DIRECT ACTION COMPLAINTS | [PROPOSED] **ORDER GRANTING SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' COMPLAINTS** |

11
12
13
14
15
16
17
18
19
20
21

Having fully considered the papers on file, the arguments of counsel, and good cause appearing therefor, IT IS HEREBY ORDERED that Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Complaints is GRANTED without leave to amend.[1]

22
23
24
25
26
27

---

[1]   Specifically, this Order dismisses without leave to amend the following complaints as to Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEAI"): *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) [Dkt. No. 1] (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) [Dkt. No. 9] (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal. ) [Dkt. No. 1] (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); and *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) [Dkt. No. 1] (Nov. 14,

- 1 -

28

[PROPOSED] ORDER GRANTING SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' COMPLAINTS (3:07-CV-05944 SC, MDL NO. 1917)

**IT IS SO ORDERED**

Dated:_____

_____
Hon. Samuel Conti
United States District Judge

Dated:_____

_____
Hon. Charles Legge (Ret.)
Special Master

2011).  This Order enters judgment on the pleadings in favor of SEC and SEAI as to the complaint in *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) [Dkt. No. 5] (Mar. 10, 2011).

- 2 -

[PROPOSED] ORDER GRANTING SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.'S MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' COMPLAINTS (3:07-CV-05944 SC, MDL NO. 1917)