1  IAN SIMMONS (*pro hac vice*)
   Email: isimmons@omm.com
2  BENJAMIN G. BRADSHAW (SBN 189925)
   Email: bbradshaw@omm.com
3  KEVIN D. FEDER (SBN 252347)
   Email: kfeder@omm.com
4  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
5  Washington, D.C. 20006-4001
   Telephone:   (202) 383-5300
6  Facsimile:   (202) 383-5414

7  Attorneys for Defendants
   **SAMSUNG ELECTRONICS CO., LTD.**
8  **SAMSUNG ELECTRONICS AMERICA, INC.**

9
**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 SC<br><br>MDL No. 1917 |
|---|---|
| This Document Relates To:<br><br>ALL DIRECT ACTION COMPLAINTS | **DECLARATION OF IAN SIMMONS IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS**<br><br>Date: NOVEMBER 30, 2012, 10:00 A.M. (TENTATIVE)<br>Place: JAMS Resolution Center<br>Special Master: Hon. Charles A. Legge (Ret.) |

I, Ian Simmons, declare as follows:

1. I am an attorney with O'Melveny & Myers LLP, attorneys for Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. in this action. I am a member of the bar of the District of Columbia and am admitted to practice before this Court *pro hac vice*. I make this Declaration in support of Defendants' Joint Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims. If called as a witness, I could, and would, testify to the matters set forth in this declaration of my own personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of a letter to Eva W. Cole and Molly M. Donovan from Philip J. Iovieno, dated July 17, 2012.

Dated: August 17, 2012
       Washington, D.C.

/s/ Ian Simmons
Ian Simmons

-1-

DECLARATION OF IAN SIMMONS

3:07-CV-05944 SC
MDL NO. 1917