IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
Email: kfeder@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants
**SAMSUNG ELECTRONICS CO., LTD.**
**SAMSUNG ELECTRONICS AMERICA, INC.**

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 SC<br><br>MDL No. 1917<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS**<br><br>Date: November 30, 2012, 10:00 a.m. (tentative)<br>Place: JAMS Resolution Center<br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates To:<br><br>ALL DIRECT ACTION COMPLAINTS | |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, the undersigned defendants[1] (collectively, "Defendants") respectfully request that this Court take judicial notice of the documents identified below and attached hereto.  Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute" in that they are either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose "accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b).

Furthermore, "[o]n a motion to dismiss [courts] may take judicial notice of matters of public record outside the pleadings." *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986); *see also Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010) (a court "may consider materials incorporated into the complaint or matters of public record" on a motion to dismiss); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (a court may take judicial notice of court filings and other matters of public record, including pleadings).  Courts in the Ninth Circuit routinely take judicial notice of press releases.  *In re Homestore.com. Inc. Sec. Litig.*, 347 F. Supp. 2d 814, 816-17 (C.D. Cal. 2004) (holding that the court can take judicial notice of press releases); *see, e.g.*, *In re Ligand Pharm., Inc. Sec. Litig.*, 04cv1620 DMS (LSP), 2005 U.S. Dist. LEXIS 44911, at *5 n.1 (S.D. Cal. Sept. 26, 2005); *In re Netflix, Inc. Sec. Litig.*, Nos. C 04-2978 WHA, C 04-3021, C 04-3204, C04-3233, C 04-3329, C 04-3770, C 04-3801, 2005 U.S. Dist. LEXIS 30992, at *5-6 (N.D. Cal. Nov. 18, 2005).

Attached hereto as **Exhibit 1** is a true and correct copy of the European Commission's press release publically announcing its investigation into the cathode ray tube ("CRT") industry, dated November 8, 2007.  The document is publically available on the official website of the

---

[1]   Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.); Hitachi Asia, Ltd.; Hitachi America, Ltd.; Hitachi Electronic Devices (USA), Inc.; LG Electronics, Inc.; LG, LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd.; Beijing-Matsushita Color CRT Company, Ltd.; Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.); Panasonic Corporation of North America; MT Picture Display Co., Ltd.; Philips Electronics North America Corporation; Koninklijke Philips Electronics N.V.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; Tatung Company of America, Inc.; Toshiba Corporation; Toshiba America, Inc.; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; and Toshiba America Electronic Components, Inc.

European Union and therefore is not subject to reasonable dispute.

Attached hereto as **Exhibit 2** is a true and correct copy of the initial class action complaint, *Kindt v. Matsushita Electric Industrial Co., Ltd.*, Case No. 07-cv-10322 (S.D.N.Y. 2007), which was filed on November 13, 2007. The document was filed with the United States District Court for the Southern District of New York, and the filing date is not subject to reasonable dispute.

Defendants' Request for Judicial Notice is based upon the argument herein, the Declaration of Benjamin G. Bradshaw in Support of Request for Judicial Notice filed concurrently herewith, the pleadings and paper on file in this action, and such oral argument as this Court may entertain.

-2-
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS (03: 07-CV-05944 SC; MDL 1917)

| | | |
|---|---|---|
| 1 | Dated: August 17, 2012 | Respectfully Submitted, |

By:   /s/ Benjamin G. Bradshaw
IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
Email: kfeder@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| 2 | By:   /s/ Sharon D. Mayo<br>SHARON D. MAYO (SBN 150469) |
| 3 | sharon.mayo@aporter.com<br>Three Embarcadero Center, 7th Floor |
| 4 | San Francisco, California  94111-4024<br>Telephone:  (415) 471-3100 |
| 5 | Facsimile:  (415) 471-3400 |
| 6 | DOUGLAS L. WALD (*pro hac vice*) |
|   | douglas.wald@aporter.com |
| 7 | WILSON D. MUDGE (*pro hac vice*)<br>wilson.mudge@aporter.com |
| 8 | YONGSANG KIM (*pro hac vice*)<br>yongsang.kim@aporter.com |
| 9 | **ARNOLD & PORTER LLP**<br>555 Twelfth Street, NW |
| 10 | Washington, DC  20004<br>Telephone:  (202) 942-5000 |
| 11 | Facsimile:  (202) 942-5999 |
| 12 | *Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics* |
| 13 | *Taiwan Taipei Co., Ltd.* |
| 14 | SHEPPARD MULLIN RICHTER & HAMPTON |
| 15 | |
|   | By:   /s/ Gary L. Halling |
| 16 | GARY L. HALLING (SBN 66087)<br>E-mail: ghalling@sheppardmullin.com |
| 17 | JAMES L. MCGINNIS (SBN 95788)<br>E-mail: jmcginnis@sheppardmullin.com |
| 18 | MICHAEL W. SCARBOROUGH, (SBN 203524) |
| 19 | E-mail: mscarborough@sheppardmullin.com<br>**SHEPPARD MULLIN RICHTER &** |
| 20 | **HAMPTON**<br>Four Embarcadero Center, 17th Floor |
| 21 | San Francisco, California  94111<br>Telephone:  (415) 434-9100 |
| 22 | Facsimile:  (415) 434-3947 |
| 23 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;* |
| 24 | *Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil* |
| 25 | *Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 26 | |
| 27 | |
| 28 | |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS (03: 07-CV-05944 SC; MDL 1917)

| | |
|---|---|
| 1 | WHITE & CASE LLP |
| 2 | By:   /s/ Christopher M. Curran<br>CHRISTOPHER M. CURRAN (*pro hac vice*) |
| 3 | E-mail: ccurran@whitecase.com<br>GEORGE L. PAUL (*pro hac vice*) |
| 4 | E-mail: gpaul@whitecase.com<br>LUCIUS B. LAU (*pro hac vice*) |
| 5 | E-mail: alau@whitecase.com<br>**WHITE & CASE LLP** |
| 6 | 701 Thirteenth Street, N.W.<br>Washington, DC  20005 |
| 7 | Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355 |
| 8 | |
| 9 | *Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America* |
| 10 | *Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba* |
| 11 | *America Electronic Components, Inc.* |
| 12 | WINSTON & STRAWN LLP |
| 13 | By:   /s/ Jeffrey L. Kessler<br>JEFFREY L. KESSLER (pro hac vice) |
| 14 | E-mail: JKessler@winston.com<br>A. PAUL VICTOR (pro hac vice) |
| 15 | E-mail: PVictor@winston.com<br>EVA COLE (pro hac vice) |
| 16 | E-mail: EWCole@winston.com<br>MOLLY M. DONOVAN |
| 17 | E-mail: MMDonovan@winston.com<br>**WINSTON & STRAWN LLP** |
| 18 | 200 Park Avenue<br>New York, NY 10166 |
| 19 | Telephone: (212) 294-6700 |
| 20 | STEVEN A. REISS (pro hac vice)<br>E-mail: steven.reiss@weil.com |
| 21 | DAVID L. YOHAI (pro hac vice)<br>E-mail: david.yohai@weil.com |
| 22 | ADAM C. HEMLOCK (pro hac vice)<br>E-mail: adam.hemlock@weil.com |
| 23 | **WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue |
| 24 | New York, New York 10153-0119<br>Telephone: (212) 310-8000 |
| 25 | Facsimile: (212) 310-8007 |
| 26 | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric* |
| 27 | *Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.* |
| 28 | |

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
Joel S. Sanders (SBN 107234)
Rachel S. Brass (SBN 219301)
Austin V. Schwing (SBN 211696
Joel Willard (SBN 247899)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306
jsanders@gibsondunn.com
rbrass@gibsondunn.com

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. as to the Target Am. Compl., P.C. Richard Compl., Tweeter Compl., CompuCom Compl., Interbond Compl., Costco Compl., Office Depo Compl. and Best Buy Compl. only*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
Jon V. Swenson (SBN 233054)
**BAKER BOTTS LLP**
620 Hansen Way
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

Pursuant to Local Civil Rule 5-1(i), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, I electronically filed this Request for Judicial Notice in Support of Defendants' Joint Notice of Motion and Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw