1   IAN SIMMONS (*pro hac vice*)
    Email: isimmons@omm.com
2   BENJAMIN G. BRADSHAW (SBN 189925)
    Email: bbradshaw@omm.com
3   KEVIN D. FEDER (SBN 252347)
    Email: kfeder@omm.com
4   O'MELVENY & MYERS LLP
    1625 Eye Street, NW
5   Washington, D.C. 20006-4001
    Telephone: (202) 383-5300
6   Facsimile: (202) 383-5414

7   Attorneys for Defendants
    **SAMSUNG ELECTRONICS CO., LTD.**
8   **SAMSUNG ELECTRONICS AMERICA, INC.**

9           **IN THE UNITED STATES DISTRICT COURT**

10            **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

| 12  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 SC |
|---|---|
| 13 | MDL No. 1917 |
| 14  This Document Relates To: | **DECLARATION OF BENJAMIN G. BRADSHAW IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |
| 15  ALL DIRECT ACTION COMPLAINTS | |
| 16 | Date: November 30, 2012, 10:00 a.m. (tentative) |
| 17 | Place: JAMS Resolution Center |
| 18 | Special Master: Hon. Charles A. Legge (Ret.) |
| 19 | |

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF BENJAMIN G. BRADSHAW

2

3

I, Benjamin G. Bradshaw, declare:

4

1.      I am an attorney at law admitted to the State Bar of California and admitted and

5

duly licensed to practice before this Court.  I am a partner with the law firm O'Melveny & Myers

6

LLP, counsel of record for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics

7

America, Inc. in this action.  I have personal knowledge of the facts set forth in this declaration

8

and if called upon to do so I could and would testify competently to such matters.

9

2.      Attached to the Request for Judicial Notice as **Exhibit 1** is a true and correct copy

10

of the European Commission's press release publically announcing its investigation into the CRT

11

industry, dated November 8, 2007.  This document is publically available on the official website

12

of the European Union at:

13

http://europa.eu/rapid/pressReleasesAction.do?reference=MEMO/07/453&format=

14

HTML&aged=0&language=EN&guiLanguage=en.

15

3.      Attached to the Request for Judicial Notice as **Exhibit 2** is a true and correct copy

16

of the initial class action complaint in *Kindt v. Matsushita Electric Industrial Co., Ltd.*, Case No.

17

07-cv-10322 (S.D.N.Y. 2007), which was filed on November 13, 2007.

18

I declare under penalty of perjury under the laws of the United States that the foregoing is

19

true and correct.  Executed on August 17, 2012, in Washington, D.C.

20

/s/ Benjamin G. Bradshaw
Benjamin G. Bradshaw

21

22

23

24

25

26

27

28

DECLARATION OF BENJAMIN G. BRADSHAW IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE
(03:07-CV-05944 SC; MDL 1917)