| | |
|---|---|
| 1 | Jon V. Swenson (SBN 233054) |
| | BAKER BOTTS LLP |
| 2 | 1001 Page Mill Road |
| | Building One, Suite 200 |
| 3 | Palo Alto, CA 94304-1007 |
| | Telephone: (650) 739-7500 |
| 4 | Facsimile: (650) 739-7699 |
| 5 | Email: jon.swenson@bakerbotts.com |

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING KONINKLIJKE PHILIPS ELECTRONICS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO DIRECT ACTION PLAINTIFFS' CLAIMS** |
| This Document Relates to: <br><br> ALL DIRECT ACTION COMPLAINTS | |

Defendants Koninklijke Philips Electronics N.V. ("KPE") and Philips Electronics North America Corporation ("PENAC") (collectively, "Philips Defendants") Motion to Dismiss and for

- 1 -

[PROPOSED] ORDER GRANTING KPE'S AND PENAC'S MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO DIRECT ACTION PLAINTIFFS' CLAIMS (3:07-CV-05944 SC, MDL NO. 1917)

Judgment on the Pleadings as to Direct Action Plaintiffs' Claims (the "Motion") came on regularly for hearing before this Court.

Having considered the pleadings and all papers filed in support of and in opposition to said motion, and having entertained argument of counsel, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Philips Defendants' motion to dismiss *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) [Dkt. No. 1] (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) [Dkt. No. 9] (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal. ) [Dkt. No. 1] (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); and *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); is GRANTED without leave to amend.

2. The Philips Defendants' motion for judgment on the pleadings as to *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) [Dkt. No. 5] (Mar. 10, 2011) is granted without leave to amend.

**IT IS SO ORDERED**

Dated:_____   _____
　　　　　　　　　　　　　　　　　　　　　Hon. Samuel Conti
　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 2 -
[PROPOSED] ORDER GRANTING KPE'S AND PENAC'S MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO DIRECT ACTION PLAINTIFFS' CLAIMS (3:07-CV-05944 SC, MDL NO. 1917)