Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com

Counsel for Plaintiffs
*Target Corp.; Sears, Roebuck and Co.; Sears Corp.; Old Comp Inc.; Good Guys, Inc.; RadioShack Corp.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd., et al., Case No. 11-05514* | **CASE No. CV 07-5944-SC**<br><br>**MDL No. 1917**<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I, Brendan Hanley, declare that I am employed with the law firm Crowell & Moring L.L.P., whose address is 1001 Pennsylvania Ave. NW, Washington, DC 20004. I am not a party to this cause of action, and am over the age of eighteen years. I further declare that on August 21, 2012, I caused a copy of the following documents to be served:

- **COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
- **SUMMONS IN A CIVIL ACTION**
- **ORDER ADOPTING REPORT & RECOMMENDATION REGARDING MOTIONS FOR SERVICE ON CERTAIN DEFENDANTS**
- **SUPPLEMENTARY MATERIALS PURSUANT TO CIVIL LOCAL RULE 4-2**

by electronic mail and United States Postal Service Certified Mail by sending a true copy thereof in a sealed envelope with the appropriate postage fully prepaid to the following:

Terry Calvani, Esq.
Richard Snyder, Esq.
Freshfields Bruckhaus Deringer US LLP
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Email: terry.calvani@freshfields.com
richard.snyder@freshfields.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2012 at Washington, District of Columbia.

*/s/ Brendan Hanley*
Brendan Hanley