Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| CRAGO, INC., et al., | |
| Plaintiffs, | ORDER RE: MOTION TO AMEND SECTION XVIII OF THE DISCOVERY ORDER |
| vs. | |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |
| This Document Relates to the INDIRECT PURCHASER CLASS ACTION CASES | |

The motion of the Indirect Purchaser Plaintiffs to amend Section XVIII of the Discovery Order, Docket No. 1128, is denied. However, the effective date of the section is extended, in its present form, to October 31, 2012.

IT IS SO ORDERED

Date: August 22, 2012

_____
Hon. Charles A. Legge (Ret.), Special Master

1