MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **Master File No. 3:07-cv-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | **PROOF OF SERVICE** |
| All Indirect-Purchaser Actions | |
| | Date: September 27, 2012 |
| | Time: 1:00 p.m. |
| | JAMS: Two Embarcadero Center, Suite 1500 |
| | Judge:  Honorable Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |

**PROOF OF SERVICE**

I, Lauren C. Russell, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the State of California, where the mailing occurs, and my business address is TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP, 2280 Union Street, San Francisco, California 94123.

I further declare that I am readily familiar with the business practices for collection and processing of correspondence for mailing with the United States Postal Service this same day in the ordinary course of business.

On August 23, 2012, I served a true and correct copy of the following document(s):

1) **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND THE COMPLAINT**

2) **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS MOTION FOR LEAVE TO AMEND THE COMPLAINT**

3) **[PROPOSED] REPORT AND RECOMMENDATION RE: INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

on all parties registered for ECF via the Court's ECF system, and by sending a true and correct copy of each document to each addressee, respectively, as listed below in the manner described below:

[ X]   **BY E-MAIL:** I transmitted the foregoing document(s) listed above to the addressee(s) identified above via electronic mail pursuant to agreement among the parties.

[ ]   **BY MAIL:** I placed a true and correct copy of each document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail this same day, at San Francisco, California, following ordinary business practices.

[ ]   By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| Terrence J. Truax, Esq.<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 60654<br>ttruax@jenner.com | Brendan P. Cullen<br>SULLIVAN & CROMWELL, LLP<br>1870 Embarcadero Road<br>Palo Alto, CA 94303-3308<br>cullenb@sullcrom.com |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 23, 2012 at San Francisco, California.

                              /s/ Lauren C. Russell
                                  Lauren C. Russell