Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America
Information Systems, Inc., Toshiba America
Consumer Products, L.L.C., and Toshiba
America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>HITACHI, LTD., et al.,<br><br>                    Defendants. | **THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"), by and through their counsel, respectfully request an order permitting the Toshiba Defendants to file the following document under seal: Exhibit A to the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Motion to Compel Arbitration, dated August 24, 2012 ("Lau Decl.").

This motion is supported by the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Administrative Motion to File Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated August 24, 2012.

Civil Local Rule 79-5 governs the filing under seal of an entire document upon a request that establishes that the document, or portions thereof, "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(a). This Court's General Order No. 62 sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order . . . the submitting party must file and serve an Administrative Motion for a sealing order . . . ."

The Toshiba Defendants seek to file Exhibit A to the Lau Decl., which is the executed Vendor Agreement between Costco and Toshiba America Consumer Products, Inc., under seal because Costco produced Exhibit A in *In re: TFT-LCD (Flat Panel) Antitrust Litig.*, No. M07-1827 SI (N.D. Cal), and designated it as "Confidential" pursuant to the Stipulated Protective Order in that case. Stipulated Protective Order, *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, No. M07-1827 SI (N.D. Cal. Dec. 10, 2007), ECF 421 ("LCD Protective Order"). Pursuant to the LCD Protective Order, the Toshiba Defendants request that the above-referenced documents be filed under seal. Counsel for Costco consents to the Toshiba Defendants' use of this document for purposes of this motion.

1  Because Costco contends that Exhibit A to the Lau Decl. is confidential in nature, it is
2  its burden to establish that the designated information is sealable.  *See* Civil L. R. 79-5(d)
3  ("Within 7 days thereafter, the designating party must file with the Court and serve a
4  declaration establishing that the designated information is sealable . . . or must withdraw the
5  designation of confidentiality.").

6  For these reasons, the Toshiba Defendants respectfully submit this motion pursuant to
7  Civil Local Rule 79-5 and hereby notify Costco of its burden to establish that Exhibit A to the
8  Lau Decl. is sealable.

Respectfully submitted,

Dated:  August 24, 2012         **WHITE & CASE** LLP

By:  /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE
DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. C 11-6397 SC
MDL No. 1917
3

**CERTIFICATE OF SERVICE**

On August 24, 2012, I caused a copy of "THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005