Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HITACHI, LTD., et al.,<br><br>    Defendants. | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Lucius B. Lau, hereby declare as follows:

1. I am Counsel with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").

2. I submit this declaration in support of the Toshiba Defendants' Administrative Motion to File Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), with which the Toshiba Defendants seek to file under seal Exhibit A to the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Motion to Compel Arbitration.

3. On December 10, 2007, Judge Illston issued a Stipulated Protective Order in *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07-1827 SI (N.D. Cal.) (Dkt. No. 421) ("LCD Stipulated Protective Order").

4. On June 13, 2011, Costco produced a copy of an executed Vendor Agreement between Costco and Toshiba America Consumer Products, Inc. (the "Vendor Agreement) as CostcoLCD_000000013-17 in *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07-1827 SI (N.D. Cal.) (attached as Exhibit A to the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Motion to Compel Arbitration). Costco designated the Vendor Agreement as "Confidential" pursuant to the LCD Stipulated Protective Order.

5. Pursuant to section 5.2 of the LCD Stipulated Protective Order, the parties were permitted to designate documents as "Confidential." Section 2.3 of the LCD Stipulated Protective Order defines "Confidential Information or Items" as "information or tangible things that qualify for protection under standards developed under Fed. R. Civ. P. 26(c)."

6. Section 10 of the LCD Stipulated Protective Order requires that a party seeking to file under seal any documents designated "Confidential" under the LCD Stipulated Protective Order "must comply with Civil Local Rule 79-5."

7. The Toshiba Defendants wish to file the Vendor Agreement, attached as Exhibit A to the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Motion to Compel Arbitration, under seal, pursuant to Civil Local Rules 7-11 and 79-5(d) because

1  Costco designated the document "Confidential" pursuant to the LCD Stipulated Protective
2  Order.
3      8.    On August 22, 2012, Costco agreed to the use of the Vendor Agreement in this
4  matter on the condition that the Toshiba Defendants file it under seal.
5      9.    A stipulation by the parties under Local Civil Rule 7-11 could not be obtained
6  because under Civil Local Rule 79-5, parties may not stipulate to the filing of any document
7  under seal. *See* Civil L.R. 79-5 ("A stipulation . . . will not suffice to allow the filing of
8  documents under seal.").

10  I declare under penalty of perjury under the laws of the United States of America that
11  the foregoing is true and correct.

13  Executed this 24th day of August, 2012, in Washington, D.C.

*[signature]*
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF TOSHIBA
DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. C 11-6397 SC
MDL No. 1917
3

## CERTIFICATE OF SERVICE

On August 24, 2012, I caused a copy of "DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005