Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI, LTD., et al.,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Upon consideration of the Toshiba Defendants' Administrative Motion to File Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with the Toshiba Defendants' Motion to Compel Arbitration, it is hereby

ORDERED that the Administrative Motion is hereby GRANTED; and it is further

ORDERED that the Clerk shall file under seal Exhibit A attached to Lucius B. Lau's Declaration in Support of the Toshiba Defendants' Motion to Compel Arbitration.

Dated: _____, 2012

_____
The Honorable Samuel Conti
Northern District of California