White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1   Christopher M. Curran (*pro hac vice*)
2   ccurran@whitecase.com
    George L. Paul (*pro hac vice*)
3   gpaul@whitecase.com
    Lucius B. Lau (*pro hac vice*)
4   alau@whitecase.com
5   White & Case LLP
    701 Thirteenth Street, N.W.
6   Washington, DC 20005
7   Telephone: (202) 626-3600
    Facsimile: (202) 639-9355
8

9   *Counsel to Defendants Toshiba Corporation,*
10  *Toshiba America, Inc., Toshiba America*
    *Information Systems, Inc., Toshiba America*
11  *Consumer Products, L.L.C., and Toshiba*
    *America Electronic Components, Inc.*
12

13              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
14                 (SAN FRANCISCO DIVISION)
15

16  IN RE: CATHODE RAY TUBE (CRT)          Case No. 07-5944 SC
17  ANTITRUST LITIGATION                   MDL No. 1917
18

19  This Document Relates to:

20  Case No. C 11-6397 SC

21

22  COSTCO WHOLESALE CORPORATION,          DECLARATION OF LUCIUS B.
                                           LAU IN SUPPORT OF TOSHIBA
23                          Plaintiff,     DEFENDANTS' MOTION TO
                                           COMPEL ARBITRATION
24      v.
25

26  HITACHI, LTD., et al.,

27                          Defendants.

28

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF
TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION
Case No. C 11-6397 SC
MDL No. 1917

I, Lucius B. Lau, hereby declare as follows:

1.      I am Counsel with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants").  I make this declaration in support of the Toshiba Defendants' Motion to Compel Arbitration.

2.      On June 13, 2011, Costco produced a copy of an executed Vendor Agreement between Costco and Toshiba America Consumer Products, Inc. (the "Vendor Agreement) as CostcoLCD_000000013-17 in *In re: TFT-LCD (Flat Panel) Antitrust Litigation*, No. M 07-1827 SI (N.D. Cal.).  Attached hereto as Exhibit A is a true and correct copy of the Vendor Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of August, 2012, in Washington, D.C.

_____
Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF
TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION
Case No. C 11-6397 SC
MDL No. 1917

# EXHIBIT A

# (FILED UNDER SEAL)

**CERTIFICATE OF SERVICE**

On August 24, 2012, I caused a copy of "DECLARATION OF LUCIUS B. LAU IN SUPOPRT OF TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF
TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION
Case No. C 11-6397 SC
MDL No. 1917