Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                     Plaintiff,<br><br>       v.<br><br>HITACHI, LTD., et al.,<br><br>                     Defendants. | **[PROPOSED] ORDER GRANTING THE TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

1  Upon consideration of the Toshiba Defendants' Notice of Motion and Motion to
2  Compel Arbitration and supporting Memorandum of Points and Authorities, it is hereby
3  ORDERED that the Toshiba Defendants' Motion to Compel Arbitration is
4  GRANTED; and it is further
5  ORDERED that this action is hereby dismissed, with prejudice, as to Defendants
6  Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems,
7  Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic
8  Corporation, Inc. (collectively, the "Toshiba Defendants"); and it is further
9  ORDERED that Costco Wholesale Corporation shall proceed in arbitration against
10 the Toshiba Defendants in accordance with the August 2, 1995 Vendor Agreement with
11 TACP, Inc.

IT IS SO RECOMMENDED.

Dated: _____, 2012

_____
The Honorable Charles A. Legge (Ret.)
Special Master

IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

Dated: _____, 2012

_____
The Honorable Samuel Conti
Northern District of California

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005