| | |
|---|---|
| 1 | Christopher M. Curran (*pro hac vice*) |
| 2 | ccurran@whitecase.com |
| | George L. Paul (*pro hac vice*) |
| 3 | gpaul@whitecase.com |
| 4 | Lucius B. Lau (*pro hac vice*) |
| | alau@whitecase.com |
| 5 | White & Case LLP |
| 6 | 701 Thirteenth Street, N.W. |
| | Washington, DC  20005 |
| 7 | Telephone:  (202) 626-3600 |
| 8 | Facsimile:  (202) 639-9355 |

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                    Plaintiff,<br><br>            v.<br><br>HITACHI, LTD., et al.,<br><br>                    Defendants. | **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I declare that on August 27, 2012, I caused a copy of "EXHIBIT A TO THE DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION" to be served via first class mail upon David J. Burman, Esq., Perkins Coie LLP, 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3099.

By: _/s/ Lucius B. Lau_
Lucius B. Lau (*pro hac vice*)