Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba*
*America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>              Plaintiff,<br><br>        v.<br><br>HITACHI, LTD., et al.,<br><br>             Defendants. | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    WHEREAS, Costco Wholesale Corporation ("Costco") filed a Complaint and Jury

2  Demand on November 14, 2011, in the United States District Court for the Western District

3  of Washington against Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba

4  America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and

5  Toshiba America Electronic Components, Inc. (collectively the "Toshiba Defendants");

6    WHEREAS, the Toshiba Defendants filed a Notice of Motion and Motion to Compel

7  Arbitration (the "Motion to Compel") against Costco on August 24, 2012;

8    WHEREAS, counsel for the Toshiba Defendants and counsel for Costco have met

9  and conferred and have agreed upon a mutually-acceptable briefing schedule for the Toshiba

10  Defendants' Motion to Compel;

11    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

12  Toshiba Defendants and counsel for Costco, that:

13    1.   Costco shall submit its Opposition to the Toshiba Defendants' Motion by

14  September 24, 2012;

15    2.  The Toshiba Defendants shall submit their Reply Brief in support of the Toshiba

16  Defendants' Motion by October 8, 2012; and

17    3.  The Toshiba Defendants' Motion shall be heard on October 30, 2012, at 11:00

18  a.m. Pacific, or at such time as the Court may choose.

19    The parties respectfully request that this stipulation be entered as an order of the

20  Court.

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1    Dated:  August 28, 2012                    Respectfully submitted,

2

3                                               **WHITE & CASE** LLP

4                                               By:    */s/ Lucius B. Lau*

5                                               Christopher M. Curran (*pro hac vice*)
                                                ccurran@whitecase.com
6                                               George L. Paul (*pro hac vice*)
                                                gpaul@whitecase.com
7
                                                Lucius B. Lau (*pro hac vice*)
8                                               alau@whitecase.com
                                                White & Case LLP
9                                               701 Thirteenth Street, N.W.
10                                              Washington, DC  20005
                                                Telephone:  (202) 626-3600
11                                              Facsimile:  (202) 639-9355

12
                                                *Counsel to Defendants Toshiba Corporation,*
13                                              *Toshiba America, Inc., Toshiba America*
                                                *Information Systems, Inc., Toshiba America*
14                                              *Consumer Products, L.L.C., and Toshiba*
                                                *America Electronic Components, Inc.*
15

16

17                                              By:    */s/ David J. Burman*

18                                              David J. Burman (*pro hac vice*)
                                                dburman@perkinscoie.com
19                                              Cori Gordon Moore (*pro hac vice*)
                                                cgmoore@perkinscoie.com
20
                                                Noah Purcell (*pro hac vice*)
21                                              npurcell@perkinscoie.com
                                                Nicholas Hesterberg (*pro hac vice*)
22                                              nhesterberg@perkinscoie.com
23                                              PERKINS COIE LLP
                                                1201 3rd Avenue, Suite 4900
24                                              Seattle, WA 98101
                                                Telephone: (206) 359.8000
25                                              Facsimile: (206) 359.9000

26

27                                              *Counsel to Plaintiff Costco Wholesale*
                                                *Corporation*
28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR TOSHIBA
DEFENDANTS' MOTION TO COMPEL ARBITRATION
Case No. C 11-6397 SC
MDL No. 1917

1

2

3

4

5

6

7

8

9

10

11

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 28th day of August, 2012, at Washington, DC.


　　　　　　　　　　　　　 */s/ Lucius B. Lau*　　　　　　
　　　　　　　　　　　　　　 Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1 IT IS SO RECOMMENDED.

2

3

4 DATED: _____          _____

5                                                          Hon. Charles A. Legge
                                                           United States District Judge (Ret.)
6                                                          Special Master

7

8

9 IT IS SO ORDERED, BASED UPON THE RECOMMENDATION OF THE SPECIAL
10 MASTER.

11

12 DATED: _____          _____

13                                                          Hon. Samuel A. Conti
                                                           United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

On August 28, 2012, I caused a copy of "STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

*/s/ Lucius B. Lau*
Lucius B. Lau
