Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America InformationSystems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI, LTD., et al.,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

1   WHEREAS, Costco Wholesale Corporation ("Costco") filed a Complaint and Jury Demand on November 14, 2011, in the United States District Court for the Western District of Washington against Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively the "Toshiba Defendants");

WHEREAS, the Toshiba Defendants filed a Notice of Motion and Motion to Compel Arbitration (the "Motion to Compel") against Costco on August 24, 2012;

WHEREAS, counsel for the Toshiba Defendants and counsel for Costco have met and conferred and have agreed upon a mutually-acceptable briefing schedule for the Toshiba Defendants' Motion to Compel;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Toshiba Defendants and counsel for Costco, that:

1. Costco shall submit its Opposition to the Toshiba Defendants' Motion by September 24, 2012;

2. The Toshiba Defendants shall submit their Reply Brief in support of the Toshiba Defendants' Motion by October 8, 2012; and

3. The Toshiba Defendants' Motion shall be heard on October 30, 2012, at 11:00 a.m. Pacific, or at such time as the Court may choose.

The parties respectfully request that this stipulation be entered as an order of the Court.

Dated: August 28, 2012

Respectfully submitted,

**WHITE & CASE** LLP

By: /s/ Lucius B. Lau
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

By: /s/ David J. Burman
David J. Burman (*pro hac vice*)
dburman@perkinscoie.com
Cori Gordon Moore (*pro hac vice*)
cgmoore@perkinscoie.com
Noah Purcell (*pro hac vice*)
npurcell@perkinscoie.com
Nicholas Hesterberg (*pro hac vice*)
nhesterberg@perkinscoie.com
PERKINS COIE LLP
1201 3rd Avenue, Suite 4900
Seattle, WA98101
Telephone: (206) 359.8000
Facsimile: (206) 359.9000

*Counsel to Plaintiff Costco Wholesale Corporation*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Lucius B. Lau, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of August, 2012, at Washington, DC.

                                                                                                                                  _/s/ Lucius B. Lau_            Lucius B. Lau

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR TOSHIBA
DEFENDANTS' MOTION TO COMPEL ARBITRATION
Case No. C 11-6397 SC
MDL No. 1917
4

1  IT IS SO RECOMMENDED.

2

3
4  DATED: 8/29/12                                    _____
                                                    Hon. Charles A. Legge
5                                                   United States District Judge (Ret.)
6                                                   Special Master

7

8

9  IT IS SO ORDERED, BASED UPON THE RECOMMENDATION OF THE SPECIAL
   MASTER.
10

11

12 DATED: _____                         _____
13                                                   Hon. Samuel A. Conti
                                                     United States District Judge
14

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR TOSHIBA
DEFENDANTS' MOTION TO COMPEL ARBITRATION
Case No. C 11-6397 SC
MDL No. 1917
5