# EXHIBIT D

1

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

2      I, Keum-Seok Oh, a partner of Bae, Kim & Lee LLC, and on behalf of Bae, Kim & Lee

3   LLC, its predecessors, successors, subsidiaries and affiliated entities (collectively, "BKL"),

4   declare under penalty of perjury under the laws of the United States of America that I have read

5   in its entirety and understand the Stipulated Protective Order that was issued by the United States

6   District Court for the Northern District of California, San Francisco Division, in the case of In Re

7   CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, No.: M-07-5944 SC, MDL No.

8   1917 (Doc. No. 306) (the "Stipulated Protective Order").

9      Pursuant to the condition set in the Order Granting Ex Parte Application of Sharp

10   Corporation for Order Pursuant to 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign

11   Proceeding (Doc. No. 1299) (the "1782 Order"), BKL agrees to comply with and to be bound by

12   all the terms of this Stipulated Protective Order.  BKL understands and acknowledges that failure

13   to so comply could expose BKL to sanctions and punishment in the nature of contempt.  BKL

14   solemnly promises that it will not disclose in any manner any information or item that is subject

15   to this Stipulated Protective Order to any person or entity except in strict compliance with the

16   provisions of this Stipulated Protective Order (with the understand that the filing of documents

17   under seal as required under Section 10 of the Stipulated Protective Order may be complied with

18   by filing under Article 163 of the Korean Civil Procedure Act which provides protection from

19   third party access to Protected Material) and the 1782 Order permitting uses and disclosures of

20   documents designated "Confidential" and "Highly Confidential" in ongoing civil litigation in

21   Korea, Suwon District Court, 2010gahap21125 Claim for Damages (gi).

22      BKL further agrees to submit to the jurisdiction of the United States District Court for the

23   Northern District of California for the purpose of enforcing the terms of this Stipulated

24   Protective Order, even if such enforcement proceedings occur after termination of this action.

25   ////

26   ////

27

28

Date: *September 5, 2012*

City and State (or Country) where sworn and signed: *Seoul, Republic of Korea*

Bae, Kim & Lee LLC.

By: *Keumseok Oh*

Name: *KEUM SEOK OH*

Title: *Partner*

Crt. 060

ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND