# EXHIBIT F

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

I, Kenneth A. Gallo, a Partner of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and on behalf of Paul, Weiss, Rifkind, Wharton & Garrison LLP, its predecessors, successors, subsidiaries and affiliated entities (collectively, "Paul, Weiss"), declare under penalty of perjury under the laws of the United States of America that I have read in its entirety and understand the Stipulated Protective Order that was issued by the United States District Court for the Northern District of California, San Francisco Division, in the case of In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, No.: M-07-5944 SC, MDL No. 1917 (Doc. No. 306) (the "Stipulated Protective Order").

Pursuant to the condition set in the Order Granting Ex Parte Application of Sharp Corporation for Order Pursuant to 28 U.S.C. § 1782 To Obtain Discovery For Use In A Foreign Proceeding (Doc. No. 1299) (the "1782 Order"), Paul, Weiss agrees to comply with and to be bound by all the terms of this Stipulated Protective Order. Paul, Weiss understands and acknowledges that failure to so comply could expose Paul, Weiss to sanctions and punishment in the nature of contempt. Paul, Weiss solemnly promises that it will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Stipulated Protective Order and the 1782 Order permitting uses and disclosures of documents designated "Confidential" and "Highly Confidential" in ongoing civil litigation in Korea, Suwon District Court, 2010gahap21125 Claim for Damages (gi).

Paul, Weiss further agrees to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

////

////

1  Date:
2  City and State (or Country) where sworn and signed: __Washington D.C.__
3
4                                              Paul, Weiss, Rifkind, Wharton
                                               & Garrison LLP
5                                              By: __[signature]__
6                                              Name: __KENNETH GALLO__
7                                              Title: __PARTNER__
8
9
10
11  Crt. 060
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ACKNOWLEDGEMENT AND AGREEMENT TO BE BOUND