Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Tel. 213-239-5100
Fax 213-239-5199

Terrence J. Truax (*pro hac vice to be filed*)
ttruax@jenner.com
Michael T. Brody (*pro hac vice to be filed*)
mbrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel. 312-222-9350
Fax 312-527-0484

*Attorneys for Third Parties Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi Digital Electronics Americas, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARNCE OF BRENT CASLIN** |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS | Judge:  Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

1  PLEASE TAKE NOTICE THAT in the above captioned litigation, Brent Caslin, of
2  Jenner & Block, LLP, hereby enters appearance as counsel on behalf of Third Parties Mitsubishi
3  Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi Digital
4  Electronics Americas, Inc.

Dated:  September 7, 2012

Respectfully Submitted,

By: /s/ Brent Caslin
       Brent Caslin

Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Tel. 213-239-5100
Fax 213-239-5199

Terrence J. Truax (*pro hac vice to be filed*)
ttruax@jenner.com
Michael T. Brody (*pro hac vice to be filed*)
mbrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL  60654
Tel. 312-222-9350
Fax 312-527-0484

Attorney for Mitsubishi Electric
Corporation, Mitsubishi Electric &
Electronics USA, Inc., and Mitsubishi
Digital Electronics Americas, Inc.