Terry Calvani (53260)
Richard Snyder (*pro hac vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Attorneys for Defendant Beijing Matsushita
Color CRT Co., Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) |
| ———————————————— | ) |
| This document relates to: | ) ) |
| *Target Corp; Sears, Roebuck and Co.; Kmart Corp.; Old Comp Inc.; Good Guys, Inc.; Radioshack Corp.* | ) ) ) ) |
| *v.* | ) |
| *Chunghwa Picture Tubes, Ltd., et al.* | ) ) |
| **Civil Action No. 3:11-cv-5514 SC** | ) ) |
| ———————————————— | ) |

Case No.: 3:07-cv-5944-SC
MDL NO. 1917

**DEFENDANT BEIJING MATSUSHITA COLOR CRT CO., LTD.'S ANSWER TO COMPLAINT BY TARGET CORP.; SEARS, ROEBUCK, AND CO.; KMART CORP.; OLD COMP INC.; GOOD GUYS INC.; AND RADIOSHACK CORP.**

Before the Honorable Samuel Conti

Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") states as follows for its

Answer in response to the Complaint filed by Plaintiffs Target Corp.; Sears, Roebuck, and Co.;

Kmart Corp.; Old Comp. Inc.; Good Guys, Inc.; and Radioshack Corp., on November 14, 2011

(the "Complaint").  To the extent the Complaint includes allegations against "Defendants" in

general, BMCC's responses to the allegations relate to BMCC only and to no other Defendant.

To the extent that the allegations of the Complaint relate to Defendants other than BMCC,

BMCC lacks knowledge or information sufficient to form a belief as to their truth, and therefore

denies them.  As used in this Answer, and in the interest of brevity, the phrase "is without

sufficient information or belief" to admit the allegations means that BMCC is without knowledge

or information sufficient to form a belief as to the truth of an allegation of the Complaint, and

denies the allegation on that basis.  BMCC denies all allegations in the Complaint not specifically admitted in this Answer.  BMCC denies each and every allegation in the Complaint's section headings and in all portions of the Complaint not contained in numbered paragraphs.

## INTRODUCTION

1.      BMCC denies the allegations in the first and second sentences of paragraph 1 of the Complaint.  The third and fourth sentences of paragraph 1 of the Complaint contain Plaintiffs' definitions of their own terms and characterization of their purported claims, to which no response is required.  To the extent that any part of the third and fourth sentences of paragraph 1 is deemed to require a response, BMCC denies that it manufactured electronic devices containing CPTs (such as television) or CDTs (such as computer monitors).

2.      BMCC is without sufficient information or belief to admit the allegations in paragraph 2 of the Complaint and therefore denies them.

3.      BMCC denies the allegations in paragraph 3 of the Complaint.

4.      BMCC denies the allegations in paragraph 4 of the Complaint.

5.      BMCC denies the allegations in paragraph 5 of the Complaint.

6.      BMCC denies the allegations in paragraph 6 of the Complaint.

7.      BMCC is without sufficient information or belief to admit the allegations in paragraph 7 of the Complaint and therefore denies them.

8.      BMCC is without sufficient information or belief to admit the allegations in paragraph 8 of the Complaint and therefore denies them.

9.      BMCC denies the allegations in paragraph 9 of the Complaint.

## JURISDICTION AND VENUE

10.     Paragraph 10 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 10 of the Complaint.

11.     Paragraph 11 consists of Plaintiffs' characterization of their purported claims, to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 11 of the Complaint.

12.     Paragraph 12 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies that this Court has jurisdiction over the unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about BMCC or BMCC's activities in the United States, therefore BMCC denies the allegations contained in paragraph 12 of the Complaint.

13.     Paragraph 13 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 13 of the Complaint.

14.     Paragraph 14 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies that it is subject to personal jurisdiction in this Court.  BMCC also denies that this Court has personal or subject matter jurisdiction over the unspecific and ill-defined conspiracy alleged by Plaintiffs absent specific allegations about BMCC or BMCC's activities in the United States.  BMCC denies the remaining allegations contained in paragraph 14 of the Complaint.

15.     Paragraph 15 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 15 of the Complaint.

## PARTIES

16.     BMCC is without sufficient information or belief to admit the allegations in paragraph 16 of the Complaint describing Plaintiff and therefore denies them.

17.     BMCC is without sufficient information or belief to admit the allegations in paragraph 17 of the Complaint describing Plaintiff and therefore denies them.

18.     BMCC is without sufficient information or belief to admit the allegations in paragraph 18 of the Complaint describing Plaintiff and therefore denies them.

19.     BMCC is without sufficient information or belief to admit the allegations in paragraph 19 of the Complaint describing Plaintiff and therefore denies them.

20.     BMCC is without sufficient information or belief to admit the allegations in paragraph 20 of the Complaint describing Plaintiff and therefore denies them.

21.     BMCC is without sufficient information or belief to admit the allegations in paragraph 21 of the Complaint describing Plaintiff and therefore denies them.

22.     BMCC is without sufficient information or belief to admit the allegations in paragraph 22 of the Complaint describing Plaintiff and therefore denies them.

23.     BMCC is without sufficient information or belief to admit the allegations in paragraph 23 of the Complaint describing Plaintiff and therefore denies them.

24.     BMCC is without sufficient information or belief to admit the allegations in paragraph 24 of the Complaint describing Plaintiff and therefore denies them.

25.     BMCC is without sufficient information or belief to admit the allegations in paragraph 25 of the Complaint describing Plaintiff and therefore denies them.

26.     BMCC is without sufficient information or belief to admit the allegations in paragraph 26 of the Complaint describing Plaintiff and therefore denies them.

27.     BMCC is without sufficient information or belief to admit the allegations in paragraph 27 of the Complaint describing Plaintiff and therefore denies them.

28.     BMCC is without sufficient information or belief to admit the allegations in paragraph 28 of the Complaint describing Plaintiff and therefore denies them.

29.     BMCC is without sufficient information or belief to admit the allegations in paragraph 29 of the Complaint describing Plaintiff and therefore denies them.

30.     BMCC is without sufficient information or belief to admit the allegations in paragraph 30 of the Complaint describing Plaintiff and therefore denies them.

31.     BMCC is without sufficient information or belief to admit the allegations in paragraph 31 of the Complaint describing Plaintiff and therefore denies them.

32.     BMCC is without sufficient information or belief to admit the allegations in paragraph 32 of the Complaint describing Plaintiff and therefore denies them.

33.     BMCC is without sufficient information or belief to admit the allegations in paragraph 33 of the Complaint describing Plaintiff and therefore denies them.

34.     BMCC is without sufficient information or belief to admit the allegations in paragraph 34 of the Complaint describing Plaintiff and therefore denies them.

35.     BMCC is without sufficient information or belief to admit the allegations in paragraph 35 of the Complaint describing Plaintiff and therefore denies them.

36.     BMCC is without sufficient information or belief to admit the allegations in paragraph 36 of the Complaint describing Plaintiff and therefore denies them.

37.     BMCC is without sufficient information or belief to admit the allegations in paragraph 37 of the Complaint describing Plaintiff and therefore denies them.

38.     BMCC is without sufficient information or belief to admit the allegations in paragraph 38 of the Complaint and therefore denies them.

39.     BMCC is without sufficient information or belief to admit the allegations in paragraph 39 of the Complaint and therefore denies them.

40.     BMCC is without sufficient information or belief to admit the allegations in paragraph 40 of the Complaint and therefore denies them.

41.     Paragraph 41 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 41 of the Complaint and therefore denies them.

42.     BMCC is without sufficient information or belief to admit the allegations in paragraph 42 of the Complaint and therefore denies them.

43.     BMCC is without sufficient information or belief to admit the allegations in paragraph 43 of the Complaint and therefore denies them.

44.     BMCC is without sufficient information or belief to admit the allegations in paragraph 44 of the Complaint and therefore denies them.

45.     Paragraph 45 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 45 of the Complaint and therefore denies them.

46.     BMCC is without sufficient information or belief to admit the allegations in paragraph 46 of the Complaint and therefore denies them.

47.     BMCC is without sufficient information or belief to admit the allegations in paragraph 47 of the Complaint and therefore denies them.

48.     BMCC is without sufficient information or belief to admit the allegations in paragraph 48 of the Complaint and therefore denies them.

49.     Paragraph 49 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 49 of the Complaint and therefore denies them.

50.     BMCC is without sufficient information or belief to admit the allegations in paragraph 50 of the Complaint and therefore denies them.

51.     BMCC admits that it is a Chinese joint venture company with its principal place of business located at No. 9, Jiuxianqiao N. Rd., Dashanzi Chaoyang District, Beijing, China. BMCC admits that it is a joint venture company, and at one time 50% of BMCC was held by MT Picture Display Co., Ltd., and the other 50% was held by Beijing Orient Electronics (Group) Co., Ltd., China National Electronics Import & Export Beijing Company, and Beijing Yayunchun Branch of the Industrial and Commercial Bank of China, Ltd.  BMCC admits that it was established in 1987.  BMCC denies the other allegations in paragraph 51 of the Complaint.

52.     BMCC is without sufficient information or belief to admit the allegations in paragraph 52 of the Complaint and therefore denies them.

53.     BMCC is without sufficient information or belief to admit the allegations in paragraph 53 of the Complaint and therefore denies them.

54.     BMCC is without sufficient information or belief to admit the allegations in paragraph 54 of the Complaint and therefore denies them.

55.     BMCC is without sufficient information or belief to admit the allegations in paragraph 55 of the Complaint and therefore denies them.

1    56.    Paragraph 56 of the Complaint consists of a defined term to which no response is

2  required.  To the extent that a response is required, BMCC is without sufficient information or

3  belief to admit the allegations in paragraph 56 of the Complaint and therefore denies them.

4    57.    BMCC is without sufficient information or belief to admit the allegations in

5  paragraph 57 of the Complaint and therefore denies them.

6    58.    BMCC is without sufficient information or belief to admit the allegations in

7  paragraph 58 of the Complaint and therefore denies them.

8    59.    BMCC is without sufficient information or belief to admit the allegations in

9  paragraph 59 of the Complaint and therefore denies them.

10    60.    BMCC is without sufficient information or belief to admit the allegations in

11  paragraph 60 of the Complaint and therefore denies them.

12    61.    BMCC is without sufficient information or belief to admit the allegations in

13  paragraph 61 of the Complaint and therefore denies them.

14    62.    BMCC is without sufficient information or belief to admit the allegations in

15  paragraph 62 of the Complaint and therefore denies them.

16    63.    BMCC is without sufficient information or belief to admit the allegations in

17  paragraph 63 of the Complaint and therefore denies them.

18    64.    BMCC is without sufficient information or belief to admit the allegations in

19  paragraph 64 of the Complaint and therefore denies them.

20    65.    BMCC is without sufficient information or belief to admit the allegations in

21  paragraph 65 of the Complaint and therefore denies them.

22    66.    Paragraph 66 of the Complaint consists of a defined term to which no response is

23  required.  To the extent that a response is required, BMCC is without sufficient information or

24  belief to admit the allegations in paragraph 66 of the Complaint and therefore denies them.

25    67.    BMCC is without sufficient information or belief to admit the allegations in

26  paragraph 67 of the Complaint and therefore denies them.

27    68.    BMCC is without sufficient information or belief to admit the allegations in

28  paragraph 68 of the Complaint and therefore denies them.

1    69.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 69 of the Complaint and therefore denies them.

3    70.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 70 of the Complaint and therefore denies them.

5    71.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 71 of the Complaint and therefore denies them.

7    72.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 72 of the Complaint and therefore denies them.

9    73.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 73 of the Complaint and therefore denies them.

11   74.    Paragraph 74 of the Complaint consists of a defined term to which no response is

12   required.  To the extent that a response is required, BMCC is without sufficient information or

13   belief to admit the allegations in paragraph 74 of the Complaint and therefore denies them.

14   75.    BMCC is without sufficient information or belief to admit the allegations in

15   paragraph 75 of the Complaint and therefore denies them.

16   76.    BMCC is without sufficient information or belief to admit the allegations in

17   paragraph 76 of the Complaint and therefore denies them.

18   77.    Paragraph 77 of the Complaint consists of a defined term to which no response is

19   required.  To the extent that a response is required, BMCC is without sufficient information or

20   belief to admit the allegations paragraph 77 of the Complaint and therefore denies them.

21   78.    BMCC is without sufficient information or belief to admit the allegations in

22   paragraph 78 of the Complaint and therefore denies them.

23                        **AGENTS AND CO-CONSPIRATORS**

24   79.    BMCC denies the allegations in paragraph 79 of the Complaint.

25   80.    BMCC denies the allegations in paragraph 80 of the Complaint.

26   81.    Paragraph 81 consists of conclusions of law to which no response is required.  To

27   the extent that a response is required, BMCC is without sufficient information or belief to admit

28

the allegations in paragraph 81 of the Complaint and therefore denies them.  BMCC specifically denies that it participated in any conspiracy or acted as a co-conspirator.

82.     BMCC is without sufficient information or belief to admit the allegations in paragraph 82 of the Complaint and therefore denies them.

83.     Paragraph 83 of the Complaint consists of a defined term to which no response is required.  To the extent that a response is required, BMCC is without sufficient information or belief to admit the allegations in paragraph 83 of the Complaint and therefore denies them.

84.     BMCC is without sufficient information or belief to admit the allegations in paragraph 84 of the Complaint and therefore denies them.

85.     BMCC is without sufficient information or belief to admit the allegations in paragraph 85 of the Complaint and therefore denies them.

86.     BMCC is without sufficient information or belief to admit the allegations in paragraph 86 of the Complaint and therefore denies them.

87.     BMCC denies the allegations in paragraph 87 of the Complaint.

**TRADE AND COMMERCE**

88.     BMCC denies the allegations in paragraph 88 of the Complaint.

89.     BMCC denies the allegations in paragraph 89 of the Complaint.

90.     Paragraph 90 consists of conclusions of law to which no response is required.  To the extent that a response is required, BMCC denies the allegations in paragraph 90 of the Complaint.

**FACTUAL ALLEGATIONS**

91.     BMCC admits that paragraph 91 of the Complaint purports to contain descriptions of CRT technology.  BMCC denies that paragraph 91 describes CRT technology completely and accurately.  BMCC denies the remaining allegations contained in paragraph 91.

92.     BMCC is without sufficient information or belief to admit the allegations in paragraph 92 of the Complaint and therefore denies them.

93.     BMCC is without sufficient information or belief to admit the allegations in paragraph 93 of the Complaint and therefore denies them.

1    94.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 94 of the Complaint and therefore denies them.

3    95.    BMCC admits that paragraph 95 of the Complaint purports to contain descriptions

4    of CRT technology.  BMCC denies that paragraph 95 describes CRT technology completely and

5    accurately.  BMCC denies the remaining allegations contained in paragraph 95.

6    96.    BMCC is without sufficient information or belief to admit the allegations in

7    paragraph 96 of the Complaint and therefore denies them.

8    97.    BMCC is without sufficient information or belief to admit the allegations in

9    paragraph 97 of the Complaint and therefore denies them.

10    98.    BMCC is without sufficient information or belief to admit the allegations in

11    paragraph 98 of the Complaint and therefore denies them.  BMCC specifically denies that it

12    participated in any unlawful conspiracy and that Plaintiffs have been injured by an action or

13    violation of law by BMCC.

14    99.    BMCC is without sufficient information or belief to admit the allegations in

15    paragraph 99 of the Complaint and therefore denies them.  BMCC specifically denies that it

16    participated in any unlawful conspiracy.

17    100.    BMCC is without sufficient information or belief to admit the allegations in

18    paragraph 100 of the Complaint and therefore denies them.  BMCC specifically denies that

19    Plaintiffs have been injured by an action or violation of law by BMCC.

20    101.    BMCC denies the allegations in paragraph 101 of the Complaint.

21    102.    BMCC denies the allegations in paragraph 102 of the Complaint.

22    103.    BMCC denies the allegations in paragraph 103 of the Complaint.

23    104.    BMCC is without sufficient information or belief to admit the allegations in

24    paragraph 104 as to other Defendants' participation in trade associations, and therefore denies

25    them.  BMCC denies the other allegations in paragraph 104 of the Complaint.

26    105.    BMCC is without sufficient information or belief to admit the allegations in

27    paragraph 105 of the Complaint and therefore denies them.

28

1    106.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 106 of the Complaint and therefore denies them.

3    107.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 107 of the Complaint, including all subparagraphs thereto, and therefore denies them.

5    108.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 108 of the Complaint and therefore denies them.

7    109.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 109 of the Complaint and therefore denies them.  BMCC specifically denies that it

9    participated in any unlawful conspiracy.

10    110.    BMCC is without sufficient information or belief to admit the allegations in

11    paragraph 110 of the Complaint and therefore denies them.

12    111.    BMCC is without sufficient information or belief to admit the allegations in

13    paragraph 111 of the Complaint and therefore denies them.

14    112.    BMCC is without sufficient information or belief to admit the allegations in

15    paragraph 112 of the Complaint and therefore denies them.

16    113.    The first sentence of paragraph 113 consists of conclusions of law to which no

17    response is required.  To the extent that a response is required, BMCC denies the allegations in

18    the first sentence of paragraph 113 of the Complaint.  BMCC is without sufficient information or

19    belief to admit the remaining allegations in paragraph 113 of the Complaint and therefore denies

20    them.

21    114.    BMCC is without sufficient information or belief to admit the allegations in

22    paragraph 114 of the Complaint and therefore denies them.

23    115.    BMCC is without sufficient information or belief to admit the allegations in

24    paragraph 115 of the Complaint and therefore denies them.

25    116.    BMCC is without sufficient information or belief to admit the allegations in

26    paragraph 116 of the Complaint and therefore denies them.

27    117.    BMCC is without sufficient information or belief to admit the allegations in

28    paragraph 117 of the Complaint and therefore denies them.

1    118.    BMCC denies the allegations in paragraph 118 of the Complaint.

2    119.    BMCC is without sufficient information or belief to admit the allegations in

3    paragraph 119 of the Complaint and therefore denies them.

4    120.    BMCC denies the allegations in paragraph 120 of the Complaint.

5    121.    BMCC denies the allegations in paragraph 121 of the Complaint.

6    122.    BMCC is without sufficient information or belief to admit the allegations in

7    paragraph 122 of the Complaint and therefore denies them.

8    123.    BMCC denies the allegations in paragraph 123 of the Complaint.

9    124.    BMCC denies the allegations in paragraph 124 of the Complaint.

10    125.    BMCC denies the allegations in paragraph 125 of the Complaint.

11    126.    BMCC denies the allegations in paragraph 126 of the Complaint.

12    127.    BMCC denies the allegations in paragraph 127 of the Complaint.

13    128.    BMCC denies the allegations in paragraph 128 of the Complaint.

14    129.    BMCC denies the allegations in paragraph 129 of the Complaint.

15    130.    BMCC denies the allegations in paragraph 130 of the Complaint.

16    131.    BMCC denies the allegations in paragraph 131 of the Complaint.

17    132.    BMCC denies the allegations in paragraph 132 of the Complaint.

18    133.    BMCC denies the allegations in paragraph 133 of the Complaint.

19    134.    BMCC denies the allegations in paragraph 134 of the Complaint.

20    135.    BMCC denies the allegations in paragraph 135 of the Complaint.

21    136.    BMCC denies the allegations in paragraph 136 of the Complaint.

22    137.    BMCC denies the allegations in paragraph 137 of the Complaint.

23    138.    BMCC denies the allegations in paragraph 138 of the Complaint, including all

24    subparagraphs thereto.

25    139.    BMCC denies the allegations in paragraph 139 of the Complaint.

26    140.    BMCC denies the allegations in paragraph 140 of the Complaint.

27    141.    BMCC denies the allegations in paragraph 141 of the Complaint.

28    142.    BMCC denies the allegations in paragraph 142 of the Complaint.

1    143.    BMCC denies the allegations in paragraph 143 of the Complaint.

2    144.    BMCC denies the allegations in paragraph 144 of the Complaint.

3    145.    BMCC denies the allegations in paragraph 145 of the Complaint.

4    146.    BMCC denies the allegations in paragraph 146 of the Complaint.

5    147.    BMCC is without sufficient information or belief to admit the allegations in

6    paragraph 147 of the Complaint and therefore denies them.

7    148.    BMCC is without sufficient information or belief to admit the allegations in

8    paragraph 148 of the Complaint and therefore denies them.

9    149.    BMCC is without sufficient information or belief to admit the allegations in

10   paragraph 149 of the Complaint and therefore denies them.

11   150.    BMCC is without sufficient information or belief to admit the allegations in

12   paragraph 150 of the Complaint and therefore denies them.

13   151.    BMCC is without sufficient information or belief to admit the allegations in

14   paragraph 151 of the Complaint and therefore denies them.

15   152.    BMCC is without sufficient information or belief to admit the allegations in

16   paragraph 152 of the Complaint and therefore denies them.

17   153.    BMCC is without sufficient information or belief to admit the allegations in

18   paragraph 153 of the Complaint and therefore denies them.

19   154.    BMCC denies the allegations in paragraph 154 of the Complaint.

20   155.    BMCC is without sufficient information or belief to admit the allegations in

21   paragraph 155 of the Complaint and therefore denies them.

22   156.    BMCC is without sufficient information or belief to admit the allegations in

23   paragraph 156 of the Complaint and therefore denies them.

24   157.    BMCC is without sufficient information or belief to admit the allegations in

25   paragraph 157 of the Complaint and therefore denies them.

26   158.    BMCC is without sufficient information or belief to admit the allegations in

27   paragraph 158 of the Complaint and therefore denies them.

28

1    159.    BMCC is without sufficient information or belief to admit the allegations in
2 paragraph 159 of the Complaint and therefore denies them.

3    160.    BMCC is without sufficient information or belief to admit the allegations in
4 paragraph 160 of the Complaint and therefore denies them.

5    161.    BMCC is without sufficient information or belief to admit the allegations in
6 paragraph 161 of the Complaint and therefore denies them.

7    162.    BMCC is without sufficient information or belief to admit the allegations in
8 paragraph 162 of the Complaint and therefore denies them.

9    163.    BMCC is without sufficient information or belief to admit the allegations in
10 paragraph 163 of the Complaint and therefore denies them.

11    164.    BMCC is without sufficient information or belief to admit the allegations in
12 paragraph 164 of the Complaint and therefore denies them.

13    165.    BMCC is without sufficient information or belief to admit the allegations in
14 paragraph 165 of the Complaint and therefore denies them.

15    166.    Paragraph 166 consists of conclusions of law to which no response is required.
16 To the extent that a response is required, BMCC denies the allegations in paragraph 166 of the
17 Complaint.

18    167.    BMCC is without sufficient information or belief to admit the allegations in
19 paragraph 167 of the Complaint and therefore denies them.

20    168.    BMCC is without sufficient information or belief to admit the allegations in
21 paragraph 168 of the Complaint and therefore denies them.

22    169.    BMCC is without sufficient information or belief to admit the allegations in
23 paragraph 169 of the Complaint and therefore denies them.

24    170.    BMCC is without sufficient information or belief to admit the allegations in
25 paragraph 170 of the Complaint and therefore denies them.

26    171.    BMCC is without sufficient information or belief to admit the allegations in
27 paragraph 171 of the Complaint and therefore denies them.

28

1    172.    BMCC is without sufficient information or belief to admit the allegations in
2    paragraph 172 of the Complaint and therefore denies them.

3    173.    BMCC is without sufficient information or belief to admit the allegations in
4    paragraph 173 of the Complaint and therefore denies them.

5    174.    BMCC is without sufficient information or belief to admit the allegations in
6    paragraph 174 of the Complaint and therefore denies them.

7    175.    BMCC is without sufficient information or belief to admit the allegations in
8    paragraph 175 of the Complaint and therefore denies them.

9    176.    BMCC denies the allegations in paragraph 176 of the Complaint.

10    177.    BMCC denies the allegations in paragraph 177 of the Complaint.

11    178.    BMCC denies the allegations in the first sentence of paragraph 178 of the
12    Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations
13    in paragraph 178 of the Complaint and therefore denies them.

14    179.    BMCC is without sufficient information or belief to admit the allegations in
15    paragraph 179 of the Complaint and therefore denies them.

16    180.    BMCC is without sufficient information or belief to admit the allegations in
17    paragraph 180 of the Complaint and therefore denies them.

18    181.    BMCC is without sufficient information or belief to admit the allegations in
19    paragraph 181 of the Complaint and therefore denies them.

20    182.    BMCC is without sufficient information or belief to admit the allegations in
21    paragraph 182 of the Complaint and therefore denies them.

22    183.    BMCC is without sufficient information or belief to admit the allegations in
23    paragraph 183 of the Complaint and therefore denies them.

24    184.    BMCC is without sufficient information or belief to admit the allegations in
25    paragraph 184 of the Complaint and therefore denies them.

26    185.    BMCC is without sufficient information or belief to admit the allegations in
27    paragraph 185 of the Complaint and therefore denies them.

28

1    186.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 186 of the Complaint and therefore denies them.  BMCC specifically denies that it

3    participated in any unlawful conspiracy.

4    187.    BMCC denies the allegations in paragraph 187 of the Complaint.

5    188.    BMCC denies the allegations in the first sentence of paragraph 188 of the

6    Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

7    in paragraph 188 of the Complaint and therefore denies them

8    189.    BMCC is without sufficient information or belief to admit the allegations in

9    paragraph 189 of the Complaint and therefore denies them.

10    190.    BMCC is without sufficient information or belief to admit the allegations in

11    paragraph 190 of the Complaint and therefore denies them.

12    191.    BMCC is without sufficient information or belief to admit the allegations in

13    paragraph 191 of the Complaint and therefore denies them.

14    192.    BMCC is without sufficient information or belief to admit the allegations in

15    paragraph 192 of the Complaint and therefore denies them.

16    193.    BMCC is without sufficient information or belief to admit the allegations in

17    paragraph 193 of the Complaint and therefore denies them.

18    194.    BMCC denies the allegations in the first sentence of paragraph 194 of the

19    Complaint.  BMCC is without sufficient information or belief to admit the remaining allegations

20    in paragraph 194 of the Complaint and therefore denies them.

21    195.    BMCC is without sufficient information or belief to admit the allegations in

22    paragraph 195 of the Complaint and therefore denies them.

23    196.    BMCC is without sufficient information or belief to admit the allegations in

24    paragraph 196 of the Complaint and therefore denies them.

25    197.    BMCC denies the allegations in paragraph 197 of the Complaint.

26    198.    BMCC denies the allegations in paragraph 198 of the Complaint.

27    199.    BMCC admits that it is located in China.  BMCC denies the other allegations in

28    paragraph 199 of the Complaint.

1     200.    BMCC is without sufficient information or belief to admit the allegations in

2  paragraph 200 of the Complaint and therefore denies them.

3     201.    BMCC is without sufficient information or belief to admit the allegations in

4  paragraph 201 of the Complaint and therefore denies them.

5     202.    BMCC is without sufficient information or belief to admit the allegations in

6  paragraph 202 of the Complaint and therefore denies them.

7     203.    BMCC is without sufficient information or belief to admit the allegations in

8  paragraph 203 of the Complaint and therefore denies them.

9     204.    BMCC is without sufficient information or belief to admit the allegations in

10  paragraph 204 of the Complaint and therefore denies them.

11     205.    BMCC denies the allegations in paragraph 205 of the Complaint.

12     206.    BMCC is without sufficient information or belief to admit the allegations in

13  paragraph 206 of the Complaint and therefore denies them.

14     207.    BMCC is without sufficient information or belief to admit the allegations in

15  paragraph 207 of the Complaint and therefore denies them.

16     208.    BMCC is without sufficient information or belief to admit the allegations in the

17  first and second sentences of paragraph 208 and therefore denies them.  BMCC denies the

18  remaining allegations in paragraph 208 of the Complaint.

19     209.    BMCC is without sufficient information or belief to admit the allegations in

20  paragraph 209 of the Complaint and therefore denies them.

21     210.    BMCC denies the allegations in paragraph 210 of the Complaint.

22     211.    BMCC is without sufficient information or belief to admit the allegations in

23  paragraph 211 of the Complaint and therefore denies them.

24     212.    BMCC is without sufficient information or belief to admit the allegations in

25  paragraph 212 of the Complaint and therefore denies them.

26     213.    BMCC is without sufficient information or belief to admit the allegations in

27  paragraph 213 of the Complaint and therefore denies them.

28     214.    BMCC denies the allegations in paragraph 214 of the Complaint.

1   215.    Paragraph 215 consists of conclusions of law to which no response is required.

2   To the extent that a response is required, BMCC denies the allegations in paragraph 215 of the

3   Complaint, including all subparagraphs thereto.

4                          **PLAINTIFFS' INJURIES**

5   216.    Paragraph 216 consists of conclusions of law to which no response is required.

6   To the extent that a response is required, BMCC denies the allegations in paragraph 216 of the

7   Complaint.

8   217.    Paragraph 217 consists of conclusions of law to which no response is required.

9   To the extent that a response is required, BMCC denies the allegations in paragraph 217 of the

10  Complaint.

11  218.    Paragraph 218 consists of conclusions of law to which no response is required.

12  To the extent that a response is required, BMCC denies the allegations in paragraph 218 of the

13  Complaint.

14  219.    BMCC is without sufficient information or belief to admit the allegations in

15  paragraph 219 of the Complaint and therefore denies them.

16  220.    BMCC denies the allegations in paragraph 220 of the Complaint.

17  221.    BMCC denies the allegations in paragraph 221 of the Complaint.

18  222.    BMCC denies the allegations in paragraph 222 of the Complaint.

19                        **FRAUDULENT CONCEALMENT**

20  223.    Paragraph 223 consists of conclusions of law to which no response is required.

21  To the extent that a response is required, BMCC denies the allegations in paragraph 223 of the

22  Complaint.

23  224.    Paragraph 224 consists of conclusions of law to which no response is required.

24  To the extent that a response is required, BMCC denies the allegations in paragraph 224 of the

25  Complaint.

26  225.    Paragraph 225 consists of conclusions of law to which no response is required.

27  To the extent that a response is required, BMCC denies the allegations in paragraph 225 of the

28  Complaint.

226.    Paragraph 226 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 226 of the Complaint.

227.    Paragraph 227 consists of conclusions of law to which no response is required. To the extent that a response is required, BMCC denies the allegations in paragraph 227 of the Complaint.

228.    BMCC denies the allegations in paragraph 228 of the Complaint.

229.    BMCC denies the allegations in paragraph 229 of the Complaint.

230.    BMCC denies the allegations in paragraph 230 of the Complaint.

231.    BMCC denies the allegations in paragraph 231 of the Complaint.

232.    BMCC is without sufficient information or belief to admit the allegations in paragraph 232 of the Complaint and therefore denies them.

233.    BMCC is without sufficient information or belief to admit the allegations in paragraph 233 of the Complaint and therefore denies them.

234.    BMCC denies the allegations in paragraph 234 of the Complaint.

235.    BMCC denies the allegations in paragraph 235 of the Complaint.

## CLAIM FOR VIOLATIONS

236.    In response to paragraph 236 of the Complaint, BMCC restates its responses to paragraphs 1 through 235.

237.    BMCC denies the allegations in paragraph 237 of the Complaint.

238.    BMCC denies the allegations in paragraph 238 of the Complaint.

239.    BMCC denies the allegations in paragraph 239 of the Complaint.

240.    BMCC denies the allegations in paragraph 240 of the Complaint.

241.    BMCC denies the allegations in paragraph 241 of the Complaint, including all subparagraphs thereto.

242.    BMCC denies the allegations in paragraph 242 of the Complaint.

243.    In response to paragraph 243 of the Complaint, BMCC restates its responses to paragraphs 1 through 242.

1    244.    BMCC is without sufficient information or belief to admit the allegations in

2    paragraph 244 of the Complaint and therefore denies them.

3    245.    BMCC is without sufficient information or belief to admit the allegations in

4    paragraph 245 of the Complaint and therefore denies them.  BMCC specifically denies that it that

5    it participated in any conspiracy or acted as a co-conspirator.

6    246.    BMCC denies the allegations in paragraph 246 of the Complaint.

7    247.    BMCC denies the allegations in paragraph 247 of the Complaint.

8    248.    BMCC denies the allegations in paragraph 248 of the Complaint, including all

9    subparagraphs thereto.

10    249.    BMCC denies the allegations in paragraph 249 of the Complaint, including all

11    subparagraphs thereto.

12    250.    BMCC denies the allegations in paragraph 250 of the Complaint.

13    251.    BMCC denies the allegations in paragraph 251 of the Complaint.

14    252.    In response to paragraph 252 of the Complaint, BMCC restates its responses to

15    paragraphs 1 through 251.

16    253.    BMCC denies the allegations in paragraph 253 of the Complaint.

17    254.    BMCC denies the allegations in paragraph 254 of the Complaint.

18    255.    BMCC denies the allegations in paragraph 255 of the Complaint, including all

19    subparagraphs thereto.

20    256.    BMCC denies the allegations in paragraph 256 of the Complaint, including all

21    subparagraphs thereto.

22    257.    BMCC denies the allegations in paragraph 257 of the Complaint.

23    258.    BMCC denies the allegations in paragraph 258 of the Complaint, including all

24    subparagraphs thereto.

25    259.    BMCC denies the allegations in paragraph 259 of the Complaint, including all

26    subparagraphs thereto.

27    260.    BMCC denies the allegations in paragraph 260 of the Complaint, including all

28    subparagraphs thereto.

1     261.    BMCC denies the allegations in paragraph 261 of the Complaint, including all
2  subparagraphs thereto.

3     262.    BMCC denies the allegations in paragraph 262 of the Complaint, including all
4  subparagraphs thereto.

5     263.    BMCC denies the allegations in paragraph 263 of the Complaint, including all
6  subparagraphs thereto.

7     264.    BMCC denies the allegations in paragraph 264 of the Complaint, including all
8  subparagraphs thereto.

9     265.    BMCC denies the allegations in paragraph 265 of the Complaint, including all
10  subparagraphs thereto.

11     266.    BMCC denies the allegations in paragraph 266 of the Complaint, including all
12  subparagraphs thereto.

13     267.    BMCC denies the allegations in paragraph 267 of the Complaint, including all
14  subparagraphs thereto.

15     268.    BMCC denies the allegations in paragraph 268 of the Complaint, including all
16  subparagraphs thereto.

17     269.    BMCC denies the allegations in paragraph 269 of the Complaint, including all
18  subparagraphs thereto.

19     270.    BMCC denies the allegations in paragraph 270 of the Complaint, including all
20  subparagraphs thereto.

21     271.    BMCC denies the allegations in paragraph 271 of the Complaint, including all
22  subparagraphs thereto.

23     272.    BMCC denies the allegations in paragraph 272 of the Complaint, including all
24  subparagraphs thereto.

25     273.    BMCC denies the allegations in paragraph 273 of the Complaint, including all
26  subparagraphs thereto.

27

28

## PRAYER FOR RELIEF

Plaintiffs' Prayer for Relief does not contain allegations of fact or law that require a response from BMCC; however, to the extent that a response is required, BMCC denies the allegations in the Prayer for Relief and all subparagraphs therein, and denies that the relief sought by Plaintiffs is appropriate or available.

## JURY TRIAL DEMANDED

Plaintiffs' request for a jury trial does not contain allegations of fact or law that require a response from BMCC.

## DEFENSES

Without assuming any burden of proof that it otherwise would not bear under applicable law, BMCC asserts the following defenses to each and every cause of action alleged in the Complaint:

## FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, by applicable statute(s) of limitations.

## THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of unclean hands, *in pari delicto* and equal responsibility.

## FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver and/or estoppel.

## FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

## SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or otherwise unauthorized.

1

## SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs lack standing to assert them individually or as a class.

## EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege fraud or fraudulent concealment with sufficient particularity.

## NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have failed to allege conspiracy with sufficient particularity.

## TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs did not detrimentally rely upon any deceptive conduct as alleged in the Complaint.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered any injury in fact or damages as a result of the allegations in the Complaint.

## TWELFTH DEFENSE

To the extent that Plaintiffs purport to have suffered injury or damages, the fact of which BMCC specifically denies, BMCC avers that any such purported injury or damages was not by reason of, or proximately caused by, any act, conduct or omission of BMCC.

## THIRTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have not suffered actual, cognizable antitrust injury of the type the antitrust laws are intended to remedy.

## FOURTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged damages are too speculative and uncertain, and cannot be practicably ascertained or allocated.

1

**FIFTEENTH DEFENSE**

2     Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC

3    that is the subject of the Complaint either occurred outside the jurisdiction of the Court or was

4    neither directed to nor affected persons, entities, trade or commerce in the United States, or both.

5

**SIXTEENTH DEFENSE**

6     Plaintiffs' claims are barred, in whole or in part, by the Foreign Trade Antitrust

7    Improvements Act, 15 U.S.C. § 6a.  The conduct alleged by Plaintiffs in the Complaint to form

8    the basis of certain of Plaintiffs' claims has not had a direct, substantial, and reasonably

9    foreseeable effect on trade or commerce with the United States.

10

**SEVENTEENTH DEFENSE**

11     Plaintiffs are precluded from recovering damages, in whole or in part, because of and to

12    the extent of their failure to mitigate damages, if any.

13

**EIGHTEENTH DEFENSE**

14     Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable parties.

15

**NINETEENTH DEFENSE**

16     Plaintiffs' damages, if any, resulted from the acts or omissions of third parties over whom

17    BMCC had no control.  The acts of such third parties constitute intervening or superseding

18    causes of harm, if any, suffered by Plaintiffs.

19

**TWENTIETH DEFENSE**

20     Plaintiffs' claims are barred, in whole or in part, because any action or omission by or on

21    behalf of BMCC alleged in the Complaint was reasonable, justified, and was taken in pursuit of

22    its own independent, legitimate business and economic interests, without any purpose or intent to

23    injure competition.

24

**TWENTY-FIRST DEFENSE**

25     Plaintiffs' claims are barred, in whole or in part, because the conduct of BMCC that is the

26    subject of the Complaint did not unreasonably restrain competition or lessen competition in any

27    relevant market, and Plaintiffs have failed to allege or properly define any relevant market for the

28    purpose of asserting a claim against BMCC.

1

### TWENTY-SECOND DEFENSE

2   Plaintiffs' claims are barred, in whole or in part, to the extent they are based on alleged

3   acts, conduct, or statements that are specifically permitted by law.

4

### TWENTY-THIRD DEFENSE

5   Plaintiffs' claims are barred, in whole or in part, to the extent such claims are inconsistent

6   with applicable federal laws.

7

### TWENTY-FOURTH DEFENSE

8   Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive

9   relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the

10  requisite showing of threatened harm or continuing harm.

11

### TWENTY-FIFTH DEFENSE

12  The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs and/or

13  certain members of the putative classes would be unjustly enriched if they were allowed to

14  recover any part of the damages alleged in the Complaint.

15

### TWENTY-SIXTH DEFENSE

16  To the extent that any actionable conduct occurred, Plaintiffs' claims against BMCC are

17  barred because all such conduct would have been committed by individuals acting *ultra vires*.

18

### TWENTY-SEVENTH DEFENSE

19  Plaintiffs' claims against BMCC are barred to the extent that they have agreed to

20  arbitration or chosen a different forum for the resolution of their claims.

21

### TWENTY-EIGHTH DEFENSE

22  The relief sought by Plaintiffs is barred, in whole or in part, because any and all injuries

23  alleged in the Complaint, the fact and extent of which BMCC specifically denies, were directly

24  and proximately caused or contributed to by the statements, acts, and/or omissions of Plaintiffs

25  and/or third parties or entities, other than BMCC.

26

27

28

## TWENTY-NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs did not purchase CRT products directly from Defendants, because they are indirect purchasers and barred from maintaining an action under 15 U.S.C. **§** 1 for alleged injuries in that capacity.

## THIRTIETH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to BMCC.

## THIRTY-FIRST DEFENSE

Plaintiffs' claims are barred because the Court lacks personal jurisdiction over BMCC.[1]

## THIRTY-SECOND DEFENSE

Without admitting that Plaintiffs are entitled to recover damages in this matter, BMCC is entitled to set off from any recovery Plaintiffs may obtain against BMCC by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

## THIRTY-THIRD DEFENSE

Plaintiffs' claims are barred due to uncertainty and vagueness and because their claims are ambiguous and/or unintelligible.  BMCC avers that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit BMCC to ascertain what other defenses may exist.

## THIRTY-FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of BMCC involved or was caused by, due to, compelled by, based upon, or in response to directives, laws, regulations, policies, and/or acts of foreign states, foreign governments, foreign governmental agencies and entities, and/or foreign regulatory agencies.

---

[1]      BMCC expressly reserves its right to seek dismissal of this Complaint, including for lack of personal jurisdiction.  BMCC maintains that the Court's ruling on the Special Master's May 31, 2012 Report and Recommendation (Dkt 1221) in 3:07-cv-05944-SC; MDL No. 1917, will allow BMCC to file a streamlined and persuasive motion to dismiss, including for lack of personal jurisdiction.  Despite BMCC's explanation that a short delay to allow the court to rule on the Report and Recommendation would bring greater clarity to the motion and preserve both the parties' and judicial resources, counsel for Plaintiffs refused BMCC's request for an extension until after the Court's ruling.  Accordingly, BMCC hereby reserves all defenses including personal jurisdiction and will file a motion to dismiss once the Court has ruled on the Special Master's Proposed Report and Recommendation.

**THIRTY-FIFTH DEFENSE**

This Court should not adjudicate Plaintiffs' claims for prudential considerations including international comity.

**THIRTY-SIXTH DEFENSE**

The relief sought by Plaintiffs is barred, in whole or in part, because any alleged conduct of BMCC occurred outside of the jurisdiction of the Court.

**THIRTY-SEVENTH DEFENSE**

Plaintiffs' claims are barred to the extent that they are based on conduct beyond the territorial reach of the laws or courts of the United States.

**THIRTY-EIGHTH DEFENSE**

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

**THIRTY-NINTH DEFENSE**

The injunctive relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs have available an adequate remedy at law.

**FORTIETH DEFENSE**

BMCC adopts and incorporates by reference any applicable defense asserted or to be asserted by any other Defendant in this proceeding not otherwise expressly set forth herein insofar as the defense(s) may be properly asserted by BMCC.

**FORTY-FIRST DEFENSE**

BMCC has not knowingly or intentionally waived any applicable defenses and hereby reserves the right to amend or supplement its Answer and to assert and rely on any other defenses as and if they become available.  BMCC further reserves the right to delete defenses that it determines are not applicable.

**FORTY-SECOND DEFENSE**

Plaintiffs' claims are barred because they have not properly served BMCC in this matter.[2]

---

[2]    BMCC expressly reserves its right to file a motion to dismiss for improper service.  As noted above, BMCC maintains that the Court's ruling on the Special Master's May 31, 2012 Report and Recommendation (Dkt

DEFENDANT BMCC'S ANSWER TO COMPLAINT BY PLAINTIFFS TARGET CORP.; SEARS, ROEBUCK, AND CO.; KMART CORP.; OLD COMP. INC.; GOOD GUYS, INC.; AND RADIOSHACK CORP.
(Case No. 3:07-cv-5994-SC; MDL 1917)                                                                         -27-

WHEREFORE, BMCC prays that:

1.     The Court dismiss with prejudice Plaintiffs Target Corp.; Sears, Roebuck, and Co.; Kmart Corp.; Old Comp. Inc.; Good Guys, Inc.; and Radioshack Corp's Complaint;

2.     Plaintiffs recover no relief of any kind against defendant BMCC;

3.     The Court award defendant BMCC its attorneys' fees and all other costs reasonably incurred in defense of this action; and

4.     The Court award to defendant BMCC such other relief as it may deem just and proper.

Dated: September 14, 2012                    FRESHFIELDS BRUCKHAUS
                                             DERINGER US LLP

                                             By:/s/ Richard Snyder
                                                 Richard Snyder (admitted *pro hac vice*)
                                                 Freshfields Bruckhaus Deringer
                                                  US LLP
                                                 Email: richard.snyder@freshfields.com
                                                 701 Pennsylvania Avenue NW, Suite 600
                                                 Washington, DC  20004
                                                 Tel: (202) 777-4565
                                                 Fax: (202) 777-4555

                                             ***Attorney for Defendant Beijing
                                             Matsushita Color CRT Co., Ltd.***

1221) in 3:07-cv-05944-SC; MDL No. 1917, will allow BMCC to file a streamlined and persuasive motion to dismiss, including for improper service.  Despite BMCC's explanation that a short delay to allow the court to rule on the Report and Recommendation would bring greater clarity to the motion and preserve both the parties' and judicial resources, counsel for Plaintiffs refused BMCC's request for an extension until after the Court's ruling. Accordingly, BMCC hereby reserves all defenses including personal jurisdiction and will file a motion to dismiss once the Court has ruled on the Special Master's Proposed Report and Recommendation.

DEFENDANT BMCC'S ANSWER TO COMPLAINT BY PLAINTIFFS TARGET CORP.; SEARS, ROEBUCK, AND CO.; KMART CORP.; OLD COMP. INC.; GOOD GUYS, INC.; AND RADIOSHACK CORP.

(Case No. 3:07-cv-5994-SC; MDL 1917)                                          -28-

**CERTIFICATE OF SERVICE**

1

2        I, Richard Snyder, declare that I am over the age of eighteen (18) and not a party to the

3    within action.  I am an associate with the law firm of Freshfields Bruckhaus Deringer US LLP,

4    701 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

5        On September 14, 2012, I caused a copy of **DEFENDANT BEIJING MATSUSHITA**

6    **COLOR CRT CO., LTD.'S ANSWER TO COMPLAINT BY TARGET CORP.; SEARS,**

7    **ROEBUCK, AND CO.; KMART CORP.; OLD COMP. INC.; GOOD GUYS, INC.; AND**

8    **RADIOSHACK CORP.** to be filed electronically via the Court's Electronic Case Filing

9    System, which constitutes service in this action pursuant to the Court's order of September 29,

10   2008.

11

12   Dated:  September 14, 2012               FRESHFIELDS BRUCKHAUS
                                             DERINGER US LLP
13
                                             By:/s/ *Richard Snyder*
14                                                 Richard Snyder (admitted *pro hac vice*)
                                                   Freshfields Bruckhaus Deringer
15                                                  US LLP
                                                   Email: richard.snyder@freshfields.com
16                                                 701 Pennsylvania Avenue NW, Suite 600
                                                   Washington, DC  20004
17                                                 Tel: (202) 777-4565
                                                   Fax: (202) 777-4555
18
                                             *Attorney for Defendant Beijing*
19                                           *Matsushita Color CRT Co., Ltd.*

20

21

22

23

24

25

26

27

28

DEFENDANT BMCC'S ANSWER TO COMPLAINT BY PLAINTIFFS TARGET CORP.; SEARS, ROEBUCK,
AND CO.; KMART CORP.; OLD COMP. INC.; GOOD GUYS, INC.; AND RADIOSHACK CORP.