IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. Case No. 3:07-cv-5944 SC<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE**<br><br>Date:   September 27, 2012<br>Time:   1:00 p.m.<br>JAMS:  Two Embarcadero Center, Suite 1500<br>Judge:  Honorable Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.) |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE

The Motion of Mitsubishi Electric & Electronics USA, Inc. ("MEUS") and Mitsubishi Digital Electronics Americas, Inc. ("MDEA"), (collectively "Proposed Intervenors") for leave to intervene in the above-entitled action in order to file instanter their Opposition to Indirect Purchaser Plaintiffs' Motion for Leave To File Amended Complaint ("Plaintiffs' Motion for Leave To Amend") having come before the Court and good cause appearing therefore,

**IT IS HEREBY RECOMMENDED** that the Proposed Intervenors' Motion for Leave To Intervene for the limited purpose of opposing the Plaintiffs' Motion for Leave To Amend is **GRANTED**, and MEUS and MDEA are authorized to oppose Plaintiffs' Motion for Leave To Amend as intervenors.

DATED: September___, 2012

_____
Hon. Charles A. Legge
Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER**

DATED: September___, 2012

_____
Hon. Samuel A. Conti
U.S. District Court Judge