| | |
|---|---|
| 1 | Brent Caslin (Cal. Bar. No. 198682) |
| 2 | JENNER & BLOCK LLP<br>633 West Fifth Street |
| 3 | Suite 3600<br>Los Angeles, CA  90071 |
| 4 | Telephone:  213 239-5100 |
| 5 | Facsimile:   213 239-5199<br>bcaslin@jenner.com |
| 6 | |
| 7 | Terrence J. Truax (*pro hac vice to be filed*)<br>Michael T. Brody (*pro hac vice to be filed*) |
| 8 | JENNER & BLOCK LLP<br>353 N. Clark Street |
| 9 | Chicago, IL 60654-3456<br>Telephone:   312 222-9350 |
| 10 | Facsimile:    312 527-0484<br>ttruax@jenner.com |
| 11 | mbrody@jenner.com |

*Attorneys for Proposed Intervenors*
*Mitsubishi Electric & Electronics USA, Inc. and*
*Mitsubishi Digital Electronics Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**CERTIFICATE OF SERVICE** |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

**CERTIFICATE OF SERVICE**

I, Brent Caslin, declare as follows:

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed in with the law firm of JENNER & BLOCK LLP, whose address is 633 West Fifth Street, Suite 3600, Los Angeles, CA 90071.

I further declare that on September 14, 2012, I served a true and correct copy of the following documents:

1) **MITSUBISHI ELECTRIC'S NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE**

2) **MITSUBISHI ELECTRIC'S OPPOSITION TO INDIRECT PURCHASERS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

3) **[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE**

[ X ]  **Electronic Filing**: by serving a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 14, 2012 at Los Angeles, California.

By: /s/ Brent Caslin
Brent Caslin