Robert A. Sacks (CSB No. 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 712-6600 (telephone)
(310) 712-8800 (facsimile)

Laura Kabler Oswell (SBN 241281)
(oswelll@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Intervenor Thomson
Consumer Electronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] REPORT AND RECOMMENDATION GRANTING MOTION OF THOMSON CONSUMER ELECTRONICS, INC. TO INTERVENE** <br><br> Date: September 27, 2012 <br> Time: 1:00 p.m. <br> JAMS: Two Embarcadero Center, Suite 1500 <br> Judge: Hon. Samuel Conti <br> Special Master: Hon. Charles A. Legge (Ret.) <br><br> [MOTION TO INTERVENE; ADMINISTRATIVE MOTION TO SHORTEN TIME; AND DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF ADMINISTRATIVE MOTION; FILED CONCURRENTLY HEREWITH] |
| This Document Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS. | |

SULLIVAN
&
CROMWELL LLP

1  To the Honorable Samuel Conti, United States District Judge:

2        On September 14, 2012, Intervenor Thomson Consumer Electronics, Inc. ("Thomson
3  Consumer") filed its Motion to Intervene.  In the Motion to Intervene, Thomson Consumer seeks the
4  Court's permission to intervene in the above-titled action for the limited purpose of opposing the
5  Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion for Leave to Amend Complaint (Dkt. No. 1325),
6  which proposes to add Thomson Consumer as a defendant in this action.

7        Having carefully considered the briefs and other submissions of the parties, as well as
8  oral arguments by counsel at the hearing, the Special Master recommends that the Motion to Intervene
9  should be GRANTED.

11  DATED:_____       _____

12                      Hon. Charles A. Legge
                    United States District Judge (Ret.)
13                      Special Master

15  The Report and Recommendations are Accepted and Ordered / Denied / Modified.

16  DATED:_____       _____

17                      Hon. Samuel Conti
18                      United States District Judge

SULLIVAN
&
CROMWELL LLP

1

[PROPOSED] REPORT AND RECOMMENDATION GRANTING MOTION TO INTERVENE Case No. CV-07-5944-SC