1   Robert A. Sacks (CSB No. 150146)
    (sacksr@sullcrom.com)
2   SULLIVAN & CROMWELL LLP
    1888 Century Park East, Suite 2100
3   Los Angeles, California 90067
    (310) 712-6600 (telephone)
4   (310) 712-8800 (facsimile)

5   Laura Kabler Oswell (SBN 241281)
    (oswelll@sullcrom.com)
6   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
7   Palo Alto, California 94303
    Telephone:    (650) 461-5600
8   Facsimile:    (650) 461-5700

9   Attorneys for Intervenor Thomson
    Consumer Electronics, Inc.

10

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14                 SAN FRANCISCO DIVISION

15  IN RE:  CATHODE RAY TUBE (CRT)        )   Case No.  07-5944-SC
    ANTITRUST LITIGATION                   )
16                                         )   MDL No. 1917
                                           )
17  ──────────────────────────────────    )   **ADMINISTRATIVE MOTION OF**
                                           )   **THOMSON CONSUMER ELECTRONICS,**
18  This Document Relates to:              )   **INC. TO SHORTEN TIME ON ITS**
                                           )   **MOTION TO INTERVENE**
19  ALL INDIRECT PURCHASER ACTIONS.        )
                                           )   Date:  September 27, 2012
20                                         )   Time:  1:00 p.m.
                                           )   JAMS:  Two Embarcadero Center, Suite 1500
21                                         )   Judge: Hon. Samuel Conti
                                           )   Special Master: Hon. Charles A. Legge (Ret.)
22                                         )
                                           )   [MOTION TO INTERVENE;
23                                         )   DECLARATION OF LAURA KABLER
                                           )   OSWELL IN SUPPORT OF
24                                         )   ADMINISTRATIVE MOTION; AND
                                           )   [PROPOSED] ORDER FILED
25  ──────────────────────────────────    )   CONCURRENTLY HEREWITH]

26

27

28

SULLIVAN
&
CROMWELL LLP

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rules 6-3 and 7-11, Thomson Consumer Electronics, Inc. ("Thomson Consumer") seeks an order to shorten time for the hearing on Thomson Consumer's Motion for Leave to Intervene, filed concurrently herewith (the "Motion to Intervene").  Thomson Consumer seeks leave to intervene in the above-titled action for the limited purpose of opposing the Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion for Leave to Amend Complaint (Dkt. No. 1325) (the "Motion to Amend"), which proposes to add Thomson Consumer as a defendant in this action.

Thomson Consumer respectfully requests that the hearing date on the Motion to Intervene be set for September 27, 2012, the same date as Plaintiffs' Motion to Amend, so that, if the Motion to Intervene is granted, Thomson Consumer can be heard on its opposition to the Motion to Amend at that hearing.

On September 14, 2012, Plaintiffs' counsel informed Thomson Consumer's counsel that they would not oppose this administrative motion, but would reserve their rights under the parties' Stipulation to Extend Time (Dkt. No. 1343).  (Declaration of Laura Kabler Oswell in Support of Thomson Consumer's Administrative Motion to Shorten Time, Ex. A.)

Dated:  September 14, 2012

Respectfully submitted,

/s/ Robert A. Sacks

Robert A. Sacks (CSB No. 150146)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 712-6600 (telephone)
(310) 712-8800 (facsimile)

Laura Kabler Oswell (CSB No. 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
(650) 461-5600 (telephone)
(650) 461-5700 (facsimile)

Attorneys for Intervenor Thomson
Consumer Electronics, Inc.