Robert A. Sacks (CSB No. 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 712-6600 (telephone)
(310) 712-8800 (facsimile)

Laura Kabler Oswell (SBN 241281)
(oswelll@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

Attorneys for Intervenor Thomson
Consumer Electronics, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF ADMINISTRATIVE MOTION OF THOMSON CONSUMER ELECTRONICS, INC. TO SHORTEN TIME ON ITS MOTION TO INTERVENE**<br><br>Date: September 27, 2012<br>Time: 1:00 p.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>[ADMINISTRATIVE MOTION; MOTION TO INTERVENE; AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH] |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS. | |

I, Laura Kabler Oswell declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of California, and associated with the firm of Sullivan & Cromwell LLP, counsel to Intervenor Thomson Consumer Electronics, Inc. ("Thomson Consumer"). I submit this Declaration in support of Thomson Consumer's Administrative Motion to Shorten Time (the "Administrative Motion").

2. On September 13, 2012, I contacted counsel for the Indirect Purchaser Plaintiffs ("Plaintiffs") via email to ask whether they would oppose the Administrative Motion.

3. On September 14, 2012, Plaintiffs' counsel responded that Plaintiffs would not oppose the Administrative Motion but would reserve their rights under the Stipulation to Extend Time (Dkt. No. 1343).

4. A copy of my email and Plaintiffs' counsel's response thereto is attached as Exhibit A to this Declaration.

Executed this 14th day of September 2012, at Palo Alto, California

                          /s/ Laura Kabler Oswell
                            Laura Kabler Oswell

**EXHIBIT A**

# Oswell, Laura Kabler

| | |
|---|---|
| **From:** | Mario Alioto [malioto@tatp.com] |
| **Sent:** | Friday, September 14, 2012 8:47 AM |
| **To:** | Oswell, Laura Kabler; 'laurenrussell@tatp.com' |
| **Subject:** | Re: CRT - Thomson motion for leave to intervene |

We will not oppose it, but we are reserving our rights under the Stipulation to alter the briefing schedule on all of these matters if need be.


On Thu, 13 Sep 2012 21:33:08 -0700
"Oswell, Laura Kabler" <oswelll@sullcrom.com> wrote:
> Mario, I received your voicemail this evening about the
>motion to intervene and passed your message on to Mike
>Brody, counsel to Mitsubishi as you requested.
> We also intend to file a motion to shorten time on our
>motion to intervene tomorrow so that everything may be
>resolved at the September 27 hearing.
> Please let me know if you will oppose our motion to
>shorten time.
> Thank you,
> Laura
>
>From: Oswell, Laura Kabler
> Sent: Thursday, September 13, 2012 1:27 PM
> To: malioto@tatp.com; laurenrussell@tatp.com
> Subject: CRT - Thomson motion for leave to intervene
>
> Mario and Lauren, following up on the voicemails I left
>for Mario a few minutes ago and for Lauren yesterday,
>could you please let me know if the Indirect Plaintiffs
>oppose Thomson's motion for leave to intervene for
>purposes of opposing the Indirect Plaintiffs' motion to
>amend?  The motion for leave to intervene will be filed
>along with the opposition tomorrow.
> Thank you,
> Laura
>
> Laura Kabler Oswell
> Sullivan & Cromwell LLP
> 1870 Embarcadero Road
> Palo Alto, California 94303
>
> 650.461.5679 - direct
> 650.461.5600 - main
> 650.461.5746 - fax
>
>
> _____
> This e-mail is sent by a law firm and contains
>information that may be privileged and confidential. If
>you are not the intended recipient, please delete the
>e-mail and notify us immediately.