Robert A. Sacks (CSB No. 150146)
(sacksr@sullcrom.com)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
(310) 712-6600 (telephone)
(310) 712-8800 (facsimile)

Laura Kabler Oswell (SBN 241281)
(oswelll@sullcrom.com)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

Attorneys for Intervenor Thomson
Consumer Electronics, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.  07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF THOMSON CONSUMER ELECTRONICS, INC. TO SHORTEN TIME ON ITS MOTION TO INTERVENE** |
| | Date:  September 27, 2012<br>Time:  1:00 p.m.<br>JAMS:  Two Embarcadero Center, Suite 1500<br>Judge:  Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| | [ADMINISTRATIVE MOTION TO SHORTEN TIME; MOTION TO INTERVENE; AND DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF ADMINISTRATIVE MOTION; FILED CONCURRENTLY HEREWITH] |

SULLIVAN
&
CROMWELL LLP

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rules 6-3 and 7-11, Thomson Consumer Electronics, Inc. ("Thomson Consumer") seeks an order to shorten time for the hearing on Thomson Consumer's Motion for Leave to Intervene, filed concurrently herewith (the "Motion to Intervene").  Thomson Consumer seeks leave to intervene in the above-titled action for the limited purpose of opposing the Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion for Leave to Amend Complaint (Dkt. No. 1325) (the "Motion to Amend"), which proposes to add Thomson Consumer as a defendant in this action.

Thomson Consumer respectfully requests that the hearing date on the Motion to Intervene be set for September 27, 2012, the same date as Plaintiffs' Motion to Amend, so that, if the Motion to Intervene is granted, Thomson Consumer can be heard on its opposition to the Motion to Amend at that hearing.

On September 14, 2012, Plaintiffs counsel informed Thomson Consumer's counsel that they would not oppose this administrative motion, but would reserve its rights under the parties Stipulation to Extend Time (Dkt. No. 1343).  (Declaration of Laura Kabler Oswell in Support of Thomson Consumer's Administrative Motion to Shorten Time, Ex. A.)

Dated:  September 14, 2012                Respectfully submitted,


                                          /s/ Robert A. Sacks
                                         Robert A. Sacks (CSB No. 150146)
                                         SULLIVAN & CROMWELL LLP
                                         1888 Century Park East, Suite 2100
                                         Los Angeles, California 90067
                                         (310) 712-6600 (telephone)
                                         (310) 712-8800 (facsimile)

                                         Laura Kabler Oswell (CSB No. 241281)
                                         SULLIVAN & CROMWELL LLP
                                         1870 Embarcadero Road
                                         Palo Alto, California 94303
                                         (650) 461-5600 (telephone)
                                         (650) 461-5700 (facsimile)

                                         Attorneys for Intervenor Thomson
                                         Consumer Electronics, Inc.