1   Robert A. Sacks (CSB No. 150146)
    (sacksr@sullcrom.com)
2   SULLIVAN & CROMWELL LLP
    1888 Century Park East, Suite 2100
3   Los Angeles, California 90067
    (310) 712-6600 (telephone)
4   (310) 712-8800 (facsimile)

5   Laura Kabler Oswell (SBN 241281)
    (oswelll@sullcrom.com)
6   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
7   Palo Alto, California 94303
    Telephone:     (650) 461-5600
8   Facsimile:     (650) 461-5700

9   Attorneys for Intervenor Thomson
    Consumer Electronics, Inc. and
10  Thomson S.A. (Specially Appearing)

11

12                          UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15
    IN RE:  CATHODE RAY TUBE (CRT)      )   Case No.  07-5944-SC
16  ANTITRUST LITIGATION                )
                                        )   MDL No. 1917
17  ─────────────────────────────────  )
                                        )   [PROPOSED] REPORT AND
18  This Document Relates to:           )   RECOMMENDATION DENYING
                                        )   INDIRECT PURCHASER PLAINTIFFS'
19  ALL INDIRECT PURCHASER ACTIONS.     )   MOTION TO FOR
                                        )   LEAVE TO AMEND COMPLAINT
20                                      )
                                        )   Date:  September 27, 2012
21                                      )   Time:  1:00 p.m.
                                        )   JAMS:  Two Embarcadero Center, Suite 1500
22                                      )   Judge:  Hon. Samuel Conti
                                        )   Special Master: Hon. Charles A. Legge (Ret.)
23                                      )
                                        )   [OPPOSITION; AND DECLARATION OF
24                                      )   LAURA KABLER OSWELL FILED
                                        )   CONCURRENTLY HEREWITH]
25  ─────────────────────────────────  )

26

27

28

SULLIVAN
&
CROMWELL LLP

To the Honorable Samuel Conti, United States District Judge:

On August 22, 2012, Indirect Purchaser Plaintiffs' filed their Motion for Leave to Amend the Complaint (Dkt. No. 1235) (the "Motion to Amend"). In the Motion to Amend, Plaintiffs seek to add Thomson Consumer Electronics, Inc. and Thomson S.A. (collectively, "Thomson") as defendants in this action. On September 14, 2012 Thomson Consumer Electronics. Inc. moved to intervene and, with Thomson S.A., specially appearing, filed their Opposition to the Motion to Amend.

Having carefully considered the briefs and other submissions of the parties, as well as oral arguments by counsel at the hearing, the Special Master recommends that the Motion to Amend should be DENIED as to Thomson.

DATED:_____          _____

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

The Report and Recommendations are Accepted and Ordered / Denied / Modified.

DATED:_____          _____

Hon. Samuel Conti
United States District Judge