SHARON D. MAYO (SBN 150469)
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
E-mail: sharon.mayo@aporter.com

DOUGLAS L. WALD (*Pro Hac Vice*)
WILSON D. MUDGE (*Pro Hac Vice*)
YONGSANG KIM (*Pro Hac Vice*)
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
E-mail: douglas.wald@aporter.com
wilson.mudge@aporter.com
yongsang.kim@aporter.com

*Attorneys for Defendants LG Electronics, Inc.;
LG Electronics USA, Inc.; and LG Electronics
Taiwan Taipei Co., Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| | **STIPULATION REGARDING CLASS CERTIFICATION BRIEFING SCHEDULE** |
| ALL INDIRECT PURCHASER ACTIONS | |

WHEREAS, on July 20, 2012, the Court entered an Order upon the Recommendation of the Special Master, (Docket No. 1267), setting a briefing schedule for the Indirect Purchaser Plaintiffs' motion for class certification;

WHEREAS, the dates for the moving and responding briefs were inadvertently set for Sundays;

WHEREAS, the parties, in consultation with the Special Master, agree that the briefing schedule should be adjusted;

NOW, THEREFORE, the parties hereby stipulate as follows:

Indirect Purchaser Plaintiffs shall file their motion for class certification and expert reports by October 1, 2012. Defendants shall file their opposition and expert reports regarding Indirect Purchaser Plaintiffs' class certification motion by December 10, 2012 (70 days after motion is filed). Indirect purchaser Plaintiffs shall file their class certification reply and rebuttal expert reports by January 24, 2013 (45 days after opposition).

IT IS SO STIPULATED.

DATED: September 17, 2012          TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: */s/ Mario N. Alioto*
MARIO N. ALIOTO (SBN 56433)
malioto@tatp.com
LAUREN C. RUSSELL (SBN 241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

| | |
|---|---|
| 1 | ARNOLD & PORTER LLP |
| 2 | |
| 3 | By:   /s/ Sharon D. Mayo<br>SHARON D. MAYO (SBN 150469)<br>sharon.mayo@aporter.com |
| 4 | **ARNOLD & PORTER LLP**<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California  94111-4024 |
| 5 | Telephone:  (415) 471-3100<br>Facsimile:  (415) 471-3400 |
| 6 | |
| 7 | DOUGLAS L. WALD (*Pro Hac Vice*)<br>douglas.wald@aporter.com<br>WILSON D. MUDGE (*Pro Hac Vice*) |
| 8 | wilson.mudge@aporter.com<br>YONGSANG KIM (*Pro Hac Vice*) |
| 9 | yongsang.kim@aporter.com<br>**ARNOLD & PORTER LLP** |
| 10 | 555 Twelfth Street, NW<br>Washington, DC  20004<br>Telephone:  (202) 942-5000 |
| 11 | Facsimile:  (202) 942-5999 |
| 12 | *Attorneys for Defendants LG Electronics, Inc.; LG,*<br>*LG Electronics USA, Inc.; and LG Electronics* |
| 13 | *Taiwan Taipei Co., Ltd.* |
| 14 | WINSTON & STRAWN LLP |
| 15 | By:   /s/ Jeffrey L. Kessler |
| 16 | JEFFREY L. KESSLER (pro hac vice)<br>E:mail: JKessler@winston.com<br>A. PAUL VICTOR (pro hac vice) |
| 17 | E:mail: PVictor@winston.com<br>EVA COLE (pro hac vice) |
| 18 | E:mail: EWCole@winston.com<br>MOLLY M. DONOVAN<br>E:mail: MMDonovan@winston.com |
| 19 | **WINSTON & STRAWN LLP**<br>200 Park Avenue |
| 20 | New York, NY 10166<br>Telephone: (212) 294-6700 |
| 21 | |
| 22 | STEVEN A. REISS (pro hac vice)<br>E-mail: steven.reiss@weil.com<br>DAVID L. YOHAI (pro hac vice) |
| 23 | E-mail: david.yohai@weil.com<br>ADAM C. HEMLOCK (pro hac vice) |
| 24 | E-mail: adam.hemlock@weil.com<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue |
| 25 | New York, New York 10153-0119<br>Telephone: (212) 310-8000 |
| 26 | Facsimile: (212) 310-8007 |
| 27 | *Attorneys for Defendants Panasonic Corporation*<br>*(f/k/a Matsushita Electric Industrial Co., Ltd.),* |
| 28 | *Panasonic Corporation of North America, MT*<br>*Picture Display Co., Ltd.* |

FRESHFIELDS BRUCKHAUS DERINGER US LLP

By:  */s/ Terry Calvani*
TERRY CALVANI (SBN 53260)
E-mail: terry.calvani@freshfields.com
CHRISTINE LACIAK (Admitted Pro Hac Vice)
E-mail: christine.laciak@freshfields.com
RICHARD SNYDER (Admitted Pro Hac Vice)
E-mail: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue NW, Suite 600
Washington, DC  20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Kent M. Roger*
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (pro hac vice)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (pro hac vice)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

O'MELVENY & MYERS LLP

By: */s/ Ian Simmons*
IAN SIMMONS (pro hac vice)
Email: isimmons@omm.com
BEN BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

WHITE & CASE LLP

By: */s/ Christopher M. Curran*
CHRISTOPHER M. CURRAN (pro hac vice)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

|   |   |
|---|---|
| | BAKER BOTTS LLP |
| | By: _/s/ John M. Taladay_____ |
| | JOHN M. TALADAY |
| | E-mail: john.taladay@bakerbotts.com |
| | ERIC BERMAN |
| | E-mail: eric.berman@bakerbotts.com |
| | **BAKER BOTTS LLP** |
| | 1299 Pennsylvania Avenue, NW |
| | Washington D.C. 20004-2400 |
| | Telephone: (202) 639-7700 |
| | Facsimile: (202) 639-7890 |
| | *Attorneys for Defendants Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V.; and Philips Electronics North America Corporation* |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Sharon D. Mayo, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of September, 2012, at San Francisco, California.

_____/s/ Sharon D. Mayo_____