Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba*
*America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |

This Document Relates to:

Case No. C 11-6397 SC

COSTCO WHOLESALE CORPORATION,

                    Plaintiff,

    v.

HITACHI, LTD., et al.,

                    Defendants.

DENYING

**[PROPOSED]~~ ORDER ~~GRANTING~~
THE TOSHIBA DEFENDANTS'
ADMINISTRATIVE MOTION TO
FILE DOCUMENT UNDER SEAL
PURSUANT TO CIVIL LOCAL
RULES 7-11 AND 79-5(d)**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1      Upon consideration of the Toshiba Defendants' Administrative Motion to File

2 Document Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in

3 connection with the Toshiba Defendants' Motion to Compel Arbitration, it is hereby

4      ORDERED that the Administrative Motion is hereby GRANTED; and it is further

5      ORDERED that the Clerk shall file under seal Exhibit A attached to Lucius B. Lau's

6 Declaration in Support of the Toshiba Defendants' Motion to Compel Arbitration.

7

8

9 Dated: __Sept. 20____, 2012

10

11 _____

12 The Honorable Samuel Conti

13 Northern District of California

*(Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — stamped DENIED — Judge Samuel Conti)*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005