1  Robert A. Sacks (CSB No. 150146)
   (sacksr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
3  Los Angeles, California 90067
   (310) 712-6600 (telephone)
4  (310) 712-8800 (facsimile)

5  Laura Kabler Oswell (SBN 241281)
   (oswelll@sullcrom.com)
6  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
7  Palo Alto, California 94303
   Telephone:   (650) 461-5600
8  Facsimile:   (650) 461-5700

9  Attorneys for Intervenor Thomson
   Consumer Electronics, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS. | [PROPOSED] REPORT AND RECOMMENDATION GRANTING THOMSON CONSUMER ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SHORTEN TIME |
| | Date: September 27, 2012<br>Time: 1:00 p.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| | [ADMINISTRATIVE MOTION TO SHORTEN TIME; MOTION TO INTERVENE; AND DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF ADMINISTRATIVE MOTION; FILED CONCURRENTLY HEREWITH] |

[PROPOSED] REPORT & RECOMMENDATION GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME
Case No. CV-07-5944-SC

Case 4:07-cv-05944-JST  Document 1366  Filed 09/20/12  Page 2 of 2
Case3:07-cv-05944-SC  Document1358  Filed09/18/12  Page 2 of 2
Case3:07-cv-05944-SC  Document1355  Filed09/17/12  Page2 of 2

TO THE HONORABLE SAMUEL CONTI, UNITED STATES DISTRICT JUDGE:

On September 14, 2012, Intervenor Thomson Consumer Electronics, Inc. ("Thomson Consumer") filed its Administrative Motion to Shorten Time. Thomson Consumer seeks an order setting the hearing on its Motion to Intervene for September 27, 2012, the same date as the hearing set for the Indirect Purchaser Plaintiffs' Motion to Amend Complaint (Dkt. No. 1325) (the "Motion to Amend"), which proposes to add Thomson Consumer as a defendant in this action. Thomson Consumer seeks leave to intervene in the above-titled action for the limited purpose of opposing the Motion to Amend.

Having carefully considered the submissions of the parties, the Special Master recommends that:

1. The Administrative Motion to Shorten Time should be GRANTED;
2. Thomson Consumer's Motion to Intervene should be set for hearing on September 27, 2012 at 1:00 p.m. before the Honorable Charles A. Legge (Ret.) at the office of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California
3. Any opposition to Thomson Consumer's Motion to Intervene shall be filed by September 24, 2012 and any reply shall be filed by September 26, 2012.

DATED: September 17, 2012

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

The Report and Recommendations are Accepted and Ordered / ~~Denied / Modified~~.

DATED: Sept. 20, 2012

Hon. Samuel Conti
United States District Judge

---

[PROPOSED] REPORT & RECOMMENDATION GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME
Case No. CV-07-5944-SC