Case 4:07-cv-05944-JST Document 1367 Filed 09/20/12 Page 1 of 5
Case 3:07-cv-05944-SC Document 1345 Filed 09/14/12 Page 1 of 5
Case 3:07-cv-05944-SC Document 1343 Filed 09/07/12 Page 1 of 5

Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Tel. 213-239-5100
Fax 213-239-5199

Terrence J. Truax (*pro hac vice to be filed*)
ttruax@jenner.com
Michael T. Brody (*pro hac vice to be filed*)
mbrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel. 312-222-9350
Fax 312-527-0484

*Attorneys for Third Parties Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., and Mitsubishi Digital Electronics Americas, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br>MDL No. 1917 |
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME** |
| This Document Relates to:<br>ALL INDIRECT-PURCHASER ACTIONS | Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS AND INFORMATION
PRODUCED PURSUANT TO SUBPOENA - Master File No. CV-07-5944-SC, MDL No. 1917

Case 4:07-cv-05944-JST Document 1367 Filed 09/20/12 Page 2 of 5
Case 3:07-cv-05944-SC Document 1345 Filed 09/14/12 Page 2 of 5
Case 3:07-cv-05944-SC Document 1343 Filed 09/07/12 Page 2 of 5

1   The Indirect Purchaser Plaintiffs ("Plaintiffs"), by their attorneys, enter into this
2   Stipulation with Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics
3   America, Inc. (collectively "Mitsubishi Electric"), and Thomson S.A. (n/k/a Technicolor S.A.),
4   specially appearing for purposes of this stipulation only, and Thomson Consumer Electronics,
5   Inc. (n/k/a Technicolor USA, Inc.) (collectively, "Thomson"). This Stipulation pertains to *In re
6   Cathode Ray Tube (CRT) Antitrust Litigation*, No. 3:07-CV-5944 SC. Mitsubishi Electric and
7   Thomson are not parties to that case. On August 23, 2012, Plaintiffs served Mitsubishi Electric
8   and Thomson with the Indirect Purchaser Plaintiffs' Notice of Motion and Motion for Leave to
9   amend the Complaint (the "Motion"), which seeks to add Mitsubishi Electric and Thomson as
10  defendants in this action. As set forth in this stipulation, the parties stipulate and agree as
11  follows:

12      1.   Mitsubishi Electric and Thomson have not determined whether they will move to
13  intervene in this action, or take any other action, in order to oppose the pending motion for leave
14  to amend. If Mitsubishi Electric and/or Thomson seeks to do so, each will act under the schedule
15  set forth in this Stipulation.

16      2.   Mitsubishi Electric and/or Thomson, or any of their affiliates, may file any motion
17  for leave to intervene and/or to otherwise oppose or respond to the Motion on or before
18  September 14, 2012.

19      3.   Plaintiffs may file any response to any motion or opposition filed under
20  Paragraph 2 on or before September 24, 2012.

21      4.   The parties to this stipulation agree that this stipulation does not waive or affect
22  and expressly preserves all rights, objections and defenses, including, without limitation,
23  objections to jurisdiction, venue, service, that Mitsubishi Electric or Thomson, or their related
24  entities, may have in this case, including their right to seek dismissal of Plaintiffs' Complaint on
25  any grounds, and Plaintiffs' right to extend the date on which to file any response to any motion
26  or opposition filed under Paragraph 2.

27      5.   Each party reserves its right to seek any additional relief.
28

---
1
STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS AND INFORMATION
PRODUCED PURSUANT TO SUBPOENA - Master File No. CV-07-5944-SC, MDL No. 1917

Case 4:07-cv-05944-JST   Document 1367   Filed 09/20/12   Page 3 of 5
Case 3:07-cv-05944-SC   Document 1345   Filed 09/14/12   Page 3 of 5
Case 3:07-cv-05944-SC   Document 1343   Filed 09/07/12   Page 3 of 5

| | |
|---|---|
| Dated: September 7, 2012 | |
| MITSUBISHI ELECTRIC & ELECTRONICS US, INC. and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. | INDIRECT PURCHASER PLAINTIFFS |
| By /s/ Brent Caslin<br>Brent Caslin (Cal. Bar No. 198682)<br>bcaslin@jenner.com<br>JENNER & BLOCK LLP<br>633 West 5th Street Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel. 213-239-5100<br>Fax 213-239-5199 | By /s/ Mario N. Alioto<br>Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel. 415-563-7200<br>Fax 415-346-0679 |
| Terrence J. Truax (*pro hac vice to be filed*)<br>ttruax@jenner.com<br>Michael T. Brody (*pro hac vice to be filed*)<br>mbrody@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel. 312-222-9350<br>Fax 312-527-0484 | |
| THOMSON CONSUMER ELECTRONICS, INC. AND THOMSON S.A. | |
| By /s/ Robert A. Sacks<br>Robert A. Sacks<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, CA 90067-1725<br>Tel. 310-712-6640<br>Fax 310-712-8800 | |

2

STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENTS AND INFORMATION
PRODUCED PURSUANT TO SUBPOENA - Master File No. CV-07-5944-SC, MDL No. 1917

# ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Brent Caslin, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of September, 2012, at Los Angeles, California.

                 /s/ Brent Caslin

Case 4:07-cv-05944-JST Document 1367 Filed 09/20/12 Page 5 of 5
Case 3:07-cv-05944-SC Document 1345 Filed 09/11/12 Page 5 of 5
Case3:07-cv-05944-SC Document1343 Filed09/07/12 Page5 of 5

1  IT IS SO RECOMMENDED.

2  DATED: September 11, 2012

_____
Hon. Charles A. Legge
Special Master

7  IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

8  DATED: September 20, 2012

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE