Brent Caslin (Cal. Bar No. 198682)
bcaslin@jenner.com
JENNER & BLOCK LLP
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Tel. 213-239-5100
Fax 213-239-5199

Terrence J. Truax (*pro hac vice to be filed*)
ttruax@jenner.com
Michael T. Brody (*pro hac vice to be filed*)
mbrody@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel. 312-222-9350
Fax 312-527-0484

*Attorneys for Proposed Intervenors
Mitsubishi Electric & Electronics USA, Inc.,
and Mitsubishi Digital Electronics Americas, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-CV-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE HEARING OF MOTION FOR LEAVE TO INTERVENE**<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

---

STIPULATION AND [PROPOSED] ORDER RE HEARING OF MOTION FOR LEAVE TO INTERVENE;
Case No. CV-07-5944-SC, MDL No. 1917

Case 4:07-cv-05944-JST Document 1370 Filed 09/20/12 Page 2 of 4
Case3:07-cv-05944-SC Document1361 Filed09/19/12 Page2 of 4
Case3:07-cv-05944-SC Document1360 Filed09/19/12 Page2 of 4

1  The Indirect Purchaser Plaintiffs ("Plaintiffs"), by their attorneys, enter into this Stipulation with Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics America, Inc. (collectively "Mitsubishi Electric") and respectfully request that the Court enter an order consistent with the Stipulation.

WHEREAS, on September 14, 2012 Mitsubishi Electric filed a Motion for Leave to Intervene in the above-titled action for the limited purpose of opposing the Indirect Purchaser Plaintiffs' Motion for Leave to File Amended Complaint which proposes to add Mitsubishi Electric entities as additional defendants.

WHEREAS, Mitsubishi Electric noticed their Motion for Leave to Intervene for hearing on September 27, 2012 so that Mitsubishi Electric's Motion for Leave to Intervene could be resolved, and the Court could thereupon consider Mitsubishi Electric's Opposition to Plaintiffs' Motion to File a Fourth Amended Complaint, which seeks to add Mitsubishi Electric entities as defendants and which is noticed for hearing on September 27, 2012. Unless Mitsubishi Electric's Motion for Leave to Intervene is heard on that date, the Court may rule on Plaintiffs' Motion without considering Mitsubishi Electric's Opposition, or may be required to delay resolution of Plaintiffs' Motion.

WHEREAS, Plaintiffs advised counsel for Mitsubishi Electric on September 17, 2012 that they will not oppose Mitsubishi Electric's Motion to Intervene.

WHEREAS, Plaintiffs and Mitsubishi Electric wish to confirm, because there will be no opposition to the Motion to Intervene and because of the timing concerns addressed above, that the Motion to Intervene may be heard by the Court on a shortened schedule, subject to the Court's approval of this Stipulation, or decided without oral argument if the Court finds oral argument unnecessary in light of the unopposed nature of Mitsubishi Electric's motion.

THEREFORE, the undersigned parties stipulate and agree, subject to the approval of the Court, that a shortened notice period is acceptable for Mitsubishi Electric's Motion to Intervene and that the motion may be heard by the Court on September 27, 2012 or as soon as the Court

---
1

may hear the unopposed motion or decide the motion without hearing if the Court determines a hearing is not necessary.

Dated: September 19, 2012

| | |
|---|---|
| MITSUBISHI ELECTRIC & ELECTRONICS US, INC. and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. | INDIRECT PURCHASER PLAINTIFFS |
| By /s/ Brent Caslin<br>Brent Caslin (Cal. Bar No. 198682)<br>bcaslin@jenner.com<br>JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel. 213-239-5100<br>Fax 213-239-5199<br><br>Terrence J. Truax (*pro hac vice to be filed*)<br>ttruax@jenner.com<br>Michael T. Brody (*pro hac vice to be filed*)<br>mbrody@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Tel. 312-222-9350<br>Fax 312-527-0484 | By /s/ Mario N. Alioto<br>Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>Tel. 415-563-7200<br>Fax 415-346-0679 |

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Brent Caslin, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of September, 2012, at Los Angeles, California.

        /s/ Brent Caslin

---

2
STIPULATION AND [PROPOSED] ORDER RE HEARING OF MOTION FOR LEAVE TO INTERVENE;
Case No. CV-07-5944-SC, MDL No. 1917

1  IT IS SO RECOMMENDED.

2  DATED: September 19, 2012

3  _____
   Hon. Charles A. Legge
4  Special Master

6  **IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

7  DATED: September 20, 2012

8  _____
   Hon. Samuel A. Conti
9  UNITED STATES DISTRICT JUDGE

---

3

STIPULATION AND [PROPOSED] ORDER RE HEARING OF MOTION FOR LEAVE TO INTERVENE;
Case No. CV-07-5944-SC, MDL No. 1917