Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, CA  90071
Telephone:  213 239-5100
Facsimile:   213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice pending*)
Michael T. Brody (*pro hac vice pending*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Proposed Intervenors*
*Mitsubishi Electric & Electronics USA, Inc. and*
*Mitsubishi Digital Electronics Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 3:07-cv-5944 SC<br><br>**APPLICATION FOR ADMISSION PRO HAC VICE OF MICHAEL T. BRODY** |
|---|---|

Pursuant to Civil Local Rule 11-3, Michael T. Brody, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Proposed Intervenors Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics Americas, Inc. in the above-entitled action.

In support of this Application, I certify under oath that:

1.     I am an attorney duly admitted to practice before the courts of the State of Illinois, including the highest court of Illinois, the Illinois Supreme Court.  A certificate of good standing from

the State of Illinois is attached hereto as Exhibit A.  I am also admitted to practice law before the following courts: United States Supreme Court; United States Court of Appeals, Seventh Circuit; United States Court of Appeals, District of Columbia Circuit; and United States District Court, Northern District of Illinois.  I have been admitted from time to time pro hac vice in several courts across the country, including the Northern District of California.

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action.  The name, address and telephone number of that attorney is:

>Brent Caslin (Cal. Bar. No. 198682)
>JENNER & BLOCK LLP
>633 West Fifth Street
>Suite 3600
>Los Angeles, CA  90071
>Telephone:  213 239-5100
>Facsimile:   213 239-5199
>bcaslin@jenner.com

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Dated:  September 20, 2012                                        Respectfully Submitted,

By:  /s/ Michael T. Brody
       Michael T. Brody

# EXHIBIT A

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Michael Timothy Brody

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 12, 1983 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, September 19, 2012.

*Carolyn Taft Grosboll*
Clerk