Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, CA  90071
Telephone:  213 239-5100
Facsimile:   213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice pending*)
Michael T. Brody (*pro hac vice pending*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Proposed Intervenors
Mitsubishi Electric & Electronics USA, Inc. and
Mitsubishi Digital Electronics Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 3:07-cv-5944 SC |
|---|---|
| This Document Relates To: ALL INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF TERRENCE J. TRUAX** |

    Terrence J. Truax, an active member in good standing of the bar of the State of Illinois whose business address and telephone number is Jenner & Block LLP, 353 N. Clark, Chicago, IL 60654-3456, Telephone: (312) 222-9350, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Proposed Intervenors Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics Americas, Inc.,

    IT IS HEREBY ORDERED THAT the Application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of

1  papers upon and communication with co-counsel designated in the application shall constitute notice to
2  the party.  All future filings in this action are subject to the requirements contained in General Order No.
3  45, Electronic Case Filing.
4  DATED: _____          _____
5                                                                          Hon. Samuel A. Conti
                                                                             UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF
TERRENCE J. TRUAX; Case No. 3:07-cv-5944 SC