Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, CA 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice pending*)
Michael T. Brody (*pro hac vice pending*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Proposed Intervenors
Mitsubishi Electric & Electronics USA, Inc. and
Mitsubishi Digital Electronics Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 3:07-cv-5944 SC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF TERRENCE J. TRUAX |

  Terrence J. Truax, an active member in good standing of the bar of the State of Illinois whose business address and telephone number is Jenner & Block LLP, 353 N. Clark, Chicago, IL 60654-3456, Telephone: (312) 222-9350, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Proposed Intervenors Mitsubishi Electric & Electronics USA, Inc. and Mitsubishi Digital Electronics Americas, Inc.,

  IT IS HEREBY ORDERED THAT the Application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of

papers upon and communication with co-counsel designated in the application shall constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: <u>September 24, 2012</u>



_____
Hon. Samuel
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF TERRENCE J. TRUAX; Case No. 3:07-cv-5944 SC