SYLVIE K. KERN, ESQ. (111751)
KAG LAW GROUP
P.O. Box 210135
San Francisco, CA 94121
Tel: (415) 221-5763
E-mail: skern@antitrustglobal.com

*Counsel for Indirect Purchaser Plaintiff*
*Jeffrey Figone*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | ) Master File No. 3:07-cv-05944 SC<br>)<br>) MDL No. 1917<br>)<br>) <u>**CLASS ACTION**</u><br>)<br>) **PROOF OF SERVICE:**<br>) **INDIRECT PURCHASER PLAINTIFFS'**<br>) **REPLY IN SUPPORT OF MOTION FOR**<br>) **LEAVE TO AMEND COMPLAINT** |
| **This document relates to:** | ) |
| ALL INDIRECT PURCHASER ACTIONS | )<br>)<br>) |

The undersigned certifies that on September 24, 2012, a copy of the Indirect Purchaser

Plaintiffs' Reply in Support of Motion for Leave to Amend Complaint was electronically filed

PROOF OF SERVICE—INDIRECT PURCHASER PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR
LEAVE TO AMEND COMPLAINT
MDL NO. 1917, MASTER FILE NO. 3:07-CV-05944-SC

1    with the Clerk of the Court using the CM/ECF system, which will send notification of this filing

2    to ECF participants.

3                    **ATTESTATION PURSUANT TO GENERAL ORDER 45**

4    I, Sylvie K. Kern, attest that concurrence in the filing of this document has been obtained from all

5    signatories.  I declare under penalty of perjury under the laws of the United States of America

6    that the foregoing is true and correct.

7    Executed this 24th day of September 24, 2012, at San Francisco, California

8

9                           By:        _/s/ Sylvie K. Kern_____
10                                      Sylvie K. Kern

11                                      SYLVIE K. KERN
                                        KAG Law Group
12                                      P.O. Box 210135
                                        San Francisco, CA 94121
13                                      Telephone: (415) 221-5763
                                        skern@antitrustglobal.com
14
                                        *Counsel for Plaintiff Jeffrey Figone*
15

16

17

18

19

20

21

22

23

24

25

26

27                                              2