IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-CV-05944<br><br>**Notice of Change of Firm Address** |

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that the address for Plaintiffs Meijer, Inc. and Meijer Distribution, Inc.'s counsel, Vanek, Vickers & Masini, P.C., will change, **effective October 1, 2012**. The new address will be:

Vanek, Vickers & Masini, P.C.
55 West Monroe Street
Suite 3500
Chicago, Illinois 60603

The e-mail addresses, telephone numbers and facsimile number will remain the same.

Dated:  September 26, 2012          Respectfully submitted,

                                     /s/   David P. Germaine

                                    Joseph M. Vanek
                                    David P. Germaine
                                    **VANEK, VICKERS & MASINI P.C.**
                                    111 South Wacker Drive, Suite 4050
                                    Telephone:  (312) 224-1500
                                    Fax:  (312) 224-1510
                                    E-mail:  jvanek@vaneklaw.com
                                    E-mail   dgermaine@vaneklaw.com

## CERTIFICATE OF SERVICE

I, David P. Germaine, hereby certify that on September 26, 2012, a true and correct copy of the foregoing Notice of Change of Firm Address was served upon Counsel of Record via the Court's ECF system.

/s/ David P. Germaine

David P. Germaine