1  Robert A. Sacks (CSB No. 150146)
   (sacksr@sullcrom.com)
2  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
3  Los Angeles, California 90067
   (310) 712-6600 (telephone)
4  (310) 712-8800 (facsimile)

5  Laura Kabler Oswell (SBN 241281)
   (oswelll@sullcrom.com)
6  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
7  Palo Alto, California 94303
   Telephone:    (650) 461-5600
8  Facsimile:    (650) 461-5700

9  Attorneys for Intervenor Thomson
   Consumer Electronics, Inc.
10

11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15 | IN RE: CATHODE RAY TUBE (CRT)     ) | Case No. 07-5944-SC
   | ANTITRUST LITIGATION               )
16 |                                    ) | MDL No. 1917
   |                                    )
17 | ─────────────────────────────────  ) | **[PROPOSED] REPORT AND**
   |                                    ) | **RECOMMENDATION GRANTING**
18 | This Document Relates to:          ) | **MOTION OF THOMSON CONSUMER**
   |                                    ) | **ELECTRONICS, INC. TO INTERVENE**
19 | ALL INDIRECT PURCHASER ACTIONS.    ) |
   |                                    ) | Date: September 27, 2012
20 |                                    ) | Time: 1:00 p.m.
   |                                    ) | JAMS: Two Embarcadero Center, Suite 1500
21 |                                    ) | Judge: Hon. Samuel Conti
   |                                    ) | Special Master: Hon. Charles A. Legge (Ret.)
22 |                                    ) |
   |                                    ) | [MOTION TO INTERVENE;
23 |                                    ) | ADMINISTRATIVE MOTION TO
   |                                    ) | SHORTEN TIME; AND DECLARATION
24 |                                    ) | OF LAURA KABLER OSWELL IN
   |                                    ) | SUPPORT OF ADMINISTRATIVE
25 |                                    ) | MOTION; FILED CONCURRENTLY
   |                                    ) | HEREWITH]
26 | ─────────────────────────────────  )

27

28

SULLIVAN
&
CROMWELL LLP

[PROPOSED] REPORT & RECOMMENDATION GRANTING MOTION TO INTERVENE Case No. CV-07-5944-SC

To the Honorable Samuel Conti, United States District Judge:

On September 14, 2012, Intervenor Thomson Consumer Electronics, Inc. ("Thomson Consumer") filed its Motion to Intervene. In the Motion to Intervene, Thomson Consumer seeks the Court's permission to intervene in the above-titled action for the limited purpose of opposing the Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion for Leave to Amend Complaint (Dkt. No. 1325), which proposes to add Thomson Consumer as a defendant in this action.

Having carefully considered the briefs and other submissions of the parties, as well as oral arguments by counsel at the hearing, the Special Master recommends that the Motion to Intervene should be GRANTED.

DATED: 9/27/12

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

The Report and Recommendations are Accepted and Ordered / Denied / Modified.

DATED:_____

_____
Hon. Samuel Conti
United States District Judge

---

1

[PROPOSED] REPORT AND RECOMMENDATION GRANTING MOTION TO INTERVENE Case No. CV-07-5944-SC