Exhibit 1

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Hitachi, Ltd.
c/o Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

Re:  **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 2

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY. NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Hitachi Displays, Ltd.
c/o Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

**Re:** **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi Displays, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 3

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY. NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi America, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 6

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Hitachi Asia, Ltd.
c/o Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi Asia, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

# Exhibit 5

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Hitachi Electronic Devices (USA), Inc.
208 Fairforest Way
Greenville, SC 29607

Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi Electronic Devices (USA), Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 6

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Shenzhen SEG Hitachi Color Display Devices, Ltd.
c/o Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

**Re:**  **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Shenzhen SEG Hitachi Color Display Devices, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 7

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

IRICO Group Corporation
No.1, Caihong Rd.
Xianyang City, Shaanxi Province 712021

**Re:**      **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, IRICO Group Corporation and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
  /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 8

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

IRICO Group Electronics Co., Ltd.
No.1, Caihong Rd.
Xianyang City, Shaanxi Province 712021

Re: <u>Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9</u>

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, IRICO Group Electronics Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
   /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 9

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

IRICO Display Devices Co., Ltd.
No. 16, Fenghui South Road West, District High-tech Development Zone
Xi'an City, Shaanxi Province 710075

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, IRICO Display Devices Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 10

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

LG Electronics, Inc.
c/o LG Electronics USA, Inc.
1000 Sylvan Ave.
Englewood Cliffs, NJ 0

**Re:**     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, LG Electronics, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,
  /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 11

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

LG Electronics USA, Inc.
1000 Sylvan Ave.
Englewood Cliffs, NJ 0

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, LG Electronics USA, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
/s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 12

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

LG Electronics Taiwan Taipei Co., Ltd.
c/o LG Electronics USA, Inc.
1000 Sylvan Ave.
Englewood Cliffs, NJ 0

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, LG Electronics Taiwan Taipei Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 13

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

LP Displays International Ltd.
Corporate Communications, 6th Floor, ING Tower, 308 Des Voeux Road Central
Sheung Wan, Hong Kong

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, LP Displays International Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
  /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 14

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Panasonic Corporation
c/o Panasonic Corporation of North America
One Panasonic Way
Secaucus, NJ 0

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Panasonic Corporation and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 15

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Panasonic Corporation of North America
One Panasonic Way
Secaucus, NJ 0

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Panasonic Corporation of North America and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
  /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 16

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

MT Picture Display Co., Ltd.
c/o Panasonic Corporation of North America
One Panasonic Way
Secaucus, NJ 0

**Re:     Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, MT Picture Display Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

 /s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 17

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Beijing Matsushita Color CRT Co., Ltd.
c/o Panasonic Corporation of North America
One Panasonic Way
Secaucus, NJ 0

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Beijing Matsushita Color CRT Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 18

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Koninklijke Philips Electronics N.V.
c/o Philips Electronics North America Corporation
1251 Avenue of the Americas
NY, NY 0

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Koninklijke Philips Electronics N.V. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 19

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Philips Electronics North America Corporation
1251 Avenue of the Americas
NY, NY 0

Re:      **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Philips Electronics North America Corporation and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 20

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY. NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Philips Electronics Industries (Taiwan), Ltd.
c/o Philips Electronics North America Corporation
1251 Avenue of the Americas
NY, NY 0

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Philips Electronics Industries (Taiwan), Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 21

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Philips da Amazonia Industria Electronica Ltda.
c/o Philips Electronics North America Corporation
1251 Avenue of the Americas
NY, NY 0

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Philips da Amazonia Industria Electronica Ltda. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 22

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY. NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung Electronics Co., Ltd.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung Electronics Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 23

# B O I E S ,    S C H I L L E R    &    F L E X N E R    L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung Electronics America, Inc.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

> Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung Electronics America, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 24

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung SDI Co., Ltd.
c/o Samsung Electronics America, Inc.
105 Challenger Road, 6th Floor
Ridgefield Park, NJ 0

   Re: **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

   Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

   Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

   The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

   As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

   Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

   Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

     Sincerely,

      /s/

     Philip J. Iovieno
     *Counsel for SCHULTZE AGENCY*
     *SERVICES, LLC on behalf of*
     *TWEETER OPCO, LLC and*
     *TWEETER NEWCO, LLC*

Exhibit 25

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re: **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI America, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
/s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 26

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung SDI Mexico S.A. de C.V.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI Mexico S.A. de C.V. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 27

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY. NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung SDI Brasil Ltda.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI Brasil Ltda. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 28

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Shenzhen Samsung SDI Co., Ltd.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re: **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Shenzhen Samsung SDI Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 29

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Tianjin Samsung SDI Co., Ltd.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

**Re:**   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Tianjin Samsung SDI Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
   /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 30

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Samsung SDI (Malaysia) Sdn. Bhd.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI (Malaysia) Sdn. Bhd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 31

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samtel Color Ltd.
52, Community Centre, New Friends Colony
New Delhi,  110065

Re:      **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samtel Color Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
   /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 32

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Toshiba Corporation
c/o Toshiba America, Inc.
1251 Avenue of the Americas, Suite 4110
NY, NY 10020

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba Corporation and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
/s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 33

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Toshiba America, Inc.
1251 Avenue of the Americas, Suite 4110
NY, NY 10020

      Re:      **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba America, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

                    Sincerely,
                     /s/
                    Philip J. Iovieno
                    *Counsel for SCHULTZE AGENCY*
                    *SERVICES, LLC on behalf of*
                    *TWEETER OPCO, LLC and*
                    *TWEETER NEWCO, LLC*

Exhibit 34

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Toshiba America Consumer Products, LLC
c/o Toshiba America, Inc.
1251 Avenue of the Americas, Suite 4110
NY, NY 10020

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba America Consumer Products, LLC and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 35

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Toshiba America Electronic Components, Inc.
19900 MacArthur Boulevard, Suite 400
Irvine, CA 92612

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba America Electronic Components, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 36

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Toshiba America Information Systems, Inc.
9740 Irvine Blvd.
Irvine, CA 0

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba America Information Systems, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 37

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Tatung Company of America, Inc.
2580 East El Presidio Street
Long Beach, CA 90810-1119

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Tatung Company of America, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

 /s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 38

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Chunghwa Picture Tubes Ltd.
c/o Tatung Company of America, Inc.
2580 East El Presidio Street
Long Beach, 90810-1119

**Re:** **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Chunghwa Picture Tubes Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 39

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.
c/o Tatung Company of America, Inc.
2580 East El Presidio Street
Long Beach, CA 90810-1119

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*