1  Mario N. Alioto (56433)
   Lauren C. Russell (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
   2280 Union Street
3  San Francisco, CA  94123
   Telephone:    (415) 563-7200
4  Facsimile:    (415) 346-0679
   Email: malioto@tatp.com
5  Email: laurenrussell@tatp.com

6  *Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

7
8
9
10                          **UNITED STATES DISTRICT COURT**
11                          **NORTHERN DISTRICT OF CALIFORNIA**
12                              **SAN FRANCISCO DIVISION**

| 13 | IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
|---|---|---|
| 14 | | MDL No. 1917 |
| 15 | | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION OF INDIRECT-PURCHASER PLAINTIFFS FOR CLASS CERTIFICATION** |
| 16 | This Document Relates to: | |
| 17 | ALL INDIRECT PURCHASER ACTIONS | |
| 18 | | Date:    TBD<br>Time:    TBD |
| 19 | | Before: Hon. Charles A. Legge (Ret.)<br>         Special Master |
| 20 | | The Honorable Samuel Conti |

21
22
23
24
25
26
27
28

1    Plaintiffs respectfully request that this Court take judicial notice of the documents attached to this request as Exhibits 1 through 22.  Plaintiffs make this request pursuant to Federal Rule of Evidence 201.

Judicial notice of these documents is proper.  "Judicial notice may be taken of documents filed and orders or decisions entered in any federal or state court[]" because they are not susceptible to reasonable dispute.  *See* Jones & Rosen, *Rutter Group Practice Guide, Federal Civil Trials and Evidence*, at ¶8:875, p. 8D-9 (2000).  This includes records filed previously in the current litigation as well as in other proceedings.  *See United States v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (a federal court "may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.").

Plaintiffs respectfully request that this Court take judicial notice of the following documents:

Exhibit 1:  A true and correct copy of the June 30, 2004 Order in *Ferrell v. Wyeth-Ayerst Labs.*, No. C-1-01-447, Order (S.D. Ohio).

Exhibit 2:  A true and correct copy of the Feb. 2, 2005 Order in *Ferrell v. Wyeth-Ayerst Labs.*, No. C-1-01-447, Order (S.D. Ohio).

Exhibit 3:  A true and correct copy of the Nov. 14, 2000 Order in *Friedman v. Microsoft Corp.*, No. CV 2000-000722 (Ariz. Super. Ct., Maricopa Cty.).

Exhibit 4:  A true and correct copy of the May 1, 1997 "Order Granting Motion For Motion For Class Certification" in *Aguilar v. Atlantic Richfield Corp.*, 1998-1 Trade Cas. (CCH) ¶72,080 (Cal. Super. Ct., San Diego Cty.).

Exhibit 5:  A true and correct copy of the June 17, 2004 "Order Granting Motion of Plaintiffs For Class Certification" in *In re Automotive Refinishing Paint Cases*, No. J.C.C.P. 4199 (Cal. Super. Ct., Alameda Cty.).

///

///

1   Exhibit 6: A true and correct copy of the March 27, 2007 "Order Granting Plaintiffs'
2   Motion for Class Certification" in *In re Reformulated Gasoline (RFG) Antitrust & Patent Litig.*,
3   No. CV-05-01671 (VBKx) (C.D. Cal.).

4   Exhibit 7: A true and correct copy of the June 29, 2000 "Order Re Class Certification" in
5   *Kristensen v. Great Spring Waters of America*, No. 302774 (Cal. Super. Ct., San Francisco Cty.).

6   Exhibit 8: A true and correct copy of *Lethbridge v. Johnson & Johnson*, No. B105754
7   (Cal. Ct. App. Nov. 10, 1997).

8   Exhibit 9: A true and correct copy of the Aug. 29, 2000 "Order Re Class Certification" in
9   *Microsoft I-V Cases*, 2000-2 Trade Cas. (CCH) ¶73,013 (Cal. Super. Ct., San Francisco Cty.).

10   Exhibit 10: True and correct copies of the Orders of June 26 & Aug. 16, 1995 in
11   *Pharmaceutical Cases I, II, and III*, J.C.C.P. Nos. 2969, 2971 & 2972 (Cal. Super. Ct., San
12   Francisco Cty.).

13   Exhibit 11: A true and correct copy of the Jan. 29, 2004 "Order Granting Motion For Class
14   Certification" in *Smokeless Tobacco Cases I-V*, J.C.C.P. Nos. 4250, 4258, 4259 & 4262 (Cal.
15   Super. Ct.).

16   Exhibit 12: A true and correct copy of the "Ruling on Plaintiff's Motion for Class
17   Certification" (March 19, 2007) in *Anderson Contr., Inc. v. Bayer AG,* No. CL 95959 (Iowa Dist.
18   Ct., Polk Cty.).

19   Exhibit 13: A true and correct copy of the Nov. 3, 1995 "Order Of Class Certification" in
20   *Donelan v. Abbott Labs., Inc.*, No. 94-C-709 (Kan. Dist. Ct.).

21   Exhibit 14: A true and correct copy of the "Memorandum Decision And Journal Entry On
22   Plaintiffs' Motion For Class Certification" (May 4, 2004) in *Premier Pork, Inc. v. Rhone Poulenc*,
23   S.A., No. 00 C 3 (Kansas Dist. Ct.).

24   Exhibit 15: A true and correct copy of the "Journal Entry Of Decision By The Court Upon
25   Plaintiffs' Motion For Class Certification" (Nov. 16, 2001) in *Smith v. Philip Morris Cos., Inc.*,
26   No. 00-CV-26 (Kan. Dist. Ct.).

27   Exhibit 16: A true and correct copy of the "Journal Entry" (Mar. 10, 2006) in *Todd v. F.
28   Hoffman-La Roche, Ltd.*, No. 98-C-4574 (Kan. Dist. Ct.).

1      Exhibit 17:  True and correct copies of the "Decision And Order On Motion For Class
2  Certification" (Oct. 2, 2002) in *In re New Mexico Indirect Purchasers Microsoft Antitrust Litig.*,
3  No. D-0101-CV-2000 (1st Judicial Dist.).

4      Exhibit 18:  A true and correct copy of the Nov. 21, 1995 "Order Granting Class
5  Certification" in *Hagemann v. Abbott Labs., Inc.*, No. 94-221 (S.D. Cir. Ct., Hughes Cty.).

6      Exhibit 19:  A true and correct copy of the Dec. 20, 2002 "Memorandum and Order" in
7  *Sherwood v. Microsoft Corp.*, No. 99C-5362 (Tenn. Cir. Ct., Davidson Cty.).

8      Exhibit 20:  A true and correct copy of the July 25, 2001 "Order Certifying Class Action"
9  in *Capp v. Microsoft Corp.*, No. 00 CV 0637 (Wis. Cir. Ct., Dane Cty.).

10     Exhibit 21:  A true and correct copy of the Mar. 23, 1995 Order in *Carlson v. Abbott Labs.,*
11 *Inc.*,  No. 94-CV-002608 (Wis. Cir. Ct., Milwaukee Cty.).

12     Exhibit 22:  True and correct copies of the "Decision And Order Granting Plaintiffs'
13 Motion For Class Certification" (May 10, 2004) in *Feuerabend v. UST Corp.*, No. 2002 CV
14 007124 (Wis. Cir. Ct., Milwaukee Cty.).

15 DATED:  October 1, 2012                    Respectfully submitted,

                                              */s/ Mario N. Alioto*
                                              Mario N. Alioto

   Mario N. Alioto (56433)
   Lauren C. Russell (241151)
   TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
   2280 Union Street
   San Francisco, CA  94123
   Telephone:     (415) 563-7200
   Facsimile:     (415) 346-0679
   Email: malioto@tatp.com
   Email:  laurenrussell@tatp.com

   *Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

27 3237943v1