Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Pursuant to Civil Local Rules 7-11 and 79-5(d), Plaintiffs hereby move for administrative relief to file the following documents, or portions thereof, under seal:

- Memorandum of Points and Authorities In Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification;
- Declaration of Janet S. Netz, Ph.D. In Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification; and
- Declaration of Mario N. Alioto In Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification.

This motion is supported by the Declaration of Mario N. Alioto In Support of Indirect-Purchaser Plaintiffs' Administrative Motion To File Documents Under Seal ("Alioto Decl.").

Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to

refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order . . . ." Here, Plaintiffs submit this Administrative Motion because they wish to file documents that contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (Dkt. 306, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Defendants pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."  *See* Alioto Decl., ¶ 2.  Plaintiffs take no position on whether the designated documents satisfy the requirements for sealing.  Although Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality, it is Defendants' burden to show good cause for sealing the designated documents by submitting a declaration showing good cause and a proposed order within seven days after the lodging of the designated documents.  *See* Civil Local Rule 79-5(d). Because Civil Local Rule 79-5(d) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation.  *See* Civil Local Rules 7-11 (requiring explanation of lack of stipulation), 79-5(d).

Dated:  October 1, 2012                              Respectfully submitted,

                */s/ Mario N. Alioto*
                 Mario N. Alioto

                 Mario N. Alioto (56433)
                 Lauren C. Russell (241151)
                 TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
                 2280 Union Street
                 San Francisco, CA 94123
                 Telephone:   (415) 563-7200
                 Facsimile:    (415) 346-0679
                 malioto@tatp.com
                 laurenrussell@tatp.com

                 *Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

3237800v1