Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Mario N. Alioto, declare:

1. I am an attorney licensed to practice before the courts of the State of California, and a partner of the law firm Trump, Alioto, Trump & Prescott LLP, attorneys for the Indirect-Purchaser Plaintiffs. I make this Declaration in Support of Indirect-Purchaser Plaintiffs' Motion to File Under Seal. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, I could and would testify competently to them.

2. The documents or portions of the documents submitted under seal contain either (a) material designated by Defendants pursuant to the Stipulated Protective Order (Dkt. 306, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or

1  information taken directly from material designated by Defendants pursuant to the Stipulated
2  Protective Order as "Confidential" or "Highly Confidential."
3      I declare under penalty of perjury pursuant to the laws of the State of California that the
4  foregoing statements of fact are true and correct.
5      Executed this 1st day of October, 2012 in San Francisco, California.

        Respectfully submitted,

        */s/ Mario N. Alioto*
        Mario N. Alioto

3237801v1

2

ALIOTO DECL. IN SUPPORT OF INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS
— MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917