ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Elizabeth D. Le, Bar No. 216182
EDLe@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:    310-552-0130
Facsimile:    310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:    612-349-8500
Facsimile:    612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>ALL DIRECT ACTION COMPLAINTS AND DOCUMENTS<br><br>*Electrograph systems, Inc., et al., v. Hitachi, Ltd., et al.,* Case No. 11-CV-01656-SC | **DIRECT ACTION PLAINTIFFS' RESPONSE TO LG ELECTRONICS, INC. AND LG ELECTRONICS USA, INC.'S JOINDER TO MOTION TO DISMISS FILED BY PHILIPS DEFENDANTS**<br><br>Hearing Date: November 30, 2012<br>Time: 10:00 a.m. (tentative)<br>JAMS: Two Embarcadero Center, Suite 1500 |

| | |
|---|---|
| 1   *Interbond Corporation of America, v. Hitachi, Ltd., et al, Case No. 11-CV-06275-SC* | Special Master: Hon. Charles A. Legge |
| 2 | |
| 3   *Office Depot, Inc., v. Hitachi, Ltd., et al., Case No. 11-CV-06276-SC* | |
| 4 | |
| 5   *Costco Wholesale Corporation, v. Hitachi, Ltd., et al., Case No. 11-CV-06397-SC* | |
| 6   *Compucom Systems, Inc., v. Hitachi, Ltd., et al., Case No. 11-CV-06396-SC* | |
| 7 | |
| 8   *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust, v. Hitachi, Ltd. et al., Case No. 11-CV-05502-SC* | |
| 9 | |
| 10  *Target Corp. et al., v. Chunghwa Pictures Tubes, Ltd., et al., Case No. 11-CV-05514 (EDL)* | |
| 11 | |
| 12  *John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC, et al., v. LG Electronics, Inc., et al., Case No. CV-11-05381-SC* | |
| 13 | |
| 14 | |
| 15  *P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05530 (JBW, VVP)* | |
| 16 | |
| 17  *Schultze Agency Services, LLC, et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05529* | |
| 18  *Best Buy Co., Inc., et al., v. Hitachi, Ltd., et al., Case No. 11-CV-05513-SC* | |
| 19 | |

The Direct Action Plaintiffs ("Plaintiffs") [1] hereby respectfully submit their Response to the Joinder of Defendants LG Electronics, Inc. and LGE Electronics USA, Inc. (collectively, "LGE") in Motion to Dismiss filed by Philips Defendants ("Joinder").

LGE's Joinder [2] fails for the identical reasons set forth in Plaintiffs' Opposition to the Philips Defendants' Motion to Dismiss (MDL Docket No. 1383).

DATED: October 1, 2012            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/ David Martinez
       Roman M. Silberfeld
       David Martinez
       Elizabeth D. Le

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

---

[1] Plaintiffs are Best Buy Co., Inc. et al., Target Corp. et al., Electrograph Systems, Inc. et al., Costco Wholesale Corp., Alfred H. Siegel, as the duly appointed Trustee of the Circuit City Stores, Inc. Liquidating Trust, Polaroid Consumer Electronics, LLC et al., P.C. Richard & Son Long Island Corp. et al., Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC et al., CompuCom Systems, Inc., Interbond Corporation of America, and Office Depot, Inc.

[2] LGE filed its joinder on August 20, 2012, three days after the Philips Defendants filed their Motion to Dismiss.

| | |
|---|---|
| DATED: October 1, 2012 | **BOIES, SCHILLER & FLEXNER LLP** |
| | By: /s/ Philip J. Iovieno |
| | William A. Isaacson |
| | Jennifer Milici |
| | Stuart Singer |
| | Philip J. Iovieno |
| | Anne M. Nardacci |

LIAISON COUNSEL FOR DIRECT ACTION PLAINTIFFS; AND ATTORNEYS FOR PLAINTIFFS ELECTROGRAPH SYSTEMS, INC., ELECTROGRAPH TECHNOLOGIES, CORP., OFFICE DEPOT, INC., COMPUCOM SYSTEMS, INC., INTERBOND CORPORATION OF AMERICA, P.C. RICHARD & SON LONG ISLAND CORPORATION, MARTA COOPERATIVE OF AMERICA, INC., ABC APPLIANCE, INC., SCHULTZE AGENCY SERVICES LLC ON BEHALF OF TWEETER OPCO, LLC, AND TWEETER NEWCO, LLC

| | |
|---|---|
| DATED: October 1, 2012 | **CROWELL MORING LLP** |
| | By: /s/ Jason c. Murray |
| | Jason C. Murray |
| | Jerome (Jerry) A. Murphy |

ATTORNEYS FOR PLAINTIFFS TARGET CORP.; SEARS, ROEBUCK AND CO.; KMART CORP.; OLD COMP INC.; AND GOOD GUYS, INC.; RADIOSHACK CORP.

| | | |
|---|---|---|
| 1 | DATED: October 1, 2012 | **LINDQUIST & VENNUM P.L.L.P.** |
| 2 | | |
| 3 | | By:   /s/ Kelly G. Laudon |
| | | Jessica L. Meyer (SBN: 249064) |
| 4 | | James M. Lockhart (*pro hac vice*) |
| | | James P. McCarthy (*pro hac vice*) |
| 5 | | Kelly G. Laudon (*pro hac vice*) |
| | | Lindquist & Vennum P.L.L.P. |
| 6 | | 4200 IDS Center |
| | | 80 South Eighth Street |
| 7 | | Minneapolis, MN 55402 |
| | | Telephone: (612) 371-3211 |
| | | Facsimile: (612) 371-3207 |
| 8 | | Email: jmeyer@lindquist.com |
| | | Email: jlockhart@lindquist.com |
| 9 | | Email: jmccarthy@lindquist.com |
| | | Email: klaudon@lindquist.com |

ATTORNEYS FOR PLAINTIFFS JOHN R. STOEBNER, AS CHAPTER 7 TRUSTEE FOR PBE CONSUMER ELECTRONICS, LLC AND RELATED ENTITIES; AND DOUGLAS A. KELLEY, AS CHAPTER 11 TRUSTEE FOR PETTERS COMPANY, INC. AND RELATED ENTITIES, AND AS RECEIVER FOR PETTERS COMPANY, LLC AND RELATED ENTITIES

DATED: October 1, 2012   **PERKINS COIE LLP**

By:   /s/ David J. Burman
      David J. Burman
      Nick Hesterberg
      Euphemia N. Thomopulos

**ATTORNEYS FOR PLAINTIFF COSTCO WHOLESALE CORPORATION**

DATED: October 1, 2012   **SUSMAN GODFREY L.L.P.**

By:   /s/ H. Lee Godfrey
      H. Lee Godfrey
      Kenneth S. Marks
      David Peterson
      Jonathan J. Ross
      Parker C. Folse, III
      Rachel S. Black

ATTORNEYS FOR PLAINTIFFS ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST

Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the Direct Action Plaintiffs.