Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS FOR CLASS CERTIFICATION**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date: TBD<br>Time: TBD<br>Before: Hon. Charles A. Legge (Ret.)<br>   Special Master<br><br>The Honorable Samuel Conti |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS | |

**NOTICE OF MOTION AND MOTION**

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, before the Honorable Charles A. Legge, Special Master, at JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111, Indirect-Purchaser Plaintiffs will and hereby do move for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

The Indirect-Purchaser Plaintiffs seek certification of the following state classes (the "Indirect-Purchaser Statewide Classes") for damages pursuant to Federal Rule of Civil Procedure 23 (b)(3), in accordance with the laws of each of the states:

ARIZONA:

All persons and entities in Arizona who, from March 1, 1995 to November 25, 2007, as residents of Arizona, purchased Cathode Ray Tubes incorporated in televisions and monitors in Arizona indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Arizona Indirect-Purchaser Class.")

CALIFORNIA:

All persons and entities in California who, from March 1, 1995 to November 25, 2007, as residents of California, purchased Cathode Ray Tubes incorporated in televisions and monitors in California indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "California Indirect-Purchaser Class.")

DISTRICT OF COLUMBIA:

All persons and entities in the District of Columbia who, from March 1, 1995 to November 25, 2007, as residents of the District of Columbia, purchased Cathode Ray Tubes incorporated in televisions and monitors

2

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION — MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

in the District of Columbia indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "D.C. Indirect-Purchaser Class.")

FLORIDA:

All persons and entities in Florida who, from March 1, 1995 to November 25, 2007, as residents of Florida, purchased Cathode Ray Tubes incorporated in televisions and monitors in Florida indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Florida Indirect-Purchaser Class.")

HAWAII:

All persons and entities in Hawaii who, from June 25, 2002 to November 25, 2007, as residents of Hawaii, purchased Cathode Ray Tubes incorporated in televisions and monitors in Hawaii indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Hawaii Indirect-Purchaser Class.")

IOWA:

All persons and entities in Iowa who, from March 1, 1995 to November 25, 2007, as residents of Iowa, purchased Cathode Ray Tubes incorporated in televisions and monitors in Iowa indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over

3

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION — MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Iowa Indirect-Purchaser Class.")

KANSAS:

All persons and entities in Kansas who, from March 1, 1995 to November 25, 2007, as residents of Kansas, purchased Cathode Ray Tubes incorporated in televisions and monitors in Kansas indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Kansas Indirect-Purchaser Class.")

MAINE:

All persons and entities in Maine who, from March 1, 1995 to November 25, 2007, as residents of Maine, purchased Cathode Ray Tubes incorporated in televisions and monitors in Maine indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Maine Indirect-Purchaser Class.")

MICHIGAN:

All persons and entities in Michigan who, from March 1, 1995 to November 25, 2007, as residents of Michigan, purchased Cathode Ray Tubes incorporated in televisions and monitors in Michigan indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Michigan Indirect-Purchaser Class.")

MINNESOTA:

All persons and entities in Minnesota who, from March 1, 1995 to November 25, 2007, as residents of Minnesota, purchased Cathode Ray Tubes incorporated in televisions and monitors in Minnesota indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Minnesota Indirect-Purchaser Class.")

MISSISSIPPI:

All persons and entities in Mississippi who, from March 1, 1995 to November 25, 2007, as residents of Mississippi, purchased Cathode Ray Tubes incorporated in televisions and monitors in Mississippi indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Mississippi Indirect-Purchaser Class.")

NEBRASKA:

All persons and entities in Nebraska who, from July 20, 2002 to November 25, 2007, as residents of Nebraska, purchased Cathode Ray Tubes incorporated in televisions and monitors in Nebraska indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Nebraska Indirect-Purchaser Class.")

NEVADA:

All persons and entities in Nevada who, from February 4, 1999 to November 25, 2007, as residents of Nevada, purchased Cathode Ray Tubes incorporated in televisions and monitors in Nevada indirectly from any defendant or subsidiary thereof, or any named affiliate or any

named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Nevada Indirect-Purchaser Class.")

NEW MEXICO:

All persons and entities in New Mexico who, from March 1, 1995 to November 25, 2007, as residents of New Mexico, purchased Cathode Ray Tubes incorporated in televisions and monitors in New Mexico indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "New Mexico Indirect-Purchaser Class.")

NEW YORK:

All persons and entities in New York who, from March 1, 1995 to November 25, 2007, as residents of New York, purchased Cathode Ray Tubes incorporated in televisions and monitors in New York indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "New York Indirect-Purchaser Class.")

NORTH CAROLINA:

All persons and entities in North Carolina who, from March 1, 1995 to November 25, 2007, as residents of North Carolina, purchased Cathode Ray Tubes incorporated in televisions and monitors in North Carolina indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate

6

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION — MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

families and judicial staffs, and any juror assigned to this action.  (The "North Carolina Indirect-Purchaser Class.")

NORTH DAKOTA:

All persons and entities in North Dakota who, from March 1, 1995 to November 25, 2007, as residents of North Dakota, purchased Cathode Ray Tubes incorporated in televisions and monitors in North Dakota indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "North Dakota Indirect-Purchaser Class.")

SOUTH DAKOTA:

All persons and entities in South Dakota who, from March 1, 1995 to November 25, 2007, as residents of South Dakota, purchased Cathode Ray Tubes incorporated in televisions and monitors in South Dakota indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "South Dakota Indirect-Purchaser Class.")

TENNESSEE:

All persons and entities in Tennessee who, from March 1, 1995 to November 25, 2007, as residents of Tennessee, purchased Cathode Ray Tubes incorporated in televisions and monitors in Tennessee indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Tennessee Indirect-Purchaser Class.")

VERMONT:

All persons and entities in Vermont who, from March 1, 1995 to November 25, 2007, as residents of Vermont, purchased Cathode Ray

1 Tubes incorporated in televisions and monitors in Vermont indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Vermont Indirect-Purchaser Class.")

WEST VIRGINIA:

All persons and entities in West Virginia who, from March 1, 1995 to November 25, 2007, as residents of West Virginia, purchased Cathode Ray Tubes incorporated in televisions and monitors in West Virginia indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "West Virginia Indirect-Purchaser Class.")

WISCONSIN:

All persons and entities in Wisconsin who, from March 1, 1995 to November 25, 2007, as residents of Wisconsin, purchased Cathode Ray Tubes incorporated in televisions and monitors in Wisconsin indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Wisconsin Indirect-Purchaser Class.")

The Indirect-Purchaser Plaintiffs also seek an order appointing the following individuals and entities as class representatives:

| State | Plaintiff |
| --- | --- |
| Arizona | Brian Luscher |
| California | Steven Ganz |
| California | Jeffrey Figone |
| District of Columbia | Lawyer's Choice Suites, Inc. |
| Florida | David Rooks |

8

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION — MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

| | |
|---|---|
| Hawaii | Daniel Riebow |
| Iowa | Travis Burau |
| Kansas | Southern Office Supply, Inc. |
| Maine | Kerry Lee Hall |
| Michigan | Lisa Reynolds |
| Minnesota | Barry Kushner |
| Minnesota | David Norby |
| Mississippi | Charles Jenkins |
| Nebraska | Steven Fink |
| Nevada | Gloria Comeaux |
| New Mexico | Craig Stephenson |
| New York | Janet Ackerman |
| New York | Louise Wood |
| North Carolina | Patricia Andrews |
| North Dakota | Gary Hanson |
| South Dakota | Jeffrey Speaect |
| Tennessee | Frank Warner |
| Tennessee | Albert Sidney Crigler |
| Vermont | Margaret Slagle |
| West Virginia | John March |
| Wisconsin | Brigid Terry |

In addition, the Indirect-Purchaser Plaintiffs move for an order appointing Trump, Alioto, Trump & Prescott LLP as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

This motion is based on this "Notice of Motion and Motion," the supporting "Memorandum of Points and Authorities," the "Declaration of Janet S. Netz," the "Declaration of Mario N. Alioto," the "[Proposed] Order Granting Motion of Indirect-Purchaser Plaintiffs for Class Certification," the accompanying "Request for Judicial Notice," all exhibits and appendices to such documents, any papers filed in reply, any argument as may be presented at the hearing, and all other papers and records on file in this matter.

Dated: October 1, 2012          By: */s/ Mario N. Alioto*
  Mario N. Alioto (56433)
  Lauren C. Russell (241151)
  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
  2280 Union Street
  San Francisco, CA 94123
  Telephone:(415) 563-7200
  Facsimile: (415) 346-0679
  malioto@tatp.com
  laurenrussell@tatp.com

  *Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

| | | |
|---|---|---|
| 1 | | Francis O. Scarpulla (41059) |
| 2 | | Craig C. Corbitt (83251) |
| | | Judith A. Zahid (215418) |
| 3 | | Michael S. Christian (212716) |
| | | Qianwei Fu (242669) |
| 4 | | Demetrius Lambrinos (246027) |
| | | ZELLE HOFMANN VOELBEL & MASON LLP |
| 5 | | 44 Montgomery Street, Suite 3400 |
| | | San Francisco, CA 94104 |
| 6 | | Telephone:  (415) 693-0700 |
| | | Facsimile:  (415) 693-0770 |
| 7 | | fscarpulla@zelle.com |
| | | ccorbitt@zelle.com |
| 8 | | |
| | Joseph M. Patane | Lawrence G. Papale |
| 9 | **LAW OFFICES OF JOSEPH M. PATANE** | **LAW OFFICES OF LAWRENCE G. PAPALE** |
| 10 | 2280 Union Street | 1308 Main Street #117 |
| | San Francisco, CA 94123 | St. Helena, CA 94574 |
| 11 | Telephone: (415) 563-7200 | Telephone: (707) 963-1704 |
| | Facsimile: (415) 346-0679 | Facsimile: (707) 963-0706 |
| 12 | jpatane@tatp.com | lgpapale@papalelaw.com |
| 13 | Christopher Lovell | Daniel E. Birkhaeuser |
| | Craig Essenmacher | Jennifer S. Rosenberg |
| 14 | Keith Essenmacher | **BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP** |
| | Merrick S. Rayle | |
| 15 | **LOVELL STEWART HALEBIAN JACOBSON LLP** | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA 94598 |
| 16 | 61 Broadway Suite 501 | dbirkhaeuser@bramsonplutzik.com |
| | New York, NY 10006 | jrosenberg@bramsonplutzik.com |
| 17 | clovell@lshllp.com | |
| | cessenmacher@lshllp.com | |
| 18 | | |
| | Marvin A. Miller | Paul Novak |
| 19 | Lori A. Fanning | Peter Safirstein |
| | Matthew E. Van Tine | Elizabeth McKenna |
| 20 | **MILLER LAW LLC** | **MILBERG LLP** |
| | 115 South LaSalle Street, Suite 2910 | One Pennsylvania Plaza |
| 21 | Chicago, IL 60603 | 49th Floor |
| | mmiller@millerlawllc.com | New York, New York 10119 |
| 22 | lfanning@millerlawllc.com | Telephone: (212) 594-5300 |
| | | Facsimile: (212) 868-1229 |
| 23 | | pnovak@milberg.com |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Sherman Kassof<br>**LAW OFFICES OF SHERMAN KASSOF**<br>954 Risa Road, Suite B<br>Lafayette, CA 94549<br>Telephone: (510) 652 2554<br>Facsimile: (510) 652 9308<br>heevay@att.net | Jennie Lee Anderson<br>**ANDRUS ANDERSON LLP**<br>155 Montgomery Street, 9th Floor<br>San Francisco, California 94104<br>Telephone: (415) 986-1400<br>Facsimile: (415) 986-1474<br>jennie@andrusanderson.com |
| Daniel Hume<br>Robert Gralewski<br>**KIRBY McINERNEY LLP**<br>825 Third Avenue, 16th Floor<br>New York, NY 10022<br>Telephone: (212) 317-2300<br>dhume@kmllp.com | David Boies<br>Timothy Battin<br>Nathan Cihlar<br>**STRAUS & BOIES, LLP**<br>4041 University Drive, Fifth Floor<br>Fairfax, VA 22030<br>dboies@straus-boies.com<br>tbattin@straus-boies.com<br>ncihlar@straus-boies.com |
| Seymour J. Mansfield<br>Jean B. Roth<br>Charles Horowitz<br>**MANSFIELD, TANICK & COHEN, P.A.**<br>1700 U.S. Bank Plaza<br>220 South Sixth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 339-4295<br>Facsimile: (612) 339-3161<br>smansfield@mansfieldtanick.com | Robert Gerard<br>**GERARD & OSUCH, LLP**<br>2840 South Jones Blvd.<br>Building D, Unit 4<br>Las Vegas, NV 89146<br>Telephone: (702) 251-0093<br>rgerard@gerardlaw.com |
| Michael G. Simon<br>M. Eric Frankovitch<br>**FRANKOVITCH, ANETAKIS,**<br>**COLANTONIO & SIMON**<br>337 Penco Road<br>Weirton, WV 26062<br>Telephone: (304) 723-4400<br>Facsimile: (304) 723-5892<br>msimon@facslaw.com | Rodney Ray<br>**FORD & RAY**<br>301 Fifth Street South, Suite C<br>P.O. Box 1018<br>Columbus, MS 39703<br>Telephone: (662) 329-0110<br>Facsimile: (662) 329-3522<br>rray@fordraylaw.com |

3

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION — MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

| | | |
|---|---|---|
| 1 | Robert G. Methvin, Jr.<br>Philip W. McCallum | Joel Smith<br>**WILLIAMS, POTTHOFF, WILLIAMS** |
| 2 | Matt Stephens<br>**McCALLUM, METHVIN & TERRELL,** | **& SMITH**<br>125 South Orange Avenue |
| 3 | **P.C.**<br>2201 Arlington Avenue South | Eufaula, AL 36027<br>Telephone: (334) 687-5834 |
| 4 | Birmingham, AL 35305<br>Telephone: (205) 939-0199 | Facsimile: (334) 687-5722<br>joelpsmith@bellsouth.net |
| 5 | Facsimile: (205) 939-0399<br>Rgm@mmlaw.net | |
| 6 | pwm@mmlaw.net<br>rem@mmlaw.net | |
| 7 | | |
| 8 | Christy Crow<br>**JINKS, CROW & DICKSON, P.C.** | Brent Irby<br>Eric Hoagland |
| 9 | P.O. Box 350<br>219 Prairie Street N. | **McCALLUM, HOAGLAND, COOK &**<br>**IRBY, LLP** |
| 10 | Union Springs, AL 36089<br>Telephone: (334) 738-4225 | 905 Montgomery Street, Suite 201<br>Vestavia Hills, AL 35216 |
| 11 | Facsimile: (334) 738-4229<br>cdc@jinkslaw.com | birby@mhcilaw.com<br>ehoagland@mhcilaw.com |
| 12 | Chris Cantrell | Jeff Crabtree |
| 13 | Kit Belt<br>**BELT LAW FIRM PC** | **LAW OFFICES OF JEFF CRABTREE**<br>820 Mililani Street, Suite 701 |
| 14 | Lakeshore Park Plaza, Suite 208<br>2204 Lakeshore Drive | Honolulu, HI 96813<br>lawyer@consumerlaw.com |
| 15 | Birmingham, AL 35209<br>keithb@beltlawfirm.com | |
| 16 | chris@beltlawfirm.com | |
| 17 | Richard F. Horsley<br>1 Metroplex Drive, Suite 280 | S. Randall Hood<br>William A. McKinnon |
| 18 | Birmingham, AL 35209-6895<br>rfhala@cs.com | **McGOWAN HOOD & FELDER, LLC**<br>1659 Healthcare Drive |
| 19 | Daniel R. Karon | Rock Hill, SC 29732<br>Krishna B. Narine |
| 20 | Mark S. Goldman<br>Brian D. Penny | **LAW OFFICE OF KRISHNA B.**<br>**NARINE** |
| 21 | **GOLDMAN SCARLATO & KARON,**<br>**P.C.** | 7839 Montgomery Avenue<br>Elkins Park, PA 19027 |
| 22 | 55 Public Square, Suite 1500<br>Cleveland, OH 44113 | knarine@kbnlaw.com |
| 23 | karon@gsk-law.com | |
| 24 | John G. Felder, Jr.<br>**McGOWAN HOOD & FELDER, LLC** | Donna F. Solen<br>**THE MASON LAW FIRM, LLP** |
| 25 | 1405 Calhoun Street<br>Columbia, SC 29201 | 1225 19th Street, N.W., Suite 500<br>Washington, DC 20036 |
| 26 | | dsolen@masonlawdc.com |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Isaac L. Diel<br>**SHARP McQUEEN** | Robert J. Pohlman<br>**RYLEY CARLOCK & APPLEWHITE** |
| 2 | 135 Oak Street<br>Bonner Springs, KS 66012 | One North Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4417 |
| 3 | dslawkc@aol.com | rpohlman@rcalaw.com |
| 4 | Mary G. Kirkpatrick<br>**KIRKPATRICK & GOLDSBOROUGH,** | Bruce Mulkey<br>**THE MULKEY ATTORNEYS GROUP,** |
| 5 | **PLLC**<br>Lakewood Commons | **P.A.**<br>1039 W. Walnut, Suite 3 |
| 6 | 1233 Shelburne Road, Suite E-1<br>South Burlington, VT 05401 | Rogers, AR 72756<br>bruce@mulkeylaw.com |
| 7 | mkirk@vtlawfirm.com | |
| 8 | Charles M. Kester<br>**THE KESTER LAW FIRM** | Terry R. Saunders<br>Thomas A. Doyle |
| 9 | P.O. Box 184<br>Fayetteville, AR 72702-0184 | **SAUNDERS & DOYLE**<br>20 South Clark Street, Suite 1720 |
| 10 | cmkester@nwark.com | Chicago, IL 60603<br>trsaunders@saundersdoyle.com |
| 11 | | tadoyle@saundersdoyle.com |
| 12 | Joel Flom<br>**JEFFRIES, OLSON & FLOM, P.A.** | James H. McManis<br>Marwa Elzankaly |
| 13 | 1202 27th Street South<br>Fargo, N.D. 58103 | **McMANIS FAULKNER & MORGAN**<br>A Professional Corporation |
| 14 | Telephone: (701) 280-2300<br>Facsimile: (701) 280-1800 | 50 W. Fernando Street, 10 th Floor<br>San Jose, CA 95113 |
| 15 | joel@jeffrieslaw.com | jmcmanis@mfmlaw.com<br>melzankaly@mfmlaw.com |
| 16 | Susan G. Kupfer<br>Kathleen S. Rogers | Christopher P. Welsh<br>**WELSH & WELSH, PC, LLO** |
| 17 | **GLANCY BINKOW & GOLDBERG, LLP** | 9290 West Dodge Road<br>100 The Mark |
| 18 | One Embarcadero Center, Suite 760<br>San Francisco, CA 94111 | Omaha, Nebraska 68114<br>Telephone: (402) 384-8160 |
| 19 | Telephone:  (415) 972-8160<br>Facsimile:  (415) 972-8166 | Facsimile: (402) 384-8211<br>cwelsh@welsh-law.com |
| 20 | skupfer@glancylaw.com<br>Kenneth L. Valinoti | David Freedman |
| 21 | **VALINOTI & DITO LLP**<br>180 Montgomery Street, Suite 940 | Joseph Goldberg<br>**FREEDMAN, BOYD, HOLLANDER,** |
| 22 | San Francisco, CA 94104<br>Telephone: (415) 986-1338 | **GOLDBERG & IVES, PA**<br>20 First Plaza, Suite 700 |
| 23 | Facsimile: (415) 986-1231<br>kvalinoti@valinoti-dito.com | Albuquerque, NM 87102<br>Telelephone: (505) 842-9960 |
| 24 | | Facsimile: (505) 842-0761<br>daf@fbdlaw.com |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Eric J. Pickar<br>**BANGS, McCULLEN, BUTLER, FOYE** | Frank Balint<br>**BONNETT, FAIRBOURN, FRIEDMAN** |
| 2 | **& SIMMONS, LLP**<br>333 West Boulevard, Suite 400 | **& BALINT, P.C.**<br>2901 North Central Avenue, Suite 1000 |
| 3 | P.O. Box 2670<br>Rapid City, SD 57709-2670 | Phoenix, AZ 85012-3311<br>Telephone: (602) 274-1100 |
| 4 | Telephone: (605) 343-1040<br>epickar@bangsmccullen.com | Facsimile: (602) 274-1199<br>fbalint@bffb.com |
| 5 | | |
| 6 | Jeffrey Bartos<br>**GUERRIERI, EDMOND, CLAYMAN &**<br>**BARTOS PC** | Guri Ademi<br>Shpetim Ademi<br>**ADEMI & O'REILLY, LLP** |
| 7 | 1625 Massachusetts Ave., N.W.<br>Suite 700 | 3620 East Layton Ave.<br>Cudahy, WI 53110 |
| 8 | Washington, DC 20036<br>Telelphone: (202) 624-7400 | Telephone: (414) 482-8000<br>Facsimile: (414) 482-8001 |
| 9 | jbartos@geclaw.com | gademi@ademilaw.com |
| 10 | Josef D. Cooper<br>Tracy D. Kirkham | James Wyatt<br>**WYATT & BLAKE, LLP** |
| 11 | **COOPER & KIRKHAM, P.C.**<br>357 Tehama Street, Second Floor | 435 East Morehead Street<br>Charlotte, NC 28202-2609 |
| 12 | San Francisco, CA 94103<br>Telephone: (415) 788-3030 | Telephone: (704) 331-0767<br>Facsimile: (704) 331-0773 |
| 13 | Facsimile: (415) 882-7040<br>jdc@coopkirk.com | JWyatt@wyattlaw.net |
| 14 | | |
| 15 | Robert Bonsignore<br>**BONSIGNORE AND BREWER** | Christopher P. Welsh<br>**WELSH & WELSH, PC, LLO** |
| 16 | 193 Plummer Hill Road<br>Belmont, NH 03220 | 9290 West Dodge Road<br>100 The Mark |
| 17 | Telephone: (781) 350-0000<br>rbonsignore@class-actions.us | Omaha, Nebraska 68114<br>Telephone: (402) 384-8160 |
| 18 | | Facsimile: (402) 384-8211<br>cwelsh@welsh-law.com |
| 19 | Sylvie Kern<br>**KAG LAW GROUP** | Robert Green<br>**GREEN & NOBLIN P.C.** |
| 20 | P.O. Box 210135<br>San Francisco, CA 94121 | 700 larkspur Landing Circle<br>Suite 275 |
| 21 | Telephone: (415) 221-5763<br>skern@antitrustglobal.com | Larkspur ,CA 94939<br>Telephone: (415) 477-6700 |
| 22 | | Facsimile: (415) 477-6710<br>rsg@classcounsel.com |
| 23 | W. Timothy Neddham<br>**JANSSEN, MALLOY & NEEDHAM** | Brian Barry<br>**LAW OFFICE OF BRIAN BARRY** |
| 24 | **LLP**<br>730 5th Street | 1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067 |
| 25 | Eureka, CA 95501<br>Telephone: (707) 445-2071 | Telephone: (323) 522-5584<br>Bribarry@yahoo.com |
| 26 | Facsimile; (707) 445-8305<br>tneedham@janssenlaw.com | |
| 27 | | |
| 28 | *Counsel for Indirect-Purchaser Plaintiffs*<br>3232447-v3 | |

6

NOTICE OF MOTION AND MOTION OF INDIRECT-PURCHASER PLAINTIFFS
FOR CLASS CERTIFICATION — MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917