1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER GRANTING MOTION OF INDIRECT-PURCHASER <u>PLAINTIFFS FOR CLASS CERTIFICATION</u>** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon consideration of the Motion of Indirect-Purchaser Plaintiffs for Class Certification, and the materials filed and submitted herewith, and defendants' opposition thereto, the Court ORDERS as follows:

1. The Motion of Indirect-Purchaser Plaintiffs for Class Certification is hereby GRANTED, and the following state classes (the "Indirect-Purchaser Statewide Classes") are hereby certified for damages pursuant to Federal Rule of Civil Procedure 23(a) and 23 (b)(3):

ARIZONA:

All persons and entities in Arizona who, from March 1, 1995 to November 25, 2007, as residents of Arizona, purchased Cathode Ray Tubes incorporated in televisions and monitors in Arizona indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Arizona Indirect-Purchaser Class.")

CALIFORNIA:

All persons and entities in California who, from March 1, 1995 to November 25, 2007, as residents of California, purchased Cathode Ray Tubes incorporated in televisions and monitors in California indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "California Indirect-Purchaser Class.")

DISTRICT OF COLUMBIA:

All persons and entities in the District of Columbia who, from March 1, 1995 to November 25, 2007, as residents of the District of Columbia, purchased Cathode Ray Tubes incorporated in televisions and monitors in the District of Columbia indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local

governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "D.C. Indirect-Purchaser Class.")

FLORIDA:

All persons and entities in Florida who, from March 1, 1995 to November 25, 2007, as residents of Florida, purchased Cathode Ray Tubes incorporated in televisions and monitors in Florida indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Florida Indirect-Purchaser Class.")

HAWAII:

All persons and entities in Hawaii who, from June 25, 2002 to November 25, 2007, as residents of Hawaii, purchased Cathode Ray Tubes incorporated in televisions and monitors in Hawaii indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Hawaii Indirect-Purchaser Class.")

IOWA:

All persons and entities in Iowa who, from March 1, 1995 to November 25, 2007, as residents of Iowa, purchased Cathode Ray Tubes incorporated in televisions and monitors in Iowa indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Iowa Indirect-Purchaser Class.")

KANSAS:

All persons and entities in Kansas who, from March 1, 1995 to November 25, 2007, as residents of Kansas, purchased Cathode Ray Tubes incorporated in televisions and monitors in Kansas indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded

from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Kansas Indirect-Purchaser Class.")

MAINE:

All persons and entities in Maine who, from March 1, 1995 to November 25, 2007, as residents of Maine, purchased Cathode Ray Tubes incorporated in televisions and monitors in Maine indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Maine Indirect-Purchaser Class.")

MICHIGAN:

All persons and entities in Michigan who, from March 1, 1995 to November 25, 2007, as residents of Michigan, purchased Cathode Ray Tubes incorporated in televisions and monitors in Michigan indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Michigan Indirect-Purchaser Class.")

MINNESOTA:

All persons and entities in Minnesota who, from March 1, 1995 to November 25, 2007, as residents of Minnesota, purchased Cathode Ray Tubes incorporated in televisions and monitors in Minnesota indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Minnesota Indirect-Purchaser Class.")

MISSISSIPPI:

All persons and entities in Mississippi who, from March 1, 1995 to November 25, 2007, as residents of Mississippi, purchased Cathode Ray Tubes incorporated in televisions and monitors in Mississippi indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Mississippi Indirect-Purchaser Class.")

NEBRASKA:

All persons and entities in Nebraska who, from July 20, 2002 to November 25, 2007, as residents of Nebraska, purchased Cathode Ray Tubes incorporated in televisions and monitors in Nebraska indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Nebraska Indirect-Purchaser Class.")

NEVADA:

All persons and entities in Nevada who, from February 4, 1999 to November 25, 2007, as residents of Nevada, purchased Cathode Ray Tubes incorporated in televisions and monitors in Nevada indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Nevada Indirect-Purchaser Class.")

NEW MEXICO:

All persons and entities in New Mexico who, from March 1, 1995 to November 25, 2007, as residents of New Mexico, purchased Cathode Ray Tubes incorporated in televisions and monitors in New Mexico indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any

defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "New Mexico Indirect-Purchaser Class.")

NEW YORK:

All persons and entities in New York who, from March 1, 1995 to November 25, 2007, as residents of New York, purchased Cathode Ray Tubes incorporated in televisions and monitors in New York indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "New York Indirect-Purchaser Class.")

NORTH CAROLINA:

All persons and entities in North Carolina who, from March 1, 1995 to November 25, 2007, as residents of North Carolina, purchased Cathode Ray Tubes incorporated in televisions and monitors in North Carolina indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "North Carolina Indirect-Purchaser Class.")

NORTH DAKOTA:

All persons and entities in North Dakota who, from March 1, 1995 to November 25, 2007, as residents of North Dakota, purchased Cathode Ray Tubes incorporated in televisions and monitors in North Dakota indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "North Dakota Indirect-Purchaser Class.")

SOUTH DAKOTA:

All persons and entities in South Dakota who, from March 1, 1995 to November 25, 2007, as residents of South Dakota, purchased Cathode Ray Tubes incorporated in televisions and monitors in South Dakota indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "South Dakota Indirect-Purchaser Class.")

TENNESSEE:

All persons and entities in Tennessee who, from March 1, 1995 to November 25, 2007, as residents of Tennessee, purchased Cathode Ray Tubes incorporated in televisions and monitors in Tennessee indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Tennessee Indirect-Purchaser Class.")

VERMONT:

All persons and entities in Vermont who, from March 1, 1995 to November 25, 2007, as residents of Vermont, purchased Cathode Ray Tubes incorporated in televisions and monitors in Vermont indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators.  Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action.  (The "Vermont Indirect-Purchaser Class.")

WEST VIRGINIA:

All persons and entities in West Virginia who, from March 1, 1995 to November 25, 2007, as residents of West Virginia, purchased Cathode Ray Tubes incorporated in televisions and monitors in West Virginia indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale.  Specifically excluded from this Class are defendants; the officers, directors, or

...

employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "West Virginia Indirect-Purchaser Class.")

WISCONSIN:

All persons and entities in Wisconsin who, from March 1, 1995 to November 25, 2007, as residents of Wisconsin, purchased Cathode Ray Tubes incorporated in televisions and monitors in Wisconsin indirectly from any defendant or subsidiary thereof, or any named affiliate or any named co-conspirator, for their own use and not for resale. Specifically excluded from this Class are defendants; the officers, directors, or employees of any defendant; the parent companies and subsidiaries of any defendant; the legal representatives and heirs or assigns of any defendant; and the named affiliates and co-conspirators. Also excluded are any federal, state, or local governmental entities, any judicial officers presiding over this action, members of their immediate families and judicial staffs, and any juror assigned to this action. (The "Wisconsin Indirect-Purchaser Class.")

The following individuals and entities are hereby named as class representatives:

| State | Plaintiff |
|---|---|
| Arizona | Brian Luscher |
| California | Steven Ganz |
| California | Jeffrey Figone |
| District of Columbia | Lawyer's Choice Suites, Inc. |
| Florida | David Rooks |
| Hawaii | Daniel Riebow |
| Iowa | Travis Burau |
| Kansas | Southern Office Supply, Inc. |
| Maine | Kerry Lee Hall |
| Michigan | Lisa Reynolds |
| Minnesota | Barry Kushner |
| Minnesota | David Norby |
| Mississippi | Charles Jenkins |
| Nebraska | Steven Fink |

8

[PROPOSED] ORDER GRANTING MOTION OF INDIRECT-PURCHASER PLAINTIFFS FOR CLASS CERTIFICATION — MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

| | |
|---|---|
| Nevada | Gloria Comeaux |
| New Mexico | Craig Stephenson |
| New York | Janet Ackerman |
| New York | Louise Wood |
| North Carolina | Patricia Andrews |
| North Dakota | Gary Hanson |
| South Dakota | Jeffrey Speaect |
| Tennessee | Frank Warner |
| Tennessee | Albert Sidney Crigler |
| Vermont | Margaret Slagle |
| West Virginia | John March |
| Wisconsin | Brigid Terry |

2. Trump, Alioto, Trump & Prescott LLP is designated and appointed as Class Counsel for Indirect-Purchaser Plaintiffs.

3. As soon as practicable after the entry of this Order, all parties shall meet and confer to develop a plan for dissemination of notice to the Class.

**IT IS SO RECOMMENDED.**

Dated: _____, 2013

Hon. Charles A. Legge
SPECIAL MASTER

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated: _____, 2013

Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE

3237850v2