Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile:  (415) 346-0679
malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br>MDL No. 1917<br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR INDIRECT-PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates to:<br>ALL INDIRECT-PURCHASER ACTIONS | |

The parties respectfully request that the following order be entered to modify the page limitations governing the Indirect-Purchaser Plaintiffs' Motion for Class Certification, Defendants' response, and the Indirect-Purchaser Plaintiffs' reply.

WHEREAS, this antitrust litigation is a multi-district litigation proceeding;

WHEREAS, the Local Rules of the United States District Court for the Northern District of California, Civil Local Rules 7-2 and 7-4, would otherwise govern the page limits for the motion, response, and reply in connection with the Indirect-Purchaser Plaintiffs' Motion for Class Certification;

NOW, THEREFORE, the Undersigned Parties, acting by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The page limit for the Indirect-Purchaser Plaintiffs' Memorandum in Support of Motion for Class Certification, due October 1, 2012, shall be no more than 50 pages.

2. Defendants, after reading the Indirect-Purchaser Plaintiffs' Memorandum, shall tell the undersigned counsel for the Indirect-Purchaser Plaintiffs how many pages Defendants want for their response. The parties shall then negotiate in good faith page limits for Defendants' response and the Indirect Purchaser Plaintiffs' reply.

3. All other Local Rules shall remain in effect with respect to the briefing on the Indirect-Purchaser Plaintiffs' Motion for Class Certification.

IT IS SO STIPULATED.

DATED: September 21, 2012                TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: __/s/ Mario N. Alioto__
MARIO N. ALIOTO (SBN 56433)
malioto@tatp.com
LAUREN C. RUSSELL (SBN 241151)
laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

2
STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR
INDIRECT-PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION —
NO. CV-07-5944-SC, MDL NO. 1917

ARNOLD & PORTER LLP

By: /s/ Sharon D. Mayo
SHARON D. MAYO (SBN 150469)
sharon.mayo@aporter.com
**ARNOLD & PORTER LLP**
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

DOUGLAS L. WALD (*Pro Hac Vice*)
douglas.wald@aporter.com
WILSON D. MUDGE (*Pro Hac Vice*)
wilson.mudge@aporter.com
YONGSANG KIM (*Pro Hac Vice*)
yongsang.kim@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
E-mail: JKessler@winston.com
A. PAUL VICTOR (pro hac vice)
E-mail: PVictor@winston.com
EVA COLE (pro hac vice)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN
E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

---

3
STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR
INDIRECT-PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION —
NO. CV-07-5944-SC, MDL NO. 1917

STEVEN A. REISS (pro hac vice)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (pro hac vice)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

FRESHFIELDS BRUCKHAUS
DERINGER US LLP

By:   /s/ Terry Calvani
TERRY CALVANI (SBN 53260)
E-mail: terry.calvani@freshfields.com
CHRISTINE LACIAK (Admitted Pro Hac Vice)
E-mail: christine.laciak@freshfields.com
RICHARD SNYDER (Admitted Pro Hac Vice)
E-mail: richard.snyder@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Telephone: (202) 777-4565
Facsimile: (202) 777-4555

*Attorneys for Beijing-Matsushita Color CRT Company, Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

4
STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR
INDIRECT-PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION —
NO. CV-07-5944-SC, MDL NO. 1917

J. CLAYTON EVERETT, JR. (pro hac vice)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (pro hac vice)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling

GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

O'MELVENY & MYERS LLP

By: /s/ Ian Simmons
IAN SIMMONS (pro hac vice)
Email: isimmons@omm.com
BEN BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

WHITE & CASE LLP

By: /s/ Christopher M. Curran

CHRISTOPHER M. CURRAN (pro hac vice)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ John M. Taladay
JOHN M. TALADAY
E-mail: john.taladay@bakerbotts.com
ERIC BERMAN
E-mail: eric.berman@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, NW
Washington D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V.; and Philips Electronics North America Corporation*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X(B), regarding signatures, I attest that I have obtained the concurrence in the filing of this document from all signatories.

Dated: September 21, 2012            *Judith A. Zahid*
                                      Judith A. Zahid

IT IS SO RECOMMENDED.

Dated: ~~September~~ October 2, 2012

_____
Hon. Charles A. Legge
SPECIAL MASTER

IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

Dated: September __, 2012

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE

7
STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR
INDIRECT-PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION —
NO. CV-07-5944-SC, MDL NO. 1917