1  MANUEL JOHN DOMINGUEZ (*pro hac vice*)
2  jdominguez@cohenmilstein.com
   COHEN MILSTEIN SELLERS & TOLL PLLC
3  2925 PGA Blvd., Suite 200
   Palm Beach Gardens, FL 33410
4  Tel: (561) 833-6575
   Fax: (202) 408-4699
5

6
7
**IN THE UNITED STATES DISTRICT COURT**
8  **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN FRANCISCO DIVISION**
9
10
   In re: CATHODE RAY TUBE (CRT)      )    Case No. 07-5944 SC
11 ANTITRUST LITIGATION                )    MDL No. 1917
                                        )
12                                      )    **NOTICE OF CHANGE OF ADDRESS**
                                        )    **AND PHONE NUMBER**
13                                      )
                                        )
14                                      )
                                        )
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                       1

[07-5944-SC]                NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective immediately, the Palm Beach Gardens, Florida office of Cohen Milstein Sellers & Toll PLLC has relocated. Contact information is now as follows:

> Cohen Milstein Sellers & Toll PLLC
> 2925 PGA Blvd., Suite 200
> Palm Beach Gardens, FL 33410
> Tel: (561) 833-6575

The firm's fax number and email addresses remain the same.

Dated: October 4, 2012

Respectfully submitted,

/s/ Manuel J. Dominguez
Manuel J. Dominguez (*pro hac vice*)
jdominguez@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
2925 PGA Blvd., Suite 200
Palm Beach Gardens, FL 33410
Tel: (561) 833-6575
Fax: (202) 408-4699

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2012, a true and correct copy of the foregoing Notice of Change of Address and Phone Number was served upon Counsel of Record via the Court's ECF system.

                                        /s/ Manuel J. Dominguez
                                        Manuel J. Dominguez