Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 07-5944 SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | CAL [PROPOSED] MODIFIED REPORT AND RECOMMENDATION RE: INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT |

To the Honorable Samuel Conti, United States District Judge:

This matter came before the Special Master on the Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion For Leave To Amend The Complaint. (Docket No. 1226). Having carefully considered the briefs and other submissions of Plaintiffs and Defendants, as well as oral arguments by counsel at the hearing, the Special Master makes the following findings and recommendations:

1. Given that the Ninth Circuit grants motions for leave to amend with "extreme liberality" (*Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003), and because Defendants will not suffer any undue prejudice, the Special Master recommends that

Plaintiffs' motion for leave to amend the complaint to withdraw the named plaintiffs for certain states and add new plaintiffs be granted as follows:

| State | Withdrawing Plaintiffs | New Plaintiffs |
|---|---|---|
| District of Columbia | Bedrock Management Company. Inc. | Lawyer's Choice Suite, Inc. |
| Florida | Brady Cotton<br>Colleen Sobotka | David Rooks |
| North Carolina | Steven Hawley | Patricia Andrews |
| Nebraska | Daniel Hergert<br>Chad Klebs | Steven Fink |
| New York | - | Louise Wood |
| Nevada | Samuel Nasto | Gloria Comeaux |
| South Dakota | Donna Marie Ellingson | Jeff Speaect |

Plaintiffs have withdrawn their motion for leave to amend the complaint to add an antitrust claim under the laws of Puerto Rico and a named plaintiff for Puerto Rico. Plaintiffs are directed to file an amended complaint, consistent with their motion and this order, within one week of the date that this order is Accepted by Judge Conti.

2. The Special Master finds that Defendants have failed to articulate a "particularized need" (*In re Carbon Dioxide Indus. Antitrust Litig.*, 155 F.R.D. 209, 211-12 (M.D. Fla. 1993)) to take the depositions of the Withdrawing Plaintiffs. Therefore, the Special Master recommends that Defendants' request to take the depositions of the Withdrawing Plaintiffs be denied.

3. Plaintiffs have provided written discovery responses and produced documents on behalf of the New Plaintiffs and shall make the New Plaintiffs available for deposition on the schedule already agreed to by the parties.

DATED: October 3, 2012

/s/ Charles A. Legge

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

The Report and Recommendations are Accepted and Ordered/Denied/Modified.

DATED: _____

_____
Hon. Samuel Conti
United States District Judge

-2-

[PROPOSED] MODIFIED REPORT AND RECOMMENDATION RE: INDIRECT PURCHASER PLAINTIFFS'
MOTION FOR LEAVE TO AMEND THE COMPLAINT