# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| This Document Relates To: | MDL No. 1917 |
| STATE OF FLORIDA, | Individual Case No. 11-cv-06205 SC |
| Plaintiff, v. | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS THE STATE OF FLORIDA'S CLAIMS FOR INJUNCTIVE RELIEF** |
| LG ELECTRONICS, INC., et al., | |
| Defendants. | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917
[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS FLORIDA'S CLAIMS FOR INJUNCTIVE RELIEF

DB2/ 23409277.1

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

1  The Motion to Dismiss the State of Florida's claims for injunctive relief ("Injunctive Relief Claims"), filed by Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) SDN, BHD., Samsung SDI Mexico S.A. DE C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Toshiba Corporation, and Toshiba America Electronic Components, Inc. (hereinafter, "Defendants") came on for hearing before this Court.

Having considered all papers filed in support of an in opposition to said motion, and having entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss the State of Florida's Claims for Injunctive Relief is GRANTED.

1. Florida's claims for injunctive relief under the Sherman Act, Florida Antitrust Act, and Florida Deceptive and Unfair Trade Practices Act are DISMISSED.

IT IS SO ORDERED.

DATED: _____    _____
                                  Hon. Charles A. Legge
                                  United States District Judge (Ret.)
                                  Special Master

DATED: _____    _____
                                  Hon. Samuel Conti
                                  United States District Judge

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS FLORIDA'S CLAIMS FOR INJUNCTIVE RELIEF

DB2/ 23409277.1