MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER (SBN 095987)
kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
mchiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:   415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
SCOTT A STEMPEL (*pro hac vice*)
sstempel@morganlewis.com
J. CLAYTON EVERETT, JR. (*pro hac vice*)
jeverett@morganlewis.com
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:    202.739.3000
Fax:   202.739.3001

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST INC.)

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | Individual Case No. 11-cv-06205 SC |
| STATE OF FLORIDA, | **DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE STATE OF FLORIDA'S CLAIMS FOR INJUNCTIVE RELIEF** |
| Plaintiff, | |
| v. | |
| LG ELECTRONICS, INC., et al., | Date:           September 20, 2012 |
| | Time:          12:00 P.M. |
| Defendants. | Location:     JAMS, Two Embarcadero Center, Suite 1500 |
| | Judge:         Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE STATE OF FLORIDA'S CLAIMS FOR INJUNCTIVE RELIEF

DB2/ 23578175.1

I, J. Clayton Everett, Jr., declare as follows:

1. I am a partner with the law firm of Morgan, Lewis & Bockius LLP, counsel for defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East Inc.), Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. I am licensed to practice law in the District of Columbia and the Commonwealth of Virginia. I have been admitted to practice *pro hac vice* in this Court in the above captioned matter. I make this declaration in support of Defendants' Motion to Dismiss the State of Florida's Claims for Injunctive Relief, which was filed on October 4, 2012. I have personal knowledge of the facts stated herein and, if called as a witness, I could competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Complaint in *Best Buy Co. Inc. v. Hitachi, Ltd.*, No. 11-5513 (Dkt. No. 1) (N.D. Cal. Nov. 14, 2011).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration and Exhibit of Tetsuro Yokoo in Support of the Hitachi Defendants' Evidentiary Proffer, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-05944 (Dkt. No. 819, 819-1) (N.D. Cal. Dec. 7, 2010).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Katsuyuki Kawamura in Support of the Hitachi Defendants' Evidentiary Proffer, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-05944 (Dkt. No. 820) (N.D. Cal. Dec. 7, 2010).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Raymond Teng in Support of the Hitachi Defendants' Evidentiary Proffer, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-05944 (Dkt. No. 822) (N.D. Cal. Dec. 7, 2010).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration and Exhibits of L. Thomas Heiser in Support of the Hitachi Defendants' Evidentiary Proffer, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-05944 (Dkt. No. 825 –825-2) (N.D. Cal. Dec. 7, 2010).

7. Attached hereto as Exhibit 6 is a true and correct copy of the Supplemental Responses and Objections of Panasonic Corp. of N. Am., MT Picture Display Co., Ltd. and Panasonic Corp. to Direct Purchaser Plaintiffs' First Set of Interrogatories, Dec. 17, 2010.

2

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE STATE OF FLORIDA'S CLAIMS FOR INJUNCTIVE RELIEF

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23578175.1

8. Attached hereto as Exhibit 7 is a true and correct copy of the Second Supplemental Responses and Objections of Panasonic Corp. of N. Am., MT Picture Display Co., Ltd. and Panasonic Corp. to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nov. 3, 2011.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Tatsuo Tobinaga 30(b)(6) Deposition Transcript, July 16, 2012.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Objections and Responses of Panasonic N. Am., MT Picture Display Co., Ltd. and Panasonic Corp. to DPPs' First Set of Interrogatories, May 23, 2010.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of October, 2012, at Washington, D.C.

       /s/ J. Clayton Everett, Jr._____

       J. Clayton Everett, Jr.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23578175.1

3

MASTER FILE NO. 3:07-CV-05944-SC
MDL NO. 1917

DECLARATION OF J. CLAYTON EVERETT, JR. IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE STATE OF FLORIDA'S CLAIMS FOR INJUNCTIVE RELIEF