# EXHIBIT 6

JEFFREY L. KESSLER (*Admitted Pro Hac Vice*)
A. PAUL VICTOR (*Admitted Pro Hac Vice*)
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 259-8000
Facsimile: (212) 259-7013
Email: jkessler@dl.com

STEVEN A. REISS (*Admitted Pro Hac Vice*)
DAVID L. YOHAI (*Admitted Pro Hac Vice*)
DAVID YOLKUT (*Admitted Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:   (212) 310-8000
Facsimile:   (212) 310-8007
Email: steven.reiss@weil.com

**Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | No.:   M-07-5944 SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTION | Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**SUPPLEMENTAL RESPONSES AND OBJECTIONS OF PANASONIC CORPORATION OF NORTH AMERICA, MT PICTURE DISPLAY CO., LTD. AND PANASONIC CORPORATION (F/K/A MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.) TO DIRECT PURCHASER PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and in light of the meet and confer discussions conducted with Direct Purchaser Plaintiffs to date, Defendants Panasonic Corporation of North America ("PNA"), MT Picture Display Co., Ltd. ("MTPD"), and Panasonic Corporation, f/k/a Matsushita Electric Industrial Co., Ltd. ("Panasonic Corp." and together with PNA and MTPD, the "Panasonic Defendants"), hereby supplement their initial responses and objections to the Direct Purchaser Plaintiffs' ("Plaintiffs") First Set of Interrogatories, dated March 12, 2010 ("Interrogatories").

All responses and objections included in the Panasonic Defendants' Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for the Production of Documents, dated May 12, 2010, are incorporated by reference as if fully set forth herein.

**INTERROGATORY NO. 5**

Identify any meeting or communication between You and other producers of CRT and/or CRT Products during the Relevant Time Period, including the named Panasonic Defendants in this coordinated proceeding, regarding CRT and/or CRT Product pricing, price increase announcements, terms or conditions of sales, profit margins or market share, production levels, inventory, customers, auctions, reverse auctions, dynamic bidding events, or sales, and for each such meeting or communication:

(a) provide the date and location of the meeting or communication;
(b) identify the person(s) who initiated, called, organized, attended or participated in the meeting or communication;
(c) describe the subject matter discussed and any information you provided or received;
(d) describe every action taken by you as a result of the meeting or communication; and
(e) identify all persons with knowledge relating to the meeting or communication.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 5**

Subject to and without waiver of the objections asserted by the Panasonic Defendants in their March 12, 2009 responses, Panasonic Defendants respond that, with respect to the sale of CRTs in the United States, PNA itself was never in the business of manufacturing and selling CRTs to television or monitor manufacturers.   Panasonic Industrial Company, a division company of PNA, acted as the U.S. sales subsidiary in connection with sales of CRTs, but only until April 2004, at which time the sales function for the U.S. was completely taken

1  over by the manufacturing subsidiaries.   In any event, PNA did not have any meetings or
2  communications with CRT competitors to fix the prices or allocate the production or
3  customers of any CRTs sold in the United States.
4       Panasonic exited the CRT business in March 2003, and thus did not have any meetings
5  or communications with CRT competitors after that time.   Prior to April 2003, Panasonic did
6  occasionally meet or communicate with competitors in the CRT business, including Thomson,
7  Samsung, Philips, Toshiba, Hitachi, Sony, Samtel, and LPD, at trade association meetings and
8  sometimes in bilateral meetings or communications.   These meetings and/or communications
9  were for a variety of purposes, including the exploration of buy-sell arrangements and
10 component sourcing arrangements, the exchange of technical information, factory visits, the
11 formation of MTPD, and the sharing of general industry information.   Panasonic did not
12 agree during any of these meetings or communications to fix the prices or allocate the
13 production or customers of any CRTs sold in the United States.
14      MTPD participated in the CRT business starting in April 2003.   From this time,
15 MTPD occasionally met or communicated with competitors in the CRT business, including
16 Thomson, Samsung, Philips, Hitachi, Sony, and LPD, at trade association meetings and
17 sometimes in bilateral meetings or communications.   These meetings and/or communications
18 were for a variety of purposes, including the exploration of buy-sell arrangements, attendance
19 at industry trade association meetings, the sharing of technical information, factory visits, and
20 the sharing of general industry information.   MTPD did not agree at any of these meetings or
21 communications to fix the prices or allocate the production or customers of CRTs sold in the
22 United States.
23      With respect to the sale of Finished CRT Products in the United States, the Panasonic
24 Defendants are unaware of any competitor meetings and/or communications which resulted in
25 any agreements to fix the prices or allocate the production or customers of Finished CRT
26 Products sold in the United States.
27
28 MDL NO. 1917        PANASONIC DEFENDANTS' SUPPLEMENTAL RESPONSES AND OBJECTIONS
                              TO DIRECT PURCHASER PLAINTIFFS' FIRST SET OF INTERROGATORIES
                          3

Dated: December 17, 2010          By: ____/s/ Jeffrey L. Kessler____
                                       JEFFREY L. KESSLER (*pro hac vice*)
                                       Email: jkessler@dl.com
                                       A. PAUL VICTOR (*pro hac vice*)
                                       Email: pvictor@dl.com
                                       **DEWEY & LEBOEUF LLP**
                                       1301 Avenue of the Americas
                                       New York, New York 10019
                                       Telephone: (212) 259-8000
                                       Facsimile: (212) 259-7013

                                       PETER ROOT (142348)
                                       Email: proot@dl.com
                                       **DEWEY & LEBOEUF LLP**
                                       1950 University Avenue
                                       East Palo Alto, California 94303
                                       Telephone: (650) 845-7000
                                       Facsimile: (650) 845-7333

                                       STEVEN A. REISS (*pro hac vice*)
                                       Email: steven.reiss@weil.com
                                       DAVID L. YOHAI (*pro hac vice*)
                                       Email: david.yohai@weil.com
                                       DAVID E. YOLKUT (*pro hac vice*)
                                       Email: david.yolkut@weil.com
                                       **WEIL, GOTSHAL & MANGES LLP**
                                       767 Fifth Avenue
                                       New York, New York 10153-0119
                                       Telephone:   (212) 310-8000
                                       Facsimile:   (212) 310-8007

                                       GREGORY D. HULL (57367)
                                       Email: greg.hull@weil.com
                                       **WEIL, GOTSHAL & MANGES LLP**
                                       201 Redwood Shores Parkway
                                       Redwood Shores, California 94065-1175
                                       Telephone: (650) 802-3000
                                       Facsimile: (650) 802-3100

                                       *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*

MDL NO. 1917     PANASONIC DEFENDANTS' SUPPLEMENTAL RESPONSES AND OBJECTIONS
                 TO DIRECT PURCHASER PLAINTIFFS' FIRST SET OF INTERROGATORIES
                                      4