# EXHIBIT 8

HIGHLY CONFIDENTIAL

1

1             UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

2               SAN FRANCISCO DIVISION

3 _____
                           )

4 IN RE: CATHODE RAY TUBE (CRT)  )

ANTITRUST LITIGATION         )

5 _____ ) No. 07-cv-05944 SC

This Document Relates to:     ) MDL No. 1917

6 ...(continuing caption page 2) )

_____ )

7

8      SUPERIOR COURT OF THE STATE OF CALIFORNIA

        CITY AND COUNTY OF SAN FRANCISCO

9 _____
                           )

10 STATE OF CALIFORNIA, et al.,  )

                           )

11            Plaintiffs,    )

                           ) No. CGC-11-515784

12        v.               )

                           )

13 SAMSUNG SDI, INC., CO., LTD,  )

et al.,                  )

14           Defendants.    )

_____)

15

16             HIGHLY CONFIDENTIAL

17         DEPOSITION OF TATSUO TOBINAGA

18          San Francisco, California

19           Monday, July 16, 2012

20

21

22 Reported by:

LESLIE ROCKWOOD

23 CSR No. 3462

24

25

**HIGHLY CONFIDENTIAL**

**2**

```
 1          UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
            SAN FRANCISCO DIVISION
 3   IN RE: CATHODE RAY TUBE (CRT)  )
     ANTITRUST LITIGATION           )
 4                                  )
     This Document Relates to:      ) No. 07-cv-05944 SC
 5   Direct Purchaser Plaintiff     ) MDL No. 1917
     Class Actions;                 )
 6                                  )
     Indirect Purchaser Plaintiff   )
 7   Class Actions;                 )
                                    )
 8   State of Florida, Office of    )
     the Attorney General,          )
 9   Department of Legal Affairs    )
     v. LG Electronics, Inc., et    )
10   al., No. 2011-CV-6205 SC       )
                                    )
11
     SUPERIOR COURT OF THE STATE OF CALIFORNIA
12        CITY AND COUNTY OF SAN FRANCISCO

13   STATE OF CALIFORNIA, et al.,   )
                                    )
14          Plaintiffs,             )
                                    )
15        v.                        ) No. CGC-11-515784
                                    )
16   SAMSUNG SDI, INC., CO., LTD,   )
     et al.,                        )
17          Defendants.             )
                                    )
18
19      Highly confidential Deposition of TATSUO TOBINAGA,
20   taken on behalf of the Indirect Purchaser Plaintiffs, at
21   44 Montgomery Street, Suite 3400, San Francisco, California,
22   commencing at 9:31 a.m. and ending at 6:18 p.m., on
23   Monday, July 16, 2012, before Leslie Rockwood,
24   Registered Professional Reporter, Certified Shorthand
25   Reporter No. 3462.
```

**3**

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR INDIRECT PURCHASER PLAINTIFFS:
 4      ZELLE HOFMANN VOELBEL & MASON LLP
 5      BY:  DEMETRIUS X. LAMBRINOS, ESQ.
 6      44 Montgomery Street, Suite 3400
 7      San Francisco, California 94104
 8      (415) 633-1948
 9      dlambrinos@zelle.com
10
11
12   FOR DIRECT PURCHASER PLAINTIFFS:
13      SAVERI & SAVERI, INC.
14      BY:  GEOFFREY C. RUSHING, ESQ.
15      706 Sansome Street
16      San Francisco, California 94111
17      (415) 217-6810
18      grushing@saveri.com
19
20
21
22
23
24
25
```

**4**

```
 1   APPEARANCES OF COUNSEL (Continued):
 2
 3   FOR DEFENDANTS PANASONIC CORPORATION, PANASONIC CORP. OF
 4   NORTH AMERICA, AND MT PICTURE DISPLAY. CO., LTD.:
 5      WEIL GOTSHAL & MANGES LLP
 6      BY:  DAVID L. YOHAI, ESQ.
 7      BY:  DAVID YOLKUT, ESQ.
 8      767 Fifth Avenue
 9      New York, New York 10153-0119
10      (212) 310-8275
11      david.yohai@weil.com
12      david.yolkut@weil.com
13
14   FOR DEFENDANTS TOSHIBA CORPORATION, TOSHIBA AMERICA,
15   INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA
16   AMERICA CONSUMER PRODUCTS, LLC, et al.:
17      WHITE & CASE LLP
18      BY:  CHARISE NAIFEH, ESQ. (A.M. only)(via phone)
19      BY:  AARON McALLISTER, ESQ. (P.M. only) (via phone)
20      701 13th Street, N.W.
21      Washington, DC 20005
22      (202) 626-3600
23      cnaifeh@whitecase.com
24      amcallister@whitecase.com
25
```

**5**

```
 1   APPEARANCES OF COUNSEL (Continued):
 2
 3   FOR DEFENDANTS HITACHI, LTD., HITACHI DISPLAYS, LTD.,
 4   HITACHI ASIA, LTD., HITACHI AMERICA LTD., ND HITACHI
 5   ELECTRONIC DEVICES (USA), INC.:
 6      MORGAN LEWIS & BOCKIUS LLP
 7      BY:  AMRUTHA M. NANJAPPA, ESQ. (via phone)
 8      One Market, Spear Street Tower
 9      San Francisco, California 94105
10      (415) 442-1156
11      ananjappa@morganlewis.com
12
13
14   FOR DEFENDANTS KONINKLIFKE PHILIPS ELECTRONICS N.V.,
15   PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PHILIPS
16   ELECTRONICS INDUSTRIES (TAIWAN), LTD., ET AL.:
17      BAKER BOTTS
18      BY:  CHARLES MALAISE, ESQ. (via phone)
19      1299 Pennsylvania Avenue NW
20      Washington, DC 20004-2400
21      (202) 639-7909
22      charles.malaise@bakerbotts.com
23
24
25
```

2 (Pages 2 to 5)

**HIGHLY CONFIDENTIAL**

**6**

1  APPEARANCES OF COUNSEL (Continued):
2
3  FOR DEFENDANTS SAMSUNG SDI AMERICA, INC., SAMSUNG SDI
4  CO., LTD., SAMSUNG SDI MEXICO S.A. de C.V., SAMSUNG SDI
5  BRASIL LTDA, SHENZHEN SAMSUNG SDI CO., LTD., ET AL.:
6  SHEPPARD MULLIN RICHETER & HAMPTON LLP
7  BY:  DYLAN I. BALLARD, ESQ. (via phone)
8  Four Embarcadero Center, 17th Floor
9  San Francisco, California 94111
10  (415) 774-2914
11  dballard@sheppardmullin.com
12
13
14  STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL
15  BY:  JENNIFER MORGAN-BYRD, paralegal (via phone)
16  The Capitol PL-01
17  Tallahassee, Florida 32399-1050
18  (850) 414-3912
19
20
21
22
23
24
25

**7**

1  APPEARANCES OF COUNSEL (Continued):
2
3  STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE
4  PUBLIC RIGHTS DIVISION, ANTITRUST LAW SECTION
5  BY:  ADAM MILLER, ESQ.
6  455 Golden Gate Avenue, Suite 11000
7  San Francisco, California 94102
8  (415) 703-5551
9  adam.miller@doj.ca.gov
10
11
12  Also Present:
13  Koko Peters, Interpreter (Japanese)
14  Ari Lehman, Esq., Check Interpreter
15  Kirill Levashob
16
17
18
19
20
21
22
23
24
25

**8**

1                I N D E X
2
3
4  MONDAY, JULY 16, 2012
5
6  WITNESS                              EXAMINATION
7  TATSUO TOBINAGA, VOLUME 1
8
9    BY MR. LAMBRINOS                      11
10
11  QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
12           Page    Line
13           13      14
         14      8
14        14      18
15
16
17
18
19
20
21
22
23
24
25

**9**

1            DEPOSITION EXHIBITS
2           TATSUO TOBINAGA, VOLUME 1
3  NUMBER        DESCRIPTION         IDENTIFIED
4  Exhibit 261  MTPD-0608932 - 945           19
5  Exhibit 262  Modem Number Examples from   63
6           MTPD-0122906
7  Exhibit 263  MTPD-0504719 - 4720          88
8  Exhibit 264  MTPD-0504721                 88
9  Exhibit 265  MTPD-0468623 - 8631         125
10
11          PREVIOUSLY MARKED EXHIBITS
12  NUMBER        DESCRIPTION         IDENTIFIED
13  Exhibit 250  Amended Notice of Deposition  12
14           Pursuant to Rule 30(b)(6),
15           7/3/12
16  Exhibit 251  Certificate of Accuracy,      46
17           7/10/12
18
19
20
21
22
23
24
25

3 (Pages 6 to 9)

**HIGHLY CONFIDENTIAL**

---

**10**

1    MONDAY, JULY 16, 2012: SAN FRANCISCO, CALIFORNIA
2              9:31 A.M.
3              ---oOo---
4
5              KOKO PETERS,
6    having been duly sworn to faithfully interpret the
7    English language into the Japanese language and the
8    Japanese language into the English language:
9
10             TATSUO TOBINAGA,
11   called as a witness, having been duly sworn, was
12   examined and testified through the Interpreter as
13   follows:
14
15             MR. LAMBRINOS:  Before we get started, it's my   09:31:21
16   understanding that the Attorney General's Office would   09:31:22
17   like to read something into the record.   09:31:25
18             MR. MILLER:  Yes.  Good morning.  This is Deputy   09:31:27
19   Attorney General Adam Miller.  I just want to put on the   09:31:30
20   record that my office reserves the right to depose the   09:31:33
21   corporate representative on other topics that have not   09:31:34
22   been noticed in this current round of Federal Rule of   09:31:36
23   Civil Procedure pursuant to the protocol.   09:31:39
24             We further reserve the right to notice the   09:31:46
25   depositions of those individuals whom you have designated   09:31:48

---

**11**

1    to give testimony in the corporate capacity in this   09:31:51
2    30(b)(6) round of depositions in their individual   09:31:54
3    capacity at a later date in accordance with the protocol.   09:31:56
4
5              EXAMINATION
6    BY MR. LAMBRINOS:
7         Q.  Could you please state your name for the record.   09:33:03
8         A.  It's Tatsuo Tobinaga.   09:33:07
9         Q.  Mr. Tobinaga, have you ever had your deposition   09:33:12
10   taken before?   09:33:15
11        A.  This is my first time.   09:33:15
12        Q.  Mr. Tobinaga, do you speak English?   09:33:23
13        A.  I can speak simple English if it's for saying   09:33:25
14   "hello" and such things.   09:33:34
15        Q.  Did you take -- did you learn English -- were   09:33:38
16   you trained in English in school?   09:33:41
17        A.  I did study English up through university.   09:33:50
18        Q.  How many years?   09:33:55
19        A.  Six years with junior high school and high   09:34:01
20   school, two years in college.  So a total of eight years.   09:34:06
21        Q.  Mr. Tobinaga, before we get started on the   09:34:15
22   substantive questions, I want to state a couple of rules   09:34:19
23   for the deposition.   09:34:22
24        A.  Okay.   09:34:22
25        Q.  You understand that you're under oath and unless   09:34:32

---

**12**

1    you are specifically instructed not to answer a question,   09:34:35
2    that you're to answer honestly as if you were in a court   09:34:37
3    of law?   09:35:01
4         A.  Yes.   09:35:01
5         Q.  Mr. Tobinaga, you understand that you will need   09:35:01
6    to give verbal answers.  So please avoid nonverbal   09:35:04
7    answers such as nodding your head.  The court reporter   09:35:09
8    needs to hear your answers audibly in order to create a   09:35:11
9    record.   09:35:15
10        A.  Yes.   09:35:33
11             MR. LAMBRINOS:  Mr. Tobinaga, I'm going to hand   09:35:37
12   you what's been previously marked as Exhibit Number 250.   09:35:39
13             (Exhibit 250, Amended Notice of Deposition
14             Pursuant to Rule 30(b)(6), 7/3/12, was
15             previously marked for identification.)
16             THE WITNESS:  Okay.   09:35:53
17        Q.  BY MR. LAMBRINOS:  Do you know what this   09:35:53
18   document is?   09:35:54
19        A.  Yes, it was explained to me by my attorney.   09:35:58
20        Q.  What is it, to your understanding?   09:36:03
21        A.  I understand that these are the topics that I   09:36:24
22   will be questioned on in this lawsuit and that what I am   09:36:30
23   assigned to is -- are numbers 9 through 4 -- excuse me --   09:36:35
24   2 to 4 and 9 through 20.   09:36:40
25        Q.  And is it your understanding that you're here to   09:36:44

---

**13**

1    testify on behalf of Panasonic as to these topics?   09:36:46
2         A.  Yes, I understand that I am here to represent   09:37:04
3    that.   09:37:05
4         Q.  And that your answers are binding on behalf of   09:37:06
5    Panasonic, Panasonic of North America, and MTPD to each   09:37:09
6    of these topics?   09:37:16
7         A.  Yes.  I've been told that I am representing   09:37:35
8    Panasonic, PNA, and MTPD.   09:37:39
9         Q.  Did you speak with anyone to prepare for the   09:37:47
10   deposition here today?   09:37:50
11        A.  Yes.  Yesterday and two weeks ago in Japan, I   09:38:07
12   prepared with Mr. Yohai, Mr. Yolkut, and Mr. Adam Hemlock   09:38:11
13   who are here.   09:38:18
14        Q.  What did you discuss?   09:38:24
15             MR. YOHAI:  Objection.  I'm going to instruct   09:38:25
16   the witness not to answer that question.  I believe it   09:38:29
17   calls for privileged information.   09:38:31
18             You're not to answer that question.   09:38:32
19             THE WITNESS:  Okay.   09:38:50
20        Q.  BY MR. LAMBRINOS:  Was Ms. Peters present for   09:38:50
21   these conversations?   09:38:52
22        A.  Peters.   09:39:01
23        Q.  The translator.  Pardon me.   09:39:02
24        A.  She was there.   09:39:06
25        Q.  Was she at all of these conversations?   09:39:07

---

**4 (Pages 10 to 13)**

**HIGHLY CONFIDENTIAL**

**14**

1      A. It was only yesterday.      09:39:16
2      Q. Did you speak to anyone else besides the people   09:39:19
3 you've identified in preparation for this deposition?    09:39:23
4      A. No, I did not.      09:39:25
5      Q. Did you review any documents in preparation for   09:39:34
6 today's deposition?      09:39:37
7      A. Yes.      09:39:38
8      Q. What documents did you review?      09:39:43
9      MR. YOHAI: I object to that question and I    09:39:47
10 object on the grounds of attorney-client privilege and   09:39:50
11 work product. And I instruct the witness not to answer   09:39:52
12 what documents he reviewed as that impinges upon    09:39:55
13 privilege and work product.      09:39:59
14      THE WITNESS: Okay.      09:40:29
15      Q. BY MR. LAMBRINOS: Did you bring any documents   09:40:30
16 with you today?      09:40:31
17      A. I didn't bring anything with me.      09:40:34
18      Q. Did you bring any strictly business-related    09:40:36
19 documents -- did you review any strictly business-related   09:40:40
20 documents in preparation for today's deposition?    09:40:44
21      MR. YOHAI: I object to that question, and it's   09:40:50
22 the same instruction. I instruct the witness not to    09:40:52
23 answer. I'm not sure what you mean, given by strictly   09:40:54
24 business-related documents, since all the documents have   09:40:58
25 to do with the business. So I instruct the witness not   09:41:01

**15**

1 to answer.      09:41:03
2      Q. BY MR. LAMBRINOS: Mr. Tobinaga, I'm going to   09:41:24
3 put a couple of remarks on the record. The first is that   09:41:26
4 plaintiffs are reserving portions of our allocated    09:41:29
5 deposition time for other topics in the future. So we   09:41:32
6 will not be using all of our time today.      09:41:36
7      Do you understand that? Well, all of our time   09:41:38
8 that we've been allocated, I should say.      09:41:39
9      Do you understand that?      09:41:41
10      MR. YOHAI: We understand. Counsel understands.   09:41:42
11      THE WITNESS: Yes.      09:42:20
12      MR. LAMBRINOS: I see your counsel was trying to   09:42:20
13 save me time before. I'd also like to put on the record   09:42:22
14 that the Excel spreadsheets that are going to be used as   09:42:25
15 exhibits have been modified per the ESI order      09:42:29
16 specifications, Bates Numbered, and confidential    09:42:31
17 designations added. The documents have been conformed   09:42:34
18 for printing purposes only.      09:42:37
19      Is that your understanding?      09:42:39
20      MR. YOHAI: If it's within -- if it's in    09:42:41
21 accordance with the protocol, then we have no objection.   09:42:42
22      Q. BY MR. LAMBRINOS: Mr. Tobinaga, we talked a   09:43:20
23 little bit about your educational background before, and   09:43:22
24 you had said that you'd studied English for -- or you had   09:43:24
25 eight years of English and then prior to university.    09:43:28

**16**

1      So my next question is: What university did you   09:43:31
2 go to and what was your university background?    09:43:34
3      A. It was the Osaka University, the basic    09:44:01
4 engineering school, and the major was electrical    09:44:13
5 engineering. And to add to that, I have graduated -- I   09:44:17
6 also have a Master's degree.      09:44:25
7      Q. First, what is -- how long was the program in   09:44:28
8 electrical engineering?      09:44:33
9      A. Two years as an undergraduate, two years at the   09:44:40
10 graduate level. So a total of four years.      09:44:45
11      Q. Is your graduate degree also in electrical   09:44:49
12 engineering?      09:44:53
13      A. Yes.      09:44:56
14      Q. Do you have any other graduate degrees?    09:44:56
15      A. No.      09:45:03
16      Q. Have you had any legal training?      09:45:03
17      A. No.      09:45:13
18      Q. Have you ever attended business classes in the   09:45:18
19 United States?      09:45:21
20      A. No.      09:45:21
21      Q. Do you have any kind of background in economics?   09:45:27
22      (Interruption in proceedings.)      09:45:37
23      (Mr. Ballard joins the deposition via     
24 speakerphone.)      09:45:42
25      MR. LAMBRINOS: One moment, please.      09:45:42

**17**

1      Who has joined us?      09:45:44
2      MR. BALLARD: Dylan Ballard, Sheppard Mullin,   09:45:50
3 for Samsung, MCI.      09:45:51
4      MR. LAMBRINOS: Thank you.      09:45:54
5      Q. Excuse me. Please continue, Mr. Tobinaga.   09:45:58
6      A. I don't have any from studying at university.   09:46:01
7      Q. Do you have any background in economics at all?   09:46:04
8      A. As far as economics is concerned, I did study   09:46:24
9 personally what I needed to learn for school, but I never   09:46:27
10 studied it officially at school.      09:46:31
11      Q. Have you used any of the -- have you used any of   09:46:37
12 the knowledge you gained from your personal study in your   09:46:41
13 business?      09:46:44
14      A. I didn't use it directly, but for example, terms   09:47:14
15 like operating profits, ordinary profits, profits prior   09:47:17
16 to tax, and being able to read the balance sheet and   09:47:24
17 profit and loss statements, things like that I did apply   09:47:28
18 in work.      09:47:31
19      Q. And you learned -- no, scratch that.    09:47:42
20      Please describe your employment history since   09:47:44
21 graduate school.      09:47:46
22      A. All right. Immediately after graduating from   09:48:21
23 University, I started working for Matsuda Electronics   09:48:24
24 Industries, and after a one-year training period, I was   09:48:29
25 placed in the display device organization. And I engaged   09:48:32

**5 (Pages 14 to 17)**

**HIGHLY CONFIDENTIAL**

**18**

1  in business in that organization until I retired.   09:48:37
2       And last year, after I retired from Panasonic, I   09:48:58
3  started working at Morita Corporation, where I'm working   09:49:05
4  now, and that is a company that makes fire extinguishers.   09:49:10
5       MR. LAMBRINOS:  Just for the record, I think the   09:49:15
6  interpreter said Matsuda, and that's what's coming up on   09:49:17
7  your -- I believe it's Matsushita, not Matsuda.   09:49:20
8       THE INTERPRETER:  Thank you.   09:49:25
9  Q.  BY MR. LAMBRINOS:  What was your title while you   09:49:26
10  were working for the display device organization within   09:49:27
11  MEI?   09:49:31
12  A.  I was a -- I was president in a joint venture   09:50:04
13  company called MTPD, which was with -- joint venture with   09:50:12
14  Matsushita.  And prior to that, I was the president for a   09:50:19
15  factory in Peking.  I was also the head of a factory   09:50:23
16  prior to that.  And then prior to that, I was also a   09:50:27
17  manager and supervisor as well.   09:50:30
18  Q.  During what time period were you the president   09:50:37
19  of MTPD?   09:50:40
20  A.  It was from April 2004 until I retired.   09:50:47
21  Q.  And there was a little --   09:51:00
22  A.  I'm sorry, I'm sorry.  I'm sorry.  It was from   09:51:01
23  June 2004.   09:51:06
24  Q.  There was a little confusion, I think, on the   09:51:07
25  translation, but am I correct MTPD was a joint venture   09:51:10

**19**

1  between Matsushita and Toshiba?   09:51:14
2  A.  Yes.   09:51:23
3       (Exhibit 261, MTPD-0608932 - 945, marked for   09:52:09
4       identification.)   09:52:09
5  Q.  BY MR. LAMBRINOS:  Mr. Tobinaga, I'm handing you   09:52:09
6  what's been marked now as Exhibit 261.   09:52:12
7  A.  Okay.   09:52:21
8  Q.  Do you know what this is?   09:52:21
9  A.  Elaraby Corporation.  Elaraby is a company in   09:52:23
10  Egypt that manufactures TV sets.   09:53:02
11  Q.  This is an MTPD PowerPoint, is it not?   09:53:05
12  A.  Yes, it does say MTPD on the top.  So I think it   09:53:19
13  is used for giving a presentation to the customer,   09:53:25
14  Elaraby.   09:53:29
15  Q.  And Elaraby would be buying tubes from MTPD?   09:53:36
16  A.  Yes.  They are buying -- yes, they do buy tubes.   09:53:49
17  Q.  And when I say "tubes" and when you say "tubes,"   09:53:53
18  we're referring to cathode ray tubes, or CRTs.  That's   09:53:56
19  correct?   09:54:09
20  A.  Yes.   09:54:09
21  Q.  Do you know an individual at MTPD called   09:54:11
22  Kazuteru Yasukawa?   09:54:15
23  A.  It's Kazuteru Yasukawa, yes.  There was a person   09:54:27
24  named Yasukawa in sales in Indonesia.   09:54:41
25  Q.  Can you flip open to the first page.   09:54:48

**20**

1  A.  Okay.   09:54:51
2  Q.  Oh, sorry, before you do that, I'm going to read   09:54:53
3  into the record the Bates Number of this document as   09:54:56
4  MTPD-0608932.  We flipped open to the first page, which   09:54:58
5  is a Bates Number ending in 8933.   09:55:05
6  A.  Okay.   09:55:24
7  Q.  Do you see the page is titled "MTPD Company   09:55:24
8  Profile"?   09:55:28
9  A.  Yes.   09:55:33
10  Q.  And four lines down, it says President   09:55:34
11  Tobinaga -- sorry, Tobinaga, Tatsuo?   09:55:38
12  A.  Yes.   09:55:47
13  Q.  And that's you?   09:55:48
14  A.  Yes, it is me.   09:55:48
15  Q.  Under controlling share, it says Matsushita   09:55:50
16  invests 100 percent.   09:55:55
17       Do you see that?   09:55:56
18  A.  Yes.   09:56:03
19  Q.  And so at this period in time when this   09:56:04
20  PowerPoint was written, which is June 23rd, 2007, MTPD   09:56:07
21  was 100 percent controlled by Matsushita; is that   09:56:12
22  correct?   09:56:33
23       MR. YOHAI:  Objection to the form of the   09:56:33
24  question, but you can answer.   09:56:36
25       THE WITNESS:  To explain it accurately, in   09:56:38

**21**

1  April 2003, the joint venture company between Matsushita   09:56:50
2  and Toshiba was established.  And after that, in 2006   09:56:55
3  Toshiba got out, and it became a hundred percent   09:57:12
4  Panasonic share.  That was 2006.   09:57:16
5  Q.  BY MR. LAMBRINOS:  And who do you report to at   09:57:27
6  MTPD as president?   09:57:28
7  A.  Well, there is a separate company under   09:57:49
8  Matsushita called AVC, and I report to that.   09:57:54
9  Q.  Who do you report to at AVC?   09:57:58
10  A.  There are two people to whom I reported.  First   09:58:06
11  is Otsubo Sakamoto.   09:58:11
12  Q.  Is AVC a wholly-owned subsidiary of Matsushita,   09:58:19
13  Panasonic?   09:58:25
14  A.  A hundred percent, yes, of course, a hundred   09:58:32
15  percent.   09:58:34
16  Q.  What are the titles of these two individuals at   09:58:38
17  AVC to whom you report?   09:58:42
18  A.  I may be a little wrong, but they were operating   09:59:00
19  or managing directors in Panasonic.   09:59:06
20       MR. YOHAI:  By the way, just for the record, I   09:59:11
21  believe AVC may be a division company rather than a   09:59:13
22  wholly-owned subsidiary.  I don't want to testify for the   09:59:17
23  witness, but just so the record's clear, I don't believe   09:59:20
24  it's a separately incorporated subsidiary.   09:59:23
25       THE WITNESS:  Yes, that is correct.  I used in   10:00:01

**6 (Pages 18 to 21)**

**HIGHLY CONFIDENTIAL**

---

**22**

1   Japanese a term that designates a separate company.   10:00:04
2   Q. BY MR. LAMBRINOS:  A separate -- excuse me, a   10:00:12
3   separate company, you mean a separate division within   10:00:13
4   Panasonic?   10:00:21
5   A. It's an organization within Panasonic that was   10:00:24
6   handled or that behaved -- that appeared to behave like a   10:00:31
7   separate company.   10:00:39
8   Q. It appeared to behave as a separate company, but   10:00:40
9   it was -- but the people that you communicated with were   10:00:43
10   a managing director and an operating director of   10:00:46
11   Panasonic Corporation in Japan; is that right?   10:00:50
12   A. Yes.  I reported to them about the results of   10:01:14
13   the business.  And they were shareholders of MTPD.  That   10:01:18
14   was the reason.   10:01:31
15   Q. Who were shareholders of MTPD?   10:01:33
16   A. Do you want the individuals' names?   10:01:40
17   Q. The individuals' names, yes.   10:01:43
18   A. Well, in regards -- I don't remember all of   10:02:05
19   them, but in regards to Panasonic, we have Mr. Otsubo,   10:02:09
20   Mr. Sakamoto, and in regards to accounting and AV   10:02:12
21   company, I don't remember the name, but it was the person   10:02:19
22   who was in charge of that.   10:02:21
23   Q. And I just want to clear something up:  During   10:02:24
24   what period of time were you the president of MTPD?   10:02:27
25   A. From June 2004 until I retired, I was the   10:02:30

---

**23**

1   president of MTPD.  That was while it was a joint venture   10:02:59
2   and also while it was a hundred percent Panasonic   10:03:04
3   Company, I was the president of MTPD.   10:03:08
4   Q. What date did you retire?   10:03:10
5   A. It was June 30th, 2011.   10:03:14
6   Q. And one reason I asked that is to clear up the   10:03:25
7   tense, and it's that you had during that period of time,   10:03:28
8   June 2004 to June 2011, you reported to Otsubo and   10:03:31
9   Sakamoto from Panasonic.  I didn't want to imply that you   10:03:37
10   were still reporting to them.   10:03:41
11   A. I am not reporting to them now, of course.   10:04:08
12   Q. Of course.  And is it Mr. Otsubo or Mr. Sakamoto   10:04:10
13   who was an operating director at Panasonic?   10:04:14
14   A. In my recollection, both of them were promoted   10:04:27
15   to operating and managing directors.   10:04:38
16   Q. How many operating directors are there at   10:04:42
17   Panasonic?   10:04:46
18   A. I don't remember, probably two to three people.   10:04:52
19   Q. Two to three?   10:04:59
20   A. You're asking about people who had the title of   10:05:01
21   operating director at Panasonic; right?   10:05:09
22   Q. That's correct.   10:05:11
23   A. If we're talking about the operating director at   10:05:19
24   Panasonic, it's two people or three people, depending on   10:05:23
25   when it is the number changes.   10:05:26

---

**24**

1   MR. YOHAI:  We have a term like term   10:05:29
2   clarification.   10:05:31
3   CHECK INTERPRETER:  Yeah, you've used both the   10:05:33
4   terms "senmu" and "jomu."   10:05:35
5   THE INTERPRETER:  Yes.   10:05:37
6   CHECK INTERPRETER:  And I think he originally   10:05:38
7   testified that the people, Otsubo and Sakamoto, were   10:05:39
8   "senmu."  I think because of the difficulty in -- there's   10:05:42
9   obviously not a direct translation with the words.  It   10:05:45
10   seems to have switched over to "jomu."  So I think we   10:05:48
11   want to focus on the position that these two had,   10:05:51
12   Okomoto and -- Otsubo and Sakamoto, which I believe you   10:05:57
13   said they were "senmu."   10:06:01
14   MR. YOHAI:  There's a lot of confusion.  There's   10:06:02
15   obviously a lot more directors than he's saying two or   10:06:05
16   three.  So I don't know where the -- there's multiple   10:06:08
17   layers of confusion.   10:06:09
18   CHECK INTERPRETER:  The titles -- Japanese has   10:06:11
19   very, you know, rigid titles that don't necessarily break   10:06:14
20   down.   10:06:20
21   MR. YOHAI:  I'm not sure where the breakdown   10:06:20
22   is, but we need to go over this again.  I'm totally   10:06:21
23   confused right now.   10:06:21
24   CHECK INTERPRETER:  I think we need to focus on   10:06:21
25   "senmu."   10:06:22

---

**25**

1   MR. LAMBRINOS:  Okay.  Let's focus on that for   10:06:23
2   now.  "Senmu."   10:06:26
3   THE WITNESS:  Okay.   10:07:42
4   Q. BY MR. LAMBRINOS:  What was the position of   10:07:44
5   Mr. Otsubo and Mr. Sakamoto at Panasonic?   10:07:47
6   MR. YOHAI:  I'm sorry to object.  Could you   10:07:55
7   clarify time frame?   10:07:57
8   MR. LAMBRINOS:  Yes.   10:07:59
9   Q. At the point you reported to them, Mr. Otsubo   10:08:00
10   and Mr. Sakamoto, at their highest levels in the   10:08:04
11   position, what were they?   10:08:07
12   A. Okay.  I will break this down by time.  Between   10:08:37
13   2004 and June 2006, I was reporting to Mr. Otsubo.  And   10:08:40
14   in 2006, Mr. Otsubo's last title was senior managing   10:08:50
15   director.  And as Mr. Otsubo's successor after that,   10:08:55
16   Mr. Sakamoto was there.  And Mr. Sakamoto as well, when I   10:09:07
17   started reporting to him, was senior managing director.   10:09:18
18   Q. Is senior managing director the highest level   10:09:22
19   within Panasonic that either Mr. Sakamoto or Mr. Otsubo   10:09:25
20   achieved?   10:09:29
21   A. After that, Mr. Otsubo was senior managing --   10:10:13
22   senior managing director in June 2006.  Oh, I'm sorry,   10:10:19
23   now I remember.  My memory is coming back.  It was April.   10:10:24
24   In April 2006, he left the position of president of AV   10:10:26
25   company, and in June 2006 became the president of   10:10:31

---

7 (Pages 22 to 25)

**HIGHLY CONFIDENTIAL**

**26**

1  Panasonic. And ultimately Mr. Sakamoto has -- went --   10:10:37
2  was vice president.   10:10:48
3  Q. So just to get everything clear on the record,   10:10:52
4  from 2004 to 2006, you reported to Mr. Otsubo, who was at   10:10:55
5  that time senior managing director at Panasonic and was   10:11:00
6  ultimately elevated to president of Panasonic in June of   10:11:03
7  2006: is that correct?   10:11:07
8  A. Yes.   10:11:35
9  Q. And then from 2006 until 2011, you reported to   10:11:36
10 Mr. Sakamoto, who was at that time senior managing   10:11:40
11 director at Panasonic and has since been elevated to vice   10:11:44
12 president of Panasonic: is that correct?   10:11:48
13 A. Let me correct one part. I reported to the AV   10:12:12
14 president, Mr. Sakamoto, through 2009. After that, MTPD   10:12:37
15 was not engaging in business so there was no reporting.   10:12:42
16 Q. But everything else I said about Mr. Sakamoto   10:12:47
17 was correct?   10:12:50
18 A. Yes.   10:12:57
19 Q. What form did this reporting take?   10:12:58
20 MR. YOHAI: Objection to the form of the   10:13:03
21 question.   10:13:05
22 You can answer if you understand.   10:13:05
23 THE WITNESS: I reported on a monthly basis.   10:13:21
24 Every month I reported the results of the business   10:13:25
25 meeting, and once a month there was a meeting within AV   10:13:4

**27**

1  company that brought together all of the people who are   10:13:47
2  in charge of the business units, and I reported the   10:13:50
3  business results of MTPD there.   10:13:53
4  And once a year, there is a shareholders   10:14:05
5  meeting, and I made a report on the yearly performance   10:14:09
6  there.   10:14:15
7  Q. BY MR. LAMBRINOS: The shareholders meeting of   10:14:17
8  what company?   10:14:19
9  A. It's the shareholders meeting of MTPD.   10:14:20
10 Q. Was the meeting with AVC conducted in person or   10:14:38
11 over the phone?   10:14:42
12 A. The people who are in charge of the business   10:14:58
13 units would all gather in a conference room like this and   10:15:01
14 report one after another.   10:15:07
15 Q. Would you prepare documents in -- and reports in   10:15:08
16 advance of these meetings to present there?   10:15:12
17 A. The person who was responsible for accounting at   10:15:14
18 MTPD would put the numbers together for MTPD -- it was   10:15:39
19 about a one-page document -- and I would report on that.   10:15:45
20 Q. What would be on that one-page document? Or   10:15:50
21 sorry, back up. Strike that.   10:15:54
22 What would that one-page document be called?   10:15:56
23 A. The report was the business report. It was a   10:15:58
24 report for each month, the business report.   10:16:19
25 Q. And would you pass out copies of this business   10:16:29

**28**

1  report at those meetings with AVC with the division   10:16:31
2  heads?   10:16:34
3  A. The person who was organizing that meeting would   10:17:00
4  be the person who's responsible for accounting at AVC,   10:17:05
5  and that person would be -- would give out the copies.   10:17:10
6  Q. Do you remember what that person's name in   10:17:15
7  charge of accounting at AVC was between 2004 and 2006?   10:17:17
8  A. I'm sorry, it slips my mind.   10:17:35
9  Q. So that I understand this, aside from these --   10:17:37
10 excuse me, did you say that these meetings occurred every   10:17:42
11 month with AVC?   10:17:46
12 A. Yes, it's every month.   10:17:48
13 Q. Aside from these monthly in-person meetings with   10:17:55
14 the division heads at AVC, did you separately report to   10:17:58
15 Mr. Otsubo or Mr. Sakamoto, depending on the time period,   10:18:04
16 about the business at MTPD?   10:18:09
17 A. When there are significant -- a large decision   10:18:57
18 such as closing the Ohio company and ceasing business   10:19:01
19 needed to be made, then it was necessary to receive the   10:19:06
20 approval of Panasonic headquarters. So I would go to   10:19:11
21 consult with them then.   10:19:17
22 Q. What were all the situations in which you would   10:19:19
23 have to achieve approval from Panasonic headquarters in   10:19:21
24 which such reports would have to be made?   10:19:25
25 MR. YOHAI: Objection to the form of the   10:19:44

**29**

1  question.   10:19:45
2  I don't think that question is possible to   10:19:45
3  answer, but you can do the best you can.   10:19:48
4  MR. LAMBRINOS: Go ahead and answer, please.   10:19:49
5  THE WITNESS: Yes, within the Panasonic group,   10:20:54
6  there are standards for going through the approval   10:21:00
7  process, and for things such as closing a major factory   10:21:02
8  or buying property and things that are significant like   10:21:07
9  that would require the -- going through the approval   10:21:12
10 process.   10:21:17
11 So based on that, approval would be sought from   10:21:18
12 the headquarters, from the parent, and the consultation   10:21:22
13 would be made with the AVC president, and when agreement   10:21:2
14 has been -- when approval has been given or when he   10:21:34
15 agrees, then we would go through the approval process.   10:21:38
16 And in my recollection, the only time that this   10:21:42
17 was done with AVC was for the closing of a factory or the   10:21:45
18 selling off of a factory.   10:21:50
19 Q. BY MR. LAMBRINOS: Please walk me through the   10:22:01
20 approval process for closing down a factory, for example.   10:22:07
21 A. First of all, there is a form, approval process   10:22:20
22 form, and the sub-contents will be put in by MTPD. And   10:22:27
23 in the case of closing Ohio, for example, a very simple   10:22:44
24 explanation of why Ohio is to be closed would be added to   10:22:49
25 that, and that would form a report.   10:22:54

8 (Pages 26 to 29)

HIGHLY CONFIDENTIAL

**30**

```
1        And then the idea will -- for this will be        10:23:19
2    formed, and I would sign it or put my stamp -- my stamp    10:23:24
3    on it, and that then would be brought to the president of  10:23:29
4    AVC, Mr. Sakamoto, who would then approve of it.  And     10:23:33
5    then after that, it would ultimately go to the ultimate   10:23:38
6    person responsible for approval, the president.          10:23:42
7        Q.  The president of Panasonic?                      10:23:47
8        A.  As I mentioned earlier, according to the rules   10:24:00
9    of the approval process, there are some levels at which   10:24:11
10   the approval of the president of the headquarters is      10:24:14
11   necessary, some in which the AVC president level is       10:24:18
12   sufficient, and some in which the person who is in charge 10:24:23
13   of the business unit is the level that is needed.         10:24:28
14       Q.  And just to clarify, then, there are some        10:24:30
15   decisions, such as the closure of the Ohio factory, which 10:24:32
16   would require the approval of the president of Panasonic? 10:24:35
17       A.  Yes.                                             10:24:59
18       Q.  Thank you.  A third type of reporting we've      10:25:00
19   discussed is at the shareholders meeting.  This is an     10:25:05
20   annual shareholders meeting, I think you said?            10:25:09
21       A.  Yes, it is.                                      10:25:25
22       Q.  Did the MTPD -- and these shareholders -- at     10:25:26
23   these shareholders meetings, did the board of directors   10:25:28
24   of MTPD attend?                                           10:25:31
25       A.  Yes, they did.                                   10:25:38
```

**31**

```
1        Q.  How many board members were there at that time? 10:25:40
2    We'll start with 2004 to 2006.                           10:25:43
3        A.  In 2004, that was the time when there was still  10:25:46
4    a joint venture with Toshiba.  So in total, according to  10:26:11
5    my memory, it was ten people, although I may be wrong.    10:26:16
6    It was ten people.                                        10:26:19
7        And then as time passed, the business was --          10:26:32
8    business became smaller so the number decreased until     10:26:37
9    ultimately I was the only person.                         10:26:42
10       Q.  Did you go every year between 2004 and 2011 to   10:26:45
11   present at these shareholder meetings?                    10:26:49
12       A.  Yes.                                             10:27:04
13       Q.  And in 2004, when there were ten people on the   10:27:05
14   board, am I correct that six of them were Panasonic       10:27:08
15   representatives and four of them were Toshiba             10:27:11
16   representatives?                                          10:27:13
17       A.  My recollection is the same of that as well.     10:27:27
18       Q.  What was the purpose of making these             10:27:31
19   presentations to the shareholders and board of directors? 10:27:34
20   Oh, excuse me.                                           10:27:35
21       Before we go on, so in 2004, for example, when       10:27:37
22   there are ten board members, are there anybody else you   10:27:40
23   would consider a shareholder that attended these          10:27:44
24   meetings?                                                10:27:49
25       MR. YOHAI:  I object to the form of the              10:28:01
```

**32**

```
1    question.  I'm not sure what that question's asking.     10:28:02
2        MR. LAMBRINOS:  I'll rephrase.                       10:28:10
3        Q.  Did anybody, aside from the ten board members of 10:28:12
4    MTPD, attend the annual shareholders meeting at which you 10:28:16
5    presented in 2004?                                       10:28:21
6        MR. YOHAI:  Objection to the form of the             10:28:44
7    question again.                                           10:28:46
8        MR. LAMBRINOS:  Go ahead and answer.                 10:28:48
9        THE WITNESS:  Well, if my memory is correct,         10:29:06
10   from Toshiba -- well, it was 2004 so Toshiba would have   10:29:10
11   been part of the shareholders, too.  So there was --      10:29:15
12   there was or were representative or representatives from  10:29:18
13   Toshiba as well.                                         10:29:22
14       Q.  What form did your presentation take at the      10:29:23
15   shareholders meeting?                                    10:29:26
16       A.  I read a report.                                 10:29:38
17       Q.  What was that report called?                     10:29:39
18       A.  I think -- I don't remember exactly.  I think it 10:29:54
19   was the shareholders annual report.  I don't              10:29:58
20   really remember.  I think it was the annual report.       10:30:02
21       Q.  Would this have been a document you prepared     10:30:05
22   yourself?                                                10:30:07
23       A.  It is the person or people who are in charge of  10:30:19
24   accounting that I mentioned earlier as well a few times   10:30:24
25   who would have been mainly involved in that.              10:30:27
```

**33**

```
1        Q.  And what would the contents of this report have 10:30:31
2    been?                                                    10:30:34
3        A.  First it would be the operating situation,       10:30:51
4    market situation, and PL and PS.  These type of things   10:30:55
5    would have been central.                                 10:30:59
6        Q.  What are PL and PS?                              10:31:01
7        A.  Profit and loss statement and balance sheet.     10:31:12
8        Q.  What would be included under the operating       10:31:16
9    information heading?                                     10:31:19
10       A.  Well, the major topic -- well, because at that   10:31:44
11   time in my recollection the main -- it was mainly about   10:31:48
12   the impact of the flat screen LCDs and plasma and such    10:31:52
13   flat screen on the CRT business.                          10:32:01
14       Q.  Would it include information about manufacturing 10:32:03
15   capacity for CRTs?                                       10:32:06
16       A.  I don't think it was that detailed.  The data -- 10:32:28
17   I don't think the data was that detailed.  In my          10:32:32
18   recollection, it was mainly about trends.                10:32:35
19       Q.  How long were these reports?                     10:32:40
20       A.  Are you asking about time?                       10:32:48
21       Q.  No.  Excuse me.  I'm asking about size.  Earlier 10:32:50
22   we had talked about -- we had talked about these monthly  10:32:52
23   meetings with the division heads at AVC, and you said it  10:32:55
24   was a one-page document.  And I'm just trying to get an   10:32:58
25   idea of how these reports are different.                  10:33:01
```

9 (Pages 30 to 33)

HIGHLY CONFIDENTIAL

**34**

1    A. In my recollection, it was around four to five    10:33:04
2    pages of A4 size.    10:33:32
3    Q. A4 size meaning -- is that a -- oh, the Japanese    10:33:36
4    size of paper.    10:33:42
5    Going back really quick to the one-page -- the    10:33:43
6    one-page reports that were issued monthly that you    10:33:46
7    presented to the AVC division heads, what would the    10:33:50
8    contents of those one-page reports be?    10:33:53
9    A. Well, in three quarters of it, there would be a    10:34:30
10   chart with numbers, and in that chart would be written    10:34:36
11   the profit-and-loss results from the previous month. And    10:34:39
12   then in the remaining area, there was a little -- little    10:34:47
13   explanation written in sentences. Production situation,    10:34:51
14   sales situation, if there's any particular topic of note,    10:35:12
15   there were some comments on those.    10:35:15
16   Q. What kind of information would be provided under    10:35:19
17   the heading of production situation?    10:35:22
18   A. Well, in the chart that includes numbers, there    10:36:01
19   would be information about the business plan and the    10:36:08
20   actual results and if the actual reports were according    10:36:11
21   to the business plan, then there would be no comments    10:36:16
22   written. However, if there was a difference between the    10:36:19
23   business plan and the actual results, then the reasons    10:36:22
24   would be stated.    10:36:24
25   For example, the reason why production didn't go    10:36:26

**35**

1    well was because there was some breakage of the    10:36:29
2    equipment, et cetera.    10:36:35
3    Q. Who is in charge of generating the business plan    10:36:35
4    for MTPD? And we can start with the 2004 to 2006 time    10:36:38
5    period and then the 2006 to 2011 time period.    10:36:47
6    A. The person who is responsible for developing the    10:37:05
7    business plan is the person who's in charge of    10:37:08
8    accounting.    10:37:11
9    Q. Who would that have been during the 2004 to 2006    10:37:12
10   time period?    10:37:15
11   A. If I were to mention the name of that    10:37:22
12   individual, it's a person name Morishita.    10:37:28
13   Q. What is the first name?    10:37:32
14   A. Morishita -- well, I don't remember.    10:37:42
15   Q. What about during the 2006 to 2011 time period?    10:37:45
16   A. He retired in 2010. So until then, he was    10:37:57
17   always responsible.    10:38:00
18   Q. And there were no more CRTs being manufactured    10:38:01
19   after 2009; right?    10:38:06
20   A. No, they were not.    10:38:11
21   Q. Okay. Please flip the page of this PowerPoint.    10:38:15
22   Again, we're discussing this -- just for reference.    10:38:18
23   We're discussing the PowerPoint. The Bates Number ends    10:38:21
24   in 8932. We've marked it as 261. It's a presentation    10:38:23
25   made by MTPD to Elaraby Corporation. If we flip the page    10:38:29

**36**

1    over, there's another organizational chart.    10:38:33
2    Do you see that, Mr. Tobinaga?    10:38:34
3    A. Yes, I'm looking at it.    10:39:07
4    Q. That's your name listed as president; correct,    10:39:08
5    Mr. T. Tobinaga?    10:39:11
6    A. Yes, it is.    10:39:12
7    Q. And then if you look down from there, there's a    10:39:18
8    branch of this chart that discusses the global sales    10:39:21
9    group and has an H. Nishiyama.    10:39:24
10   Do you see that?    10:39:27
11   A. Nishiyama, yes.    10:39:37
12   Q. And are you aware that a Mr. Hirokazu Nishiyama    10:39:45
13   has been called to testify on certain topics in this case    10:39:48
14   after you, in fact, tomorrow?    10:39:51
15   A. Yes.    10:40:11
16   Q. How do you know that?    10:40:12
17   MR. YOHAI: You should not disclose any    10:40:17
18   privileged communications. I caution the witness not to    10:40:19
19   disclose any privileged communications.    10:40:21
20   THE WITNESS: Okay.    10:40:38
21   MR. LAMBRINOS: You can answer if you can answer    10:40:38
22   in a way that does not disclose privileged information.    10:40:40
23   THE WITNESS: I can't think of any.    10:40:56
24   Q. BY MR. LAMBRINOS: Have you had any discussions    10:40:57
25   with Mr. Nishiyama about this case?    10:40:59

**37**

1    A. No, I have not.    10:41:05
2    Q. Thank you. Flip to the next page of this    10:41:06
3    PowerPoint. It says "MTPD Production Map of the World."    10:41:15
4    Do you see that?    10:41:18
5    A. Yes.    10:41:18
6    Q. And it says CPT production capacity,    10:41:29
7    15.7 million PCS.    10:41:35
8    Do you see that?    10:41:38
9    A. Yes.    10:41:45
10   Q. And is this an indication that MTPD's total    10:41:46
11   production capacity is in fact 15.7 million pieces?    10:41:51
12   MR. YOHAI: Objection. Clarification. Could we    10:42:12
13   get a time frame on that question?    10:42:14
14   MR. LAMBRINOS: 2007.    10:42:15
15   THE WITNESS: Well, for each company, the    10:42:29
16   maximum production capacity of -- of CPT are noted, and    10:42:41
17   that is the number when all of those are added, according    10:42:48
18   to my understanding.    10:42:51
19   Q. BY MR. LAMBRINOS: Are there reports with more    10:42:52
20   detailed information on CPT production capacity -- or    10:42:54
21   excuse me, CRT production capacity that you viewed in the    10:42:58
22   ordinary course of business in the scope of your    10:43:02
23   employment as president of MTPD?    10:43:05
24   A. Basically, production capacity is expressed in    10:43:42
25   numbers similar to this.    10:43:47

10 (Pages 34 to 37)

HIGHLY CONFIDENTIAL

**38**

1    Q.  Flip to the last page of this PowerPoint.  It's    10:43:55
2    Bates Number ending in 8945.  This is a page titled    10:44:00
3    "Competitors Status of Operating System Restructuring."    10:44:08
4        Do you see that?  Do you see that, Mr. Tobinaga?    10:44:13
5    A.  Yes, I do.    10:44:31
6    Q.  Okay.  And if we're to look at the first column    10:44:33
7    of information, it lists companies such as SDI.  Do you    10:44:35
8    understand SDI there to mean a Samsung entity that makes    10:44:39
9    cathode ray tubes?    10:44:45
10   A.  To make an assessment based on the flow of this    10:45:12
11   presentation, I can understand that to mean a Samsung    10:45:18
12   entity that makes CRTs.    10:45:23
13   Q.  And then in the column next to SDI, it lists    10:45:25
14   several names, including Husan, Malaysia, Shenzhen,    10:45:30
15   et cetera.  I think there's one, two -- there are seven    10:45:35
16   places named.    10:45:41
17       Do you understand these to be the manufacturing    10:45:41
18   sites that SDI produces CRTs at?    10:45:43
19   A.  Yes.  I do have recollection that SDIs    10:46:26
20   manufacturing sites are in such locations.    10:46:32
21   Q.  If we go to the next column, it's titled    10:46:34
22   "Operation," and then in parentheses, it says    10:46:37
23   "Percentage:  Rate of number" -- "rate of NO operation."    10:46:39
24       Do you see that?    10:46:43
25   A.  Yes.    10:46:57

**39**

1    Q.  What do you take that to mean?    10:46:57
2    A.  Well, it says operation rate so...    10:46:59
3        THE INTERPRETER:  I'm sorry, one moment, please.    10:47:40
4        THE WITNESS:  Um, well, it does say operation    10:47:56
5    rate, so I think that is the utilization rate, but I    10:47:59
6    don't know what the substance means.    10:48:08
7    Q.  BY MR. LAMBRINOS:  So, for example, when we were    10:48:10
8    looking at SDI's Shenzhen facility at 33 percent, you    10:48:13
9    would take that to mean that SDI's Shenzhen facility is    10:48:18
10   operating at 33 percent utilization rate: is that    10:48:22
11   correct?    10:48:37
12       MR. YOHAI:  Objection to the form of the    10:48:45
13   question.  The witness testified he wasn't sure what this    10:48:46
14   meant, and it's phrased as percent rate of no operation.    10:48:50
15       You can answer if you know, but don't speculate.    10:48:54
16       THE WITNESS:  As I said earlier, if I read it,    10:49:26
17   it says 33 percent, but I don't know what that means.    10:49:29
18   Q.  BY MR. LAMBRINOS:  In the scope of your duties    10:49:32
19   as president of MTPD, do you review utilization rates for    10:49:34
20   MTPD?    10:49:38
21   A.  There was an entity that -- or organization that    10:49:54
22   put together the data, but I didn't put much -- that much    10:50:03
23   focus on it.    10:50:07
24   Q.  What organization put together the utilization    10:50:07
25   rate data?    10:50:10

**40**

1    A.  It's the production support center.    10:50:15
2    Q.  Who's in charge of the production support center    10:50:20
3    during the 2004 to 2006 time frame first and then 2006 to    10:50:26
4    2011?    10:50:30
5    A.  Until 2006, I think, it was Hino, and after    10:50:46
6    that, I seem to have forgotten the name.    10:50:55
7    Q.  The next question it says "Information" in the    10:50:58
8    next column.  So, for example, if we were to look at SDI    10:51:01
9    and their Brazil plant, the operation rate says very bad    10:51:05
10   condition, and then in information it says "CDT line will    10:51:10
11   be closed within" -- "within '07.  CPT line to be    10:51:14
12   remained."    10:51:19
13       Do you see that?    10:51:20
14   A.  If I read that, that is what it says, but I    10:52:00
15   don't have knowledge whether this is accurate or not.    10:52:03
16   Q.  And would the production support center have    10:52:06
17   been tasked with gathering this information?    10:52:08
18   A.  The production support center handled only    10:52:21
19   information about our own company.  It didn't collect    10:52:26
20   anything about other companies.    10:52:29
21   Q.  Then how would this information have made its    10:52:30
22   way onto this chart?    10:52:33
23   A.  I don't know.    10:52:36
24   Q.  This chart was used in a presentation to one of    10:52:39
25   your customers; correct?    10:52:41

**41**

1    A.  Well, when I looked at the very first page, it    10:52:58
2    says Elaraby.  So I think there's a possibility that this    10:53:01
3    was made for a presentation to Elaraby.    10:53:05
4    Q.  And I'll represent to you, Mr. Tobinaga, that I    10:53:08
5    have metadata that says that the custodian file this came    10:53:12
6    from is Mr. Kazuteru Yasukawa, who we discussed earlier    10:53:16
7    in this deposition.    10:53:20
8    A.  I don't know.    10:53:37
9    Q.  So you don't have any reason to believe that    10:53:49
10   Mr. Yasukawa did not produce this document, do you?    10:53:51
11   A.  This is the first time that I see this document    10:54:12
12   so I don't know how this document was drafted and how it    10:54:16
13   was handled at this stage.    10:54:21
14   Q.  You have no reason to believe it was not    10:54:23
15   produced in the ordinary course of business at Panasonic    10:54:25
16   or at MTPD?    10:54:28
17   A.  Well, at least this is the first time that I see    10:54:29
18   this material, and I don't use this type of material in    10:54:48
19   my regular business.    10:54:53
20   Q.  But MTPD does use this material in its regular    10:54:55
21   course of business in the course of sales, for example,    10:54:59
22   to Elaraby?    10:55:01
23   A.  Well, sales at MTPD was left to the individual    10:55:03
24   regions or sites.  So for the most case, the person who    10:55:39
25   was assigned to that, assigned to sales, would develop it    10:55:53

11 (Pages 38 to 41)

**HIGHLY CONFIDENTIAL**

### 42

```
 1   themselves.  And for the most part, the materials that   10:55:48
 2   were developed or prepared in each of those sites did not   10:55:59
 3   make their way to me.                                  10:56:02
 4      Q.  What materials did you review on a daily basis   10:56:07
 5   in your position as president of MTPD during the 2006 --   10:56:11
 6   2004/2006 in terms of CRT capacity information?        10:56:15
 7      A.  Within the scope of my company?               10:56:36
 8      Q.  Yes.                                           10:56:38
 9      A.  Well, depending on as --                        10:56:39
10      THE INTERPRETER:  Strike that.  Interpreter        10:56:58
11   would like to start over.                               10:56:59
12      THE WITNESS:  On an as-needed basis, I would       10:57:01
13   look at graph or graphs that the production support      10:57:04
14   center that I mentioned earlier would develop.  However,   10:57:07
15   that was for reference.  So I don't have recollection of   10:57:22
16   using that data as a basis for making any kind of       10:57:26
17   decision.                                              10:57:30
18      Q.  BY MR. LAMBRINOS:  What would those grafts      10:57:30
19   depict?                                                10:57:32
20      A.  On the vertical axis -- strike that.            10:57:50
21      On the horizontal axis, the date would be           10:57:57
22   written, and on the vertical axis, the production volumes   10:58:01
23   would be written.  And this was a graph that would show   10:58:03
24   the monthly plan and the actual to see if it -- the      10:58:06
25   production was according to plan.                       10:58:11
```

### 43

```
 1      Q.  Do you know what those reports were called?    10:58:22
 2      A.  Well, I can't seem to remember it.  I seem to   10:58:37
 3   have forgotten it.                                      10:58:42
 4      Q.  Before we go on our break, which I promise we'll   10:58:43
 5   do in about ten minutes, I want to do some terminology   10:58:47
 6   just to make sure that we're all using the same terms.   10:58:51
 7   We've already talked about cathode ray tube and tubes.   10:58:55
 8      But now I want to know, when you describe the       10:58:59
 9   front of a CRT, do you use the term "panel" or "screen"?   10:59:00
10      A.  The glass part is a panel, and if a phosphor is   10:59:29
11   applied, then it becomes a screen.                      10:59:34
12      Q.  How would you define the term "glass bulb"?     10:59:38
13      A.  A bulb is where the glass panel and the glass   10:59:55
14   funnel in the back are put together.                    10:59:59
15      Q.  What does the term "deflection yoke" mean?      11:00:02
16      A.  Do you want the technical meaning of the        11:00:12
17   deflection yoke?                                        11:00:14
18      Q.  Absolutely.                                     11:00:17
19      A.  Okay.  Basically then when -- we have a CRT, on   11:00:18
20   this side we have the glass panel and the screen.  And on   11:00:35
21   this other side, we have the electron gun.  That is the   11:00:38
22   basic structure.  And if the appropriate voltage is     11:00:43
23   applied to the electron gun, then the electron will go in   11:00:56
24   a straight line.  And in that condition, nothing -- no   11:01:01
25   pictures will appear on the screen.                     11:01:10
```

### 44

```
 1      And by applying the deflection yoke, the beam       11:01:21
 2   will be bent, and there will be scanning done, and the   11:01:26
 3   picture will be drawn.  Basically the scanning is done   11:01:30
 4   from the upper left corner going down and ending at the   11:01:40
 5   bottom right corner.                                    11:01:45
 6      And by drawing this very quickly, the human eye     11:01:53
 7   would be able to see the picture on the screen.  And the   11:01:57
 8   component that serves to do that deflection is called a   11:02:04
 9   deflection yoke.                                        11:02:09
10      THE INTERPRETER:  One moment, please.              11:02:20
11      THE WITNESS:  Basically it uses the fundamentals   11:02:34
12   of the electromagnetic coil.                            11:02:40
13      Q.  BY MR. LAMBRINOS:  And at what point in the     11:02:47
14   deflection process is the deflection yoke applied to the   11:02:48
15   tube?                                                  11:02:52
16      A.  For the MTPD products, there were times when   11:03:24
17   products were sold to customers without the deflection   11:03:28
18   yoke, and there were times when the products were sold to   11:03:32
19   customers with the deflection yoke.  There were these two   11:03:35
20   cases.  And so for when the deflection yoke is applied,   11:03:40
21   it is applied in the very last process.                 11:03:43
22      Q.  Okay.  In discussing the context in which the   11:03:46
23   sales of tubes are combined with the deflection yoke to   11:03:50
24   customers, at what point in the manufacturing process is   11:03:54
25   the yoke applied?                                       11:03:57
```

### 45

```
 1      A.  It's the very last process.  It's the process   11:04:15
 2   immediately prior to when the product will be packed.    11:04:21
 3      Q.  And is the application of the deflection yoke   11:04:24
 4   dependent in any way on the geography to which the tube   11:04:27
 5   is intended to be sold?                                 11:04:31
 6      A.  When the deflection equipment was added -- or   11:04:47
 7   device was added to a CRT, for the most case, it was     11:05:08
 8   divided up either to the northern hemisphere of the globe   11:05:13
 9   or the southern hemisphere of the globe.  That's how it   11:05:16
10   was adjusted, for the most part.                        11:05:19
11      Q.  So if a product was intended to be used in the   11:05:21
12   northern hemisphere, it would require a specific          11:05:24
13   application of the deflection yoke, which you would do at   11:05:27
14   MTPD's factories before the product was sold?           11:05:30
15      MR. YOHAI:  Objection to the form of the           11:05:56
16   question.                                              11:05:58
17      You can answer.                                    11:06:00
18      THE WITNESS:  If the product was destined to be    11:06:02
19   sold in the northern hemisphere, then the deflection yoke   11:06:17
20   would be adjusted to the conditions of the northern      11:06:25
21   hemisphere.                                            11:06:29
22      Q.  BY MR. LAMBRINOS:  And are you aware that there   11:06:33
23   are two digits relating to the deflection yoke in the   11:06:34
24   product code that's used in your model number, in the   11:06:40
25   uniform model number system you use for CRTs?           11:06:43
```

**VERITEXT REPORTING COMPANY**

(212) 267-6868          www.veritext.com          (516) 608-2400

HIGHLY CONFIDENTIAL

**46**

1    A. Yes. In the WTDS numbering system, the last two    11:07:23
2    numbers would be the numbers that we put in showing the    11:07:33
3    adjusted deflection yoke in the CRT finished product.    11:07:37
4    MR. LAMBRINOS: Okay. Mr. Tobinaga, I'm handing    11:08:02
5    you and your counsel what's been previously marked as    11:08:04
6    Exhibit 251.    11:08:07
7    (Exhibit 251, Certificate of Accuracy, 7/10/12,
8    previously marked for identification.)
9    BY MR. LAMBRINOS: And if you -- so that you    11:08:10
10    know what this document is, if you were to unclip it, you    11:08:11
11    would see that the Panasonic model number decoder, MTPD    11:08:15
12    0652308 in Japanese is the main document.    11:08:19
13    A. Okay.    11:08:55
14    Q. On top of that, I have two sets of translations    11:08:55
15    for specific pages of this document that we've had    11:08:58
16    translated into English for convenience of counsel, but    11:09:01
17    they're formal translations.    11:09:05
18    A. Okay.    11:09:26
19    Q. If you look at the -- if you take a look    11:09:27
20    at the Japanese document, the large document, and you    11:09:29
21    flip to page MTPD-0652314.    11:09:32
22    A. Okay.    11:09:54
23    Q. And do you see item 4.1, WTDS? Do you see that?    11:09:55
24    A. Yes.    11:10:06
25    Q. If you'd like to see it, and I'm pointing it out    11:10:07

**47**

1    so that we're all using the same page, the formal    11:10:09
2    translation, the thicker one of those two, if you flipped    11:10:13
3    to page MTPD-0652314E_translation will be the same page    11:10:15
4    in English.    11:10:23
5    Okay. So let's please discuss item 4.1, the    11:10:43
6    WTDS model name.    11:10:47
7    A. Okay.    11:10:55
8    Q. First, can you tell me what the WTDS system of    11:10:55
9    model names is and where -- and why MTPD uses this?    11:10:59
10    A. From my recollection, what I remember is that    11:11:04
11    there is a unified definition for the numbering, unified    11:11:35
12    global definition for the numbering for the naming of    11:11:41
13    CRTs.    11:11:44
14    Q. What do you mean by "unified global definition"?    11:11:46
15    A. It is that it's not only MTPD, but that for    11:11:54
16    other companies, the numbering is done according to the    11:12:12
17    same definition, according to my recollection.    11:12:16
18    Q. Would those other companies include Samsung SDI?    11:12:18
19    A. I did not confirm that that was specifically the    11:12:34
20    case, but that is what I thought it was.    11:12:37
21    Q. And would that also include all of the other    11:12:41
22    makers of CRTs that you're aware of?    11:12:44
23    A. Well, I don't have a recollection, but it would    11:13:07
24    be my speculation that that was the case.    11:13:11
25    Q. Are you aware of any CRT manufacturers that do    11:13:13

**48**

1    not use this system for their CRT serial numbers?    11:13:16
2    A. I am not at all.    11:13:28
3    Q. Before we get into this, do you have a separate    11:13:29
4    system for numbering television sets, CRT-based    11:13:32
5    television sets?    11:13:37
6    A. Well, at MTPD, if it were for televisions, then    11:14:09
7    the first digit "M" would be "A" instead, if it were four    11:14:13
8    to three. And if it were sixteen to nine, then it would    11:14:18
9    be "W," according to my recollection.    11:14:21
10    Q. I see. I think this is going to be more helpful    11:14:23
11    if we go down each of the -- each of the specifics of the    11:14:27
12    number, which is what I'd like to do.    11:14:30
13    I promised a break. So after the break, we'll    11:14:32
14    resume discussion on the model number decoder document.    11:14:35
15    MR. YOHAI: That's fine.    11:14:42
16    THE WITNESS: Okay.    11:14:57
17    MR. LAMBRINOS: Okay. Let's take a break until    11:14:57
18    11:30.    11:14:59
19    (Recess.)    11:15:00
20    Q. BY MR. LAMBRINOS: Mr. Tobinaga, when we left    11:30:53
21    off from the break, we were discussing the model number    11:30:55
22    decoder document.    11:30:59
23    A. Yes.    11:31:08
24    Q. And this is the unified global definition of CRT    11:31:09
25    is based of the six model number components, and I'd like    11:31:13

**49**

1    to go through them each one-by-one.    11:31:17
2    A. Okay.    11:31:42
3    Q. Okay. What does the number 1 with the circle,    11:31:43
4    what does the first character in the model number    11:31:46
5    designate and how is it used?    11:31:48
6    A. In my recollection, this shows what the purpose,    11:32:09
7    how that CRT is going to be used.    11:32:23
8    THE INTERPRETER: Can the interpreter confirm    11:32:47
9    what he has said?    11:32:49
10    THE WITNESS: To say it simply: "M" stood for    11:32:52
11    the computer monitor CRTs, "A" was for CRTs used for    11:33:00
12    television, "W" was for CRTs that were used for the    11:33:05
13    sixteen to nine sets.    11:33:10
14    Q. BY MR. LAMBRINOS: So if it had an "M" and was    11:33:19
15    destined for use in a monitor or an "A" and was destined    11:33:22
16    for use in a TV, that would -- that would be indicated in    11:33:27
17    the first model number, first character in the model    11:33:31
18    number?    11:33:35
19    A. Yes, that's right.    11:33:52
20    Q. So in the example provided above, the "M" there    11:33:54
21    means that -- under 4.1, the "M" there means monitor?    11:33:58
22    A. Yes.    11:34:11
23    Q. What does the second symbol mean, the next two    11:34:12
24    digits? So in the example we're looking at, it says "M,"    11:34:15
25    and I'm looking at the -- I hope I'm looking -- I'm    11:34:19

VERITEXT REPORTING COMPANY
(212) 267-6868          www.veritext.com          (516) 608-2400

**HIGHLY CONFIDENTIAL**

## 50

1   looking at the bottom one.  So M20 was the next two   11:34:22
2   digits in the code.  And what do those two digits mean?   11:34:25
3       A.  It shows in centimeters what the effective size   11:35:19
4   on a diagonal of the CRT screen is.   11:35:24
5       Q.  And so in our example above, we would be looking   11:35:28
6   at a monitor or a CRT destined to be used in a monitor   11:35:32
7   with a 20-centimeter diagonal size: correct?   11:35:36
8       A.  Yes.   11:35:40
9       Q.  What does the third set of characters, these   11:35:53
10  three letters together in our example above, JQX, what   11:35:57
11  would that designate?   11:36:02
12      A.  It is the code number, the symbol that in   11:36:03
13  general is put in for the major designs of the CRT in   11:36:34
14  order.   11:36:40
15      Q.  What does "JQX" mean in this example?   11:36:41
16      A.  In my recollection, Japanese manufacturers   11:36:45
17  register -- are registered with the letter "J," and then   11:37:05
18  the next "QX" is basically what was designated in order   11:37:10
19  after that.   11:37:15
20      Q.  I guess I don't understand what the "QX"   11:37:26
21  designation is.  "J" means a Japanese manufacturer.  What   11:37:28
22  does the "QX" mean?   11:37:33
23      A.  Looking at just the "QX," I also don't know what   11:37:59
24  that would mean, but from what I understand what JQX   11:38:14
25  would mean is basically those are the numbers that are   11:38:18

## 51

1   assigned based on the major design elements, like the   11:38:21
2   screen size, whether it's flat, whether -- what the shape   11:38:31
3   is, whether it's square, it's circular, et cetera.   11:38:34
4       Q.  Okay.  So in our example above, M20JQX so far   11:38:40
5   means a monitor of 20 centimeters with a -- a monitor   11:38:46
6   with a screen diagonal of 20 centimeters made by a   11:38:49
7   Japanese manufacturer of certain design specification   11:38:55
8   using "QX," which we cannot define at this point?   11:39:34
9       A.  It was registered in Japan.  I don't think it   11:39:38
10  was that necessarily manufactured in Japan.  I think it   11:39:52
11  means that it was registered in Japan.   11:39:54
12      Q.  What does "registered in Japan" mean?   11:39:57
13      A.  This information is not a -- exact information.   11:40:00
14  I'm not sure about this information.  But when one   11:40:36
15  registered -- well, for our company we would either go   11:40:39
16  through some organization in Japan, or I don't know   11:40:43
17  whether it's directly through WTO, but we would need to   11:40:45
18  make an application.   11:40:50
19          And because it's a Japanese company, it would   11:40:50
20  end up with a "J."  That's the image that I had when I   11:40:53
21  was saying that.   11:40:57
22      Q.  So do all of the tubes that MTPD makes have a   11:40:58
23  "J" designation as the first of those three digits in   11:41:03
24  number -- in item number 3?   11:41:08
25          MR. YOHAI:  Objection to the form of the   11:41:28

## 52

1   question.  I think it mischaracterizes his testimony.   11:41:30
2          THE WITNESS:  I don't know with a hundred   11:41:32
3   percent certainty whether they have "J" or not because I   11:41:58
4   didn't confirm them.  But from my recollection, those   11:42:02
5   that were developed and applied for in Japan did have "J"   11:42:06
6   on it.   11:42:12
7       Q.  BY MR. LAMBRINOS:  What does the fourth   11:42:36
8   designation mean?  It's a two-digit number.   11:42:38
9       A.  This is -- this indicates a small design element   11:43:07
10  that has been registered in order.  And for example, with   11:43:14
11  CRTs, there is a thing called an ear, which is a device   11:43:24
12  for attaching things.  And so the numbering would be in   11:43:31
13  order to say that that is an ear.   11:43:35
14      Q.  What does the fifth symbol designate, the two   11:43:37
15  digits?   11:43:41
16      A.  It is the phosphor type.  It shows the type of   11:43:50
17  phosphor.   11:43:55
18      Q.  What does "WW" designate there?   11:43:55
19      A.  I don't have a lot of experience with "WW," but   11:44:11
20  when I look at what is written here, it says it's the   11:44:14
21  black-and-white tube.   11:44:17
22      Q.  What does the sixth symbol designate?   11:44:18
23      A.  This is the ITC.  In other words, after the CRT   11:44:33
24  and the yoke have been assembled, this -- this indicates   11:44:38
25  that that is that ultimated assembled form.   11:44:42

## 53

1       Q.  And how would those two digits read if this were   11:44:53
2   a monitor destined for use in the United States?   11:44:55
3       A.  It's not possible to tell from this alone   11:45:14
4   whether it's destined for the United States or where it's   11:45:17
5   destined for.   11:45:20
6       Q.  Is it possible to tell whether it's destined for   11:45:21
7   North America or South America?   11:45:24
8       A.  I can't tell from this alone.   11:45:30
9       Q.  How could you tell?   11:45:32
10          MR. YOHAI:  Objection to the form of the   11:45:34
11  question, calls for speculation.   11:45:36
12          THE WITNESS:  Well, it's actually opposite.  In   11:46:15
13  designing the product, the product -- that the product is   11:46:19
14  destined for North America and is going to be in ITC and   11:46:26
15  the adjustments have made to that effect will be written   11:46:30
16  in.  And based on that, the application would be made and   11:46:33
17  the numbering would be given.   11:46:38
18          And then by looking at that numbering, you would   11:46:40
19  be able to match the numbering with the original design   11:46:44
20  in order to tell.   11:46:47
21      Q.  BY MR. LAMBRINOS:  So in the example above, I   11:46:50
22  know we were looking at the fourth items of M's there.   11:46:52
23  But there's another monitor, the top monitor, and the   11:46:55
24  last two digits for that monitor are 07.  And does that   11:46:59
25  ITC number there give you an indication of where the   11:47:04

**14 (Pages 50 to 53)**

HIGHLY CONFIDENTIAL

**54**

1 monitor is going to be sold?                              11:47:07
2      A. No.                                               11:47:18
3      Q. So where would it be written in that would --     11:47:30
4 you said it would be written in, and then based on that   11:47:34
5 writing, you would know that a tube was destined for sale 11:47:37
6 in the United States.  Where would it be written in?      11:47:40
7      MR. YOHAI:  Objection to the form of the             11:47:58
8 question, mischaracterizes his testimony.                 11:48:00
9      You can answer.                                      11:48:02
10      THE WITNESS:  In order to explain that, I'll        11:48:11
11 have to go through the explanation again.  But in --      11:48:32
12 behind all of these numberings, we have the design        11:48:38
13 itself.  And in the design, it would say whether it --    11:48:41
14 what kind of CRT it is, the technical numbers, the        11:48:46
15 specifications of the CRT and whether it's an ITC,        11:48:50
16 et cetera, also.  They will all be part of the design.    11:48:54
17      And then when that's done, there -- we have the     11:49:10
18 specification, and then it's the WTC that we're going to  11:49:14
19 have -- give the name.  And we already have the technical 11:49:18
20 specification in the numbering.  So we would be able to   11:49:25
21 tell by looking at those.                                 11:49:27
22      Q. BY MR. LAMBRINOS:  So can you give me an example 11:49:29
23 of a specification that would tell you whether a tube was 11:49:30
24 going to be sold in the United States?                    11:49:33
25      A. You're asking whether I can tell by looking at   11:49:49

**55**

1 the numbering here?                                        11:49:52
2      Q. No.  I'm just asking in general if you can give   11:49:53
3 me an example of how you would track the manufacturing of 11:49:55
4 CRTs that are destined for sale in the United States and  11:49:58
5 what system is being used to do that?                      11:50:02
6      MR. YOHAI:  Objection to the form of the             11:50:22
7 question.                                                 11:50:25
8      You can answer if you understand.                    11:50:27
9      THE WITNESS:  I don't know whether I'm going to      11:50:41
10 be able to describe it accurately, but for CRTs that are  11:50:44
11 meant for the United States, in the design stage,         11:50:48
12 elements that would make it appropriate for the American  11:50:52
13 market would be included in the design stage.             11:50:55
14      An easy example would be the TV -- television       11:51:21
15 broadcasting system.  In the United States, the system    11:51:27
16 that is used is the NTSC broadcasting system.  So when    11:51:27
17 the CRT is being designed, it would be designed to work   11:51:32
18 with the NTSC broadcasting system.  So as long as it's    11:51:38
19 designed that way, one would be able to enjoy the         11:51:43
20 television in the United States without a problem.        11:51:46
21      Q. BY MR. LAMBRINOS:  Is it NTSC or NPSC?           11:51:48
22      A. I think it is NTSC.  I think it's the NTSC       11:51:54
23 system.  There was also the PAL, P-A-L, system, and the   11:52:14
24 SECAM, S-E-C-A-M, system, the three major systems that    11:52:21
25 existed at that point.                                    11:52:23

**56**

1      Q. So if it was the NTSC system that was being used 11:52:25
2 in the United States, then a TV -- a television set       11:52:29
3 designed to meet the specifications of that system would  11:52:32
4 be -- you would know that that product was going to be    11:52:37
5 destined to be sold in the United States?                 11:52:40
6      A. The NTSC system was used in the United States    11:53:13
7 and Japan.  And was it the Philippines?  I forgot.  But   11:53:27
8 the major markets were U.S. and Japan.  So if it is an    11:53:31
9 NTSC system, then you would know that the CRT was         11:53:35
10 designed for the Japanese or the U.S. markets.            11:53:40
11      Q. Are there any design specifications that are     11:53:44
12 different from the Japanese market and the United States  11:53:47
13 market?                                                   11:53:50
14      THE INTERPRETER:  Can the interpreter confirm       11:54:13
15 that?                                                     11:54:15
16      MR. LAMBRINOS:  Please do.                          11:54:15
17      THE WITNESS:  If it's the same type, for            11:54:17
18 example, if it's a 29 inch, then from my recollection,    11:54:19
19 they were basically the same.                             11:54:23
20      Q. BY MR. LAMBRINOS:  And how do you keep track of  11:54:2
21 the tubes that MTPD makes that are designed on the basis  11:54:28
22 of the NTSC system?                                       11:54:33
23      A. Well, the fact that the design is being made     11:55:14
24 means that there was a request from a customer for that   11:55:16
25 CRT.  So the CRT would be designed for that customer, and 11:55:2

**57**

1 it would be manufactured in the United States or in Japan 11:55:27
2 and then shipped to the customer.                         11:55:30
3      So the tracking should have been done at the        11:55:33
4 location where it was -- at that local -- at that         11:55:38
5 location.                                                 11:55:42
6      Q. And which Panasonic facilities would have been   11:55:43
7 shipping CRT-based TVs and monitors into the United       11:55:48
8 States?                                                   11:55:55
9      MR. YOHAI:  Objection to the compound, TVs and      11:56:02
10 monitors.                                                11:56:06
11      You can answer, if you can.                         11:56:07
12      THE WITNESS:  In regards to television,             11:56:31
13 basically those that would be used in the United States   11:56:35
14 were manufactured in the U.S., and those that were going  11:56:38
15 to be used in Japan were manufactured in Japan.  We       11:56:41
16 divided them up clearly so we could manage it that way.   11:56:45
17      You mentioned monitors, and as far as monitors      11:57:43
18 are concerned, in the '80s, according to my recollection, 11:57:46
19 we were still doing monitors for the U.S.                 11:57:51
20      So the CRTs that were manufactured in Japan were    11:57:54
21 shipped to the U.S.  That was in the '80s.  But in the    11:57:57
22 '90s, it was mostly Southeast Asia, like Taiwan and other 11:58:00
23 countries, where the manufacturing was done.  So there    11:58:04
24 was no exporting that was done to the United States at    11:58:07
25 all.                                                      11:58:09

15 (Pages 54 to 57)

**58**

1    Q.  BY MR. LAMBRINOS:  So if there were Panasonic   11:58:15
2    subsidiaries that made televisions or monitors in the   11:58:19
3    Americas and those facilities intended to ship CRT-based   11:58:24
4    TVs and monitors into the United States, you would --   11:58:33
5    would you have a way to track serial numbers for specific   11:58:42
6    tubes to the serial numbers for specific finished   11:58:46
7    products made by those facilities?   11:58:50
8         MR. YOHAI:  Object to the form of the question,   11:59:44
9    object to the phrase "in the Americas," as to what that   11:59:46
10   means exactly.   11:59:49
11        You can answer if you understand the question.   11:59:50
12        THE WITNESS:  I will answer according to what I   12:00:15
13   was -- what I'm able to understand.   12:00:19
14    Q.  BY MR. LAMBRINOS:  Okay.   12:00:21
15    A.  For CRTs and finished product TV sets, I have   12:00:32
16   never heard and I don't have knowledge about monitors   12:00:38
17   being manufactured in the United States.   12:00:43
18    Q.  Okay.   12:00:51
19    A.  And then as for TVs, there was a TV set factory   12:00:53
20   in the United States in the '80s.  I think it was in   12:01:18
21   Chicago, there was a plant in Chicago.  But at some point   12:01:21
22   it was moved over to the Maquiladora.   12:01:25
23    Q.  Okay.  Now, for -- let's start with TVs because   12:01:30
24   I think there may have been a little confusion over the   12:01:32
25   terminology.  But let's start with TVs -- CRT-based TVs   12:01:35

**59**

1    destined for sale in the United States.  Is there a way   12:01:41
2    to track the tube by serial number to the finished   12:01:44
3    product of a CRT-based TV that's destined to be sold in   12:01:47
4    the United States, and how would you do so?   12:01:52
5         MR. YOHAI:  Objection to the form of the   12:02:49
6    question.  Objection to the extent the question calls for   12:02:50
7    information about finished products that may be outside   12:02:54
8    the scope of the witness' knowledge or the topics that he   12:02:56
9    is prepared for.   12:02:59
10        I will let him answer if he understands with   12:03:00
11   that objection.   12:03:03
12        THE WITNESS:  For example, let's say we have in   12:03:04
13   front of us a TV set that was sold in the United States.   12:04:14
14   Let's say we want to know where the CRT was manufactured.   12:04:18
15   We would take apart the TV set, and we will look at the   12:04:21
16   CRT, and on the CRT, there is a label.  And on this label   12:04:25
17   we have the WTS numbering, and also it says where it was   12:04:30
18   made.  It was made in Japan or it was made in the U.S.   12:04:36
19   and if it says made in the U.S., we would be able to tell   12:04:39
20   that it was made in the U.S.   12:04:43
21        And then we will look at the fact that it was   12:05:17
22   made in the United States, and if it were Panasonic -- if   12:05:21
23   were MTPD joint -- if it were 2003, when there was still   12:05:26
24   the joint venture with MTPD, then at that point there   12:05:30
25   would have been two factories, one in New York, one in   12:05:35

**60**

1    Ohio.   12:05:39
2         And if we would look at the WTS number and   12:05:39
3    investigate, we would be able to tell whether it's a   12:05:45
4    Toshiba design or a Panasonic design.  You would be able   12:05:48
5    to tell that immediately, and then we would be able to   12:05:52
6    designate which factory it was manufactured at.   12:05:55
7    Q.  BY MR. LAMBRINOS:  Can you give me an example of   12:06:01
8    how you can determine whether it's a Toshiba versus a   12:06:03
9    Panasonic design?   12:06:06
10        THE INTERPRETER:  Can the interpreter confirm   12:06:44
11   something?   12:06:46
12        THE WITNESS:  If it were 2003, then the   12:07:02
13   state-of-the-art TV was a 29-inch flat panel TV for which   12:07:07
14   the CRT was being used, and the Panasonic technology that   12:07:10
15   was being used was a special technology.  It used an SSC   12:07:19
16   mask.   12:07:23
17        THE INTERPRETER:  I'm sorry.   12:07:26
18        THE WITNESS:  SST mask.  However, Toshiba used a   12:07:27
19   shadow mask, a press -- a pressed shadow mask for the   12:07:30
20   flat tube.   12:07:35
21    Q.  BY MR. LAMBRINOS:  So through this process from   12:07:38
22   the time period of 2003 to 2009, you would be able to   12:07:39
23   trace a CR -- a CRT tube manufactured by MTPD by its   12:07:45
24   serial number, its WTDS serial number, to specific   12:07:52
25   finished products sold in the United States through the   12:07:57

**61**

1    process you've just described?   12:07:59
2         MR. YOHAI:  Objection.  Objection to the form of   12:08:24
3    the question.  The WTDS is not a serial number; it's a   12:08:37
4    model number.  And I don't think that was his testimony,   12:08:41
5    anyway.   12:08:45
6         MR. LAMBRINOS:  Go ahead and answer.   12:08:53
7         THE WITNESS:  Well, I'm not -- the meaning of   12:09:02
8    the question has become less certain in my mind.  I'm not   12:09:06
9    sure that I understand.   12:09:09
10        So to repeat, let's say we have a TV that was   12:09:33
11   sold in the United States.  We take it apart, then we see   12:09:33
12   the CRT there, and we would be able to take -- tell the   12:09:36
13   details of the design, the model number, and where it was   12:09:40
14   manufactured, whether it was in the United States or   12:09:44
15   Japan.   12:09:46
16    Q.  BY MR. LAMBRINOS:  I think that's a -- I think   12:09:49
17   that's a fair assessment.  And then my next question,   12:09:51
18   without repeating all of this, can the same process be   12:09:54
19   done with CRT-based monitors?   12:09:57
20        MR. YOHAI:  Objection to the form of the   12:10:14
21   question, and to the extent it calls for information on   12:10:15
22   finished products beyond the scope of this witness'   12:10:18
23   prepared testimony as a 30(b)(6) witness, you can answer   12:10:22
24   from your personal knowledge, if you understand the   12:10:26
25   question.   12:10:28

16 (Pages 58 to 61)

**HIGHLY CONFIDENTIAL**

## 62

1    THE WITNESS: For a monitor at the very least,    12:10:34
2    as I said earlier, there are none that were manufactured    12:10:54
3    in the U.S.    12:10:56
4        Q. BY MR. LAMBRINOS: But if we were to take apart    12:10:58
5    a monitor, we'd be able to tell where it was    12:11:00
6    manufactured; is that correct?    12:11:03
7        MR. YOHAI: Objection to the form. Calls for    12:11:12
8    speculation.    12:11:14
9        THE WITNESS: Honestly, I think it's better for    12:11:15
10   me to say that I don't know.    12:11:26
11       Q. BY MR. LAMBRINOS: Do CRT-based monitors -- do    12:11:31
12   the CRT -- do the tubes in CRT-based monitors bear WTDS    12:11:36
13   model numbers?    12:11:42
14       A. Yes.    12:11:43
15       Q. Do tubes used in CRT-based monitors indicate    12:11:56
16   whether they are manufactured in Japan or the United    12:12:00
17   States?    12:12:18
18       A. Well, it was never manufactured in the U.S. So    12:12:18
19   there wouldn't be an American one.    12:12:21
20       Q. And do CRT-based monitors -- can you tell by    12:12:22
21   looking at the tube of a CRT-based monitor whether it was    12:12:25
22   manufactured by Toshiba or Panasonic during the joint    12:12:30
23   venture time period?    12:12:35
24       A. Well, the joint venture company, MTPD,    12:13:02
25   entered -- had a contract that it would not engage in the    12:13:05

## 63

1    monitor business. So it wasn't involved at all in    12:13:07
2    monitors.    12:13:11
3        Q. So as to TV sets, all of the CRTs destined for    12:13:17
4    use in the United States would have the -- those    12:13:22
5    characteristics which you've just described?    12:13:25
6        MR. YOHAI: Objection.    12:13:39
7        Q. BY MR. LAMBRINOS: I'm going to list them. The    12:13:40
8    tube bears the WTDS model name. You can tell by looking    12:13:42
9    at the tube whether it was manufactured in Japan or the    12:13:53
10   United States. You can tell by looking at the tube    12:13:55
11   whether it was manufactured by Toshiba or Panasonic    12:14:04
12   during the joint venture period.    12:14:07
13       A. For TVs; right?    12:14:23
14       Q. For TVs.    12:14:24
15       A. Yes.    12:14:25
16       MR. LAMBRINOS: Okay. Thank you.    12:14:27
17       Okay. I'm going to submit now --    12:14:36
18       (Exhibit 262, Modem Number Examples from    12:14:43
19   MTPD-0122906, marked for identification.)
20       Q. BY MR. LAMBRINOS: Handing you -- Mr. Tobinaga,    12:14:47
21   I'm handing you what's just been marked as Exhibit 262.    12:14:48
22   This is a set of example model numbers. Let me get to my    12:14:52
23   page on here. These examples are all pulled by data    12:15:04
24   provided from Panasonic.    12:15:07
25       I'm going to read a Bates Number into the    12:15:09

## 64

1    record. MTPD-0122906.xls. There is a column labeled    12:15:11
2    "part number." So I'm going to ask some questions about    12:15:17
3    these examples. Okay?    12:15:22
4        A. Okay.    12:16:08
5        MR. YOHAI: Counsel, just so I'm clear, your    12:16:09
6    representation is that you've just copied and pasted this    12:16:11
7    from some part of the sales database?    12:16:14
8        MR. LAMBRINOS: Yeah. I've listed at the Bates    12:16:16
9    Number at the top of the exhibit.    12:16:18
10       MR. YOHAI: I've got that, sure. So it's just    12:16:19
11   from the part number.    12:16:22
12       MR. LAMBRINOS: Part number column.    12:16:23
13       MR. YOHAI: Okay. And is the set that's labeled    12:16:26
14   G, which is a little different maybe from that -- I don't    12:16:29
15   know, I don't have it in front of me -- is that also from    12:16:32
16   the same part number column?    12:16:34
17       MR. LAMBRINOS: My understanding is that it is.    12:16:35
18       MR. YOHAI: Okay. I'm just going to reserve an    12:16:40
19   objection as to column G. I can't tell because I don't    12:17:34
20   have it memorized whether or not that is a part number or    12:17:38
21   model number or some other number. But the witness can    12:17:42
22   answer to the best of his knowledge.    12:17:45
23       MR. LAMBRINOS: Okay. Okay. So that wasn't a    12:17:46
24   question. We were just explaining things to the witness.    12:18:12
25       Q. So the first question is: In example set 1,    12:18:14

## 65

1    which is under column A, we'd like to know -- we've just    12:18:19
2    discussed that "M" stands for monitor and 41 indicates    12:18:23
3    41-centimeter diagonal size. Now what I'd like to    12:18:26
4    establish is what does "KXH" mean?    12:18:30
5        A. I don't know what it is myself.    12:19:06
6        Q. Can you figure it out by using this page that we    12:19:07
7    were just looking at or anything in this document?    12:19:11
8        MR. YOHAI: It's at the bottom here, 65234.    12:19:28
9        THE WITNESS: I don't have -- I don't have any    12:19:37
10   recollection.    12:19:40
11       MR. YOHAI: Why don't you read it so you can    12:19:41
12   answer his question.    12:19:43
13       MR. LAMBRINOS: Yeah, take a couple minutes. If    12:19:44
14   it's going to take longer than a couple minutes,    12:19:46
15   maybe we can set it aside for a question to be answered    12:19:49
16   later. But if it's something that can be easily answered    12:19:53
17   by looking at the document, we'd like an answer.    12:19:56
18       MR. YOHAI: He wants you to read this page.    12:20:03
19   Take your time to read it. Take a couple minutes.    12:20:11
20       MR. LAMBRINOS: Take a couple minutes.    12:20:13
21       Q. Is this something that would be better to be    12:20:20
22   answered informally through a letter, we can do that. If    12:22:22
23   he's not being able to find it right now, we can move on.    12:22:26
24       THE WITNESS: Here on the page 0652323, there    12:23:19
25   are numbers that have KNGZ and others as well. So there    12:23:24

**17 (Pages 62 to 65)**

**HIGHLY CONFIDENTIAL**

66

1 are a number of them. And then on the next page, on        12:23:29
2 0652324, there are the application series name and a         12:23:32
3 series of numbers there. So I'm starting to have my          12:23:39
4 doubts about whether "J" was indeed used for monitors.       12:23:46
5 So that probably should be confirmed.                        12:23:50
6    Q. BY MR. LAMBRINOS: Okay. But does this page            12:23:54
7 give you any indication of what "KXH" is supposed to         12:23:55
8 mean?                                                        12:24:00
9    A. Not here. It does say at least that -- it does        12:24:23
10 show at least that there's no "J" used, but there's no --   12:24:26
11 nothing about "KXH" here.                                   12:24:31
12    Q. Do you think that it could be that JEDEC is          12:24:33
13 assigning a value to the term "KXH" that may not be         12:24:38
14 visible on the face of this document?                       12:24:44
15    A. So WTDS?                                              12:25:01
16    Q. Well, do you -- how would we go about                12:25:04
17 determining what the code "KXH" means?                      12:25:07
18    A. Well, I think there probably is a product           12:25:33
19 registration list so that would need to be looked at.       12:25:36
20 But sorry, I really don't have a lot of knowledge about     12:25:41
21 that.                                                       12:25:45
22    Q. Okay. And again, when we're looking at the last     12:25:45
23 two digits, we understand that these represent the          12:25:48
24 deflection yoke. And just so I'm clear, is there            12:25:55
25 anything about those two digits that tells us about the     12:25:59

67

1 geography where the tube is going to be made or used,        12:26:01
2 excuse me, destined to be used?                              12:26:05
3    A. So as I said, here the only way it's possible to     12:26:36
4 tell that is to look at the original spec data that was      12:26:40
5 used for the application.                                    12:26:44
6    Q. And by looking at the original spec data, you       12:26:46
7 can tell if the product was going to be destined for the     12:26:49
8 United States?                                               12:26:52
9    A. Whether I can tell if it's destined for the         12:26:52
10 United States or not, well, at least I think you can tell    12:27:21
11 if it's destined for the north or not. I'm sorry, this      12:27:25
12 is a speculation.                                            12:27:28
13    Q. Okay, if we look at example set 2, those numbers   12:27:30
14 begin with a "W." What does the "W" mean there?            12:27:36
15    A. It's the wide tubes. It's the 16 to 9 wide          12:27:39
16 tubes.                                                       12:27:52
17    Q. Okay. Thank you.                                     12:27:53
18       And you can also call that a wide-screen tube;       12:27:59
19 is that correct?                                             12:28:04
20    A. Yes.                                                  12:28:04
21    Q. Sorry. Going back to the deflection yoke           12:28:06
22 number, we noticed that there are some serial numbers        12:28:09
23 that don't have that number, where that number is           12:28:12
24 missing. And when that occurs, do you -- is the correct    12:28:14
25 terminology to say that that tube is shipping bare, in      12:28:18

68

1 quotes, B-A-R-E?                                             12:28:22
2    A. In here after the "X," there is nothing written.    12:28:25
3 So from that, we can tell that it is a bare CPT.             12:29:07
4    Q. Thank you. In example set 3, based on what         12:29:12
5 we've already looked about, we're looking an A60 as the     12:29:17
6 first three characters. And does that mean that this is     12:29:21
7 a tel- -- a CRT for use in TVs at a 60-centimeter           12:29:24
8 diagonal?                                                    12:29:33
9    A. Yes, that's correct.                                  12:29:47
10    Q. And for terminology, we would call that a         12:29:57
11 60-centimeter CPT, or color picture tube; correct?          12:30:01
12    A. Yes.                                                 12:30:05
13    Q. As we go down to the next section of             12:30:11
14 numbers under example set 3, there's an M68. That code      12:30:15
15 indicates a 68-centimeter CDT, or a color display tube;     12:30:20
16 is that correct?                                             12:30:50
17    A. Yes.                                                 12:30:55
18    Q. Okay. Does the common -- okay, we're looking at  12:30:56
19 the next -- we're looking at M68 for the next -- the same  12:31:01
20 item, for example. It says M68. The next three letters     12:31:04
21 are "LQK."                                                   12:31:07
22       Does "LQK" indicate that -- what does the term     12:31:11
23 "LQK" indicate, if anything? And let me clarify. The        12:31:18
24 first item on example set 3 is an A60 LQK 185X, and the     12:31:35
25 item we're talking about now is an M68 LQK 125X. And        12:31:42

69

1 what I'm driving is: Are these tubes or the                 12:31:50
2 specifications for these tubes substantially similar and     12:31:53
3 can you tell that by seeing the term "LQK" in the model      12:31:56
4 code number?                                                 12:32:00
5       MR. YOHAI: Objection to the form of the            12:32:42
6 question.                                                    12:32:44
7       MR. LAMBRINOS: Go ahead and answer.                  12:32:48
8       THE WITNESS: I won't be able to tell without         12:32:52
9 looking into it.                                             12:32:54
10    Q. BY MR. LAMBRINOS: Okay. We'll save that for      12:32:56
11 later.                                                       12:32:59
12       In example set 4, which is the next column, in     12:33:00
13 the second item down in parens has the abbreviation "PF."   12:33:05
14       Does that mean pure flat?                            12:33:09
15    A. Yes. It is, it is pure flat.                         12:33:27
16    Q. If a product lacks the "PF" designation, does it  12:33:30
17 mean it is a round CRT?                                      12:33:34
18    A. That would be different by case -- that would be  12:33:49
19 different case-by-case, and I can't tell.                    12:33:55
20    Q. Okay. Do both the "WD" code and the "W" code     12:34:02
21 indicate wide-screen aspect ratio?                           12:34:21
22    A. Following along how this, the line of these       12:34:43
23 things, the speculation would be that "WD" means wide.      12:34:47
24    Q. Okay. Do 50 hertz and 100 hertz indicate         12:34:55
25 scanning frequency? So if you look at the seventh and       12:34:59

**18 (Pages 66 to 69)**

HIGHLY CONFIDENTIAL

**70**

```
 1   eighth items, the seventh item in example set 4 is a      12:35:04
 2   28-inch TV with a hundred hertz, and the next item is      12:35:10
 3   28-inch TV with 50 hertz.                                  12:35:15
 4        Is that scanning frequency?                           12:35:18
 5        A. In a similar fashion, looking at this, what this   12:36:03
 6   label would mean is the frequency of vertical scanning.    12:36:07
 7        Q. Okay.  Would all 50-hertz CRTs be shipped to       12:36:14
 8   Europe?                                                    12:36:17
 9        A. The vertical frequency, according to the system    12:36:35
10   that I mentioned earlier, is different.  The NTSC is 60     12:36:43
11   hertz.  The PAL SECAM is 50 hertz.                         12:36:49
12        Q. So does every CRT with a 50-hertz -- does every    12:36:54
13   50-hertz CRT get shipped to Europe -- or sorry, South      12:36:59
14   America?                                                   12:37:12
15        A. South America?                                     12:37:12
16        Q. Excuse me.  Does every 50-hertz CRT get sent --    12:37:13
17   shipped to Europe?                                         12:37:17
18        A. As I said earlier, if it uses PAL OR SECAM, then   12:37:38
19   it's 50 hertz.  China uses PAL.  Russia uses SECAM.        12:37:46
20   Europe is 50.  So in those areas, there's a possibility    12:37:52
21   that they could be sold there.                             12:37:56
22        And these are the wide tubes, so although I           12:38:07
23   don't know what time period it is, if it's a market that   12:38:11
24   use -- that handles the wide tubes, then there's a         12:38:16
25   possibility that they were sold there.                     12:38:20
```

**71**

```
 1        Q. And for all of the 100-hertz CRTs, are they all    12:38:22
 2   shipping to Europe or are they shipping to other places?   12:38:26
 3        A. One thing I do remember that's not in this         12:38:51
 4   category is that I do remember one that was being sold in  12:38:54
 5   China for a hundred hertz, 29 inches in this               12:38:57
 6   specification.                                             12:39:01
 7        Q. Okay.  But just so that -- so then CRTs with a     12:39:11
 8   hundred hertz would be sold either in China or Europe?     12:39:57
 9        A. Well, without tracing it, I wouldn't be able to    12:39:57
10   tell.  China was an example, but depending on the time     12:40:05
11   period, in Southeast Asia, PAL was also used.  So it       12:40:09
12   could have been Southeast Asia.                            12:40:13
13        The broadcast system is set by the country so I       12:40:15
14   wouldn't be able to tell without checking into that.       12:40:18
15        Q. Does the term "INV" -- and these are -- if you     12:40:22
16   were to go down to the 16th and 17th -- I'm sorry, yeah,   12:40:26
17   the 18th and 19th item, "INV" indicate invar mask?         12:40:30
18        A. Going along in the similar fashion, in the         12:41:02
19   similar order as before then, then "INV" would be invar    12:41:05
20   mask -- invar mask and "IRON" would be iron mask.          12:41:10
21        Q. And what does "fine" mean?                         12:41:15
22        A. That means the mask hole or aperture pitch is      12:41:23
23   very fine.                                                 12:41:29
24        Q. Did Panasonic maintain any documents other than   12:41:45
25   the model number decoder we've been looking at that helps  12:41:48
```

**72**

```
 1   describe CRT products and their major design               12:41:53
 2   specifications?                                            12:41:58
 3        A. Is it -- is it fine for me to understand your      12:42:25
 4   question to mean -- to refer to a -- some type of a        12:42:34
 5   document that would designate it how model numbers and     12:42:38
 6   other numbers are set?                                     12:42:42
 7        Q. Yes.                                               12:42:45
 8        A. Then in that case, this would be the only one.     12:42:47
 9   My understanding is that this display device product       12:42:57
10   naming convention in this document is the only thing --    12:43:04
11   basically the only thing there is.                         12:43:12
12        Q. What about a product registration list?            12:43:23
13        A. That might -- may have existed somewhere, but I    12:43:34
14   don't have recollection of it.                             12:43:39
15        Q. Who would?                                         12:43:40
16        A. It was the departments or the organizations that   12:43:41
17   kept track of that.  So it would have been the quality     12:43:54
18   organizations that would have kept track of it.            12:43:57
19        Q. The quality organization of MTPD?                  12:43:59
20        A. Yes.  During the Panasonic days and during the     12:44:11
21   MTPD days as well, it was the quality department that      12:44:14
22   would have managed that.                                   12:44:18
23        Q. I want to make sure we're getting the right        12:44:19
24   translation here.  This is the quality department; is      12:44:22
25   that it?                                                   12:44:24
```

**73**

```
 1        MR. LEHMAN:  Quality control.                         12:44:27
 2        MR. LAMBRINOS:  Quality control.                      12:44:28
 3        THE WITNESS:  It's quality technology.                12:44:30
 4        Q. BY MR. LAMBRINOS:  Quality technology.  Who was    12:44:33
 5   in charge of the quality technology department at MTPD     12:44:34
 6   during the 2004 to 2006 and then 2006 to 2011?             12:44:38
 7        A. For 2003, 4, 5, I think it would have been a       12:45:10
 8   Kamimura, but I'm not sure.  I would have to look at -- I  12:45:17
 9   would have to research it to see if that's accurate.       12:45:21
10        Q. Okay.  We'd like that.                             12:45:27
11        Are there any product cross-reference guides?         12:45:34
12        A. What does that mean?  I'm not sure I understand.   12:45:45
13        Q. Well, we're looking to see if there are other      12:45:45
14   documents where we can link together the product -- the   12:45:51
15   design specifications and the model codes, and I'm         12:45:56
16   wondering if you've seen documents called product         12:46:00
17   cross-reference guides that might help us do this.         12:46:03
18        A. I don't really recall anything like that.          12:46:36
19        Q. When a customer issued a request for a certain     12:46:41
20   number of tubes to MTPD, can you tell from that            12:46:52
21   customer -- would that customer request include specific  12:46:57
22   design specifications?                                     12:47:04
23        A. In conducting business with the customers, first  12:47:41
24   of all, we would provide them a sample of a product that  12:47:44
25   would have the type of thing that they're asking for.      12:47:48
```

19 (Pages 70 to 73)

**HIGHLY CONFIDENTIAL**

**74**

1    And once they approve it, then that's the first time that    12:47:51
2    we'll actually start the production.  And so in the    12:47:55
3    process of receiving the approval, we will discuss the    12:47:58
4    specifications.    12:48:05
5    Q.  And you can tell on the basis of those design    12:48:06
6    specifications whether this -- whether these tubes are    12:48:08
7    destined for use in the United States; is that correct?    12:48:11
8    MR. YOHAI:  Objection to the form of the    12:48:23
9    question.    12:48:24
10    You can answer.    12:48:24
11    THE WITNESS:  It's not possible to tell if it's    12:48:47
12    destined to the United States just from looking at the    12:48:50
13    CRT.  The customer would have the specification that they    12:48:52
14    want.  And then if we look at that, compare that with the    12:48:54
15    specification of the CRT, then we would be able to tell.    12:49:00
16    Q.  BY MR. LAMBRINOS:  Through the combination of    12:49:02
17    those two items, we can tell if the CRT is destined for    12:49:04
18    use in the United States.    12:49:09
19    A.  Basically with CRTs are made to order    12:49:55
20    components.  So then we would be able to tell by looking    12:49:58
21    at the request -- the requested specification if it's    12:50:14
22    destined for the United States, and then we can go -- if    12:50:20
23    we know what the specification is, we can go find a CRT    12:50:26
24    that meets that specification, and then we would know    12:50:29
25    that's destined for the United States.  Basically CRTs    12:50:32

**75**

1    are not readymade.  They are made to order.    12:50:35
2    Q.  And how do you track -- and then going one step    12:50:42
3    further from there, you track the revenue of CRTs sold    12:50:45
4    in -- destined for sale in each of the various    12:50:49
5    geographies separately?    12:50:53
6    A.  As you say, we -- from the business perspective,    12:51:13
7    management perspective, we look at it separately by    12:51:24
8    region.    12:51:27
9    Q.  And that would include a separate analysis of    12:51:28
10    the sales of CRTs into the U.S. market?    12:51:31
11    A.  Basically as of 2003 in the U.S. region, we had    12:52:10
12    New York and Ohio, and the business results would be    12:52:31
13    checked.  And most of that were sold in NAFTA countries    12:52:37
14    and South America.  So we would assume that those were    12:52:43
15    the business results for them.    12:52:48
16    MR. LAMBRINOS:  Okay.  Let me make sure I'm done    12:53:02
17    here.    12:53:04
18    MR. YOHAI:  It's about 5 to 1:00.    12:53:20
19    MR. LAMBRINOS:  I hear you.  I'm going to break    12:53:21
20    for lunch as soon as I make sure I'm done with the model    12:53:24
21    number decoder.    12:53:27
22    MR. YOHAI:  Okay.    12:53:28
23    Q.  BY MR. LAMBRINOS:  Where did this model number    12:53:32
24    decoder come from?    12:53:35
25    A.  Are you asking me about this document?    12:53:41

**76**

1    Q.  Yes.  Who made it?    12:53:43
2    A.  This was made by the person who was assigned to    12:53:55
3    the quality technology organization that I mentioned    12:53:59
4    earlier.    12:54:02
5    Q.  Do you know that person's specific name and when    12:54:03
6    this document would have been created?    12:54:06
7    A.  Here it says that -- we can tell by looking at    12:54:41
8    the date here.  It says that it was first published in    12:54:44
9    1983.  So it's quite old.  So over the course of    12:54:47
10    20 years, it was revised several times.  So it's quite    12:54:50
11    old.    12:54:53
12    Q.  But those revisions would have been made to this    12:54:53
13    document, and is it your testimony that there were no    12:54:56
14    other model number decoders besides this one used from    12:54:58
15    1983 to the present?    12:55:04
16    MR. YOHAI:  Counsel, I am aware that there were    12:55:27
17    maybe some amendments that we produced to you guys.    12:55:30
18    MR. LAMBRINOS:  Okay.    12:55:33
19    MR. YOHAI:  I don't know what -- you know, the    12:55:33
20    extent of them, but there are a couple, I think.    12:55:35
21    THE WITNESS:  This document, this model number    12:56:39
22    decoder, although I don't know for sure when it started,    12:56:41
23    but at least when I started in the CRT business at    12:56:47
24    Matsushita, I was aware that such a document existed.    12:56:55
25    Q.  BY MR. LAMBRINOS:  And it's used in the ordinary    12:56:58

**77**

1    course of business in your scope of duties as president    12:57:00
2    of MTPD during your tenure at MTPD?    12:57:05
3    A.  It is being used, but it goes around without    12:57:25
4    actually having me look at it.  So the business is    12:57:31
5    conducted outside of where I am looking at it.    12:57:36
6    Q.  Regardless of whether you see it, is it used in    12:57:40
7    the ordinary course of business at MTPD?    12:57:45
8    A.  Yes.  The person who is assigned to it would use    12:58:00
9    it.    12:58:04
10    Q.  Okay.  Thank you.  I think we    12:58:04
11    should go ahead and take a lunch break for an hour.    12:58:06
12    MR. YOHAI:  Just one second, Counsel.  I have    12:58:09
13    almost exactly 1 o'clock.  So I have that we used 6 hours    12:58:11
14    and 15 minutes on the first day, an hour and 45 minutes    12:58:16
15    this morning, and then just an hour and 30 minutes in    12:58:19
16    this latest session, for a total of nine hours and    12:58:22
17    30 minutes to this point.    12:58:26
18    MR. LAMBRINOS:  Okay.    12:58:27
19    MR. YOHAI:  Does Counsel agree with that    12:58:28
20    calculation?    12:58:30
21    MR. LAMBRINOS:  When we did pick up from today?    12:58:30
22    We started at 11 --    12:58:32
23    MR. YOHAI:  11:30 exactly.  And we've now run    12:58:34
24    until 1 o'clock.    12:58:38
25    MR. LAMBRINOS:  And we started at 11:30.    12:58:39

**20 (Pages 74 to 77)**

**HIGHLY CONFIDENTIAL**

---

**78**

```
 1         MR. YOHAI:  Yeah.               12:58:41
 2         MR. LAMBRINOS:  All right.  Then I'm going to   12:58:42
 3   agree with that, then.                12:58:44
 4         MR. YOHAI:  Okay, very good.          12:58:46
 5         MR. LAMBRINOS:  Okay.  Should we go to lunch for   12:58:47
 6   an hour and come back at 2:00?             12:58:49
 7         MR. YOHAI:  Yeah.              12:58:50
 8         (Lunch recess.)              13:33:20
 9         MR. LAMBRINOS:  So we're back on the record   13:59:54
10   after lunch, and I think the interpreter wanted to add a   13:59:56
11   clarification.                    13:59:59
12         THE INTERPRETER:  The interpreter had earlier   14:00:00
13   interpreted an organization name as the quality   14:00:03
14   engineering organization, but she thinks that quality   14:00:07
15   engineering is probably more appropriate.      14:00:10
16         MR. LAMBRINOS:  Excuse me.  What is more   14:00:12
17   appropriate?                 14:00:14
18         THE INTERPRETER:  Quality engineering   14:00:16
19   organization.                 14:00:17
20         MR. LAMBRINOS:  As opposed to what?   14:00:18
21         THE INTERPRETER:  Quality technology   14:00:20
22   organization.                 14:00:22
23         MR. LAMBRINOS:  Thank you.       14:00:24
24     Q.  Mr. Tobinaga --            14:00:26
25     A.  Yes.                 14:00:27
```

**79**

```
 1     Q.  -- did you discuss this case with anybody over   14:00:28
 2   the lunch break?                  14:00:32
 3     A.  No, I didn't at all.           14:00:41
 4     Q.  Mr. Tobinaga, I'm going to go on to -- what's   14:00:46
 5   been outlined as topic number 2 or identified as topic   14:00:52
 6   number 2 in the deposition notice.  And this is the   14:00:56
 7   identity and general description of CRT products you   14:00:58
 8   manufactured.  And I'm going to go over some of these   14:01:03
 9   just to lay the record, and I hope that we're not   14:01:08
10   retreading too much ground, but I think they're pretty   14:01:12
11   simple.                          14:01:13
12         So the first question:  Did MTPD manufacture   14:01:14
13   CPTs?                          14:01:20
14     A.  Yes, it did.              14:01:42
15     Q.  Over what time period?          14:01:57
16         THE INTERPRETER:  Can the interpreter clarify   14:02:13
17   something?                    14:02:15
18         MR. LAMBRINOS:  Yes.          14:02:15
19         THE WITNESS:  It started in April 2004 in MTPD   14:02:20
20   and it continued through 2009 until it ended in the   14:02:26
21   factory in Peking.              14:02:29
22     Q.  BY MR. LAMBRINOS:  What size range of CPTs did   14:02:34
23   Panasonic manufacture during this time?     14:02:38
24     A.  The main types were 14 inch through 38 inch and   14:03:00
25   though it was only a few, the smaller size, 5 inches, or   14:03:04
```

**80**

```
 1   was it 6 inches, was also manufactured.     14:03:10
 2     Q.  What types of specifications differentiate one   14:03:13
 3   CPT from another?  For example, mask type or codings or   14:03:16
 4   screen shape, and are there others?       14:03:23
 5     A.  Generally between the two panels, there would be   14:04:19
 6   the shadow mask that had already been formed that was   14:04:24
 7   placed within it, and that was what a CPT was.  There was   14:04:29
 8   the wide-form 29 inch in super large, which we called   14:04:34
 9   semi-tension mask, which was a CPT that MTPD itself   14:04:40
10   manufactured.                 14:04:47
11     Q.  And screen shape?            14:04:48
12     A.  It was flat, and it was an SST.      14:04:52
13     Q.  Did MTPD ever manufacture CPTs that had a normal   14:05:05
14   shape or a slim shape?           14:05:11
15     A.  I don't really have recollection of   14:05:31
16   manufacturing slim after MTPD came into existence, but   14:05:34
17   the round type, the round type, I do have experience of   14:05:43
18   having that being manufactured.         14:05:48
19     Q.  A quick question about the deflection yoke.  If   14:05:51
20   it was pinned so that it would enable a CPT to be used in   14:05:54
21   North America, was there a cost associated with changing   14:05:58
22   the pin so that that could be -- that CPT could be used   14:06:03
23   in the south -- in the southern hemisphere?   14:06:08
24     A.  Generally there would be a cost.     14:06:34
25     Q.  What would that cost -- how would you describe   14:06:36
```

**81**

```
 1   that cost?  What are the components of that cost?   14:06:39
 2     A.  When the screen surface is being made, it will   14:07:02
 3   be exposed.  There is an exposure process, and for the   14:07:07
 4   exposure process, a lens is necessary.  What is used for   14:07:10
 5   the northern market -- the lens that is used for the   14:07:16
 6   northern market is different from the lens that is used   14:07:20
 7   for the southern market.  So there is a cost that would   14:07:23
 8   be incurred in order to develop the lens.    14:07:27
 9     Q.  And how significant is that cost compared to the   14:07:29
10   cost of manufacturing a CRT or a CPT?      14:07:32
11     A.  It was not that significant.  I don't remember   14:07:53
12   exactly, but I think it was less than 1 percent of the   14:07:58
13   total cost for manufacturing one unit.      14:08:02
14     Q.  And how much labor would it take to change the   14:08:06
15   pinning of the deflection yoke?         14:08:10
16     A.  Changing the deflection yoke, do you mean   14:08:26
17   changing the design of the deflection yoke?   14:08:30
18     Q.  Well, yes.  To change the -- to make the CPT   14:08:32
19   adaptable to the southern hemisphere as opposed to the   14:08:36
20   northern hemisphere, what labor is required if you were   14:08:40
21   to alter it in that manner?         14:08:42
22     A.  Well, in my recollection, the deflection yoke   14:09:32
23   that is used in the northern hemisphere and the southern   14:09:38
24   hemisphere were basically using the same components, but   14:09:42
25   as I explained earlier, it's the exposure system that   14:09:45
```

21 (Pages 78 to 81)

HIGHLY CONFIDENTIAL

**82**

1  would have to be changed for the southern hemisphere.   14:09:48
2  So it would be necessary to change that, that   14:09:53
3  type that was being used.  So effort would be -- or labor   14:09:59
4  would involve changing the exposure system to meet that.   14:10:03
5  Q.  And how long would that take for any given CPT?   14:10:08
6  A.  Well, the exposure unit will be set, and it   14:10:58
7  takes until around -- it takes around 15 hours until that   14:11:04
8  is completed.  So the exposure unit has been changed.   14:11:08
9  Then in order to confirm that the performance is what it   14:11:13
10  should be, we would have to wait 16 hours, and after we   14:11:19
11  can confirm that there is no problem, then it would be   14:11:25
12  exposed.   14:11:27
13  So together with a confirmation, I think at the   14:11:29
14  shortest, it would take 20 hours.   14:11:31
15  Q.  And how long does it take in general to   14:11:34
16  manufacture -- well, no.  Scratch that.   14:11:36
17  Ignoring the differences in the deflection yoke   14:11:38
18  and how it is pinned, how many different models of CPT   14:11:41
19  did Panasonic make for a given size?  For example, did   14:11:44
20  you have a basic 21-inch model of funnel, panel, and mask   14:11:51
21  gun, or were there different models of a 21-inch CPT?   14:11:55
22  A.  Then going along with the 21-inch example that   14:12:57
23  you have mentioned, in a 21 inch, there would be the --   14:13:02
24  first of all, the shape of the panel, whether it is round   14:13:05
25  or flat, and then the mask formation shape will be set   14:13:08

**83**

1  depending on the shape of the panel.   14:13:21
2  And then in the funnel part, there is the   14:13:33
3  deflection angle, and in my recollection, there were two   14:13:36
4  major ones.   14:13:41
5  And then behind that would be the electronic   14:13:52
6  gun, and there, there were two major categories, and   14:13:55
7  within those categories, there were several types.   14:13:59
8  And then we also talked about panel earlier, but   14:14:11
9  for the panel color, there were different transparencies   14:14:14
10  as well.   14:14:19
11  And there is the rim band.  The rim band --   14:14:29
12  there were different rim bands.   14:14:34
13  THE INTERPRETER:  Sorry, the interpreter would   14:14:41
14  like to -- okay.  The interpreter would like to redo that   14:14:43
15  last part.   14:14:49
16  THE WITNESS:  And then there was the rim band.   14:14:50
17  There were several different rim bands depending on the   14:14:51
18  shape of the panel, whether it was round or it was flat,   14:14:54
19  et cetera.   14:14:56
20  And then there were also a few different ear   14:15:04
21  bands that were used in order to attach that rim band.   14:15:07
22  Q.  BY MR. LAMBRINOS:  Within -- so can you put all   14:15:15
23  those together and tell me how many different models of,   14:15:17
24  for example, a 21-inch CPT MTPD made?   14:15:19
25  A.  I'm sorry, I never counted it.  So I can't say   14:15:49

**84**

1  exactly, but I think there were several dozen.   14:15:53
2  Q.  Within a given size of CPT, which specifications   14:15:57
3  would have the most significant effect on Panasonic's   14:16:00
4  production cost?   14:16:04
5  A.  Of the total cost, the material cost was around   14:16:40
6  70 percent, and of that 70 percent was for glass, the   14:16:44
7  cost for panel and funnels.  So I think I can say that   14:16:49
8  approximately half the cost was for glass.   14:16:53
9  Q.  And how would the price of a CPT change if the   14:16:58
10  production cost of the glass were to increase?   14:17:03
11  A.  As a manufacturer, it would be nice if the   14:17:30
12  material cost and the CPT costs were linked.  However,   14:17:33
13  the reality was that the CPT cost was determined by the   14:17:37
14  CPT market, and the material cost was determined by the   14:17:42
15  material market.   14:17:46
16  Q.  What did you do to track the CPT market?   14:17:56
17  A.  Basically I checked the movements of the market   14:18:20
18  by looking at the customer information as well as those   14:18:24
19  from research companies.   14:18:28
20  Q.  Would you keep track of the supply of CPTs   14:18:33
21  entering into the global market?   14:18:38
22  A.  The global market really was too large.  We   14:19:02
23  received information or we got information from research   14:19:06
24  companies by the local regions.   14:19:11
25  Q.  Would -- what would that information tell you?   14:19:14

**85**

1  A.  It was possible to get the information on what   14:19:30
2  the production volume -- approximate production volume   14:19:37
3  for that year for a 20 inch was in that region.   14:19:40
4  Q.  Would it tell you how much any individual   14:19:46
5  manufacturer -- how many tubes were being manufactured by   14:19:4
6  each of your competitors?  I'm speaking specifically of   14:19:52
7  tubes.   14:20:08
8  A.  That was included in the data from the research   14:20:12
9  companies.   14:20:15
10  Q.  What was the name of these research companies?   14:20:15
11  A.  I Supply.   14:20:19
12  Q.  Who was responsible for compiling the   14:20:21
13  information that came in from I Supply?   14:20:23
14  A.  The information that was obtained from I Supply   14:20:38
15  came in the form of a pamphlet.  So our members did not   14:20:44
16  go through the process of putting that information again   14:20:48
17  together.   14:20:51
18  Q.  So the information that came in from I Supply   14:20:52
19  would bear the insignia of I Supply somewhere on it; is   14:20:55
20  that correct?   14:21:08
21  MR. LAMBRINOS:  Objection to the form of the   14:21:08
22  question.   14:21:10
23  You can answer if you know.   14:21:11
24  THE WITNESS:  The name I Supply did appear on   14:21:20
25  the pamphlet.   14:21:23

22 (Pages 82 to 85)

**HIGHLY CONFIDENTIAL**

**86**

1    Q.  BY MR. LAMBRINOS:  And did you monitor the   14:21:25
2  production of tubes by your competitors through any other   14:21:27
3  reports that did not have I Supply insignia on them?   14:21:31
4    A.  I don't really remember doing that.   14:21:52
5    Q.  Okay.  We'll come back to that.   14:21:54
6    Next I'd like to know did Panasonic -- excuse   14:21:55
7  me -- did MTPD manufacture CDTs?   14:21:59
8    A.  No, it did not.  If it had, it would have been a   14:22:13
9  violation of the contract.  So it did not.   14:22:17
10    Q.  Which contract?   14:22:19
11    A.  It's the joint venture contract.   14:22:21
12    Q.  What provision would it have violated?   14:22:24
13    A.  I don't remember which number that was, but it   14:22:38
14  was in the prohibited business activities.   14:22:42
15    Q.  Okay.  Going back to this issue about the   14:22:48
16  information you received from I Supply -- I'm sorry,   14:22:51
17  scratch that.   14:22:55
18    Going back to your monitoring of the global   14:22:56
19  market for tube production, did you monitor MTPD's --   14:22:59
20  MTPD's production of tubes?   14:23:11
21    MR. YOHAI:  Objection to the form of the   14:23:30
22  question.  I think the two pieces of the question don't   14:23:32
23  go together.   14:23:34
24    But if you understand it, you can answer.   14:23:35
25    (Interruption in proceedings.)   14:23:39

**87**

1    MR. YOHAI:  Hold on.   14:23:53
2    MR. LAMBRINOS:  One moment.  Let me check on who   14:23:54
3  this is.  Did somebody just call in?   14:23:56
4    MR. BALLARD:  Yes.  Dylan Ballard again with   14:24:02
5  Sheppard Mullin.   14:24:04
6    MR. LAMBRINOS:  Thank you.   14:24:05
7    Q.  Go ahead.  Please answer the question.   14:24:06
8    A.  Sorry.  May I ask for the question to be   14:24:08
9  repeated?   14:24:11
10    Q.  Sure.  Did you monitor MTPD's production of   14:24:11
11  tubes?   14:24:16
12    A.  I tried to understand the internal production   14:24:32
13  volume from a macro perspective.   14:24:37
14    Q.  And what types of documents would you look at to   14:24:39
15  understand that?   14:24:42
16    A.  There -- we have annual business plans, and in   14:25:04
17  that, for that, the information on the production volume   14:25:09
18  for the prior year would be compiled.  And so it would be   14:25:14
19  possible to confirm by looking at that.  That's one   14:25:19
20  example.   14:25:23
21    Q.  And what would that information on the   14:25:24
22  production plans look like?   14:25:25
23    A.  Oh, what I said was not about the production   14:25:42
24  plan.  What I was referring to was to confirm what the   14:25:45
25  actual production volume was for that year.   14:25:48

**88**

1    Q.  Yes.  I guess what my question is:  Did you look   14:25:53
2  at any reports that analyzed how much each line of   14:25:55
3  your -- each line of your company was producing in terms   14:26:00
4  of tubes?   14:26:05
5    MR. YOHAI:  I assume you mean in the regular   14:26:18
6  course of his business.   14:26:20
7    MR. LAMBRINOS:  In the regular course of his   14:26:21
8  business and the scope of his duties as president of   14:26:23
9  MTPD.   14:26:27
10    THE WITNESS:  The production support center   14:27:01
11  collected information on the volume that was manufactured   14:27:03
12  from each of the sites and put them together.  I did not   14:27:07
13  go through and confirm each one in my position.   14:27:10
14    Q.  BY MR. LAMBRINOS:  Did the production support   14:27:16
15  center also compile the output of your competitors?   14:27:17
16    A.  No, it did not at all.   14:27:32
17    MR. LAMBRINOS:  Okay.  I'd like to hand you what   14:27:34
18  I'm now marking as Exhibit 263.   14:27:37
19    (Exhibit 263, MTPD-0504719 - 4720, marked for   14:27:43
20  identification.)   14:27:47
21    MR. LAMBRINOS:  And 264.   14:27:47
22    (Exhibit 264, MTPD-0504721, marked for   14:27:49
23  identification.)   14:27:53
24    MR. LAMBRINOS:  I'm marking them -- I'm just   14:27:53
25  noting these are part of the same document, but I'm   14:27:55

**89**

1  having them marked separately because they're so   14:27:58
2  voluminous.   14:28:01
3    So this will be the next.  This will be 264.   14:28:02
4    And I have more of these if you want to pass   14:28:16
5  them around.  This is 264.  I'm passing them around.  The   14:28:19
6  smaller one is 263.  The bigger one is 264.   14:28:23
7    Q.  Okay.  So in looking at what we've marked as   14:28:46
8  263, I'm going to read the Bates Number into the record.   14:28:49
9  It's beginning Bates Number MTPD-0504719.  It is a cover   14:28:51
10  email, and if you flip that over, you will see that   14:29:00
11  there's a spreadsheet beginning with MTPD-0504720, which   14:29:03
12  was attached to that email.   14:29:12
13    Exhibit 264 is a very large spreadsheet that is   14:29:14
14  a family member that was also attached to this email, and   14:29:21
15  it is MTPD-0504721.   14:29:25
16    So Mr. Tobinaga, starting off with 263, this   14:29:32
17  looks like an email that was sent by a Hiroko Sato.   14:29:38
18    Do you know who that is?   14:29:45
19    A.  I do know the name.   14:30:38
20    Q.  What does he do?   14:30:40
21    A.  It's a "she."  She is assigned to sales.  It's a   14:30:47
22  female.   14:30:52
23    Q.  She's a female assigned to sales at Panasonic   14:30:55
24  Corporation headquartered in Japan?   14:30:59
25    A.  Yes.   14:31:08

**23 (Pages 86 to 89)**

HIGHLY CONFIDENTIAL

**90**

```
 1      Q. And then below that, you'll see that the initial  14:31:10
 2  email, same page, the initial email that she's forwarding  14:31:13
 3  was sent by Ayumu Kinoshita.                              14:31:18
 4      Do you know who that is?                              14:31:22
 5      A. Ayumu Kinoshita is a person in sales.             14:31:51
 6      Q. And as I'm looking at the metadata for this       14:31:57
 7  document, one of the people on the cc line -- and I don't  14:32:02
 8  know if it's visible on the face of this document -- is    14:32:04
 9  someone named Kazuto Ueda.                                14:32:07
10      Do you know who that is?                             14:32:09
11      A. He is also a member of sales.                     14:32:26
12      Q. Do you know what his title is?                    14:32:28
13      A. Well, he was one who was assigned to it, but      14:33:01
14  this is 2006; right? So then I think there's a            14:33:07
15  possibility that he had been posted to Beijing. I don't   14:33:10
16  remember when exactly it was, but I think he was posted   14:33:15
17  to Beijing, although confirmation is necessary.          14:33:19
18      Q. Okay. If we flip open to the first spreadsheet.   14:33:25
19  It looks like this. It's right immediately after the     14:33:27
20  cover email. There are a few color copies, and I think   14:33:30
21  everybody else got black and white.                      14:33:33
22      Okay, do you see at the top, it says "MTPD CRT        14:33:39
23  line status"?                                            14:33:44
24      A. Yes.                                              14:33:51
25      Q. And do you see over in the right-hand corner, it  14:33:52
```

**91**

```
 1  says June '06?                                           14:33:54
 2      A. Oh, '06, yes.                                     14:34:08
 3      Q. Okay. And as we're looking at the spreadsheet,   14:34:10
 4  do you see the column headings, there's a column heading  14:34:13
 5  that says "Region"? Do you see that?                     14:34:16
 6      A. Yes.                                              14:34:27
 7      Q. And then as we go down, it says "AP" under        14:34:28
 8  region. Do you have an understanding of what "AP" under  14:34:32
 9  region means?                                            14:34:35
10      A. Well, I don't know what this abbreviation is      14:34:58
11  for, but if I were to guess, it would be Asia Pacific,   14:35:06
12  perhaps, but I don't know for sure.                      14:35:09
13      Q. And what do you think "GC," which is right        14:35:11
14  beneath that, what do you think "GC" means?              14:35:14
15      A. I think the "C" may be China, but I don't know    14:35:24
16  what the "G" is.                                         14:35:27
17      Q. Could it be Greater China?                        14:35:28
18      A. I don't know.                                     14:35:35
19      Q. And beneath that there is an abbreviation that    14:35:37
20  says "AM." Do you have an understanding of what that is?  14:35:39
21      A. It's the USA. So I think it means America.        14:35:45
22      Q. And "EU" beneath that, what do you think that     14:35:51
23  means?                                                   14:35:54
24      A. It's Europe.                                      14:35:58
25      Q. Okay. So if we're going from region to country,  14:35:59
```

**92**

```
 1  you can see that, for example, where we looked at region  14:36:03
 2  AM, the country next to that is USA.                     14:36:07
 3      Do you see that?                                     14:36:09
 4      A. Yes.                                              14:36:23
 5      Q. And then do you see site, the column next to      14:36:24
 6  that, so if we're looking at the American region, the    14:36:27
 7  country USA, and the site is Troy and house heads? Do    14:36:30
 8  you see those two things -- items?                       14:36:33
 9      A. Yes.                                              14:36:54
10      Q. And what do you understand Troy and house heads   14:36:55
11  to designate there?                                      14:36:57
12      A. I would understand them to be the name of the     14:37:09
13  cities or the towns in the United States where the two   14:37:13
14  factories are located.                                  14:37:16
15      MR. YOHAI: I think it's supposed to be Horse         14:37:18
16  Heads, not house heads, by the way.                     14:37:21
17      MR. LAMBRINOS: May be a typo.                        14:37:23
18      MR. YOHAI: No, it is.                                14:37:24
19      THE WITNESS: It should be Horse Heads.               14:37:25
20      Q. BY MR. LAMBRINOS: Okay. So Troy and Horse        14:37:29
21  Heads are the names of where MTPD's factories           14:37:30
22  exist in the United States; is that correct? Horse       14:37:34
23  Heads?                                                   14:37:38
24      A. Yes. It's the cities' names.                     14:37:46
25      Q. Okay. And the next column, so if we're going     14:37:48
```

**93**

```
 1  across from Troy, it has a column that says A-1, A-3 and  14:37:51
 2  A-4. What do you understand those items to designate?    14:37:56
 3      A. It's the names of the lines.                      14:38:13
 4      Q. The name of the production lines of the Troy      14:38:15
 5  facility?                                                14:38:18
 6      A. The line names for the Troy factory A-1, A-3 and  14:38:26
 7  A-4.                                                     14:38:32
 8      Q. And so by this chart, it appears that the A-1     14:38:33
 9  factory was at one time producing 29-inch CRT -- or CPTs;  14:38:36
10  is that fair?                                            14:38:42
11      A. Yes, that is correct.                            14:38:56
12      Q. And the line is grayed out, and over in the       14:38:57
13  remarks column for the Troy facility for the A-1 line,   14:39:00
14  for example, it says closed quarter 1 of '05.           14:39:05
15      Do you see that?                                    14:39:09
16      A. Yeah.                                             14:39:25
17      Q. Okay. So do you -- is it fair to state that --   14:39:26
18  well, let me ask you this. Scratch that.                14:39:30
19      Is it grayed out because the line is closed? I      14:39:33
20  see that in the remarks column, every time we see a     14:39:36
21  closed out line or a shutdown line, the line is grayed  14:39:39
22  out.                                                     14:39:42
23      Do you think that's why it's grayed out here?       14:39:43
24      A. In November 2005, it was decided that the        14:40:23
25  factories in America would be closed, and after that    14:40:26
```

**24 (Pages 90 to 93)**

**94**

1  decision was made, the factories were closed one-by-one.   14:40:31
2  So I think what you said is correct.   14:40:35
3  Q.  So the information on this chart appears   14:40:37
4  accurate?   14:40:39
5  MR. YOHAI:  Objection to the form of the   14:40:46
6  question.   14:40:47
7  THE WITNESS:  Whether it's accurate or not, I   14:41:06
8  would have to check.  But from a macro perspective, it   14:41:08
9  appears that the timing is correct.   14:41:12
10  Q.  BY MR. LAMBRINOS:  And if we look at the bottom   14:41:16
11  line where it says "MTPD total," and you see that there's   14:41:17
12  a red box around the CPT numbers?  Do you see that?   14:41:20
13  A.  Yes.   14:41:36
14  Q.  And at the very bottom, CPT, it says in the   14:41:36
15  column, it says "KP/M," and then at the very bottom it   14:41:41
16  gives a figure of 1,920.   14:41:46
17  Do you see that?   14:41:49
18  A.  Yes.   14:42:04
19  Q.  So does this indicate, then, that in June 2006,   14:42:05
20  MTPD's lines were producing 1,920,000 CPTs per month?   14:42:10
21  A.  I don't know what definition went into these   14:42:47
22  numbers or how these numbers are defined, but I can see   14:42:55
23  that these are monthly units.   14:43:00
24  Q.  Have you reviewed information of this type in   14:43:05
25  the scope of your duties as president of MTPD in the   14:43:07

**95**

1  ordinary course of business?   14:43:11
2  A.  As the president of MTPD, at least after 2004, I   14:43:29
3  did not really look at documents like this.   14:43:35
4  Q.  Who would have been in charge of putting this   14:43:38
5  document together?   14:43:40
6  A.  Well, this -- who would be in charge?  Well, I   14:43:54
7  don't know.   14:43:59
8  Q.  Who was in charge of monitoring MTPD's CRT line   14:43:59
9  status?   14:44:04
10  A.  Basically it is the production support center,   14:44:25
11  as I mentioned earlier, that was collecting information   14:44:27
12  on the capacity of each of the lines.   14:44:30
13  Q.  You said the production support center was   14:44:34
14  collecting information from I Supply and that the   14:44:36
15  documents that they had on the "to production" was from   14:44:38
16  I Supply.   14:44:38
17  I don't -- is that correct?   14:44:43
18  THE INTERPRETER:  Excuse me.  I'm not sure the   14:45:08
19  interpreter can understand what the question is.   14:45:11
20  Q.  BY MR. LAMBRINOS:  You said that the production   14:45:14
21  support center gathered information from I Supply, which   14:45:19
22  is a third-party information vendor, and I wanted to know   14:45:21
23  if that's correct.   14:45:23
24  And my followup is going to be, I don't see   14:45:24
25  I Supply anywhere on this document, and if he agrees with   14:45:29

**96**

1  that.   14:45:31
2  A.  Well, this is internal information so it's   14:46:11
3  possible to get this information without going directly   14:46:14
4  through -- it's possible to get this information directly   14:46:17
5  without going through the research companies -- research   14:46:19
6  company.   14:46:23
7  THE INTERPRETER:  Let -- the interpreter will   14:46:23
8  start this again.   14:46:25
9  THE WITNESS:  Well, this is internal information   14:46:26
10  so it's possible to get this information directly without   14:46:29
11  going through the research company.   14:46:31
12  (Mr. Miller leaves deposition room.)   14:46:33
13  THE WITNESS:  All that needs to be done is for   14:46:36
14  each of the people in charge to confirm with the sites,   14:46:38
15  the factories.   14:46:41
16  Q.  BY MR. LAMBRINOS:  So how would they go about   14:46:4
17  doing that?   14:46:45
18  A.  It's a little bit -- it will be a little   14:47:24
19  technical explanation, but the basic production capacity   14:47:28
20  is determined by the exhaust furnace or exhaust oven, and   14:47:31
21  that would determine the number of how fast the products   14:47:38
22  can be manufactured.  And on top of that would be added   14:47:4
23  the yield and efficiency and would result in the maximum   14:47:49
24  production volume.  That would be the basic, the   14:47:57
25  foundation.   14:48:03

**97**

1  Q.  And is that information that only people within   14:48:03
2  MTPD would have access to?   14:48:06
3  MR. YOHAI:  Objection to the form of the   14:48:15
4  question.   14:48:16
5  THE WITNESS:  Essentially if it were an   14:48:27
6  engineer, internal engineer, he would be able to get that   14:48:30
7  information.   14:48:33
8  Q.  BY MR. LAMBRINOS:  Would this information ever   14:48:33
9  be shared with your competitors?   14:48:35
10  MR. YOHAI:  Objection to the form of the   14:48:43
11  question, calls for speculation.  As far as I know, I   14:48:44
12  never heard that that information was shared, and I don't   14:48:59
13  think that happened.   14:49:03
14  Q.  BY MR. LAMBRINOS:  Do you ever recall permitting   14:49:04
15  any employees from one of your competitors to inspect   14:49:06
16  your exhaust ovens to determine the total amount of   14:49:09
17  manufacturing capacity available at any of these lines?   14:49:12
18  A.  As far as it involves me, I never have.   14:49:40
19  Q.  How would the information on this front page be   14:49:47
20  used within MTPD?   14:49:50
21  A.  I mentioned the production support center.  This   14:50:19
22  is an organization that was charged with increasing the   14:50:23
23  yield and technically improving the effectiveness or the   14:50:28
24  efficiency for each line on a continual basis.  So they   14:50:33
25  were looking at this.   14:50:39

**25 (Pages 94 to 97)**

98

1    Q. And what would they do with this information to    14:50:41
2  improve efficiency?    14:50:44
3    A. Well, let's say there is an actual value, a    14:51:08
4  production, and that the exhaust oven is operating at a    14:51:14
5  certain speed, and then they apply some type of technical    14:51:18
6  manipulation in order to increase that speed. They would    14:51:28
7  be able to use this data to make a comparison.    14:51:32
8    Q. And then what would they do with that    14:51:36
9  comparison?    14:51:38
10    A. For each of the lines, there is a spec or a rule    14:52:18
11  that says at what speed the manufacturing should take    14:52:26
12  place, and if the speed is improved through improving    14:52:32
13  some kind of technical aspect of the line, then let's say    14:52:35
14  it improved by 10 percent, then they would write into the    14:52:39
15  spec sheet that the production has to be done at that    14:52:43
16  increased 10-percent volume.    14:52:46
17    Q. And then those recommendations would guide    14:52:48
18  MTPD's production of tubes?    14:52:51
19    MR. YOHAI: Objection to the form of the    14:53:04
20  question.    14:53:06
21    MR. LAMBRINOS: You can answer.    14:53:10
22    THE WITNESS: Basically at each factory, there    14:54:04
23  is an engineer or engineers who are similar to the    14:54:06
24  production support center. There are mechanical    14:54:12
25  engineers, there are process engineers. And if it's    14:54:16

99

1  possible at each site to make an improvement only with    14:54:19
2  those members, then they would do that and then change    14:54:24
3  the spec sheets to reflect that.    14:54:28
4    But if it's not possible for them alone to    14:54:30
5  implement this, then the production support center would    14:54:33
6  send engineer or engineers to support them, and    14:54:38
7  improvement results would then be written in the spec    14:54:43
8  sheet and implemented.    14:54:50
9    Q. BY MR. LAMBRINOS: And so that's how this    14:54:51
10  information would be used in the ordinary course of    14:54:53
11  business, both by the engineers and by the production    14:54:55
12  support center?    14:54:58
13    A. The information is the output of their efforts    14:55:21
14  because the technical improvements will show up in terms    14:55:26
15  of numbers.    14:55:31
16    Q. And this -- the output of their efforts, this    14:55:31
17  document and this information, would have been conducted    14:55:33
18  in the regular course of business by these people?    14:55:37
19    MR. YOHAI: Objection to the form of the    14:55:58
20  question.    14:55:59
21    THE WITNESS: The capacity, or rather, the    14:56:39
22  production speed will show up in the form of data and    14:56:41
23  the -- and the volume. And that would be used by the    14:56:50
24  production support center and the local engineers. And    14:56:56
25  at each plant, there would be a spec sheet that would be    14:57:01

100

1  created that designates what the production speed should    14:57:06
2  be.    14:57:11
3    For this particular sheet, I don't know which    14:57:12
4  data went into that. So I don't know.    14:57:15
5    Q. BY MR. LAMBRINOS: And would this, the    14:57:18
6  information on this sheet be made publicly available by    14:57:20
7  MTPD?    14:57:23
8    MR. YOHAI: Objection to the form of the    14:57:35
9  question, calls for speculation.    14:57:36
10    THE WITNESS: By "public," what do you mean?    14:57:46
11    Q. BY MR. LAMBRINOS: Would you have published this    14:57:4
12  information in any way outside of Panasonic and made it    14:57:49
13  available externally?    14:57:56
14    MR. YOHAI: Same objection.    14:58:04
15    THE WITNESS: No, that wouldn't be done.    14:58:10
16    Q. BY MR. LAMBRINOS: Why not?    14:58:11
17    A. The technology itself that determines the    14:58:26
18  production speed, that is Panasonic's own technology. I    14:58:30
19  don't think that would be made public.    14:58:35
20    Q. Does Panasonic own a patent over that    14:58:37
21  technology, over the production speed?    14:58:40
22    A. The improvements, the -- each of the little    14:58:58
23  improvements are not patented.    14:59:03
24    Q. Were you going to continue and say something    14:59:19
25  else about patents and the technology involved in    14:59:21

101

1  monitoring the production speed and that you had limited    14:59:25
2  your answer? You could expand on what you were planning    14:59:28
3  on saying.    14:59:31
4    MR. YOHAI: Objection to the form of the    14:59:47
5  question.    14:59:48
6    MR. LAMBRINOS: Go ahead and answer.    14:59:52
7    THE WITNESS: It's a very technical discussion.    14:59:57
8  Is that okay?    15:00:04
9    Q. BY MR. LAMBRINOS: Okay. So the bottom line is    15:00:05
10  you wouldn't share this information with anyone, and you    15:00:07
11  wouldn't make it public?    15:00:09
12    A. Essentially or basically, it is internal, it is    15:00:23
13  sensitive, so we would not make it public.    15:00:28
14    Q. Could you please flip the page.    15:00:32
15    Do you see that in the upper left-hand corner it    15:00:36
16  says "SCI CRT line status"?    15:00:38
17    A. Yes.    15:00:48
18    Q. Do you see that? And do you see that this chart    15:00:49
19  takes the same form as the MTPD chart that we just looked    15:00:52
20  at on the prior page?    15:00:56
21    A. Yes.    15:01:05
22    Q. And does it appear the same as it did on the    15:01:05
23  prior page that we looked at, region, country, site, line,    15:01:09
24  and products, and that all of those column headings are    15:01:13
25  the same as they were on the prior page?    15:01:17

26 (Pages 98 to 101)

**HIGHLY CONFIDENTIAL**

**102**

1     A. Yes.             15:01:33
2     Q. Okay. And so if we're looking at the region,    15:01:33
3   Asia Pacific, country Korea, site, Suwon, lines 1, 2, 3   15:01:35
4   and 6, do you see that those lines are all grayed out and   15:01:41
5   shut down in this chart?          15:01:44
6     A. Yes.             15:02:09
7     Q. So this is -- and if we look at the bottom -- so   15:02:10
8   if you flip -- if you flip the page, you'll see that the   15:02:13
9   SDI CRT line status chart goes on to the next page, and   15:02:17
10   it gives a total, for example, of 3,000 -- or 3,325,000   15:02:30
11   CPTs made in that month of 2006.       15:02:30
12     Do you see that? Just the very next page.    15:02:32
13     A. Yes.             15:03:00
14     Q. Okay. So how -- how would this information be   15:03:01
15   used by MTPD?           15:03:05
16     A. At that time I didn't know that data such as   15:03:17
17   this existed. So I would not have been able to use it.   15:03:22
18     Q. How would this information have been compiled?   15:03:26
19     A. I wasn't the one who compiled it so I don't   15:03:36
20   know. I didn't know at the time that such a document   15:03:41
21   like this existed.         15:03:43
22     Q. You previously testified that MTPD would never   15:03:44
23   have shared this type of information. Are you surprised   15:03:46
24   that SDI is sharing it with you?      15:03:49
25     MR. YOHAI: Objection to the form of the    15:04:05

**103**

1   question. And mischaracterizes his testimony.    15:04:06
2     MR. LAMBRINOS: Go ahead and answer.     15:04:13
3     THE WITNESS: When you say "you," I didn't    15:04:23
4   engage in the exchange, and so at that time I didn't know   15:04:25
5   that such information existed.       15:04:27
6     Q. BY MR. LAMBRINOS: Well, I want to understand   15:04:31
7   your earlier testimony. You said that in order to    15:04:32
8   determine -- in order to compile the information on the   15:04:35
9   first page of this chart, that the employees would have   15:04:38
10   to go and inspect the exhaust ovens in order to determine   15:04:42
11   the maximum capacity at MTPD.       15:04:46
12     Wouldn't they have had to do the same thing at   15:04:48
13   SDI to get these numbers?        15:04:51
14     MR. YOHAI: Objection to the form of the    15:05:26
15   question. Mischaracterizes the witness' testimony.    15:05:27
16   You can answer.          15:05:34
17     MR. LAMBRINOS: Please answer.      15:05:37
18     THE WITNESS: To be honest, all I can say is   15:05:47
19   that I don't know. This is the first time I've seen this   15:05:49
20   document.            15:05:51
21     Q. BY MR. LAMBRINOS: How would you have used this   15:05:53
22   information if you'd had access to it at the time?    15:05:54
23     MR. YOHAI: Objection. Calls for speculation.   15:06:07
24     THE WITNESS: I probably would not have looked   15:06:16
25   at it very carefully.         15:06:18

**104**

1     Q. BY MR. LAMBRINOS: Do you consider this    15:06:20
2   sensitive information from SDI?       15:06:21
3     MR. YOHAI: Objection to the form of the    15:06:27
4   question.            15:06:29
5     THE WITNESS: Like I said, although this might   15:06:57
6   not be a direct reply to your question, from 2004 to    15:07:17
7   2007, and then finally for Beijing through 2009, I wasn't   15:07:22
8   interested in things like this. What I was -- the main   15:07:28
9   point of my interest was how the flat screen was entering   15:07:31
10   into the market, and depending on what that situation    15:07:37
11   was, a decision would have to be made whether factories   15:07:41
12   would close or not. And so my interest was only in that.   15:07:45
13     Q. BY MR. LAMBRINOS: And you were -- were you also   15:07:52
14   interested in how many CRTs were being produced by your   15:07:54
15   competitors?           15:07:58
16     A. At that time, I was not very interested in that.   15:08:08
17     Q. But the amount of CRTs produced by your    15:08:12
18   competitors would determine the total amount of supply   15:08:14
19   and whether or not that supply met demand; is that    15:08:18
20   correct?            15:08:41
21     MR. YOHAI: Objection to the form of the    15:08:41
22   question.            15:08:46
23     THE WITNESS: To explain to you the individual   15:09:41
24   situation of MTPD, aside from the MTPD Beijing plant,    15:09:46
25   most of our customers was -- had captive -- most of ours   15:09:55

**105**

1   were captive customers.         15:10:01
2     And then for our captive situation, what was    15:10:03
3   particularly important was how our customers were going   15:10:08
4   to shift from CRT TVs to flat-screen TVs, because that    15:10:12
5   would determine about the timing of when the factory or   15:10:18
6   factories would be shut.         15:10:23
7     So I was only interested in how much the     15:10:25
8   Panasonic TV set CRT productions were. That was the    15:10:30
9   situation then.           15:10:35
10     Q. BY MR. LAMBRINOS: And at what point in 2004 did   15:10:36
11   you become interested in LCDs?       15:10:38
12     A. It's the flat screens. It includes PDP as well.   15:10:55
13   It was from 2004, when I started becoming interested, or   15:11:01
14   rather I should say that it was not possible to conduct   15:11:08
15   business without paying attention to that.     15:11:10
16     Q. What date -- what month in 2004?     15:11:12
17     A. It was around the middle of 2004. I don't    15:11:20
18   remember or I forgot the exact timing, but it was when I   15:11:47
19   heard that Panasonic in the United States was going to   15:11:51
20   pull out from CRTs and shift entirely to PDP. It was --   15:11:56
21   the situation at the company was pretty difficult.    15:12:06
22     Q. But even during this time when you were     15:12:14
23   interested in LCDs, your production support center was    15:12:17
24   still monitoring MTPD's output of CPTs and that of all    15:12:23
25   your competitors in this document. Yes?     15:12:29

**27 (Pages 102 to 105)**

**HIGHLY CONFIDENTIAL**

**106**

```
1     A. Closing the sites, which I mentioned earlier,    15:13:22
2   was extremely confidential. The assessment in the    15:13:26
3   decision had to be made under very secure circumstances.   15:13:31
4   So until the decision was made, that information was not   15:13:37
5   conveyed to those below. So it's possible that they were   15:13:40
6   conducting their business as usual.    15:13:44
7     Q. Would it have been confidential information that   15:13:48
8   one of your competitors was closing its site?    15:13:51
9     A. Whether they closed a line or not was not at all   15:14:25
10  of interest to me. As I mentioned earlier, I was only   15:14:29
11  concerned about the timing at which the Panasonic TV was   15:14:34
12  going to be moving its CRT TV business over to the   15:14:39
13  thin-screen TV.    15:14:46
14    Q. Did you ever instruct Panasonic or MTPD   15:14:46
15  employees to visit CRT manufacturers production   15:14:50
16  facilities other than Panasonic?    15:14:54
17    A. No.    15:15:06
18    Q. Did you ever instruct anybody to inspect SDIs   15:15:07
19  manufacturing facilities to determine whether or not they   15:15:11
20  were going to shut down a factory?    15:15:14
21    A. I never instructed anybody.    15:15:28
22    Q. How would you have received this information on   15:15:30
23  page 2?    15:15:33
24    A. This one?    15:15:39
25    Q. Yeah, the one that says SDI CRT line status on   15:15:40
```

**107**

```
1   the top.    15:15:45
2     A. Okay.    15:15:49
3     Q. It describes the prospective shutdown of several   15:15:49
4   lines, and I'm wondering how you would come into contact   15:15:52
5   with this information or how your employees would come   15:15:56
6   into contact with it.    15:15:59
7     MR. YOHAI: Objection to the characterization of   15:16:23
8   a prospective shutdown.    15:16:26
9     (Interruption in proceedings.)    15:16:45
10    MR. LAMBRINOS: Go ahead.    15:16:45
11    THE WITNESS: So this is the first time that I   15:17:14
12  have seen this document. I don't know how this data was   15:17:16
13  collected. The person who collected it or created this   15:17:20
14  needs to be asked, and I wasn't the person who asked for   15:17:24
15  this to be made, either.    15:17:27
16    Q. BY MR. LAMBRINOS: Who would have asked for it   15:17:33
17  to be made?    15:17:34
18    MR. YOHAI: Objection. Calls for speculation.   15:17:40
19    THE WITNESS: I don't know.    15:17:46
20    Q. BY MR. LAMBRINOS: If you flip over the page, as   15:17:47
21  where the SDI CRT line status continues, in the Americas   15:17:49
22  region you'll see -- it's just the next page, the next   15:17:56
23  page.    15:17:59
24    In the Americas region, you'll see that America,   15:18:00
25  Mexico plant, the Tijuana line number 1, if you were to   15:18:04
```

**108**

```
1   go across, there's red marking that says "29 SUS not   15:18:08
2   approved."    15:18:13
3     Q. Do you know what that means?    15:18:14
4     A. I don't know.    15:18:50
5     Q. Okay. If we go down, I just want to go through   15:18:53
6   a couple more of these.    15:18:55
7     Do you see the LPD CRT line status section   15:18:57
8   immediately beneath that?    15:19:00
9     A. Yes.    15:19:07
10    Q. Is LPD a tube maker that is a direct competitor   15:19:08
11  with MTPD?    15:19:12
12    A. Competing directly? Well, they're in the same   15:19:35
13  industry so we would be competing, but I'm not really   15:19:39
14  sure what you mean by "directly." What do you mean by   15:19:40
15  that?    15:19:43
16    Q. They are a competitor of yours: is that correct?   15:19:43
17    A. There's a possibility that they were a   15:19:50
18  competitor in part.    15:19:52
19    Q. And so if we're looking at the region Asia   15:19:56
20  Pacific, country Korea, site Changwon, according to this   15:20:00
21  chart it says that the 21 FS U.S., for remarks: "The   15:20:05
22  ultra-slim will be ramped up in July of '06." That's the   15:20:12
23  month after this report, which is June of '06.    15:20:18
24    Does that to you indicate that this is a   15:20:20
25  prospective chart, and not one that simply looks   15:20:22
```

**109**

```
1   backwards in time?    15:20:26
2     MR. YOHAI: Objection to the characterization as   15:21:15
3   a prospective chart.    15:21:18
4     THE WITNESS: I don't know.    15:21:30
5     Q. BY MR. LAMBRINOS: I'm going to go through the   15:21:32
6   rest of these very quickly. If we flip the page to the   15:21:33
7   next major section, it's the page number that ends in   15:21:37
8   4720. We have a Thompson CRT line status chart.   15:21:41
9     Do you see that?    15:21:45
10    A. Yes.    15:22:04
11    Q. Okay. Did you ever authorize or instruct your   15:22:05
12  employees to conduct inspections at the plant of   15:22:08
13  Thompson's CRT lines?    15:22:12
14    A. No.    15:22:25
15    Q. Do you know how you got this information, then?   15:22:25
16    A. I don't know.    15:22:30
17    Q. Then the next chart, if we flip the page, is   15:22:34
18  Sony CRT line.    15:22:38
19    Do you see that?    15:22:38
20    A. Yes.    15:22:40
21    Q. And Sony was also a competitor of yours at the   15:22:40
22  time?    15:22:50
23    A. Sony was manufacturing a special CRT. So it was   15:22:50
24  not a competitor.    15:22:55
25    Q. The next section then is T-CRT. Do you have an   15:22:56
```

**28 (Pages 106 to 109)**

HIGHLY CONFIDENTIAL

## 110

```
1    understanding of what that is?                15:23:02
2        A.  It says Thailand on the bottom.  So I would  15:23:13
3    guess that it means Thailand CRT.             15:23:17
4        Q.  Is that a competitor of yours that produces  15:23:19
5    tubes?                                        15:23:22
6        A.  They were manufacturing medium-sized tubes.  So  15:23:32
7    there was a possibility that they were competing in a  15:23:36
8    certain part.                                 15:23:39
9        Q.  If you flip to the next page, it says CPT/CRT  15:23:40
10   line status.  Do you understand this to mean Chungwa  15:23:44
11   (phonetic) picture tubes, CRT line status?    15:23:47
12       A.  Yes, it is picture tube.              15:24:08
13       Q.  And then do you see under region greater China,  15:24:10
14   country China, the last three entries under the remarks  15:24:14
15   column say that they planned to close lines 5, 6 and 7?  15:24:17
16   Do you see that?                              15:24:22
17       A.  Yes.                                  15:24:41
18       Q.  So this is yet another indication, is it not,  15:24:41
19   that this is a prospective -- this is a prospective piece  15:24:43
20   of information, that this chart is forward looking?  15:24:48
21       MR. YOHAI:  Objection to the characterization as  15:25:06
22   forward looking, the chart is forward looking.  15:25:09
23       MR. LAMBRINOS:  You can answer the question.  15:25:23
24       THE WITNESS:  Right.  Yes, I don't know what  15:25:26
25   this means.                                   15:25:29
```

## 111

```
1        Q.  BY MR. LAMBRINOS:  I'll ask you to look at the  15:25:33
2    larger document that I gave you.  It's -- yes, that's  15:25:35
3    right, 264.  This document was sent in the same email as  15:25:38
4    the CRT line status report, and it is a very large  15:25:44
5    multipage spreadsheet, several hundred pages.  15:25:51
6        But on the index, you can see that it has an  15:25:58
7    index by maker and by maker detail.  And if you flip over  15:26:01
8    to the first page, you'll see a summary of CRT  15:26:06
9    manufacturing by maker.                       15:26:13
10   Do you see that?                              15:26:14
11       A.  Yes.                                  15:26:55
12       Q.  What would you have -- how would MTPD or how  15:26:55
13   would you in your capacity as president of MTPD use such  15:27:00
14   information?                                  15:27:04
15       MR. YOHAI:  Objection to the form of the  15:27:13
16   question, assumes facts not in evidence.      15:27:14
17       THE WITNESS:  This will be the same answer as  15:27:35
18   earlier, but I'll see this, and I say -- and I think,  15:27:37
19   and?  It is not very useful in order to make any  15:27:42
20   management decisions.                         15:27:45
21       Q.  BY MR. LAMBRINOS:  What type of information  15:27:48
22   would be useful in making such decisions?     15:27:49
23       A.  Like I said a few times, after 2004, the most  15:28:17
24   important topic was the speed at which the shift from the  15:28:25
25   CRT TV to the thin-screen TV was being made and how each  15:28:28
```

## 112

```
1    manufacturer was dealing with that and especially what  15:28:32
2    the activities of the captive was.            15:28:38
3        Q.  And how about in -- in this document, the data  15:28:41
4    appears to go back to 2003.  Why don't we talk about the  15:28:43
5    2003 time period and what was important to you then.  15:28:47
6        A.  In 2003, I was not president.  So it was mainly  15:29:02
7    about operations.  I was interested in -- I was involved  15:29:32
8    in trying to increase the production volume and the  15:29:38
9    efficiency of our own internal factories.  And I was  15:29:42
10   involved in cutting costs in a large sense.   15:29:49
11       Q.  And earlier when we were discussing the CRT line  15:29:54
12   status document, you said that the production supply  15:29:57
13   center would use documents such as the CRT line status  15:30:02
14   report to increase yield and efficiency; is that correct?  15:30:04
15       MR. YOHAI:  Objection.  Mischaracterizes his  15:30:31
16   testimony.                                    15:30:33
17       THE WITNESS:  They used only our own internal  15:30:40
18   data.                                        15:30:43
19       Q.  BY MR. LAMBRINOS:  How do you know?    15:30:46
20       A.  As I said earlier, if you go to a factory, you  15:30:58
21   would see that they have spec sheets, and if you look at  15:31:02
22   the spec sheets, you would see how many units were to be  15:31:0
23   manufactured per hour.                        15:31:09
24       Q.  And in fact, that's the only way to get this  15:31:12
25   information, and you don't know how you got this  15:31:14
```

## 113

```
1    information about SDI or LPD or any of your other  15:31:16
2    competitors, and yet you have it: is that correct?  15:31:20
3        MR. YOHAI:  Objection.  Compound question.  15:31:39
4        THE WITNESS:  So then, at that time, I didn't  15:31:50
5    know that such documents existed.             15:31:52
6        Q.  BY MR. LAMBRINOS:  Who is in charge of the  15:31:57
7    production support center in this time period, in 2006?  15:31:59
8        A.  Well, I could be wrong, but I think it was a  15:32:18
9    person called Hino.                           15:32:21
10       Q.  Who does Hino report to?              15:32:23
11       A.  The reporting stops at Hino.          15:32:31
12       Q.  Hino reports to no one?              15:32:37
13       A.  Hino's place would work on improving the  15:32:59
14   production efficiency and improve -- and general  15:33:04
15   improvements.  So those improvements that are made by  15:33:07
16   Hino's subordinates would be reported to Mr. Hino.  15:33:10
17       Q.  And who would give Mr. Hino instructions about  15:33:14
18   how to carry out his responsibilities?        15:33:16
19       A.  My recollection is vague, and I don't remember  15:34:01
20   if Mr. Hino was there in 2006 or not.  I won't know  15:34:06
21   unless if I check on it, but at a certain time, Mr. Hino  15:34:09
22   had that responsibility.  And then when MTPD was formed,  15:34:14
23   he was an officer, and he was an officer in charge of  15:34:21
24   production support.                           15:34:27
25       Q.  And so if Mr. Hino's department didn't perform  15:34:30
```

VERITEXT REPORTING COMPANY
(212) 267-6868          www.veritext.com          (516) 608-2400

**HIGHLY CONFIDENTIAL**

### 114

1    as -- as it was expected, who would he have to answer to?   15:34:33
2        A. In each site there was a person who was   15:35:51
3    responsible for the management of that site.  That would   15:35:55
4    be the head of the factory or the president of the   15:35:58
5    factory.  And they would try to improve the efficiency of   15:36:01
6    the production at their own site and improve the   15:36:07
7    management of their own site.  And they would ask   15:36:11
8    Mr. Hino's organization for help.   15:36:14
9        And the point would be whether in reply to that,   15:36:16
10   Mr. Hino's group would be able to help the factory heads   15:36:21
11   or not.  So from a macro perspective, his role was to   15:36:25
12   assist with improving management.   15:36:31
13       Q. Was Mr. Hino's division the production supply   15:36:35
14   center part of MTPD or was it part of Panasonic Japan?   15:36:38
15       A. It was part of MTPD.   15:36:51
16       MR. YOHAI:  When you come to an appropriate   15:36:56
17   spot.   15:36:58
18       MR. LAMBRINOS:  Yeah.
19       Q. Who was Mr. Hino's boss?   15:36:59
20       A. From 2004, it would be me?   15:37:01
21       MR. LAMBRINOS:  Thank you.  Okay.  Let's take a   15:37:10
22   break.  15 minutes?   15:37:20
23       MR. YOHAI:  Sounds good.   15:37:24
24       MR. LAMBRINOS:  Is that okay?   15:37:25
25       MR. YOHAI:  Yeah, that's fine.   15:37:26

### 115

1        (Recess.)   15:37:28
2        MR. LAMBRINOS:  Okay.  We're back online after a   15:50:08
3    break.   15:50:10
4        MR. YOHAI:  Just in terms of the time, the last   15:50:10
5    piece I had from 2 o'clock to 3:37 as confirmed by the   15:50:14
6    reporter.  So we're at 11 hours and 7 minutes.   15:50:19
7        MR. LAMBRINOS:  Okay.   15:50:22
8        Q. All right.  Mr. Tobinaga, before we go on, who   15:50:28
9    is your boss or who was your boss between 2004 and 2006,   15:50:31
10   and then again between 2006 and 2011?   15:50:44
11       THE INTERPRETER:  Can the interpreter confirm   15:51:11
12   something?   15:51:13
13       MR. LAMBRINOS:  Yep.   15:51:14
14       THE WITNESS:  Rather than boss, as I said   15:51:17
15   earlier today, above me were the shareholders.  So that   15:51:20
16   would have been the people at AVC, Mr. Otsubo, or   15:51:25
17   Mr. Sakamoto.   15:51:31
18       Q. BY MR. LAMBRINOS:  Can you clarify what you mean   15:51:34
19   by the term "shareholders" in that last answer?   15:51:36
20       A. For MTPD during the joint venture, Matsushita   15:51:38
21   had 64.5 percent and Toshiba had 35.5 percent.  So from   15:52:20
22   my perspective, that's who I reported to.   15:52:24
23       Q. Those would have been the board members of MTPD?   15:52:30
24       A. Yes.   15:52:38
25       Q. And when you say "shareholders," the two people   15:52:39

### 116

1    we'd identified -- sorry, what were their names again?   15:52:45
2        A. Sakamoto and Otsubo.   15:52:52
3        Q. Sakamoto and Otsubo.  In what sense were they   15:52:54
4    shareholders?  Were they board members of MTPD?   15:52:57
5        A. Were they part of the board?  I don't remember.   15:53:40
6    I don't remember whether Mr. Sakamoto and Mr. Otsubo were   15:53:43
7    part of the board of directors.   15:53:48
8        Q. So you reported to the board of directors from   15:53:51
9    MTPD; correct?   15:53:54
10       A. From 2004, I was the president of MTPD, and   15:54:43
11   within Panasonic, there was the AVC group.  And   15:54:48
12   internally, although I don't remember the name, there was   15:54:52
13   also something like a board there as well which I was a   15:54:54
14   part of.  And I reported to them at the monthly meeting   15:54:59
15   which I talked about earlier this morning.   15:55:03
16       Q. Okay.  And then in the 2006 to 2011, did you   15:55:07
17   report to MTPD's board?   15:55:10
18       A. You're asking if I reported to the board of   15:55:30
19   MTPD?   15:55:32
20       Q. Yes.   15:55:48
21       A. Well, for the MTPD board, I was reporting to   15:55:48
22   them, yes.   15:55:53
23       Q. Okay.  Now let's talk about the 2004 to 2006   15:55:54
24   time period, and I want to circle back to our discussion   15:55:57
25   about these meetings with Panasonic AVC, if that's all   15:56:02

### 117

1    right with you.   15:56:07
2        A. Okay.   15:56:20
3        Q. These were monthly meetings that we talked about   15:56:20
4    earlier.  Do you recall that testimony?   15:56:22
5        A. Yes.   15:56:31
6        Q. Where were these monthly meetings that AVC held?   15:56:32
7        A. A what is called headquarters for AVC company   15:56:43
8    was located in Kadoma city.  So that is where it was   15:56:55
9    held.   15:57:00
10       Q. Is that in Japan?   15:57:00
11       A. I'm sorry, in Osaka.  I'm sorry, I'm sorry.   15:57:02
12   It's Moriguchi.   15:57:08
13       Q. Is that in Japan?   15:57:08
14       A. It's in Osaka.  It's Osaka prefecture.   15:57:09
15       Q. And that's in Japan?   15:57:18
16       A. It is located in Japan in Osaka prefecture in   15:57:19
17   Moriguchi city.   15:57:30
18       Q. Are there other Panasonic offices at the same   15:57:32
19   building where these meetings were being held?   15:57:35
20       A. Basically that factory site was only for AVC.   15:57:53
21       Q. Were these meetings held in a conference room at   15:57:57
22   AVC's factory?   15:58:01
23       A. Yes, conference room.   15:58:09
24       Q. And when you attended these meetings at AVC, how   15:58:11
25   many -- who attended these meetings?  Starting in 2004,   15:58:15

30  (Pages 114 to 117)

HIGHLY CONFIDENTIAL

**118**

1 when you first -- starting in 2004, the earliest date    15:58:19
2 we've talked about?    15:58:24
3     A. Within AVC, we have its business. And so the    15:58:43
4 person responsible for that business or businesses were    15:58:47
5 there.    15:58:51
6     Q. How many people are we talking about?    15:58:51
7     A. I don't remember the exact number, but in my    15:59:03
8 recollection, it was between 10 to 15 people.    15:59:05
9     Q. Would these 10 to 15 people have been the    15:59:08
10 division heads of all of the divisions of AVC?    15:59:12
11     A. It would be the business group. In AVC, there    15:59:34
12 was a TV business group, for example. So the head of the    15:59:37
13 business group, for example, would be there.    15:59:40
14     Q. And the head of every business group was there    15:59:42
15 for AVC?    15:59:45
16     A. Yes.    15:59:50
17     Q. How long would these meetings take?    15:59:51
18     A. Generally speaking, it was from 9 to 11. In my    16:00:06
19 recollection, it was approximately two hours.    16:00:10
20     Q. Would the head of each business group give a    16:00:13
21 presentation at this meeting?    16:00:16
22     A. In the morning, I explained about the one-page    16:00:33
23 A4-size sheet of paper. Each head of business group    16:00:36
24 would present based on what was on their sheet.    16:00:41
25     Q. Would that one page be distributed to everybody    16:00:44

**119**

1 attending the meeting prior to the meeting?    16:00:47
2     A. It was distributed on the day of the meeting.    16:01:01
3     Q. So how many of these one-page summaries would    16:01:04
4 you receive typically at these meetings?    16:01:07
5     A. It would depend on the time or when it was, but    16:01:09
6 it was approximately five or around that number.    16:01:25
7     Q. Would the division heads of Panasonic AVC's    16:01:28
8 finished product divisions attend these meetings and give    16:01:32
9 presentations -- well, attend these meetings. Strike    16:01:36
10 that.    16:01:39
11     A. Yes.    16:01:49
12     Q. What would they present on, what topics?    16:01:56
13     A. It was basically the same. They would present    16:01:59
14 the management numbers or the business numbers, the    16:02:23
15 profits from the previous month in a chart form and then    16:02:28
16 talk on the right side about -- talk about the comments    16:02:33
17 in regards to that.    16:02:37
18     Q. Who else attended these meetings besides the    16:02:39
19 division heads and yourself?    16:02:43
20     A. In the AVC headquarters, there was also an    16:02:45
21 administration organization and the heads of personnel,    16:03:16
22 accounting, and business planning also attended.    16:03:21
23     Q. Who is the highest ranking AVC executive to    16:03:27
24 attend these meetings?    16:03:30
25     A. The president of AVC company.    16:03:32

**120**

1     Q. Who would that have been in the 2004 to 2006    16:03:44
2 time period?    16:03:48
3     A. From 2004 to 2006, it was Mr. Otsubo, and from    16:03:49
4 2006 to 2009, it was Mr. Sakamoto.    16:04:13
5     Q. What was the purpose of these meetings?    16:04:17
6     A. The fundamentals was basically to report on the    16:04:19
7 business report -- results.    16:04:35
8     Q. Were there other purposes?    16:04:52
9     A. If there were topics at that time that was    16:04:56
10 pertinent to AVC company as a whole, that this meeting    16:04:59
11 would be used as a venue for sharing information.    16:05:03
12     Q. Was another -- was a related purpose to that to    16:05:07
13 coordinate your business activities within AVC?    16:05:11
14     A. Coordinating within AVC, well, the term    16:05:35
15 "coordinate" is a pretty broad term. So I'm not exactly    16:05:45
16 sure what is meant by that. But if it was necessary, I    16:05:49
17 think there may have been topics that would need to be    16:05:53
18 coordinated, but I'm not really sure what you mean by    16:05:55
19 coordinate.    16:05:58
20     Q. Well, were you trying to align your business    16:05:59
21 strategies between the tube-making entities and the    16:06:02
22 finished-product-making entities at these meetings?    16:06:06
23     A. In my recollection, there was hardly any of    16:06:30
24 that. And also at that time, most of the report on the    16:06:33
25 TV -- television finished products was about the    16:06:47

**121**

1 thin-screen products.    16:06:50
2     Q. What would the outcome of these meetings    16:06:51
3 typically be? Did you receive a summary email that    16:06:54
4 summarized everything that was presented?    16:06:58
5     A. There may have been, but I don't have precise    16:07:20
6 recollection.    16:07:23
7     Q. What did you do to prepare for these meetings?    16:07:31
8     A. I would compile the results of the business for    16:07:44
9 the previous month and make a projection of the business    16:07:48
10 for the coming month.    16:08:05
11     Q. How long did this take to -- how long did this    16:08:10
12 take?    16:08:13
13     A. Like I explained this morning, it's the head of    16:08:33
14 the accounting at MTPD that would put this information    16:08:36
15 together. So all the time that was needed was for me to    16:08:39
16 receive that report.    16:08:42
17     Q. And who is the head of accounting at MTPD during    16:08:44
18 this time period of 2004 to 2006?    16:08:47
19     A. Mr. Morishita.    16:08:55
20     Q. And from 2006 to 2011?    16:08:58
21     A. Mr. Morishita was there until 2010.    16:09:05
22     Q. Did you bring any other documents with you    16:09:10
23 besides the one-page document you've described earlier?    16:09:11
24     A. Basically we are required to be able to explain    16:09:29
25 everything within that one page.    16:09:33

31  (Pages 118 to 121)

HIGHLY CONFIDENTIAL

**122**

1  Q.  Required by whom?                        16:09:34
2  A.  As an AVC meeting rule, there was an internal   16:09:45
3  rule that said that the report had to be contained within   16:09:49
4  that one page.                                16:09:53
5  Q.  Where are those rules located?           16:09:57
6  A.  That was not necessarily written down on paper.   16:10:05
7  It was something I heard orally.              16:10:07
8  Q.  From who?                                 16:10:09
9  A.  Well, according to the way the finances or   16:10:43
10  rather the accounting worked, one of the roles they had   16:10:47
11  was to use management tools, and the head of the AVC   16:10:51
12  company decided on what format it would be.  That would   16:10:57
13  be relayed to Mr. Morishita, and then I would report   16:11:01
14  accordingly.                                 16:11:06
15  Q.  Who instructed you to attend these meetings?   16:11:10
16  A.  In my recollection, it was Mr. Morishita.  Oh,   16:11:30
17  I'm sorry.  Prior to me, the president was a Mr. Ueda,   16:11:43
18  and he was -- attended in 2003.  So I continue on in that   16:11:48
19  way.                                         16:11:54
20      MR. YOHAI:  I'm just going to lodge an objection   16:11:54
21  here.  Obviously you're entitled to use your time any way   16:11:56
22  you want.  He is here obviously on manufacturing issues,   16:11:59
23  and I think the questioning in the last half-hour has   16:12:03
24  become a little off tangent from what he is prepared to   16:12:08
25  testify about.

**123**

1      You are free to use your time as you wish,   16:12:13
2  personal knowledge, but I would just note that for the   16:12:15
3  record.                                      16:12:19
4      MR. LAMBRINOS:  There is a topic under two here.   16:12:19
5  Q.  Who instructed Mr. Ueda to attend these   16:12:55
6  meetings?                                    16:13:00
7  A.  I don't know.                            16:13:00
8  Q.  Did you report on the outcome of these meetings   16:13:01
9  on anyone else at Panasonic?                  16:13:03
10  A.  No, I did not.                           16:13:12
11  Q.  I'm going to hand you what I'm just now   16:13:19
12  marking -- oh, did you report to anybody at Toshiba under   16:13:23
13  the scope of your authority as president of MTPD?   16:13:28
14  A.  I did go there once or twice.            16:13:47
15  Q.  And on what occasion?  What were the dates and   16:13:50
16  who did you talk to?                          16:13:52
17  A.  To talk about the relationship of Toshiba.   16:14:13
18  There was also monthly reporting that was done to   16:14:15
19  Toshiba.  Mr. Morishita went to the person who was in   16:14:19
20  charge of accounting at Toshiba to give the report.   16:14:21
21      When I went, it was when a major decision had to   16:14:57
22  be made, such as what I mentioned earlier, when a   16:15:01
23  factory -- when the situation was such that a decision   16:15:05
24  had to be made whether a factory site would be closed or   16:15:07
25  not, then there was a case in which I did visit them.   16:15:10

**124**

1      And from what I -- I think it was towards the   16:15:13
2  latter part of 2004 -- or I'm sorry, it could be 2005, I   16:15:18
3  don't really remember exactly.                16:15:23
4      MR. YOHAI:  Ms. Reporter, you have Mr. Masushita   16:15:25
5  went to Toshiba.  I think he said Mr. Morishita, not   16:15:29
6  Matsushita.  I don't know whether that's clear on the   16:15:35
7  final.  I just wanted it to be clear for the record.   16:15:38
8      THE WITNESS:  Yeah.  It is Morishita.       16:15:53
9  Q.  BY MR. LAMBRINOS:  And what did Mr. Morishita   16:15:56
10  report to Toshiba as the head of Toshiba's accounting   16:15:58
11  division?                                    16:16:00
12  A.  It was the same.  It was the business results   16:16:10
13  that he reported on.                          16:16:13
14  Q.  The same as -- the same in content as your   16:16:14
15  monthly meetings at PAVC?                     16:16:18
16  A.  Basically they were the same.            16:16:29
17  Q.  Who was the head of accounting at Toshiba during   16:16:31
18  the 2004 to 2006 time period and the 2006 to 2011 time   16:16:34
19  period?                                      16:16:52
20  A.  I forgot their -- forgot the name.        16:16:52
21  Q.  The two occasions when you attended, who did you   16:16:57
22  meet with?                                   16:17:06
23  A.  The same member.                         16:17:06
24  Q.  What was the major decision that had to be made?   16:17:08
25  A.  The closing of Ohio in America.          16:17:18

**125**

1      MR. LAMBRINOS:  Thank you.  I am going to hand   16:17:22
2  you new what I'm having marked as 265.        16:17:26
3      (Exhibit 265, MTPD-0468623 - 8631, marked for
4      identification.)
5  Q.  BY MR. LAMBRINOS:  Mr. Tobinaga?          16:17:48
6  A.  Yes.                                     16:17:50
7  Q.  What I'm handing you is just marked as 265.   16:17:50
8  You'll note that there's a cover email followed by four   16:17:54
9  attachments.  I'd like to just go through the attachments   16:18:01
10  one at a time and let me know if -- we're just going to   16:18:04
11  go through them one at a time.                16:18:11
12      MR. YOHAI:  Why don't you take a moment to look   16:18:26
13  through the documents.  It's a big stack of documents.   16:18:28
14      MR. LAMBRINOS:  Let me show you how it's put   16:18:33
15  together.  So what I'm going to do is I'm going to read a   16:18:35
16  Bates Number.  This document right here, Mr. Tobinaga   16:18:39
17  (indicating).  Bates Number MTPD-0468628P-0001.   16:18:41
18  Q.  Okay.  This is a multipage PowerPoint.  If you   16:18:54
19  want to look at it and let me know after you've had a   16:18:56
20  look at it if you can tell me what this is.   16:19:00
21      MR. YOHAI:  If you're offering this as one   16:19:18
22  exhibit, I'd like for him to look through the whole   16:19:20
23  exhibit rather than just pointing at one page or one   16:19:23
24  document.  So take a look through the whole exhibit.   16:19:27
25      Make sure you look at the whole exhibit.   16:19:36

**32 (Pages 122 to 125)**

**HIGHLY CONFIDENTIAL**

**126**

1    Q.  BY MR. LAMBRINOS:  Mr. Tobinaga, what I'd like    16:20:00
2    to point out to you, on the very front page, the Bates    16:20:01
3    Number ending in MTPD-0468623, there's a group of    16:20:05
4    Japanese characters about a third of the way down, and    16:20:11
5    that appears to be your name, Tobinaga?    16:20:15
6    A.  Yes.    16:20:43
7    Q.  That's you: is that correct?    16:20:43
8    A.  Yes, it is.    16:20:47
9    Q.  Okay.  So it appears that you were sent this    16:20:48
10    email with these multiple attachments, and now I'm    16:20:51
11    asking you to look at them and familiarize yourself.  And    16:20:54
12    when you're done with that, I'll have some specific    16:20:57
13    questions about these documents.    16:20:59
14         MR. YOHAI:  Just so I'm clear, you are pointing    16:21:13
15    him down here to this email?    16:21:16
16         MR. LAMBRINOS:  That's right.    16:21:17
17         MR. YOHAI:  Okay.  And then there is a cover --    16:21:19
18    there's a cover email on top of that: correct?    16:21:21
19         MR. LAMBRINOS:  Correct.    16:21:23
20         MR. YOHAI:  And the cover email has the four    16:21:24
21    attachments on top of it?    16:21:26
22         MR. LAMBRINOS:  That's correct.    16:21:28
23         MR. YOHAI:  Okay.  Is he in the lines in the    16:21:29
24    Japanese on top there?    16:21:32
25         MR. LEHMAN:  I believe so.    16:21:40

**127**

1         MR. YOHAI:  So you represented to him that he    16:21:41
2    was sent these four.  I don't know if that's true.    16:21:43
3         MR. LAMBRINOS:  Well, let's confirm whether he    16:21:47
4    has received these four and whether they are otherwise    16:21:49
5    familiar to him.    16:21:52
6         MR. YOHAI:  Let him look at the whole exhibit    16:21:52
7    and then he can answer the question.    16:21:55
8         THE WITNESS:  Okay.    16:21:58
9         MR. LAMBRINOS:  Moving down to the name, my    16:24:43
10    check translator has just informed me that these    16:24:45
11    characters right here says that these files are attached,    16:24:48
12    and then lists the attached files, this portion of the    16:24:50
13    Japanese characters right there (indicating.)    16:24:53
14         MR. YOHAI:  Counsel, this attachment of the doc    16:27:37
15    here?    16:27:40
16         MR. LAMBRINOS:  Uh-huh.    16:27:40
17         MR. YOHAI:  I think that means April 24th, '06.    16:27:41
18         MR. LAMBRINOS:  Uh-huh.    16:27:44
19         MR. YOHAI:  That would be after the -- after the    16:27:45
20    March date.    16:27:50
21         MR. LAMBRINOS:  That doesn't necessarily -- does    16:27:52
22    it look like it's attached up there?  I think it is.    16:27:54
23         MR. YOHAI:  So but my point is if that's the    16:27:57
24    case, then that may not be the same attachment that    16:28:00
25    they're referring to in the May email because the    16:28:03

**128**

1    March -- the document would have been written after the    16:28:08
2    March email.    16:28:08
3         You said that the four were listed.  Is it the    16:28:10
4    same four that are listed on the top.    16:28:13
5         MR. LEHMAN:  They're more a description of it.    16:28:16
6    So some of them look like they're the same.  Others it's    16:28:18
7    a little bit difficult to tell if it's the same.    16:28:21
8         MR. YOHAI:  Okay.  Obviously, we'll ask him what    16:28:24
9    he remembers.  Let's just not inject information that we    16:28:27
10    don't know --    16:28:29
11         MR. LAMBRINOS:  Right.  No, I'm justifying the    16:28:29
12    portion of the email that appears to, you know, state --    16:28:31
13         MR. LEHMAN:  What's attached.    16:28:34
14         MR. YOHAI:  Well, it indicates things are    16:28:35
15    attached, but I don't know whether those are the same    16:28:37
16    things that you have attached here.  In other words, it    16:28:39
17    appears that you've attached here what's in the top    16:28:41
18    email.    16:28:44
19         MR. LAMBRINOS:  Okay.  Well, we'll see what he    16:28:44
20    knows about each document.    16:28:48
21         MR. YOHAI:  If he does.    16:28:49
22         MR. LAMBRINOS:  Okay.  Can we discuss these    16:28:50
23    documents.    16:28:51
24         THE WITNESS:  Yes.    16:28:54
25         Q.  BY MR. LAMBRINOS:  Okay.  The first document I'd    16:28:55

**129**

1    like to discuss is this document (indicating).  It ends    16:28:56
2    in Bates Number MTPD-0468631.    16:29:00
3         Do you see that?    16:29:04
4    A.  Yes.    16:29:11
5    Q.  This document appears identical in form to the    16:29:11
6    document we looked at.  I believe it was 263, which was a    16:29:14
7    line status report from July -- or excuse me, June of    16:29:19
8    2006.    16:29:24
9         Do you recall that?    16:29:25
10    A.  It is similar.    16:29:41
11    Q.  And this spreadsheet is from March 2006; is it    16:29:43
12    not?    16:29:54
13    A.  Yes.  March is -- March.    16:29:54
14    Q.  Yes.  The one we're looking at now is from    16:30:04
15    March 2006.  Yes?    16:30:07
16    A.  Yes.    16:30:08
17    Q.  And this March 2006 time period is prior to the    16:30:10
18    time period in July 2006 when you became concerned about    16:30:13
19    the flat-screen market.  True?    16:30:16
20         MR. YOHAI:  Objection.  Mischaracterizes his    16:30:33
21    testimony.    16:30:35
22         THE WITNESS:  You're talking about March 2006:    16:30:36
23    right?    16:30:43
24    Q.  BY MR. LAMBRINOS:  Yes.    16:30:46
25    A.  Yes.    16:30:46

**33  (Pages 126 to 129)**

**HIGHLY CONFIDENTIAL**

### 130

```
 1      Q.  Okay.  So have you seen this document before?    16:30:47
 2      A.  This is the first time I see it today, this one.    16:30:53
 3      Q.  Do you think that when you received this email,    16:30:56
 4   the cover email, and it lists the attachments right down    16:30:58
 5   here, that there were different documents being attached    16:31:02
 6   and that this document was not attached?  Is that your    16:31:06
 7   testimony?                                            16:31:21
 8      A.  I can't tell at all.                          16:31:21
 9      Q.  Well, I'll point out that in the cover email, so    16:31:25
10   there's an email where your name appears, then there's a    16:31:28
11   section that's listing what's attached, then there are    16:31:31
12   some Japanese characters right there that translate to    16:31:34
13   CRT line --                                           16:31:38
14          MR. LEHMAN:  The competitor line status, Kyogo    16:31:39
15   line.
16      Q.  BY MR. LAMBRINOS:  The competitor line status    16:31:44
17   document attached.                                    16:31:46
18          Do you see that?                              16:31:47
19      A.  Yes.
20      Q.  So that email confirms that you received the    16:32:13
21   competitor line status document on March 31st, 2006, in    16:32:15
22   the regular course of business and scope of your    16:32:21
23   responsibilities as president of MTPD; correct?    16:32:24
24          MR. YOHAI:  Objection to the form of the    16:32:53
25   question.                                             16:32:55
```

### 131

```
 1          MR. LAMBRINOS:  Please go ahead and answer.    16:32:56
 2          THE WITNESS:  My -- the name does appear here so    16:33:10
 3   there is a possibility that it was distributed.  But to    16:33:13
 4   be honest, looking at the date of this email, this was    16:33:23
 5   the time period when I really did not have the ability to    16:33:25
 6   be reading emails.                                    16:33:30
 7          In closing of Germany, I had to go to the local    16:34:12
 8   government in Eslingen, and that was the time when the    16:34:18
 9   employees were in an uproar so I had to deal with that.    16:34:22
10          And during that time, February or March    16:34:27
11   sometime, I also had some kind of illness.  I can't    16:34:30
12   remember when it was, but I was sick.  And so I had taken    16:34:34
13   some leave as well.                                   16:34:38
14          So it wasn't a time when I was able to engage in    16:34:39
15   the normal business.  2006 March was the time when I was    16:34:43
16   not able to conduct the business, internal business in a    16:34:47
17   normal manner, and I wasn't reading emails.    16:34:51
18          In addition, meanwhile, because the business was    16:35:10
19   going to be pulled back, that would mean that the    16:35:14
20   Japanese staff also needed to be decreased in number.  We    16:35:18
21   had to conduct a restructuring, and I had to think about    16:35:22
22   what to do with those staff members as well.    16:35:28
23          And I think it was in March 2006.  That was when    16:36:13
24   the situation with the joint venture with Toshiba had    16:36:17
25   been decided so we were in confusion about how to return    16:36:22
```

### 132

```
 1   the Toshiba employees.                                16:36:31
 2          So there was more -- there was personnel issues    16:36:34
 3   that we were trying to handle.  And at the same time, at    16:36:36
 4   this time, we had that situation in Germany where the    16:36:40
 5   employees were in an uproar, we had to deal with the    16:36:43
 6   local government, we had the restructuring.    16:36:46
 7          And so all of that pressure on me made me sick,    16:36:49
 8   and so I wasn't really able to pay attention to the    16:36:52
 9   regular business, and I'm really sorry about that, but    16:36:55
10   that really was what happened.  It was the time of    16:36:59
11   restructuring.                                        16:37:03
12      Q.  BY MR. LAMBRINOS:  You were too busy to read the    16:37:04
13   competitor line status report?                        16:37:09
14      A.  I had no time to read that.  That was true.  And    16:37:13
15   so in my recollection, what I remember is not reading    16:37:22
16   email that had to do with other matters.    16:37:25
17      Q.  And you didn't go back and catch up on your    16:37:28
18   email after you got back to the office?    16:37:30
19      A.  I would glance through the titles and only pick    16:37:50
20   up those that I was concerned about that had something to    16:37:54
21   do -- that was related, like if it had to do with the ABC    16:37:57
22   president or had to do with personnel matters.    16:38:02
23      Q.  So while you received this, you don't know    16:38:07
24   whether you opened the email and reviewed the attachment    16:38:10
25   and looked at this actual document that ends in -- that    16:38:12
```

### 133

```
 1   ends in 8631?                                         16:38:16
 2      A.  I don't re-- have recollection as I sit here    16:38:40
 3   today of reading the email, whether I read the email or    16:38:49
 4   not.  I am in a -- the addressee so there's a possibility    16:38:53
 5   that I did receive it, but I don't remember if I read it    16:38:59
 6   or not.                                               16:39:02
 7      Q.  And have you ever received or read any other CRT    16:39:03
 8   line status report similar to this document I'm holding    16:39:06
 9   in my hand (indicating)?                              16:39:09
10          MR. YOHAI:  Objection to the compound, received    16:39:29
11   or read.                                              16:39:31
12          MR. LAMBRINOS:  Fine.  Strike that question.    16:39:31
13      Q.  Please pick up the PowerPoint that ends in 8628.    16:39:42
14   So it's MTPD-046828, and it looks like this.    16:39:44
15          Do you know what this is?  Do you know what this    16:39:49
16   is?                                                   16:40:11
17      A.  I can understand what is in it, but I don't know    16:40:19
18   why this was created.  As I sit here today, I don't know    16:40:23
19   why this was created.                                 16:40:28
20      Q.  How would it be used within MTPD?    16:40:29
21          MR. YOHAI:  Objection.  Calls for speculation.    16:40:35
22          THE WITNESS:  I don't know.                    16:40:40
23      Q.  BY MR. LAMBRINOS:  If you flip to the -- you    16:40:41
24   said in an earlier part of your question, you said you    16:40:43
25   understand what is in it.  What do you understand to be    16:40:46
```

**34 (Pages 130 to 133)**

HIGHLY CONFIDENTIAL

## 134

```
1   in it?                                        16:40:48
2       A. I'm reading the Japanese, and I understand that   16:40:49
3   it has to do with sales.  I understand what's written in   16:41:06
4   Japanese.                                     16:41:09
5       Q. Do you see the column on the top of the third   16:41:10
6   page that's in yellow and there's a -- in the center it   16:41:13
7   says -- and this the Bates Number ending in   16:41:16
8   8628P-0003.  It says "G/rate."                16:41:22
9       Do you know what that means?              16:41:26
10      A. G rate, I don't know.  I don't know.   16:41:51
11      Q. Okay.  All right.  And then the other two -- or   16:41:55
12  well, the next -- the next document that ends in 46830,   16:41:58
13  do you see this (indicating)?                 16:42:05
14      A. Yes.                                    16:42:08
15      Q. Do you know what this is?              16:42:11
16      A. It says that it's supply and demand    16:42:12
17  investigation.                                16:42:25
18      Q. Supply and demand investigation.  And is this   16:42:27
19  the type of information and document that would be used   16:42:30
20  in the regular course of business at MTPD?   16:42:32
21      MR. YOHAI:  Objection to the form of the   16:42:47
22  question.                                     16:42:48
23      THE WITNESS:  No, it isn't.              16:43:02
24      Q. BY MR. LAMBRINOS:  What is it and how would it   16:43:03
25  be used?                                      16:43:08
```

## 135

```
1       A. I myself have never used this.  So at this   16:43:16
2   stage, I don't know how it would have been used.   16:43:20
3       Q. The last document?                      16:43:22
4       A. It's 2006; right?                       16:43:26
5       Q. Yes.  The last document that ends -- it's   16:43:28
6   MTPD-0468629 is another CRT -- or excuse me, CPT line   16:43:32
7   status chart.                                 16:43:39
8       Have you ever seen this document?         16:43:43
9       A. I don't have recollection of this, either.   16:44:03
10      Q. All right.  Thank you.                  16:44:05
11      Okay.  I'd like to move on to topic number 3,   16:44:12
12  which is a description of the different types of CRT   16:44:15
13  products you produced during the relevant time period.   16:44:18
14  We've already -- including the manufacturing facility   16:44:21
15  technology at each branch location.  We've already   16:44:22
16  discussed this a little bit so I really only have a   16:44:25
17  couple questions.                             16:44:28
18      So the first question under this topic:  Did   16:44:29
19  each factory at MTPD have a few models that predominated   16:44:33
20  in their production over time, or did some factories   16:44:38
21  focus on a narrow range of models and other factories   16:44:42
22  produced a wide range of models?              16:44:46
23      A. Well, in the United States, the policy was that   16:45:57
24  it would focus on the large size, and in particular, the   16:46:02
25  flat screen.  So that was how it was done.   16:46:07
```

## 136

```
1       THE INTERPRETER:  Can the interpreter confirm   16:46:23
2   something?                                    16:46:25
3       MR. LAMBRINOS:  Please do.                16:46:26
4       THE WITNESS:  And the company called DDI in   16:46:32
5   Indonesia was focusing on producing products for Funai.   16:46:41
6   That's a company name.  So it focused on producing CPTs   16:46:43
7   for Funai.  And the -- in Germany, in Europe was also   16:46:48
8   focusing on the flat tubes.                   16:47:02
9       Q. BY MR. LAMBRINOS:  And so did each factory have   16:47:06
10  a few models that predominated, given what you just   16:47:08
11  said?                                         16:47:12
12      A. Taking Ohio as an example, the example of Ohio   16:47:44
13  is that they're -- most of the products that they were   16:47:50
14  selling was for the capt-- was to the captive Panasonic   16:47:55
15  set manufacture or set plant.  So most of the products   16:48:01
16  that it was producing specialized in that.  That was an   16:48:07
17  example of Ohio.                              16:48:10
18      Q. When you say captive manufacturer or capture   16:48:11
19  customer, I've heard you say, what do you mean by that?   16:48:15
20      A. The Panasonic TV set factory was our customer.   16:48:35
21  So that is why we used the term "captive."   16:48:39
22      Q. So a captive sale is one that goes to another   16:48:44
23  Panasonic entity?                             16:48:47
24      A. Yes.  We use the term "captive" for when we   16:49:00
25  supply to a Panasonic group TV set factory.   16:49:10
```

## 137

```
1       Q. What percentage of your sales are captive sales?   16:49:16
2       A. I don't recall the exact number, but the image   16:49:34
3   that I have that I recall is that more than half was   16:49:41
4   going to Panasonic.                           16:49:44
5       MR. YOHAI:  Yeah, and I'll just object that he's   16:49:46
6   not designated on those questions.  There's another   16:49:48
7   witness who can tell you about that information.   16:49:50
8       Q. BY MR. LAMBRINOS:  Move on to topic number 4, a   16:50:05
9   description of the logistical and geographical flow of   16:50:07
10  CRT products.                                 16:50:11
11      My first question is who are Panasonic's major   16:50:12
12  customers, captive and non-captive?           16:50:15
13      MR. YOHAI:  Your question wasn't so limited, but   16:50:37
14  I assume you mean for CRT?                     16:50:40
15      MR. LAMBRINOS:  For CRT tubes.            16:50:42
16      MR. YOHAI:  Okay.                         16:50:44
17      THE WITNESS:  In which region are you referring   16:50:53
18  to?  All regions?                             16:50:55
19      Q. BY MR. LAMBRINOS:  Global.             16:50:58
20      A. In the U.S., as I said earlier, Panasonic was   16:51:12
21  the main, the biggest customer.  And aside from that, I   16:51:15
22  don't have recollection of their being large customers.   16:51:19
23      Q. What categories -- did Panasonic -- did   16:51:26
24  Panasonic get different pricing terms for the tubes they   16:51:33
25  bought than your non-captive customers?       16:51:36
```

HIGHLY CONFIDENTIAL

**138**

```
1        THE INTERPRETER:  Can the interpreter confirm    16:52:17
2    something?                                          16:52:19
3        THE WITNESS:  To answer that in terms of the    16:52:24
4    United States, Ohio -- because from 2004 on, there was   16:52:26
5    only Ohio -- in Ohio, the -- what was being produced were   16:52:30
6    flat tubes, and the technology that was used was SST.   16:52:36
7    There were no other -- there were no other CRT    16:52:41
8    manufacturers using that technology.  So the price was   16:52:45
9    independent of others.                              16:52:50
10       Q.  BY MR. LAMBRINOS:  Who were your largest    16:52:56
11   customers -- well, yeah, who were your large customers   16:52:57
12   outside of the United States?                       16:53:00
13       A.  You mean when shipping, what was shipped from   16:53:09
14   U.S., Ohio?                                         16:53:16
15       MR. YOHAI:  No.                                 16:53:18
16       Q.  BY MR. LAMBRINOS:  Any MTPD customer in the   16:53:20
17   world outside of the U.S., who were your largest    16:53:21
18   customers?                                          16:53:24
19       A.  Volume wise, it was Funai, which I mentioned   16:53:52
20   earlier.  We had a joint venture with them in Indonesia.   16:53:56
21   So volume wise, Funai was the largest, in my        16:54:01
22   recollection.                                       16:54:04
23       Q.  And did customers the size of Funai get special   16:54:04
24   pricing terms?                                      16:54:08
25       A.  DDI company was a joint venture company with   16:54:25
```

**139**

```
1    Funai.  So the prices were determined following a certain   16:54:28
2    rule.                                               16:54:32
3        Q.  What's DDI?                                 16:54:32
4        A.  It's the factory in Indonesia.              16:54:36
5        Q.  Oh, it's the Panasonic factory in Indonesia?   16:54:40
6        A.  It was a subsidiary of MTPD.                16:54:47
7        Q.  And --                                      16:54:54
8        A.  But that company was a joint venture.       16:54:54
9        Q.  And so what rule determined what prices Funai   16:54:56
10   would pay for tubes from MTPD?                       16:54:59
11       THE INTERPRETER:  Can the interpreter check    16:55:27
12   something?                                          16:55:29
13       THE WITNESS:  Funai was a joint venture.  So    16:55:47
14   they were able to look at all of the costs:  The costs   16:55:50
15   for the materials, for the labor, all costs.  So all of   16:55:53
16   the cost information was openly shared, and so it was   16:55:56
17   cost plus a set margin.                             16:55:59
18       Q.  BY MR. LAMBRINOS:  Is that the same way that the   16:56:04
19   transfer price or that the price that MTPD charged   16:56:06
20   Panasonic was set?                                  16:56:11
21       A.  No, it wasn't.                              16:56:29
22       Q.  How was that price set?                     16:56:30
23       A.  Panasonic -- the Panasonic set organization   16:56:36
24   would submit a requested price, and then we would engage   16:56:48
25   in a negotiation, and then the price would be determined   16:56:52
```

**140**

```
1    in that way.                                        16:56:55
2        Q.  And were the prices to any of your other    16:56:56
3    customers besides Funai and Panasonic pegged or based on   16:56:59
4    that price?                                         16:57:04
5        A.  No, basically customers would send us their   16:57:24
6    requested price, and then we would conduct a negotiation   16:57:27
7    to determine ultimately what the price would be, and that   16:57:32
8    was the basic format that we took.                  16:57:34
9        Q.  Did you use a pricing matrix or pricing     16:57:36
10   algorithm to determine what was a fair price in these   16:57:39
11   negotiations?                                       16:57:43
12       A.  I wasn't involved in setting individual prices.   16:58:08
13   I had left that to the person who was in charge in sales.   16:58:12
14   So I don't have knowledge about how the prices were set.   16:58:16
15       Q.  Were most of Panasonic's CRT customers       16:58:19
16   manufacturers of finished products as opposed to    16:58:23
17   distributors?                                       16:58:25
18       A.  So -- what do you mean by distributor?      16:58:42
19       Q.  Oh --                                       16:58:46
20       MR. YOHAI:  Did most of them make TVs, finished   16:58:48
21   products, as opposed to being like a retailer, Best Buy   16:58:51
22   or something?                                       16:58:54
23       MR. LAMBRINOS:  Buying --                       16:58:56
24       THE WITNESS:  We sent them to manufacturers who   16:59:09
25   produced TVs.                                       16:59:11
```

**141**

```
1        Q.  BY MR. LAMBRINOS:  Did Panasonic distinguish   16:59:15
2    between customers who put their own brand names on   16:59:19
3    products and those that assembled and manufactured CRT   16:59:22
4    manufactured products for others?                   16:59:26
5        MR. YOHAI:  Objection to the form of the        16:59:49
6    question.                                           16:59:51
7        THE WITNESS:  No, no, there was no difference.   16:59:56
8        Q.  BY MR. LAMBRINOS:  Do CRT finished product   17:00:04
9    manufacturers typically use more than one supplier of a   17:00:06
10   given CRT?  For example, does a customer buy a 15-inch   17:00:09
11   CDT from more than one supplier?                    17:00:16
12       A.  I don't know -- I can't -- I don't really know   17:00:39
13   about for the case of the monitor business.         17:00:48
14       Q.  What about for TVs?                         17:00:50
15       A.  For TVs, depending on the customer, there are   17:00:57
16   many cases in which there were multiple purchases.   17:01:01
17       Q.  You mean multiple vendors?                  17:01:05
18       A.  Yes.  So there were cases in which a certain TV   17:01:19
19   manufacturing company would buy the CRTs from us and buy   17:01:24
20   it from others as well.                             17:01:27
21       Q.  Okay.  And if you couldn't meet all of that   17:01:28
22   customer's needs for a given CRT order, would those CRTs   17:01:30
23   then be supplied by a different CRT maker?          17:01:34
24       A.  I don't know because that would be a decision of   17:01:59
25   the set manufacturer.                               17:02:01
```

36 (Pages 138 to 141)

**HIGHLY CONFIDENTIAL**

## 142

1    Q.  If a customer ordered a 15-inch tube from    17:02:04
2  Samsung and a 15-inch tube from Panasonic, would that    17:02:10
3  customer be able to use those tubes interchangeably in a    17:02:15
4  given TV model without altering it?    17:02:18
5    A.  My understanding is that it's not possible to    17:02:58
6  interchange them without making any changes whatsoever.    17:03:02
7    Q.  What changes would need to be made?    17:03:06
8    A.  First of all, there is two -- an electronic    17:03:56
9  beam -- there is a cathode in the back, and the cathode    17:04:02
10  has a filament.  And the filament differs depending on    17:04:05
11  the manufacturer.  And so the power circuit would have to    17:04:10
12  be changed.    17:04:17
13    And then for the deflection yoke, there's a    17:04:17
14  thing called impedance, and resistance and the capacity    17:04:20
15  would be different by company.  So that would have to be    17:04:24
16  adjusted.    17:04:26
17    And so my understanding is that for a set the    17:04:27
18  resistance in the condenser would have to be changed.    17:04:31
19    Q.  Okay.  Continuing on this theme of    17:04:36
20  interchangeability, what are the differences between CDTs    17:04:38
21  and CPTs?    17:04:43
22    A.  The resolution is different.    17:05:01
23    Q.  Can a 14-inch CPT tube be used in a 14-inch CDT    17:05:02
24  finished product?    17:05:10
25    A.  We would -- you would be able to see the color    17:05:29

## 143

1  and the picture, but it would not be very clean.    17:05:32
2    Q.  Anything else that would stop you from using a    17:05:39
3  CPT in a CDT finished product?    17:05:42
4    A.  So you're going to put a CPT in a CDT monitor;    17:05:54
5  right?    17:06:05
6    Q.  Yeah.    17:06:05
7    A.  Well, with monitors you would show letters or    17:06:40
8  words, and the signal in the back would be very high    17:06:45
9  frequency.  And with a TV, the letters will not be very    17:06:50
10  clear.  It would look fuzzy.  And like I said, it won't    17:06:56
11  be able to see a clean picture.  You will see the color    17:06:59
12  red and blue, but it won't be possible to show the    17:07:02
13  letters, which is really one of the objectives.    17:07:05
14    Q.  Okay.  Can you use a CDT inside a CPT    17:07:09
15  television?    17:07:14
16    A.  That, too, basically is not possible.  The CDT    17:07:16
17  has high resolution so the mask is very thin.  So for    17:07:38
18  that reason, when you apply a high current, then the mask    17:07:47
19  will warp.  The TV set will have a higher current,    17:07:52
20  several times higher than that that is used in a monitor    17:08:20
21  set.  Then the mask will work.    17:08:24
22    And my understanding is that will also mean that    17:08:31
23  there's a possibility that the electron gun could break.    17:08:35
24    Q.  Okay.  And maybe you've answered this in your    17:08:40
25  last question, but are the various components    17:08:42

## 144

1  interchangeable between CDTs and CPTs?  And for example,    17:08:45
2  could you use a 14-inch CPT bulb inside a 14-inch CDT?    17:08:50
3    A.  Basically that is not possible.    17:09:21
4    Q.  Can you explain why?    17:09:23
5    A.  The shape of the panel, the glass is the same    17:09:25
6  between the 14-inch CPT and CDT.  But in order to secure    17:09:37
7  the mask, there is a metal pin in the inside, and the    17:09:49
8  location for the pin differs between the CDT and CPT.    17:09:57
9    And when we buy the glass, when we buy the    17:10:14
10  panel, we buy the glass bulb with the panel already on    17:10:17
11  there.  So the shape of the panel will be different    17:10:20
12  between CPTs and CDTs.    17:10:23
13    Q.  Can the same electron gun be used in a CDT and a    17:10:26
14  CPT of equal size?    17:10:32
15    A.  No.    17:10:38
16    Q.  Why not?    17:10:39
17    A.  The resolution is different.    17:10:41
18    Q.  Okay.  Are the various components of different    17:10:43
19  sizes of CRTs interchangeable?  For example, can you use    17:10:48
20  the same electron gun in a 15-inch and a 19-inch CDT?    17:10:51
21    A.  No.    17:11:11
22    Q.  Why?    17:11:20
23    A.  The electron gun goes on the same principle    17:11:28
24  as -- as an optical lens.  Then the distance between the    17:11:35
25  electron gun and the screen would not be the same between    17:11:46

## 145

1  a 14-inch and a 15-inch.  The 14-inch electron gun is    17:11:51
2  designed to be able to focus with a distance of    17:12:00
3  the 14-inch.  And the 19-inch would be likewise designed.    17:12:06
4    Q.  Can the same mask be used in a 14-inch or a    17:12:12
5  19-inch CDT?    17:12:17
6    A.  That also is impossible.    17:12:24
7    Q.  And is -- would the answer be the same if we    17:12:30
8  were talking about CPTs?  In other words, can you use the    17:12:33
9  same electron gun in a 15-inch or a 19-inch CDT?    17:12:37
10    A.  So they're both CPTs.  Of course we would use    17:12:51
11  different electron guns.    17:12:56
12    Q.  And would you use different masks?    17:12:58
13    A.  Likewise, different.    17:13:01
14    Q.  Different bulbs?    17:13:03
15    A.  Right.    17:13:04
16    Q.  Okay.  What -- oh, we already asked that.    17:13:04
17    MR. YOHAI:  We've been going about an hour and    17:13:32
18  20.  Do you want to take five minutes?    17:13:35
19    MR. LAMBRINOS:  Yeah.  Let me take five minutes    17:13:37
20  and see what I have left here.  Thanks.  We'll take a    17:13:39
21  five-minute break.    17:13:42
22    MR. YOLKUT:  5:14    17:13:47
23    (Recess.)    17:14:15
24    Q.  BY MR. LAMBRINOS:  Okay.  We're back from our    17:28:34
25  break, back online.  I'm going to go down to topic    17:28:36

HIGHLY CONFIDENTIAL

**146**

```
 1    number 9, a manufacturing and production, a description   17:28:40
 2    of your CRT product production facilities, including each  17:28:42
 3    of the following items as listed in the topic.             17:28:47
 4          The first series of questions are:  What are the     17:28:50
 5    costs associated with Panasonic's CRT manufacturing        17:28:53
 6    facilities?  And my example here is what is the setup      17:28:57
 7    time of the manufacturing facility?                        17:29:01
 8          A.  First of all, the manufacturing facility for a   17:29:35
 9    standard large product line costs in Japanese yen          17:29:49
10    approximately 10 billion yen.                              17:29:55
11          Q.  How long does it take?                           17:30:05
12          A.  From the time that it is designed until the      17:30:14
13    production starts is approximately one year.  When it's a  17:30:17
14    brand-new line, that is, when it's a brand-new line, then  17:30:21
15    it's approximately one year.                               17:30:24
16          Q.  And when you say from the time production starts 17:30:26
17    to the time production begins, do you mean mass            17:30:28
18    production?                                                17:31:03
19          A.  I used the term one year for the time it will    17:31:03
20    take to start with an area where it's completely flat and  17:31:07
21    then design the equipment that is going to be installed    17:31:12
22    there to make the equipment and until the CPT tube is      17:31:14
23    actually manufactured.                                     17:31:18
24          Q.  So from the time -- from the time of design to   17:31:24
25    mass production is one year?                               17:31:26
```

**147**

```
 1          A.  It takes around one year from the completion of  17:31:39
 2    the facility until the goods are produced, mass produced.  17:31:43
 3          Q.  So just so I understand, does that mean two      17:31:47
 4    years in total from a flat piece of -- flat tract of land  17:31:51
 5    to the manufacturing of the facility to mass production,   17:31:56
 6    that takes two years total?                                17:32:00
 7          A.  It's a little less -- approximately a little     17:32:17
 8    less than two years.                                       17:32:20
 9          Q.  When Panasonic decides to shut down a CRT        17:32:21
10    production line, what happens to the CRT production        17:32:26
11    equipment?                                                 17:32:29
12          A.  We basically will destroy them.                  17:32:47
13          Q.  Are there no other uses for that equipment?  Is  17:32:50
14    that why it's destroyed?                                   17:32:55
15          A.  There were cases in which the equipment that was 17:33:11
16    being used were overhauled and brought into a different    17:33:14
17    site.  That was in the '90s and in the beginning of the    17:33:17
18    year 2000s.  However, from that experience we learned      17:33:24
19    that overhauling the facilities that we had before and     17:33:47
20    bringing it into a new place didn't allow for the yield    17:33:50
21    to increase and it wasn't possible to really create a      17:33:54
22    very good facility doing it that way.                      17:33:59
23          So by 2004, 2005, towards the end of them, we        17:34:01
24    had made the decision that we would build a new facility.  17:34:05
25          Q.  And when you brought the old equipment into a    17:34:10
```

**148**

```
 1    new facility, you mean a new CRT production facility:  is   17:34:15
 2    that right?                                                17:34:18
 3          A.  Yes.  For example, we have the experience of     17:34:52
 4    taking the CRT facilities that we used in Japan,           17:34:54
 5    overhauling them, taking them to Malaysia and Beijing,     17:34:58
 6    and running them and manufacturing similar products.       17:35:02
 7          Q.  And then you ultimately determined that that's   17:35:06
 8    not cost effective, and so now what you do is when you     17:35:09
 9    shut down a production line, you scrap the equipment?      17:35:13
10          A.  After 2004 -- or was it 2005?  There was one     17:35:57
11    experience that we had with one line only which used to    17:36:00
12    be in Himaychi (phonetic).  It was a large product --      17:36:03
13    large-size line.  We took that to Thailand, but it didn't  17:36:07
14    run well.                                                  17:36:11
15          And so we have this experience where that            17:36:12
16    didn't -- that wasn't successful.  But aside from that     17:36:14
17    example, we basically do scrap everything.                 17:36:17
18          Q.  The same question, but now about the CRT plant   17:36:21
19    as a whole.  When you decide to shut down a factory, what  17:36:24
20    do you do with the plant as a whole?                       17:36:30
21          A.  Well, we would remove the CRT equipment, and     17:36:55
22    there are cases in which the building that would remain    17:36:59
23    would be used for other business.  And this would be the   17:37:02
24    case for the Ohio plant.  It has become a factory that     17:37:08
25    manufactures shutters for garages.                         17:37:18
```

**149**

```
 1          But for Indonesia, we demolished everything and      17:37:26
 2    removed everything so that it is a bare land.  So it was    17:37:31
 3    a case-by-case then.                                       17:37:37
 4          Q.  Which was more -- scratch that.                  17:37:42
 5          Let's talk about the costs of switching.             17:37:46
 6          Oh, did you ever sell any equipment to third         17:37:57
 7    parties?                                                   17:38:03
 8          A.  We tried that, but it wasn't successful.         17:38:03
 9          Q.  What costs are involved -- well, first, what --  17:38:07
10    how does Panasonic track its plant-level costs of CRT      17:38:10
11    production?                                                17:38:15
12          A.  Accounting will always keep track of the cost    17:38:45
13    for the material for a certain CRT in that particular      17:38:49
14    factory.  So they would keep track of the costs.           17:38:54
15          Q.  Do you track the labor costs?                    17:39:01
16          A.  Yes, of course.  We want cheaper personnel --    17:39:12
17    labor costs so we would track that.                        17:39:17
18          Q.  What types of reports are used to track these    17:39:19
19    plant-level costs?                                         17:39:23
20          A.  The information didn't come to me on a regular   17:40:01
21    basis.  Basically, the policy was that each facility       17:40:04
22    would keep track of it, would have that information kept   17:40:07
23    track of by the person responsible for it.                 17:40:10
24          Q.  Who is responsible for that information?         17:40:17
25          A.  Taking Ohio as an example, the head of the      17:40:49
```

HIGHLY CONFIDENTIAL

### 150

1    factory had responsibility to improve the business, and    17:40:53
2    so of course naturally he would be concerned about the    17:41:00
3    labor costs.  And so there is a personnel division that    17:41:02
4    would check to see what the labor costs was, and that    17:41:06
5    report would be made to the head of that factory.    17:41:08
6        Q.  Who was the head of the Ohio factory?    17:41:13
7        A.  During the MTPD days, it was a Mr. Nakamoto and    17:41:29
8    Mr. Yamanaka.    17:41:33
9        Q.  We talked a little bit before about the major    17:41:39
10    component costs for CRTs, and I think maybe my question    17:41:41
11    was misunderstood.  So what I'd like to know is:  What    17:41:45
12    specifications are the most costly part of a CRT?    17:41:51
13        MR. YOHAI:  Objection to the form of the    17:42:23
14    question.  I don't understand what you mean --    17:42:24
15        MR. LAMBRINOS:  Well, what -- let me rephrase    17:42:27
16    that.    17:42:29
17        Q.  When you're changing or altering specifications    17:42:29
18    into -- for a CRT, what are the most expensive or costly    17:42:32
19    specification changes?    17:42:38
20        A.  Let me first confirm whether you're referring to    17:43:11
21    the change in specification for the same model or you're    17:43:15
22    talking about changing the specification for different    17:43:20
23    models for a 29-inch.    17:43:22
24        Q.  Let's start with the same model.    17:43:25
25        A.  In that case, it's not possible to make any    17:43:28

### 151

1    significant change in specification.  So in my    17:43:44
2    recollection, there wasn't really any specification    17:43:47
3    change that was costly.    17:43:49
4        Q.  Okay.  Now, if we're talking about different    17:43:50
5    models.    17:43:53
6        A.  Uh-huh.  A typical example would be to change --    17:44:02
7    would be changing the curve of the shadow mask for the    17:44:06
8    same 29-inch, then we would need a mold for that shadow    17:44:10
9    mask.  So one mold costs in Japanese yen 30 million, and    17:44:18
10    the lens for the exposure, the lens that would relate to    17:44:39
11    that, I think cost 10 million yen.    17:44:42
12        So in my recollection, to make that type of    17:44:51
13    change it took several dozen yen -- I mean, I'm sorry,    17:44:53
14    I'm sorry, 20 or 30 million yen.    17:45:00
15        Q.  Just so I have a baseline for this, we talked    17:45:07
16    about the cost it takes to produce a factory, and you    17:45:10
17    said, I think, 10 billion yen.  What is that in U.S.    17:45:15
18    dollars?    17:45:20
19        A.  So it would be.    17:45:50
20        MR. LEHMAN:  1 million.    17:46:00
21        THE WITNESS:  So it would be 12 billion,    17:46:10
22    13 billion yen, something like that.    17:46:13
23        MR. LAMBRINOS:  We're talking about dollars.    17:46:15
24        THE INTERPRETER:  The interpreter apologizes.    17:46:17
25        THE WITNESS:  Like 12 billion, $13 billion or    17:46:22

### 152

1    something like that.    17:46:26
2        Q.  BY MR. LAMBRINOS:  Okay.  Well, let me get this    17:46:42
3    instead --    17:46:44
4        THE INTERPRETER:  I'm sorry, I'm sorry.  The    17:46:45
5    interpreter apologizes.  The number was wrong.  Is that    17:46:47
6    right?    17:46:55
7        MR. LEHMAN:  Yeah, like 120 million.  Did you    17:46:57
8    say 12 million?    17:47:00
9        THE INTERPRETER:  The interpreter said it wrong.    17:47:02
10    It's like 120, 130 million yen -- dollars.  120,    17:47:04
11    $130 million.  I'm so sorry.    17:47:11
12        Q.  MR. LAMBRINOS:  All right.  120 million.  I see.    17:47:15
13        Q.  What are the costs involved if Panasonic wanted    17:47:21
14    to switch production to a different specification of CRT    17:47:28
15    product?  For example, switching from a 14-inch to a    17:47:33
16    21-inch CDT?    17:47:43
17        A.  Usually something like that would not be done,    17:48:13
18    and that is because the lines were divided up by tube    17:48:17
19    size:  Small, medium, large.  15 would be small.  So it    17:48:20
20    might go from 15 to 14 to 17, but it would never jump to    17:48:23
21    21.    17:48:31
22        Q.  Well, from 14 to 17, what would the costs be?    17:48:32
23        A.  I think it would cost 20 --    17:48:50
24        THE INTERPRETER:  Can the interpreter --    17:48:59
25        THE WITNESS:  It would cost around 50 billion    17:49:12

### 153

1    yen or so, around that area.    17:49:16
2        MR. LEHMAN:  A hundred million.    17:49:19
3        THE WITNESS:  500 million yen or so, around    17:49:21
4    there.    17:49:25
5        MR. YOHAI:  I'm sorry, what was the answer?  500    17:49:25
6    million.    17:49:28
7        THE INTERPRETER:  Around 500 million or so.    17:49:29
8        MR. LEHMAN:  Yen?    17:49:32
9        THE INTERPRETER:  Yes.    17:49:34
10        THE WITNESS:  So it would be about $5 million:    17:49:35
11    is that right?    17:49:37
12        MR. YOHAI:  $5 million.    17:49:38
13        MR. LEHMAN:  If the exchange rate is a hundred    17:49:40
14    yen.    17:49:42
15        MR. YOHAI:  Yes, I know.  I'm just asking to be    17:49:42
16    clear.    17:49:45
17        THE WITNESS:  So it might cost $6 million    17:49:45
18    with the current exchange rate.    17:49:48
19        Q.  BY MR. LAMBRINOS:  When you opened a factory for    17:50:08
20    CRTs, how many lines were initially installed?  First of    17:50:13
21    all, how many lines were initially installed when you    17:50:16
22    opened a new factory?    17:50:19
23        A.  For MTPD, it was standard generally to have two    17:50:36
24    lines in a factory or in a building.    17:50:40
25        Q.  And how many lines could a factory ultimately    17:50:45

39  (Pages 150 to 153)

**HIGHLY CONFIDENTIAL**

## 154

```
 1   support?                              17:50:48
 2      A. The biggest factory was in Beijing and there  17:51:04
 3   were six lines.                       17:51:08
 4      Q. What was the smallest factory?   17:51:13
 5      A. It was DDI in Indonesia, and it was one line.  17:51:26
 6      Q. What was the expected lifetime of a factory for  17:51:26
 7   CRTs?                                 17:51:30
 8      A. If it is maintained properly, then it would last  17:51:44
 9   almost forever.                       17:51:49
10      Q. Okay. In 2004, how many factories were there at  17:52:00
11   MTPD?                                 17:52:03
12      A. In the U.S., it was only Ohio, since New York  17:52:29
13   was no longer there. So it's Ohio in the U.S., and Japan  17:52:34
14   is the same, Beijing, Malaysia, Thailand, and Germany.  17:52:38
15      Q. Did you monitor the utilization rates for each  17:52:43
16   of these factories?                   17:52:46
17      A. I didn't do that myself, but the production  17:52:59
18   support center which I mentioned this morning did so.  17:53:01
19      Q. Would the production support center be looking  17:53:05
20   for forecasts of production or would they be looking at  17:53:08
21   actual output for these factories?    17:53:11
22      A. They were looking at the actual output.  17:53:13
23      Q. Is there any department at MTPD that was looking  17:53:26
24   at forecasted output?                 17:53:33
25      A. The -- in MTPD Japan, the people who are  17:53:54
```

## 155

```
 1   responsible for the factories were always concerned about  17:53:59
 2   what was going to happen in the next month, what the  17:54:04
 3   production -- the utilization rate was going to be, and  17:54:09
 4   what the customers' requested volume would be for the  17:54:16
 5   following month.                      17:54:19
 6      Q. And how was that information tracked?  17:54:24
 7      A. I think each of the factories had people who are  17:54:27
 8   responsible for the factory who tracked it according to  17:54:40
 9   how they felt they should.            17:54:44
10      Q. And did the heads of each of those factories  17:54:47
11   submit reports to you on utilization rates?  17:54:53
12      A. The utilization rate basically -- as a rule is  17:54:55
13   not reported.                         17:55:11
14      Q. Let's talk about topic number 10, which are your  17:55:18
15   policy -- well, before I get to that, the information on  17:55:22
16   utilization rates would be kept, though, by the heads of  17:55:25
17   the factories?                        17:55:31
18      A. My understanding is that basically if they don't  17:55:38
19   keep that information, they would not be able to run  17:55:51
20   their factories.                      17:55:54
21      Q. That's fair.                     17:55:56
22      Topic number 10 is your policies and practices  17:55:57
23   for setting production levels of CRTs, CRT products. So  17:56:00
24   we're going to talk about two types of production  17:56:07
25   planning.                             17:56:10
```

## 156

```
 1      And my first question is about long-term  17:56:10
 2   production planning. Question: Did Panasonic engage in  17:56:13
 3   long-term forecasting or planning for future production  17:56:20
 4   volumes for deciding whether or not to expand or reduce  17:56:22
 5   production capacity?                  17:56:27
 6      A. There was instruction that a three-year plan, a  17:57:34
 7   midterm plan had to be developed by the Panasonic  17:57:43
 8   business units. So based on the three-year midterm plan,  17:57:48
 9   the long-term schedule was set and the plans were made.  17:57:54
10      Q. Where are those three-year plans?  17:58:00
11      A. The major policy -- the policy was put together  17:58:26
12   for MTPD as a whole and was submitted to the  17:58:30
13   headquarters, in other words, to the accounting at  17:58:33
14   Panasonic.                            17:58:38
15      Q. Was it the accounting department at Panasonic  17:58:40
16   that generated the three-year plan?  17:58:42
17      A. The MTPD three-year plan was developed with the  17:59:00
18   accounting group in MTPD being the body that did that.  17:59:06
19      Q. And who was the head of that accounting group?  17:59:10
20      A. Mr. Morishita.                    17:59:15
21      Q. When Mr. Morishita generated these plans, what  17:59:18
22   did he use for his long-term demand forecasts?  17:59:22
23      A. I think that he probably developed them with  17:59:38
24   cooperation and help from the organizations that were  17:59:43
25   related.                              17:59:48
```

## 157

```
 1      Q. But in terms of information, were those  17:59:51
 2   long-term demand forecasts based on expected plant costs?  17:59:53
 3      A. Well, basically what the form is the foundation  18:00:17
 4   would be information about the market.  18:00:26
 5      Q. Would that information about the market include  18:00:27
 6   expected competitor output?          18:00:30
 7      A. No, that wouldn't be included. Basically it is  18:00:39
 8   made by taking into consideration the information from  18:01:08
 9   research companies like I Supply, as I mentioned earlier,  18:01:14
10   and paying attention to the shift between -- shift from  18:01:18
11   the CRT TVs to the thin-screen TVs and so -- and  18:01:23
12   anticipating how each of the sites would react.  18:01:30
13      Q. Would they also be looking at the total expected  18:01:35
14   supply of CRTs into the market?      18:01:38
15      A. The -- in the information from the research  18:02:21
16   company, there's information about the scale of the  18:02:23
17   market. So there the total -- oh, it's the total supply.  18:02:27
18   Well, I'm not sure that I'm very clear about this.  18:02:31
19      The research company would also provide  18:02:33
20   information about anticipated needs and requirements.  18:02:37
21   And, for example -- now the numbers might be wrong for  18:03:09
22   this, but in 2004, globally let's say that there are  18:03:11
23   200 million units of TV that were sold, 5 percent of  18:03:18
24   which were the thin-screen TVs. In 2005, this is going  18:03:21
25   to be changed to 10 percent, and following that after  18:03:25
```

40  (Pages 154 to 157)

HIGHLY CONFIDENTIAL

**158**

1    that is going to be a certain percent.  So that is the   18:03:28
2    basis on which it would be looked at.   18:03:30
3        Q.  Were the long-term plans for future production   18:03:37
4    volumes, these three-year plans, kept in certain   18:03:40
5    documents or databases?   18:03:44
6        THE INTERPRETER:  Can the interpreter confirm   18:04:13
7    something?   18:04:15
8        THE WITNESS:  There is a certain format, a set   18:04:23
9    format for the three-year plans.  So I believe that it   18:04:27
10    has been inputted that and kept.   18:04:30
11        Q.  BY MR. LAMBRINOS:  Were those produced in this   18:04:35
12    litigation?   18:04:37
13        A.  I don't know.   18:04:40
14        Q.  Can your counsel answer that question?   18:04:41
15        MR. YOHAI:  Sitting here today, I know that we   18:04:45
16    produced many different kinds of plans.  I don't know   18:04:47
17    which ones exactly he's referring to.  It's possible it   18:04:51
18    was produced, but I can't -- based upon testimony, I   18:04:54
19    can't confirm or deny it.   18:04:57
20        Q.  BY MR. LAMBRINOS:  Were these -- sorry.   18:05:18
21        Were these production plans in any way   18:05:21
22    influenced -- or excuse me, were these production plans   18:05:27
23    in any way generated by the use of internal numbers like   18:05:32
24    we saw in the CRT line status reports?   18:05:34
25        A.  Long term?  For the long term, it's not data   18:06:02

**159**

1    like that.  The data is much rougher than that.  The   18:06:04
2    numbers are much rougher.  They're just estimates or   18:06:07
3    forecasts.   18:06:13
4        Q.  And they are produced by display search or only   18:06:14
5    by I Supply?   18:06:17
6        A.  I was the one who created this.  So this --   18:06:45
7    depending on the situation, I think it might be possible   18:06:50
8    that the information on the trend for the thin screen was   18:06:53
9    exchanged with people in the TV set organization, in   18:06:59
10    other words, from the Panasonic TV set people.  So they   18:07:05
11    could have been using it.   18:07:08
12        Q.  Were these long-term planning reports shared   18:07:17
13    with Toshiba?   18:07:25
14        A.  I don't really have recollection of that.   18:07:28
15        Q.  Let's talk about short-term planning.  Did   18:07:31
16    Panasonic make short-term forecasts or plans for its   18:07:34
17    production volumes?   18:07:37
18        A.  I think, of course, each facility did do so.   18:07:52
19        Q.  How far ahead?  Weeks or months?   18:07:55
20        A.  In my recollection, it was generally the   18:08:12
21    forecast was made for three months ahead, and then it was   18:08:16
22    repeated in that way.   18:08:21
23        Q.  Was the forecasting done by corporate   18:08:22
24    headquarters or was it at the discretion of each plant?   18:08:24
25        MR. YOHAI:  Object to the form of the question.   18:08:35

**160**

1    By "corporate headquarters," do you mean corporate   18:08:37
2    headquarters of MTPD?   18:08:39
3        MR. LAMBRINOS:  Panasonic.   18:08:42
4        MR. YOHAI:  Panasonic headquarters?   18:08:44
5        MR. LAMBRINOS:  Yeah.   18:08:47
6        MR. YOHAI:  He's asking whether it was done at   18:08:50
7    Panasonic headquarters or at each plant.   18:08:52
8        THE WITNESS:  The plans are made at each plant.   18:09:14
9        Q.  BY MR. LAMBRINOS:  Is the -- is the forecasting   18:09:19
10    and the three-year plans, do those require approval by   18:09:21
11    MTPD -- MTPD corporate headquarters?   18:09:25
12        A.  Well, the three-year plan is submitted to the   18:09:44
13    headquarters, but the three-month plan, the short-term   18:09:53
14    one, there is no obligation to provide that information   18:09:56
15    at all to the headquarters.   18:09:59
16        Q.  What happens after the three-year plan is   18:10:01
17    submitted to headquarters?   18:10:03
18        A.  Nothing.   18:10:07
19        Q.  Who is it submitted to?   18:10:10
20        A.  A three-year plan for all of Panasonic is made.   18:10:21
21    Then each of the business units have to develop their own   18:10:29
22    three-year plans.  And then all the data is collected to   18:10:32
23    create a three-year plan for all of Panasonic.   18:10:40
24        Q.  Who is in charge of creating a three-year plan   18:10:44
25    for all of Panasonic?   18:10:47

**161**

1        A.  It would, of course, be the president at that   18:10:54
2    time because it's for all of the Panasonic entities.   18:10:58
3        MR. YOHAI:  Counsel, I'm going to lodge an   18:11:02
4    objection at this point.  You're asking about plans for   18:11:04
5    all of Panasonic.  None of the topics have anything to do   18:11:07
6    with all of Panasonic.  You strayed way beyond CRTs.   18:11:09
7    It's 11 minutes after six.  The witness has been   18:11:13
8    answering questions for over eight hours.   18:11:17
9        So I need to know from you, are you going to be   18:11:17
10    much longer or should we pick it up tomorrow?  Because if   18:11:20
11    you're going to be more than 20 minutes, we'll just pick   18:11:24
12    it up tomorrow.   18:11:27
13        MR. LAMBRINOS:  Well, I think it does fall under   18:11:28
14    topic number 10 in terms of your policies and practices   18:11:31
15    for setting production levels, and we're just trying to   18:11:33
16    find out what happens to those plans.   18:11:37
17        MR. YOHAI:  Policies for -- production levels   18:11:38
18    for CRT products.  Your last series of questions had to   18:11:40
19    do with all of Panasonic and all of Panasonic's plans.   18:11:43
20        MR. LAMBRINOS:  These were follow-up questions   18:11:45
21    based on the testimony of the witness.   18:11:47
22        MR. YOHAI:  Okay.  The question remains to you:   18:11:49
23    Are you going to be more than another 15 or 20 minutes or   18:11:51
24    should we just pick it up tomorrow?  Because I'm not   18:11:54
25    going to make him sit here beyond that.  He's been

41 (Pages 158 to 161)

**HIGHLY CONFIDENTIAL**

**162**

| | | |
|---|---|---|
| 1 | answering questions for eight hours, and the questions | 18:11:58 |
| 2 | are going everything but what's on your topics at this | 18:12:02 |
| 3 | point. | 18:12:03 |
| 4 | MR. LAMBRINOS: We're going to have to disagree | 18:12:03 |
| 5 | about that. I think we can get the rest in, in | 18:12:05 |
| 6 | 30 minutes, if you want. | 18:12:08 |
| 7 | MR. YOHAI: I'll confer with the witness as to | 18:12:09 |
| 8 | what he wants to do. We'll go off the record. | 18:12:11 |
| 9 | MR. LAMBRINOS: Okay. We can go off the record. | 18:12:18 |
| 10 | (Recess.) | 18:16:41 |
| 11 | MR. LAMBRINOS: Okay. We're back from a short | 18:17:43 |
| 12 | break, and we've -- after a short discussion, we've | 18:17:45 |
| 13 | decided to pick up the rest of this deposition at 9:30 | 18:17:48 |
| 14 | tomorrow morning to conclude the remaining topics. | 18:17:51 |
| 15 | MR. YOHAI: Very good. | 18:17:58 |
| 16 | MR. LAMBRINOS: And we're off the record. | 18:18:01 |
| 17 | (Time noted: 6:18 p.m.) | 18:18:51 |
| 18 | ---oOo--- | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

**163**

```
 1        I declare under the penalty of perjury under the
 2   laws of the State of California that the foregoing is
 3   true and correct.
 4        Executed on _____, 2012, at
 5   _____, _____.
 6
 7
 8
 9
10
11        _____
12        TATSUO TOBINAGA
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**164**

```
 1   STATE OF CALIFORNIA      ) ss:
 2   COUNTY OF MARIN          )
 3
 4        I, LESLIE ROCKWOOD, CSR NO. 3452, do hereby
 5   certify:
 6        That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9        That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16        I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20        IN WITNESS WHEREOF, I have subscribed my name
21   this 25th day of July, 2012.
22
23
24
25        LESLIE ROCKWOOD, RPR, CSR NO. 3462
```

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 267-6868                                        (516) 608-2400

HIGHLY CONFIDENTIAL

1

**A**

**a1** 93:1,6,8,13
**a3** 93:1,6
**a4** 34:2,3 93:2,7
**a4size** 118:23
**a60** 68:5,24
**aaron** 4:19
**abbreviation** 69:13
  91:10,19
**abc** 132:21
**ability** 131:5 164:15
**able** 17:16 44:7
  53:19 54:20 55:10
  55:19 58:13 59:19
  60:3,4,5,22 61:12
  62:5 65:23 69:8
  71:9,14 74:15,20
  97:6 98:7 102:17
  114:10 121:24
  131:14,16 132:8
  139:14 142:3,25
  143:11 145:2
  155:19
**absolutely** 43:18
**access** 97:2 103:22
**accounting** 22:20
  27:17 28:4,7 32:24
  35:8 119:22
  121:14,17 122:10
  123:20 124:10,17
  149:12 156:13,15
  156:18,19
**accuracy** 9:16 46:7
**accurate** 40:15 73:9
  94:4,7 164:13
**accurately** 20:25
  55:10
**achieve** 28:23
**achieved** 25:20
**action** 164:17,18
**actions** 2:5,7
**activities** 86:14
  112:2 120:13

**actual** 34:20,20,23
  42:24 87:25 98:3
  132:25 154:21,22
**adam** 7:5,9 10:19
  13:12
**adaptable** 81:19
**add** 16:5 78:10
**added** 15:17 29:24
  37:17 45:6,7 96:22
**addition** 131:18
**addressee** 133:4
**adjusted** 45:10,20
  46:3 142:16
**adjustments** 53:15
**administered** 164:8
**administration**
  119:21
**advance** 27:16
**affairs** 2:9
**ago** 13:11
**agree** 77:19 78:3
**agreement** 29:13
**agrees** 29:15 95:25
**ahead** 29:4 32:8
  61:6 69:7 77:11
  87:7 101:6 103:2
  107:10 131:1
  159:19,21
**al** 1:10,13 2:10,13
  2:16 4:16 5:16 6:5
**algorithm** 140:10
**align** 120:20
**allocated** 15:4,8
**allow** 147:20
**alter** 81:21
**altering** 142:4
  150:17
**amcallister** 4:24
**amended** 9:13 12:13
**amendments** 76:17
**america** 4:4,14,15
  4:16 5:4,15 6:3
  13:5 53:7,7,14
  70:14,15 75:14

**80**:21 91:21 93:25
  107:24 124:25
**american** 55:12
  62:19 92:6
**americas** 58:3,9
  107:21,24
**amount** 97:16
  104:17,18
**amrutha** 5:7
**analysis** 75:9
**analyzed** 88:2
**ananjappa** 5:11
**angle** 83:3
**annual** 30:20 32:4
  32:19,20 87:16
**answer** 8:11 12:1,2
  13:16,18 14:11,23
  15:1 20:24 26:22
  29:3,4 32:8 36:21
  36:21 39:15 45:17
  54:9 55:8 57:11
  58:11,12 59:10
  61:6,23 64:22
  65:12,17 69:7
  74:10 85:23 86:24
  87:7 98:21 101:2,6
  103:2,16,17
  110:23 111:17
  114:1 115:19
  127:7 131:1 138:3
  145:7 153:5
  158:14
**answered** 65:15,16
  65:22 143:24
**answering** 161:8
  162:1
**answers** 12:6,7,8
  13:4
**anticipated** 157:20
**anticipating** 157:12
**antitrust** 1:4 2:3 7:4
**anybody** 31:22 32:3
  79:1 106:18,21
  123:12

**anyway** 61:5
**ap** 91:7,8
**apart** 59:15 61:11
  62:4
**aperture** 71:22
**apologizes** 151:24
  152:5
**appear** 43:25 85:24
  101:22 131:2
**appearances** 3:1 4:1
  5:1 6:1 7:1
**appeared** 22:6,8
**appears** 93:8 94:3,9
  112:4 126:5,9
  128:12,17 129:5
  130:10
**application** 45:3,13
  51:18 53:16 66:2
  67:5
**applied** 43:11,23
  44:14,20,21,25
  52:5
**apply** 17:17 98:5
  143:18
**applying** 44:1
**appropriate** 43:22
  55:12 78:15,17
  114:16
**approval** 28:20,23
  29:6,9,11,14,15,20
  29:21 30:6,9,10,16
  74:3 160:10
**approve** 30:4 74:1
**approved** 108:2
**approximate** 85:2
**approximately** 84:8
  118:19 119:6
  146:10,13,15
  147:7
**april** 18:20 21:1
  25:23,24 79:19
  127:17
**area** 34:12 146:20
  153:1

areas 70:20
ari 7:14
asia 5:4 57:22 71:11
71:12 91:11 102:3
108:19
aside 28:9,13 32:3
65:15 104:24
137:21 148:16
asked 23:6 107:14
107:14,16 145:16
asking 23:20 32:1
33:20,21 54:25
55:2 73:25 75:25
116:18 126:11
153:15 160:6
161:4
asneeded 42:12
aspect 69:21 98:13
assembled 52:24,25
141:3
assessment 38:10
61:17 106:2
assigned 12:23
41:25,25 51:1 76:2
77:8 89:21,23
90:13
assigning 66:13
assist 114:12
associated 80:21
146:5
assume 75:14 88:5
137:14
assumes 111:16
attach 83:21
attached 89:12,14
127:11,12,22
128:13,15,16,17
130:5,6,11,17
attaching 52:12
attachment 127:14
127:24 132:24
attachments 125:9,9
126:10,21 130:4
attend 30:24 32:4

119:8,9,24 122:15
123:5
attended 16:18
31:23 117:24,25
119:18,22 122:18
124:21
attending 119:1
attention 105:15
132:8 157:10
attorney 2:8 6:14
10:16,19 12:19
attorneyclient 14:10
audibly 12:8
authority 123:13
authorize 109:11
av 22:20 25:24
26:13,25
available 97:17
100:6,13
avc 21:8,9,12,17,21
27:10 28:1,4,7,11
28:14 29:13,17
30:4,11 33:23 34:7
115:16 116:11,25
117:6,7,20,24
118:3,10,11,15
119:20,23,25
120:10,13,14
122:2,11
avcs 117:22 119:7
avenue 4:8 5:19 7:6
avoid 12:6
aware 36:12 45:22
47:22,25 76:16,24
axis 42:20,21,22
ayumu 90:3,5

**B**
b 9:14 11:2 12:14
61:23
back 25:23 27:21
34:5 43:14 67:21
78:6,9 86:5,15,18
112:4 115:2

116:24 131:19
132:17,18 142:9
143:8 145:24,25
162:11
background 15:23
16:2,21 17:7
backwards 109:1
bad 40:9
baker 5:17
bakerbotts 5:22
balance 17:16 33:7
ballard 6:7 16:23
17:2,2 87:4,4
band 83:11,11,16,21
bands 83:12,17,21
bare 67:25 68:1,3
149:2
based 29:11 38:10
48:25 51:1 53:16
54:4 68:4 118:24
140:3 156:8 157:2
158:18 161:21
baseline 151:15
basic 16:3 43:22
82:20 96:19,24
140:8
basically 37:24
43:19 44:3,11
50:18,25 56:19
57:13 72:11 74:19
74:25 75:11 81:24
84:17 95:10 98:22
101:12 117:20
119:13 120:6
121:24 124:16
140:5 143:16
144:3 147:12
148:17 149:21
155:12,18 157:3,7
basis 26:23 42:4,12
42:16 56:21 74:5
97:24 149:21
158:2
bates 15:16 20:3,5

35:23 38:2 63:25
64:8 89:8,9 125:16
125:17 126:2
129:2 134:7
beam 44:1 142:9
bear 62:12 85:19
bears 63:8
becoming 105:13
beginning 89:9,11
147:17
begins 146:17
behalf 2:20 13:1,4
behave 22:6,8
behaved 22:6
beijing 90:15,17
104:7,24 148:5
154:2,14
believe 13:16 18:7
21:21,23 24:12
41:9,14 126:25
129:6 158:9
beneath 91:14,19,22
108:8
bent 44:2
best 29:3 64:22
140:21 164:14
better 62:9 65:21
beyond 61:22 161:6
161:25
big 125:13
bigger 89:6
biggest 137:21
154:2
billion 146:10
151:17,21,22,25
151:25 152:25
binding 13:4
bit 15:23 96:18
128:7 135:16
150:9
black 90:21
blackandwhite
52:21
blue 143:12

HIGHLY CONFIDENTIAL

3

**board** 30:23 31:1,14
31:19,22 32:3
115:23 116:4,5,7,8
116:13,17,18,21
**bockus** 5:6
**body** 156:18
**boss** 114:19 115:9,9
115:14
**bottom** 44:5 50:1
65:8 94:10,14,15
101:9 102:7 110:2
**botts** 5:17
**bought** 137:25
**box** 94:12
**branch** 36:8 135:15
**brand** 141:2
**brandnew** 146:14
146:14
**brasil** 6:5
**brazil** 40:9
**break** 24:19 25:12
43:4 48:13,13,17
48:21 75:19 77:11
79:2 114:22 115:3
143:23 145:21,25
162:12
**breakage** 35:1
**breakdown** 24:21
**bring** 14:15,17,18
121:22
**bringing** 147:20
**broad** 120:15
**broadcast** 71:13
**broadcasting** 55:15
55:16,18
**brought** 27:1 30:3
147:16,25
**build** 147:24
**building** 117:19
148:22 153:24
**bulb** 43:12,13 144:2
144:10
**bulbs** 145:14
**business** 14:25

16:18 17:13 18:1
22:13 26:15,24
27:2,3,12,23,24,25
28:16,18 30:13
31:7,8 33:13 34:19
34:21,23 35:3,7
37:22 41:15,19,21
63:1 73:23 75:6,12
75:15 76:23 77:1,4
77:7 86:14 87:16
88:6,8 95:1 99:11
99:18 105:15
106:6,12 118:3,4
118:11,12,13,14
118:20,23 119:14
119:22 120:7,13
120:20 121:8,9
124:12 130:22
131:15,16,16,18
132:9 134:20
141:13 148:23
150:1 156:8
160:21
**businesses** 118:4
**businessrelated**
14:18,19,24
**busy** 132:12
**buy** 19:16 140:21
141:10,19,19
144:9,9,10
**buying** 19:15,16
29:8 140:23

--------

**C**
**c** 3:14 6:4 91:15
**ca** 7:9
**calculation** 77:20
**california** 1:1,8,10
1:18 2:1,11,13,21
3:7,16 5:9 6:9 7:3
7:7 10:1 163:2
164:1
**call** 67:18 68:10
87:3

**called** 10:11 18:13
19:21 21:8 27:22
32:17 36:13 43:1
44:8 52:11 73:16
80:8 113:9 117:7
136:4 142:14
**calls** 13:17 53:11
59:6 61:21 62:7
97:11 100:9
103:23 107:18
133:21
**cant** 36:23 43:2 53:8
64:19 69:19 83:25
130:8 131:11
141:12 158:18,19
**capacity** 11:1,3
33:15 37:6,11,16
37:20,21,24 42:6
95:12 96:19 97:17
99:21 103:11
111:13 142:14
156:5
**capitol** 6:16
**capt** 136:14
**caption** 1:6
**captive** 104:25
105:1,2 112:2
136:14,18,21,22
136:24 137:1,12
**capture** 136:18
**carefully** 103:25
**carry** 113:18
**case** 4:17 29:23
36:13,25 41:24
45:7 47:20,24
69:18 72:8 79:1
123:25 127:24
141:13 148:24
150:25
**casebycase** 69:19
149:3
**cases** 44:20 141:16
141:18 147:15
148:22

**catch** 132:17
**categories** 83:6,7
137:23
**category** 71:4
**cathode** 1:4 2:3
19:18 38:9 43:7
142:9,9
**caution** 36:18
**cc** 90:7
**cdt** 40:10 68:15
141:11 142:23
143:3,4,11,16
144:2,6,8,13,20
145:5,9 152:16
**cdts** 86:7 142:20
144:1,12
**ceasing** 28:18
**center** 6:8 40:1,2,16
40:18 42:14 88:10
88:15 95:10,13,21
97:21 98:24 99:5
99:12,24 105:23
112:13 113:7
114:14 134:6
154:18,19
**centimeters** 50:3
51:5,6
**central** 33:5
**certain** 36:13 51:7
61:8 73:19 98:5
110:8 113:21
139:1 141:18
149:13 158:1,4,8
**certainty** 52:3
**certificate** 9:16 46:7
**certified** 2:24
**certify** 164:5,16
**cetera** 35:2 38:15
51:3 54:16 83:19
**cgc11515784** 1:11
2:15
**change** 81:14,18
82:2 84:9 99:2
150:21 151:1,3,6

151:13
**changed** 82:1,8
  142:12,18 157:25
**changes** 23:25 142:6
  142:7 150:19
**changing** 80:21
  81:16,17 82:4
  150:17,22 151:7
**changwon** 108:20
**character** 49:4,17
**characteristics** 63:5
**characterization**
  107:7 109:2
  110:21
**characters** 50:9
  68:6 126:4 127:11
  127:13 130:12
**charge** 22:22 27:2
  27:12 28:7 30:12
  32:23 35:3,7 40:2
  73:5 95:4,6,8
  96:14 113:6,23
  123:20 140:13
  160:24
**charged** 97:22
  139:19
**charise** 4:18
**charles** 5:18,22
**chart** 34:10,10,18
  36:1,8 40:22,24
  93:8 94:3 101:18
  101:19 102:5,9
  103:9 108:21,25
  109:3,8,17 110:20
  110:22 119:15
  135:7
**cheaper** 149:16
**check** 7:14 24:3,6,18
  24:24 87:2 94:8
  113:21 127:10
  139:11 150:4
**checked** 75:13 84:17
**checking** 71:14
**chicago** 58:21,21

**china** 70:19 71:5,8
  71:10 91:15,17
  110:13,14
**chungwa** 110:10
**circle** 49:3 116:24
**circuit** 142:11
**circular** 51:3
**circumstances**
  106:3
**cities** 92:13,21,24
**city** 1:8 2:12 117:8
  117:17
**civil** 10:23
**clarification** 24:2
  37:12 78:11
**clarify** 25:7 30:14
  68:23 79:16
  115:18
**class** 2:5,7
**classes** 16:18
**clean** 143:1,11
**clear** 21:23 22:23
  23:6 26:3 64:5
  66:24 124:6,7
  126:14 143:10
  153:16 157:18
**clearly** 57:16
**close** 104:12 110:15
**closed** 29:24 40:11
  93:14,19,21,25
  94:1 106:9 123:24
**closing** 28:18 29:7
  29:17,20,23 106:1
  106:8 124:25
  131:7
**closure** 30:15
**cnaifeh** 4:23
**code** 45:24 50:2,12
  66:17 68:14 69:4
  69:20,20
**codes** 73:15
**codings** 80:3
**coil** 44:12
**collect** 40:19

**collected** 88:11
  107:13,13 160:22
**collecting** 95:11,14
**college** 11:20
**color** 68:11,15 83:9
  90:20 142:25
  143:11
**column** 38:6,13,21
  40:8 64:1,12,16,19
  65:1 69:12 91:4,4
  92:5,25 93:1,13,20
  94:15 101:24
  110:15 134:5
**com** 3:9,18 4:11,12
  4:23,24 5:11,22
  6:11
**combination** 74:16
**combined** 44:23
**come** 75:24 78:6
  86:5 107:4,5
  114:16 149:20
**coming** 18:6 25:23
  121:10
**commencing** 2:22
**comments** 34:15,21
  119:16
**common** 68:18
**communicated** 22:9
**communications**
  36:18,19
**companies** 38:7
  40:20 47:16,18
  84:19,24 85:9,10
  96:5 157:9
**company** 18:4,13
  19:9 20:7 21:1,7
  21:21 22:1,3,7,8
  22:21 23:3 25:25
  27:1,8 28:18 37:15
  40:19 42:7 51:15
  51:19 62:24 88:3
  96:6,11 105:21
  117:7 119:25
  120:10 122:12

136:4,6 138:25,25
  139:8 141:19
  142:15 157:16,19
**compare** 74:14
**compared** 81:9
**comparison** 98:7,9
**competing** 108:12
  108:13 110:7
**competitor** 108:10
  108:16,18 109:21
  109:24 110:4
  130:14,16,21
  132:13 157:6
**competitors** 38:3
  85:6 86:2 88:15
  97:9,15 104:15,18
  105:25 106:8
  113:2
**compile** 88:15 103:8
  121:8
**compiled** 87:18
  102:18,19
**compiling** 85:12
**completed** 82:8
**completely** 146:20
**completion** 147:1
**component** 44:8
  150:10
**components** 48:25
  74:20 81:1,24
  143:25 144:18
**compound** 57:9
  113:3 133:10
**computer** 49:11
**concerned** 17:8
  57:18 106:11
  129:18 132:20
  150:2 155:1
**conclude** 162:14
**condenser** 142:18
**condition** 40:10
  43:24
**conditions** 45:20
**conduct** 105:14

HIGHLY CONFIDENTIAL

5

109:12 131:16,21
140:6
**conducted** 27:10
77:5 99:17
**conducting** 73:23
106:6
**confer** 162:7
**conference** 27:13
117:21,23
**confidential** 1:16
2:19 15:16 106:2,7
**confirm** 47:19 49:8
52:4 56:14 60:10
82:9,11 87:19,24
88:13 96:14
115:11 127:3
136:1 138:1
150:20 158:6,19
**confirmation** 82:13
90:17
**confirmed** 66:5
115:5
**confirms** 130:20
**conformed** 15:17
**confused** 24:23
**confusion** 18:24
24:14,17 58:24
131:25
**consider** 31:23
104:1
**consideration** 157:8
**consult** 28:21
**consultation** 29:12
**consumer** 4:16
**contact** 107:4,6
**contain** 164:13
**contained** 122:3
**content** 124:14
**contents** 33:1 34:8
**context** 44:22
**continual** 97:24
**continue** 17:5
100:24 122:18
**continued** 4:1 5:1

6:1 7:1 79:20
163:3
**continues** 107:21
**continuing** 1:6
142:19
**contract** 62:25 86:9
86:10,11
**control** 73:1,2
**controlled** 20:21
**controlling** 20:15
**convenience** 46:16
**convention** 72:10
**conversations** 13:21
13:25
**conveyed** 106:5
**cooperation** 156:24
**coordinate** 120:13
120:15,19
**coordinated** 120:18
**coordinating** 120:14
**copied** 64:6
**copies** 27:25 28:5
90:20
**corner** 44:4,5 90:25
101:15
**corp** 4:3
**corporate** 10:21
11:1 159:23 160:1
160:1,11
**corporation** 4:3,14
5:15 18:3 19:9
22:11 35:25 89:24
**correct** 18:25 19:19
20:22 21:25 23:22
26:7,12,13,17
31:14 32:9 36:4
39:11 40:25 50:7
62:6 67:19,24 68:9
68:11,16 74:7
85:20 92:22 93:11
94:2,9 95:17,23
104:20 108:16
112:14 113:2
116:9 126:7,18,19
126:22 130:23

163:3
**cost** 80:21,24,25
81:1,1,7,9,10,13
84:4,5,5,7,8,10,12
84:13,14 139:16
139:17 148:8
149:12 151:11,16
152:23,25
**costly** 150:12,18
151:3
**costs** 84:12 112:10
139:14,14,15
146:5,9 149:5,9,10
149:14,15,17,19
150:3,4,10 151:9
152:13,22 157:2
**couldnt** 141:21
**counsel** 3:1 4:1 5:1
6:1 7:1 15:10,12
46:5,16 64:5 76:16
77:12,19 127:14
158:14 161:3
164:10,16
**counted** 83:25
**countries** 57:23
75:13
**country** 71:13 91:25
92:2,7 101:23
102:3 108:20
110:14
**county** 1:8 2:12
164:2
**couple** 11:22 15:3
65:13,14,19,20
76:20 108:6
135:17
**course** 21:14 23:11
23:12 37:22 41:15
41:21,21 76:9 77:1
77:7 88:6,7 95:1
99:10,18 130:22
134:20 145:10
149:16 150:2
159:18 161:1

**court** 1:1,8 2:1,11
12:2,7
**cover** 89:9 90:20
125:8 126:17,18
126:20 130:4,9
**cpt** 37:6,16,20 40:11
68:3,11 80:3,7,9
80:20,22 81:10,18
82:5,18,21 83:24
84:2,9,12,13,14,16
94:12,14 110:9
135:6 142:23
143:3,4,14 144:2,6
144:8,14 146:22
**cpts** 79:13,22 80:13
84:20 93:9 94:20
102:11 105:24
136:6 142:21
144:1,12 145:8,10
**cr** 60:23
**create** 12:8 147:21
160:23
**created** 76:6 100:1
107:13 133:18,19
159:6
**creating** 160:24
**crossreference**
73:11,17
**crt** 1:4 2:3 33:13
37:21 42:6 43:9,19
45:7 46:3 47:25
48:1,24 49:7 50:4
50:6,13 52:23
54:14,15 55:17
56:9,25,25 59:14
59:16,16 60:14,23
61:12 62:12 68:7
69:17 70:12,13,16
72:1 74:13,15,17
74:23 76:23 79:7
81:10 90:22 93:9
95:8 101:16 102:9
105:4,8 106:12,15
106:25 107:21

**HIGHLY CONFIDENTIAL**

6

108:7 109:8,13,18
109:23 110:3,9,11
111:4,8,25 112:11
112:13 130:13
133:7 135:6,12
137:10,14,15
138:7 140:15
141:3,8,10,22,23
146:2,5 147:9,10
148:1,4,18,21
149:10,13 150:12
150:18 152:14
155:23 157:11
158:24 161:18
**crtbased** 48:4 57:7
58:3,25 59:3 61:19
62:11,12,15,20,21
**crts** 19:18 33:15
35:18 38:12,18
45:25 47:13,22
49:11,11,12 52:11
55:4,10 57:20
58:15 63:3 70:7
71:1,7 74:19,25
75:3,10 104:14,17
105:20 141:19,22
144:19 150:10
153:20 154:7
155:23 157:14
161:6
**csr** 1:23 164:4,25
**current** 10:22
143:18,19 153:18
**curve** 151:7
**custodian** 41:5
**customer** 19:13
56:24,25 57:2
73:19,21,21 74:13
84:18 136:19,20
137:21 138:16
141:10,15 142:1,3
**customers** 40:25
44:17,19,24 73:23
104:25 105:1,3

137:12,22,25
138:11,11,18,23
140:3,5,15 141:2
141:22 155:4
**cutting** 112:10

————————
**D**
————————

**d** 8:1
**daily** 42:4
**data** 33:16,17 39:22
39:25 42:16 63:23
67:4,6 85:8 98:7
99:22 100:4
102:16 107:12
112:3,18 158:25
159:1 160:22
**database** 64:7
**databases** 158:5
**date** 11:3 23:4 42:21
76:8 105:16 118:1
127:20 131:4
**dates** 123:15
**david** 4:6,7,11,12
**day** 77:14 119:2
164:21
**days** 72:20,21 150:7
**dballard** 6:11
**dc** 4:21 5:20
**ddi** 136:4 138:25
139:3 154:5
**de** 6:4
**deal** 131:9 132:5
**dealing** 112:1
**decide** 148:19
**decided** 93:24
122:12 131:25
162:13
**decides** 147:9
**deciding** 156:4
**decision** 28:17 42:17
94:1 104:11 106:3
106:4 123:21,23
124:24 141:24
147:24

**decisions** 30:15
111:20,22
**declare** 163:1
**decoder** 46:11 48:14
48:22 71:25 75:21
75:24 76:22
**decoders** 76:14
**decreased** 31:8
131:20
**defendants** 1:14
2:17 4:3,14 5:3,14
6:3
**define** 43:12 51:8
**defined** 94:22
**definition** 47:11,12
47:14,17 48:24
94:21
**deflection** 43:15,17
44:1,8,9,14,14,17
44:19,20,23 45:3,6
45:13,19,23 46:3
66:24 67:21 80:19
81:15,16,17,22
82:17 83:3 142:13
**degree** 16:6,11
**degrees** 16:14
**demand** 104:19
134:16,18 156:22
157:2
**demetrius** 3:5
**demolished** 149:1
**deny** 158:19
**department** 2:9 7:3
72:21,24 73:7
113:25 154:23
156:15
**departments** 72:16
**depend** 119:5
**dependent** 45:4
**depending** 23:24
28:15 42:9 71:10
83:1,17 104:10
141:15 142:10
159:7

**depict** 42:19
**depose** 10:20
**deposition** 1:17 2:19
9:1,13 11:9,23
12:13 13:10 14:3,6
14:20 15:5 16:23
41:7 79:6 96:12
162:13 164:6
**depositions** 10:25
11:2
**deputy** 10:18
**describe** 17:20 43:8
55:10 72:1 80:25
**described** 61:1 63:5
121:23
**describes** 107:3
**description** 9:3,12
79:7 128:5 135:12
137:9 146:1
**design** 51:1,7 52:9
53:19 54:12,13,16
55:11,13 56:11,23
60:4,4,9 61:13
72:1 73:15,22 74:5
81:17 146:21,24
**designate** 49:5
50:11 52:14,18,22
60:6 72:5 92:11
93:2
**designated** 10:25
50:18 137:6
**designates** 22:1
100:1
**designation** 50:21
51:23 52:8 69:16
**designations** 15:17
**designed** 55:17,17
55:19 56:3,10,21
56:25 145:2,3
146:12
**designing** 53:13
**designs** 50:13
**destined** 45:18
49:15,15 50:6 53:2

53:4,5,6,14 54:5
55:4 56:5 59:1,3
63:3 67:2,7,9,11
74:7,12,17,22,25
75:4
**destroy** 147:12
**destroyed** 147:14
**detail** 111:7
**detailed** 33:16,17
37:20
**details** 61:13
**determine** 60:8
96:21 97:16 103:8
103:10 104:18
105:5 106:19
140:7,10
**determined** 84:13
84:14 96:20 139:1
139:9,25 148:7
**determines** 100:17
**determining** 66:17
**develop** 41:25 42:14
81:8 160:21
**developed** 42:2 52:5
156:7,17,23
**developing** 35:6
**device** 17:25 18:10
45:7 52:11 72:9
**devices** 5:5
**diagonal** 50:4,7 51:6
65:3 68:8
**didnt** 14:17 17:14
23:9 34:25 39:22
40:19 52:4 79:3
102:16,20 103:3,4
113:4,25 132:17
147:20 148:13,16
149:20 154:17
**difference** 34:22
141:7
**differences** 82:17
142:20
**different** 33:25
56:12 64:14 69:18

69:19 70:10 81:6
82:18,21 83:9,12
83:17,20,23 130:5
135:12 137:24
141:23 142:15,22
144:11,17,18
145:11,12,13,14
147:16 150:22
151:4 152:14
158:16
**differentiate** 80:2
**differs** 142:10 144:8
**difficult** 105:21
128:7
**difficulty** 24:8
**digit** 48:7
**digits** 45:23 49:24
50:2,2 51:23 52:15
53:1,24 66:23,25
**direct** 2:5 3:12 24:9
104:6 108:10
**direction** 164:12
**directly** 17:14 51:17
96:3,4,10 108:12
108:14
**director** 22:10,10
23:13,21,23 25:15
25:17,18,22 26:5
26:11
**directors** 21:19
23:15,16 24:15
30:23 31:19 116:7
116:8
**disagree** 162:4
**disclose** 36:17,19,22
**discretion** 159:24
**discuss** 13:14 47:5
74:3 79:1 128:22
129:1
**discussed** 30:19
41:6 65:2 135:16
**discusses** 36:8
**discussing** 35:22,23
44:22 48:21

112:11
**discussion** 48:14
101:7 116:24
162:12
**discussions** 36:24
**display** 4:4 17:25
18:10 68:15 72:9
159:4
**displays** 5:3
**distance** 144:24
145:2
**distinguish** 141:1
**distributed** 118:25
119:2 131:3
**distributor** 140:18
**distributors** 140:17
**district** 1:1,1 2:1,1
**divided** 45:8 57:16
152:18
**division** 1:2 2:2 7:4
21:21 22:3 28:1,14
33:23 34:7 114:13
118:10 119:7,19
124:11 150:3
**divisions** 118:10
119:8
**dlambrinos** 3:9
**doc** 127:14
**document** 1:5 2:4
12:18 20:3 27:19
27:20,22 32:21
33:24 41:10,11,12
46:10,12,15,20,20
48:14,22 65:7,17
66:14 72:5,10
75:25 76:6,13,21
76:24 88:25 90:7,8
95:5,25 99:17
102:20 103:20
105:25 107:12
111:2,3 112:3,12
121:23 125:16,24
128:1,20,25 129:1
129:5,6 130:1,6,17

130:21 132:25
133:8 134:12,19
135:3,5,8
**documents** 14:5,8
14:12,15,19,20,24
14:24 15:17 27:15
71:24 73:14,16
87:14 95:3,15
112:13 113:5
121:22 125:13,13
126:13 128:23
130:5 158:5
**doesnt** 127:21
**doing** 57:19 86:4
96:17 147:22
**doj** 7:9
**dollars** 151:18,23
152:10
**dont** 17:6 21:22,23
22:18,21 23:18
24:16,19 29:2
32:18,19 33:16,17
35:14 39:6,15,17
40:15,23 41:8,9,12
41:18 42:15 47:23
50:20,23 51:9,16
52:2,19 55:9 58:16
61:4 62:10 64:14
64:15,19 65:5,9,9
65:11 66:20 67:23
70:23 72:14 73:18
76:19,22 80:15
81:11 86:4,13,22
90:7,15 91:10,12
91:15,18 94:21
95:7,17,24 97:12
100:3,4,19 102:19
103:19 105:17
107:12,19 108:4
109:4,16 110:24
112:4,25 113:19
116:5,6,12 118:7
121:5 123:7 124:3
124:6 125:12

HIGHLY CONFIDENTIAL

127:2 128:10,15
132:23 133:2,5,17
133:18,22 134:10
134:10 135:2,9
137:2,22 140:14
141:12,12,24
150:14 155:18
158:13,16 159:14
**doubts** 66:4
**dozen** 84:1 151:13
**drafted** 41:12
**drawing** 44:6
**drawn** 44:3
**driving** 69:1
**duly** 10:6,11
**duties** 39:18 77:1
88:8 94:25
**dylan** 6:7 17:2 87:4

**E**

**e** 8:1
**ear** 52:11,13 83:20
**earlier** 30:8 32:24
33:21 39:16 41:6
42:14 62:2 70:10
70:18 76:4 78:12
81:25 83:8 95:11
103:7 106:1,10
111:18 112:11,20
115:15 116:15
117:4 121:23
123:22 133:24
137:20 138:20
157:9
**earliest** 118:1
**easily** 65:16
**easy** 55:14
**economics** 16:21
17:7,8
**educational** 15:23
**effect** 53:15 84:3
**effective** 50:3 148:8
**effectiveness** 97:23
**efficiency** 96:23

97:24 98:2 112:9
112:14 113:14
114:5
**effort** 82:3
**efforts** 99:13,16
**egypt** 19:10
**eight** 11:20 15:25
161:8 162:1
**eighth** 70:1
**either** 25:19 45:8
51:15 71:8 107:15
135:9
**elaraby** 19:9,9,14,15
35:25 41:2,3,22
**electrical** 16:4,8,11
**electromagnetic**
44:12
**electron** 43:21,23,23
143:23 144:13,20
144:23,25 145:1,9
145:11
**electronic** 5:5 83:5
142:8
**electronics** 2:9 5:14
5:15,16 17:23
**element** 52:9
**elements** 51:1 55:12
**elevated** 26:6,11
**email** 89:10,12,14
89:17 90:2,2,20
111:3 121:3 125:8
126:10,15,18,20
127:25 128:2,12
128:18 130:3,4,9
130:10,20 131:4
132:16,18,24
133:3,3
**emails** 131:6,17
**embarcadero** 6:8
**employees** 97:15
103:9 106:15
107:5 109:12
131:9 132:1,5
**employment** 17:20

37:23
**enable** 80:20
**ended** 79:20
**ends** 35:23 109:7
129:1 132:25
133:1,13 134:12
135:5
**engage** 62:25 103:4
131:14 139:24
156:2
**engaged** 17:25
**engaging** 26:15
**engineer** 97:6,6
98:23 99:6
**engineering** 16:4,5
16:8,12 78:14,15
78:18
**engineers** 98:23,25
98:25 99:6,11,24
**english** 10:7,8 11:12
11:13,15,16,17
15:24,25 46:16
47:4
**enjoy** 55:19
**entered** 62:25
**entering** 84:21
104:9
**entirely** 105:20
**entities** 120:21,22
161:2
**entitled** 122:21
**entity** 38:8,12 39:21
136:23
**entries** 110:14
**equal** 144:14
**equipment** 35:2
45:6 146:21,22
147:11,13,15,25
148:9,21 149:6
**esi** 15:15
**eslingen** 131:8
**especially** 112:1
**esq** 3:5,14 4:6,7,18
4:19 5:7,18 6:7 7:5

7:14
**essentially** 97:5
101:12
**establish** 65:4
**established** 21:2
**estimates** 159:2
**et** 1:10,13 2:9,13,16
4:16 5:16 6:5 35:2
38:15 51:3 54:16
83:19
**eu** 91:22
**europe** 70:8,13,17
70:20 71:2,8 91:24
136:7
**everybody** 90:21
118:25
**evidence** 111:16
**exact** 51:13 105:18
118:7 137:2
**exactly** 32:18 58:10
77:13,23 81:12
84:1 90:16 120:15
124:3 158:17
**examination** 8:6
11:5 164:10
**examined** 10:12
**example** 17:14
29:20,23 31:21
34:25 39:7 40:8
41:21 49:20,24
50:5,10,15 51:4
52:10 53:21 54:22
55:3,14 56:18
59:12 60:7 63:22
64:25 67:13 68:4
68:14,20,24 69:12
70:1 71:10 80:3
82:19,22 83:24
87:20 92:1 93:14
102:10 118:12,13
136:12,12,17
141:10 144:1,19
146:6 148:3,17
149:25 151:6

152:15 157:21
**examples** 9:5 63:18
63:23 64:3
**excel** 15:14
**exchange** 103:4
153:13,18
**exchanged** 159:9
**excuse** 12:23 17:5
22:2 28:10 31:20
33:21 37:21 67:2
70:16 78:16 86:6
95:18 129:7 135:6
158:22
**executed** 163:4
**executive** 119:23
**exhaust** 96:20,20
97:16 98:4 103:10
**exhibit** 9:4,5,7,8,9
9:13,16 12:12,13
19:3,6 46:6,7
63:18,21 64:9
88:18,19,22 89:13
125:3,22,23,24,25
127:6
**exhibits** 9:1,11
15:15
**exist** 92:22
**existed** 55:25 72:13
76:24 102:17,21
103:5 113:5
**existence** 80:16
**expand** 101:2 156:4
**expected** 114:1
154:6 157:2,6,13
**expensive** 150:18
**experience** 52:19
80:17 147:18
148:3,11,15
**explain** 20:25 54:10
104:23 121:24
144:4
**explained** 12:19
81:25 118:22
121:13

**explaining** 64:24
**explanation** 29:24
34:13 54:11 96:19
**exporting** 57:24
**exposed** 81:3 82:12
**exposure** 81:3,4,25
82:4,6,8 151:10
**expressed** 37:24
**extent** 59:6 61:21
76:20
**externally** 100:13
**extinguishers** 18:4
**extremely** 106:2
**eye** 44:6

**F**
**face** 66:14 90:8
**facilities** 57:6 58:3,7
106:16,19 146:2,6
147:19 148:4
**facility** 39:8,9 93:5
93:13 135:14
146:7,8 147:2,5,22
147:24 148:1,1
149:21 159:18
**fact** 36:14 37:11
56:23 59:21
112:24
**factories** 45:14
59:25 92:14,21
93:25 94:1 96:15
104:11 105:6
112:9 135:20,21
154:10,16,21
155:1,7,10,17,20
**factory** 18:15,15
29:7,17,18,20
30:15 58:19 60:6
79:21 93:6,9 98:22
105:5 106:20
112:20 114:4,5,10
117:20,22 123:23
123:24 135:19
136:9,20,25 139:4

139:5 148:19,24
149:14 150:1,5,6
151:16 153:19,22
153:24,25 154:2,4
154:6 155:8
**facts** 111:16
**fair** 61:17 93:10,17
140:10 155:21
**faithfully** 10:6
**fall** 161:13
**familiar** 127:5
**familiarize** 126:11
**family** 89:14
**far** 17:8 51:4 57:17
97:11,18 159:19
**fashion** 70:5 71:18
**fast** 96:21
**february** 131:10
**federal** 10:22
**felt** 155:9
**female** 89:22,23
**fifth** 4:8 52:14
**figure** 65:6 94:16
**filament** 142:10,10
**file** 41:5
**files** 127:11,12
**final** 124:7
**finally** 104:7
**finances** 122:9
**find** 65:23 74:23
161:16
**fine** 48:15 71:21,23
72:3 114:25
133:12
**finished** 46:3 58:6
58:15 59:2,7 60:25
61:22 119:8
120:25 140:16,20
141:8 142:24
143:3
**finishedproductm...**
120:22
**fire** 18:4
**first** 11:11 15:3 16:7

19:25 20:4 21:10
29:21 33:3 35:13
38:6 40:3 41:1,11
41:17 47:8 48:7
49:4,17,17 51:23
64:25 68:6,24
73:23 74:1 76:8
77:14 79:12 82:24
90:18 103:9,19
107:11 111:8
118:1 128:25
130:2 135:18
137:11 142:8
146:4,8 149:9
150:20 153:20
156:1
**five** 34:1 119:6
145:18,19
**fiveminute** 145:21
**flat** 33:12,13 51:2
60:13,20 69:14,15
80:12 82:25 83:18
104:9 105:12
135:25 136:8
138:6 146:20
147:4,4
**flatscreen** 105:4
129:19
**flip** 19:25 35:21,25
37:2 38:1 46:21
89:10 90:18
101:14 102:8,8
107:20 109:6,17
110:9 111:7
133:23
**flipped** 20:4 47:2
**floor** 6:8
**florida** 2:8 6:14,17
**flow** 38:10 137:9
**focus** 24:11,24 25:1
39:23 135:21,24
145:2
**focused** 136:6
**focusing** 136:5,8

HIGHLY CONFIDENTIAL

**followed** 125:8
**following** 69:22
  139:1 146:3 155:5
  157:25
**follows** 10:13
**followup** 95:24
  161:20
**forecast** 159:21
**forecasted** 154:24
**forecasting** 156:3
  159:23 160:9
**forecasts** 154:20
  156:22 157:2
  159:3,16
**foregoing** 163:2
  164:6,13
**forever** 154:9
**forgot** 56:7 105:18
  124:20,20
**forgotten** 40:6 43:3
**form** 20:23 26:19,20
  28:25 29:21,22,25
  31:25 32:6,14
  39:12 45:15 51:25
  52:25 53:10 54:7
  55:6 58:8 59:5
  61:2,20 62:7 69:5
  74:8 85:15,21
  86:21 94:5 97:3,10
  98:19 99:19,22
  100:8 101:4,19
  102:25 103:14
  104:3,21 111:15
  119:15 129:5
  130:24 134:21
  141:5 150:13
  157:3 159:25
**formal** 46:17 47:1
**format** 122:12 140:8
  158:8,9
**formation** 82:25
**formed** 30:2 80:6
  113:22
**forth** 164:7

**forward** 110:20,22
  110:22
**forwarding** 90:2
**foundation** 96:25
  157:3
**four** 6:8 16:10 20:10
  31:15 34:1 48:7
  125:8 126:20
  127:2,4 128:3,4
**fourth** 52:7 53:22
**frame** 25:7 37:13
  40:3
**francisco** 1:2,8,18
  2:2,12,21 3:7,16
  5:9 6:9 7:7 10:1
**free** 123:1
**frequency** 69:25
  70:4,6,9 143:9
**front** 43:9 59:13
  64:15 97:19 126:2
**fs** 108:21
**full** 164:13
**funai** 136:5,7
  138:19,21,23
  139:1,9,13 140:3
**fundamentals** 44:11
  120:6
**funnel** 43:14 82:20
  83:2
**funnels** 84:7
**furnace** 96:20
**further** 10:24 75:3
  164:16
**future** 15:5 156:3
  158:3
**fuzzy** 143:10

---
### G

**g** 64:14,19 91:16
  134:8,10
**gained** 17:12
**garages** 148:25
**gate** 7:6
**gather** 27:13

**gathered** 95:21
**gathering** 40:17
**gc** 91:13,14
**general** 2:8 6:14
  10:19 50:13 55:2
  79:7 82:15 113:14
**generally** 80:5,24
  118:18 153:23
  159:20
**generals** 10:16
**generated** 156:16,21
  158:23
**generating** 35:3
**geoffrey** 3:14
**geographical** 137:9
**geographies** 75:5
**geography** 45:4
  67:1
**germany** 131:7
  132:4 136:7
  154:14
**getting** 72:23
**give** 11:1 12:6 28:5
  53:25 54:19,22
  55:2 60:7 66:7
  113:17 118:20
  119:8 123:20
**given** 14:23 29:14
  53:17 82:5,19 84:2
  136:10 141:10,22
  142:4
**gives** 94:16 102:10
**giving** 19:13
**glance** 132:19
**glass** 43:10,12,13,13
  43:20 84:6,8,10
  144:5,9,10
**global** 36:8 47:12,14
  48:24 84:21,22
  86:18 137:19
**globally** 157:22
**globe** 45:8,9
**go** 16:2 24:22 28:20
  29:4,15 30:5 31:10

31:21 32:8 34:25
38:21 43:4,23
48:11 49:1 51:15
54:11 61:6 66:16
68:13 69:7 71:16
74:22,23 77:11
78:5 79:4,8 85:16
86:23 87:7 88:13
91:7 96:16 101:6
103:2,10 107:10
108:1,5,5 109:5
112:4,20 115:8
123:14 125:9,11
131:1,7 132:17
145:25 152:20
162:8,9
**goes** 77:3 102:9
136:22 144:23
**going** 12:11 13:15
15:2,14 20:2 29:6
29:9 34:5 44:4
48:10 49:7 53:14
54:1,18,24 55:9
56:4 57:14 63:7,17
63:25 64:2,18
65:14 67:1,7,21
71:18 75:2,19 78:2
79:4,8 82:22 86:15
86:18 89:8 91:25
92:25 95:24 96:3,5
96:11 100:24
105:3,19 106:12
106:20 109:5
122:20 123:11
125:1,10,15,15
131:19 137:4
143:4 145:17,25
146:21 155:2,3,24
157:24 158:1
161:3,9,11,23,25
162:2,4
**golden** 7:6
**good** 10:18 78:4
114:23 147:22

HIGHLY CONFIDENTIAL

162:15
**goods** 147:2
**gotshal** 4:5
**gov** 7:9
**government** 131:8
132:6
**graduate** 16:10,11
16:14 17:21
**graduated** 16:5
**graduating** 17:22
**grafts** 42:18
**graph** 42:13,23
**graphs** 42:13
**grayed** 93:12,19,21
93:23 102:4
**greater** 91:17
110:13
**ground** 79:10
**grounds** 14:10
**group** 29:5 36:9
114:10 116:11
118:11,12,13,14
118:20,23 126:3
136:25 156:18,19
**grushing** 3:18
**guess** 50:20 88:1
91:11 110:3
**guide** 98:17
**guides** 73:11,17
**gun** 43:21,23 82:21
83:6 143:23
144:13,20,23,25
145:1,9
**guns** 145:11
**guys** 76:17

**H**
**h** 36:9
**half** 84:8 137:3
**halfhour** 122:23
**hampton** 6:6
**hand** 12:11 88:17
123:11 125:1
133:9

**handing** 19:5 46:4
63:20,21 125:7
**handle** 132:3
**handled** 22:6 40:18
41:13
**handles** 70:24
**happen** 155:2
**happened** 97:13
132:10
**happens** 147:10
160:16 161:16
**head** 12:7 18:15
114:4 118:12,14
118:20,23 121:13
121:17 122:11
124:10,17 149:25
150:5,6 156:19
**heading** 33:9 34:17
91:4
**headings** 91:4
101:24
**headquartered**
89:24
**headquarters** 28:20
28:23 29:12 30:10
117:7 119:20
156:13 159:24
160:1,2,4,7,11,13
160:15,17
**heads** 28:2,14 33:23
34:7 92:7,10,16,16
92:19,21,23
114:10 118:10
119:7,19,21
155:10,16
**hear** 12:8 75:19
**heard** 58:16 97:12
105:19 122:7
136:19
**held** 117:6,9,19,21
**hello** 11:14
**help** 73:17 114:8,10
156:24
**helpful** 48:10

**helps** 71:25
**hemisphere** 45:8,9
45:12,19,21 80:23
81:19,20,23,24
82:1
**hemlock** 13:12
**hertz** 69:24,24 70:2
70:3,11,11,19 71:5
71:8
**hes** 24:15 65:23
137:5 158:17
160:6 161:25
**high** 11:19,19 143:8
143:17,18
**higher** 143:19,20
**highest** 25:10,18
119:23
**highly** 1:16 2:19
**himaychi** 148:12
**hino** 40:5 113:9,10
113:11,12,16,17
113:20,21
**hinos** 113:13,16,25
114:8,10,13,19
**hirokazu** 36:12
**hiroko** 89:17
**history** 17:20
**hitachi** 5:3,3,4,4,4
**hofmann** 3:4
**hold** 87:1
**holding** 133:8
**hole** 71:22
**honest** 103:18 131:4
**honestly** 12:2 62:9
**hope** 49:25 79:9
**horizontal** 42:21
**horse** 92:15,19,20
92:22
**hour** 77:11,14,15
78:6 112:23
145:17
**hours** 77:13,16 82:7
82:10,14 115:6
118:19 161:8

162:1
**house** 92:7,10,16
**human** 44:6
**hundred** 21:3,14,14
23:2 52:2 70:2
71:5,8 111:5 153:2
153:13
**husan** 38:14

**I**
**id** 15:13 48:12,25
65:3 86:6 88:17
125:9,22 126:1
128:25 135:11
150:11
**idea** 30:1 33:25
**identical** 129:5
**identification** 12:15
19:4 46:8 63:19
88:20,23 125:4
**identified** 9:3,12
14:3 79:5 116:1
**identity** 79:7
**ignoring** 82:17
**ill** 32:2 41:4 54:10
111:1,18 126:12
130:9 137:5 162:7
**illness** 131:11
**im** 12:11 13:15
14:23 15:2 18:3,22
18:22,22 19:5 20:2
24:21,22 25:6,22
28:8 32:1 33:21,24
36:3 39:3 46:4,25
49:25,25,25 51:14
55:2,9 58:13 60:17
61:7,8 63:7,17,21
63:25 64:2,5,18
66:3,24 67:11 69:1
71:16 73:8,12,15
75:16,19,20 78:2
79:4,8 83:25 85:6
86:16 88:18,24,24
88:25 89:5,8 90:6

HIGHLY CONFIDENTIAL

95:18 107:4
108:13 109:5
117:11,11,11
120:15,18 122:17
122:20 123:11,11
124:2 125:2,7,15
125:15 126:10,14
128:11 132:9
133:8 134:2
145:25 151:13,14
152:4,4,11 153:5
153:15 157:18,18
161:3,24
**image** 51:20 137:2
**immediately** 17:22
45:2 60:5 90:19
108:8
**impact** 33:12
**impedance** 142:14
**impinges** 14:12
**implement** 99:5
**implemented** 99:8
**imply** 23:9
**important** 105:3
111:24 112:5
**impossible** 145:6
**improve** 98:2
113:14 114:5,6
150:1
**improved** 98:12,14
**improvement** 99:1,7
**improvements**
99:14 100:22,23
113:15,15
**improving** 97:23
98:12 113:13
114:12
**inch** 56:18 79:24,24
80:8 82:23 85:3
**inches** 71:5 79:25
80:1
**include** 33:14 47:18
47:21 73:21 75:9
157:5

**included** 33:8 55:13
85:8 157:7
**includes** 34:18
105:12
**including** 38:14
135:14 146:2
**incorporated** 21:24
**increase** 84:10 98:6
112:8,14 147:21
**increased** 98:16
**increasing** 97:22
**incurred** 81:8
**independent** 138:9
**index** 111:6,7
**indicate** 62:15 68:22
68:23 69:21,24
71:17 94:19
108:24
**indicated** 49:16
**indicates** 52:9,24
65:2 68:15 128:14
**indicating** 125:17
127:13 129:1
133:9 134:13
**indication** 37:10
53:25 66:7 110:18
**indirect** 2:6,20 3:3
**individual** 11:2
19:21 35:12 41:23
85:4 104:23
140:12
**individuals** 10:25
21:16 22:16,17
**indonesia** 19:24
136:5 138:20
139:4,5 149:1
154:5
**industries** 5:16
17:24
**industry** 108:13
**influenced** 158:22
**informally** 65:22
**information** 4:15
13:17 33:9,14

34:16,19 36:22
37:20 38:7 40:7,10
40:17,19,21 42:6
51:13,13,14 59:7
61:21 84:18,23,23
84:25 85:1,13,14
85:16,18 86:16
87:17,21 88:11
94:3,24 95:11,14
95:21,22 96:2,3,4
96:9,10 97:1,7,8
97:12,19 98:1
99:10,13,17 100:6
100:12 101:10
102:14,18,23
103:5,8,22 104:2
106:4,7,22 107:5
109:15 110:20
111:14,21 112:25
113:1 120:11
121:14 128:9
134:19 137:7
139:16 149:20,22
149:24 155:6,15
155:19 157:1,4,5,8
157:15,16,20
159:8 160:14
**informed** 127:10
**initial** 90:1,2
**initially** 153:20,21
**inject** 128:9
**inperson** 28:13
**inputted** 158:10
**inside** 143:14 144:2
144:7
**insignia** 85:19 86:3
**inspect** 97:15
103:10 106:18
**inspections** 109:12
**installed** 146:21
153:20,21
**instruct** 13:15 14:11
14:22,25 106:14
106:18 109:11

**instructed** 8:11 12:1
106:21 122:15
123:5
**instruction** 14:22
156:6
**instructions** 113:17
**intended** 45:5,11
58:3
**interchange** 142:6
**interchangeability**
142:20
**interchangeable**
144:1,19
**interchangeably**
142:3
**interest** 104:9,12
106:10
**interested** 104:8,14
104:16 105:7,11
105:13,23 112:7
164:18
**internal** 87:12 96:2
96:9 97:6 101:12
112:9,17 122:2
131:16 158:23
**internally** 116:12
**interpret** 10:6
**interpreted** 78:13
**interpreter** 7:13,14
10:12 18:6,8 24:3
24:5,6,18,24 39:3
42:10,10 44:10
49:8,8 56:14,14
60:10,10,17 78:10
78:12,12,18,21
79:16,16 83:13,13
83:14 95:18,19
96:7,7 115:11,11
136:1,1 138:1,1
139:11,11 151:24
151:24 152:4,5,9,9
152:24,24 153:7,9
158:6,6
**interruption** 16:22

HIGHLY CONFIDENTIAL

86:25 107:9
**inv** 71:15,17,19
**invar** 71:17,19,20
**investigate** 60:3
**investigation** 134:17
134:18
**invests** 20:16
**involve** 82:4
**involved** 32:25 63:1
100:25 112:7,10
140:12 149:9
152:13
**involves** 97:18
**iron** 71:20,20
**isnt** 134:23
**issue** 86:15
**issued** 34:6 73:19
**issues** 122:22 132:2
**itc** 52:23 53:14,25
54:15
**item** 46:23 47:5
51:24 68:20,24,25
69:13 70:1,2 71:17
**items** 53:22 70:1
74:17 92:8 93:2
146:3
**ive** 13:7 64:8,10
103:19 136:19

**J**

**j** 50:17,21 51:20,23
52:3,5 66:4,10
**japan** 13:11 22:11
51:9,10,11,12,16
52:5 56:7,8 57:1
57:15,15,20 59:18
61:15 62:16 63:9
89:24 114:14
117:10,13,15,16
148:4 154:13,25
**japanese** 7:13 10:7
10:8 22:1 24:18
34:3 46:12,20
50:16,21 51:7,19

56:10,12 126:4,24
127:13 130:12
131:20 134:2,4
146:9 151:9
**jedec** 66:12
**jennifer** 6:15
**joined** 17:1
**joins** 16:23
**joint** 18:12,13,25
21:1 23:1 31:4
59:23,24 62:22,24
63:12 86:11
115:20 131:24
138:20,25 139:8
139:13
**jomu** 24:4,10
**jqx** 50:10,15,24
**july** 1:19 2:23 8:4
10:1 108:22 129:7
129:18 164:21
**jump** 152:20
**june** 18:23 20:20
22:25 23:5,8,8
25:13,22,25 26:6
91:1 94:19 108:23
129:7
**junior** 11:19
**justice** 7:3
**justifying** 128:11

**K**

**kadoma** 117:8
**kamimura** 73:8
**kazuteru** 19:22,23
41:6
**kazuto** 90:9
**keep** 56:20 84:20
149:12,14,22
155:19
**kept** 72:17,18
149:22 155:16
158:4,10
**kind** 16:21 34:16
42:16 54:14 98:13

131:11
**kinds** 158:16
**kinoshita** 90:3,5
**kirill** 7:15
**kngz** 65:25
**know** 12:17 19:8,21
24:16,19 36:16
39:6,15,17 40:23
41:8,12 43:1,8
46:10 50:23 51:16
52:2 53:22 54:5
55:9 56:4,9 59:14
62:10 64:15 65:1,5
70:23 74:23,24
76:5,19,19,22
85:23 86:6 89:18
89:19 90:4,8,10,12
91:10,12,15,18
94:21 95:7,22
97:11 100:3,4
102:16,20,20
103:4,19 107:12
107:19 108:3,4
109:4,15,16
110:24 112:19,25
113:5,20 123:7
124:6 125:10,19
127:2 128:10,12
128:15 132:23
133:15,15,17,18
133:22 134:9,10
134:10,15 135:2
141:12,12,24
150:11 153:15
158:13,15,16
161:9
**knowledge** 17:12
40:15 58:16 59:8
61:24 64:22 66:20
123:2 140:14
**knows** 128:20
**koko** 7:13 10:5
**koninklifke** 5:14
**korea** 102:3 108:20

**kp** 94:15
**kxh** 65:4 66:7,11,13
66:17
**kyogo** 130:14

**L**

**l** 4:6
**label** 59:16,16 70:6
**labeled** 64:1,13
**labor** 81:14,20 82:3
139:15 149:15,17
150:3,4
**lacks** 69:16
**lambrinos** 3:5 8:9
10:15 11:6 12:11
12:17 13:20 14:15
15:2,12,22 16:25
17:4 18:5,9 19:5
21:5 22:2 24:21
25:1,4,8 27:7 29:4
29:19 32:2,8 36:21
36:24 37:14,19
39:7,18 42:18
44:13 45:22 46:4,9
48:17,20 49:14
52:7 53:21 54:22
55:21 56:16,20
58:1,14 60:7,21
61:6,16 62:4,11
63:7,16,20 64:8,12
64:17,23 65:13,20
66:6 69:7,10 73:2
73:4 74:16 75:16
75:19,23 76:18,25
77:10,18,21,25
78:2,5,9,16,20,23
79:18,22 83:22
85:21 86:1 87:2,6
88:7,14,17,21,24
92:17,20 94:10
95:20 96:16 97:8
97:14 98:21 99:9
100:5,11,16 101:6
101:9 103:2,6,17

103:21 104:1,13
105:10 107:10,16
107:20 109:5
110:23 111:1,21
112:19 113:6
114:18,21,24
115:2,7,13,18
123:4 124:9 125:1
125:5,14 126:1,16
126:19,22 127:3,9
127:16,18,21
128:11,19,22,25
129:24 130:16
131:1 132:12
133:12,23 134:24
136:3,9 137:8,15
137:19 138:10,16
139:18 140:23
141:1,8 145:19,24
150:15 151:23
152:2,12 153:19
158:11,20 160:3,5
160:9 161:13,20
162:4,9,11,16
**land** 147:4 149:2
**language** 10:7,7,8,8
**large** 28:17 46:20
80:8 84:22 89:13
111:4 112:10
135:24 137:22
138:11 146:9
148:12 152:19
**larger** 111:2
**largesize** 148:13
**largest** 138:10,17,21
**latest** 77:16
**law** 7:4 12:3
**laws** 163:2
**lawsuit** 12:22
**lay** 79:9
**layers** 24:17
**lcds** 33:12 105:11,23
**learn** 11:15 17:9
**learned** 17:19

147:18
**leave** 131:13
**leaves** 96:12
**left** 25:24 41:23 44:4
48:20 140:13
145:20
**lefthand** 101:15
**legal** 2:9 16:16
**lehman** 7:14 73:1
126:25 128:5,13
130:14 151:20
152:7 153:2,13
**lens** 81:4,5,6,8
144:24 151:10,10
**leslie** 1:22 2:23
164:4,25
**letter** 50:17 65:22
**letters** 50:10 68:20
143:7,9,13
**levashob** 7:15
**level** 16:10 25:18
30:11,13
**levels** 25:10 30:9
155:23 161:15,17
**lewis** 5:6
**lg** 2:9
**lifetime** 154:6
**likewise** 145:3,13
**limited** 101:1
137:13
**line** 8:12 40:10,11
43:24 69:22 88:2,3
90:7,23 93:6,12,13
93:19,21,21,21
94:11 95:8 97:24
98:13 101:9,16,23
102:9 106:9,25
107:21,25 108:7
109:8,18 110:10
110:11 111:4
112:11,13 129:7
130:13,14,15,16
130:21 132:13
133:8 135:6 146:9

146:14,14 147:10
148:9,11,13 154:5
158:24
**lines** 20:10 93:3,4
94:20 95:12 97:17
98:10 102:3,4
107:4 109:13
110:15 126:23
152:18 153:20,21
153:24,25 154:3
**link** 73:14
**linked** 84:12
**list** 63:7 66:19 72:12
**listed** 36:4 64:8
128:3,4 146:3
**listing** 130:11
**lists** 38:7,13 127:12
130:4
**litigation** 1:4 2:3
158:12
**little** 15:23 18:21,24
21:18 34:12,12
58:24 64:14 96:18
96:18 100:22
122:24 128:7
135:16 147:7,7
150:9
**llc** 4:16
**llp** 3:4 4:5,17 5:6 6:6
**local** 57:4 84:24
99:24 131:7 132:6
**located** 92:14 117:8
117:16 122:5
**location** 57:4,5
135:15 144:8
**locations** 38:20
**lodge** 122:20 161:3
**logistical** 137:9
**long** 16:7 33:19
55:18 82:5,15
118:17 121:11,11
146:11 158:25,25
**longer** 65:14 154:13
161:10

**longterm** 156:1,3,9
156:22 157:2
158:3 159:12
**look** 36:7 38:6 40:8
42:13 46:19,19
52:20 59:15,21
60:2 67:4,13 69:25
73:8 74:14 75:7
77:4 87:14,22 88:1
94:10 95:3 102:7
111:1 112:21
125:12,19,20,22
125:24,25 126:11
127:6,22 128:6
139:14 143:10
**looked** 41:1 66:19
92:1 101:19,23
103:24 129:6
132:25 158:2
**looking** 36:3 39:8
49:24,25,25 50:1,5
50:23 53:18,22
54:21,25 62:21
63:8,10 65:7,17
66:22 67:6 68:5,18
68:19 69:9 70:5
71:25 73:13 74:12
74:20 76:7 77:5
84:18 87:19 89:7
90:6 91:3 92:6
97:25 102:2
108:19 110:20,22
110:22 129:14
131:4 154:19,20
154:22,23 157:13
**looks** 89:17 90:19
108:25 133:14
**loss** 17:17 33:7
**lot** 24:14,15 52:19
66:20
**lpd** 108:7,10 113:1
**lqk** 68:21,22,23,24
68:25 69:3
**ltda** 6:5

HIGHLY CONFIDENTIAL

lunch 75:20 77:11
78:5,8,10 79:2

**M**

m 2:22,22 4:18,19
5:7 10:2 48:7
49:10,14,20,21,24
65:2 94:15 162:17
m20 50:1
m20jqx 51:4
m68 68:14,19,20,25
macro 87:13 94:8
114:11
main 33:11 46:12
79:24 104:8
137:21
maintain 71:24
maintained 154:8
major 16:4 29:7
33:10 50:13 51:1
55:24 56:8 72:1
83:4,6 109:7
123:21 124:24
137:11 150:9
156:11
maker 108:10 111:7
111:7,9 141:23
makers 47:22
making 31:18 42:16
111:22 142:6
malaise 5:18,22
malaysia 38:14
148:5 154:14
manage 57:16
managed 72:22
management 75:7
111:20 114:3,7,12
119:14 122:11
manager 18:17
managing 21:19
22:10 23:15 25:14
25:17,18,21,22
26:5,10
manges 4:5

manipulation 98:6
manner 81:21
131:17
manufacture 79:12
79:23 80:13 82:16
86:7 136:15
manufactured
35:18 51:10 57:1
57:14,15,20 58:17
59:14 60:6,23
61:14 62:2,6,16,18
62:22 63:9,11 79:8
80:1,10,18 85:5
88:11 96:22
112:23 141:3,4
146:23
manufacturer 50:21
51:7 84:11 85:5
112:1 136:18
141:25 142:11
manufacturers
47:25 50:16
106:15 138:8
140:16,24 141:9
manufactures 19:10
148:25
manufacturing
33:14 38:17,20
44:24 55:3 57:23
80:16 81:10,13
97:17 98:11
106:19 109:23
110:6 111:9
122:22 135:14
141:19 146:1,5,7,8
147:5 148:6
map 37:3
maquiladora 58:22
march 127:20 128:1
128:2 129:11,13
129:13,15,17,22
130:21 131:10,15
131:23
margin 139:17

marin 164:2
marked 9:11 12:12
12:15 19:3,6 35:24
46:5,8 63:19,21
88:19,22 89:1,7
125:2,3,7
market 5:8 33:4
55:13 56:12,13
70:23 75:10 81:5,6
81:7 84:14,15,16
84:17,21,22 86:19
104:10 129:19
157:4,5,14,17
markets 56:8,10
marking 88:18,24
108:1 123:12
mask 60:16,18,19
60:19 71:17,20,20
71:20,22 80:3,6,9
82:20,25 143:17
143:18,21 144:7
145:4 151:7,9
masks 145:12
mason 3:4
mass 146:17,25
147:2,5
masters 16:6
masushita 124:4
match 53:19
material 41:18,18
41:20 84:5,12,14
84:15 149:13
materials 42:1,4
139:15
matrix 140:9
matsuda 17:23 18:6
18:7
matsushita 18:7,14
19:1 20:15,21 21:1
21:8,12 76:24
115:20 124:6
matters 132:16,22
maximum 37:16
96:23 103:11

mcallister 4:19
mci 17:3
mdl 1:5 2:5
mean 14:23 22:3
38:8,11 39:1,9
43:15 47:14 49:23
50:2,15,22,24,25
51:12 52:8 65:4
66:8 67:14 68:6
69:14,17 70:6
71:21 72:4 73:12
81:16 88:5 100:10
108:14,14 110:10
115:18 120:18
131:19 136:19
137:14 138:13
140:18 141:17
143:22 146:17
147:3 148:1
150:14 151:13
160:1
meaning 34:3 43:16
61:7
means 39:6,17
49:21,21 50:21
51:5,11 56:24
58:10 66:17 69:23
71:22 91:9,14,21
91:23 108:3 110:3
110:25 127:17
134:9
meant 39:14 55:11
120:16
mechanical 98:24
medium 152:19
mediumsized 110:6
meet 56:3 82:4
124:22 141:21
meeting 26:25,25
27:5,7,9,10 28:3
30:19,20 32:4,15
32:19 116:14
118:21 119:1,1,2
120:10 122:2

**meetings** 27:16 28:1
28:10,13 30:23
31:11,24 33:23
116:25 117:3,6,19
117:21,24,25
118:17 119:4,8,9
119:18,24 120:5
120:22 121:2,7
122:15 123:6,8
124:15
**meets** 74:24
**mei** 18:11
**member** 89:14
90:11 124:23
**members** 31:1,22
32:3 85:15 99:2
115:23 116:4
131:22
**memorized** 64:20
**memory** 25:23 31:5
32:9
**mention** 35:11
**mentioned** 30:8
32:24 42:14 57:17
70:10 76:3 82:23
95:11 97:21 106:1
106:10 123:22
138:19 154:18
157:9
**met** 104:19
**metadata** 41:5 90:6
**metal** 144:7
**mexico** 6:4 107:25
**middle** 105:17
**midterm** 156:7,8
**miller** 7:5,9 10:18
10:19 96:12
**million** 37:7,11
151:9,11,14,20
152:7,8,10,11,12
153:2,3,6,7,10,12
153:17 157:23
**mind** 28:8 61:8
**minutes** 43:5 65:13

65:14,19,20 77:14
77:14,15,17
114:22 115:6
145:18,19 161:7
161:11,23 162:6
**mischaracterizes**
52:1 54:8 103:1,15
112:15 129:20
**missing** 67:24
**misunderstood**
150:11
**model** 45:24,25
46:11 47:6,9 48:14
48:21,25 49:4,17
49:17 61:4,13
62:13 63:8,22
64:21 69:3 71:25
72:5 73:15 75:20
75:23 76:14,21
82:20 142:4
150:21,24
**models** 82:18,21
83:23 135:19,21
135:22 136:10
150:23 151:5
**modem** 9:5 63:18
**modified** 15:15
**mold** 151:8,9
**moment** 16:25 39:3
44:10 87:2 125:12
**monday** 1:19 2:23
8:4 10:1
**monitor** 49:11,15,21
50:6,6 51:5,5 53:2
53:23,23,24 54:1
62:1,5,21 63:1
65:2 86:1,19 87:10
141:13 143:4,20
154:15
**monitoring** 86:18
95:8 101:1 105:24
**monitors** 57:7,10,17
57:17,19 58:2,4,16
61:19 62:11,12,15

62:20 63:2 66:4
143:7
**montgomery** 2:21
3:6
**month** 26:24,25
27:24 28:11,12
34:11 94:20
102:11 105:16
108:23 119:15
121:9,10 155:2,5
**monthly** 26:23
28:13 33:22 34:6
42:24 94:23
116:14 117:3,6
123:18 124:15
**months** 159:19,21
**morgan** 5:6
**morganbyrd** 6:15
**morganlewis** 5:11
**moriguchi** 117:12
117:17
**morishita** 35:12,14
121:19,21 122:13
122:16 123:19
124:5,8,9 156:20
156:21
**morita** 18:3
**morning** 10:18
77:15 116:15
118:22 121:13
154:18 162:14
**move** 65:23 135:11
137:8
**moved** 58:22
**movements** 84:17
**moving** 106:12
127:9
**mt** 4:4
**mtpd** 13:5,8 18:13
18:19,25 19:11,12
19:15,21 20:7,20
21:6 22:13,15,24
23:1,3 26:14 27:3
27:9,18,18 28:16

29:22 30:22,24
32:4 35:4,25 37:3
37:23 39:19,20
41:16,20,23 42:5
44:16 46:11 47:9
47:15 48:6 51:22
56:21 59:23,24
60:23 62:24 72:19
72:21 73:5,20 77:2
77:2,7 79:12,19
80:9,13,16 83:24
86:7 88:9 90:22
94:11,25 95:2 97:2
97:20 100:7
101:19 102:15,22
103:11 104:24,24
106:14 108:11
111:12,13 113:22
114:14,15 115:20
115:23 116:4,9,10
116:19,21 121:14
121:17 123:13
130:23 133:20
134:20 135:19
138:16 139:6,10
139:19 150:7
153:23 154:11,23
154:25 156:12,17
156:18 160:2,11
160:11
**mtpd0122906** 9:6
63:19 64:1
**mtpd046828** 133:14
**mtpd0468623** 9:9
125:3 126:3
**mtpd0468628p0001**
125:17
**mtpd0468629** 135:6
**mtpd0468631** 129:2
**mtpd0504719** 9:7
88:19 89:9
**mtpd0504720** 89:11
**mtpd0504721** 9:8
88:22 89:15

**mtpd0608932** 9:4
19:3 20:4
**mtpd0652314** 46:21
**mtpd0652314e** 47:3
**mtpds** 37:10 45:14
86:19,20 87:10
92:21 94:20 95:8
98:18 105:24
116:17
**mullin** 6:6 17:2 87:5
**multipage** 111:5
125:18
**multiple** 24:16
126:10 141:16,17

**N**

**n** 4:20 5:14 8:1
**nafta** 75:13
**naifeh** 4:18
**nakamoto** 150:7
**name** 11:7 22:21
28:6 35:11,13 36:4
40:6 47:6 54:19
63:8 66:2 76:5
78:13 85:10,24
89:19 92:12 93:4
116:12 124:20
126:5 127:9
130:10 131:2
136:6 164:20
**named** 19:24 35:12
38:16 90:9
**names** 22:16,17
38:14 47:9 92:21
92:24 93:3,6 116:1
141:2
**naming** 47:12 72:10
**nanjappa** 5:7
**narrow** 135:21
**naturally** 150:2
**nd** 5:4
**necessarily** 24:19
51:10 122:6
127:21

**necessary** 28:19
30:11 81:4 82:2
90:17 120:16
**need** 12:5 24:22,24
51:17 66:19
120:17 142:7
151:8 161:9
**needed** 17:9 28:19
30:13 121:15
131:20
**needs** 12:8 96:13
107:14 141:22
157:20
**negotiation** 139:25
140:6
**negotiations** 140:11
**neither** 164:16
**never** 17:9 58:16
62:18 83:25 97:12
97:18 102:22
106:21 135:1
152:20
**new** 4:9,9 59:25
75:12 147:20,24
148:1,1 153:22
154:12
**nice** 84:11
**nine** 48:8 49:13
77:16
**nishiyama** 36:9,11
36:12,25
**nodding** 12:7
**noncaptive** 137:12
137:25
**nonverbal** 12:6
**normal** 80:13
131:15,17
**north** 4:4 5:15 13:5
53:7,14 67:11
80:21
**northern** 1:1 2:1
45:8,12,19,20 81:5
81:6,20,23
**note** 34:14 123:2

125:8
**noted** 37:16 162:17
**notice** 9:13 10:24
12:13 79:6
**noticed** 10:22 67:22
**noting** 88:25
**november** 93:24
**npsc** 55:21
**ntsc** 55:16,18,21,22
55:22 56:1,6,9,22
70:10
**number** 9:3,5,12
12:12 20:3,5 23:25
31:8 35:23 37:17
38:2,23 45:24,25
46:11 48:12,14,21
48:25 49:3,4,17,18
50:12 51:24,24
52:8 53:25 59:2
60:2,24,24 61:3,4
61:13 63:18,25
64:2,9,11,12,16,20
64:21,21 66:1
67:22,23,23 69:4
71:25 73:20 75:21
75:23 76:14,21
79:5,6 86:13 89:8
89:9 96:21 107:25
109:7 118:7 119:6
125:16,17 126:3
129:2 131:20
134:7 135:11
137:2,8 146:1
152:5 155:14,22
161:14
**numbered** 15:16
**numbering** 46:1
47:11,12,16 48:4
52:12 53:17,18,19
54:20 55:1 59:17
**numberings** 54:12
**numbers** 12:23
27:18 34:10,18
37:25 46:2,2 48:1

50:25 54:14 58:5,6
62:13 63:22 65:25
66:3 67:13,22
68:14 72:5,6 94:12
94:22,22 99:15
103:13 119:14,14
157:21 158:23
159:2
**nw** 5:19

**O**

**oath** 11:25 164:8
**object** 14:9,10,21
25:6 31:25 58:8,9
137:5 159:25
**objection** 13:15
15:21 20:23 26:20
28:25 32:6 37:12
39:12 45:15 51:25
53:10 54:7 55:6
57:9 59:5,6,11
61:2,2,20 62:7
63:6 64:19 69:5
74:8 85:21 86:21
94:5 97:3,10 98:19
99:19 100:8,14
101:4 102:25
103:14,23 104:3
104:21 107:7,18
109:2 110:21
111:15 112:15
113:3 122:20
129:20 130:24
133:10,21 134:21
141:5 150:13
161:4
**objections** 164:9
**objectives** 143:13
**obligation** 160:14
**obtained** 85:14
**obviously** 24:9,15
122:21,22 128:8
**occasion** 123:15
**occasions** 124:21

occurred 28:10
occurs 67:24
oclock 77:13,24
  115:5
offering 125:21
office 2:8 6:14 10:16
  10:20 132:18
officer 113:23,23
offices 117:18
officially 17:10
oh 20:2 25:22 31:20
  34:3 87:23 91:2
  122:16 123:12
  139:5 140:19
  145:16 149:6
  157:17
ohio 28:18 29:23,24
  30:15 60:1 75:12
  124:25 136:12,12
  136:17 138:4,5,5
  138:14 148:24
  149:25 150:6
  154:12,13
okay 11:24 12:16
  13:19 14:14 19:7
  20:1,6 25:1,3,12
  35:21 36:20 38:6
  43:19 44:22 46:4
  46:13,18,19,22
  47:5,7 48:16,17
  49:2,3 51:4 58:14
  58:18,23 63:16,17
  64:3,4,13,18,23,23
  66:6,22 67:13,17
  68:13,18,18 69:10
  69:20,24 70:7 71:7
  73:10 75:16,22
  76:18 77:10,18
  78:4,5 83:14 86:5
  86:15 88:17 89:7
  90:18,22 91:3,25
  92:20,25 93:17
  101:8,9 102:2,14
  107:2 108:5

109:11 114:21,24
115:2,7 116:16,23
117:2 125:18
126:9,17,23 127:8
128:8,19,22,25
130:1 134:11
135:11 137:16
141:21 142:19
143:14,24 144:18
145:16,24 151:4
152:2 154:10
161:22 162:9,11
okomoto 24:12
old 76:9,11 147:25
once 26:25 27:4
  74:1 123:14
onebyone 49:1 94:1
onepage 27:19,20
  27:22 33:24 34:5,6
  34:8 118:22 119:3
  121:23
ones 83:4 158:17
oneyear 17:24
online 115:2 145:25
ooo 10:3 162:18
open 19:25 20:4
  90:18
opened 132:24
  153:19,22
openly 139:16
operating 17:15
  21:18 22:10 23:13
  23:15,16,21,23
  33:3,8 38:3 39:10
  98:4
operation 38:22,23
  39:2,4,14 40:9
operations 112:7
opposed 78:20
  81:19 140:16,21
opposite 53:12
optical 144:24
orally 122:7
order 12:8 15:15

50:14,18 52:10,13
53:20 54:10 71:19
74:19 75:1 81:8
82:9 83:21 98:6
103:7,8,10 111:19
141:22 144:6
ordered 142:1
ordinary 17:15
  37:22 41:15 76:25
  77:7 95:1 99:10
organization 17:25
  18:1,10 22:5 39:21
  39:24 51:16 72:19
  76:3 78:13,14,19
  78:22 97:22 114:8
  119:21 139:23
  159:9
organizational 36:1
organizations 72:16
  72:18 156:24
organizing 28:3
original 53:19 67:4
  67:6
originally 24:6
osaka 16:3 117:11
  117:14,14,16
otsubo 21:11 22:19
  23:8,12 24:7,12
  25:5,9,13,19,21
  26:4 28:15 115:16
  116:2,3,6 120:3
otsubos 25:14,15
outcome 121:2
  123:8 164:19
outlined 79:5
output 88:15 99:13
  99:16 105:24
  154:21,22,24
  157:6
outside 59:7 77:5
  100:12 138:12,17
oven 96:20 98:4
ovens 97:16 103:10
overhauled 147:16

overhauling 147:19
  148:5

───────────

**P**

p 2:22 4:19 162:17
pacific 91:11 102:3
  108:20
packed 45:2
page 1:6 8:12 19:25
  20:4,7 35:21,25
  37:2 38:1,2 41:1
  46:21 47:1,3,3
  63:23 65:6,18,24
  66:1,6 90:2 97:19
  101:14,20,23,25
  102:8,9,12 103:9
  106:23 107:20,22
  107:23 109:6,7,17
  110:9 111:8
  118:25 121:25
  122:4 125:23
  126:2 134:6
pages 34:2 46:15
  111:5 164:13
pal 55:23,23 70:11
  70:18,19 71:11
pamphlet 85:15,25
panasonic 4:3,3
  13:1,5,5,8 18:2
  21:4,13,19 22:4,5
  22:11,19 23:2,9,13
  23:17,21,24 25:5
  25:19 26:1,5,6,11
  26:12 28:20,23
  29:5 30:7,16 31:14
  41:15 46:11 57:6
  58:1 59:22 60:4,9
  60:14 62:22 63:11
  63:24 71:24 72:20
  79:23 82:19 86:6
  89:23 100:12,20
  105:8,19 106:11
  106:14,16 114:14
  116:11,25 117:18

119:7 123:9
136:14,20,23,25
137:4,20,23,24
139:5,20,23,23
140:3 141:1 142:2
147:9 149:10
152:13 156:2,7,14
156:15 159:10,16
160:3,4,7,20,23,25
161:2,5,6,19
**panasonics** 84:3
100:18 137:11
140:15 146:5
161:19
**panel** 43:9,10,13,20
60:13 82:20,24
83:1,8,9,18 84:7
144:5,10,10,11
**panels** 80:5
**paper** 34:4 118:23
122:6
**paralegal** 6:15
**pardon** 13:23
**parens** 69:13
**parent** 29:12
**parentheses** 38:22
**part** 26:13 32:11
42:1 43:10 45:10
54:16 64:2,7,11,12
64:16,20 83:2,15
88:25 108:18
110:8 114:14,14
114:15 116:5,7,14
124:2 133:24
150:12
**particular** 34:14
100:3 135:24
149:13
**particularly** 105:3
**parties** 149:7
**party** 164:17,17
**pass** 27:25 89:4
**passed** 31:7
**passing** 89:5

**pasted** 64:6
**patent** 100:20
**patented** 100:23
**patents** 100:25
**pavc** 124:15
**pay** 132:8 139:10
**paying** 105:15
157:10
**pcs** 37:7
**pdp** 105:12,20
**pegged** 140:3
**peking** 18:15 79:21
**penalty** 163:1
**pennsylvania** 5:19
**people** 14:2 21:10
22:9 23:18,20,24
23:24 24:7 27:1,12
31:5,6,13 32:23
90:7 96:14 97:1
99:18 115:16,25
118:6,8,9 154:25
155:7 159:9,10
**percent** 20:16,21
21:3,14,15 23:2
39:8,10,14,17 52:3
81:12 84:6,6 98:14
115:21,21 157:23
157:25 158:1
**percentage** 38:23
137:1
**perform** 113:25
**performance** 27:5
82:9
**period** 17:24 18:18
20:19 22:24 23:7
28:15 35:5,5,10,15
60:22 62:23 63:12
70:23 71:11 79:15
112:5 113:7
116:24 120:2
121:18 124:18,19
129:17,18 131:5
135:13
**perjury** 163:1

**permitting** 97:14
**person** 19:23 22:21
27:10,17 28:3,4,5
30:6,12 31:9 32:23
35:6,7,12 41:24
76:2 77:8 90:5
107:13,14 113:9
114:2 118:4
123:19 140:13
149:23
**personal** 17:12
61:24 123:2
**personally** 17:9
**personnel** 119:21
132:2,22 149:16
150:3
**persons** 28:6 76:5
**perspective** 75:6,7
87:13 94:8 114:11
115:22
**pertinent** 120:10
**peters** 7:13 10:5
13:20,22
**pf** 69:13,16
**philippines** 56:7
**philips** 5:14,15,15
**phone** 4:18,19 5:7
5:18 6:7,15 27:11
**phonetic** 110:11
148:12
**phosphor** 43:10
52:16,17
**phrase** 58:9
**phrased** 39:14
**pick** 77:21 132:19
133:13 161:10,11
161:24 162:13
**picture** 4:4 44:3,7
68:11 110:11,12
143:1,11
**pictures** 43:25
**piece** 110:19 115:5
147:4
**pieces** 37:11 86:22

**pin** 80:22 144:7,8
**pinned** 80:20 82:18
**pinning** 81:15
**pitch** 71:22
**pl** 33:4,6
**pl01** 6:16
**place** 98:12 113:13
147:20 164:7
**placed** 17:25 80:7
**places** 38:16 71:2
**plaintiff** 2:5,6
**plaintiffs** 1:11 2:14
2:20 3:3,12 15:4
**plan** 34:19,21,23
35:3,7 42:24,25
87:24 156:6,7,8,16
156:17 160:12,13
160:16,20,23,24
**planned** 110:15
**planning** 101:2
119:22 155:25
156:2,3 159:12,15
**plans** 87:16,22
156:9,10,21 158:3
158:4,9,16,21,22
159:16 160:8,10
160:22 161:4,16
161:19
**plant** 40:9 58:21
99:25 104:24
107:25 109:12
136:15 148:18,20
148:24 157:2
159:24 160:7,8
**plantlevel** 149:10,19
**plasma** 33:12
**please** 11:7 12:6
16:25 17:5,20 29:4
29:19 35:21 39:3
44:10 47:5 56:16
87:7 101:14
103:17 131:1
133:13 136:3
**plus** 139:17

HIGHLY CONFIDENTIAL

pna 13:8
point 25:9 44:13,24
   51:8 55:25 58:21
   59:24 77:17 104:9
   105:10 114:9
   126:2 127:23
   130:9 161:4 162:3
pointing 46:25
   125:23 126:14
policies 155:22
   161:14,17
policy 135:23
   149:21 155:15
   156:11,11
portion 127:12
   128:12
portions 15:4
position 24:11 25:4
   25:11,24 42:5
   88:13
possibility 41:2
   70:20,25 90:15
   108:17 110:7
   131:3 133:4
   143:23
possible 29:2 53:3,6
   67:3 74:11 85:1
   87:19 96:3,4,10
   99:1,4 105:14
   106:5 142:5
   143:12,16 144:3
   147:21 150:25
   158:17 159:7
posted 90:15,16
power 142:11
powerpoint 19:11
   20:20 35:21,23
   37:3 38:1 125:18
   133:13
practices 155:22
   161:14
precise 121:5
predominated
   135:19 136:10

prefecture 117:14
   117:16
preparation 14:3,5
   14:20
prepare 13:9 27:15
   121:7
prepared 13:12
   32:21 42:2 59:9
   61:23 122:24
present 7:12 13:20
   27:16 31:11 76:15
   118:24 119:12,13
presentation 19:13
   32:14 35:24 38:11
   40:24 41:3 118:21
presentations 31:19
   119:9
presented 32:5 34:7
   121:4
president 18:12,14
   18:18 20:10 21:6
   22:24 23:1,3 25:24
   25:25 26:2,6,12,14
   29:13 30:3,6,7,10
   30:11,16 36:4
   37:23 39:19 42:5
   77:1 88:8 94:25
   95:2 111:13 112:6
   114:4 116:10
   119:25 122:17
   123:13 130:23
   132:22 161:1
press 60:19
pressed 60:19
pressure 132:7
pretty 79:10 105:21
   120:15
previous 34:11
   119:15 121:9
previously 9:11
   12:12,15 46:5,8
   102:22
price 84:9 138:8
   139:19,19,22,24

139:25 140:4,6,7
   140:10
prices 139:1,9 140:2
   140:12,14
pricing 137:24
   138:24 140:9,9
principle 144:23
printing 15:18
prior 15:25 17:15
   18:14,16,16 45:2
   87:18 101:20,23
   101:25 119:1
   122:17 129:17
privilege 14:10,13
privileged 13:17
   36:18,19,22
probably 23:18 66:5
   66:18 78:15
   103:24 156:23
problem 55:20
   82:11
procedure 10:23
proceedings 16:22
   86:25 107:9
   164:14
process 29:7,10,15
   29:20,21 30:9
   44:14,21,24 45:1,1
   60:21 61:1,18 74:3
   81:3,4 85:16 98:25
produce 41:10
   151:16
produced 41:15
   76:17 104:14,17
   135:13,22 138:5
   140:25 147:2,2
   158:11,16,18
   159:4
produces 38:18
   110:4
producing 88:3 93:9
   94:20 136:5,6,16
product 14:11,13
   45:2,11,14,18,24

46:3 53:13,13,13
   56:4 58:15 59:3
   66:18 67:7 69:16
   72:9,12 73:11,14
   73:16,24 119:8
   141:8 142:24
   143:3 146:2,9
   148:12 152:15
production 34:13,17
   34:25 37:3,6,11,16
   37:20,21,24 40:1,2
   40:16,18 42:13,22
   42:25 74:2 84:4,10
   85:2,2 86:2,19,20
   87:10,12,17,22,23
   87:25 88:10,14
   93:4 95:10,13,15
   95:20 96:19,24
   97:21 98:4,15,18
   98:24 99:5,11,22
   99:24 100:1,18,21
   101:1 105:23
   106:15 112:8,12
   113:7,14,24 114:6
   114:13 135:20
   146:1,2,13,16,17
   146:18,25 147:5
   147:10,10 148:1,9
   149:11 152:14
   154:17,19,20
   155:3,23,24 156:2
   156:3,5 158:3,21
   158:22 159:17
   161:15,17
productions 105:8
products 4:16 44:16
   44:17,18 58:7 59:7
   60:25 61:22 72:1
   79:7 96:21 101:24
   120:25 121:1
   135:13 136:5,13
   136:15 137:10
   140:16,21 141:3,4
   148:6 155:23

161:18
**professional** 2:24
**profile** 20:8
**profit** 17:17 33:7
**profitandloss** 34:11
**profits** 17:15,15,15
119:15
**program** 16:7
**prohibited** 86:14
**projection** 121:9
**promise** 43:4
**promised** 48:13
**promoted** 23:14
**properly** 154:8
**property** 29:8
**prospective** 107:3,8
108:25 109:3
110:19,19
**protocol** 10:23 11:3
15:21
**provide** 73:24
157:19 160:14
**provided** 34:16
49:20 63:24
**provision** 86:12
**ps** 33:4,6
**public** 7:4 100:10,19
101:11,13
**publicly** 100:6
**published** 76:8
100:11
**pull** 105:20
**pulled** 63:23 131:19
**purchaser** 2:5,6,20
3:3,12
**purchases** 141:16
**pure** 69:14,15
**purpose** 31:18 49:6
120:5,12
**purposes** 15:18
120:8
**pursuant** 9:14 10:23
12:14
**put** 10:19 15:3,13

27:18 29:22 30:2
39:22,22,24 43:14
46:2 50:13 83:22
88:12 121:14
125:14 141:2
143:4 156:11
**putting** 85:16 95:4

**Q**
**quality** 72:17,19,21
72:24 73:1,2,3,4,5
76:3 78:13,14,18
78:21
**quarter** 93:14
**quarters** 34:9
**question** 12:1 13:16
13:18 14:9,21 16:1
20:24 26:21 29:1,2
32:1,7 37:13 39:13
40:7 45:16 52:1
53:11 54:8 55:7
58:8,11 59:6,6
61:3,8,17,21,25
64:24,25 65:12,15
69:6 72:4 74:9
79:12 80:19 85:22
86:22,22 87:7,8
88:1 94:6 95:19
97:4,11 98:20
99:20 100:9 101:5
103:1,15 104:4,6
104:22 110:23
111:16 113:3
127:7 130:25
133:12,24 134:22
135:18 137:11,13
141:6 143:25
148:18 150:10,14
156:1,2 158:14
159:25 161:22
**questioned** 12:22
**questioning** 122:23
**questions** 8:11
11:22 32:1 64:2

126:13 135:17
137:6 146:4 161:8
161:18,20 162:1,1
**quick** 34:5 80:19
**quickly** 44:6 109:6
**quite** 76:9,10
**quotes** 68:1
**qx** 50:18,20,22,23
51:8

**R**
**ramped** 108:22
**range** 79:22 135:21
135:22
**ranking** 119:23
**rate** 38:23,23 39:2,5
39:5,10,14,25 40:9
134:8,10 153:13
153:18 155:3,12
**rates** 39:19 154:15
155:11,16
**ratio** 69:21
**ray** 1:4 2:3 19:18
38:9 43:7
**react** 157:12
**read** 10:17 17:16
20:2 32:16 39:16
40:14 53:1 63:25
65:11,18,19 89:8
125:15 132:12,14
133:3,5,7,11
**reading** 131:6,17
132:15 133:3
134:2
**readymade** 75:1
**reality** 84:13
**really** 32:20 34:5
66:20 73:18 80:15
84:22 86:4 95:3
108:13 120:18
124:3 131:5 132:8
132:9,10 135:16
141:12 143:13
147:21 151:2

159:14
**reason** 22:14 23:6
34:25 41:9,14
143:18
**reasons** 34:23
**recall** 73:18 97:14
117:4 129:9 137:2
137:3
**receive** 28:19 119:4
121:3,16 133:5
**received** 84:23
86:16 106:22
127:4 130:3,20
132:23 133:7,10
**receiving** 74:3
**recess** 48:19 78:8
115:1 145:23
162:10
**recollection** 23:14
29:16 31:17 33:11
33:18 34:1 38:19
42:15 47:10,17,23
48:9 49:6 50:16
52:4 56:18 57:18
65:10 72:14 80:15
81:22 83:3 113:19
118:8,19 120:23
121:6 122:16
132:15 133:2
135:9 137:22
138:22 151:2,12
159:14,20
**recommendations**
98:17
**record** 10:17,20
11:7 12:9 15:3,13
18:5 20:3 21:20
26:3 64:1 78:9
79:9 89:8 123:3
124:7 162:8,9,16
164:14
**recorded** 164:11
**records** 21:23
**red** 94:12 108:1

HIGHLY CONFIDENTIAL

143:12
**redo** 83:14
**reduce** 156:4
**refer** 72:4
**reference** 35:22
42:15
**referring** 19:18
87:24 127:25
137:17 150:20
158:17
**reflect** 99:3
**regardless** 77:6
**regards** 22:18,19,20
57:12 119:17
**region** 75:8,11 85:3
91:5,8,9,25 92:1,6
101:23 102:2
107:22,24 108:19
110:13 137:17
**regions** 41:24 84:24
137:18
**register** 50:17
**registered** 2:24
50:17 51:9,11,12
51:15 52:10
**registration** 66:19
72:12
**regular** 41:19,20
88:5,7 99:18
130:22 132:9
134:20 149:20
**relate** 151:10
**related** 120:12
132:21 156:25
164:17
**relates** 1:5 2:4
**relating** 45:23
**relationship** 123:17
**relayed** 122:13
**relevant** 135:13
**remain** 148:22
**remained** 40:12
**remaining** 34:12
162:14

**remains** 161:22
**remarks** 15:3 93:13
93:20 108:21
110:14
**remember** 22:18,21
23:18 25:23 28:6
32:18,20 35:14
43:2 47:10 71:3,4
81:11 86:4,13
90:16 105:18
113:19 116:5,6,12
118:7 124:3
131:12 132:15
133:5
**remembers** 128:9
**remove** 148:21
**removed** 149:2
**repeat** 61:10
**repeated** 87:9
159:22
**repeating** 61:18
**rephrase** 32:2
150:15
**reply** 104:6 114:9
**report** 21:5,8,9,17
27:5,14,19,23,23
27:24,24 28:1,14
29:25 32:16,17,19
32:20 33:1 108:23
111:4 112:14
113:10 116:17
120:6,7,24 121:16
122:3,13 123:8,12
123:20 124:10
129:7 132:13
133:8 150:5
**reported** 1:22 21:10
22:12 23:8 25:9
26:4,9,13,23,24
27:2 113:16
115:22 116:8,14
116:18 124:13
155:13
**reporter** 2:24,25

12:7 115:6 124:4
**reporting** 23:10,11
25:13,17 26:15,19
30:18 113:11
116:21 123:18
**reports** 27:15 28:24
33:19,25 34:6,8,20
37:19 43:1 86:3
88:2 113:12
149:18 155:11
158:24 159:12
**represent** 13:2 41:4
66:23
**representation** 64:6
**representative**
10:21 32:12
**representatives**
31:15,16 32:12
**represented** 127:1
**representing** 13:7
**request** 56:24 73:19
73:21 74:21
**requested** 74:21
139:24 140:6
155:4
**require** 29:9 30:16
45:12 160:10
**required** 81:20
121:24 122:1
**requirements**
157:20
**research** 73:9 84:19
84:23 85:8,10 96:5
96:5,11 157:9,15
157:19
**reserve** 10:24 64:18
**reserves** 10:20
**reserving** 15:4
**resistance** 142:14,18
**resolution** 142:22
143:17 144:17
**responsibilities**
113:18 130:23
**responsibility**

113:22 150:1
**responsible** 27:17
28:4 30:6 35:6,17
85:12 114:3 118:4
149:23,24 155:1,8
**rest** 109:6 162:5,13
**restructuring** 38:3
131:21 132:6,11
**result** 96:23
**results** 22:12 26:24
27:3 34:11,20,23
75:12,15 99:7
120:7 121:8
124:12
**resume** 48:14
**retailer** 140:21
**retire** 23:4
**retired** 18:1,2,20
22:25 35:16
**retreading** 79:10
**return** 131:25
**revenue** 75:3
**review** 14:5,8,19
39:19 42:4
**reviewed** 14:12
94:24 132:24
**revised** 76:10
**revisions** 76:12
**richeter** 6:6
**right** 10:20,24 17:22
22:11 23:21 24:23
35:19 44:5 49:19
63:13 65:23 72:23
78:2 90:14,19
91:13 110:24
111:3 115:8 117:1
119:16 125:16
126:16 127:11,13
128:11 129:23
130:4,12 134:11
135:4,10 143:5
145:15 148:2
152:6,12 153:11
**righthand** 90:25

HIGHLY CONFIDENTIAL

23

rights 7:4
rigid 24:19
rim 83:11,11,12,16
    83:17,21
rockwood 1:22 2:23
    164:4,25
role 114:11
roles 122:10
room 27:13 96:12
    117:21,23
rougher 159:1,2
round 10:22 11:2
    69:17 80:17,17
    82:24 83:18
rpr 164:25
rule 9:14 10:22
    12:14 98:10 122:2
    122:3 139:2,9
    155:12
rules 11:22 30:8
    122:5
run 77:23 148:14
    155:19
running 148:6
rushing 3:14
russia 70:19

**S**
s 6:4 56:8,10 57:14
    57:19,21 59:18,19
    59:20 62:3,18
    75:10,11 108:21
    137:20 138:14,17
    151:17 154:12,13
sakamoto 21:11
    22:20 23:9,12 24:7
    24:12 25:5,10,16
    25:16,19 26:1,10
    26:14,16 28:15
    30:4 115:17 116:2
    116:3,6 120:4
sale 54:5 55:4 59:1
    75:4 136:22
sales 19:24 34:14

36:8 41:21,23,25
    44:23 64:7 75:10
    89:21,23 90:5,11
    134:3 137:1,1
    140:13
sample 73:24
samsung 1:13 2:16
    6:3,3,4,4,5 17:3
    38:8,11 47:18
    142:2
san 1:2,8,18 2:2,12
    2:21 3:7,16 5:9 6:9
    7:7 10:1
sansome 3:15
sato 89:17
save 15:13 69:10
saveri 3:13,13,18
saw 158:24
saying 11:13 24:15
    51:21 101:3
says 20:10,15 37:3,6
    38:22 39:2,17 40:7
    40:9,10,14 41:2,5
    49:24 52:20 59:17
    59:19 68:20 76:7,8
    90:22 91:1,5,7,20
    93:1,14 94:11,14
    94:15 98:11
    101:16 106:25
    108:1,21 110:2,9
    127:11 134:7,8,16
sc 1:5 2:4,10
scale 157:16
scanning 44:2,3
    69:25 70:4,6
schedule 156:9
school 11:16,19,20
    16:4 17:9,10,21
sci 101:16
scope 37:22 39:18
    42:7 59:8 61:22
    77:1 88:8 94:25
    123:13 130:22
scrap 148:9,17

scratch 17:19 82:16
    86:17 93:18 149:4
screen 33:12,13
    43:9,11,20,25 44:7
    50:4 51:2,6 80:4
    80:11 81:2 104:9
    135:25 144:25
    159:8
screens 105:12
sdi 1:13 2:16 6:3,3,4
    6:4,5 38:7,8,13,18
    40:8 47:18 102:9
    102:24 103:13
    104:2 106:25
    107:21 113:1
sdis 38:19 39:8,9
    106:18
search 159:4
secam 55:24,24
    70:11,18,19
second 49:23 69:13
    77:12
section 7:4 68:13
    108:7 109:7,25
    130:11
secure 106:3 144:6
see 15:12 20:7,17
    36:2,10 37:4,8
    38:4,4,24 40:13
    41:11,17 42:24
    44:7 46:11,23,23
    46:25 48:10 61:11
    73:9,13 77:6 89:10
    90:1,22,25 91:4,5
    92:1,3,5,8 93:15
    93:20,20 94:11,12
    94:17,22 95:24
    101:15,18,18
    102:4,8,12 107:22
    107:24 108:7
    109:9,19 110:13
    110:16 111:6,8,10
    111:18 112:21,22
    128:19 129:3

130:2,18 134:5,13
    142:25 143:11,11
    145:20 150:4
    152:12
seeing 69:3
seen 73:16 103:19
    107:12 130:1
    135:8
sell 149:6
selling 29:18 136:14
semitension 80:9
send 99:6 140:5
senior 25:14,17,18
    25:21,22 26:5,10
senmu 24:4,8,13,25
    25:2
sense 112:10 116:3
sensitive 101:13
    104:2
sent 70:16 89:17
    90:3 111:3 126:9
    127:2 140:24
sentences 34:13
separate 21:7 22:1,2
    22:3,3,7,8 48:3
    75:9
separately 21:24
    28:14 75:5,7 89:1
serial 48:1 58:5,6
    59:2 60:24,24 61:3
    67:22
series 66:2,3 146:4
    161:18
serves 44:8
session 77:16
set 50:9 56:2 58:19
    59:13,15 63:22
    64:13,25 65:15
    67:13 68:4,14,24
    69:12 70:1 71:13
    72:6 82:6,25 105:8
    136:15,15,20,25
    139:17,20,22,23
    140:14 141:25

HIGHLY CONFIDENTIAL

142:17 143:19,21
156:9 158:8 159:9
159:10 164:7
**sets** 19:10 46:14
48:4,5 49:13 58:15
63:3
**setting** 140:12
155:23 161:15
**setup** 146:6
**seven** 38:15
**seventh** 69:25 70:1
**shadow** 60:19,19
80:6 151:7,8
**shape** 51:2 80:4,11
80:14,14 82:24,25
83:1,18 144:5,11
**share** 20:15 21:4
101:10
**shared** 97:9,12
102:23 139:16
159:12
**shareholder** 31:11
31:23
**shareholders** 22:13
22:15 27:4,7,9
30:19,20,22,23
31:19 32:4,11,15
32:19 115:15,19
115:25 116:4
**sharing** 102:24
120:11
**sheet** 17:16 33:7
98:15 99:8,25
100:3,6 118:23,24
**sheets** 99:3 112:21
112:22
**shenzhen** 6:5 38:14
39:8,9
**sheppard** 6:6 17:2
87:5
**sheppardmullin**
6:11
**shes** 89:23 90:2
**shift** 105:4,20

111:24 157:10,10
**ship** 58:3
**shipped** 57:2,21
70:7,13,17 138:13
**shipping** 57:7 67:25
71:2,2 138:13
**short** 162:11,12
**shortest** 82:14
**shorthand** 2:24
**shortterm** 159:15
159:16 160:13
**show** 42:23 66:10
99:14,22 125:14
143:7,12
**showing** 46:2
**shows** 49:6 50:3
52:16
**shut** 102:5 105:6
106:20 147:9
148:9,19
**shutdown** 93:21
107:3,8
**shutters** 148:25
**sick** 131:12 132:7
**side** 43:20,21 119:16
**sign** 30:2
**signal** 143:8
**significant** 28:17
29:8 81:9,11 84:3
151:1
**similar** 37:25 69:2
70:5 71:18,19
98:23 129:10
133:8 148:6
**simple** 11:13 29:23
79:11
**simply** 49:10 108:25
**sit** 133:2,18 161:25
**site** 92:5,7 99:1
101:23 102:3
106:8 108:20
114:2,3,6,7 117:20
123:24 147:17
**sites** 38:18,20 41:24

42:2 88:12 96:14
106:1 157:12
**sitting** 158:15
**situation** 33:3,4
34:13,14,17
104:10,24 105:2,9
105:21 123:23
131:24 132:4
159:7
**situations** 28:22
**six** 11:19 31:14
48:25 154:3 161:7
**sixteen** 48:8 49:13
**sixth** 52:22
**size** 33:21 34:2,3,4
50:3,7 51:2 65:3
79:22,25 82:19
84:2 135:24
138:23 144:14
152:19
**sizes** 144:19
**skill** 164:15
**slim** 80:14,16
**slips** 28:8
**small** 52:9 152:19
152:19
**smaller** 31:8 79:25
89:6
**smallest** 154:4
**sold** 44:17,18 45:5
45:14,19 54:1,24
56:5 59:3,13 60:25
61:11 70:21,25
71:4,8 75:3,13
157:23
**somebody** 87:3
**sony** 109:18,21,23
**soon** 75:20
**sorry** 18:22,22,22
20:2,11 25:6,22
27:21 28:8 39:3
60:17 66:20 67:11
67:21 70:13 71:16
83:13,25 86:16

87:8 116:1 117:11
117:11,11 122:17
124:2 132:9
151:13,14 152:4,4
152:11 153:5
158:20
**sought** 29:11
**sounds** 114:23
**south** 53:7 70:13,15
75:14 80:23
**southeast** 57:22
71:11,12
**southern** 45:9 80:23
81:7,19,23 82:1
**speak** 11:12,13 13:9
14:2
**speakerphone** 16:24
**speaking** 85:6
118:18
**spear** 5:8
**spec** 67:4,6 98:10,15
99:3,7,25 112:21
112:22
**special** 60:15 109:23
138:23
**specialized** 136:16
**specific** 45:12 46:15
58:5,6 60:24 73:21
76:5 126:12
**specifically** 12:1
47:19 85:6
**specification** 51:7
54:18,20,23 71:6
74:13,15,21,23,24
150:19,21,22
151:1,2 152:14
**specifications** 15:16
54:15 56:3,11 69:2
72:2 73:15,22 74:4
74:6 80:2 84:2
150:12,17
**specifics** 48:11
**speculate** 39:15
**speculation** 47:24

HIGHLY CONFIDENTIAL

25

53:11 62:8 67:12
69:23 97:11 100:9
103:23 107:18
133:21
**speed** 98:5,6,11,12
99:22 100:1,18,21
101:1 111:24
**spot** 114:17
**spreadsheet** 89:11
89:13 90:18 91:3
111:5 129:11
**spreadsheets** 15:14
**square** 51:3
**ss** 164:1
**ssc** 60:15
**sst** 60:18 80:12
138:6
**stack** 125:13
**staff** 131:20,22
**stage** 41:13 55:11,13
135:2
**stamp** 30:2,2
**standard** 146:9
153:23
**standards** 29:6
**stands** 65:2
**start** 31:2 35:4
42:11 58:23,25
74:2 96:8 146:20
150:24
**started** 10:15 11:21
17:23 18:3 25:17
76:22,23 77:22,25
79:19 105:13
**starting** 66:3 89:16
117:25 118:1
**starts** 146:13,16
**state** 1:8,10 2:8,11
2:13 6:14 7:3 11:7
11:22 93:17
128:12 163:2
164:1
**stated** 34:24
**statement** 33:7

**statements** 17:17
**stateoftheart** 60:13
**states** 1:1 2:1 16:19
53:2,4 54:6,24
55:4,11,15,20 56:2
56:5,6,12 57:1,8
57:13,24 58:4,17
58:20 59:1,4,13,22
60:25 61:11,14
62:17 63:4,10 67:8
67:10 74:7,12,18
74:22,25 92:13,22
105:19 135:23
138:4,12
**status** 38:3 90:23
95:9 101:16 102:9
106:25 107:21
108:7 109:8
110:10,11 111:4
112:12,13 129:7
130:14,16,21
132:13 133:8
135:7 158:24
**stenographically**
164:11
**step** 75:2
**stood** 49:10
**stop** 143:2
**stops** 113:11
**straight** 43:24
**strategies** 120:21
**strayed** 161:6
**street** 2:21 3:6,15
4:20 5:8
**strictly** 14:18,19,23
**strike** 27:21 42:10
42:20 119:9
133:12
**structure** 43:22
**studied** 15:24 17:10
**study** 11:17 17:8,12
**studying** 17:6
**subcontents** 29:22
**submit** 63:17 139:24

155:11
**submitted** 156:12
160:12,17,19
**subordinates**
113:16
**subscribed** 164:20
**subsidiaries** 58:2
**subsidiary** 21:12,22
21:24 139:6
**substance** 39:6
**substantially** 69:2
**substantive** 11:22
**successful** 148:16
149:8
**successor** 25:15
**sufficient** 30:12
**suite** 2:21 3:6 7:6
**summaries** 119:3
**summarized** 121:4
**summary** 111:8
121:3
**super** 80:8
**superior** 1:8 2:11
**supervision** 164:12
**supervisor** 18:17
**supplied** 141:23
**supplier** 141:9,11
**supply** 84:20 85:11
85:13,14,18,19,24
86:3,16 95:14,16
95:21,25 104:18
104:19 112:12
114:13 134:16,18
136:25 157:9,14
157:17 159:5
**support** 40:1,2,16
40:18 42:13 88:10
88:14 95:10,13,21
97:21 98:24 99:5,6
99:12,24 105:23
113:7,24 154:1,18
154:19
**supposed** 66:7 92:15
**sure** 14:23 24:21

32:1 39:13 43:6
51:14 61:9 64:10
72:23 73:8,12
75:16,20 76:22
87:10 91:12 95:18
108:14 120:16,18
125:25 157:18
**surface** 81:2
**surprised** 102:23
**sus** 108:1
**suwon** 102:3
**switch** 152:14
**switched** 24:10
**switching** 149:5
152:15
**sworn** 10:6,11
**symbol** 49:23 50:12
52:14,22
**system** 38:3 45:25
46:1 47:8 48:1,4
55:5,15,15,16,18
55:23,23,24 56:1,3
56:6,9,22 70:9
71:13 81:25 82:4
**systems** 4:15 55:24

---

**T**

**t** 36:5
**taiwan** 5:16 57:22
**take** 11:15 26:19
32:14 39:1,9 46:19
48:17 59:15 61:11
61:12 62:4 65:13
65:14,19,19,20
77:11 81:14 82:5
82:14,15 98:11
114:21 118:17
121:11,12 125:12
125:24 145:18,19
145:20 146:11,20
**taken** 2:20 11:10
131:12 164:7
**takes** 82:7,7 101:19
147:1,6 151:16

**talk** 112:4 116:23
  119:16,16 123:16
  123:17 149:5
  155:14,24 159:15
**talked** 15:22 33:22
  33:22 43:7 68:5
  83:8 116:15 117:3
  118:2 150:9
  151:15
**talking** 23:23 68:25
  118:6 129:22
  145:8 150:22
  151:4,23
**tallahassee** 6:17
**tangent** 122:24
**tasked** 40:17
**tatsuo** 1:17 2:19 8:7
  9:2 10:10 11:8
  20:11 163:12
**tax** 17:16
**tcrt** 109:25
**technical** 43:16
  54:14,19 96:19
  98:5,13 99:14
  101:7
**technically** 97:23
**technology** 60:14,15
  73:3,4,5 76:3
  78:21 100:17,18
  100:21,25 135:15
  138:6,8
**tel** 68:7
**television** 48:4,5
  49:12 55:14,20
  56:2 57:12 120:25
  143:15
**televisions** 48:6 58:2
**tell** 47:8 53:3,6,8,9
  53:20 54:21,23,25
  59:19 60:3,5 61:12
  62:5,20 63:8,10
  64:19 67:4,7,9,10
  68:3 69:3,8,19
  71:10,14 73:20

74:5,11,15,17,20
  76:7 83:23 84:25
  85:4 125:20 128:7
  130:8 137:7
**tells** 66:25
**ten** 31:5,6,13,22
  32:3 43:5
**tense** 23:7
**tenure** 77:2
**term** 22:1 24:1,1
  43:9,12,15 66:13
  68:22 69:3 71:15
  115:19 120:14,15
  136:21,24 146:19
  158:25,25
**terminology** 43:5
  58:25 67:25 68:10
**terms** 17:14 24:4
  42:6 43:6 88:3
  99:14 115:4
  137:24 138:3,24
  157:1 161:14
**testified** 10:12 24:7
  39:13 102:22
**testify** 13:1 21:22
  36:13 122:25
**testimony** 11:1 52:1
  54:8 61:4,23 76:13
  103:1,7,15 112:16
  117:4 129:21
  130:7 158:18
  161:21 164:6,9,14
**thailand** 110:2,3
  148:13 154:14
**thank** 17:4 18:8
  30:18 37:2 63:16
  67:17 68:4 77:10
  78:23 87:6 114:21
  125:1 135:10
**thanks** 145:20
**thats** 18:6 19:18
  20:13 23:22 36:4
  45:9,24 48:15
  49:19 51:20 54:17

59:3 61:16,17
  64:13 68:9 71:3
  73:9 74:1,25 87:19
  93:23 95:23 99:9
  108:22 111:2
  112:24 114:25
  115:22 116:25
  117:15 124:6
  126:7,16,22 127:2
  127:23 130:11
  134:6 136:6 148:7
  155:21
**theme** 142:19
**thereof** 164:19
**theres** 24:8,14,14,16
  34:14 36:1,7 38:15
  41:2 53:23 66:10
  66:10 68:14 70:20
  70:24 89:11 90:14
  91:4 94:11 108:1
  108:17 125:8
  126:3,18 130:10
  130:10 133:4
  134:6 137:6
  142:13 143:23
  157:16
**theyre** 46:17 73:25
  79:10 89:1 108:12
  127:25 128:5,6
  136:13 145:10
  159:2
**thicker** 47:2
**thin** 143:17 159:8
**thing** 52:11 71:3
  72:10,11 73:25
  103:12 142:14
**things** 11:14 17:17
  29:7,8 33:4 52:12
  64:24 69:23 92:8
  104:8 128:14,16
**think** 18:5,24 19:12
  24:6,8,10,24 29:2
  30:20 32:18,18,20
  33:16,17 36:23

38:15 39:5 40:5
  41:2 48:10 51:9,10
  52:1 55:22,22
  58:20,24 61:4,16
  61:16 62:9 66:12
  66:18 67:10 73:7
  76:20 77:10 78:10
  79:10 81:12 82:13
  84:1,7 86:22 90:14
  90:16,20 91:13,14
  91:15,21,22 92:15
  93:23 94:2 97:13
  100:19 111:18
  113:8 120:17
  122:23 124:1,5
  127:17,22 130:3
  131:21,23 150:10
  151:11,17 152:23
  155:7 156:23
  159:7,18 161:13
  162:5
**thinks** 78:14
**thinscreen** 106:13
  111:25 121:1
  157:11,24
**third** 30:18 50:9
  126:4 134:5 149:6
**thirdparty** 95:22
**thompson** 109:8
**thompsons** 109:13
**thought** 47:20
**three** 23:18,19,24
  24:16 34:9 48:8
  50:10 51:23 55:24
  68:6,20 110:14
  159:21
**threemonth** 160:13
**threeyear** 156:6,8
  156:10,16,17
  158:4,9 160:10,12
  160:16,20,22,23
  160:24
**tijuana** 107:25
**time** 11:11 15:5,6,7

15:13 18:18 20:19
22:24 23:7 25:7,12
26:5,10 28:15
29:16 31:1,3,7
33:11,20 35:4,5,10
35:15 37:13 40:3
41:11,17 60:22
62:23 65:19 70:23
71:10 74:1 79:15
79:23 93:9,20
102:16,20 103:4
103:19,22 104:16
105:22 107:11
109:1,22 112:5
113:4,7,21 115:4
116:24 119:5
120:2,9,24 121:15
121:18 122:21
123:1 124:18,18
125:10,11 129:17
129:18 130:2
131:5,8,10,14,15
132:3,4,10,14
135:13,20 146:7
146:12,16,17,19
146:24,24 161:2
162:17 164:7,8,10
**times** 32:24 44:16
44:18 76:10
111:23 143:20
**timing** 94:9 105:5
105:18 106:11
**title** 18:9 23:20
25:14 90:12
**titled** 20:7 38:2,21
**titles** 21:16 24:18,19
132:19
**tobinaga** 1:17 2:19
8:7 9:2 10:10 11:8
11:9,12,21 12:5,11
15:2,22 17:5 19:5
20:11,11 36:2,5
38:4 41:4 46:4
48:20 63:20 78:24

79:4 89:16 115:8
125:5,16 126:1,5
163:12
**today** 13:10 14:16
15:6 77:21 115:15
130:2 133:3,18
158:15
**todays** 14:6,20
**told** 13:7
**tomorrow** 36:14
161:10,12,24
162:14
**tools** 122:11
**top** 19:12 46:14
53:23 64:9 90:22
96:22 107:1
126:18,21,24
128:4,17 134:5
**topic** 33:10 34:14
79:5,5 111:24
123:4 135:11,18
137:8 145:25
146:3 155:14,22
161:14
**topics** 10:21 12:21
13:1,6 15:5 36:13
59:8 119:12 120:9
120:17 161:5
162:2,14
**toshiba** 4:14,14,15
4:15 19:1 21:2,3
31:4,15 32:10,10
32:13 60:4,8,18
62:22 63:11
115:21 123:12,17
123:19,20 124:5
124:10,17 131:24
132:1 159:13
**toshibas** 124:10
**total** 11:20 16:10
31:4 37:10 77:16
81:13 84:5 94:11
97:16 102:10
104:18 147:4,6

157:13,17,17
**totally** 24:22
**tower** 5:8
**towns** 92:13
**trace** 60:23
**tracing** 71:9
**track** 55:3 56:20
58:5 59:2 72:17,18
75:2,3 84:16,20
149:10,12,14,15
149:17,18,22,23
**tracked** 155:6,8
**tracking** 57:3
**tract** 147:4
**trained** 11:16
**training** 16:16 17:24
**transcribed** 164:12
**transfer** 139:19
**translate** 130:12
**translated** 46:16
**translation** 18:25
24:9 47:2,3 72:24
**translations** 46:14
46:17
**translator** 13:23
127:10
**transparencies** 83:9
**trend** 159:8
**trends** 33:18
**tried** 87:12 149:8
**troy** 92:7,10,20 93:1
93:4,6,13
**true** 127:2 129:19
132:14 163:3
164:13
**try** 114:5
**trying** 15:12 33:24
112:8 120:20
132:3 161:15
**tube** 1:4 2:3 43:7
44:15 45:4 52:21
54:5,23 59:2 60:20
60:23 62:21 63:8,9
63:10 67:1,18,25

68:11,15 86:19
108:10 110:12
142:1,2,23 146:22
152:18
**tubemaking** 120:21
**tubes** 19:15,16,17
19:17,18 38:9 43:7
44:23 51:22 56:21
58:6 62:12,15
67:15,16 69:1,2
70:22,24 73:20
74:6 85:5,7 86:2
86:20 87:11 88:4
98:18 110:5,6,11
136:8 137:15,24
138:6 139:10
142:3
**tv** 19:10 49:16 55:14
56:2 58:15,19 59:3
59:13,15 60:13,13
61:10 63:3 70:2,3
105:8 106:11,12
106:13 111:25,25
118:12 120:25
136:20,25 141:18
142:4 143:9,19
157:23 159:9,10
**tvs** 57:7,9 58:4,19
58:23,25,25 63:13
63:14 68:7 105:4,4
140:20,25 141:14
141:15 157:11,11
157:24
**twice** 123:14
**two** 11:20 13:11
16:9,9 21:10,16
23:18,19,24 24:11
24:15 38:15 44:19
45:23 46:1,14 47:2
49:23 50:1,2 52:14
53:1,24 59:25
66:23,25 74:17
80:5 83:3,6 86:22
92:8,13 115:25

HIGHLY CONFIDENTIAL

118:19 123:4
124:21 134:11
142:8 147:3,6,8
153:23 155:24
**twodigit** 52:8
**type** 30:18 33:4
41:18 52:16,16
56:17 72:4 73:25
80:3,17,17 82:3
94:24 98:5 102:23
111:21 134:19
151:12
**types** 79:24 80:2
83:7 87:14 135:12
149:18 155:24
**typical** 151:6
**typically** 119:4
121:3 141:9
**typo** 92:17

———————————

**U**

**u** 56:8,10 57:14,19
57:21 59:18,19,20
62:3,18 75:10,11
108:21 137:20
138:14,17 151:17
154:12,13
**ueda** 90:9 122:17
123:5
**uhhuh** 127:16,18
151:6
**ultimate** 30:5
**ultimated** 52:25
**ultimately** 26:1,6
30:5 31:9 140:7
148:7 153:25
**ultraslim** 108:22
**um** 39:4
**unclip** 46:10
**undergraduate** 16:9
**understand** 11:25
12:5,21 13:2 15:7
15:9,10 26:22 28:9
38:8,11,17 50:20

50:24 55:8 58:11
58:13 61:9,24
66:23 72:3 73:12
86:24 87:12,15
92:10,12 93:2
95:19 103:6
110:10 133:17,25
133:25 134:2,3
147:3 150:14
**understanding**
10:16 12:20,25
15:19 37:18 64:17
72:9 91:8,20 110:1
142:5,17 143:22
155:18
**understands** 15:10
59:10
**unified** 47:11,11,14
48:24
**uniform** 45:25
**unit** 30:13 81:13
82:6,8
**united** 1:1 2:1 16:19
53:2,4 54:6,24
55:4,11,15,20 56:2
56:5,6,12 57:1,7
57:13,24 58:4,17
58:20 59:1,4,13,22
60:25 61:11,14
62:16 63:4,10 67:8
67:10 74:7,12,18
74:22,25 92:13,22
105:19 135:23
138:4,12
**units** 27:2,13 94:23
112:22 156:8
157:23 160:21
**university** 11:17
15:25 16:1,2,3
17:6,23
**upper** 44:4 101:15
**uproar** 131:9 132:5
**usa** 5:5 91:21 92:2,7
**use** 17:14 41:18,20

43:9 45:25 48:1
49:15,16 53:2 63:4
68:7 70:24 74:7,18
77:8 98:7 102:17
111:13 112:13
122:11,21 123:1
136:24 140:9
141:9 142:3
143:14 144:2,19
145:8,10,12
156:22 158:23
**useful** 111:19,22
**uses** 44:11 47:9
70:18,19,19
147:13
**usual** 106:6
**usually** 152:17
**utilization** 39:5,10
39:19,24 154:15
155:3,11,12,16

———————————

**V**

**v** 1:12 2:9,15 5:14
6:4
**vague** 113:19
**value** 66:13 98:3
**various** 75:4 143:25
144:18
**vendor** 95:22
**vendors** 141:17
**venture** 18:12,13,25
21:1 23:1 31:4
59:24 62:23,24
63:12 86:11
115:20 131:24
138:20,25 139:8
139:13
**venue** 120:11
**verbal** 12:6
**versus** 60:8
**vertical** 42:20,22
70:6,9
**vice** 26:2,11
**viewed** 37:21

**violated** 86:12
**violation** 86:9
**visible** 66:14 90:8
**visit** 106:15 123:25
**voelbel** 3:4
**voltage** 43:22
**volume** 8:7 9:2 85:2
85:2 87:13,17,25
88:11 96:24 98:16
99:23 112:8
138:19,21 155:4
**volumes** 42:22
156:4 158:4
159:17
**voluminous** 89:2

———————————

**W**

**w** 4:20 48:9 49:12
67:14,14 69:20
**wait** 82:10
**walk** 29:19
**want** 10:19 11:22
21:22 22:16,23
23:9 24:11 43:5,8
43:16 59:14 72:23
74:14 89:4 103:6
108:5 116:24
122:22 125:19
145:18 149:16
162:6
**wanted** 78:10 95:22
124:7 152:13
**wants** 65:18 162:8
**warp** 143:19
**washington** 4:21
5:20
**wasnt** 39:13 63:1
64:23 102:19
104:7 107:14
131:14,17 132:8
137:13 139:21
140:12 147:21
148:16 149:8
151:2

**way** 21:20 36:22
40:22 42:3 45:4
55:19 57:16 58:5
59:1 67:3 92:16
100:12 112:24
122:9,19,21 126:4
139:18 140:1
147:22 158:21,23
159:22 161:6
164:18
**wd** 69:20,23
**wed** 62:5 65:1,17
73:10 116:1
**weeks** 13:11 159:19
**weil** 4:5,11,12
**went** 26:1 94:21
100:4 123:19,21
124:5
**weve** 15:8 30:18
35:24 43:7 46:15
65:1 68:5 71:25
77:23 89:7 118:2
135:14,15 145:17
162:12,12
**whats** 12:12 18:6
19:6 46:5 63:21
79:4 128:13,17
130:11 134:3
139:3 162:2
**whatsoever** 142:6
**whereof** 164:20
**white** 4:17 90:21
**whitecase** 4:23,24
**whollyowned** 21:12
21:22
**whos** 28:4 35:7 40:2
**wide** 67:15,15 69:23
70:22,24 135:22
**wideform** 80:8
**widescreen** 67:18
69:21
**wise** 138:19,21
**wish** 123:1
**witness** 8:6,11 10:11

12:16 13:16,19
14:11,14,22,25
15:11 20:25 21:23
21:25 25:3 26:23
29:5 32:9 36:18,20
36:23 37:15 39:4
39:13,16 42:12
44:11 45:18 48:16
49:10 52:2 53:12
54:10 55:9 56:17
57:12 58:12 59:8
59:12 60:12,18
61:7,22,23 62:1,9
64:21,24 65:9,24
69:8 73:3 74:11
76:21 79:19 83:16
85:24 88:10 92:19
94:7 96:9,13 97:5
98:22 99:21
100:10,15 101:7
103:3,15,18,24
104:5,23 107:11
107:19 109:4
110:24 111:17
112:17 113:4
115:14 124:8
127:8 128:24
129:22 131:2
133:22 134:23
136:4 137:7,17
138:3 139:13
140:24 141:7
151:21,25 152:25
153:3,10,17 158:8
160:8 161:7,21
162:7 164:8,9,20
**wondering** 73:16
107:4
**wont** 69:8 113:20
143:10,12
**words** 24:9 52:23
128:16 143:8
145:8 156:13
159:10

**work** 14:11,13
17:18 55:17
113:13 143:21
**worked** 122:10
**working** 17:23 18:3
18:3,10
**world** 37:3 138:17
**wouldnt** 62:19 71:9
71:14 100:15
101:10,11 103:12
157:7
**write** 98:14
**writing** 54:5
**written** 20:20 34:10
34:13,22 42:22,23
52:20 53:15 54:3,4
54:6 68:2 99:7
122:6 128:1 134:3
**wrong** 21:18 31:5
113:8 152:5,9
157:21
**wtc** 54:18
**wtds** 46:1,23 47:6,8
60:24 61:3 62:12
63:8 66:15
**wto** 51:17
**wts** 59:17 60:2
**ww** 52:18,19

### X
**x** 3:5 8:1 68:2
**xls** 64:1

### Y
**yamanaka** 150:8
**yasukawa** 19:22,23
19:24 41:6,10
**yeah** 24:3 64:8
65:13 71:16 78:1,7
93:16 106:25
114:18,25 124:8
137:5 138:11
143:6 145:19
152:7 160:5

**year** 18:2 27:4 31:10
85:3 87:18,25
146:13,15,19,25
147:1,18
**yearly** 27:5
**years** 11:18,19,20
11:20 15:25 16:9,9
16:10 76:10 147:4
147:6,8
**yellow** 134:6
**yen** 146:9,10 151:9
151:11,13,14,17
151:22 152:10
153:1,3,8,14
**yep** 115:13
**yesterday** 13:11
14:1
**yield** 96:23 97:23
112:14 147:20
**yohai** 4:6 13:12,15
14:9,21 15:10,20
20:23 21:20 24:1
24:14 25:6 26:20
28:25 31:25 32:6
36:17 37:12 39:12
45:15 48:15 51:25
53:10 54:7 55:6
57:9 58:8 59:5
61:2,20 62:7 63:6
64:5,10,13,18 65:8
65:11,18 69:5 74:8
75:18,22 76:16,19
77:12,19,23 78:1,4
78:7 86:21 87:1
88:5 92:15,18 94:5
97:3,10 98:19
99:19 100:8,14
101:4 102:25
103:14,23 104:3
104:21 107:7,18
109:2 110:21
111:15 112:15
113:3 114:16,23
114:25 115:4

HIGHLY CONFIDENTIAL

122:20 124:4
125:12,21 126:14
126:17,20,23
127:1,6,14,17,19
127:23 128:8,14
128:21 129:20
130:24 133:10,21
134:21 137:5,13
137:16 138:15
140:20 141:5
145:17 150:13
153:5,8,12,15
158:15 159:25
160:4,6 161:3,17
161:22 162:7,15
**yoke** 43:15,17 44:1
44:9,14,18,19,20
44:23,25 45:3,13
45:19,23 46:3
52:24 66:24 67:21
80:19 81:15,16,17
81:22 82:17
142:13
**yolhai** 4:11
**yolkut** 4:7,12 13:12
145:22
**york** 4:9,9 59:25
75:12 154:12
**youd** 15:24 46:25
103:22
**youll** 90:1 102:8
107:22,24 111:8
125:8
**youre** 11:25 12:2,25
13:18 23:20 47:22
54:25 116:18
122:21 125:21
126:12 129:22
143:4 150:17,20
150:21 161:4,11
**youve** 14:3 24:3
61:1 63:5 64:6
73:16 121:23
125:19 128:17

136:10 143:24

---

**Z**

**zelle** 3:4,9

---

**0**

**00** 18:21 21:18,25
22:1,2,3,4,5,6,7,8
22:9,10,11 25:9
26:5 28:3 29:6
30:8,18 35:17 38:2
40:14 43:9,15,16
43:17,18,19,20,21
43:22,23 45:17
48:19 49:11 51:13
54:8 57:22 58:12
58:13,14,15,16,17
58:18,19 59:10
62:5,16 66:8 68:11
69:4,12 73:16
74:15 75:18 77:1,8
78:6,12,12,13,14
78:15,16,17,18,19
78:20,21,22,23,24
78:25 79:1,2,3,4,5
79:6,7,24 84:3
88:3 89:10 93:13
94:23 101:8,9,10
101:11,12,13,14
101:15,16,17,18
101:19,20 102:13
107:24 108:8,20
111:13 112:13
117:9,10 118:18
118:19,20,21,22
118:23,24,25
119:1 123:6,7
124:11 125:20
126:1 127:24
129:2 136:24
138:12 141:8,9,10
141:11,12,13,14
141:15 145:2
147:6 148:11

150:2 151:14,20
152:8 154:10
155:23 156:10,17
157:3,4,5,6,7
**000** 94:20 102:10,10
**01** 11:19 12:3,4,5
13:22 14:25 16:3
17:6 18:22 21:25
22:12,13,14,15,16
22:17 23:20 24:13
27:13 28:18 29:19
31:25 33:6,13,25
34:18 35:18 40:8
41:2,22 42:12,22
43:24,24,25 44:1,2
44:3,4,5,6,7 46:16
58:20,21,22,23,24
58:25 59:1,2,3,4
60:7 66:15 67:1
68:19 71:6 79:8,9
79:10,12,13,14,15
88:10 89:2 90:13
99:25 101:21,22
102:1,2,3,4,5,14
105:1,13 111:7
113:19 114:5,20
117:22 119:2,2,3,4
119:5,6,7,8,9,10
119:11,12,13
122:13 123:8,22
125:9 126:2
136:15 138:21
141:16,16,17,18
141:19,20,21,22
141:23,24,25
142:22 145:13
146:7 147:23
149:15,20 154:18
157:8,9,10,11,12
157:13,14 160:16
162:16
**02** 13:23 19:10
22:18,19,20,21,22

22:23,24,25 23:1
24:14 29:7 32:1,20
37:22 42:3 43:15
44:8,9,10,11,12,13
44:14,15 45:18
46:4 50:11 52:4
54:9 55:5 57:9
59:5,6,7,8,9 60:12
61:7 62:24 69:20
71:18 74:16 75:16
76:4 79:16,17,18
79:19,20,21,22,23
81:2,13 82:23
84:22 87:4 89:3
90:7 102:6,7,8,9
102:10,11,12
110:1 112:6,21
116:25 117:11
119:14,15,16,17
119:18,19,20
120:21 130:5
132:22 133:6
134:23 135:24
136:8 141:25
142:1,2,3,4,5,6,9
142:23 143:12
148:6,23 150:3
151:6 152:9
157:15,16,17,18
157:19,20 158:25
161:3 162:2
**03** 11:7 12:20 15:1
16:15,16 20:18
23:2,3,4,5,6,7,8,9
23:10 26:6,20
33:14 39:22 40:15
41:23 42:23 44:16
44:17,18,19,20,21
44:22,23,24,25
50:12 51:23 59:10
59:11,11,12 60:8
62:6 65:18 70:5
73:17 76:5 78:13
79:8,24,25 80:1,2

HIGHLY CONFIDENTIAL

80:3,4,22 82:4
84:10 88:11 89:11
92:1 96:25 97:1,13
100:23 102:13,14
102:15,16,17,18
102:19,20,21,22
102:23,24 105:2
116:15 118:7
119:21,22,23,24
119:25 120:1,2,3
120:11 122:23
123:9 127:25
132:11 133:7
134:24 135:9
142:6,7,8 145:14
146:18,19 148:12
149:7,8 154:11
157:21,22,23,24
157:25 158:1,2,3,4
158:5 160:17
162:3,4
**04** 12:6 13:2 17:7
18:12 20:19 22:1
23:2,11,12,13,14
23:15,16,17,18,19
25:10 28:15 31:12
34:1 42:13 44:8
45:1,2,3,4,5,6 46:5
47:10 53:25 57:23
59:12,13,14,15,16
59:17,18,19,20
63:11,23 66:16
67:20 68:20 70:1
72:10 73:22 74:17
75:17 76:15 77:9
77:10 79:25 80:5,6
80:7,8,9,10,11,12
82:7 83:20 84:4
87:5,16 90:8 94:18
95:9 97:14 98:19
98:22 100:14
101:8 102:25
103:1,2,3,4,5,6,7,8
103:9,10,11,12,13

107:25 109:10
111:14 112:14,22
113:14 119:3
120:4,5,6,7,8,9,10
125:10 129:3,14
132:12 138:22,23
139:18 140:4
141:8 142:1,9,10
142:11,12,13,14
142:15,16,17,18
142:19,20,21
145:15,16 149:21
152:10 154:2
155:2 158:6,7,8,9
158:10,11,12,13
158:14,15,16,17
158:18,19 159:1
161:4
**05** 13:3 18:3 19:11
20:5 22:18 23:20
23:21,22,23,24,25
24:1,2,3,4,5,6,7,8
24:9,10,11,12,15
26:21,22 27:4 28:4
30:19 31:13 32:21
35:6 37:1,23 40:9
41:3 45:7,8,9,10
45:11,12,13,14,15
45:16 46:17 49:12
50:17 59:21,22,23
59:24,25 60:1,2,3
60:4,5,6 62:25
67:2 68:12 69:13
71:10,19 74:4 77:2
80:13,13,14,15,16
80:17,18,19,20,21
82:24 87:6 88:4
93:14,14 94:19,24
101:9,21,22
102:15,25 103:14
103:15,16,17,18
103:19,20,21,22
108:21 109:11
118:8 120:11,12

120:13,14,15,16
120:17,18,19,20
121:10,21 122:6
123:23 126:3
134:13 135:10
137:8 141:17
142:10,22,23,24
142:25 143:1,2,3,4
143:5,6,13 146:11
147:24 154:19
158:20,21,22,23
158:24 159:10
162:5
**06** 11:20 13:4,24
18:23 21:10,19
24:13,14,15,16,17
24:18,19,20,21,22
24:24,25 25:1,2
28:19 32:9 33:15
35:19 37:2 40:16
42:24 45:17,18,19
45:20,21,22,23,24
45:25 46:24 52:5
57:10 60:7,8,9,9
60:10,11 61:8 65:5
67:21 74:5 76:6
77:11 80:22,23,24
80:25 81:1,14
84:23 87:7 91:1,2
91:11 94:7 97:2,15
98:20,23 100:1
103:1,23,24,25
104:1,2,3,4,5
105:21 106:17
108:22,23 110:21
111:8 113:20
118:18 120:21,22
120:22,23,24,25
121:1,2,3,4 122:14
124:22,23 127:17
130:6 133:8 134:3
136:9 139:19
141:9 142:7 143:5
143:6,7,8,9,10,11

145:3 148:7 150:4
151:7 156:18
158:25 159:1,2,3,4
159:5,6,7,8,9
161:5
**0652308** 46:12
**0652323** 65:24
**0652324** 66:2
**07** 11:8 13:11,25
18:24 20:20 25:3,4
25:5,6,7,8,11,16
26:7 27:14 29:8,20
32:22 36:3 39:23
39:24 40:11 42:4
42:14 46:1,2,3,6
46:25 47:23 52:9
53:24 54:1 57:11
57:24 60:12,13,13
60:14,15,16,17,18
60:19,20,21,22,23
60:24,25 61:1 63:1
63:12,24 65:6
66:17 68:3,21 70:6
70:22 78:14 81:2,3
81:3,4,5,6,7,8,9,10
81:11,12 83:21
88:12 90:9,14 92:2
94:25 101:10
103:23 104:6,7,8,9
104:10,11,12,13
104:14,15 106:18
108:9 113:15
114:6 116:16
117:1 119:4
120:12 121:5,6,7,8
121:9 122:7
123:24 129:15
132:23 135:25
136:16 137:9
143:12,13,14,15
143:16,17,18,19
146:20 148:13
149:9,22 151:15
155:24 159:2,10

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| 159:11,12,13,14 | 11:7,8,9,10,11,12 | 20:24,25 21:1,2,3 | 94:20 102:3 |
| 159:15,16,17,18 | 11:13,14,15,16,17 | 21:4,5,6,7,8,9,10 | 107:25 151:20 |
| 159:19 160:18 | 11:18,19,20,21,22 | 21:11,12,13,14,15 | **10** 9:17 18:4,25 |
| **07cv05944** 1:5 2:4 | 11:23,24,25 12:1,2 | 21:16,17,18,19,20 | 21:25 22:1,2,3,4,5 |
| **08** 23:3,11 24:16 | 12:3,4,5,6,7,7,8,9 | 21:21,22,23,24 | 22:6,7,8,9,10,11 |
| 25:9,10,11,12,13 | 12:10,11,12,16,17 | 22:19 23:21 24:17 | 22:12,13,14,15,16 |
| 25:14,15 27:15 | 12:18,19,20,21,22 | 25:16,17,18,19,20 | 22:17,18,19,20,21 |
| 31:14 34:19 35:7 | 12:23,24,25 13:1,2 | 27:5 28:16 30:20 | 22:22,23,24,25 |
| 36:4 38:3 39:6 | 13:3,4,5,5,6,7,8,9 | 44:9 46:16,17,18 | 23:1,2,3,4,4,5,6,7 |
| 40:17 41:4 45:7 | 13:10,11,12,13,14 | 46:19,20,21,22,23 | 23:8,9,10,11,12,12 |
| 46:4,5,6,9,10,11 | 13:15,16,17,18,19 | 47:1 48:6,24 49:6 | 23:13,14,15,16,17 |
| 46:12,13,14,15 | 13:20,21,22,23,24 | 57:25 61:7,8,9,9 | 23:18,19,20,21,22 |
| 48:23 51:24 61:2,3 | 13:25 14:1,2,3,4,5 | 61:10,11,12,13,14 | 23:23,24,25 24:1,2 |
| 61:4,5,6 64:4 74:6 | 14:6,7,8,9,10,11 | 61:15,16,17,18,19 | 24:3,4,5,6,7,8,9,10 |
| 79:9 80:23 81:13 | 14:12,13,14,15,16 | 63:25 64:5 67:22 | 24:11,12,13,14,15 |
| 81:14,15,16,17,18 | 14:17,18,19,20,21 | 69:14 71:11 74:18 | 24:16,17,18,19,20 |
| 81:19,20,21 82:5,8 | 14:22,23,24,25 | 77:12 81:22,23,24 | 24:21,22,24,25 |
| 82:25 85:7,20,21 | 15:1,2,3,4,5,6,7,8 | 81:25 82:1,2,3 | 25:1,2,3,4,5,6,7,8 |
| 87:8 89:25 91:2 | 15:9,10,11,12,13 | 87:17 90:10 91:12 | 25:9,10,11,12,13 |
| 94:8 95:18 98:3 | 15:14,15,16,17,18 | 92:3,12 93:15 | 25:14,15,16,17,18 |
| 104:16,16,17,18 | 15:19,20,21,22,23 | 97:16 101:11,23 | 25:19,20,21,22 |
| 104:19,20,21,22 | 15:24,25 16:1,2,3 | 102:6 104:23,24 | 25:22,23,23,24,24 |
| 105:3,14 108:1,10 | 16:4,5,6,7,8,9,10 | 104:25 110:22 | 25:25,25 26:1,1,2 |
| 109:12 110:12 | 16:11,12,13,14,15 | 112:23 113:21 | 26:2,3,4,4,5,6,7 |
| 115:2 117:12,13 | 16:16,17,18,19,20 | 117:14,23 118:19 | 26:8,9,10,11,12,13 |
| 118:9 121:10,11 | 16:21,22,24,25 | 119:5 121:21,22 | 26:14,15,16,17,18 |
| 121:12,13,14,15 | 17:1,2,3,4,5,6,7,8 | 121:23,24,25 | 26:19,20,21,22,23 |
| 121:16,17,18,19 | 17:9,10,11,12,13 | 122:1,2,3,4,5,8 | 26:24,25 27:1,2,3 |
| 121:20 122:24 | 17:14,15,16,17,18 | 128:2 132:13 | 27:4,5,6,7,8,9,10 |
| 124:24 128:1 | 17:19,20,21,22,23 | 133:9 134:4 | 27:11,12,13,14,15 |
| 129:16 134:14,25 | 17:24,25 18:1,2,3 | 138:13 140:24 | 27:16,17,18,19,20 |
| 136:10 138:24 | 18:4,5,6,7,8,9,10 | 141:10 143:14 | 27:21,22,23,24,25 |
| 140:12 143:20,21 | 18:11,12,13,14,15 | 144:3,4,5,6,7,8 | 28:1,2,3,4,5,5,6,7 |
| 143:22,23,24,25 | 18:16,17,18,19,20 | 148:8 155:3 | 28:8,9,10,11,12,13 |
| 144:1,2 148:24 | 18:21,22,23,24,25 | 157:21 160:8,9,10 | 28:14,15,16,17,18 |
| 150:5 153:19 | 19:1,2,4,4,5,5,6,7 | 160:11,12,13,14 | 28:19,20,21,22,23 |
| 154:3,20 157:8 | 19:8,9,10,11,12,13 | 160:15 161:6 | 28:24,25 29:1,2,3 |
| 159:11,20,21,22 | 19:14,15,16,17,18 | 162:7 | 29:4,5,6,7,8,9,10 |
| 159:23,24,25 | 19:19,19,20,20,21 | | 29:11,12,13,14,15 |
| 160:1,2,3,4,5,6,7 | 19:22,23,24,25 | **1** | 29:16,17,18,19,20 |
| 162:6 | 20:1,2,3,4,5,6,7,8 | **1** 8:7 9:2 46:23 47:5 | 29:21,22,23,24,25 |
| **09** 10:15,16,17,18 | 20:9,10,11,12,13 | 49:3,21 64:25 | 30:1,2,3,4,5,6,7,8 |
| 10:19,20,21,22,23 | 20:14,15,16,17,18 | 75:18 77:13,24 | 30:9,10,11,12,13 |
| 10:24,25 11:1,2,3 | 20:19,20,21,22,23 | 81:12 93:14 94:16 | 30:14,15,16,17,18 |

| | | | |
|---|---|---|---|
| 30:19,20,21,22,23 | 40:11,12,13,14,15 | 149:10,23 151:8 | 48:18,19,20,21,22 |
| 30:24,25 31:1,2,3 | 40:16,17,18,19,20 | 151:11,16,17,21 | 48:23,24,25 49:1,2 |
| 31:4,5,6,7,8,9,10 | 40:21,22,23,24,25 | 155:14,22,25 | 49:3,4,5,6,7,8,9,10 |
| 31:11,12,13,14,15 | 41:1,2,3,4,5,6,7,8 | 156:1,19 157:25 | 49:11,12,13,14,15 |
| 31:16,17,18,19,20 | 41:9,10,11,12,13 | 160:16,17,18,19 | 49:16,17,18,19,20 |
| 31:21,22,23,24,25 | 41:14,15,16,17,18 | 160:19,20,21,22 | 49:21,22,22,23,24 |
| 32:1,2,3,4,5,6,7 | 41:19,20,21,22,23 | 160:23,24,25 | 49:25 50:1,2,3,4,5 |
| 32:8,9,10,10,11,12 | 41:24,25 42:1,2,3 | 161:1,2,14 | 50:12,13,14,15,16 |
| 32:13,14,15,16,17 | 42:4,5,6,7,8,9,10 | **100** 20:16,21 69:24 | 50:17,18,19,20,21 |
| 32:18,19,20,21,22 | 42:11,12,13,14,15 | **100hertz** 71:1 | 50:22,23,24,25 |
| 32:23,24,25 33:1,2 | 42:16,17,18,19,20 | **101530119** 4:9 | 51:1,2,3,4,5,6,7,8 |
| 33:3,4,5,6,7,8,9,10 | 42:21,22,23,24,25 | **10percent** 98:16 | 51:9,10,11,12,13 |
| 33:11,12,13,14,15 | 43:1,2,3,4,5,6,7,8 | **11** 8:9 12:8 13:12 | 51:14,15,16,17,18 |
| 33:16,17,18,19,20 | 43:9,10,11,12,13 | 19:21 21:11,20 | 51:19,20,21,22,23 |
| 33:21,22,23,24,25 | 43:14,25 46:7,9,24 | 23:22 24:18 26:5,6 | 51:24,25 52:1,2,3 |
| 34:1,2,3,4,5,6,7,8 | 46:25 47:1,2,3,4,5 | 26:7,8,9,10,11,12 | 52:4,5,6,7,8,9,10 |
| 34:9,10,11,12,13 | 47:6,7,8,9 49:13 | 28:20 30:9 31:4,15 | 52:11,12,13,14,15 |
| 34:14,15,16,17,18 | 50:18 54:17 60:14 | 34:20 35:8,20 36:5 | 52:16,17,18,19,19 |
| 34:19,20,21,22,23 | 61:20,21,22,23,24 | 36:15 42:5,25 | 52:20,21,22,23,24 |
| 34:24,25 35:1,2,3 | 61:25 62:1,2,3,4 | 43:15,16,17,18,19 | 52:25 53:1,2,3,4,5 |
| 35:4,5,6,7,8,9,10 | 70:2 71:20 73:7 | 43:20,21,22,23,24 | 53:6,7,8,9,10,11 |
| 35:11,12,13,14,15 | 75:11 78:15 80:1 | 43:25 44:1,2,3,4,5 | 53:12,13,14,15,16 |
| 35:16,17,18,19,20 | 81:4,15 82:4,5,6 | 44:6,7,8,9,10,11 | 53:17,18,19,20,21 |
| 35:21,22,23,24,25 | 85:22 88:13 90:1 | 44:12,13,14,15,16 | 53:22,23,24,25 |
| 36:1,2,3,4,5,6,7,8 | 90:15 91:3 94:20 | 44:17,18,19,20,21 | 54:1,2,3,4,5,6,7,8 |
| 36:9,10,11,12,13 | 98:14,21 100:15 | 44:22,23,24,25 | 54:9,10,10,11,12 |
| 36:14,15,16,17,18 | 102:7 105:1,2,3,4 | 45:1,2,3,4,5,6,7,8 | 54:13,14,15,16,17 |
| 36:19,20,21,22,23 | 105:5,6,7,8,9,10 | 45:9,10,11,12,13 | 54:18,19,20,21,22 |
| 36:24,25 37:1,2,3 | 105:11,12,15 | 45:14,15,16,17,18 | 54:23,24,25 55:1,2 |
| 37:4,5,6,7,8,9,10 | 110:13 113:16 | 45:19,20,21,22,23 | 55:3,4,5,6,7,8,9,10 |
| 37:11,12,13,14,15 | 114:21 115:3,4 | 45:24,25 46:1,2,3 | 55:11,12,13,14,15 |
| 37:16,17,18,19,20 | 116:17 118:8,9 | 46:4,5,6,9,10,10 | 55:16,17,18,19,20 |
| 37:21,22,23,24,25 | 121:11,22 122:6,7 | 46:11,12,13,14,15 | 55:21,22,23,24,25 |
| 38:1,2,3,4,5,6,7,8 | 122:8,9,10,11,12 | 46:16,17,18,19,20 | 56:1,2,3,4,5,6,7,8 |
| 38:9,10,11,12,13 | 122:15 123:25 | 46:21,22,23,24,25 | 56:9,10,11,12,13 |
| 38:14,15,16,17,18 | 124:12 128:3 | 47:1,2,3,4,5,6,7,8 | 56:14,15,16,17,18 |
| 38:19,20,21,22,23 | 129:17 131:2,18 | 47:9,10,10,11,11 | 56:19,20,21,22,23 |
| 38:24,25 39:1,2,3 | 132:24 134:5 | 47:12,12,13,13,14 | 56:24,25 57:1,2,3 |
| 39:4,5,6,7,8,9,10 | 136:17,25 142:2 | 47:14,15,15,16,17 | 57:4,5,6,7,8,9,10 |
| 39:11,12,13,14,15 | 142:11,24 144:9 | 47:18,19,20,21,22 | 57:11,12,13,14,15 |
| 39:16,17,18,19,20 | 144:10,11,12,13 | 47:23,24,24,25 | 57:16,17,18,19,20 |
| 39:21,22,23,24,25 | 144:14,15,16,17 | 48:1,2,3,4,5,6,7,8 | 57:21,22,23,24,25 |
| 39:25 40:1,2,3,4,5 | 144:18,19,20 | 48:9,10,11,12,13 | 58:1,2,3,4,5,6,7,8 |
| 40:6,7,8,9,10,10 | 146:10 147:25 | 48:14,15,16,17,18 | |

HIGHLY CONFIDENTIAL

58:9,10,11 62:5,6
62:7,8,9,10,11,12
62:13,14,15 63:2
64:1,6 65:7,19
68:13,22 70:23
71:7 72:20 74:7
77:13,22,23,25
80:14 82:7,8,9,10
82:11,12,13,14,15
82:16,17,18,19,20
82:21 83:8 84:24
85:23 86:20 87:9
87:10 91:13 95:1
95:19 96:2 100:16
105:13,14,15,16
105:17,18,19,20
106:19 114:7
115:6,11 117:24
118:18 120:13
121:23 122:13,14
122:15,16,17,18
122:19,20,21,22
125:11 126:4
129:4,5 133:16
134:15 136:18
137:10 139:20
140:25 144:21,21
144:22,23,24,25
145:1 147:15
148:14 150:20
152:11 154:21
155:13 157:22
161:3,4,5,6,7,8,9
161:10,11,12,13
161:14,15,16,17
161:18,19,20,21
161:22,23,24
162:1,8
**11000** 7:6
**12** 9:13,15,17 11:9
12:14 18:13 19:6
20:21 21:3 22:2,20
23:5 26:13,13,14
26:15,16,17,18,19

27:16 29:9 32:3
33:7 34:14 35:9
36:6,16 37:12
38:10 41:5,11
43:16 46:7 47:16
47:16,17,18,19,20
47:21,22 49:23
52:6 58:12,13,14
58:15,16,17,18,19
58:20,21,22,23,24
58:25 59:1,2,3,4,5
59:6,7,8,9,10,11
59:12,13,14,15,16
59:17,18,19,20,21
59:22,23,24,25
60:1,2,3,4,5,6,7,8
60:9,10,11,12,13
60:14,15,16,17,18
60:19,20,21,22,23
60:24,25 61:1,2,3
61:4,5,6,7,8,9,10
61:11,12,13,14,15
61:16,17,18,19,20
61:21,22,23,24,25
62:1,2,3,4,5,6,7,7
62:8,9,10,11,12,13
62:14,15,16,16,17
62:17,18,18,19,19
62:20,20,21,21,22
62:22,23,23,24,25
63:1,2,3,4,5,6,7,8
63:9,10,11,12,13
63:14,15,16,17,20
63:21,22,23,24,25
64:1,2,3,4,5,6,7,8
64:9,10,11,12,13
64:14,15,16,17,18
64:19,20,21,22,23
64:24,24,25 65:1,2
65:3,4,5,6,7,8,9,10
65:11,12,13,14,15
65:16,17,18,19,20
65:21,22,23,24,25
66:1,2,3,4,5,6,7,8

66:9,10,11,12,13
66:14,15,16,17,18
66:19,20,21,22,23
66:24,25 67:1,2,3
67:4,5,6,7,8,9,10
67:11,12,13,14,15
67:16,17,18,20,21
67:22,23,23,24,25
68:1,2,3,4,4,5,6,7
68:8,9,10,11,12,13
68:14,15,17,18,19
68:20,21,22,23,24
68:25 69:1,2,3,4,5
69:6,7,8,9,10,11
69:12,13,14,15,16
69:17,18,19,20,21
69:22,23,24,25
70:1,2,3,4,5,6,7,8
70:9,10,11,12,13
70:14,14,15,15,16
70:17,18,19,20,21
70:22,23,24,25
71:1,2,3,4,5,6,7,8
71:9,10,11,12,13
71:14,15,16,17,18
71:19,20,21,22,23
71:24,25 72:1,2,3
72:4,5,6,7,8,9,10
72:11,11,12,13,14
72:15,16,17,18,19
72:20,21,22,23,24
72:25 73:1,2,3,4,5
73:6,7,8,9,10,11
73:12,13,14,15,16
73:17,18,19,20,21
73:22,23,24,25
74:1,2,3,4,5,6,7,8
74:9,10,11,12,13
74:14,15,16,17,18
74:19,20,21,22,23
74:24,25 75:1,2,3
75:4,5,6,7,8,9,10
75:11,12,13,14,15
75:16,17,18,19,20

75:21,22,23,24,25
76:1,2,3,4,5,6,7,8
76:9,10,11,12,13
76:14,15,16,17,18
76:19,20,21,22,23
76:24,25 77:1,2,3
77:4,5,6,7,8,9,10
77:11,12,13,14,15
77:16,17,18,19,20
77:21,22,23,24,25
78:1,2,3,4,5,6,7,16
79:10 82:22 85:8
89:12 94:9 97:17
98:24 100:3
104:17 105:4,16
105:21,22,23,24
105:25 108:11,22
109:13 112:24
118:10 122:23,24
123:1,2,3,4,5,10
131:7 132:25
134:16 135:11
136:11 137:11,20
140:13 145:2,3,4,4
145:5,6,7,8,9,10
145:11,12 146:21
148:15 149:16
151:21,25 152:8
152:25 159:20
162:2,3,4,5,6,7,8,9
**120** 152:7,10,10,12
**125** 9:9
**125x** 68:25
**1299** 5:19
**13** 8:13 16:4,17
21:21 22:3 25:21
26:20,21,22,23,24
26:25 27:1,2,3
31:16 38:4 39:8
45:8 47:2,23,24,25
47:25 48:1,2,3,4,5
48:7,25 56:6,14
62:24,25 63:1,2,3
63:4,5,6,7,8,9,10

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| 65:20 70:16 71:12 | 74:21 78:12,13,14 | 87:11,12,13,14,15 | 97:1,2,3,4,5,6,7,8 |
| 75:6 78:8,9,10,11 | 78:15,16,17,17,18 | 87:16,17,18,18,19 | 97:9,10,11,12,13 |
| 79:16 80:2 82:9,23 | 78:19,20,21,22,23 | 87:20,21,22,23,24 | 97:14,15,16,17,18 |
| 82:24,25 83:1,2,3 | 78:24,25 79:1,2,3 | 87:25 88:1,2,3,4,5 | 97:19,20,21,22,23 |
| 83:4,5,6,7 86:8 | 79:4,5,6,7,8,9,10 | 88:6,7,8,9,10,11 | 97:24,25 98:1,2,3 |
| 90:2 91:4 92:13 | 79:12,12,13,14,15 | 88:12,13,14,15,16 | 98:4,4,5,6,7,8,9,10 |
| 93:3 101:24 102:8 | 79:16,17,18,19,20 | 88:17,18,20,21,24 | 98:11,12,13,14,15 |
| 103:2 106:1,2,3,4 | 79:21,22,23,24,24 | 88:25 89:1,2,3,4,5 | 98:16,17,18,19,20 |
| 106:5,6,7,8 108:2 | 79:25 80:1,2,3,4,5 | 89:6,7,8,9,10,11 | 98:21,22,23,24,25 |
| 110:2 111:9,15 | 80:6,7,8,9,10,11 | 89:12,13,13,14,15 | 99:1,2,3,4,5,6,7,8 |
| 115:12 118:20 | 80:12,13,14,15,16 | 89:16,17,18,19,20 | 99:9,10,11,12,13 |
| 120:4 121:12 | 80:17,18,19,20,21 | 89:21,22,23,24,25 | 99:14,15,16,17,18 |
| 123:1,6,7,8,9,10 | 80:22,23,24,25 | 90:1,2,3,4,5,6,7,8 | 99:19,20,21,22,23 |
| 123:11,12,13,14 | 81:1,2,3,4,5,6,7,8 | 90:9,10,11,12,13 | 99:24,25 100:1,3,4 |
| 123:15,16,17 | 81:9,10,11,12,13 | 90:14,15,16,17,18 | 100:5,6,7,8,9,10 |
| 124:1,13 126:14 | 81:14,15,16,17,18 | 90:19,20,21,22,23 | 100:11,12,13,14 |
| 128:4 129:18 | 81:19,20,21,22,23 | 90:24,25 91:1,2,3 | 100:15,16,17,18 |
| 130:20 131:3,23 | 81:24,25 82:1,2,3 | 91:4,5,6,7,8,9,10 | 100:19,20,21,22 |
| 132:14 134:6 | 82:4,5,6,7,8,9,10 | 91:11,12,13,14,14 | 100:23,24,25 |
| 145:13,14,15,16 | 82:11,12,13,14,15 | 91:15,16,17,18,19 | 101:1,2,3,4,5,6,7 |
| 145:17,18,19,20 | 82:16,17,18,19,20 | 91:20,21,22,23,24 | 104:18 105:22 |
| 145:21,22 148:9 | 82:21,22,23,24,25 | 91:25 92:1,2,3,4,5 | 106:9,10,11,12,13 |
| 150:6 151:22,22 | 83:1,2,3,4,5,6,7,8 | 92:6,7,8,9,10,11 | 106:14,15,16,20 |
| 151:25 152:17 | 83:8,9,9,9,10,10 | 92:12,13,14,15,16 | 107:11 108:3 |
| 153:20 154:4,22 | 83:11,11,12,12,13 | 92:17,18,19,20,21 | 110:14 111:10,16 |
| 156:2 158:6 159:3 | 83:13,14,14,15,15 | 92:22,23,24,25 | 112:25 113:17,22 |
| 161:7 | 83:16,16,17,17,18 | 93:1,2,3,4,5,6,7,8 | 114:8 115:5,13 |
| **130** 152:10,11 | 83:18,19,19,20,21 | 93:9,10,11,12,13 | 123:17,18,19,20 |
| **13th** 4:20 | 83:22,23,24,25 | 93:14,15,16,17,18 | 123:21 124:14 |
| **14** 8:13,13,14 17:14 | 84:1,2,3,4,5,6,7,8 | 93:19,20,21,22,23 | 129:6 131:19 |
| 19:1 22:12 23:13 | 84:9,10,11,12,13 | 93:24,25 94:1,2,3 | 143:15 144:9 |
| 24:19 27:4,5,6,7,8 | 84:14,15,16,17,18 | 94:4,5,6,7,8,9,10 | 145:22,23 146:12 |
| 27:9,10,11,12,17 | 84:19,20,21,22,23 | 94:11,12,13,14,15 | 146:22 147:16 |
| 30:10 37:13 40:11 | 84:24,25,25 85:1,2 | 94:16,17,18,19,20 | 148:16 152:20,22 |
| 43:17 48:6,7,8,9 | 85:3,4,5,6,7,8,9,10 | 94:21,22,23,24,25 | 157:9 159:4 160:8 |
| 48:10,11,12,13,14 | 85:11,12,13,14,15 | 95:1,2,3,4,5,6,7,8 | **14inch** 142:23,23 |
| 48:15,16,17,18 | 85:16,17,18,19,20 | 95:9,10,11,12,13 | 144:2,2,6 145:1,1 |
| 50:24 52:10,20 | 85:21,22,23,24,25 | 95:14,15,17,18,19 | 145:3,4 152:15 |
| 53:3 54:18 55:23 | 86:1,2,3,4,5,6,7,8 | 95:20,20,21,22,23 | **15** 11:10,11,21 12:9 |
| 56:23 59:13 61:20 | 86:9,10,11,12,13 | 95:24,25 96:1,2,3 | 18:5 19:22 27:6,13 |
| 62:8 63:11,12,13 | 86:14,15,16,17,18 | 96:3,4,5,6,7,8,9,10 | 27:14,15,16,17,18 |
| 63:14,15,16,17,20 | 86:19,20,21,22,23 | 96:11,12,13,14,15 | 27:19,20,21,22,23 |
| 63:21,22 64:7,25 | 86:24,25 87:1,2,3 | 96:16,17,18,19,20 | 28:6 32:11 34:15 |
| 67:24 70:7 72:21 | 87:4,5,6,7,8,9,10 | 96:21,22,23,24,25 | 35:10,21 37:3,7,11 |

**HIGHLY CONFIDENTIAL**

| | | | |
|---|---|---|---|
| 37:14 40:1 42:6 | 106:25 107:1,1,2,2 | 115:9,10,11,12,13 | 84:3,4,5,6,7,8,9 |
| 45:1 46:11 48:19 | 107:3,3,4,4,5,5,6,6 | 115:14,15,16,17 | 87:11 88:14 89:4 |
| 49:24 50:19 53:12 | 107:7,8,9,10,11,12 | 115:18,19,20,21 | 91:5 92:14 94:10 |
| 56:15,16 58:1,12 | 107:13,14,15,16 | 115:22,23,24,25 | 95:21 97:4 98:25 |
| 61:21 62:9 63:23 | 107:17,18,19,20 | 116:1,2,3,4,5,6,7,8 | 103:24 107:7,8,9 |
| 63:24,25 64:1,2,3 | 107:21,22,23,24 | 116:9,10,11,12,13 | 107:10,12 113:1 |
| 68:14 70:3 71:13 | 107:25 108:1,2,3,4 | 116:14,15,16,17 | 113:18 114:9 |
| 71:21 77:14 79:17 | 108:5,6,7,8,9,10 | 116:18,19,20,21 | 118:18,19,20,21 |
| 79:18 82:7 83:20 | 108:11,12,13,14 | 116:22,23,24,25 | 118:21,22,23,24 |
| 83:21,22,22,23,24 | 108:15,16,17,18 | 117:1,2,3,4,5,6,7,8 | 118:25 119:1,2,3,4 |
| 83:25 84:1,2 85:9 | 108:19,20,21,22 | 117:9,10,11,12,13 | 119:5,6,7,8,9,10 |
| 85:10 90:16 93:4 | 108:23,24,25 | 117:14,15,16,17 | 119:11,12,13,14 |
| 97:3 100:4 101:8,9 | 109:1,2,2,3,4,5,6,7 | 117:18,19,20,21 | 119:15,16,17,18 |
| 101:10,11,12,13 | 109:8,9,10,11,12 | 117:22,23,24,25 | 119:19,20,21,21 |
| 101:14,15,16,17 | 109:13,14,15,16 | 117:25 118:1,2,3,4 | 119:22,23,24,25 |
| 101:18,19,20,21 | 109:17,18,19,20 | 118:5,6,7,8,8,9,9 | 120:1,2,3,4,5,6,7,8 |
| 101:22,23,24,25 | 109:21,22,23,24 | 118:10,11,12,13 | 120:9,10,11,12,13 |
| 102:1,2,3,4,5,6,7,8 | 109:25 110:1,2,3,4 | 118:14,15,16,17 | 120:14,15,16,17 |
| 102:9,10,11,12,13 | 110:5,6,7,8,9,10 | 123:2,18,22,23,24 | 120:18,19,20,21 |
| 102:14,15,16,17 | 110:11,12,13,14 | 123:25 124:1,2,3,4 | 120:22,23,24,25 |
| 102:18,19,20,21 | 110:15,16,17,18 | 124:5,6,7,8,9,10 | 121:1,2,3,4,5,6,7,8 |
| 102:22,23,24,25 | 110:19,20,21,22 | 126:5 130:21 | 121:9,10,11,12,13 |
| 103:1,2,3,4,5,6,7,8 | 110:23,24,25 | 135:12 136:19 | 121:14,15,16,17 |
| 103:9,10,11,12,13 | 111:1,2,3,4,5,6,7,8 | 137:12,21 141:1 | 121:18,19,20,21 |
| 103:14,15,16,17 | 111:9,10,11,12,13 | 142:3 145:23 | 121:22,23,24,25 |
| 103:18,19,20,21 | 111:14,15,16,17 | 148:1 149:11 | 122:1,2,3,4,5,6,7,8 |
| 103:22,23,24,25 | 111:18,19,20,21 | 150:21 151:17,23 | 122:9,10,11,12,13 |
| 104:1,2,3,4,5,6,7,8 | 111:22,23,24,25 | 152:12,19,20 | 122:14,15,16,17 |
| 104:9,10,11,12,13 | 112:1,2,3,4,5,6,7,8 | 156:20 158:7 | 122:18,19,20,21 |
| 104:14,15,16,17 | 112:9,10,11,12,13 | 161:23 | 122:22,23,24 |
| 104:18,19,20,21 | 112:14,15,16,17 | **15inch** 141:10 142:1 | 123:1,2,3,4,5,6,7,8 |
| 104:22,23,24,25 | 112:18,19,20,21 | 142:2 144:20 | 123:9,10,11,12,13 |
| 105:1,2,3,4,5,6,7,8 | 112:22,23,24,25 | 145:1,9 | 123:14,15,16,17 |
| 105:9,10,11,12,13 | 113:1,2,3,4,5,6,7,8 | **16** 1:19 2:23 8:4 | 123:18,19,20,21 |
| 105:14,15,16,17 | 113:9,10,11,12,13 | 10:1 13:6 14:1 | 123:22,23,24,25 |
| 105:18,19,20,21 | 113:14,15,16,17 | 21:4 27:24,25 28:1 | 124:1,2,3,4,5,6,7,8 |
| 105:22,23,24,25 | 113:18,19,20,21 | 28:2 31:5 32:4 | 124:9,10,11,11,12 |
| 106:1,2,3,4,5,6,7,8 | 113:22,23,24,25 | 33:8 34:21 41:6,12 | 124:12,13,13,14 |
| 106:9,10,11,12,13 | 114:1,2,3,4,5,6,7,8 | 45:9 47:3,17 48:1 | 124:14,15,15,16 |
| 106:14,15,16,17 | 114:9,10,11,12,13 | 64:4,5,6,7,8,8,9,10 | 124:16,17,17,18 |
| 106:17,18,18,19 | 114:14,15,16,17 | 64:11,12,13,14,15 | 124:18,19,20 |
| 106:19,20,20,21 | 114:19,20,21,22 | 64:16,17,18 67:15 | 124:20,21,21,22 |
| 106:21,22,22,23 | 114:22,23,24,25 | 70:24 77:14 78:18 | 124:23,24,25 |
| 106:23,24,24,25 | 115:1,2,3,4,5,6,7,8 | 80:3 81:5 82:10 | 125:1,2,5,6,7,8,9 |

**HIGHLY CONFIDENTIAL**

| | | | |
|---|---|---|---|
| 125:10,11,12,13 | 133:17,18,19,20 | 162:10 | 144:13,14,15,16 |
| 125:14,15,16,17 | 133:21,22,23,24 | **16th** 71:16 | 144:17,18,19,20 |
| 125:18,19,20,21 | 133:25 134:1,2,3,4 | **17** 16:5 17:15 18:6 | 144:21,22,23,24 |
| 125:22,23,24,25 | 134:5,6,7,7,8,9,10 | 21:22 27:7 28:3,4 | 144:25 145:1,2,3,4 |
| 126:1,2,3,4,5,6,7,8 | 134:11,12,13,14 | 28:5,6,7,7,8,9,10 | 145:5,5,6,7,8,9,10 |
| 126:9,10,11,12,13 | 134:15,16,17,18 | 28:11,12,13,14,21 | 145:11,12,13,14 |
| 126:14,15,15,16 | 134:19,20,21,22 | 29:10 36:17 43:18 | 145:15,16,17,18 |
| 126:17,18,19,20 | 134:23,24,25 | 45:19 49:1 52:21 | 145:19,20,21,22 |
| 126:21,22,23,24 | 135:1,1,2,3,4,5,6,7 | 53:4 56:17 59:21 | 145:23,24,25 |
| 126:25 127:1,2,3,4 | 135:8,9,10,11,12 | 63:3 64:2,19,20,21 | 146:1,2,3,4,5,6,7,8 |
| 127:5,6,7,8,9,10 | 135:13,14,15,16 | 64:22,23 68:5 70:8 | 146:9,10,11,12,13 |
| 127:11,12,13,14 | 135:17,18,19,20 | 70:17 73:8 78:19 | 146:13,14,15,16 |
| 127:15,16,17,18 | 135:21,22,23,24 | 83:23 84:10,11,12 | 146:17,18,19,20 |
| 127:19,20,21,22 | 135:25 136:1,2,3,4 | 84:13,14,15,16 | 146:21,22,23,24 |
| 127:23,24,25 | 136:5,6,7,8,9,10 | 86:9 88:15 94:11 | 146:25 147:1,2,3,4 |
| 128:1,2,3,4,5,5,6,7 | 136:11,12,13,14 | 96:4 101:25 102:9 | 147:5,6,7,7,8,9,10 |
| 128:8,9,10,11,12 | 136:15,16,17,18 | 102:16 104:6 | 147:11,12,13,14 |
| 128:13,14,15,16 | 136:19,20,21,22 | 105:23 107:11,12 | 147:15,16,17,17 |
| 128:17,18,19,20 | 136:23,24,25 | 107:13,14,15,16 | 147:18,19,20,21 |
| 128:21,22,23,24 | 137:1,1,2,3,4,5,6,7 | 107:17,18,19,20 | 147:22,23,24,25 |
| 128:25 129:1,2,3,4 | 137:8,9,10,11,12 | 107:21,22,23 | 148:1,2,3,4,5,6,7,8 |
| 129:5,6,7,8,9,10 | 137:13,14,15,16 | 110:3,15 111:23 | 148:9,10,11,12,13 |
| 129:11,12,13,14 | 137:17,18,19,20 | 115:14 120:5 | 148:14,15,16,17 |
| 129:15,16,17,18 | 137:21,22,23,24 | 124:22,23,24,25 | 148:17,18,19,20 |
| 129:19,19,20,21 | 137:25 138:1,2,3,4 | 125:1,2,5,6,7,8 | 148:21,22,23,24 |
| 129:22,23,24,25 | 138:5,6,7,8,9,10 | 126:16 131:24 | 148:25 149:1,2,3,4 |
| 130:1,2,3,4,5,6,7,8 | 138:11,12,13,14 | 138:1 141:8,9,10 | 149:5,6,7,8,9,10 |
| 130:9,10,11,12,13 | 138:14,15,16,17 | 141:11,12,13,14 | 149:11,12,13,14 |
| 130:14,16,17,18 | 138:18,19,20,21 | 141:15,16,17,18 | 149:15,16,17,17 |
| 130:20,21,22,23 | 138:22,23,24,25 | 141:19,20,21,22 | 149:18,19,20,21 |
| 130:24,25 131:1,2 | 139:1,2,3,4,5,6,7,8 | 141:23,24,25 | 149:22,23,24,24 |
| 131:3,4,5,6,7,8,9 | 139:9,10,11,12,13 | 142:1,2,3,4,5,6,7,8 | 149:25 150:1,2,3,4 |
| 131:10,11,12,13 | 139:14,15,16,17 | 142:9,10,11,12,12 | 150:5,6,7,8,9,10 |
| 131:14,15,16,17 | 139:18,19,20,21 | 142:13,13,14,15 | 150:11,12,13,14 |
| 131:18,19,20,21 | 139:22,23,24,25 | 142:16,17,18,19 | 150:15,16,17,18 |
| 131:22,23,24,25 | 140:1,2,3,4,5,6,7,8 | 142:20,21,22,23 | 150:19,20,21,22 |
| 132:1,2,3,4,5,6,7,8 | 140:9,10,11,12,13 | 142:24,25 143:1,2 | 150:23,24,25 |
| 132:9,10,11,12,13 | 140:14,14,15,16 | 143:3,4,5,6,7,8,9 | 151:1,2,3,4,5,6,7,8 |
| 132:14,15,16,17 | 140:17,18,19,20 | 143:10,11,12,13 | 151:9,10,11,12,13 |
| 132:18,19,20,21 | 140:21,22,23,24 | 143:14,15,16,17 | 151:14,15,16,17 |
| 132:22,23,24,25 | 140:25 141:1,2,3,4 | 143:18,19,20,21 | 151:18,19,20,21 |
| 133:1,1,2,3,4,5,6,7 | 141:5,6,7,11 | 143:22,23,24,25 | 151:22,23,24,24 |
| 133:8,9,10,11,12 | 143:16 153:1,21 | 144:1,2,3,4,5,6,7,8 | 151:25 152:1,2,3,4 |
| 133:13,14,15,16 | 155:4 159:21 | 144:9,10,10,11,12 | 152:5,6,7,8,9,10 |

**VERITEXT REPORTING COMPANY**
www.veritext.com
(212) 267-6868     (516) 608-2400

**HIGHLY CONFIDENTIAL**

152:11,12,13,14
152:15,16,17,18
152:18,19,20,20
152:21,22,22,23
152:24,25 153:1,2
153:3,4,5,6,7,8,9
153:10,11,12,13
153:14,15,16,17
153:18,19,20,21
153:22,23,24,25
154:1,2,3,4,5,6,7,8
154:9,10,11,12,13
154:14,15,16,17
154:18,19,20,21
154:22,23,24,25
155:1,2,3,4,5,6,7,8
155:9,10,11,12,13
155:14,15,16,17
155:18,19,20,21
155:22,23,24,25
156:1,2,3,4,5,6,7,8
156:9,10,11,12,13
156:14,15,16,17
156:18,19,20,21
156:22,23,24,25
157:1,2,3 159:5,12
161:8,9 162:11,12
162:13,14,15
**17th** 6:8 71:16
**18** 2:22 8:14 13:13
16:18 22:13 25:17
28:15,16,17 29:11
30:11 32:12 35:22
36:7 37:4,5 38:11
39:9 43:19 47:18
48:8 50:25 52:22
54:2,19 56:24
58:20 59:14 61:22
62:17,18 64:9,24
64:25 65:1,2,3,4
67:25 68:23 70:4
71:14 72:22 78:20
84:17,18,19,20,21
88:5 90:3 92:15

93:5 98:5,10 100:5
103:25 104:19
105:5 107:24,25
108:1,2,3,4,5,6,7
108:23 109:3
113:8 117:15
123:19 124:2,15
124:25 125:9,10
125:11,12,13,14
125:15,16,17,18
125:19,21 128:6
131:8,20 135:13
138:15 142:4
146:23 148:2,25
151:9 155:14
156:21 157:3,4,5,6
157:7,8,9,10,10,11
157:12,13,14,15
157:16,17,18,19
157:20,21,22,23
157:23,24,25
158:1,2,3,4,5,6,7,8
158:9,10,11,12,13
158:14,15,16,17
158:18,19,20,20
158:21,22,23,24
158:25 159:1,2,3,4
159:5,6,7,8,9,10
159:11,12,13,14
159:15,16,17,18
159:19,20,21,22
159:23,24,25
160:1,2,3,4,5,6,7,8
160:9,10,11,12,13
160:14,15,16,17
160:18,19,20,21
160:22,23,24,25
161:1,2,3,4,5,6,7,8
161:9,10,11,12,13
161:14,15,16,17
161:18,19,20,21
161:22,23,24
162:1,2,3,4,5,6,7,8
162:9,9,10,11,12

162:13,14,15,16
162:16,17,17,17
**185x** 68:24
**18th** 71:17
**19** 9:4 11:22 14:2
18:14 19:12 21:12
22:21 23:23 25:22
27:8,24 28:18,19
28:20,21,22,22,23
28:24,25 29:1,2,3
29:4 30:1 31:6
32:23 33:9 34:16
34:22 36:18 40:12
45:10 46:12 49:14
49:25 50:3 53:13
56:18 58:2,13
60:15 64:10 65:1,5
65:6,7,8,9,10,11
65:12,13,14,15,16
65:17,24 72:23
77:15 80:5 82:10
83:10,24 84:22,23
84:24,25 85:1,2,3
85:4,5,6,11 86:10
87:19 89:5 90:17
96:5 97:21 99:1
100:24 108:8,9,10
108:11,12,13,14
108:15,16,17,18
108:19 110:4
115:6 117:16
118:1 120:6 123:3
123:4,11 125:20
125:21,22,23,24
125:25 126:17
129:7 133:17
137:22 138:2
140:15 141:2,18
149:18 153:2,22
155:5 159:13
160:9
**1917** 1:5 2:5
**1983** 76:9,15
**19inch** 144:20 145:3

145:5,9
**19th** 71:17

2

**2** 1:6 12:24 67:13
78:6 79:5,6 102:3
106:23 115:5
**20** 12:24 15:11,12
15:22 18:7 21:23
24:20,21 27:9 29:5
29:21 40:2,13 41:7
44:10 51:5,6 53:5
65:18,19,20,21
68:15 70:25 74:22
75:18 76:10 78:8
78:21 79:13,19
81:6 82:14 84:17
85:3,7,8,9,10,11
85:12,13,14,15,16
85:17,18,19,24
88:6 94:12 100:6
104:1 105:17
107:13 108:20,21
108:22,23,24,24
108:25 109:1
113:2 114:10,22
115:15,21 117:2,3
121:5 125:22
126:1,2,3,4,5,6,7,8
126:9,10,11,12,13
135:2 138:16
142:14 143:20
144:11,22 145:18
147:8 150:22
151:14,18 152:23
156:3 161:10,11
161:23
**200** 157:23
**200042400** 5:20
**20005** 4:21
**2000s** 147:18
**2003** 21:1 59:23
60:12,22 73:7
75:11 112:4,5,6

122:18
**2004** 18:20,23 22:25
23:8 25:13 26:4
28:7 31:2,3,10,13
31:21 32:5,10 35:4
35:9 40:3 42:6
73:6 79:19 95:2
104:6 105:10,13
105:16,17 111:23
114:20 115:9
116:10,23 117:25
118:1 120:1,3
121:18 124:2,18
138:4 147:23
148:10 154:10
157:22
**2005** 93:24 124:2
147:23 148:10
157:24
**2006** 21:2,4 25:13
25:14,22,24,25
26:4,7,9 28:7 31:2
35:4,5,9,15 40:3,3
40:5 42:5,6 73:6,6
90:14 94:19
102:11 113:7,20
115:9,10 116:16
116:23 120:1,3,4
121:18,20 124:18
124:18 129:8,11
129:15,17,18,22
130:21 131:15,23
135:4
**2007** 20:20 37:14
104:7
**2009** 26:14 35:19
60:22 79:20 104:7
120:4
**2010** 35:16 121:21
**2011** 23:5,8 26:9
31:10 35:5,15 40:4
73:6 115:10
116:16 121:20
124:18

**2011cv6205** 2:10
**2012** 1:19 2:23 8:4
10:1 163:4 164:21
**202** 4:22 5:21
**20centimeter** 50:7
**21** 10:15 16:19,20
17:22 19:7,8 22:4
22:22 24:22,24
26:23 28:23 29:6,7
29:8,9,10,11,12,13
29:14,15,16,17,18
32:5 35:23 36:8,19
40:18 41:13 44:1
45:2,11 48:9 51:1
53:6 55:14,24
58:14,21 59:15,22
62:19 67:10 68:6
69:21 73:9 75:19
82:23 83:1 85:12
85:20,21,22,23,24
85:25 86:1,2,3,4,5
86:6,7,11 88:7
89:14 92:16 95:22
99:13 100:25
104:2 108:21
109:2,3,4,5,6,7,8,9
113:9,23 119:22
123:20 126:14,15
126:16,17,18,18
126:19,20,21,22
126:23,24,25
127:1,2,3,4,5,6,7,8
128:7 130:7,8,22
135:14 138:17
144:3 146:14
147:9 148:18
152:13,21 153:3
154:5 157:15,24
159:22 160:10,20
**212** 4:10
**2176810** 3:17
**21inch** 82:20,21,22
83:24 152:16
**22** 10:16 11:23,24

15:13,23 24:25
25:18 29:12,19,20
29:21,22,23,24,25
32:13 34:17,23
35:11 39:10 42:15
43:1 49:15 50:1
55:6 56:25 61:23
62:20 63:4 64:3,11
65:2,21,22,22,23
68:1 71:1,15 72:24
77:16 78:22 86:8,9
86:10,11,12,13,14
86:15,16,17,18,19
90:4 102:10,17
104:7 106:1
108:25 109:10,11
109:12,13,14,15
109:16,17,18,19
109:20,21,22,23
109:24,25 110:5
110:16 115:7
117:4 125:1 131:9
131:21,25 132:15
134:8 135:3,15
141:3 150:23
151:25 155:15
156:4,22 159:23
**23** 11:12 14:3 18:15
19:2,9 21:24 23:24
25:1 30:1,2,3,4,5,6
30:7,12 32:14
35:24 38:12 41:14
46:1 47:4 48:10
49:7 55:25 56:19
60:16 63:13 64:12
65:24,25 66:1,2,3
66:4,5,6,7,9 71:8
71:22 72:12 74:8
80:4 81:7 85:13,25
86:20,21,22,23,24
86:25 87:1,2,3,20
88:8 89:6 92:4,17
93:24 95:23 96:6,7
97:22 100:7

101:12 103:3
105:6,24 107:7
110:1,2,3,4,5,6,7,8
110:9,10,11,23
113:10 119:14
121:6 123:12
124:3 125:23
126:19 131:4
133:18 136:1
140:16 144:4,12
149:19 150:13
152:19 157:11,16
158:8
**23rd** 20:20
**24** 12:21 13:14 15:2
15:24 17:8,16,23
20:6,7 22:5,23
25:23 30:2,8,9,10
30:11,12,13,14,15
30:16,17 32:24
34:24 36:9 44:16
45:3,12 50:4 52:11
53:7 58:3 61:2
63:14 65:25 66:8,9
66:10,11,12,13,14
68:7 72:25 74:9,10
75:7,20 78:23 80:6
84:18 86:12 87:4,5
87:6,7,8,9,10,11
87:12,13,14,15,21
91:15 92:5,18
95:24 96:18 99:2
107:14 110:12,13
110:14,15,16,17
110:18,19,20
114:23 115:22
118:2 126:20
127:9,10,11,12,13
128:8 129:8
130:23 138:3,18
140:5 141:19
142:15 143:21
145:6 146:15,24
147:18 150:14

155:6 158:21
159:24 161:11
**24th** 127:17
**25** 10:17 11:13
13:15 14:4 15:14
16:6 18:8 19:13
21:13 23:6 25:19
26:24 28:24 30:18
30:19,20,21,22
30:23,24,25 31:1,2
31:3 38:13 41:15
45:20 50:2 54:20
55:7 56:1 58:22
59:16 63:5,15
66:15,16,17,18,19
66:20,21,22,23,24
66:25 67:11 68:2
72:3 77:3 82:11
86:1 87:16,17,18
87:19,20,21,22,22
87:23,24,25 88:1,2
89:15 90:18 92:19
93:16 95:10 96:8
101:1 103:4 105:7
106:9 109:14,15
110:21,22,23,24
110:25 111:1,2,3,4
111:5,6,24 114:11
114:24 115:16
119:6 124:4 129:9
130:9 131:5
132:16 134:17
135:16 136:2
138:25 140:17
144:5 150:24
153:4,5 155:16
157:25 160:11
**250** 9:13 12:12,13
**251** 9:16 46:6,7
**25th** 164:21
**26** 15:3 18:9 23:25
25:2,24 30:22 31:4
31:5,6,7,8,9,10,11
32:15 34:25 38:19

39:16 40:3,19
42:16 44:2 46:18
50:20 53:14 56:20
59:23 60:17 61:24
62:10 64:13 65:3
65:23 66:10 67:1,2
67:3,4,5,6,7,8,9
71:2,16 74:23
77:17 78:24 79:20
81:16 88:3,4,5,6,7
88:8,9 90:11 93:6
93:17,25 96:9
98:11 99:14
100:17 102:18
103:14 106:2
107:8 109:1
110:24 111:7,8,9
111:10,11,12
114:25 125:2,12
126:21 134:9
135:4 136:3
137:23 138:4
141:4 142:16
144:13 146:16,25
147:10 148:19
149:1 152:1 154:6
154:23 156:11
157:4
**261** 9:4 19:3,6 35:24
**262** 9:5 63:18,21
**263** 9:7 88:18,19
89:6,8,16 129:6
**264** 9:8 88:21,22
89:3,5,6,13 111:3
**265** 9:9 125:2,3,7
**27** 10:18 16:21 17:9
18:10,16 19:23
21:5 22:24 23:14
29:22 31:12,13,14
31:15,16,17,17,18
31:19,20,21,22,23
31:24 32:25 36:10
43:10 45:4,13
46:19 48:11 49:16

54:21 55:8,15,16
56:7 57:1 60:18
62:21 63:16 67:10
67:11,12,13,14,15
67:16,17,18 69:15
73:1,10 75:8,21
76:16 77:18 78:25
81:8 82:12 86:2
88:9,10,11,12,13
88:14,15,16,17,18
88:20,21,24,25
89:1 90:19 91:6,16
92:6 95:11 97:5
103:5,15 104:3
107:15 111:13,14
111:15,16,17,18
111:19,20,21,22
113:24 119:23
125:24 127:14,15
127:16,17,18,19
127:20,21,22,23
128:9 131:10
134:18 139:11
141:20 142:17
150:15 152:20
155:7 156:5 157:5
157:17 158:9,22
161:12
**28** 15:25 16:7 17:17
20:8 21:6 23:7
30:13,23 31:25
32:1,2,3,4,5,6,7,8
33:16 35:12 41:16
44:17 48:2 50:5,21
51:25 56:21 61:25
65:8 67:12,20,21
67:22,23,24,25
68:1,2 73:2 75:9
75:22 77:19 79:1
84:19 89:2,3,4,5,6
89:7,8,9 90:12
91:7,17 96:19
97:23 98:6 99:3
101:2,13 104:8

106:21 111:23,24
111:25,25 112:1,2
112:3,4,5 115:1,8
119:7,15 123:13
125:13 126:22
127:24,25 128:1,2
128:3,4,5,6,7,8,9
128:10,11,12,13
128:14,15,16,17
128:18,19,20,21
128:22,23,24,25
129:1 130:10
131:22 132:17
133:19 135:5,17
139:1 141:21
144:23 145:24,25
146:1,2,3,4,5,6,17
150:25 152:14
153:6 158:1
159:14 161:13
**28inch** 70:2,3
**29** 13:16 14:14 15:4
15:15 17:24 19:14
24:1 25:20 27:25
29:13 30:3 32:9,10
32:11,12,13,14,15
32:16,17,18,19
35:1,25 37:6,15
39:17 40:20 41:17
45:21 46:20 48:3
54:22 56:2,18
61:10 64:14 66:1
68:3,4,5,6,7,8,9,10
71:5,23 74:24
79:21 80:7,8 81:9
82:13 83:11 89:10
89:11,12,13,14,15
89:16,17,18 92:20
95:2,25 96:10
104:4 105:25
106:10 108:1
110:25 112:6,7,8,9
112:10,11,12
121:24 124:5,16

HIGHLY CONFIDENTIAL

126:23 128:10,11
129:2,3,4,5,6,7,8,9
129:10,11,12,13
133:10,20 135:18
139:12,21 140:6
142:25 146:7,8,9
146:10 147:11
150:7,16,17 153:7
154:12 160:21
**29inch** 60:13 93:9
150:23 151:8

**3**

**3** 9:15 12:14 51:24
68:4,14,24 102:3
102:10,10 115:5
135:11
**30** 9:14 10:19 11:2
12:14,22 14:15
18:17 22:25 30:14
32:20,21,22,23,24
32:25 33:1,2,3,4,5
34:9 38:14 40:4,21
42:17,18 44:3
45:14 48:12,18,20
48:21,22 52:1 53:8
53:15 54:3,23 57:2
58:23 59:17,24
60:19 61:23 62:22
65:4 67:13 68:11
68:12,13,14,15,17
68:18 69:16 71:17
73:3 76:17 77:15
77:17,20,21,23,25
81:17 84:11 85:1
86:21 89:19,20,21
89:22,23,24 90:20
92:7,21 93:18
95:12 97:6 99:4
100:18 102:11
105:8 106:22
109:4,16 112:13
112:14,15,16,17
112:18,19,20

113:25 115:23
116:18 117:17
119:24 120:23
122:16 129:14,15
129:16,17,18,19
129:20,21,22,23
129:24,25 130:1,2
130:3,4 131:6,11
132:18 134:19
138:5 139:22
141:22 145:7
146:11,12,13,14
146:15,16,17
148:20 151:9,14
154:7 156:12
157:6,12 158:2,10
162:6,13
**30th** 23:5
**31** 2:22 10:2,15,16
10:17,18,19,20,21
10:22,23,24,25
11:1,2,3 13:17
14:16 15:16 16:1
17:10,18 18:11
22:6,14 23:8 24:2
25:25 28:1 30:24
31:18 33:1,6,7,8,9
33:10,11,12 38:5
45:5 48:23,24,25
49:1,2,3,4,5,17
51:2 52:12 56:8
57:12 62:11 66:11
68:19,20,21,22,23
68:24,25 69:1,2,3
75:10,12 77:4
80:15 82:14 86:3
89:25 90:1,2,3,4,5
90:6 94:1 96:1,11
96:20 99:15,16
101:3 103:6 104:9
106:3 112:15,21
112:22,23,24,25
113:1,2,3,4,5,6,7
113:11 114:12

115:9,17 117:5
121:7 124:17
128:12 130:5,6,7,8
130:9,10,11,11,12
130:13,14,16,17
130:18 132:1
133:11,12 142:18
143:22 146:18,19
146:20,21,22,23
146:24,25 147:1,2
147:3,4,5 149:2
152:21 155:17
157:18 159:15
161:14
**3108275** 4:10
**31st** 130:21
**32** 11:25 13:18 15:5
17:25 21:14 30:15
31:7 33:13,14,15
33:16,17,17,18,19
33:20,21,22,23,24
34:2 35:13 38:20
39:18 42:19 44:18
46:21 48:4,13 49:6
49:7,8,9,10 50:6
52:2 53:9 54:11
55:17 56:3 58:15
58:24 64:15 66:2
69:4,5,6,7,8,9,10
69:11 74:25 75:23
77:22 79:2 81:10
81:18,22 86:22
87:12 88:16 89:16
90:7,8,9,10,11,12
91:8 93:7 98:7,12
101:14 102:12
103:7 109:5 110:6
112:1,7 113:8,9,10
113:11,12,13
116:19 117:6,18
119:8,25 126:24
130:20,21,22,23
130:24,25 131:1
134:20 135:6

136:4 139:2,3
140:7 143:1
144:14 145:17
147:6,7,8,9,10,11
147:12,13,14
150:18 152:22
153:8 158:23
160:22
**323991050** 6:17
**325** 102:10
**33** 10:20 11:7,8,9,10
11:11,12,13,14,15
11:16,17,18 12:10
16:8 20:9,22,23
22:15 24:3 30:4
33:25 34:1,2,3,4,5
34:6,7,8 36:1 38:6
39:8,10,17 40:22
45:22 46:2 49:11
49:12,13,14,15,16
49:17,18,19,20,21
50:22 52:23 53:16
54:24 56:22 57:3
58:4 61:11 66:12
66:18 68:8 69:12
69:13,14,15,16,17
69:18,19 73:4
76:18,19 78:8 83:2
84:12,20 90:13,14
90:15,16,17,18,19
90:20,21,22,23,24
90:25 91:1 92:8
93:8,19 96:12 97:7
97:8,24 99:5,17
102:1,2 106:23
107:16 109:6
111:1 112:16
113:14,15,16,17
113:18 114:1
118:22 119:16
120:24 121:13,25
125:14 129:20
131:2,3,4,5,6
135:19 137:24

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| 145:8 147:15,16 | **3400** 2:21 3:6 | 34:21,22,23,24,25 | 52:14 54:5 56:4 |
| 147:17,18,19,20 | **3452** 164:4 | 35:1,2,3,4,5 40:23 | 61:3 65:9 70:14,15 |
| 147:21,22 150:8 | **3462** 1:23 2:25 | 42:7 50:7,11,12,13 | 70:16,17,18,19,20 |
| 152:15 154:24 | 164:25 | 50:14,15,16 51:14 | 70:21 75:13 84:13 |
| 156:13 157:19 | **35** 12:1,3,4,5,6,7,8,9 | 52:7 53:11 59:18 | 85:2 87:13 88:18 |
| 161:15 | 12:10,11,12,16,17 | 61:12 62:12 63:17 | 91:19 92:12,13,14 |
| **34** 10:21 11:14,19 | 12:18,19,23 13:7 | 66:19 67:3,14 70:5 | 92:15,16,17,18,19 |
| 11:20,21,22,23,24 | 24:4 26:8 28:8 | 70:6,7,8,9,10,11 | 92:20,21,22,23,24 |
| 11:25 12:1,2 14:5 | 30:16 31:20 33:18 | 70:12,13 73:18 | 92:25 93:1,2 94:3 |
| 14:17 15:17 16:2 | 34:14,15,16,17 | 77:5 80:25 81:19 | 99:18 100:20 |
| 20:10 21:15 28:2 | 35:3 37:7 38:7,15 | 82:16 83:3 92:1,2 | 102:19 103:17 |
| 29:14 31:19 33:2 | 43:20 44:19 47:11 | 92:3,4,5,6,7,8,9,10 | 106:4 108:13 |
| 34:9,10,11,12,13 | 48:14 49:18 50:3,4 | 92:11 93:9,20 | 109:7 111:18 |
| 35:2 36:2 38:21 | 50:5,6,7,8,9,10 | 94:13,14 95:14 | 113:12 114:20,21 |
| 39:19 43:11 44:11 | 52:13 56:9 57:13 | 96:13 98:8 100:9 | 114:22,23,24,25 |
| 45:23 47:19 49:22 | 58:25 59:25 60:20 | 101:15 105:10 | 115:1,5 118:12 |
| 49:23,24,25 50:1,2 | 62:23 64:17 68:24 | 110:7 114:5,6,7,8 | 119:17 127:14 |
| 50:13 51:3 53:10 | 70:1,2,3,4,9 75:1 | 114:9,10,11,12,13 | 128:15 132:11,12 |
| 54:4 62:1 64:16,19 | 75:24 76:20 86:24 | 114:14,15,16,17 | 132:13,14,15,16 |
| 69:17,20,21,22,23 | 90:21 91:9,11,12 | 114:19 115:19 | 132:17,18,19,20 |
| 69:24,25 72:4,13 | 91:13,14,15,16,17 | 118:23 119:9 | 132:21 137:13 |
| 73:5,11 77:23 | 91:18,18,19,20,21 | 121:14 125:25 | 144:6 145:9,19 |
| 79:22 80:8,16,24 | 91:22,23,24,25 | 129:22 131:23,24 | 148:23,24,25 |
| 82:15 83:12 86:23 | 94:2 95:3 97:9 | 131:25 132:1,2,3,3 | 149:1,2,3,3,4,5,6 |
| 88:17 91:2,3,4,5,6 | 98:13 100:8,19 | 132:4,5,6,7,8,9,10 | 153:11 157:20 |
| 91:7,8,9,10 92:22 | 102:3 103:8 105:9 | 137:25 138:6 | 158:3,12 159:17 |
| 95:13 103:16 | 108:12 111:2,17 | 139:4,23 140:9 | 160:1 161:16 |
| 106:11 107:17 | 114:2,3,4,13 | 142:19 145:25 | **38** 11:15 13:11,12 |
| 109:17 113:19,20 | 115:21 117:19 | 148:11,12,13,14 | 13:13,14,15,16,17 |
| 113:21,22,23,24 | 120:7,14 124:6 | 148:15,16,17,18 | 13:18,19,20,21 |
| 113:25 114:1 | 125:15 128:14 | 148:19,20,21,22 | 14:7 15:7 20:11,25 |
| 115:18 118:11 | 129:21 131:18,19 | 153:23 | 21:16 23:15 24:6 |
| 122:1 124:18 | 131:20,21,22 | **37** 12:2,11 13:2,3,4 | 27:10 29:15 30:5 |
| 128:13 130:12 | 133:21 136:5,20 | 13:5,6,7,8,9,10 | 30:25 32:16 35:4 |
| 131:7,8,9,10,11,12 | 143:23 144:24 | 14:6 15:18 16:22 | 35:17,18,19,20,21 |
| 131:12,13,14,15 | 145:18 146:8 | 17:11 18:1,18 23:9 | 35:22,23,24,25 |
| 131:16,17 132:2 | 148:6,7,8,9,10 | 24:5 25:12 26:1,14 | 36:1,2,20,21 37:8 |
| 137:2 140:8 | 153:10 157:13 | 28:9 31:8,21 35:6 | 39:20 42:8 43:12 |
| 141:23 145:24 | 158:11 159:25 | 35:7,8,9,10,11,12 | 43:21 50:24,25 |
| 147:23,24,25 | **36** 10:22 12:20,21 | 35:13,14,15,16 | 51:1,2,3,4,5,6,7,8 |
| 148:1,2,3,4,5 | 12:22,23,24,25 | 36:11 38:22 41:8 | 51:9 52:8,24 53:17 |
| 153:9 154:13 | 13:1 14:18 15:6 | 43:2 46:3 47:20 | 54:12 55:18 57:4 |
| 156:6 158:24 | 19:15 20:24 26:9 | 48:5 50:17,18,19 | 57:14 58:16 60:21 |
| 159:16 | 34:3,10,18,19,20 | 50:20,21,22,23 | 64:20 66:13 70:18 |

70:22,23,24,25
71:1,2,3,4,5 72:5
73:6 77:24 79:23
79:24 81:23 82:17
84:21 85:14 86:13
89:17,19 92:23
93:3,4,5,6,7,8,9,10
93:11,12 95:4,15
96:14,21 98:9 99:6
101:16 103:9
104:10 105:11
109:18,19 111:3
112:2,8 114:14
115:20,24 120:8
124:7 130:13
131:13 132:22,23
132:24,25 133:1,2
133:3,4,5 135:20
142:20 143:17
144:15 149:7,8,9
149:10,11,12,13
149:14 150:19
153:12 154:14
155:18 156:14,23
157:14 161:17
**39** 10:23 12:12 13:8
13:22,23,24,25
14:1,2,3,4,5,6,7,8
14:9,10,11,12,13
15:8,19 22:7 24:7
27:18 32:17 34:11
36:3,4,5,6,7,8,9,10
36:11,12,13,14
38:8,23 40:24
41:24 42:9 51:9,10
51:11,12,15 59:19
60:1,2,22 63:6
66:3 67:15 71:6,7
71:8,9 72:14 76:21
77:25 81:1 86:25
87:14 90:22 91:20
93:13,14,15,16,17
93:18,19,20,21,21
93:22,23 94:4

97:25 98:14 99:21
106:12,24 110:8
113:3 115:25
119:10,18 121:15
125:16 128:16
130:14 131:14
133:6,7,8,9,10,11
133:12,13,14,15
135:7 136:21
140:10 141:12
143:2 144:16
145:20 147:1
149:15,16,17,18
149:19 150:9
151:10 157:7
160:2

---

**4**

**4** 12:23,24 46:23
47:5 49:21 69:12
70:1 73:7 137:8
**40** 12:24 14:14,15
14:16,17,18,19,19
14:20,21,22,23,24
16:9 18:19 22:8,16
25:13 26:10 31:1
31:22 33:19 36:15
36:16,17,18,19,20
36:21,22,22,23,24
36:25 39:3 44:4,12
44:20 45:24 50:8
50:14 51:4,13,14
51:15,16,17,18,19
51:20,21,22 53:18
54:6 56:5,10 61:13
63:7 64:18 65:10
67:4 71:10,11,12
71:13,14,15,16,17
72:15 77:6 80:9
81:20 84:5 85:3
89:20 93:24,25
94:1,2,3,4,5,6 95:5
97:18 100:21
106:5,25 107:18

108:14 109:20,21
110:9 112:17
116:5 118:13
126:25 127:15,16
132:4 133:2,16,17
133:18,19,20,21
133:22,22,23,24
133:25 134:1,2
137:14 139:5
143:7,24 146:1
149:20,21,22,23
149:24,25 150:1
153:13,24 155:8
156:15 158:4,13
160:23 161:18
**41** 11:16 14:25 15:1
15:2,3,4,5,6,7,8,9
15:9,10,20 17:12
19:24 23:10 37:1,2
37:3,4,5,6,7,8,9,10
37:11,16 38:16,17
40:25 47:12,21
50:15 51:23,24,25
52:1,2,3,15 54:13
55:9 57:15 59:1
61:4 65:2,11 66:20
71:18,19,20,21,22
71:23,24,25 72:1,2
72:16 73:19,23
75:25 76:7,22 78:1
79:3 82:18 83:4,13
94:7,8,9,10,11,12
94:13,14,15,15,16
94:17 96:15 98:1
99:22 102:4,20
104:11,20,21,23
109:8 110:17,18
112:3 118:24
125:17 127:1,17
128:17 129:10
133:23 134:3,4,5,6
134:7,8,9,10,11,12
137:3 138:7
144:17 150:2,3,4,5

150:6,7,8,9,10,10
150:11,12 158:14
162:10
**4143912** 6:18
**415** 3:8,17 5:10 6:10
7:8
**41centimeter** 65:3
**42** 15:10,11,12,13
15:14,15,16,17,18
15:19,20,21,21
16:24,25 17:19
21:17 23:16 24:8
25:3 26:15 27:11
28:10 29:16 30:6
31:9 34:4 35:14
37:12,13,14,15,16
37:17,18,19,20,21
37:24 43:3 48:15
49:2 52:4,5,6,7,8
52:25 57:5 58:5
62:13 63:8 64:21
68:25 69:5 72:3,4
72:5,6,6,7,8,9 75:2
78:2 79:14 81:21
81:24 84:14 86:14
87:15,23 93:10,22
94:18,19,20,21,22
96:16 103:10
111:19 112:9
118:14 121:16
133:13 134:13,14
134:15,16,17,18
134:19,20,21,22
135:21 137:15
140:18 143:3,25
145:21 146:2
149:4 150:13,14
150:15,16,17,18
150:19 151:11
152:2 153:14,15
156:16 160:3
**43** 14:8 15:22,23,24
15:25 16:1,2 22:9
22:17 26:25 31:2

HIGHLY CONFIDENTIAL

44

34:5 37:22,23,24
37:25 38:1,18,24
41:25 43:4,22
44:21 45:25 47:5
49:3 51:16 52:9,10
52:11,12,13,14,15
52:16,17,18 55:19
57:6,17 58:17
59:20 62:14 65:12
69:22 70:10 72:10
72:11,12,13,14,15
72:16,17,18,19
75:14 76:1 80:17
83:14 93:23 94:23
94:24,25 95:1,2,3
95:4,5,6,7,8,17
97:10 98:15 99:7
102:21 108:15,16
110:19 112:4,18
116:6,10 117:7
118:3 119:19
122:9,17 126:6,7
127:2,9 129:11,23
131:15 132:5
133:24 134:23,24
134:25 135:1,2,3,4
135:5,6,7,8,8
136:6 139:24
140:11 142:21
144:18 147:2
150:20,21,22,23
150:24,25 151:1,2
151:3,4,5 152:16
154:15 156:7,24
161:19 162:11
**44** 2:21 3:6 12:25
14:20 16:3,4,5,6,7
16:8,9,10,11,12,13
16:14 17:1,13,20
25:4 26:11 28:25
29:23 31:23 32:6
33:10 38:2,3,4,5,6
38:7,8,9 47:13,22
52:19,20,21,22,23

52:24,25 53:1,2,19
55:10 56:11 58:8
59:2 60:10 61:14
65:13 66:14 67:5
69:6 72:20,21,22
72:23,24,25 73:1,2
73:3,4,5,6,24 76:8
78:3 82:19 84:6
85:15 90:23 95:9
95:10,11,12,13,14
95:15,17 97:11
98:2 102:5,22
106:6 110:10
111:4 115:10
118:25 120:1
121:8,17 127:18
128:18,19 130:16
133:14 135:9,10
135:11,12,13,14
135:15,16,17,18
135:19,20,21,22
136:12,22 137:4
137:16 151:1,6,7,8
151:9,10,11,12,13
152:3 154:8 155:9
158:5 160:4,12,24
**44211156** 5:10
**45** 16:10,15,16,17
16:18,19,20,21,22
16:24,25 17:1,2,3
17:4,5 24:9 27:19
29:1,2,17 31:10
35:15 36:12 37:9
38:9,10,11,12,13
38:14,15,16,17,18
39:11,12 44:5
50:16 51:17 53:3,4
53:5,6,7,8,9,10,11
57:16 60:3,23 61:5
64:22 66:21,22
71:24 72:7 73:7,8
73:9,10,11,12,12
73:13,14,15 75:3
77:7,14 81:25

87:24 89:18 91:21
95:18,19,20,21,22
95:23,24,25 96:1
96:17,22 104:12
107:1,9 109:9
111:20 116:1
118:15 119:20
120:15 122:2
127:10,19 135:23
138:8 143:8 144:1
149:12 150:11
151:14,15,16,17
151:18,19 152:4
153:16,17,25
158:15 159:6
161:20 162:12
**455** 7:6
**46** 9:16 10:24 13:1
17:6,7,8,9,10,11
17:12,13,21 22:10
23:17 28:11 31:3
32:7 34:6 37:10
38:19,20,21,22,23
38:24,25 39:1,2,13
40:5 44:22 47:14
49:4 51:5 53:12,13
53:14,15,16,17,18
53:19,20,21,22,23
53:24 54:14 55:20
57:18 58:6,9 60:11
61:15 64:23 65:14
66:4 67:6 70:19
73:16,17,18,19,20
73:21 78:4 79:4
84:15 85:4 89:7
92:24 94:5,16 96:2
96:3,4,5,6,7,8,9,10
96:11,12,13,14,15
96:16,17 98:16
100:10 102:23
103:11 104:22,24
106:13,14 107:19
112:19 129:24,25
130:17 132:6

133:25 135:22,24
135:25 136:1,2,3,4
136:5,6,7 137:5
140:19 144:25
149:5 151:20,21
151:22,23,24,25
152:1,2,3,4,5,6,7
154:16
**46830** 134:12
**47** 13:9 14:9 17:14
17:15,16,17,18,19
17:20,21 18:20
20:12 25:5 26:16
27:1 30:7 34:12
35:5 37:25 39:3,4
39:5 43:5 44:13
45:6 47:6 49:8
53:20,25 54:1,2,3
54:4,5,6,7 56:12
59:3 63:20 68:9
69:23 72:8 73:13
73:22,23,24,25
74:1,2,3,11 76:9
76:23 78:5 80:10
88:20,21 89:21
94:6,21 96:18,19
96:20,21,22,23,24
97:19 101:4
103:18 105:18
107:20 110:11
112:5 118:4 119:1
120:25 121:18
122:10 123:14
126:8 127:3 130:1
130:18 131:16
134:21 136:8,9,10
136:11,12,13,14
136:23 139:6,13
143:18 145:22
146:3 147:3,12,19
151:2 152:5,8,9,10
152:11,12,13,14
152:15,16 155:10
158:16 160:5,25

161:21
**4720** 9:7 88:19
109:8
**48** 10:25 17:22,23
17:24,25 18:1,2
19:25 20:13,14
24:10 26:2,12
28:12 29:3 32:8
33:11,20 36:13
37:17 39:6,7,8,9
39:10,11,12,13,14
39:15 41:18 42:1
44:14 49:5 54:8,9
54:10,11,12,13,14
54:15,16 55:11,21
57:7 60:4 63:21
66:23 69:7 71:25
73:25 74:4,5,6,7,8
74:9,10,11,12,13
74:14 75:15 80:11
80:18 82:1 85:16
86:15 87:25 92:25
96:25 97:1,2,3,4,5
97:6,7,8,9,10,11
97:12 98:17
100:11 101:5,17
103:12 106:7
110:20 111:21
116:7,11,20,21
120:2 121:9
122:18 125:5
126:9 127:11
128:20 134:1,22
136:7,15,16,17,18
136:19,20,21,22
136:23 137:6
140:20 141:13
144:19 152:17,18
152:19,20,21,22
152:23,24 153:18
154:1 156:8,25
162:13
**49** 16:11 18:3,4,5,6
18:7,8,9,10,11

19:16 21:7 29:4,24
31:11,24 39:16,17
39:18,19,20,21
41:9 49:9 51:6
54:17,18,19,20,21
54:22,23,24,25,25
55:1,2,3,4 58:10
59:5 61:16 65:15
67:7 69:18 70:11
74:15,16,17,18,19
74:20 75:4 78:6
83:15,25 84:7 85:5
89:8 94:17 96:23
97:13,14,15,16,17
97:18,19,20
100:12 101:18
102:24 103:19
107:2,3,21 111:22
112:10 119:11
120:3 122:3 127:4
128:21 132:7
133:3,15 134:2
136:13,24,25
137:1,2,3,4,5,6,7
141:5 144:7 146:9
149:13,25 151:3
152:25 153:1,2,3,4
153:5,6,7,8,9,10
153:11,12,13,14
153:15,16,17,18
154:9 161:22

———————————
**5**
**5** 73:7 75:18 79:25
110:15 115:21,21
145:22 153:10,12
157:23
**50** 11:17 13:10,19
13:20 14:10,21
17:2 18:12,13,14
18:15,16,17,18,19
18:20 20:15 21:1
22:11 25:14 26:17
27:2,20 29:18

33:21 34:7 39:14
39:22,23,24,25
40:1,2,3,4,5,6,7
42:20 44:23 51:18
51:19 52:16 53:21
54:15 55:5,6,7,8,9
55:10,11,12,13
56:13 58:7,11 59:6
66:5 69:1,24 70:3
70:11,19,20 74:12
74:21,22,23,24,25
75:1,2,3,4,5 76:10
78:7 83:16 97:20
97:21,22,23,24,25
98:1,2 99:8,23
106:15 108:4,17
109:22,23 113:4
115:2,3,4,5,6,7,8,9
115:10 118:16
120:16 121:1
123:15 125:6,7
127:12,20 128:22
132:19 137:7,8,9
137:10,11,12,13
137:14,15,16,17
137:18,19 138:9
139:14 141:14
143:9 144:2 146:4
147:13,20 151:4
151:19 152:23,25
153:19,20,21,22
153:23,24,25
154:1 159:7 160:6
**500** 153:3,5,7
**50hertz** 70:7,12,13
70:16
**51** 11:1 17:3 18:21
18:22,23,24,25
19:1,2 20:1 24:11
33:3 34:13 36:14
37:11,18 40:8,9,10
40:11,12,13 41:10
43:6 55:14,15,16
55:17,18,19,20,21

55:22 57:19 58:18
61:17 71:3 73:14
74:1 75:6,7,8,9,10
80:19 82:20 83:17
85:17 86:16 89:9
90:5,24 91:22 93:1
98:3,4,5,6,7,8,9,18
99:9 103:13,20
105:19 106:8
114:2,15 115:11
115:12,13,14,15
115:16,17,18,19
115:20 116:8
118:5,6,17 121:2
122:11 126:10
128:23 131:17
134:10 137:20,21
137:22,23,24,25
140:21 141:6
144:20 145:1,10
147:4 150:12
151:12 154:2,3,4,5
154:6,7,8,9 155:19
157:1 158:17
161:23 162:14,17
**52** 13:21 14:11,22
19:4,5,6,7,8,9
23:18 26:3 33:12
33:22 37:19 40:14
40:15,16,17,18,19
40:20,21,22,23,24
40:25 41:1 44:15
49:10,19 51:10
53:22 55:1,12,23
55:24,25 56:1,2,3
56:4,5 59:4 60:5
60:24 63:22 67:8,9
67:16 69:8 70:20
73:20 74:13 75:11
75:12,13,14,15
79:5 80:12 83:5
85:6,18 86:4 89:22
90:25 98:10,11,12
98:13,14,15,16,17

HIGHLY CONFIDENTIAL

98:18 101:6,19
104:13 107:4
108:18 113:5
115:21,22,23,24
115:25 116:1,2,2,3
116:4,12 123:16
124:19,20 127:5,6
127:21 132:8
138:1,2,3,4,5,6,7,8
138:9,10,11,19
139:25 143:19
148:3 154:10,11
154:12,13,14,15
154:16,17 159:18
160:7
**53** 12:16,17 16:12
19:10,11,12,13,14
19:15,16,17,17,18
20:2 27:3 34:8
41:2,3,4,5,6,7,8,9
41:10,19 44:6
48:20 50:9 51:20
53:1 55:2 56:6,7,8
56:9,10,11,12,13
58:19 61:6 63:9
65:16 67:17 69:2
72:1 75:5,16,17,18
75:19,20,21,22,23
75:24,25 76:1,2,3
76:11,12 81:11
82:2 84:1,8 87:1
88:1,24 98:19,20
98:21 99:10
103:21 108:5
116:5,6,7,8,9,22
117:20 120:17
122:4 124:8
127:13 130:2,24
133:4 137:17
138:12,13,14,15
138:16,17,18,19
138:20 139:15
146:5 150:1 151:5
151:13 154:18,19

154:20,21,22,23
154:24,25 155:1
155:11 159:8
160:13
**54** 11:2 12:18 14:23
17:4 19:19,20,21
19:22,23,24,25
20:1,2,3,4 21:8
27:21 29:5,25
32:18 37:20 39:15
39:21 41:11,12,13
41:14,15,16,17,18
41:19,20,21 44:24
46:22 47:15 49:20
51:11 54:16 55:22
56:14,15,16,17,18
56:19,20,21,22
57:20 59:7 61:18
62:2 66:6 69:9
70:12 71:4 72:17
74:14 76:4,5,6,7,8
76:9,10,11,12,13
76:14 78:9 80:20
83:18 86:5 87:2
91:1,23 92:9 95:6
98:22,23,24,25
99:1,2,3,4,5,6,7,8
99:9,10,11,12
103:22 104:14
106:16 112:11
116:3,9,10,11,12
116:13,13,14,23
121:3 122:19,20
125:8,18 126:11
127:22 128:24
129:12,13 132:20
138:21,22,23,24
138:25 139:1,2,3,4
139:5,6,7,7,8,8,9
139:10 140:22
143:4 148:4
149:14 154:25
155:2,3,4,5,6,7,8,9
155:10,11,12,20

156:9 157:2
158:18 161:1,24
**55** 11:18 14:12 20:5
20:6,7,8,9,10,11
20:12,13,14,15,16
20:16,17 21:2 25:6
25:15 26:4 28:13
33:4,23 38:1 40:6
41:20,22,23,24,25
42:1,2 43:7,13
46:13,14,23 47:7,8
48:21 51:7 52:17
52:18 53:2,23 55:3
55:13 56:23,24,25
57:1,2,3,4,5,6,7,8
57:8 60:6 63:10
66:7,24 68:17
69:19,24 74:2,19
76:2,15,16,17,18
76:19,20,24 82:21
83:6 85:19 86:6,17
88:2,25 89:23
92:10 94:22 99:11
99:13,14,15,16,17
99:18,19,20
104:25 105:12
107:10 108:6
109:24 111:5,11
111:12 114:3
116:15,16,17,18
116:19,20,21,22
116:23,24 117:8
120:18 121:19
123:5 127:7
128:25 130:25
132:9 134:11
136:14 137:18
139:11,12,13,14
139:15,16,17
140:1 146:10
147:14,21 148:21
152:6 155:12,13
155:14,15,16,17
155:18,19,20,21

155:22 159:19
**56** 11:3 16:13,14
19:18 20:3,17,18
20:19,20,21,22,23
20:24,25 21:1,2
27:22 36:23 39:4
42:3,4,5,6,7,8,9,10
42:11 43:23 45:15
57:9,10,11,12,13
57:14,15,16 59:8
62:3,15 65:17
68:18 69:3,10
70:21 73:15 76:13
76:21,22,23,24,25
78:10 79:6 83:19
84:16 86:18 87:3
93:2,11 99:21,22
99:23,24,24
100:13 101:20
105:20 107:5,22
108:19 109:25
114:16 116:25
117:1,2,3,4,5,6,7,8
119:12 120:9
122:21 124:9
125:19 129:1
130:3 131:1
138:10,20 139:9
139:16,18,19,20
139:21,22,23,24
139:25 140:1,2,2,3
140:23 141:7
142:8 143:10
145:11 147:5
155:21,23,24,25
156:1,2,3,4,5
160:14
**57** 21:3,4,5,6,7,8,9
24:12 25:7 26:18
28:17 35:16 36:24
38:25 39:1 42:12
42:13,14,15,16,17
42:18,19,20,21,21
44:7,25 48:16,17

**HIGHLY CONFIDENTIAL**

50:10 51:12,21
57:17,18,19,20,21
57:21 60:25 61:19
68:10 71:5,9 72:9
72:18 73:21 77:1,2
77:3,4,5,6,7 79:15
82:22 84:2 90:6
92:11 93:12 96:24
99:25 100:1,3,4,5
100:6,7,8,9,10,11
100:12,13 101:7
104:5 108:7
112:12 113:6
116:4,24 117:9,10
117:11,12,13,14
117:15,16,17,18
117:19,20,21,21
122:5,12 123:21
124:21 126:12
127:23 132:21
135:23 138:11
140:4,5,6,7,8,9,10
140:11 141:15
144:8 146:6
148:10 149:6
152:7 155:22
156:6,7,8,9 158:19
**58** 12:19 14:24 17:5
18:2 20:4 21:9,10
21:11,12,13,14,15
21:16,17 26:19
27:12,23 28:14
32:19 33:24 40:7
41:1 42:10,22,23
42:24,25 43:1,2,3
43:4,5,6,7,8 45:16
46:15 49:21 51:22
52:3 54:7 55:4
57:22,23,24,25
58:1,2,3,4,5,6,7
62:4 72:2 74:3,20
76:14,25 77:8,9,10
77:11,12,13,14,15
77:16,17,18,19,20

77:21,22,23,24,25
78:1,2,3,4,5,6,7
79:7 81:12 82:6
84:9 89:1 91:10,24
99:12,19 100:14
100:15,16,17,18
100:19,20,21,22
100:22 104:15
111:6 112:20
114:4,17 117:22
117:23,24,25
118:1,2,3,4,5,6
120:19 121:4,20
124:10 127:8
130:4 134:12
137:19 140:12,13
140:14,15,16,17
140:18,19,20,21
140:22,23 142:5
145:12 148:5
156:10,11,12,13
156:14,15,16
161:2 162:1,15
**59** 14:13 21:18,19
21:20,21,22,23,24
23:1,19 25:8 30:17
33:5 36:25 37:21
39:2,5 41:21 42:2
42:11 43:8,9,10,11
43:12,13,14,14
47:9 48:18,22
50:23 51:8 53:24
58:8,9,10,11 59:9
61:1 66:25 67:18
69:11,25 70:13
72:19 76:3 78:9,10
78:11,11 80:21
82:3 83:7 86:7,19
89:24 91:25 95:7,8
97:12 99:20
100:23,24,25
101:1,2,3,4,5,6,7
107:6,23 113:7,13
114:19 116:14

118:7,8,9,10,11,12
118:13,14,15,16
118:17 119:13
120:10,20 122:22
126:13 132:10
133:5 139:10,17
140:3,24,25 141:1
141:2,3,4,5,6,7,24
143:11 147:22
148:22 152:24
154:17 155:1
156:17,18,19,20
156:21,22,23,24
156:25 157:1,2
159:9 160:15

———————————
**6**

**6** 2:22 9:14 11:2
12:14 61:23 77:13
80:1 102:4 110:15
153:17 162:17
**60** 70:10
**60centimeter** 68:7
68:11
**6263600** 4:22
**63** 9:5
**6331948** 3:8
**6397909** 5:21
**64** 115:21
**65234** 65:8
**68centimeter** 68:15

———————————
**7**

**7** 9:15,17 12:14 37:7
37:11 46:7 110:15
115:6
**70** 84:6,6
**701** 4:20
**7035551** 7:8
**706** 3:15
**767** 4:8
**7742914** 6:10

———————————
**8**

**8** 8:13
**80s** 57:18,21 58:20
**850** 6:18
**8628** 133:13
**8628p0003** 134:8
**8631** 9:9 125:3
133:1
**88** 9:7,8
**8932** 35:24
**8933** 20:5
**8945** 38:2

———————————
**9**

**9** 2:22 10:2 12:23,24
67:15 118:18
146:1 162:13
**90s** 57:22 147:17
**920** 94:16,20
**94102** 7:7
**94104** 3:7
**94105** 5:9
**94111** 3:16 6:9
**945** 9:4 19:3