KENT M. ROGER, State Bar No. 95987
MICHELLE PARK CHIU, State Bar No. 248421
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
        mchiu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
SCOTT A STEMPEL (pro hac vice)
sstempel@morganlewis.com
J. CLAYTON EVERETT, JR. (pro hac vice)
jeverett@morganlewis.com
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:   202.739.3000
Fax:   202.739.3001

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD.,
HITACHI AMERICA, LTD., HITACHI
ELECTRONIC DEVICES (USA), INC. AND
HITACHI DISPLAYS, LTD. (n/k/a JAPAN
DISPLAY EAST, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION, | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates To:<br>INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER SEALING DOCUMENTS**<br>**[Civil L.R. 79-5(d)]** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CASE NO. M: 07-5944 SC; MDL NO. 1917

[PROPOSED] ORDER SEALING DOCUMENTS

DB2/ 23581823.1

Having considered the parties' submissions regarding whether certain documents plaintiffs lodged with the Court should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following documents and portions of documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under seal:

1.   Exhibits 6, 7, 33, 34, 83, 107, 114, 116, and 118 to the Declaration of Mario N. Alioto in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification ("Alioto Declaration"), in their entirety; and

2.   All references to documents designated "Highly Confidential" by Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. under the Stipulated Protective Order, contained in Indirect Purchaser Plaintiffs' Motion for Class Certification, the Alioto Declaration, and the Declaration of Janet S. Netz, Ph.D. in Support of the Class Certification Motion, including but not limited to Exhibits 6, 7, 33, 34, 83, 107, 114, 116, and 118 to the Alioto Declaration.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO RECOMMENDED.**

Dated:_____                    _____
                                          Hon. Charles A. Legge
                                          Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated:_____                    _____
                                          Hon. Samuel Conti
                                          United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2                         CASE NO. M: 07-5944 SC; MDL NO. 1917
[PROPOSED] ORDER SEALING DOCUMENTS
DB2/ 23581823.1