ALDO A. BADINI (257086)
JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL. No. 1917 |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER SEALING DOCUMENTS**<br><br>[re Panasonic Documents] |

Having considered the parties' submissions regarding whether certain documents plaintiffs lodged with the Court should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following documents and portions of documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under seal:

1. Exhibits 20, 37, 38, 54, 85, 100, 101 and 109 to the Declaration of Mario N. Alioto in Support of Indirect Purchaser Plaintiffs' Motion for Class Certification ("Alioto Declaration"), in their entirety; and

2. All references to documents or information designated "Highly Confidential" by Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) under the Stipulated Protective Order, contained in Indirect Purchaser Plaintiffs' Motion for Class Certification, the Alioto Declaration, the Declaration of Janet S. Netz, Ph.D. in Support of the Class Certification Motion, and the Exhibits to the Declaration of Janet S. Netz, Ph.D in Support of the Class Certification Motion, including but not limited to Exhibits 20, 37, 38, 54, 85, 100, 101 and 109 to the Alioto Declaration.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO RECOMMENDED.**

Dated:_____                    _____
                                                                    Hon. Charles A. Legge
                                                                    Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated:_____                    _____
                                                                    Hon. Samuel Conti
                                                                    United States District Judge

- 2 –

[PROPOSED] ORDER SEALING DOCUMENTS                                              MDL No. 1917