Terry Calvani (53260)
Richard Sutton Snyder (*pro hac vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC  20004
Tel:  (202) 777-4500
Fax:  (202) 777-4555

*Attorneys for Defendant Beijing Matsushita
Color CRT Co., Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944-SC<br>MDL NO. 1917 |
| This document relates to:<br><br>INDIRECT PURCHASER ACTIONS | **DECLARATION OF RICHARD SUTTON SNYDER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>Before the Honorable Samuel Conti |

I, Richard Sutton Snyder, do declare and state as follows:

1. I am an associate with the law firm of Freshfields Bruckhaus Deringer US LLP, counsel of record for defendant Beijing Matsushita Color CRT Co., Ltd ("BMCC") in these actions.  I make this declaration in support of the Indirect Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. # 1386) ("Motion to Seal").  Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. BMCC has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. # 306).

DECLARATION OF RICHARD SUTTON SNYDER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)  (Case No. 3:07-cv-5994-SC; MDL 1917)                                                                                                                                    -1-

3. On October 1, 2012, Indirect Purchaser Plaintiffs filed the Motion to Seal, and lodged, conditionally under seal, the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

  a. Portions of the Class Certification Motion that contain information from documents that BMCC has designated "Confidential" or "Highly Confidential;"

  b. Declaration of Janet S. Netz, Ph.D. in Support of the Class Certification Motion ("Netz Declaration") that contains information from and references to documents that BMCC has designated "Confidential" or "Highly Confidential;"

  c. Declaration of Mario N. Alioto in Support of the Class Certification Motion ("Alioto Declaration") that contains information from and references to documents and responses to interrogatories that BMCC has designated "Confidential;" and

  d. Exhibit 32 attached to the Alioto Declaration in Support of the Class Certification Motion that BMCC has designated "Confidential."

4. Pursuant to Civil Local Rule 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order of June 18, 2008 (Dkt # 306), I make this declaration on behalf of BMCC to provide the basis for the Court to maintain under seal certain documents and information designated by BMCC as "Confidential" or "Highly Confidential" and attached to the Alioto Declaration, and all references to those documents and information in the Class Certification Motion, the Alioto Declaration, and the Netz Declaration.

5. Attached as Exhibit 32 to the Alioto Declaration is BMCC's Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Interrogatory Nos. 4 and 5. BMCC designated Exhibit 32 "Confidential" under the Protective Order.

6. Upon information and belief, the document appearing in full in Exhibit 32 of the Alioto Declaration consists of, cites to, and/or identifies confidential, non-public, proprietary and highly sensitive business information. The document contains, cites, and/or identifies confidential information about BMCC's sales processes, business practices, internal practices,

negotiating tactics, confidential business and supply agreements, and competitive positions. I am informed and believe that this is sensitive information and public disclosure of this confidential information would be substantially likely to irreparably harm BMCC. Accordingly, both Exhibit 32 and the related discussion in Alioto Declaration paragraph 33 should be maintained under seal.

7. The Class Certification Motion, the Alioto Declaration, and the Netz Declaration quote from, describe, or identify documents designated as "Confidential" or "Highly Confidential" by BMCC pursuant to the Stipulated Protective Order, including but not limited to Exhibit 32 and the documents described in the Netz Declaration, Exh. B at p. 1. As with the exhibits themselves, I understand that BMCC considers any statements in the Class Certification Motion, the Alioto Declaration, and the Netz Declaration purporting to summarize the exhibits or any other documents designated "Confidential" or "Highly Confidential" by BMCC to be confidential and proprietary.

8. I am informed and believe that BMCC has taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Exhibit 32 and any other BMCC exhibit of the Alioto Declaration and referenced in the Class Certification Motion, the Alioto Declaration, and the Netz Declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October, 2012, at Washington, DC.

*/s/ Richard Sutton Snyder*
Richard Sutton Snyder