**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] ORDER RE: INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENT PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

GOOD CAUSE APPEARING THEREFOR, Indirect-Purchaser Plaintiffs' Administrative Motion To Seal Document Pursuant to Civil Local Rules 7-11 and 79-5(d) is hereby GRANTED.

**IT IS SO RECOMMENDED.**

Dated: _____, 2012      _____
　　　　　　　　　　　　　　　　　　Hon. Charles A. Legge
　　　　　　　　　　　　　　　　　　SPECIAL MASTER

---

[PROPOSED] ORDER RE: INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENT
— MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated: _____, 2012

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE

3238953v1

2

[PROPOSED] ORDER RE: INDIRECT-PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENT
— MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917