Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates To:
ALL ACTIONS

Case No: 3:07-cv-5944 SC    MDL No. 1917

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Kevin B. Goldstein, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd. in the above-entitled action. My local co-counsel in this case is Gregory D. Hull, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Weil, Gotshal & Manges LLP | Weil, Gotshal & Manges LLP, 201 Redwood |
| 767 Fifth Ave., New York, NY 10153 | Shores Pkwy., Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 310-8000 | (650) 802-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kevin.goldstein@weil.com | greg.hull@weil.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4781829.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/05/12

APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kevin B. Goldstein is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 9, 2012

UNITED STATES DISTRICT/MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Samuel Conti

PRO HAC VICE APPLICATION & ORDER                                          August 2012