Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America Information Systems, Inc.,
Toshiba America Consumer Products, L.L.C.,
and Toshiba America Electronic
Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Lucius B. Lau, hereby declare as follows:

1. I am Counsel with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America Electronic Components, Inc. ("TAEC") (collectively, the "Toshiba Defendants"). I make this declaration in support of the Indirect Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1386) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On October 1, 2012, the Indirect Purchaser Plaintiffs filed the Motion to Seal, in which they asked this Court to seal the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

   a. Portions of the Indirect Purchaser Plaintiffs' Memorandum of Points and Authorities In Support of Motion of Indirect Purchaser Plaintiffs for Class Certification that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential";

   b. Portions of Declaration of Janet S. Netz, Ph.D. In Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification (the "Netz Declaration") that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential"; and

    c. Portions of Declaration of Mario N. Alioto In Support of Motion of Indirect-Purchaser Plaintiffs for Class Certification (the "Alioto Declaration") that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential."

6. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, the following documents or portions of documents should be maintained under seal and redacted from the Netz Declaration:

    a. Excerpts from the transcript of the Rule 30(b)(6) deposition of TAEC that TAEC has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

    b. Attached as Exhibit 3 to the Netz Declaration is a document that contains quotations or information from documents produced by Toshiba Corp. in this litigation with bates numbers TSB-CRT-00025664, TSB-CRT-00030283, TSB-CRT-0036828, and TSB-CRT-00036829 that Toshiba Corp. has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

    c. Attached as Exhibit 3 to the Netz Declaration is a document that contains quotations or information from a document produced by TAEC in this litigation with the bates number TAEC-CRT-00018123 that TAEC has designated "Confidential" pursuant to the Stipulated Protective Order.

    d. Attached as Exhibit 3 to the Netz Declaration is a document that contains quotations or information from documents produced voluntarily by Toshiba Electronics Taiwan ("TET") with the bates number TET-CRT-00003403 that TET has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

    e. Attached as Exhibit 13 to the Netz Declaration is a document that contains information from a document produced in this litigation by Toshiba Corp.

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO
SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

3

with bates numbers TSB-CRT-00061306 through TSB-CRT-00061317 that Toshiba Corp. has designated "Confidential" pursuant to the Stipulated Protective Order.

    f. Attached as Exhibit 27 to the Netz Declaration is a document that contains quotations and information from a document produced voluntarily in this litigation by TET with bates numbers TET-CRT-00002966 through TET-CRT-00002988 that TET has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

    g. Attached as Exhibit 31 to the Netz Declaration is a document that contains quotations and information from documents produced by TAEC in this litigation with bates numbers TAEC-CRT-00010351 through TAEC-CRT-00010410, TAEC-CRT-00055069 through TAEC-CRT-00055130, and TAEC-CRT-00070348 through TAEC-CRT-00070353 that TAEC has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

    h. Portions of the Netz Declaration that contain, cite, or identify information or quotations from the above-mentioned exhibits or bates-labeled documents.

7. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, the following documents should be maintained under seal and redacted from the Alioto Declaration:

    a. Attached as Exhibit 9 to the Alioto Declaration is an excerpt from the transcript of the Rule 30(b)(6) deposition of Toshiba Corp. and TACP that Toshiba Corp. and TACP have designated "Highly Confidential" pursuant to the Stipulated Protective Order.

    b. Attached as Exhibit 22 to the Alioto Declaration is a document and its corresponding translation produced by Toshiba Corp. in this litigation with

the bates numbers TSB-CRT-00036875 and TSB-CRT-00036875E that Toshiba Corp. has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

c.  Attached as Exhibit 24 to the Alioto Declaration is a document produced by TAEC in this litigation with bates numbers TAEC-CRT-00046070 through TAEC-CRT-00046102 that TAEC has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

d.  Attached as Exhibit 40 to the Alioto Declaration is Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, that Toshiba Corp. has designated "Confidential" pursuant to the Stipulated Protective Order.

e.  Attached as Exhibit 41 to the Alioto Declaration is Toshiba America Information Systems, Inc.'s Supplemental Objections and Responses to Interrogatory Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, that TAIS has designated "Confidential" pursuant to the Stipulated Protective Order.

f.  Attached as Exhibit 42 to the Alioto Declaration is Toshiba America Electronic Components, Inc.'s Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, that TAEC has designated "Confidential" pursuant to the Stipulated Protective Order.

g.  Attached as Exhibit 43 to the Alioto Declaration is Toshiba America Consumer Products, L.L.C.'s Supplemental Objections and Responses to Interrogatory Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, that TACP has designated "Confidential" pursuant to the Stipulated Protective Order.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

h. Attached as Exhibit 81 to the Alioto Declaration is a document and its corresponding translation produced by Toshiba Corp. in this litigation with bates numbers TSB-CRT-00042440 through TSB-CRT-00042443 and TSB-CRT-00042440E through TSB-CRT-00042443E that Toshiba Corp. has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

i. Attached as Exhibit 87 to the Alioto Declaration is a document produced by TAEC in this litigation with bates numbers TAEC-CRT-00071432 through TAEC-CRT-00071433 that TAEC has designated "Confidential" pursuant to the Stipulated Protective Order.

j. Attached as Exhibit 88 to the Alioto Declaration is a document produced by TAEC in this litigation with bates numbers TAEC-CRT-00071724 through TAEC-CRT-00071734 that TAEC has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

k. Attached as Exhibit 89 to the Alioto Declaration is a document produced by Toshiba Corp. in this litigation with bates numbers TSB-CRT-00039099 through TSB-CRT-00039101 that Toshiba Corp. has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

l. Attached as Exhibit 90 to the Alioto Declaration is a document produced by Toshiba Corp. in this litigation with bates numbers TSB-CRT-00039670 through TSB-CRT-00039672 that Toshiba Corp. has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

m. Attached as Exhibit 95 to the Alioto Declaration is a document produced by TAEC in this litigation with bates numbers TAEC-CRT-00089968 through TAEC-CRT-00089969 that TAEC has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

n. Attached as Exhibit 111 to the Alioto Declaration is a document produced by TAEC in this litigation with bates numbers TAEC-CRT-000655518

through TAEC-CRT-000655521 that TAEC has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

o. Attached as Exhibit 113 to the Alioto Declaration is a document produced by TAEC in this litigation with bates numbers TAEC-CRT-00071173 through TAEC-CRT-0071189 that TAEC has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

p. Portions of the Alioto Declaration that contain, cite, or identify information or quotations from the above-mentioned exhibits or bates-labeled documents.

8. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, the portions of the Memorandum of Points and Authorities In Support of Motion of Indirect Purchaser Plaintiffs for Class Certification that contain, cite, or identify information or quotations from any of the above-mentioned exhibits or bates-labeled documents should be maintained under seal and redacted from the Memorandum of Points and Authorities In Support of Motion of Indirect Purchaser Plaintiffs for Class Certification.

9. Each of the documents quoted and discussed in Exhibits B, 3, 13, 27, and 31 to the Netz Declaration and appearing in full as Exhibits 9, 22, 24, 40, 41, 42, 43, 81, 87, 88, 89, 90, 95, 111, and 113 to the Alioto Declaration has been designated by one the Toshiba Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because they contain confidential, nonpublic, and highly sensitive business information. They contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba

Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of October, 2012, in Washington, D.C.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO
SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

# CERTIFICATE OF SERVICE

On October 9, 2012, I caused a copy of "DECLARATION OF LUCIUS B. LAU DECLARATION IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-1 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO
SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917