| | |
|---|---|
| 1 | Christopher M. Curran (*pro hac vice*) |
| 2 | ccurran@whitecase.com |
| | George L. Paul (*pro hac vice*) |
| 3 | gpaul@whitecase.com |
| 4 | Lucius B. Lau (*pro hac vice*) |
| | alau@whitecase.com |
| 5 | White & Case LLP |
| 6 | 701 Thirteenth Street, N.W. |
| | Washington, DC  20005 |
| 7 | Telephone:  (202) 626-3600 |
| 8 | Facsimile:  (202) 639-9355 |

*Counsel to Defendants Toshiba Corporation,
Toshiba America Information Systems, Inc.,
Toshiba America Consumer Products, L.L.C.,
Toshiba America, Inc., and Toshiba America
Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Having considered the parties' submissions regarding whether certain documents Indirect Purchaser Plaintiffs lodged with the Court should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following documents and portions of documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under seal:

1. Exhibits B, 3, 13, 27, and 31 to the Declaration of Janet S. Netz, Ph.D. In Support of Motion of Indirect Purchaser Plaintiffs for Class Certification (the "Netz Declaration");

2. Exhibits 9, 22, 24, 40, 41, 42, 43, 81, 87, 88, 89, 90, 95, 111, and 113 to the Declaration of Mario N. Alioto In Support of Motion of Indirect Purchaser Plaintiffs for Class Certification ("Alioto Declaration");

3. All references to documents or information designated "Confidential" or "Highly Confidential" by Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., or Toshiba America Electronic Components, Inc. pursuant to the Stipulated Protective Order contained in the Indirect Purchaser Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification, the Netz Declaration, and the Alioto Declaration, including but not limited to Exhibits B, 3, 13, 27, and 31 to the Netz Declaration and Exhibits 9, 22, 24, 40, 41, 42, 43, 81, 87, 88, 89, 90, 95, 111, and 113 to the Alioto Declaration.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO ORDERED.**

Dated: _____          _____
                                      HONORABLE SAMUEL CONTI
                                      UNITED STATES DISTRICT JUDGE