BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile:  (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich  (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| This Document Relates to:<br><br>INDIRECT PURCHASER ACTIONS | |

Having considered the parties' submissions regarding whether certain documents Indirect Purchaser Plaintiffs lodged with the Court should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following documents and portions of documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under seal:

1. Exhibits B, 3, 28, 30, and 31 to the Declaration of Janet S. Netz, Ph.D. In Support of Motion of Indirect Purchaser Plaintiffs for Class Certification (the "Netz Declaration");

2. Exhibits 2, 3, 5, 10, 25, 35, 110 and 115 to the Declaration of Mario N. Alioto In Support of Motion of Indirect Purchaser Plaintiffs for Class Certification ("Alioto Declaration");

3. All references to documents or information designated "Confidential" or "Highly Confidential" by Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation pursuant to the Stipulated Protective Order contained in the Indirect Purchaser Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Class Certification, the Netz Declaration, and the Alioto Declaration, including but not limited to Exhibits 3, 28, 30 and 31 to the Netz Declaration and Exhibits X and X to the Alioto Declaration.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO ORDERED.**

Dated: _____           _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE