BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile:  (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich  (*pro hac vice*)
David Emanuelson (*pro hac vice to be filed*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: david.emanuelson@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V.
and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**APPLICATION OF DAVID T. EMANUELSON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Document Relates to:<br><br>ALL ACTIONS | |

Pursuant to Civil L.R. 11-3, DAVID T. EMANUELSON, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation in the above-titled action. In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in above-entitled action. The name, address and telephone number of that attorney is:

>    Jon V. Swenson (SBN 233054)
>    Email: jon.swenson@bakerbotts.com
>    BAKER BOTTS L.L.P.
>    1001 Page Mill Road
>    Building One, Suite 200
>    Palo Alto, CA 94304
>    Telephone: (650) 739-7514
>    Facisimile: (650) 739-7614

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2012          /s/ David T. Emanuelson
                                 _____
                                 DAVID T. EMANUELSON

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2012, I electronically filed the **APPLICATION OF DAVID T. EMANUELSON FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

By: /s/ Jon V. Swenson
Jon V. Swenson