Michael P. Lehmann (Cal. Bar No. 77152)
Christopher L. Lebsock (Cal. Bar No. 184546)
HAUSFELD LLP
44 Montgomery St., 34th Floor
San Francisco, CA 94104
Tel:  (415) 633-1908
Fax: (415) 358-4980
Email:   mlehmann@hausfeldllp.com
         clebsock@hausfeldllp.com

*Attorneys for the Direct Purchaser Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No, 07-cv-05944 (SC) <br> MDL No. 1917 |
| This Document Relates to: <br><br> ALL ACTIONS | **NOTICE OF WITHDRAWAL OF COUNSEL JON T. KING** |

NOTICE OF WITHDRAWAL OF COUNSEL
 JON T. KING

CASE NO. 07-CV-05944 (SC)

**TO THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Jon T. King is no longer affiliated with Hausfeld LLP. Hausfeld LLP will continue to represent the Direct Purchaser Class. The Direct Purchaser Class may be contacted by and through their following counsel, all of whom have previously entered an appearance in the above captioned matter:

Michael P. Lehmann; mlehmann@hausfeldllp.com
Christopher L. Lebsock; clebsock@hausfeldllp.com
HAUSFELD LLP
44 Montgomery Street, 34th Floor
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980

Dated: October 16, 2012                    HAUSFELD LLP

                                           By:   */s/ Christopher L. Lebsock*
                                                 Christopher L. Lebsock

---

NOTICE OF WITHDRAWAL OF COUNSEL
JON T. KING                    - 1 -                    CASE NO. 07-CV-05944 (SC)

## **CERTIFICATE OF SERVICE**

I, Christopher L. Lebsock, declare that I am over the age of eighteen (18) and not a party to the entitled action.  I am a partner in the law firm of HAUSFELD LLP, and my office is located at 44 Montgomery Street, Suite 3400, San Francisco, California 94104.

On October 16, 2012, I caused to be filed the following:

**NOTICE OF WITHDRAWAL OF COUNSEL JON T. KING**

with the Clerk of the Court using the Official Court Electronic Document Filing System which served copies on all interested parties registered for electronic filing.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Christopher L. Lebsock*
Christopher L. Lebsock

CERTIFICATE OF SERVICE                                                                 CASE NO. 07-CV-05944 (SC)