1  PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
   R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
2  LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
   NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
3  SATU A. CORREA (Satu.Correa@myfloridalegal.com)
4  Office of the Attorney General
   State of Florida
5  PL-01, The Capitol
   Tallahassee, FL 32399-1050
6  Tel:    (850) 414-3300
7  Fax:   (850) 488-9134

8  Attorneys for Plaintiff State of Florida

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br>MDL NO. 1917 |
| This Document Relates To:<br><br>Case No. 2011-CV-6205 SC<br><br>STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,<br><br>    Plaintiff,<br>  v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>    Defendants. | **DECLARATION OF NICHOLAS J. WEILHAMMER IN SUPPORT OF PLAINTIFF STATE OF FLORIDA'S OBJECTION AND RESPONSE TO JOINT MOTION TO DISMISS THE STATE OF FLORIDA'S CLAIMS FOR INJUNCTIVE RELIEF**<br><br>Date: September 20, 2012 [sic]<br>Time: 12 p.m.<br>Location: JAMS, Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

I, Nicholas J. Weilhammer, declare as follows:

1. I am an Assistant Attorney General with the Florida Office of the Attorney General and I represent the State of Florida ("Florida") in the above-captioned action as well as the related multidistrict litigation captioned *In re Cathode Ray Tube (CRT) Antitrust Litigation, 3:07-cv-05944-SC* (the "MDL"), which are currently pending in the United States District Court for the Northern District of California.

2. I have personal knowledge of the matters stated herein and I could, and would, competently testify thereto if called as a witness. I am a member in good standing of the State Bar of Florida and admitted to practice before the United States District Court for the Northern District of Florida. I am admitted to practice *pro hac vice* in the MDL pending in the United States District Court for the Northern District of California.

3. I submit this declaration in accordance with Civil L.R. 7-3 and 7-5 to set forth facts in support of the Plaintiff State of Florida's Objection and Response to Defendants' Joint Motion to Dismiss the State of Florida's Claims for Injunctive Relief (Dkt. 1392) filed concurrently herewith.

4. Attached as Exhibit 1 is a true and correct copy of excerpts from the Transcript of Proceedings Before Special Master Legge, dated September 20, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of October, 2012, at Tallahassee, Florida.

*s/ Nicholas J. Weilhammer*
Nicholas J. Weilhammer

DECLARATION OF NICHOLAS J. WEILHAMMER IN SUPPORT OF PLAINTIFF STATE OF FLORIDA'S OBJECTION AND RESPONSE TO JOINT MOTION TO DISMISS THE STATE OF FLORIDA'S CLAIMS FOR INJUNCTIVE RELIEF
Case No. 07-CV-5944 SC; 2011-CV-6205 SC

- 1 -