Douglas L. Wald (*Pro Hac Vice*)
Wilson D. Mudge (*Pro Hac Vice*)
YongSang Kim (*Pro Hac Vice*)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone:  202.942.5000
Facsimile:  202.942.5999
E-mail:  Douglas.Wald@aporter.com
          Wilson.Mudge@aporter.com
          YongSang.Kim@aporter.com

Sharon D. Mayo (SBN 150469)
ARNOLD & PORTER LLP
Three Embarcadero Center, Seventh Floor
San Francisco, CA  94111-4024
Telephone:  415.471.3100
Facsimile:  415.471.3400
E-Mail:  Sharon.Mayo@aporter.com

Eric D. Mason (SBN 259233)
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California  90017-5844
Telephone:  213.243.4000
Facsimile:  213.243.4199
E-Mail:  Eric.Mason@aporter.com

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br><br>MDL No. 1917<br><br>**JOINDER OF DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS USA, INC. IN PHILIPS DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS** |
| This Document Relates To:<br><br>ALL DIRECT ACTION COMPLAINTS | Date:    [To Be Determined]<br>Time:    [To Be Determined]<br>Place:   JAMS Resolution Center, before the Hon. Charles A. Legge (Ret.) |

**JOINDER OF DEFENDANTS LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC. IN PHILIPS DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS**
CASE NO. 3:07-CV-05944-SC; MDL NO. 1917

Defendants LG Electronics, Inc. ("LGEI"), and LG Electronics USA, Inc. ("LGE USA" and collectively "LGE Defendants") hereby join in the Philips Defendants' Reply Memorandum in Support of Motion to Dismiss and For Judgment on the Pleadings As To Certain Direct Action Plaintiffs' Claims (Dkt. No. 1419).

On October 1, 2012, Direct Action Plaintiffs (DAPs) filed their Response to the LGE Defendants' Joinder in the Motion to Dismiss filed by the Philips Defendants.[1] In their Response, the DAPs set forth no arguments that are specific to the LGE Defendants. Rather, they state that the LGE Defendants' Joinder "fails for the identical reasons set forth in Plaintiffs' Opposition to the Philips Defendants' Motion to Dismiss (MDL Docket No. 1383)."[2] Because the DAPs have not filed any opposition directed specifically against the LGE Defendants, the LGE Defendants respectfully request that this Court dismiss the DAPs' Complaints against the LGE Defendants for the same reasons and on the same bases that it should dismiss the DAP's Complaints against the Philips Defendants.

///

///

---

[1] *See* "Direct Action Plaintiffs' Response to LG Electronics, Inc. and LG Electronics USA, Inc.'s Joinder to Motion to Dismiss Filed by Philips Defendants" ("DAP Response") filed by Best Buy Co., Inc. et al., Target Corp. et al., Electrograph Systems, Inc. et al., Costco Wholesale Corp., Alfred H. Siegel, as the duly appointed Trustee of the Circuit City Stores, Inc. Liquidating Trust, Polaroid Consumer Electronics, LLC et al., P.C. Richard & Song Long Island Corp. et al., Schultze Agency Services, LLC on behalf of Tweeter Opco, LLC et al., CompuCom Systems, Inc., Interbond Corporation of America, and Office Depot, Inc. ("Direct Action Plaintiffs") (Dkt. No. 1387).

[2] *Id.*

- 1 -

**JOINDER OF DEFENDANTS LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC. IN PHILIPS DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS**
CASE NO. 3:07-CV-5944-SC; MDL NO. 1917

Dated: October 26, 2012                    ARNOLD & PORTER LLP


                                           By:  /s/ Sharon Mayo
                                                SHARON MAYO
                                                Attorney for Defendants
                                                LG ELECTRONICS, INC., and
                                                LG ELECTRONICS USA, INC.


Pursuant to Civ. L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the above signatory.

- 2 -

**JOINDER OF DEFENDANTS LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC. IN PHILIPS DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS**
CASE NO. 3:07-CV-5944-SC; MDL NO. 1917

**CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2012, I electronically filed this JOINDER OF DEFENDANTS LG ELECTRONICS, INC. AND LG ELECTRONICS USA, INC. IN PHILIPS DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this action who are registered on the CM/ECF system.

/s/Eric D. Mason
Eric D. Mason