Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
David T. Emanuelson (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: david.emanuelson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS BY DIRECT ACTION PLAINTIFFS | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KONINKLIJKE PHILIPS ELECTRONICS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S REPLY IN SUPPORT OF MOTION TO DISMISS THE DIRECT ACTION PLAINTIFFS' COMPLAINTS**<br><br>Date:   TBD<br>Time:   TBD<br>Place:  JAMS Resolution Center<br>Before: The Honorable Charles A. Legge |

**REQUEST FOR JUDICIAL NOTICE**

To all parties and their attorneys of record:

PLEASE TAKE NOTICE that Koninklijke Philips Electronics N.V. ("KPE") and Philips Electronics North America Corporation ("PENAC") (collectively the "Philips Defendants") hereby request, pursuant to Federal Rule of Evidence 201, that this Court take judicial notice of the documents identified below and attached hereto.  Federal Rule of Evidence 201 allows a court to take judicial notice of facts that are "not subject to reasonable dispute because [they are] (1) generally known within the territorial jurisdiction of the trial court; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

Furthermore, "[o]n a motion to dismiss, [courts] may take judicial notice of matters of public record outside the pleadings." *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). Courts in the Ninth Circuit routinely take judicial notice of bankruptcy filings since they are matters of public record. *See Flores v. GMAC Mortg.*, 2010 WL 582115, *2, (E.D. Cal. Feb. 11, 2010) (taking judicial notice of bankruptcy filings including bankruptcy trustee's report); *Pritnik v. Comerica Bank*, 2009 WL 3857455, *3 (N.D. Cal. 2009) (taking judicial notice of bankruptcy filings); *Rosal v First Federal Bank of California*, 671 F.Supp.2d 1111, 1120-21 (N.D. Cal. 2009) (taking judicial notice of bankruptcy court filings in support of motion to dismiss under Rule 12(b)(6)); *Cobb v. Aurora Loan Services, LLC*, 408 B.R. 351, 354 (E.D. Cal. 2009) (considering plaintiff's bankruptcy filings in deciding defendant's motion to dismiss).

Attached hereto as Exhibit 1 is a true and correct copy of the Bankruptcy Trustee's First Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V. dated March 1, 2006.  The document is publicly available on the Bankruptcy Trustee's official website[1] and therefore is not subject to reasonable dispute.

Attached hereto as Exhibit 2 is a true and correct copy of the Bankruptcy Trustee's Second Report in the bankruptcy of LG.Philips Displays Holding B.V., LG.Philips Displays Netherlands B.V.

---

[1] http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/

and LG.Philips Displays Investment B.V. dated August 28, 2006.  The document is publicly available on the Bankruptcy Trustee's official website and therefore is not subject to reasonable dispute.

The Philips Defendants' Requests for Judicial Notice is based upon this Request, the pleadings and papers on file in this action, and such oral argument as the Court may entertain.

Dated: October 26, 2012

By: ___/s/ Jon V. Swenson___
Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
David T. Emanuelson (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: david.emanuelson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 26, 2012, I electronically filed the Philips Defendants' Request for Judicial Notice in Support of Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation's Reply in Support of the Motion to Dismiss the Direct Action Plaintiffs' Complaints with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

By: /s/ Jon V. Swenson_____
Jon V. Swenson