Jon V. Swenson (SBN 233054)
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
David Emanuelson (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: david.emanuelson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS BY DIRECT ACTION PLAINTIFFS | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF DAVID EMANUELSON IN SUPPORT OF KONINKLIJKE PHILIPS ELECTRONICS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S REQUEST FOR JUDICIAL NOTICE** |

DECLARATION OF DAVID EMANUELSON IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE

## DECLARATION OF DAVID EMANUELSON

I, David Emanuelson, declare:

1. I am an attorney at law admitted to the State Bar of Illinois and the District of Columbia and admitted to practice before this Court on a *pro hac vice* basis for the above captioned matter. I am a Senior Associate with the law firm Baker Botts L.L.P., counsel of record for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation in this action. I have personal knowledge of the facts set forth in this declaration and if called upon to do so I could and would testify competently to such matters.

2. Attached to the Request for Judicial Notice as Exhibit 1 is a true and correct copy of the Bankruptcy Trustee's First Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V. dated March 1, 2006. This document is publicly available on the Bankruptcy Trustee's official website at:

http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/.

3. Attached to the Request for Judicial Notice as Exhibit 2 is a true and correct copy of the Bankruptcy Trustee's Second Report in the bankruptcy of LG.Philips Displays Holding B.V., LG.Philips Displays Netherlands B.V. and LG.Philips Displays Investment B.V. dated August 28, 2006. This document is publicly available on the Bankruptcy Trustee's official website at http://deterinklive.com/nl/publicaties/faillissementsverslagen/l/.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on October 26, 2012, in Washington, D.C.

/s/ David Emanuelson_____
David Emanuelson

DECLARATION OF DAVID EMANUELSON IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE