# EXHIBIT 1

# TRUSTEE'S FIRST REPORT

**in the bankruptcy of:**

# LG.Philips Displays Holding B.V.

**and**

# LG.Philips Displays Netherlands B.V.

<u>**Date: 1 March 2006**</u>

**Contents:**

| | | |
|---|---|---|
| **1.** | **Introduction** | **5** |
| **2.** | **LG.Philips Displays Holding BV** | **5** |
| **3.** | **Overview** | **6** |
| 3.1 | Incorporation | 6 |
| 3.2 | Shareholders | 6 |
| 3.3 | Management | 6 |
| 3.4 | Supervisory Board | 7 |
| 3.5 | Accountant | 7 |
| **4.** | **Structure of LPD until 26 January 2006 / Projected Restructuring** | **7** |
| 4.1 | General | 7 |
| 4.2 | LG.Philips Displays International Ltd., established in Hong Kong | 8 |
| 4.3 | LG.Philips Displays Finance LLC, established in Delaware (USA) | 9 |
| 4.4 | LG.Philips Displays Netherlands B.V. | 9 |
| 4.5 | LG.Philips Displays Poland Sp.z.o.o. | 9 |
| 4.6 | LG.Philips Displays Czech Republic z.o.o. | 9 |
| 4.7 | LG.Philips Displays China Ltd. (Hong Kong) (LPD Holding 88%; LPD Investment 12%) | 9 |
| 4.8 | LG.Philips Displays International B.V. ("LPD International") (formerly LG.Philips Displays China B.V.) | 10 |
| 4.8.1 | LG.Philips Shuguang Electronics Co. Ltd., China (54.06%) | 10 |
| 4.8.2 | Beijing LG.Philips Electronics Co. Ltd., China (69.2%) | 10 |
| 4.8.3 | P.T. LG.Philips Displays Indonesia (100%) | 11 |
| 4.8.4 | Hua Fei Colour Display Systems Co. Ltd, China (55%) | 11 |
| 4.8.5 | LG.Philips Displays Brasil Ltda. (98%) | 11 |
| 4.8.6 | LG.Philips Displays Eindhoven B.V. | 11 |
| 4.8.7 | LG.Philips Displays Sittard B.V. | 11 |
| 4.8.8 | LG.Philips Displays Stadskanaal B.V. | 12 |
| 4.8.9 | LG.Philips Displays Blackburn Ltd. | 12 |
| 4.8.10 | LG.Philips Displays International Ltd. | 12 |
| 4.9 | LG.Philips Displays Investment B.V., established at Eindhoven (the Netherlands) | 12 |
| 4.9.1 | LG.Philips Displays Holding German GmbH, with its subsidiaries LG.Philips Displays Germany GmbH and LG.Philips Displays Glass Germany GmbH | 12 |
| 4.9.2 | LG.Philips Displays France S.A.S. | 13 |
| 4.9.3 | LG.Philips Displays Barcelona I B.V. and LG.Philips Displays Barcelona II B.V. and the associated enterprises Barayo S.A. (in liquidation) and Barayo Proyectos S.A. | 13 |
| 4.9.4 | LG.Philips Displays USA Inc. | 14 |
| 4.9.5 | LG.Philips Displays Slovakia s.r.o. | 14 |
| 4.9.6 | Nanjing Feijin Magnetic Products Co. Ltd. (China) (80%) | 14 |
| 4.9.7 | Henan Anfei Electronic Glas Co. Ltd. (China) (14%) | 14 |

4.9.8   LG.Philips Displays Korean Co. Ltd.                                                    14
4.9.9   LG.Philips Displays Mexico Holding Services S.A. de C.V. and the associated enterprise
        LG.Philips Displays Mexico S.A. de C.V.                                                15

**5.      Financial data                                                                       15**
5.1     Consolidated turnover for LPD Holding                                                  15
5.2     Consolidated balance sheet of LPD Holding                                              15
5.3.1   Consolidated LPD Holding profit and loss account                                       16
5.3.2   LPD Holding non consolidated profit and loss account                                   16

**6.      Financing/Securities                                                                 16**
6.1     General                                                                                16
6.2     Securities provided by LPD Holding                                                     17
6.3     Demand for payment based upon the Facility Agreement                                    18
6.4     Execution of securities                                                                18
6.5     MIVAR Notes                                                                            19
6.6     Cash Pool                                                                              19

**7.      Personnel                                                                            19**
7.1.    Number of employees in service as of 30 January 2006                                   19
7.2     Dismissal of employees of LPD Holding                                                  19

**8.      Creditors                                                                            20**
8.1     Estate claims                                                                          20
8.2     Preferential claim by the tax authorities                                              20
8.3     Preferential claim of the UWV (Social Security Authority)                              20
8.4     Other preferential creditors                                                           20
8.5     Unsecured creditors                                                                    21

**9       LG.Philips Displays Netherlands B.V.                                                 22**

**10      Overview                                                                             22**
10.1    Incorporation                                                                          22
10.2    Shareholders                                                                           23
10.3    Management                                                                             23
10.4    Activities                                                                             23

**11      Financial data                                                                       24**
11.1    Turnover LPD Netherlands                                                               24
11.2    Balance sheet LPD Netherlands                                                          24
11.3    Profit and loss LPD Netherlands                                                        24
11.4    Pending procedures                                                                     25
11.5    Leases                                                                                 25

**12. Securities provided by LPD Netherlands**                                                      **26**

**13.       Personnel**                                                                            **26**
13.1    Dismissal of LPD Netherlands employees                                                      27
13.2    Redundancy plan December 2005                                                               27
13.2.1  Introduction                                                                                27
13.2.2  Heads of the redundancy plan December 2005                                                  27
13.2.3  Consequences of the bankruptcy for employees whom the redundancy plan applied to            28
13.3    Opposition to the bankruptcy of LPD Netherlands                                             28

**14        Restart/continuation of activities of LPD Netherlands**                                 **29**
14.1    Factories at Blackburn, Sittard, Stadskanaal and Eindhoven location                         29
14.2    PTE Activities                                                                              30
14.3    Sale of PTE assets                                                                          30
14.4    Special Products activities                                                                 31

**15.       Retention of title, right of reclaim ("recht van reclame") and right of retention**    **31**

**16.       Creditors LPD Netherlands**                                                            **32**
16.1    Estate claims                                                                               32
16.2    Preferential claim of the tax authorities                                                   32
16.3    Preferential claim UWV                                                                      32
16.4    Other preferential creditors                                                                33
16.5    Unsecured creditors                                                                         33

**17.       Causes of the bankruptcy**                                                             **33**

**18.       Legal issues**                                                                         **34**
18.1    Accounting obligations                                                                      34
18.2    Annual accounts deposits                                                                    34
18.3    Obligation of payment on shares                                                             35
18.4    Directors liability                                                                         35
18.5    Voidable transactions                                                                       35

**19.       Expected wind up**                                                                     **36**

**20.       Period of winding up the bankruptcy**                                                  **36**

**21.       Steps to be taken**                                                                    **36**

**22.       Submission of next report**                                                            **37**

## 1.    Introduction

This report describes, in the first instance, the situation as encountered by the trustee in respect of LG.Philips Displays Holding B.V. (paragraphs 1-8) and then the situation in respect of LG.Philips Displays Netherlands B.V.

## 2.        LG.Philips Displays Holding BV

| | | |
|---|---|---|
| Enterprise details | : | The private limited company **LG.Philips Displays Holding B.V.** having its registered office and principal place of business at 5651 CA Eindhoven in Zwaanstraat 2 a, registered with the Chamber of Commerce at Eindhoven under registration number 17135094, hereafter, "LPD Holding". |
| Bankruptcy number | : | 06/74 F. |
| Date of judgment | : | 30 January 2006 |
| Trustee | : | *mr*. A.A.M. Deterink |
| Supervisory judge | : | *mr*. F.H.E. Boerma |
| | | |
| Period under review | : | 27 January 2006 through 28 February 2006 |
| Hours spent during period under review | : | *mr*. A.A.M. Deterink          66,3  hours |
| | | *mr*. S.H.F. Hoppenbrouwers     34,6  hours |
| | | Ms K. van der Pluijm                  1  hour |
| | | (paralegal) |

## 3.      Overview

### 3.1      Incorporation

LPD Holding was incorporated by Koninklijke Philips Electronics N.V., Eindhoven. The notarial deed of incorporation dated 19 March 2001 was registered with the Chamber of Commerce Eindhoven on 27 March 2001.

### 3.2      Shareholders

- From 19 March 2001 through 26 June 2001, Koninklijke Philips Electronics N.V. was 100% shareholder of LPD Holding;
- From 26 June 2001, the shares in LPD Holding were held by Koninklijke Philips Electronics N.V. and Philips GmbH (50% plus 1 share) and by LG Electronics Wales Ltd. and LG Electronics Inc. (50% less 1 share).

  From the second quarter of 2004, half (less 1 share) of the shares in LPD Holding were held by LG Electronics Wales Ltd., established in the United Kingdom (a subsidiary of the publicly traded Korean company LG Electronics) and the other half (plus 1 share) by Koninklijke Philips Electronics N.V., established in the Netherlands. In 2001, both shareholders transferred their CRT production (the production of conventional picture tubes) to LPD Holding. Most of the subsidiaries of LPD Holding are therefore former Philips and former LGE companies.

### 3.3      Management

As of the date of the bankruptcy, the management of LPD Holding consisted of the following persons:

- Mr. Jeong Il Son
- Mr. P.A.H. Verhagen

6

**3.4**        **Supervisory Board**

As of the date of the bankruptcy, the Supervisory Board consisted of the following persons:

- Y.S. Kwon
- Y.B. Nah (until 6 January 2006)
- S.H. Park (from 6 January 2006)
- A. Huijser
- H.B. Olde Bolhaar
- M.V. McHugh
- H.W. Kwon

**3.5**        **Accountant**

KPMG

# 4.        Structure of LPD until 26 January 2006 / Projected Restructuring

**4.1**        **General**

LPD Holding is a joint venture of Philips and LG. Electronics (hereafter "LG") to which both parties have transferred their so-called Cathode Ray Tube ("CRT") activities. The CRT activities are roughly the production and sale of conventional (thick) picture tubes. The joint venture was created in 2001 with the merger of several Philips and LG production facilities into a single enterprise. At the time the moratorium was applied for with respect to the Holding (27 January 2006), the group companies had production facilities that were located in Europe (the Netherlands, France, Germany, England, Czech Republic, Slovakia and Poland), Asia (China, Korea and Indonesia), and the Americas (Brazil, Mexico and USA), thus forming the world's largest manufacturer of conventional (thick) picture tubes, cf. Annex 1 to this report. As of 26 January 2006, approximately 19,000 employees worked for the LPD Group worldwide.

The group of companies is funded by a syndicate of approx. 50 banks through a facility amounting to (initially) USD 2 billion. Cf. paragraph 6.1 of this report.

7

In the period preceding the application of the moratorium LPD Holding reviewed the best possible way of guaranteeing the group company's continuity as well as the value represented by separate divisions. The plans provided for the incorporation of viable divisions of the enterprise group in LPD International BV (formerly called LPD China BV), a full subsidiary of LPD Holding, while continuing the existing financing agreement. Cf. Annex 2 to this report. The plans provided for insolvency proceedings for several non viable enterprises within the LPD group, including LPD Holding and ultimately LPD Netherlands as well. LPD Holding took the initiative to initiate these insolvency proceedings.

Over the next few weeks the trustee will form an opinion on these plans. After having obtained the judge's approval and for the sole purpose of ensuring the continuity of viable divisions of the enterprise group, the trustee, while reserving the estate's rights, has decided to in any case cooperate in implementing part of the plans. E.g., the majority of the LPD Netherlands assets have been transferred to companies newly incorporated (cf. paragraphs 4.8.6 through 4.8.9), the shares of which are held by LPD International BV.

The possibility of bringing the shares of LPD Korea into LPD International BV is also being considered.

Alternative solutions will be sought for companies whose shares will not be transferred to LPD International BV in consultation with the enterprises concerned (insofar as these companies are not or will become insolvent). It concerns in particular branches in Poland, Slovakia, the Czech Republic, Mexico and the USA.

A brief description of all the companies directly or indirectly under LPD Holding follows:

## 4.2       LG.Philips Displays International Ltd., established in Hong Kong

The members of the Board of Directors of LPD Holding are employed by LPD International Ltd., which has a management services contract with LPD Holding. Operational management of the LPD Group is carried out and/or directed *de facto* by LPD International Ltd. Following the bankruptcy, the management services contract of LPD Holding was taken over by LG.Philips Displays

8

International B.V. Shortly before the bankruptcy LPD Holding transferred the shares to LPD International.


**4.3       LG.Philips Displays Finance LLC, established in Delaware (USA)**

LPD Finance LLC issued bonds in the amount of € 200 million. All bonds are expected to be held by a single company: SIREF Fiduciaria S.p.A. (Italy). That enterprise uses the trade name MIVAR. For that reason, the bonds were referred to within LPD as the MIVAR Notes. LPD Holding is the guarantor in respect of the payment of the MIVAR Notes.

The bonds are subordinated.

The bonds are registered in Luxembourg, but – one assumes – they are not being actively traded.


**4.4       LG.Philips Displays Netherlands B.V.**

This enterprise was adjudicated bankrupt on 27 January 2006 at its own request. For a description of this enterprise, please see paragraphs 9 ff. of this report.


**4.5       LG.Philips Displays Poland Sp.z.o.o.**

This enterprise comprises production facilities at Skierniewice for the production of components. A total of approximately 200 employees are employed. The possibilities of a Management Buy Out are currently being looked into.


**4.6    LG.Philips Displays Czech Republic z.o.o.**

This is a relatively new plant in Hranice for the manufacture of picture tubes. A total of approximately 1,200 employees are employed. Attempts will be made to sell the plant as soon as possible.


**4.7       LG.Philips Displays China Ltd. (Hong Kong) (LPD Holding 88%; LPD Investment 12%)**

This is a shell company.

**4.8**       **LG.Philips Displays International B.V. ("LPD International") (formerly LG.Philips Displays China B.V.)**

LPD International, established at Eindhoven, is an 'intermediate holding company' without personnel. Its shares are held directly by LPD Holding. LPD International BV was formerly called LG Philips Displays China BV. All activities that are part of this company and its subsidiaries are deemed to be viable and are therefore continued with the approval of the trustee and the bank syndicate notwithstanding the bankruptcy of LPD Holding BV. All companies involved should be able to continue to exist independently. This also applies to LPD Korea. As stated, the option of transferring the shares of LPD Korea to LPD International BV is being considered, if the bank syndicate agrees.

In order to provide LPD International with sufficient working capital in view of the take-over of assets and business operations in Eindhoven, Sittard, Stadskanaal and Blackburn, it was decided - in consultation with the bank syndicate - to transfer all outstanding claims of LPD Holding and LPD Netherlands BV, pledged to the bank syndicate, to LPD International BV. The trustee and the agent of the bank syndicate are still conferring on the value used for the transfer.

LPD International holds shares in the companies listed in paragraphs 4.8.1 through 4.8.10 that are deemed viable:

**4.8.1**       **LG.Philips Shuguang Electronics Co. Ltd., China (54.06%)**

This is a joint venture with Hunan Electron Information Industrial Group (33.78%) and Shuguang Electronics (12.16%).
The enterprise operates a production facility for screens and components at Changsha and Xingsha.
The enterprise employs approximately 3,450 employees.

**4.8.2**       **Beijing LG.Philips Electronics Co. Ltd., China (69.2%)**

This is a joint venture with Beijing Electronic Group (30.8%).

The company operates production facilities for components and employs approximately 377 employees.

### 4.8.3     P.T. LG.Philips Displays Indonesia (100%)

The enterprise operates production facilities for picture tubes and components at Bekasi. The factory employs approximately 1,280 employees.

### 4.8.4     Hua Fei Colour Display Systems Co. Ltd, China (55%)

This is a joint venture with Jiangsu International Trust & Investment Company (25%) and Nanjing Huadong (20%).

The enterprise operates production facilities at Nanjing where monitors and components are produced. The factory employs approximately 3,000 employees.

### 4.8.5     LG.Philips Displays Brasil Ltda. (98%)

In Brazil, there is one factory for the production of picture tubes (Sao Jose dos Campos) and three factories for the production of components.

The enterprise employs approximately 5,149 employees: approximately 3,600 in Sao Jose dos Campos, approximately 378 in Capuava, approximately 399 in Recife, and approximately 872 employees in Manans.

Philips and LG Electronics each hold 1% of the shares.

### 4.8.6     LG.Philips Displays Eindhoven B.V.

This company has taken over the assets and activities in Eindhoven of LPD Netherlands.

### 4.8.7     LG.Philips Displays Sittard B.V.

This company has taken over the assets and activities in Sittard of LPD Netherlands.

**4.8.8      LG.Philips Displays Stadskanaal B.V.**

This company has taken over the assets and activities in Stadskanaal of LPD Netherlands.


**4.8.9      LG.Philips Displays Blackburn Ltd.**

This company has taken over the assets and activities in Blackburn of LPD Netherlands.


**4.8.10     LG.Philips Displays International Ltd.**

Cf. paragraph 4.2 of this report as far as LG.Philips Displays International Ltd. is concerned. The companies referred to in paragraphs 4.8.6 through 4.8.9 were incorporated to take over the assets and activities of LPD Netherlands.


**4.9      LG.Philips Displays Investment B.V., established at Eindhoven (the Netherlands)**

This is a pure 'intermediate holding company'. This enterprise is a direct subsidiary of LPD Holding and the direct parent company of various companies that comprise the enterprise. The enterprise has no employees.

LPD Investment is guarantor among the financing syndicate and has issued a 'keep-well letter' (a sort of letter of comfort) to one of its subsidiaries. The managing directors under the articles of association are registered as Messrs Moon, Choi, Van Otterloo, Ha, Nibbelke and Verhagen. The enterprise has negative assets of approximately USD 1.3 billion. On 28 February 2006 the bankruptcy of the company was ordered at the company's own request, while F.H.E. Boerma was appointed judge and A.A.M. Deterink was appointed trustee.

The following subsidiaries fall under LG.Philips Displays Investment B.V.


**4.9.1      LG.Philips Displays Holding German GmbH, with its subsidiaries LG.Philips Displays Germany GmbH and LG.Philips Displays Glass Germany GmbH**

Via the German enterprises, a production facility at Aachen is operated for the production of glass components. The enterprise employs approximately 375 employees.

The bankruptcy of the enterprises was ordered and Dr. Frank Kebekus was appointed trustee. The activities have been suspended and all employees have been dismissed by the trustee.

**4.9.2      LG.Philips Displays France S.A.S.**

The enterprise operates production facilities for screens at Dreux. The factory employs approximately 639 employees. The enterprise is currently in a state of insolvency. Mr. Laureau Jeannerot has been appointed as *administrateur judiciaire*. All activities have been suspended and all employees have been dismissed. On 22 February 2006 the bankruptcy was ordered and M. Chavanne de Dalmassy was appointed trustee.

**4.9.3      LG.Philips Displays Barcelona I B.V. and LG.Philips Displays Barcelona II B.V. and the associated enterprises Barayo S.A. (in liquidation) and Barayo Proyectos S.A.**

LPD Barcelona I and LPD Barcelona II, both established at Eindhoven, each hold 45% of the shares in the Spanish bankrupt companies Barayo S.A. and Barayo Proyectos S.A. (the remaining 10% of those shares are held by LPD Investment). LPD Barcelona I and II have no personnel.

Barayo Proyectos no longer carries out any activities. Barayo S.A. has closed its production facilities and has dismissed (nearly) all its personnel. Barayo S.A. has sold its real estate. The payment of the last instalment of an amount estimated to be approximately € 30 million of the purchase price due to Barayo S.A. depends on the approval of the municipal land use plan, which is expected to be granted in the first half of 2006.

LPD Barcelona I and II are expected to also be able to meet their payments on their due debts. LPD Barcelona I and II will be liquidated over time. That is not expected to result in substantial revenues because the claim of approximately € 30 mil**l**ion is mortgaged to the Bank Syndicate.

13

**4.9.4        LG.Philips Displays USA Inc.**

Sales in the USA are invoiced via this enterprise. This is a sales office with approximately 6 employees.

The enterprise is the owner of the inventories and the machines located in the production facilities at Gomez Palacio (Mexico).


**4.9.5        LG.Philips Displays Slovakia s.r.o.**

This enterprise comprises production facilities for components at Namestovo.

Approximately 50 employees are employed there.

The company is insolvent.


**4.9.6        Nanjing Feijin Magnetic Products Co. Ltd. (China) (80%)**

This is a joint venture with Hua Fei Colour Display Systems (20%).

The enterprise comprises production facilities for components with 2,900 employees.


**4.9.7        Henan Anfei Electronic Glas Co. Ltd. (China) (14%)**

This is a joint venture.

Twenty per cent of the shares are held by Hua Fei Colour Display Systems and 66% of the shares are held by Henan Anyang CPT Glass Bulb Group.

Approximately 350 employees are employed in this glass factory.


**4.9.8        LG.Philips Displays Korean Co. Ltd.**

The enterprise comprises two factories at Gumi and Changwon with a total of approximately 2,500 employees. The transfer of the shares in the enterprise that are mortgaged to the Bank Syndicate to LPD International is under consideration.

LPD Korea has a 19.9% interest in an enterprise called MS Tech Co. Ltd.

**4.9.9      LG.Philips Displays Mexico Holding Services S.A. de C.V. and the associated enterprise LG.Philips Displays Mexico S.A. de C.V.**

The enterprises operate production facilities for screens at Gomez Palacio with a total of approximately 1,300 employees. It is a relatively new factory.

# 5.      Financial data

**5.1      Consolidated turnover for LPD Holding (x 1,000)**

| | |
|---|---|
| 2001: | USD  2,044,647 |
| 2002: | USD  4,402,025 |
| 2003: | USD  3,966,010 |
| 2004: | USD  4,047,357 |
| 2005: | USD  3,049,034 |

**5.2      Consolidated balance sheet of LPD Holding (x 1,000)**

| | Balance sheet total | | Equity |
|---|---|---|---|
| 2001: | USD  3,099,086 | USD | 1,154,966 |
| 2002: | USD  2,947,359 | USD | 1,013,445 |
| 2003: | USD  1,917,427 | USD | 141,153 (losses and impairments) |
| 2004: | USD  1,631,890 | USD | 525,643 (equity injection) |
| 2005: | USD    717,816 | USD -/- | 400,000 (losses and impairments) |

**5.3.1 Consolidated LPD Holding profit and loss account (x 1,000)**

| 2001: | USD -/- | 347,547 |
|-------|---------|---------|
| 2002: | USD -/- | 530,926 |
| 2003: | USD -/- | 871,587 |
| 2004: | USD -/- | 171,262 |
| 2005: | USD -/- | 874,183 |

**5.3.2 LPD Holding non consolidated profit and loss account (x 1,000)**

| 2001: | USD -/- | 253,000 |
|-------|---------|---------|
| 2002: | USD -/- | 284,182 |
| 2003: | USD -/- | 14,946 |
| 2004: | USD -/- | 85,668 |
| 2005: | USD -/- | 48,287 |

# 6.        Financing/Securities

## 6.1        General

With the establishment of the joint venture, LPD Holdings assumed financing (a so-called Syndicated Loan) for a total amount of USD 2 billion. The financing was set up in a so-called Facility Agreement, which is subject to English law. LPD Holding is the Borrower and virtually all subsidiaries, including LPD Netherlands, are Guarantors. In addition, LG Electronics Inc., established in Korea, and Koninklijke Philips Electronics N.V., established in the Netherlands, each have issued a guarantee of USD 50 million to the Bank Syndicate.

The financing under the Facility Agreement is provided by a syndicate of approximately 50 banks, hereafter, 'the Bank Syndicate'. Up until today, trading is ongoing in the debts provided, with the

result that the group of financers is constantly changing. Meanwhile a large part of the Lenders comprises of hedge funds and investors in distressed debts. The Bank Syndicate is represented by an Agent, being JPMorgan Chase Bank, Hong Kong Branch.

Of the borrowed amount of USD 2 billion, an amount of USD 1.1 billion was paid to LG Electronics for the purchase of several factories that were the property of LG Electronics. Philips was paid an amount of USD 255 million for the purchase of several factories. At the end of 2001, LPD Holding defaulted in meeting its remaining obligations as set forth in the Facility Agreement, which was why a restructuring appeared necessary to be able to meets its obligations arising from the Facility Agreement. Following a first restructuring in 2001/2002, a second restructuring necessitated by continuously worsening market conditions took place in 2003/2004.

 In respect of providing security, no securities were provided by LPD Holding and its subsidiaries at the commencement of the Facility Agreement. At the commencement of the Facility Agreement, a number of enterprises did provide guarantees to the Bank Syndicate. In 2003 a restructuring of the financing was agreed upon, which was completed in 2004. As a result of this restructuring virtually all assets of LPD Holding and its subsidiaries, including LPD Netherlands, were pledged to the Bank Syndicate.

The securities are 'administered' and can be enforced by a Security Agent. The role of the Security Agent is filled by JPMorgan Chase Bank, Hong Kong Branch.

**6.2**     **Securities provided by LPD Holding**

The following securities are among those provided to the Security Agent by LPD Holding:

  a.   A public right of pledge on all current and future intellectual property rights of LPD Holding (deeds of pledge of 13 October 2004, 3 January 2005, 1 July 2005 and 5 December 2005).

  b.   A right of pledge on all current and future shares that LPD Holding holds in LPD Netherlands and on rights related to those shares (notarial deed of pledge of 11 October 2004);

17

c.   A right of pledge on all current and future shares that LPD Holding holds in LPD International and rights related to those shares (notarial deed of pledge of 11 October 2004);

d.   A right of pledge on all current and future shares that LPD Holding holds in LPD Investment and rights related to those shares (notarial deed of pledge of 11 October 2004);

e.   A public right of pledge on intercompany claims that LPD Holding has on its subsidiaries (deeds of pledge of 13 October 2004, 3 January 2004, 4 April 2005, 1 July 2005, 4 October 2005 and 7 December 2005).

According to a statement of JPMorgan LPD Holding furthermore pledged its shares in:

- LPD Mexico Holding Services
- LPD Mexico S.A.
- LPD Czech Republic
- LPD Brasil Ltd

These pledges will be verified further.


**6.3      Demand for payment based upon the Facility Agreement**

As of 26 January 2006, the claim of the Bank Syndicate on LPD Group amounted to a total of USD 675,964,808.62, to be increased by interest as from 26 January 2006. By letter dated 27 January 2006, JP Morgan formally made that amount payable on demand (so-called 'demand for payment') and reserved all rights related to enforcing securities.


**6.4      Execution of securities**

We note here for the sake of completeness that the Security Agent can only waive the securities provided to it if and when all members of the Bank Syndicate have agreed. Furthermore, the Security Agent can only execute the securities provided to it if there is a situation of – to state it briefly – default as defined in the Facility Agreement *and* the majority of the members of the Syndicate agree.

18

**6.5        MIVAR Notes**

LPD Finance LLC, established in Delaware (USA) has issued bonds for € 200million. (Virtually) all bonds are expected to be held by a single enterprise, i.e. the Italian enterprise SIREF Fiduciaria S.p.A., trade name MIVAR. For that reason, those bonds are known within LPD as the MIVAR Notes. LDP Holding is guarantor in respect of the payment of those MIVAR Notes. The obligations are structurally subordinated. The bonds are registered in Luxembourg, but they are not – one assumes – actively traded.

**6.6        Cash Pool**

LPD has a Cash Pool with Citibank, N.A. New York branch and London branch. A so-called Daylight Overdraft Facility of USD 55 million and USD 40 million for Europe and North America respectively is associated with this Cash Pool.

Citibank was one of the lenders of the syndicate loan, but recently sold its shares in the debt. In addition, Citibank terminated the above arrangements prior to the bankruptcy.

LDP Holding is the guarantor for that loan.

# 7.        Personnel

**7.1.        Number of employees in service as of 30 January 2006**

At the time that the bankruptcy was ordered, 30 employees were employed by LPD Holding on the basis of employment contracts.

**7.2        Dismissal of employees of LPD Holding**

The 30 employees who were employed at LPD Holding on the basis of employment contracts were dismissed by letter dated 30 January 2006 with the approval of the supervisory judge, in consideration of the shortest possible notice period. LG.Philips Displays Eindhoven BV offered a number of employees a new employment contract.

# 8. Creditors

## 8.1 Estate claims

As of today, no estate claims have been submitted. The Employee Insurance Agency (UWV) is expected to submit a substantial demand for claims in respect of payments made by it to the employees on the basis of the wage guarantee settlement (*loongarantieregeling*).

## 8.2 Preferential claim by the tax authorities

The tax authorities have so far not submitted any demand for claims in respect of the bankruptcy of LPD Holding. Given that the insolvent company has deducted the VAT in advance, the tax authorities are expected to enjoy a preferential claim arising from Section 29, subsection 2 of the Turnover Tax Act (Wet OB). In addition, the trustee does not discount the possibility that the tax authorities have a preferential claim on other grounds, such as, for example, corporate income tax that had not been withheld and other such grounds.

## 8.3 Preferential claim of the UWV (Social Security Authority)

Under the wage guarantee settlement, the UWV has paid or will pay open vacation days, overtime, unpaid expenses and the wages for the notice period, and other similar items, to the workers who were dismissed. The resulting preferential claim is expected to be submitted to the trustee for verification soon.

## 8.4 Other preferential creditors

So far, no other preferential claims have been submitted for verification.

**8.5**        **Unsecured creditors**

So far, five unsecured creditors have submitted claims against LPD Holding for verification.

The total of the unsecured claims against LPD Holding that have been submitted for verification amounts to € 99,283.23.

In addition, JPMorgan Chase Bank has made demand for payment of a claim amounting to USD 675,964,808.62 on behalf of the Bank Syndicate.

21

# 9        LG.Philips Displays Netherlands B.V.

| | | |
|---|---|---|
| Enterprise details | : | The private limited company **LG.Philips Displays Netherlands B.V.** having its registered office and principal place of business at 5651 CA Eindhoven at Zwaanstraat 2 a, registered with the Chamber of Commerce at Eindhoven under registration number 17135094, hereafter, "LPD Netherlands". |
| Bankruptcy number | : | 06/71 F |
| Date of judgment | : | 27 January 2006 |
| Trustee | : | *mr*. A.A.M. Deterink |
| Supervisory judge | : | *mr*. F.H.E. Boerma |
| | | |
| Period under review | : | 27 January 2006 through 27 February 2006 |
| Hours spent in period under review | : | *mr*. A.A.M Deterink                105.7 hours |
| | | *mr*. S.H.F. Hoppenbrouwers        168.8 hours |
| | | Ms K. van der Pluijm               66,9  hours |
| | | (paralegal) |

# 10        Overview

## 10.1        Incorporation

LPD Netherlands was incorporated by Koninklijke Philips Electronics N.V., Eindhoven, by notarial deed dated 12 April 2001. The notarial deed was registered with the Chamber of Commerce on 24 April 2001.

**10.2        Shareholders**

- From 12 April 2001 through 29 June 2001, Koninklijke Philips Electronics N.V. was 100% shareholder of LPD Netherlands;
- From 29 June 2001 until today, LG.Philips Displays Holding BV, having its registered office and principal place of business in Eindhoven at Zwaanstraat 2 a, is 100% shareholder of LPD Netherlands.

**10.3        Management**

On the date of the bankruptcy, the management of LPD Netherlands consisted of the following persons:

- Mr. F. Albertazzi;
- Mr. C. van Otterloo
- Mr. M.R.T. Smits
- Mr. S.J.H. Beckers

**10.4        Activities**

LPD Netherlands, established in Eindhoven, carries out production and development activities. Some of those activities, specifically the production of components in three factories in Sittard, Stadskanaal and Blackburn (England), as well as several services that are carried out in Eindhoven (development activities in particular) are essential for the continuation of the activities of Hua Fei in China, as well as for several other viable parts of the company (including LPD Brasil). LPD Netherlands has approximately 400 employees in Eindhoven and approximately 430 employees elsewhere, to wit, Sittard, Stadskanaal and Blackburn (England).

## 11    Financial data

### 11.1        Turnover LPD Netherlands (x 1,000)

| | | |
|---|---|---|
| 2001 | USD | 611,792 |
| 2002 | USD | 1,331,990 |
| 2003 | USD | 1,201,525 |
| 2004 | USD | 1,234,453 |
| 2005 | USD | 663,093 |

### 11.2        Balance sheet LPD Netherlands (x 1,000)

| | Balance sheet total | Equity Capital |
|---|---|---|
| 2001 | USD 449,100 | USD -/-  56,316 |
| 2002 | USD 256,846 | USD -/- 258,864 |
| 2003 | USD   38,215 | USD -/- 319,382 |
| 2004 | USD   32,369 | USD -/-  85,990 |
| 2005 | USD   52,504 | USD -/-  84,630 |

### 11.3        Profit and loss LPD Netherlands (x 1,000)

| | | |
|---|---|---|
| 2001 | USD  -/- | 56,067 |
| 2002 | USD  -/- | 241,899 |
| 2003 | USD  -/- | 292,711 |
| 2004 | USD  -/- | 80,331 |
| 2005 | USD  -/- | 89,023 |

**11.4        Pending procedures**

Prior to the bankruptcy order, LPD Netherlands had applied to the Centre for Work and Income (CWI) for permission to terminate employment for all employees. Due to the bankruptcy and the dismissal of all employees, those dismissal procedures have been withdrawn by the trustee.

**11.5        Leases**

a.    At the time of the bankruptcy order, LPD Netherlands leased:

- Business premises at Zwaanstraat 2 a in Eindhoven. The applicable lease has been cancelled with the permission of the supervisory judge.

- Business premises in the Zwaanstraat 2 a, the buildings TY and TZ.

- Business premises located in Sittard at Rijksweg Noord 281. The applicable lease has been taken over by LG.Philips Displays Sittard B.V.;

- Business premises located in Stadskanaal at Electronicaweg 1. The applicable lease has been cancelled with the permission of the supervisory judge.

- Storage facilities located in Veldhoven at Run 5139-5151 (partially), 5201-5209 (partially) and 5202 (partially). The applicable lease has been cancelled with the approval of the supervisory judge.

- Residential premises located in Geldrop at Hulst 147a. The applicable lease has been cancelled with the approval of the supervisory judge;

- Residential premises located at Son at Vliehors 38. The applicable lease has been cancelled with the approval of the supervisory judge;

- Residential premises located in Eindhoven at Heesakkerstraat 27. The applicable lease has been cancelled with the approval of the supervisory judge.

b.    At the time of the bankruptcy order, LPD leased out via subleases to:

- TMS B.V.: business premises known as "RAD-p, located in Eindhoven at Zwaanstraat 2 a.;

- Nano Specials B.V.: business premises, known as RADp 59 - 65 and 154, located in Eindhoven at Zwaanstraat 2 a;

- Anteryon B.V.: business premises, known as RAF, located in Eindhoven at Zwaanstraat 2 a;
- Ferroxcube B.V.: business premises, known as RADp, located in Eindhoven at Zwaanstraat 2 a;

In view of the termination of the principal lease, the subleases have been cancelled by the trustee with effect from 1 May 2006.

## 12. Securities provided by LPD Netherlands

The following securities are among those provided by LPD Netherlands to the Security Agent:

a. An undisclosed pledge on the current and future movable property of LPD Netherlands (deed of pledge dated 13 October 2004);

b. An undisclosed pledge on all current and future claims in the name of LPD Netherlands against third parties that as of the date of pledge exist or shall result from a legal relationship existing on the date of pledging (deeds of pledge dated 13 October 2004, 3 January 2004, 1 December 2005, 12 December 2005, 19 December 2005 and 16 January 2006);

c. Mortgage security according to English law on the real estate located in Durham and Sunderland (UK).

## 13.      Personnel

At the time that the bankruptcy was declared, the following were employed by LPD Netherlands via employment contracts:

- Eindhoven location                 : ± 318 employees, 59 of whom were employed in the PTE division and 12 at Special Products
- Stadskanaallocation             : ± 52 employees
- Sittard location                      : ± 170 employees
- Blackburn location                 : ± 216 employees

**13.1      Dismissal of LPD Netherlands employees**

At the request of the trustee, the supervisory judge granted permission on 27 January 2006 to dismiss all the employees who were employed at LPD Netherlands on the basis of an employment contract. The trustee cancelled the employment contracts with the employees by letter dated 30 January 2006, with the shortest possible notice period. Three employees appealed to the Court in 's-Hertogenbosch against the supervisory judge's decision granting the liquidator authorization to terminate the employment contracts. The Court rejected the appeal. The employment contracts of the employees working for PTE and Special Products have not been cancelled as of yet. For the reasons, please see the section "Continuation/Restart".

**13.2      Redundancy plan December 2005**

**13.2.1      Introduction**

Given the continued worsening market for CRT products, the management of LPD Netherlands found itself compelled in mid-2005 to restructure again. The restructuring would result in 147 employees becoming redundant, which is why the management of LPD Netherlands entered into negotiations with the trade unions over a redundancy plan for the redundant personnel. Agreement on the redundancy plan was reached on 22 December 2005. The management of LPD Netherlands does not seem to have been aware at that moment that the financial position of the whole LPD Group had deteriorated so badly that the bankruptcy of LPD Holding and LPD Netherlands along with it was a real possibility.

**13.2.2      Heads of the redundancy plan December 2005**

The trustee was informed that the redundancy plan of 22 December 2005 basically meant that due to redundancies, a total of 147 employees would be dismissed. For a period of no more than 12 months, those employees would be granted time to look for other employment in addition to carrying out their

27

normal work. If the employees succeeded in finding employment with a company that did not fall under the Philips collective bargaining agreement, they would receive a bonus. The bonus was linked to the time of departure and the age of the employee and ranged from two to six months salary. The dissolution of the employment contract would take place on 30 June 2006 for employees at the Stadskanaal location and on 30 November 2006 for employees at the Eindhoven location. Finally, LPD Netherlands would supplement the unemployment benefits of the dismissed employees for a specific period and assist them in finding other employment.

### 13.2.3    Consequences of the bankruptcy for employees whom the redundancy plan applied to

Study has shown that as of the date of the bankruptcy, it was not yet necessary to start implementing the redundancy plan that had been agreed. The trustee *was* informed that the employees whom the redundancy plan would apply to had been selected and even been informed individually in writing.

A study is ongoing into the question of whether the affected employees, on the basis of the redundancy plan, can submit claims in the bankruptcy and, if the answer is affirmative, whether those claims could be accepted as preferential claims.

The trustee has been informed that, on behalf of all dismissed employees, including those whom the redundancy plan of December 2005 was to have applied to, the trade unions are in discussions with Philips Electronics Nederland B.V. concerning the assumption by that company of the obligations arising from the redundancy plan.

The possibility cannot be discounted that Philips Electronics Nederland B.V. will want to subrogate the rights of the affected employees against the assets.

### 13.3       Opposition to the bankruptcy of LPD Netherlands

On behalf of 25 former employees of LPD Netherlands, lawyer O. Moorman van Kappen in Eindhoven has submitted an objection dated 3 February 2006 based on Section 10 *Fw* (Bankruptcy Act) with the court at 's-Hertogenbosch against the bankruptcy order of LPD Netherlands. The objection was withdrawn on 22 February 2006.

## 14    Restart/continuation of activities of LPD Netherlands

### 14.1        Factories at Blackburn, Sittard, Stadskanaal and Eindhoven location

In view of the fact that the production of one of the Chinese enterprises, Hua Fei Colour Display Systems Co. and other group enterprises considered viable, including LPD Brazil, are dependent on the components produced at the factories at Blackburn, Stadskanaal and Sittard and on the development activities carried out by employees at the Eindhoven location, it appeared at the start of the bankruptcy that a restart for those activities in the four locations, albeit at a reduced scale and via enterprises created especially for that purpose, was among the possibilities.
The restart took the following form:

The trustee has established that by agreement dated 26 January 2006, therefore one day before the bankruptcy of LPD Netherlands, the factory at Blackburn, with the cooperation of the Syndicate, was transferred to an English limited company, now known as LPD Blackburn, by means of an assets transaction. All of the assets of the factory at Blackburn were given in security to the Syndicate. The management of LPD Netherlands has informed the trustee that the reason for the asset transaction only days before the bankruptcy was tax-related. The trustee must still initiate an investigation into that transaction and has reserved all rights in that respect.

By an agreement dated 29 January 2006, the trustee has sold and delivered all assets, under which should be understood movable property, work in progress, present in the locations at Eindhoven, Sittard and Stadskanaal, including the applicable rights of pledge, to LPD Eindhoven, LPD Sittard and LPD Stadskanaal respectively. All three enterprises are 100% subsidiaries of LPD International. It has also been agreed that LPD Eindhoven, LPD Sittard and LPD Stadskanaal will offer employment contracts to approximately 275 employees. The trustee has been informed that, at the request of the Syndicate, these three new enterprises have joined the existing Facility Agreement as Guarantors/Obligors. The Syndicate, in its role as pledgee, was only prepared to agree to the transfer if the enterprises joined the Facility Agreement in that way.
The values to be assigned to the transferred assets are still a matter of discussion. With that in mind, and at the direction of the trustee, all assets have been valuated by Troostwijk.

## 14.2     PTE Activities

The Production Technology & Engineering (PTE) division is part of LPD Netherlands. Although the PTE division has been running at a loss for the past few years, PTE is expected to make a modest profit in 2006. Among the reasons for that are, on the one hand, cost-saving measures implemented in 2005 and, on the other hand, the fact that PTE has been increasingly focused on generating external orders since 2005.

The trustee has been informed that LPD Netherlands has been in negotiations with various parties since October 2005 with an eye to selling PTE. A letter of intent dated 8 November 2005 has been signed with one of the parties, Basic Engineering/Braincenter, by which that company expressed the intention of taking over PTE. The letter of intent has been drawn up in such an open-ended way that both parties were free to end the negotiations at any time. The trustee has learned from both parties that the negotiations came to a halt in mid-December 2005 because Basic Engineering/Brain Center and the employees of PTE first wanted to determine whether the two of them were compatible.

In view of the fact that the liquidity prognoses for the next few months provided by PTE looked positive and in view of the fact that various parties were interested in taking over PTE, the trustee has decided not to dismiss the employees of the PTE unit for the time being, but to allow them to continue to work. This is intended (a) to retain as much employment as possible and (b) to be able to sell the PTE unit to a third party for as high an amount as possible.

## 14.3     Sale of PTE assets

Following the bankruptcy order, two parties contacted the trustee expressing interest in taking over all of PTE, including the 59 employees. The trustee ultimately reached an agreement with Braincenter concerning the sale of PTE. The main points of the agreement are:

a.   Braincenter will offer a new employment contract comprising as many of the same employment conditions as possible to all 59 employees;

b.   Inventories belonging to PTE to be transferred;

c.   The order book/work in progress of PTE to be transferred;

    d.   Client files, technological know-how, etc., to be transferred;

    e.   With effect from 13 February 2006, Braincenter to continue the operations of PTE entirely at its own costs and risk.

The purchase price agreed amounted to € 400,000. Of that amount, € 115,000 must be transferred to the Security Agent because that portion of the purchase price should be assigned to pledged securities.

### 14.4       Special Products activities

The business unit Special Glass Products (Special Products) is part of LPD Netherlands. Special Products employs twelve employees on the basis of an employment contract. Special Products produces *inter alia* glass and other components for night vision equipment and lamps. Furthermore, various customers need the products produced by Special Products to be able to continue their own production.

Special Products has been, according to a management declaration, profitable for many years and should be considered able to operate independently in the market. After Special Products had drawn up liquidity prognoses for the next few months in a way that was acceptable to the trustee, the trustee also decided not to dismiss the employees of Special Products for the time being, but to allow them to continue working. In that way, the trustee is attempting to retain as much employment as possible and to raise as high an amount possible for the collective creditors through the sale of Special Products.

The trustee is currently in negotiations with several parties who have expressed interest in the takeover of Special Products.

## 15.      Retention of title, right of reclaim ("recht van reclame") and right of retention

By letter to all creditors known to him, the trustee has requested that all claims be submitted to him in writing. In the same letter, the trustee requested that the creditors inform him in writing and with supporting documentation whether they supplied any goods subject to retention of title and whether

any other rights, such as rights of recovery and/or retention, can be applied to goods that are part of the assets. The trustee is currently inventorying all retentions of title, rights of recovery and retention with the intention of processing those claims as quickly as possible.

# 16.      Creditors LPD Netherlands

## 16.1      Estate claims

Thus far, only one claim against assets has been submitted.

That claim against assets relates to a lease debt related to a period after the date of the bankruptcy.

Both the numbers and the scope of the estate claims are expected to increase substantially, partly due to the fact that UWV has assumed responsibility for paying the salaries of the dismissed personnel for the notice period.

## 16.2      Preferential claim of the tax authorities

The tax authorities have thus far submitted no claims in the bankruptcy of LPD Netherlands. In view of the fact that the insolvent company had deducted VAT in advance, the tax authorities are expected to have a preferential claim on the basis of Section 29, Subsection 2, Turnover Tax Act. In addition, the trustee does not discount the possibility that the tax authorities may have preferential claims on other bases as well, such as, for example, income tax not withheld and other similar items.

## 16.3      Preferential claim UWV

Under the wage guarantee settlement, the UWV has paid or will pay open vacation days, overtime, unpaid expenses and wages during the notice period and other similar items to the dismissed employees. The resulting preferential claim is expected to be submitted to the trustee for verification soon.

**16.4     Other preferential creditors**

Thus far, no other preferential claims have been submitted for verification.


**16.5     Unsecured creditors**

Thus far, 193 unsecured creditors have submitted claims against LPD Netherlands for verification.
The total of the unsecured claims against LPD Netherlands that have been submitted for verification
thus far amounts to € 4,088,559.53.

As an aside, (1) LPD Holding has issued 403 statements for its Dutch subsidiaries, including LPD
Netherlands and (2) LPD Netherlands is jointly liable for debt of LPD Holding to the Bank Syndicate.
This debt amounts to USD 675,964,808.62.


This concludes the description of the current status of LPD Netherlands.


# 17.     Causes of the bankruptcy


Based on the current insights, it can be provisionally concluded that the principal cause of the
bankruptcy of LPD Holding and LPD Netherlands is the fact that the market for CRT picture tubes
collapsed much more rapidly than had been expected until very recently due to the rise of LCD (flat)
televisions and monitors.

Furthermore, the collapse of the market was accompanied by a very substantial price decrease. As a
result, a significant overcapacity in the CRT market was created.

The developments outlined above led to LPD Holding and its subsidiaries having a financing shortfall
at the end of 2005 of approximately USD 1.3 billion.


At the end of 2005, the LDP shareholders (Philips and LG. Electronics) and the LPD lenders (50
banks and hedge funds) were no longer willing to inject capital into the enterprise.

As usual, the trustee will initiate further investigation into the causes of the bankruptcy, into the role of the management, the role of the supervisors and the role of the shareholders. At the appropriate time, the trustee will report on his findings in a separate report.

# 18.      Legal issues

## 18.1      Accounting obligations

As usual, the trustee will initiate further investigations into the question of whether the insolvent enterprises LPD Holding and LPD Netherlands have fulfilled their accounting obligations. The investigation will examine whether the administration was carried out in such a way that it will always be possible to determine the rights and obligations of LPD Holding and LPD Netherlands. If LPD Holding and/or LPD Netherlands have not met their accounting obligations, that means that, on the basis of Section 2:248, Subsection 2 *BW* (Netherlands Civil Code), management has been negligent in the performance of its duties, the rebuttable presumption will arise that negligence in the performance of its duties was an important cause of the bankruptcy. As mentioned above, the trustee will carry out an investigation into this question. On the basis of current insights, there are, however, no indications that the companies did not meet their accounting obligations.

## 18.2      Annual accounts deposits

On the basis of Section 2:394, Subsection 3 BW, the legal entity has the obligation to make public its annual accounts no later than 13 months following the close of the financial year. The publication should be done by depositing a copy with the Chamber of Commerce. If a private limited company does not make its annual accounts public on time, that means that, on the basis of Section 2:248, Subsection 2 BW (*Dutch Civil Code*), the management of the private limited company has been negligent in the performance of its duties, the rebuttable presumption will arise that negligence in the performance of its duties was an important cause of the bankruptcy (2:248 Subsection 2 BW).

Based on information from the Chamber of Commerce in Eindhoven, the trustee has established that LPD Holding made its consolidated annual accounts for the years 2002 through 2004 public on time.

On the basis of Section 2:403, Subsection 1 and Subsection 3 BW, LPD Netherlands is not required to make its accounts public within 13 months of the end of the financial year. The annual accounts for LPD Netherlands are, after all, included in the consolidated annual accounts of LPD Holding. LPD Holding has issued a so-called 403 declaration for *inter alia* LPD Netherlands.

**18.3      Obligation of payment on shares**

An investigation will examine whether the shares of LPD Holding and LPD Netherlands were fully paid up as meant in Section 2:191 BW. If and to the degree that the shares of LPD Holding and/or LPD Netherlands have not been fully paid up, the trustee will claim the payments that were not made from the shareholders (Section 2:193 BW). Should the situation arise that the paid-up part of the capital does not amount to at least the prescribed capital at incorporation, that would mean furthermore that the management, in addition to the enterprise, would be liable for all legal actions that the enterprise had been involved in during their period of management (Section 2:180, Subsection 2, under b BW). Based on the De Rijk qq/Van Roy (NJ 2004:282) judgment by the Supreme Court, the trustee, exclusively in the event that the shares were not fully paid up, will block the statutory limitations of the payment by letter by pointing out to both the shareholders and management that the trustee reserves all rights in this matter (Section 3:317, Subsection 1 BW). On the basis of current insights, the trustee has no indications that the obligation to pay up fully was not fulfilled.

**18.4      Directors liability**

As usual, the trustee will initiate an investigation into the question of whether the directors (including the Supervisory Board) of LPD Holding and LPD Netherlands have performed their duties correctly.

**18.5      Voidable transactions**

As usual, the trustee will investigate whether (in view of the bankruptcy) non-obligatory legal acts were carried out that LPD Holding and/or LPD Netherlands knew or should have known the result of which would be that creditors would be disadvantaged. In addition, the trustee will investigate whether (in view of the bankruptcy) debts due to third parties were paid while either those third

parties knew that the winding-up petition for LPD Holding and/or LPD Netherlands had been filed or that such payment was the result of consultations between LPD Holding and/or LPD Netherlands on the one hand and the third parties on the other hand, which consultation was intended to favour those third parties at the expense of other creditors.

## 19.      Expected wind up

It is as yet unknown how the bankruptcy will progress further and/or whether payments to creditors will ensue.

## 20.      Period of winding up the bankruptcy

The period during which it will be possible to wind up the bankruptcy of LPD Holding and LPD Netherlands respectively cannot yet be estimated.

## 21.      Steps to be taken

During the next period under review, the trustee will *inter alia* initiate especially the following activities:

- Consult with the Bank Syndicate on how the activities in the viable enterprises shall be continued and restructured, where necessary.
- Direction from LPD Holding, in close consultation with the management of LG.Philips Displays International Ltd., Hong Kong, and LPD International BV of all viable enterprises.
- Alone or in consultation with locally appointed trustees, trustees and administrators, liquidate the enterprises whose activities are to be terminated.
- Settling the joint and several liability of LPD International BV and its subsidiaries with LPD Holding and the other group companies.

- In consultation with the Bank Syndicate, sell participations and/or assets of participations.
- The sale of assets and activities related to Special Products of LPD Netherlands B.V.
- Inventory and wind down the retentions of title, rights of reclaim and retention.
- Investigate whether LPD Holding and LPD Netherlands have fulfilled their accounting obligations.
- Investigate whether the shares of LPD Holding and LPD Netherlands have been fully paid up.
- Investigate whether the management of LPD Holding and LPD Netherlands have performed their duties properly.
- Investigate whether there have been any voidable transactions.
- Verification of claims.
- Collect claims that were not pledged.
-  etc. etc.

## 22.      Submission of next report

The second trustee's report in the bankruptcies of both LPD Holding and LPD Netherlands will be submitted to the court at 's-Hertogenbosch in mid-July 2006.

Eindhoven, 1 March 2006

A.A.M. Deterink

Trustee

Note:

In case of any discrepancy between the English text and the Dutch text of this report, the Dutch text will prevail.

Annexes:

1. Organisation chart LPD Group dated 27 January 2006

2. Organisation chart LPD Group dated 31 January 2006

3. Overview of provisionally admitted claims against LPD Holding

4. Overview of provisionally admitted claims against LPD Netherlands.

Bijlage 1



Structure LG.Philips Displays

August 1, 2005

Bijlage 2



Bijlage 3

27-2-2006

1

## Faillissement van LG.Philips Displays Holding B.V.
Overzicht van ingediende en -voorlopig- erkende concurrente schuldvorderingen

| Naam | Adres | Postcode | Woonplaats | Land | Concurrent (incl. BTW) | |
|---|---|---|---|---|---|---|
| Grant Thornton UK LLP | Melton Street | NW1 2EP | London | GREAT BRITAIN | € | 88.135,41 |
| IBFD Publications B.V. | Postbus 20237 | 1000 HE | Amsterdam | | € | 3.361,75 |
| Kluwer B.V. | Postbus 4 | 2400 MA | Alphen aan den Rijn | | € | 2.474,94 |
| SDU Klantenservice | Postbus 20014 | 2500 EA | Den Haag | | € | 75,13 |
| Transfer Pricing Associates B.V. | Postbus 20237 | 1000 HE | Amsterdam | | € | 5.236,00 |
| | | | | | € | 99.283,23 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Bijlage 4

1

# Faillissement van LG.Philips Displays Netherlands B.V.
## Overzicht van ingediende en -voorlopig- erkende concurrente schuldvorderingen

| Naam | Adres | Woonplaats | Land | Concurrent (incl. BTW) |
|---|---|---|---|---|
| A.C.E. Ingenieurs en Adviesbureau | Postbus 3377 | Breda | | € 3.236,80 |
| A² Networks B.V. | Postbus 6027 | Eindhoven | | € 76.537,52 |
| Aachener Beschäftigungsinitiative AG | Adenauerstr. 18 | Würselen | DEUTSCHLAND | € 3.360,00 |
| Aarts Transporten B.V. | Postbus 7143 | Eindhoven | | € 64.188,21 |
| Abaqus Benelux B.V. | Huizermaatweg 338 | Huizen | | € 37.187,00 |
| Adecco Nederland B.V. | Postbus 40444 | Utrecht | | € 56.020,66 |
| Afmech Genk N.V.S.A. | Nieuwpoortlaan 9, Industriezone 8 Zuid | Genk | BELGIË | € 1.493,90 |
| Allshare Enterprise B.V. | Postbus 280 | Hoofddorp | | € 151.347,67 |
| Allshare Enterprise B.V. | Postbus 280 | Hoofddorp | | € 151.347,67 |
| AM&S B.V. | Leicester 8 | Mijdrecht | | € 6.702,08 |
| ARI, Nova Software Labs | 67, Bd. Bessières | Paris | FRANCE | € 3.079,00 |
| Arnauld Geschenken | Postbus 284 | Stadskanaal | | € 1.548,49 |
| Associatie voor Coaching | Postbus 18 | Aarle-Rixtel | | € 990,00 |
| ATH Maintenance B.V. | Postbus 60007 | Almere | | € 205,28 |
| Atos Origin Belgium N.V./S.A. | Da Vincilaan 5 | Zaventem | BELGIË | € 30.382,00 |
| Atos Origin Nederland B.V. | Papendorpseweg 93, Building | Utrecht | | € 878.715,76 |
| BAM Utiliteitsbouw B.V. | Postbus 6081 | Eindhoven | | € 9.400,05 |
| Basan B.V. | Minervum 7020 | Breda | | € 142,68 |
| Bedrijfsdiensten Schoemans | Postbus 47 | Hamont-Achel | BELGIË | € 91.628,57 |
| Biesheuvel Techniek B.V. | Postbus 130 | Son | | € 611,75 |
| Biffa Waste Services | Curran Embankment | Cardiff CF10 5FX | UNITED KINGDOM | € 2.402,86 |
| BISIS Consultancy B.V. | Flight Forum 3830 | Eindhoven | | € 535,15 |
| Boekhandel E. Frencken B.V. | Frederiklaan 1-b | Eindhoven | | € 459,21 |
| BOR Transporten | Mispelhoefstr. 12 | Eindhoven | | € 9.560,32 |
| Boso B.V. | Postbus 14 | Sneek | | € 499,80 |
| Brasserie De Trechter VOF | Markt 19 | Sittard | | € 265,50 |
| Breviter | Aleja Sadowa 41 | 05-825 Grodzisk Maz. | POLAND | € 2.847,00 |
| Bruderer Nederland | Postbus 449 | Ridderkerk | | € 10.394,95 |
| Bureau Van Bussel | Kerkendijk 50 | Schijndel | | € 15.128,38 |
| Busch B.V. | Postbus 2091 | Woerden | | € 528,86 |
| bVA Beurtvaartadres B.V. | Postbus 82118 | Den Bosch | | € 133,58 |

27-2-2006

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Bijlage 4

2

| Naam | Adres | Plaats | Land | Bedrag |
|---|---|---|---|---|
| Cadams Systems | Philips de Goedelaan 15 | Eindhoven | | € 1.311,98 |
| Campanil Hotel Eindhoven | Noord-Brabantlaan 309 | Eindhoven | | € 872,00 |
| Carrier Nederland B.V. | Postbus 151 | Hazerswoude-Rijndijk | | € 1.015,07 |
| Cendris Data & Document Capture Services B.V. | Postbus 3280 | Rijswijk | | € 15.585,63 |
| Central Industrial Services (Northern) Ltd | Endeavour Buildings, Limerick Road | Cleveland TS10 5JU | UNITED KINGDOM | € 38.186,31 |
| Chinees Indisch Restaurant Hung Ying B.V. | Frederiklaan 199 | Eindhoven | | € 991,60 |
| CIBER Nederland B.V. | Postbus 843 | Eindhoven | | € 13.241,13 |
| CitoBenelux B.V. | Postbus 246 | Zevenaar | | € 855,58 |
| Company Coaching | Postbus 2017 | Eindhoven | | € 295,56 |
| Copro Coenen Projects | Gr de Hompeschstr. 18 | Ohé en Laak | | € 22.745,36 |
| Corso Information B.V. | Postbus 6005 | Tiel | | € 7.903,98 |
| COVRA N.V. | Postbus 202 | Vlissingen | | € 92,31 |
| CPMS B.V. | Postbus 222 | Sittard-Geleen | | € 36.303,31 |
| CRH Bouwmaten B.V. | Straatweg 62 | Breukelen | | € 75,99 |
| D&M Vacuümsystemen B.V. | Albert Plesmanstraat 3 | Budel | | € 1.222,78 |
| Damco (Netherlands) B.V. | Postbus 5405 | Rotterdam | | € 2.633,40 |
| De Berk B.V. Fijnmechanische Industrie | Galvaniweg 7 | Echt | | € 3.998,40 |
| De Klerk Bloemsierkunst B.V. | Marconilaan 203 | Eindhoven | | € 3.422,51 |
| De Koksmaat Bedrijfskeukens B.V. | Postbus 7110 | Eindhoven | | € 71,10 |
| De Ridder B.V. | Postbus 88 | Uitgeest | | € 84,76 |
| De Verbindingen | Kon. Wilhelminalaan 50 | Waalre | | € 464,10 |
| Dedication B.V. | Kubus 141 | Sliedrecht | | € 36.675,80 |
| Denk Producties | Postbus 75067 | Amsterdam | | € 946,05 |
| DHL Express (Netherlands) B.V. | Postbus 2717 | Amersfoort | | € 698,22 |
| DHV B.V. | Postbus 80007 | Eindhoven | | € 2.814,73 |
| Duo Reclame | Provincialeweg 106 | Veldhoven | | € 3.157,67 |
| E.S. Worldwide Supply B.V. | Postbus 23 | Moerdijk | | € 1.104,62 |
| Elewijt Center | Tervuursesteenweg 564 | Elewijt-Zemst | BELGIË | € 6.393,32 |
| EMGO N.V. | Balendijk 161 | Lommel | BELGIË | € 86.769,09 |
| Emotron B.V. | Postbus 132 | Bladel | | € 1.285,20 |
| Essex Nexans | 128, Avenue Jean Jaurès | Chauny Cedex | FRANCE | € 500,00 |
| E-Water Group B.V. | Röntgenweg 11 | Echt | | € 42.441,49 |
| Farnell in One | Postbus 1815 | Maarssen | | € 3.177,70 |
| FITh B.V. | Ondernemershuis Boschveld, Paardskerkhof | s-Hertogenbosch | | € 16.362,50 |
| Gentle Persuasion Ltd | Suite 2, Cheviot House | Kingston Park, Nw Castle | UNITED KINGDOM | € 2.749,05 |
| GGD Eindhoven | Postbus 2357 | Eindhoven | | € 113,00 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Bijlage 4

3

| Company | Address | City | Country | Amount |
|---|---|---|---|---|
| GITP International B.V. | Postbus 9043 | Nijmegen | | € 1.100,00 |
| GL Technics Belgium N.V. | Industriezone Zuid, Geleenlaan 1 | Genk | BELGIË | € 60.845,70 |
| Glastechnik Gräfenroda GmbH | Wiesenweg 35 | Gräfenroda | DEUTSCHLAND | € 17.543,50 |
| Goekeler Messtechnik | Postfach 1126 | Lenningen | DEUTSCHLAND | € 718,20 |
| H. Seybold GmbH & Co KG | Postfach 10 17 55 | Düren | DEUTSCHLAND | € 2.283,41 |
| Harting B.V. | Postbus 3526 | Den Bosch | | € 102,85 |
| Hertz Automobielen Nederland B.V. | Postbus 270 | Hoofddorp | | € 36.583,18 |
| Hesta Eindhoven B.V. | Waalstraat 128 | Eindhoven | | € 10.808,18 |
| Heuman Industriële Verpakkingen | Dillenburgstraat 28 | Eindhoven | | € 3.533,68 |
| Human Inspiration B.V. | Valkenierslaan 202 | Breda | | € 30.690,18 |
| HumanCapitalCare Arbozorg B.V. | Ekkersrijt 4134 | Son | | € 8.227,98 |
| i-Logistics (Europe) ltd | Unit 3 The Links | Middlesex TW13 6JE | | € 3.277,83 |
| IAK Verzekeringen B.V. | Postbus 90165 | Eindhoven | | € 5.778,93 |
| Imtech Maintenance B.V. | Postbus 24004 | Den Haag | | € 22.363,08 |
| Inov Industrie Ovens B.V. | Postbus 59 | Beek | | € 12.140,78 |
| Inrade Group | Postbus 190 | Schiedam | | € 302,47 |
| Internationale School Maastricht | Postbus 1187 | Maastricht | | € 11.300,00 |
| Intersafe Groeneveld B.V. | Postbus 86 | Dordrecht | | € 5.164,86 |
| Irmato Group B.V. | Graafschap Hornelaan 143 | Weert | | € 6.493,47 |
| Itec GmbH | Plößberger Straße 7 | Plößberg | DEUTSCHLAND | € 77.850,00 |
| ITW Angleboard | Gulberg 22 | Nuenen | | € 750,56 |
| J. Beens & Zonen B.V. | Postbus 42 | Stadskanaal | | € 3.570,00 |
| Jaims | Heidestraat 64 | Susteren | | € 14.280,00 |
| Janssen Metaalrecycling Sittard B.V. | Nusterweg 137 | Sittard | | € 1.318,52 |
| JEOL (Europe) B.V. | Lireweg 4 | Nieuw-Vennep | | € 606,07 |
| KEMA Quality B.V. | Postbus 5185 | Arnhem | | € 2.840,24 |
| KeyTec B.V. | Postbus 8719 | Eindhoven | | € 5.575,95 |
| Kluwer B.V. | Postbus 4 | Alphen aan den Rijn | | € 792,01 |
| Koninklijke Machinefabriek Stork B.V. | Postbus 38 | Hengelo (Ov) | | € 3.213,00 |
| KPN Telecom B.V. | Postbus 13000 | Groningen | | € 75.485,70 |
| Kubra B.V. | Postbus 89 | Nuenen | | € 323,56 |
| Kuster Metaalbewerking Oss B.V. | Saksenweg 31 | Oss | | € 1.356,60 |
| Lapp Benelux B.V. | Postbus 2105 | Veldhoven | | € 617,85 |
| LogicaCMG Nederland B.V. | P.O. Box 159 | Amstelveen | | € 58.426,35 |
| Lucassen Metaalbewerking | Industriestraat 18a | Sittard | | € 184,45 |
| LWB International B.V. | p/a Postbus 6151 | Eindhoven | | € 8.859,31 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Bijlage 4

4

| | | | | | |
|---|---|---|---|---|---|
| Lyreco | Antwerpgate 1, Uitbreidingsstraat 2-8 | Berchem | BELGIË | € | 3.760,91 |
| M. Heezen B.V. | Waalstraat 128 | Eindhoven | | € | 13.484,82 |
| MAG45 B.V. | De Schakel 20 Building AAG | Eindhoven | | € | 16.805,57 |
| MCE | Rue de l'Aqueduc 118 | Brussel | BELGIË | € | 4.658,50 |
| Mercon Montage B.V. | Postbus 254 | Gorinchem | | € | 24.133,77 |
| Mexin Communicatie | Nieuwe Emmasingel 7a | Eindhoven | | € | 6.158,25 |
| Milcon Nederland B.V. | Postbus 500 | Sittard | | € | 1.450,92 |
| Minitubes | 21 Rue Jean Vaujany | Grenoble | FRANCE | € | 35.732,72 |
| Mispelhoef, Café Herberg De | Oischotsedijk 9 | Eindhoven | | € | 4.897,85 |
| MKW Engineering | Stargate Business Park | NE40 3EX | UNITED KINGDOM | € | 10.199,36 |
| Nederlandse Uitgevers Combinatie B.V. | Postbus 2136 | Deventer | | € | 339,15 |
| Nelsons of Durham | The Bungalow | Durham DH1 5RF | UNITED KINGDOM | € | 4.943,03 |
| Novotel | Anthony Fokkerweg 101 | Zoetermeer | | € | 89,25 |
| Nevat | Postbus 190 | Best | | € | 209,00 |
| NH Best | De Maas 2 | Veldhoven | | € | 9.135,50 |
| NH Koningshof | Postbus 140 | Groningen | | € | 10.050,25 |
| Noord Lease B.V. | Postbus 9500 | Eindhoven | | € | 2.034,94 |
| Nuon | Postbus 384 | Alkmaar | | € | 234.855,67 |
| Océ Nederland B.V. | Postbus 800 | s-Hertogenbosch | | € | 1.606,35 |
| Odyssee B.V. | Postbus 156 | Baarn | | € | 28.595,28 |
| Open Bizz B.V. | Veldm. Montgomerylaan 537 | Eindhoven | | € | 5.226,04 |
| Oracle Nederland B.V. | Postbus 147 | De Meern | | € | 7.908,84 |
| Orange Pepper B.V. | Postbus 715 | Eindhoven | | € | 18.190,40 |
| Overtoom International Nederland B.V. | Postbus 2 | Den Dolder | | € | 1.633,85 |
| Paviljoen 't Zwaantje | Oirschotsedijk 2 | Eindhoven | | € | 357,65 |
| Penske Logistics | Postbus 290 | Coevorden | | € | 5.941,10 |
| Percom Automatisering B.V. | Postbus 1090 | Roermond | | € | 14.215,66 |
| Peter Kaspers Constructies B.V. | Voltaweg 4 | Stadskanaal | | € | 1.405,56 |
| Pfeiffer Vacuum Nederland B.V. | Postbus 46 | De Meern | | € | 8.216,67 |
| PGE E&E Services B.V. | Postbus 80064, Gebouw SFO | Eindhoven | | € | 30.224,71 |
| Pierre Boels B.V. | Postbus 666 | Sittard | | € | 283,73 |
| Piet Andriessen Optiek B.V. | Hortsedijk 11 | Helmond | | € | 1.073,38 |
| Plaatwerkindustrie Tol B.V. | Postbus 24 | Volendam | | € | 119,00 |
| PriceWaterhouseCoopers B.V. (Accountants) | Postbus 90351 | Amsterdam | | € | 13.705,80 |
| PriceWaterhouseCoopers B.V. (Belastingadviseurs) | Postbus 90351 | Amsterdam | | € | 4.830,86 |
| Profijplast B.V. | Postbus 449 | Sittard | | € | 1.550,57 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

27-2-2006

Bijlage 4

5

| Company | Address | City | Country | | Amount |
|---|---|---|---|---|---|
| Pyrrho B.V. | Postbus 30330 | Almere | | € | 1.944,46 |
| QnAp iT B.V. | Postbus 124 | Nuenen | | € | 24.561,60 |
| Quandes | Bosscheweg 139 | Boxtel | | € | 21.515,20 |
| Quel | Postbus 11192 | Rotterdam | | € | 2.380,00 |
| Restaurant Qu4tre Bras | Nieuwstraat 79 | Best | | € | 523,70 |
| Ricas | Postbus 97 | Ede | | € | 12.796,50 |
| ROC Midden Brabant | Postbus 4264 | Tilburg | | € | 2.975,00 |
| Rotra Forwarding B.V. | Postbus 45 | Doesburg | | € | 155,08 |
| RPS Analyse B.V. | Postbus 3440 | Breda | | € | 269,65 |
| RS Components B.V. | Postbus 6666 | Haarlem | | € | 137,80 |
| Ryint Holding B.V. | Pasteurstraat 11 | Geleen | | € | 7.768,32 |
| Saint-Gobain Abrasives B.V. | Postbus 10 | Eibergen | | € | 236,81 |
| Schaltschrankbau Montage Wartung SMW GmbH | Weinbergstr. 19 | Übach-Palenberg | DEUTSCHLAND | € | 8.577,18 |
| Schilder- en Isolatiewerken Coolen B.V. | Postbus 835 | Eindhoven | | € | 5.217,73 |
| Schott Guinchard | Rue Galilée 2 | Yverdon-les-Bains | SUISSE | € | 83.300,00 |
| SDU Klantenservice | Postbus 20014 | Den Haag | | € | 873,60 |
| Secretary Plus Nederland B.V. | Postbus 1 | Almere | | € | 21.928,04 |
| Service Equipe Kampri B.V. | Gildestraat 10 | Kampen | | € | 1.195,44 |
| Sessions of York | Huntington Road | YO31 9HS | UNITED KINGDOM | € | 5.187,61 |
| SKM Rapid Modelling B.V. | Vlamoverweg 20 | Helmond | | € | 565,25 |
| SMS Stamp Tool Technologies B.V. | Hermesstraat 8 | Tilburg | | € | 88.798,99 |
| Software Spectrum Netherlands B.V. | Laan van Westenek 144 | Apeldoorn | | € | 14.321,41 |
| Sogeti Nederland B.V. | Lange Dreef 17 | Vianen | | € | 169.418,31 |
| Spraying Systems Co. B.V. | Postbus 220 | Ridderkerk | | € | 178,62 |
| Stahlwerk Ergste Westig GmbH | Postfach 1720 | Schwerte | DEUTSCHLAND | € | 335.705,18 |
| Stork FDO B.V. | Postbus 379 | Amsterdam | | € | 814,15 |
| Stork Industry Services | Postbus 188 | De Meern | | € | 23.501,56 |
| Stork Worksphere B.V. | Postbus 16 | Eindhoven | | € | 16.013,39 |
| Taxi Konrad | Salierallee 19 | Aachen | DEUTSCHLAND | € | 1.216,99 |
| Taxibedrijf Cibatax B.V. | Thorvaldselaan 12 | Eindhoven | | € | 880,64 |
| Technical Services & Tools B.V. | Postbus 11 | Beek en Donk | | € | 1.982,30 |
| Technisch Handelsbureau Hellebeuk B.V. | Postbus 2 | Hulsberg | | € | 608,47 |
| Technodiamant Almere B.V. | Postbus 1204 | Almere | | € | 664,10 |
| Techno-Mask | Generaal Bothastraat 14 | Eindhoven | | € | 1.142,40 |
| Telux Spezialglas GmbH | Straße der Einheit 2-24 | Weißwasser | DEUTSCHLAND | € | 28.866,00 |
| Thales Cryogenics B.V. | Postbus 6034 | Eindhoven | | € | 2.672,74 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

27-2-2006

Bijlage 4

6

| | | | | | |
|---|---|---|---|---|---|
| Thermocoax S.A.S. | Planquivon | Athis de L'Orne | FRANCE | € | 5.013,50 |
| TNO Industrie & Techniek | Postbus 6235 | Eindhoven | | € | 3.956,75 |
| TNT Nederland B.V. | Postbus 99456 | Duiven | | € | 5.212,50 |
| Tritium Advies B.V. | Gulberg 35 | Nuenen | | € | 1.661,52 |
| Trump-Laser GmbH & Co. KG | Bärenweg 5/1 | Schramberg-Sulgen | DEUTSCHLAND | € | 22.375,24 |
| UGS B.V. | Postbus 70005 | s-Hertogenbosch | | € | 69.340,71 |
| Van Amstel & Partners Advocaten | Postbus 33 | Veghel | | € | 6.473,60 |
| Van Berkum Wijnkopers | Rijksweg Noord 235 | Sittard | | € | 1.910,60 |
| Van der Linden Groep B.V. | Postbus 99456 | Veghel | | € | 13.465,23 |
| Van Gennip Verpakkingen B.V. | Postbus 1108 | Eindhoven | | € | 349,78 |
| Vapro B.V. | Postbus 93 | Leidschendam | | € | 254,21 |
| Veenstra-Glazenborg | Postbus 323 | Winschoten | | € | 8.664,99 |
| Vink & Schippers | Bergerstraat 59 | Maastricht | | € | 622,70 |
| Vitalo Plastics N.V. | Bruggesteenweg 7 | Meulebeke | BELGIË | € | 60.305,15 |
| VVV Regio ZuidOostBrabant | Stationsplein 17 | Eindhoven | | € | 1.112,50 |
| Webo Heftrucks B.V. | Postbus 201 | Waalwijk | | € | 3.039,99 |
| Weiss Enet Industrietechniek B.V. | Postbus 6040 | Tiel | | € | 4.131,37 |
| Woonsfeer Van Woerkum B.V. | Fransebaan 594 | Eindhoven | | € | 999,60 |
| | | | | € | - |
| | | | | € | 4.088.559,53 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

27-2-2006