9. Notice of Assignment of Insurance to AIG Europe (UK) Limited dated 12 October 2004.

10. Notice of Assignment of Specific Contract dated 12 October 2004.

11. Mortgage dated 12 October between LPD Netherlands and JPMorgan Chase Bank, Hong Kong Branch and Slavenburg letter from Companies House.

12. Amending Deed dated 26 October 2004 between the Borrower as assignor and JPMorgan Chase Bank, Hong Kong Branch as agent in relation to Security Assignment dated 12 October 2004 and Slavenburg letter from Companies House.

13. Notice of Assignment to LPD Korea dated as of 12 October 2004 in relation to the Security Assignment.

**Brazil**

14. Quota Pledge Agreement (*Contrato de Penhor de Quotas*) over 98% of the shares in LG.Philips Displays Brasil Ltda ("**LPD Brasil**") dated 7 October 2004 between LPD Investment and the Borrower as pledgors, LPD Brasil and the Secured Parties (English and Portuguese version).

15. Private Deed of Assignment and Other Covenants (*Instrumento Particular de Cessão e Outras Avenças*) dated 7 October 2004 between LPD Investment, LGE, Inbraphil - Industrias Brasileiras Philips Ltda., the Borrower, LPD Brasil and the Secured Parties in respect of the assignment of the quota option by LPD Investment of the right to purchase the 2% quotas in LPD Brasil owned by LGE and Philips (English and Portuguese version).

16. Public Deed of Mortgage dated 11 October 2004 between LPD Brasil as Grantor and Mortgagor and JPMorgan Chase Ban, Hong Kong Branch as Mortgagee (with English translation).

17. Agreement of Undertaking (*Instrumento Particular de Contrato*) dated 11 October 2004 by LPD Brasil to amend the Public Deed of Mortgage after re-delimitation process is completed in respect of the property located in São José de Campos (English and Portuguese version).

18. Fixed Assets Pledge Agreement (*Contracto de Penhor de Ativos Fixos*) dated 7 October 2004 between LPD Brasil as pledgor and the Secured Parties (English and Portuguese version).

19. Amendment Nr. 1 to the Fixed Assets Pledge Agreement dated 23 December 2004 between LPD Brasil as pledgor and the Secured Parties in relation to additional fixed assets in Manaus and Recife.

20. Fixed Assets Pledge Agreement dated 23 December 2004 between LPD Brasil as pledgor and the Secured Parties in relation to additional fixed assets in São José Dos Campos and Mauá.

**Czech Republic**

21. Agreement on Pledge of Shareholding Interest in LG.Philips Displays Czech Republic s.r.o. ("**LPD Czech**") dated 11 October 2004 between the Borrower as pledgor and JPMorgan Chase Bank, Hong Kong Branch as pledgee.

22. Agreement on Transfer of Shareholding Interest dated 11 October 2004 between the Borrower as transferor and JPMorgan Chase Bank, Hong Kong Branch as transferee.

23. Agreement on Pledge of Shareholding Interest in LPD Czech dated 11 October 2004 between LPD Investment as pledgor and JPMorgan Chase Bank, Hong Kong Branch as pledgee.

24. Agreement on Transfer of Shareholding Interest dated 11 October 2004 between LPD Investment as transferor and JPMorgan Chase Bank, Hong Kong Branch, as transferee.

25. Mortgage Agreement dated 11 October 2004 between LPD Czech as mortgagor and JPMorgan Chase Bank, Hong Kong Branch, as mortgagee.

26. Pledge over Moveable Properties dated 11 October 2004 between LPD Czech as pledgor and JPMorgan Chase Bank, Hong Kong Branch, as pledgee (with English translation).

27. Enforceability Agreement dated 11 October 2004 between JPMorgan Chase Bank, Hong Kong Branche as beneficiary and LPD Czech as obligor (with English translation).

28. Side Letter dated 11 October 2004 between JPMorgan Chase Bank, Hong Kong Branch and LPD Czech in relation to the Enforceability Agreement.

**Germany**

29. Schare Pledge Agreement over shares in LG.Philips Displays Glass Germany GmbH notarised on 31 Augus 2004 between *inter alia*, LPD Holding Germany as pledgor and JPMorgan Chase Bank, Hong Kong Branch as security agent and pledgee and letter of confirmation from the Security Agent.

30. Share Pledge Agreement over shares in LPD Holding Germany notarised on 7 October 2004 between *inter alia*, LPD Investment as pledgor and JPMorgan Chase Bank, Hong Kong Branch as security agent and pledgee and letter of confirmation from the Security Agent.

**Mexico**

31. Pledge Agreement over shares in LG.Philips Displays Mexico, S.A. de C.V. ("**LPD Mexico**") (*Contrato de Prenda Sobre Acciones*) dated 12 October 2004 between LPD Holding, LPD Investment and LG.Philips Displays Mexico Holding Services S.A. de C.V. ("**LPD Mexico Holdings**") as pledgors and JPMorgan Chase Bank, Hong Kong Branch as pledgee and LPD Mexico (with English translation).

32. Endorsement in guaranty (stock power) for each shares certificates and letter to be issued by each shareholder of LPD Mexico (with English translation).

33. Mortgage dated 11 October 2004 between LPD Mexico as mortgagor in favour of JPMorgan Chase Bank, Hong Kong Branch as mortgagee (with English translation).

34. Receivables Asset Pledge dated 11 October 2004 between LPD Mexico as pledgor and JPMorgan Chase Bank, Hong Kong Branch as pledgee (with English translation).

35. Pledge Agreement over shares in LPD Mexico Holding (*Contrato de Prenda Sobre Acciones*) dated 7 January 2005 between LPD Holding, LPD Investment as pledgors and JPMorgan Chase Bank, Hong Kong Branch as pledgee and LPD Mexico Holding (with English translation).

36. Endorsement in guaranty (stock power) for each shares certificates and letter to be issued by each shareholder of LPD Mexico Holding (with English translation).

**USA**

37. Security and Pledge Agreement dated 12 October 2004 between LG.Philips Displays USA, Inc. ("**LPD USA**") as grantor and JPMorgan Chase Bank, Hong Kong Branch as security agent and LPD Mexico as Mexican depository and UCC Financing Statement.

38. Perfection Certificate dated 12 October 2004.

39. Pledge Agreement over shares in LPD USA dated 12 October 2004 between LPD Investment as pledgor and JPMorgan Chase Bank, Hong Kong Branch as security agent and UCC Financiering Statement.

40. Irrevocable Stock Power executed in blank by LPD Investment.

**France**

41. Pledge agreement (*Acte de nantissement de compte d'instruments financiers*) over shares in LG.Philips Displays France ("**LPD France**") dated 12 October 2004 between LPD Investment as pledgor and JPMorgan Chase Bank, Hong Kong Branch as security agent.

42. Statement of pledge over shares in LPD France (*Declaration de gage de compte d'instruments financiers*) dated 12 October 2004.

43. Certificate of pledge over shares in LPD France (*attestation de constitution de gage*) dated 12 October 2004.

**Korea**

44. Real Estate Mortgage Agreement dated 12 October 2004 between LPD Korea as mortgagor, the Borrower as mortgagee and ABN Amro N.V. Hong Kong Branch as agent (English and Korean version).

45. Intellectual Property Pledge Agreement dated 12 October 2004 between LPD Korea as pledgor, the Borrower and pledgee and ABN Amro N.V. Hong Kong Branch as agent (English and Korean version).

46. Factory Mortgage dated 12 October 2004 between LPD Korea as mortgagor, the Borrower as mortgagee and ABN Amro N.V. Hong Kong Branch as agent (English and Korean version).

47. Yangdo Dambo dated 12 October 2004 between LPD Korea as assignor, the Borrower as assignee and ABN Amro N.V. Hong Kong as agent.

48. Agreement for Land Lease dated 12 October 2004 between LGE as lessor, LPD Korea as lessee and JPMorgan Chase Bank, Hong Kong Branch as agent.

49. Letter from LPD Korea dated 12 October 2004 undertaking to assign the rights under the Agreement for Land Lease to the Borrower or its assignee (or the designee of the Borrower of the Borrower's assignee).

PRODUCTIE 3a

## Tussentijds financeel verslag

| | |
|---|---|
| Naam | LG.Philips Displays Holding B.V. |
| Curator | mr. A.A.M. Deterink |
| Rechter-Commissaris | mr. F.H.E. Boerma |
| Insolventienummer | F 06 / 74 |

### A. Baten

| | | Incl. B.T.W. | B.T.W. |
|---|---|---|---|

**1. Aangetroffen middelen:**

| | | | | |
|---|---|---|---|---|
| - Saldo Citibank Amsterdam | € | 999.979,00 | | |
| - Saldo Citibank Amsterdam/Londen ed. | € | 2.593.666,00 | | |
| - Saldo Citibank Polen | € | 25.338,80 | | |
| - Saldo Citibank Slowakije | € | 8.485,53 | | |
| | | | € 3.627.469,33 | |

**2. Opbrengst verkoop activa:**

| | € | - | € | - |
|---|---|---|---|---|

**3. Debiteuren:**

| | € | - | € | - |
|---|---|---|---|---|

**4. Overige baten:**

| | | | | |
|---|---|---|---|---|
| - bankrente | € | 9.528,71 | | |
| - UPC correctie | € | 67,00 | | |
| - Retour voorschot Gottlieb | € | 265.317,12 | | |
| | | | € 274.912,83 | |
| | | | € 3.902.382,16 | € - |

### B. Reeds betaalde kosten / boedelkosten

| | | Incl. B.T.W. | B.T.W. |
|---|---|---|---|
| 1. Salaris en verschotten curator | € | - | € - |
| 2. Publicatiekosten | € | 130,00- | € 20,76- |
| 3. Reis- en verblijfkosten Praag | € | 1.872,79- | € - |
| 4. Reis- en verblijfkosten Hong Kong | € | 2.473,32- | € - |
| 5. Vertalingen | € | 646,98- | € 103,30- |
| 6. Reis- en verblijfkosten Mexico | € | 347,75- | |
| 7. Buitenlandse betalingsverkeer | € | 10,50- | |
| 8. Reis- en verblijfkosten Polen | € | 757,96- | |
| 9. Reis- en verblijfkosten Slowakije | € | 291,11- | |
| 10. Vliegtickets | € | 26.415,55- | |
| | € | 32.945,96- | € 124,06- |

### C. Thans nog beschikbaar (bijlage 1.)

| | | |
|---|---|---|
| Totaal A (incl. BTW) | € | 3.902.382,16 |
| Totaal B (incl. BTW) | € | 32.945,96- |
| Saldo boedelrekening | | |
| (afschriftnr. 16, d.d. 14-08-2006) | € | 3.869.436,20 |

### D. Nog te betalen verschotten / boedelschulden

1. **Preferent**
   a. Salaris en verschotten curator — PM — PM
   b. UWV, sociale premies in overgenomen loonverplichtingen vanaf datum faillissement (pref. ex art. 16 CSV) — PM — -
   c. UWV, overgenomen loonverplichtingen vanaf datum faillissement (pref. ex art. 3:288 sub e BW) — PM — -

2. **Concurrent**
   a. UWV, sociale premies begrepen in overgenomen loonverplichtingen vanaf datum faillissement (concurrent) — PM — -
   b. Publicatiekosten — € - — € -
   c. Publicatiekosten, voor zover te reserveren (€ 65,00 per publicatie) — € 130,00- — € 76,64-
   d. Griffierecht deponering uitdelingslijst (reservering) — € 489,00- — € -
   e. Huurvordering — € 5.806,42- — € -
   f. Vakantiedagen werknemer — € 1.396,40- — € -
   
   Totaal: € 7.821,82-  € 76,64-

### E. Omzetbelasting

| | | |
|---|---|---|
| Af te dragen omzetbelasting over activa | A € | - |
| Terug te ontvangen omzetbelasting over betaalde kosten | -/- B € | 124,06- |
| Terug te ontvangen omzetbelasting over nog te betalen kosten | -/- D € | 76,64- |
| | € | 200,70- |
| Reeds afgedragen / terug ontvangen | € | - |
| Terug te ontvangen omzetbelasting | € | 200,70- |

### F. Definitief saldo

1. Totaal C. (incl. BTW) — € 3.869.436,20
2. Nagekomen baten (rente) — PM
3. Terug te ontvangen BTW (E) — € 200,70
   
   € 3.869.636,90

### G. Berekening te verdelen actief/Betaling boedelschulden

1. **Preferent**
   D1a — PM
   D1b — PM
   Af te dragen BTW (E) — € -
   D1c — PM

2. **Concurrent**
   D2a — PM
   D2b — € -
   D2c (reservering) — € 130,00-
   D2d (reservering) — € 489,00-
   D2e — € 5.806,42-
   D2f — € 1.396,40-
   
   € 7.821,82-
   
   Voor verdeling beschikbaar actief: € 3.861.815,08

### H. Berekening omslag in algemene faillissementskosten

1. **Algemene faillissementskosten**
   B. Reeds betaalde boedelschulden — € 32.945,96-
   D. Nog te betalen boedelschulden — € 7.821,82-
   BTW voor zover niet te voldoen uit baten — € -
   
   € 40.767,78-

2. **Actief voor verdeling**
   G. Voor verdeling beschikbaar actief — € 3.861.815,08
   
   Omslag in algemene faillissementskosten voor bijzonder preferenten (H1/H2) — 1,06%

**I. Berekening deficit**

1. **Preferenten:**
   a. Aanvraagkosten faillissement, ex art. 3:288 sub a BW          € -

   b.1 Belastingdienst, ex art. 21 IW:
   - loonbelasting                                € -
   - omzetbelasting                               € -
   - omzetbelasting ex art. 29 lid 2 WOB          € 4.681,48  ± PM
   - motorrijtuigenbelasting                      € -
   - vennootschapsbelasting                       € -
   - inkomstenbelasting                           € -
                                                              € 4.681,48

   b.2 UWV, premievordering ex art. 16 CSV                    € -

   c. UWV, loonvordering ex art. 3:288 sub e BW               € -
                                                                      € 4.681,48
                                                                      € 3.857.133,60

2. **Concurrente crediteuren; voorzover ingediend bij de curator**     € 210.962.663,34
   **exclusief claim bankconsortium**

3. **Achtergestelde crediteuren; voorzover ingediend bij de curator**  € -

                                                              Deficit € 207.105.529,74-

# PRODUCTIE 3b

## Faillissement van LG.Philips Displays Holding B.V.
### Overzicht van boedelvorderingen

| Naam | Woonplaats | Aard v.d. vordering | Boedel (incl. BTW) |
|---|---|---|---|
| Derks Vastgoedbeheer | Nuenen | huurvordering | € 5.806,42 |
| Aalst | Breda | vakantiedagen | € 1.396,40 |
| | | | € 7.202,82 |

PRODUCTIE 3c

Bijlage

Pagina 1/2

**Faillissement van LG.Philips Displays Holding B.V.**
*Overzicht van ingediende en -voorlopig- erkende concurrente schuldvorderingen*

| Naam | Woonplaats | Land | Concurrent (incl. BTW) |
|---|---|---|---|
| Capgemini Nederland B.V. | Utrecht | | € 8.256.613,37 |
| Congrestolken Secretariaat U.A. | Amsterdam | | € 11.118,51 |
| Derks Vastgoedbeheer | Nuenen | | € 5.806,42 |
| Grant Thornton UK LLP | London | GREAT BRITAIN | € 88.135,41 |
| Hotax B.V. | Eindhoven | | € 234,00 |
| IBFD Publications B.V. | Amsterdam | | € 3.361,75 |
| KBC Bank Hong Kong Branch | Wanchai | HONG KONG | € 5.926,12 |
| Kluwer B.V. | Alphen aan den Rijn | | € 2.474,94 |
| LG.Philips Displays Slovakia s.r.o. | Namestovo | SLOVENSKA REPUBLIKA | € 2.565.239,14 |
| Mazaars Paardekooper Hoffman N.V. | Rotterdam | | € 13.118,56 |
| Mr C. Vichi | Amsterdam | | € 200.000.000,00 |
| SDU Klantenservice | Den Haag | | € 75,13 |
| Transfer Pricing Associates B.V. | Amsterdam | | € 10.560,00 |
| | | | |
| | | | |
| | | | **€ 210.962.663,34** |

Concurrenten

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

PRODUCTIE 3d

Bijlage

Pagina 2/2

## Faillissement van LG.Philips Displays Holding B.V.
### Overzicht van ingediende en -voorlopig- betwiste concurrente schuldvorderingen

| Naam | Woonplaats | Concurrent (incl. BTW) |
|---|---|---|
| LG.Philips Displays Slovakia s.r.o. | Namestovo | € 9.793.262,31 |
| | | € |

Concurrenten

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

# PRODUCTIE 4a

## Tussentijds financieel verslag

| | |
|---|---|
| Naam | LG.Philips Displays Netherlands B.V. |
| Curator | mr. A.A.M. Deterink |
| Rechter-Commissaris | mr. F.H.E. Boerma |
| Insolventienummer | F 06 / 71 |

| | | Incl. B.T.W. | B.T.W. |
|---|---|---|---|
| **A. Baten** | | | |
| **1. Aangetroffen middelen:** | | | |
| - saldo Citibank Amsterdam | € 2.006.054,91 | | |
| | | € 2.006.054,91 | |
| **2. Opbrengst verkoop activa:** | | | |
| * Bodemzaken | | | |
| - koopsom inventaris Special Products | € 110.000,00 | | |
| Af: ingevolge Aerts/ABN afgedragen aan pandhouder | € 100.000,00- | | |
| | | € 10.000,00 | € - |
| * Overige zaken | | | |
| - Koopsom Afdeling PTE | € 400.000,00 | | |
| - Koopsom voorraden Special Products | € 85.992,00 | | |
| - immateriele activa/ goodwill Special Products | € 307.008,00 | | |
| Af: rechten van derden | € 78.174,00- | | |
| | | € 714.826,00 | € - |
| **3. Debiteuren:** | | | |
| * Boedeldebiteuren (voortzetten SP/PTE) | € 551.931,35 | | |
| * Onverschuldigde betaling zonder rechtsgrond SP/LPD Eindhoven | € 40.319,50 | | |
| * Onverschuldigde betaling zonder rechtsgrond Citibank bestemd voor LPD Holding | € 2.593.666,00 | | |
| | | € 3.185.916,85 | € - |
| **4. Overige baten:** | | | |
| - bankrente | € 24.450,30 | | |
| - ESF Subsidies 2004 | € 503.510,71 | | |
| - huurinkomsten onderhuurders | € 22.512,35 | | |
| - Betaling Van Dalen UK | € 14.627,45 | | |
| | | € 565.100,81 | |
| | | € 6.481.898,57 | € - |

| | | Incl. B.T.W. | B.T.W. |
|---|---|---|---|
| **B. Reeds betaalde kosten / boedelkosten** | | | |
| 1. Salaris en verschotten curator | | € - | € - |
| 2. Publicatiekosten uitspraak | | € 65,00- | € 10,38- |
| 3. Kosten buitenlandse transactie | | € 44,62- | € - |
| 4. Stg. CA ICT, ESF Subsidie | | € 74.599,20- | € 11.910,80- |
| 5. Kosten bijeenkomst personeelsleden Evoluon | | € 2.194,10- | € 250,50- |
| 6. PWHC, ESF Subsidie | | € 59.500,00- | € 9.500,00- |
| 7. Saldo Citibank naar boedel LG.Philips Displays Holding B.V. | | € 2.593.666,00- | |
| 8. Variabele Uitgaven (inkoop grondstoffen e.d.) Special Products | | € 121.103,11- | € 16.323,49- |
| 9. Netto lonen personeel 1 februari t/m 31 maart 2006 Special Products | | € 52.413,52- | |
| 10. Taxatiekosten | | € 86.432,91- | € 13.800,21- |
| | | € 2.990.018,46- | € 21.671,68- |

### C. Thans nog beschikbaar (bijlage 1.)

| | | |
|---|---:|---:|
| Totaal A (incl. BTW) | € | 6.481.898,57 |
| Totaal B (incl. BTW) | € | 2.990.018,46- |
| Saldo boedelrekening (afschriftnr. 15, d.d. 02-08-2006) | € | 3.491.880,11 |

### D. Nog te betalen verschotten / boedelschulden

**1. Preferent**

| | | | | |
|---|---|---:|---|---:|
| a. | Salaris en verschotten curator | PM | | PM |
| b. | UWV, sociale premies in overgenomen loonverplichtingen vanaf datum faillissement (pref. ex art. 16 CSV) | PM | | - |
| c. | UWV, overgenomen loonverplichtingen vanaf datum faillissement (pref. ex art. 3:288 sub e BW) | PM | | - |

**2. Concurrent**

| | | | | | |
|---|---|---|---:|---|---:|
| a. | UWV, sociale premies begrepen in overgenomen loonverplichtingen vanaf datum faillissement (concurrent) | | PM | | - |
| b. | Publicatiekosten | € | - | € | - |
| c. | Publicatiekosten, voor zover te reserveren (€ 65,00 per publicatie) | € | 130,00- | € | 20,76- |
| d. | Griffierecht deponering uitdelingslijst (reservering) | € | 489,00- | € | - |
| e. | huurvorderingen | € | 352.805,83- | | |
| f. | vakantiedagen werknemers | € | 1.204,73- | | |
| | | € | 354.629,56- | € | 20,76- |

### E. Omzetbelasting

| | | | |
|---|---|---|---:|
| Af te dragen omzetbelasting over activa | A | € | - |
| Terug te ontvangen omzetbelasting over betaalde kosten | -/- B | € | 21.671,68- |
| Terug te ontvangen omzetbelasting over nog te betalen kosten | -/- D | € | 20,76- |
| | | € | 21.692,44- |
| Reeds afgedragen / terug ontvangen | | € | - |
| Terug te ontvangen omzetbelasting | | € | 21.692,44- |

### F. Definitief saldo

| | | | |
|---|---|---:|---:|
| 1. | Totaal C. (incl. BTW) | € | 3.491.880,11 |
| 2. | Nagekomen baten (rente) | | PM |
| 3. | Terug te ontvangen BTW (E) | € | 21.692,44 |
| | | € | 3.513.572,55 |

Financieel LG

### G. Berekening te verdelen actief/Betaling boedelschulden

**1. Preferent**

| | | | |
|---|---|---|---|
| D1a | | | PM |
| D1b | | | PM |
| Af te dragen BTW (E) | € | - | |
| D1c | | | PM |

**2. Concurrent**

| | | | | |
|---|---|---|---|---|
| D2a | | | PM | |
| D2b | € | - | | |
| D2c (reservering) | € | 130,00- | | |
| D2d (reservering) | € | 489,00- | | |
| D2e | € | 352.805,83- | | |
| D2f | € | 1.204,73- | | |
| | | | € | 354.629,56- |
| Voor verdeling beschikbaar actief: | | | € | 3.158.942,99 |

### H. Berekening omslag in algemene faillissementskosten

**1. Algemene faillissementskosten**

| | | | | |
|---|---|---|---|---|
| B. Reeds betaalde boedelschulden | € | 2.990.018,46- | | |
| D. Nog te betalen boedelschulden | € | 354.629,56- | | |
| BTW voor zover niet te voldoen uit baten | € | - | | |
| | | | € | 3.344.648,02- |

**2. Actief voor verdeling**

| | | | |
|---|---|---|---|
| G. Voor verdeling beschikbaar actief | | € | 3.158.942,99 |

Omslag in algemene faillissementskosten voor bijzonder preferenten (H1/H2)   100,00%

### I. Berekening deficit

**1. Preferenten:**

a. Aanvraagkosten faillissement, ex art. 3:288 sub a BW     €   -

b.1 Belastingdienst, ex art. 21 IW:

| | | | | |
|---|---|---|---|---|
| - loonbelasting | € | 883.679,00 | | |
| - omzetbelasting | € | - | | |
| - omzetbelasting ex art. 29 lid 2 WOB | € | 436.015,38 | ± PM | |
| - motorrijtuigenbelasting | € | - | | |
| - vennootschapsbelasting | € | - | | |
| - inkomstenbelasting | € | - | | |
| | | | € | 1.319.694,38 |

b.2 UWV, premievordering ex art. 16 CSV     €   -

c.1 UWV, loonvordering ex art. 3:288 sub e BW     €   6.770,37

c.2 loonvorderingen ex art. 3:288 sub e BW     €   107.029,20

|  |  |
|---|---|
| € | 1.326.464,75 |
| € | 1.832.478,24 |

**2.** Concurrente crediteuren; voorzover ingediend bij de curator exclusief claim bankconsortium     €   6.537.641,93

**3.** Achtergestelde crediteuren; voorzover ingediend bij de curator     €   -

Deficit   €   4.705.163,69-