# PRODUCTIE 4b

Bijlage 2

Pagina 1/1

Boedel

## Faillissement van LG.Philips Displays Netherlands B.V.
### Overzicht van boedelvorderingen

| Naam | Woonplaats | Aard v.d. vordering | Boedel (incl. BTW) | |
|---|---|---|---|---|
| Arcadis Aqumen | Eindhoven | huurvordering | € | 342.868,77 |
| EHV Vastgoedmanagement | Eindhoven | huurvordering | € | 3.196,06 |
| Hirsch | Eygelshoven | vakantiedagen | € | 604,17 |
| Kempen O.G. Vastgoedbeheer B.V. | Eindhoven | huurvordering | € | 3.500,00 |
| Rosch | Aarle Rixtel | vakantiedagen | € | 600,56 |
| VB&T Vastgoedmanagement B.V. | Eindhoven | huurvordering | € | 3.241,00 |
| | | | € | 354.010,56 |

**PRODUCTIE 4c**

Bijlage 3

Pagina 1/2

## Faillissement van LG.Philips Displays Netherlands B.V.
### Overzicht van ingediende en -voorlopig- erkende preferente schuldvorderingen

Preferenten

| Naam | Woonplaats | Land | Aard v.d. vordering | Preferent (incl. BTW) |
|---|---|---|---|---|
| Belastingdienst Oost-Brabant | Eindhoven | | LB pvv 01-2006 | € 657.736,00 |
| Belastingdienst Oost-Brabant | Eindhoven | | LB 02-2006 | € 225.943,00 |
| Brunnquell | Eindhoven | | vertrekpremie | € 21.528,00 |
| Cherry | WR11 7HW | UNITED KINGDOM | nabetaling loon ivm beëindiging | € 12.005,56 |
| Fleu, De heer H. | Maastricht | | ontslagvergoeding | € 66.836,00 |
| Gemert | Eindhoven | | stagevergoeding | € 420,00 |
| Gurchom | Tilburg | | Bonus en vakantiegeld | € 3.339,64 |
| Philips Pension Fund | DX 13036 Birmingham 1 | UNITED KINGDOM | pensioen | PM |
| Rosch | Aarle Rixtel | | bonus | € 2.900,00 |
| UWV | Eindhoven | | AOW-uitkeringen | € 6.770,37 |
| | | | | € 997.478,57 |

Gelet op de artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

# PRODUCTIE 4d

## Faillissement van LG.Philips Displays Netherlands B.V.
### Overzicht van ingediende en -voorlopig- betwiste preferente schuldvorderingen

| Naam | Woonplaats | Land | Aard v.d. vordering | Preferent (incl. BTW) |
|---|---|---|---|---|
| Jonkers | Hasselt | BELGIË | Vrom-regeling | € 120.918,58 |
| | | | | € 120.918,58 |

Preferenten

Gelet op de artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

PRODUCTIE 4e

**Faillissement van LG.Philips Displays Netherlands B.V.**
*Overzicht van ingediende en -voorlopig- erkende concurrente schuldvorderingen*

| Naam | Woonplaats | Land | Concurrent (incl. BTW) |
|---|---|---|---|
| A.C.E. Ingenieurs en Adviesbureau | Breda | | € 3.236,80 |
| A² Networks B.V. | Eindhoven | | € 76.537,52 |
| Aachener Beschäftigungsinitiative AG | Würselen | DEUTSCHLAND | € 3.360,00 |
| Aarts Transporten B.V. | Eindhoven | | € 64.188,21 |
| Abaqus Benelux B.V. | Huizen | | € 37.187,00 |
| Achmea Arbo B.V. | Amsterdam | | € 459,00 |
| Adecco Nederland B.V. | Utrecht | | € 56.020,66 |
| Adviesbureau Molenaar B.V. | Breda | | € 1.552,83 |
| Afmech Genk N.V.S.A. | Genk | BELGIË | € 1.493,90 |
| Albemarle PPC | Thann Cedex | FRANCE | € 840,00 |
| Allied Healthcare Group Ltd | Staffordshire ST15 0TL | UNITED KINGDOM | € 14.263,39 |
| Allshare Enterprise B.V. | Hoofddorp | | € 151.347,67 |
| AM&S B.V. | Mijdrecht | | € 6.702,08 |
| American Express Services | Den Haag | | € 88.103,06 |
| Andritz Kaiser GmbH | Woerden | | € 4.398,44 |
| Arcadis Aqumen | Eindhoven | | € 114.289,59 |
| ARI, Nova Software Labs | Paris | FRANCE | € 3.079,00 |
| Arnauld Geschenken | Stadskanaal | | € 1.548,49 |
| Arihove Art Center | Bergschenhoek | | € 955,57 |
| Asahi Glass Co Ltd | Tiel | | € 36.832,40 |
| Asco Controls B.V. | Scherpenzeel | | € 5.529,46 |
| Ashtead Plant Hire Company Ltd | NE1 3DX | UNITED KINGDOM | € 1.803,14 |
| Asito B.V. | Almelo | | € 15.404,49 |
| Associatie voor Coaching | Aarle-Rixtel | | € 990,00 |
| ATH Maintenance B.V. | Almere | | € 205,28 |
| Atos Origin Belgium N.V./S.A. | Zaventem | BELGIË | € 30.382,00 |
| Atos Origin GmbH | Hamburg | DEUTSCHLAND | € 137.394,62 |
| Atos Origin IT Services UK Ltd | Staffordshire WS11 0JA | UNITED KINGDOM | € 2.056,24 |
| Atos Origin Nederland B.V. | Utrecht | | € 895.454,55 |
| Autop Autoverhuur Sittard B.V. | Sittard | | € 2.736,02 |
| BAM Utiliteitsbouw B.V. | Eindhoven | | € 9.400,05 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Concurrenten

| Name | City | Country | Amount |
|---|---|---|---|
| Basan B.V. | Breda | | € 142,68 |
| Bedrijfsdiensten Schoemans | Hamont-Achel | BELGIË | € 103.209,81 |
| Beijing LGPhilips Displays Co LTd | Shunyi District, Beijing | CHINA | € 534.413,57 |
| Belfeldse Modelmakerij B.V. | Belfeld | | € 4.700,50 |
| Biesheuvel Techniek B.V. | Son | | € 611,75 |
| Biffa Waste Services | Bucks HP12 3TZ | UNITED KINGDOM | € 1.081,29 |
| Bilderberg Hotel Wolfheze | Wolfheze | | € 747,53 |
| BISIS Consultancy B.V. | Eindhoven | | € 535,15 |
| BMW Group Financial Services B.V. | Rijswijk | | € 26.205,98 |
| Boekhandel E. Frencken B.V. | Eindhoven | | € 459,21 |
| BOR Transporten | Eindhoven | | € 9.560,32 |
| Boso B.V. | Sneek | | € 499,80 |
| Brasserie De Trechter VOF | Sittard | | € 265,50 |
| Breviter | 05-825 Grodzisk Maz. | POLAND | € 2.847,00 |
| Bronkhorst Nederland B.V. | Veenendaal | | € 114,24 |
| Bureau Van Bussel | Schijndel | | € 15.128,38 |
| Busch B.V. | Woerden | | € 528,86 |
| bVA Beurtvaartadres B.V. | Den Bosch | | € 133,58 |
| C.& A. Plumps Ltd | Co Durham DH6 5PF | UNITED KINGDOM | € 1.917,67 |
| Cadams Systems | Eindhoven | | € 1.311,98 |
| Campanil Hotel Eindhoven | Eindhoven | | € 872,00 |
| Capgemini Outsourcing B.V. | Utrecht | | € 6.346,67 |
| Cargo 69 International Spedition Sp. Z. o.o. | s-Hertogenbosch | | € 66.500,00 |
| Carrier Nederland B.V. | Hazerswoude-Rijndijk | | € 1.015,07 |
| Casus Finance Sp. Z.o.o. | Wroclaw | POLAND | € 18.050,00 |
| Cendris Data & Document Capture Services B.V. | Rijswijk | | € 15.585,63 |
| Central Industrial Services (Northern) Ltd | Cleveland TS10 5JU | UNITED KINGDOM | € 38.186,31 |
| Charles Goffin Beheer B.V. | Beek | | € 995,44 |
| Chemical Process Solutions Ltd | County Durham SR7 0PR | UNITED KINGDOM | € 1.917,67 |
| Chinees Indisch Restaurant Hung Ying B.V. | Eindhoven | | € 991,60 |
| Chubb Van den Enden Bewaking B.V. | Valkenswaard | | € 29.932,97 |
| CIBER Nederland B.V. | Eindhoven | | € 13.241,13 |
| CitoBenelux B.V. | Zevenaar | | € 855,58 |
| CocaCola Enterprises Nederland B.V. | Eindhoven | | € 119,00 |
| Company Coaching | Eindhoven | | € 295,56 |
| Compass Group Nederland B.V. | Amsterdam | | € 39.805,35 |
| Convoi Europe B.V. | Stein | | € 5.236,00 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Concurrenten

| Company | City | Country | Amount |
|---|---|---|---|
| Copro Coenen Projects | Ohé en Laak | | € 22.745,36 |
| Corso Information B.V. | Tiel | | € 7.903,98 |
| COVRA N.V. | Vlissingen | | € 92,31 |
| CPMS B.V. | Sittard-Geleen | | € 36.303,31 |
| Crawford & Company | B2 4UT | UNITED KINGDOM | € 968,87 |
| CRH Bouwmaten B.V. | Breukelen | | € 75,99 |
| Culligan B.V. | Amsterdam ZO | | € 2.393,83 |
| D&M Vacuümsystemen B.V. | Budel | | € 1.222,78 |
| Damco (Netherlands) B.V. | Rotterdam | | € 2.633,40 |
| De Berk B.V. Fijnmechanische Industrie | Echt | | € 3.998,40 |
| De Klerk Bloemsierkunst B.V. | Eindhoven | | € 3.422,51 |
| De Koksmaat Bedrijfskeukens B.V. | Eindhoven | | € 71,10 |
| De Ridder B.V. | Uitgeest | | € 84,76 |
| De Verbindingen | Waalre | | € 464,10 |
| Dedication B.V. | Sliedrecht | | € 36.675,80 |
| Degussa AG | Düsseldorf | DEUTSCHLAND | € 7.929,00 |
| Denk Producties | Amsterdam | | € 946,05 |
| Deutsche Nickel GmbH | Schwerte | DEUTSCHLAND | € 170.712,29 |
| DFDS Transport SA | Pantin Cedex | FRANCE | € 2.419,94 |
| DHL Express (Netherlands) B.V. | Amersfoort | | € 698,22 |
| DHL Express (Netherlands) B.V. | Amersfoort | | € 96,54 |
| DHL International B.V. | Maastricht | | € 19.284,60 |
| DHV B.V. | Eindhoven | | € 2.814,73 |
| DIFK GmbH | Bonn | DEUTSCHLAND | € 297,60 |
| Driessen Autoschade B.V. | Eindhoven | | € 148,75 |
| Duo Reclame | Veldhoven | | € 3.157,67 |
| E.S. Worldwide Supply B.V. | Moerdijk | | € 1.104,62 |
| Ehrbecker Schiefelbusch B.V. | Breda | | € 3.180,14 |
| Elewijt Center | Elewijt-Zemst | BELGIË | € 6.393,32 |
| EMGO N.V. | Lommel | BELGIË | € 86.769,09 |
| Emotron B.V. | Bladel | | € 1.285,20 |
| Essex Nexans | Chauny Cedex | FRANCE | € 500,00 |
| Eurest | Rubery, Birmingham B45 9PZ | UNITED KINGDOM | € 36.762,81 |
| Ewals Cargo Care B.V. | Tegelen | | € 26.394,98 |
| E-Water Group B.V. | Echt | | € 42.441,49 |
| Executel LTd | Tyne & Wear NE11 9XW | UNITED KINGDOM | € 674,54 |
| Farnell in One | Maarssen | | € 3.177,70 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Concurrenten

Bijlage 4

Pagina 4/10

| | | | |
|---|---|---|---|
| Federall Express Europe Inc | Schiphol-Oost | | € 1.039,93 |
| Fei Europe B.V. | Eindhoven | | € 11.604,12 |
| Felix Philips Staal & Metaal B.V. | Nuth | | € 1.777,22 |
| FITh B.V. | s-Hertogenbosch | | € 16.362,50 |
| FNV Formaat | Woerden | | € 5.199,48 |
| Frans Maas (UK) Ltd | NR30 1JE | UNITED KINGDOM | € 21.143,08 |
| Gebr. Van der Winkel Eindhoven B.V. | Eindhoven | | € 5.910,57 |
| Gemeente Veldhoven | Veldhoven | | € 2.672,00 |
| Gemeente Veldhoven | Veldhoven | | € 3.533,00 |
| Gentle Persuasion Ltd | Kingston Park, Nw Castle upo | UNITED KINGDOM | € 2.749,05 |
| Geodis Calberson Europe Ile de France | Roissy CDG Cedex | FRANCE | € 4.917,80 |
| GGD Eindhoven | Eindhoven | | € 113,00 |
| GITP International B.V. | Nijmegen | | € 1.100,00 |
| GL Technics Belgium N.V. | Genk | BELGIË | € 60.845,70 |
| Glastechnik Gräfenroda GmbH | Gräfenroda | DEUTSCHLAND | € 17.543,50 |
| Goekeler Messtechnik | Lenningen | DEUTSCHLAND | € 718,20 |
| Golden Tulip De Reiskoffer | Boschenhoofd | | € 777,25 |
| Golden Tulip de Wipselberg | Beekbergen | | € 323,68 |
| Günter Effgen GmbH | Herstein | DEUTSCHLAND | € 370,80 |
| H. Seybold GmbH & Co KG | Düren | DEUTSCHLAND | € 2.283,41 |
| Harting B.V. | Den Bosch | | € 102,85 |
| Hertz Automobielen Nederland B.V. | Hoofddorp | | € 36.583,18 |
| Hesta Eindhoven B.V. | Eindhoven | | € 10.808,18 |
| Heuman Industriële Verpakkingen | Eindhoven | | € 3.533,68 |
| HM Revenu & Customs | Edinburgh EH11 4UY | UNITED KINGDOM | € 5.950,86 |
| Holiday Inn Eindhoven | Eindhoven | | € 2.668,38 |
| Hotel Van der Valk Stein-Urmond | Urmond | | € 1.376,80 |
| HP Nederland B.V. | Utrecht | | € 14.511,93 |
| Human Inspiration B.V. | Breda | | € 30.690,18 |
| HumanCapitalCare Arbozorg B.V. | Son | | € 8.227,98 |
| IAK Verzekeringen B.V. | Eindhoven | | € 5.778,93 |
| i-Logistics (Europe) ltd | Middlesex TW13 6JE | UNITED KINGDOM | € 3.277,83 |
| Improve Quality Services B.V. | Valkenswaard | | € 1.620,00 |
| Imtech Maintenance B.V. | Den Haag | | € 22.363,08 |
| Initial Hokatex B.V. | Voorburg | | € 1.167,36 |
| Inov Industrie Ovens B.V. | Beek | | € 12.140,78 |
| Inrade Group | Schiedam | | € 302,47 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Concurrenten