| Name | City | Country | | Amount |
|---|---|---|---|---|
| Internationale School Maastricht | Maastricht | | € | 5.300,00 |
| Intersafe Groeneveld B.V. | Dordrecht | | € | 5.164,86 |
| Irmato Group B.V. | Weert | | € | 6.493,47 |
| ISIT | Naarden | | € | 6.681,85 |
| Isotron Systems B.V. | s-Hertogenbosch | | € | 1.247,96 |
| ISS Landscaping Services B.V. | Harderwijk | | € | 2.931,49 |
| Itec GmbH | Plößberg | DEUTSCHLAND | € | 77.850,00 |
| ITW Angleboard | Nuenen | | € | 750,56 |
| J. Beens & Zonen B.V. | Stadskanaal | | € | 3.570,00 |
| J.J. Glastronics | 560 100 | INDIA | € | 8.400,00 |
| Jaims | Susteren | | € | 14.280,00 |
| Janssen Metaalrecycling Sittard B.V. | Sittard | | € | 1.318,52 |
| JEOL (Europe) B.V. | Nieuw-Vennep | | € | 606,07 |
| JTC Transcentrum s.r.o. | DIČ CZ63220598 | CZECH | € | 3.005,00 |
| KEMA Quality B.V. | Arnhem | | € | 6.341,22 |
| Kemtec B.V. | Budel | | | |
| KeyTec B.V. | Eindhoven | | € | 5.575,95 |
| Kluwer B.V. | Alphen aan den Rijn | | € | 792,01 |
| Koninklijke Machinefabriek Stork B.V. | Hengelo (Ov) | | € | 3.213,00 |
| KPN Telecom B.V. | Groningen | | € | 75.485,70 |
| Kreuze Telecom B.V. | Maastricht-Airport | | € | 1.005,55 |
| Kubra B.V. | Nuenen | | € | 323,56 |
| Kuster Metaalbewerking Oss B.V. | Oss | | € | 1.356,60 |
| Laman Technomarkt B.V. Eindhoven | Zoetermeer | | € | 23,62 |
| Lampcare (UK) Recycling Ltd | Co. Durham DL17 0NA | UNITED KINGDOM | € | 866,75 |
| Lapp Benelux B.V. | Veldhoven | | € | 576,76 |
| LG.Philips Displays Slovakia s.r.o. | Namestovo | SLOVENSKA REPUBLIKA | € | 145.025,13 |
| Liftinstituut Holding B.V. | Amsterdam | | € | 1.148,50 |
| Lintronics | Veghel | | € | 21.159,99 |
| LKW Walter Int Tr AG | IZ Nö-Süd | AUSTRIA | € | 12.980,00 |
| LMS B.V. | Elsloo | | € | 285,60 |
| LogicaCMG Nederland B.V. | Amstelveen | | € | 58.426,35 |
| Lucassen Metaalbewerking | Sittard | | € | 184,45 |
| LWB International B.V. | Eindhoven | | € | 8.859,31 |
| Lyreco | Berchem | BELGIË | € | 3.760,91 |
| M. Heezen B.V. | Eindhoven | | € | 13.484,82 |
| Maas International B.V. | Eindhoven | | € | 30.322,86 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Concurrenten

| Name | City | Postcode/Address | Country | | Amount |
|---|---|---|---|---|---|
| MAG45 B.V. | Eindhoven | | | € | 16.805,57 |
| Mavom B.V. | Alphen aan den Rijn | | | € | 367,56 |
| MCE | Brussel | | BELGIË | € | 4.658,50 |
| McGrigors | | DX 227 London Chancery Lar | UNITED KINGDOM | € | 33.412,14 |
| Medicum Consult B.V. | Valkenswaard | | | € | 47.688,07 |
| Merck B.V. | Amsterdam | | | € | 1.438,25 |
| Mercon Montage B.V. | Gorinchem | | | € | 24.133,77 |
| Metron Technology (Benelux) B.V. | Wijchen | | | € | 3.753,38 |
| Mexin Communicatie | Eindhoven | | | € | 6.158,25 |
| Micro Precision Technologies B.V. | Den Bosch | | | € | 29.631,00 |
| Milcon Nederland B.V. | Sittard | | | € | 1.450,92 |
| Minitubes | Grenoble | | FRANCE | € | 35.732,72 |
| Mispelhoef, Café Herberg De | Eindhoven | | | € | 4.897,85 |
| MKW Engineering | | NE40 3EX | UNITED KINGDOM | € | 10.199,36 |
| NARA Mold & Die Co. Ltd | GyeongNam | | KOREA | € | 82.566,55 |
| NEC Philips Unified Solutions UK Ltd | | Cambridge CB4 0HB | UNITED KINGDOM | € | 897,82 |
| Nederlands Normalisatie Instituut | Delft | | | € | 323,95 |
| Nederlandse Uitgevers Combinatie B.V. | Deventer | | | € | 339,15 |
| Nelsons of Durham | | Durham DH1 5RF | UNITED KINGDOM | € | 4.943,03 |
| Nevat | Zoetermeer | | | € | 89,25 |
| Neville Wharton | | NE1 3DY | UNITED KINGDOM | € | 6.676,53 |
| NH Best | Best | | | € | 209,00 |
| NH Koningshof | Veldhoven | | | € | 9.135,50 |
| Nichia Europe B.V. | Amsterdam | | | € | 2.660,00 |
| Noord Lease B.V. | Groningen | | | € | 10.050,25 |
| Novotel | Eindhoven | | | € | 2.034,94 |
| NS Reizigers | Utrecht | | | € | 17.614,00 |
| Nuon | Alkmaar | | | € | 234.855,67 |
| Océ | | Essex CM14 4DZ | UNITED KINGDOM | € | 2.899,91 |
| Océ Nederland B.V. | s-Hertogenbosch | | | € | 1.606,35 |
| Odyssee B.V. | Baarn | | | € | 28.595,28 |
| ONDD | Brussel | | BELGIË | € | 7.268,07 |
| Open Bizz B.V. | Eindhoven | | | € | 7.325,20 |
| Oracle Nederland B.V. | De Meern | | | € | 7.908,84 |
| Orange Peppper B.V. | Eindhoven | | | € | 18.190,40 |
| Overtoom International Nederland B.V. | Den Dolder | | | € | 1.633,85 |
| Paviljoen 't Zwaantje | Eindhoven | | | € | 357,65 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Concurrenten

| Company | City | Country | Amount (€) |
|---|---|---|---|
| Pekeas Multi-Spedytor Sp | Warszawa | POLAND | 18.050,00 |
| Penske Logistics | Coevorden | | 5.941,10 |
| Percom Automatisering B.V. | Roermond | | 14.215,66 |
| Peter Kaspers Constructies B.V. | Stadskanaal | | 1.405,56 |
| Pfeiffer Vacuum Nederland B.V. | De Meern | | 8.216,67 |
| PGE E&E Services B.V. | Eindhoven | | 30.224,71 |
| Phi Data B.V. | Woerden | | 1.993,25 |
| Pierre Boels B.V. | Sittard | | 283,73 |
| Piet Andriessen Optiek B.V. | Helmond | | 1.073,38 |
| Plaatwerkindustrie Tol B.V. | Volendam | | 119,00 |
| Platecxis-Drijfhout B.V. | Amsterdam | | 32.671,92 |
| Plujjrnaekers & Partners B.V. | Maastricht | | 4.580,17 |
| PNO Consultants B.V. | Hengelo | | 36.295,00 |
| PriceWaterhouseCoopers B.V. (Accountants) | Amsterdam | | 13.705,80 |
| PriceWaterhouseCoopers B.V. (Belastingadviseurs) | Amsterdam | | 4.830,86 |
| Profilplast B.V. | Sittard | | 1.550,57 |
| QnAp iT B.V. | Nuenen | | 24.561,60 |
| Quandes | Boxtel | | 21.515,20 |
| Quel | Rotterdam | | 2.380,00 |
| Quest Software Inc. | CA 92656 | USA | 1.971,74 |
| Randstad Uitzendbureau B.V. | Amsterdam ZO | | 103.542,12 |
| Reed Business Information B.V. | Doetinchem | | 112,31 |
| Restaurant Qu4tre Bras | Best | | 523,70 |
| Ricas | Ede | | 12.796,50 |
| Right Coutts Ltd | Amsterdam | | 158.119,65 |
| Right Management Consultants B.V. | Amsterdam | | 47.546,55 |
| ROC Midden Brabant | Tilburg | | 2.975,00 |
| Roschier Holmberg | Helsinki | FINLAND | 5.068,25 |
| Rotra Forwarding B.V. | Doesburg | | 155,08 |
| RPS Analyse B.V. | Breda | | 3.077,46 |
| RS Components B.V. | Haarlem | | 137,80 |
| Ryint Holding B.V. | Geleen | | 7.768,32 |
| Saint-Gobain Abrasives B.V. | Eibergen | | 236,81 |
| Schaltschrankbau Montage Wartung SMW Gmb | Alsdorff | DEUTSCHLAND | 8.577,18 |
| Schilder- en Isolatiewerken Coolen B.V. | Eindhoven | | 5.217,73 |
| SDU Klantenservice | Den Haag | | 873,60 |
| Secretary Plus Nederland B.V. | Almere | | 21.928,04 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Concurrenten

| | | | | |
|---|---|---|---|---|
| Service Equipe Kampri B.V. | Kampen | | € | 1.195,44 |
| Sessions of York | YO31 9HS | UNITED KINGDOM | € | 5.187,61 |
| Siemens N.V. | Brussel | BELGIË | € | 5.295,00 |
| Sigmax Ltd. | 550-0001 | JAPAN | € | 7.013,15 |
| Sita Holding | Arnhem | | € | 50.390,54 |
| SKM Rapid Modelling B.V. | Helmond | | € | 565,25 |
| SMS Stamp Tool Technologies B.V. | Tilburg | | € | 88.798,99 |
| Software Spectrum Netherlands B.V. | Apeldoorn | | € | 14.321,41 |
| Sogeti Nederland B.V. | Vianen | | € | 169.418,31 |
| Spraying Systems Co. B.V. | Ridderkerk | | € | 178,62 |
| Stadsschouwburg Eindhoven | Eindhoven | | € | 4.259,70 |
| Stahlwerk Ergste Westig GmbH | Schwerte | DEUTSCHLAND | € | 335.705,18 |
| Stichting Mikrocentrum Nederland | Eindhoven | | € | 6.806,80 |
| Stork FDO B.V. | Amsterdam | | € | 814,15 |
| Stork Industry Services | De Meern | | € | 23.501,56 |
| Stork Worksphere B.V. | Eindhoven | | € | 16.013,39 |
| Swets Information Services B.V. | Lisse | | € | 1.387,39 |
| Taxi Konrad | Aachen | DEUTSCHLAND | € | 1.216,99 |
| Taxibedrijf Cibatax B.V. | Eindhoven | | € | 880,64 |
| Techneglas, Inc. | London EC2N 1HQ | UNITED KINGDOM | € | 1.565,77 |
| Technical Services & Tools B.V. | Beek en Donk | | € | 1.982,30 |
| Technisch Handelsbureau Hellebeuk B.V. | Hulsberg | | € | 608,47 |
| Technische Handelsonderneming De Ridder B.V. | Uitgeest | | € | 478,38 |
| Technodiamant Almere B.V. | Almere | | € | 664,10 |
| Techno-Mask | Eindhoven | | € | 1.142,40 |
| Telux Spezialglas GmbH | Weißwasser | DEUTSCHLAND | € | 28.866,00 |
| Tempo-Team Group B.V. | Amsterdam ZO | | € | 21.137,85 |
| Thales Cryogenics B.V. | Eindhoven | | € | 2.672,74 |
| Thermocoax S.A.S. | Athis de L'Orne | FRANCE | € | 5.013,50 |
| TNO Industrie & Techniek | Eindhoven | | € | 6.812,75 |
| TNT Nederland B.V. | Duiven | | € | 5.212,50 |
| Transports Huillet s.a. | Vernouillet Cedex | FRANCE | € | 121,07 |
| Tritium Advies B.V. | Nuenen | | € | 1.661,52 |
| Troostwijk Expertises B.V. | Amsterdam | | € | 5.956,18 |
| Trump-Laser GmbH & Co. KG | Schramberg-Sulgen | DEUTSCHLAND | € | 22.375,24 |
| Turck B.V. | Zwolle | | € | 483,71 |
| UGS B.V. | s-Hertogenbosch | | € | 69.340,71 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Concurrenten

| | | | |
|---|---|---|---|
| Uitgeverij de Ruygt | Apeldoorn | | € 178,50 |
| UPS Nederland B.V. | Antwerpen | BELGIË | € 2.839,10 |
| Van Amstel & Partners Advocaten | Veghel | | € 6.473,60 |
| Van Berkum Wijnkopers | Sittard | | € 1.910,60 |
| Van der Linden Groep B.V. | Veghel | | € 13.465,23 |
| Van der Valk Hotel Eindhoven | Eindhoven | | € 126,60 |
| Van Gennip Verpakkingen B.V. | Eindhoven | | € 349,78 |
| Van Hout Kabel Recycling B.V. | Helmond | | € 39.570,47 |
| Van Loenen Instruments | Zaandam | | € 1.014,24 |
| Vapro B.V. | Leidschendam | | € 254,21 |
| Veenstra-Glazenborg | Winschoten | | € 8.664,99 |
| VEMO Oisterwijk B.V. | Oisterwijk | | € 561,90 |
| Vereniging Buma/Stemra | Hoofddorp | | € 1.251,30 |
| Viking Direct | Venlo | | € 376,70 |
| Vink & Schippers | Maastricht | | € 622,70 |
| Vitalo Plastics N.V. | Meulebeke | BELGIË | € 64.795,15 |
| Vodafone Libertel N.V. | Maastricht | | € 698,58 |
| Vos Cargo Logistics Belgium N.V. | Pittem | BELGIË | € 13.003,90 |
| Vossen Laboratories Int. B.V. | Weert | | € 240,86 |
| VVV Regio ZuidOostBrabant | Eindhoven | | € 1.112,50 |
| Webo Heftrucks B.V. | Waalwijk | | € 3.039,99 |
| Weiss Enet Industrietechniek B.V. | Tiel | | € 4.131,37 |
| WG Consultancy | Budel | | € 12.519,44 |
| Wimmer & Söhne GmbH | Korschenbroich | DEUTSCHLAND | € 156,04 |
| Woonsfeer Van Woerkum B.V. | Eindhoven | | € 999,60 |
| Yacht B.V. | Amsterdam ZO | | € 53.922,36 |
| Ziegler Nederland B.V. | Rotterdam | | € 215,74 |
| Z-Tech Solutions B.V. | Hengelo | | € 483,56 |
| Gemeente Best | Best | | € 10.491,00 |
| Hotel-Restaurant Bon'Aparte B.V. | Barchem | | € 413,85 |
| Treibacher Industrie AG | Almere | | € 12.717,00 |
| | | | |
| | | | € - |
| | | | € 6.537.641,93 |

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

Concurrenten

PRODUCTIE 4f

**Faillissement van LG.Philips Displays Netherlands B.V.**
*Overzicht van ingediende en -voorlopig- betwiste concurrente schuldvorderingen*

| Naam | Woonplaats | Land | Concurrent (incl. BTW) |
|---|---|---|---|
| De heer B. Bouwmans | Best | | pm |
| | | | |
| | | | € - |

Concurrenten

Gelet op het bepaalde in artt. 110, 111 en 119 Fw kunnen geen rechten worden ontleend aan opname op deze lijst.

# PRODUCTIE 5a

## Tussentijds financieel verslag

| | |
|---|---|
| Naam | LG.Philips Displays Investment B.V. |
| Curator | mr. A.A.M. Deterink |
| Rechter-Commissaris | mr. F.H.E. Boerma |
| Insolventienummer | F 06/139 |

| | Incl. B.T.W. | B.T.W. |
|---|---|---|
| **A. Baten** | | |
| 1. Aangetroffen middelen: | € - | |
| 2. Opbrengst verkoop activa: | € - | € - |
| 3. Debiteuren: | € - | € - |
| 4. Overige baten: | | |
|   - bankrente en -kosten | € 29,73 | |
|   - aandelen LPD Korea | € 10.000,00 | |
| | € 10.029,73 | |
| | € 10.029,73 | € - |

| | Incl. B.T.W. | B.T.W. |
|---|---|---|
| **B. Reeds betaalde kosten / boedelkosten** | | |
| 1. Salaris en verschotten curator | € - | € - |
| 2. Publicatiekosten | € 65,00- | € 10,38- |
| 3. Vertaling | € 1.044,53- | € 166,77- |
| | € 1.109,53- | € 177,15- |

**C. Thans nog beschikbaar (bijlage 1.)**

| | | |
|---|---|---|
| Totaal A (incl. BTW) | € | 10.029,73 |
| Totaal B (incl. BTW) | € | 1.109,53- |
| **Saldo boedelrekening** | | |
| (afschriftnr. 4, d.d. 15-08-2006) | € | 8.920,20 |

### D. Nog te betalen verschotten / boedelschulden

**1. Preferent**
a. Salaris en verschotten curator — PM — PM
b. UWV, sociale premies in overgenomen loonverplichtingen vanaf datum faillissement (pref. ex art. 16 CSV) — € - — -
c. UWV, overgenomen loonverplichtingen vanaf datum faillissement (pref. ex art. 3:288 sub e BW) — € - — -

**2. Concurrent**
a. UWV, sociale premies begrepen in overgenomen loonverplichtingen vanaf datum faillissement (concurrent) — € - — -
b. Publicatiekosten — € 65,00- € -
c. Publicatiekosten, voor zover te reserveren (€ 65,00 per publicatie) — € 130,00- € 20,76-
d. Griffierecht deponering uitdelingslijst (reservering) — € 489,00- € -

Totaal: € 684,00- € 20,76-

### E. Omzetbelasting

| | | |
|---|---|---|
| Af te dragen omzetbelasting over activa | A € | - |
| Terug te ontvangen omzetbelasting over betaalde kosten | -/- B € | 177,15- |
| Terug te ontvangen omzetbelasting over nog te betalen kosten | -/- D € | 20,76- |
| | € | 197,91- |
| Reeds afgedragen / terug ontvangen | € | - |
| Terug te ontvangen omzetbelasting | € | 197,91- |

### F. Definitief saldo

1. Totaal C. (incl. BTW) — € 8.920,20
2. Nagekomen baten (rente) — PM
3. Terug te ontvangen BTW (E) — € 197,91

€ 9.118,11

### G. Berekening te verdelen actief/Betaling boedelschulden

**1. Preferent**
D1a — PM
D1b — € -
Af te dragen BTW (E) — € -
D1c — € -

**2. Concurrent**
D2a — € -
D2b — € 65,00-
D2c (reservering) — € 130,00-
D2d (reservering) — € 489,00-

€ 684,00-

Voor verdeling beschikbaar actief: € 8.434,11

| H. Berekening omslag in algemene faillissementskosten | | | | | |
|---|---|---|---|---|---|
| 1. **Algemene faillissementskosten** | | | | | |
| B. Reeds betaalde boedelschulden | € | 1.109,53- | | | |
| D. Nog te betalen boedelschulden | € | 684,00- | | | |
| BTW voor zover niet te voldoen uit baten | € | - | | | |
| | | | € | 1.793,53- | |
| 2. **Actief voor verdeling** | | | | | |
| G. Voor verdeling beschikbaar actief | | | € | 8.434,11 | |
| Omslag in algemene faillissementskosten voor bijzonder preferenten (H1/H2) | | | | | 21,27% |

| I. Berekening deficit | | | | | |
|---|---|---|---|---|---|
| 1. **Preferenten:** | | | | | |
| a. Aanvraagkosten faillissement, ex art. 3:288 sub a BW | | | € | - | |
| b.1 Belastingdienst, ex art. 21 IW: | | | | | |
| - loonbelasting | € | - | | | |
| - omzetbelasting | € | - | | | |
| - omzetbelasting ex art. 29 lid 2 WOB | € | 263,15 ± PM | | | |
| - motorrijtuigenbelasting | € | - | | | |
| - vennootschapsbelasting | € | - | | | |
| - inkomstenbelasting | € | - | | | |
| | | | € | 263,15 | |
| b.2 UWV, premievordering ex art. 16 CSV | | | € | - | |
| c. UWV, loonvordering ex art. 3:288 sub e BW | | | € | - | |
| | | | | € | 263,15 |
| | | | | € | 8.170,96 |
| 2. **Concurrente crediteuren; voorzover ingediend bij de curator exclusief claim bankconsortium** | | | | € | 1.648,15 |
| 3. **Achtergestelde crediteuren; voorzover ingediend bij de curator** | | | | € | - |
| | | | Surplus | € | 6.522,81 |