SYLVIE K. KERN, ESQ. (111751)
KAG LAW GROUP
P.O. Box 210135
San Francisco, CA 94121
Tel: (415) 221-5763
E-mail: skern@antitrustglobal.com

*Counsel for Indirect Purchaser Plaintiff
Jeffrey Figone*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-05944 SC |
| | MDL No. 1917 |
| | **CLASS ACTION** |
| | **PROOF OF SERVICE: STIPULATION AND [PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |
| **This document relates to:** ALL INDIRECT PURCHASER ACTIONS | |

The undersigned certifies that on October 30, 2012, a copy of the Stipulation and [Proposed] Order Regarding Indirect Purchaser Plaintiffs' Motion for Leave to Amend

1

PROOF OF SERVICE—STIPULATION AND [PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT
MDL NO. 1917, MASTER FILE NO. 3:07-CV-05944-SC

1 | Complaint was electronically filed with the Clerk of the Court using the CM/ECF system, which
2 | will send notification of this filing to ECF participants.
3
4 | Executed October 30, 2012, at San Francisco, California
5
6 | By: /s/ *Sylvie K. Kern*
7 | Sylvie K. Kern
| KAG LAW GROUP
| P.O. Box 210135
8 | San Francisco, CA 94121
| Telephone: (415) 221-5763
9 | skern@antitrustglobal.com
10 | *Counsel for Plaintiff Jeffrey Figone*

2

PROOF OF SERVICE—STIPULATION AND [PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT
MDL NO. 1917, MASTER FILE NO. 3:07-CV-05944-SC