Munger, Tolles & Olson LLP
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
LAURA K. SULLIVAN (SBN 281542)
Laura.Sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| ALL DIRECT PURCHASER ACTIONS | **NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER** |
| | Judge:  Hon. Samuel Conti |
| ALL INDIRECT PURCHASER ACTIONS | Special Master:  Hon. Charles A. Legge (Ret.) |
| *Electrograph Systems, Inc. et al.,* v. *Hitachi, Ltd. et al.* E.D.N.Y. 11-CV-831 N.D. Cal. 11-CV-1656 | |
| *John R. Stoebner, as Trustee for PBE Consumer Electronics, f/k/a Polaroid Consumer Electronics et al.,* v. *LG Electronics, Inc. et al.* N.D. Cal. 11-CV-5381-SC | |

| | |
|---|---|
| 1 | *P.C. Richard & Son Long Island Corp. et al.,* |
| 2 | *v.* |
|   | *Hitachi, Ltd. et al.* |
| 3 | E.D.N.Y. 11-CV-5530 |
| 4 | _____ |
|   | *Office Depot, Inc.,* |
|   | *v.* |
| 5 | *Hitachi, Ltd. et al.* |
|   | S.D. Fla. 11-CV-81263 |
| 6 | N.D. Cal. 11-CV-6276 |
| 7 | _____ |
|   | *CompuCom Systems, Inc.,* |
| 8 | *v.* |
|   | *Hitachi, Ltd. et al.* |
| 9 | N.D. Tex. 11-CV-3130 |
|   | N.D. Cal. 11-CV-6396 |
| 10 | |
|    | _____ |
| 11 | *Interbond Corporation of America,* |
|    | *v.* |
|    | *Hitachi, Ltd. et al.* |
| 12 | S.D. Fla. 11-CV-62437 |
| 13 | N.D. Cal. 11-CV-6275 |
|    | _____ |
| 14 | *Alfred H. Siegel, as Trustee for Circuit City Stores, Inc. Liquidating Trust,* |
| 15 | *v.* |
|    | *Hitachi, Ltd., et al.* |
| 16 | N.D. Cal. 11-CV-5502 |
|    | _____ |
| 17 | *Best Buy Co.; Inc.,* |
|    | *v.* |
| 18 | *Hitachi, Ltd., et al.* |
|    | N.D. Cal. 11-CV-5513 |
| 19 | _____ |
|    | *Schultze Agency Services on behalf of Tweeter Opco; and Tweeter Newco, LLC,* |
| 20 | *v.* |
| 21 | *Hitachi, Ltd., et al.* |
|    | E.D.N.Y. 11-CV-5529 |
| 22 | _____ |
|    | *Target Corp., et al.,* |
| 23 | *v.* |
|    | *Chunghwa Picture Tubes, Ltd. et al.* |
| 24 | N.D. Cal. 11-CV-5514 |
|    | _____ |
| 25 | *State of Florida, et al.,* |
|    | *v.* |
| 26 | *LG Electronics, Inc. et al.* |
|    | N.D. Cal. 11-CV-6205 |
| 27 | |
| 28 | |

Master File No.: CV-07-5944-SC
MDL No. 1917
19151609.1

- 2 -

NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER

1  Notice is hereby given that, subject to approval by the court, Defendants LG
2  Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.
3  (collectively, the "LGE Defendants"), substitute the law firm of Munger, Tolles & Olson LLP, as
4  the attorneys of record in place of the law firm of Arnold & Porter LLP in the above captioned
5  cases.  Contact information for new counsel is as follows:

> Munger, Tolles & Olson LLP
> HOJOON HWANG (SBN 184950)
> Hojoon.Hwang@mto.com
> WILLIAM D. TEMKO (SBN 098858)
> William.Temko@mto.com
> JONATHAN E. ALTMAN (SBN 170607)
> Jonathan.Altman@mto.com
> BETHANY W. KRISTOVICH (SBN 241891)
> Bethany.Kristovich@mto.com
> JEROME C. ROTH (SBN 159483)
> Jerome.Roth@mto.com
> LAURA K. SULLIVAN (SBN 281542)
> Laura.Sullivan@mto.com
> 560 Mission Street,  Twenty-Seventh Floor
> San Francisco, CA  94105-2907
> Telephone:    (415) 512-4000
> Facsimile:    (415) 512-4077

Accordingly, the LGE Defendants respectfully request that the following Arnold & Porter LLP attorneys' names be removed from the Court's electronic mail notice list and counsels' service lists with respect to the above captioned cases:

> SHARON D. MAYO (SBN 150469)
> Sharon.Mayo@aporter.com
>
> WILSON D. MUDGE (*Pro Hac Vice*)
> Wilson.Mudge@aporter.com
>
> DOUGLAS L. WALD (*Pro Hac Vice*)
> Douglas.Wald@aporter.com
>
> JAMES L. COOPER (*Pro Hac Vice*)
> James.Cooper@aporter.com
>
> YONGSANG KIM (*Pro Hac Vice*)
> YongSang.Kim@aporter.com
>
> ERIC D. MASON (*Pro Hac Vice*)
> Eric.Mason@aporter.com

Master File No.: CV-07-5944-SC
MDL No. 1917                                  - 3 -                    NOTICE OF SUBSTITUTION OF
19151609.1                                                             ATTORNEY; [PROPOSED] ORDER

| | |
|---|---|
| Defendant LG Electronics, Inc., consents to the above substitution. | Defendant LG Electronics, Inc. |
| DATED: October 31, 2012 | By:/s/ *Soonah Ju* <br> Soonah Ju |
| Defendant LG Electronics U.S.A., Inc. consents to the above substitution. | Defendant LG Electronics U.S.A., Inc. |
| DATED: October 31, 2012 | By:/s/ *Soonah Ju* <br> Soonah Ju |
| Defendant LG Electronics Taiwan Taipei Co., Ltd. consents to the above substitution. | Defendant LG Electronics Taiwan Taipei Co., Ltd. |
| DATED: October 31, 2012 | By:/s/ *Soonah Ju* <br> Soonah Ju |
| Arnold & Porter consents to being substituted. | Arnold & Porter LLP |
| DATED: October 31, 2012 | By:/s/ *Wilson D. Mudge* <br> Wilson D. Mudge <br> Former Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. |
| Munger, Tolles & Olson consents to the above substitution. | Munger, Tolles & Olson LLP |
| DATED: October 31, 2012 | By:/s/ *Jerome C. Roth* <br> Jerome C. Roth <br> New Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. |

**Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

Master File No.: CV-07-5944-SC
MDL No. 1917
19151609.1

- 4 -

NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER

1 | The above substitution of attorney is hereby approved and so ORDERED.

2

3 | DATED:_____ _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC
MDL No. 1917 — - 5 - — NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER
19151609.1