1  Munger, Tolles & Olson LLP
   HOJOON HWANG (SBN 184950)
2  Hojoon.Hwang@mto.com
   WILLIAM D. TEMKO (SBN 098858)
3  William.Temko@mto.com
   JONATHAN E. ALTMAN (SBN 170607)
4  Jonathan.Altman@mto.com
   BETHANY W. KRISTOVICH (SBN 241891)
5  Bethany.Kristovich@mto.com
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA  94105-2907
7  Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12
   IN RE: CATHODE RAY TUBE (CRT)              Master File No.: CV-07-5944-SC
13 ANTITRUST LITIGATION
                                             MDL No. 1917
14 _____
                                             **PROOF OF SERVICE**
15 This Document Relates to:

16 ALL ACTIONS

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California.  My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On October 31, 2012, I served upon the interested party(ies) in this action the following document(s), copies of which are attached to this Certificate:

**NOTICE OF SUBSTITUTION OF ATTORNEY; PROPOSED] ORDER**

☒   By placing ☐ the original(s) ☒ a true and correct copy(ies) with the NEF, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒   **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices.  I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒   **BY ELECTRONIC MAIL (AS INDICATED ON THE NEF)**

☐   **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐   **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission.  The transmission was reported as complete and without error.  A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference.  The telephone number of the facsimile machine I used was (213) 683-9510.  This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐   **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Service List Attached

Executed on October 31, 2012, at Los Angeles, California.

*Dolores L. Reyes*

Dolores L. Reyes

1

<u>Service List</u>

2    P. John Brady
     Shughart Thomson & Kilroy PC
3    Twelve Wyandotte Plaza
     120 W. 12th Street
4    Kansas City, MO 64105

5    Patrick Bradford Clayton
     Zelle Hofmann Voelbel & Mason LLP
6    44 Montgomery Street, Suite #3400
     San Francisco, CA 94104
7
     Patricia A. Conners
8    Attorney General's Office
     Department of Legal Affairs
9    Antitrust Section
     PL-01 The Capitol
10   Tallahassee, FL 32399-1050

11   James Cooper
     Arnold & Porter
12   555 Twelfth Street, NW
     Washington, DC  20004-1206
13
     Daniel D. Cowen, Shughart Thomson & Kilroy PC
14   [Address not listed on ECF list—Confirmed no longer at firm]

15   Nathan A. Dickson
     Jinks Crow & Dickson PC
16   219 North Prairie St.
     Union Springs , AL, 36089
17
     Issac L. Diel
18   Sharp McQueen
     6900 College Boulevard, Suite 285
19   Overland Park, KS 66211

20   Molly M. Donovan
     Dewey & LeBoeuf LLP
21   [Dewey & LeBooeuf is out of business --merged with Winston & Strawn]
     Winston & Strawn LLP
22   200 Park Avenue
     New York, NY
23
     Neal A Eisenbraun, Chartered
24   2599 Mississippi Street
     New Brighton, MN 55113
25
     David T. Emanuelson
26   Baker Botts L.L.P.
     1299 Pennsylvania Ave., NW
27   Washington, D.C. 20004-2400

28

Master File No.: CV-07-5944-SC
MDL No. 1917                              - 4 -                        PROOF OF SERVICE
19145967.1

1   John G. Emerson
    Emerson Poynter LLP
2   830 Apollo Lane
    Houston, TX 77058
3
    Lori A. Fanning
4   Miller Law LLC
    115 South LaSalle Street, Suite 2910
5   Chicago, IL 60603

6   John Gressette Felder, Jr.
    McGowan Hood Felder and Johnson
7   1405 Calhoun Street
    Columbia, SC 29201
8
    Lucia Freda
9   Weil. Gotshal & Manges LLP
    [Address Not Listed On ECF List—Confirmed No Longer At Firm]
10
    Traviss Levine Galloway
11  Zelle Hofmann Voelbel Mason & Gette
    44 Montgomery St #3400
12  San Francisco, CA 94104

13  Robert B. Gerard
    Gerard Selden & Osuch
14  1516 Front Street
    San Diego, CA 92101
15
    H. Lee Godfrey
16  Susman Godfrey LLP
    1000 Louisiana, Suite 5100
17  Houston, Texas 77002-5096

18  Martin E. Grossman
    Law Offices of Martin E. Grossman
19  2121 Green Brier Drive
    Villanova, PA 19085
20
    Richard M. Hagstrom
21  Zelle Hofmann Voelbel Mason & Gette LLP
    500 Washington Avenue South, Suite 4000
22  Minneapolis, MN 55415

23  Blake L. Harrop
    Office of the Illinois Attorney General
24  Chicago Main Office
    100 West Randolph Street
25  Chicago, IL 60601

26  Adam C. Hemlock
    Weil Gotshal & Manges LLP
27  767 Fifth Avenue
    New York, NY 10153
28

Master File No.: CV-07-5944-SC
MDL No. 1917                    - 5 -                    PROOF OF SERVICE
19145967.1

1

2  Gregory D. Hull
   Weil, Gotshal & Manges LLP
3  201 Redwood Shores Parkway
   Redwood Shores, CA 94065

4  Lynn W. Jinks
   Jinks Crow & Dickson PC
5  219 North Prairie St.
   Union Springs , AL , 36089
6
   Charles H. Johnson
7  Charles H Johnson & Associates PA
   2599 Mississippi Street
8  New Brighton, MN 55113

9  Elliot S. Kaplan
   Robins Kaplan Miller & Ciresi
10 800 LaSalle Avenue
   2800 LaSalle Plaza
11 Minneapolis, MN 55402-2015

12 Tracy R. Kirkman
   Cooper & Kirkham PC
13 357 Tehama Street
   San Francisco, CA 94103
14
   Lewis Titus LeClair
15 McKool Smith
   300 Crescent Ct #1500
16 Dallas, TX 75201

17 Marisa C. Livesay
   152 5th St.
18 Encinitas, California 92101
   San Diego, CA 92101
19
   Betsy Carol Manifold
20 Wolf Haldenstein Adler Freeman & Herz
   750 B Street, # 2770
21 San Diego, CA 92101

22 Lawrence D. McCabe
   Murray Frank & Sailer LLP
23 275 Madison Avenue
   New York, NY 10016
24
   James P. McCarthy
25 Lindquist & Vennum
   4200 IDS Center
26 80 South 8th Street
   Minneapolis, MN 55402
27

28

1    Mike McKool, Jr
     McKool Smith, P.C.
2    300 Crescent Court Ste 1500
     Dallas, TX 75201
3
     Jennifer Milici
4    Boies Schiller & Flexner LLP
     5301 Wisconsin Ave. NW
5    Washington, DC  20015

6    ChariseNaifeh
     White & Case LLP
7    701 Thirteenth Street, NW
     Washington, DC  20005-3807
8
     Krishna B. Narine
9    Schiffrin & Barroway, LLP
     Three Bala Plaza East, Suite 400
10   Bala Cynwyd, PA 19004

11   Mark Reinhardt
     Reinhardt Wendorf & Blanchfield
12   East 1000 First National Bank Building
     322 Minnesota Street
13   St. Paul, MN 55101

14   Steven A. Reiss
     Weil Gotshal & Manges LLP
15   767 Fifth Avenue
     New York, NY 10153-0119
16
     Rachele R. Rickert
17   Wolf Haldenstein Adler Freeman & Herz LLP
     750 B Street, Suite 2770
18   San Diego, California 92101

19   Jean B. Roth
     Mansfield Tanick & Cohen
20   1700 U.S. Bank Plaza South
     220 South Sixth Street
21   Minneapolis, MN 55402-4511

22   Lawrence P. Schaefer
     Mansfield Tanick & Cohen
23   1700 U.S. Bank Plaza South
     220 South Sixth Street
24   Minneapolis, MN 55402-4511

25   Roger Martin Schrimp
     Damrell Nelson Schrimp Pallios Pacher & Silva
26   1601 I Street, 5th Floor
     Modesto, CA 95354
27

28
     Master File No.: CV-07-5944-SC
     MDL No. 1917                          - 7 -                    PROOF OF SERVICE
     19145967.1

1   Austin Van Schwing
    Gibson, Dunn & Crutcher LLP
2   555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
3
    Donna F. Solen
4   Mason Law Firm-Washington
    1225 19th Street, NW, Suite 500
5   Washington, DC 20036

6   Matthew E. Van Tine
    Miller Law LLC
7   115 South LaSalle Street, Suite 2910
    Chicago, IL 60603
8
    Clinton Paul Walker
9   Damrell, Nelson, Schrimp, Pallios, Pache & Silva
    1601 "I" Street, Fifth Floor
10  Modesto, CA 95354

11  Kim Young Sang
    ARNOLD & PORTER LLP
12  555 Twelfth Street, NW
    Washington, DC 20004-1206
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC
MDL No. 1917                        - 8 -                        PROOF OF SERVICE
19145967.1