1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   David Martinez, Bar No. 193183
3  DMartinez@rkmc.com
   Elizabeth D. Le, Bar No. 216182
4  EDLe@rkmc.com
   2049 Century Park East, Suite 3400
5  Los Angeles, CA  90067-3208
   Telephone:    310-552-0130
6  Facsimile:    310-229-5800

7  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Elliot S. Kaplan, Bar No. 53624 (*pro hac vice*)
8  ESKaplan@rkmc.com
   Laura E. Nelson, Bar No. 231856
9  LENelson@rkmc.com
10 800 LaSalle Avenue
   2800 LaSalle Plaza
11 Minneapolis, MN 55402
   Telephone:    612-349-8500
12 Facsimile:    612-339-4181

13 Attorneys for Plaintiffs
   BEST BUY CO., INC.; BEST BUY PURCHASING
14 LLC; BEST BUY ENTERPRISE SERVICES, INC.;
   BEST BUY STORES, L.P.; BESTBUY.COM,
15 L.L.C.; and MAGNOLIA HI-FI, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | Individual Case No. 11-cv-05513 SC |
| BEST BUY CO., INC.; et al. | The Honorable Samuel Conti |
| Plaintiffs,<br>v. | **NOTICE OF CHANGE OF COUNSEL** |
| HITACHI, LTD, et al. | |
| Defendants. | |

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944-SC
60634771.1

NOTICE OF CHANGE OF COUNSEL

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lauren Elizabeth Wood is no longer with this firm and will no longer be representing Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc. in the above-referenced action.

Please update service lists and address all correspondence, notices, e-notices and pleadings pertaining to this matter accordingly.

Respectfully submitted,

DATED:  October 31, 2012            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/ David Martinez _____
Roman M. Silberfeld
David Martinez
Elizabeth D. Le
Laura E. Nelson

**ATTORNEYS FOR PLAINTIFFS BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; MAGNOLIA HI-FI, INC.**

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944-SC         - 2 -         NOTICE OF CHANGE OF COUNSEL
60634771.1