SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-mail:        ghalling@sheppardmullin.com
               jmcginnis@sheppardmullin.com
               mscarborough@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

[Additional Moving Parties and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Case No. CV-12-80-151 MISC | **DEFENDANTS' AND NON-PARTY SAVERI & SAVERI, INC.'S JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING SUBPOENA** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants[1] and non-party Saveri & Saveri, Inc. ("Saveri") hereby move this Court, pursuant to Rule 53 of the Federal Rules of Civil Procedure and the Court's June 16, 2008 Order Appointing Special Master ("Appointment Order"), for an Order adopting the Special Master's October 22, 2012 Report and Recommendation to grant Defendants' Motion to Quash Sharp Corporation's Subpoena Pursuant to 28 U.S.C. § 1782 ("Motion to Quash") and to deny Sharp Corporation's Motion to Compel Saveri & Saveri, Inc. to Produce Certain Documents and Deposition Transcripts ("Motion to Compel").

Pursuant to paragraph 17 of the Appointment Order, the record relevant to the Motion to Quash consists of (1) this Notice of Motion and Motion; (2) the Proposed Order Adopting the Special Master's Report and Recommendation filed concurrently with this Motion; (3) the transcript of the hearing on the Motion to Quash and the Motion to Compel held before the Special Master on September 20, 2012, attached as Exhibit A to the Declaration of Michael W. Scarborough filed concurrently with this Motion (the "Scarborough Declaration"); (4) Defendants' August 23, 2012 opening letter brief in support of the Motion to Quash, Docket No. 1327; (5) the Declaration of Tyler M. Cunningham in support of Defendants' Motion to Quash, Docket No. 1327-1; (6) the Declaration of Deok-Gu Lee in support of Defendants' Motion to Quash, Docket No. 1327-2; (7) Sharp's September 5, 2012 letter brief in opposition to the Motion to Quash, Docket No. 1338; (8) the Declaration of Keum-Seok Oh in support of Sharp's opposition, Docket No. 1339; (9) Defendants' September 17, 2012 reply letter brief in support of the Motion to Quash, Docket No. 1354; (10) the Declaration of Hae Eun Choi in support of the Motion to Quash, Docket No. 1354-1; and (11) the Special Master's Report and Recommendation to grant Defendants' Motion to Quash, Docket No. 1415.

The record relevant to the Motion to Compel consists of (1) this Notice of Motion and Motion; (2) the Proposed Order Adopting the Special Master's Report and Recommendation

---

[1] As used herein, "Defendants" refers to the undersigned defendants joining in this motion.

-2-

filed concurrently with this Motion; (3) the Scarborough Declaration; (4) Sharp's September 5, 2012 letter brief in support of the Motion to Compel, Docket No. 1340; (5) Saveri's September 15, 2012 letter brief in opposition to the Motion to Compel, Docket No. 1353; (6) the Declaration of R. Alexander Saveri in support of the opposition, Docket No. 1353-1; and (7) the Special Master's Report and Recommendation to deny Sharp's Motion to Compel, Docket No. 1415.

Sharp's subpoena to Saveri sought production of all discovery materials generated in this U.S. litigation – a record consisting of more than five million pages of documents and at least 18 deposition transcripts – for use in a lawsuit that Sharp filed in Korea.  The Court approved initial service of the subpoena based on Sharp's *ex parte* application pursuant to 28 U.S.C. § 1782.  All sides acknowledged, however, that the separate, substantive decision to actually authorize or deny discovery under Section 1782 is wholly subject to the Court's discretion.

The Special Master heard oral argument regarding both Defendants' Motion to Quash and Sharp's Motion to Compel on September 20, 2012.  On October 22, 2012, the Special Master issued his Report and Recommendation, conducting a well-reasoned analysis of the relevant case and statutory law, including extensive discussion of the four factors set forth by the U.S. Supreme Court in *Intel Corporation v. Advanced Microdevices, Inc.*, 542 U.S. 241 (2004), the leading case guiding district courts' exercise of discretion under Section 1782.  The Special Master concluded that all four *Intel* factors weighed against enforcement of Sharp's subpoena.  First, the Special Master found that although Sharp's subpoena seeks documents and information regarding defendants, including certain defendants in the Korean action subject to Korean discovery procedures, Sharp has failed to even attempt to use Korean discovery procedures to obtain the requested information.  Second, the Special Master found that Korean policy indicates that the Korean court would not be receptive to the introduction of the requested discovery in the Korean litigation, and that Sharp had failed to demonstrate otherwise.  Third, the Special Master found that Sharp's subpoena was an attempt to circumvent restrictions that Korean courts place on the discovery process.  Fourth, the Special Master found that Sharp's subpoena would impose a substantial and unfair burden on Saveri, the Defendants, and all parties in the Korean litigation.

Finally, the Special Master found that Sharp's subpoena would risk public disclosure of the parties' confidential documents and information.

Accordingly, for the reasons set forth in the Special Master's Report and Recommendation; Defendants' Motion to Quash and supporting papers; and Saveri's opposition to Sharp's Motion to Compel, the Special Master's Report and Recommendation should be adopted by the Court in its entirety.

Respectfully Submitted,

Dated:  October 31, 2012

By:   /s/ Michael W. Scarborough
GARY L. HALLING (66087)
Email: ghalling@sheppardmullin.com
JAMES L. McGINNIS (95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415)-434-9100
Facsimile: (415)-434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd*

By:   /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
E-mail: JKessler@winston.com
A. PAUL VICTOR (pro hac vice)
E-mail: PVictor@winston.com
EVA COLE (pro hac vice)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN
E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

STEVEN A. REISS (pro hac vice)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
E-mail: david.yohai@weil.com

-3-

ADAM C. HEMLOCK (pro hac vice)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

By:   */s/ Jon V. Swenson*
Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: david.emanuelson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

By:   */s/ Kent M. Roger*
KENT M. ROGER (95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)

-4-

E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*


By:  */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
hojoon.hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street
San Francisco, California  94105
Telephone:  (415) 512-4009
Facsimile:  (415) 644-6909

*Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*


By:  */s/ Ian Simmons*
IAN SIMMONS (pro hac vice)
E-mail: isimmons@omm.com
BEN BRADSHAW (189925)
E-mail: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*


By:  */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600

-5-

Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

By:  */s/ Terry Calvani*
TERRY CALVANI (53260)
E-mail:  terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
E-mail:  bruce.mcculloch@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
Telephone: (202) 777-4500
Facsimile:  (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

By:  */s/ R. Alexander Saveri*
GUIDO SAVERI (22349)
E-mail:  guido@saveri.com
R. ALEXANDER SAVERI (173102)
E-mail:  rick@saveri.com
GEOFFREY C. RUSHING (126910)
E-mail:  grushing@saveri.com
CADIO ZIRPOLI (179108)
E-mail:  cadio@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

The filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.