UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER ADOPTING SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING SUBPOENA** |
| This Document Relates to:<br><br>IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Case No. CV-12-80-151 MISC | |

-1-

Defendants' Motion to Quash Sharp Corporation's Subpoena Pursuant to 28 U.S.C. § 1782 ("Motion to Quash") and to deny Sharp Corporation's Motion to Compel Saveri & Saveri, Inc. to Produce Certain Documents and Deposition Transcripts ("Motion to Compel") came on for hearing before the Special Master on September 20, 2012.  The Special Master issued his Report and Recommendation to grant Defendants' Motion to Quash and to deny Sharp's Motion to Compel on October 22, 2012 (the "Special Master's Recommendation").  Defendants and Saveri have timely filed a Motion to Adopt the Special Master's Recommendation pursuant to paragraph 16 of this Court's June 16, 2008 Order Appointing Special Master, and, pursuant to paragraph 17 of that Order, have provided the Court with the relevant record for consideration of the Special Master's Recommendation.

After full consideration of the Special Master's Recommendation, the points and authorities submitted by the parties, the Court's file in this matter, and the transcript of the parties' oral argument before the Special Master, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. Defendants' Motion to Quash is hereby GRANTED;
2. Sharp's Motion to Compel is hereby DENIED;
3. The Special Master's Recommendation is ADOPTED in its entirety.

**IT IS SO ORDERED.**

DATED: _____        _____

HON. SAMUEL CONTI

UNITED STATES DISTRICT JUDGE