1  Munger, Tolles & Olson LLP
   HOJOON HWANG (SBN 184950)
2  Hojoon.Hwang@mto.com
   WILLIAM D. TEMKO (SBN 098858)
3  William.Temko@mto.com
   JONATHAN E. ALTMAN (SBN 170607)
4  Jonathan.Altman@mto.com
   BETHANY W. KRISTOVICH (SBN 241891)
5  Bethany.Kristovich@mto.com
   JEROME C. ROTH (SBN 159483)
6  Jerome.Roth@mto.com
   LAURA K. SULLIVAN (SBN 281542)
7  Laura.Sullivan@mto.com
   MUNGER, TOLLES & OLSON LLP
8  560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA  94105-2907
9  Telephone:  (415) 512-4000
   Facsimile:  (415) 512-4077

10

11 Attorneys for Defendants LG Electronics, Inc., LG
   Electronics U.S.A., Inc., and LG Electronics Taiwan
   Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **AMENDED NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER** |
| ALL DIRECT PURCHASER ACTIONS | |
| | Judge:  Hon. Samuel Conti |
| ALL INDIRECT PURCHASER ACTIONS | Special Master:  Hon. Charles A. Legge (Ret.) |
| *Electrograph Systems, Inc. et al.,* v. *Hitachi, Ltd. et al.* E.D.N.Y. 11-CV-831 N.D. Cal. 11-CV-1656 | |
| *John R. Stoebner, as Trustee for PBE Consumer Electronics, f/k/a Polaroid Consumer Electronics et al.,* v. *LG Electronics, Inc. et al.* N.D. Cal. 11-CV-5381-SC | |

Master File No.: CV-07-5944-SC
MDL No. 1917
19151609.1

| | |
|---|---|
| 1 | *P.C. Richard & Son Long Island Corp. et al.*, |
| 2 | *v.* |
| 3 | *Hitachi, Ltd. et al.* <br> E.D.N.Y. 11-CV-5530 |
| 4 | _____ <br> *Office Depot, Inc.*, |
| 5 | *v.* <br> *Hitachi, Ltd. et al.* <br> S.D. Fla. 11-CV-81263 |
| 6 | N.D. Cal. 11-CV-6276 |
| 7 | _____ <br> *CompuCom Systems, Inc.*, |
| 8 | *v.* <br> *Hitachi, Ltd. et al.* |
| 9 | N.D. Tex. 11-CV-3130 <br> N.D. Cal. 11-CV-6396 |
| 10 | _____ |
| 11 | *Interbond Corporation of America*, <br> *v.* <br> *Hitachi, Ltd. et al.* |
| 12 | S.D. Fla. 11-CV-62437 |
| 13 | N.D. Cal. 11-CV-6275 |
| 14 | _____ <br> *Alfred H. Siegel, as Trustee for Circuit City Stores, Inc. Liquidating Trust*, |
| 15 | *v.* <br> *Hitachi, Ltd., et al.* |
| 16 | N.D. Cal. 11-CV-5502 |
| 17 | _____ <br> *Best Buy Co.; Inc.*, |
| 18 | *v.* <br> *Hitachi, Ltd., et al.* <br> N.D. Cal. 11-CV-5513 |
| 19 | _____ |
| 20 | *Schultze Agency Services on behalf of Tweeter Opco; and Tweeter Newco, LLC*, <br> *v.* |
| 21 | *Hitachi, Ltd., et al.* <br> E.D.N.Y. 11-CV-5529 |
| 22 | _____ <br> *Target Corp., et al.*, |
| 23 | *v.* <br> *Chunghwa Picture Tubes, Ltd. et al.* |
| 24 | N.D. Cal. 11-CV-5514 |
| 25 | _____ <br> *State of Florida, et al.*, <br> *v.* |
| 26 | *LG Electronics, Inc. et al.* <br> N.D. Cal. 11-CV-6205 |
| 27 | |
| 28 | |

Master File No.: CV-07-5944-SC
MDL No. 1917
19151609.1

- 2 -

AMENDED NOTICE OF SUBSTITUTION
OF ATTORNEY; [PROPOSED] ORDER

1    Notice is hereby given that, subject to approval by the court, Defendants LG

2  Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

3  (collectively, the "LGE Defendants"), substitute the law firm of Munger, Tolles & Olson LLP, as

4  the attorneys of record in place of the law firm of Arnold & Porter LLP in the above captioned

5  cases.  Contact information for new counsel is as follows:

6
>     Munger, Tolles & Olson LLP
>     HOJOON HWANG (SBN 184950)
>     Hojoon.Hwang@mto.com
>     WILLIAM D. TEMKO (SBN 098858)
>     William.Temko@mto.com
>     JONATHAN E. ALTMAN (SBN 170607)
>     Jonathan.Altman@mto.com
>     BETHANY W. KRISTOVICH (SBN 241891)
>     Bethany.Kristovich@mto.com
>     JEROME C. ROTH (SBN 159483)
>     Jerome.Roth@mto.com
>     LAURA K. SULLIVAN (SBN 281542)
>     Laura.Sullivan@mto.com
>     560 Mission Street,  Twenty-Seventh Floor
>     San Francisco, CA  94105-2907
>     Telephone:    (415) 512-4000
>     Facsimile:     (415) 512-4077

15

16    Accordingly, the LGE Defendants respectfully request that the following Arnold &

17  Porter LLP attorneys' names be removed from the Court's electronic mail notice list and

18  counsels' service lists with respect to the above captioned cases:

>     SHARON D. MAYO (SBN 150469)
>     Sharon.Mayo@aporter.com
>
>     WILSON D. MUDGE (*Pro Hac Vice*)
>     Wilson.Mudge@aporter.com
>
>     DOUGLAS L. WALD (*Pro Hac Vice*)
>     Douglas.Wald@aporter.com
>
>     JAMES L. COOPER (*Pro Hac Vice*)
>     James.Cooper@aporter.com
>
>     YONGSANG KIM (*Pro Hac Vice*)
>     YongSang.Kim@aporter.com
>
>     ERIC D. MASON (*Pro Hac Vice*)
>     Eric.Mason@aporter.com

Master File No.: CV-07-5944-SC
MDL No. 1917                                              - 3 -            AMENDED NOTICE OF SUBSTITUTION
19151609.1                                                                      OF ATTORNEY; [PROPOSED] ORDER

| | |
|---|---|
| Defendant LG Electronics, Inc., consents to the above substitution. | Defendant LG Electronics, Inc. |
| DATED: October 31, 2012 | By: /s/ *Soonah Ju* <br> Soonah Ju |
| Defendant LG Electronics U.S.A., Inc. consents to the above substitution. | Defendant LG Electronics U.S.A., Inc. |
| DATED: October 31, 2012 | By: /s/ *Soonah Ju* <br> Soonah Ju |
| Defendant LG Electronics Taiwan Taipei Co., Ltd. consents to the above substitution. | Defendant LG Electronics Taiwan Taipei Co., Ltd. |
| DATED: October 31, 2012 | By: /s/ *Soonah Ju* <br> Soonah Ju |
| Arnold & Porter consents to being substituted. | Arnold & Porter LLP |
| DATED: October 31, 2012 | By: /s/ *Wilson D. Mudge* <br> Wilson D. Mudge <br> Former Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. |

| | |
|---|---|
| Munger, Tolles & Olson consents to the above substitution. | Munger, Tolles & Olson LLP |

DATED: November 1, 2012

By:/s/ *Hojoon Hwang*
Hojoon Hwang
New Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

**Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

**[PROPOSED] ORDER**

The above substitution of attorney is hereby approved and so ORDERED.

DATED:_____                    _____
                                                HONORABLE SAMUEL CONTI
                                                UNITED STATES DISTRICT COURT JUDGE