1    Munger, Tolles & Olson LLP
     HOJOON HWANG (SBN 184950)
2    Hojoon.Hwang@mto.com
     WILLIAM D. TEMKO (SBN 098858)
3    William.Temko@mto.com
     JONATHAN E. ALTMAN (SBN 170607)
4    Jonathan.Altman@mto.com
     BETHANY W. KRISTOVICH (SBN 241891)
5    Bethany.Kristovich@mto.com
     MUNGER, TOLLES & OLSON LLP
6    560 Mission Street, Twenty-Seventh Floor
     San Francisco, CA  94105-2907
7    Telephone:  (415) 512-4000
     Facsimile:   (415) 512-4077

8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12
     IN RE: CATHODE RAY TUBE (CRT)         Master File No.: CV-07-5944-SC
13   ANTITRUST LITIGATION
                                           MDL No. 1917
14   _____
                                           **PROOF OF SERVICE**
15   This Document Relates to:

16   ALL ACTIONS

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California.  My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

On November 1, 2012, I served upon the interested party(ies) in this action the following document(s), copies of which are attached to this Certificate:

**AMENDED NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) with the NEF, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices.  I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON THE NEF)**

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission.  The transmission was reported as complete and without error.  A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference.  The telephone number of the facsimile machine I used was (213) 683-9510.  This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Master File No.: CV-07-5944-SC
MDL No. 1917
19145967.1

PROOF OF SERVICE

Service List Attached

Executed on November 1, 2012, at Los Angeles, California.

_____
Dolores L. Reyes

1

<u>**Service List**</u>

2
3
4

P. John Brady
Shughart Thomson & Kilroy PC
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105

5
6
7

Patrick Bradford Clayton
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite #3400
San Francisco, CA 94104

8
9
10

Patricia A. Conners
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

11
12
13

James Cooper
Arnold & Porter
555 Twelfth Street, NW
Washington, DC  20004-1206

14

Daniel D. Cowen, Shughart Thomson & Kilroy PC
[Address not listed on ECF list—Confirmed no longer at firm]

15
16
17

Nathan A. Dickson
Jinks Crow & Dickson PC
219 North Prairie St.
Union Springs , AL, 36089

18
19

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

20
21
22
23

Molly M. Donovan
Dewey & LeBoeuf LLP
[Dewey & LeBooeuf is out of business --merged with Winston & Strawn]
Winston & Strawn LLP
200 Park Avenue
New York, NY

24
25

Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

26
27

David T. Emanuelson
Baker Botts L.L.P.
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

28

Master File No.: CV-07-5944-SC
MDL No. 1917                          - 4 -                          PROOF OF SERVICE
19145967.1

1  John G. Emerson
   Emerson Poynter LLP
2  830 Apollo Lane
   Houston, TX 77058
3
   Lori A. Fanning
4  Miller Law LLC
   115 South LaSalle Street, Suite 2910
5  Chicago, IL 60603

6  John Gressette Felder, Jr.
   McGowan Hood Felder and Johnson
7  1405 Calhoun Street
   Columbia, SC 29201
8
   Lucia Freda
9  Weil. Gotshal & Manges LLP
   [Address Not Listed On ECF List—Confirmed No Longer At Firm]
10
   Traviss Levine Galloway
11 Zelle Hofmann Voelbel Mason & Gette
   44 Montgomery St #3400
12 San Francisco, CA 94104

13 Robert B. Gerard
   Gerard Selden & Osuch
14 1516 Front Street
   San Diego, CA 92101
15
   H. Lee Godfrey
16 Susman Godfrey LLP
   1000 Louisiana, Suite 5100
17 Houston, Texas 77002-5096

18 Martin E. Grossman
   Law Offices of Martin E. Grossman
19 2121 Green Brier Drive
   Villanova, PA 19085
20
   Richard M. Hagstrom
21 Zelle Hofmann Voelbel Mason & Gette LLP
   500 Washington Avenue South, Suite 4000
22 Minneapolis, MN 55415

23 Blake L. Harrop
   Office of the Illinois Attorney General
24 Chicago Main Office
   100 West Randolph Street
25 Chicago, IL 60601

26 Adam C. Hemlock
   Weil Gotshal & Manges LLP
27 767 Fifth Avenue
   New York, NY 10153
28

Master File No.: CV-07-5944-SC
MDL No. 1917                    - 5 -                    PROOF OF SERVICE
19145967.1

1

2    Gregory D. Hull
    Weil, Gotshal & Manges LLP
3    201 Redwood Shores Parkway
    Redwood Shores, CA 94065

4    Lynn W. Jinks
    Jinks Crow & Dickson PC
5    219 North Prairie St.
    Union Springs , AL , 36089
6

7    Charles H. Johnson
    Charles H Johnson & Associates PA
    2599 Mississippi Street
8    New Brighton, MN 55113

9    Elliot S. Kaplan
    Robins Kaplan Miller & Ciresi
10    800 LaSalle Avenue
    2800 LaSalle Plaza
11    Minneapolis, MN 55402-2015

12    Tracy R. Kirkman
    Cooper & Kirkham PC
13    357 Tehama Street
    San Francisco, CA 94103
14

15    Lewis Titus LeClair
    McKool Smith
    300 Crescent Ct #1500
16    Dallas, TX 75201

17    Marisa C. Livesay
    152 5th St.
18    Encinitas, California 92101
    San Diego, CA 92101
19

20    Betsy Carol Manifold
    Wolf Haldenstein Adler Freeman & Herz
    750 B Street, # 2770
21    San Diego, CA 92101

22    Lawrence D. McCabe
    Murray Frank & Sailer LLP
23    275 Madison Avenue
    New York, NY 10016
24

25    James P. McCarthy
    Lindquist & Vennum
    4200 IDS Center
26    80 South 8th Street
    Minneapolis, MN 55402

27

28

Master File No.: CV-07-5944-SC
MDL No. 1917          - 6 -          PROOF OF SERVICE
19145967.1

1   Mike McKool, Jr
    McKool Smith, P.C.
2   300 Crescent Court Ste 1500
    Dallas, TX 75201
3
    Jennifer Milici
4   Boies Schiller & Flexner LLP
    5301 Wisconsin Ave. NW
5   Washington, DC  20015

6   ChariseNaifeh
    White & Case LLP
7   701 Thirteenth Street, NW
    Washington, DC  20005-3807
8
    Krishna B. Narine
9   Schiffrin & Barroway, LLP
    Three Bala Plaza East, Suite 400
10  Bala Cynwyd, PA 19004

11  Mark Reinhardt
    Reinhardt Wendorf & Blanchfield
12  East 1000 First National Bank Building
    322 Minnesota Street
13  St. Paul, MN 55101

14  Steven A. Reiss
    Weil Gotshal & Manges LLP
15  767 Fifth Avenue
    New York, NY 10153-0119
16
    Rachele R. Rickert
17  Wolf Haldenstein Adler Freeman & Herz LLP
    750 B Street, Suite 2770
18  San Diego, California 92101

19  Jean B. Roth
    Mansfield Tanick & Cohen
20  1700 U.S. Bank Plaza South
    220 South Sixth Street
21  Minneapolis, MN 55402-4511

22  Lawrence P. Schaefer
    Mansfield Tanick & Cohen
23  1700 U.S. Bank Plaza South
    220 South Sixth Street
24  Minneapolis, MN 55402-4511

25  Roger Martin Schrimp
    Damrell Nelson Schrimp Pallios Pacher & Silva
26  1601 I Street, 5th Floor
    Modesto, CA 95354
27

28

Master File No.: CV-07-5944-SC
MDL No. 1917                              - 7 -                    PROOF OF SERVICE
19145967.1

Austin Van Schwing
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Clinton Paul Walker
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street, Fifth Floor
Modesto, CA 95354

Kim Young Sang
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Master File No.: CV-07-5944-SC
MDL No. 1917                          - 8 -                          PROOF OF SERVICE
19145967.1