MARIO N. ALIOTO, ESQ. (SBN 56433)
LAUREN C. RUSSELL, ESQ. (SBN 241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

ALL INDIRECT-PURCHASER ACTIONS

Master File No. 3:07-cv-5944 SC

MDL No. 1917

**STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Judge: Honorable Samuel Conti
Special Master: Hon. Charles A. Legge (Ret.)

WHEREAS, a motion by Indirect Purchaser Plaintiffs ("IP Plaintiffs") for leave to amend their proposed Fourth Amended Complaint ("Complaint") to add named defendants is pending in this litigation (the "Action");

WHEREAS, Intervenor Thomson Consumer Electronics, Inc. and Specially Appearing Thomson S.A. (collectively, "Thomson") have opposed the motion; and

WHEREAS, counsel for IP Plaintiffs and Thomson have conferred and reached a resolution that counsel believe is in the best interest of the respective parties that is set forth in an agreement that they have executed.

Pursuant to that agreement, IT IS HEREBY STIPULATED:

1. Upon entry of this Stipulation and Order, IP Plaintiffs withdraw their motion to amend the Complaint to name Thomson as a defendant (Dkt. No. 1325), and will not seek to add Thomson as a defendant in this Action.

2. IP Plaintiffs may amend their Complaint to name Thomson and Videocon Industries, Ltd., as non-party co-conspirators. The amendment shall be without prejudice to: (a) Thomson's rights, including that nothing adjudicated in the Action will be argued to be res judicata or collateral estoppel of any claims or issues with respect to Thomson in the event of any subsequent litigation with Thomson and no determination made in this Action will be binding on Thomson; and (b) IP Plaintiffs' right to file a separate class action against Thomson at a later date asserting similar claims as those contained in the Complaint.

Dated: October 30, 2012

By: */s/ Mario N. Alioto*

Mario N. Alioto (SBN 56433)
Lauren C. Russell (SBN 241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

Case3:07-cv-05944-SC Document1423 Filed10/30/12 Page3 of 4

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

By: */s/ Robert A. Sacks*
Robert A. Sacks
**SULLIVAN & CROMWELL LLP**
1888 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
E-mail: sacksr@sullcrom.com

Laura Kabler Oswell (SBN 241281)
**SULLIVAN & CROMWELL LLP**
1870 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 461-5600
Facsimile: (650) 461-5700
E-mail: oswell@sullcrom.com

*Attorneys for Intervenor Thomson Consumer Electronics, Inc. and Specially Appearing Thomson S.A.*

Pursuant to General Order Section X-B, the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: October 30, 2012 /s/ Mario N. Alioto

2

STIPULATION AND [PROPOSED] ORDER REGARDING INDIRECT-PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT
MDL NO. 1917-- CASE NO.: 3:07-cv-5944 SC

Case3:07-cv-05944-SC Document1423 Filed10/30/12 Page4 of 4

**IT IS SO RECOMMENDED.**

DATED: November 1, 2012

Hon. Charles A. Legge
Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

DATED: November __, 2012

Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER REGARDING INDIRECT-PURCHASER PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT
MDL NO. 1917-- CASE NO.: 3:07-cv-5944 SC