1 | Munger, Tolles & Olson LLP
HOJOON HWANG (SBN 184950)
2 | Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
3 | William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
4 | Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
5 | Bethany.Kristovich@mto.com
JEROME C. ROTH (SBN 159483)
6 | Jerome.Roth@mto.com
LAURA K. SULLIVAN (SBN 281542)
7 | Laura.Sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
8 | 560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
9 | Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

10

Attorneys for Defendants LG Electronics, Inc., LG
11 | Electronics U.S.A., Inc., and LG Electronics Taiwan
Taipei Co., Ltd.

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

SAN FRANCISCO DIVISION

15

16

| IN RE: CATHODE RAY TUBE (CRT) | Master File No.: CV-07-5944-SC |
17 | ANTITRUST LITIGATION | |
| | MDL No. 1917 |
18 | This Document Relates to All Actions | |
| | **SECOND AMENDED NOTICE OF** |
19 | | **SUBSTITUTION OF ATTORNEY;** |
| | **[PROPOSED] ORDER** |
20 | | |
| | Judge:  Hon. Samuel Conti |
21 | | |
| | Special Master:  Hon. Charles A. Legge (Ret.) |
22 | | |

23

_____
24

25

26

Notice is hereby given that, subject to approval by the court, Defendants LG
27

Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.
28

| Master File No.: CV-07-5944-SC | SECOND AMENDED NOTICE OF |
| MDL No. 1917 | SUBSTITUTION OF ATTORNEY; |
| 19151609.2 | [PROPOSED] ORDER |

1    (collectively, the "LGE Defendants"), substitute the law firm of Munger, Tolles & Olson LLP, as

2    the attorneys of record in place of the law firm of Arnold & Porter LLP in all cases in which one

3    or more of LGE Defendants are parties in MDL No. 1917.  Contact information for new counsel

4    is as follows:

5                                Munger, Tolles & Olson LLP
                                 HOJOON HWANG (SBN 184950)
6                                Hojoon.Hwang@mto.com
                                 WILLIAM D. TEMKO (SBN 098858)
7                                William.Temko@mto.com
                                 JONATHAN E. ALTMAN (SBN 170607)
8                                Jonathan.Altman@mto.com
                                 BETHANY W. KRISTOVICH (SBN 241891)
9                                Bethany.Kristovich@mto.com
                                 JEROME C. ROTH (SBN 159483)
10                               Jerome.Roth@mto.com
                                 LAURA K. SULLIVAN (SBN 281542)
11                               Laura.Sullivan@mto.com
                                 560 Mission Street,  Twenty-Seventh Floor
12                               San Francisco, CA  94105-2907
                                 Telephone:   (415) 512-4000
13                               Facsimile:    (415) 512-4077

14

15           Accordingly, the LGE Defendants respectfully request that the following Arnold &

16   Porter LLP attorneys' names be removed from the Court's electronic mail notice list and

17   counsels' service lists with respect to the above captioned cases:

18                               SHARON D. MAYO (SBN 150469)
                                 Sharon.Mayo@aporter.com
19
                                 WILSON D. MUDGE (*Pro Hac Vice*)
20                               Wilson.Mudge@aporter.com

21                               DOUGLAS L. WALD (*Pro Hac Vice*)
22                               Douglas.Wald@aporter.com

23                               JAMES L. COOPER (*Pro Hac Vice*)
                                 James.Cooper@aporter.com
24
                                 YONGSANG KIM (*Pro Hac Vice*)
25                               YongSang.Kim@aporter.com

26                               ERIC D. MASON (*Pro Hac Vice*)
27                               Eric.Mason@aporter.com

28

1    Defendant LG Electronics, Inc., consents to the    Defendant LG Electronics, Inc.
     above substitution.

2
     DATED: November 1, 2012
3
                                                         By:
4                                                            Soonah Ju

5    Defendant LG Electronics U.S.A., Inc.               Defendant LG Electronics U.S.A., Inc.
     consents to the above substitution.
6
     DATED: November 1, 2012
7
                                                         By:
8                                                            Soonah Ju

9    Defendant LG Electronics Taiwan Taipei Co.,         Defendant LG Electronics Taiwan Taipei Co.,
     Ltd. consents to the above substitution.            Ltd.
10
     DATED: November 1, 2012
11
                                                         By:
12                                                           Soonah Ju

13

14   Arnold & Porter consents to being substituted.     Arnold & Porter LLP

     DATED: November 1, 2012
15

16
                                                         By:
17                                                           Wilson D. Mudge
                                                             Former Attorneys for Defendants LG
18                                                           Electronics, Inc., LG Electronics U.S.A.,
                                                             Inc., and LG Electronics Taiwan Taipei
19                                                           Co., Ltd.

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC                                     SECOND AMENDED NOTICE OF
MDL No. 1917                              - 3 -                    SUBSTITUTION OF ATTORNEY;
19151609.2                                                              [PROPOSED] ORDER

1

2   Munger, Tolles & Olson consents to the above   Munger, Tolles & Olson LLP
    substitution.

3   DATED: November 1, 2012

4                                                   By:/s/ *Hojoon Hwang*
                                                       Hojoon Hwang
5                                                      New Attorneys for Defendants LG
                                                       Electronics, Inc., LG Electronics U.S.A.,
6                                                      Inc., and LG Electronics Taiwan Taipei
                                                       Co., Ltd.
7

8        **Attestation:**  The filer of this document attests that the concurrence of the other

9   signatories thereto has been obtained.

10

11

12                              **[PROPOSED] ORDER**

13       The proposed substitution of the law firm of Munger, Tolles & Olson LLP as the attorneys

14  of record for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics

15  Taiwan Taipei Co., Ltd. in MDL No. 1917, in place of the law firm of Arnold & Porter LLP, is

16  hereby approved.

17       SO ORDERED.

18

19  DATED:_____   _____
                                           HONORABLE SAMUEL CONTI
20                                         UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC                        SECOND AMENDED NOTICE OF
MDL No. 1917                          - 4 -           SUBSTITUTION OF ATTORNEY;
19151609.2                                            [PROPOSED] ORDER