1  Munger, Tolles & Olson LLP
   HOJOON HWANG (SBN 184950)
2  Hojoon.Hwang@mto.com
   WILLIAM D. TEMKO (SBN 098858)
3  William.Temko@mto.com
   JONATHAN E. ALTMAN (SBN 170607)
4  Jonathan.Altman@mto.com
   BETHANY W. KRISTOVICH (SBN 241891)
5  Bethany.Kristovich@mto.com
   MUNGER, TOLLES & OLSON LLP
6  560 Mission Street, Twenty-Seventh Floor
   San Francisco, CA  94105-2907
7  Telephone:  (415) 512-4000
   Facsimile:   (415) 512-4077
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   IN RE: CATHODE RAY TUBE (CRT)          Master File No.: CV-07-5944-SC
13 ANTITRUST LITIGATION
                                          MDL No. 1917
14 _____
                                          **PROOF OF SERVICE**
15 This Document Relates to:

16 ALL ACTIONS

17

18

19

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC
MDL No. 1917                                                    PROOF OF SERVICE
19145967.1

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

On November 2, 2012, I served upon the interested party(ies) in this action the following document(s), copies of which are attached to this Certificate:

**SECOND AMENDED NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) with the NEF, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON THE NEF)**

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

1 | Service List Attached

2 | Executed on November 2, 2012, at Los Angeles, California.

_____
Dolores L. Reyes

| | |
|---|---|
| 1 | **Service List** |
| 2 | P. John Brady |
|   | Shughart Thomson & Kilroy PC |
| 3 | Twelve Wyandotte Plaza |
|   | 120 W. 12th Street |
| 4 | Kansas City, MO 64105 |
| 5 | Patrick Bradford Clayton |
|   | Zelle Hofmann Voelbel & Mason LLP |
| 6 | 44 Montgomery Street, Suite #3400 |
|   | San Francisco, CA 94104 |
| 7 | |
|   | Patricia A. Conners |
| 8 | Attorney General's Office |
|   | Department of Legal Affairs |
| 9 | Antitrust Section |
|   | PL-01 The Capitol |
| 10 | Tallahassee, FL 32399-1050 |
| 11 | James Cooper |
|   | Arnold & Porter |
| 12 | 555 Twelfth Street, NW |
|   | Washington, DC  20004-1206 |
| 13 | |
|   | Daniel D. Cowen, Shughart Thomson & Kilroy PC |
| 14 | [Address not listed on ECF list—Confirmed no longer at firm] |
| 15 | Nathan A. Dickson |
|   | Jinks Crow & Dickson PC |
| 16 | 219 North Prairie St. |
|   | Union Springs , AL, 36089 |
| 17 | |
|   | Issac L. Diel |
| 18 | Sharp McQueen |
|   | 6900 College Boulevard, Suite 285 |
| 19 | Overland Park, KS 66211 |
| 20 | Molly M. Donovan |
|   | Dewey & LeBoeuf LLP |
| 21 | [Dewey & LeBooeuf is out of business --merged with Winston & Strawn] |
|   | Winston & Strawn LLP |
| 22 | 200 Park Avenue |
|   | New York, NY |
| 23 | |
|   | Neal A Eisenbraun, Chartered |
| 24 | 2599 Mississippi Street |
|   | New Brighton, MN 55113 |
| 25 | |
|   | David T. Emanuelson |
| 26 | Baker Botts L.L.P. |
|   | 1299 Pennsylvania Ave., NW |
| 27 | Washington, D.C. 20004-2400 |
| 28 | |

Master File No.: CV-07-5944-SC
MDL No. 1917                                         - 4 -                                PROOF OF SERVICE
19145967.1

| | |
|---|---|
| 1 | John G. Emerson |
| | Emerson Poynter LLP |
| 2 | 830 Apollo Lane |
| | Houston, TX 77058 |
| 3 | |
| | Lori A. Fanning |
| 4 | Miller Law LLC |
| | 115 South LaSalle Street, Suite 2910 |
| 5 | Chicago, IL 60603 |
| | |
| 6 | John Gressette Felder, Jr. |
| | McGowan Hood Felder and Johnson |
| 7 | 1405 Calhoun Street |
| | Columbia, SC 29201 |
| 8 | |
| | Lucia Freda |
| 9 | Weil. Gotshal & Manges LLP |
| | [Address Not Listed On ECF List—Confirmed No Longer At Firm] |
| 10 | |
| | Traviss Levine Galloway |
| 11 | Zelle Hofmann Voelbel Mason & Gette |
| | 44 Montgomery St #3400 |
| 12 | San Francisco, CA 94104 |
| | |
| 13 | Robert B. Gerard |
| | Gerard Selden & Osuch |
| 14 | 1516 Front Street |
| | San Diego, CA 92101 |
| 15 | |
| | H. Lee Godfrey |
| 16 | Susman Godfrey LLP |
| | 1000 Louisiana, Suite 5100 |
| 17 | Houston, Texas 77002-5096 |
| | |
| 18 | Martin E. Grossman |
| | Law Offices of Martin E. Grossman |
| 19 | 2121 Green Brier Drive |
| | Villanova, PA 19085 |
| 20 | |
| | Richard M. Hagstrom |
| 21 | Zelle Hofmann Voelbel Mason & Gette LLP |
| | 500 Washington Avenue South, Suite 4000 |
| 22 | Minneapolis, MN 55415 |
| | |
| 23 | Blake L. Harrop |
| | Office of the Illinois Attorney General |
| 24 | Chicago Main Office |
| | 100 West Randolph Street |
| 25 | Chicago, IL 60601 |
| | |
| 26 | Adam C. Hemlock |
| | Weil Gotshal & Manges LLP |
| 27 | 767 Fifth Avenue |
| | New York, NY 10153 |
| 28 | |

Master File No.: CV-07-5944-SC
MDL No. 1917                                          - 5 -                                          PROOF OF SERVICE
19145967.1

| | |
|---|---|
| 1 | |
| 2 | Gregory D. Hull<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway |
| 3 | Redwood Shores, CA 94065 |
| 4 | Lynn W. Jinks<br>Jinks Crow & Dickson PC |
| 5 | 219 North Prairie St.<br>Union Springs , AL , 36089 |
| 6 | |
| 7 | Charles H. Johnson<br>Charles H Johnson & Associates PA<br>2599 Mississippi Street |
| 8 | New Brighton, MN 55113 |
| 9 | Elliot S. Kaplan<br>Robins Kaplan Miller & Ciresi |
| 10 | 800 LaSalle Avenue<br>2800 LaSalle Plaza |
| 11 | Minneapolis, MN 55402-2015 |
| 12 | Tracy R. Kirkman<br>Cooper & Kirkham PC |
| 13 | 357 Tehama Street<br>San Francisco, CA 94103 |
| 14 | |
| 15 | Lewis Titus LeClair<br>McKool Smith<br>300 Crescent Ct #1500 |
| 16 | Dallas, TX 75201 |
| 17 | Marisa C. Livesay<br>152 5th St. |
| 18 | Encinitas, California 92101<br>San Diego, CA 92101 |
| 19 | |
| 20 | Betsy Carol Manifold<br>Wolf Haldenstein Adler Freeman & Herz<br>750 B Street, # 2770 |
| 21 | San Diego, CA 92101 |
| 22 | Lawrence D. McCabe<br>Murray Frank & Sailer LLP |
| 23 | 275 Madison Avenue<br>New York, NY 10016 |
| 24 | |
| 25 | James P. McCarthy<br>Lindquist & Vennum<br>4200 IDS Center |
| 26 | 80 South 8th Street<br>Minneapolis, MN 55402 |
| 27 | |
| 28 | |

Master File No.: CV-07-5944-SC
MDL No. 1917                                - 6 -                                PROOF OF SERVICE
19145967.1

| | |
|---|---|
| 1 | Mike McKool, Jr |
|  | McKool Smith, P.C. |
| 2 | 300 Crescent Court Ste 1500 |
|  | Dallas, TX 75201 |
| 3 | |
|  | Jennifer Milici |
| 4 | Boies Schiller & Flexner LLP |
|  | 5301 Wisconsin Ave. NW |
| 5 | Washington, DC  20015 |
| 6 | ChariseNaifeh |
|  | White & Case LLP |
| 7 | 701 Thirteenth Street, NW |
|  | Washington, DC  20005-3807 |
| 8 | |
|  | Krishna B. Narine |
| 9 | Schiffrin & Barroway, LLP |
|  | Three Bala Plaza East, Suite 400 |
| 10 | Bala Cynwyd, PA 19004 |
| 11 | Mark Reinhardt |
|  | Reinhardt Wendorf & Blanchfield |
| 12 | East 1000 First National Bank Building |
|  | 322 Minnesota Street |
| 13 | St. Paul, MN 55101 |
| 14 | Steven A. Reiss |
|  | Weil Gotshal & Manges LLP |
| 15 | 767 Fifth Avenue |
|  | New York, NY 10153-0119 |
| 16 | |
|  | Rachele R. Rickert |
| 17 | Wolf Haldenstein Adler Freeman & Herz LLP |
|  | 750 B Street, Suite 2770 |
| 18 | San Diego, California 92101 |
| 19 | Jean B. Roth |
|  | Mansfield Tanick & Cohen |
| 20 | 1700 U.S. Bank Plaza South |
|  | 220 South Sixth Street |
| 21 | Minneapolis, MN 55402-4511 |
| 22 | Lawrence P. Schaefer |
|  | Mansfield Tanick & Cohen |
| 23 | 1700 U.S. Bank Plaza South |
|  | 220 South Sixth Street |
| 24 | Minneapolis, MN 55402-4511 |
| 25 | Roger Martin Schrimp |
|  | Damrell Nelson Schrimp Pallios Pacher & Silva |
| 26 | 1601 I Street, 5th Floor |
|  | Modesto, CA 95354 |
| 27 | |
| 28 | |

Master File No.: CV-07-5944-SC
MDL No. 1917                                   - 7 -                                   PROOF OF SERVICE
19145967.1

| | |
|---|---|
| 1 | Austin Van Schwing |
| | Gibson, Dunn & Crutcher LLP |
| 2 | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105-0921 |
| 3 | |
| | Donna F. Solen |
| 4 | Mason Law Firm-Washington |
| | 1225 19th Street, NW, Suite 500 |
| 5 | Washington, DC 20036 |
| 6 | Matthew E. Van Tine |
| | Miller Law LLC |
| 7 | 115 South LaSalle Street, Suite 2910 |
| | Chicago, IL 60603 |
| 8 | |
| | Clinton Paul Walker |
| 9 | Damrell, Nelson, Schrimp, Pallios, Pache & Silva |
| | 1601 "I" Street, Fifth Floor |
| 10 | Modesto, CA 95354 |
| 11 | Kim Young Sang |
| | ARNOLD & PORTER LLP |
| 12 | 555 Twelfth Street, NW |
| | Washington, DC 20004-1206 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Master File No.: CV-07-5944-SC
MDL No. 1917                          - 8 -                          PROOF OF SERVICE
19145967.1