**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SHARP'S MOTION TO COMPEL SAVERI & SAVERI TO COMPLY WITH SUBPOENA AND DENYING DEFENDANTS' MOTION TO QUASH** |
| This Document Relates to:<br><br>IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Case No. CV-12-80151 MISC | |

Sharp Corporation's Motion to Compel Saveri & Saveri, Inc. to Produce Certain Documents and Deposition Transcripts ("Motion to Compel") and Defendants' Motion to Quash Sharp Corporation's Subpoena Pursuant to 28 U.S.C. § 1782 ("Motion to Quash") came on for hearing before the Special Master on September 20, 2012. The Special Master issued his Report and Recommendation to grant Defendants' Motion to Quash and to deny Sharp's Motion to Compel on October 22, 2012 (the "Special Master's Recommendation"). (Case 3:07-cv-5944-SC Dkt. No. 1415). Sharp has timely filed an Objection to the Special Master's Recommendation pursuant to paragraph 16 of this Court's June 16, 2008 Order Appointing Special Master, and, pursuant to paragraph 17 of that Order, have provided the Court with the relevant record for consideration of the Special Master's Recommendation. (Case 3:07-cv-5944-SC Dkt. No. 302.)

The Court having considered Sharp's Objection to the Special Master's Report and Recommendation, and the Court's files and records in this manner, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. The Special Master's Recommendation is VACATED in its entirety;
2. Sharp's Motion to Compel is hereby GRANTED; and
3. Defendants' Motion to Quash is hereby DENIED;

**IT IS SO ORDERED.**

DATED:_____, 2012

_____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE