IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING

Case No. C-12-mc-80151-SC

No. C-07-5944 SC

MDL No. 1917

Clerk's Notice

YOU ARE HEREBY NOTIFIED THAT Defendants' and Non-Party Saveri & Saveri, Inc.'s Joint Notice of Motion and Motion to Adopt Special Master's Report and Recommendation Regarding Subpoena (Docket Entry #1426 in C-07-5944-SC and Docket Entry #19 in C-12-mc-80151-SC) is scheduled for hearing on **December 21, 2012 at 10:00 A.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 6, 2012

FOR THE COURT,

Richard W. Wieking, Clerk

By: _T. De Martini_
      Courtroom Deputy Clerk