1  Kenneth A. Gallo (*pro hac vice*)
   Bruce H. Searby (*pro hac vice*)
2  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   2001 K Street, NW
3  Washington, DC 20006-1047
   Telephone: 202.223.7356
4  Facsimile: 202.204.7356
   kgallo@paulweiss.com
5  bsearby@paulweiss.com

6  Colin C. West (SBN 184095)
   BINGHAM MCCUTCHEN LLP
7  Three Embarcadero Center
   San Francisco, CA 94111-4067
8  Telephone: 415.393.2000
   Facsimile: 415.393.2286
9  colin.west@bingham.com

10 *Attorneys for Applicant*
   Sharp Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 3:07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENA PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Case No. CV-12-80151 MISC (SC) | **OPPOSITION OF SHARP CORPORATION TO DEFENDANTS' AND SAVERI'S MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING SUBPOENA**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Date:       December 21, 2012<br>Time:      10:00 am<br>Judge:     Honorable Samuel Conti<br>Courtroom: One, 17th Floor |

Pursuant to the Order Amending Order Appointing Special Master, Case 3:07-cv-5944-SC ("MDL") Dkt. No. 1232, Sharp submits this Opposition to Defendants' and Non-Party Saveri & Saveri Inc.'s Joint Motion to Adopt the Special Master's Report and Recommendation Regarding the Subpoena.  (Case 3:12-mc-80151-SC Dkt. No. 19.)  Sharp respectfully contends that the Special Master's Report and Recommendation (MDL Dkt. No. 1415) should be vacated in its entirety.  Sharp incorporates by reference all arguments it advanced in its Objections to the Special Master's Report and Recommendation, filed this same day.

For all of the reasons set forth in Sharp's Objections to the Special Master's Report and Recommendation, filed this same day, which Sharp hereby incorporates by reference,  Sharp respectfully requests that the Court vacate the Special Master's Report and Recommendation, deny Defendants' motion to quash, and compel Saveri to produce the subpoenaed documents.

Dated:  November 5, 2012

By: /s/  Kenneth A. Gallo

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kenneth A. Gallo (*pro hac vice*)
Bruce H. Searby (*pro hac vice*)
2001 K Street, NW
Washington, DC  20006
Telephone: 202.223.7356
Facsimile: 202.204.7356
kgallo@paulweiss.com
bsearby@paulweiss.com

BINGHAM MCCUTCHEN LLP
Colin C. West (CA State Bar No. 184095)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile:  415.393.2286
colin.west@bingham.com

*Attorneys for Applicant*
*Sharp Corporation*

Attestation: The filer of this document attests that the concurrence of the signatories thereto have been obtained.

OPPOSITION TO MOTION TO ADOPT
CASE NO. 07-CV-5944-SC; 3:07-MD-1917-SC
2