Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile (415) 217-6813

Interim Lead Counsel for the Direct Purchaser Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF MARKHAM SHERWOOD RE DISSEMINATION OF PANASONIC NOTICE TO CLASS MEMBERS AND REQUESTS FOR EXCLUSION** |

DECLARATION OF MARKHAM SHERWOOD RE DISSEMINATION OF NOTICE TO CLASS MEMBERS

I, Markham Sherwood, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was hired by class counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer protection class actions, and other similar matters. Gilardi specializes in designing, developing, analyzing, and implementing settlement administration plans that support due process. During the past 28 years Gilardi has administered class notice and class settlements in over 3,500 class actions, and has distributed more than $20 billion in assets.

3. Between May 16 and May 29, 2012 Gilardi received from Plaintiffs' Counsel eight files which included the names, and, where available, the addresses and electronic mail addresses of all class members identified by Defendants in this matter. Gilardi formatted the list for mailing purposes, removed duplicate records, removed known Defendant entities, researched company names lacking addresses and added addresses where found, and processed the names and addresses through the National Change of Address Database to update any addresses on file with the United States Postal Service ("USPS").

4. On September 10, 2012, Gilardi caused the Panasonic Notice to be printed and mailed to the 16,333 unique names and addresses on the class list. Gilardi delivered the Notices to the United States Post Offices located in Santa Rosa, California. A true and correct copy of the Notice is attached hereto as Exhibit A.

5. On September 10, 2012, Gilardi caused the Notice to be electronically distributed to the 872 unique electronic mail addresses on the class list.

6. On or before June 7, 2012, Gilardi established a case-dedicated website at www.CRTDirectPurchaserAntitrustSettlement.com. There, potential class members can view and print copies of the CPT Settlement Agreement, the Philips Settlement Agreement, the Notice, and the Order Granting Settlement Class Certification and Preliminary Approval of Class Action Settlements with CPT and Philips. This website was subsequently updated to include the

2

Panasonic Class Notice, Panasonic Settlement Agreement and the Order Granting Class Certification and Preliminary Approval of Class Action Settlement with Panasonic. Gilardi also updated the Frequently Asked Questions and Important Dates. Class members can also use the website to obtain Gilardi's contact information.

7. On or before June 7, 2012, Gilardi activated a toll-free telephone number, 1-877-224-3063, through which callers are able to connect with a live customer service representative Monday through Friday from 7:00 a.m. to 5:00 p.m. Pacific Time. English and Spanish operators are available.

8. Through its in-house advertising agency, Larkspur Design Group, Gilardi caused the Summary Notice to be published in the national edition of the Wall Street Journal on September 14, 2012. A true and correct copy of the tear sheet provide by the Wall Street Journal is attached hereto as Exhibit B.

9. The postmark deadline for class members to be excluded from the settlement classes was October 25, 2012. To date, Gilardi has received 20 timely requests for exclusion from the settlements. A report detailing the requests for exclusion received at Gilardi is attached hereto as Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 8th day of November, 2012 at San Rafael, California.

MARKHAM SHERWOOD