David Roberts
O'MELVENY & MYERS LLP
1625 Eye St., N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
droberts2@omm.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-CV-5944 SC<br>MDL No. 1917 |
| This document relates to:<br><br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, David Roberts, an active member in good standing of the bar of Virginia and District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above, and my District of Columbia bar number is 1003501;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Michael Tubach, O'Melveny & Myers LLP, Two Embarcadero Center, 28th Floor, San Francisco, CA 94111-3823.

1 | I declare under penalty of perjury that the foregoing is true and correct.

3 | Dated:  November 12, 2012                              /s/ David Roberts