Munger, Tolles & Olson LLP
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
LAURA K. SULLIVAN (SBN 281542)
Laura.Sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to All Actions<br>_____ | Master File No.: CV-07-5944-SC<br><br>MDL No. 1917<br><br>**THIRD AMENDED NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**<br><br>Judge: Hon. Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.) |

Notice is hereby given that, subject to approval by the court, Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

Master File No.: CV-07-5944-SC
MDL No. 1917
19252466.1

THIRD AMENDED NOTICE OF
SUBSTITUTION OF ATTORNEY;
[PROPOSED] ORDER

(collectively, the "LGE Defendants"), substitute the law firm of Munger, Tolles & Olson LLP, as the attorneys of record in place of the law firm of Arnold & Porter LLP in all cases in which one or more of LGE Defendants are parties in MDL No. 1917.  Contact information for new counsel is as follows:

>Munger, Tolles & Olson LLP
>HOJOON HWANG (SBN 184950)
>Hojoon.Hwang@mto.com
>WILLIAM D. TEMKO (SBN 098858)
>William.Temko@mto.com
>JONATHAN E. ALTMAN (SBN 170607)
>Jonathan.Altman@mto.com
>BETHANY W. KRISTOVICH (SBN 241891)
>Bethany.Kristovich@mto.com
>JEROME C. ROTH (SBN 159483)
>Jerome.Roth@mto.com
>LAURA K. SULLIVAN (SBN 281542)
>Laura.Sullivan@mto.com
>560 Mission Street, Twenty-Seventh Floor
>San Francisco, CA  94105-2907
>Telephone:   (415) 512-4000
>Facsimile:    (415) 512-4077

Accordingly, the LGE Defendants respectfully request that the following Arnold & Porter LLP attorneys' names be removed from the Court's electronic mail notice list and counsels' service lists with respect to the above captioned cases:

>SHARON D. MAYO (SBN 150469)
>Sharon.Mayo@aporter.com
>
>WILSON D. MUDGE (*Pro Hac Vice*)
>Wilson.Mudge@aporter.com
>
>DOUGLAS L. WALD (*Pro Hac Vice*)
>Douglas.Wald@aporter.com
>
>JAMES L. COOPER (*Pro Hac Vice*)
>James.Cooper@aporter.com
>
>YONGSANG KIM (*Pro Hac Vice*)
>YongSang.Kim@aporter.com
>
>ERIC D. MASON (*Pro Hac Vice*)
>Eric.Mason@aporter.com

| | |
|---|---|
| Defendant LG Electronics, Inc., consents to the above substitution.<br><br>DATED: November 13, 2012 | Defendant LG Electronics, Inc.<br><br>By: /s/ *Soonah Ju*<br>     Soonah Ju |
| Defendant LG Electronics U.S.A., Inc. consents to the above substitution.<br><br>DATED: November 13, 2012 | Defendant LG Electronics U.S.A., Inc.<br><br>By: /s/ *Soonah Ju*<br>     Soonah Ju |
| Defendant LG Electronics Taiwan Taipei Co., Ltd. consents to the above substitution.<br><br>DATED: November 13, 2012 | Defendant LG Electronics Taiwan Taipei Co., Ltd.<br><br>By: /s/ *Soonah Ju*<br>     Soonah Ju |
| Arnold & Porter consents to being substituted.<br><br>DATED: November 13, 2012 | Arnold & Porter LLP<br><br>By: /s/ *Wilson D. Mudge*<br>     Wilson D. Mudge<br>     Former Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. |

| | |
|---|---|
| Munger, Tolles & Olson consents to the above substitution. | Munger, Tolles & Olson LLP |

DATED: November 13, 2012

By:/s/ *Hojoon Hwang*
Hojoon Hwang
New Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

**Attestation:** The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

### [PROPOSED] ORDER

The proposed substitution of the law firm of Munger, Tolles & Olson LLP as the attorneys of record for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. in MDL No. 1917, in place of the law firm of Arnold & Porter LLP, is hereby approved.

SO ORDERED.

DATED:_____          _____
                                       HONORABLE SAMUEL CONTI
                                       UNITED STATES DISTRICT COURT JUDGE