Munger, Tolles & Olson LLP
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br>__________________________<br>This Document Relates to:<br>ALL ACTIONS | Master File No.: CV-07-5944-SC<br>MDL No. 1917<br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

On November 13, 2012, I served upon the interested party(ies) in this action the following document(s), copies of which are attached to this Certificate:

**THIRD AMENDED NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) with the NEF, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON THE NEF)**

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Service List Attached

Executed on November 13, 2012, at Los Angeles, California.

Marsha Poulin

Master File No.: CV-07-5944-SC
MDL No. 1917
19252804.1
- 3 -
PROOF OF SERVICE

**Service List**

P. John Brady
Shughart Thomson & Kilroy PC
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105

Patrick Bradford Clayton
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street, Suite #3400
San Francisco, CA 94104

Patricia A. Conners
Attorney General's Office
Department of Legal Affairs
Antitrust Section
PL-01 The Capitol
Tallahassee, FL 32399-1050

James Cooper
Arnold & Porter
555 Twelfth Street, NW
Washington, DC 20004-1206

Daniel D. Cowen, Shughart Thomson & Kilroy PC
[Address not listed on ECF list—Confirmed no longer at firm]

Nathan A. Dickson
Jinks Crow & Dickson PC
219 North Prairie St.
Union Springs , AL, 36089

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285
Overland Park, KS 66211

Molly M. Donovan
Dewey & LeBoeuf LLP
[Dewey & LeBooeuf is out of business --merged with Winston & Strawn]
Winston & Strawn LLP
200 Park Avenue
New York, NY

Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

David T. Emanuelson
Baker Botts L.L.P.
1299 Pennsylvania Ave., NW
Washington, D.C. 20004-2400

John G. Emerson
Emerson Poynter LLP
830 Apollo Lane
Houston, TX 77058

Lori A. Fanning
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

John Gressette Felder, Jr.
McGowan Hood Felder and Johnson
1405 Calhoun Street
Columbia, SC 29201

Lucia Freda
Weil. Gotshal & Manges LLP
[Address Not Listed On ECF List—Confirmed No Longer At Firm]

Traviss Levine Galloway
Zelle Hofmann Voelbel Mason & Gette
44 Montgomery St #3400
San Francisco, CA 94104

Robert B. Gerard
Gerard Selden & Osuch
1516 Front Street
San Diego, CA 92101

H. Lee Godfrey
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002-5096

Martin E. Grossman
Law Offices of Martin E. Grossman
2121 Green Brier Drive
Villanova, PA 19085

Richard M. Hagstrom
Zelle Hofmann Voelbel Mason & Gette LLP
500 Washington Avenue South, Suite 4000
Minneapolis, MN 55415

Blake L. Harrop
Office of the Illinois Attorney General
Chicago Main Office
100 West Randolph Street
Chicago, IL 60601

Adam C. Hemlock
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Gregory D. Hull
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Lynn W. Jinks
Jinks Crow & Dickson PC
219 North Prairie St.
Union Springs , AL , 36089

Charles H. Johnson
Charles H Johnson & Associates PA
2599 Mississippi Street
New Brighton, MN 55113

Elliot S. Kaplan
Robins Kaplan Miller & Ciresi
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015

Tracy R. Kirkman
Cooper & Kirkham PC
357 Tehama Street
San Francisco, CA 94103

Lewis Titus LeClair
McKool Smith
300 Crescent Ct #1500
Dallas, TX 75201

Marisa Livesay
Betsy Carol Manifold
Rachele Rickert
Wolf Haldenstein Adler Freeman & Herz
750 B Street, # 2770
San Diego, CA 92101

Lawrence D. McCabe
Murray Frank & Sailer LLP
275 Madison Avenue
New York, NY 10016

James P. McCarthy
Lindquist & Vennum
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Mike McKool, Jr
McKool Smith, P.C.
300 Crescent Court Ste 1500
Dallas, TX 75201

Jennifer Milici
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC 20015

ChariseNaifeh
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Steven A. Reiss
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Lawrence P. Schaefer
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street, 5th Floor
Modesto, CA 95354

Austin Van Schwing
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

Matthew E. Van Tine
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603

Clinton Paul Walker
Damrell, Nelson, Schrimp, Pallios, Pache & Silva
1601 "I" Street, Fifth Floor
Modesto, CA 95354

Kim Young Sang
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Master File No.: CV-07-5944-SC
MDL No. 1917
19252804.1
- 8 -
PROOF OF SERVICE