BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
Eric Berman (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: eric.berman@bakerbotts.com

*Attorney for Defendant Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |
| This Document Relates to:<br><br>ALL ACTIONS | |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that as of November 15, 2012, Eric Berman will no longer be associated with the firm of Baker Botts L.L.P., and is hereby withdrawing as counsel for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation ("Philips") in the above-referenced matter. The law firm of Baker Botts L.L.P. continues to serve as counsel for Philips.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 13, 2012 | BAKER BOTTS L.L.P. |
| 3 | | |
| 4 | | By: *[signature]* |
| | | Eric Berman (*pro hac vice*) |
| 5 | | 1299 Pennsylvania Avenue, N.W. |
| | | Washington, D.C. 20004-2400 |
| 6 | | Telephone: (202) 639-7700 |
| | | Facsimile:  (202) 639-7890 |
| 7 | | Email: eric.berman@bakerbotts.com |
| 8 | | *Attorney for Defendant Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation* |

-2-

NOTICE OF WITHDRAWAL OF ERIC BERMAN

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2012, I electronically filed Notice of Withdrawal of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Jon V. Swenson
Jon V. Swenson

NOTICE OF WITHDRAWAL OF ERIC BERMAN