Case 4:07-cv-05944-JST Document 1443 Filed 11/13/12 Page 1 of 2
Case 3:07-cv-05944-SC Document 1350 Filed 09/28/12 Page 1 of 2
Case3:07-cv-05944-SC Document1350-1 Filed09/14/12 Page1 of 2

| | |
|---|---|
| 1 | Robert A. Sacks (CSB No. 150146) |
|   | (sacksr@sullcrom.com) |
| 2 | SULLIVAN & CROMWELL LLP |
|   | 1888 Century Park East, Suite 2100 |
| 3 | Los Angeles, California 90067 |
|   | (310) 712-6600 (telephone) |
| 4 | (310) 712-8800 (facsimile) |
| 5 | Laura Kabler Oswell (SBN 241281) |
|   | (oswelll@sullcrom.com) |
| 6 | SULLIVAN & CROMWELL LLP |
|   | 1870 Embarcadero Road |
| 7 | Palo Alto, California 94303 |
|   | Telephone: (650) 461-5600 |
| 8 | Facsimile: (650) 461-5700 |
| 9 | Attorneys for Intervenor Thomson |
|   | Consumer Electronics, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] REPORT AND RECOMMENDATION GRANTING MOTION OF THOMSON CONSUMER ELECTRONICS, INC. TO INTERVENE** |
| ALL INDIRECT PURCHASER ACTIONS. | |
| | Date: September 27, 2012 |
| | Time: 1:00 p.m. |
| | JAMS: Two Embarcadero Center, Suite 1500 |
| | Judge: Hon. Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |
| | [MOTION TO INTERVENE; ADMINISTRATIVE MOTION TO SHORTEN TIME; AND DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF ADMINISTRATIVE MOTION; FILED CONCURRENTLY HEREWITH] |

Case 4:07-cv-05944-JST Document 1443 Filed11/13/12 Page 2 of 2
Case3:07-cv-05944-SC Document1350 Filed09/28/12 Page 2 of 2
Case3:07-cv-05944-SC Document1350-1 Filed09/14/12 Page2 of 2

To the Honorable Samuel Conti, United States District Judge:

On September 14, 2012, Intervenor Thomson Consumer Electronics, Inc. ("Thomson Consumer") filed its Motion to Intervene. In the Motion to Intervene, Thomson Consumer seeks the Court's permission to intervene in the above-titled action for the limited purpose of opposing the Indirect Purchaser Plaintiffs' ("Plaintiffs") Motion for Leave to Amend Complaint (Dkt. No. 1325), which proposes to add Thomson Consumer as a defendant in this action.

Having carefully considered the briefs and other submissions of the parties, as well as oral arguments by counsel at the hearing, the Special Master recommends that the Motion to Intervene should be GRANTED.

DATED: 9/27/12

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

The Report and Recommendations are Accepted and Ordered / Denied / Modified.

DATED:

Hon. Samuel Conti
United States District Judge

---

[PROPOSED] REPORT AND RECOMMENDATION GRANTING MOTION TO INTERVENE Case No. CV-07-5944-SC