Guido Saveri (22349)
guido@saveri.com
R. Alexander Saveri (173102)
rick@saveri.com
Geoffrey C. Rushing (126910)
grushing@saveri.com
Cadio Zirpoli (179108)
cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br><br>MDL No. 1917 |
| This Documents Relates To:<br><br>In re Ex Parte Application of Sharp Corporation Order Pursuant to 28 U.S.C. 1782 | **OPPOSITION OF SAVERI & SAVERI, INC. TO OBJECTIONS OF SHARP CORPORATION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING SUBPOENA**<br><br>Date:         December 21, 2012<br>Time:        10:00 a.m.<br>Judge:       Honorable Samuel Conti<br>Courtroom: One, 17th Floor |

1    Saveri & Saveri, Inc. ("Saveri") respectfully submits this opposition to Sharp Corporation's ("Sharp") objections to the Special Master's Report and Recommendation Regarding Subpoena (Dkt. 1415) ("R&R").  Saveri has also moved to adopt the R&R as this Court's order.  Defendants' And Non-Party Saveri & Saveri, Inc.'s Joint Notice of Motion and Motion To Adopt Special Master's Report and Recommendation Regarding Subpoena (Dkt. 1426).

    Judge Legge's R&R correctly resolved the motions before him relating to Sharp's subpoena of Saveri.  As Saveri explained below, the subpoena improperly sought all of the discovery obtained by Saveri from Defendants in this action for use in a Korean litigation against some of those same Defendants.  *See* Saveri Letter Brief dated September 15, 2012 (Dkt. 1353).  As Judge Legge found, the subpoena imposed an undue burden on Saveri and threatened to establish a precedent whereby Saveri would become the source for documents for plaintiffs in similar litigations worldwide.  Judge Legge also found that the subpoena was an attempt to circumvent limitations on discovery in Korea and threatened disclosure of Defendants' protected information.

    Saveri submits that Judge Legge's factual findings in this regard are correct, and, more importantly, do not constitute "clear error" as required by the Court's order appointing him as the Special Master herein.  Order Appointing Special Master (Dkt. 302), ¶ 18.  Sharp's objections should therefore be overruled and the R&R should be adopted as an Order of the Court.

DATED:  November 13, 2012

By:     */s/ Guido Saveri*

SAVERI & SAVERI, INC.
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
706 Sansome Street
San Francisco, CA 94111
Telephone:    (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

Crt.575