HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
Munger, Tolles & Olson LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
Munger, Tolles & Olson LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendants LG Electronics, Inc.; and
LG Electronics USA, Inc.; and LG Electronics
Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **AMENDED NOTICE OF DEPOSITION OF STEVEN FINK** |
| The Indirect Purchaser Action | |

1    **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants LG Electronics, Inc.; and LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd., through counsel and in conjunction with all defendants, will take the deposition upon oral examination under oath of Steven Fink on November 28, 2012, beginning at 4:00 p.m. Central Time, and continuing from day to day thereafter until concluded. The deposition shall be held at Kutak Rock, LLP, the Omaha Building, 1650 Farnam Street, Omaha, NE 68102-2186, before notary public or other office authorized to administer oaths.

   **YOU ARE FURTHER NOTIFIED** that the testimony to be given will be recorded by a certified shorthand reporter who is duly authorized to take and transcribe said deposition, and a real-time transcription service such as LiveNote may also be available for the use of counsel. The deposition may also be recorded by videotape, and defendants reserve the right to use the videotape of the deposition at trial.

DATED: November 13, 2012        Munger, Tolles & Olson LLP

By: /s/ *Bethany W. Kristovich*
    Bethany W. Kristovich
    Attorneys for Defendants
    LG Electronics, Inc.; and LG Electronics
    USA, Inc.; and LG Electronics Taiwan
    Taipei Co., Ltd.

**CERTIFICATE OF SERVICE**

On November 13, 2012, I caused a copy of the "AMENDED NOTICE OF DEPOSITION OF STEVEN FINK" to be served via e-mail upon Mario Alioto, Interim Lead Counsel for Indirect Purchaser Plaintiffs, at malioto@tatp.com, and Bob Gralewski of Kirby McInerney LLP at bgralewski@kmllp.com, as well as counsel for the defendants who have entered an appearance in this case.

By:  /s/  *Verda J. Glover*