1    Munger, Tolles & Olson LLP
      HOJOON HWANG (SBN 184950)
2    Hojoon.Hwang@mto.com
      WILLIAM D. TEMKO (SBN 098858)
3    William.Temko@mto.com
      JONATHAN E. ALTMAN (SBN 170607)
4    Jonathan.Altman@mto.com
      BETHANY W. KRISTOVICH (SBN 241891)
5    Bethany.Kristovich@mto.com
      JEROME C. ROTH (SBN 159483)
6    Jerome.Roth@mto.com
      LAURA K. SULLIVAN (SBN 281542)
7    Laura.Sullivan@mto.com
      MUNGER, TOLLES & OLSON LLP
8    560 Mission Street, Twenty-Seventh Floor
      San Francisco, CA  94105-2907
9    Telephone:  (415) 512-4000
      Facsimile:   (415) 512-4077

10

11   Attorneys for Defendants LG Electronics, Inc., LG
     Electronics U.S.A., Inc., and LG Electronics Taiwan
     Taipei Co., Ltd.

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15               SAN FRANCISCO DIVISION

16

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: CV-07-5944-SC |
| This Document Relates to All Actions | MDL No. 1917 |
| | **THIRD AMENDED NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER** |
| | Judge:  Hon. Samuel Conti |
| | Special Master:  Hon. Charles A. Legge (Ret.) |

Notice is hereby given that, subject to approval by the court, Defendants LG

Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

Master File No.: CV-07-5944-SC                  THIRD AMENDED NOTICE OF
MDL No. 1917                             SUBSTITUTION OF ATTORNEY;
19252466.1                                 [PROPOSED] ORDER

1  (collectively, the "LGE Defendants"), substitute the law firm of Munger, Tolles & Olson LLP, as

2  the attorneys of record in place of the law firm of Arnold & Porter LLP in all cases in which one

3  or more of LGE Defendants are parties in MDL No. 1917.  Contact information for new counsel

4  is as follows:

5          Munger, Tolles & Olson LLP
        HOJOON HWANG (SBN 184950)

6          Hojoon.Hwang@mto.com
        WILLIAM D. TEMKO (SBN 098858)

7          William.Temko@mto.com
        JONATHAN E. ALTMAN (SBN 170607)

8          Jonathan.Altman@mto.com
        BETHANY W. KRISTOVICH (SBN 241891)

9          Bethany.Kristovich@mto.com
        JEROME C. ROTH (SBN 159483)

10         Jerome.Roth@mto.com
        LAURA K. SULLIVAN (SBN 281542)

11         Laura.Sullivan@mto.com
        560 Mission Street,  Twenty-Seventh Floor

12         San Francisco, CA  94105-2907
        Telephone:   (415) 512-4000

13         Facsimile:    (415) 512-4077

14
15         Accordingly, the LGE Defendants respectfully request that the following Arnold &

16 Porter LLP attorneys' names be removed from the Court's electronic mail notice list and

17 counsels' service lists with respect to the above captioned cases:

18         SHARON D. MAYO (SBN 150469)
        Sharon.Mayo@aporter.com

19
20         WILSON D. MUDGE (*Pro Hac Vice*)
        Wilson.Mudge@aporter.com

21
22         DOUGLAS L. WALD (*Pro Hac Vice*)
        Douglas.Wald@aporter.com

23         JAMES L. COOPER (*Pro Hac Vice*)
        James.Cooper@aporter.com

24
25         YONGSANG KIM (*Pro Hac Vice*)
        YongSang.Kim@aporter.com

26
27         ERIC D. MASON (*Pro Hac Vice*)
        Eric.Mason@aporter.com

28

1   Defendant LG Electronics, Inc., consents to the        Defendant LG Electronics, Inc.
    above substitution.

2
    DATED: November 13, 2012

3                                                           By: /s/ Soonah Ju
                                                              Soonah Ju
4

5   Defendant LG Electronics U.S.A., Inc.                   Defendant LG Electronics U.S.A., Inc.
    consents to the above substitution.

6
    DATED: November 13, 2012

7                                                           By: /s/ Soonah Ju
                                                              Soonah Ju
8

9   Defendant LG Electronics Taiwan Taipei Co.,            Defendant LG Electronics Taiwan Taipei Co.,
    Ltd. consents to the above substitution.               Ltd.

10
    DATED: November 13, 2012

11

12                                                          By: /s/ Soonah Ju
                                                              Soonah Ju
13

14  Arnold & Porter consents to being substituted.         Arnold & Porter LLP

    DATED: November 13, 2012
15

16                                                          By: /s/ Wilson D. Mudge
                                                              Wilson D. Mudge
17                                                          Former Attorneys for Defendants LG
                                                            Electronics, Inc., LG Electronics U.S.A.,
18                                                          Inc., and LG Electronics Taiwan Taipei
                                                            Co., Ltd.
19

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC                                     THIRD AMENDED NOTICE OF
MDL No. 1917                          - 3 -                        SUBSTITUTION OF ATTORNEY;
19252466.1                                                              [PROPOSED] ORDER

1

2   Munger, Tolles & Olson consents to the above         Munger, Tolles & Olson LLP
    substitution.

3   DATED: November 13, 2012

4                                                        By:/s/ *Hojoon Hwang*
                                                         _____
5                                                           Hojoon Hwang
                                                            New Attorneys for Defendants LG
6                                                           Electronics, Inc., LG Electronics U.S.A.,
                                                            Inc., and LG Electronics Taiwan Taipei
7                                                           Co., Ltd.

8           **Attestation:**  The filer of this document attests that the concurrence of the other

9   signatories thereto has been obtained.

10

11

12                                    [~~PROPOSED~~] ORDER

13          The proposed substitution of the law firm of Munger, Tolles & Olson LLP as the attorneys

14  of record for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics

15  Taiwan Taipei Co., Ltd. in MDL No. 1917, in place of the law firm of Arnold & Porter LLP, is

16  hereby approved.

17          SO ORDERED.

18

19  DATED:___11/16/12_____

20                                              HONOR_____
                                                UNITED ST_____URT JUDGE

21



22

23

24

25

26

27

28

THIRD AMENDED NOTICE OF
SUBSTITUTION OF ATTORNEY;
[PROPOSED] ORDER

Munger, Tolles & Olson LLP
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: CV-07-5944-SC |
| _____ | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE** |
| ALL ACTIONS | |

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105-2907.

On November 13, 2012, I served upon the interested party(ies) in this action the following document(s), copies of which are attached to this Certificate:

**THIRD AMENDED NOTICE OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER**

☒ By placing ☐ the original(s) ☒ a true and correct copy(ies) with the NEF, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☒ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON THE NEF)**

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

1    Service List Attached

2    Executed on November 13, 2012, at Los Angeles, California.

3

4

5                             *Marsha Poulin*

6                                  Marsha Poulin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC
MDL No. 1917             - 3 -                 PROOF OF SERVICE
19252804.1

1          <u>Service List</u>

2    P. John Brady
     Shughart Thomson & Kilroy PC
3    Twelve Wyandotte Plaza
     120 W. 12th Street
4    Kansas City, MO 64105

5    Patrick Bradford Clayton
     Zelle Hofmann Voelbel & Mason LLP
6    44 Montgomery Street, Suite #3400
     San Francisco, CA 94104
7
     Patricia A. Conners
8    Attorney General's Office
     Department of Legal Affairs
9    Antitrust Section
     PL-01 The Capitol
10   Tallahassee, FL 32399-1050

11   James Cooper
     Arnold & Porter
12   555 Twelfth Street, NW
     Washington, DC  20004-1206
13
     Daniel D. Cowen, Shughart Thomson & Kilroy PC
14   [Address not listed on ECF list—Confirmed no longer at firm]

15   Nathan A. Dickson
     Jinks Crow & Dickson PC
16   219 North Prairie St.
     Union Springs , AL, 36089
17
     Issac L. Diel
18   Sharp McQueen
     6900 College Boulevard, Suite 285
19   Overland Park, KS 66211

20   Molly M. Donovan
     Dewey & LeBoeuf LLP
21   [Dewey & LeBooeuf is out of business --merged with Winston & Strawn]
     Winston & Strawn LLP
22   200 Park Avenue
     New York, NY
23
     Neal A Eisenbraun, Chartered
24   2599 Mississippi Street
     New Brighton, MN 55113
25
     David T. Emanuelson
26   Baker Botts L.L.P.
     1299 Pennsylvania Ave., NW
27   Washington, D.C. 20004-2400

28

     Master File No.: CV-07-5944-SC          - 4 -                    PROOF OF SERVICE
     MDL No. 1917
     19252804.1

1  John G. Emerson
   Emerson Poynter LLP
2  830 Apollo Lane
   Houston, TX 77058
3
   Lori A. Fanning
4  Miller Law LLC
   115 South LaSalle Street, Suite 2910
5  Chicago, IL 60603

6  John Gressette Felder, Jr.
   McGowan Hood Felder and Johnson
7  1405 Calhoun Street
   Columbia, SC 29201
8
   Lucia Freda
9  Weil. Gotshal & Manges LLP
   [Address Not Listed On ECF List—Confirmed No Longer At Firm]
10
   Traviss Levine Galloway
11 Zelle Hofmann Voelbel Mason & Gette
   44 Montgomery St #3400
12 San Francisco, CA 94104

13 Robert B. Gerard
   Gerard Selden & Osuch
14 1516 Front Street
   San Diego, CA 92101
15
   H. Lee Godfrey
16 Susman Godfrey LLP
   1000 Louisiana, Suite 5100
17 Houston, Texas 77002-5096

18 Martin E. Grossman
   Law Offices of Martin E. Grossman
19 2121 Green Brier Drive
   Villanova, PA 19085
20
   Richard M. Hagstrom
21 Zelle Hofmann Voelbel Mason & Gette LLP
   500 Washington Avenue South, Suite 4000
22 Minneapolis, MN 55415

23 Blake L. Harrop
   Office of the Illinois Attorney General
24 Chicago Main Office
   100 West Randolph Street
25 Chicago, IL 60601

26 Adam C. Hemlock
   Weil Gotshal & Manges LLP
27 767 Fifth Avenue
   New York, NY 10153
28

Master File No.: CV-07-5944-SC
MDL No. 1917                               - 5 -                          PROOF OF SERVICE
19252804.1

1

2   Gregory D. Hull
    Weil, Gotshal & Manges LLP
3   201 Redwood Shores Parkway
    Redwood Shores, CA 94065

4   Lynn W. Jinks
    Jinks Crow & Dickson PC
5   219 North Prairie St.
    Union Springs , AL , 36089
6
    Charles H. Johnson
7   Charles H Johnson & Associates PA
    2599 Mississippi Street
8   New Brighton, MN 55113

9   Elliot S. Kaplan
    Robins Kaplan Miller & Ciresi
10  800 LaSalle Avenue
    2800 LaSalle Plaza
11  Minneapolis, MN 55402-2015

12  Tracy R. Kirkman
    Cooper & Kirkham PC
13  357 Tehama Street
    San Francisco, CA 94103
14
    Lewis Titus LeClair
15  McKool Smith
    300 Crescent Ct #1500
16  Dallas, TX 75201

17  Marisa Livesay
    Betsy Carol Manifold
18  Rachele Rickert
    Wolf Haldenstein Adler Freeman & Herz
19  750 B Street, # 2770
    San Diego, CA 92101
20
    Lawrence D. McCabe
21  Murray Frank & Sailer LLP
    275 Madison Avenue
22  New York, NY 10016

23  James P. McCarthy
    Lindquist & Vennum
24  4200 IDS Center
    80 South 8th Street
25  Minneapolis, MN 55402

26  Mike McKool, Jr
    McKool Smith, P.C.
27  300 Crescent Court Ste 1500
    Dallas, TX 75201
28

Master File No.: CV-07-5944-SC        - 6 -
MDL No. 1917                                              PROOF OF SERVICE
19252804.1

Jennifer Milici
Boies Schiller & Flexner LLP
5301 Wisconsin Ave. NW
Washington, DC  20015

ChariseNaifeh
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005-3807

Krishna B. Narine
Schiffrin & Barroway, LLP
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004

Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1000 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

Steven A. Reiss
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Jean B. Roth
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Lawrence P. Schaefer
Mansfield Tanick & Cohen
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Roger Martin Schrimp
Damrell Nelson Schrimp Pallios Pacher & Silva
1601 I Street, 5th Floor
Modesto, CA 95354

Austin Van Schwing
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921

Donna F. Solen
Mason Law Firm-Washington
1225 19th Street, NW, Suite 500
Washington, DC 20036

Master File No.: CV-07-5944-SC
MDL No. 1917                                    - 7 -                                    PROOF OF SERVICE
19252804.1

1   Matthew E. Van Tine
    Miller Law LLC
2   115 South LaSalle Street, Suite 2910
    Chicago, IL 60603
3
    Clinton Paul Walker
4   Damrell, Nelson, Schrimp, Pallios, Pache & Silva
    1601 "I" Street, Fifth Floor
5   Modesto, CA 95354

6   Kim Young Sang
    ARNOLD & PORTER LLP
7   555 Twelfth Street, NW
    Washington, DC 20004-1206
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC
MDL No. 1917                                    - 8 -
19252804.1                                                        PROOF OF SERVICE