Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation,
Toshiba America Information Systems, Inc.,
Toshiba America Consumer Products, L.L.C.,
and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to Rule 11-3 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, I, Matthew Frutig, an active member in good standing of the bar of the highest court in the District of Columbia, hereby apply for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another state or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set fort in Rule 11-4 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, to comply with General Order 45, *Electronic Case Filing*, and to become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

Bijal Vakil, White & Case LLP, 3000 El Camino Real, Five Palo Alto Square, 9th Floor, Palo Alto, California 94306, (650) 213-0300.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2012

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Matthew Frutig
Matthew Frutig
701 Thirteenth Street, N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

## CERTIFICATE OF SERVICE

On November 9, 2012, I caused a copy of the "APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*" to be served via email upon guido@saveri.com, rick@saveri.com, grushing@saveri.com, malioto@tatp.com, laurenrussell@tatp.com, as well as counsel for the defendants who have entered an appearance in this case.

By: /s/ Matthew Frutig
Matthew Frutig



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____MATTHEW  NORMAN  FRUTIG_____

was on the __6TH__ day of _____FEBRUARY, 2012_____ duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 18, 2012.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____[signature]_____
>             Deputy Clerk