Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

*Counsel to Defendants Toshiba Corporation,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Upon consideration of the Application for Admission of Attorney *Pro Hac Vice* filed by Matthew Frutig, whose business address and telephone number is White & Case LLP, 701 Thirteenth Street, N.W., Washington, DC  20005, (202) 626-3600, and who is an active member in good standing of the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis, representing Defendants

1    Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America
2    Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.;
3        IT IS HEREBY ORDERED that the application is granted, subject to the terms and
4    conditions of Rule 11-3 of the Local Rules of Practice in Civil Proceedings before the
5    United States District Court for the Northern District of California.  All papers filed by the
6    attorney  must  indicate  appearance  *pro  hac  vice*.     Service  of  papers  upon  and
7    communication with co-counsel designated in the application will constitute notice to the
8    party.  All future filings in this action are subject to the requirements contained in General
9    Order No. 45, *Electronic Case Filing*.

Dated:  ___November 20___, 2012        _____
                                        Samuel ___ ___ District Judge

