Kenneth A. Gallo (*pro hac vice*)
Bruce H. Searby (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: 202.223.7356
Facsimile: 202.204.7356
kgallo@paulweiss.com
bsearby@paulweiss.com

Colin C. West (SBN 184095)
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
colin.west@bingham.com

*Attorneys for Applicant*
Sharp Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 3:07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENA PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Case No. CV-12-80151 MISC (SC) | **SHARP CORPORATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO REPLY**<br><br>Judge:    Honorable Samuel Conti<br>Courtroom: One, 17th Floor |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Pursuant to Local Rule 7-11 Sharp hereby moves the Court for an Order permitting Sharp to file a reply to Defendants' Response to Sharp's Objection to the Special Master's Recommendation and Saveri's Opposition on the grounds that the reply is warranted and would assist the Court with the disputes presented. The Motion is based on this Notice, the accompanying Memorandum of Points and Authorities and Declaration, and Sharp's Proposed Reply, Exhibit A to this motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Sharp timely filed an Objection to the Special Master's Recommendation pursuant to paragraph 16 of this Court's June 16, 2008 Order Appointing Special Master, and, pursuant to paragraph 17 of that Order, provided the Court with the relevant record for consideration of the Special Master's Recommendation. (Case 3:07-cv-5944-SC, Dkt. No. 302.) Defendants and Saveri & Saveri, Inc. each separately filed a response to the Objection on November 13, 2012. (Dkt. No. 1442 and Dkt. No. 1447.) The Order Amending the Order Appointing the Special Master provides for responding to an objection, but does not specifically provide for a reply brief. (MDL Dkt. No. 1232).

Sharp's proposed reply, Exhibit A to this motion, focuses the argument and responds to points not previously briefed by Sharp. Pursuant to Local Rule 7-11, Sharp therefore respectfully requests leave to reply to Defendants' Response to the Objection and Saveri's Opposition.

Dated: November 20, 2012

By: /s/  Kenneth A. Gallo

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Kenneth A. Gallo (*pro hac vice*)
Bruce H. Searby (*pro hac vice*)
2001 K Street, NW
Washington, DC  20006
Telephone: 202.223.7356
Facsimile: 202.204.7356
kgallo@paulweiss.com
bsearby@paulweiss.com

BINGHAM MCCUTCHEN LLP
Colin C. West (CA State Bar No. 184095)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile:  415.393.2286
colin.west@bingham.com

*Attorneys for Applicant
Sharp Corporation*

Attestation:  The filer of this document attests that the concurrence of the signatories thereto have been obtained.