Kenneth A. Gallo (*pro hac vice*)
Bruce H. Searby (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: 202.223.7356
Facsimile: 202.204.7356
kgallo@paulweiss.com
bsearby@paulweiss.com

Colin C. West (SBN 184095)
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
colin.west@bingham.com

*Attorneys for Applicant*
Sharp Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: 3:07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENA PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Case No. CV-12-80151 MISC (SC) | **DECLARATION OF BRUCE H. SEARBY IN SUPPORT OF SHARP CORPORATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO REPLY**<br><br>Judge:     Honorable Samuel Conti<br>Courtroom: One, 17th Floor |

I, Bruce H. Searby, declare as follows:

1. I am a counsel at Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Petitioner Sharp Corporation ("Sharp") in this action. I am a member in good standing of the California bar. I make this declaration in support of Sharp's Motion for Leave to Reply pursuant to Local Rule 7-11.

2. I make this declaration of my own personal knowledge, and if called as a witness could and would testify competently.

3. On November 20, 2012, pursuant to Local Rule 7-11(a), I called opposing counsel to propose a stipulation for an order granting Sharp leave to file a reply brief in support of its Objections to the Special Master's Report and Recommendation Regarding Subpoena. I spoke with Michael Scarborough, Esq., lead counsel for Defendants, and with R. Alexander Saveri, Esq., counsel for Saveri & Saveri, Inc. Messrs. Scarborough and Saveri both informed me that they oppose leave for Sharp to file a reply brief because the Order Appointing Special Master, as amended, makes no provision for such a reply.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: November 20, 2012

                                                   s/ Bruce H. Searby
                                                   Bruce H. Searby

Attestation: The filer of this document attests that the concurrence of the signatories thereto have been obtained.

SEARBY DECLARATION
CASE NO. 07-CV-5944-SC; 3:07-MD-1917-SC

1