UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING SHARP'S MOTION FOR LEAVE TO REPLY** |
| This Document Relates to:<br><br>IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Case No. CV-12-80151 MISC | |

1     Sharp timely filed an Objection to the Special Master's Recommendation pursuant to paragraph 16 of this Court's June 16, 2008 Order Appointing Special Master, and, pursuant to paragraph 17 of that Order, provided the Court with the relevant record for consideration of the Special Master's Recommendation. (Case 3:07-cv-5944-SC, Dkt. No. 302.) Defendants and Saveri & Saveri, Inc. each separately filed a response to the Objection on November 13, 2012. (Dkt. No. 1442 and Dkt. No. 1447.) The Order Amending the Order Appointing the Special Master provides for responding to an objection, but does not specifically provide for a reply brief. (MDL Dkt. No. 1232). Therefore, pursuant to Local Rule 7-11, Sharp sought leave to reply to Defendants and Saveri.

    The Court having considered Sharp's Motion for Leave to Reply, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

    Sharp's Motion to for Leave to Reply is hereby GRANTED.

**IT IS SO ORDERED.**

DATED:_____, 2012

                                                     HON. SAMUEL CONTI
                                                   UNITED STATES DISTRICT JUDGE