David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Noah G. Purcell (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:    206.359.8000
Facsimile:    206.359.9000

Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:    415.344.7120
Facsimile:    415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This document relates to:<br>Case No. C 11-6397 SC<br>COSTCO WHOLESALE CORPORATION,<br>             Plaintiff,<br>    v.<br>HITACHI, LTD., et al.,<br>             Defendants. | Judge: Honorable Samuel Conti<br><br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>**DECLARATION OF NOAH G. PURCELL IN SUPPORT OF COSTCO'S OBJECTIONS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION COMPELLING ARBITRATION WITH THE TOSHIBA DEFENDANTS**<br><br>Date:        January 25, 2013<br>Time:        10:00 a.m.<br>Before:      Hon. Samuel Conti<br>Courtroom: One, 17th Floor |

I, Noah G. Purcell, hereby declare as follows:

1. I am an attorney at the law firm Perkins Coie LLP, counsel of record for Plaintiff Costco Wholesale Corporation in this action. This declaration is submitted in support of Costco's Objection to the Special Master's Report and Recommendation Regarding the Toshiba Defendants' Motion to Compel Arbitration, and is intended to provide the record before the Special Master as required by this Court's standing order, Dkt. 302. The facts set forth here are based on my personal knowledge.

2. Attached as Exhibit A is a true and correct copy of Special Master Legge's Report and Recommendation Regarding the Toshiba Defendants' Motion to Compel Arbitration, Dkt. 1433, issued on November 7, 2012.

3. Attached as Exhibit B is a true and correct copy of Toshiba's Motion to Compel Arbitration, Dkt. 1332, filed on August 24, 2012.

4. Attached as Exhibit C is a true and correct copy of the Declaration of Lucius Lau in Support of Toshiba Defendants' Motion to Compel Arbitration, Dkt. 1332-1, filed on August 24, 2012.

5. Attached as Exhibit D is a true and correct copy of Exhibit A to the Declaration of Lucius Lau in Support of Toshiba Defendants' Motion to Compel Arbitration, filed under seal on August 24, 2012. The parties have agreed that this document need not be filed under seal here.

6. Attached as Exhibit E is a true and correct copy of Costco's Opposition to the Toshiba Defendants' Motion to Compel Arbitration, Dkt. 1377, filed on September 24, 2012.

7. Attached as Exhibit F is a true and correct copy of the Toshiba Defendants' Reply in Support of Motion to Compel Arbitration, Dkt. 1398, filed on October 8, 2012.

8. Attached as Exhibit G is a true and correct copy of the Declaration of Lucius Lau in Support of the Toshiba Defendants' Reply in Support of Motion to Compel Arbitration, Dkt. 1398-1, filed on October 8, 2012.

9. Attached as Exhibit H is a true and correct copy of Exhibit A to the Declaration of Lucius Lau in Support of the Toshiba Defendants' Reply in Support of Motion to Compel Arbitration, Dkt. 1398-2, filed on October 8, 2012.

10. Attached as Exhibit I is a true and correct copy of Exhibit B to the Declaration of Lucius Lau in Support of the Toshiba Defendants' Reply in Support of Motion to Compel Arbitration, Dkt. 1398-3, filed on October 8, 2012.

11. Costco updated its standard terms and notified its vendors of those updates in 1997, 2000, and 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of November, 2012, at Seattle, Washington.

By:     s/ Noah G. Purcell
        Noah G. Purcell

29040-0318/LEGAL25207775.1