MARIO N. ALIOTO, ESQ. (SBN 56433)
LAUREN C. RUSSELL, ESQ. (SBN 241151)
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Interim Lead Counsel for the
Indirect Purchaser Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-5944 SC<br><br>MDL Nov. 1917<br><br>[~~PROPOSED~~] CAL ORDER EXTENDING DEADLINE TO FILE INDIRECT PURCHASER PLAINTIFFS' FOURTH AMENDED COMPLAINT |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | Judge: Honorable Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

1  WHEREAS, on November 14, 2012, the Court granted Indirect Purchaser Plaintiffs ("IP Plaintiffs") leave to amend to name new plaintiffs, and ordered that their proposed Fourth Amended Complaint ("Complaint") be filed seven days from that Order, i.e., November 21, 2012;

WHEREAS, on November 1, 2012, the Special Master recommended that the Court grant a Stipulated Order permitting IP Plaintiffs to amend the Complaint to add certain entities as named co-conspirators (the "Recommendation") (Dkt. 1428);

WHEREAS, on November 19, 2012, the Special Master also recommended that the Court grant IP Plaintiffs' motion to add certain Mitsubishi entities as named defendants (the "Amended Report") (Dkt. 1453), and that the Complaint be filed within two weeks from the Court's Order on the Amended Report;

WHEREAS, the time for the Mitsubishi Electric parties to object to their inclusion in an amended complaint runs from the entry of the Amended Report, to and including December 4, 2012;

WHEREAS, the Court has not yet ruled on the Recommendation or the Amended Report; and

WHEREAS, counsel for IP Plaintiffs believe it is in the interest of efficiency that IP Plaintiffs address these amendments in a single amended complaint:

IT IS HEREBY ORDERED:

The deadline for the filing of IP Plaintiffs' Complaint is extended until the Court has ruled on both the Amended Report and the Recommendation. The Complaint will be due two weeks from entry of the later Order.

1  IT IS SO RECOMMENDED.

2  Dated: November 21, 2012

3
4  _____
   Hon. Charles A. Legge
5  Special Master

6  **IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER**

7  DATED: November ___, 2012

8
9  _____
   Hon. Samuel A. Conti
   UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28