Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br>          Plaintiff,<br>v.<br>HITACHI, LTD., et al.,<br>          Defendants. | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' MOTION TO ADOPT IN PART SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING THE TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

I, Lucius B. Lau, hereby declare as follows:

1. I am Counsel with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Toshiba Defendants' Motion to Adopt In Part Special Master's Report and Recommendation Regarding the Toshiba Defendants' Motion to Compel Arbitration.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Toshiba Defendants' Motion to Compel Arbitration dated August 24, 2012 (ECF No. 1332).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of Lucius B. Lau in Support of the Toshiba Defendants' Motion to Compel Arbitration dated August 24, 2012 (ECF No. 1332-1), as well as Exhibit A to that declaration.

4. Attached hereto as Exhibit 3 a true and correct copy of Costco's Opposition to Toshiba Defendants' Motion to Compel Arbitration dated September 24, 2012 (ECF No. 1377).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Toshiba Defendants' Reply in Support of Motion to Compel Arbitration dated October 8, 2012 (ECF No. 1398).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Lucius B. Lau in Support of Toshiba Defendants' Reply in Support of Motion to Compel Arbitration dated October 8, 2012 (ECF No. 1398-1), as well as Exhibits A and B to that declaration.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Special Master's Report and Recommendation Regarding the Toshiba Defendants' Motion to Compel Arbitration dated November 7, 2012 (ECF No. 1433).

1  I declare under penalty of perjury under the laws of the United States of America that
2  the foregoing is true and correct.

4  Executed this 21st day of November, 2012, in Washington, D.C.

_____
Lucius B. Lau

**CERTIFICATE OF SERVICE**

On November 21, 2012, I caused a copy of "DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' MOTION TO ADOPT IN PART SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING THE TOSHIBA DEFENDANTS' MOTION TO COMPEL ARBITRATION" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

_____
Lucius B. Lau