SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947
E-mail:    ghalling@sheppardmullin.com
           jmcginnis@sheppardmullin.com
           mscarborough@sheppardmullin.com
           tcunningham@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

[Additional Defendants and Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DEFENDANTS' OPPOSITION TO SHARP CORPORATION'S MOTION FOR LEAVE TO REPLY** |
| This Document Relates to:<br><br>IN RE: APPLICATION FOR JUDICIAL ASSISTANCE FOR THE ISSUANCE OF SUBPOENAS PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN A FOREIGN PROCEEDING<br><br>Case No. CV-12-80-151 MISC | |

# MEMORANDUM OF POINTS AND AUTHORITIES

Once again, Sharp Corporation has refused to play by the rules. Just as Sharp would completely sidestep the discovery rules applicable to its Korean litigation, Sharp now seeks to circumvent this Court's procedural orders for objections to the Special Master's reports and recommendations by filing an unauthorized reply brief. Sharp Corporation's Reply to the Response of Defendants and the Opposition of Saveri & Saveri, Inc. to Sharp's Objections to the Special Master's Report and Recommendation Regarding Subpoena ("Reply") (Dkt. No. 1455). The Court's orders governing objections plainly limit each side to a single brief. *See* Ex. A (Order Appointing Special Master (Dkt. No. 302)), pp. 5-6 (allowing party objecting to report or recommendation to file objections or motion); Ex. B (Order Amending Order Appointing Special Master (Dkt. No. 1232)), pp. 1-2 (amending original order to allow party supporting report or recommendation to file responsive brief). Sharp acknowledges that these explicit rules do not provide for a reply brief (*see* Declaration of Bruce H. Searby In Support of Sharp Corporation's Notice of Motion and Motion for Leave to Reply, ¶ 2 (Dkt. No. 1456-2)), yet Sharp went ahead and filed its Reply anyway concurrently with its motion seeking leave to file.

The Court can and should strike Sharp's unauthorized Reply. *See, e.g., Battle v. Chicago Cycle, Inc.*, No. 1:11MC61, 2012 U.S. Dist. LEXIS 161978, at *8 (N.D. Ohio Nov. 13, 2012) (striking reply brief filed by party objecting to magistrate's report and recommendation, where governing rules only allowed objection and response); *Ham v. The Continental Ins. Co.*, No. 08-1551 SC, 2008 U.S. Dist. LEXIS 117069, at *2 n.1 (N.D. Cal. Sept. 16, 2008) (Conti, J.) ("The Court will strike further submissions that do not comply with the briefing schedules contained in the Civil Local Rules.").

Likewise, the Court should deny Sharp's Motion for Leave to Reply ("Motion for Leave") (Dkt. 1456), because it provides no valid reason to deviate from the Court's established briefing procedures. The justifications offered – that Sharp's Reply would "assist the Court with the disputes presented" and "focus[] the argument" – would ordinarily be true of *any* reply brief or supplemental briefing. Motion for Leave, pp. 1-2. But the

Court presumably already considered the marginal value of further briefing when it decided that two briefs are enough. Sharp also argues that its Reply contains new material "not previously briefed by Sharp." *Id.* at 2. Notwithstanding the fact that submitting new material in a reply brief is improper, Sharp already has filed at least seven briefs concerning its subpoena to Saveri & Saveri, Inc.[1], totaling nearly 60 pages, with several supporting declarations. Sharp has had ample opportunity to argue the merits of its subpoena.

Defendants will refrain from addressing here the merits of Sharp's Reply, because any attempt to file an unauthorized sur-reply would be equally improper.[2] Sharp has provided no valid reason why it should be given leave to file a reply, and the Court should deny its improper attempt to have the last word.

Dated:  November 21, 2012                    Respectfully Submitted,

By:   */s/ Michael W. Scarborough*
GARY L. HALLING (66087)
Email: ghalling@sheppardmullin.com
JAMES L. McGINNIS (95788)
Email: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (203524)
Email: mscarborough@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415)-434-9100

---

[1] *See Ex Parte* Application of Sharp Corporation for Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceeding, Case No. 3:12-mc-80151 MISC ("MISC") (MISC Dkt. No. 1); Reply Memorandum in Support of *Ex Parte* Application of Sharp Corporation for Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceeding (MISC Dkt. No. 9); Memorandum in Response to the Opposition of the Direct Purchaser Plaintiffs' Class and Saveri & Saveri, Inc. to the *Ex Parte* Application of Sharp Corporation for Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery for Use in a Foreign Proceeding (MISC Dkt. No. 11); Sharp's September 5, 2012 Letter Brief in Opposition to the Motion to Quash (Dkt. No. 1338); Sharp's Sept. 5, 2012 Letter Brief in Support of Sharp's Motion to Compel (Dkt. No. 1340); Objections of Sharp Corporation to the Special Master's Report and Recommendation Regarding Subpoena (Dkt. No. 1430); Opposition of Sharp Corporation to Defendants' and Saveri's Motion to Adopt Special Master's Report and Recommendation Regarding Subpoena (Dkt. No. 1432).

[2] As noted, Defendants believe that briefing on Sharp's objection beyond the two submissions authorized by the Court should not be considered. Nonetheless, if the Court allows Sharp's Reply, Defendants respectfully request leave to file a sur-reply of up to equal length within a week of the Court's order allowing such further briefing.

-2-

Facsimile: (415)-434-3947

*Attorneys for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd. and Tianjin Samsung SDI Co., Ltd.*

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (pro hac vice)
E-mail: JKessler@winston.com
A. PAUL VICTOR (pro hac vice)
E-mail: PVictor@winston.com
EVA COLE (pro hac vice)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN
E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

STEVEN A. REISS (pro hac vice)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (pro hac vice)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

| | |
|---|---|
| 1 | |
| 2 | By:    */s/ Jon V. Swenson*<br>Jon V. Swenson (SBN 233054)<br>BAKER BOTTS LLP<br>1001 Page Mill Road<br>Building One, Suite 200<br>Palo Alto, CA 94304-1007<br>Telephone: (650) 739-7500<br>Facsimile: (650) 739-7699<br>Email: jon.swenson@bakerbotts.com |

By:    */s/ Jon V. Swenson*
Jon V. Swenson (SBN 233054)
BAKER BOTTS LLP
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: david.emanuelson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

By:    */s/ Kent M. Roger*
KENT M. ROGER (95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

By: */s/ Hojoon Hwang*
HOJOON HWANG (SBN 184950)
hojoon.hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street
San Francisco, California 94105
Telephone: (415) 512-4009
Facsimile: (415) 644-6909

*Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*


By: */s/ Ian Simmons*
IAN SIMMONS (pro hac vice)
E-mail: isimmons@omm.com
BEN BRADSHAW (189925)
E-mail: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*


By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

By: _/s/ Terry Calvani_
TERRY CALVANI (53260)
E-mail:  terry.calvani@freshfields.com
BRUCE C. MCCULLOCH (*pro hac vice*)
E-mail:  bruce.mcculloch@freshfields.com
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
701 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20004
Telephone: (202) 777-4500
Facsimile:  (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Company, Ltd.*

The filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.