Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile (415) 217-6813

Interim Lead Counsel for the Direct Purchaser Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
|---|---|
| This Document Relates to: ALL DIRECT PURCHASER ACTIONS | MDL No. 1917 |
| | **DECLARATION OF MARKHAM SHERWOOD IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

I, Markham Sherwood, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was hired by class counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer protection class actions, and other similar matters. Gilardi specializes in designing, developing, analyzing, and implementing settlement administration plans that support due process. During the past 28 years Gilardi has administered class notice and class settlements in over 3,500 class actions, and has distributed more than $20 billion in assets.

3. Between May 16 and May 29, 2012 Gilardi received from Plaintiffs' Counsel eight files which included the names, and, where available, the addresses and electronic mail addresses of all class members identified by Defendants in this matter. Gilardi formatted the list for mailing purposes, removed duplicate records, removed known Defendant entities, researched company names lacking addresses and added addresses where found, and processed the names and addresses through the National Change of Address Database to update any addresses on file with the United States Postal Service ("USPS").

4. On September 10, 2012, Gilardi caused the Notice to be printed and mailed to the 16,333 unique names and addresses on the class list. Gilardi delivered the Notices to the United States Post Offices located in San Rafael and Santa Rosa, California. A true and correct copy of the Notice is attached hereto as Exhibit A.

5. On September 10, 2012, Gilardi caused the Notice to be electronically distributed to the 872 unique electronic mail addresses on the class list.

6. On or before June 7, 2012, Gilardi established a case-dedicated website at www.CRTDirectPurchaserAntitrustSettlement.com. There, potential class members can view and print copies of the CPT Settlement Agreement, the Philips Settlement Agreement, the Notice, and the Order Granting Settlement Class Certification and Preliminary Approval of Class Action Settlements with CPT and Philips. Gilardi subsequently amended the landing page and added the

1

Panasonic Class Notice, the Panasonic Settlement Agreement and the Order Granting Class Certification and Preliminary Approval of Class Action Settlement with Panasonic. Class members can also view Frequently Asked Questions and obtain Gilardi's contact information.

7. On or before June 7, 2012, Gilardi activated a toll-free telephone number, 1-877-224-3063, through which callers are able to connect with a live customer service representative Monday through Friday from 7:00 a.m. to 5:00 p.m. Pacific Time. English and Spanish speaking operators are available.

8. Through its in-house advertising agency, Larkspur Design Group, Gilardi caused the Summary Notice to be published in the national edition of the Wall Street Journal on September 14, 2012. A true and correct copy of the tear sheet provide by the Wall Street Journal is attached hereto as Exhibit B.

9. The postmark deadline for class members to be excluded from the settlement classes was October 25, 2012. To date, Gilardi has received 20 timely requests for exclusion from the settlement. A report detailing the requests for exclusion received at Gilardi is attached hereto as Exhibit C.

10. The postmark deadline for class members to object to the settlement was October 25, 2012. To date, Gilardi has received zero (0) objections to the settlement.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 26th day of November, 2012 at San Rafael, California.

MARKHAM SHERWOOD

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

## If You Bought A Cathode Ray Tube Product,
## A Class Action Settlement May Affect You.

Cathode Ray Tube (CRT) Products include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube such as Televisions and Computer Monitors

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

- A class action lawsuit that includes direct purchasers of CRT Products is currently pending.

- Plaintiffs claim that Defendants (listed below) and co-conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of Cathode Ray Tubes. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors. Plaintiffs allege that, as a result of the unlawful conspiracy involving cathode ray tubes, they and other direct purchasers paid more for CRT Products than they would have paid absent the conspiracy. Defendants deny Plaintiffs' claims.

- A Settlement has been reached with (Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd., (collectively, "Panasonic"). The Settlement also releases Beijing Matsushita Color CRT Co., Ltd. ("BMCC"). The companies are together referred to as the "Settling Defendants."

- Your legal rights will be affected whether you act or don't act. This Notice includes information on the Settlement and the continuing lawsuit. Please read the entire Notice carefully.

**These Rights and Options – and deadlines to exercise them – are explained in this notice**

| | |
|---|---|
| You can object or comment on the Settlement | *see* Question 10 |
| You may exclude yourself from the Settlement | *see* Question 10 |
| You may go to a hearing and comment on the Settlement | *see* Question 14 |

- The Court in charge of this case still has to decide whether to approve the Settlement. The case against the Non-Settling Defendants (identified below) continues.

**WHAT THIS NOTICE CONTAINS**

**Basic Information** ................................................................................................................................. Page 2

1. Why did I get this notice?
2. Who are the Defendant companies?
3. What is this lawsuit about?
4. Why is there a Settlement but the litigation is continuing?
5. What is a Cathode Ray Tube Product?
6. What is a class action?

**The Settlement Class** ........................................................................................................................... Page 3

7. How do I know if I'm part of the Settlement Class?
8. What does the Settlement provide?
9. When can I get a payment?
10. What are my rights in the Settlement Class?
11. What am I giving up to stay in the Settlement Class?

**The Settlement Approval Hearing** ..................................................................................................... Page 4

12. When and where will the Court decide whether to approve the Settlement?
13. Do I have to come to the hearing?
14. May I speak at the hearing?

**The Lawyers Representing You** ......................................................................................................... Page 4

15. Do I have a lawyer in the case?
16. How will the lawyers be paid?

**Getting More Information** .................................................................................................................. Page 4

17. How do I get more information?

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

**BASIC INFORMATION**

**1.     Why did I get this notice?**

You or your company may have directly purchased Cathode Ray Tubes (CRTs) or certain products containing those tubes between March 1, 1995 and November 25, 2007.  A direct purchaser is a person or business who bought a CRT, or a television or computer monitor containing a CRT directly from one or more of the Defendants, co-conspirators, affiliates, or subsidiaries themselves, as opposed to an intermediary (such as a retail store).

You have the right to know about the litigation and about your legal rights and options before the Court decides whether to approve the Settlement.

The notice explains the litigation, the settlement, and your legal rights.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is called *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The people who sued are called Plaintiffs and the companies they sued are called Defendants.

**2.     Who are the Defendant companies?**

The Defendant companies include: LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd, Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., LP Displays International, Ltd. f/k/a LG.Philips Displays, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung SDI Co. Ltd., Samsung SDI America, Inc.,  Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., Tianjin Samsung SDI Co. Ltd., Samsung SDI Malaysia Sdn. Bhd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC., Toshiba America Information Systems, Inc., Toshiba America Electronics Components, Inc., Panasonic Corporation f/k/a Matsushita Electric Industrial, Ltd., Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing-Matsushita Color CRT Company, Ltd. (BMCC), Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi America, Ltd., Hitachi Asia, Ltd., Tatung Company of America, Inc., Chunghwa Picture Tubes Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., IRICO Group Corporation, IRICO Display Devices Co., Ltd., IRICO Group Electronics Co., Ltd., Thai CRT Company, Ltd., Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd., Daewoo International Corporation, Irico Group Corporation, Irico Group Electronics Co., Ltd., and Irico Display Devices Co., Ltd.

**3.     What is this lawsuit about?**

The lawsuit alleges that Defendants and co-conspirators conspired to raise and fix the prices of CRTs and the CRTs contained in certain finished products for over ten years, resulting in overcharges to direct purchasers of those CRTs and certain finished products containing CRTs.  The complaint describes how the Defendants and co-conspirators allegedly violated the U.S. antitrust laws by establishing a global cartel that set artificially high prices for, and restricted the supply of, CRTs and the televisions and monitors that contained them.  Defendants deny Plaintiffs' allegations.  The Court has not decided who is right.

**4.     Why is there a Settlement but the litigation is continuing?**

Only some of the Defendants have agreed to settle the lawsuit.  This notice concerns a settlement with Panasonic (which also releases BMCC).  Plaintiffs have also reached two previous settlements with 1) Chunghwa Picture Tubes Ltd., and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., and with 2) Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda. which are awaiting final approval from the Court.  The case is continuing against the remaining Non-Settling Defendants.  Additional money may become available in the future as a result of a trial or future settlements, but there is no guarantee that this will happen.

**5.     What is a Cathode Ray Tube Product?**

For the purposes of the Settlement, Cathode Ray Tube Products means Cathode Ray Tubes of any type (e.g. color display tubes, color picture tubes and monochrome display tubes) and finished products which contain Cathode Ray Tubes, such as Televisions and Computer Monitors.

**6.     What is a class action?**

In a class action, one or more people, called class representatives, sue on behalf of people who have similar claims.  All these people are members of the class, except for those who exclude themselves from the class.

If the Plaintiffs obtain money or benefits as a result of a trial or future settlement, you will be notified about those settlements, if any, at that time. Important information about the case will be posted on the website, **www.CRTDirectPurchaserAntitrustSettlement.com** as it becomes available. Please check the website to be kept informed about any future developments.

**THE SETTLEMENT CLASS**

**7.    How do I know if I'm part of the Settlement Class?**

The Settlement Class includes:

All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or subsidiary or affiliate thereof, or any co-conspirator ("Settlement Class").

**8.    What does the Settlement provide?**

The Settlement with Panasonic provides for a payment in the amount of $17,500,000 in cash to the Settlement Class.  Panasonic has also agreed to cooperate with the Plaintiffs in providing certain information about the allegations in the complaint.  In addition, Panasonic and BMCC's sales remain in the case for the purpose of computing damages against the remaining non-settling Defendants.

More details are in the Settlement Agreement, available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

**9.    When can I get a payment?**

No money will be distributed to any Class Member yet. The lawyers will pursue the lawsuit against the Non-Settling Defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

Any future distribution of the Settlement Funds will be done on a *pro rata* basis.  You will be notified in the future when and where to send a claim form.  DO NOT SEND ANY CLAIMS NOW.

In the future, each class member's *pro rata* share of the Settlement Fund will be determined by computing each valid claimant's total CRT Product purchases divided by the total valid CRT Product purchases claimed.  This percentage is multiplied to the Net Settlement Fund (total settlements minus all costs, attorneys' fees, and expenses) to determine each claimant's *pro rata* share of the Settlement Fund.  To determine your CRT Product purchases, CRT tubes (CPT's and CDT's) are calculated at full value while CRT televisions are valued at 50% and CRT computer monitors are valued at 75%.

In summary, all valid claimants will share in the settlement funds on a *pro rata* basis determined by the CRT value of the product you purchased - tubes 100%, monitors 75% and televisions 50%.

**10.    What are my rights with regard to the Settlement Class?**

**Remain in the Settlement Class**: If you wish to remain a member of the Settlement Class you do not need to take any action at this time.

**Get out of the Settlement Class**: If you wish to keep any of your rights to sue the Settling Defendants about the claims in this case you must exclude yourself from the Settlement Class. You will not get any money from the settlement if you exclude yourself from the Settlement Class.

To exclude yourself from the Settlement Class, you must send a letter that includes the following:

- Your name, address and telephone number;
- A statement saying that you want to be excluded from *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Panasonic Settlement; and
- Your signature.

You must mail your exclusion request, postmarked no later than **October 25, 2012**, to:

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090
Tel:  877-224-3063

**Remain in the Settlement Class and Object**: If you have comments about, or disagree with, any aspect of the Settlement, you may express your views to the Court by writing to the address below. The written response needs to include your name, address, telephone number, the case name and number (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), a brief explanation of your reasons for objection, and your signature. The response must be postmarked no later than **October 25, 2012** and mailed to:

| COURT | INTERIM LEAD COUNSEL | COUNSEL FOR PANASONIC |
|---|---|---|
| Honorable Charles A. Legge (Ret.)<br>JAMS<br>Two Embarcadero, Suite 1500<br>San Francisco, CA 94111 | Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111 | Jeffrey L. Kessler<br>jkessler@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br><br>David L. Yohai<br>david.yohai@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153 |

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

**11.    What am I giving up to stay in the Settlement Class?**

Unless you exclude yourself from the Settlement Class, you can't sue the Settling Defendants, or be part of any other lawsuit against Settling Defendants about the legal issues in this case. It also means that all of the decisions by the Court will bind you. The "Release of Claims" includes any causes of actions asserted or that could have been asserted in the lawsuit, as described more fully in the Settlement Agreement. The Settlement Agreement is available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

### THE SETTLEMENT APPROVAL HEARING

**12.    When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Fairness Hearing at **10:00 a.m. on December 17, 2012**, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the class website for information.  At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

**13.    Do I have to come to the hearing?**

No. Interim Lead Counsel will answer any questions the Court may have, but you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it.  As long as you mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

**14.     May I speak at the hearing?**

If you want your own lawyer instead of Interim Lead Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance."  The Notice of Appearance should include the name and number of the lawsuit (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), and state that you wish to enter an appearance at the Fairness Hearing. It also must include your name, address, telephone number, and signature. Your "Notice of Appearance" must be postmarked no later than **October 25, 2012**. You cannot speak at the Hearing if you previously asked to be excluded from the Settlement.

The Notice of Appearance must be sent to the addresses listed in Question 10.

### THE LAWYERS REPRESENTING YOU

**15.    Do I have a lawyer in the case?**

Yes. The Court has appointed the law firm of Saveri & Saveri, Inc. to represent you as "Interim Lead Counsel." You do not have to pay Interim Lead Counsel. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

**16.    How will the lawyers be paid?**

Class Counsel are not asking for attorneys' fees at this time.  At a future time, Interim Lead Counsel will ask the Court for attorneys' fees not to exceed one-third (33.3%) of this or any future Settlement Fund plus reimbursement of their costs and expenses, in accordance with the provisions of the Settlement Agreement.  Interim Lead Counsel may also request that an amount be paid to each of the Class Representatives who helped the lawyers on behalf of the whole Class.

### GETTING MORE INFORMATION

**17.    How do I get more information?**

This Notice summarizes the lawsuit and the Settlement. You can get more information about the lawsuit and Settlement at **www.CRTDirectPurchaserAntitrustSettlement.com**, by calling 1-877-224-3063, or writing to CRT Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 808003, Petaluma CA 94975-8003. Please do not contact JAMS or the Court about this case.

Dated: August 27, 2012                                                                                                 BY ORDER OF THE COURT

# EXHIBIT B

**PUBLIC NOTICES**

LEGAL NOTICE **If You Bought A Cathode Ray Tube ("CRT") or CRT Product,** LEGAL NOTICE
**A Class Action Settlement May Affect You.**

**CRT Products include Televisions or Computer Monitors that contain Cathode Ray Tubes**

A settlement has been reached with a group of defendants in a class action lawsuit involving CRTs and CRT Products. This is the third settlement to date. CRT stands for "Cathode Ray Tube." "Cathode Ray Tube (CRT) Products" include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube such as Televisions and Computer Monitors.

### What is this lawsuit about?

The lawsuit alleges that Defendants and Co-Conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of CRTs. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors. Plaintiffs allege that, as result of the unlawful conspiracy, they and other direct purchasers paid more for CRT Products than they would have absent the conspiracy. Defendants deny Plaintiffs' claims.

### Who's included in the settlement?

The Settlement includes all persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any defendant, or subsidiary or affiliate thereof. ("Settlement Class")

### Who are the Settling Defendants?

A Settlement has been reached with Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (collectively, "Panasonic"). This settlement also releases Beijing Matsushita Color CRT Co., Ltd. ("BMCC"). The companies are together referred to as the "Settling Defendants." A complete list of Defendants is set out in the Long Form of Notice available at www.CRTDirectPurchaserAntitrustSettlement.com.

### What does the Settlement provide?

The Settlement provides for the payment of $17,500,000 in cash, plus interest, to the Settlement Class. Panasonic has agreed to cooperate with the Plaintiffs in providing certain information about the allegations in the Complaint. Money will not be distributed to Class members at this time. The lawyers will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

### What are my rights?

If you wish to remain a member of the Settlement Class you do not need to take any action at this time. If you do not want to be legally bound by the Settlement, you must exclude yourself in writing by October 25, 2012, or you will not be able to sue, or continue to sue, the Settling Defendants about the legal claims in this case.

If you wish to comment on or disagree with any aspect of the proposed settlement, you must do so in writing no later than October 25, 2012. The Settlement Agreement, along with details on how to object to them, is available at www.CRTDirectPurchaserAntitrustSettlement.com. The U.S. District Court for the Northern District of California will hold a Fairness Hearing at 10:00 a.m. on December 17, 2012, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the class website for information.

The Court has appointed the law firm of Saveri & Saveri, Inc. to represent Direct Purchaser Class members as Interim Lead Class Counsel. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. You may appear at the hearing, but don't have to. We do not know how long these decisions will take. Please do not contact JAMS or the Court about this case.

This is a Summary Notice. For more details, call toll free 1-877-224-3063, visit www.CRTDirectPurchaserAntitrustSettlement.com, or write to CRT Direct Settlement, P.O. Box 808003, Petaluma, CA 94975.

**www.CRTDirectPurchaserAntitrustSettlement.com    1-877-224-3063**

# EXHIBIT C



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (Panasonic Settlement)**

1) Best Buy
   Best Buy Co., Inc.
   Best Buy Purchasing, LLC
   Best Buy Enterprise Services, Inc.
   Best Buy Stores, L.P.
   BestBuy.com, LLC
   Magnolia Hi-Fi, Inc.

   > 7601 Penn Avenue South
   > Richfield, MN 55423

2) Tech Data Corporation
   Azlan European Finance Limited
   Azlan GmbH
   Azlan Group Limited
   Azlan Limited
   Azlan Logistics Limited
   Azlan Overseas Holdings Ltd.
   Azlan Scandinavia AB
   Batterex B.V.
   Computer 2000 Distribution Ltd.
   Computer 2000 Publishing AB
   Datatechnology Datech Ltd.
   Datech 2000 Ltd.
   Expander Express AB
   Expander Informatic AB
   Expander Technical AB
   Frontline Distribution Ltd.
   Frontline Distribution (Ireland) Ltd.
   Hakro-Ooseterberg-Nijkerk B.V.
   Horizon Technical Services (UK) Limited
   Horizon Technical Services AB
   Hotlamps Limited
   Managed Training Services Limited
   Maneboard Ltd
   Maverick Presentation Products Limited
   ProDesk N.V
   Quadrangle Technical Services Limited
   Screen Expert Limited UK
   TD Brasil, Ltda
   TD Facilities, Ltd. (Partnership)
   TD Fulfillment Services, LLC
   TD Tech Data AB
   TD Tech Data Portugal Lda
   TD United Kingdom Acquisition Limited
   Tech Data (Netherlands) B.V.
   Tech Data (Schweiz) GmbH
   Tech Data bvba/sprl
   Tech Data Canada Corporation
   Tech Data Chile S.A.
   Tech Data Colombia S.A.S.
   Tech Data Corporation ("TDC")
   Tech Data Denmark ApS
   Tech Data Deutschland GmbH
   Tech Data Distribution s.r.o.
   Tech Data Education, Inc.
   Tech Data Espana S.L.U.
   Tech Data Europe GmbH
   Tech Data Europe Services and Operations, S.L.
   Tech Data European Management GmbH
   Tech Data Finance Partner, Inc.
   Tech Data Finance SPV, Inc.
   Tech Data Financing Corporation
   Tech Data Finland OY
   Tech Data Florida Services, Inc.
   Tech Data France Holding Sarl
   Tech Data France SAS
   Tech Data GmbH & Co OHG
   Tech Data Information Technology GmbH
   Tech Data Global Finance LP
   Tech Data International Sárl
   Tech Data Italia s.r.l.
   Tech Data Latin America, Inc.
   Tech Data Ltd
   Tech DataLuxembourg Sárl
   Tech Data Management GmbH
   Tech Data Marne SNC



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (Panasonic Settlement)**

    Tech Data Mexico S. de R.L. de C.V.
    Tech Data Midrange GmbH
    Tech Data Mobile Acquisition Limited
    Tech Data Mobile Austria GmbH
    Tech Data Mobile Cooperatief W.A.
    Tech Data Mobile Limited
    Tech Data Nederland B.V.
    Tech Data Norge AS
    Tech Data Operations Center, SA
    Tech Data Österreich GmbH
    Tech Data Peru S.A.C.
    Tech Data Polska Sp.z.o.o.
    Tech Data Product Management, Inc.
    Tech Data Resources, LLC
    Tech Data Service GmbH
    Tech Data Servicios, S. de R.L. de C.V.
    Tech Data Strategy GmbH
    Tech Data Tennessee, Inc.
    Tech Data Uruguay S.A.
    Triade Holding B.V.
    Triade Rosenmeier Electronics AS

        *5350 Tech Data Drive*
        *Clearwater, FL 33760*

3) **Mivar di Carlo Vichi e C. S.A.S.**
        *Via Bergognone, 65*
        *20144 Milan*
        *Italy*

4) **Sharp Corporation**
    Sharp Electronics Corporation
    Sharp Manufacturing Company of America
    Sharp Electronics Manufacturing Company of America

        *22-22 Nagaike-Cho*
        *Abeno-Ku*
        *Osaka, JAPAN 545-8522*
         *and*
        *Sharp Plaza*
        *Mahwah, NJ 07495*

5) **Apple, Inc**
    Apple Inc.
    Apple Operations
    Apple Operations Europe (f/k/a Apple Computer Limited)
    Apple Operations Europe (f/k/a Apple Computer Limited) (Singapore branch)
    Apple Computer International
    Apple Computer Inc.

        *1 Infinite Loop*
        *Cupertino, CA 95014*

6) **NECO Alliance LLC**
    Aitoro Appliance Co., Inc.
    Appliance Dealers Cooperative Inc.
    Dynamic Marketing, Inc.
    Intercounty Appliance Corp.
    Nationwide of Connecticut, Inc.
    New England Appliance & Electronics Group, Inc.

        *620 Route 25A, Suite D*
        *Mount Sinai, NY 11766*

7) **ABC Appliance, Inc.**
    d/b/a ABC Warehouse

        *1 West Silverdone Industrial Park*
        *Pontiac, MI 48342*

8) **Unisys Corporation**
        *801 Lakeview Drive Ste 100*
        *Blue Bell, PA 19422*

9) **Jerry Laatsch**
        *10550 Appomattox*
        *Holly, MI 48442*



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (Panasonic Settlement)**

**10) Circuit City Stores, Inc. Liquidating Trust**
Alfred H. Siegel, Trustee
P.O. Box 5695
Glen Allen, VA 23058

**11) ViewSonic Corporation**
ViewSonic Corporation

381 Brea Canyon Road
Walnut, CA  91789

ViewSonic International Corporation

9F, No. 192, Lien Chen Road
Chung Ho, 235, Tapiei, Taiwan

ViewSonic Display Limited

Level 28, Three Pacific Place
1 Queen's Road East, Hong Kong

ViewSonic Hong Kong Limited

c/o Kai Tak Commercial Building
161 Connaught Road Central
Rooms 1905-8, 19th Floor
Hong Kong

**12) Sears**
Sears, Roebuck and Co.
Sears Holdings Corporation
Sears Holdings Management Corporation
Kmart Corporation
Kmart Management Corporation
Kmart Holdings Corporation

3333 Beverly Road
Hoffman Estates, IL  60179

**13) Schultze Asset Management, LLC**
Schultze Agency Services, LLC
Tweeter Newco, LLC
Tweeter Opco, LLC
Tweeter Intellectual Property, LLC
Tweeter Tivoli, LLC
Tweeter Home Entertainment Group, Inc.
Sound Advice, Inc. d/b/a Sound Advice and Showcase Home Entertainment
Hifi Buys Incorporated
Tweeter Etc.
Douglas TV & Appliance, Inc.
Douglas Audio Video Caters, Inc.
United Audio Centers, Inc.
Sumarc Electronics Incorporated d/b/a NOW! Audio Video
Bryn Mawr Radio and Television, Inc.
The Video Scene, Inc. d/b/a Big Screen City
Hillcrest High Fidelity, Inc. d/b/a Hillcrest Audio
DOW Stereo/Video, Inc.
Home Entertainment of Texas, Inc.
SMK Marketing, Inc. d/b/a Audio Video Systems
Sound Advice of Arizona, Inc.
New England Audio Co., Inc.
NEA Delaware, Inc.
THEG USA L.P.
Showcase Home Entertainment

3000 Westchester Avenue, Ste 204
Purchase, NY 10577

**14) CompuCom Systems, Inc.**
7171 Forest Lane
Dallas, TX 75230



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (Panasonic Settlement)**

**15) P.C. Richard & Son Long Island Corporation**
    A.J. Richard & Sons, Inc.
    P.C Ricard & Son, LLC
    P.C. Richard Service Company
    Alfred Reliable Appliances, Inc.
    Reliable Richard's Service Corp.
    AGP Services Corp.
    Two Guys Ventures Corp.
    A.J. Staten Island, LLC
    P.C. Deer Park, LLC
    P.C. 185 Price Parkway, LLC
    P.C. 1574, Inc.
    P.C. 1574 Milford, LLC
    P.C. Lawrenceville, LLC
    P.C. Brick 70, LLC
    P.C. Richard & Son Connecticut, LLC

    *150 Price Parkway*
    *Farmingdale, NY 11735*

**16) MARTA Cooperative of America, Inc.**
    *515 East Carefree Hwy #1140*
    *Phoenix, AZ 85085*

**17) Office Depot, Inc.**
    Office Depot Asia Holding Limited
    Office Depot BA SAS (f.k.a. Guilbert France S.AS.)
    Office Depot BVBA (f.k.a. Guilbert Belgium BVBA)
    Office Depot Brasil Limitada (inactive)
    Office Depot Brasil Participacoes Limitad
    Office Depot Centro America, SA de CV
    Office Depot Chile Limitada (inactive)
    Office Depot Cyprus Limited (f.k.a Claigan Ltd.)
    Office Depot Delaware Overseas Finance No. 1, LLC (f.k.a Office Depot Delaware Overseas Finance No. 1, Inc.)
    Office Depot de Mexico SA de CV
    Office Depot Deutschland GmbH (f.k.a Guilbert Deutschland GmbH)
    Office Depot France SNC (f.k.a Office Depot France SAS)
    Office Depot Hungary Kft (f.k.a Elso Iroda Superstore Kft.)
    Office Depot, Inc.
    Office Depot International BVBA
    OD International (Luxembourg) Finance
    Office Depot, B.V. (formerly Guilbert Netherland BV)
    Office Depot Cooperatief W.A.
    Office Depot Europe B.V.
    Office Depot Europe Holdings Ltd.
    Office Depot GmbH + Switzerland
    Office Depot Holding GmbH + Switzerland
    Office Depot Holdings Ltd.
    Office Depot Holdings 2 Ltd.
    Office Depot Holdings 3 Ltd.
    Office Depot International B.V.
    Office Depot International (UK) Ltd.
    Office Depot Ireland Limited (f.k.a Guilbert Ireland Ltd)
    Office Depot (Israel) Ltd.
    Office Depot Italia S.r.l.
    Office Depot Japan Limited
    Office Depot Korea Limited (f.k.a Best Office Co., Ltd.)
    Office Depot Latin American Holdings B.V.
    Office Depot MDF SNC
    Office Depot NA B.V.
    Office Depot N.A. Shares Services LLC
    Office Depot Netherland B.V. (f.k.a. Office Depot International, B.V.) (f.k.a Viking Direct (Holdings) B.V.)
    Office Depot Network Technology Ltd.
    Office Depot (Operations) Holding B.V. (f.k.a Guilbert Trademarks B.V.)
    Office Depot Overseas Limited
    Office Depot Overseas Holding Limited
    Office Depot Overseas 2 Limited
    Office Depot Poland Sp Z.O.o. (f.k.a Fontinalis)
    Office Depot Private Limited
    Office Depot Procurement and Sourcing (Schenzhen) Company Ltd. Or translated: Office Depot Merchandising (Shenzhen) Company Ltd.
    Office Depot Puerto Rico, LLC
    Office Depot SAS (f.k.a Guilbert SAS)
    Office Depot Service Center SRL
    Office Depot Service - und BeteiligungsGmbH&Co.KG
    Office Depot s.r.o. (f.k.a Papririus s.r.o.)
    Office Depot S.L. (f.k.a Guilbert Espana S.L.)
    Office Depot Tokumei Kumiai



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (Panasonic Settlement)**

Office Depot UK Limited (f.k.a Guilbert UK Ltd)
Office Depot - Viking Holdings B.V.
2300 South Congress LLC
4Sure.com, Inc.
AGE Kontor & Data AB
AsiaEC.com Limited
BizDepot, LLC (inactive)
Centro de Apoyo Caribe SA de CV
Centro de Apoyo SA de CV
Computers4Sure.com, Inc.
Curry's Limited
Deo Deo Tokumei Kumiai
eOffice Planet India Private Limited
Erial BQ S.A.
Europa S.A.S.
Gosta Hansson & Co AB
Guibert Beteiligungsholding GmbH
Guilbert International B.V.
Guilbert Luxembourg S.AR.L.
Guilbert UK Holdings Ltd
Guilbert UK Pension Trustees Ltd
HC Land Company LLC
Helge Dahnberg AB + Sweden
Heteyo Holdings B V.
Hutter GmbH
Japan Office Supplies, LLC
Kontorsfackhandlarna Stockholm AB + Sweden
Kontorsgruppen i Sverige AB + Sweden
NEWGOH Immobilienverwaltung GmbH
Neighborhood Retail Development Fund, LLC (inactive)
Niceday Distribution Centre Ltd
North American Card and Coupon Services, LLC
Notus Aviation, Inc.
OD Acquisition Canada ULC
OD Aviation, Inc.
OD Colombia Ltda
OD El Salvador, Ltda. De C.V.
OD France, LLC
ODV France, LLC
ODG Caribe SA de CV (f.k.a Urguguay Cia. Papelera, SA de CV)
OD Guatemala y Compania. Limitada
OD Honduras S de RL
OD International, Inc.
OD International Holdings CV
OD International (Luxembourg) Holdings S.A.R.L.
OD International (Luxembourg) Participation S.A.R.L.
OD Management SNC
OD Medical Solutions LLC
OD of Texas, LLC (f.k.a OD of Texas Inc.)
ODPanamaSA
OD S.N.C.
ODST, LLC (inactive)
OD Tressorerie (f.k.a om S.N.C)
Office 1 Ltd
Office 1 (1995) Ltd
Office Club, Inc.
OfficeSupplies.com, Inc.
Office Town, Inc. (inactive)
Papirius Kft.
Pappersnabben i Malmo AB + Sweden
Patitucci Ltd.
Reliable Uk Ltd
Ritma AB + Sweden
S.A.R.L.
Servicios Administrativos Office Depot SAdeCV
Servicios y Material De Escritorio S.L.
Solutions4Sure.com, Inc.
Stitching Office Depot Charity for Children
Swinton Avenue Trading Limited, Inc.
Viking Direct B.V.
Viking Direct (Holdings) Limited
Viking Direct (Ireland) Limited (f.k.a Viking Direct (Ireland) Limited; then Office Depot International (Ireland) Limited -new change effective as of 912004
Viking Direct S.A.R.L.
Viking Direkt GesmbH
Viking Finance (Ireland) Limited
Viking Office Products, Inc.



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (Panasonic Settlement)**

        Viking Office Products KK
        Viking Office Products S.r.l. (f.k.a Viking Direct SrI)
        VOP (Ireland) Limited
        VPC System S.r.l. (inactive)

        *6600 N. Military Trail*
        *Boca Raton, FL 33496*

18) **Electrograph Systems, Inc.**
        Electrograph Technologies Corp.
        International Computer Graphics, Inc.
        ActiveLight, Inc.
        CineLight Corporation
        Manchester Technologies, Inc.
        Manchester Equipment Co. Inc.
        Champion Vision, Inc.
        Coastal Office Products, Inc.

        *53 Lakeside Drive*
        *Rockville Ctr, NY 11570*

19) **Interbond Corporation of America**
        d/b/a BrandsMart USA

        *3200 SW 42nd St.*
        *Hollywood, FL 33312*

20) **Target Corporation**
        *1000 Nicollet Mall*
        *Minneapolis, MN  55403*