United States District Court
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   IN RE: CATHODE RAY TUBE (CRT)      )   MDL No. 1917
    ANTITRUST LITIGATION               )
                                       )   Case No. C-07-5944-SC
10  _____)
                                       )   ORDER VACATING HEARING
11  This Order Relates To:             )
                                       )
12      DIRECT PURCHASER CLASS ACTION   )
        CASES                          )
13  _____)

14

15        The December 7, 2012 hearing on the parties' responses to the

16  Special Master's Report and Recommendation Regarding Defendants'

17  Joint Motion for Summary Judgment against certain Direct Purchaser

18  Plaintiffs, ECF No. 1221, is hereby VACATED.  Civ. L.R. 7-1(b).

19  The Court will issue a written order shortly.

20

21        IT IS SO ORDERED.

22

23        Dated:  November 27, 2012

24                                        UNITED STATES DISTRICT JUDGE

25

26

27

28