1  HOJOON HWANG (SBN 184950)
   Hojoon.Hwang@mto.com
2  Munger, Tolles & Olson LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA  94105-2907
4  Telephone:     (415) 512-4000
   Facsimile:     (415) 512-4077
5
   WILLIAM D. TEMKO (SBN 098858)
6  William.Temko@mto.com
   JONATHAN E. ALTMAN (SBN 170607)
7  Jonathan.Altman@mto.com
   BETHANY W. KRISTOVICH (SBN 241891)
8  Bethany.Kristovich@mto.com
   Munger, Tolles & Olson LLP
9  355 South Grand Avenue
   Thirty-Fifth Floor
10 Los Angeles, CA 90071-1560
   Telephone:     (213) 683-9100
11 Facsimile:     (213) 687-3702

12 Attorneys for Defendants LG Electronics, Inc.; and
   LG Electronics USA, Inc.; and LG Electronics
13 Taiwan Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.  3:07-cv-05944 SC |
| _____ | MDL No. 1917 |
| This Document Relates to: | **SECOND AMENDED NOTICE OF DEPOSITION OF STEVEN FINK** |
| The Indirect Purchaser Action | |

1  **PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil
2  Procedure, Defendants LG Electronics, Inc.; and LG Electronics USA, Inc.; and LG Electronics
3  Taiwan Taipei Co., Ltd., through counsel and in conjunction with all defendants, will take the
4  deposition upon oral examination under oath of Steven Fink on November 28, 2012, beginning at
5  4:00 p.m. Central Time, and continuing from day to day thereafter until concluded.  The
6  deposition shall be held at Walentine, O'Toole, McQuillan & Gordon, LLP; 11240 Davenport
7  Street; Omaha, NE 68154-0125, before notary public or other office authorized to administer
8  oaths.
9  **YOU ARE FURTHER NOTIFIED** that the testimony to be given will be recorded by a
10 certified shorthand reporter who is duly authorized to take and transcribe said deposition, and a
11 real-time transcription service such as LiveNote may also be available for the use of counsel.  The
12 deposition may also be recorded by videotape, and defendants reserve the right to use the
13 videotape of the deposition at trial.

14 DATED: November 27, 2012                     Munger, Tolles & Olson LLP

                                               By: /s/ *Bethany W. Kristovich*
                                                   Bethany W. Kristovich
                                                   Attorneys for Defendants
                                                   LG Electronics, Inc.; and LG Electronics
                                                   USA, Inc.; and LG Electronics Taiwan
                                                   Taipei Co., Ltd.

SECOND AMENDED NOTICE OF DEPOSITION OF
STEVEN FINK CASE NO. 07-5944 MDL NO. 1917 3:07-
CV-05944 SC

**CERTIFICATE OF SERVICE**

On November 27, 2012, I caused a copy of the "AMENDED NOTICE OF DEPOSITION OF STEVEN FINK" to be served via e-mail upon Mario Alioto, Interim Lead Counsel for Indirect Purchaser Plaintiffs, at malioto@tatp.com, and Bob Gralewski of Kirby McInerney LLP at bgralewski@kmllp.com, as well as counsel for the defendants who have entered an appearance in this case.

By: /s/ *James M. Berry*