# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No:   3:07-CV-5944 SC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Courtney C. Byrd, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. in the above-entitled action. My local co-counsel in this case is Michael Tubach, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1625 Eye St., N.W.<br>Washington, D.C. 20006 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 383-5300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 984-8700 |
| MY EMAIL ADDRESS OF RECORD:<br>cbyrd@omm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mtubach@omm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 999175.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 28, 2012                                        /s/ Courtney C. Byrd
                                                                                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of   Courtney C. Byrd   is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                                        *October 2012*