UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No: 3:07-CV-5944 SC<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Courtney C. Byrd, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. in the above-entitled action. My local co-counsel in this case is Michael Tubach, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1625 Eye St., N.W.<br>Washington, D.C. 20006 | Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111-3823 |
| MY TELEPHONE # OF RECORD:<br>(202) 383-5300 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 984-8700 |
| MY EMAIL ADDRESS OF RECORD:<br>cbyrd@omm.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mtubach@omm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 999175.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 28, 2012         /s/ Courtney C. Byrd
                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Courtney C. Byrd is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/29/12

UNITED STATES DISTRICT MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Samuel Conti



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____COURTNEY  BYRD_____

was on the ___7TH___ day of _____FEBRUARY, 2011_____ duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 28, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
              Deputy Clerk