1   MORGAN, LEWIS & BOCKIUS LLP
    KENT M. ROGER, State Bar No. 095987
2   MICHELLE PARK CHIU, State Bar No. 248421
    One Market, Spear Street Tower
3   San Francisco, CA 94105-1126
    Tel: 415.442.1000
4   Fax: 415.442.1001
    E-mail:      kroger@morganlewis.com
5                mchiu@morganlewis.com

6   MORGAN, LEWIS & BOCKIUS LLP
    SCOTT A. STEMPEL (*pro hac vice*)
7   J. CLAYTON EVERETT (*pro hac vice*)
    1111 Pennsylvania Avenue, N.W.
8   Washington, D.C. 20004
    Tel: 202.739.3000
9   Fax: 202.739.3001
    E-mail:      sstempel@morganlewis.com
10               jeverett@morganlewis.com

11  Attorneys for Defendants
    HITACHI, LTD., HITACHI AMERICA, LTD.,
12  HITACHI ELECTRONIC DEVICES (USA), INC.
    AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN
13  DISPLAY EAST, INC.)

14  [Additional counsel listed on signature page]

15

                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                      SAN FRANCISCO DIVISION
18

19
    In re: CATHODE RAY TUBE (CRT)          Master File No. 3:07-cv-05944-SC
20  ANTITRUST LITIGATION,
                                           MDL No. 1917
21
                                           Individual Case No. 11-cv-06205 SC
22

23  This Document Relates to:             **DEFENDANTS' JOINT NOTICE OF
                                           MOTION AND MOTION TO ADOPT
24  STATE OF FLORIDA,                      SPECIAL MASTER'S REPORT AND
                                           RECOMMENDATIONS REGARDING
25            Plaintiff,                   DEFENDANTS' MOTION TO DISMISS
          v.                               THE COMPLAINT OF THE STATE OF
26                                         FLORIDA**

27  LG ELECTRONICS, INC., et al.,

            Defendants
28

CASE NO. 070-5944 SC         DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND
MDL NO. 1917                 RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OF THE
                                                                                        STATE OF FLORIDA

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants hereby move this Court, pursuant to Rule 53 of the Federal Rules of Civil Procedure and the Court's June 16, 2008 Order Appointing Special Master ("Appointment Order"), for an Order adopting the Special Master's November 16, 2012 Report and Recommendations Regarding Defendants' Motion to Dismiss the Complaint of the State of Florida ("November 16 Order"). Specifically, Judge Legge recommended that the Court grant (1) Defendants' motion to dismiss Plaintiff's equitable claims and (2) Defendants' motion to dismiss Plaintiff's damages claims.

Pursuant to paragraph 17 of the Appointment Order, the record relevant to this Motion consists of (1) this Notice of Motion and Motion; (2) the Proposed Order Adopting the Special Master's Report and Recommendations filed concurrently with this Motion; (3) the November 16 Order; (4) Defendants' Notice of Motion and Motion to Dismiss the State of Florida's Complaint, Docket No. 1248; (5) Plaintiff State of Florida's Response to Motion to Dismiss the State of Florida's Complaint, Docket No. 1262; (6) Defendants' Notice of Motion and Motion to Dismiss the State of Florida's Amended Complaint, Docket No. 1287; (7) Plaintiff State of Florida's Response to Motion to Dismiss the State of Florida's Amended Complaint, Docket No. 1330; (8) Defendants' Reply in Support of Defendants' Motion to Dismiss the State of Florida's Amended Complaint, Docket No. 1342; (9) Defendants' Joint Motion to Dismiss the State of Florida's Claims for Injunctive Relief, Docket No. 1392; (10) Plaintiff State of Florida's Objection and Response to Joint Motion to Dismiss the State of Florida's Claims for Injunctive Relief, Docket No. 1409; and (11) the Declaration of Nicholas J. Weilhammer in Support of Plaintiff State of Florida's Objection and Response to Joint Motion to Dismiss the State of Florida's Claims for Injunctive Relief, Docket No. 1409.1.

CASE NO. 070-5944 SC
MDL NO. 1917

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OF THE STATE OF FLORIDA

As discussed at length in the parties' moving and opposition papers, Defendants move to dismiss (1) Plaintiff's claims for equitable relief under the Sherman Act, the Florida Antitrust Act, and the Florida Deceptive and Unfair Trade Practices Act, and (2) Plaintiff's claims for damages under the Florida Antitrust Act and the Florida Deceptive and Unfair Trade Practices Act.

The Special Master heard oral argument regarding Defendants' motion on September 20, 2012.  On November 16, 2012, the Special Master issued its Report and Recommendations, conducting an extensive, well-reasoned analysis of the relevant law, concluding that (1) Defendants have made a substantial showing that there is no cognizable danger of a recurrent violation since the alleged conspiracy occurred over five years ago and only one defendant continues to sell CRTs, and (2) Defendants have demonstrated that the applicable statutes of limitation bar the claims for damages and any exceptions to the statutes have not been explicitly argued by Plaintiff.

It is Defendants' understanding that Plaintiff does not intend to object to the Special Master's Report and Recommendations.

Accordingly, for the reasons set forth in the Special Master's Report and Recommendations and the Defendants' motions and letters, the Special Master's rulings should be adopted by the Court in their entirety.

DATED: November 30, 2012             MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

-3-

CASE NO. 070-5944 SC
MDL NO. 1917

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OF THE STATE OF FLORIDA

1

2   J. CLAYTON EVERETT, JR. (pro hac vice)
    E-mail: jeverett@morganlewis.com
    SCOTT A. STEMPEL (pro hac vice)

3   E-mail: sstempel@morganlewis.com
    **MORGAN, LEWIS & BOCKIUS LLP**

4   1111 Pennsylvania Avenue, NW
    Washington, DC 20004

5   Telephone: (202) 739-3000
    Facsimile: (202) 739-3001

6
    *Attorneys for Defendants Hitachi, Ltd., Hitachi*
7   *Displays, Ltd. (n/k/a Japan Display East, Inc.),*
    *Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi*
8   *Electronic Devices (USA), Inc.*

9
    BAKER BOTTS LLP
10

11  By: /s/ Jon V. Swenson
    Jon V. Swenson (SBN 233054)
    **BAKER BOTTS LLP**
12  620 Hansen Way
    Palo Alto, CA 94304
13  Telephone: (650) 739-7500
    Facsimile: (650) 739-7699
14  Email: jon.swenson@bakerbotts.com

15  John M. Taladay (*pro hac vice*)
    Joseph Ostoyich (*pro hac vice*)
16  **BAKER BOTTS LLP**
    1299 Pennsylvania Ave., N.W.
17  Washington, DC 20004-2400
    Telephone: (202) 639-7700
18  Facsimile: (202) 639-7890
    Email: john.taladay@bakerbotts.com
19  Email: joseph.ostoyich@bakerbotts.com

20  *Attorneys for Defendants Koninklijke Philips*
    *Electronics N.V. and Philips Electronics North*
21  *America Corporation*

22
    WINSTON & STRAWN LLP
23

24  By: /s/ Jeffrey L. Kessler
    JEFFREY L. KESSLER (pro hac vice)
25  E-mail: JKessler@winston.com
    A. PAUL VICTOR (pro hac vice)
26  E-mail: PVictor@winston.com
    EVA COLE (pro hac vice)
27  E-mail: EWCole@winston.com
    MOLLY M. DONOVAN
28
                                          -4-

E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

STEVEN A. REISS (pro hac vice)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (pro hac vice)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation
(f/k/a Matsushita Electric Industrial Co., Ltd.),
Panasonic Corporation of North America, MT Picture
Display Co., Ltd.*


MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
LAURA K. SULLIVAN (SBN 281542)
Laura.Sullivan@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

*Attorneys for Defendants LG Electronics, Inc. and LG,
LG Electronics USA, Inc.*

-5-

SHEPPARD MULLIN RICHTER & HAMPTON

By:  /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.;
Samsung SDI Co., Ltd.; Samsung SDI (Malaysia)
SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.;
Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co.,
Ltd. and Tianjin Samsung SDI Co., Ltd.*


WHITE & CASE LLP

By:  /s/ Christopher M. Curran
CHRISTOPHER M. CURRAN (pro hac vice)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation and
Toshiba America Electronic Components, Inc.*


Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the

filing of this document has been obtained from each of the above signatories.

-6-

DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT SPECIAL MASTER'S REPORT AND
RECOMMENDATIONS REGARDING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OF THE
STATE OF FLORIDA