Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, CA 90071
Telephone: 213 239-5100
Facsimile: 213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Intervenors*
*Mitsubishi Electric & Electronics USA, Inc. and*
*Mitsubishi Digital Electronics Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 3:07-cv-5944 SC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBJECT TO SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING PLAINTIFFS' MOTION TO AMEND** |

WHEREAS, on November 19, 2012, the Special Master recommended that the Court grant Plaintiffs' motion to add Mitsubishi Electric Corp., Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric & Electronics, USA, Inc. (collectively, "Mitsubishi Electric") as named defendants (Dkt. 1453); and

WHEREAS, the deadline for Mitsubishi Electric to object to the Special Master's Report and Recommendation is December 4, 2012 (Dkt. 1459); and

WHEREAS, the parties agree the date for Mitsubishi Electric to object may be extended until December 11, 2012,

IT IS HEREBY STIPULATED that the date for Mitsubishi Electric to object to the Special Master's Report and Recommendation shall be extended until December 11, 2012.

| MITSUBISHI ELECTRIC & ELECTRONICS US, INC. and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. | INDIRECT PURCHASER PLAINTIFFS |
|---|---|
| By  /s/ Michael T. Brody  <br>Terrence J. Truax (*pro hac vice*)  <br>ttruax@jenner.com  <br>Michael T. Brody (*pro hac vice*)  <br>mbrody@jenner.com  <br>JENNER & BLOCK LLP  <br>353 N. Clark Street  <br>Chicago, IL  60654  <br>Tel. 312-222-9350  <br>Fax 312-527-0484 | By  /s/ Mario N. Alioto  <br>Mario N. Alioto  <br>Lauren C. Russell  <br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP  <br>2280 Union Street  <br>San Francisco, CA  94123  <br>Tel. 415-563-7200  <br>Fax 415-346-0679 |

### ATTESTATION PURSUANT TO LOCAL RULE 5.1

I, Michael T. Brody, attest that concurrence in the filing of this document has been obtained from all signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 4th day of December, 2012, at Chicago, Illinois.

 /s/ Michael T. Brody

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December___, 2012

Hon. Samuel Conti  
U.S. District Court Judge