| | |
|---|---|
| 1 | Brent Caslin (Cal. Bar. No. 198682) |
|  | JENNER & BLOCK LLP |
| 2 | 633 West Fifth Street |
|  | Suite 3600 |
| 3 | Los Angeles, CA  90071 |
|  | Telephone:  213 239-5100 |
| 4 | Facsimile:   213 239-5199 |
|  | bcaslin@jenner.com |

1  Brent Caslin (Cal. Bar. No. 198682)
   JENNER & BLOCK LLP
2  633 West Fifth Street
   Suite 3600
3  Los Angeles, CA  90071
   Telephone:  213 239-5100
4  Facsimile:   213 239-5199
5  bcaslin@jenner.com

6  Terrence J. Truax (*pro hac vice*)
   Michael T. Brody (*pro hac vice*)
7  JENNER & BLOCK LLP
   353 N. Clark Street
8  Chicago, IL 60654-3456
   Telephone:   312 222-9350
9  Facsimile:    312 527-0484
   ttruax@jenner.com
10 mbrody@jenner.com

11 *Attorneys for Intervenors*
   *Mitsubishi Electric & Electronics USA, Inc. and*
12 *Mitsubishi Digital Electronics Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 3:07-cv-5944 SC |
| This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO OBJECT TO SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING PLAINTIFFS' MOTION TO AMEND** |

WHEREAS, on November 19, 2012, the Special Master recommended that the Court grant Plaintiffs' motion to add Mitsubishi Electric Corp., Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric & Electronics, USA, Inc. (collectively, "Mitsubishi Electric") as named defendants (Dkt. 1453); and

WHEREAS, the deadline for Mitsubishi Electric to object to the Special Master's Report and Recommendation is December 4, 2012 (Dkt. 1459); and

WHEREAS, the parties agree the date for Mitsubishi Electric to object may be extended until December 11, 2012,

IT IS HEREBY STIPULATED that the date for Mitsubishi Electric to object to the Special Master's Report and Recommendation shall be extended until December 11, 2012.

| MITSUBISHI ELECTRIC & ELECTRONICS US, INC. and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. | INDIRECT PURCHASER PLAINTIFFS |
|---|---|
| By  /s/ Michael T. Brody<br>Terrence J. Truax (*pro hac vice*)<br>ttruax@jenner.com<br>Michael T. Brody (*pro hac vice*)<br>mbrody@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL  60654<br>Tel. 312-222-9350<br>Fax 312-527-0484 | By  /s/ Mario N. Alioto<br>Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel. 415-563-7200<br>Fax 415-346-0679 |

### ATTESTATION PURSUANT TO LOCAL RULE 5.1

I, Michael T. Brody, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of December, 2012, at Chicago, Illinois.

   /s/ Michael T. Brody

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 4 , 2012

   *[signature]*
   Hon. Samuel Conti
   U.S. District Court Judge