1   David J. Burman (admitted *pro hac vice*)
    Cori G. Moore (admitted *pro hac vice*)
2   Noah G. Purcell (admitted *pro hac vice*)
    Nicholas H. Hesterberg (admitted *pro hac vice*)
3   **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900
4   Seattle, WA 98101-3099
    Telephone:      206.359.8000
5   Facsimile:      206.359.9000

6   Joren Bass, State Bar No. 208143
    JBass@perkinscoie.com
7   **PERKINS COIE LLP**
    Four Embarcadero Center, Suite 2400
8   San Francisco, CA  94111-4131
    Telephone:      415.344.7120
9   Facsimile:      415.344.7320

10  Attorneys for Plaintiff
    Costco Wholesale Corporation

11

12                  UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION

14

15  IN RE: CATHODE RAY TUBE (CRT)          Master File No. 3:07-cv-05944-SC
    ANTITRUST LITIGATION                   MDL No. 1917
16
                                           Judge: Honorable Samuel Conti
17  This document relates to:
                                           Special Master: Hon. Charles A. Legge (Ret.)
18  Case No. C 11-6397 SC
                                           **DECLARATION OF NOAH G.**
19  COSTCO WHOLESALE CORPORATION,          **PURCELL IN SUPPORT OF**
                                           **COSTCO'S REPLY IN SUPPORT OF**
20                  Plaintiff,             **ITS OBJECTIONS TO THE SPECIAL**
                                           **MASTER'S REPORT AND**
21      v.                                 **RECOMMENDATION COMPELLING**
                                           **ARBITRATION WITH THE TOSHIBA**
22  HITACHI, LTD., et al.,                 **DEFENDANTS**

23                  Defendants.            Date:       January 25, 2013
                                           Time:       10:00 a.m.
24                                         Before:     Hon. Samuel Conti
                                           Courtroom:  One, 17th Floor
25

26

27

28

DECL. OF NOAH G. PURCELL ISO COSTCO'S OBJECTIONS TO THE SPECIAL MASTER'S REPORT
Case No. 07-5944-SC; MDL No. 1917

1    I, Noah G. Purcell, hereby declare as follows:

2    1.    I am an attorney at the law firm Perkins Coie LLP, counsel of record for Plaintiff

3    Costco Wholesale Corporation in this action.  This declaration is submitted in support of Costco's

4    Reply In Support of Its Objection to the Special Master's Report and Recommendation Regarding

5    the Toshiba Defendants' Motion to Compel Arbitration.  The facts set forth here are based on my

6    personal knowledge.

7    2.    On October 30, 2012, Special Master Legge heard argument on Toshiba's Motion

8    to Compel Arbitration, Dkt. 1332.  Lucius (Albie) Lau argued the motion for Toshiba, while I

9    argued in opposition for Costco.  No court reporter was present, and to my knowledge there is no

10   transcript of the proceeding, though I took extensive notes when not arguing.

11   3.    At the hearing, Special Master Legge questioned Mr. Lau extensively about

12   Toshiba's concession, in its reply brief, that the only "arbitrable claims" were Costco's "claims

13   involving Costco's direct purchases from the Toshiba Defendants," while Costco's "claims

14   against the Toshiba Defendants based upon joint and several liability" were not arbitrable and

15   thus should remain in the MDL.  Dkt. 1398 at 14-15.

16   4.    Special Master Legge specifically asked Mr. Lau whether Toshiba was asking that

17   all of Costco's claims should be sent to arbitration and dismissed.  Mr. Lau answered, "No,"

18   saying that Toshiba was asking only that Costco's claim based on direct purchases from Toshiba

19   be sent to arbitration.  He said that Costco's claim against Toshiba based on joint and several

20   liability was not subject to arbitration and should remain in the MDL, as Judge Illston held in the

21   LCD MDL.

22   5.    Special Master Legge asked Mr. Lau why Toshiba sought this result and whether it

23   would be more efficient to send Costco's entire claim against Toshiba, including its claim for

24   joint and several liability, to arbitration.  Mr. Lau responded that while that approach might be

25   more efficient, the law required bifurcating Costco's claim here and that Toshiba had "strategic

26   reasons" for seeking that result.

27   6.    At the conclusion of the hearing, Special Master Legge ruled that he would grant

28   Toshiba's motion to compel arbitration and reject Costco's contrary arguments, but that, per

1

DECL. OF NOAH G. PURCELL ISO COSTCO'S OBJECTIONS TO THE SPECIAL MASTER'S REPORT
Case No. 07-5944-SC; MDL No. 1917

1    Toshiba's concession and Costco's argument,  Costco's claims against Toshiba would remain in

2    the MDL to the extent they were based on purchases of other manufacturers' products (i.e., to the

3    extent they were based on joint and several liability).  He asked Toshiba counsel to draft a report

4    and recommendation for his signature embodying his ruling.

5           7.       On November 5, 2012, Mr. Lau sent me a draft of the proposed order he hoped to

6    send to Special Master Legge.  I did not suggest any substantive changes to the provisions related

7    to joint and several liability.

8           8.       On November 7, Mr. Lau sent the draft report and recommendation to Special

9    Master Legge's assistant, Sarah Nevins.  Attached as Exhibit A is a true and correct copy of that

10   email and the attached proposed report and recommendation.

11          9.       That same day, Special Master Legge entered the Report and Recommendation,

12   with his only change being a handwritten revision to paragraph 2 not relevant here.  *See* Dkt.

13   1433.

14          I declare under penalty of perjury under the laws of the United States of America that the

15   foregoing is true and correct.

16          Executed this 5th day of December, 2012, at Seattle, Washington.

17

18                                          By:_____s/ Noah G. Purcell_____
                                                      Noah G. Purcell
19   29040-0318/LEGAL25302172.1

20

21

22

23

24

25

26

27

28

---

                                             2
DECL. OF NOAH G. PURCELL ISO COSTCO'S OBJECTIONS TO THE SPECIAL MASTER'S REPORT
Case No. 07-5944-SC; MDL No. 1917