1  PATRICIA A. CONNERS (Trish.Conners@myfloridalegal.com)
   R. SCOTT PALMER (Scott.Palmer@myfloridalegal.com)
2  LIZABETH A. BRADY (Liz.Brady@myfloridalegal.com)
   NICHOLAS J. WEILHAMMER (Nicholas.Weilhammer@myfloridalegal.com)
3  SATU A. CORREA (Satu.Correa@myfloridalegal.com)
4  *Pro Hac Vice*
   Office of the Attorney General
5  State of Florida
   PL-01, The Capitol
6  Tallahassee, FL 32399-1050
   Tel:    (850) 414-3300
7  Fax:    (850) 488-9134
8
9  Attorneys for Plaintiff State of Florida

10          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

12

13  | IN RE: CATHODE RAY TUBE (CRT) | Master File No. 3:07-CV-5944 SC |
    | ANTITRUST LITIGATION | MDL No. 1917 |
14

15  This Document Relates To:

16  Case No. 2011-CV-6205 SC

    **STIPULATION AND [PROPOSED]
    ORDER DISMISSING THE CLAIMS OF
    PLAINTIFF STATE OF FLORIDA**

17  STATE OF FLORIDA,
    OFFICE OF THE ATTORNEY GENERAL,
18  DEPARTMENT OF LEGAL AFFAIRS,          Judge:     Honorable Samuel Conti
19          Plaintiff,
20       v.
21  LG ELECTRONICS, INC., *et al.*
22          Defendants.
23

24       WHEREAS, Plaintiff, the State of Florida ("Plaintiff"), filed a Complaint against the

25  Defendants on December 9, 2011, in Case No. 11-cv-06205 (Dkt. 1), which was consolidated as

26  a related case in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL

27  No. 1917;

28

1    WHEREAS, Plaintiff filed an Amended Complaint on July 16, 2012 (the "Complaint")

2  (Dkt. 1260);

3    WHEREAS, on November 16, 2012, the Special Master recommended that the

4  Plaintiff's Complaint be dismissed, granting Plaintiff leave to amend its Complaint (Dkt. 1451);

5

6    IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the

7  undersigned Parties, that:

8    1.    The Complaint and all claims asserted in it by Plaintiff against the Defendants are

9  dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

10    2.    Both the Plaintiff and the undersigned Defendants are to bear their own costs and

11
12  fees.

13    3.    Such dismissal shall not have any effect on any other claims, including under

14  federal or Florida law, brought by litigants other than the State of Florida against Defendants.

15    4.    The undersigned parties jointly and respectfully request that the Court enter this

16
17  Stipulation as an Order.

18    **IT IS SO STIPULATED.**

19  DATED: December 10, 2012        PAMELA JO BONDI
                                    Attorney General of the State of Florida
20
21                                  By: _/s/ Satu A. Correa_____
                                    LIZABETH A. BRADY (*pro hac vice*)
22                                  Email: Liz.Brady@myfloridalegal.com
                                    PATRICIA A. CONNERS (*pro hac vice*)
23                                  Email: Trish.Conners@myfloridalegal.com
                                    R. SCOTT PALMER (*pro hac vice*)
24                                  Email: Scott.Palmer@myfloridalegal.com
                                    NICHOLAS J. WEILHAMMER (*pro hac vice*)
25                                  Email: Nicholas.Weilhammer@myfloridalegal.com
                                    SATU A. CORREA (*pro hac vice*)
26                                  Email: Satu.Correa@myfloridalegal.com
                                    **OFFICE OF THE ATTORNEY GENERAL**
27                                  State of Florida
28

1                 PL-01, The Capitol
Tallahassee, FL 32399-1050

2                 Telephone: (850) 414-3300
Facsimile: (850) 488-9134

3                 *Counsel for Plaintiff State of Florida*

4

5                 MORGAN, LEWIS & BOCKIUS LLP

6                 By:  /s/ Michelle Park Chiu

7                 KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com

8                 MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com

9                 **MORGAN, LEWIS & BOCKIUS LLP**

10                One Market, Spear Street Tower
San Francisco, California 94105-1126

11                Telephone: (415) 442-1000
Facsimile: (415) 442-1001

12

13                J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com

14                SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com

15                **MORGAN, LEWIS & BOCKIUS LLP**

16                111 Pennsylvania Avenue, NW
Washington, DC 20004

17                Telephone: (202) 739-3000
Facsimile: (202) 739-3001

18

19                *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays,*

20                *Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd.,*
*and Hitachi Electronic Devices (USA), Inc.*

21

22                BAKER BOTTS LLP

23                By:  /s/ John M. Taladay

24                JOHN M. TALADAY (*pro hac vice*)
JOSEPH OSTOYICH (*pro hac vice*)

25                **BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.

26                Washington, DC 20004-2400
Telephone: (202) 639-7700

27                Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com

28

1    Email: joseph.ostoyich@bakerbotts.com

2    *Attorneys for Defendants Koninklijke Philips Electronics*
     *N.V., Philips Electronics North America Corporation,*
3    *Philips Electronics Industries (Taiwan), Ltd., and Philips*
     *da Amazonia Industria Electronica Ltda.*
4

5

6    WINSTON & STRAWN LLP

7    By:  /s/ Jeffrey L. Kessler
     JEFFREY L. KESSLER (*pro hac vice*)
8    E-mail: JKessler@winston.com
     A. PAUL VICTOR (*pro hac vice*)
9    E-mail: PVictor@winston.com
     EVA COLE (*pro hac vice*)
10   E-mail: EWCole@winston.com
     MOLLY M. DONOVAN
11   E-mail: MMDonovan@winston.com
     **WINSTON & STRAWN LLP**
12   200 Park Avenue
     New York, NY 10166
13   Telephone: (212) 294-6700

14
     STEVEN A. REISS (*pro hac vice*)
15   E-mail: steven.reiss@weil.com
     DAVID L. YOHAI (*pro hac vice*)
16   E-mail: david.yohai@weil.com
     ADAM C. HEMLOCK (*pro hac vice*)
17   E-mail: adam.hemlock@weil.com
     **WEIL, GOTSHAL & MANGES LLP**
18   767 Fifth Avenue
     New York, New York 10153-0119
19   Telephone: (212) 310-8000
     Facsimile: (212) 310-8007
20

21   *Attorneys for Defendants Panasonic Corporation (f/k/a*
     *Matsushita Electric Industrial Co., Ltd.), Panasonic*
22   *Corporation of North America, MT Picture Display Co.,*
     *Ltd.*
23

24

25

26

27

28

| | |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | By:  /s/ Hojoon Hwang |
| 3 | HOJOON HWANG (SBN 184950) |
| | Hojoon.Hwang@mto.com |
| 4 | WILLIAM D. TEMKO (SBN 098858) |
| | William.Temko@mto.com |
| 5 | JONATHAN E. ALTMAN (SBN 170607) |
| 6 | Jonathan.Altman@mto.com |
| | BETHANY W. KRISTOVICH (SBN 241891) |
| 7 | Bethany.Kristovich@mto.com |
| | JEROME C. ROTH (SBN 159483) |
| 8 | Jerome.Roth@mto.com |
| | LAURA K. SULLIVAN (SBN 281542) |
| 9 | Laura.Sullivan@mto.com |
| 10 | **MUNGER, TOLLES & OLSON LLP** |
| | 560 Mission Street, Twenty-Seventh Floor |
| 11 | San Francisco, CA 94105-2907 |
| | Telephone: (415) 512-4000 |
| 12 | Facsimile: (415) 512-4077 |
| 13 | |
| 14 | *Attorneys for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.* |
| 15 | |
| 16 | SHEPPARD MULLIN RICHTER & HAMPTON |
| 17 | By:  /s/ Michael W. Scarborough |
| | GARY L. HALLING (SBN 66087) |
| 18 | E-mail: ghalling@sheppardmullin.com |
| 19 | JAMES L. MCGINNIS (SBN 95788) |
| | E-mail: jmcginnis@sheppardmullin.com |
| 20 | MICHAEL W. SCARBOROUGH, (SBN 203524) |
| | E-mail: mscarborough@sheppardmullin.com |
| 21 | **SHEPPARD MULLIN RICHTER & HAMPTON** |
| 22 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111 |
| 23 | Telephone: (415) 434-9100 |
| | Facsimile: (415) 434-3947 |
| 24 | |
| 25 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.* |
| 26 | *BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin* |
| 27 | *Samsung SDI Co., Ltd.* |
| 28 | |

1

2    WHITE & CASE LLP

3    By:  /s/ Lucius B. Lau
     CHRISTOPHER M. CURRAN (*pro hac vice*)
     E-mail: ccurran@whitecase.com
4    GEORGE L. PAUL (*pro hac vice*)
     E-mail: gpaul@whitecase.com
5    LUCIUS B. LAU (*pro hac vice*)
     E-mail: alau@whitecase.com
6    **WHITE & CASE LLP**
7    701 Thirteenth Street, N.W.
     Washington, DC 20005
8    Telephone: (202) 626-3600
     Facsimile: (202) 639-9355
9

10   *Attorneys for Defendants Toshiba Corporation and*
     *Toshiba America Electronic Components, Inc.*

11

12   FRESHFIELDS BRUCKHAUS DERINGER US LLP

13   By:  /s/ Terry Calvani
     TERRY CALVANI (SBN 53260)
14   E-mail: terry.calvani@freshfields.com
     RICHARD SNYDER (*Pro Hac Vice*)
15   E-mail: richard.snyder@freshfields.com
16   **FRESHFIELDS BRUCKHAUS DERINGER US LLP**
17   701 Pennsylvania Avenue, N.W.
     Suite 600
18   Washington, DC 20004
     Telephone: (202) 777-4565
19   Facsimile: (202) 777-4555

20   *Attorneys for Beijing Matsushita Color CRT Co., Ltd*

21

22

23   Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this

24   document has been obtained from each of the above signatories.

25

26

27

28

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3    Dated: December _____, 2012

4                                                              _____
                                                              Hon. Charles A. Legge
5                                                             United States District Judge (Ret.)
                                                              Special Master
6

7    Dated: December _____, 2012                              _____

8                                                             Hon. Samuel Conti
                                                              United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28