Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI, LTD., et al.,<br><br>Defendants. | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' RESPONSE IN OPPOSITION TO COSTCO'S MOTION FOR LEAVE TO FILE A REPLY** |

I, Lucius B. Lau, hereby declare as follows:

1. I am Counsel with the law firm of White & Case LLP, counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Defendants"). I make this declaration in support of the Toshiba Defendants' Response In Opposition to Costco's Motion for Leave to File A Reply.

2. Attached hereto as Exhibit 1 is a true and correct copy of an email from Noah G. Purcell, counsel for Costco, addressed to me, dated November 30, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of December, 2012, in Washington, D.C.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS'
RESPONSE IN OPPOSITION TO COSTCO'S MOTION FOR LEAVE TO FILE A REPLY
Case No. C 11-6397 SC
MDL No. 1917

# CERTIFICATE OF SERVICE

On December 10, 2012, I caused a copy of "DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS' RESPONSE IN OPPOSITION TO COSTCO'S MOTION FOR LEAVE TO FILE A REPLY" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF THE TOSHIBA DEFENDANTS'
RESPONSE IN OPPOSITION TO COSTCO'S MOTION FOR LEAVE TO FILE A REPLY
Case No. C 11-6397 SC
MDL No. 1917