# Exhibit 1

| | |
|---|---|
| **From:** | Purcell, Noah G. (Perkins Coie) |
| **To:** | Lau, Albie |
| **Cc:** | *Costco CRT |
| **Subject:** | Response deadline |
| **Date:** | Friday, November 30, 2012 3:46:55 PM |

Albie,

I hope you had a nice Thanksgiving.  Your filing of your opposition to Costco's objections on Wednesday caught us by surprise because our reading of the local rules and the Court's standing order led us to believe that responses were not due until next Wednesday, 12/5.  We attempted to confirm that with Judge Conti's chambers before the holiday, but did not hear back until yesterday, when they informed us that they did intend for responses to be due on the 28th, but that we could change that date by stipulation or motion.  Given that the argument is not until late January, we are hoping that you will stipulate to our response being due on 12/5, and in exchange we would give you an additional week for your reply in support of your objections (so that it would be due 12/19 instead of 12/12).  Please let us know if you would be open to that, and thank you for your time.

Noah

**Noah G. Purcell | Perkins Coie LLP**

1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
206.359.3301
FAX: 206.359.4301
npurcell@perkinscoie.com

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.