JEFFREY L. KESSLER (*pro hac vice*)
E:mail: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
E:mail: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
E:mail: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
E:mail: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
E:mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS | **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

1    Pursuant to Civil Local Rules 7-11 and 79-5(c), Defendants hereby move the Court for leave to file the following documents, or portions thereof, under seal:

   1. Defendants' Opposition to Indirect-Purchaser Plaintiffs' Motion for Class Certification and the Memorandum of Points and Authorities in Support Thereof (the "Opposition Brief") that contains quotations or information from documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

   2. Declaration of Robert D. Willig in Support of the Opposition Brief ("Willig Declaration") that contains quotations or information from documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

   3. Exhibits 1A through 28B attached to the Willig Declaration in support of the Opposition Brief that contain quotations or information from documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

   4. Declaration of Eva W. Cole in Support of Defendants' Opposition to Indirect-Purchaser Plaintiffs' Motion for Class Certification and Motion to Strike ("Cole Declaration") that contains quotations or information from documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

   5. Exhibits 1 through 90 attached to the Cole Declaration in Support of Defendants' Opposition to Indirect-Purchaser Plaintiffs' Motion for Class Certification and Motion to Strike ("Cole Exhibits") that include documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

   6. Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz ("Motion to Strike") that contains quotations or information from documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

   This motion is supported by the Declarations of Eva W. Cole, Michelle Park Chiu, Hojoon Hwang, Tyler Cunningham, Courtney Byrd, Lucius B. Lau, and Charles Malaise. Civil Local Rule 79-5(c)(1) provides that if a party wishes to file portions of a document under seal, he or she must "[f]ile and serve an Administrative Motion to File Under Seal, in conformance with Civil L.R. 7-11,

DEFENDANTS' ADMINISTRATIVE                                   CASE NO. 07-5944 SC
MOTION TO SEAL DOCUMENTS                                     MDL NO. 1917

accompanied by a declaration establishing that a portion of the document is sealable." Because the documents at issue here relate to a nondispositive motion in opposition to class certification, Defendants need only show that good cause exists for the designated materials to remain under seal.[1] *See, e.g.*, *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("[a] 'good cause' showing under Rule 26(c) will suffice to keep sealed records attached to nondispositive motions"); *Rich v. Hewlett-Packard Co.*, 2009 WL 2168688, at *1 (N.D. Cal. Jul 20, 2009) ("Plaintiffs' motion for class certification involve the procedural requirements of F.R. Civ. Pro. 23 and relate only tangentially to the underlying merits of Plaintiffs' claim. The motion is thus not 'dispositive' in the relevant sense, and a showing of good cause is sufficient to justify filing these documents under seal."). As set forth in the separate declarations on behalf of each Defendant, the standard for filing under seal is met in the present case. The documents listed above consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information, including, among other commercially sensitive business information and strategies, confidential information about Defendants' sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements and competitive positions. This information is confidential commercial information, the disclosure of which would prejudice Defendants both in their commercial relationships with customers and suppliers and in their competitive efforts. Accordingly, both good cause and compelling reasons exist for portions of these documents to remain under seal. Because Civil Local Rule 79-5(a) prohibits the sealing of documents by agreement of the parties, the parties are unable to enter into such a stipulation. *See* Civil Local Rule 7-11 (requiring explanation for lack of stipulation).

---

[1] Even if the "compelling reasons" standard, enunciated in *Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), were to apply here, the designated materials should still remain under seal.

| | | |
|---|---|---|
| 1 | DATED:  DECEMBER 17, 2012 | WINSTON & STRAWN LLP |

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
E:mail: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
E:mail: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
E:mail: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
E:mail: EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
E:mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW

-4-

Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG
E-mail: Hojoon.Hwang@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000

WILLIAM D. TEMKO
E-mail: William.Temko@mto.com
JONATHAN E. ALTMAN
E-mail: Jonathan.Altman@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California  90071
Telephone:  (213) 683-9100

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.,; and LG Electronics Taiwan Taipei Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

O'MELVENY & MYERS LLP

By: /s/ Ian Simmons

-5-

IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips*

-6-

*Electronics N.V. and Philips Electronics North America Corporation*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.