Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT AND INDIRECT PURCHASER ACTIONS | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION
TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

I, Lucius B. Lau, hereby declare as follows:

1. I am Counsel with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America Electronic Components, Inc. ("TAEC") (collectively, the "Toshiba Defendants"). I make this declaration in support of Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (the "Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court approved a Stipulated Protective Order (Dkt. No. 306) ("Protective Order") in this matter.

4. The Toshiba Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On December 17, 2012, the Defendants filed an administrative motion to seal the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

   a. Portions of the Defendants' Memorandum of Points and Authorities in Opposition to Motion of Indirect-Purchaser Plaintiffs for Class Certification ("Opposition") that contain quotations or information from documents that the Toshiba Defendants have designated as "Confidential" or "Highly Confidential";

   b. Portions of the Defendants' Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz ("Motion to Strike") that contain quotations or information from documents that the Toshiba Defendants have designated as "Confidential" or "Highly Confidential";

   c. Portions of the Declaration of Robert D. Willig in Support of the Opposition Brief and exhibits thereto ("Willig Declaration") that contain

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

quotations or information from documents that the Toshiba Defendants have designated as "Confidential" or "Highly Confidential"; and

 d. Portions of, and attachments to, the Declaration of Eva W. Cole in Support of Defendants' Opposition to Motion of Indirect-Purchaser Plaintiffs for Class Certification and Motion to Strike ("Cole Declaration") that contain quotations or information from, or attach in full, documents the Toshiba Defendants have designated as "Confidential" or "Highly Confidential."

6. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, the following documents or portions of documents are attached as exhibits to the Cole Declaration and should be maintained under seal:

 a. Attached as Exhibit 9 to the Cole Declaration are excerpts from the transcript of the Fed. R. Civ. P. 30(b)(6) deposition of TAEC by witness Jay Alan Heinecke, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

 b. Attached as Exhibit 10 to the Cole Declaration is a document bearing the bates number TAEC-CRT-00069398, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

 c. Attached as Exhibit 12 to the Cole Declaration is a document bearing the bates numbers TAEC-CRT-00009609 through TAEC-CRT-00009667, which the Toshiba Defendants have designated as "Confidential" pursuant to the Protective Order.

 d. Attached as Exhibit 13 to the Cole Declaration is a document bearing the bates number TAEC-CRT-00080311, which the Toshiba Defendants have designated as "Confidential" pursuant to the Protective Order.

 e. Attached as Exhibit 14 to the Cole Declaration are excerpts from the transcript of the Fed. R. Civ. P. 30(b)(6) of Toshiba Corp. and TACP by

witness Yoshiaki Uchiyama, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

f. Attached as Exhibit 21 to the Cole Declaration are excerpts from the transcript of the Fed. R. Civ. P. 30(b)(6) deposition of Toshiba Corp. by witness Koji Kurosawa, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

g. Attached as Exhibit 25 to the Cole Declaration is a document bearing the bates numbers TACP-CRT-00021445 through TACP-CRT-00021470, which the Toshiba Defendants have designated as "Confidential" pursuant to the Protective Order.

h. Attached as Exhibit 28 to the Cole Declaration are excerpts from the transcript of the Fed. R. Civ. P. 30(b)(6) deposition of TAIS and TACP by witness Richard Huber, which have been designated as "Highly Confidential" pursuant to the Protective Order.

i. Attached as Exhibit 33 to the Cole Declaration is a document bearing the bates numbers TAEC-CRT-00065220 through TAEC-CRT-00065257, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

j. Attached as Exhibit 34 to the Cole Declaration is a document bearing the bates numbers TAEC-CRT-00042145 through TAEC-CRT-00042170, which the Toshiba Defendants have designated as "Confidential" pursuant to the Protective Order.

k. Attached as Exhibit 35 to the Cole Declaration is a document bearing the bates numbers TAEC-CRT-00059402 through TAEC-CRT-00059439, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

l. Attached as Exhibit 36 to the Cole Declaration is a document bearing the bates numbers TAEC-CRT-00043605 through TAEC-CRT-00043621,

which the Toshiba Defendants have designated as "Confidential" pursuant to the Protective Order.

m. Attached as Exhibit 37 to the Cole Declaration is a document bearing the bates numbers TAEC-CRT-00044653 through TAEC-CRT-00044685, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

n. Attached as Exhibit 46 to the Cole Declaration is a document bearing the bates numbers TAEC-CRT-00057460 through TAEC-CRT-00057510, which the Toshiba Defendants have designated as "Confidential" pursuant to the Protective Order.

o. Attached as Exhibit 59 to the Cole Declaration is a document bearing the bates numbers TACP-CRT-00094840 through TACP-CRT-00094858, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

p. Attached as Exhibit 60 to the Cole Declaration is a document bearing the bates number TAEC-CRT-00079901, which the Toshiba Defendants have designated as "Confidential" pursuant to the Protective Order.

q. Attached as Exhibit 86 to the Cole Declaration is a document bearing the bates numbers TAEC-CRT-00070591 through TAEC-00070618, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

r. Attached as Exhibit 87 to the Cole Declaration is a document bearing the bates number TAEC-CRT-00041705, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

s. Attached as Exhibit 90 to the Cole Declaration is a document bearing the bates number TAEC-CRT-00042245, which the Toshiba Defendants have designated as "Highly Confidential" pursuant to the Protective Order.

7. Each of the Exhibits listed above, or quoted and discussed in the Opposition, Motion to Strike, Willig Declaration and Cole Declaration, have been designated by one of the Toshiba Defendants as either "Confidential" or "Highly Confidential" pursuant to the Protective Order because they contain confidential, nonpublic, and highly sensitive business information. They contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

8. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Protective Order, the portions of the Opposition, Motion to Strike, Willig Declaration and Cole Declaration that contain, cite, or identify information or quotations from any of the above-mentioned exhibits should be maintained under seal and redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of December, 2012, in Washington, D.C.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)
Case No. 07-5944 SC
MDL No. 1917

**CERTIFICATE OF SERVICE**

On December 17, 2012, I caused a copy of "DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_____
Lucius B. Lau