IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
COURTNEY C. BYRD (*pro hac vice*)
Email: cbyrd@omm.com
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS | **DECLARATION OF COURTNEY C. BYRD IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Courtney C. Byrd hereby declare as follows:

1. I am an associate with the law firm of O'Melveny & Myers LLP, counsel for Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA"). I make this declaration in support of the Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1489) ("Motion to Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. SEC and SEA have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On December 17, 2012, the Defendants filed the Motion to Seal in which they asked this Court to seal the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

    a. Portions of the Defendants' Opposition to Indirect-Purchaser Plaintiffs' Motion for Class Certification and the Memorandum of Points and Authorities in Support Thereof (the "Opposition Brief") that contains quotations or information from documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

    b. Portions of the Expert Report of Robert D. Willig in Support of the Opposition Brief ("Willig Expert Report") that contains quotations or information from documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

    c. Exhibits 1A through 28B attached to the Willig Expert Report in support of the Opposition Brief that contain quotations or information from documents

and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

  d. Declaration of Eva W. Cole in Support of Defendants Opposition to Motion of Indirect-Purchaser Plaintiffs for Class Certification and Motion to Strike ("Cole Declaration") that contains quotations or information from documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential";

  e. Exhibits 1 through 90 attached to the Cole Declaration in Support of the Opposition Brief ("Cole Exhibits") that include documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential"; and

  f. Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz ("Motion to Strike") that contains quotations or information from documents and deposition testimony that Defendants have designated "Confidential" or "Highly Confidential".

6. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of SEC and SEA to provide the basis for the Court to maintain under seal certain documents and information designated by SEC or SEA as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order attached to the Cole Declaration, and all references to those documents and information in the Opposition Brief and Motion to Strike.

7. Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, the following documents or portions of documents should be maintained under seal and redacted from the Cole Declaration:

  a. Attached as Exhibit 22 to the Cole Declaration are excerpts from the deposition transcript of Steve Panosian, who was designated as a Fed. R. Civ. P. 30(b)((6) witness for defendants SEC and SEA and, whose deposition

transcript was designated as "Highly Confidential" under the Protective order.

b. Upon information and belief, the transcript excerpts appearing in Exhibit 22 of the Cole Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary, and highly sensitive business information. These transcript excerpts contain, cite, and/or identify confidential information about SEC's and SEA's sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements, and competitive positions. These transcript excerpts describe relationships with companies that remain important to SEC's and SEA's competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining SEC's and SEA's business relationships, would cause them harm with respect to their competitors and customers, and would put SEC and SEA at a competitive disadvantage.

c. Attached as Exhibit 23 to the Cole Declaration is a document produced by SEA in this litigation with bates numbers SEAI-CRT-00056464-SEAI-CRT-00056465 that SEA has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

d. Attached as Exhibit 24 to the Cole Declaration are excerpts from the deposition transcript of Kim London, who was designated as a Fed. R. Civ. P. 30(b)((6) witness for defendants SEC and SEA and, whose deposition transcript was designated as "Highly Confidential" under the Protective order.

e. Upon information and belief, the transcript excerpts appearing in Exhibit 24 of the Cole Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary, and highly sensitive business information. These transcript excerpts contain, cite, and/or identify confidential information about SEC's and SEA's sales processes, business practices, internal practices,

1 negotiating tactics, confidential business and supply agreements, and
2 competitive positions. These transcript excerpts describe relationships with
3 companies that remain important to SEC's and SEA's competitive position. I
4 am informed and believe that this is sensitive information and public
5 disclosure of this information presents a risk of undermining SEC's and
6 SEA's business relationships, would cause them harm with respect to their
7 competitors and customers, and would put SEC and SEA at a competitive
8 disadvantage.

  f. Attached as Exhibit 26 to the Cole Declaration is a document produced by SEA in this litigation with bates numbers SEAI-CRT-00012273-SEAI-CRT-00012288 that SEA has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

  g. Attached as Exhibit 27 to the Cole Declaration is a document produced by SEA in this litigation with bates numbers SEAI-CRT-00587571-SEAI-CRT-00587590 that SEA has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

  h. Attached as Exhibit 41 to the Cole Declaration is a document produced by SEA in this litigation with bates numbers SEAI-CRT-00212695-SEAI-CRT-00212699 that SEA has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

  i. Attached as Exhibit 42 to the Cole Declaration is a document produced by SEA in this litigation with bates number SEAI-CRT-00213479 that SEA has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

  j. Attached as Exhibit 49 to the Cole Declaration is a document produced by SEA in this litigation with bates numbers SEAI-CRT-00593242-SEAI-CRT-00593297 that SEA has designated "Highly Confidential" pursuant to the Stipulated Protective Order.

      k.      Upon information and belief, the documents appearing in full in Exhibits 22, 23, 24, 26, 27, 41, 42, and 49 to the Cole Declaration consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information. The documents contain, cite, and/or identify confidential information about SEC's and SEA's sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements, and competitive positions. These documents describe relationships with companies that remain important to SEC's and SEA's competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining SEC's and SEA's business relationships, would cause them harm with respect to their competitors and customers, and would put SEC and SEA at a competitive disadvantage.

8. The Opposition Brief, the Cole Declaration, and the Motion to Strike quote from or describe documents or information designated as "Confidential" or "Highly Confidential" by SEC or SEA pursuant to the Stipulated Protective Order, including but not limited to Exhibits 22, 23, 24, 26, 27, 41, 42, and 49 to the Cole Declaration. As with the exhibits themselves, I understand that SEC and SEA consider any statements in the Opposition Brief, the Cole Declaration, or the Motion to Strike purporting to summarize the exhibits or any other documents or information designated as "Confidential" or "Highly Confidential" by SEC or SEA as containing confidential, nonpublic, and highly sensitive business information. I am informed and believe that SEA and SEA have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited in Exhibits 22, 23, 24, 26, 27, 41, 42, and 49 to the Cole Declaration and referenced in the Opposition Brief, the Cole Declaration, and the Motion to Strike.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF COURTNEY C. BYRD IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

1  Executed on December 17, 2012 in Washington, D.C.

___/s/ Courtney C. Byrd_____
Courtney C. Byrd

7

MDL 1917

DECLARATION OF COURTNEY C. BYRD IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)