Munger, Tolles & Olson LLP
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
JEROME C. ROTH (SBN 159483)
Jerome.Roth@mto.com
LAURA K. SULLIVAN (SBN 281542)
Laura.Sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Indirect Purchaser Actions | Master File No.: CV-07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF HOJOON HWANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Hojoon Hwang, hereby declare:

1. I am an attorney with the law firm Munger, Tolles & Olson LLP, counsel of record for Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LGE") in the above entitled action. I am licensed in the State of California and admitted to practice before this Court. I make this declaration based on my personal knowledge and, if called upon as a witness, could and would testify competently as to the matters set forth below.

2. Pursuant to Civil Local Rule 7-11 and 79-5, I make this declaration in support of Defendants' Administrative Motion to Seal Documents with respect to Exhibit 88 to the Declaration of Eva W. Cole in Support of Defendants' Memorandum of Points & Authorities in Opposition to Motion of Indirect Purchaser Plaintiffs for Class Certification and Motion to Strike ("Cole Declaration").

3. Exhibit 88 to the Cole Declaration consists of excerpts of the transcript of deposition of Mok Hyeon Seong, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for LGE. The excerpts were designated Highly Confidential pursuant to the Stipulated Protective Order in this case.

4. In the excerpted testimony, Mr. Seong describes in numerical detail LGE's procurement practice for Cathode Ray Tube ("CRT") components for finished products, as well as the pricing, again in specific, numerical detail, of such components. This testimony constitutes sensitive, non-public information which LGE believes would cause it competitive injury or other irreparable harm if made public.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

//
//
//

1  Executed on December 17, 2012 in San Francisco, California

/s/ *Hojoon Hwang*
Hojoon Hwang

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On December 17, 2012, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**DECLARATION OF HOJOON HWANG IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d)**

☐ By placing ☐ the original(s) ☐ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (415) 512-4083. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☒ **BY ELECTRONIC MAIL** to the following by attaching true and correct copy(ies) in pdf format thereof, as set out below, in an email clearly labeled to identify the person(s) being served at the email address(es) set forth below:

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Service List*

- 1 -                                        CV-07-5944-SC

Executed on December 17, 2012, at San Francisco, California.

/s/ Verda J. Glover
Verda J. Glover

- 2 -

PROOF OF SERVICE

CV-07-5944-SC