1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GARY L. HALLING, Cal. Bar No. 66087
3  JAMES L. McGINNIS, Cal. Bar No. 95788
   MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
4  TYLER M. CUNNINGHAM, Cal. Bar No. 243694
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947
   E-mail:       ghalling@sheppardmullin.com
7                jmcginnis@sheppardmullin.com
                 mscarborough@sheppardmullin.com
8                tcunningham@sheppardmullin.com

9  Attorneys for Defendants
   SAMSUNG SDI AMERICA, INC.,
10 SAMSUNG SDI CO., LTD.,
   SAMSUNG SDI (MALAYSIA) SDN. BHD.,
11 SAMSUNG SDI MEXICO S.A. DE C.V.,
   SAMSUNG SDI BRASIL LTDA.,
12 SHENZEN SAMSUNG SDI CO., LTD. and
   TIANJIN SAMSUNG SDI CO., LTD.

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

17 
                                              Case No. 07-5944 SC
   In re: CATHODE RAY TUBE (CRT)
18 ANTITRUST LITIGATION                        MDL No. 1917

19                                             **DECLARATION OF TYLER M.
                                               CUNNINGHAM IN SUPPORT OF
20                                             DEFENDANTS' ADMINISTRATIVE
   This Document Relates to:                   MOTION TO SEAL DOCUMENTS
21                                             PURSUANT TO CIVIL LOCAL RULES
      INDIRECT PURCHASER ACTIONS               7-11 AND 79-5(d)**
22 
                                               [re Samsung SDI documents]
23 

24

25

26

27

28

I, TYLER M. CUNNINGHAM, do declare and state as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1489) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306).

3. I have reviewed Defendants' Memorandum of Points and Authorities in Opposition to Motion of Indirect Purchaser Plaintiffs for Class Certification ("Opposition"), the Declaration of Eva Cole in Support of Defendants' Opposition to Motion of Indirect-Purchaser Plaintiffs for Class Certification and Motion to Strike ("Cole Declaration"), the Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz ("Motion to Strike") and the Expert Report of Robert D. Willig ("Willig Report"), all of which were lodged on December 17, 2012.

4. Pursuant to Civil Local Rules 7-11 and 79-5, this Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order of June 18, 2008 (Dkt. No. 306), the following documents and excerpts of documents should be maintained under seal: (i) Exhibit 7 to the Cole Declaration (excerpts from the deposition of Jae In Lee, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for SDI); (ii) Exhibit 8 to the Cole Declaration (a SDI presentation entitled "CRT Review" analyzing display markets and describing in detail the manufacturing process for CRTs, produced in this

action as SDCRT-0021278-94); and (iii) portions of the Opposition, Motion to Strike and Willig Report that quote from or describe documents or information designated as "Confidential" or "Highly Confidential" by SDI, including but not limited to Cole Declaration Exhibits 7 and 8.

5. Exhibit 7 to the Cole Declaration contains excerpts from the deposition of Jae In Lee, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for SDI. SDI designated these excerpts of the deposition transcript "Highly Confidential" under the Protective Order. These excerpts contain information concerning SDI's pricing practices, business practices, competitive position and supply strategies. I am familiar with SDI's confidentiality policies with respect to such information. SDI treats such information as highly confidential and has taken reasonable measures to safeguard it from disclosure outside the company. I am informed and believe that public disclosure of this highly confidential information would be substantially likely to irreparably harm SDI. Accordingly, Exhibit 7 should be maintained under seal.

6. Exhibit 8 to the Cole Declaration is a SDI document analyzing display markets and describing in detail the manufacturing process for CRTs, produced by SDI in this action as SDCRT-0021278-94. SDI designated Exhibit 8 as "Confidential" under the Protective Order. This document contains sensitive information about SDI's business practices, analysis of markets for display products, and manufacturing process for CRTs. I am familiar with SDI's confidentiality policies with respect to such information. I am informed and believe that SDI treats such information as confidential and have taken reasonable measures to safeguard it from disclosure outside the company. I am informed and believe that public disclosure of this confidential information would be substantially likely to irreparably harm SDI. Accordingly, Exhibit 8 should be maintained under seal.

7. The Opposition, Motion to Strike and Willig Report all quote from or describe documents or information designated as "Confidential" or "Highly Confidential" by SDI pursuant to the Protective Order, including but not limited to Exhibits 7 and 8. I understand that SDI considers any statements in the Opposition, Motion to Strike or Willig Report purporting to summarize the exhibits or any other document or information designated "Confidential" or

1  "Highly Confidential" by SDI confidential and proprietary.  I am informed and believe that public
2  disclosure of this highly confidential information would be substantially likely to irreparably harm
3  SDI.  Accordingly, all portions of the Opposition, Motion to Strike and Willig Report that quote
4  from or describe documents or information designated as "Confidential" or "Highly Confidential"
5  by SDI should be maintained under seal.

6   8. SDI has narrowly tailored this sealing request to only those exhibits and
7  references thereto necessary to protect their proprietary and sensitive business information.
8  Accordingly, for the reasons stated above, SDI requests that the Court maintain under seal the
9  following documents and document excerpts:

10   a. Cole Declaration Exhibit 7;
11   b. Cole Declaration Exhibit 8;
12   b. All portions of the Opposition, Motion to Strike and Willig Report that
13  quote from or describe documents or information designated as "Confidential" or "Highly
14  Confidential" by SDI.

15   I declare under penalty of perjury of the laws of the United States that the foregoing
16  is true and correct.

17   Executed on December 17, 2012 at San Francisco, California.

18              /s/ Tyler M. Cunningham
                TYLER M. CUNNINGHAM
19