Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, CA  90071
Telephone:  213 239-5100
Facsimile:   213 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:   312 222-9350
Facsimile:    312 527-0484
ttruax@jenner.com
mbrody@jenner.com

*Attorneys for Mitsubishi Electric Corp.,
Mitsubishi Electric & Electronics USA, Inc., and
Mitsubishi Digital Electronics Americas, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>This Document Relates To:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING INDIRECT PURCHASER PLAINTIFFS' FOURTH CONSOLIDATED AMENDED COMPLAINT** |

WHEREAS, on June 11, 2012 Indirect Purchaser Plaintiffs ("Plaintiffs") sought leave to amend their complaint in order to withdraw their District of Columbia consumer protection claim and to substitute certain named plaintiffs for new named plaintiffs (Dkt. 1226);

WHEREAS, on August 22, 2012, Plaintiffs sought leave to amend the Third

1  Consolidated Amended Complaint in order to name Thomson SA and Thomson Consumer
2  Electronics, Inc. (collectively, the "Thomson entities"); Mitsubishi Electric Corp., Mitsubishi
3  Digital Electronics America, Inc., and Mitsubishi Electric & Electronics, USA, Inc. (collectively,
4  "Mitsubishi Electric"); and Videocon Industries, Ltd. ("Videocon") as named defendants in this
5  action (Dkt. 1325);

6  WHEREAS, the Motion to Amend was referred to Judge Legge, as Special Master, and
7  the Thomson entities, Mitsubishi Digital Electronics America, Inc. and Mitsubishi Electric &
8  Electronics, USA, Inc. opposed Plaintiffs' motion to amend;

9  WHEREAS, on November 1, 2012, the Special Master recommended that the Court grant
10 a Stipulated Order permitting Plaintiffs to amend the Complaint to add the Thomson entities and
11 Videocon as named co-conspirators (the "Recommendation") (Dkt. 1428);

12 WHEREAS, on November 14, 2012, the Court granted Plaintiffs leave to amend to
13 substitute new named plaintiffs (Dkt. 1449);

14 WHEREAS, on November 19, 2012, the Special Master recommended that the Court
15 grant Plaintiffs' motion to add Mitsubishi Electric as named defendants (the "Amended Report"),
16 and counsel for Mitsubishi Electric advised Plaintiffs that they intended to object to the
17 Amended Report (Dkt. 1453);

18 WHEREAS, counsel for Plaintiffs have advised the Court that they wish to address the
19 pending amendments in a single amended complaint once the Court has ruled upon all pending
20 matters relating to the amendment of the Complaint;

21 WHEREAS, on November 21, 2012, the Special Master recommended the deadline for
22 the filing of Plaintiffs' Complaint be extended until all matters relating to the amendment of the
23 Complaint could be resolved so that Plaintiffs could file a single amended complaint addressing
24 all of the matters before the Court relating to the state of the Complaint (Dkt. 1459);

25 WHEREAS, counsel for Plaintiffs and counsel for Mitsubishi Electric have conferred and
26 reached a resolution that counsel believe is in the best interest of the respective parties that will
27 resolve the outstanding issue relating to the amendment of the Plaintiffs' complaint;

28 WHEREAS, Mitsubishi Electric will not object to Plaintiffs' amendment of the

Complaint to allege that Mitsubishi Electric was a co-conspirator, Mitsubishi Electric does not agree that it was a co-conspirator, and Plaintiffs agree that Mitsubishi Electric is not a named defendant in this case;

PURSUANT TO STIPULATION IT IS HEREBY ORDERED that:

1. Upon the entry of this Stipulation and Order, Plaintiffs will withdraw their motion to amend the Complaint to name Mitsubishi Electric as defendants (Dkt. 1325), and will not seek to add Mitsubishi Electric as defendants in this action.

2. Within 14 days after the entry of this Stipulation and Order, Plaintiffs may amend their Complaint to allege that Mitsubishi Electric is a non-party co-conspirator. The amendment shall be without prejudice to: (a) Mitsubishi Electric's rights, including that nothing adjudicated in this action will be argued to be res judicata or collateral estoppel of any claims or issues with respect to Mitsubishi Electric in the event of any subsequent litigation with Mitsubishi Electric; and (b) Plaintiffs' right to file a separate lawsuit against Mitsubishi Electric at a later date asserting similar claims to those contained in the Complaint.

3. Within 14 days after the entry of this Stipulation and Order, Plaintiffs may also amend the Complaint to add new named plaintiffs as previously permitted by Court Order (Dkt. 1449) and to add allegations naming the Thomson entities and Videocon as co-conspirators as recommended by Order of the Special Master (Dkt. 1453).

Dated: December 18, 2012.

| MITSUBISHI ELECTRIC CORP., MITSUBISHI ELECTRIC & ELECTRONICS USA, INC. and MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC. | INDIRECT PURCHASER PLAINTIFFS |
|---|---|
| By  /s/ Michael T. Brody<br>Terrence J. Truax (*pro hac vice*)<br>ttruax@jenner.com<br>Michael T. Brody (*pro hac vice*)<br>mbrody@jenner.com<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL  60654<br>Tel. 312-222-9350<br>Fax 312-527-0484 | By    /s/ Mario N. Alioto<br>Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA  94123<br>Tel. 415-563-7200<br>Fax 415-346-0679 |

**ATTESTATION PURSUANT TO LOCAL RULE 5.1**

I, Michael T. Brody, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this --th day of December, 2012, at Chicago, Illinois.

                                        ___/s/ Michael T. Brody_____

**IT IS SO RECOMMENDED.**

DATED: December___, 2012

                                        Hon. Charles A. Legge
                                        Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

DATED: December___, 2012

                                        Hon. Samuel Conti
                                        U.S. District Court Judge