IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MDL No. 1917 IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | C-07-5944-SC<br>12-mc-80151-SC |
| SHARP CORPORATION | Clerks Notice |

Plaintiff is required to serve this notice on any party that has not yet appeared in this action.

YOU ARE HEREBY NOTIFIED THAT Defendants' and Non-Party Saveri & Saveri, Inc.'s Joint Notice of Motion and Motion to Adopt Special Master's Report And Recommendation Regarding Subpoena and Sharp's Objection to the Special Master's Report and Recommendation Regarding Subpoena set for hearing on December 21, 2012 at 10:00 a.m. before the Honorable Samuel Conti are submitted for a decision on the pleadings. Parties are hereby informed that there will be no appearance and no oral argument on this matter pursuant to Civil LR 7-1(b).

Dated: December 19, 2012

By: T. De Martini
Courtroom Deputy Clerk to
U.S. District Judge Samuel Conti