**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS | Case No. 3:07-05944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |

Upon consideration of Defendants' Motion to Certify Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) ("Motion"), any responses thereto, as well as the arguments presented by counsel during oral argument, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Court's Order Granting in Part and Denying in Part Defendants' Joint Motion for Summary Judgment [Dkt. No. 1470] is hereby amended to include the following language: "Pursuant to 28 U.S.C. § 1292(b), the Court finds that this Order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from this Order may materially advance the ultimate termination of the litigation."

**IT IS SO ORDERED**

Dated:_____          _____
                                               Hon. Samuel Conti
                                             United States District Judge