1  IAN SIMMONS (*pro hac vice*)
   Email:  isimmons@omm.com
2  BENJAMIN G. BRADSHAW (SBN 189925)
   Email:  bbradshaw@omm.com
3  KEVIN D. FEDER (SBN 252347)
   Email:  kfeder@omm.com
4  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
5  Washington, D.C.  20006-4001
   Telephone:     (202) 383-5300
6  Facsimile:     (202) 383-5414

7  *Attorneys for Defendants Samsung Electronics Co.,*
   *Ltd., and Samsung Electronics America, Inc.*
8
   [Additional counsel listed in signature block]
9

10              **IN THE UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12                    **SAN FRANCISCO DIVISION**

13

14  IN RE: CATHODE RAY TUBE (CRT)          Case No. 3:07-cv-05944 SC
    ANTITRUST LITIGATION
15                                         MDL No. 1917

16  _____
                                           **STIPULATION AND [PROPOSED]**
17  This Document Relates To:              **ORDER TO EXTEND DEADLINES**
                                           **FOR FILING OPPOSITION AND**
    DIRECT PURCHASER ACTIONS               **REPLY TO DEFENDANTS' MOTION**
18                                         **TO CERTIFY ORDER FOR**
                                           **INTERLOCUTORY APPEAL**
19                                         **PURSUANT TO 28 U.S.C. § 1292(b)**

20

21

22

23

24

25

26

27

28

It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the undersigned defendants ("Defendants") in this action as follows:

WHEREAS, on November 29, 2012 this Court issued an Order [Dkt. No. 1470] ("November 29 Order") granting in part and denying in part Defendants' Joint Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTs [Dkt. No. 1013] (Dec. 12, 2011);

WHEREAS, concurrently with this stipulation, Defendants move the Court for an order certifying the November 29 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b);

WHEREAS, pursuant to Civil Local Rule 7-3, DPPs have a right to oppose Defendants' motion, due "not more than 14 days after the motion was filed," which would be January 2, 2013;

WHEREAS, pursuant to Civil Local Rule 7-3, Defendants have a right to reply to DPPs' opposition, due "not more than 7 days after the opposition was due," which would be January 9, 2013;

WHEREAS, the parties agree that, given the overlap of the briefing schedule with the holiday season, it is appropriate to extend the time for filing of DPPs' Opposition to the Motion to Certify and the time for filing of Defendants' Reply in support of their Motion to Certify;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned DPPs and Defendants that:

1. The deadline for DPPs' Opposition to Defendants' Motion to Certify is hereby extended up to and including January 10, 2013; and

2. The deadline for Defendants' Reply to DPPs' Opposition is hereby extended up to and including January 22, 2013.

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR
FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

3:07-CV-05944 SC
MDL NO. 1917

1

Dated:  December 19, 2012

Respectfully submitted,

2

By:____/s/ Ian Simmons_____
IAN SIMMONS (*pro hac vice*)

3

Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)

4

Email: bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)

5

Email: kfeder@omm.com
**O'MELVENY & MYERS LLP**

6

1625 Eye Street, NW
Washington, DC 20006

7

Telephone: (202) 383-5300
Facsimile: (202) 383-5414

8

9

*Attorneys for Defendants Samsung Electronics*
*Co., Ltd. and Samsung Electronics America,*
*Inc.*

10

MORGAN, LEWIS & BOCKIUS LLP

11

By:____/s/ Kent M. Roger_____

12

KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com

13

MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com

14

**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower

15

San Francisco, California 94105-1126
Telephone: (415) 442-1000

16

Facsimile: (415) 442-1001

17

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com

18

SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com

19

**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW

20

Washington, DC 20004
Telephone: (202) 739-3000

21

Facsimile: (202) 739-3001

22

*Attorneys for Defendants Hitachi, Ltd., Hitachi*
*Displays, Ltd. (n/k/a Japan Display East, Inc.),*

23

*Hitachi Asia, Ltd., Hitachi America, Ltd., and*
*Hitachi Electronic Devices (USA), Inc.*

24

25

26

27

28

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR
FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

3:07-CV-05944 SC
MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEPPARD MULLIN RICHTER &
HAMPTON

By:____/s/ Gary L. Halling_____
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN
203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER &
HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI
America, Inc.; Samsung SDI Co., Ltd.;
Samsung SDI (Malaysia) SDN. BHD.; Samsung
SDI Mexico S.A. DE C.V.; Samsung SDI Brasil
Ltda.; Shenzen Samsung SDI Co., Ltd. and
Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By:____/s/ Christopher M. Curran____
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,
Toshiba America Information Systems, Inc.,
Toshiba America Consumer Products, L.L.C.,
and Toshiba America Electronic Components,
Inc.*

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR
FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

3:07-CV-05944 SC
MDL NO. 1917

SAVERI & SAVERI, INC.

By:  /s/ Guido Saveri
GUIDO SAVERI (SBN 22349)
E-mail: guidp@saveri.com
R. ALEXANDER SAVERI (SBN 173102)
E-mail: rick@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California  94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs Class*

## ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1

I, Ian Simmons, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of December, 2012, at Washington, D.C.

/s/ Ian Simmons

**IT IS SO ORDERED.**

DATED: December ___, 2012

Hon. Samuel A. Conti
United States District Judge

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR
FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

3:07-CV-05944 SC
MDL NO. 1917