KENT M. ROGER, State Bar No. 95987
MICHELLE PARK CHIU, State Bar No. 248421
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
mchiu@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
SCOTT A STEMPEL (pro hac vice)
sstempel@morganlewis.com
J. CLAYTON EVERETT, JR. (pro hac vice)
jeverett@morganlewis.com
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: 202.739.3000
Fax: 202.739.3001

*Attorneys for Defendants*
*HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY EAST, INC.)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC<br>MDL NO. 1917 |
| This Document Relates To:<br>DIRECT PURCHASER PLAINTIFFS' ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION SCHEDULE** |

Case3:07-cv-05944-SC Document1501 Filed12/19/12 Page2 of 5

It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the undersigned defendants ("Defendants") in this action as follows:

WHEREAS, on May 31, 2012, the Special Master, Charles A. Legge, issued his Report and Recommendation Regarding Defendants' Joint Motion for Summary Judgment;

WHEREAS, on November 29, 2012, the Court granted in part and denied in part Defendants' Joint Motion for Summary Judgment ("Summary Judgment Order");

WHEREAS, Defendants intend to file a Motion to Certify the Summary Judgment Order for Interlocutory Appeal pursuant to 28 U.S.C. § 1292(b) ("§ 1292(b) Motion");

WHEREAS, DPPs' motion for class certification and expert witness reports are due on January 28, 2013 pursuant to the Court's July 9, 2012 Order on Stipulation re Class Certification Schedule ("July 2012 Order");

WHEREAS, the parties believe that the interests of judicial efficiency and economy will be served if the § 1292(b) Motion is resolved before DPPs' motion for class certification is filed;

WHEREAS, the parties contemplate that adjustments to other deadlines set forth in the Scheduling Order may be necessary if the deadline for DPPs' motion for class certification is continued, and will meet and confer regarding such potential adjustments;

WHEREAS, the parties agree that the entering into this stipulation will not be used as a fact to grant or deny the § 1292(b) Motion;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the DPPs and Defendants that DPPs' motion for class certification, expert report(s) and other supporting materials will be due on the first business day ninety (90) days after the Court's ruling on Defendants' § 1292(b) motion.

Case3:07-cv-05944-SC Document1501 Filed12/19/12 Page3 of 5

Dated: December 19, 2012

SAVERI & SAVERI, INC.

By: /s/ Guido Saveri

GUIDO SAVERI (SBN 22349)
E-mail: guido@saveri.com
R. ALEXANDER SAVERI (SBN 173102)
E-mail: rick@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the Direct Purchaser Plaintiffs Class*

By: /s/ Kent M. Roger

KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (pro hac vice)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (pro hac vice)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Case3:07-cv-05944-SC Document1501 Filed12/19/12 Page4 of 5

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 203524)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SON, BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

By: /s/ Ian Simmons
IAN SIMMONS (pro hac vice)
Email: isimmons@omm.com
BEN BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (pro hac vice)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America*

Case3:07-cv-05944-SC Document1501 Filed12/19/12 Page5 of 5

*Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kent M. Roger, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of December, 2012, at San Francisco, California.

Dated: December 19, 2012

By: /s/ Kent M. Roger

**IT IS SO RECOMMENDED.**

DATED: December ___, 2012

By: [signature]
Hon. Charles A. Legge
Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

DATED: December ___, 2012

By:______________________
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE