GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696
ASchwing@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 3:07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT CHUNGHWA PICTURE TUBES, LTD.:**

Pursuant to Rules 5-1 and 11-5 of the Civil Local Rules of the United States District Court for the Northern District of California, the undersigned requests that Joel Willard of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), currently listed as the counsel of record for Defendant Chunghwa Picture Tubes, Ltd. ("Chunghwa") be withdrawn as counsel in the above-captioned cases.

Joel S. Sanders, Rachel S. Brass and Austin V. Schwing will continue to serve as counsel of record for Defendant Chunghwa in these matters.

Defendant Chunghwa hereby substitutes its counsel and attorney of record as follows:

Former counsel:    Joel Willard
                   Gibson, Dunn & Crutcher LLP
                   Phone:  (415) 393-8340

1

|   |   |
|---|---|
| | Fax:  (415) 374-8436 |
| | Email:  JWillard@gibsondun.com |
| Continuing counsel: | Joel S. Sanders |
| | Gibson, Dunn & Crutcher LLP |
| | Phone:  (415) 393-8268 |
| | Fax:  (415) 374-8439 |
| | Email:  JSanders@gibsondunn.com |
| | |
| | Rachel S. Brass |
| | Gibson, Dunn & Crutcher LLP |
| | Phone:  (415) 393-8293 |
| | Fax:  (415) 374-8429 |
| | Email:  RBrass@gibsondunn.com |
| | |
| | Austin V. Schwing |
| | Gibson, Dunn & Crutcher LLP |
| | Phone:  (415) 393-8210 |
| | Fax:  (415) 374-8458 |
| | Email:  ASchwing@gibsondunn.com |

Please update service lists, and direct all future filings, discovery, and correspondence to Joel S. Sanders, Rachel S. Brass, and Austin V. Schwing.

DATED:  December 21, 2012

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
RACHEL S. BRASS

Attorney for Defendant
CHUNGHWA PICTURE TUBES, LTD.

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission St., Ste. 3000, San Francisco, California 94105, in said County and State. On December 21, 2012, I served the within:

**NOTICE OF WITHDRAWAL OF COUNSEL**

to all interested parties as follows:

☑ **BY ECF (ELECTRONIC CASE FILING)**: I e-filed the above-detailed document utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on December 21, 2012. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on December 21, 2012, at San Francisco, California.

                                                   /s:/Robin McBain  
                                                     Robin McBain

100919162_2 .doc