IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 <br> Case No. 07-5944-SC <br> ORDER APPROVING STIPULATIONS RE: LEAVE TO AMEND COMPLAINT TO ADD <u>CERTAIN DEFENDANTS</u> |
| This Order Relates To: <br><br> INDIRECT PURCHASER PLAINTIFF ACTIONS | |

On August 22, 2012, the Indirect Purchaser Plaintiffs ("IPP") moved for leave to file a Fourth Amended Complaint to add three groups of new Defendants, a group of "Thomson" companies, a group of "Mitsubishi" companies, and a company called Videocon.[1] ECF No. 1325 ("Mot."). On October 30, 2012, after briefing and hearing before the Special Master, the IPPs reached a stipulation with Thomson and Videocon to add them as non-party conspirators rather than defendants. ECF No. 1423 ("Oct. 30, 2012 Stip."). The Special Master signed the Stipulation -- and in so doing effectively recommended approval of the Stipulation by the Court -- on November 1, 2012. ECF No. 1428.

---

[1] Specifically, the IPPs sought leave to amend to add as Defendants: (1) Thomson SA (n/k/a Technicolor SA) and Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) (together, "Thomson"); (2) Mitsubishi Electric Corp., Mitsubishi Digital Electronics America, Inc., and Mitsubishi Electric & Electronics, USA, Inc. (together, "Mitsubishi"); and (3) Videocon Industries, Ltd. ("Videocon").

The October 30, 2012 Stipulation left unresolved the matter of whether to give the IPPs leave to amend their complaint to add Mitsubishi as a defendant. On November 19, 2012, the Special Master issued an Amended Report and Recommendation recommending that the Court give such leave. ECF No. 1453 ("Am. R&R"). However, on December 18, 2012, the IPPs and Mitsubishi filed a stipulation to add Mitsubishi as a non-party co-conspirator rather than as a defendant. ECF No. 1496 ("Dec. 18, 2012 Stip."). The Special Master signed this Stipulation on December 18, 2012. ECF No. 1497.

The undersigned hereby APPROVES both the October 30, 2012 Stipulation and the December 18, 2012 Stipulation. The IPPs have leave to file a Fourth Amended Complaint consistent with the stipulated terms.

Accordingly, the IPPs' motion for leave to file an amended complaint is DENIED AS MOOT.

This Order terminates ECF Nos. 1325, 1423, and 1496.

IT IS SO ORDERED.

Dated: December 27, 2012

_____
UNITED STATES DISTRICT JUDGE