Guido Saveri (22349)
guido@saveri.com
R. Alexander Saveri (173102)
rick@saveri.com
Geoffrey C. Rushing (126910)
grushing@saveri.com
Cadio Zirpoli (179108)
cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser
Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br><br>MDL No. 1917 |
| This Documents Relates To:<br><br>Direct Purchaser Class Action only | ~~[PROPOSED]~~ ORDER APPROVING PAYMENT OF EXPENSES FROM CHUNGHWA SETTLEMENT FUND |

1    WHEREAS,  Direct Purchaser Class Plaintiffs ("DPPs") and Defendant Chunghwa Picture

2    Tubes, Ltd. ("Chunghwa") entered into a settlement agreement as of July 27, 2009;

3    WHEREAS, among other things, the settlement required Chunghwa to pay the DPPs

4    $10,000,000 in return for a release of claims;

5    WHEREAS, in addition, the settlement agreement provides:

6    Following final approval of this Agreement by the Court, Class Counsel may use, subject to
     prior approval of the Court, up to $500,000 of the Settlement Fund for expenses incurred or
7    to be incurred for the prosecution of the action on behalf of the Class against non-settling
     defendants.
8

9    Chunghwa Settlement Agreement, ¶19(c).

10    WHEREAS, the settlement was preliminarily approved by the Court on May 3, 2012.

11    (Order Granting Settlement Class Certification and Preliminary Approval of Class Action

12    Settlement With CPT and Philips) (Dkt. No. 1179);

13    WHEREAS, the notice of the settlement given to the class provided (at page 5), *inter alia:*

14    Finally, the settlement provides that $500,000 of the $10 million settlement fund, subject to
      Court approval, may be used to pay expenses incurred in the litigation for prosecution of
15    the action on behalf of the Settlement Class against non-settling defendants.

16    WHEREAS, after notice of the terms of the settlement was given to the Class as ordered by

17    the Court, the Court finally approved the settlement on October 19, 2012.  (Order Granting Final

18    Approval of Class Action Settlements with CPT and Philips) (Dkt. No. 1362);

19    WHEREAS, the Order Granting Final Approval of Class Action Settlements with CPT and

20    Philips is now final.

21    IT IS HEREBY ORDERED that:

22    Interim Lead Counsel for the DPPs may withdraw up to $500,000 from the Chunghwa

23    Settlement Fund Escrow Account to pay expenses incurred in this litigation.  The balance of the

24    //

25    //

26    //

27    //

28    //

[PROPOSED] ORDER APPROVING PAYMENT OF EXPENSES FROM CHUNGHWA
SETTLEMENT FUND                                                                  1

Master File No.: 3:07-cv-05944 SC, MDL No. 1917

1    settlement fund shall remain in the escrow account to be distributed upon further Court Order.

2    Interim Lead Counsel for the DPPs shall provide the Court with an accounting of all expenses paid.

3

4    **IT IS SO RECOMMENDED.**

5

6    Dated: December _11_, 2012

7                                              Hon. Charles A. Legge (Ret.)
                                               Special Master

8    **IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER**

9

10   Dated: December 27, 2012

11                                             Hon. Samuel A. Conti

12                                             UNITED STATES DISTRICT JUDGE

13   Crt.578

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28