Guido Saveri (22349)
guido@saveri.com
R. Alexander Saveri (173102)
rick@saveri.com
Geoffrey C. Rushing (126910)
grushing@saveri.com
Cadio Zirpoli (179108)
cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944 SC<br><br>MDL No. 1917 |
| This Documents Relates To:<br><br>Direct Purchaser Class Action only | [~~PROPOSED~~] ORDER APPROVING PAYMENT OF EXPENSES FROM PHILIPS SETTLEMENT FUND |

WHEREAS, Direct Purchaser Class Plaintiffs ("DPPs") and Defendant Koninklijke Philips Electronics, N.A. and related companies. ("Philips") entered into a settlement agreement as of February 1, 2012;

WHEREAS, among other things, the settlement required Philips to pay the DPPs $15,000,000 in return for a release of claims;

WHEREAS, in addition, the settlement agreement provides:

> Following final approval of this Agreement by the Court, Class Counsel may use, subject to prior approval of the Court, up to $500,000 of the Settlement Fund for expenses incurred for the prosecution of the action on behalf of the Class against non-settling defendants.

Philips Settlement Agreement, ¶19(c).

WHEREAS, the settlement was preliminarily approved by the Court on May 3, 2012. (Order Granting Settlement Class Certification and Preliminary Approval of Class Action Settlements With CPT and Philips) (Dkt. No. 1179);

WHEREAS, the notice of the settlement given to the class provided (at page 5), *inter alia:*

> Finally, the settlement provides that $500,000 of the settlement fund, subject to Court approval, may be used to pay expenses incurred in the litigation for prosecution of the action on behalf of the purported class against non-settling defendants.

WHEREAS, after notice of the terms of the settlement was given to the Class as ordered by the Court, the Court finally approved the settlement on October 19, 2012. (Order Granting Final Approval of Class Action Settlements with CPT and Philips) (Dkt. No. 1362);

WHEREAS, the Order Granting Final Approval of Class Action Settlements with CPT and Philips is now final.

IT IS HEREBY ORDERED that:

Interim Lead Counsel for the DPPs may withdraw up to $500,000 from the Philips Settlement Fund Escrow Account to pay expenses incurred in this litigation. The balance of the

//
//
//
//

settlement fund shall remain in the escrow account to be distributed upon further Court Order. Interim Lead Counsel for the DPPs shall provide the Court with an accounting of all expenses paid.

**IT IS SO RECOMMENDED.**

Dated: December 11, 2012

Hon. Charles A. Legge (Ret.)
Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER**

Dated: December 27, 2012

Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE

Crt.579