United States District Court

For the Northern District of California

1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7        FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    IN RE: CATHODE RAY TUBE (CRT)      )  MDL No. 1917
     ANTITRUST LITIGATION              )
10                                      )  Case No. 07-5944-SC
     _____)
11                                      )  ORDER RE ADMINISTRATIVE
     This Order Relates To:            )  MOTIONS TO FILE UNDER SEAL
12                                      )
        INDIRECT PURCHASER PLAINTIFF   )
13      ACTIONS                        )
     _____)
14

15        Now pending before the Court are three administrative motions
16   to file under seal.  ECF Nos. 1386, 1401, 1489 (collectively
17   "Motions").[1]  The Court GRANTS the pending Motions for good cause
18   shown, but wishes to note its concern about the administrative
19   burden of reviewing these motions and the declarations filed in
20   support of them.  This review requires the Court and its limited
21   staff to sift through thousands of pages of documents.  The Court
22   observes that many of the documents that have been designated as
23   sealable are of less than recent vintage and relate to business
24   practices centered on an obsolete technology.  Accordingly, the
25   Court will look favorably upon motions to intervene filed by
26   members of the public who wish to access the sealed documents.  If

27   _____
     [1] A fourth motion, ECF No. 1471, is also pending, but this Motion
28   appears to be duplicative of the one filed as ECF No. 1401.
     Accordingly, ECF No. 1471 is DENIED AS MOOT.

1  such motions are filed, the Court will not hesitate to appoint a

2  Special Master to review the documents to be unsealed, whose fee

3  shall be paid directly by the party seeking to preserve

4  confidentiality.

5

6       IT IS SO ORDERED.

7

8       Dated:  December 27, 2012        

9                                     UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California