Munger, Tolles & Olson LLP
HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
LAURA K. SULLIVAN (SBN 281542)
Laura.Sullivan@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendants LG Electronics, Inc., LG
Electronics U.S.A., Inc., and LG Electronics Taiwan
Taipei Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.: CV-07-5944-SC |
| _____ | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE** |
| Direct Purchaser Actions | |

1

**PROOF OF SERVICE**

2

I, the undersigned, declare that I am over the age of 18 and not a party to the

3

within cause.  I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles,

4

State of California.  My business address is 560 Mission Street, 27th Floor, San Francisco, CA

5

94105-2907.

6

On December 28, 2012, I served upon the interested party(ies) in this action the

7

following document(s), copies of which are attached to this Certificate:

8
9

**RESPONSE OF LG DEFENDANTS AND PHILLIPS DEFENDANTS IN SUPPORT OF DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)**

10

11
12

[x] By placing ☐ the original(s) [x] a true and correct copy(ies) with the NEF, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

13
14
15
16

[x] **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, Twenty-Seventh Floor, San Francisco, California, on that same date, following ordinary business practices.  I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

17
18

[x] **BY ELECTRONIC MAIL (AS INDICATED ON THE NEF)**

19
20

☐ **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY (AS INDICATED ON ATTACHED SERVICE LIST)** I delivered the sealed Federal Express envelope(s) to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for.

21
22
23
24
25

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission.  The transmission was reported as complete and without error.  A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference.  The telephone number of the facsimile machine I used was (213) 683-9510.  This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

26

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

27

[x] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

28

Master File No.: CV-07-5944-SC
MDL No. 1917
19597294.1

- 2 -

PROOF OF SERVICE

1    Service List Attached

2    Executed on December 28, 2012, at San Francisco, California.

3

4

5                                    _Marsha Poulin_

6                                       Marsha Poulin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>Service List</u>

2

P. John Brady
Shughart Thomson & Kilroy PC

3

Twelve Wyandotte Plaza
120 W. 12th Street

4

Kansas City, MO 64105

5

Patrick Bradford Clayton
Zelle Hofmann Voelbel & Mason LLP

6

44 Montgomery Street, Suite #3400
San Francisco, CA 94104

7

8

Patricia A. Conners
Attorney General's Office
Department of Legal Affairs

9

Antitrust Section
PL-01 The Capitol

10

Tallahassee, FL 32399-1050

11

James Cooper
Arnold & Porter

12

555 Twelfth Street, NW
Washington, DC  20004-1206

13

14

Daniel D. Cowen, Shughart Thomson & Kilroy PC
[Address not listed on ECF list—Confirmed no longer at firm]

15

Nathan A. Dickson
Jinks Crow & Dickson PC

16

219 North Prairie St.
Union Springs , AL, 36089

17

18

Issac L. Diel
Sharp McQueen
6900 College Boulevard, Suite 285

19

Overland Park, KS 66211

20

Molly M. Donovan
Dewey & LeBoeuf LLP

21

[Dewey & LeBooeuf is out of business --merged with Winston & Strawn]
Winston & Strawn LLP

22

200 Park Avenue
New York, NY

23

24

Neal A Eisenbraun, Chartered
2599 Mississippi Street
New Brighton, MN 55113

25

26

David T. Emanuelson
Baker Botts L.L.P.
1299 Pennsylvania Ave., NW

27

Washington, D.C. 20004-2400

28

1    John G. Emerson
     Emerson Poynter LLP
2    830 Apollo Lane
     Houston, TX 77058
3
     Lori A. Fanning
4    Miller Law LLC
     115 South LaSalle Street, Suite 2910
5    Chicago, IL 60603

6    John Gressette Felder, Jr.
     McGowan Hood Felder and Johnson
7    1405 Calhoun Street
     Columbia, SC 29201
8
     Lucia Freda
9    Weil. Gotshal & Manges LLP
     [Address Not Listed On ECF List—Confirmed No Longer At Firm]
10
     Traviss Levine Galloway
11   Zelle Hofmann Voelbel Mason & Gette
     44 Montgomery St #3400
12   San Francisco, CA 94104

13   Robert B. Gerard
     Gerard Selden & Osuch
14   1516 Front Street
     San Diego, CA 92101
15
     H. Lee Godfrey
16   Susman Godfrey LLP
     1000 Louisiana, Suite 5100
17   Houston, Texas 77002-5096

18   Martin E. Grossman
     Law Offices of Martin E. Grossman
19   2121 Green Brier Drive
     Villanova, PA 19085
20
     Richard M. Hagstrom
21   Zelle Hofmann Voelbel Mason & Gette LLP
     500 Washington Avenue South, Suite 4000
22   Minneapolis, MN 55415

23   Blake L. Harrop
     Office of the Illinois Attorney General
24   Chicago Main Office
     100 West Randolph Street
25   Chicago, IL 60601

26   Adam C. Hemlock
     Weil Gotshal & Manges LLP
27   767 Fifth Avenue
     New York, NY 10153
28

Master File No.: CV-07-5944-SC                    - 5 -
MDL No. 1917                                                              PROOF OF SERVICE
19597294.1

1

2   Gregory D. Hull
    Weil, Gotshal & Manges LLP
3   201 Redwood Shores Parkway
    Redwood Shores, CA 94065

4   Lynn W. Jinks
    Jinks Crow & Dickson PC
5   219 North Prairie St.
    Union Springs , AL , 36089
6
    Charles H. Johnson
7   Charles H Johnson & Associates PA
    2599 Mississippi Street
8   New Brighton, MN 55113

9   Elliot S. Kaplan
    Robins Kaplan Miller & Ciresi
10  800 LaSalle Avenue
    2800 LaSalle Plaza
11  Minneapolis, MN 55402-2015

12  Tracy R. Kirkman
    Cooper & Kirkham PC
13  357 Tehama Street
    San Francisco, CA 94103
14
    Lewis Titus LeClair
15  McKool Smith
    300 Crescent Ct #1500
16  Dallas, TX 75201

17  Marisa Livesay
    Betsy Carol Manifold
18  Rachele Rickert
    Wolf Haldenstein Adler Freeman & Herz
19  750 B Street, # 2770
    San Diego, CA 92101
20
    Lawrence D. McCabe
21  Murray Frank & Sailer LLP
    275 Madison Avenue
22  New York, NY 10016

23  James P. McCarthy
    Lindquist & Vennum
24  4200 IDS Center
    80 South 8th Street
25  Minneapolis, MN 55402

26  Mike McKool, Jr
    McKool Smith, P.C.
27  300 Crescent Court Ste 1500
    Dallas, TX 75201
28

Master File No.: CV-07-5944-SC
MDL No. 1917                          - 6 -                                   PROOF OF SERVICE
19597294.1

1   Jennifer Milici
    Boies Schiller & Flexner LLP
2   5301 Wisconsin Ave. NW
    Washington, DC  20015
3
    ChariseNaifeh
4   White & Case LLP
    701 Thirteenth Street, NW
5   Washington, DC  20005-3807

6   Krishna B. Narine
    Schiffrin & Barroway, LLP
7   Three Bala Plaza East, Suite 400
    Bala Cynwyd, PA 19004
8
    Mark Reinhardt
9   Reinhardt Wendorf & Blanchfield
    East 1000 First National Bank Building
10  322 Minnesota Street
    St. Paul, MN 55101
11
    Steven A. Reiss
12  Weil Gotshal & Manges LLP
    767 Fifth Avenue
13  New York, NY 10153-0119

14  Jean B. Roth
    Mansfield Tanick & Cohen
15  1700 U.S. Bank Plaza South
    220 South Sixth Street
16  Minneapolis, MN 55402-4511

17  Lawrence P. Schaefer
    Mansfield Tanick & Cohen
18  1700 U.S. Bank Plaza South
    220 South Sixth Street
19  Minneapolis, MN 55402-4511

20  Roger Martin Schrimp
    Damrell Nelson Schrimp Pallios Pacher & Silva
21  1601 I Street, 5th Floor
    Modesto, CA 95354
22
    Austin Van Schwing
23  Gibson, Dunn & Crutcher LLP
    555 Mission Street, Suite 3000
24  San Francisco, CA 94105-0921

25  Donna F. Solen
    Mason Law Firm-Washington
26  1225 19th Street, NW, Suite 500
    Washington, DC 20036
27

28

Master File No.: CV-07-5944-SC
MDL No. 1917                         - 7 -                         PROOF OF SERVICE
19597294.1

1   Matthew E. Van Tine
    Miller Law LLC
2   115 South LaSalle Street, Suite 2910
    Chicago, IL 60603
3
    Clinton Paul Walker
4   Damrell, Nelson, Schrimp, Pallios, Pache & Silva
    1601 "I" Street, Fifth Floor
5   Modesto, CA 95354

6   Kim Young Sang
    ARNOLD & PORTER LLP
7   555 Twelfth Street, NW
    Washington, DC 20004-1206
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File No.: CV-07-5944-SC
MDL No. 1917                         - 8 -                    PROOF OF SERVICE
19597294.1