IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
Email: kfeder@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

[Additional counsel listed in signature block]

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)** |
| This Document Relates To:<br><br>DIRECT PURCHASER ACTIONS | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR
FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

3:07-CV-05944 SC
MDL NO. 1917

It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the undersigned defendants ("Defendants") in this action as follows:

WHEREAS, on November 29, 2012 this Court issued an Order [Dkt. No. 1470] ("November 29 Order") granting in part and denying in part Defendants' Joint Motion for Summary Judgment Against Purported Direct Purchaser Plaintiffs Who Did Not Purchase CRTs [Dkt. No. 1013] (Dec. 12, 2011);

WHEREAS, concurrently with this stipulation, Defendants move the Court for an order certifying the November 29 Order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b);

WHEREAS, pursuant to Civil Local Rule 7-3, DPPs have a right to oppose Defendants' motion, due "not more than 14 days after the motion was filed," which would be January 2, 2013;

WHEREAS, pursuant to Civil Local Rule 7-3, Defendants have a right to reply to DPPs' opposition, due "not more than 7 days after the opposition was due," which would be January 9, 2013;

WHEREAS, the parties agree that, given the overlap of the briefing schedule with the holiday season, it is appropriate to extend the time for filing of DPPs' Opposition to the Motion to Certify and the time for filing of Defendants' Reply in support of their Motion to Certify;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned DPPs and Defendants that:

1. The deadline for DPPs' Opposition to Defendants' Motion to Certify is hereby extended up to and including January 10, 2013; and
2. The deadline for Defendants' Reply to DPPs' Opposition is hereby extended up to and including January 22, 2013.

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR
FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

3:07-CV-05944 SC
MDL NO. 1917

|   |   |   |
|---|---|---|
| 1 | Dated: December 19, 2012 | Respectfully submitted, |
| 2 | | By: /s/ Ian Simmons |

IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
Email: kfeder@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR
FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

3:07-CV-05944 SC
MDL NO. 1917

| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON |
| 2 | |
| 3 | By: /s/ Gary L. Halling<br>GARY L. HALLING (SBN 66087)<br>E-mail: ghalling@sheppardmullin.com |
| 4 | JAMES L. MCGINNIS (SBN 95788)<br>E-mail: jmcginnis@sheppardmullin.com |
| 5 | MICHAEL W. SCARBOROUGH, (SBN 203524) |
| 6 | E-mail: mscarborough@sheppardmullin.com |
| 7 | **SHEPPARD MULLIN RICHTER & HAMPTON**<br>Four Embarcadero Center, 17th Floor |
| 8 | San Francisco, California 94111<br>Telephone: (415) 434-9100 |
| 9 | Facsimile: (415) 434-3947 |
| 10 | *Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.;* |
| 11 | *Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil* |
| 12 | *Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 13 | |
| 14 | WHITE & CASE LLP |
| 15 | By: /s/ Christopher M. Curran<br>CHRISTOPHER M. CURRAN (*pro hac vice*) |
| 16 | E-mail: ccurran@whitecase.com<br>GEORGE L. PAUL (*pro hac vice*) |
| 17 | E-mail: gpaul@whitecase.com<br>LUCIUS B. LAU (*pro hac vice*) |
| 18 | E-mail: alau@whitecase.com<br>**WHITE & CASE LLP** |
| 19 | 701 Thirteenth Street, N.W.<br>Washington, DC 20005 |
| 20 | Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355 |
| 21 | *Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc.,* |
| 22 | *Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components,* |
| 23 | *Inc.* |

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

3:07-CV-05944 SC
MDL NO. 1917

SAVERI & SAVERI, INC.

By: /s/ Guido Saveri
GUIDO SAVERI (SBN 22349)
E-mail: guidp@saveri.com
R. ALEXANDER SAVERI (SBN 173102)
E-mail: rick@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

## ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5-1

I, Ian Simmons, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of December, 2012, at Washington, D.C.

/s/ Ian Simmons

**IT IS SO ORDERED.**

DATED: December 28, 2012

_____
Hon. Samuel A. Conti
United States District Judge

---

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR
FILING OPPOSITION AND REPLY TO DEFENDANTS' MOTION TO CERTIFY
ORDER FOR INTERLOCUTORY APPEAL PURSUANT TO 28 U.S.C. § 1292(b)

3:07-CV-05944 SC
MDL NO. 1917