(*Stipulating Parties Listed on Signature Pages*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING THE FOURTH CONSOLIDATED AMENDED COMPLAINT** |
| ALL INDIRECT PURCHASER ACTIONS | |

1 | WHEREAS, on November 14, 2012, the Court granted the Indirect Purchaser Plaintiffs (the "Plaintiffs") leave to file a Fourth Consolidated Amended Complaint (the "Operative Complaint") to withdraw the named plaintiffs for certain states and add new plaintiffs (Dkt. 1449);

WHEREAS, on December 27, 2012, the Court granted Plaintiffs leave to add three groups of non-party conspirators to the Operative Complaint (Dkt. 1505);

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendants in the Indirect Purchaser Actions (the "Defendants"), as follows:

1. Defendants shall not be required to answer the Operative Complaint, and, instead, their respective answers to the Third Consolidated Amended Complaint shall be deemed their answers to the Operative Complaint.

2. By virtue of this stipulation, no party waives any previously asserted defenses, pending motions or appellate rights it may have as of the date of this stipulation with respect to Plaintiffs' prior consolidated amended complaints or any previously-filed motions to dismiss those complaints.

3. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

DATED: January 8, 2013

TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: /s/ Mario N. Alioto
MARIO N. ALIOTO (SBN 56433)
E-mail: malioto@tatp.com
LAUREN C. CAPURRO (SBN 241151)
E-mail: laurenrussell@tatp.com
**TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP**
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679

*Interim Lead Counsel for the Indirect Purchaser Plaintiffs*

| | |
|---|---|
| 1 | WINSTON & STRAWN LLP |
| 2 | By: /s/ Jeffrey L. Kessler |
| | JEFFREY L. KESSLER (*pro hac vice*) |
| 3 | E-mail: JKessler@winston.com |
| | A. PAUL VICTOR (*pro hac vice*) |
| 4 | E-mail: PVictor@winston.com |
| | ALDO A. BADINI (SBN 257086) |
| 5 | E-mail: ABadini@winston.com |
| | EVA W. COLE (*pro hac vice*) |
| 6 | E-mail: EWCole@winston.com |
| | MOLLY M. DONOVAN |
| 7 | E-mail: MMDonovan@winston.com |
| | **WINSTON & STRAWN LLP** |
| 8 | 200 Park Avenue |
| | New York, NY 10166 |
| 9 | Telephone: (212) 294-6700 |
| | Facsimile: (212) 294-4700 |
| 10 | |
| | STEVEN A. REISS (*pro hac vice*) |
| 11 | E-mail: steven.reiss@weil.com |
| | DAVID L. YOHAI (*pro hac vice*) |
| 12 | E-mail: david.yohai@weil.com |
| | ADAM C. HEMLOCK (*pro hac vice*) |
| 13 | E-mail: adam.hemlock@weil.com |
| | **WEIL, GOTSHAL & MANGES LLP** |
| 14 | 767 Fifth Avenue |
| | New York, New York 10153-0119 |
| 15 | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| 16 | |
| 17 | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.* |
| 18 | |
| 19 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| 20 | |
| 21 | By: /s/ Richard Snyder |
| | TERRY CALVANI (SBN 53260) |
| 22 | E-mail: terry.calvani@freshfields.com |
| | CHRISTINE LACIAK(*pro hac vice*) |
| 23 | E-mail: christine.laciak@freshfields.com |
| | RICHARD SNYDER (*pro hac vice*) |
| 24 | E-mail: richard.snyder@freshfields.com |
| | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| 25 | 701 Pennsylvania Avenue NW, Suite 600 |
| | Washington, DC  20004 |
| 26 | Telephone: (202) 777-4565 |
| | Facsimile: (202) 777-4555 |
| 27 | |
| 28 | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG (SBN 184950)
E-mail: Hojoon.Hwang@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, California  94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
E-mail: William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
E-mail: Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
E-mail: Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

O'MELVENY & MYERS LLP

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
E-mail: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
E-mail: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (*pro hac vice*)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba*

*America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
JON V. SWENSON (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
JOSEPH OSTOYICH (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
E-mail: john.taladay@bakerbotts.com
E-mail: joseph.ostoyich@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

                                      Hon. Charles A. Legge
                            United States District Judge (Ret.)
                                         Special Master

Dated:_____

                                         Hon. Samuel Conti
                                  United States District Judge