DANIEL HUME
ROBERT J. GRALEWSKI, JR.
KIRBY MCINERNEY LLP
825 Third Avenue
New York, New York
Telephone: (212) 371-6600
Facsimile: (212) 751-2540
E-mail: dhume@kmllp.com
bgralewski@kmllp.com

*Counsel for Plaintiff Kerry Lee Hall*

UNITED STATES DISTRICT COURT

NORTHERN DISTIRCT OF CALIFORNIA

| | |
|---|---|
| **IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGAITON** | No. 07-5944- SC<br>MDL No. 1917<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates to:<br>ALL INDIRECT PURCHASER ACTIONS | **NOTICE OF APPEARANCE** |

1

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that Daniel Hume and Robert J. Gralewski, Jr. of Kirby McInerney LLP hereby appear as counsel for the Indirect Purchaser Plaintiff, Kerry Lee Hall, in the above-captioned matter.

Dated: January 10, 2013　　　　　　　　By:　　/s/ Robert J. Gralewski, Jr.
　　　　　　　　　　　　　　　　　　　　　　Daniel Hume
　　　　　　　　　　　　　　　　　　　　　　Robert J. Gralewski, Jr.
　　　　　　　　　　　　　　　　　　　　　　**KIRBY MCINERNEY LLP**
　　　　　　　　　　　　　　　　　　　　　　825 Third Avenue, 16th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 371-6600
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-2540

I, Joseph M. Patane, am the ECF User whose ID and password are being used to file this NOTICE OF APPEARANCE.  In compliance with Local Rule 5.1(i)(3), I hereby attest that Robert J. Gralewski, Jr., has concurred in this filing.

## CERTIFICATE OF SERVICE

I am a citizen of the United States and a member of the California State Bar and admitted to practice in all federal courts in California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 825 Third Avenue, 16th Floor, New York, NY 10022.

On January 10, 2013, I served a copy of the within document:

- **NOTICE OF APPEARANCE**

by electronic filing with the Clerk of Court via ECF, which will send notifications of such filing to all counsel of record on January 10, 2013

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: January 10, 2013                             By: /s/ Robert J. Gralewski, Jr.
                                                         Robert J. Gralewski, Jr.