IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. 07-5944-SC |
| This Order Relates To: | ORDER RE ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL |
| INDIRECT PURCHASER PLAINTIFF ACTIONS | |

Now pending before the Court are three administrative motions to file under seal. ECF Nos. 1386, 1401, 1489 (collectively "Motions").[1] The Court GRANTS the pending Motions for good cause shown, but wishes to note its concern about the administrative burden of reviewing these motions and the declarations filed in support of them. This review requires the Court and its limited staff to sift through thousands of pages of documents. The Court observes that many of the documents that have been designated as sealable are of less than recent vintage and relate to business practices centered on an obsolete technology. Accordingly, the Court will look favorably upon motions to intervene filed by members of the public who wish to access the sealed documents. If

---

[1] A fourth motion, ECF No. 1471, is also pending, but this Motion appears to be duplicative of the one filed as ECF No. 1401. Accordingly, ECF No. 1471 is DENIED AS MOOT.

such motions are filed, the Court will not hesitate to appoint a Special Master to review the documents to be unsealed, whose fee shall be paid directly by the party seeking to preserve confidentiality.

IT IS SO ORDERED.

Dated: December 27, 2012



UNITED STATES DISTRICT JUDGE