Mario N. Alioto (56433)
Lauren C. Russell (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
Email: malioto@tatp.com
Email: laurenrussell@tatp.com

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER PLAINTIFFS FOR CLASS CERTIFICATION** |
| ALL INDIRECT PURCHASER ACTIONS | Date: TBD |
| | Time: TBD |
| | Before: Hon. Charles A. Legge (Ret.) Special Master |
| | The Honorable Samuel Conti |

## REDACTED PER COURT ORDER (D.E. 1512)

I, Mario N. Alioto, declare as follows:

1.      I am an attorney-at-law licensed to practice before the courts of the State of California, and a partner of Trump, Alioto, Trump & Prescott LLP, Interim Lead Counsel for the Indirect-Purchaser Plaintiffs.  I make this declaration in support of Indirect-Purchaser Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts stated in this Declaration and can and will testify thereto if called upon to do so.

### The Characteristics Of CRT Industry

2.      Attached hereto as Exhibit 1 is a true and correct copy of the United States Department of Justice Press Release, *Former Executive Indicted for His Role in Two Cathode Ray Tube Price-Fixing Conspiracies*, dated February 10, 2009.

3.      Attached hereto as Exhibit 2 is a true and correct copy of ████████

4.      Attached hereto as Exhibit 3 is a true and correct copy of ████████

5.      Attached hereto as Exhibit 4 is a true and correct copy of ████████

6.      Attached hereto as Exhibit 5 is a true and correct copy of ████████

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER
PLAINTIFFS FOR CLASS CERTIFICATION — MASTER FILE NO. CV-07-594-SC, MDL NO. 1917

1    ████████████████████████████████████

2    ██████

3    7.    Attached hereto as Exhibit 6 is a true and correct copy of ████████████

4    ███████████████████████████████████

5    ███████████████████████████████████

6    ███████████████████████████████████

7    ████████████████████

8                    **<u>CRTs Have No Independent Utility</u>**

9    8.    Attached hereto as Exhibit 7 are true and correct copies of ██████████

10   ████████████████████████████████████

11   ██████████████████████████████████████

12   █████████████████████████████████████

13   ██████████████████████████████████████

14   ████████████████████

15   9.    Attached hereto as Exhibit 8 are true and correct copies of ██████████

16   ██████████████████████████████████████

17   ████████████████████████████████████

18   █████████████████████████████████████

19   ███████████

20   10.    Attached hereto as Exhibit 9 are true and correct copies of ██████████

21   ████████████████████████████████████

22   ██████████████████████████████████████

23   █████████████████████████████████████

24   █████████████████████████████████████

25   ██████████████████████████████████████

26   ████████████████████

27   11.    Attached hereto as Exhibit 10 is a true and correct copy of ██████████

28   █████████████████████████████████████

2

1  █████████████████████████████████████████████████████████

2  █████████████████████████████████████████████████████

3  ███████████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████

12.   Attached hereto as Exhibit 11 is a true and correct copy of ████████████

6  ████████████████████████████████████████████████████

7  ████████████████████████████████████████████████████

8  ████████████████████

**Defendants Participated In A Price-Fixing Conspiracy**

Defendants Fixed Prices And Limited Production of CRTs

13.   Attached hereto as Exhibit 12 is a true and correct copy of ████████████

12  ████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████

14  ███████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████

16  █████████

17.   Attached hereto as Exhibit 13 is a true and correct copy of ████████████

18  █████████████████████████████████████████████████

19  █████████████████████████████████████████████████

20  ███████████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████

23  ███████████████████████████████████████████████████████████

24  █████████████████████████████████████████████████████████

25  █████████████████████████████████████████████████████████

26  █████████████████████████████████████████████████████████

27  ████████████████████

3

15.   Attached hereto as Exhibit 14 is a true and correct copy of ████████

16.   Attached hereto as Exhibit 15 is a true and correct copy of ████████

17.   Attached hereto as Exhibit 16 is a true and correct copy of ████████

18.   Attached hereto as Exhibit 17 is a true and correct copy of ████████

4

19.     Attached hereto as Exhibit 18 is a true and correct copy of █████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████

20.     Attached hereto as Exhibit 19 is a true and correct copy of █████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███

21.     Attached hereto as Exhibit 20 is a true and correct copy of █████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

█████████

22.     Attached hereto as Exhibit 21 is a true and correct copy of █████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████

23.     Attached hereto as Exhibit 22 is a true and correct copy of █████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

24.     Attached hereto as Exhibit 23 is a true and correct copy of █████████

███████████████████████████████████████████████████████████

25.     Attached hereto as Exhibit 24 is a true and correct copy of

26.     Attached hereto as Exhibit 25 is a true and correct copy of

27.     Attached hereto as Exhibit 26 is a true and correct copy of

28.     Attached hereto as Exhibit 27 is a true and correct copy of

29.     Attached hereto as Exhibit 28 is a true and correct copy of

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER

30.     Attached hereto as Exhibit 29 is a true and correct copy of ██████████

31.     Attached hereto as Exhibit 30 is a true and correct copy of ██████████

32.     Attached hereto as Exhibit 31 is a true and correct copy of ██████████

Defendants Admitted To Attending Meetings With Competitors

33.     Attached hereto as Exhibit 32 is a true and correct copy of ██████████

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER

34.   Attached hereto as Exhibit 33 is a true and correct copy of ████████

███████████████████████████████████████████████████████████████████████

██████████████████████

35.   Attached hereto as Exhibit 34 is a true and correct copy of ████████

███████████████████████████████████████████████████████████████████████

█████████████████████████████████

36.   Attached hereto as Exhibit 35 is a true and correct copy of ████████

████████████████████████████████████████████████████████████████████████

██████████████████████

37.   Attached hereto as Exhibit 36 is a true and correct copy of ██████████

█████████████████████████████████████████████████████████████

██████████████████████

38.   Attached hereto as Exhibit 37 is a true and correct copy of ████████

███████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████

█████████████████████████████████████

39.   Attached hereto as Exhibit 38 is a true and correct copy of ████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████████

40.   Attached hereto as Exhibit 39 is a true and correct copy of ██████████

███████████████████████████████████████████████████████████████████

█████████████████████

41.   Attached hereto as Exhibit 40 is a true and correct copy of ████████

███████████████████████████████████████████████████████████████████████

██████████████████████████████████████

8

1    42.    Attached hereto as Exhibit 41 is a true and correct copy of █████████

2    ███████████████████████████████████████████████████████████████

3    ████████████████████████████████████████████

4    43.    Attached hereto as Exhibit 42 is a true and correct copy of █████████

5    ████████████████████████████████████████████████████████████████████

6    ███████████████████████████████████████████████████

7    44.    Attached hereto as Exhibit 43 is a true and correct copy of █████████

8    █████████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████

10   Defendants Monitored Each Other For Compliance With The Agreements Reached

11   45.    Attached hereto as Exhibit 44 is a true and correct copy of █████████

12   ███████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████

14   █████████████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████

16   46.    Attached hereto as Exhibit 45 is a true and correct copy of █████████

17   ███████████████████████████████████████████████████████████

18   ████████████████████████████████████████████████████████████████

19   █████████████████████████████████████████████████████████████████

20   ████████████████████████████████████████████████████████████████

21   ███████████████████████████████████████████████████████████████

22   █████████████████████████████████████████████████████████████████

23   ████████████████████████████████████████████████████████████████

24   █████████████

25   47.    Attached hereto as Exhibit 46 is a true and correct copy of █████████

26   ████████████████████████████████████████████████████████████████

27   ██████████████████████████████████████████████████████████

28   █████████████████████████████████████████████████████████████

9

48. Attached hereto as Exhibit 47 is a true and correct copy of

49. Attached hereto as Exhibit 48 is a true and correct copy of

50. Attached hereto as Exhibit 49 is a true and correct copy of notes from

51. Attached hereto as Exhibit 50 is a true and correct copy of

Defendants Concealed The Existence Of Their Conspiracy

52. Attached hereto as Exhibit 51 is a true and correct copy of

10

1

2

3

4

5

6

7

8     53.    Attached hereto as Exhibit 52 is a true and correct copy of

9

10

11

12

13     54.    Attached hereto as Exhibit 53 is a true and correct copy of

14

15

16

17

18

19

20

21

22

23     55.    Attached hereto as Exhibit 54 is a true and correct copy of

24

25

26

27

28

11

1

2

### Investigations By Antitrust Authorities Around The World

4   The DOJ Criminal Investigation

5       56.     Attached hereto as Exhibit 55 is a true and correct copy of the Amended Plea

6   Agreement in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. May

7   17, 2011) (Dkt. 29).

8       57.     Attached hereto as Exhibit 56 is a true and correct copy of the Amended Plea

9   Agreement in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. Aug.

10  8, 2011) (Dkt. 40-1).  The document reflects Samsung SDI Co., Ltd.'s guilty plea to participating

11  "in a conspiracy among major CDT producers, the primary purpose of which was to fix prices,

12  reduce output, and allocate market shares of CDTs sold in the United States and elsewhere.  In

13  furtherance of this conspiracy, the defendant, through its officers and employees, engaged in

14  discussions and attended meetings with representatives of other major CRT producers.  During

15  these discussions and meetings, agreements were reached to fix prices, reduce output, and allocate

16  market shares of CDTs to be sold in the United States and elsewhere." *Id.* ¶ 4(c).

17              Paragraph 11 of the document further reflects the government's agreement with

18  Samsung SDI not to seek restitution in the criminal case in light of the pending civil litigation. *Id.*

19  ¶ 11 ("In light of the civil class action cases filed against the defendant, including In re Cathode

20  Ray Tube (CRT) Antitrust Litigation, No. C07-5944 SC, MDL No. 1917 . . . the United States and

21  the defendant agree that the recommended sentence provided for in Paragraph 8 of this Plea

22  Agreement does not include a restitution order for the offense charged in the Information").

23      58.     Attached hereto as Exhibit 57 is a true and correct copy of Judgment in *United*

24  *States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. Aug. 19, 2011) (Dkt. 56).  It

25  is my understanding, based on my review of the document, that the Court adopted the Presentence

26  Report and guideline applications without change and ordered Samsung SDI Co., Ltd. to pay a $32

27  million fine.

28

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER

59.     Attached hereto as Exhibit 58 is a true and correct copy of Samsung SDI Co., Ltd.'s Sentencing Memorandum in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. Aug. 8, 2011) (Dkt. 39).  Pages 4-5 of the document reflects Samsung SDI's representation to the Court that the pending civil cases are the appropriate forum for compensating the victims and restitution would be inappropriate in the criminal price-fixing case.

60.     Attached hereto as Exhibit 59 is a true and correct copy of United States Sentencing Memorandum in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. Aug. 8, 2011) (Dkt. 40).  Page 4 of the document reflects the agreement between the United States and Samsung SDI that "the appropriate sentence in this case does not include a restitution order in light of the civil cases filed against Samsung SDI, including *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-5944 SC, MDL No. 1917, in the United States District Court, Northern District of California, which potentially provide for a recovery of a multiple of actual damages and the opportunity for potential victims to pursue damages through non-class claims in the multidistrict litigation and other proceedings."

61.     Attached hereto as Exhibit 60 is a true and correct copy of Indictment in *U.S. v. Cheng Yuan Lin, a.k.a. C.Y. Lin*, No. 3:09-cr-0131-WHA (N.D. Cal. Feb. 10, 2009) (Dkt. 1).

62.     Attached hereto as Exhibit 61 is a true and correct copy of Indictment in *U.S. v. Wen Jun Cheng, a.k.a. Tony Cheng*, No. 3:11-cr-00836 (N.D. Cal. Aug. 18, 2009) (Dkt. 1).

63.     Attached hereto as Exhibit 62 is a true and correct copy of Indictment in *U.S. v. Cheng Cheng Yeh, a.k.a. Alex Yeh*, No. 3:10-cr-00231 (N.D. Cal. Mar. 30, 2010) (Dkt. 1).

64.     Attached hereto as Exhibit 63 is a true and correct copy of Indictment in *U.S. v. Seung-Kyu Lee, a.k.a. Simon Lee; Yeong-Ug Yang, a.k.a. Yeong-Wook Yang, a.k.a. Yong-Shu Yang, a.k.a. Yong-Shu Liang, a.k.a. Young-UK Yang, a.k.a. Yeong-Eug Yang, a.k.a. Albert Yang; and Jae-Sik Kim*, No. 3:10-cr-00817 (N.D. Cal. Nov. 9, 2010) (Dkt. 1).

65.     Attached hereto as Exhibit 64 is a true and correct copy of United States Memorandum in Response to Notice Regarding Issues for April 19 Hearing in *United States v. Samsung SDI Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. Apr. 15, 2011) (Dkt. 15).  It is my understanding, based on my review of the document, that three former executives of Samsung SDI

1  Co., Ltd., Seung-Kyu Park, a.k.a. Sang-Kyu Park, a.k.a. Sky Park, Duck-Yun Kim, a.k.a. Deok-

2  Yun Kim, a.k.a. Deok-Yeon Kim, and Hoo-Mok Ha, a.k.a. Hu-Mok Ha, were "specifically carved

3  out" of Samsung SDI's Amended Plea Agreement because "they are the most culpable individuals

4  identified by the government after extensive investigation."

5  The Japanese Fair Trade Commission ("JFTC") Investigation

6       66.    Attached hereto as Exhibit 65 is a true and correct copy of the JFTC's Press

7  Release, *Cease-and-Desist Order and  Surcharge  Payment Orders against Manufacturers of*

8  *Cathode Ray Tubes for Televisions*, dated October 7, 2009.  It is my understanding, based on my

9  review of the document, that the JFTC found 11 CRT manufacturers to have violated Article 3 of

10  Japan's AntiMonoploy Act: "[these 11 companies]  "formed an agreement to continuously hold

11  CPT meetings about once every other month where they jointly set minimum target prices and the

12  like, on an approximately quarterly basis, that each should abide by and that should be applied to

13  the selling prices for Overseas Manufacturing Subsidiaries and the Like for the following quarter,

14  and thereby substantially restrained competition in the field of sales of the Specified CRTs."

15       The appendix of the document lists the 11 companies: MT Picture Display Co., Ltd., MT

16  Picture Display (Malaysia) Sdn. Bhd., PT.MT Picture Display Indonesia, MT Picture Display

17  (Thailand) Co., Ltd., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., LG Philips

18  Displays Korea Co., Ltd., PT.LP Displays Indonesia, Chunghwa Picture Tubes Co., Ltd.,

19  Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. and Thai CRT Co. Ltd.

20       67.    Attached hereto as Exhibit 66 is a true and correct copy of the JFTC's Press

21  Release, *Decision to Commence Hearing Procedures against MT Picture Display Co., Ltd. and*

22  *three other companies (Price fixing case by Manufacturers of Cathode Ray Tubes for Televisions)*,

23  dated January 29, 2010.

24  The Korean Fair Trade Commission ("KFTC") Investigation

25       68.    Attached hereto as Exhibit 67 is a true and correct copy of the KFTC's Press

26  Release, *KFTC Fines 5 Color Display Tube Producers 26.2 Billion Won for CDT International*

27  *Cartel*, dated January 27, 2011.

28

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER
PLAINTIFFS FOR CLASS CERTIFICATION   MASTER FILE NO   CV 07 5944 SC  MDL NO  1917

1   69.    Attached hereto as Exhibit 68 is a true and correct copy of the KFTC's Decision

2   No. 2011-019, *Wrongful Joint Actions by the 5 Computer Color Monitor CDT Manufacturers*,

3   dated March 10, 2011, with certified translation.  It is my understanding, based on my review of

4   the document, that the KFTC's findings were based upon declarations from several participants in

5   the cartel, including Jason Lu, the former Head of CDT Sales and Assistant Vice President of

6   Chunghwa's subsidiary in Fuzhuo, China, and Mr. Lee and Mr. Song of Samsung SDI Co., Ltd.

7   Jason Lu's declaration avers that the scope of the conspiracy was "worldwide."

8   The European Commission Investigation

9   70.    Attached hereto as Exhibit 69 is a true and correct copy of the European

10  Commission's Press Release, *Antitrust: Commission confirms sending Statement of Objections to*

11  *alleged participants in TV and computer monitor tubes cartels*, dated November 26, 2009.

12  71.    Attached hereto as Exhibit 70 is a true and correct copy of *EU Charges Philips,*

13  *Others With Forming CRT Screen Cartel*, by ComputerWorld, dated November 26, 2009.

14  Czech Office For The Protection Of Competition ("COPC") Investigation

15  72.    Attached hereto as Exhibit 71 is a true and correct copy of *Czech Competition*

16  *Office fines cathode ray tubes producers for price-fixing*, by Practical Law Company, dated

17  August 26, 2010.

18  73.    Attached hereto as Exhibit 72 is a true and correct copy of the COPC's Press

19  Release, *Cartel of Color Picture Tube Manufacturers Fined*, dated September 13, 2010.

20  74.    Attached hereto as Exhibit 73 is a true and correct copy of *Czech Regional Court*

21  *confirms Competition Authority decision in colour picture tubes cartel case*, by Practical Law

22  Company, dated March 23, 2012.

23  Canadian Competition Bureau ("CCB") Investigation

24  75.    Attached hereto as Exhibit 74 is a true and correct copy of *Canada (Commission of*

25  *Competition) v. Toshiba of Canada, Ltd.*, O.J. No. 2032, 2011 ONSC 949 (Ontario Super. Ct. of

26  Justice Apr. 12, 2011).

27

28

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER

**The CRT Cartel Was The Precursor To The LCD Cartel**

76.     Attached hereto as Exhibit 75 is a true and correct copy of the Department of Justice Indictment of C.Y. Lin and Tony Cheng, in *U.S. v. Cheng Yuan Lin a.k.a. C.Y. Lin*, No. 3:09-cr-00110 (N.D. Cal. Feb. 4, 2009) (Dkt. 1-2).

77.     Attached hereto as Exhibit 76 is a true and correct copy of the United States and Chin Chun Liu a.k.a. C.C. Liu Plea Agreement, in *U.S. v. Chin Chun Liu*, No. 3:09-cr-00045-SI (N.D. Cal. Feb 27, 2009) (Dkt. 49).

78.     Attached hereto as Exhibits 77 through 91 are true and correct copies of documents which reflect defendant employees' participation in both the CRT and LCD conspiracies, as shown in the chart below.

| Employee Name | CRT Conspiracy | LCD Conspiracy |
|---|---|---|
| Yvonne Yun (Chunghwa) | ████████████████ <br><br> (Alioto Decl., Ex. 77) <br><br> ████████████████ <br><br> (Alioto Decl., Ex. 78) | *US v. AU Optronics Corporation*, No. 3:09-cr-00110-SI (N.D. Cal. Sept. 11, 2012) (Dkt. 948-1), Table 6 (pp. 66-91) (list of the participants of Crystal Meetings dated 6/14/2005, 8/4/2005, 9/6/2005, and 10/6/2005 including Ms. Yun) <br><br> (Alioto Decl., Ex. 79). |
| Alex Yeh (Chunghwa) | Indictment of Chung Cheng (Alex) Yeh (Mar. 30, 2010) <br><br> (Alioto Decl., Ex. 62) | *US v. AU Optronics Corporation*, No. 3:09-cr-00110-SI (N.D. Cal. Sept. 11, 2012) (Dkt. 948-1), Table 6 (pp. 66-91) (list of the participants of Crystal Meetings dated 6/14/2005, 8/4/2005, 9/6/2005, and 10/6/2005 including Mr. Yeh) <br><br> (Alioto Decl., Ex. 79) |
| Michihiro Yoshino (Toshiba) | ████████████████ | *In Re: TFT-LCD (Flat Panel) Antitrust Litig.*, No. 07-md-1827-SI (N.D. Cal.) (Apr. 2, 2012) (Dkt. 5359), Special |

16

| Employee Name | CRT Conspiracy | LCD Conspiracy |
|---|---|---|
| | (Alioto Decl., Ex. 80)<br><br>█████████████<br>█████████████<br>█████████████<br>█████████████<br><br>(Alioto Decl., Ex. 81) | Master's Order re: *Plaintiffs' Motion to Compel Toshiba to Produce Michihiro Yoshino for Deposition* (The court allowed Yoshino's deposition given his "personal involvement in preparing and receiving several potentially important documents" showing Yoshino's meetings with other TFT-LCD makers, such as HannStar Display, Sharp Corporation, and LG Display.)<br><br>(Alioto Decl., Ex. 82). |
| Genichi Watanabe (HDP/HED(US) | █████████████<br>█████████████<br>█████████████<br>█████████████<br><br>(Alioto Decl., Ex. 83) | CHU00247507 (email exchange between Genichi Watanabe and Tai Morgan of Chunghwa in June 2006 to arrange Watanabe's visit to Chunghwa to discuss the display industry)<br><br>(Alioto Decl., Ex. 84) |
| Tomohito Amano (Toshiba) | █████████████<br>█████████████<br>█████████████<br>█████████████<br>█████████████<br><br>(Alioto Decl., Ex. 85) | *In Re: TFT-LCD (Flat Panel) Antitrust Litig.*, No. 07-md-1827-SI (N.D. Cal. May. 31, 2012) (Dkt. 5836), Minute Entry: Jury Trial Held on 5/31/12 before the Hon. Susan Illston (Tomohito Amano listed as a trial witness)<br><br>(Alioto Decl., Ex. 86). |
| Makoto Kaneta (Toshiba) | █████████████<br>█████████████<br>█████████████<br>█████████████<br>(Alioto Decl., | *See In Re: TFT-LCD (Flat Panel) Antitrust Litig.*, 07-md-1827-SI (N.D. Cal.), Dkt. 2694, Indirect Purchaser Plaintiffs' Third Consolidated Amended Complaint, ¶ 158 (corresponded with other TFT-LCD panel makers regarding pricing |

17

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER
PLAINTIFFS FOR CLASS CERTIFICATION, MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

| Employee Name | CRT Conspiracy | LCD Conspiracy |
|---|---|---|
| | Ex. 87); ███████ ███ (Alioto Decl., Ex. 88); ████ ██████ (Alioto Decl., Ex. 89); ████ ███ (Alioto Decl., Ex. 90) | information) (Alioto Decl., Ex. 91) |

Defendants' Agreements Successfully Increased All CRT Prices

79.     Attached hereto as Exhibit 92 is a true and correct copy of ████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

█████████████████████████████

80.     Attached hereto as Exhibit 93 is a true and correct copy of ████

██████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████

81.     Attached hereto as Exhibit 94 is a true and correct copy of ████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████

█████████████████████

82.     Attached hereto as Exhibit 95 is a true and correct copy of ████

█████████████████████████████████████████

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER
PLAINTIFFS FOR CLASS CERTIFICATION   MASTER FILE NO. CV-07-5944 SC; MDL NO. 1917

1

2

3

4

5

6

7

8     83.    Attached hereto as Exhibit 96 is a true and correct copy of

9

10

11

12

13

14

15

16     84.    Attached hereto as Exhibit 97 is a true and correct copy of

17

18

19

20

21     85.    Attached hereto as Exhibit 98 is a true and correct copy of

22

23

24

25     86.    Attached hereto as Exhibit 99 is a true and correct copy of

26

27

28

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER

1 ████████████████████████████████████████

2 ███████████████

3   87.   Attached hereto as Exhibit 100 is a true and correct copy of ██████████

4 ████████████████████████████████████████

5 ████████████████████████████████████████

6 ████████████████████████████████████████

7   88.   Attached hereto as Exhibit 101 is a true and correct copy of ██████████

8 █████████████████████████████████████████

9 █████████████████████████████████████████

10 █████████████████

11   89.   Attached hereto as Exhibit 102 is a true and correct copy of ██████████

12 █████████████████████████████████████████

13 ████████████████████████████████████████

14 ████████████

15   90.   Attached hereto as Exhibit 103 is a true and correct copy of ██████████

16 ████████████████████████████████████████

17 █████████████████████████████████████████

18 ████████████████████████████████████████

19 █████████████████████████████████████████

20 ███████████████████████████████████████████

21 ███████████████████████████

22   91.   Attached hereto as Exhibit 104 is a true and correct copy of ██████████

23 ████████████████████████████████████████

24 ████████████████████████████████████████

25 ████████████████████████████████████████

26 ███████████████████████████████████

27   92.   Attached hereto as Exhibit 105 is a true and correct copy of ██████████

28 █████████████████████████████████████████

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER
PLAINTIFFS FOR CLASS CERTIFICATION - MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

93.   Attached hereto as Exhibit 106 is a true and correct copy of

94.   Attached hereto as Exhibit 107 are true and correct copies of excerpts

95.   Attached hereto as Exhibit 108 are true and correct copies of excerpts

96.   Attached hereto as Exhibit 109 are true and correct copies of excerpts

21

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ████████████

5    97.    Attached hereto as Exhibit 110 is a true and correct copy of ██████████████

6 ████████████████████████████████████████

7 ████████████████████████████████████████████████

8 ████████████████████████████████████████████████

9    98.    Attached hereto as Exhibit 111 is a true and correct copy of ████████████

10 ████████████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ████████████████████████████████████████████████

13 ████████████████████████████████████████

14 ████████████████

15 **Defendants Recognized That Increased CRT Costs Are Passed-Through To The Consumers of**
**CRT Finished Products**

16

17    99.    Attached hereto as Exhibit 112 is a true and correct copy of ██████████████

18 ████████████████████████████████████████████████

19 ████████████████████████████████████████████████

20 ██████████████████

21    100.    Attached hereto as Exhibit 113 is a true and correct copy of ████████████

22 ████████████████████████████████████████

23 ████████████████████████████████████████████████

24 ████████████████████

25    101.    Attached hereto as Exhibit 114 is a true and correct copy of ████████████

26 ████████████████████████████████████████████████

27 ████████████████████████████████████████████████

28 ████████████████████████████

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER

102.   Attached hereto as Exhibit 115 is a true and correct copy of ███████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████

103.   Attached hereto as Exhibit 116 is a true and correct copy of █████████

███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████

104.   Attached hereto as Exhibit 117 is a true and correct copy of ████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

█████████████████████████████████████████████████

██████

105.   Attached hereto as Exhibit 118 is a true and correct copy of ████████

████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████

106.   Attached hereto as Exhibit 119 is a true and correct copy of ████████

██████████████████████████████████████████████████

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF MOTION OF INDIRECT-PURCHASER
PLAINTIFFS FOR CLASS CERTIFICATION; MASTER FILE NO. CV-07-5944 SC; MDL NO. 1917

1  ██████████████████████████████

2  ██████████████████████████████

3  ██████████████████████████████

4  ██████████████████████████████

5  ██████████████████████████████

6  ████████████

7  DATED:  October 1, 2012                    Respectfully submitted,

8                                                          _____/s/ Mario N. Alioto_____
                                                                  Mario N. Alioto

9
                                                          Mario N. Alioto (56433)
10                                                        Lauren C. Russell (241151)
                                                          TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
11                                                        2280 Union Street
                                                          San Francisco, CA  94123
12                                                        Telephone:    (415) 563-7200
                                                          Facsimile:     (415) 346-0679
13                                                        Email: malioto@tatp.com
                                                          Email:  laurenrussell@tatp.com
14
                                                          *Interim Lead Counsel for Indirect-Purchaser*
15                                                        *Plaintiffs*

16

17  #3237944

18

19

20

21

22

23

24

25

26

27

28