# Exhibits 2 - 54

# Submitted Under Seal