# Exhibit 66

Decision to Commence Hearing Procedures against MT Picture Display Co., Ltd. and three other companies
(Price fixing case by Manufacturers of Cathode Ray Tubes for Televisions)
(Tentative Translation)

January 29, 2010
The Japan Fair Trade Commission

On January 27, 2010, the Japan Fair Trade Commission (JFTC) decided to commence hearing procedures against MT Picture Display Co., Ltd., PT. MT Picture Display Indonesia and two other companies pursuant to Article 52(3) of the Antimonopoly Act (AMA), upon their request for commencement of JFTC's hearing procedures.

MT Picture Display Co., Ltd. requested for commencement of hearings with regard to the cease and desist order issued by the JFTC on October 7, 2009. PT. MT Picture Display Indonesia and two other companies requested for hearings with regard to the surcharge payment orders issued by the JFTC on the same day.

(Refer to the press release dated October 7, 2009, for outlines of the cease and desist orders and the surcharge payment orders in this case.)

1. Outline of the Party (Respondent)

| Name and location of the party | Representative |
| --- | --- |
| MT Picture Display Co., Ltd. (Japan) | Tatsuo Tobinaga |
| PT. MT Picture Display Indonesia (Republic of Indonesia) | Yoshitaka Yagaki |
| MT Picture Display (Malaysia) Sdn. Bhd. (Malaysia) | Yue Sau Yin |
| MT Picture Display (Thailand) Co., Ltd.( Kingdom of Thailand) | Bunterng Kumnon |

2. Initial Hearing and Venue
   (1)Time:    14:00 on Tuesday March 9, 2010
   (2)Venue:   JFTC Hearing Court (Central Government Building No.6, Block B, 19F)