# Exhibit 67

 # KOREA FAIR TRADE COMMISSION

### KFTC Fines 5 Color Display Tube Producers  26.2 Billion Won for CDT International Cartel

January 27, 2011

The Korea Fair Trade Commission (hereinafter "KFTC") imposed a total surcharge of 26,271million won (about USD 23.5million) on 5 color display tube (hereinafter "CDT") manufacturers* for violating the Monopoly Regulation and Fair Trade Act (Article 19). The KFTC found that 5 CDT manufacturers agreed to fix prices and reduce output of CDTs, and implemented the agreement for almost 10 years from November 1996 to March 2006.

\* Samsung SDI Co. Ltd., LG Philips Display Korea Co., Ltd., Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., CPTF Optronics Co., Ltd.

<The case>

The KFTC found that the cartel conspiracies for CDT seriously affected the Korean market.

The conspiracies regulated by the KFTC in this case are as follows:

The CDT producers agreed on fixing prices and reducing output of CDTs in the secret meetings which took place in various countries including Korea, Taiwan,  and Malaysia at least once a month for almost 10 years from November 1996 to March 2006.

In addition they agreed on fixing prices of CDTs by size and client and curtailing production by reducing operating days and shutting down CDT production lines. And the CDT manufacturers exchanged confidential business information such as CDT sales, production, market share to fulfill and monitor the implementation of their agreements. Especially, they conducted cross-inspections of factories each other to monitor and enforce the output-curtailing agreement.

**<Fines>**

In setting the surcharges, the Commission took into account various factors including the respective affected sales of the companies involved, the serious nature of the infringement and the current status of the CDT industry.

The surcharges imposed for CDT cartel are as follows:

| Company Name | Location | Surcharge (Million WON) |
|---|---|---|
| Samsung SDI Co. Ltd | Korea | 24,013 |
| LG Philips Display Korea Co., Ltd. | Korea | 0 |
| Chunghwa Picture Tubes, Ltd. | Taiwan | 2,198 |
| Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. | Malaysia | 32 |
| CPTF Optronics Co., Ltd. | China | 28 |

\* LG Philips Display Korea Co., Ltd. was exempted from paying the surcharge, because it cannot afford the surcharge. It closed its business in June 2009 by transferring entire business lines including CDT sector to another corporation.

\*\* The amount of surcharges may vary considering many factors including the reduction for the leniency applicants.

**<Background>**

Today's KFTC decision is the result of a joint investigation with foreign competition authorities including the United States Department of Justice and the European Commission in November 2007. The KFTC investigation into the case was initiated by a leniency application.

The Commission is fully committed to pursuing those who conspired to harm Korean businesses and consumers. Anyone with information concerning any international price fixing or other illegal collusive behavior is urged to contact the International Cartel Division at +82-2-2023-4474.