Exhibit 68

Part 2of 2

# 공 정 거 래 위 원 회

## 전 원 회 의

### 의 결  제 2011 - 019호                2011.  3.  10.


사 건 번 호          2010국카2364


사 건 명            5개 컴퓨터용 컬러모니터 브라운관(CDT) 제조·판매사업자의 부당한
                  공동행위에 대한 건


피 심 인            1. 삼성 에스디아이 주식회사
                     용인시 기흥구 공세동 428-5
                     대표이사 최○○
                     대리인 법무법인 세종
                     담당변호사 박정원, 이민호, 권오태
                     대리인 법무법인 에이펙스
                     담당변호사 강정희

                  2. 엘지. 필립스 디스플레이 주식회사
                     구미시 공단1동 184
                     (송달장소 구미시 송정동 34의 3 법무법인 경북삼일)
                     일시 대표이사 김&&

                  3. 중화 픽처 튜브스 리미티드(Chunghwa Picture Tubes, Ltd)
                     중화민국(대만) 타오위안 334 베이드 시티 허핑로드 1127
                     [(No. 1127, Heping Rd. Bade City, Taoyuan, 334, China(Taiwan)]
                     대표이사 린 웨이-샨(Lin Wei-Shan)

                  4. 중화 픽처 튜브스(말레이시아) 에스디엔 비에이치디

[Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.]

말레이시아 샤 알람 세랑골 400000, 수방 하이테크 인더스트리얼 파크 1

(Lot 1, Subang Hi-Tech Industrial Park, Batu Tiga, 400000 Shah Alam Selangor, Malaysia)

대표이사 첸 쿠앙-랑 (Chen Kuang-Lang)

5. 씨피티에프 옵트로닉스 컴퍼니 리미티드(CPTF Optronics Co., Ltd)

중화인민공화국 푸조우 마웨이 하이테크 디벨롭먼트 존, 신 예 로드 1

(No. 1 Xin Ye Road, Mawei Hi-Tech Development Zone, Fuzhou, China)

대표이사 린 솅-창(Lin Sheng-Chang)

피심인 3. 내지 5.의 대리인 법무법인 화우

담당변호사 윤호일, 김재영, 한동영

주　　　문

1. 피심인 삼성 에스디아이 주식회사, 피심인 중화 픽쳐 튜브스 리미티드, 피심인 중화 픽쳐 튜브스(말레이시아) 에스디엔 비에이치디, 피심인 씨피티에프 옵트로닉스 컴퍼니 리미티드는 다음 각 호에 따라 과징금을 국고에 납부하여야 한다.

가. 과징금액

(1) 피심인 삼성 에스디아이 주식회사 　　　　　　　　　　 : 24,013,000,000원

(2) 피심인 중화 픽쳐 튜브스 리미티드 　　　　　　　　　 : 2,198,000,000원

(3) 피심인 중화 픽쳐 튜브스(말레이시아) 에스디엔 비에이치디 : 32,000,000원

(4) 피심인 씨피티에프 옵트로닉스 컴퍼니 리미티드 　　　 : 28,000,000원

나. 납부기한 : 과징금 납부고지서에 명시된 납부기한 (60일) 이내

다. 납부장소 : 한국은행 국고수납 대리점 또는 우체국

<p style="text-align:center">이        유</p>

1. 기초 사실

 가. 피심인 적격성

1  피심인 삼성 에스디아이 주식회사(이하 '삼성 SDI' 혹은 '삼성전관'[1])이라 한다), 피심인 엘지 필립스 디스플레이 주식회사(이하 'LPD' 또는 '엘피디'라 한다)[2], 피심인 중화 픽처 튜브스 리미티드(이하 '중화영관'이라 한다), 피심인 중화 픽처 튜브스(말레이시아) 에스디엔 비에이치디(이하 '중화영관 말레이시아'라 한다), 피심인 씨피티에프 옵트로닉스 컴퍼니 리미티드(이하 '중화영관 푸조우'라 한다)는 컴퓨터용 컬러모니터 브라운관인 CDT(Color Display Tube)[3] 제품 등의 제조·판매업을 영위하고 있는 사업자들로서「독점규제 및 공정거래에 관한 법률」(2006. 4. 1. 법률 제7492호로 개정되기 전의 것, 이하 '법'이라 한다) 제2조 제1호의 규정에 의한 사업자에 해당된다.

2  피심인 삼성 SDI와 피심인 LPD는 대한민국 법에 따라 설립되고 주된 사무소가 대한민국에 소재하는 국내 사업자들이다. 그리고 중화민국(대만) 법에 따라 설립되고 주된 사무소가 중화민국에 소재하는 피심인 중화영관, 말레이시아 법에 따라 설립되고 주된 사무소가 말레이시아에 소재하는 피심인 중화영관 말레이시아, 중화인민공화국 법에 따라 설립되고 주된 사무소가 중화인민공화국에 소재하는 피심인 중화영관 푸조우는 각각 외국법에 따라 설립되고 주된 사무소가 외국에 소재하는 외국 사업자들이다.

3  외국 사업자들에 대한 관할권 및 피심인 적격과 관련하여, 법 제2조 제1호의 규정에 의하면 '사업자라 함은 제조업, 서비스업, 기타 사업을 행하는 자를 말한다'라고 규정하고 있을 뿐, 법 적용대상인 사업자를 국내 사업자로 한정하고 있지 아니하고, 법 제19조 제1항에서도 위반행위의 주체를 '사업자'로 규정하고 있을 뿐 국내 사업자

---

1) 피심인 삼성 SDI는, 1970년 삼성 NEC 주식회사로 설립된 후, 1974년 삼성전관공업 주식회사로, 1984년에는 삼성전관 주식회사, 1999년 11월 삼성 SDI 주식회사로 상호를 변경하였다.

2) 2010. 3. 30. 대구지방법원 김천지원은 법무법인 경북삼일 변호사 김⊕⊕을 일시 대표이사로 선임하였는바, 이 사건 관련 문서송달 주소지에 '구미시 송정동 34-3 법무법인 경북삼일'도 포함되었다.

3) 소위 브라운관으로 알려진 CRT(Cathode Ray Tube, 음극선관)는 컴퓨터용 컬러모니터 브라운관 CDT(Color Display Tube)제품과 TV용 컬러모니터 브라운관 CPT(Color Picture Tube) 제품을 포함하는 개념이다.

로 한정하고 있지 않다. 또한 법 제2조의2의 규정에 의하면 '이 법은 국외에서 이루어진 행위라도 국내시장에 영향을 미치는 경우에는 적용한다'라고 규정하고 있다.

*4*  따라서 컴퓨터용 컬러모니터 브라운관인 CDT 제품 등의 제조·판매업을 영위하고 있는 사업자인 피심인들 중 일부 사업자가 외국법에 따라 설립되고 주된 사무소가 외국에 소재하는 외국 사업자라고 하더라도 국외에서 다른 사업자와 부당한 공동행위를 함으로 인한 영향이 국내시장에 영향을 미친 한도 내에서 관할권이 인정되고 따라서 이 법이 적용된다.

*5*  그러므로, 이하 3. 가.에서 보는 바와 같이 1996. 11. 23.부터 2006. 3. 14.까지 컴퓨터용 컬러모니터 브라운관인 CDT 제품의 판매가격 설정, 시장 및 고객 점유율 할당, 생산량 제한 등 부당한 공동행위(이하 '이 사건 공동행위'라 한다)를 하여 한국시장에 판매하는 등 국내시장에 영향을 미친 이 사건 피심인들은 법제2조 제1호, 법 제2조의2의 각 규정에 의하여 이 법을 적용받는 사업자에 해당된다.

  나. 피심인[4] 기업구조 및 일반현황

  1) 중화영관 기업집단(그룹)

*6*  피심인 중화영관[5]은 중화영관 기업집단의 모회사로서 본사는 대만 타오위안에

---

[4] 오리온전기 주식회사(이하 '오리온'이라고만 한다)도 이 사건 피심인들과 같이 이 사건 관련 공동행위에 참가한 사실이 인정되나, 2003. 7. 회사정리절차가 개시되었고, 2005. 10. 31. 해산결정 후, 2005. 11. 14. 해산등기가 완료되었던바, 처분시효가 도과되어 이 사건 피심인에서 제외되었다. LG전자 주식회사와 필립스전자 주식회사는 LPD에 영업양도 이전까지 각각 CRT 사업을 영위하면서 이 사건 공동행위에 참석한 사실은 인정되나, 2001.6.30. 및 2001.7.1. 각각 피심인 LPD에 영업양도 이후 이 사건 공동행위와 관련된 CRT 사업을 더 이상 영위하지 않고 있고, 피심인 LPD의 가격, 생산량 등 영업에 관한 의사결정에 직·간접적으로 지배하였거나 관여한 사실이 없으므로 LG전자 주식회사와 필립스전자 주식회사의 2001.6.30. 및 2001.7.1. 이전행위에 대하여 역시 처분시효가 도과하였으므로 이 사건 피심인에서 제외되었다.

[5] 이하 본 의결서에서 '중화영관'은 '중화영관' 본사뿐만 아니라 '중화영관 말레이시아' 및 '중화영관 푸조우'를 포함한 기업집단(그룹)으로, 특별히 피심인 중화영관 말레이시아와 피심인 중화영관 푸조우와 구별하여 사용되지 아니하는 한, 중화영관 3개 사업자 모두를 의미한다. 이는 피심인 중화영관의 임직원들이 자회사 직원들과 함께 직접 카르텔 회의에 참석하여 합의에 도달하거나, 합의내용을 자회사에게 이행하도록 지시하여 자회사들이 이를 이행한 점, 이 사건 심사보고서 첨부자료 징-송(제이슨)루의 2008.5.14. 진술조서(267면 참조)에서 보듯이 중화영관 그룹 내 인사 이동으로 동일한 인물이 모회사 혹은 자회사의 담당자로 이 사건 공동행위 관련 업무를 하면서 그 업무 관련하여 중화영관 본사는 물론 다른 자회사에도 보고를 하는 등의 업무 관행이 있는 점, 다른 피심인들 역시 이 사건 공동행위 기간 중 시장점유율을 합의함에 있어 하나의 회사로 상정하는 등 중화영관 그룹을 하나의 행위 주체로 인식하여온 점 등을 감안한 것이다.

소재하고 있다.  피심인 중화영관의 주식은 중화 일렉트로닉스 인베스트먼트 컴퍼니 (Chunghwa Electronics Investment Co.)가 18.1%, 타퉁 컴퍼니(Tatung Compnay)가 12.8%를 소유하고 있으며, 그 외는 일반인들이 소유하고 있다.  피심인 중화영관은 이 사건 공동행위기간 중 CDT 제품 및 그 부품을 전세계 시장을 대상으로 판매하였으며, 현재는 TFT-LCD 패널 및 관련 부품을 제조·판매하고 있다.

7        이 사건 공동행위기간 중 피심인 중화영관은 직접 또는 자회사인 피심인 중화영관 말레이시아, 피심인 중화영관 푸조우를 통하여 CDT 제품을 생산하고 한국시장에 판매하였다. 피심인 중화영관 말레이시아는 피심인 중화영관이 완전 소유하고 있는 중화 PT(버뮤다) 리미티드[Chunghwa PT(Bermuda) Ltd.]의 완전 자회사로서 2003년까지 CDT 제품을 생산하였다. 피심인 중화영관 푸조우도 중화영관의 자회사인 중화 PT(라부안) 리미니트[Chunghwa PT(Labuan) Ltd.]와 중화 PT(버뮤다) 리미티드[Chunghwa PT(Bermuda) Ltd.]를 통하여 실질적으로 완전 지배관계에 있다.[6]

  2) 삼성 SDI

8        피심인 삼성 SDI는 1970년 삼성 NEC 주식회사로 설립된 후, 1974년 삼성전관 공업 주식회사로 상호를 변경하고 반도체를 생산하였으며 1979년에 상장되었다. 1984년에는 삼성전관 주식회사로 상호를 변경하였고 1999년 11월 현재 삼성 SDI 주식회사로 다시 상호를 변경하였다. 삼성 SDI의 최대 주주는 지분 19.68%를 보유하고 있는 삼성전자 주식회사[7]이며, 그 외 주식은 일반인이 소유하고 있다. 현재 생산하고 있는 제품은 PDP(플라즈마 디스플레이 패널), 2차 전지, OLED(유기발광 다이오드) 등이다. 삼성 SDI는 이 사건 공동행위기간 중 한국 수원공장과 부산공장에서 CDT를 제조하여 국내 고객인 삼성전자, 대우전자, 한솔전자, 현대전자, LG전자 등에 판매하였으나

---



6)

7) 이하 회사명을 기재함에 있어 '주식회사'는 생략한다.

수원공장은 2006년도에, 부산공장은 2007년도에 폐쇄되어 현재는 국내에서 CDT 제품을 생산하지 않고 있다.

   3) 엘피디(LPD)

9       엘피디(LPD)는 LG전자와 필립스전자(Kninklijke Philips Electronics N.V.)가 각 사의 CRT 사업부문을 양도하여 합작투자(조인트 벤처)로 네덜란드 아인트호벤에 설립된 지주회사인 'LPD 홀딩스'(LG Philips Displays Holdings B.V.)의 의해 2001. 6. 11. 설립되어 LPD 홀딩스에 의해 지배되어 왔다. LPD는 LG전자부터 2001. 6. 30, 필립스 전자(Kninklijke Philips Electronics N.V.)로부터 2001. 7. 1. 각각 CRT 사업부문을 양수하였다. 구체적으로 살펴보면, LG전자와 필립스전자가 각각 50%씩 투자하여 설립한 LPD 홀딩스는 LPD 인베스트먼트(LG Philips Displays Investment B.V.)를 100% 소유하고 있고 LPD 홀딩스의 100% 손자회사인 LPD 시타드(LG Philips Displays Sittard B.V.)와 LPD 스타즈카날(LG Philips Displays Stadskanaal B.V.)이 엘피디의 주식을 각각 50%씩 보유하고 있다.

10       LPD는 한국의 구미공장, 창원공장에서 CDT를 생산하여 국내 고객사인 LG전자, 삼성전자, 한솔전자 등에 판매하였다. LPD 홀딩스는 2006년 1월 네덜란드 법원에 파산신청하여 청산절차가 진행 중이며, LPD는 2009. 6. 8. 홍콩 소재 엠지에이 홀딩 코포레이션 리미티드(MGA Holding Corporation Limited)가 100%를 출자한 메르디안 솔라 앤 디스플레이 컴퍼니 리미티드(Merdian Solar & Display Co. Ltd.)에게 브라운관(CRT) 생산에 필요한 사업 및 영업을 양도하고 2009. 12. 10. 폐업하여 현재 별도의 사업을 영위하고 있지 않다.

   4) 피심인 일반현황

   피심인들의 일반현황은 아래 <표 1>의 내용과 같다.

<표 1>                        피심인들의  일반현황

(백만원, 2009년기준)

| 구분 | 중화영관 | 중화영관 말레이시아 | 중화영관 푸조우 | 삼성 SDI | LPD(‘08년)[8] |
|---|---|---|---|---|---|
| 자기자본 | 5,954,641 | 263,632 | 330,001 | 240,681 | △584,125 |
| 매출액 | 1,745,415 | 174,831 | 150,145 | 3,550,584 | 422,965 |
| 경상이익 | △1,385,096 | △44,327 | △169,298 | 231,141 | 59,130 |
| 영업이익 | △1,068,534 | △21,206 | △39,880 | 88,229 | 6,199 |
| 당기순이익 | △1,373,170 | △44,291 | △169,221 | 217,992 | △262,508 |

* 자료출처: 피심인들 제출자료 및 금융감독원전자공시시스템 자료 발췌 편집

2. 시장구조 및 실태

가. 관련 상품의 개념 및 종류

11      CRT(Cathode Ray Tube, 음극선관)란 일반적으로 브라운관이라는 명칭으로 알려져 있다. CRT는 전기신호를 전자빔의 작용에 의해 영상이나 도형, 문자 등의 광학적인 상(像)으로 변환하여 표시하는 진공관을 의미하며 컬러TV와 컴퓨터 모니터에 사용되는 디스플레이 소자를 일컫는다. CRT는 디스플레이 기기의 핵심제품으로서 LCD나 PDP와 같은 평판 디스플레이(Flat Panel Display: FPD)가 대중화되기 이전까지 가장 널리 사용된 제품이다.

12      CRT는 그 용도에 따라 CDT와 CPT로 구분된다. 이 사건 대상품목인 CDT (Color Display Tube)는 컴퓨터용 컬러모니터로 사용되는 브라운관을, CPT(Color Picture Tube)는 TV용 컬러모니터로 사용되는 브라운관을 의미하며, 양 제품간에는 다음과 같은 차이점이 있다.

13      먼저, 제품의 특성에 있어서, CDT는 컴퓨터 및 전자기기에서 주로 문서나 정지된 영상을 표시하는 목적에 부합하도록 제작되어 해상도와 선명도는 우수하나 밝기는 상대적으로 떨어진다. 반면, CPT는 TV에서 움직이는 영상을 표시해야 하므로 밝기가 뛰어나지만 해상도와 선명도는 상대적으로 떨어지는 특성이 있다. 이러한 기술

---

8) LPD는 2009.6.8. 브라운관(CRT) 사업 및 영업을 양도하고 현재는 휴면법인상태이므로 2008년 기준 자료를 기재한다.

적 특성으로 인해 CDT와 CPT는 상호 호환되지 못한다. 제품의 크기는 인치(〃)로 표시되는데, CDT의 규격은 14〃, 15〃, 17〃, 19〃 등으로 표준화되어 있다. 반면 TV는 제조업체별로 구현하고자 하는 성능 및 디자인이 다양하므로 CPT 기종은 6〃에서 36〃까지 매우 다양하다.

14        또한, 제품표면의 곡률에 따라서 평면스크린과 곡면스크린으로 구분되며, 평면스크린이 영상화에는 보다 바람직한 반면 고가이다. 또한, 반사율이 낮은 CRT일수록 보다 발전된 기술이 반영된 제품이므로 고가이다. 편향요크(DY, Deflection Yoke)[9]의 부착여부에 따라, 부착이 안된 나관(裸管, Bare Tube)와 편향요크가 장착된 ITC(Integrated Tube Component)로 구분된다. CRT 고객중에는 나관형태로 구입한 후 자체적으로 편향요크를 부착하고자 희망하는 고객도 있어 피심인들은 두 가지 사양의 제품을 별도로 제조·판매하였다.

<그림 1>                  CRT 구조



<표 2>                  CRT 구분

| 구분 | CDT | CPT |
|---|---|---|
| 주용도 | 컴퓨터 모니터용 | TV 모니터용 |
| 구조 | Dot형 적용(Mask 구조) | Stripe형 적용(Mask 구조) |
| 차이 | - 해상도를 높이기 위해서 원형 형광체 사용<br>- 문서나 도면을 가까운 거리에서 봄<br>- 형광체 사이의 간격이 어느 방향으로나 같은 거리를 유지하도록 배치 | - 밝게하기 위해 형광체를 세로로 길게 형성하여 형광체의 면적을 넓게 사용<br>- 움직이는 화상을 몇미터 떨어져서 봄<br>- 단진광 형광체 사용 |
| 특징 | - Dot 구멍이 작아 해상도 높음 | - Dot구멍이 넓어 해상도가 낮음 |

---

9) CRT의 자기장치 중 가장 중요한 요소로서 시간계열로 전송된 전기신호가 CRT에서 영상으로서 재생되기 위해서는 전자총에서 발사된 전자빔을 2차원적으로 편향시켜 재생하는데 이때 사용되는 장치가 편향요크이다.

| | – 발광하는 부분이 넓어 휘도가 낮음 <br> – 잔영이 있음 | – 발광하는 부분이 넓어 휘도가 높음 <br> – 잔영이 없음 |
|---|---|---|
| 크기 | 12″~28″ | 6″~36″ |

\* 자료출처: 한국신용평가정보, Industry Report (CRT), 2007.02.21.

### 나. CRT 산업의 일반적 특징

15    CRT는 가정용 TV와 컴퓨터 모니터용으로 이용되는 핵심부품이므로 이들 수요산업의 경기변동에 민감하게 반응한다. 실제, CPT는 올림픽 또는 월드컵 등 국제적인 스포츠행사가 개최되는 짝수 해에 수요가 증가하고 CDT는 개학시즌 등에 수요가 증가하는 특징을 가진다. CRT 산업은 생산제품이 규격화, 정형화되어 있어 소품종 대량생산이 용이하나 기술 및 대규모 자본이 필요한 산업으로, 자본력이 있는 대기업 위주의 생산이 이루어진다. CRT는 납품업체와의 전략적인 관계가 중요한 대표적인 산업으로 대부분의 CRT 생산기업들은 전자제품 및 컴퓨터 생산기업과 수직적 구조를 형성하고 있다.

### 다. CDT 시장상황의 변화

16    전세계 CRT(브라운관) 시장은 2000년대 들어서면서 LCD, PDP, OLED 등 평판 디스플레이(Flat Panel Display) 시장의 성장과 함께 축소되어 왔다. 노트북 PC의 성장과 함께 LCD 모니터로 수요대체가 가속화됨에 따라 CDT 시장이 급속히 위축되었으며, 디지털 방송전환 추세와 함께 선진국을 중심으로 브라운관 TV 판매도 감소하였다. CDT의 경우 1999년기준 전세계 컴퓨터 모니터시장의 84%를 차지하였으나 2004년에는 40%로 감소하였다. CPT도 2003년기준 전세계 TV시장의 95%를 차지하였으나 2006년에는 75%로 감소하였다.[10] 다만, CRT의 완전평면과 고해상도 기술이 실현되면서 슬림 브라운관 TV가 출시되는 등 프리미엄급 CRT 제품을 중심으로 동남아, 동유럽, 중국 등 PC와 TV 보급률이 낮은 신흥국가에서 저가 모델에 대한 수요는 지속되고 있다.

---

10) 출처: 디스플레이 시장 조사기관 iSuppli, DisplaySearch 보고서(2006. 12. 19.)

<그림 2>          전세계 CDT모니터 출하량 변동추이                    (만대)



\* 자료출처: DisplaySearch 2007. 3Q.

17      최근 LCD 등 평판 디스플레이 산업의 급성장에 따라 이 사건 대상품목인 CDT 수요의 감소는 가격하락 압력으로 작용하였다.

<표 3>              CDT 가격변동 추이표                        (달러)

| 구분 | 2003 | 2004 | 2005 | 2006 | 2007 |
|------|------|------|------|------|------|
| CDT가격 | 56.08 | 51.98 | 45.97 | 45.06 | 48.54 |

\* 자료출처: 한국신용평가정보 CRT Industry Report(2008. 2.), 삼성 SDI 사업보고서

<그림 3>              CDT 가격변동 추이 그래프



\* 자료출처: 한국신용평가정보 CRT Industry Report(2008. 2.)

라. 전세계 및 한국 CDT시장의 경쟁상황

18      1980년대부터 전세계의 CDT산업은 마쯔시타, 히타치, 소니, 도시바 등 일본 기업들이 주도해 오다가 1990년대 말부터 2000년대 초반까지 브라운관 생산을 중단하면

서, 이 사건 피심인들이 전세계 및 한국시장에 CDT제품의 대부분을 공급하였다.

19    전세계 CDT 시장의 업체별 시장점유율 추정치는 아래 <표 4>와 같이 이 사건 피심인들이 2002년 이후 85% 이상을 공급하였음을 알 수 있다. 또한 한국의 CDT시장은 삼성 SDI, LPD(2001년 7월 이전은 LG전자), 오리온(2003년경까지) 등 CDT 카르텔에 참가하였던 국내기업에 의해 90% 이상이 공급되어 왔다.

<표 4>        전세계 CDT 업체별 점유율

(%)

| 업체 \ 연도 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|
| 삼성 SDI | 33.5 | 39.0 | 42.0 | 43.8 |
| LPD | 28.1 | 30.7 | 32.1 | 32.2 |
| 중화영관 | 22.9 | 23.6 | 22.1 | 22.8 |
| **3사합계** | **84.5** | **93.3** | **96.2** | **98.8** |
| 기타 | 15.5 | 6.7 | 3.8 | 1.2 |
| 합계 | 100.0 | 100.0 | 100.0 | 100.0 |

 * 자료출처: DisplaySearch, Stanford Resources Display Insight, 삼성 SDI 사업보고서

20    전세계 CDT 시장의 규모는 2002년 5조원에 달하였으나 지속적으로 위축되어 2005년도에는 1조 8천억원 규모로 감소되었다. 한편, 한국 CDT시장 규모도 동일한 추세를 반영하여 2000년도에는 4천 5백억원에 달하였으나, 2000년대 초반부터 시작된 브라운관 모니터 공장의 해외이전 등으로 인해 2005년도에는 500억원 규모로 감소한 것으로 추산된다.

<표 5>        전세계 및 한국의 CDT 시장규모

(백만원)

| 연도 | 전세계 CDT시장 규모 | 한국 CDT시장 규모 |
|---|---|---|
| 2002년 | 5,344,794 | 452,000 |
| 2003년 | 3,948,489 | 154,000 |
| 2004년 | 3,199,409 | 130,000 |
| 2005년 | 1,866,766 | 49,892 |

 * 자료출처: 피심인들 제출자료

마. CDT의 유통구조

21    이 사건 공동행위 대상제품인 CDT는 '유리 및 원자재 제조업체'→이 사건 피심인들인 'CDT 제조업체'→피심인들의 고객사인 '컴퓨터 모니터 제조업체'→'PC 제조업체'→'최종 소비자'에 이르는 유통경로를 갖는다. 대부분의 모니터 제조업체는 OEM 방식에 의해 특정 PC 제조업체에게 모니터를 납품한다. CDT 제조업체 대부분은 한국 및 대만 등 아시아계 기업이며, 대만계 모니터 제조업체들은 대부분 Dell, HP 등 미국 및 해외 PC 제조업체들에게 OEM 방식으로 납품하고 있다.

22    이 사건 공동행위 기간 중 CDT제품의 고객은 6대 주요 고객과 6대 소규모 고객으로 구분되었는데, 이 사건 카르텔 참가사들이 공통적으로 인식한 6대 주요 고객에는 한국의 삼성전자, LG전자를 비롯하여 필립스, 라이트 온(Lite-On), AOC, EMC가 포함되었다. 또한, 6대 소규모 고객은 한국의 현대전자, 한솔전자를 비롯하여 벤큐(Ben-Q), 콤팔(Compal), 델타(Delta), 타퉁(Tatung)을 포함한다.

23    일반적으로 컴퓨터 모니터 제조업체들은 복수의 CDT 제조업체들과 거래를 하는데, 그 이유는 첫째, 완성품 모니터 제조업체들은 최대한 저렴한 가격에 CDT를 구매하고자 하므로 복수의 공급처를 유지하면서 CDT 제조업체간 가격경쟁을 유도하려고 하기 때문이다. 둘째, 기술적으로 이들 제품이 표준화되어 있어 제조사별 제품차이와 무관하게 일정기간 샘플테스트를 거치면 모니터 제작에 사용될 수 있는 것도 하나의 원인이다. 끝으로, CDT 고객들은 수요급증시 주 공급업체로부터 충분한 공급을 받지 못하는 경우를 대비하여 제2, 제3의 공급처를 상시 확보하기를 원하는데 이를 위해 복수의 CDT 생산업체와 거래관계를 유지한다.

바. 가격결정 구조

24    CDT의 가격과 판매량은 이 사건 피심인들인 CDT 공급자와 고객 사이에 표시가격(list price)을 운용하지 않고 개별적인 협상을 통해 진행되었다. 협상주기는 통상 월별로 가격 및 판매량에 관한 협상이 이루어졌다. 그러나, 공급과 수요가 균형을 유

지하지 못하는 시점에는 가격협상력을 가진 측의 요구에 따라 한 달 중에도 수차례 이루어지는 예외적인 경우도 있었다.

25      이 사건 피심인들의 가격협상절차는 유사하게 진행되었다. 우선 가격협상이 개시되기 전에 최종 가격결정권을 가진 각 피심인 그룹별 본사의 판매·마케팅 임원들은 생산능력, 희망 판매량, 시장가격, 예상 수급상황 변화 등을 고려하여 고객별로 내부적인 목표 판매가격을 설정하였다.[11]

26      한편, 가격협상은 고객이 피심인들에게 자신의 목표가격과 희망 구매량을 기재한 구매주문서(Purchase Order, 'PO')를 제공하면서 시작되는데, 피심인들은 상기 과정을 통해 설정된 가격지침을 고객과 협상시 사용하였고, 각 사별로 고객과의 관계, 재고물량, 생산계획 등의 상황을 고려하여 최종 판매물량 및 판매가격이 결정되었다. 이 때 해외 자회사의 판매담당직원은 본사 임원과 협의를 하였고 주요 고객의 경우 대량구매 할인 등이 적용되기도 하였다. 한편 CDT 판매를 담당하는 해외지사의 직원들은 본사의 최종 가격결정권자가 사전에 승인한 가격범위 내에서 소규모 주문 판매가격에 대한 재량을 갖기도 하였다.

3. 부당한 공동행위의 성립

 가. 행위사실

  1) 이 사건 공동행위의 개요

27      이 사건 피심인들은 CDT 생산·판매와 관련하여 경쟁사와 공동으로 판매가격 설정, CDT시장 및 고객별 점유율 할당. 생산량 제한을 합의하여 실행한 사실이 있다. 이러한 합의를 원활히 하기 위해 정기적으로 각종 영업관련 비공개 정보를 교환하였다. 이 사건 공동행위는 최소 1996. 11. 23.~2006. 3. 14.까지 지속되었다. 이 기간중

---

11) 주기적으로 개최된 카르텔 회의에서 상기 사항에 대해 각 사의 정보를 교환하고 판매가격을 공동으로 설정하거나 가격인상·유지를 위한 생산량 감축, 시장점유율도 합의하였는데, 피심인들은 판매가격 및 생산량 결정시 합의사항을 반영하여 실행하였다.

피심인들은 주기적으로 다자간 카르텔 회의를 개최하였는데, 이들 회의는 'CDT 글래스(Glass) 미팅'으로 통칭되었으나, 파산·합작법인 설립 등의 사유로 카르텔 참가자 수가 변동될 경우 '5사 미팅' 또는 '3사 미팅', 'GSM(Glass Standardization Meeting)'으로도 불리웠다.

28   이러한 회의에서 피심인들은 각 사의 생산능력, 가동율, 생산계획, 판매가격, 고객수요 및 반응 등과 관련된 민감한 영업정보를 교환하였고, 이를 바탕으로 피심인들은 공동행위기간 중 각 사의 수익을 극대화하기 위해 CDT시장 수요에 맞는 공급량을 인위적으로 할당하고, 판매가격을 공동으로 설정하며, 생산량 감축에 주기적으로 합의하였고, 각 회의에서 이전 합의사항의 이행여부를 상호점검하였다.

29   한편, 카르텔 회의는 참가자의 직급에 따라 중층적으로 구성되는 특징을 보였으며, 최고 경영자급부터 실무자급 회의까지 논의가 상호 연계되어 진행되었다. 구체적으로 CEO 또는 고위급 임원이 참석하여 경쟁사간 협력의 필요성 및 거시적인 합의원칙을 확인하는 최고위급회의(Top Level Meeting)가 있었다. 그 아래로, 선임 판매임원이 참석하여 판매가격, 시장점유율 할당, 생산감축량 등의 합의가 이루어진 관리자급회의(Management Level Meeting)가 있었다. 끝으로 영업, 판매, 마케팅 업무 담당자들이 참석하는 실무진급회의(Working Level Meeting)에서는 구체적인 시장정보를 교환하고 관리자급회의에서 합의한 사항의 이행여부를 점검하였다. 카르텔 회의는 한국을 포함하여 대만, 말레이시아, 인도네시아, 태국, 홍콩, 중국, 일본, 유럽 등 각국에서 개최되었다.

30   카르텔 회의에서 이루어진 명시적인 합의유형은 크게 세가지로 구분된다. 첫째, 피심인들은 판매가격을 합의하였다. 판매가격 합의방식은 판매가격 공동설정, 가격인상(인하)폭, 최저가격 합의 등의 형태로 나타났고, 이를 위해 피심인들은 CDT시장에서의 수요와 공급, 각 사가 가격협상을 통해 파악한 고객반응, 원자재 가격변동 등에 대한 정보를 교환하였다. 이 외에도 목표가격을 고정하고 고객에게 설명할 가격인상 이유에 대해서도 합의하였으며 어느 회원사가 어느 고객에게 가격인상 이유를 전달할 것인지에 대한 합의도 있었다. 합의된 판매가격은 피심인들의 품질상 차이를 감안하

여 각 사별로 차등하여 설정되기도 하였고 제품의 세부사양 차이에 따른 비용차를 반영하여 설정되기도 하였다. 둘째, 피심인들은 생산량 감축을 합의하였다. 피심인들은 생산라인 조업중단일수에 대해 합의를 하거나 생산라인 폐쇄계획을 공동으로 설정하였고 생산량 감축합의를 효과적으로 실행하기 위해 각 사별 감사(audit)인원을 지정하여 상호 생산설비를 방문하도록 합의하였다. 셋째, CDT시장 및 고객별 시장점유율 할당에 대한 합의도 하였다. 피심인들은 카르텔 회의개최 이전기간에 발생한 각 사별 판매액에 기초하여 시장점유율 할당에 대해 합의함으로써 경쟁을 감소시키고 시장점유율을 안정화하고자 하였다.

31      이 사건 피심인들은 명시적인 합의 이외에도 다음사항에 대해 묵시적으로 합의하거나 공동의 인식을 함께 한 사실이 있다. 카르텔의 비밀을 유지하기 위해 회합 증거를 은폐하거나 분쟁발생시 임원진들에 의해 문제를 해결하고, 생산·가격·고객요구 등 중요정보를 상호교환하며, 합의사항의 불이행시 상호 비난하거나 동일한 보복가능성을 제시하여 합의이행을 촉구하는 것들이 이에 포함되었다. 이러한 묵시적 합의는 상기 명시적 합의에 효율적으로 도달하고 이행하는데 필요한 사항들로 카르텔 회의가 거듭되면서 자연스럽게 형성된 것이다.

  2) 합의사실

  가) 공동행위의 기본원칙과 구조

  (1) 카르텔의 형성동기

32      피심인들은 1995년경부터 양자접촉을 개시하였다. CDT사업이 호황을 누리던 최초 단계의 양자회의에 참가한 회사들은 CDT 시장정보를 1:1로 교환하였다. 이러한 정보는 시장조사기관 또는 고객사를 통해서 입수할 수도 있었지만, 경쟁사간 직접 교환한다는 점에서 보다 신뢰할 수 있었고, 정보교환이 간헐적으로 지속되면서 피심인들은 판매량 또는 판매가격을 공동으로 설정하는 합의에 이르게 되었다.

33      구체적으로, 삼성전관[12], 중화영관, 오리온의 최고 경영자들이 회합한 1996.

- 15 -

11. 23.자 다자회의에서 참가자들은 'CDT 공급의 수요초과 현상을 해소하기 위해 공동으로 생산량 축소', '출혈경쟁을 유발하는 판매가격 인하 자제' 등 이 사건 카르텔의 기본원칙에 대해 합의하였다. 이때부터 피심인들이 각 사의 비공개 영업정보를 공유하게 되면서 판매가격 및 생산량 등을 함께 결정함으로써 수익을 극대화하려고 하였음을 알 수 있다.

<표 6> 2008. 5. 14. 중화영관의 정-♥(♥♥♥) ♥ 사장 진술조서

> 답11) 저는 CDT 다자회의에서 공개되는 정보가 항상 정확하지 않더라도 동 회의는 모든 참가사들에게 도움을 주었다고 생각하는데, CDT 다자회의를 통해서 얻는 몇몇 정보는 시장에서 공개되지 않는 **각 사의 비밀 영업정보였으므로 우리는 회의를 참가하지 않을 때보다 회의에 참가함으로써 가격이 더욱 하락되는 것을 방지하고 높은 가격을 확보할 수 있다고 믿습니다.**
>
> (소갑 제1-1호증, 심사보고서 275쪽)

(2) 카르텔회의 참석자[13]

34      이 사건 공동행위기간 중 경쟁사와 카르텔 회의에 참석한 중화영관 기업집단(그룹) 소속 임직원들은 치엥-위안(C.Y.) 린 대표이사, 치-춘(C.C.) 리우 부사장, 셍-젠(S.J.) 양, 징-송(제이슨) 루, 첸-쳉(토니) 치엔, 웬-춘(토니) 챙, 충-쳉(알렉스) 예, 칭-위안(마이클) 두, 춘-메이(크리스티나) 시에, 링-윤(에드워드) 챙, 링-유안(이본느) 윤 등이 참석했고, 삼성 SDI 소속 임직원들로는 손♤ 대표이사, 김♣ 부사장, 나♡♡, 하◉◉, 이△△, 김▲▲, 송▽▽ 등이 참석했으며, LPD 소속 임직원들은 양▼▼ 이사, 최■■ 부사장, 박◑◐, 고♧♣, 전◎◎, 정◇◇ 등이 참석하였다.

   (3) 카르텔 회의의 구조

---

12) 이하 1999. 11. 삼성 SDI로 상호 변경 전 위 피심인의 행위를 설시하는 경우 상호를 삼성전관으로 기재한다.

13) 중화영관 기업집단(그룹) 소속 임직원 중 치엥-위안(C.Y.) 린은 1983년~2007. 5월까지 중화영관의 대표이사로, 치-춘(C.C.) 리우은 2000년~2005년까지 중화영관의 CRT 판매·마케팅 부사장으로, 셍-젠(S.J.) 양은 1997년~2007. 6월까지 중화영관 말레이시아 전무이사, 징-송(제이슨) 루는 1994. 9월~1998. 11월까지 중화영관 말레이시아 판매과장, 1998. 11월~2001년 중화영관 푸조우 CDT판매 매니저, 2001년~2006년. 7월 부사장, 2006. 7월~2007. 5월까지 중화영관 푸조우 부사장으로 재직하였다. 삼성 SDI 소속 임직원 중 손♤은 1996. 1월~1999. 1월까지 삼성전관 대표이사로, 김♧은 1998. 2월~2001. 3월까지 삼성전관 및 삼성 SDI 전무(본무장), 2001. 3월~2002. 2월까지 디지털 디스플레이 부사장, 2002. 3월~2003. 2월까지 삼성 SDI 부사장으로 재직하였다. LPD 소속 임직원 중 양▼▼은 2002. 2월~2006. 9. 22. LPD 등기이사로, 최■■은 2001. 7월~2003. 1월까지 CRT 상무, 2004. 2월~2006. 1월까지 CPO 부사장으로 재직하였다.

35        이 사건 카르텔 회의는 분기별 또는 반기별로 개최되는 최고위급 회의(Top Level Meeting), 매월 개최되는 관리자급 회의(Management Level Meeting), 실무자급 회의(Working Level Meeting)로 구분된다. 최고위급회의는 피심인들의 최고 경영자(CEO) 또는 CRT 사업부문장(Head)이 참석하여 높은 수준의 합의에 도달하였고, 관리자급회의는 각 사의 임원들이 참석하여 시장점유율, 생산량 감축 등 구체적 수치에 대하여 합의하였으며, 실무자급회의는 최고위급 또는 관리자급 회의에 제공할 구체적인 영업관련 정보를 교환하고 이전 회의에서 합의한 사실의 이행여부를 점검하였다. 이러한 사실은 카르텔회의 참석자의 진술내용에 의해서도 확인된다.

<표 7> 2009. 6. 18.~19. 삼성 SDI 송▽▽ 부장 진술조서

> 답11) **직급별로 카르텔 회의는 상위직급순으로 최고위층 미팅(Top Meeting), 관리자급 미팅(Management Meeting), 실무자급 미팅(Working Level Meeting)으로 크게 나뉘었습니다.** ... 우선, <u>최고위층 미팅은 각사의 브라운관 영업본부장(전무급)이 참석하였으며 분기별 1회 개최하는 것을 원칙으로 하였습니다.</u> 주로 실무자급, 관리자급 미팅을 거치면서 합의된 사항을 공유하고 브라운관 CDT 업계동향에 대해 한자리에서 파악하는 기회였습니다. ... <u>최고위층 미팅아래에는 각사의 영업팀장(상무급)이 참석하는 관리자급 미팅이 있었으며 동 카르텔의 핵심적 기능을 수행했습니다.</u> 매달 개최되는 것을 원칙으로 하였으며 이 모임도 많은 경우 골프장이 함께 있는 호텔 또는 리조트에서 '그린미팅'과 함께 개최되었습니다. ... 관리자급 미팅아래에는 실무자급 미팅이 존재하였습니다. <u>실무자급 미팅에는 각 사의 대만 지점에서 근무하는 영업담당 간부들이 참석하였습니다.</u> 매달 개최되었고 각 사의 대만 타이페이 시내 사무실을 돌아가며 회의장으로 사용하였습니다. 실무자급 미팅은 관리자급 미팅 개최 1주일전쯤 개최되어 관리자급 미팅을 보조하는 역할을 하였습니다.
>
> (소갑 제2-1호증, 심사보고서 304쪽)

(4) 카르텔 회의의 진행

36        카르텔 회의에서 '의장사' 또는 '주관사'가 정해져 있었고, 대략 6개월~12개월 동안 주관사를 담당하였다. 의장사는 당해 기간동안 카르텔 회의의 일자 및 장소선정, 숙박·교통편 예약 등 행정적인 정보제공 등을 담당하였고 의장사의 임원은 카르텔회의를 주재하였다. 회의 개최정보는 실무자급에서 사전에 교환이 되었는데, 주로 이메일이나 전화를 사용하여 의사연락을 취하였다.

 <표 8> 2008. 5. 14. 중화영관의 징-송(제이슨) 루 사장 진술조서

> 답13) CDT회의의 의장으로 활동할 임무를 부여받은 회사는 관련정보를 취합하는 책임을
> 담당하였는데, 예를 들어 삼성SDI가 2005년에 회의의장직을 맡았을 때 삼성SDI가 주로 이
> 정보를 수집하여 편집하였고, 2006년 3월까지는 중화영관이 의장사여서 이러한 업무를 처
> 리하였습니다.                                         (소갑 제1-1호증, 심사보고서 275쪽)

<표 9> 2009. 6. 18.~19. 삼성 SDI 송▽▽ 부장 진술조서

> 답13) 다소 자유로운 실무자급 회의에 비해 관리자급 회의는 미리 준비된 미팅자료를 가지
> 고 실시하였는데 관리자급 미팅은 참석사가 돌아가면서 의장(Chairman)을 맡았고 대부분의
> 경우 의장측에서 회의실, 골프장, 숙박, 교통편을 예약하고 알려주는 역할을 함과 동시에 회
> 의의 진행을 맡았습니다.                               (소갑 제2-1호증, 심사보고서 307쪽)

37    카르텔회의는 영어로 진행되었으며 회의에서 사용되는 프리젠테이션 자료는 사
전에 각 참가사의 영업·마케팅담당 실무자간 교환 및 확인을 거친 후 배포되었다. 회
의당시 참가자들간 교환할 시장정보나 합의사항은 벽면에 영사하거나 의장이 화이트
보드에 작성하였고, 참가자들간의 동의여부를 확인한 후 합의하였다.

<표 10> 2009. 6. 18.~19. 삼성 SDI 송▽▽ 부장 진술조서

> 답12) 이를 위해 중화영관 소속의 이본느(Yvonne)는 회의개최 직전에 정형화된 엑셀자료를
> 각 참석자에게 송부하여 지난 회의개최후 변동된 판매자료 숫자를 각자 회사에 해당되는
> 칸에 기입하도록 요청하였는데 이후 실무자급 미팅에 이본느도 함께 참석하여 벽면에 엑셀
> 자료를 프로젝터로 띄워놓고 합의된 시장점유율이 잘 준수되고 있는지를 상호 확인한 후,
> 차이가 발생할 경우 이에 대한 설명 및 향후 조정방법 등에 대해 논의하였습니다.
> 답15) 합의에 이르렀음을 입증하는 별도의 합의서는 없었습니다. 실무자급 미팅에서 논의를
> 거친 후 영업팀장급이 참석한 관리자급 미팅에서 향후 참가사가 지켜야할 내용을 협의 및
> 확정하고 명시적 또는 묵시적 동의를 표시함으로써 합의가 성립되었습니다.
>                                      (소갑 제2-1호증, 심사보고서 306쪽 및 309쪽)

38    카르텔회의의 진행방식은 이 사건 담합기간동안 정형화되어 있었다. 우선 회의
가 개시되면 '시장 업데이트(Market Update)'순서에서 회원사들은 각자의 생산량, 가
동능력, 판매량, 판매가격, 고객과의 협상 진행상황 등 민감한 영업정보를 교환하고
전세계 시장의 수요 및 공급량을 비교하여 가격인상 합의가 실효적으로 이루어질 수
있는지를 검토하였고, 이전 회의에서 합의한 사항이 제대로 이행되었는지를 서로 점
검하였는데, 고객 또는 시장에서 취득한 정보에 기초하여 합의에서 이탈한 것으로 의
심이 되는 회원사들에게 사실관계를 확인한 후 합의사항을 준수하겠다는 약속을 받거
나 합의사항 불이행자에 대하여 상호 제재하였다.

<표 11> 2009. 6. 18.~19. 삼성 SDI 송▽▽ 부장 진술조서

> 답13) 관리자급 미팅은 우선 당월 <u>각 사가 기종별로 얼마만큼을 판매하였는지를 점검</u>하였
> 습니다. ... 다음 순서로 연초에 합의된 시장점유율이 잘 준수되고 있는지를 검토해 보는
> '<u>M/S Review</u>'순서가 있었습니다. ... 그 다음 순서로 ... '<u>Line Control Plan' 또는 'Line
> Shut-Down Schedule</u>' 순서에서 각 사의 전세계 CDT 공장이 계획에 따라 생산라인 중단
> 또는 폐쇄되었는지를 논의하였습니다. ... 또한, 회의중 몇 번은 <u>기종별 기준가를 합의</u>하기도
> 하였습니다. CDT 모니터의 주 기종은 14인치, 15인치, 17인치, 19인치였는데 각 기종별 대
> 표적인 세부사양(코팅, DY통합여부, 마스크재료)을 기준으로 기준가를 합의하기도 하였습니다.
> (소갑 제2-1호증, 심사보고서 307쪽)

*39*     그리고 피심인들은 가격을 인상하거나 가격인하를 최소화하기 위해 참가사별
시장점유율 및 생산량 감축 합의수단을 사용하였는데 전체 수요에 공급을 인위적으로
맞추기 위해 감축해야 할 공급량을 각 사별로 할당하고 주요 고객별 판매량을 할당하
기로 합의하였다. 또한, 합의사항의 실행을 확보하기 위해 감사(Audit)를 실시할 구체
적인 방법에 대해서도 합의하였다.

<표 11> 2009. 7. 7.~8. 삼성 SDI 이△△ 부장 진술조서

> 답14) 판매가격을 일정수준으로 유지하기 위해서는, 당시 초과공급상태를 해소해야 했는데
> 이를 위해 <u>공급량을 공동으로 통제하는 합의가 이루어졌습니다</u>. 따라서 회의에서는 2000년
> 대 초까지는 매달 조업중단일수를 제출한 뒤 합의하에 <u>특정일수동안 조업을 중단하기로 하
> 고 상호 지정자를 통보하고 실제 공장현장을 방문케 하여 이행을 점검</u>하였습니다. 본인도
> 현장감사(line audit)를 위해 1999년 초중반에 경쟁사의 공장을 방문한 적이 있으며 중화영
> 관 및 LPD도 당사를 방문한 기억이 있습니다.     (소갑 제2-2호증, 심사보고서 308쪽)

*40*     끝으로, '기타 사항(A.O.B.: Any Other Business)'순서에서 참가자들은 차기 회의
의 개최일시 및 장소를 함께 정한 후 회의를 종료하였다.

  (5) 합의의 대상

*41*     카르텔회의에서 피심인들은 상호간 경쟁을 회피하기 위해 전세계 CDT 시장
또는 고객별 점유율을 할당하였으며, 초과공급으로 인한 가격하락을 방지하기 위해
생산량 감축을 위한 합의를 하였다. 또한, 상기 합의사항의 효과적 이행을 위해 가격
고정의 방법도 합의되었다. 판매가격 합의의 경우, 시장가격에 부정적 영향을 줄 수
있는 불량품 판매금지 및 판매가격 인상시점에 대한 합의도 포함되었다.

42          구체적으로 '시장점유율 할당'합의는 ① 직전년도 총 판매액에 기초한 전세계 CDT 시장점유율 할당, ② 특정 고객에 대한 판매점유율 할당, ③ 고객별 주공급자와 2차 공급자의 지정 등이 포함되었고, '생산량 감축'합의는 ① 월별 조업일수에 관한 합의, ② 전세계에 걸쳐있는 생산라인 폐쇄에 관한 합의와 상기 합의를 이행감시를 위해 ③ 생산라인 중단여부를 직접 확인할 수 있는 감사(audit) 시스템에 대한 합의가 포함되었다.

<표 12> 2008. 5. 14. 중화영관 징-송(제이슨) 루 사장 진술조서

답 10) 크게 가격과 생산량, 시장점유율에 대한 합의가 이루어졌습니다. 우선 가격에 대해 말씀드리면, 가격인상에 대한 합의, 최저가격(minimum, floor, bottom price)에 대한 합의가 있었습니다. 또한, 개별 고객에 대한 판매가격 합의도 있었는데 6대 고객들에 대한 주요 (primary) 공급자들이 제안할 구체적 가격에 대한 합의도 있었고, 6대 고객들에게 제2차 (secondary) 공급자들이 제안할 구체적 가격에 대한 합의도 존재하였으며, 6대 고객과 군소고객들에게 제안되는 가격의 차이에 대한 합의도 있었습니다. CDT 카르텔 회의에서는 가격인상을 고객에게 통보할 회사를 함께 정하고 가격인상 시점 및 고객에게 설명할 가격인상 배경 등에 대해서도 공동으로 결정하였습니다.
그리고 시장점유율에 대해서도 합의하였는데, 전세계 CDT 시장 및 주요 고객들에게 공급할 각 참석 회사별 점유율과 주요 고객별 판매점유율도 합의하고 매 회의때마다 합의준수여부를 상호 점검하였습니다. 시장점유율은 때로는 전 년도 또는 전 분기 동안의 전세계 시장 판매량을 기초로 각 회사에 할당되었고, 때로는 특정한 고객에 대한 각 제조사의 점유율이 할당되었습니다. 전세계 시장을 대상으로 시장점유율을 할당함으로써 회의 참석자들은 합의된 가격을 효과적으로 유지할 수 있도록 해 주었습니다. ...
끝으로, 생산량에 대한 합의가 이루어졌는데, 전세계 CDT 수요를 예측한 후 CDT 가격하락 방지를 위하여 그에 맞도록 각 참석회사별로 제조되는 제품 수량을 정했습니다. CDT회의 참석 회사들은 매달 조업중단계획을 회의 전에 교환하고, 회의에서는 조업중단일수를 정하였습니다. 또한, CDT 시장이 점차 축소되자 다자 유리 회의 참석자들은 각 회원사의 전세계 CDT 공장에 있는 일부 생산라인 자체를 폐쇄하기로 합의하였습니다. 생산량을 감축하기로 합의한 이유는 가격합의의 경우 합의이탈여부를 감시하기가 용이하지 않았기 때문입니다. 생산량 감축합의의 준수여부를 확인하기 위해 참석 회사들은 자신의 직원을 상대방 회사에 파견하여 직접 가동 중단여부, 라인 폐쇄여부를 감사하기도 하였습니다.
(소갑 제1-1호증, 심사보고서 273쪽)

<표 13> 2009. 7. 7.~8. 삼성 SDI 이△△ 부장 진술조서

답19) 합의내용중 'B급 판매중단'은 생산량중 1% 미만이지만 B급이 정품처럼 시장에 유통될 경우 전체 시장가격에 안좋은 영향을 미치기 때문에 판매를 중단하기로 한 것입니다. 'Buffer Period'를 인정하지 않기로 한 합의는 가격인상 합의를 해놓고 고객별로 유예기간을 두면 먼저 가격인상을 실시한 회사가 피해를 볼 수 있으므로 즉시 가격을 인상하기로 합의한 것을 의미합니다.                          (소갑 제2-2호증, 심사보고서 344쪽)

(6) 합의의 실행 및 불이행자에 대한 제재

43      이 사건 피심인들은 경쟁을 제한하기 위한 목적으로 공동행위 기간중 주기적으로 회합하며 CDT제품의 판매가격, 생산·판매량 등 주요 경쟁요소에 대해 합의하였으며, 이전 회의에서 합의한 결과의 실행여부는 차기 회의에서 상호 점검하였다. 때때로, 회원사들은 판매가격 또는 생산·판매량 관련 정보를 실제 수치와 다르게 카르텔 회의에서 공개하기도 하였으나, 이는 다른 카르텔 참가사로 하여금 자신이 경쟁사와의 합의결과를 준수하고 있음을 보여주는 것과 동일하다. 이는 모든 회원사들은 다른 회원사들이 합의결과를 이행하고 있다는 기대하에서 각자의 합의준수 사실을 공개하였고 결론적으로 카르텔은 모두의 기대에 맞게 실행되었음을 알 수 있다.

<표 14>  2008. 5. 14. 중화영관 징-송(제이슨) 루 사장 진술조서

| |
|---|
| 답11) 다자 회의에서 CDT 유리 회의 참석 회사들이 공개하는 각 사별 판매가격 및 생산, 판매량은 2005년 이전에는 때때로 부정확하였다고 생각합니다. 참석자들은 자신들이 합의를 준수하고 있다는 인상을 다른 참석자들에게 주기 위해 판매 가격은 실제 가격보다 조금 높게, 생산량 또는 판매량은 실제 생산량 또는 판매량보다 조금 낮게 공개하는 경향이 있었으며, 참석자들은 회의가 계속되면서 이러한 사실을 고려하였습니다. ... 중화영관의 경우 고객 또는 시장에서 취합한 정보에 기초하여 다른 유리 회의 합의에 참석하는 회사들이 공개하는 정보가 부정확하다는 것을 아는 경우가 때로는 있었습니다. 하지만, 다자회의 구성원들은 회의시 서로 토론 또는 논쟁을 통하여 더 정확한 정보를 공개하고 합의준수 의사를 재확인하기도 하였으며, 최고위급 또는 경영진급 회의 등 높은 단계의 회의를 통해 이견을 조율하기도 하였습니다.                                            (소갑 제1-1호증, 심사보고서 274쪽) |

44      또한 합의이행과 관련하여, 참가사들은 속임수(cheating)를 막기 위한 조치를 취한 사실이 있다. 우선, 판매가격 고정 합의는 합의된 가격의 이행을 단순화하기 위하여 세부규격별 가격차이 및 거래조건에 따른 가격차이를 합의의 대상에 포함시켰고, 생산량 감축 합의는 각 사의 감사인원을 지정하여 사전통보없이 상대방 생산설비를 방문하여 가동중단여부를 점검하게 함으로써 합의 불이행을 방지하기 위한 조치를 취하였다. 그리고 고객별 시장점유율 할당 합의를 불이행할 경우, 참석자들은 저가 공세를 펼친 상대방에 대해 동일한 방식으로 상대방의 주고객을 공략할 것을 선언하였으며, 대개는 저가로 판매한 사실이 밝혀진 회원사가 재발방지를 약속하며 합의결과를 이행하게 되었다. 또한, 연간 시장점유율 할당 합의가 지켜지지 않을 경우 익년도 각 사별 시장점유율 합의시 초과분을 공제하기도 하였다.

 (7) 카르텔의 영향지역

45      이 사건 공동행위는 한국을 포함하여 CDT제품이 판매되는 모든 지역에 직·간접적으로 반경쟁적인 영향을 미쳤다. 이 사건 카르텔은 고객별·기종별 목표가격합의, 각 사의 총판매량을 기준으로 한 시장점유율 할당, 각 고객에 대한 생산자별 판매량 할당, 주요 고객할당, 생산량 감축을 위한 합의 등을 포함한다. 한국의 경우 카르텔 대상이었던 삼성전자, LG전자, 현대전자, 한솔전자 등 컴퓨터 완제품을 생산하는 사업자가 국내에 존재하였고, 삼성 SDI, LPD 등 카르텔 주요 참가사(한국기업)이었으며 카르텔회의도 한국에서 빈번히 개최한 사실을 확인할 수 있다.

<표 15>  2008. 5. 14. 중화영관 징-송(제이슨) 루 사장 진술조서

답15) CDT 다자회의 합의의 범위는 전세계였습니다. 그 합의에 더하여, CDT 다자회의에서는 한국을 포함한 전세계에 위치하는 공장에서 생산되는 물량 및 판매량에 대한 논의가 언제나 포함되었습니다. 그리고, 한국에 위치한 기업들, 삼성전자 또는 LG전자가 CDT 다자회의에서 논의된 주요 6대 고객에 포함되어 있었으므로, CDT 다자회의를 통하여 합의한 사항을 실행함에 있어 한국 고객에 영향이 미쳤을 것이라고 생각됩니다.
(소갑 제1-1호증, 심사보고서 276쪽)

(8) 비밀유지의 원칙

46      이 사건 피심인들은 경쟁자간 회합사실을 의도적으로 은폐하기 위해 노력한 사실이 있다. 우선, 카르텔 회의 보고서의 제목은 '방문 보고서(Visitation Report)', '시장정보교환(Market Information Exchange)', '해외여행 복귀보고서(Return-from-abroad Trip Report)'와 같은 용어를 사용하여 경쟁자와 회합사실의 비밀을 유지하고자 하였다. 또한, 각 피심인들의 카르텔 준비문서 및 회의결과보고서에는 모두 '비밀', '대외비'가 표시되어 있었고 담합목적이 외부에 드러나지 않도록 회의명칭을 사용하거나 회의개최장소를 조정하기도 하였다.

<표 16>  2008. 5. 14. 중화영관 징-송(제이슨) 루 사장 진술조서

답22-1) 참석자들은 유리 회의가 진행되면서 논의내용이 외부로 유출됨으로써 참석자들이 고객과의 협상이 불리하게 되는 경우가 있었기 때문에 회의 및 합의의 비밀을 유지하는 방안에 대해서도 논의하였습니다. 또한 저는 몇몇 참석자들이 경쟁법 위반으로 인한 잠재적 처벌 가능성에 대해 걱정하고 있었다고 지금 믿고 있습니다. 필립스의 Mr. 제리 린(Jerry Lin)은 다른 회사들에게 회의록을 만들지 말고 각 사의 참석자수는 2~3명으로 제한할 것을 제안하였고 참석자들은 이에 동의하였습니다.        (소갑 제1-1호증, 심사보고서 292쪽)

<표 17> 2009. 7. 7.~8. 삼성 SDI 이△△ 부장 진술조서

> 답5) ... GSM은 Glass Standardization Meeting의 약자로 경쟁사간 모임의 성격이 드러나
> 지 않으면서 '표준화'하자는 동 회의의 목적에도 일견 부합하는 측면이 있어서 참가사들
> 은 특별한 이의제기 없이 이 용어를 사용하였습니다.   (소갑 제2-2호증, 심사보고서 337쪽)

47      또한, 카르텔 회의 진행중에도 증거를 남기지 않기 위해 일체의 논의내용을 기
록하지 말 것과 최소한의 인원만이 동 회의의 존재를 알 수 있게 하기 위해 각 사의
참석자 수를 2명으로 제한하는데 합의하기도 하였다.


 (9) 공동행위의 시기 및 종기

48      이 사건 공동행위의 시기는 피심인 삼성 SDI와 피심인 중화영관, 피심인 중화
영관 말레이시아, 피심인 중화영관 푸조우의 경우 1996. 11. 23.로, 피심인 LPD는
2001. 6. 30.로 본다.


49      피심인 삼성 SDI와 피심인 중화영관, 피심인 중화영관 말레이시아[14], 피심인 중화
영관 푸조우의 경우 1996. 11. 23. 대표이사들이 직접 참석한 최고위급회의에서, 이후
10년 이상 계속되는 CDT 카르텔회의의 중요한 요소인 생산현황 및 향후 계획과 관
련된 정보교환, 생산량 감축합의, 판매가격 인하자제 등에 합의하였다. 따라서 피심인
삼성 SDI와 피심인 중화영관, 피심인 중화영관 말레이시아, 피심인 중화영관 푸조우가
이 사건 공동행위를 할 것을 합의한 날인 1996. 11. 23.을 위반행위의 개시일로 본다.


50      피심인 LPD는 2001. 6. 11. 설립 후 최초로 2001. 7. 24. CDT 카르텔 회의에 참
석하였으나, 모회사인 LG전자로부터 2001. 6. 30., 필립스전자로부터 2001. 7. 1. 각각
CRT사업부문 양도받았으므로 모회사가 참여한 부당한 공동행위로 인한 경쟁제한 의
도 및 효과의 연속성이 인정되므로 영업양수일인 2001. 6. 30.을 위반행위의 개시일로

---

14) 당시 피심인 중화영관 말레이시아의 대표가 참석하였는지는 분명하지 아니하나, 각주5)에서 살펴본 바와 같이 피심
인 중화영관의 임직원들이 자회사 직원들과 함께 직접 카르텔 회의에 참석하여 합의에 도달하거나, 합의내용을 자회
사에게 이행하도록 지시하여 자회사들이 이를 이행하고, 이 사건 심사보고서 첨부자료 정-송(제이슨)루의 2008.5.14.
진술조서(267면 참조)에서 보듯이 중화영관 그룹 내 인사 이동으로 동일한 인물이 모회사 혹은 자회사의 담당자로
이 사건 공동행위 관련 업무를 하거나 그 업무 관련하여 중화영관 본사는 물론 다른 자회사에도 보고를 하는 등의
업무 관행으로 보아  피심인 중화영관 말레이시아의 경우에도 이 사건 공동행위의 시기를 1996. 11. 23.으로 본다.

본다. 피심인들은 한국시장과 관련되어 논의한 회의만 최소 1997년 23회, 1998년 19회, 1999년 23회, 2000년 9회, 2001년 11회, 2002년 9회, 2003년 18회, 2004년 19회, 2005년 12회 등 카르텔 회의를 지속적으로 개최하였다.

51      이 사건 공동행위의 종기는 위반행위가 더 이상 존속하지 않게 된 날이 불명확하고 그 이후 회합에 증거도 없으므로 피심인들이 마지막 카르텔 회의를 개최한 날인 2006. 3. 14.로 본다. 이는 CDT시장이 평판 디스플레이 패널시장으로 급속히 전환됨에 따라 브라운관(CDT)의 수요가 대폭 축소된 점과 카르텔 회의가 더 이상 존재하지 않았기 때문이다.

 3) 합의 및 실행의 세부내용

 가) 1996. 11. 23. 이전 경쟁사간 회합

52      이 사건 공동행위의 시기인 1996. 11. 23. 이전에도 CDT를 제조·판매하는 경쟁사들은 양자접촉을 통하여 CDT시장 정보를 교환한 사실이 있다.(소갑 제3-1호증 ~ 제3-8호증) 1995년 9월경부터 시작된 이러한 회의들에서 중화영관, LG전자, 삼성전관이 교환한 정보는 당시 각 사의 생산현황, 주문현황, 판매가격 등이었다.

53      이러한 양자접촉을 통하여 이 사건의 피심인들은 각자가 보유한 시장정보 공유 등을 통해, 경쟁사 및 고객의 장래행동에 대한 불확실성이 감소되는 등 피심인들이 개별적으로 시장에 참여하였을 때보다 수익을 극대화할 수 있게 됨을 알게 되었다. 그러나 이 사건 공동행위의 시기인 1996. 11. 23. 이전의 비정기적인 경쟁자간 양자접촉은 상호 경쟁제한적 의사가 합치되는 수준까지는 이르지 않았다고 판단된다.

 나) 1996년도 경쟁자간 회합

 <표 18>              1996년도 CDT 카르텔 회의개요[15]

---

[15] 이하 연도별 카르텔 회의개요에서 '중화'는 중화영관, 'SDI'는 삼성 SDI[1999.11월 이전은 '삼성전관(SDD)'임], 'LPD'는 LG필립스디스플레이, 'LG'는 LG전자, '필립스'는 필립스전자, '오리온'은 오리온전기를 약칭하여 기재한다.

| 연번 | 개최일시 | 합의내용 | 참석사(회의성격) | 증거자료 |
|---|---|---|---|---|
| 1 | 1996.11.23. | 생산량감축, 판매가격 인하자제 | 중화, SDI, 오리온 (최고위급회의) | 소갑 제3-9호증, 심사보고서 469쪽, 471쪽 |
| 2 | 1996.11.25. | 14" 최저가($76) | 중화, SDI, 히타치 | 소갑 제3-10호증, 심사보고서 495쪽 |
| 3 | 1996.11.26 | 판매가격 격차($0.5) | 중화, SDI | 소갑 제3-11호증, 심사보고서 505쪽, 506쪽, 508쪽 |
| 4 | 1996.12.28. | 최저가격 합의 확인 | 중화, SDI | 소갑 제3-12호증 심사보고서 523쪽 |

① 1996년 11월 23일 다자회의

54    이 회의는 각사의 대표이사가 참석하는 최고위급 회의로서, 중화영관, 삼성전관, 오리온은 CDT 제품의 규격별 생산현황 및 향후 계획표를 만들어 교환하고, CDT 생산량 감축과 판매가격 인하 자제, ITC와 B+D[16) 가격격차를 2불로 유지할 것을 합의하였다. 또한, 이 회의 참석자들은 다른 CRT회사들도 참여하도록 역할분담을 하기로 합의하였다. 구체적으로, 중화영관은 필립스를, 오리온은 도시바를, 삼성전관은 LG 전자와 히타치를 참여시키기로 하였다. 이는 모든 CDT 공급자를 이 사건 카르텔에 참여시킴으로써 고객의 수요대체를 불가능하게 하려는 의도임을 알 수 있다. 이 회의는 중화영관의 치엥-위안(C.Y.) 린 회장, 치-춘(C.C.) 리우, 징-송(제이슨) 루, 삼성전관의 손 ㉢ 사장 등 5명, 오리온의 엄 사장 등 2명이 참석하였다.[17) 이는 중화영관의 '방문보고서'등에 의해 확인된다.

> 3개 제조사 모두 CDT의 공급의 수요초과 현상이 심각하다는데 이해를 같이 하였다. **CPT[18)의 의장 린은** 모두에게 생산량을 줄이고 한시적으로 라인 확장계획을 둔화시키거나 연기해 **1997년의 어려운 시기를 넘기자고 제안하였다. SDD와 오리온은 둘 다 동의를 표하였다.**
> 우리측은 유혈경쟁 속에서 **계속 가격을 인하하는 것은 CRT 공장이나 모니터 제조사들에게도 좋지 않다고 설명하였다.**
> ITC와 B+D간의 가격격차는 CPT 표준 @USD 2-를 따라야만 하며 이 점에 대해 공동의 이해가 더 많이 형성된 것으로 보인다.
> (소갑 제3-9호증)

---

16) 편향요크(Deflection Yolk)가 부착되지 않은 나관(Bare Tube)를 의미한다.

17) 치엥-위안(C.Y.) 린은 1983~2007. 5.까지 중화영관의 대표이사, 손㉤는 1996. 1.~1999. 1.까지 삼성전관의 대표이사로 재직하였음.

18) 이와 같이 증거 원문에 'CPT'의 약칭은 내용에 따라 담합대상제품인 Color Picture Tube를 의미하는 경우도 있고, 피심인 중 중화영관(Chunghwa Picture Tubes Co. Ltd.)을 의미하기도 한다.

> 나아가, 오리온은 여러 CRT회사에게 다음 회의에 함께 참석하고 솔직한 대화를 나누며, 함께 문제를 풀 수 있도록 준비할 수 있도록 제안하고 그러한 희망을 표시하였다. CPT는 PH가 참여하도록 초대할 것이고 오리온은 TSB가 참석하도록 초대할 것이라고 확인하였으며, SDD는 LG와 HTC 초청책임을 맡았다.　　　　　　　　　　　　　　　　　(소갑 제3-9호증)

② 1996년 11월 25일 다자회의

55　　　　이 회의는 1996. 11. 23. 회의의 합의내용대로, 삼성전관은 히타치를 초청하여 같은해 11월 25일 다자회의를 개최하였다. 피심인들은 CDT 제품의 가격인하 경쟁을 자제하고 14인치 CDT의 최저가를 76불로 하기로 합의하였다. 또한, 중화영관의 15인치 CDT 견적가가 너무 낮아서 시장가격에 영향을 미친다는 삼성전관과 히타치의 비판에 대해 가격조정을 약속한 사실도 있다. 이 회의 참석자는 삼성전관의 나♡♡, 히타치의 키무라와 사카시타, 중화영관의 치-춘 리우와 징-송 루였다. 이러한 사실은 중화영관의 '방문보고서'등에 의해 확인된다.

> 매출을 위해서 가격을 인하할 수도 있겠지만 가격이 너무 떨어지면 매출 증진에 도움이 되지 않고 오히려 각 제조사들로 하여금 계속 가격을 인하하게 하고 결국 출혈 경쟁을 유발하게 될 것이다. CDT 가격 폭락을 막기 위해 HTC가 각 CRT 공장과 연락을 취하고 협의를 계속하길 바란다.
> 우리는 14''의 최저가가 USD 76  (S/S ITO[19])로 유지되기를 바란다. ITC와 B+D 간의 가격차이는 CPT의 USD 2를 벤치마크로 사용될 수 있다.(한국 제조사는 @USD 3, 일본 제조사는 @USD 4). CPT는 SDD를 통해서 @USD 3로 변경하는 문제를 고려해볼 수 있어서 타협이 쉽게 될 것으로 보인다.
> 15'' 판매 가격에 대해, HEDS 및 SDD는 모두 CPT의 외부 견적가@USD115가 시장을 매우 강하게 교란시키는 요인이라고 생각하고 있다 (현재 HEDS가 제시하는 시세는 @USD120이며 SDD는 @USD118이다). 우리는 출시가 늦었고, 경쟁력이 부족했기 때문에 가격이 다소 낮은 것이라고 밝히면서 이해를 구하며, CPT가 상황에 맞춰 조정할 것이라고 말했다.
> 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(소갑 제3-10호증)

③ 1996년 11월 26일 양자회의

56　　　　이 회의에서 피심인들은 같은 해 10월초 각 사의 판매가격 중 최저가격과 구매수량에 따라 적용되는 판매가격을 상호 확인하였고, 중화영관은 삼성전관이 소량구매 고객들에게도 대량주문용 특별가격을 제시하고 있다고 이의를 제기하였으며 중화영관 가격과 최소 1불 이상의 가격차를 둘 것을 요청하였다. 이에 대해 삼성전관은

---

19) S/S는 DY의 한 종류(Saddle/Saddle)를 의미하며, ITO는 Indium Tin Oxide의 약자로 난반사 캡션을 위한 브라운관 화면 코팅물질인 인듐산화물을 의미한다.

논의끝에 가격경쟁이 개시되는 것을 회피하기 위해 최소한 0.5불을 가격차이를 유지하기로 합의하였다. 피심인들은 합의된 14인치 최저가를, 중화영관은 히타치와 필립스에, 삼성전관이 도시바와 오리온 등에 전달하도록 합의하였다. 이 회의는 삼성전관의 Mr. 나(나♡♡), Mr. 하(하◉◉), Mr. Lee M.S.(이◆◆), 이△△과 중화영관의 치-춘리우, 쳉, 칭-위앤(마이클) 두가 참석하였다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

> CPT는 먼저 **10월 초 확인된 최저가**를 밝혔다.
> **14" MPRII[20]/ITC: USD 80.00**
> **14" SS/ITC: USD 76.00**
> 지금까지, CPT는 계속 지침을 따르고 있다.
> 고객 주문량에 따른 제시가격은 다음과 같다.
> 100K→USD76, 80K→77 , 60K→78 , 50K→79          (소갑 제3-11호증)

> 계속되는 가격 인하는 모든 CRT 제조사들에게 더 큰 손실을 초래하기만 할 것이다. 그러므로 CPT는 건전하지 않은 경쟁을 중단하는 전제 하에, 현재의 최저가를 유지하고자 하나, SDD에게 CPT보다 최소 USD 1.00/PC 이상의 가격 차를 두고 고객들에게 제안가를 유지함으로써 협조해달라고 요청했다.
> 현 상황이 구매자의 시장이기는 하지만 가격 인하는 주문 증가에 도움이 되지 않으며, **CRT 제조사들이 판매 가격을 고수하지 않고 고객들이 가격을 깎도록 놓아둔다면 수입은 줄어들고 손실은 더 커질 것이다.**
> SDD가 동일한 가격을 따름으로써 CPT로 하여금 가격을 낮추도록 강제한다면 다시 한번 악의적인 경쟁이 시작될 것이다. Mr.나는 마침내 SDD가 최소한 USD 0.50/P.C의 가격 차이를 유지하고 라이트온/EMC를 예로 사용하는데 동의했다.          (소갑 제3-11호증)

> 또한 14'' 최저가를 CPT가 HTC/PH에, SDD가 TSB/GS/오리온에 전달하도록 하며, 모두가 일관성을 지키고 CPT와 USD 0.50~USD 1.00/PC의 가격 차이를 유지하도록 요청하기로 합의하였다.          (소갑 제3-11호증)

④ 1996년 12월 18일 양자회의

57          이 회의는 1996. 11. 26. 양사가 합의한 가격을 유지할 것을 재확인하고, 각 사가 고객들로부터 입수한 상대방 공급가격을 직접 확인하는 등 합의 이행여부를 점검하였다. 또한, 중화영관은 삼성전관이 가격인하 사실을 은폐할 경우 가격경쟁이 개시될 수 있다는 위협을 한 사실이 있다. 이는 양 사간에 각자의 주 고객에 대해 공격적 판매를 자제하는 것을 내용으로 하는 묵시적 합의가 있었음을 알 수 있다. 이 회의는 삼성전관의 Mr. 하(하◉◉), Mr. Lee M.S.(이◆◆), 이△△, 딩 수에 수와 중화영관의

---

20) MPRII는 스웨덴에서 정한 규격으로 TV나 모니터와 같이 전자제품에서 발생하는 유해 전자파차단 국제규격을 말한다.

치-춘 리우, 웬-춘 쳉, 칭-위앤 두가 참석하였다. 이러한 사실은 중화영관의 '고객접촉보고서'에 의해 확인된다.

> ○CPT는 96년 11월 26일 양사가 함께 한 회의에서 **MPRII USD 80.00 / 정상 76.00의 가격을 유지하는 것을 합의하였다.**
> ○만약 SDD가 이익없는 생산력 완전가동으로 경쟁할 것을 주장한다면, CPT는 대만 고객에 대해 보다 큰 생산능력 압박을 가할 것이며, **한국으로 건너가 더욱 불합리한 수단을 사용하여 SDD가 교두보를 마련하지 못하도록 할 것이다. SDD의 Mr. 하는 이를 한국 본사에 전달할 것이다.**              (소갑 제3-12호증)

(3) 1997년도 경쟁자간 회합

<표 19>              <u>1997년도 CDT 카르텔 회의개요</u>

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 1997.1.28. | 최저가격 유지(14":$64, 15":$98), 조업일수 감축 | 중화, SDI, 오리온, 필립스 | 소갑 제3-15호증 심사보고서 554쪽, 559쪽 |
| 2 | 1997.2.24. | 가격인상 및 감산계획 통지 | ①중화, SDI/②중화, LG | 소갑 제3-16호증, 소갑 제3-16-1호증 소갑 제3-17호증, 심사보고서 589쪽 |
| 3 | 1997.2.25. | 최저가격(14":$67, 15":$100), 조업일수 감축, 시장점유율 유지 | 중화, SDI, LG, 필립스 | 소갑 제3-18호증 소갑 제3-19호증 심사보고서 593쪽 |
| 4 | 1997.2.27. | 이전 합의내용 이행방안 | 중화, 도시바 | 소갑 제3-20호증, 심사보고서 605쪽 |
| 5 | 1997.3.12. | 이전 합의가격 유지 | 중화, SDI, LG, 오리온, 필립스, 히타치, 마쓰시다 | 소갑 제3-21호증 소갑 제3-22호증, 심사보고서 611쪽, 613쪽, 615쪽 |
| 6 | 1997.3.19. | 업체별 14", 15" CDT 가격인상 및 실행일자 | 중화, SDI, 오리온, 필립스 | 소갑 제3-23호증 심사보고서627쪽, 628쪽 |
| 7 | 1997.3.26. | 업체별 14", 15" CDT 가격인상 및 실행일자, 세부사양별 가격차 | 중화, SDI, 필립스 | 소갑 제3-24호증 심사보고서 640쪽, 642쪽 |
| 8 | 1997.4.7. | 17" CDT $5 인상 | 중화, 도시바 | 소갑 제3-25호증 심사보고서 649쪽, 652쪽 |
| 9 | 1997.4.23. | 이전 합의가격 확인, 한국시장내 14", 15" CDT가격인상 | 중화, 마쓰시다/중화, SDI,오리온, 필립스 | 소갑 제3-26~9호증, 심사보고서 661쪽, 673쪽, 675쪽, 687쪽, 688쪽 |
| 10 | 1997.5.2. | 14", 15" CDT 가격인상 합의 | 중화, SDI | 소갑 제3-30호증 |

| | | | | 심사보고서 689쪽, 690쪽 |
|---|---|---|---|---|
| 11 | 1997.5.9. | 최저가격(14": $72, 15": $105) 및 고객별 판매량 유지 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-31호증 심사보고서696쪽, 698쪽, 700쪽 |
| 12 | 1997.5.16. | 이전 합의가격 유지 | 중화, SDI, LG | 소갑 제3-32호증 심사보고서 710쪽 |
| 13 | 1997.5.20. | 이전 합의가격 유지, 피심인별 가격 격차유지 및 한국내 가격인상 | 중화, SDI, LG, 필립스 | 소갑 제3-33호증 심사보고서 723쪽, 725쪽 |
| 14 | 1997.6.5. | 합의 불이행 경쟁사 협력확보방안 | 중화, SDI | 소갑 제3-34호증 심사보고서 734쪽 |
| 15 | 1997.7.8. | 경쟁자제, 14" 가격($62), 상호 가격조정 | 중화, SDI | 소갑 제3-35호증 심사보고서 739쪽, 741쪽 |
| 16 | 1997.7.18. | 최저가격(14": $60, 15": $90), 해외지사 이행방안 | 중화, SDI | 소갑 제3-36호증 심사보고서 747쪽, 749쪽 |
| 17 | 1997.8.1. | 비밀유지방안 | 중화, SDI | 소갑 제3-37호증 심사보고서 764쪽 |
| 18 | 1997.8.18. | 합의사항 이행여부 확인 | 중화, SDI | 소갑 제3-38호증 심사보고서 772쪽, 774쪽 |
| 19 | 1997.10.9. | 각사별 현행 판매가격 정보교환 | 중화, SDI, 필립스 | 소갑 제3-39호증 심사보고서 787쪽 |
| 20 | 1997.10.20. | 가격인하자제, 생산량통제, 가격하한선 고수 | 중화, SDI | 소갑 제3-40호증 심사보고서 795쪽 |
| 21 | 1997.10.30. | 최저가격(14": $58, 15": $75) | 중화, SDI, 필립스 | 소갑 제3-41호증 심사보고서 805쪽, 807쪽 |
| 22 | 1997.11.7. | 합의사항 이행의사 확인 | 중화, 마쯔시다 | 소갑 제3-42호증 |
| 23 | 1997.11.21. | 접촉확대, 14" 최저가($58) 합의 | 중화, SDI, LG, 필립스 | 소갑 제3-43호증 심사보고서 829쪽, 832쪽 |

① 1997년 1월 28일 다자회의

58    이 회의에서 피심인들의 시장점유율 상승을 위해 가격을 인하하는 것은 결국 CDT업계의 이익을 감소시키는 결과만을 가져올 것이므로 조업일수 축소를 통해 최저가격(고객별 최저가격)을 유지하기로 합의하였다. 또한, 이 회의에 불참한 LG전자에게도 회의결과를 전달하여 CRT공급자들이 합의결과를 이행할 것을 도모하였다. 피심인들은 가격인하에 효과적으로 대응하고 실효성있는 가격합의를 위해 각 사의 현재 작업일수 및 재고현황, 생산비 원가자료를 공유하였으며, 이를 근거로 향후 계획을 수

립하여 CDT 수요량에 맞춰 공급량을 통제하고자 하였음을 알 수 있다. 이 회의는 삼성전관의 Mr. 나(나♡♡), Mr. 하(하◉◉), 필립스의 Mr. 유, 오리온의 문□□, 중화영관의 치-춘 리우, 유-슈엔 린, 칭-위앤 두 등 임직원들이 참석하였다. 중화영관의 '고객접촉보고서'에 의해 확인된다.

> ○CDT 가격이 지속적으로 하락하면, 이로 인해 수요/주문량이 점점 줄어들고 있다는 점만 느끼게 할 뿐이다.  따라서, CDT 가격결정의 결과를 고객들에게 이해시키는 것이 필수적이며, **CDT 업계에서 모든 사람들이 공통된 합의를 기초로 최저 가격을 유지하면서 고객의 가격인하 요구에 대응하기 위하여 조업일수를 일시적으로 감소시켜야 한다.**
>
> (소갑 제3-15호증)

> ○현재, HTC가 고객들에게 (MPRII) 14"를 64.00/pc로 제공했기 때문에 우리는 현재의 고객 점유율 비중을 유지하기 위해서 위 가격을 따르고 **이 가격을 최종 가격으로 확정해야 한다. 주요 고객: 64 달러, 중간규모 고객: 65.50 달러, 소형 고객: 67. 00 달러, 15" MPRII 에 대한 최종 가격은 미화 98 달러가 될 것이다. 주요 고객: 98.00 달러, 중간규모 고객: 100.00 달러, 소형 고객: 102-103.00 달러**
> ○**회의 참석자들은 2월의 판매가격을 최저 가격으로 유지하는 것에 의견 일치를 보았다.** 오늘 회의결과를 LG에 전달함으로써 HTC가 최저가격에 대한 결의를 지지하도록 최선을 다할 것을 요청했다.
>
> (소갑 제3-15호증)

② 1997년 2월 24일 두 차례의 양자회의

*59*　　　이 회의 참석자들은 1997. 1. 28. 회의에서 합의된 사항을 재점검하고 조업일수 감축합의 등의 이행결과를 확인하였으며, 합의가격의 원활한 이행을 위하여 고객별 공급가격을 상호 비교한 사실이 있다. 또한, 고객에게 감산계획을 통지하고 하반기에 공급이 감소되는 상황에서 가격을 인상할 것을 합의하였다. 이 회의는 중화영관의 치-춘 리우, 유-슈엔 린, 친-유앤 두, 삼성전관의 이◆◆, 이△△, LG전자의 이ΩΩ가 참석하여 CDT가격과 조업일수 축소에 대하여 합의하였다. 이러한 사실은 중화영관의 '고객접촉보고서'에 의해 확인된다.

> ○리우 이사는 먼저 1997년 1월 28일 CPT/PH/SDD/오리온의 회의에서 결정된 내용과 관련된 사항에 대해 이야기했다 **(1) 작업일 축소 (2) 최저가격 결정: 14"　USD60.00 (S/S), USD64.00 (MPRII), (3) 다른 공급업체의 점유율을 빼앗기 위해 더 낮은 가격을 사용하지 않기.**
> ○현재 2개 주요 14" 공급사인 CPT/SDD가 모두 수요와 공급의 균형을 맞추기 위해 감산에 들어갔다고 모든 고객에게 통지했다.  가능하다면, 하반기에 14"CDT가 부족할 때, 가격은 인상될 것이다.
>
> (소갑 제3-17호증)

60        또한, 이전 회의 합의사항인 조업일수감축에 대해 모든 참가사들이 합의내용대로 이행한 사실은 당시의 신문보도('브라운관업계 감산돌입', 1997. 2. 18.자 한국경제신문)를 통해서도 확인된다.

  ③ 1997년 2월 25일 다자회의

61        이 회의에서 첫째, 14인치 및 15인치 CDT의 최저가, 둘째, 14인치는 삼성전관이, 15인치는 중화영관이 가격인상을 발표하고 1997. 4. 1.부터 가격인상 실행, 셋째, 생산일수 감축, 넷째, 고객별 시장점유율을 유지하기로 네가지 사항에 대해 합의하였는데, 회의참석자는 중화영관의 치엥-위안(C.Y.) 린, 삼성전관의 Mr. 윤, Mr. 나(나♡), LG전자의 Mr. 린, 필립스의 쳉이었다. 이는 중화영관의 '고객접촉보고서', 삼성전관의 'CRT 제조업체별 생산량 및 수요를 표로 정리한 회의자료'에 의해 확인된다.

> ○ 14"CDT의 최저가격 MRPII: 67.00 달러/개, S/S: 63.50/개
> 15" CDT 최저가격 MPRII: 100.00/PC
> ○ 14" 사이즈 가격 인상은 SEC [원문을 그대로 인용]에 의해 발표되었으며 그 후에 CPT는 15" 사이즈 CDT에 대한 가격 인상을 발표하였다. 14"/15" 사이즈 CDT 가격 인상은 4/1 '97에 실행될 것이다.
> ○ 각 제조업체는 생산량을 통제하기 위해 생산일수를 줄여야 한다.
> ○ 본래의 시장점유율을 원칙대로 유지하기 위해서는 각 제조업체들은 가격 인상으로 인해 본래 다른 사업자들의 공급물량을 확보할 수 있는 기회를 이용해서는 안 된다.
> (소갑 제3-18호증)

  ④ 1997년 2월 27일 양자회의

62        이 회의는 CDT제조사들이 이전 회의에서 14″ 가격인상 합의사실과 가격인상을 삼성전관→중화영관→도시바순으로 실행할 계획과 도시바가 히타치를 접촉하여 합의내용 실행을 설득할 것을 논의하였음이 확인된다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

> ○ CPT는 또한 현재 대부분의 CDT 제조사들이 14" 가격 인상에 대한 의견이 일치했다고 말했다. SDD가 자신의 가격 인상(14": MPRII 67)을 발표한 후에, CPT는 15" 가격을 USD 100으로 즉시 인상할 것이다. TSB는 이 소식을 듣게 되어 매우 기쁘며, 이 조치에 따를 것이라고 말했다.
> ○ CPT는 현재 대부분의 CDT 제조사들이 이 대응책에 합의했다고 말했다. 그러나 HTC는 여전히 자신의 의견을 표명하지 않았다. HTC에게 보다 많은 지지를 하도록 요청할 것을 TSB에게 주문.
> (소갑 제3-20호증)

⑤ 1997년 3월 12일 다자회의

63        피심인들은 1997. 2월~4월까지의 생산량, 생산일수, 재고량 등 각사의 비공개 영업정보를 공개하여 비교함으로써 적정 공급량 유지여부를 상호 점검하였고, 4월 10일부터 14″CDT 최저가격을 67달러, 15″CDT 최저가격을 100달러로 인상하기로 합의하였고, 가격인상의 통지순서 및 방법도 합의하였다. 또한, 이전 합의가격의 이행여부에 대해 의견을 교환하고 지난 회의에서 합의된 바대로 중화영관이 고객 제시가격보다 5달러 이하로는 판매하지 않은 사실을 확인하였다. 이 회의는 삼성전관의 하◉◉, 이◆◆, 이△△, LG전자의 이ΩΩ, 오리온의 문ππ, 필립스의 후안-롱 쟁, 히타치의 지안-롱 장, 마쯔시타의 유에-하오 장, 중화영관의 웬-춘(토니) 첸, 데이비드 로스 등 7개 CDT 제조사의 임직원들이 참석하였다. 이는 중화영관 참가자의 메모 및 회의후 작성한 '접촉보고서'에 의해 확인된다.

| | 2월 | | 3월 | | 4월 | | |
|---|---|---|---|---|---|---|---|
| | 생산량 | 생산일수 | 생산량 | 생산일수 | 생산량 | 생산일수 | 재고 |
| PH | 460 | 23 | 54 | 27 | 440 | 22 | 60 |
| CPT 14" | 602 | 12 | 698 | 16 | | | 550 |
| 15" | 161 | 12 | 250 | 16 | | | 450 |
| SDD | 900 | 22 | 1030 | 24 | 1030 | 24 | 500 |
| LG | | 21-22 | 550 | 24 | 550 | 24 | 150 |
| DW | 280 | 22 | 320 | 23 | 350 | 24 | 500 |
| MEC | 70 | | 70-80 | | 70-80 | | |

○14인치: 그들은 4월 10일부터 전면적으로 조정할 것이다. **제조업체들은 심도 있는 논의 후 다음과 같은 결론에 이르렀다.**
**최저가격 유지       MPRII: USD67.00/pc**
                    **S/S  63.50/pc**
SDD는 4월 10일부터 가격인상이 있을 것이라는 점을 명시한 공식적인 서면 통지문을 고객에게 배포할 것이다(선적 일부터 유효). 다른 제조업체들도 이를 따를 것이다.
○15인치: 4월 10일부터 최저가 조정, 57KHz/MPRII USD100.00/pc
CPT는 고객에게 가격인상을 통지하는 일을 주도할 것이다. 다른 제조업체들도 이를 따를 것이다.                                                    (소갑 제3-22호증)

○나는 판매시 적용되어야 하는 **각 제조업체의 판매가를 검토하고 각자의 판매 영역을 지킬 수 있도록 장부를 공개하자고 요청하였다.**
○고객들은 8-10달러를 요청했으며 CPT는 강력히 거부하였다. 그러나, **5달러는 지난번까지 합의된 부분이었다.**                                          (소갑 제3-22호증)

⑥ 1997년 3월 19일 다자회의

*64*       이 회의는 14″와 15″ CDT가격 및 생산량에 대해 논의를 위해 모인 실무진급 다자회의로서, 피심인들은 업체별, 규격별 CDT의 최저가 및 실행일자에 대해 합의한 사항을 아래 표로 만들어 공유하고, 합의사항의 실행여부를 확인하였다. 또한, 피심인들은 가격인상폭이 작을 경우(2~3불) 고객들이 가격인상요구를 무시할 수 있으므로 가격인상 규모를 확대(5불)함으로써 이익을 극대화하기로 합의하였다. 피심인들은 합의된 가격인상내용이 실효적으로 이행되게 하기 위해 이 회의에 불참한 참석자들에게 합의내용을 전달하기로 하고, 가격인상을 원활하게 하기 위해 상호연락을 강화하자는 원칙에도 합의하였고, 피심인들은 상호간 품질차이를 인정하여 가격격차와 관련 중화영관과 삼성전관/필립스/LG전자와의 15인치 CDT 가격차이를 3달러로 유지하기로 합의하였다. 이 회의는 삼성전관의 Lee M.S.(이◆◆)와 오토 리, 필립스의 밀란 바란과 챙, 오리온의 Mr. 문(문□□), LG전자의 Mr. 안(안ΘΘ), 중화영관의 치-춘 리우 등이 참석하였다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

| 1. 14" CDT: 각 제조사들의 CDT 최저가 및 실행 일자: | | | |
|---|---|---|---|
| 구분 | 3월 | 4월 1일부터 | 5월 1일부터 |
| CPT | USD 67 | 67 | 72 |
| SDD | 64 | 67 | 72 |
| PH | 64 | 67 | 72 |
| LG | 64 | 67 | 72 |
| 오리온 | 63 | 65 | 70 |

| 2. 15" CDT (57KHZ[21]/MPRII) 최저가 및 실행 일자 | | | |
|---|---|---|---|
| 구분 | 3월 | 4월 1일부터 | 5월 1일부터 |
| CPT | USD 98 | 102 | 107 |
| SDD | 102 | 105 | 110 |
| PH | 100 | 105 | 110 |
| LG | 100 | 105 | 110 |
| 오리온 | 98 | 100 | 105 |

○ 4월 CPT/SDD 가격인상 서한은 고객들에게 모두 발송되었다. 또한, PH/LG/오리온도 이를 따랐다. 제조사들은 원칙에 따르면 4월 1일부터 납품되는 물량에 대해 새로운 가격을 적용할 것이다.                                                          (소갑 제3-23호증)

○ CDT 가격인상이 겨우 USD 2-3/pc 수준이었던 것과 관련하여, 고객 일부는 자신들의 고객들이 자신들로 하여금 가격 인상분을 감수하도록 압박할 것이며, 그들의 고객들에게 실제 가격 인상분을 전가할 수 없을 것이라고 대답하였다. 따라서 그들은 **가격 인상 규모를 확대하자고 제안하였다.** 그렇게 하면 각 CDT 제조사들의 운영에 좀 더 이익이 될 것이라는 것이다.
○ **2–$3 정도의 가격 인상은 충분하지 않다. $5 이상의 가격인상이 되어야 한다.** (소갑 제3-23호증)

---

21) KHZ: 주파수를 나타내는 단위로서 킬로헤르츠(Kilohertz)를 의미한다.

○ 회의 참석자들은 일본 회사들의 15″ 사이즈 가격에 관하여 각각 TSB/MEC[22])에 알려야 한다(CPT가 접촉할 것이다)
○ CPT는 CPT 및 SDD/PH/LG간의 15″ CDT 가격격차와 관련하여 지난 합의에서 도출한 USD 5.00/pc 격차를 유지할 수 있기를 희망하고 있다. 단, **제조사들은 주문상실의 위험을 염려하고 있다고 밝히고, USD 3.00/pc에만 합의하였다.**
○ **가격 인상을 원활하게 하기 위해서 상호 연락을 강화하자**
○ SDD/LG가 이번 달에 USD 64.00/pc라는 최저가를 제안했음에도 주문을 확보하지 못하였기 때문에, 관망 중인 고객들의 태도를 중단시키고, 잡음을 제거하기 위하여 **즉시 가격이 인상되어야 한다.**                                          (소갑 제3-23호증)


⑦ 1997년 3월 26일 다자회의


65      피심인들은 히타치가 합의대로 판매가를 인상하지 않아 가격인상에 문제가 된 사실을 확인하고 같은해 4월과 5월에 가격인상을 하는 한편, 일본 제조업자들에게 합의결과를 통지하고 이를 이행하도록 합의하였다. 이는 피심인들이 이전 합의가격의 실행이 쉽지 않을 경우 시장상황을 반영하여 합의내용을 조정하였음을 알 수 있다. 또한, CDT의 세부규격별 가격차도 표로 만들어 비교함으로써 피심인들간의 합의내용이 정확하게 실행되고 합의 불이행을 방지하기 위해 구체적인 합의를 하였음이 확인된다. 또한 참석자들은 상호 신뢰를 바탕으로 가격의 성공적인 인상을 통해 수익성을 유지하도록 하는 카르텔 원칙도 확인하였다. 이 회의는 삼성전관의 Mr. 나(나♡♡), Mr. 하(하●●), 필립스의 Mr. 정, 중화영관의 치-춘 리우, 셍-젠 양, 칭-위앤 두가 참석하였다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

○ 15″ CDT의 가격인상에 대해 공동의 이해가 도출되어야 할 것이며, 일본 제조업자들에게 SDD/PH/CPT의 가격인상 결의를 통지하고 이를 알게 하여 일본 제조업자들이 위 결의를 따르도록 강력히 밀고 나가야 할 것이다. **4월 1일부터 15″ CDT의 판매가격을 다음과 같이 수정하기로 결의하였다.**

| 구분 | 3월 | 4월1일 시작 | 5월1일 시작 |
|------|-----|------------|------------|
|  | USD |  |  |
| SDD | 102.00 | USD105.00 | USD110.00 |
| PH | 100.00 (PH, 진) | USD102.00 | USD110.00 |
|  | 103.00 (이외) | USD104(목표 105) |  |
| CPT | 98.00 | USD101~102 | USD107.00 |

○ 14″ CDT 가격인상의 경우, 회의참여자들은 모두 고객들이 대체로 이를 수용했으며 아무런 문제가 없다고 하였다.                              (소갑 제3-24호증)

---

22) TSB는 도시바, MEC는 마쓰시다 전기를 의미한다.

| ○ 튜브종류에 따른 가격차이 | | |
|---|---|---|
| | SDD | CPT |
| 15 MPRII | 105 | 101-102 |
| 15 ASC | -2.00 | -2.00 |
| 15 w/o 코일 | -2.00 | -2.50 |
| 14 MPRII | 67.00 | 67.00 |
| 14 ASC | -2.00 | -2.00 |
| 14 w/o 코일 | -2.00 | -1.50 |

지속적인 생산 감축에 덧붙여 거래처의 불만이나 주문 수량에 관련된 마찰이 발생하였을 때 모두 상호 신뢰의 원칙을 준수하고 솔직하고 진지하게 대화하고 검토하여 상호간에 이득이 되는 길을 찾고 가격을 성공적으로 인상하며 미래에도 사업의 수익성을 유지할 수 있도록 해야 할 것이다.                                                            (소갑 제3-24호증)

⑧ 1997년 4월 7일 양자회의

66        이 회의에서 도시바는 17″CDT가격을 같은해 5월부터 15불 인상하기로 확정한 사실과 도시바의 15″MNN 넥제품의 주요고객에 한국 삼성전자가 포함된다는 사실을 중화영관 참석자에게 알려주었다. 이러한 사실로부터 피심인들은 양자접촉을 통해 다자회의 합의사항을 전달하고 실행토록 하였으며, 카르텔 합의실행 대상에 한국 고객이 포함되어 있음이 확인된다. 또한, 이전 회의에서 합의한 14″, 15″CDT의 가격인상계획과 관련, 도시바도 합의내용대로 가격을 인상할 것을 중화영관에 밝혔다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

○17" CDT는 5월부터 USD 15/pc 인상하기로 확정(현재 17" 판매 가격은 USD 215.00/pc 이상).
○현재, 15" MNN 넥의 주요 고객은 일본 및 한국 고객이며, 이 중 약 50k/m은 한국 삼성을 위한 것이다.                                                            (소갑 제3-25호증)

○Mr. 푸-용은 TSB가 14"/15" CDT에 관한 이번의 가격 인상을 확인해주었으며 결과를 보기를 원하며 시장 가격에 따르겠다고 말했다. TSB는 또한 5월부터 15" CDT 가격을 7% 인상하기로 결정하였다. 즉, 판매가격은 USD 105→ USD 112/pc가 될 것이다.
                                                            (소갑 제3-25호증)

⑨ 1997년 4월 23일 양자회의 및 다자회의

67        1997. 4. 23. 마쓰시다와 중화영관의 양자회의는 이탈자를 방지함으로써 CDT 가격합의를 완전하게 실행하기 위함임을 알 수 있다. 이는 중화영관의 칭-위앤

두가 작성한 '방문보고서'에 의해 확인된다.

> ○ 이번 여행의 주요 목적은 MEC 직원들에게 14''/15'' CDT 현재 가격 인상 및 SDD/ PH/ CPT/ LG/ TSB 등의 현재 가격의 배경을 설명하고 MEC 직원들이 실제 가격 인상조치를 지지하도록 그들의 동의를 이끌어내도록 MEC 직원들을 설득함으로써 CDT 가격 인상을 더욱 완전하고 만족스럽게 하는 것이다. (소갑 제3-26호증)

68　　　　　같은 날 다자회의에서 피심인들은 각 사의 생산량과 재고량을 비교한 뒤, 당초 합의대로 4월과 5월의 14〃 최저가격에 대해 재확인하였다.

| | 생산 | | 재고 | | |
|---|---|---|---|---|---|
| | 4월 | 5월 | 3월 | 4월 | 5월 |
| CPT | >700K | <700K | 650K-700K | 400-500K | 400-500K |
| PH | 450K | 450K | 70K | 170K | 120K |
| SDD | 850K | 850K | 600K | 850K | 750K |
| 오리온 | 300K | 300K | 500K | 350-380K | 350K |

○ 14" MPRRII에 관하여, **회의 참석자들은 모두 4월/5월 가격은 다음과 같이 유지되어야 함에 합의했다: (최저가격)**

| | 4월 | 5월 |
|---|---|---|
| 14" MPRII | USD67.0/pc | USD72.0/pc |

○ 15〃MPRII: USD 110.00/pc가 이번에 노력할 기준가로 하기로 **결의했다.**(소갑 제3-26호증)

69　　　　　또한, 피심인들은 한국내수시장의 CDT 판매가격에 대해서도 논의하였는데, 한국내수시장 가격인상에 대해 민감한 반응을 가졌는데, 그 이유는 한국외의 고객들이 한국내 판매가격을 참조하여 카르텔 참가사들에게 가격인하를 요구하기 때문에 외국에서의 가격인상과 동일하게 한국내수가격이 인상되어야 했기 때문이다. 그래서 중화영관과 필립스는 이전 합의내용이 한국에서도 실행되어야 할 것을 촉구하였고, 삼성전관의 나♡♡이 가격인상 관련 서신을 발송한 사실에서 확인되고, 같은 해 5월 가격을 신속히 합의하기 위해 당초 예정된 회의일자(5월 19-20일)를 앞당기기로(5월 6-7일) 결정하였다. 이 회의는 삼성전관의 Mr. 나(나♡♡), Mr. 하(하◉◉), Mr. Lee M.S.(이◆◆), Mr. Otto(오토), 필립스의 Mr. Song, 오리온의 Mr. Moon(문□□), 중화영관의 치-춘 리우, 솅-젠 양, 칭-위앤 두 등 4개사 영업 및 마케팅 담당 임직원들이 참석하였다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

> ○ 한국 내수 시장의 14"/15" CDT의 판매 가격:
> 14"/15" CDT 한국 내수 가격이 인상되지 않으면, 이는 대만 업체의 경쟁력 약화로 이어질
> 것이며, CDT 의 가격인상에 대한 맹렬한 저항을 가져올 것이다.  상기 상황으로 인해 최종
> 노력 부족으로 인한 실패를 방지하기 위해, CPT/PH는 SDD/오리온에게 동일한 속도로 CDT
> 의 한국 내수 가격을 조정할 것을 촉구했다. Mr.나는 PH에 대한 공식 서한이 이미 보내졌으
> 며, LG/오리온과 합동 노력을 계속하고 있다고 주장했다.
> [다른 문제로 수기작성:] Mr.나는 한국의 CRT 제조사들이 3월 23일 오후에 한국에서의 가
> 격 인상에 대해 PH(한국)과 논의를 하였다고 주장했다.
> ○ 또한, LG측 인사들이 5월 8일-10일에 열릴 것으로 당초 예정되었던 고위급 회의에 참석
> 하지 못하게 되어, 회의는 5월 19일-5월 20일로 변경될 계획이다.  그러나 CPT는 5월 가격
> 을 최대한 신속히 결정하는 것이 좋으므로 회의를 5월 6일-7일로 앞당기자고 제안했다.
>
> (소갑 제3-26호증)

70       그리고 중화영관과 삼성전관은 합의가격 실행과 관련, 중화영관은 합의사항
의 성실한 이행을 촉구하는 내용("우리의 합의를 망치는 소극적 태도를 보기 싫
다[23]")을 중화영관의 레터 헤드지로 1997. 4. 29.자 삼성전관에 발송하였다. 이에 대해
삼성전관은 중화영관의 오해를 풀기 위한 내용("이 상황에서 왜 우리의 무덤을 파겠
는가?[24])을 레터 헤드지로 같은해 5. 2.자로 송부하였다.


⑩ 1997년 5월 2일 양자회의


71       이 회의도 삼성전관과 중화영관은 공동으로 CDT 가격인상에 합의하였다.
또한, 중화영관 참가자들은 이전회의에서 논의된 대로 삼성전관이 한국 모니터가격을
인상할 것을 강하게 촉구하였는데, 이는 중화영관의 가격인상여부가 한국내수가격과
직접적인 연관관계가 있기 때문이다. 이는 중화영관의 '방문보고서'에 의해 확인된다

> ○ 이번에는 CPT가 주로 14"/15"CDT 가격 인상을 발표하고 이끌 것이었다. 현 단계에서 가
> 격 인상은 단기적으로는 주문 감소로 이어질 수 있지만 앞으로 운영이 정상화되려면 매우
> 필수적인 일이다.
> ○ CPT와 SDD가 입장을 굳건하게 유지하는 한 가격 인상은 이루어질 수 있다. SDD는 그러
> 한 견해에 동의하고 가격 인상 조정에 합의하였다.
>
> (소갑 제3-30호증)

---

23) "With all the efforts working together these days, we do not wish to see any withdrawn attitude to
destroy the understanding and this difficult task. By this last minute determination to prop up price
increase action, all of us could attain the goal, I believe it should be most beneficial for SDD to
comply with the agreement of increasing the price step by step..."

24) "Why do we have to dig our own grave under this situation? Please make it sure that there is no
doubt about our efforts to increase the price."

○가격인상문제에 대해, **CPT는 SDD에 강력하게 한국 모니터 가격을 올려서 대만 제조사들의 경쟁력을 해치는 사태를 막아달라고 요청하였다.** (소갑 제3-30호증)


⑪ 1997년 5월 9일 다자회의

72  이 회의에서 중화영관의 리우이사는 같은 해 4월 23일자 최고 경영진의 합의 사항과 시행일자(5. 1.)를 설명하였고 참가자들은 동의를 표하였다. 또한 피심인들은 고객별 판매량을 다음과 같이 표로 만들어 정리하고 점유율을 유지하기로 합의하였다.

○리우 이사는 최고 경영진의 결의 사항이 다음과 같다는 점을 회의 참석자들에게 먼저 설명했다: 최저가14" MPR II: 72.00 달러/개, 15" MPR II: 105.00 달러/개, 5월 1일부터 시행 (소갑 제3-31호증)

| | 소량 | CPT | SDD | PH | LG | 오리온 |
|---|---|---|---|---|---|---|
| 에이서 | 115 | 65 | 10 | | | |
| 액션 | 17 | | 14 | 2 | | |
| AOC | 85 | 40 | | 8 | | 35 |
| 브리지 | 11 | 1.5 | | | | 10.5 |
| 콤팔 | 34 | 18 | | | | |
| CTX | 27 | 4 | 2 | | 3 | |
| 델타 | 17 | 7 | | | | |
| EMC | 37 | – | 22 | 10 | | |
| 푸나이 | 15 | 15 | | 0.5 | | |
| GVC | 43 | 7 | 7 | | 6 | 23 |
| KFC | 32 | 5 | 5 | | 1 | 4 |
| LED | 9 | 1 | | | 8 | |
| 라이트온 | 85 | 72 | | | 12 | |
| MAG | 18 | 9 | | 3 | | |
| MITAC | 9 | | 5 | | 2 | |

○모두가 현재로서는 상호간 협조해야 하며, 1달만 더 견뎌내고 HTC(히타치)의 판매가격을 무시하면서, **다른 제조업체의 고객/점유율을 빼앗지 않을 필요가 있다.** 이렇게 하는 것만이 고위급 회의의 노력이 결실을 맺을 수 있는 방법이다. (소갑 제3-31호증)

73  피심인들은 낮은 판매가격에 대해 의문을 제기하고 상호 점검후, 판매가를 재확인하였고, 참가자들은 고객들 요구에 따라 저가로 판매하는 행위를 자제하기로 합의하였다.

○ AOC으로부터의 주문 상황에 의하면, CPT는 오리온의 Mr. 문에게 AOC에게 <u>기존의 CPT 점유율을 빼앗기 위해 CPT의 가격보다도 낮은 가격인 2.00달러를 사용한다고</u> 불만을 강력히 다시 제기했다.
○ CPT는 GVC/KFC/LEO 등과 같은 고객에 대한 SDD/LG의 소극적인 행동과 4월에 최저가격 수준을 준수하지 않은 점에 대해 의문을 제기했다.  <u>SDD의 설명과 LG의 단호한 부인 후에, PH/SDD/LG/오리온의 회의 참석자들은 5월부터 14"MRPII의 최저 가격을 72.00 달러/개로 하는 것에 동의했다.</u>
○ 고객의 발언을 쉽게 믿지 말고, <u>**판매가격 인상 결정을 주저하지 말아야 한다.**</u> 소량의 주문을 확보하기 위해 저가를 견적함으로써 모든 사람들의 노력을 허사로 만들지 않도록 한다.

(소갑 제3-31호증)

74      이 회의는 CDT의 가격, 점유율 및 저가판매금지를 합의하기 위한 다자 실무진급 회의로서 삼성전관의 Mr. Kim D.Y(김▲▲), Mr. 하(하◉◉), LG전자의 Mr. Lim(임ⓛⓛ), 오리온의 Mr. 문(문□□), 필립스의 Mr. 쳉, 중화영관의 리우 이사외 3명이 참석하였다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

⑫ 1997년 5월 16일 다자회의

75      이 회의에서 피심인들은 고객별로 합의가격이 제대로 실행되는지를 점검하였으며, 히타치의 가격인하에 대해 효과적인 공동대응방안을 협의하였다. 또한, 종전 최고 경영진의 합의사항을 성실하게 이행할 것을 합의한 사실이 있다.

○ Mr. Ha는 먼저 고객에게 가격인상을 공지하였다고 재차 언급했[다.]
○ 따라서, Mr. 림은 <u>원래 합의한 최저가는 모든 고객에 대해 15"MPRII-105.0/pc, 14"MPRII-72.00/개의 가격으로서 유지되어야 하고</u>, 1-2개월 동안 다시 시도하여, <u>HTC가 판매가를 인상하도록 지속적으로 설득해야 한다</u>고 생각한다.
○ 리우 이사는 새로운 결의를 내리기 전에 모든 회의 참석자들의 종합적인 의견이 최고 경영진에게 제출되는 보고서에 반영되어야 하며, <u>**모든 사람들이 최고경영진의 본래 결의를 따라야 한다**</u>고 요약하였다.
○ CPT는 회원들의 상호신뢰를 기초로, 모든 회원들의 실행 관련 결의를 분명히 따르는 것을 LG에게 맡겼다. 또한, CPT는 LG에게 상호신뢰에 의한 협력을 강화하기 위해 각 실무진급 회의에 참석하도록 최선의 노력을 해달라고 요청하였다.

(소갑 제3-32호증)

⑬ 1997년 5월 20일 다자회의

76      이 회의에서 피심인들은 최고 경영진회의의 합의사항을 재확인하고, 각 사의 생산량 및 재고현황 정보를 교환하였으며, 한국내 판매가격 인상문제를 논의한 뒤,

14″ 및 15″ 판매가격을 합의하고 회사별 판매가격 격차를 설정한 사실이 확인된다. 중화영관과 필립스는 한국계 회사들의 국내 판매가격 인상을 촉구하였고, 이에 대해 삼성전관은 LG전자와 오리온에 가격인상을 요청한 사실을 확인해 주었고, 낮은 가격을 제시했던 오리온과 LG전자를 공개적으로 비판하였다.

○97년 5/7의 최고경영진 회의의 합의에 따르면: **최저가를 준수할 것, 다른 제조업체의 주문을 받기 위해 가격을 낮추지 말 것**　　　　　　　　　　　　(소갑 제3-33호증)

○또한, 한국 제조사의 가격이 인상되지 않았기 때문에 CPT/HP는 14″/15″ CDT의 한국의 국내 시장의 판매가에 대해 불평했다. Mr.나는 SDD가 이미 자사의 모든 고객들에게 가격인상을 주장한 상태이며, 또한 LG/오리온에게도 합의된 가격 이상의 수준으로 가격을 인상하여 가격 요청을 따라 줄 것을 요구하였다
○MR.나는 현재 가장 큰 문제를 발생시키는 고객은 오리온/LG이며, 오리온의 가격은 최저라고 했다
○Mr. 나는 ... LG의 다른 사람들에게 15″에 대해 48KMZ-100 달러를 요청하고, 64KMZ-103 달러를 유지해 달라고 했다.　　　　　　　　　　　　　　　　(소갑 제3-33호증)

77　　　　또한, 피심인들은 14″와 15″의 최저가격 및 고객 규모별 판매가격을 합의하고, 중화영관과 삼성전관/필립스간 15″CDT 가격격차를 3달러로 설정하기로 하였다. 이는 중화영관이 15″ CDT시장에서의 점유율을 지키기 위해서 같은 해 5. 9.자 회의에서 합의된 사항을 재확인한 것이다.

○14″CDT: 최고경영진 회의의 결정에 따라 **기존에 합의한 바를 유지: 14″ MPRII-72.00달러/pc**
○15″MPRII:
　- **주요 고객 -97년 5월 100.00 달러/개, 97년 6월: 100달러/개**
　- **중간 및 소규모 고객 -97년 5월: 102.00달러/개, 97년 6월: 102달러/개**
○**CPT 와 SDD/PH 간의 가격차**는 최고경영진 회의의 결의에 따라 **3달러/개**로 유지될 것이며 더 이상 논의되지 않을 것이다.　　　　　　　　　　　(소갑 제3-33호증)

78　　　　이 회의는 삼성 SDI의 Mr. 나(나♡♡), Mr. 하(하◉◉), 필립스의 Mr. 송 외 1명, LG전자의 찰스 루, 중화영관의 치-춘 리우, 웬-춘 쳉, 칭-위엔 두 등이 참석하였다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

　⑭ 1997년 6월 5일 양자회의

79　　　　이 회의에서 이전 가격합의의 이행내용을 점검하고 합의사항을 이행하지 않는 피심인을 확인한 후, 협력확보방안을 논의하였다. 또한, 중화영관 참석자들은 한

국 CRT 제조사들이 합의내용대로 한국내에서 가격을 인상하지 않은 사실이 자신들에게 피해를 미쳤다고 불만을 표시하고 한국시장내 가격인상을 촉구한 사실이 있다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

---

○그러므로 그들은(삼성전관) CPT에 가격 합의를 계속해서 지지해 줄 것을 요청하였고 어려움을 타개하기 위해 CPT의 입장을 이해하고 CPT를 도울 용의가 있다고 밝혔다.
○오리온은 경쟁을 위해 계약보다 더 낮은 가격을 제시하고 CPT로부터 상당한 주문을 가져 갔다. ... LG 또한 수시로 계약보다 낮은 가격을 이용하여 주문을 가져 갔다. HEDS의 14'' CDT 예상 생산현황은 불분명하다.
○SDD 손 사장은 회의를 다시 한번 갖자고 제의하였고 향후 논의에 관련된 인사들을 초대하였다.　　　　　　　　　　　　　　　　　　　　　　　　　　　　(소갑 제3-34호증)

---

○한국 현지 14''/15'' CDT 가격은 동시 상승할 수 없었고 이는 대만 제조사들의 경쟁우위만 약화시켰다.　　　　　　　　　　　　　　　　　　　　　　　　　　　(소갑 제3-34호증)

---

⑮ 1997년 7월 8일 양자회의

80　　　　　피심인들은 14인치 CDT가격 및 수량에 대하여 양사는 경쟁을 자제할 것, 주요 고객 및 소규모 고객간에 가격격차를 둘 것과 고객들이 낮은 가격을 제시할 때 서로 확인할 것에 대해 합의하였고, 15인치 CDT도 중화영관측은 삼성전관에 자신의 판매가가 삼성전관, 필립스, LG전자와 이전 합의대로 차이가 나지 않는다는 사실을 확인해 주고, 삼성전관의 가격과 맞추기 위해 가격조정을 할 것을 합의하였다. 이 회의는 삼성전관의 하●●, 중화영관의 칭-위앤 두, 링-윤 쳉 등 참석하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

---

○하 사장은 14"의 SDD 현재 가격이 전적으로 CPT 가격을 따른다고 하였다. 그는 14"CDT의 양/가격에 대해 CPT와 SDD가 경쟁할 필요가 없다는 데 합의하였다. 왜냐하면, 양측간의 경쟁은 서로에게 출혈을 초래하는 동시에 주문량/시장점유율은 증가하지 않을 것이기 때문이다.
○미화 62.00/pc (MPRII)에 가격을 유지시키자는 CPT의 제안에 대해 하 사장은 협조할 의사를 나타냈다. 동시에, 그는 또한 주요 고객 및 소규모 고객간에 가격 격차가 필요하다는 점에 동의하였다.
○삼성이 가격에 관해 비슷한 조치를 취하는 데 합의했기 때문에 우리는 이를 따라야 한다. 또한, 우리가 서로의 가격에 대해 의심을 갖고 있다면 우리는 고객들이 우리를 속이는 것을 막기 위해 서로에게 확인해야 한다.　　　　　　　　　　　　　(소갑 제3-35호증)

---

○CPT는 CPT의 15"의 현재 판매가가 SDD/PH/LG 등과 차이가 나지 않는다고 Mr. Ha 에게 다시 설명하였다. (미화 1~2.00/pc)
○이와 더불어, CPT는 자신의 15" CDT 가격을 SDD와 맞추기 위해 1~2개월 내에 가격조정을 할 것이다　　　　　　　　　　　　　　　　　　　　　　　　(소갑 제3-35호증)

⑯ 1997년 7월 18일 양자회의

81        이 회의에서 양사는 당시 시장에서의 14〞, 15〞CDT 가격에 대한 소문의 진위를 상호 확인하고 새로운 판매가격에 합의하였다. 우선, 14〞CDT와 관련, 삼성전관의 하●●은 중화영관과 공동으로 시장가격을 주도하기로 하였으며 이후 양사는 주요고객과 기타고객에게 적용할 가격을 합의하였고, 각 사는 합의내용이 성실히 이행되도록  해외 자회사에도 합의사실을 전달하기로 합의하였다.

> ○Mr. 하는 **14" CDT의 시장가격이 CPT/SDD에 의해 공동으로 주도될 수 있을 것이라고 동의하였다.**
> ○ 양 측은 **14" CDT의 가격이** 다음과 같이 하기로 동의하였다:
> 주요 고객: 브랜드 P/ 브랜드 A/ 브랜드 L: <u>60.00/pc</u>, 기타: <u>62~64.00/pc</u>
> ○리우 이사는 Mr. 하에게 가격 유지에 대한 CPT의 진정성과 **오늘의 결론을 본사/말레이시아 공장/홍콩 지점에 전달**해서 그들이 확실히 따를 수 있도록 해달라고 요청하였다.
>
> (소갑 제3-36호증)

82        그리고 15〞CDT와 관련, 양사는 기준규격(64KHZ/MRPII)을 기준으로 세부사양에 따라 발생하는 가격차를 상호 비교함으로써 합의가격대로 실행이 이루어지도록 한 사실이 있으며, 필립스와 협력하여 최저가격을 90달러로 설정하기로 합의하였다.

> ○양 측은 다시 **다양한 튜브 타입의 가격 격차**는 다음과 같다고 명확히 하였다.
>
> | Base: 64KHZ/ MRPII | CPT | SDD |
> |---|---|---|
> | ASC없음 | -2.00 | -2.00 |
> | 코일없음 | -2.50 | -2.00 |
> | 48KHZ | -2.00 | -2.00 |
> | Glare[25] | -2.00 | -2.00 |
> | 합계 | -8.50 | -8.00 |
>
> ○<u>SDD/PH/CPT가 협력하는 한, 15" CDT 최저가격은 USD 90.00/pc를 유지할 수 있을 것이다.</u> CPT는 이러한 노력에 협력하도록 PH에게 다시 연락할 것이다.          (소갑 제3-36호증)

83        이 회의는 14〞, 15〞CDT가격 및 생산량 합의 목적으로 삼성전관의 하●● 외 2명과 중화영관의 치-춘 리우, 칭-위앤 두가 참석하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

---

25) "컴퓨터 모니터는 TV와 달리 가까운 거리에서 보게 되는 관계로 인체에 미치는 규격들이 더 세분되어 있습니다. 유리 앞부분에 아무 액체도 안 바른 상태를 Glare라고 합니다. 그 위에 코팅처리를 한 것이 Non-Glare 라고 하고 코팅처리를 한 유리가 장착된 CDT가 고가입니다"(소갑 제2-1호증 답6)

⑰ 1997년 8월 1일 양자회의

84          이 회의에서 양사는 공장의 생산량 및 고객별 판매량 현황자료를 교환하였으며, 카르텔회의의 비밀유지를 위한 방안에 합의하였다. 이 사실은 중화영관의 '방문보고서'에 의해 확인된다.

> ○서로 간의 정보교환을 유지하기 위해 우리는 <u>계속해서 연락책을 유지해야만 한다.</u> 그러나 경쟁이 너무 치열해져서 조심스럽게 대응하는 것을 제외하고 우리는 <u>오직 구두로만 정보를 교환하고 어떠한 서면 정보도 제공해서는 안될 것이다.</u>          (소갑 제3-37호증)

⑱ 1997년 8월 18일 양자회의

85          피심인들은 각 사의 전세계 공장의 생산량자료 및 생산라인 전환계획을 교환하였고, 이전 합의사항의 이행여부를 점검하였다. 구체적으로 참석자들은 시장 또는 고객으로부터 입수한 상대방 판매가격 정보의 진위여부를 직접 확인하였다. 삼성전관의 삼성전자향 판매가격과 관련, 삼성전관은 삼성전자와의 거래가격은 시장가격보다 2~3% 저렴하다는 점을 확인해 주었다. 회의참석자는 삼성전관의 나♡♡외 3명과 중화영관의 치엥-위앤 린 외 2명이고, 이러한 사실은 중화영관의 '방문보고서'에 의해 확인된다.

> ○SDD의 14 "/15" CDT 현재가격이 각각 USD 58.00/pc와 USD 84.00/pc 수준의 저가라는 점에 대한 신뢰할 수 있는 증거를 고객들로부터 확인하였다고 CPT가 주장하자, Mr. 나는 자사의 현재 14 " CDT 최저가가 USD 59.00/pc라고 대답하였다. <u>CPT는 리우 이사가 7월에 SDD를 방문했을 때 Mr. 하가 최저가인 USD 60.00/pc를 강력히 사수하겠다고 약속하였다는 점을 지적하였다. 설사 시장 상황의 변화로 인해 최저가 조정이 필요했더라도 가격 검토를 위해 CPT에 이를 통보했어야 한다고 하였다.</u>
> ○15" CDT 가격이 USD 84.00/pc라는 점에 대하여 Mr. 하는 그런 가격을 제안한 사실이 없다고 강력하게 부인하였다. Mr. 하는 그 가격은 라이트온이 요청한 가격일 뿐이며 SDD는 그들의 요청을 수락하지 않았다고만 말하였다.          (소갑 제3-38호증)

> ○린 사장은 Mr. 나에게 **내부 거래에서 쓰이는 가격**을 알려달라고 요청하였다. 그러자 Mr. 나는 마케팅 가격보다 **약 2~3% 정도 저렴**하다고 말하였다.          (소갑 제3-38호증)

⑲ 1997년 10월 9일 다자회의

86          피심인들은 특정규격의 CDT제품이 과잉 공급됨으로써 가격인하요인이 되

- 43 -

고 있는지를 점검하기 위해, 당시 전세계 생산라인별 생산량 현황 및 라인전환계획 정보를 교환한 사실이 있고, 당시 회의에서 피심인들은 시장상황을 점검한 후 규격별로 최저가격을 상호 확인하였다. 또한, 대규모 고객과 소규모 고객과의 가격격차를 두기로 합의하고, 최고 경영진의 결정사항에 따라 추가 인하는 없음을 함께 확인하였다. 이는 중화영관의 '고객접촉보고서' 등에 의해 확인된다.

> ○ (14") 최저가격은 현재 USD58.00/pc이다. 가능하다면, USD1-2/pc 정도 인상될 것이다. 그러나, 15" CDT와의 가격 격차에 따라 결정되어야 한다. PH Mr. 린은 그들의 현재 14"/15" CDT 최저가격이 USD57.00/79.00이나, **최고 경영진이 이미 14"/15" CDT에 대한 추가 인하는 없는 것으로 결정했다고 말했다.** 또한, 그는 **14" CDT 가격은 USD58.00/pc 이상으로 조정될 것**이라고 했다.
> ○ 15"에 관해서는, 3개 제조업체에 대한 현재 최저가격은 USD78-80/pc 정도이다. SDD는 최저가격을 USD 80.00에서 유지하고 싶다고 주장했다. ... 또한, 그들은 추가인하도 하지 않을 것이다.
> ○ 17" CDT 판매가격: 현재, PH의 최저가격은 USD170.00/pc이며, SDD의 최저가격은 USD175.00/pc이다.                                                      (소갑 제3-39호증)

 

   ⑳ 1997년 10월 20일 양자회의

[87]           이 회의는 CEO가 직접 참석한 양자회의로서, 보다 긴밀한 협력을 통해 가격인하를 막기 위해 경쟁을 자제하고 생산량을 통제하여 이익을 극대화하자는 원칙에 합의하였다. 동 원칙이 이행되기 위하여 실무진급에서 고객에 대한 일관성 있는 통지를 포함하여 긴밀하게 협조하기로 한 사실이 확인된다. 이 회의는 14″, 15″ CDT 가격경쟁자제 및 가격합의를 위해 삼성전관의 CEO인 손 ⓒ 사장, 김▲▲, 하◉◉ 등과 중화영관의 CEO인 치엥-위안 린, 치-춘 리우, 셍-젠 양, 칭-위앤 두가 참석하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> ○ 사장 린은 **모두가 함께 가격 인하를 중단할 좋은 기회라고 강조**하였다.
> ○ CDT 제조사들은 더 이상 가격을 인하할 능력이 없으며 내년도 가격을 안정화 하기 위하여 확실히 **내년에 가격을 인하하지 않을 것이라는 분명한 메시지를 제품 공급처 및 모니터 제조사에게 전달**할 필요가 있다.
> ○ 우리 각각이 가격을 내리고 출혈 경쟁을 하는 것보다는 **모두가 협력하여 생산량을 통제하는 것이 보다 바람직하다.** 보다 건강하고 수익성 있는 사업을 추구하기 위하여 가격 유지.
> ○ 의사소통을 강화하기 위해 **보다 많은 상호 방문을 마련**
> ○ 현재의 가격인하 경쟁에서 고객의 수요를 증가시킬 방법은 없으며 협력이 양측에 이득이라는 상황에 관한 사장 린의 광범위한 설명 때문에, SDD의 CEO 손은 그 자리에서 **가격의 하한선을 강력히 지키는데 동의**하였다. 그는 또한 모두에게 의사소통을 보다 많이 하고 전적으로 협력할 것을 부탁하였다.                                   (소갑 제3-40호증)

㉑ 1997년 10월 30일 다자회의

88              이 회의는 가격인하행위를 하는 히타치를 공동으로 견제하는 한편, 가격합의를 효과적으로 이행하기 위해 중화영관이 삼성전관과 필립스를 초대하였음을 알 수 있다. 구체적으로, 피심인들은 고객들에게 견적가를 제시하기 전에 사전에 상호 조정하기로 한 사실이 있고, 이전회의에서 합의한 14″ 최저가격 58달러, 15″ 최저가격 75달러를 유지하려는 의사를 상호 확인하였다. 회의참석자는 삼성전관의 하◉◉, Mr. 이(이ΦΦ), 필립스의 Mr. 송, 중화영관의 치-춘 리우, 셍-젠 양, 칭-위앤 두이다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

---

○**상호간 "가격 유지"에 대한 신뢰를 강화하고, 상호간 생각 및 방법을 이해**하기 위해, CPT는 SDD 타이페이에서 열린 회의에 PH/SDD 등을 초대하였다.
○CPT는 SDD에게 중소규모 고객들에게 가격을 제시하기 전에, 미리 CPT와 검토하고 CPT 가격을 참고가격으로 사용해달라고 요청했다.        (소갑 제3-41호증)

---

○SDD는 현재 **14" CDT의 최저가** 책정을 담보하기 위해 15" MPRII 가격이 **USD75.00/pc** 밑으로 내려가서는 안 된다고 믿고 있다.
○그들은 〔14"의〕 최저가 **USD58.00/pc**를 고수할 것이다.        (소갑 제3-41호증)

---

㉒ 1997년 11월 21일 다자회의

89              이 회의는 시장 소문을 상호 확인한 후 익월 판매가격 합의와 고객들에게 공급부족으로 가격이 인상될 것임을 함께 통지하자는 합의하기 위해 참석하였다. 우선, 피심인들은 빈번한 접촉을 통해 판매가격을 사전에 체크할 것에 합의하고 14″ 가격을 개당 58달러로 유지할 것을 합의하고, 가격유지를 위하여 공급부족인 것처럼 고객들에게 통지하기로 하였는데 CDT 제조사별 생산계획을 추산한 자료에 따르면 실제로 24개 생산라인이 가동될 예정이나 이를 축소한 21.5개 라인만이 가동되는 것처럼 고객에게 통지하여 판매가격 하락을 막기로 합의하였다.

---

○현재의 가격 결정에 대한 소문과 관련하여, **참석자들은 자주 접촉하고 고객들에게 기만당하지 않기 위해 모든 부문을 체크할 것에 합의**했다.
○모든 제조업체들이 **14"의 가격을 58.00 달러/개로 유지하는 것에 동의**했다.
        (소갑 제3-43호증)

---

> ○CPT 5개 라인 (5.5 라인 이어야 함),          SDD: 4개 라인
> PH: 2개 라인(3개 라인이어야 함),          오리온: 1개 라인
> LG: 2개 라인(US Zenith 에 0.5 개 라인이 있으며 영국에서 98년 7월에 1개 라인을 가동
> 할 것임)
> HEDS: 2개 라인,      도시바: 2개 라인,      MEC: 1개 라인,
> 소니: 2개 라인,      NEC: 0.5개 라인(TECO의 0.5개 라인이 추가될 것임)
> 합계: 21.5 라인(실제로는 24개 라인이어야 함)          (소갑 제3-43호증)

> ○모든 제조업체들은 **14″/15″는 내년에 가격 유지를 위해 공급부족 상황이 발생할 것이라
> 고 모니터 제조업체에게 발표하는 것에 동의했다.**
> ○가격이 자동으로 하락하는 것을 예방하기 위해 공급 물량이 지극히 빡빡할 것이라고 고
> 객에게 알릴 수 있어야 한다.          (소갑 제3-43호증)

*90*　　　　　이 회의는 같은 해 12월에 적용할 CDT가격합의를 위해 삼성전관, LG전자, 필립스, 중화영관 4개사의 임직원들이[26] 참석하였다. 회의참석자는 삼성전관 대만지사의 하●●, LG전자의 Mr. 박 J.M.(박●●), 필립스의 시우-리 린, 중화영관의 치-춘 리우, 셍-젠 양, 칭-위앤 두이다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.


(4) 1998년도 경쟁자간 회합


<표 20>　　　　　　　　1998년도 CDT 카르텔 회의개요

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 1998.1.5. | 14"-15" CDT 가격격차유지 | 중화, SDI | 소갑 제3-44호증<br>심사보고서 843쪽 |
| 2 | 1998.1.14. | 최저가격(14": $58, 15": $73~74),<br>감시시스템 구축 | ①중화, SDI/<br>②중화, 도시바 | 소갑 제3-45~6호증<br>심사보고서 852쪽,<br>861쪽 |
| 3 | 1998.1.19. | 17" CDT 가격인상 | 중화, 마쯔시다 | 소갑 제3-47호증<br>심사보고서 870쪽 |
| 4 | 1998.3.4. | 생산량 감축<br>/최저가격(14": $53, 15":$65) | ①중화, LG/<br>②중화, SDI,<br>필립스, 오리온 | 소갑 제3-48~9호증<br>심사보고서 879쪽,<br>891쪽 |
| 5 | 1998.3.25. | 인하폭($0.5~1.0/pc), 가격안정화 | 중화, SDI | 소갑 제3-50호증<br>심사보고서  900쪽~<br>902쪽 |
| 6 | 1998.3.30. | 가격 가이드라인(14": $50, 15": $63) | 중화, SDI, LG,<br>오리온 | 소갑 제3-51호증<br>심사보고서 912쪽 |
| 7 | 1998.4.14. | 생산량 감축, 가격유지 | 중화, SDI | 소갑 제3-52호증<br>심사보고서 920쪽 |

---

26) 이 회의의 증거자료상 카르텔 회의에 참석한 회사명은 정확히 확인되나, 구체적인 참석자는 확인되지 않는 경우가
있어 이 의결서상 참석자 이름 없이 참석 회사명만 기재된 것은 이러한 연유에서이다.

| 8 | 1998.5.18. | 판매가격(14": $ 46, 15": $56) | 중화, 오리온 | 소갑 제3-53호증<br>심사보고서 928쪽,<br>932쪽 |
|---|---|---|---|---|
| 9 | 1998.6.1. | 생산량 감축, 가격하락 방지 | 중화, SDI, 오리온 | 소갑 제3-54호증<br>심사보고서 942쪽~<br>943쪽 |
| 10 | 1998.7.9. | 공조체계 유지의사 확인 | 중화, LG | 소갑 제3-55호증<br>심사보고서 956쪽 |
| 11 | 1998.7.18. | B급판매중단, 1차·2차 가격인상,<br>주요-기타거래선별 차등가격적용,<br>생산량 감축, 합의이행 점검체계 가동 | 중화, SDI, LG,<br>오리온, 필립스 | 소갑 제4-1호증, 2738쪽<br>소갑 제2-2호증 344쪽 |
| 12 | 1998.7.31. | 17" 25% 감산, 가격 $93유지 | 중화, SDI, LG,<br>오리온, 필립스 | 소갑 제4-2호증<br>심사보고서 2741쪽 |
| 13 | 1998.8.21. | 가격인상합의 실행확인,<br>SDD->SEC향 판매가격인상 확인 | 중화, 히타치 | 소갑 제3-56호증<br>심사보고서 967쪽,<br>969쪽 |
| 14 | 1998.9.2. | 14", 15", 17" 생산량 감축<br>및 가격인상계획 | 중화, SDI, LG,<br>오리온, 필립스 | 소갑 제4-3호증<br>심사보고서 2746쪽 |
| 15 | 1998.10.9. | 감산일수 및 이행점검방안 | 중화, SDI, LG,<br>오리온, 필립스 | 소갑 제2-2호증 346쪽<br>소갑 제4-5호증<br>심사보고서 2751쪽 |
| 16 | 1998.10.20. | 판매가격(14" 가격유지, 17" 가격인상) | 중화, SDI, LG,<br>오리온, 필립스 | 소갑 제4-6호증<br>심사보고서 2760쪽 |
| 17 | 1998.11.4. | 생산량 감축이행 점검방안 | 중화, SDI, LG,<br>오리온, 필립스 | 소갑 제4-7호증<br>심사보고서 2764쪽 |
| 18 | 1998.11.23. | 현행 판매가격 유지 | 중화, SDI, LG,<br>오리온, 필립스 | 소갑 제4-8호증<br>심사보고서 2767쪽 |
| 19 | 1998.11.<br>28~29. | 17" 판매가격 $5 인상 | 중화, SDI, LG, 오리온,<br>타이CRT | 소갑 제4-9호증<br>심사보고서 2769쪽 |

① 1998년 1월 5일 회의

91   이 회의에서 피심인들은 우선 14″와 15″CDT 가격격차 유지 필요성에 대해 이전 회의에 이어서 논의하였는데, 그 이유는 두개 규격 제품 가격이 좁혀질 경우 14″ 수요가 15″로 이동하여 이익이 감소하기 때문이었음을 알 수 있다.  또한, 한국 수요자인 삼성전자에 대한 판매가격과 관련하여 삼성전관은 낮은 가격으로 공급된 사실이 없음을 중화영관측에 확인해 주었다. 회의참석자는 삼성전관의 하●● 외 1명과 중화영관의 치-춘 리우, 셍-젠 양, 링-윤 쳉이고 이러한 사실이 중화영관의 '고객접촉보고서'에 의해 확인된다.

○SDD는 14"/15"의 가격 격차가 미화 10.00 달러로 좁혀지면, 14" 상당량은 불가피하게 15"로 이동할 것이다. 그때가 되면 시장 전체가 변화를 적극적으로 초래할 것이다. (소갑 제3-44호증)

> ○한국 원화의 상당한 평가절하로 한국 제조업자들이 저가 덤핑을 시작하였다는 소문과 관련하여. <u>SDD는 현재 주문 상황은 양호하며 가격을 급히 인하할 필요는 없다고 하였다.</u> <u>SEC의 경우 많은 CDT가 TSB를 통해 수입되면서 달러 결제를 해야 하므로 수입가가 아직 높다.</u> 따라서, SEC는 가격을 대폭 인하할 수 없었고, SEC가 제품을 덤핑하였다는 말은 없었다. (소갑 제3-44호증)

② 1998년 1월 14일 두 차례의 양자회의

*92*    이 회의에서 삼성전관의 이△△은 중화영관 링-윤 쳉에게 주문량 감소로 인한 가격인하 가능성을 문의하였고 중화영관측은 이전 합의가격유지 의사를 확인하였다. 같은 날짜에 도시바의 하마노, 오시마, 양-창 리와 중화영관의 치엥-위안 린, 칭-위앤 두는 CDT 제조업체간 공통된 가이드라인을 만들고 감시시스템을 구축하는 방안에 대해 논의하였다. 이러한 사실은 중화영관의 '고객접촉보고서'의 내용으로부터 확인된다.

> ○[이△△] 부부사장(assistant vice president)은 1998년 1월의 CPT[중화영관]의 14 "의 주문량 감소로 인한 가격하락에 대해 우려를 표시했다. 우리는 현재로서 <u>14" CDT 의 가격</u>을 낮추기 위한 행동을 취하지 않고 있으며 <u>최저가를 미화 58달러로 유지할 것이라고</u> 대답했다. 양측이 합의할 수 있기를 희망한다. <u>15"의 가격</u>은 미화 74~75 달러에서 <u>미화 73~74 달러로 낮출 계획</u>이다. (소갑 제3-45호증)

> ○바로 그러한 점 때문에 그는 이번 방문에서 <u>국제 CDT 산업 협회를 조직하자는 제안</u>을 하게 되었다. ... 회원들은 각 위 회의에 참석하고 시장 여건에 적합한 공통된 가이드라인을 마련하며, 각 회원의 <u>실제 행위를 감시하는 감시 시스템을 마련하기 위해 한국, 일본, 대만에 대표를 상주시켜야만 한다.</u> (소갑 제3-46호증)

③ 1998년 1월 19일 양자회의

*93*    이 회의에서 피심인들은 이전 합의내용에 따라 히타치를 제외한 CDT 제조업자들이 같은해 1월 16일부터 17 ″CDT 가격을 인상하였음을 확인하였다. 또한, 중화영관은 다른 CDT 제조업체들이 일본제품과 동일한 가격으로 인상하는데 합의할 경우 이에 따를 것임을 확인한 사실이 있다. 이 회의는 마쯔시다의 헤위안 외 2명과 중화영관의 치-춘 리우, 셍-젠 양이 참석하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> ○누군가가 사소한 장난을 쳐도 수요가 여전히 강하면 이는 전반적인 상황에 영향을 미치지
> 않을 것이다. 독립적으로 행동하는 히다치 싱가폴을 제외하고 **일본, 한국 및 중국 제조업자
> 는 모두 이 시기에 17"의 가격을 인상하였다.**
> ○모든 이들이 합의에 달하는 한 결론이 CFMed(confirmed)라면 CPT는 확실히 이를 따를
> 것이다.                                                              (소갑 제3-47호증)

④ 1998년 3월 4일 양자회의 및 다자회의

94        피심인들이 공급과잉이 심각한 시장상황을 개선하기 위해 생산통제 합의 및
합의내용 감시에 의해 해결되어야 하며, 향후 보다 많은 회합을 개최하여 가격관련
불확실한 사항은 사전에 확인할 것을 합의한 사실이 확인된다. 이 회의는 CDT 가격
안정화 방안을 논의하기 위해 LG전자의 Mr. 조(조㉠㉠) 외 4명과 중화영관의 치-춘
리우 외 2명이 참석하였다. 이는 중화영관의 '고객접촉보고서'로부터 확인된다.

> ○CDT 사업의 현 상황이 매우 어려우며, 전반적인 시장 공급과잉이 심각하며, **가격 하락의
> 문제가, 오로지 모두가 생산통제 합의에 의해 철저히 해결되어야 한다**고 말하였다 (... 합
> 의된 생산 통제에 엄격한 감독 없이는 효과가 없을 것이라고 설명하였다.)
> ○Mr. 조는 <u>향후 보다 많은 접촉 및 정보 교환을 하기로 희망</u>한다고 말했으며, <u>시장에서 루
> 머가 있다면 상호 확인될 수 있을 것</u>이라고 말하였다.                    (소갑 제3-48호증)

95        같은 날에 삼성전관의 나♡♡ 외 3명, 필립스의 정 린, 오리온의 문□□, 중
화영관의 셍-젠 양 외 2명은 다자회의를 갖고 CDT 가격합의를 하였다. 피심인들은 고
객요구, 시장수급상황 등을 점검한 뒤 공동으로 적용할 14″, 15″, 17″CDT 판매가격
과 관련하여 협의한 사실이 있다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

> ○14"/15" CDT 가격에 관한한 Mr. 나는 참석자들이 다음의 가격을 최저가로 사용해줬으면 한
> 다고 말했다.
> **14″ - USD 53.0/pc                    15″ - 65.0/pc**
> ○ Mr. 나는 SDD와 LG가 USD 130.0/pc를 유지할 수 있기를 희망하였다. (소갑 제3-49호증)

⑤ 1998년 3월 25일 양자회의

96        중화영관은 원화의 평가절하로 한국 모니터 제조업체들의 가격경쟁력이 향상
됨에 따라 대만 모니터 제조업체로부터의 CDT 공급가격 인하 압력이 거세질 것을 우
려하였다. 이 회의에서 삼성전관의 Mr. 나는 CDT 제조업자들이 모두 합심하여 인하폭

을 줄일 것을 제안하였으며, 중화영관은 삼성전관이 삼성전자에게 판매하는 수량의 일부를 자신에게 이전해주기를 희망하고 가능성에 대해 협의한 사실이 있다. 이로부터 삼성전관의 삼성전자향 판매비중은 시장상황 및 공급가격에 따라 가변적임을 알 수 있고, 경쟁자간 주문량 조절의 목적이 경쟁의 회피와 가격인하방지에 있음을 알 수 있다.

97      끝으로, 피심인들은 같은 해 4월 중순 양사의 CEO간 회합과 같은 해 3월 30일 양사를 포함하여 필립스, LG전자 실무진급이 모이는 다자회의를 개최하는데 합의하였다. 이 회의는 CDT 제조업자들간 효과적인 공동행위 실행방안을 논의하기 위해 삼성전관의 나♡♡ 외 1명과 중화영관의 치-춘 리우, 셍-젠 양, 칭-위앤 두가 참석하였다. 이는 중화영관의 '고객접촉보고서'로부터 확인된다.

> ○한국 원화의 평가절하로 인해 한국 모니터 생산업체들의 경쟁력이 향상되어 ... 타이완 제조업체들은 ... 한국 모니터 제조업체들에 대한 경쟁력 유지를 위해 가격을 USD60.0/pc 수준으로 낮추기 위한 고객들의 지속적인 압박이 있을 것으로 보인다.
> ○Mr.나는 계속적인 CDT 가격 인하 압력이 있지만 **모두 합심해서 인하 폭을 약 USD 0.5~1.0/pc로 맞추어** 영업이 더욱 힘들어 지지 않도록 할 수 있도록 희망한다고 말했다.
> (소갑 제3-50호증)

> ○리우 이사는 <u>SDD가 주문량의 5%를 (SEC의 주문을 이전) CPT에 이전할 수 있다면</u> 즉, (즉, SDD의 생산라인 부하율이 약 75% 수준으로 떨어짐), CPT는 좀 더 좋은 가격에 공급할 수 있다. 이러한 방식으로, CPT의 생산라인 부하율이 증가하게 되면 <u>현 시장에서 수주 확보 경쟁을 할 필요가 없어진다. 또한 이는 전반적 가격 수준 안정화에 기여할 것이다.</u>
> (소갑 제3-50호증)

> ○<u>SDD의 손 회장이 4월 중순 타이완을 방문할 예정이다. 4/20 주중에 시장 정보 및 산업현황에 대해 의견을 린 회장과 의견을 교환할 수 있는 자리가 마련될 수 있기를 희망한다.</u>
> ○또한, <u>PH/LG/CPT/SDD 등의 실무진이 시장 상황 및 가격 수준에 대한 의견 교환을 위해 3/30/'98, 2:00 pm에 SDD의 타이페이 사무소에 와 달라는 초청을 받았다. 가격 수준에 대한 공통의 이해가 도출될 수 있도록 기대한다.</u>
> (소갑 제3-50호증)

⑥ 1998년 3월 30일 다자회의

98      이 회의의 개최목적은 CDT 가격에 대한 의견을 교환한 뒤 CDT 가격경쟁을 자제하고자 함이었다. 이 회의에서 참석자들은 중화영관과 다른 참석자의 가격격차를 14″는 2달러, 15″는 3달러로 줄이자는 합의 및 14″와 15″의 최저가격을 각각 50달러, 63달러로 하자는 논의를 하였다. 이 회의에서 삼성전관, LG전자, 오리온, 중화

영관 등 4개사는 대만 삼성전관 회의실에서 다자회의를 갖고 CDT 제품 가격합의를 하였다. 각 사별 참석자는 삼성전관 대만지사의 Mr. 나♡♡, Mr. 하◉◉ 외 1명, LG 전자 대만지사의 Mr. 임ⓛⓛ 외 1명, 오리온의 Mr. 문□□, 중화영관의 셍-젠 양 외 1명 이었다. 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

---

○시장 현황과 CDT 가격에 대한 의견을 교환하고, **과열된 가격 경쟁으로 인하여 CDT 가격이 과도하게 하락하는 것을 피하기 위해서 4월 가격 결정 가이드라인을 함께 마련**하고자 CPT/PH/LG/오리온 및 기타 관련 인사들을 초대하였다.

○**가격 격차를 USD 2.00/USD 3.00로 조정**하여 14''/15''를 줄이자는 CPT의 제안은 모두로부터 환영 받았다. SDD 또한 실행 사항을 따르겠다고 약속했다.  Mr. 하는 SDD가 4월 14'' 가격을 USD 50.00/pc 이상으로, 15'' 가격은 USD 63.0/pc로 유지하길 원한다고 말했다.                                                               (소갑 제3-51호증)

---

⑦ 1998년 4월 14일 양자회의

*99*            이 회의는 대만에서 삼성전관 본사의 손 ⓒ 대표이사, 나♡♡ 대만지사장 외 4명과 중화영관의 치엥-위안 린 대표이사를 비롯한 4명이 CDT 가격합의의 원칙을 재확인하고 공조를 강화하기 위해 최고위급 양자회의로서 당시 회의에서 각 사의 대표이사들은 공동으로 생산량을 감축하여 가격을 유지하기로 다음과 같이 합의하였다. 또한, 증거자료 기재내용으로부터 이 회의가 개최된 1998년 4월 14일주 토요일에 한국의 CDT 제조업체들인 LG전자, 오리온이 가격합의를 위해 한국에서 다자회의를 개최하기로 한 사실도 확인되고 삼성전관 나♡♡의 발언내용에서 삼성전관 대만지사는 본사의 지시에 따라 경쟁사와 합의한 내용을 이행하였음을 알 수 있다. 당시 중화영관 참석자가 회의내용을 정리한 '기밀'이라고 적힌 '방문보고서'에 의해 확인된다.

---

○비수기에 만약 여러 **CDT 제조사들이 협력하여 공정하게 가동율을  낮춰 시장 수요에 맞춘다면 가격 유지에는 문제가 없을 것이다.** 그러나 모두가 가동율을 올리는 문제만 생각한다면 일부는 분명 존속할 수 없을 것이다. 또한 가격 전쟁을 피하는 것도 불가능할 것이다.
(소갑 제3-52호증)

---

○CEO 손은 현재 시장상황을 논의하여 모두가 이익이 되도록 동일한 CDT 가격을 형성하는 방법을 찾기 위해 이번 토요일 LG/ 오리온 등을 초청할 것이라고 말하였다.
(소갑 제3-52호증)

---

○**또한 나 사장은 가격 수준 유지에 최선을 다하기 위해 자신이 대만으로 발령 받은 것이라고 말하였다.** 그는 린 사장과 매월 식사 모임을 가지고 시장 상황에 대한 견해를 논의하고 의견을 교환할 수 있기를 희망하였다.               (소갑 제3-52호증)

---

⑧ 1998년 5월 18일 양자회의

100      이 회의는 전 주의 화요일에 중화영관, 필립스, 삼성전관이 회합을 갖고 14″, 15″ CDT 판매가격을 각각 46달러와 56달러로 합의하였음을 알 수 있다. 또한, 피심인들은 합의내용을 지키기로 확인하고 이탈시 상호 사실여부를 확인하는 등 점검체계를 마련하기로 하였다. 회의참석자는 오리온의 문□□, Mr. 강(강㉣㉣)과 중화영관의 치-춘 리우, 셍-젠 양, 칭-위엔 두이고, 이는 중화영관의 '고객접촉보고서'에 의해 확인된다.

> ○이사 리우는, 지난 화요일 CPT 사장 린 / PH Mr. David Zhang / SDD Mr. 나 간의 회의의 결과에 따르면, 14"/15" CDT의 가격 인하는 없을 것이며, 5월에 가격은 다음과 같이 엄격히 유지될 것이라고 설명하였다: **14" MPRII: USD 46.0/pc, 15" MPRII: USD 56.0/pc** (대형 고객에게 특별가가 이미 제공되었다면, 그러한 가격은 유지되어야 하며, 어떠한 추가적인 가격 인하도 없어야 한다).                    (소갑 제3-53호증)

> ○따라서 가격을 유지하는데 대한 진정성을 가져야 한다. 만약 오리온이, SDD/PH가 결의를 위반하고 비밀리에 저가로 경쟁하고 있다는 사실에 대해 고객으로부터 듣는다면, CPT에 알려야 한다. 그런 다음 CPT는 SDD/PH에 항의할 것이다.                    (소갑 제3-53호증)

⑨ 1998년 6월 1일 다자회의

101      이 회의에 참석한 4개사 영업담당 임직원들은 시장 축소로 하락되는 CDT 가격을 공동으로 유지하기 위하여 생산량을 감축하기로 아래와 같이 합의하였고, 한국 CDT제조업체들이 이 회의 개최 전 주 토요일에 가격합의를 위한 회의를 개최하였으며 생산량 감축을 위한 추가 합의를 가질 것이고, 같은 해 6월 3일과 8일에 삼성전관의 김 ㉤이 중화영관 및 필립스와 회합을 갖고 합의내용을 전달할 계획이었음을 확인할 수 있다. 회의참석자는 삼성전관 대만지사의 나♡♡, 하◉◉ 외 1명, 오리온의 문□□ 외 1명, 중화영관의 치-춘 리우 외 2명이고, 이러한 사실은 중화영관의 '고객접촉보고서'에 의해 확인된다.

> ○지속적인 CDT 가격이 하락하는 현 상황을 해결하기 위해, 모든 제조사들이 가격을 엄격하게 지키도록 하는 일 이외에도, **생산량을 축소하고 과잉공급 상황을 전환하고 가격 하락을 막아 가격이 다시 상승할 수 있도록 하기 위한 추가적 협조가 요구**된다.
> ○또한 SDD의 Mr. 하와 오리온의 Mr. 문 모두 성공을 위한 유일한 방법은 최고 경영진이 공장 가동율과 관계없이, 수급 상황 반전을 위해 **생산 감축**(저조한 거래로 인해 생산이 자연 감소되는 현재 상황과는 달리)**에 대한 추가적 협력 개시 결정**을 하는 것이라고 믿고 있다.                    (소갑 제3-54호증)

> ○지난 주 토요일, <u>**SDD/LG/오리온 및 기타 제조사들이 회의를 하고, 가격 지침에 대한 공통된 이해에 이미 이르렀으며,**</u> 오늘 (98년 6월 1일)도 오후 2시 에 회의를 갖고 **생산 감축에 대해 합의를 계속해서 도출할 것**이라고 말했다.
> ○<u>SDD의 Mr. 인 김</u>(사업 부서 최고책임자)은 98년 6월 2일 저녁에 대만을 방문하여 <u>6월 3일과 6월 8일에 린 사장과 PH의 Mr. 데이비드 장을 각 직접 만나 결의안을 설명하고, 그</u>에 대해 논의할 것이다.                                      (소갑 제3-54호증)


⑩ 1998년 7월 9일 양자회의


102          아래 중화영관의 고객접촉보고서에 의하면, 주요 판매제품이 14″, 15″로부터 15″, 17″로 이동하고 있음을 알 수 있다. 또한, 당시 일본 제조업체들이 사업을 축소하고 있는 상황에서 중화영관, 삼성전관, LG전자, 필립스 등 4개사가 공동으로 시장가격에 영향을 미칠 수 있음을 상호 확인하고 합의내용 불이행 방지를 위해 상호 점검하기로 하였다.

> ○**시장에 영향을 미칠 수 있는 기타 다른 업체들은 CPT/PH/SDD/LG 등 4개 제조사가 유일**하다. 이 4개 제조사들이 가격 책정에 협력하는 한 분명히 시장을 이끌 수 있을 것이다.
> ○그는 미래에는 LG 직원들과 얼굴을 맞대고 소통할 수 있는 기회가 더 많이 있기를 희망하였다. 만약 <u>LG가 시장에서 CPT가 저가를 제공한다는 소문을 들었다면 얼마든지 CPT에 확인을 요구해도 된다.</u> 만약 긴밀한 협력관계를 맺을 경우 그들은 이익이 되는 사업의 방향으로 CDT를 인도할 수 있을 것이다.                                      (소갑 제3-55호증)


⑪ 1998년 7월 18일 다자회의


103          이 회의는 삼성전관, 중화영관, LG전자, 필립스, 오리온의 영업담당 임직원이 한국에서 CDT 가격인상합의를 위한 다자회의로서 당시 회의에 참석한 삼성전관이 △△이 작성한 'CDT업계 7차(7월18일) Meeting 결과' 제하의 보고서 및 참가자의 진술 내용으로부터 아래 사항에 대해 합의한 사실이 확인된다.

> ○ 시장가격을 흐릴 수 있는 B급 판매를 중단할 것
> ○ 같은 해 **8월 1일부로 전고객을 대상으로 가격을 인상할 것**
> ○ 같은 해 **10월 중으로 2차 가격인상을 실시할 것**
> ○ 주요거래선과 기타거래선에 대해 차등가격을 적용할 것
> ○ **생산량을 감축할 것**
> ○ 일본업체에 합의내용을 전달할 것
> ○ **합의이행여부 점검체계(생산량: 월 1회, 가격: 주1회)를 가동할 것**                (소갑 제4-1호증)

> 답19) 합의내용중 'B급 판매중단'은 생산량중 1% 미만이지만 B급이 정품처럼 시장에 유
> 통될 경우 전체 시장가격에 안좋은 영향을 미치기 때문에 판매를 중단하기로 한 것입니다.
> 'Buffer Period'를 인정하지 않기로 한 합의는 가격인상 합의를 해놓고 고객별로 유예기
> 간을 두면 먼저 가격인상을 실시한 회사가 피해를 볼 수 있으므로 즉시 가격을 인상하기로
> 합의한 것을 의미합니다.
> 또한, 10월경 2차 가격인상을 검토하기로 합의하였으며, 실제 그 시점에 합의후 인상되었던
> 것으로 기억합니다. '주요거래선에 대해서는 기 합의한 Bottom가격을 적용하고 기타 거래
> 선에 대해서는 Bottom 대비 1~2불 인상한 가격을 적용'하기로 합의하였는데 이는 많은
> 물량을 공급하는 주요거래선에는 최저합의가(Bottom가격)을 적용하되 자신의 주요거래선이
> 아닌 고객에게 공급할 때에는 그에 비해 조금 높은 가격을 적용하자는 합의내용을 의미합
> 니다. ...
> '98.3Q 수요/공급을 추산한 내용을 보면 카르텔회의에 참석한 5개사의 공급총량은
> 3,920K이고 일본계 업체의 공급총량은 3,600K인바, 공급량을 공동으로 조절하기 위해서는
> 전체 수요량을 추산한 뒤 일본계 업체의 공급분을 공제하고 남은 수요량에 맞추기 위해 참석
> 한 5사가 생산량을 감축조절하는 과정을 거쳤습니다.                    (소갑 제2-2호증)

⑫ 1998년 7월 31일 다자회의

104          이 회의는 삼성전관, 중화영관, LG전자, 필립스, 오리온의 CDT 영업담당 임
직원들은 이전 회의에서 합의한 대로 대만 필립스 사무실에서 CDT 가격인상합의를
위한 다자회의로서 회의당시 참석한 삼성전관 이△△이 작성한 'CDT업계 8차(7월31
일) Meeting 결과'보고서에 의하면 다음 사항에 대해 합의한 사실이 확인된다.

> ○ 17" CDT 감산합의: 1998년 3/4분기중 25% 감산
> ○ 17" 가격이 93달러를 유지
> ○ 선적이 지연된 건에 대해서도 예외없이 가격을 인상
> ○ B급 판매 금지                                        (소갑 제4-2호증)

105          또한, 생산량 감축과 관련하여 피심인들은 아래 표를 만들어 각 사별 생산능력
-생산계획-감산규모를 비교하고 합의한 사실이 있다. 이는 공급과잉으로 인한 가격하
락을 방지하기 위해 CDT수요에 맞춰 각 사의 생산량을 인위적으로 감축하는 행위에
해당된다. 아래 17″CDT 감산합의 사항에 따르면 1998년 3/4분기 5개사의 생산능력
(Capa)는 5.4백만대이나 실생산은 3.7백만대로 조정하였음을 알 수 있고, 같은해 9월 2
일 대만에서, 9월 20일 서울에서 각각 실무자급 회의를 개최하기로 합의하였다.

| | CAPA | 당초 생산계획 | 감산 | 생산계획(단위: 천대) |
|---|---|---|---|---|
| SDD | 1,800 | 1,500 | △60 | 1,440 |
| LG | 1,830 | 800 | △30 | 770 |
| Orion | 100 | 10 | – | 10 |
| 中華 | 900 | 810 | △30 | 780 |
| Philips | 840 | 800 | △30 | 770 |
| 계 | 5,470 | 3,920 | △150 | 3,770 |

⑬ 1998년 8월 21일 양자회의

106        히티치와 중화영관간의 양자회의에서 중화영관의 리우는 중국 및 한국 CDT 제조업체들이 이전 합의내용에 따라 다음과 같이 가격인상에 성공하였음을 확인해 주었고, 같은 해 10월경 가격을 다시 인상할 계획임을 알려주었다.

○이사 리우는 중국 및 한국 제조사들이 다음과 같이 **제1분기부터 8월 가격을 성공적으로 조정하였다고 확인하였다.**

  14" MPRE        USD 50.0
  15" MPRE             60.0
  17" MPRE             93.0
      TCD              96.0

○또한, 시장 발달 및 현재 가격이 손실을 내지 않는 수준의 가격으로 겨우 유지되고 있으므로, 10월에 가격을 다시 인상할 의도가 있다(이들은 8월 말/9월 초에 가격 인상 범위를 확정할 수 있다).                                (소갑 제3-56호증)

107        중화영관의 고객접촉보고서의 '(3) 기타' 항목 기재내용으로부터 삼성전관이 합의내용대로 삼성전자를 대상으로 가격을 인상하였는지 여부를 상호 확인한 사실이 확인되며, 이는 CDT 제조업체간 합의내용의 실행대상에 삼성전자도 포함됨을 알 수 있다.

○따라서 그는 SDD가 이미 SEC 가격을 인상하였는지 여부에 대해 의문을 가지고 있다. 장은 자신이 고려 중인 주요 관심사는 대만 제조사들이 이번 한 차례의 CDT 가격 인상 후에 한국 제조사들의 작은 조치로 인하여 가장 큰 손해를 보지 않도록 하는 것이라고 말하였다. 이사 리우는 수 차례 회의에 따르면 가격 인상에 대한 SDD의 입장은 매우 강력하다고 설명하였다. 그는 또한 이미 SEC 가격을 인상하였다는 것에 관해 그는 SDD에 이의를 제기하고 확인을 하도록 요청할 것이라고 말하였다. 두 당사자들은 모두 시장 상황의 전개에 세심한 주의를 기울이고 정보 교환을  유지할 것에 동의하였다.        (소갑 제3-56호증)

⑭ 1998년 9월 2일 다자회의

108          이 회의에서 피심인들은 같은 해 4분기 생산량 감축계획에 합의하고 각사별 감축량을 아래 표로 만들어 확인하였으며 같은 해 11월부터 실행하기로 한 사실이 있다.   그리고 규격별 가격인상안과 관련하여 참가자들은 각 사별 인상요청 내용을 파악한 후 1998년 10월 1일부터 14″는 3달러를 인상한 52달러, 15″는 5달러를 인상한 65달러, 17″는 가격을 그대로 유지하기로 합의하였다. 이 회의는 삼성전관, 중화영관, LG전자, 필립스, 오리온 등 5개 CDT 제조업체의 영업·마케팅 담당 임직원들이 대만에서 회합을 가졌다. 이는 삼성전관 이△△의 '회의결과록('98.9.2)'에 의해 확인된다.

**〈Capacity Reduction of Q4〉**

| | | Original | Adjustment | Balance | Remarks |
|---|---|---|---|---|---|
| 14" | LG | 250 | 200 | 50 | |
| | Philips | 420 | 370 | 50 | |
| | Chunghwa | 1450 | 1420 | 30 | ☞Japanese Company also need to reduce their Capacity of 17" Reduction Q'ty ≒ 200K/4Q |
| | SDD | 1090 | 1060 | 30 | |
| | Total | 3210 | 3050 | 160 | |
| 17" | LG | 1440 | 1360 | 80 | |
| | Philips | 750 | 710 | 40 | ☞<u>The Capacity reduction start fro(m) Nov. 1998</u> |
| | Chunghwa | 1210 | 1140 | 70 | |
| | SDD | 1710 | 1620 | 90 | |
| | | 105 | 105 | 0 | |
| | Total | 5215 | 4935 | 280 | |

**〈Price Increasing System〉**

| | Original Request | | | Agreement |
|---|---|---|---|---|
| | 14" | 15" | 17" | |
| CPT | 5 | 6~7 | 4 | ☞ Agreement 14":3US$↑=52US$ |
| Orion | 2~3 | 5 | Follow | 15":5US$↑=65US$ |
| Samsung | Zero | 5 | Zero | 17": "Zero" |
| Philips | Follow | 5 | ? | From 1st, October, 1998 |
| LG | Follow | 6~7 | ? | |

⑮ 1998년 10월 9일 다자회의

109          피심인들은 이전 회의에서 합의한 2차 가격인상의 성공여부를 확인하고, 필립스가 준비해온 감산 시나리오를 중심으로 논의하였다. 구체적으로 용이한 실행과 감시가 가능한 감산계획을 수립하고 감산을 통해 고객들에게 가격인상에 대한 강력한 신호(Signal)를 전하며, 판매제품구성은 각 사가 정하되 가격지침(Price Guideline)은 지키기로 하였다. 또한, 감산 시나리오와 관련하여 i) 수요/공급을 비교한 뒤 공급초과

분이 감산대상이 되며, ii) 감산방식으로 가동일수를 조정하되 1998년 12월에는 해외공장을 포함한 전체 CDT 공장에서 5일을, 1999년 1월과 2월에는 7일을 감산하기로 합의하였다. 이는 한국을 포함한 여러 지역별로 감시팀(Monitoring Team)을 구성하여 합의의 이행여부를 확인할 수 있도록 하였다.

> 답23) 동 회의에서는 감산합의를 위해 감산배경 및 감산시나리오를 공유하고, '98년 12월에는 해외공장을 포함한 전 CDT 공장의 가동일을 5일 중단하고 '99년 1월과 2월에는 7일 중단할 것을 합의하였습니다. 또한 실효적인 이행을 위해 지역별로 점검반(Monitoring Team)을 구성하고 감산계획을 제출하기로 합의하였습니다.　　　　(소갑 제2-2호증)

> 1) 감산배경
> ① **Easy Implement & Monitoring (용이한 실행 및 감시)**
> ② **Sending Strong Signal (강력한 신호를 보냄)**
> ③ **Start Exercise & Fine By Each Company (합의 실행후 각사에 의한 조정)**
> ④ Product Mix Manage By Each Company, (각사에 의한 제품구성관리)
> 　　But, **Price Guide Line Stick Follow (가격지침은 고수)**　　(소갑 제4-5호증)

> 2) 감산 시나리오
> ① 수요/공급을 비교하여 공급초과분 감산
> ② 가동일수를 조정하여 감산
> ③ **'98.12월: 5일 감산**(해외공장 포함 全 CDT 공장)
> ④ **'99.1. & 2월: 7일 감산**
> 3) Action Item
> ① **지역별 Monitoring Team 구성**(한국, 대만, 미련, 중국, 영국, 오스트리아, 멕시코)　(소갑 제4-5호증)

110　　　　이 회의에는 삼성전관, 중화영관, LG전자, 필립스, 오리온 등 5개 CDT 제조사들의 영업-마케팅 담당 임직원이 참석하였다. 이는 삼성전관의 이△△이 작성한 'CDT 업계(10월9일) Meeting 결과' 자료에 의해 확인된다.

　　⑯ 1998년 10월 20일 다자회의

111　　　　이 회의에서 삼성전관, 중화영관, LG전자, 필립스, 오리온 등 5개 CDT 제조사들의 영업-마케팅 담당 임직원은 대만에서 다자회의를 개최하고 CDT 제품의 생산량 감축 및 판매가격 인상에 합의하였다. 삼성전관의 이△△이 작성한 'CDT 업계(10월20일) Meeting 결과' 자료에 따르면, 판매가격과 관련하여 피심인들은 14″가격을 유지하고, 17″가격은 일본업체가 인상시 5개사가 동조하여 인상키로 합의하였으며, 삼성전관이 마쯔시다에 이 회의결과를 전달하기로 하였음을 알 수 있다.

> 2. 합의사항
>  1) **14" 가격인상**: ☞ 14" CDT 가격은 현행유지(52$)
>  2) 일본 17"가격인상에 대한 의견: 일본에서 우선 가격인상을 할 경우, 5사에서 동조하여 가격
>     인상키로 함. 5사의 의견을 삼성에서 전달키로 함 (to 松下[마쯔시다])
>  3) 99년 가격(상반기) Indication: ☞ **99년 상반기는 현재가격을 유지키로 함**  (소갑 제4-6호증)

⑰ 1998년 11월 4일 다자회의

*112*         이 회의는 삼성전관, 중화영관, LG전자, 필립스, 오리온 등 5개 CDT 제조사
들의 영업-마케팅 담당 임직원이 대만에서 개최한 다자회의로서 이전회의에서 합의한
CDT 감산계획 및 상호점검체계 실행여부를 재확인하였으며 판매가격 정보를 교환한
사실이 있다. 삼성전관의 이△△이 회의결과를 수기로 작성한 업무수첩 자료에 의하
면, 이 회의는 한국을 포함한 여러 지역별 감시팀을 구성하고 실행하기로 합의한 사실
이 확인된다.

> * ACTION (Regional monitoring team(지역 감시팀) -> malys, mexico, Austria nk, china
>   tail***, korea(한국)
> - set up monitoring team, to do it the implemation (감시팀 구성후 즉시 실시)
>                                                                    (소갑 제4-7호증)

⑱ 1998년 11월 23일 다자회의

*113*         삼성전관, 중화영관, LG전자, 필립스, 오리온 등 5개 CDT 제조사들의 영업-
마케팅 담당 임직원이 대만에서 다자회의를 개최하고 각 사의 판매현황 및 판매가격
에 관해 논의한 사실이 있다. 회의당시 참석한 삼성전관 직원이 본사에 회의결과를
보고를 송부한 이메일 자료에 의하면, 이전 합의가격을 유지하자는 대만 카르텔 회의
결과 보고로서, 대만에서 개최된 CDT 회의결과를 보고한 사실과 최고위층 회의에서
조정이 있기 전까지는 현재 가격을 유지하기로 한 사실을 알 수 있다.

> ○11월 23일 대만에서 있었던 5개 CDT 업체 미팅 결과보고입니다
>  "전체적으로 14" 판매량이 급감하여서 매우 어려운 상황에 처해있으나 가격을 인하한다고
>  해서 14" 상황이 호전되는 것은 아니니 **어렵더라도 TOP 미팅에서 별도의 조정이 있을때**
>  **까지는 현재 가격을 계속 지켜나가기로 함**"                          (소갑 제4-8호증)

⑲ 1998년 11월 28일~29일 다자회의

114　　　　　이 회의에서 삼성전관, LG전자, 오리온, 타이 CRT, 중화영관 등 5개사의 영업
-마케팅 담당 임직원들은 한국에서 CDT 가격 인상 합의를 위해 다자회의를 개최하였
고, 이 회의에 직접 참석한 삼성전관 이△△이 내부보고를 위해 작성한 'CDT 업계
(11/28, 29일) Meeting 결과'자료에 의하면, 피심인들은 최고위층 회의(Top Meeting)를
분기당 1회 개최할 것과 차기 관리자급 (Management) 회의를 대만에서 1999년 1월 20일
에 개최할 것, 17″CDT 가격과 관련하여 일본업체를 따라 5달러 인상할 것, 최고위층 회
의에서 1999년도 1분기 감산안을 수립할 것을 합의한 사실을 알 수 있다.

> ○ **Top Meeting: 1回/分期, 차기 Top Meeting: 3月初 中華(M'sia)**
> ○ 차기 Management 회의: 1월 20일(Taiwan)
> ○ 17" 가격인상 件
> □ 합의사항: <u>일본이 98.12월 1일부로 가격을 인상할 경우 5사에서도 1개월이내 5$인상토록 함</u>
> 　· 5사에서도 <u>일본업체 인상을 전제로 1개월이내 가격을 인상하되 5$ 범위내에서 인상하도록</u>
> 　　<u>재협의함</u>
> ○ Top Meeting 시 14" 뿐만 아니라 99.1Q 수요/Capa/실생산에 대한 정보교환을 통한 99.1Q
> 　감산안을 수립토록하고, 책임자 참석을 통한 실제인 회의로 운영.　　　(소갑 제4-9호증)

(5) 1999년도 경쟁자간 회합

<표 21>　　　　　　1999년 기간중 CDT 카르텔 회의개요

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 1999.1.13. | 17" 가격인상 및 시점(1.16.) | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-58호증 심사보고서 983쪽 |
| 2 | 1999.1.18. | 17" 가격인상 성공확인, 생산량 감축, 19" 최저가 ($185), 피심인간 판매가격격차($10) 유지 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제2-2호증 347쪽 소갑 제3-59호증 1002쪽, 1006쪽 소갑 제4-10호증 심사보고서 2773~5쪽 |
| 3 | 1999.2.10. | 합의대상에 19" 포함, 생산량 감축 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-60호증 심사보고서 1023쪽, 1027쪽 |
| 4 | 1999.3.1. | 생산량 감축, 비밀유지 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-61호증 심사보고서 1045쪽, 1047쪽, 1056쪽 |
| 5 | 1999.3.5~6. | 조업일수(25일 가동), 17" $5 인상 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제2-2호증 348쪽 소갑 제4-10-1호증 심사보고서 2777쪽 |
| 6 | 1999.3.15. | 17" 가격인상, 조업중단계획 | 중화, SDI, LG, | 소갑 제2-2호증 348쪽 |

| | | | 오리온, 필립스 | 소갑 제3-63호증 심사보고서 1103~4쪽 소갑 제4-11호증 |
|---|---|---|---|---|
| 7 | 1999.4.10. | 저가판매 자제, 생산감축 감시방안 | 중화, SDI, 필립스 | 소갑 제4-12호증 심사보고서 1781쪽 |
| 8 | 1999.4.14. | 판매가격(17": $98, 19": $185), 공장가동일수 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제2-2호증 349쪽 소갑 제3-64호증 1118쪽 소갑 제4-14호증 심사보고서 2794쪽 |
| 9 | 1999.4.28. | 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제4-15호증 심사보고서 2803쪽 |
| 10 | 1999.5.12. | 판매가격, 생산감축방안 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-65호증 소갑 제4-16호증 |
| 11 | 1999.6.23. | 판매가격(15": $5인상, 17": $95, 19": $ 170), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 (최고위급회의) | 소갑 제3-67호증 1149쪽, 1156쪽, 1160쪽 소갑 제4-18호증 심사보고서 2813쪽, 2817쪽 소갑 제4-19호증 |
| 12 | 1999.7.23. | 가격인상, 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 (최고위급회의) | 소갑 제2-2호증 답39) 소갑 제3-68호증 1183쪽, 1185쪽, 1187쪽 소갑 제4-20호증 심사보고서 2826쪽 소갑 제4-21호증 |
| 13 | 1999.7.28. | 판매가격(17": $92~93), 한국시장내 가격인상, 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-70호증 1210쪽 소갑 제4-22호증 심사보고서 2850~1쪽 |
| 14 | 1999.8.4. | 가격인상 및 조업중단합의 실행확인 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-71호증 심사보고서 1223쪽, 1226쪽, 1227쪽 |
| 15 | 1999.8.10. | 판매가격 유지 및 비밀유지 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-72호증 심사보고서 1240쪽 |
| 16 | 1999.8.20. | 14", 15", 17", 19" 판매가격유지, 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 (최고위급회의) | 소갑 제3-73호증 1250쪽 소갑 제4-23호증 2854쪽 소갑 제4-24호증 심사보고서 2859쪽 |
| 17 | 1999.9.2. | 한국시장내 가격인상 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-74호증 심사보고서 1260쪽, 1263쪽 |
| 18 | 1999.9.20. | 15" 가격인상, 17" 가격인상, 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 (최고위급회의) | 소갑 제3-75호증 1281쪽 소갑 제3-76호증, 소갑 제4-26호증, 소갑 제2-2호증 답41) |
| 19 | 1999.9.28. | 전세계 수요량에 맞춘 공급량 합의 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-77호증 심사보고서 1337쪽 |
| 20 | 1999.10.13. | 생산량 감축, 최저가 유지 | 중화, SDI, LG, 오리온, 필립스 (최고위급회의) | 소갑 제3-78호증 1351쪽, 1357쪽. 소갑 제3-79호증 |
| 21 | 1999.11.9. | 합의이행결과 확인 | 중화, SDI, LG, 필립스 | 소갑 제3-80호증 심사보고서 1385쪽 |

| 22 | 1999.11.26. | 그린 미팅 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-81호증 |
| 23 | 1999.12.22. | 현행 판매가격 유지 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-82호증<br>심사보고서 1397쪽 |

① 1999년 1월 13일 다자회의

115        이 회의에서 피심인들은 같은해 1월 16일부터 예정되어 있었던 17″CDT 가격인상의 구체적 방안에 대해 협의한 뒤, 예정대로 가격을 인상하기로 하였다. 회의참석자는 삼성전관의 Mr. 하●● 외 1명, 필립스의 프랭크 샤오, 오리온의 Mr. 문□□, LG전자의 Mr. 박, 중화영관의 웬-춘 쳉, 춘-메이 시에 등 5개사의 영업-마케팅 담당 임직원들이다. 이는 중화영관 춘-메이 시에의 '방문보고서'에 의해 확인된다.

> ○여러 제조업체가 **17"가격 인상을 위해 노력을 강화할 필요**가 있다. 예를 들어, SDD는 자신의 고객에게 공식 서면통지를 하지 않았다. 우리는 SDD가 여러 제조업체와 속도를 맞춰 고객들이 OEM과 가격을 협상할 때 구체적인 무언가에 기반을 둘 수 있기를 바란다.
> ○17″CDT 가격인상에 있어 다양한 제조업자가 달성한 진전의 결론: 〔수기로 밑줄〕 **여러 제조업자는 원만히 진전을 보였으며 1월 16일부터 가격을 인상할 것이다.** (소갑 제3-58호증)

② 1999년 1월 18일 다자회의

116        피심인들은 이전 합의내용인 17″CDT 가격인상건을 확인하고, 14″CDT 생산량 감축에 대해 합의하였으며, 1998년 전세계 CDT 공급 및 수요를 검토한 후 1999년 1분기에 적용할 생산량과 가격을 논의하였다.

> 답29) 동 회의에서는 직전회의에서 합의하였던 '17인치 가격인상 건과 관련하여 전업체가 성공적으로 가격인상을 완료하였음'을 확인하고, 19인치 Normal 기준가격(최저가)을 일본가 대비 10%인하된 185불로 판매하는 것과 短長(Short Length)가격은 Normal 가격대비 10불을 더 받는 것에 합의하였습니다. (소갑 제2-2호증)

117        첫째, 피심인들은 이 회의개최 이틀전 17″CDT 가격을 인상하기로 한 합의와 관련하여 모든 피심인들이 합의내용대로 성공적으로 인상하였음을 확인하였다. 이러한 내용은 삼성전관측 회의결과 보고서에 기재된 '17″가격인상 件 ⇒ 전업체 성공적으로 가격인상 完了'내용에서도 확인된다.

> ○ SDD: SDD의 고객들은 모두 17'' 가격 인상을 수용했다.
> ○ L/G: 17'' 가격 인상이 원만하게 달성되었다.
> ○ 오리온: 17''은 대부분 내부 공급용이고 외부 판매 수량은 매우 적다. 고객들도 가격 인상을 거부하지 않았다.
> ○ **17'' CDT 가격 인상 결론: 순조롭게 진행됨. 각 제조사들은 1월 16일 이후 가격을 인상했다.** 〔수기로 밑줄〕                                    (소갑 제4-10호증)

118        둘째, 14〝CDT와 관련된 논의는 지역적으로 중국을 중심으로 이루어졌는데, 피심인들은 가격안정화를 위해 각사의 CDT 공장의 생산량을 모두 감축하기로 합의하였다.

> ○ SDD: Mr. D. Y. Kim 또한 14'' 가격을 안정화시키기 위해서 이미 생산량을 감축했다고 덧붙였다.
> ○ CDT 가격 인상을 촉진하기 위해, 필요할 경우, **반드시 생산량을 모두 줄여야 하고, 심지어 생산라인 폐쇄도 해야 한다.** 〔수기로 밑줄〕.          (소갑 제3-59호증)

119        셋째, 19〝CDT 가격과 관련하여 피심인들은 185달러를 최저가격으로 설정하자는 삼성전관의 제안에 동의하였으며 짧은 튜브는 정상가 대비 $10 인상, 중화영관 제품은 합의가격 대비 $10 싸게 받기로 합의하였다.

> ○ SDD는 회의에서 각 제조사들에게 TCO[27] 최저가 - $185를 준수해달라고 촉구했다. 또한 SDD는 CPT에게 19''가 시장에 출시된 이후 시장을 따르고, 가격 격차를 $10 미만으로 유지해달라고 요청했다. 〔수기로 밑줄〕.          (소갑 제3-59호증)

> ○ **19'' Normal 기준 가격(최저가): 185US$(0.26D, TCO)**
> ○ **Short Length: Normal價+10$**                               (소갑 제4-10호증)

120        끝으로, 참가자들은 1999년 2분기에 가격인상을 다시 시도할 것을 논의한 뒤, 차기 실무자급 회의는 같은 해 2월 10일 대만에서, 차기 최고위층 회의는 같은 해 3월 5~6일 골프모임을 겸하여 개최하기로 결정하였다.

> ○ (필립스의) Mr. 데이비드는 ... 2분기에 다시 가격 인상 기회를 가져야 한다고 밝혔다. Mr. 데이비드는 각 제조사들에게 1998년보다 더욱 개선된 생산능력 통제의 달성을 위해, 생산량 축소를 위해 계속해서 함께 노력하자고 요청했다. CPT 린사장은 ... **모두가 함께 가격을 유지할 수 있기를 바란다.**          (소갑 제3-59호증)

---

27) TCO: MPRII보다 더욱 강화된 전자파 차단 규정으로 모니터 주변 30cm 지점에서 측정한 수치를 기준으로 한다.

---

1) 차기 Meeting
□ Working Level Meeting          □ Top Meeting
· 일시: 2월 10일 14:00 -          · Management Meeting: '99.3.5.(14:00~)
· 장소: SDD 대만지점             · Green Meeting: '99.3.6.
· Agenda: '99년 수요/공급                                    (소갑 제4-10호증)

---

121      이 회의는 대만에서 개최된 최고위급 다자회의로서 삼성전관, LG전자, 오리온, 필립스, 중화영관 등 5개사가 참석하였다. 이는 중화영관의 '접촉보고서'와 삼성전관의 'CDT 업계('99.1.18일) Meeting 결과' 자료에 의해 확인된다.


③ 1999년 2월 10일 다자회의


122      이 회의에서 피심인들이 19″CDT의 시장이 확장됨에 따라 판매가격의 유지 및 인상을 위해 사전적으로 공조하여 판매량을 조절하자는데 합의하였다. 그리고 CDT공급이 수요를 초과하지 않도록 생산량을 조절하기 위해 CDT 공급량 및 수요량 관련 예측정보를 교환한 후, 시장의 수요와 공급 균형을 유지하기 위해 최선을 다하기로 하였다.

---

○ 그(삼성전관 Mr. 하)가 우려하는 바는 여러 제조사들이 하나씩 19'' 시장에 진입하고 가격 및 생산력에 대한 통제는 나아지지 않으면 앞으로 19'' 판매가의 하향화 속도는 작년의 17''보다 더 느리지는 않을 것이라는 점이었다. ... 여러 제조사들이 너무 낮은 판매가를 제시할 필요가 없다는 것이다. 그들은 19''의 미래 가격 추이에 영향을 미치는 일을 피해야 한다.
○ (필립스의) Mr. 제리는 다음 번 정보교환회의의 주요 주제로 19''를 논의하고 CPTM에서 열리는 다음 회의부터 19''를 최고위급회의 정식 논의 주제로 처음으로 포함시키자는 Mr. 하의 제안에 동의했다.                                    (소갑 제3-60호증)

---

○ Mr. 제리는 여러 제조사들에 생산 라인 변경을 진행하는 것을 다시 생각해보자며 시장의 수요와 공급 균형을 유지하기 위해 최선을 다하자고 호소하였다.
○ 1999년 CDT 공급량 합계는 104.1M (부하율 70%를 기준으로 공급 전망치가 27.9M인 일본 제조사들을 포함)가 될 것이다. 5개 CMT 제조사 생산량은 76.2M가 될 것이다.
                                                                    (소갑 제3-60호증)

---

123      이 회의에 삼성전관의 하●●, 이△△, LG전자의 Mr. 박 외 1명, 오리온의 Mr. 문□□ 외 1명, 필립스의 Mr. 제리 린 외 1명, 중화영관의 웬-춘 쳉 외 1명이 참석하였다. 이는 중화영관의 내부보고용인 '방문보고서'에 의해 확인된다.

④ 1999년 3월 1일 다자회의

124        이 회의에서 같은 해 2월 인도(引渡)물량 및 예상 주문량 정보를 공개하였는데, 중화영관 및 필립스는 한국 제조사가 대만고객에 대한 인도물량 정보만을 보고한데 대해 한국 등 총판매물량을 보고해야 한다며 항의한 사실이 있다. 이는 이 사건 카르텔의 목적은 전세계에 공급되는 CDT 제품의 생산량 통제 및 가격의 인위적 유지 및 인상임을 알 수 있다. 그리고 생산량 감축 합의가 잘 이행되고 있음에 대해 논의하면서 생산감축일수가 부족한 회원사(LG전자)는 이후 보충할 것을 약속하였다. 생산량 감축 합의이행의 실효성을 확보하기 위해 필립스의 Mr. 제리는 직접 참가자의 생산라인을 방문할 것을 밝히기도 하였다.

125        또한, 피심인들은 CDT 회의시 합의한 내용이 고객들에게 유출되어 합의사항의 이행에 어려움이 있었음을 논의하고 CDT 회의의 합의사항에 대한 보안을 철저히 유지하기로 하였다. 끝으로, 참석자들은 차기 CDT 회의를 같은 해 3월 8일 오후 2시에 대만 중화영관에서 개최하기로 결정하였다.

> ○한국 제조사들은 대만 고객에 대한 실제 인도한 물량의 합계만을 보고했을 뿐이다. <u>CPT와 PH가 한국 제조사들도 전세계 총판매물량을 보고해야 한다며 각각 항의했다</u>.
> <div align="right">(소갑 제3-61호증)</div>

> ○생산 감축에 있어서 다른 참가 제조사들보다 빠른 CPT의 실행과 다른 제조사들보다 큰 생산량 감소 비율을 보고, <u>Mr. 제리는 CDT 시장의 수요 공급 안정화를 위한 우리 결정</u> 권자들의 지혜와 헌신에 감탄을 표시했다
> 그러나 <u>LG는 연속 생산 감축일자가 부족했던 것은 돌아오는 달(4월-6월)에 보충하겠다고 이미 발표했다</u>. Mr.제리는 <u>3월부터 자신이 직접 시간을 투자하여 여러 제조사들의 생산라인 생산 감축 계획을 자세히 확인하겠다</u>[수기로 밑줄]고 말했다.   (소갑 제3-61호증)

> ○그는 여러 참석자들에게 주의를 기울이고 정보가 여러 제조사들의 판매 담당자들에 의해 유출되는 것은 아닌지 살펴보라고 부탁했다. <u>이와 상관없이 그러한 정보에 관한 고객과의 소통 경로는 통제되어야 한다.</u>
> ○4. 다음주 CDT 정기 회의 일시—
> 3/08 (수요일) 오후 2:00 CPT (타오위안)에서 열릴 예정.   (소갑 제3-61호증)

126        이 회의에 삼성전관의 윤ⒽⒽ, LG전자 Mr. 송, 오리온의 저스틴 박, 필립스의 제리 린, 중화영관의 칭-위엔 두, 춘-메이 시에 등 영업-마케팅 담당 임직원은 CDT 생산량 감축 및 가격인상 합의를 위해 참석하였다. 이는 중화영관의 '방문보고

서’에 의해 확인된다.

   ⑤ 1999년 3월 5일~6일 다자회의

127      피심인들은 1999년 4월부터 CDT생산량의 10%를 감축하기로 하고 감시반 (Monitoring팀)을 구성하여 점검토록 하였고, 1999년 5월부터 17˝에 대해 판매가격을 최소 5달러 이상 인상하며, 일본업체의 합의동참을 이끌어내기 위해 필립스가 단일창구 역할을 담당하고, 차기 관리자급회의는 4. 14. 오리온 주관으로 개최할 것을 합의하였다.

> 답31) 동 회의는 1998년 11월 28일 합의결과에 따라 개최된 최초의 CDT업계 최고위층(Top)미팅이었고 마련소재 골프장이 있는 호텔에서 개최되었습니다. 동 회의에는 당사를 비롯하여 중화영관, LG전자, 필립스전자, 오리온전기 등 5개사의 대표이사급을 비롯하여 4명정도씩 참석한 것으로 기억합니다.
> 동 회의에서는 ‘익월(99년 4월) 17인치 CDT의 생산량을 10% 감축하기 위해 가동일을 25일로 맞출 것’과 ‘99년 5월부터 판매가격을 5불인상할 것’, ‘일본업체와의 소통창구를 필립스로 일원화하여 합의이행에 동참을 유도할 것’, ‘19인치 CDT 가격을 185불로 판매할 것’, ‘상호 문제제기가 있을 경우 24시간내에 회답할 것’ 등에 합의하였습니다. 또한, 각사의 판매관련 현황, 시장정보 등을 교환하고 공유하였습니다.    (소갑 제2-2호증)

> 1. 주요합의사항
> 1) ‘99.4월 17'' CDT 10% 감산(25일 가동)
>   → 각사별 감산계획(25일 가동계획)을 차주까지 제출하여 별도 Monitoring팀을 구성하여 생산 조정/Check하도록 함
> 2) ‘99.5월부터 Minimum 5$가격 인상(MPRII 기준 98$→103$)
> 3) 일본업체와의 Communication 창구를 일원화(Philips)하여 업계 분위기를 전달하고 동참을 유도
> 5) 모든 안건/문제점에 대한 결과를 24시간 이내 Reply토록 함    (소갑 제4-10-1호증)

128      이 회의는 삼성전관의 손 ㉣ 회장, 김 ㉤ 상무, 김▲▲, 이△△, 박⬚⬚, LG전자의 조㉠㉠ 부회장, 전㉦㉦, 고✥✥, 오리온의 김영남 회장, 문□□ 상무, 강㉣㉣, 김㉩㉩, 필립스의 장 데이빗, 중화영관의 치엥-위안 린 사장, 치-춘 리우 이사, 칭-위앤 두 등 각 사의 CEO를 포함한 임직원들이 참석한 회의로 말레이시아에서 3. 5.~3. 6.간 개최되었다. 이는 중화영관 및 삼성전관의 내부보고서 자료와 삼성전관 이△△의 진술에 의해 확인된다.

⑥ 1999년 3월 15일 다자회의

129          피심인들은 같은 해 5월의 17″가격인상과 관련하여, 일본 업체들의 협조가 필요한 상황이프로 이전 합의한 대로 필립스를 통해 히타치와 미쯔비시에 전달하고 지원을 요청한 사실을 확인하였다. 또한, 삼성전관 본사가 삼성전자에게 CDT 카르텔 참가사들의 합의사항대로 가격인상을 전달한 사실을 공개하였다. 그리고 각 사의 생산공장별 17″CDT 조업중단계획을 제출하고 표로 만들어 합의하였다.

> ○SDD의 Mr.하는 만약 가격인상이 일본 제조업자들로부터 지원을 얻는 것에 실패한다면 이는 성공하지 못할 것이라고 했다.  Mr.제리는 Mr. 데이비드 창이 말레이시아의 합의사항을 HTC/MEC에 전달하고 지원을 요청했다고 대답했다.
> ○**Mr.하는 SDD의 본사가 가격인상에 대한 정보를 SEC에 전달했다고 주장했다. SEC 또한 가격이 재인상 될 것이라고 고객들에게 전달했다.**          (소갑 제3-63호증)

> 답32) ... 동 회의에서는 직전 관리자급회의에서 합의된 99년 4월 감산계획의 구체적 일정을 세우고 상호 점검(Monitoring)할 계획을 수립하였습니다. 각 참석자는 각사가 보유한 전세계 CDT 공장의 라인현황 및 가동중단 일자를 표시한 가동중단계획을 회의석상에서 다른 참석자에게 배포하였습니다. 또한, 각사의 당시 기종별 판매현황을 확인하였습니다. ... 이후 1999년 3월 31일 한국업체인 당사와 LG전자, 오리온전기는 99년 4월 감축계획 및 상호점검계획을 논의한 뒤 중화영관의 씨씨 리우(C.C. Liu), 마이클 두(M. Du), 필립스의 제리 린(Jerry Lin)에게 협의결과를 Fax로 송부하였습니다.          (소갑 제2-2호증)

<br>

단위:Kpcs

| 회사 | 공장 | 라인 | 비영업일일 | 총 생산량 | 990210 2분기 계획한 생산량 |
|---|---|---|---|---|---|
| CPT | 타오위안 양메이 말레이시아 | 2 2 2 | 4/4,4/5,4/18,4/24,4/25 4/4,4/5,4/18,4/24,4/25 4/10,4/11,4/28,4/29,4/30 | 810 | 2240 |
| SDD | 수원 부산 | 2 2 | 4/4,4/11,4/18,4/25,4/26 4/4,4/11,4/18,4/25,4/26 | 640 | 2100 |
| LG | 구미 창원 웨일스 | 3 1 1 | 4/4,4/11,4/17,4/18,4/25 4/4,4/11,4/17,4/18,4/25 4/4,4/11,4/17,4/18,4/25 | 630 | 2040→1850 |
| 오리온 | 구미 | 1 | 4/4,4/18,4/27,4/28,4/29,4/30 | 70 | 430 |
| PH | 추페이 다폰 레브틴 | 1 3 1 | 세부정보를 위해 별첨참조 | 278 | 950 |

(소갑 제3-63호증)

130          이 회의에 삼성전관의 하●●, 이△△, LG전자의 Mr. 임Ⓛ○ 외 3명, 오  리온의 Mr. 문□□ 외 1명, 필립스의 제리 린 외 1명, 중화영관의 웬-춘 쳉 외 1명이 참석하였다. 이는 중화영관의 회의결과보고서, 삼성전관의 내부보고서 및 감축계획서 및 이△△의 진술에 의해 확인된다.

⑦ 1999년 4월 10일 다자 전화회의

*131*     이 회의에서 중화영관의 치-춘 리우는 김▲▲에게 LG전자의 저가판매를 저지
시켜 달라는 요청을 하였으며, 생산라인 휴무일자 합의 후 점검(monitoring) 인력을 구
성하여 상대방 공장에서 확인토록 하고 상호 협조하기로 하였다.

---

○ 중화
 - LG에서 15'' 가격을 시장가보다 3~4$ 인하하여 Offer 하고 있어 시장가격 혼란이 우려
   됨 → 삼성에서도 막아주기 바람
○ 필립스
 - **삼성의 부산공장 Monitoring open에 대한 감사**: 어려운 가운데 삼성에서 Philips의
   Monitoring에 적극협조 해주어 감사드리며 LG의 동참(구미공장 Open)도 기대함
                                                              (소갑 제4-12호증)

---

*132*     이 회의는 삼성전관의 김▲▲, 중화영관의 치-춘(C.C.) 리우, 필립스의 제
리 린이 전화회의를 통해 CDT 가격 및 생산량 감축관련 합의사항의 이행을 점검하였
다. 이는 삼성전관 이△△이 통화결과를 내부보고한 사내 이메일 자료에 의해 확인된다.

⑧ 1999년 4월 14일 다자회의

*133*     피심인들은 17˝CDT의 세부사양별 가격격차를 논의한 뒤 판매가격을 합의하
고 가격인상은 같은 해 7월경 추진하기로 하였으며, 19˝CDT 가격은 시장상황이 좋
지 않아 기존 합의가격(185달러)을 유지하기로 하였다.

---

답33) ... 동 회의에서는 '99년 5월부터 인상키로 합의한 17인치 CDT가격을 7월경 재인상하
기로 추진', '19인치 CDT가격은 현재수준을 유지하되 다음 회의에 재협의', '99년 5월
CDT 공장가동은 최소 5일 휴무' 할 것을 합의하였습니다.
CDT 제품은 규격이 다양한데 대표적으로 코팅의 질에 따라(TCO/MPRII) 같은 기종이라도
가격이 $3불정도 차이가 날 수 있습니다. 그 외 주파수, 도트(Dot), 마스크 재질 등에 따라
원가 차이가 발생하였으므로 합의한 기준가격대로 이행해도 각 사가 생산하는 기종에 따라
발생하는 가격차이를 줄이기 위해 규격을 세분하여 논의하기도 하였습니다.
회의 후 99년 4월 18일 본인은 타사의 모니터 인력 및 일시, 장소를 파악하여 당시의 부산
및 수원공장에 통보하여 공장가동 중단여부의 상호점검이 원활하게 이루어지도록 조치한 바
있습니다.                                                      (소갑 제2-2호증)

---

 **17" 사양별 합의가격**
 - 107Ω   MPRII  $98.0
 - 알루미늄 테이프 비포함 105Ω  $99.0
 - 알루미늄 테이프 포함 105Ω $101.0[28)]          (소갑 제3-64호증)

---

> - 5월부터 인상키로 합의되었던 **17″ CDT 가격인상은 추후 상황을 지켜보면서 재인상(7월頃) 추진키로 함.**
> - **19″ CDT 가격의 경우 ... 현재수준(185$)을 유지**하되 5월 MTG시 재협의키로 함
>
> (소갑 제4-14호증)

134    그리고 피심인들은 같은 해 5월 가동일수를 5일 휴무, 26일간 가동하기로 합의하였고 4월 28일 대만에서 개최예정인 회의에서 전세계 생산라인별 가동계획을 제출하기로 하였다. 끝으로 피심인들은 차기 관리자급 회의와 최고위급 회의 개최일시 및 장소를 정하였으며, 이는 다음과 같은 삼성전관의 보고서에서 확인된다.

> □ **'99.5월 가동일수: 26일(5일간 휴무)**
> • **4월 28일 Taiwan MTG시 계획서 제출(99.2Q, 3Q 라인/생산현황 포함)**
> • **라인운영계획의 변경이 있을시 사전에 Fax 등으로 각사에 Inform**
> □ 차기 Top/Mangement MTG
> • Management MTG : 5월 21일 09:30~ 중화 Taoyan 공장
> • Top MTG        : 6월 25일/26일(LG전자 주관)        (소갑 제4-14호증)

135    이 회의는 삼성전관, LG전자, 오리온, 필립스, 중화영관 소속 CDT 담당 임직원들은 참석하여 판매가격 및 생산가동일수에 대하여 합의를 하였다. 이는 삼성전관 및 중화영관의 내부보고서, 삼성전관 이△△의 업무수첩 및 진술에 의해 확인된다.

⑨ 1999년 4월 18일 생산라인 중단여부 상호 점검

136    이 사건 공동행위 참여사들은 이전 합의내용대로 생산량 감축계획이 이행되고 있는지를 확인하기 위해 상대방 생산설비를 직접 방문한 사실이 있다. 이는 삼성전관의 '4월 18일 Monitoring 일정통보의 건' 자료에서 확인된다.

> 1. **당사에 대한 Monitoring**
> □ 부산공장
> • 인력: 중화 Michael Du(Marketing Manager)
> • 시간: 0800 – 0900 도착 및 Monitoring
>      0900 ~        LG 창원공장 이동
> 2. **타사에 대한 Monitoring**
> □ 중화 마련공장 Monitoring 일정
> • 일정 및 라인: 4월 17/18일 兩има간 (#5라인)
> • 당사인력: 생산기술 김재경과장, 신재영과장        (소갑 제4-15호증)

---

28) 알루미늄 테이프 포함/비포함: 정전기 배출을 도와주기 위한 알루미늄 테이프를 코팅 제품 외곽에 붙이는지 여부에 따라 판매가격에도 차이가 발생한다.

⑩ 1999년 4월 28일 다자회의

137    이 회의는 CDT시장의 수요, 공급량을 예측한 뒤 가격하락을 막기 위하여 생산량을 공동으로 감축하기로 합의하고 같은 해 5월중 각 사의 전세계 생산설비 휴무 일정표를 만들고 실행하기로 약속하였다. 회의참석자는 삼성전관의 윤⑪⑪, LG전자의 Mr. 이 외 2명, 오리온의 Mr. 문□□ 외 1명, 필립스의 Mr. 프랭크 샤오 외 1명, 중화영관의 치-춘 리우 외 2명이다. 이는 삼성전관과 중화영관의 내부보고용인 회의 결과보고서에 의해 확인된다. (소갑 제3-65호증, 제4-16호증)

⑪ 1999년 5월 12일 다자회의

138    피심인들은 각 사의 판매수량 및 판매가격 정보를 공유하고 판매가격 설정에 대해 논의하였으며, 중화영관·필립스·오리온·삼성전관이 CDT를 판매중인 고객 AOC에 대한 판매가격을 합의하였음이 확인된다. 또한, AOC외의 기타고객에게 판매할 경우 최저가격을 $50로 합의하는 한편 내부거래는 2달러를 인하한 $48로 합의하였다. 이는 계열회사간 거래가격 역시 이 사건 공동행위 합의대상이었음을 알 수 있다.

| AOC 판매가격 | MPR2 | NOR[29] | SKD[30] | |
|---|---|---|---|---|
| 중화 | 50$ | 48$ | 47$ | O/A TERM |
| PHIL/SDD | 49$ | 47$ | 46$ | L/C OR COD |
| **기타거래선 : MPR2 50$(RMB520)이 최저가격(단 내부거래는 2$인하 허용)** | | | | |

(소갑 제4-17호증)

139    이 회의는 삼성전관의 김▲▲, Mr. 윤⑪⑪, 필립스의 제리 린, 로사 후, 프랭크 샤오, 오리온의 Mr. 조ⒶⒶ, LG전자의 Mr. 린, Mr. 박, Mr. 루, 중화영관의 칭-위앤 두, 충-쳉 예, 춘-메이 시에가 참석하여 생산량, 판매가격 정보를 교환한 뒤 생산량 감축을 위한 생산일수 조정에 합의하였다. 이는 삼성전관의 윤⑪⑪이 작성한 '경쟁사 실무미팅 결과보고' 자료에 의해 확인된다.

⑫ 1999년 6월 23일 다자회의

---

29) NOR: Normal을 의미하며 슬림 기종이 아닌 전장이 긴 기종을 일컫는다.

30) SKD: Semi-Complete Knock-Down의 약자로서 ITC을 가조정한 상태의 제품을 일컫는다.

140          이 회의에서 피심인들은 규격별 CDT의 가격인상 여건이 마련되었는지를 확인하기 위해 각 사가 취합한 고객반응, 수요-공급상황 등의 정보를 교환하고 각사의 생산량 감축 및 가격인상 현황 등을 논의하였다.

> ○ CPT는 6월 여러 공장에서 **17" 생산라인이 평균 12 일수를 줄여야 한다고 강조**했다. 또한, 15"/14" 관련 고객 수요가 안정적이다. Q3의 15" 가격 상승에 최적기라고 생각한다.
> ○ 일본 제조업체들의 17"/19" 가격 책정 관련, Mr.인 김은 가격 책정 및 생산/판매 관련 현황을 이해하기 위해 직접 HTC(J)를 방문했다고 함
> ○ LG  Mr.조는 1. 15" 수요가 이미 공급을 초과했으며, LG는 이 기회를 통해 가격을 인상하고 싶어 하지만, 다른 한편으로는 15" CDT 가격이 $70이상으로 인상되면 일본 제조업체들이 다시 15" CDT 생산을 시작할 기회가 될 수도 있다는 우려도 있다고 말했다.
>
>                                                     (소갑 제3-67호증)

141          그리고 같은 해 8월 1일부터 15″CDT 판매가격을 5달러 인상하기로 합의하였으며 삼성전관은 도시바에 합의내용을 통지하고 이행을 요청하기로 하였다. 17″ CDT의 경우 MPRII 기준 95달러로 판매하기로 합의하였으며, 19″ CDT는 170달러를 유지하기로 합의하였다. 한편, 14″, 15″, 17″ CDT 가격을 합의하면서 내부거래가격('Internal 가격')도 별도로 합의하였고 또한, 17″ CDT 가동일수 조정과 24시간 이내에 경쟁사간 의사연락을 할 수 있는 핫라인(Hot Line)을 구축하기로도 합의하였다.

> [15인치] 결론: 광범위한 논의 끝에, 15"CDT 가격이 8월 1일부터 $5 인상될 예정이다. 또한, SDD의 Mr.인 김이 TSB에게 통지하고 이러한 결정을 준수할 것을 요청할 것이다.
> [17인치] 제조업체들과 상세한 검토를 한 후, Mr.데이빗은 다음과 같은 결론을 내렸다: 1. **17" MPRII=$95, TCO $96** (가격 차이가 $1로 줄어들었다); 이는 고객이 마음대로 자기에게 유리하게 선택하는 문제에 종지부를 찍게 해 줄 것이다.
> [19인치] PH의 Mr.데이빗은 19" 가격 상황에 대해 다음과 같이 잠정 결론을 지었다: 19" CDT 시장 가격이 하락했다, **여러 제조업체들이 가격을 당분간 $170에 유지해야 한다.**
>
>                                                     (소갑 제3-67호증)

> 3. 주요 합의사항
>  1) 가격조정 관련
>    □ 14" 가격: 8월 1일部 적용
>     - Internal가격: 2$ Gap
>    □ 15" 가격: 8월 1일部 적용
>     - Buttom Price: 67$ (Internal 가격: 65$)
>    □ 17" 가격
>     - Reference Price: 98$
>     - Actual Price: 95$ (MPRII 기준, Internal Price 포함)
>  2) 7월 17" CDT 가동일수 조정
>     - 7월: 5일 휴무 + 1일 추가휴무 여부를 6/30일 대만미팅시 Confirm.
>  3) Hot Line 구성: 24시간내 Replay(각 업체별 담당자 선정)         (소갑 제4-18호증)

*142*          또한, 생산량 감축을 위한 조업중단과 관련하여 피심인들은 같은 해 7월중 5
일 감축을 포함한 7~8월중 12일의 조업일수를 감축하기로 합의하였다. 그리고 차기
최고위급회의('Top Meeting')은 같은 해 8월 20일에, 관리자급('Management') 회의는
같은 해 7월 23일 대만에서 오전 9시 30분부터 개최하기로 합의하였다

> ○결론  한국 제조업체들의 권고에 따라, **7월의 5일 감축을 포함, 7~8월에 총 12일의 감축**
>  이 있을 것이라고 대외적으로 발표할 예정이다.                    (소갑 제3-67호증)

> 4) 차기 Top/Management Meeting 일정
>  - Top Meeting: 7/24일→8/20일로 연기
>  - Management: 7/23일 09:30分~ (대만)                    (소갑 제4-18호증)

*143*          이 회의에는 삼성전관의 김 ㉫외 3명, LG전자의 조㉠㉠ 외 3명, 오리온의 문
□□ 외 3명, 필립스의 제리 린외 1명, 중화영관의 C.Y 린외 3명이 참석하였다. 이는
중화영관의 '사업회의보고서'와 삼성전관의 'CDT 5개사 Management 회의결과(6/23
일)' 자료, 이△△의 업무수첩 기재내용 등에 의해 확인된다.


⑬ 1999년 7월 23일 다자회의


*144*          이 회의에서는 '이전 회의시 합의결과 이행여부 상호점검', '14˝, 15˝ CDT
가격인상 합의', 'CDT 시장의 수요공급 예측후 공동으로 가격을 인위적으로 인상하
기 위해 필요한 생산감축량을 합의'하는 순으로 진행하면서 피심인들은 같은 해 8월
1일부터 적용하기로 한 규격별 합의가격을 확인하고, 가격인상작업의 진행여부를 점
검하였다.

> Agenda (안건)
> • Review of last meeting(지난 회의 점검) • Market update(시장 업데이트) – 17"
> Japanese movement – 14"/15" price up(14인치, 15인치 가격인상) •19" pricing position •
> Supply&Demand •Capacity control(생산량 통제) • A.O.B.                    (소갑 제4-20호증)

> -가격조정: 8/1일 적용
>  ·14": 52$, 가격인상작업 순조롭게 진행
>  ·15": 70$ (Bottom Price: 67$), 가격인상작업 순조롭게 진행
>  ·17": Official 98$, Bottom 95$ (TCO: 96$)                    (소갑 제4-20호증)


*145*          당시 회의에서 오리온과 삼성전관은 한국내 시장판매와 관련하여 아래와 같

이 언급한 사실이 있는데, 이는 전세계 주요 CDT 제조업체간 결성된 동 카르텔의 합의사항이 원활히 이루어지기 위해서는 한국내 수요업체에 판매되는 가격이 합의한 바대로 결정되어야 할 필요가 있기 때문에 당시 회의에서 공개적으로 논의된 것임을 알 수 있다. 즉, 중화영관의 치-춘 리우는 오리온의 내수가격이 인상되지 못한 사실에 대해 불만을 표시하였는데 이는 한국 수요업체에게 공급하는 중화영관의 가격인상 계획에 영향을 미치기 때문이다.

146      또한, 삼성전관에서 삼성전자로 공급되는 비중에 대해 삼성전자측은 외부 구매 비중이 40%로 확대되어야 한다는 입장을 가졌음을 알 수 있는데 이로부터 삼성전자에 공급되는 삼성전관의 물량은 사전에 확정된 것이 아니라 시장상황 및 공급가격에 따라 가변적이었음이 확인된다.

> ○ OEC는 한국고객들이 한국 내수용 15" 제품에 대한 가격인상을 여전히 강하게 반발하고 있다고 밝혔다. ... 리우 이사는 b) 더욱이, **대만 제조사들은 한국 모니터 제조사들이 대체로 가격인상을 못하는 이유는 〔한국〕 내수시장에서 CDT 판매가를 인상하지 못하였기 때문이라고 의심**하고 있으며, ....
> ○ SDD의 Mr. 인 김과 D.Y.Kim는 SDD→SEC의 공급량이 겨우 SEC의 수요 수준의 60%에 불과하다고 말했다. (본래 내부그룹거래는 70% 수준에서 정한다.) **SEC는 이미 최고위 경영진에게 SEC 수요량의 40%는 외부구매로 충족되어야 한다고 불만을 제기하였다.**
>
> (소갑 제3-68호증)

147      피심인들은 같은 해 8월에 최소 7일간 생산중단을 하기로 합의하였고, 생산 감축 절차와 관련하여 각사의 생산라인 중단계획을 월말 1주전까지 필립스의 로사에게 보내기로 하였다. 이 회의의 합의결과에 따라 1999. 7. 29. 삼성전관은 필립스의 로사에게 생산일수 조정계획을 송부하였다. 끝으로, 참석자들은 같은해 8월 20일 한국에서 골프를 겸한 다자회의를 개최하기로 결정하였다.

> ○ **최종적으로 8월에 최소한 7일간 생산중단을 실행하는 결의안에 도달하였다.**
> (소갑 제3-68호증)
>
> Capacity Control Principle (생산량 통제 원칙)
> · Earlier notice(조기통지) – stoppage plan send to Rosa 1 week before month end (매달 말 1주전에 로사에게 생산중단 계획을 송부)     (소갑 제3-69호증)

> 8/20 그린회의(AM 회의/PM 골프)는 이전에 결정한 대로 한국에서 개최될 것이다.
> (소갑 제3-68호증)

148      이 회의는 CDT 가격인상 및 생산량 감축합의를 위한 최고위급 회의롯 삼성전
관의 김 ㉠, 김▲▲, 하●●, 이△△, LG전자의 최■■, 전㊀㊀, 조니 송(송◎◎), 고
♣♣, 오리온의 문□□, 강㉣㉣, 필립스의 창 데이빗, 린 제리, 로사 후, 중화영관의
치엥-위안 린, 치춘 리우, 웬-춘 쳉, 칭-위엔 두가 참석하였다. 이러한 사실은 중화영
관의 '방문보고서', 삼성전관의 'Meeting Agenda' 제하의 회의결과보고서, 중화영관과
삼성 SDI의 당시 회의자료, 삼성전관 이△△의 진술 등에 의해 확인된다.


   ⑭ 1999년 7월 28일 다자회의


149      이 회의에서 피심인들은 17″CDT 가격을 시장상황에 맞게 현실적으로 조정
할 것과 15″CDT의 한국내 가격인상이 조속히 이루어져야 한다는 것을 논의하였고,
한국 시장에서의 15″CDT 가격인상여부가 다른 피심인들의 합의실행에 영향을 미치
는 구조를 갖고 있었음이 중화영관측 보고서 내용에서 확인된다. 다른 피심인들의
불만제시에 대응하여 한국업체들인 삼성전관, LG전자, 오리온은 조속히 가격을 인상
할 것을 약속하였다.

---

1. 실무미팅 요약
 1) **17″ 가격을 현실적으로 조정하자 : 92~93$ 수준**
 2) 15″ 대만가격은 대부분 인상하였으나 한국업체의 가격인상이 완료되지 않아 불만고조
 3) 17″가격인하는 top보고후 차주 실무미팅시 결론(8/4 14:00 중화도원공장)

(소갑 제4-22호증)

---

리우 이사는 당시에 한국 제조업자들이 전세계적으로 상당한 점유율을 차지하므로 만약 **한
국 시장이 가격인상을 성공적으로 진행하지 못한다면 이는 현재 가격의 대폭 인상에 확실히
영향을 줄 것이라고** 하였다. 또한, 현재 이해하는 바에 따르면, 다양한 제조업자들이 가격
인상을 발표했지만, 가격인상이 받아들여지지 않았다고 하였다. 리우 이사는 <u>회의에 참석한
다른 모든 제조업자들이 한국 제조업자들에게 가격 인상 수용 요청을 하기를 원하였다.</u> [수
기로 밑줄] 그렇지 않으면, 대만 제조업자의 대폭적인 가격 인상 조치도 영향을 받을 것이라
고 하였다. <u>이와 더불어, **대만 제조업자의 주문도 한국 제조업자에게 갈 수도 있다**</u> [수기로
밑줄] 오리온/PH는 또한 한국 제조업자들의 가격인상이 아직 확실하지 않지만 만약 SEC가
가격인상을 수용한다면 다른 한국 제조업자들도 이를 따를 것이라고 생각한다. **여러 제조업
자들은 자사 본사들이 한국 제조업자들의 가격 인상을 위하여 동일한 절차를 강력히 진행하
도록 요구하자는데 동의하였다.** (소갑 제3-70호증)

---

5. 15″ 한국업체 가격인상 지연에 대한 강한 불만
**=====⟩ 한국 업체 조속히 인상약속** (소갑 제4-22호증)

---

150    또한, 실행가능한 합의가격설정을 위해 1999년 7월 및 8월 각 사의 규격별 생산량(P: Production), 판매량(S: Sale), 재고량(I: Inventory)을 공개하여 표로 만든 후 교환하였고, 각 사는 같은 해 8월의 생산라인 중단현황을 제출하였고, 피심인들은 생산라인 중단여부의 상호점검을 위한 세부적인 절차에도 합의한 사실이 있다.

| | | 7월 | | | 8월 | | | |
|---|---|---|---|---|---|---|---|---|
| | 14" | 15" | 17" | 19" | 14" | 15" | 17" | 19" |
| | P/S/I | P/S/I | P/S/I | P/S/I | P/S/I | P/S/I | P/S/I | P/S/I |
| SDD | 280/290/30 | 810/830/80 | 650/670/60 | 90/90/- | 300/310/- | 860/850/- | 700/710/- | 90/90/- |
| PH | 65/50/- | 420/340/290 | 260/280/180 | 35/20/60 | 35/45/- | 310/420/- | 310/340/- | 40/30/- |
| CPT | 330/370/130 | 880/950/130 | 650/620/140 | 14/18/16 | 340/280/- | 1000/1000/- | 650/650/- | 20/25/- |
| 오리온 | 90/80/30 수기포 동그라미 | 335/330/40 | 130/135/75 | | 60/90/- 수기포 동그라미 | 345/365/20 | 125/145/55 | 10/5/5 |
| LG | 90/95/0 | 600/620/130 | 580/540/20 | 75/70/40 | 0/10/- | 550/650/- | 550/530/- | 70/60/- |

○8월 여러 제조업자의 생산라인에 대한 17" CDT 생산 중단일: 여러 제조업자들은 별첨과 같이 생산 중단 일자를 보고하였다. 제조업자들은 감사 계획을 검증할 필요가 있었으며, 금요일 이전에 편집을 위해 PH에 송부할 필요가 있었다. 또한, 제조업자들은 방문/준비하는 직원에게 공지를 하고 감사가 시행되기 이틀 전에 공장방문시간을 구체적으로 공지해야 한다. (소갑 제3-70호증)

151    이 회의에는 삼성전관, LG전자, 오리온, 필립스, 중화영관 5개사가 참석하였다. 이는 중화영관의 '방문보고서'와 삼성전관의 '7/28 경쟁사 실무미팅 결과보고'에 의해 확인된다.

⑮ 1999년 8월 4일 다자회의

152    피심인들은 이전회의에서 합의한 1999년 8월 14″와 15″ CDT 가격인상 진행여부를 상호 점검하였다. 특히, 한국의 삼성전관과 오리온전기는 계열사간 거래가격도 성공적으로 인상하였으며, 피심인들이 동시에 가격을 인상한 목적이 상대방의 점유율을 침해하지 않으면서 이익을 극대화하는데 있었음을 알 수 있다. 그리고 동 회합의 목적이 CDT 제조업체인 피심인들간 가격, 품질에 대한 경쟁을 자제하고 공동으로 수요자에 대응하는데 있었음을 알 수 있으며, 합의가격보다 낮은 가격을 제시하는 행위를 중단할 것을 상호요청하고, 합의가격 유지를 위해 생산량을 감축한 사실을 공개하기도 하였다. 이 회의에 삼성전관, LG전자, 오리온, 필립스, 중화영관이 참석하였다. 이는 중화영관의 '접촉보고서'를 통해 확인된다.

> ○8월에 시작되는 **14"/15"의 가격인상과 관련하여 모든 제조업자들은 대체적으로 효과적으로 진행되었다**고 언급하였다. SDD- Mr. 윤과 오리온-Mr.문은 모두 자신의 **내부거래(SEC 및 오리온)의 경우** 상대방이 적시에 5달러의 CRT 비용 차이를 무시하는지 여부와 관계없이 이들의 궁극적인 의지가 있으므로 **SDD및 오리온이 가격인상을 효율적으로 진행하였다**고 주장하였다. **Mr.윤은 PH Mr. 밀란 바론을 통해 PH에게 D/W로 가격 인상을 신속히 진행해 달라는 요청을 하였다.**(Mr.윤은 SDD의 경우 가격이 67달러로 원활하게 진행되었다고 언급하였다) 다른 한국 고객에 대한 가격은 67~68달러로 인상되었다)
> ○모든 제조업자들이 **동시에 가격인상을 적용함으로써 다른 회사들의 점유율을 침해하는 것을 확실히 피하도록 하자고 하였다.**                                                (소갑 제3-71호증)

> 제조업자들이 시장 소문에 끌려 가는 것을 방지하고 고객들이 일본의 저가를 이용하여 상황을 통제 범위 밖으로 만드는 전략을 적용하는 것을 막기 위해 SDD는 준 고위급 회의를 다음 화요일(8/10) 오후 2시에 SDD타이페이에서 개최할 것을 제안하였다. **이는 모든 제조업자들이 따를 수 있는 17" CDT의 가격책정을 신속하게 확실히 하려는 의도이다.**
>                                                                        (소갑 제3-71호증)

> CPT-쳉 과장은 오리온에게 "원래의(14"/15") 대만 고객이 아닌 고객과 17" 주문에 대해 경쟁하지 말라" 라고 요청하였다. 이는 **오리온이 낮은 품질을 이유로 다른 제조업자들보다 약간 낮은 가격을 제시함으로써 혼란을 야기시키는 일반 관행을 방지하기 위한 것이다.** 또한, 쳉 과장은 **책정가격을 유지하기 위해서 CPT가 2개 라인의 운영을 중단하였다 (평균적으로 12일 폐쇄).**                                                        (소갑 제3-71호증)

⑯ 1999년 8월 10일 다자회의

153        이 회의에서 피심인들은 15″CDT 관련 한국시장에서의 가격인상을 확인하고 17″CDT 판매가격을 재합의하였으며, 고객에게 동 회합사실에 대한 비밀을 보다 철저히 유지하기로 하였다. 이 회의는 삼성전관, LG전자, 오리온, 필립스, 중화영관이 참석하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> ○중화영관이 한국시장에서의 동일한 가격인상 여부를 묻자, **삼성SDI는 삼성전자를 비롯하여 현대, 대우도 수락하였으며** 모니터 업체들이 PC 제조업체에게 가격인상을 전가하는데는 시간이 걸릴 것이라도 하였다.
> ○**오리온의 Mr. 문은 한국시장에서 15 " 가격인상에 성공하였다고 주장하였다. 필립스는** 삼성전자/대우전자에 대한 가격인상이 아직 실행되지 않고 있다고 지적하고, **새로운 가격이 받아들여지지 않으면 선적을 하지 않을 것**이라고 하였다.
> ○**필립스의 제리는 17 " 최저가격을 $93로 하자고 제안하였고 삼성전관과 LG는 동의하였다.**
>                                                                        (소갑 제3-72호증)

⑰ 1999년 8월 20일~22일 다자회의 및 생산라인 감사

*154*       피심인들은 이전 회의에서 합의한 내용의 이행상황을 점검하고, 시장상황에 따른 규격별 CDT의 가격인상 여부를 확인한 후 합의가격을 설정하고 공급량 통제방안에 대해서도 논의하였다. 또한, 규격별 CDT 합의가격의 이행상황을 점검하고 향후 적용할 판매가격을 합의하였음이 확인된다

> Agenda(안건)
> • Review of last meeting (지난회의 점검)
> • Market update (시장 업데이트)
>  - 14"/15" price increase - 17" price development - 19" status
> • Capacity control (생산량 통제)
> • Glass supply & demand update (유리 수요/공급상황 업데이트)
> • Green Meeting
> • A.O.B.                                         (소갑 제4-24호증)

> □ 1. Agenda
> ○ 14"/15" Price Increase - 추가적인 가격인상에는 반대
> ○ <u>17"</u> Price development - <u>$93수준 유지</u>, 휴무일수를 조정하더라도 가격은 유지하는 전략 필요
> ○ <u>19"</u> Status: 수요회복이 지연됨에 따라 어려움이 지속되고 있으나 <u>합의한 가격수준을 유지</u>
>                                                 (소갑 제4-23호증)

*155*       이와 관련된 중화영관의 회의결과보고서 내용을 살펴보면, 피심인들은 한국내 수요자에 대한 가격인상 사실을 확인하였고 규격별 판매가격 및 조업중단일수를 합의한 후 차기 회의개최 장소 및 일시를 정하였고 삼성전관의 김♣은 이 회의 개최전 마쯔시다 경영진과 판매가격설정 관련 논의사항을 다른 참석자들에게 전달하였음이 확인된다. 위 회의 이틀 후인 1999. 8. 22. 중화영관의 칭-위앤 두와 추 시양구오는 LG 구미공장과 삼성전관 수원공장, 오리온의 구미공장을 각각 방문하여 이전 회의 합의사항인 생산라인 중단여부를 직접 확인한 사실이 있다.

> ○ OEC에 의하면, 대우의 15" 튜브 가격 인상에 대해 고객이 여전히 반발하고 있다고 하였다. 그러나 OEC는 입장을 고수하여 공급량을 20% 감소시켰다. SDD는 대우에 대한 공급량 증가가 성공적이었다고 하였다. 오리온은 성공을 위해 모든 수단을 동원하여 가격인상 입장을 고수하라는 요청을 받았다.
> ○ 시장가격의 지속적 하락을 예방하기 위하여, <u>모두가 [17"CDT의 경우] 93 달러의 최저가를 유지하는 데 동의하였다.</u>
> ○ 참석자들은 <u>[19"CDT]가격을 160 달러와 150 달러로 유지</u>하고 시장 수요의 변화를 계속해서 주시해야 한다는 점에 동의하였다
> ○ 회의 참석자들은 가격 수준을 효과적으로 보장하기 위해서 <u>17" 튜브 생산 중단 기간이 9월에 최소한 5일이어야 한다고 하였다.</u>
> ○ 다음 유리 회의는 <u>9월 20일 오전 9:30에 CPT 타워위안 공장에서 개최될 것에 동의</u>하였다.
> ○ Mr. 김♣은 고위 MEC 경영진과의 회의 결과를 설명하였다.     (소갑 제3-73호증)

156 　　　　이 회의는 최고위급 CDT 다자회의로서 삼성전관의 김♣, 김▲▲, 이△△, 하●●, LG전자의 최■■, 전⊗⊗, 고♧♧, 오리온의 문□□, 조⊗⊗, 강㉣㉣, 김⊗⊗, 필립스의 데이비드 창, J.M. 스미스, 제리 린, 배재호, 중화영관의 치엥-위안 린, 치-춘 리우, 칭-위엔 두가 참석하였다. 이는 삼성전관의 'Top/Management Meeting (8월 20일)'제하의 결과보고서, 중화영관의 '방문보고서', 삼성 SDI의 당시 회의자료 등에 의해 확인된다.


⑱ 1999년 9월 2일 다자회의

157 　　　　이 회의에서 피심인들은 한국계 CDT 제조업체가 한국내 수요업체에게 적용하는 판매가격이 다른 참석자들의 수익에도 중요한 영향을 미치는 구조를 잘 보여준다. 즉, 삼성전관이 계열회사인 삼성전자에게 합의한 바대로 가격을 인상하지 못할 경우 삼성전자를 비롯한 대형 수요처가 다른 카르텔 참가사들에게 가격인하를 요청하게 되는 것이 우려되었다. 또한, 판매량과 관련하여 피심인들은 당시 고객별로 유지되고 있던 점유율을 변동시키는 것을 꺼렸는데 삼성전관이 삼성전자에게 정해진 비율 이상으로 공급할 경우 이는 다른 공급처인 도시바에게 영향을 미치고 도시바가 다른 수요처에게 남은 물량을 공급하게 되면 전체 CDT 제조업체간에 경쟁이 촉발되기 때문이다.  이 회의에는 삼성전관의 윤㉻㉻, LG전자의 임ⓛⓛ, 송⊗⊗, 오리온의 문□□, 필립스의 제리 린, 중화영관의 치-춘 리우, 웬-춘 쳉, 칭-위앤 두, 춘-메이 시가 참석하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> **b) 〔수기로 별표〕 한국 내에서 15"의 가격인상 이슈**
> CPT와 PH는 개별적으로 오리온에게 D/W와 같은 한국 모니터 제조업자들에 대해 성공적으로 가격을 인상했는지 여부를 문의했다. 리우 이사는 한국 고객들 (D/W, 현대) 등과 거래를 하며 우리가 받은 메시지는 **만약 우리가 가격을 인상한다면 이들은 구매를 하지 않을 것이라는 점이었다. 만약 한국 CRT 제조업자들이 한국 모니터 제조업자들에 대해 성공적으로 가격을 인상하지 못한다면 이는 대만 모니터 제조업자들에게 심각한 영향을 미칠 것이며** 특히 비수기(수요보다 공급이 많음)에 그럴 것이다. 이들은 대규모 시스템 제조업자들에게 주문을 빼앗기는 결과로 인해 어려움을 겪는 것을 우려할 것이다. 궁극적으로 대만 제조업자들은 우리의 가격인상으로부터 압력을 받는 것이 불가능할 것이다. **한국 CRT 제조업자들이 이러한 사안에 직면하고 한국 내에서 15"의 가격인상은 아직 이뤄지지 않을 것이라는 시장의 소문을 빨리 제거할 것을 바란다.**　　　　　　　(소갑 제3-74호증)

ㅇ CPT - 리우 이사는 D/W에 대한 공급의 감소분을 SEC에 대한 공급량 증가로 왜 전환시키지 않느냐고 문의했다. Mr.윤은 다음과 같이 대답했다: <u>SEC에 대한 공급을 증가시키는 것은 어렵지 않으나 사실상 많은 문제점을 야기할 것이다.</u> 예를 들어: <u>그러한 증가는 일본 제조업자(TSB)에게 직접적으로 영향을 미칠 것이며 이는 TSB로 하여금 SEC공급을 대만 제조업자 또는 다른 고객들로 전환하게끔 만들 것이다.</u>       (소갑 제3-74호증)

⑲ 1999년 9월 20일 다자회의

158         이 회의는 '이전회의 합의이행여부 점검'→'시장상황 및 전세계 수요·공급량 검토'→'가격인상 합의'→'생산량통제 합의' 등의 순서로 진행되었고,   피심인들은 각자가 수집한 시장상황, 고객반응 관련정보를 공유한 뒤, 14″CDT는 이전 합의가격을 유지하기로 하였다. 15″CDT에 있어서는 이전 합의사항인 5달러 인상이 성공적으로 이루어진 사실과 한국계 제조업체들이 한국 수요업체에 가격을 인상한 사실을 확인하였다. 또한, 17″ CDT로의 수요이전을 촉진하기 위해 17″CDT가격을 인하하기로 합의하고, 생산량 통제와 관련하여 같은 해 10월 최소 7일간 17″ CDT 생산라인을 중단하기로 하였으며 같은 해 9월 28일 오후 2시 중화영관이 생산중단계획을 보고하기로 하였다. 이 회의는 대만 타오위안에서 개최된 CDT 최고위급 회의로서 삼성전관의 김♣, 김▲▲, 이△△, 하◉◉, LG전자의 최■■, 전Ⓐ Ⓐ, 임Ⓛ Ⓛ, 고00, 오리온의 조Ⓝ Ⓝ, 지미 김, 강ⓔ ⓔ, 문□□, 필립스의 짐 스미스, 제리 림, 로사 후, 중화영관의 치엥-위안 린, 치-춘. 리우, 웬-춘 쳉, 셍-젠 양, 칭-위엔 두가 참석하였다. 이는 중화영관의 '방문보고서', 삼성전관 이△△의 업무수첩 및 진술, 회의당시 배포된 회의자료 등에 의해 확인된다.

1. 14″: 향후 14'' 가격을 인상하는 문제에 신중을 기해야 할 것이다. SDD의 Mr. 인 김도 동의했다. 따라서 <u>이번 회의에서 14″ 가격 인상은 고려되지 않았다.</u>
2. 15″: 15″ 튜브에 대한 시장 수요가 강력하게 유지되고 있다. 모든 제조사들은 현재 생산과 판매 수량이 여전히 좋은 상태이며 <u>8월 가격도 합의된 가격에 따라 문제 없이 인상되었다고 밝혔다.</u> 모든 제조사들은 12월부터 15'' 상품에 대한 수요가 약해질 것이라 믿고 있다. 린 사장 또한 <u>15″ 튜브 가격이 인상될 것이며, 두 제품 간의 가격 격차를 좁히고 시장 수요가 17''로 이동하는 것을 장려하기 위해서 8월부터 17'' 튜브 가격을 약간 인하하겠다고 밝혔다. ... SDD/LG/오리온은 모두 실제로 합의된 가격에 따라 한국 제조사들에게 대해 가격을 인상하였다고 밝혔다.</u>
3. 17″: 10월 17″ 생산능력 통제에 관하여, PH/SDD/CPT는 모두 생산 라인이 최소 7일간 중단될 필요가 있다고 제안하였다. 또한 LG와 오리온은 오랜 논의 후에 <u>7일간 생산을 중단하자는 합의를 처음으로 마련했다. ... 또한 각 제조사들이 생산 중단 계획에 대한 보고는 9월 28일 오후 2:00, CPT에서 하는 것으로 정해졌다.</u>       (소갑 제3-75호증)

⑳ 1999년 9월 28일 다자회의

159      이 회의에서 피심인들은 각 사의 2000년도 전세계 공급량 및 수요량 예측치를 공개하고 시장상황에 대한 의견을 교환한 뒤, CDT 모니터의 규격별 수요량을 다음과 같이 추산하였으며, 이에 맞춰 산출량을 조절하기 위해 1999년 10월중 당시 주력상품인 17″ CDT의 생산라인을 7일간 중단하기로 합의하였다. 구체적으로, 피심인들은 2000년도 전체 수요가 1억 1천 1백50만개(″111.5M″)로 예측됨에 따라 이에 맞춰 공급량을 1억 1천 7백만개(″117.15M″)로 정하고 인치별 가동율을 합의하였다. 이 회의는 삼성전관의 김▲▲, 윤Ⓗ, LG전자의 전Ⓐ, Mr. 박, 고♧, 오리온의 문□□, 강Ⓔ, 김Ⓧ, 필립스의 제리 린, 로사 후, 리메이, 중화영관의 웬-춘 쳉, 칭-위앤 두, 춘-메이 시가 참석하였다. 이는 중화영관 춘-메이 시의 '접촉보고서'에 의해 확인된다.

> ○ 각 제조사들은 111.5M 수량을 2000년도 C-모니터 총 수요량 기준으로 사용하기로 합하였다. 각 사이즈별 수요 상황 전망은 다음과 같다:
> 14″  6.35M (5.7%), 15″  43.15M (38.7%), 17″  51.3M (46%),
> 19″  8.35M (7.5%), 21″  2.35M (2.1%).
> ○ 5개 제조사들의 사이즈별2000년도 예정 생산량은 시장수요 전망에 따라, **14″/15″ 90%, 17″/19″ x 85%의 가동 계획에 따를 것**이다. 2000년도 5개 제조사의 총 산출량 전망은 91.15M이며, 이 중 14″  5.25M/15″  37.0M / 17″  41.65M/19″  7.25M이다.
> ○ **2000년도 공급/수요**
> ·5개 제조사 & 일본공급 = 91.25M+26M=<u>117.15M</u>
> ○ **제조사들은 17″에 대해 <u>10월 중 7일/라인 중단을 통해 생산을 계속해서 감축하기로 합의하였다.</u>** ... 제조사들은 각 제조사의 감사 수행을 촉진하기 위해 서로에 대한 감사 계획을 제시해야 한다.                                    (소갑 제3-77호증)

㉑ 1999년 10월 13일 다자회의

160      이 회의는 '1. 시장 업데이트, 2. 17″ 가격문제, 3. 20000년 수요/공급, 4. 기타문제' 순으로 논의가 진행되었고, '시장 업데이트(Market Update)'안건과 관련하여, 피심인들은 한국내 CDT 가격이 합의가격대로 이행되고 있지 않음을 논의하고 그에 따라 다른 회사들이 피해를 보고 있으므로 이를 시정하기 위해 이행을 촉구하는 한편 생산량을 감축해야 한다는 결론에 도달하였음을 알 수 있다. 그리고 17″ CDT 가격문제와 관련하여 피심인들은 이전 합의가격대로 지켜지지 않은 점을 지적

하고, 향후 최고위급 수준에서 합의가격을 결정하고 실무직원들이 시장가격을 실제 검토한 뒤 이탈자에 대해 책임을 추궁하고 최고위급 회의에서 해결책을 찾자는 중화영관 치엥-위안 린의 제안에 동의한 사실이 있다. 이 회의는 CDT 최고위급 회의로서 삼성전관의 이△△, LG전자의 Mr. 린, Mr. 찰스 루, 오리온의 문□□, 필립스의 제리 린, 리메이 리우, 중화영관의 치엥-위안 린, 치-춘 리우, 칭-위앤 두, 춘-메이 시에가 참석하였다. 이는 중화영관의 '접촉보고서'와 당시 회의자료에 의해 확인된다.

○ 한국 내 CDT 가격이 각 제조사들이 합의한 합리적인 그 가격[수기로 밑줄]인가에 대한 의혹이 있었다. 만약 아니라면 대만 모니터 제조사들의 CDT 가격이 한국 모니터 제조사들의 가격보다 높은 상황이 실제 상황일 것이다. Mr.제리는 낙심한 모습으로 유리 회의가 대만 제조사들의 시장 경쟁력 상실을 유발하는 파괴적 요인이 되지 않기를 바란다고 말했다. 동시에 유리 회의의 의장으로서 본인이, 한국 내 지역 고객들에게 필립스가 공급하고 있던 본래 인도물량을 안정화시킬 수 없었다는 사실을 인정할 수 없었다
○ b) CPT: 일부 생산라인들은 장기간 가동을 중단시켜야 한다. ... 그러나 제리가 지적한 상기 요인들(한국 모니터 제조사들의 강력한 상황) 때문에, 또한 대만 모니터 제조사들에게 제시되는 알 수 없는 저가 공세로 인한 지속적인 방해상황으로 인해 판매 확대는 그다지 신통치 않다. 시장 가격 안정화에 기여하기 위해 CPT는 꽤 오랜 시간 동안 17'' 생산을 최대로 줄여왔다. 각 제조사들은 최저가를 엄격하게 고수해야만 한다. (소갑 제3-78호증)

○ 최고위 수준에서 가격 문제에 대한 결론에 다다른 후에는, 실무진 직원들이 매 회의마다 시장가격 상황을 실제로 검토해야 하고, 비정상적인 점이 나타나면 실제 가격을 찾아내야 한다고 밝혔다. 파괴자는 철저히 조사될 것이다. 최고위 회의에서 해결책을 찾기 위해 문제를 검토할 것이다.
○ 제조사들은 린 사장의 요청에 대해 동의를 표시했다. 그들은 또한 CPT-이사 리우, L/G-Mr. 린 혹은 Mr. 박, SDD- Mr. 하, PH-Mr. 제리, 오리온-Mr. 문 등으로 하여금 내일(10/14 p.m. 17:00) CPT에서 17'' 실제 가격을 다시 한번 검토하고 논의하자고 만장일치로 결정하였다.(소갑 제3-78호증)

㉒ 1999년 11월 9일 다자회의[31]

161    피심인들은 1999년 10월 및 11월의 규격별 CDT의 판매가격 및 물량 정보를 교환하였으며, 동 카르텔 회의로 인해 이익을 즐겼다는 점을 확인하고 비수기동안 적시에 카르텔 회의를 개최하여 연락을 강화하기로 하였고, 같은 해 11월 22일 대만 타오위안의 중화영관에서 골프(Green Meeting)를 겸한 회의를 개최하기로 하였다. 이 회의는 삼성 SDI의 하◉◉, 윤㊀㊀, LG전자의 임㉡㉡, Mr. 찰스 루, 필립스의 밀란 바란(Milan Baran), 중화영관의 치-춘(C.C.) 리우, 칭-위앤 두가 참석하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

---

31) 삼성전관은 1999년 11월 삼성 SDI로 상호를 변경하였으므로, 이 회의 이후 증거자료에는 삼성 SDI로 기재되어 있다.

> ○주간 실무급회의의 실행 방식을 검토한다: **각 제조업자는 Glass Meeting의 성공으로 인하여 모두가 올해 영업을 즐겼다고 밝혔다. 비수기가 다가옴에 따라 모두 연락을 강화할 필요가 있다.** 이에 따라 주간회의는 적시에 열려야 할 것이다. ... 다음 회의는 11/22에 개최하기로 잠정적으로 계획하였다.
> 1. 스케줄: 아침에 회의 오후에 Green Meeting.
> 2. 위치: CPT 타오위안 공장. Green Meeting의 장소를 위해서, CPT는 이번에 주최를 하고 준비를 할 것이다.                          (소갑 제3-80호증)

㉓ 1999년 11월 26일 모임

*162*　　　이 회의는 대만 타오위안에서 개최된 CDT 최고위급 다자회의 및 골프모임으로서, 삼성 SDI, LG전자, 오리온, 필립스, 중화영관의 CDT 담당 최고위급 임직원들이 참석하였다. 이는 당시 모임을 주관한 필립스측에서 회의전 다른 참가사들에게 참석여부 확인을 위해 작성한 문건에 의해 확인된다.

㉔ 1999년 12월 22일 다자회의

*163*　　　이 회의에서 피심인들은 규격별, 거래선별 납품량과 가격 및 재고현황과 같은 비공개 영업정보를 상호교환하였으며, 피심인간 저가 공세를 자제하자고 논의하고 현재가격을 유지하기로 합의하였다. 또한, 다른 피심인의 기존 고객에게 공급량을 확대할 경우에는 해당사의 동의를 사전에 구하였고, 복수의 공급자가 하나의 고객에게 CDT를 공급하는 경우 다른 회원사에 영향을 미치지 않는 경우에만 가격을 하향조정하기로 하였다. 이러한 합의는 이 회의 참석자들의 목적이 적정량의 공급량을 조절함으로써 CDT가격의 하락을 방지하고 회원사별 점유율을 인위적으로 유지시키려는 목적에서 행해진 것이다. 이 회의는 삼성 SDI, 필립스, 오리온, LG전자, 중화영관의 실무자급 직원이 참석하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> 1. 12월 여러 제조사들의 상품 납품 현황
> a) SDI: ... 또한 Mr. 윤은 삼포와 같은 일부 고객들이 최근 15''/17'' 가격을 $1씩 인하해 달라는 요청을 하였다면서, L/G가 너무 서둘러 접근해 저가를 제시하지 않았으면 한다고 하였다.
> e) CPT: ...  일부 고객들이 최근 반복적으로 우리에게 가격이 좋지 않으면, 앞으로 주문하지 않겠다고 암시하는 문제와 관련해서, **우리는 제품을 공급하는 여러 제조사들이 함께 가격을 안정적으로 유지할 수 있기를 바란다.**
> 2. 가격 문제
> o 여러 제조사들의 결론: **가장 중요한 것은 여러 제조사들이 현재 가격 유지를 확실히 해야 한다는 것이다.**
> o L/G: 이 단계에서는 그들이 $88의 저가를 제시하더라도 실제로 공급할 상품이 없다. 그러므로 이것이 2월 이전에 CPT와 SDI의 제품 공급에 영향을 미칠지 모른다는 걱정은 없다.
> o SDI: Mr. 윤은 한두 달 전에 CPT가 15'' 납품에 대한 컴팔의 수요를 충족시키지 못하였으며, Mr. 하가 CPT의 동의를 얻어 컴팔에 대한 납품 물량을 늘렸다고 대답하였다
>
> (소갑 제3-82호증)

(6) 2000년도 경쟁자간 회합

<표 22>                    2000년도 CDT 카르텔 회의개요[32]

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2000.1.24. | 17" 가격인상($90), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 (최고위급회의) | 소갑 제3-83호증 1413쪽, 1416쪽, 1417쪽 소갑 제4-27호증 심사보고서 2875쪽 |
| 2 | 2000.2.24. | 판매가격(15": $67/66, 17": $90/89), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 (최고위급회의) | 소갑 제3-85호증 1432쪽, 1434쪽, 1436쪽 소갑 제3-84호증 소갑 제3-86호증 소갑 제4-28호증 |
| 3 | 2000.4월 | 생산량 통제 및 감사 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-87호증 소갑 제3-88호증 1456쪽 |
| 4 | 2000.5.26. | 판매가격(15": $67, 17": $88, 19": 현행가격), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 (최고위급회의) | 소갑 제3-89호증 1473쪽, 1475쪽, 소갑 제3-90호증, 소갑 제4-29호증 2888쪽 |
| 5 | 2000.6.20. | 판매가격(14": $54, 2불인상, 15": $67, 2불인상, 17": 현행가격), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 (최고위급회의) | 소갑 제3-92호증 1503쪽, 1505쪽, 1507쪽 소갑 제4-30호증 2893쪽 |
| 6 | 2000.6.28. | 가격인상 실행여부 확인 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-93호증 1516쪽 |
| 7 | 2000.7.13. | 한국시장내 가격인상, 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-95호증 1537쪽 |

---

[32] 이하 2000년도~2001년 4월까지 월별 CDT카르텔 회의에서는 중화영관, 삼성 SDI, LG, 오리온, 필립스 5개사만 참석한 합의내용이고 동일한 참석회사 및 참석자이므로 중복하여 의결서에 기재하지 아니한다.

| | | | | 소갑 제4-32~3호증 |
|---|---|---|---|---|
| 8 | 2000.9.21. | LCD 대비 CDT 시장규모 추산, 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-96호증 1553~4쪽 소갑 제3-97호증 소갑 제4-34호증 |
| 9 | 2000.9.27. | 조업중단계획 및 감사방식 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-98호증 1575쪽 |
| 10 | 2000.10.25. | 판매최저가설정(15″: $66, 17″: $85), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 (경영진급회의) | 소갑 제3-99호증 1588쪽 1592쪽, 1593쪽 소갑 제3-100~2호증 소갑 제4-35호증 2934쪽 소갑 제2-2호증 354쪽 |

① 2000년 1월 24일 다자회의

164       이 회의에서 삼성 SDI의 김 ㅁ은 참석사 모두 합의가격을 준수할 것을 당부하였으며 일본의 마쯔시다, 히타치에도 합의사항 준수를 설득할 것을 제안하였고, 피심인들은 유리공급업체로부터 접수한 가격인상 요청사항을 취합한 뒤 17″ CDT 기본가격을 90달러로 유지하는 것에 합의하였고 같은 해 3월부터 주요고객 대상 판매가격도 90달러로 합의하였다.

> ○Mr. Inn Kim은 모두 합의된 가격을 준수하여 주요 5개사의 신의를 보여줄 것을 요청. 이를 통해 일본의 제조업체들은 자연적으로 가격 유지에 협력하게 될 것. Mr. Inn Kim은 말레이시아를 방문하는 사람이라면 누구나 MEC 말레이시아의 판매를 담당하는 관리자들과 회의 일정을 잡아 대화를 할 기회를 모색해 봐야 한다고 요청함. 그는 3월에 MEC 회원들과 또 회의를 열어 추가적으로 대화를 할 예정임. 뿐만 아니라, Mr. Choi는 의장에게 HTC 고위경영진과 회의 일정을 잡을 것을 요청함.                    (소갑 제3-83호증)

> ○ 실무자들은 17" 튜브 기본 가격을 $89로 하향 조정을 건의함. 그러나 회의 참가자들간 협의 후 이들은 린 사장의 아이디어대로 $90의 최저 가격을 유지하는 것에 찬성함. 3월부터 글래스 가격의 인상으로 주요 고객들에게 제안하는 가격은 $90으로 인상될 예정임.
>                                                       (소갑 제3-83호증)

165       또한, 2000년 2월중 15″, 17″ 생산감축일수와 관련하여 중화영관은 9일, 삼성 SDI, 오리온, 필립스는 7일간 생산을 중단하기로 합의하였다. 끝으로 차기 다자회의 일정을 같은 해 2월 24일 오후 2시 한국 오리온 사무실에서 개최하고 3월 25일 골프회동을 갖기로 결정하였다.

> ○모든 제조업체들이 2월에 15"/17" 생산을 계속 감축하기로 동의함.
> 청화 픽쳐 튜브는 9일간의 생산 감축 기간을 두기로 했고, SDI/OEC/PH 모두 **최소한 7일간의 생산 감축 기간을 계획하기로 하였음.**
> ○다음 CDT GSM 시간: 2/24 오후 2:00 (목요일). 장소: 서울 OEC 사무소. 서울에서 3/25 그린 미팅(Green Meeting)을 열기로 잠정적 합의함.　　　　　(소갑 제3-83호증)

> <삼성SDI>
> · LG: 4일 휴무(신년) → 5 days 17"/15"
> · ORION: 4 days(신년) → 7일 O.K.
> · S/S: 7 days(5일)　　　　　　　　　　　　　　　　(소갑 제4-27호증)

166　　　　이 회의는 최고위급회의로서 삼성 SDI의 김♣, 김▲▲, 하◉◉, 이△△, LG전자의 최▣■, 이▨▨, 고✤✤, 임Ⓛ○, 오리온의 조▨▨, 이▨▨, 문ππ, 오▨▨, 필립스의 짐 스미스(Jim Smith), 제리 린(Jerry Lin), 리매이 리우(Limay Liu), 중화영관의 치엥-위안 린, 치-춘 리우, 웬-춘 쳉, 칭-위앤 두가 참석하였다. 이는 중화영관의 '방문보고서'와 삼성 SDI 이△△의 업무수첩에 의해 확인된다.

　② 2000년 2월 24일 다자회의

167　　　　　피심인들은 14″, 15″, 17″, 19″ CDT의 같은 해 1분기 판매량 정보를 공개하고 표로 만들어 적정 공급량이 유지되고 있는지를 확인하였다. 그리고 피심인중 중화영관과 필립스는 삼성 SDI, 오리온, LG전자 등 한국회사들이 합의가격보다 낮은 수준으로 한국 모니터 생산업체에 CDT를 공급함에 따라 대만 모니터업체로부터 가격인하 압력을 받았다는 사실에 대해 불만을 제기한 사실이 있다. 이는, 한국내 거래가격이 다른 피심인에게 상호 영향을 미치며 한국을 포함한 전세계 시장에서의 판매수량 및 판매가격이 동 카르텔의 합의대상이었음을 알 수 있다. 또한, 한국에서 한국 CDT제조업체간 회합이 지속되고 있었음을 알 수 있고, 실효성있는 합의실행을 위해 대만의 CDT 실무진급 회의에 한국에서 개최된 회의결과를 전달하는데도 합의하였다. 그리고 피심인들은 논의 끝에 2000년 3월가격을 15″는 66~67달러, 17″는 89~90달러로 정하기로 하고 조업중단일수와 관련하여 2000년 3월중 15″는 10일, 17″는 5일로 하기로 합의하였다. 끝으로 차기회의를 같은 해 3월 25일 서울에서 삼성 SDI 주최로 골프모임을 겸하여 개최하기로 합의하였다.

> PH와 CPT는 한국 모니터 제조사들이 작년부터 대만 제조사들보다 더 나은 상황에 있으며, **대만 고객들은 한국 회사들이 한국 CDT 제조사로부터 특별한 지원을 받아, 대만 제조사들에 비해 경쟁력이 있다는 불만을 제기하였다는 점을 언급했다.** Mr. 제리는 PH가 한국에서 매출이 없다고 주장했다.(본래 판매량은 약 140k/m이었음)          (소갑 제3-85호증)

> **게다가 한국 측 실무진 GSM이 수시로 열리고 있다.** PH와 CPT 직원들도 필요한 경우 정기적으로 참석할 수 있도록 초청을 받을 수 있다.... 대만에서 열리는 실무진 회의에서 보고할 수 있도록, 한국 제조사들이 대만에 있는 그 직원에게 관련시장 정보를 전달하도록 하자는 안이 나중에 결의되었다.          (소갑 제3-85호증)

> ○회의 참석자들 사이의 광범위한 논의 끝에, **3월 가격과 메시지는 다음과 같이 하기로 결의하였다. -15" 67/66 us\$, 17" 90/89 us\$**
> ○**작업일수 축소**: 2000년 3월. 회의 참석자들은 다음과 같이 결의하였다.
>  **-17" 5일, 15" 10일**          (소갑 제3-85호증)

> 그린 회의를 3/25(토요일) 서울에서 SDI가 주최하는 것으로 결의되었다.
> AM 8:30-11:30: 고위 경영진 회의
> AM 12:00 시작: 그린 회의          (소갑 제3-85호증)

168      이 회의는 한국에서 개최된 최고위급 CDT 다자회의로서, 삼성 SDI의 김♣, 김▲▲, 이△△, LG전자의 최 S.Y.(최■■), 이 S.K.(이▨▨), 고 K.Y.(고♧♧), Mr. 임(임ⓛⓛ), 오리온의 조▨▨, 문 J.H.(문ππ), 오 S.G.(오▨▨), 지미(Jimmy) 김, 필립스의 짐 스미스(Jim Smith), 제리 린(Jerry Lin), 박 J.K., 중화영관의 치-춘 리우, 칭-위앤 두가 참석하였다. 이는 중화영관의 칭-위앤 두가 작성한 '방문보고서', 회의당시 배포된 회의자료, 중화영관 참석자들의 '출국신청서', 삼성 SDI의 이△△의 업무수첩 내용 등에 의해 확인된다.


  ③ 2000년 4월중 생산량 통제 감사


169      2000년 4월중 삼성 SDI, LG전자, 오리온, 필립스, 중화영관은 각 사의 전세계 공장에서 15"와 17" CDT 생산통제 및 감사계획을 일자별로 표로 만들어 공유하고, 각 사의 직원이 상대방 생산설비를 직접 방문하여 가동중단 여부를 확인하도록 합의한 사실이 있다. 이는 중국 셴젠 삼성 SDI 생산라인 중단여부를 확인하기 위해 직원을 파견토록 하는 중화영관의 내부 결재문서와 통제 및 감사계획표에 의해 확인된다.

■ 15" CMT 생산 통제 & 감사 계획 -2000년 4월 (X10)

| | CPT X 6 | | SDD X 5.5 | | LG X 4 | | ORION X 2.75 | | PHILIPS X 5 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 장소 | 감사 | 장소 | 감사 | 장소 | 감사 | 장소 | 감사 | 장소 | 감사 |
| Sat 4/1 | CPTT#1 #2 CPTY#3 CPTM#8 CPTF#2 | | Suwon#4 Pusan#3/6 M'sia#6 | | Changwon #H3#5 Wales#1 | | Kumi 09 BSA Mex#2 | | Chupei#3,4,5 (중국으로 이전) | |
| Sun 4/2 | CPTT#1 #2 CPTY#3 CPTM#8 CPTF#2 | | Suwon#4 Pusan#3/6 M'sia#6 | | Kumi#G1 Changwon #H3#5 Wales#1 | | Kumi 09 BSA Mex#2 | | Chupei#3,4,5 (중국으로 이전) | |
| Mon 4/3 | CPTT#1#2 CPTY#3 CPTM#8 CPTF#2 | | Suwon#4 Pusan#3/6 | | Changwon H3/H5 0.5 days | | | | Chupei#3,4,5 (중국으로 이전) | |
| Tue 4/4 | CPTT#1#2 CPTY#3 CPTM#8 | | Pusan#3/6 | | | | | | Chupei#3,4,5 (중국으로 이전) | |
| Wed 4/5 | CPTT#2 CPTY#3 CPTM#8 | | Pusan#3/6 | | | | | | Chupei#3,4,5 (move to China) | |
| Thu 4/6 | CPTT#2 CPTY#3 CPTM#8 | | Pusan#3/6 | | | | | | Chupei#3,4,5 (move to China) | |
| Fri 4/7 | CPTT#2 CPTY#3 CPTM#8 | | | | | | | | Chupei#3,4,5 (중국으로 이전) | |
| Sat 4/8 | CPTT#2 CPTY#3 CPTM#8 | | [판독불가]#2 | PH | | | Kumi 09 BSA Mex#2 | | Chupei#3,4,5 (중국으로 이전) | |
| Sun 4/9 | CPTT#2 CPTY#3 CPTM#8 | | Suwon#4 Pusan#3/6 T[판독불가]#2 | PH | Kumi#G1#G2 Changwon #H3#5 | | Kumi 09 Mex#2 | | Chupei#3,4,5 (중국으로 이전) | |
| Mon 4/10 | CPTY#3 CPTM#8 | | Pusan#3/6 T [판독불가]#2 | PH | Changwon H3/H5- 0.5 days | | | | Chupei#3,4,5 (중국으로 이전) | |

④ 2000년 5월 26일 다자회의

170   피심인들은 아래와 같이 판매가격에 대해 합의하고 즉시 고객들에게 가격 인상을 통보하기로 하였고, 생산량 감축을 위해 피심인들은 15″와 17″ CDT 생산 라인을 최소 6일 이상 중단하기로 합의하고 같은 해 5월 30일까지 계획을 제출하기로 하였다. 피심인들은 회의의 비밀유지를 위한 방안으로, 참석자수를 각 사당 2~3명으로 한정하기로 하고, 차기 회의를 같은 해 6월 20일 말레이시아에서 골프와 겸해 개최하기로 합의하였다. 이는 중화영관의 '방문보고서'와 상하이 국제 컨벤션센터 호텔 메모지에 수기 내용 등에 의해 확인된다.

> 가격 문제와 관련하여, 시장 상황 및 일본 제조사들의 가격에 대한 검토가 있었다. 논의 끝에 참석자들은 다음 결정을 내렸다.
> ◆시행일: 2000-07-01
> ◆가격 지침: 15'' MPRII:$67 (핵심 항목:$66), 17'' MPRII:$88 (핵심 항목:$87)
> 19'' 가격은 이전의 합의 가격으로 유지할 필요가 있다는 결정이 내려졌다.
> 모든 제조사들은 시간을 벌고 7월 1일 이후의 원활한 시작을 위해 고객들에게 리드타임을 주기 위하여, 즉시 합의 가격을 각 고객들에게 전달할 것이다.  (소갑 제3-89호증)

> 논의 끝에 참석자들은 리우 이사의 제안을 따르기로 결정했다.
> - 17'' 및 15'' 각각 최소 6일 , 5월 30일까지 계획을 제출  (소갑 제3-89호증)

1) Mr. 제리는 현 GSM 회의 내용이 종종 외부에 유출되기 때문에 모든 참석자들에게 <u>회의록을 만들지 말고, 관련 마케팅 조사 자료만 보관해 달라고</u> 당부하였다. ... 참석 제조사들은 논의 후에 모두 **참석자 수를 4명에서 2-3명으로 줄이는데, 동의하였다.**
2) <u>6월 20일(화요일) 말레이시아에서</u> 그런 회의를 갖자는 결의안이 통과되었다. 회의 일정은 다음과 같다.
07:30-12:00   골프 게임 (각 제조사 당 4명으로 제한)
12:00-13:00   점심 (진 마 팰리스에서 간단한 식사)
13:00-14:30   SDI 마케팅 조사 보고
14:30-17:30   ① 참석 사장들은 모두 린 사장이 주최하는 CPTM을 방문할 것.
                ② CDT 경영진 회의
17:30-18:00   저녁식사 (진 마 팰리스에서 간단한 저녁식사)
18:00-21:00   CPT 경영진 회의                                    (소갑 제3-89호증)

*171*      한편, 피심인들은 기종별로 14″CDT는 2달러, 15″CDT는 3달러씩 각각 인상하고 17″CDT 판매가격은 87~88달러로 할 것을 합의하였다. 또한, 가격인상 통보와 관련하여 고객들에게 5월말까지 인상할 것과 생산량 감축계획을 다음주까지 확정할 것을 합의하였다. 이는 삼성 SDI의 이△△의 업무수첩에 의해 확인된다.

**5月末까지 가격인상 통보** capacity control next week confirm
price: +2$ 14", +3$ 15", 17": 88$~87$
Day off: Philips 7 days, LG 4 days, ORION 7 days, Chunghwa 6 days
                                                              (소갑 제4-29호증)

  ⑤ 2000년 6월 20일 다자회의

*172*      피심인들은 14″, 15″, 17″, 19″CDT의 각 사별 판매량 및 증감비율 확인을 통해 가격인상 가능여부를 상호 점검하였고, LG전자는 그룹내 고객을 비롯하여 5월 가격인상을 통지하였음을 확인해 주었으며, 필립스도 가격인상 서신을 고객에게 발송하였음을 확인하였다. 또한, 삼성 SDI도 삼성전자가 가격인상 때문에 빠른 납품을 요구하여 주문상황이 좋아졌음을 밝히고 참가사간 점유율을 확대하려 하지 않을 경우 가격인상이 성공적일 것임을 언급하였다. 그리고 피심인들은 규격별 CDT 가격 가이드라인에 대하여 합의하였으며, 2000년 7월 생산중단일수를 15″, 17″ CDT의 경우 최소 6일로 정하고 같은 해 6월 28일까지 계획을 제출하기로 하였으며, 차기 관리자급 회의를 같은 해 7월 13일 LG전자 주관으로 서울에서 개최하기로 합의하였다. 이는 중화영관의 '방문보고서'와 삼성 SDI 이△△의 업무수첩에 의해 확인된다.

○ LG는 고객(현지 및 그룹 내 고객들)에게 **5월 가격 인상을 통지했다.**
○ PH는 **가격인상을 알리는 서신을 고객들에게 이미 발송했다.** ... 고객들의 협상 상황을 기반으로, 14″ 가격을 인상하는 데는 아무런 문제가 없을 것이다. 15″에도 강한 반대는 없으며,... 17″의 경우 상황이 그렇게 낙관적이지 않다.
○ SDI는 지난 주에 <u>SEC가 주로 가격 인상 문제 때문에 빠른 납품을 요청해서, 6월 주문이 예약보다 약간 더 좋다고 설명했다. 고객들(한국회사를 포함하여)은 이미 가격 인상에 대해 통보 받았으며, **[SDI]는 가격 인상에 대해 확고하고 다른 회사의 고객을 건드리려고 하거나 점유율을 확장하려고 하지 않는 한, 가격 인상은 확실히 성공적일 것으로 믿는다.**</u>
(소갑 제3-92호증)

○ 시장 상황과 현재 실제 시행 가격, 가격 조정에 관한 고객의 수용도, 본래의 점유율 균형을 고려한 후, 회의 참석자들은 다음과 같이 결정하였다:
(1) 14″/15″ 가격 가이드라인:
  14″ MPRII: $54 (핵심물량: $53) 및 최소 $2.0/pcs 인상
  15″ MPRII $67 (핵심물량: $66) 및 최소 $2.0/pcs 인상
  효력발생일: 2000-07-01
(2) 17″ 정규튜브 가격: 현재 가격수준 유지. 원래 합의된 신규 가격은 1달 연기되어 8월 1일부터 시행된다.
(소갑 제3-92호증)

○ **영업일 감소: 00년 7월**
LG, PH, CPT는 모두 6일간의 15″/17″ 생산 중단을 요청했다. SDI는 5일을 제안했다. OEC는 15″ 5일, 17″ 7일을 희망했다. 논의한 후, 회의 참석자는 다음과 같이 결정했다: –**최소 6일 17″/15″ 각각,** –6월 28일까지 계획 제출
○또한, 과장급 회의(Managing Meeting)를 7/13(화)에 서울에서 열고, LG가 준비하기로 했다.
(소갑 제3-92호증)

173    이 회의 참석자들은 '합의사항을 준수하고 인상시점은 늦추며 고객의 말은 믿지말자'고 하면서, 14″, 15″ CDT가격은 2000년 7월 합의가격대로 적용하고 17″ 가격은 한달 연기하기로 합의하였다. 이는 삼성 SDI 이△△의 업무수첩 및 진술내용에 의해 확인된다.

○ SDI: ① **keep agreement** → delay price increases→ do not trust
○ 14 "/15″  July and agreed price, 17″ 1個月 delay
  → Monitoring system: 7月/8月
(소갑 제4-30호증)

⑥ 2000년 6월 28일 다자회의

174    피심인들은 합의된 인상가격의 고객 통지여부를 상호 점검하고 고객반응을 크로스 체크하였다. 이러한 사실은 이 회의의 목적이 공개되지 않는 시장 수급정보를 바탕으로 가격인상여부를 확인한 뒤 합의가격을 도출하고, 고객이 제시하는 경쟁

자 공급가격의 진위여부를 상호 확인함으로써 합의의 실행이 효과적으로 이루어지도록 함과 동시에 합의실행을 늦추고 있는 회사들에게 이행을 촉구하는데 있음을 알 수 있다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

---

○ SDI의 Mr. 하는 … 컴팔/델타/KFC/ADI는 모두 LG의 견적가가 더 낮다고 주장한다. SDI의 가격이 높아서 위 고객들은 SDI의 주문을 취소하였다.
○ LG의 Mr. 림은 6월 LG의 주문량 전체가 지난 주 회의에서 공개된 수치 (15" – 682k, 17" – 711k, 19" – 175k)와 같다는 점을 분명히 하였다. LG는 SDI가 저가로 경쟁하면서 LG가 주문을 잃게 하였다고 확신하고 있으며, 이의를 제기하였다. … LG는 분명 저가로 주문을 수주하지 못하였다.
○ 중국의 PH 판매 정보에 따르면, SDI 센젠은 주저해왔으며 국내 고객 가격을 인상하려는 어떠한 움직임도 보이지 않았다. Mr. 하에게 조사 및 확인 작업을 지원하고, 가격 인상을 압박하도록 요청하였다.
(소갑 제3-93호증)

---

⑦ 2000년 7월 13일 다자회의

175      이 회의는 한국시장과 관련하여, 필립스 참가자는 한국의 삼성전자와 대우전자에 요청한 가격인상 관련사항, 공급량통제를 통한 가격인상 가능성 등을 다른 참가자들과 논의하였다. 이는 중화영관의 '방문보고서', 삼성 SDI D.D.(Digital Display) 영업본부에서 회의 개최전 작성한 '7월 13일 Meeting 준비자료', 회의당시 배포된 회의자료에 의해 확인된다.

---

○마지막 회의의 각 결의에 따라, PH 및 Huafei는 8월 1일부터 가격을 $53(itc/cif)으로 조정하고자 할 것이다. PH의 Mr. Park은 SEC 및 Daewoo에게 개별적으로 가격 인상을 요구했으나, 아직 확답을 받지 못했다고 말했다. … SEC/Daewoo에 대한 최근 공급량은 각 20-25k/m이며, 합계 약 50k/m이다. SDI와 OEC는 위 50k를 자신들에게 공급할 수 있는 다른 공급자가 없을 것이라고 답변했다. PH는 억제를 완화하고, 가격을 인상시킬 수 있다.
(소갑 제3-95호증)

---

⑧ 2000년 9월 21일 다자회의

176      피심인들은 전세계 시장에서의 규격별 CDT(14″, 15″, 17″, 19″)의 수급 상황 및 판매동향과 관련된 정보를 취합하여 공유하고 향후 판매량 및 판매가격 설정방안에 관해 논의하였다. 또한, TFT-LCD가 평면 CDT 모니터를 대체함에 따라, 삼성 SDI는 삼성전자가 수용할 수 있는 가격안을 참석자들에게 설명하고, TFT-LCD 가격변화에 따라 경쟁력을 가질 수 있는 수준으로 CDT 가격을 설정해

나가기로 합의하였음을 알 수 있다.

177    이는 각 사가 독자적 판단에 의해 생산 및 가격을 설정하는 것이 아니라 공동으로 공급량을 인위적으로 조정하고 대체품의 공급확대 상황에 비추어 판매가격도 공동으로 조절하려는데 있었음을 알 수 있다. 피심인들은 2000년 10월중 15″, 17″ CDT의 생산라인을 14일 중단하기로 하였고, 차기회의는 한국 서울에서 같은해 10월 25일 오후에 CDT 회의를 개최하고 10월 26일 오전에는 골프모임인 그린미팅을 개최하기로 합의하였다. 이는 중화영관의 '방문보고서', 회의자료와 삼성 SDI 이△△의 업무수첩에 의해 확인된다.

---

○ (C) 17″ 평면 튜브의 합리적 가격 및 TFT 대체 추세:
다음은 SDI의 김♣이 15″ TFT LCD에대하여 17″ 평면 모니터의 경쟁력 및 예상 시장 가격에 관하여 제공한 전망자료이다:

| 15″ TFT 모니터 | | | 17″ CDT 플랫 모니터 | | |
|---|---|---|---|---|---|
| 항목 | 현재 | 전망 | 항목 | 현재 | 전망 |
| 모듈 비용 | $450~480 | $300 | CDT 비용 | $110 | $90 |
| 기타 비용 | $100 | $90 | 기타 비용 | $80 | $75 |
| FOB 가격 | $550~580 | $390 | FOB 가격 | $190 | $165 |
| 도매 가격 (FOB*1.2~1.3) | $660~725 | $470 | 도매 가격 (FOB*1.3~1.4) | $247~260 | $214~231 |
| 소매 가격 | $799 | $499 | 소매 가격 | $249~279 | $216~250 |

현재 소매가와 비교할 때 $799는 $249보다 약 3.2배 높다. 만약 우리가 이 대신 2.5를 계수로 사용하고, **15″ TFT 모니터의 가격이 $499이면, 17″ CDT 모니터의 가격은 $499/2.5=$199이어야 한다**. 따라서 SEC는 17″ 평면 튜브 가격이 $80보다 낮아야 하며, 그렇지 않을 경우 아무도 사지 않을 것이라고 판단한다. … **따라서, SEC는 $350이 모니터에 대하여는 궁극적인 목표가격이라고 판단한다. … 그러나 TFT 가격이 인하되면, CDT의 가격도 경쟁력을 유지하기 위하여 인하되어야 한다.** (소갑 제3-96호증)

---

○ 조업일 감소: Qct 〔원문표기대로〕 2000년
 **결의안: 15″/17″ 생산라인 14일 중단** (17″ 8일, 15″ 6일, 15″/17″: 각 7일)
○ 결의안: 다음 회의는 한국 서울에서 개최될 것이다.
 10월 25일 PM-경영 회의 (AM CPT 회의), 10월 26일 AM 녹색 회의
             (소갑 제3-96호증)

---

⑨ 2000년 9월 27일 다자회의

178    이 회의에서 피심인들은 2000년 10월중 전세계 공장에 있는 15″, 17″ CDT 생산라인 중단계획을 작성하고, 감사방식은 감사일 2일전에 상대방에게 통지하기로 합의하였다. 또한, 차기 회의는 같은 해 10월 4일 오후 2시부터 중화영관의 대만 타오위안 사무실에서 개최하기로 하였다. 이는 중화영관의 팡-이 린이 작성한 '방문보

고서'에 의해 확인된다.

> ○ 각 제조사가 보고한 라인 중단 및 감사 계획이 첨부되어 있다. **감사 일자 2일 전에, 제조사들은 상대방에게 방문자/주최자에게 통지해야 함이 합의되었다.**
> ○ Mr. 하는 10월 가격을 논의하기 위해 각 제조사의 최고위 경영진이 다음 회의에 참석할 수 있기를 희망한다고 말하였다. <u>다음 회의 일시는 10/4(3) PM 2:00, 장소: CPT 타오유안 공장</u>
> (소갑 제3-98호증)

⑩ 2000년 10월 25일 다자회의

*179*        피심인들은 이전회의 합의내용을 논의하면서, LG전자의 영국 웨일즈 공장에서 합의한 바대로 조업중단을 이행하지 않았다는 점에 중화영관 참가자는 이의를 제기하였고 LG전자 Mr. 최는 확인후 회신을 하겠다고 답하였고, 고객들의 가격인하 요청에 대하여 피심인들은 협력하여 공급을 통제하고 가격을 안정화하기로 합의하였다. 또한, 피심인들은 합의의 불이행을 방지하기 위해 15″, 17″ CDT 제품에 대해 각 사가 적용하고 있던 최저가, 평균가를 익명으로 제출하고 표로 만들어 비교한 뒤 가격 가이드라인을 정하고, 2000년 11월 가격의 안정화를 위해 생산량에 대한 보다 엄격한 통제가 필요하다는데 공감하고 9일간 생산라인 가동을 중단하기로 하였다. 또한, 차기 회의는 중화영관 말레이시아에서 같은 해 11월 29일 오전 9시부터 CDT 다자회의를 개최하기로 합의하였다. 이는 중화영관의 '방문보고서'와 회의자료, 중화영관 참석자의 출국신청서 및 출장비 정산서, 한국출장시 숙박 호텔영수증, 삼성 SDI 이△△의 업무수첩 기재내용 및 진술 등에 의해 확인된다.

> ○ (A) 지난 회의 사후 점검:
> 검사 통제: **CPT는 LG 웨일즈(Wales) 공장의 생산 중단 상황에 대한 감사를 되돌아 보았다.** CPT 직원들은 LG가 본래 계획에 따른 생산 중단을 이행하지 않은 사실을 발견했다. LG의 Mr. Choi는 그들이 조사한 후 회신을 하겠다고 하면서 LG는 이번 달 나쁜 수주 상황으로 인해 8일이 넘도록 생산 중단을 했다고 답변하였다.
> ○ **5개 주요사는 가격을 안정적으로 유지하기 위하여 면밀하게 협조하여 수요와 공급 균형을 통제해야 한다.**
> (소갑 제3-99호증)

(C) 가격 지침(Guideline):
모든 제조사들은 익명으로 15″/17″ 현재 가격을 다음과 같이 제공하였다.

| | 평균 낮은 가격 | | 평균 가격 | | 가격 가이드 라인 | |
|---|---|---|---|---|---|---|
| | 15″ | 17″ | 15″ | 17″ | 15″ | 17″ |
| 1 | $63 | $82 | $64 | $83 | $64 | $83 |
| 2 | $63 | $83 | $64 | $84 | $63 | $83 |
| 3 | $64 | $84 | $65 | $85 | $63-64 | $83-84 |
| 4 | $63 | $82 | $64 | $83 | $64 | $83 |
| 5 | $62 | $81 | $64 | $83 | $64 | $83 |
| 평균 | $63 | $82.4 | $64.2 | $83.6 | | |
| 최저가 | $62 | $81 | $64 | $83 | $63 | $83 |
| 일본 | $58 | $76 | $60 | $81 | | |

○ 연장된 논의를 거친 후, 모든 참석자들은 계속된 가격 인하를 방지하기 위해서 본래의 가격 지침상 가격은 더 이상 인하되어서는 안 된다는 점에 동의하였다: 15″ -$66, 17″ -$85, 아직 각 2달러의 가격 인하가 허용될 수 있다.[수기로 작성:] 주요 고객(key account)에 대해서, 모두들 가격 할인을 늘리는 것은 적절하지 않다는 점에 동의하였다.

(소갑 제3-99호증)

답49) 이 회의에서도 이전의 관리자급회의에서와 유사한 방식으로 진행이 되었습니다. 특이한 점은 가격가이드라인 설정시 그간 참석사들의 속임수(cheating)가 실효적인 가격합의 및 실행에 방해가 된다고 판단한 참석자중 한명은 무기명으로 기종별 현재 판매가격을 적은후 제출할 것을 제안하고 그 결과를 바탕으로 '최저가격-평균가격-가이드라인'을 도출하였습니다. 기종별 가이드라인으로는 15인치는 66불, 17인치는 85불로 합의하였습니다. 또한, 2000년 11월의 가동중단일은 9일로 합의하였습니다.                (소갑 제2-2호증)

○ 결의: 11월 시장 수요는 10월에 비하여 나쁘며, 가격 안정성 유지를 위해, 생산량을 보다 엄격하게 통제할 필요가 있다. 따라서 15″/17″ 생산라인에 대한 생산 중단 일수는 10월에 7일에서 9일로 증가되어야 한다.
○ 다음 회의는 CPTM에서 열릴 예정: 11/28 PM 03:00---CPT 경영 회의, 11/29 AM 09:00---CDT 경영 회의                (소갑 제3-99호증)

(7) 2001년도 경쟁자간 회합

<표 23>                         2001년도 CDT 카르텔 회의개요

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2001.2.23. | 각사별 가격 가이드라인(15″: 59±2, 17″: 76±2, Flat: 91±3, 19″: 108±3), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제4-36호증 2940쪽 |
| 2 | 2001.3.19. | 각사별 가격 가이드라인, 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-103호증 1643쪽 1645쪽, 소갑 제4-37호 |
| 3 | 2001.3.28. | 현행 가격확인, 정보교환 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-104호증 1656쪽 |
| 4 | 2001.4.19. | 기종별 가격 가이드라인(14″: 47±1, 15″: 57±2, 17″: 74±2, 19″: 100±3), 조업중단계획 | 중화, SDI, LG, 오리온, 필립스 | 소갑 제3-105호증 1666쪽 소갑 제4-38호 |
| 5 | 2001.6.27. | 저가판매 자제, 기종별 가격가이드라인, 조업중단계획 | 중화, SDI, LPD, 오리온 | 소갑 제3-106호증 1682쪽 1685쪽, 소갑 제3-107호증, |

| | | | | (관리자급회의) | 소갑 제4-39호증 |
|---|---|---|---|---|---|
| 6 | 2001.7.24. | 기종별 가격가인드라인, 조업중단계획 | 중화, SDI, LPD, 오리온 | 소갑 제3-108호증 1721쪽<br>소갑 제4-40호증<br>소갑 제2-2호증 답50) |
| 7 | 2001.8.13. | 저가판매 자제 | 중화, SDI, LPD, 오리온 | 소갑 제3-109호증 1731쪽 |
| 8 | 2001.10.15. | 기종별 가격가이드라인, 생산라인 중단계획 | 중화, SDI, LPD, 오리온 | 소갑 제4-41호증 2966쪽 |
| 9 | 2001.10.23. | 가격인상(10.1: $10, 11월: $15, 12월: $5), 저가판매자제 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-110호증 1731쪽<br>1739쪽, 1741쪽, 1744쪽 |
| 10 | 2001.12.17. | 기종별 가이드라인 (15″: 44, 17″: 58, 17″ Flat: 67, 19″: 85, 19″ Flat: 100) | 중화, SDI, LPD, 오리온 | 소갑 제3-111호증 1759쪽<br>소갑 제4-42호증 2970쪽 |
| 11 | 2001.12.28. | 기종별 판매가격, 세부사양별 가격차 | 중화, SDI, LPD | 소갑 제3-112호증<br>1768~1770쪽 |

① 2001년 2월 23일 다자회의

180        피심인들은 15″, 17″, 19″ CDT 제품의 당시 각사별 적용가격을 비교한 후
가격 가이드라인을 설정하였으며, 같은 해 3월 12일간 생산라인 가동을 중단하기로
합의한 사실이 있다. 이는 삼성 SDI 이△△의 업무수첩에 의해 확인된다.

```
○ Price Guide line
                ORION      SDI    LG    CPT    Philips
 15"            60         59     57    57     57          59±2
 17"            76         75     75    74     75          76±2
 Flat           –          15     10(?) 15     15→13 91±3
 19"Con         –          *108   108   103    (105±5)S/L  108±3
○ Capa control
- 중화: 15days, LG: 14days, Philips: 14days, ORION: 6-7days, SDI: 10days
 12 days 〔동그라미〕                                    (소갑 제4-36호증)
```

② 2001년 3월 19일 다자회의

181        피심인들은 2001년 2월 판매실적과 3월의 추정치를 교환하고, 각 사의 생산전
환 계획 정보 등을 교환하였다. 삼성 SDI 참석자의 발언에서 삼성 SDI와 삼성전자와
의 관계를 알 수 있다. 즉, 삼성전자는 삼성 SDI외의 CDT 제조업체로부터 40%를
공급받고 있었으며 CDT 다자회의의 합의를 지키지 않을 경우 삼성 SDI가 삼성전자

로 공급하는 수량을 뺏어갈 수 있음이 파악된다. 이 회의에서 피심인들은 2000년 4월 14″, 15″, 17″, 19″CDT 제품가격에 대해 각 사의 의견을 종합하여 합의가격을 도출하였고, 2001년 4월중 생산라인 가동 중단일수는 14일로 합의하였다.

182   또한, 피심인들은 차기회의를 중국 상하이에서 같은 해 4월 19일 개최하기로 하였으며 4월 20일에는 골프모임인 그린 미팅을 개최하기로 하였다. 이는 중화영관의 '방문보고서'와 삼성 SDI 이△△의 업무수첩 기재내용에 의해 확인된다.

> ○ 현재 SDI는 SEC에게 60%를 납품하고 있고, 대만 회사는 20%를 차지하고 있고, 다른 한국 회사 및 아시아 태평양 지역은 20%를 차지하고 있다. ... **SDI는 TSB가 15" 미니넥 (Minineck)을 저가에 SEC에 판매함으로써 내부 거래량이 사실상 0이 되었다고 언급하였다.**
> (소갑 제3-103호증)

---

**(B) 4월의 새로운 가격 가이드라인:**
4월 가격 결정에 대한 각 제조사들의 견해 및 결의 내용은 다음과 같다:

| | CPT | LG | Orion | PH | SDI | Conclusion |
|---|---|---|---|---|---|---|
| 14" | 47±1 | -- | 47±1 | 47±1 | 48±1 | 47±1 |
| 15" | 58±2 | 57±2 | 57±2 | 58±2 | 58±2 | 57±1 |
| 17" | 75±2 | 75±2 | 75±2 | 75±2 | 75±2 | 75±2 |
| 17"RF | 89±2 | 89±2 | 89±2 | -- | 89±2 | 89±2 |
| 19" 85khz | 101±3 | 100±3 | 101±3 | 103±3 | 101±3 | 100±3 |
| 19" 95khz | 106±3 | 105±3 | 106±3 | 108±3 | 106±3 | 105±3 |

**(E) 4월의 라인 중단일**
각 제조사는 계획된 조업 중단일수에 대해 보고하였다: CPT - 14일, 필립스14일, LG- 14일, SDI는 12일. <u>4월 한달 동안 조업 중단일을 14일로 하는 것으로 최종 결의되었다.</u>
(소갑 제3-103호증)

③ 2001년 3월 28일 다자회의

183   피심인들은 14″, 15″, 17″, 19″CDT 제품의 판매량 및 시장에서의 고객반응관련 정보를 교환하였다. 특히, 한국의 수요업체인 삼성전자, 한솔전자가 낮은 견적가를 제시한 데 대해서 다른 참가자들은 삼성 SDI 참석자로 하여금 본사에 보고하여 시정하기를 요청한 사실이 있다. 이는 중화영관의 '방문보고서'에서 확인된다.

> ○SEC가 국제정보통신박람회에서 17"를 $111이라는 저가 제시, 한솔이 수주를 위해 17"를 $108로 저가 견적가 제시, SEC가 OEM 수주를 위해 17"RF 튜브에 대해 $80을 제시하는 것과 같은 **비합리적인 가격책정과 관하여, 모든 업체는 SDI 타이페이가 시장관행을 교란시키는 위 행위를 본사에 보고하기를 바라고 있다.** (소갑 제3-104호증)

④ 2001년 4월 19일 다자회의

184          피심인들은 회의개최전 판매량 변동사항, 규격별 판매가격 및 고객들의 동향, 생산라인 변동현황 관련 정보를 교환하였다. 또한, 다음과 같이 2001년 5월 신규 가이드라인에 합의하였으며 5월중 생산라인 가동 중단일은 14일로 정하였다. 그리고 차기 회의는 같은 해 5월 22일 오전 9시부터 대만 타오위안의 중화영관에서 개최하기로 하였다. 이상의 내용은 삼성 SDI 이△△의 업무수첩 기재내용과 동일하다. 이는 중화영관의 링-윤 쳉이 작성한 '인터뷰 보고서'과 삼성 SDI 이△△의 업무수첩 내용에 의해 확인된다.

---

**(B) 신규 가격 지침:**
모든 제조사들이 ... 시장을 교란시킬 수 있는 대규모 조정 상황을 피하기 위해 가격을 유지하는데 모든 노력을 기울이기를 바라고 있었다. **5월 가격에 대해 제조사들은 다음과 같이 결의했다.**

|  | 결혼 |
|---|---|
| 14" | 47±1 |
| 15" | 57±2 |
| 17" | 74±2 |
| 17"RF | 87±2 |
| 19" 85khz | 100±3 |
| 19" 95khz | 105±3 |

**(E) 5월 라인 휴업일**
제조사들은 **5월의 라인 휴업일을 14일로 하겠다고 결의했다.**
(F) AOB:
다음 회의는 타오유안의 CPT에서 갖기로 결의하였다. (5/22 9:00AM) CPT가 회의를 주재할 것이다.          (소갑 제3-105호증)

---

⑤ 2001년 6월 27일 다자회의

185          피심인들은 회의개최전 CDT 판매현황에 대해 정보교환하였다. LG전자 참가자는 오리온이 자사내부의 CDT 주문을 저가로 가로챈 점에 대해 항의를 표시했고, 중화영관의 치-춘 리우(의장)는 이러한 행위는 회원사들의 손실만을 확대시킬 뿐이므로 공격적인 행위를 자제할 것을 요청하였다.

186          또한 피심인들은 2001년 7월 14″, 15″, 17″, 19″ CDT 판매가격 가이드라인 및 생산라인 중단일수(14일)에 합의하였고, 생산라인 중단 감사를 위해 같은 해 6

월 29일 대만 삼성 SDI에서 회의를 개최하고, 차기 회의는 대만 LPD에서 같은 해 7월 24일 개최하기로 합의하였다. 각 사는 한국의 수원, 부산, 구미를 포함하여 구체적인 생산공장별 중단계획과 감사는 언제든지 3일전 통보 후 실시하는 규칙도 합의하였다. 이 회의는 삼성 SDI의 김▲▲, 박▨▨, 이△△, LPD[33]의 최■■, 이▨▨, 고♧♧, 오리온의 조▨▨, 강㉣㉣, 중화영관의 치-춘 리우, 셍-젠 양, 웬-춘 쳉, 링-윤 쳉이 참석하였다. 이는 중화영관의 '방문보고서', 회의당시 배포된 회의자료, 삼성 SDI의 이△△의 '업무수첩'에 의해 확인된다.

---

○LG는 오리온에게 17"에서 $58인 저가를 이용해 LG 모니터로부터 주문을 가로 채간 점에 대해 강력한 항의를 표했다. 오리온은 그러한 의혹을 부인했으며, LG가 대만 고객들에게 $61으로 견적가를 제시하였다는 구체적인 증거가 있다고 주장했다. ... 의장인 VP Liu는 시장이 저조한 경우 판매유인을 위해 가격을 낮추는 것은 판매를 증가시키지 않으며, 이는 각자의 손실만 확대할 뿐이라고 말했다. ... 오리온은 LG로부터 주문을 가로채는 공격적인 행위를 자제해 줄 것을 희망한다.                                                              (소갑 제3-106호증)

---

○ (D) 가격 가이드라인
여러 업체가 가격 견적에 대한 가이드라인으로서 현재 상황에 가까운 수치를 채택할 것에 합의했다.

| 14'' | $ 43 |
|---|---|
| 15' | $ 49 |
| 17'' | $ 65 |
| 17'' 평면 | $ 78 |
| 19'' 85KHZ | $ 90 |
| 19'' 95KHZ | $ 95 |

(E) Jul(원문을 그대로 인용) 라인 중단 일자
여러 업체가 7월에 14일의 라인 중단을 유지하기로 합의했으며 ... 여러 제조사는 계획의 실행 확인 및 조사를 위해 SDI 타이베이에서 6월 29일 오후 2시에 회의를 개최할 것이다.
(F) 다음 회의는 LG필립스 타이베이에서 개최될 것이다(7월 24일, 13:30)
                                                              (소갑 제3-106호증)

---

⑥ 2001년 7월 24일 다자회의

187      피심인들은 2001년 8월중 CDT 생산라인 중단일수를 15일로 하기로 합의하고 14″, 15″, 17″, 19″ CDT의 기준가격을 설정하였다. 또한, 차기 회의는 같은 해 8월 21일 오후 1시부터 한국 삼성 SDI 사무실에서 개최하기로 합의하였다. 이 회의는 삼성 SDI의 김▲▲, 박▨▨, 이△△, LPD[34]의 최■■, 이▨▨, 고♧♧, 오리온

---

33) LG전자와 필립스는 2001.7.1일부로 각 사의 CRT 사업부문을 통합하여 LG Philips Display(LPD)라는 조인트벤처를 설립하였으며, 이시점 이후에는 LG전자와 필립스의 CDT 판매·영업담당 임직원들이 LPD를 대표하여 카르텔 회의에 참석하였다.

의 조△△, 강㉣㉣, 중화영관의 치-춘 리우, 생-젠 양, 웬-춘 쳉, 링-윤 쳉이 참석하였고, 이전회의 합의내용에 따라 대만 타이페이의 LPD 사무실에서 CDT 다자회의를 개최하였다. 이는 중화영관의 링-윤 쳉이 작성한 '방문보고서'과 삼성 SDI 이△△의 업무수첩 내용 및 진술에 의해 확인된다.

> (C) 8월 중 생산 중단 일자
> 여러 제조사들은 공장 폐쇄를 실행하는 대신 생산량 조절을 위하여 8월 중의 생산 중단 일수를 15일로 하기로 했다.
> (D) 가격 지침 선: 제조사들은 기준 가격을 다음과 같이 하기로 합의했다.
>
> | 14˝ | $ 42 |
> |---|---|
> | 15˝ | $ 48 |
> | 17˝ | $ 64 |
> | 17˝평면 | $ 76 |
> | 19˝ 85KHZ | $ 87 |
> | 19˝ 95KHZ | $ 92 |
>
> (E) A.O.B. 다음 회의는 한국 SDI에서 열기로 한다. (8월/21 p.m. 13:00).
>
> (소갑 제3-108호증)

⑦ 2001년 8월 13일 다자회의

188    이 회의에서 중화영관은 삼성 SDI에게 저가공급 중단을 요청하였고 이에 대해 삼성 SDI는 이 사실을 부인하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> ○CPT는 현재 판매량이 늘어났다고 밝히고 SDI에게 저가를 제시함으로써 시장 점유율을 확장하지 말라고 요구했다. 그렇지 않을 경우 모든 제조사들은 시장 점유율을 유지하기 위해 향후 판매가격을 낮추게 될 것이며 이러한 악순환은 시장을 심각하게 해할 것이다. SDI는 신규 고객에게 낮은 가격을 제시하지 않았으며 현재 필립스/AOC와 19˝ 평면만을 거래하고 있고 다른 크기의 상품은 일절 관계없다고 주장하며 자신을 옹호하였다.
> ○두 개 제조사들[삼성SDI, LPD]은 가격 인하를 막는데 앞장서고 각자의 가격을 조정할 것을 촉구 받았다.
> (소갑 제3-109호증)

⑧ 2001년 10월 15일 다자회의

189    피심인들은 생산-판매량 증감 등의 정보를 교환한 후, 각 사의 전세계 생산 설비의 라인가동 중단계획("shutdown plan")을 점검하였고 14˝, 15˝, 17˝, 19˝

---

34) LG전자와 필립스전자는 각 사의 CRT 사업부문을 합자투자(조인트벤처)로 설립된 LPD 홀딩스에 의해 LPD(LG Philips Displays Korea Co., Ltd)를 2001. 6. 11.설립하였고, 2001. 6. 30. LG전자로부터, 2001. 7. 1. 필립스전자로부터 CRT사업부문을 양도받았다. 이 시점 이후는 LG전자와 필립스의 CDT 판매·영업담당 임직원이 LPD를 대표하여 카르텔 회의에 참석하였다.

CDT의 가격가이드라인에도 합의하였다. 이는 삼성 SDI 이△△의 '업무수첩'에 의해 확인된다.

---

○ shutdown plan
•SDI-2단계 수원 -#1 O.K. 마련-#4 not yet – 3단계: 부산#5 예정
•LPD-3단계 O.K. →Lebring&Hwafei – 1라인중단
•ORION: 3단계를 위한 시간이 필요
•CPT: followed the SKDL
○ price guideline
•14" 42$  •15" 43-45$  •17" 58$, flat 68$  •19" FST[35] 85$   (소갑 제4-41호증)

---

⑨ 2001년 10월 23일 다자회의

*190*          피심인들은 CDT의 대체제품인 TFT-LCD의 판매가격 인상에 따라 가격인상의 기회라고 판단하고 CDT 가격을 같은 해 10월, 11월, 12월에 각각 10달러, 15달러, 5달러씩 인상하기로 합의하였다. 또한, 삼성 SDI가 삼성전자와의 거래시 합의가격에서 이탈하여 저가로 공급함으로써 시장점유율을 확대하고 다른 참가자의 주문량을 빼앗는데 대해 이의를 제기하였다. 이에 대해 삼성 SDI는 구체적 수치를 제시하며 저가로 주문을 확보한 사실을 부인하였다.

*191*          또한, 피심인들은 주 고객에 공급하는 가격은 합의가격보다 일정비율(2.5~4%) 낮은 수준에서 결정하였음이 확인되고, 합의가격과 연동하여 변화됨을 알 수 있다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

---

공통적인 합의에 이른 부분은 10월 1일에 $10를 인상하고 11월에는 $15를 인상, 12월에는 다시 $5를 인상한다는 것이다.                                      (소갑 제3-110호증)

---

○CPT가 이의 제기한 내용은 삼성이 저가로 지원성 내부 거래를 함으로써  하락세인 시장에서 높은 점유율을 차지하였으며, 특히 낮은 가격으로 대만 기업의 주문을 확보하려 한다는 것이다. ... SDI는 자사가 저가로 주문을 확보하는 것이 아니라 오히려 대만 기업들에 대해 시장 점유율을 잃고 있는 것이 사실이라고 하면서 이를 강력하게 반박하였다.
○SDI는 그룹 내부 거래에 관하여 시장 가격보다 3% 낮은 수준에서 실행 되었다고 밝혔으며, CPT도 할인율이 3%라고 밝혔다. LG는 4%를 할인하였고, PH는 할인율을1%에서 2.5%로 확대하였다.                                      (소갑 제3-110호증)

---

35) FST는 Full Square Tube의 약어로서 브라운관 화면의 코너부분이 원형(round)이 아닌 사각형(square)인 제품을 말한다.

192   그리고 삼성 SDI는 향후 적용할 17″, 19″CDT 가격을 참가자들에게 알리고 주문을 잃더라도 가격인하 경쟁을 자제할 것을 촉구하였고, 이에 대해 참가자들은 경쟁을 중단하는 방법을 모색하기로 하였다. CDT 고객의 공급선 선정기준과 관련, 공급업체간 가격격차가 미미할 경우에는 거래관계를 유지하나 가격격차가 클 경우에는 가장 저렴한 공급업체로 언제든지 전환될 수 있음이 알 수 있다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> ○그는 모두에게 현 상황을 개선하고 부적절한 경쟁을 중단할 방법을 모색할 것을 당부하였다.  LPD는 동의를 하였으며…
> ○SDI는 다음 가격으로 시장을 유지할 것이라고 밝혔다. 17″: $55-57, RF: $66-68, 19″: $85-88. 또한, SDI는 고객들에 의해 서로 대결하게 되는 상황을 피하기 위해 3개 제조사들에게 영업 사원들에게 **주문을 잃더라도 수주를 위한 가격 인하 금지를 지시한다는데 동의할 것을 촉구하였다.**                    (소갑 제3-110호증)

> 회의가 끝난 후 AOC를 방문하였다. AOC직원은 웃으면서 가격 격차가 적다면 CPT 튜브를 더 많이 구매할 수도 있으나 **가격 격차가 크면 당연히 가장 저렴한 제안을 하는 곳에서 구매할 것**이라고 말하였다. 어떤 구매 담당임원이 최저가를 찾지 않고 일부러 돈을 낭비하려 하겠는가? 컴팔의 첸 웨이는 어떠한 확약도 주지 않으려 하며 **모든 할당은 가격에 따라 한다**고 밝혔다.                                       (소갑 제3-110호증)

⑩ 2001년 12월 17일 다자회의

193   피심인들은 LCD에 의해 CDT 시장이 빼앗길 것이라는 데에 공감하고 CDT 제조업체간 공동대응으로 가격인상하자는데 합의하였음을 알 수 있고, 삼성 SDI 이△△의 업무수첩에는 향후 적용할 15″, 17″, 19″CDT 가격가이드라인이 기재되어 있고, 내부거래 가격인상에 대한 논의사항('internal 가격인상')도 기록되어 있다. 이는 중화영관의 '방문보고서'와 삼성 SDI 이△△의 업무수첩 내용에 의해 확인된다.

> CDT의 가격인상은 LCD에 의한 CDT 교체를 가속화하게 될 것이며 획득하기 어려울 것이다. CPT는 동시에 행동하지 않고는 시간이 언제나 부족하게 될 것이라는 점을 지적하고 LCD 가격이 30 달러 상승하였고 CDT 공장들은 생산으로 손해를 보았다고 말했다.  (소갑 제3-111호증)

```
○ LPD
 -internal: 60% for Philips, 95% LG monitor 12/27 가격인상
○ 가격인상에 대한 반응: 가격인상은 우리의 대응에 달려있다.
○ 가격가이드라인
                Market      New Guideline
  15"           41-42            44
  17"           56-57            58
  17" flat      64-65            67
  19"           82-84            85
  19" flat        98            100
① internal 가격인상                              (소갑 제4-42호증)
```

⑪ 2001년 12월 28일 다자회의

194        이 회의에서 피심인들은 CDT의 대체재인 LCD 가격인상과 맞추어 가격을 인상하여야 한다는 점에 공감하고, 가격인상시점에 대해 논의하였다. 내부거래선에 대한 가격인상을 논의하고 적용가격 수준에 대해서도 합의하였다. 구체적으로 LPD 는 필립스에 가격인상을 통보한 사실을 다른 참가자들에게 알렸으며, 삼성 SDI는 다른 회원사들이 가격인상에 합의할 경우 삼성전자향 공급가격을 인상할 계획임을 밝혔다. 구체적으로 살펴보면, 피심인들의 그룹내 거래단가는 합의가격보다 2.5% 할인된 수준에서 결정하기로 합의하였고, 가격인상 합의가 유효하게 이행될 수 있도록 하기 위해 튜브 종류 가격차이 및 대금 결제조건에 대해서도 합의하였다. 이는 중화영관의 링-윤 챙이 작성한 '방문보고서'에 의해 확인된다.

> 10월 이후 LCD 가격이 3배로 인상되었으며, 다음 달에는 추가로 $10 인상될 예정이다. CDT 시장 상황이 여전히 지속가능한 상태에 있는 동안 가격을 올릴 수 있는 기회가 있어야 할 것이다. 뿐만 아니라, 대만 신문들이 이미 CDT 가격 상승 예정에 대한 보도를 하였기 때문에, 이번에 가격을 인상하지 못하면, CDT 제조업체들의 약점을 나타내게 될 것이며, 결국 또 한 차례 판매 가격 인하 바람이 불 것이다.                          (소갑 제3-112호증)

○ **LPD는 가격 인상이 CEO가 지시한 바에 따라 확정된 정책**이며, LPD는 이미 AOC/필립스 측에게 가격이 인상될 것으로 통보했다고 했다
○ SDI는 SEC 및 기타 고객들이 ... CDT 가격 인상을 수용하려 하지 않아 실제 인상 계획 이행에는 어려움이 따를 것으로 예상된다고 언급하였다. 하지만 **만약 제조업체들이 가격 인상에 합의한다면, SDI는 동시에 이행할 것이다. ... 모든 제조업체는 아래의 견적가 원칙을 준수하기로 합의했다**
(2) CDT 견적가 원칙:
(a) 효력 발생일: 2002.2.1
(b) CDT 단가: (리베이트를 포함하지 않은 순 가격)

| CDT 종류 | 단가 | 그룹내거래단가(2.5%할인) |
|---|---|---|
| 15" MPRII ITC | $44 | $42.9 |
| 17" FST MPRII ITC | $57 | $55.6 |
| 17" Flat TCO ITC | $67 | $65.3 |
| 19" FST TCO ITC | $82 | $80.0 |
| 19" Flat TCO ITC | $98 | $95.6 |

(소갑 제3-112호증)

○ 튜브 종류 가격 차이

| | Non ITC → ITC | MPR II → TCO |
|---|---|---|
| 15" | +1 | -- |
| 17" & 17"평면 | +1.5 | +1 |
| 19" | +2 | +2 |

○ 대금 결제조건: 현지납품 OA 45일(월말), 수출납품: L/C 또는 D/A 60일
○ 다음번 최고경영진회의는 1월24일 12:00에 CPT타워위안에서 열릴 것이다.

(소갑 제3-112호증)

(8) 2002년도 경쟁자간 회합

&lt;표 24&gt;                              2002년도 CDT 카르텔 회의개요

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2002.1.11. | 합의가격 실행여부 확인 | 중화, SDI, LPD, 오리온 | 소갑 제3-113호증 1778쪽 |
| 2 | 2002.1.18. | 가격인상 실행 재확인 | 중화, SDI, LPD, 오리온 | 소갑 제3-114호증 1788쪽 |
| 3 | 2002.1.23. | 가격인상 실행확인, 판매가격인상 | 중화, SDI, LPD, 오리온 | 소갑 제3-115호증 1795쪽 |
| 4 | 2002.1.30. | 가격인상(4월 $3) 합의 | 중화, LPD | 소갑 제3-116호증 1798쪽 |
| 5 | 2002.2.22. | 판매가격인상 | 중화, SDI, LPD, 오리온 | 소갑 제3-116-1호증 1804쪽, 1806쪽 소갑 제3-117호증 1822쪽 |
| 6 | 2002.3.20. | 한국 고객대상 판매가격인상 | 중화, SDI, LPD, 오리온 | 소갑 제3-118호증 1826쪽 |
| 7 | 2002.4.22. | 현행 판매가격 유지 | 중화, SDI, LPD, | 소갑 제4-43호증 2971쪽 |

| | | | 오리온 | |
|---|---|---|---|---|
| 8 | 2002.11.28.<br>~29. | 현행 판매가격 유지, 고객별<br>시장점유율 할당, 불이행시<br>벌칙사항 | 중화, SDI, LPD | 소갑 제4-44호증 2974쪽<br>소갑 제2-1호증 314쪽 |
| 9 | 2002.12. | 정보교환, 공조체계 유지 | 중화, SDI, LPD,<br>오리온 | 소갑 제4-45호증 |

① 2002년 1월 11일 다자회의

195 　　　　　　　피심인들은 직전에 합의한 가격인상의 실행여부를 상호 확인하였다. 삼성 SDI의 경우 삼성전자의 가격인상 수락을 신속하게 하기 위한 조치를 취할 것을 참가자들에게 알렸으며, 같은 내부거래 상황에 있어서 가격인상에 성공한 LPD측 참가자에게 실행여부를 확인한 사실이 있다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> SEC는 CDT 인상을 수락할 수 없다. 그러므로, SEC는 여전히 가격 인상이 어려운 상황에 직면해 있다. 가격 인상 수락을 신속하게 하기 위한 추가적인 논의가 있을 것이다. 또한, SDI는 매우 낮은 가격으로 게이트웨이 17"F/19"F를 수주한 LGE에게 의문을 제기했다 어떻게 LPD가 LGE에 대해서 성공적으로 인상시킬 수 있는지.　　　　　　(소갑 제3-113호증)

② 2002년 1월 18일 다자회의

196 　　　　　　　피심인들은 생산 및 판매현황, 고객의 반응 정보를 교환한 뒤, 합의된 가격인상안을 성공적으로 실행할 것을 다짐하였고 같은 해 1월 23일 가격인상 정보를 다시 검토하기로 하였다. 이는 중화영관의 '방문보고서'에 의해 확인된다.

> (B) CDT 가격 인상 문제: CDT 가격 인상에 대한 고객들의 지속적인 이의에도 불구하고, **고객들은 그러한 인상이 불가피하다는 것을 이해하기 시작했다. 회의에 참석하는 각 CDT 제조업체의 의지와 신뢰로 모니터 공장의 가격 인상이 이번에는 문제없이 진행되어야 할 것이다.** 1월 23일 오전 9시 30분에 각 제조업체는 SDI 타이베이에서 개최될 예정인 회의에 참석하여 가격 인상 정보를 업데이트하고 검토할 것이다.　　　　(소갑 제3-114호증)

③ 2002년 1월 23일 다자회의

197 　　　　　　　피심인들은 2월 가격인상 합의의 실행 진행상황을 상호 점검하였으며, 특히, 삼성 SDI는 삼성전자향 가격인상 진행상황을 다른 참가자들에게 확인시켜 주었다.

또한, 수요가 공급을 초과하고 있으므로 CDT 가격을 같은 해 4월에 3달러 인상하기로 하였다. 이는 중화영관의 '회의결과보고서'에 의해 확인된다.

> (A) 제조업체들 2월 가격인상 및 현황은 각각 아래와 같이 보고되었다.
> (a) SDI
> 1. SEC: **SDI는 SEC에 대해 인상하는 협의결과를 따를 것이라고 밝혔으며,** 제조업체들이 모두 이 사안에 대해 우려하고 있다는 것을 잘 알고 있다고 했다. 뿐만 아니라, 원래의 견적가가 협의된 가격보다 이미 60% 높다(그룹내 가격 2.5% 할인); **가격인상에는 아무런 문제가 없을 것이다.**
> (B) CDT 두 번째 가격인상 주제:
> **수요가 공급을 초과하고 있는 상황에서 모니터 공장에서 소비자에게 더 효율적으로 CDT 가격인상을 전가시키기 위해서, CPT는 4월에 가격을 한차례 더 인상할 것이라고 했다. 우선적 단계는 일시적으로 $3로 결정하는 것이었다.**                          (소갑 제3-115호증)

④ 2002년 1월 30일 양자회의

198        이 회의 참가자들은 이전 회의의 합의사항을 이행할 것을 논의하였는데 특히 '4월 3달러 인상' 합의에 대해 상호 재확인하였다. 이는 중화영관 링-윤 쳉이 작성한 '방문보고서'에 의해 확인된다.

> LPD는 전면적 가격 인상에 대한 합의를 반드시 따를 것이다. 수요가 강세를 보이는 가운데 모니터 제조사들이 CDT 가격 인상분을 고객에게 전가하도록 모니터 제조사들을 효과적으로 장려하는데 있어서 그 의도는 다양한 크기의 모델 가격을 4월에 $3씩 다시 한번 인상하는 것이 되어야 한다는 의견이 지난 주 회의(1월 23일)에서 제안되었다. LPD는 기본적으로 동의한다고 했다.                          (소갑 제3-116호증)

⑤ 2002년 2월 22일 다자회의

199        이 회의에서 삼성 SDI는 주고객과의 거래에 대해 다른 피심인들과 논의한 후, 17〃CDT의 삼성전자향 판매가격을 2달러 상향조정하기로 하였음이 확인된다. 또한, 같은 해 4월 특정 CDT 사이즈의 판매가격을 3달러씩 인상하기로 합의하고 차기 최고위급 회의에서 실행여부에 대해 최종 결정하기로 하였다. 그리고 차기회의는 같은해 3월 20일 오후 1시 30분에 서울 LPD 사무실에서 개최하기로 하였다. 그리고 아래와 같이 CDT 공급량을 공동으로 감축하기 위해 수립한 생산라인 가동중단계획("CDT Line Shutdown Plan")이 지역별로 제시되어 있다. 한국시장과 관련하여 회원사의 수원, 부산, 구미공장의 생산라인 중단계획이 반영되어 있음이 확인된다. 이

는 중화영관의 링-윤 챙이 작성한 '방문보고서'와 회의당시 배포된 자료에 의해 확인 된다.

> SDI는 이번 달에 17″ 고해상도 평면 튜브 2-3K를 SEC에 선적하였다. SDI에는 현재 다른 고객들이 없다. 제조사들의 논의 후에 SDI는 원래 17″ 평면 튜브 가격보다 $2가 높은 평 균적인 견적가를 사용하기로 동의하였다.          (소갑 제3-116-1호증)

> ○CPT는 이번 $2 가격 인상은 모니터 제조사들이 CDT 가격 인상분을 고객들에게 전가할 수 있게 하는 것이었다고 하였다. CPT는 4월에 다시 특정한 사이즈 가격을 $3씩 인상할 것이다. CPT는 제조사들이 상호 이해의 토대를 마련하고, 그에 따라 실행하기를 바라고 있다. SDI/LPD 모두 반대하지 않았지만 CPT는 논의를 거쳐 진행하여 다음 달에 있을 CEO 회의에서 최종 결정을 내릴 수 있기를 바란다.
> ○ 다음 회의는 3월 20일 pm 1:30에 서울 LPD에서 있을 것이다.     (소갑 제3-116-1호증)

## CDT Line Shutdown Plan

GSM/Feb,'02

| Maker | Total Line | Shutdown L | Original Plan | Current situation | Remarks |
|---|---|---|---|---|---|
| SDI | 16.5 | 5 | Suwon #4, #5, Busan #6 | Suwon #4, #5, Busan #6 | * Suwon #4(17F) restart in SZ(02.2Q) |
| | | | Malaysia #4(0.5 line), Suwon #1(0.5L) | Malaysia #4(0.5L),Suwon#1(0.5L) | * M'sia #4 plan to shut down |
| | | | Busan #5 | Busan#5 | * Plan to shut down |
| LPD | 19 | 6 | Gumi (G1,G2), Dapon (4lines) | Gumi G1 | * LPD T line plan to shut down |
| | | | | Dapon 2.5L(5L) | |
| | | | Dapon ( 1 line), Wales#2(0.5line) | Wales 0.5L | |
| | | | | Lebring 0.5L(1L) | * Lebrig(?) |
| | | | Wales#2 ( 0.5 line),Lebring 0.5L(1L) | Huafei 0.5L(1L) | * Huafei plan to shut down |
| Orion | 5 | 1.5 | Mexico 1 line | MXC 1L | |
| | | | Kumi BSA | Kumi 1L | |
| CPT | 16 | 5 | CPTT #3, #4, | CPTT#3/#4, CPTY#1/#2 | * CTTf#3/#4 will restart in end of 02 |
| | | | CPTM #2 (0.5L), #7 (0.5L), CPTM#6 | CPTM #2 (0.5 L), #7 (0.5L),#8(1L) | |
| | | | CPTM#7(0.5 L), CPTY #1 (0.5 L) | | |

⑥ 2002년 3월 20일 다자회의

<sup>200</sup> 피심인들은 규격별 생산, 판매현황과 이전에 합의한 가격인상의 실행사항을 점검하였다. 삼성 SDI는 다른 참가자들에게 도시바의 현재 판매량 30만대중 25만대 는 삼성전자에게 공급되고 있다는 정보를 전하고 도시바도 2002년 3월부터 17″CDT 가격을 1달러, 15″CDT 가격을 0.5달러 인상할 계획임을 알려주었다. 이는 중화영관 의 '방문보고서'에 의해 확인된다.

> ○ SDI는 TSB의 현재 판매량이 300K이고 이중 250K는 SEC에 공급한 것이라고 했다. TSB 또한 3월부터 17" CDT 가격을 $1.0, 15" 가격을 $0.5 인상할 것이다.
>                                                   (소갑 제3-118호증)

⑦ 2002년 4월 22일 다자회의

201        피심인들은 시장상황 정보를 교환한 뒤 2002년 3분기 가격에 대해 이전 합의가격을 유지하기로 합의하였다. 또한, 타이 CRT에 대해 CDT 다자회의에 참석을 유도할 것과, 한국계 3개 CDT 업체는 별도로 대형 CDT 가격협의를 위한 협의체를 신설할 것을 논의한 사실도 확인된다. 이는 삼성 SDI의 박성덕이 회의결과를 사내 이메일('Secret')로 전송한 자료에 의해 확인된다.

---

**3. 3Q 가격안**
 - 가격을 올려야한다는 생각에는 각업체 동의하지만 실제 가격을 올리기는 어려울 것 같다. 따라서 <u>현가를 유지하는 것이 최선</u>이 될 것 같다는 의견
**4. A.O.B**
 - controlling Thai-CRT: Thai-CRT에 대해서는 지속적으로 MTG 참석유도
 - 국내 CRT 3업체 별도로 대형/FLAT 포함하는 협의체 신설요청          (소갑 제4-43호증)

---

⑧ 2002년 11월 28∼29일 다자회의

202        이 회의에서 중화영관은 삼성 SDI의 2002년도 시장점유율이 증가하였으며 합의한 바대로 생산량을 감축할 것을 촉구하였으며, LPD의 Mr. 조는 현행 가격을 유지할 것("Let's keep the price")을 촉구한 사실이 있다. 또한, LPD의 제안에 따라 주요 고객사별로 목표 시장점유율을 정하고 매주 또는 매달 이행을 점검할 것과, 합의가격을 이행하지 않을 경우 담당자와 관리자는 교체되며 다른 2개사가 불이행 회원사의 주 고객을 저가로 공격하는 내용의 벌칙(penalty)을 둘 것을 합의하였다. 이는 삼성 SDI 송▽▽이 회의내용을 기록한 업무수첩 및 진술에 의해 확인된다.

---

○ CPT: Only Samsung didn't reduce lines. Only Samsung saw an increase in M/S in '02 against '01.
○ LPD: Mr. Cho, <u>**"Let's keep the price"**</u>
○ LPD Proposal
 - Negotiate on the target M/S and fix it for important customers
 - Review every month or week
 - Penalty(벌칙): If company cheat the price(합의가격을 속일 경우)
  ① Person in charge and his/her manager will be dispelled.
  ② <u>Other 2 companies will attack trouble maker's major customers. (다른 2개회사가 문제를 일으키는 회사의 주요고객을 [저가로] 공격할 것)</u>          (소갑 제4-44호증)

---

답28-1) 'Only Samsung didn't reduce lines'은 중화영관 대표가 언급한 내용을 기재한 것으로, 생산라인을 감축하기로 한 이전 합의내용을 삼성SDI만 이행하고 있지 않는다는 불만을 얘기한 내용입니다. 이어서 기록된 'not fair to CPT'는 삼성SDI의 이같은 행동이 생산라인 감축합의를 이행한 중화영관(CPT) 입장에서는 공정하지 않다는 내용입니다.
그리고, 'CPT: Each company sets a reduced share target in troubled customers'는 중화영관이 언급한 내용으로 CDT 공급업체간 가격을 비교하여 협상력을 극대화한 고객사들에게는 판매량을 줄이자는 것입니다.                    (소갑 제2-1호증)

⑨ 2002년 12월 26일 또는 29일 다자회의

203        피심인들이 2002년 5월~12월까지의 각 사별 17″, 19″CDT 판매량 정보를 공유하고, 2003년 판매계획을 공동으로 수립하는 한편, 대만 실무자급 회의에서 보다 많이 협의("Need more discussion in Taiwan Working Level MTG")하기로 한 사실이 회의자료에서 확인된다.

(9) 2003년도 경쟁자간 회합

<표 25>                    2003년도 CDT 카르텔 회의개요[36]

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2003.1.2. | 가격인하 자제, 각사별 시장점유율 할당(중화: 25%, LPD: 30%, SDI: 34%), 옵션가격 금지 | 중화, SDI, LPD (실무자급회의) | 소갑 제3-119호증 1839쪽 |
| 2 | 2003.2. | 시장점유율 할당합의 및 이행점검 | 중화, SDI, LPD | 소갑 제3-120호증 1848쪽 소갑 제4-46호증 2985쪽 소갑 제4-47호증 2993쪽 |
| 3 | 2003.3.21. | 시장점유율 할당합의 및 이행점검 | 중화, SDI, LPD, 오리온 | 소갑 제3-121호증 1857쪽 |
| 4 | 2003.4.29. | 생산량 감축, 고객별 점유율 합의 | 중화, SDI, LPD | 소갑 제3-122호증 1863쪽 1866쪽 |
| 5 | 2003.5. | 한국고객대상 가격인하자제 | 중화, SDI, LPD | 소갑 제3-123호증 1871쪽 |
| 6 | 2003.5.20. | 시장점유율 할당합의 및 이행점검 | 중화, SDI, LPD | 소갑 제4-48호증 3006쪽 소갑 제2-1호증 318쪽 |
| 7 | 2003.5.30. | 시장점유율 할당합의 및 이행점검, 생산감축합의 실행여부 감시방안 | 중화, SDI, LPD | 소갑 제3-124호증 1884쪽 1889쪽, 1893쪽 |
| 8 | 2003.6. | 17" CDT 한국고객별 판매가격합의 | 중화, SDI, LPD | 소갑 제3-125호증 1896쪽 |
| 9 | 2003.6.12. | 한국고객대상 가격인하 자제 | 중화, SDI, LPD | 소갑 제4-49호증 3014쪽, 3016쪽 |
| 10 | 2003.6.17. | 시장점유율 할당합의 및 이행점검, 한국고객대상 점유율 할당, 주요-소규모 고객간 판매가격차 유지 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-126호증 1912쪽 1915쪽, 1919쪽 |
| 11 | 2003.7.29. | 시장점유율 할당합의 및 이행점검, | 중화, SDI, LPD | 소갑 제3-127호증 1937쪽 |

| | | 한국고객대상 점유율 할당 | (관리자급회의) | 1939쪽, 소갑 제4-50호증,<br>소갑 제3-128호증 1952쪽 |
|---|---|---|---|---|
| 12 | 2003.8.28. | 시장점유율 할당합의, 생산라인 폐쇄 | 중화, SDI, LPD | 소갑 제3-129호증<br>심사보고서 1991쪽, 1974쪽<br>소갑 제3-130호증 1997쪽 |
| 13 | 2003.9.24. | 세부사양별 가격차이, 저가수주 자제 | 중화, SDI, LPD | 소갑 제3-131호증<br>2036쪽, 2038쪽<br>소갑 제3-132호증 |
| 14 | 2003.10. | 한국고객대상 가격인하자제,<br>세부사양별 가격차이 | 중화, SDI, LPD | 소갑 제3-133호증<br>심사보고서 2077쪽, 2079쪽 |
| 15 | 2003.10.28. | 시장점유율 할당합의 및 이행점검 | 중화, SDI, LPD<br>(최고위급회의) | 소갑 제2-2호증 356쪽<br>소갑 제4-51~3호증<br>소갑 제3-134호증 |
| 16 | 2003.11.12. | 시장점유율 할당합의 및 이행점검,<br>생산라인 폐쇄 | 중화, SDI, LPD | 소갑 제3-135호증 2100쪽 |
| 17 | 2003.11.26.<br>~27. | 한국고객포함 주요고객별 판매가격 | 중화, SDI, LPD | 소갑 제3-136호증<br>소갑 제3-137호증 2123쪽 |
| 18 | 2003.12.2. | 전세계 시장 및 고객별 점유율 | 중화, SDI, LPD | 소갑 제3-138호증<br>2125쪽, 2127쪽 2128쪽 |

① 2003년 1월 2일 다자회의

204    피심인들은 각 사의 수익률 정보를 교환한 후 모니터 업체의 가격인하 요청에 공동으로 대응함으로써 수익률을 제고할 것에 대해 동의하였다. 또한, 2002년도 각 사의 판매량 정보에 기초하여 시장점유율을 할당하였으며, 이에 따라 예측된 2003년도 전세계 CDT의 총수요량에 할당된 점유율을 적용하여 판매량을 정하였다.

205    그리고 피심인들이 만장일치로 주요고객에 대한 최저가격에 대해 합의한 사실과, 고객의 가격인하 요청에 대해 연간 수익목표 달성을 위해 합의가격을 유지하기로 하였음이 확인된다. 이는 중화영관의 'CDT 시장분석' 제하의 회의결과보고서에 의해 확인된다.

> 하방 산업 부문 모니터 제조사들은 CRT 모니터의 생산이 여전히 상당한 수익이 있는 상황에 비해(예를 들어, AOC의 사업 수익은 2002년에 약 USD 40M), CDT 영업은 손실에 직면하고 있다. 이는 업계에 극도로 해로운 것이다. **향후, 3개 제조사들이 어떻게 상호간 진심을 보이면서, 극심한 가격 경쟁을 제거하고 PC 브랜드 제조사 및 모니터 OEM 제조사들의 가격 인하에 공동으로 대항할 수 있을 것인가. 사업 목표로서 수익을 내는 것은 우리의 향후 협력의 초점이 될 것이다.** (소갑 제3-119호증)

---

36) 이하 연도별 월별 카르텔 회의에서 이 사건 피심인 중화영관, 삼성 SDI, LPD 3개사만 회의에 참석하여 합의한 내용이므로 대부분 별도로 참석회사 및 참석자를 기재하지 아니한다.

> CPT가 회의에서 각 제조사의 2002년 총 판매량의 실제 결과가 11월 CEO 회의에서 보고된 수치와 차이가 있다고 반응했음에도 불구하고 여러 제조사의 실제 납품 데이터를 분류한 후, LPD 23.2M, SDI 26.2M (21" 제외), CPT 19.5M. 올해 CDT 전세계 총 수량이 82.5M일 경우, 3개 제조사의 시장점유율은 각각 28%, 32%, 24% 일 것이다 또한 __CEO의 결의에 따라, 각각 2003년에 판매를 7% 감축할 것__이며, LPD는 21.5M, SDI는 24.4M, CPT는 18.2M 이 될 것이며, 이중 CPT의 2003은 총 수량은 CEO가 결의한 수량보다 400K 낮을 것이다. 따라서, 전체 시스템이 수정되어야 한다고 제안되었다. 그러나, LPD/SDI가 11월에 CEO가 결의한 기준을 따라야 한다고 주장하여, 결론은 변경하지 않는 것으로 내려졌다. __이는 내년 각 제조사의 점유율이: CPT 25%, LPD 30%, SDI 34%가 될 것을 의미한다.__
>
> (소갑 제3-119호증)

> ○ 각 제조사들은 상호간 솔직하게, __주요 고객에 대한 최저 가격 수준에 관하여 만장일치로 합의에 이르렀다.__
> ○ 3개 제조사의 목표가 수익을 내는 것이라고 가정할 때, 고객의 가격 인하 요청에 대한 이들의 태도는 매우 단호하다. __모두가 자신들이 가격을 지켜야 하며, 각 고객에 대해 옵션 가격을 더 이상 갖지 않아야 한다는 데 대해 이해를 같이 하고 있다.__
> ○ __3개 제조사들은 각 제조사의 연간 수익 목표를 달성하기 위해 함께 가격을 유지해야 한다.__
>
> (소갑 제3-119호증)

② 2003년 2월중 다자회의

206   이 회의에서 삼성 SDI의 아래 고객별 판매실적 자료에 의하면, 12대 고객에 한국계 모니터 제조업체인 삼성전자, LG전자, 한솔전자, 현대전자가 포함되어 있는데, 카르텔회의를 통한 담합의 주된 대상임을 알 수 있다.

### 3. 顧客別 販賣實績 (提)

(천대)

| | | '02 | | | | | '03 | |
| | | 1Q | 2Q | 3Q | 4Q | Total | 1月 | 2月 |
|---|---|---|---|---|---|---|---|---|
| 12大 顧客 | AOC | 186 | 188 | 203 | 230 | 807 | 65 | 45 |
| | BenQ | 248 | 155 | 151 | 146 | 700 | 23 | 22 |
| | Compal | 151 | 108 | 132 | 201 | 592 | 49 | 46 |
| | Delta | 328 | 118 | 182 | 232 | 860 | 34 | 65 |
| | Lite-On | 184 | 102 | 146 | 92 | 524 | 68 | 20 |
| | Philips | 310 | 265 | 460 | 116 | 1,151 | 46 | 30 |
| | Proview | 658 | 1,010 | 1,077 | 972 | 3,717 | 305 | 325 |
| | Tatung | 33 | 14 | 28 | 22 | 97 | 10 | 8 |
| | SEC | 3,373 | 3,269 | 3,343 | 3,816 | 13,801 | 1,107 | 1,086 |
| | LGE | 26 | 31 | - | 15 | 72 | - | - |
| | Hansol | 104 | 85 | 85 | 85 | 359 | 35 | 27 |
| | Hyundai | 207 | 141 | 186 | 289 | 823 | 52 | 50 |
| | 計 | 5,808 | 5,486 | 5,993 | 6,216 | 23,503 | 1,794 | 1,718 |
| 8顧客 | | 516 | 405 | 468 | 598 | 1,987 | 165 | 147 |
| 기타사 | | 159 | 161 | 143 | 313 | 777 | 40 | 40 |
| G.Total | | 6,483 | 6,052 | 6,604 | 7,128 | 26,267 | 2,009 | 1,905 |

註) 고객별/기종별 상세내역 별첨

또한, 삼성 SDI 참석자가 한국 고객에게 낮은 가격으로 판매하지 말 것을 내부직원에게 지시하기로 한 사실을 알 수 있고, 2003년부터 이 사건 피심인들이 2002

년 판매 실적자료를 기초로 하여 전세계 시장점유율을 할당하고 2003년 기간중 매달 판매량이 합의된 각 사별 시장점유율과 차이가 발생했는지 여부를 상호 점검하였음을 알 수 있다. 이는 삼성 SDI의 '회의준비자료'와 중화영관의 'CDT 시장검토' 결과 보고서 등에 의해 확인된다.

---

추가로, **삼성은 자신의 내부 직원들에게 자의적으로 국내 고객에게 bare튜브를 판매하거나 낮은 가격을 견적가로 제시하지 않을 것을 지시하였다.**　(소갑 제3-120호증)

| | Agreed M/S | | | | | Actual | | |
|---|---|---|---|---|---|---|---|---|
| | '02 | (M/S) | Real | '03 | (M/S) | '03.Jan | | Feb |
| CPT | 19.2 | 28% | 19.5 | 17.8 | **28%** | 1.4 | 26% | 1.0 | 22% |
| LPD | 23.3 | 34% | 23.2 | 21.7 | **34%** | 1.9 | 36% | 1.7 | 37% |
| SDI | 26.3 | 38% | 26 | 24.4 | **38%** | 2 | 38% | 1.9 | 41% |
| Total | 68.8 | 100% | 68.7 | 63.9 | **100%** | 5.3 | 100% | 4.6 | 100% |

(소갑 제4-47호증)

③ 2003년 3월 21일 다자회의

207　　　　　이 회의에서 각 사는 14″, 15″, 17″, 19″CDT 판매량 정보를 취합한 뒤 2002년도 판매실적을 기초로 합의한 각 사별 전세계 시장점유율의 이행여부를 확인하고 합의사항 이행여부를 상호 점검한 사실이 있다. 이는 회의개최 전 참가사들에게 배포된 회의자료에 의해 확인된다.

| | Agreed M/S | | | | | Actual | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | '02 | (M/S) | Real | '03 | (M/S) | '03.Jan | | '03.Feb | | '03.Mar | |
| CPT | 19.2 | 28% | 19.5 | 17.8 | **28%** | 1.4 | 26% | 1.1 | 23% | 1.4 | 27% |
| LPD | 23.3 | 34% | 23.2 | 21.7 | **34%** | 1.9 | 36% | 1.7 | 36% | 1.7 | 33% |
| SDI | 26.3 | 38% | 26 | 24.4 | **38%** | 2 | 38% | 1.9 | 40% | 2.1 | 40% |
| Total | 68.8 | 100% | 68.7 | 63.9 | **100%** | 5.3 | 100% | 4.7 | 100% | 5.2 | 100% |

(소갑 제3-121호증)

④ 2003년 4월 29일 다자회의

208　　　　　피심인들은 각 사의 판매실적표를 만들어 교환한 뒤, 전세계 CDT 수요량에 대해 2002년 11월에 각 사의 CEO가 합의한 7천 2백만대를 6천 8백만대로 수정하고 이 공급량에 맞추기 위해 생산라인, 조업일수를 축소하기로 합의하였다. 또한, 2003년

에 적용하기로 합의한 각 사의 시장점유율(중화영관 28%, LPD 34%, 삼성 SDI 38%) 표로 회의 전까지인 2003년도 1분기까지 준수되었는지 여부를 점검하고, CEO 회의에서 합의된 고객사별 점유율의 이행여부 점검내용에 주요 12개사중 한국계 고객은 삼성전자, LG전자, 한솔전자, 현대전자가 포함되어 있는데, 각 사별 주요 고객은 서로 침범하지 말자는 이해가 형성되어 있었음이 확인된다. 이는 중화영관에서 회의개최일자("2003/04/29")와 비밀("confidential")로 기재된 회의자료에 의해 확인된다.

03 CMT demand lower than previous estimation: 72M(Nov '02 CEO)→ 68M
Suggestion:
 ▽Reduction of each maker's sales target to match the reality:
  ■Reduce 7% of CEO decision (최고경영자의 결정에 따라 7% 감축)
 ▽3 Makers Supply Control: (3사의 공급통제)
  ■Reduced Q'ty equals to half line capa. Shudown 0.5 or 1 line in 2H 03 (2003년 2분기에 0.5 또는 1개라인 폐쇄)
  ■Decrease working day (조업일수 감소)                (소갑 제3-122호증)

M/S by CEO MTG Decision〔註: 한국계 고객사 중심으로 편집〕

|  | SEC | LGE | HANSOL | HYUNDAI |
|---|---|---|---|---|
| CPT | 8% | – | – | – |
| LPD | 5% | 92% | 60% | 20% |
| SDI | 80% | 4% | 20% | 30% |

2003Q1 CDT M/S (based on CDT shipment)

|  | SEC | LGE | HANSOL | HYUNDAI |
|---|---|---|---|---|
| CPT | 0.7% | 0% | 0% | 0% |
| LPD | 0% | 96.7% | 49.4% | 20.8% |
| SDI | 84.8% | 0.8% | 19.7% | 49.9% |

⑤ 2003년 5월중 다자회의

209      이 회의에서는 피심인 고객들의 가격인하요청에 대한 정보를 상호교환하였는데, 삼성 SDI는 수익감소를 피하기 위해 삼성전자의 저가공급 요청을 거절하였다는 정보를 다른 참가자들에게 제공한 사실이 확인된다. 이는 중화영관의 'CDT 시장 검토' 제하의 결과보고서에 의해 확인된다.

SDI는 SEC가 저가 주문을 수용할 의지에 대해 문의하였다고 언급하였다. 17" FST가 여유있는 생산능력이 없으며 한국이 일반 튜브의 생산으로부터 수익을 얻지 못하고 있기 때문에 SDI는 SEC의 요청을 거절하였다. 만약 SDI가 미화 40달러(현재 단계에서 미화 46~47 달러에 견적가로 제시됨)와 같은 낮은 가격을 수용한다면, SDI는 손실이 더 많아질 뿐만 아니라 생산라인은 보다 일찍 폐쇄될 것이다.                (소갑 제3-123호증)

⑥ 2003년 5월 20일 다자회의

210          피심인들은 2003년 각 사에 할당된 시장점유율을 확인하고 같은 해 5월의 판매 실적치에 기초하여 합의를 준수하고 있는지를 점검하였다. 차기 회의를 같은 해 5월 27일 개최하고, 차기 회의에서 생산량 통제계획을 확정하고 가격 및 수량정보를 투명하게 공개할 것과 합의이탈을 감시하는 조직구성에 대해 논의하기로 하였다. 이는 삼성 SDI 송▽▽의 업무수첩 및 진술에 의해 확인된다.

| ＊ 5月 수량 | | | | |
|---|---|---|---|---|
| | Quantity | M/S(%) | **Agreed M/S (합의된 시장점유율)** | |
| SDI | 1.68 | 38.6 | **38.2%** | **+0.4%** |
| LPD | 1.40 | 32.1 | **34%** | **−1.9%** |
| CPT | 1.27 | 29.1 | **27.9%** | **+1.2%**          (소갑 제4-48호증) |

＊ 차주 화요일 MTG          5/27 09:00
 1) **June capacity reduction confirmation (6월 생산량 감축 확정)**
 2) Price/quantity record open under sun (가격/물량 정보의 투명한 공개)
 3) Committee
     ①financial person check ②retired people ③경찰조직 만들기          (소갑 제4-48호증)

답35) 그 다음으로 중화영관이 차주 화요일 미팅 의제를 미리 알려주었는데 '1) June capacity reduction confirmation'는 생산감축합의 내용의 이행여부를 확인하자는 내용이고, '2) Price/quantity record open under sun'는 동 회의에서 각 참가자가 공개하는 판매량/판매가격을 보다 투명하게 공개하자는 내용이었습니다. 끝으로 '3) ①financial person check'는 재무파트 직원들을 상호 확인케 함으로써 보다 정확한 정보를 공개하도록 유도하는 방안을 제시한 것이고 '경찰조직 만들기'는 합의내용의 이행을 보다 확실하게 보장하는 방안의 하나로 논의된 내용입니다.          (소갑 제2-1호증)

⑦ 2003년 5월 30일 다자회의

211          이 회의는 '3사 판매업데이트→2001년 1월~5월간 회원사별 시장점유율→모니터 수요예측→대만 실무자급 회의결과 논의→생산라인 중단계획→기타사안'순으로 진행하면서, 피심인들은 2003년 합의된 시장점유율이 준수되고 있는지를 확인하기 위해 1월~5월간 판매 실적치와 비교한 결과 중화영관은 1.2%, LPD는 0.1% 감소되었고 삼성 SDI는 1.4% 증가하였음이 확인되었다. 또한, 피심인들은 삼성전자, LG전자, 한솔전자, 현대전자를 포함한 12대 주요 CDT 고객별 시장점유율을 회원사별로 할당

하기로 합의하였고, 향후 각 사의 재무담당자가 감사(audit)를 진행하고 생산량 통제를 강화하며 가격표를 확정하기로 결정하였다. 이는 회의당시의 개최일자("2003/05/30")와 비밀("confidential")이 기재된 회의자료에 의해 확인된다.

| | Agreed M/S | | | | | Actual | | |
|---|---|---|---|---|---|---|---|---|
| | '02 | (M/S) | Real | '03 | (M/S) | Jan~May | | M/S Diff. |
| CPT | 19.2 | 28% | 19.5 | 17.8 | 28% | 6.5 | 27% | −1.2% |
| LPD | 23.3 | 34% | 23.2 | 21.7 | 34% | 8.3 | 34% | −0.1% |
| SDI | 26.3 | 38% | 26 | 24.4 | 38% | 9.7 | 40% | 1.4% |
| Total | 68.8 | 100% | 68.7 | 63.9 | 100% | 24.5 | 100% | |

Further Discussion
- Policy to made:
 a) audit(감사): suggested by Financial personnel in each company
 b) capacity control (생산량 통제)
 c) settle price matrix (가격합의표 확정)                    (소갑 제3-124호증)

212      피심인들은 이전회의에서 논의한 대로, 당초 목표한 2003년 판매목표치를 현실을 반영하여 축소조정하였고 이에 따라 생산라인을 폐쇄하거나 조업일수를 감축하기로 합의하였다. 구체적인 '생산라인 폐쇄계획'에 따르면 삼성 SDI는 2003년 6월중 한국의 2개 생산라인을 폐쇄하는 계획을 제출하였음이 확인된다. 끝으로 차기 고위급 다자회의는 말레이시아에서 6월 17일 개최하며 이 회의에서 생산중단 계획, 감사수단, 시장점유율 확정 등을 논의하기로 하였다.

○ SDI: '03 Jun. Korea: 2 Line
- TOP Meeting(최고위급 회의) - 17th. June in Malaysia
- Issues to decide:
 a. Shut-down Plan(폐쇄계획)
 b. Audit Method(감사방식)    c. Market Share finalize (시장점유율 최종확정)
                                                      (소갑 제3-124호증)

⑧ 2003년 6월중 다자회의

213      피심인들은 2003년 초에 합의하였던 CDT시장에서의 각 사별 시장점유율을 현실을 반영하여 일부 조정하기로 합의하고 12대 고객별 점유율도 수정치를 반영하여 합의하였음이 확인되고, 같은 해 7월 가격과 관련하여 기본적으로 6월 가격을 유지하기로 합의하고 기존의 시장점유율을 유지하기 위한 목적에서 주요 공급선에 대한 가격

을 구체적으로 합의하고 2차 공급선에 대한 가격도 0.5달러 인상하기로 합의하였다. 이는 중화영관의 'CDT 시장보고서'에 의해 확인된다.

○ 가격은 기본적으로 6월 가격으로 유지되었다. **주요 공급업자들에 대한 가격은 확정되었으며 2차적 공급업자들에 대해서는 0.5달러 추가로 유지되었는데 이는 기존의 시장점유율을 굳히기 위한 것이다.**
○ 7월 각 제조업자들의 새로 협상된 가격은 다음과 같다.[註: 한국고객위주로 편집]
 - 17"FST

| 고객 | 종류 | CPT | LPD | SDI |
|---|---|---|---|---|
| SEC | MPR, ITC | | | ? |
| | TCO, ITC | | | ? |
| LGE | MPR, ITC | | 47 | |

 - 17"평면

| 고객 | 종류 | CPT | LPD | SDI |
|---|---|---|---|---|
| SEC | MPR, ITC | | | ? |
| | TCO, ITC | | | ? |
| | HBT, ITC | | | ? |
| LGE | TCO, ITC | 54.0 | 54.0 | |
| 한솔 | 85K, TCO, ITC | | 53.5 | 55.0 |
| 현대 | MPR, ITC | | 53.5 | 54.0 |

(소갑 제3-125호증)

⑨ 2003년 6월 12일 다자회의

*214*       피심인들은 고객사별 판매량 및 가격, 고객의 반응에 관련된 정보를 교환하였으며, 특히 한국계 수요업체인 삼성전자와 관련하여 삼성 SDI와 중화영관 참석자들은 상호 협의하여 가격을 제시하기로 하였다. 또한, LPD가 삼성전자에 공급하는 경우 삼성전자향 합의가격이 붕괴될 위험이 있으므로 공급을 자제할 것을 논의하였다. 또한, 일반적인 가격과 관련하여 중화영관의 토니 쳉은 가격인상시 점유율이 작은 고객부터 하고 가격인하시에는 점유율이 큰 고객부터 하는 것이 합의된 시장점유율 안정화에 도움이 된다는 의견을 제시하고, 피심인들은 주요 고객과 소규모 고객간 가격차는 0.2달러가 적당하다는데 의견을 제시하였다. 이는 삼성 SDI 송▽▽의 업무수첩 기재내용에 의해 확인된다.

○ SEC
 - 중화: 일단 SEC에 SDI와 가격 맞추어 가겠다. ... LPD 오지마라. SEC Tricky하다. 가격 무너질 염려가 있다.
(소갑 제4-49호증)

> \* 가격인상은 M/S 작은 데에서 먼저하고, 가격인하는 M/S 큰데서 하여야 M/S 조정이 된다. (Tony Cheng 의견)
> ○ Price 차이를 어떻게 하느냐
> - major and minor 가격차 <u>$0.20</u>가 Reasonable 하다.　　　　(소갑 제4-49호증)

　⑩ 2003년 6월 17일 다자회의

215　　　　　이 회의는 CDT 판매담당 임원들이 참석한 최고위급회의로서, 피심인들은 2003년 각 사별로 할당된 시장점유율과 같은 해 1월~6월간 실제 판매치를 반영한 점유율간의 차이를 확인하였고, 같은 해 3분기중 1개씩의 생산라인을 폐쇄하는데 대해 중화영관은 말레이시아, 삼성 SDI는 한국 공장의 생산라인을 폐쇄하기로 하였고, 그 결과 2003년 하반기에는 CDT제품의 공급과잉분이 축소될 것으로 예측하였다. 또한, 12대 주요 고객사별 점유율 합의와 관련하여 최고위층 합의결과를 따를 것을 원칙으로 합의하고 공급사별 점유율이 조정 가능하도록 하였다.

> ■ Capacity in 2nd half after line shutdown
> - Total supply 34.3M > demand 32.5M
> ■ Principle: <u>Obey the agreement of TOP management decision (원칙: 최고위급 논의 결과 합의를 따름)</u>
> (1) <u>Global M/S → CPT:LPD:SDI = 27.8%:34%:38.2%</u>
> (2) M/S in individual customer is revisable.　　　　(소갑 제3-126호증)

216　　　　　또한, 피심인들은 고객사별 점유율 할당에 대한 각 사 의견을 제출하였는데, 이는 하나의 고객사에 대한 공급사를 단순화("simplify suppliers in one customer")함으로써 경쟁을 회피하기 위함임을 알 수 있다. 각 사의 의견을 취합한 후 이견이 발생한 삼성전자, LG전자 등 5개 고객사는 의견 조율후 회원사별 공급비율을 합의하였다. 그 결과에 따르면, 삼성전자는 삼성 SDI가 80%, 중화영관이 10%, LPD가 3%를 공급하고, LG전자는 LPD가 96%, 삼성 SDI가 2%를 공급하기로 하였다. 피심인들은 가격안정화를 위해 주력 공급사와 소규모 공급사간 점유율 차이를 크게 두고 가격에서도 일정수준 차이가 필요하다는데 공감하고 최소 0.5달러의 가격차를 두기로 하였다. 이는 중화영관의 회의자료에 의해 확인된다.

| Y2003 | Original | M/S (%) | | | Q'ty | | | Revised |
| (Kpc/m) | TTL Prod | CPT | LPD | SDI | CPT | LPD | SDI | TTL Prod |
| AOC | 11000 | 60% | 30% | 5% | 6600 | 3300 | 550 | 10300 |
| BenQ | 2200 | 66% | 17% | 17% | 1452 | 374 | 374 | 1625 |
| Compal | 2000 | 28% | 48% | 23% | 560 | 960 | 460 | 1500 |
| Delta | 1500 | 0% | 50% | 40% | 0 | 750 | 600 | 1300 |
| Lite-On | 2900 | 92.5% | 0% | 7.5% | 2683 | 0 | 218 | 3500 |
| Philips | 7700 | 18% | 74% | 0% | 1386 | 5698 | 0 | 6750 |
| Proview | 4500 | 0% | 0% | 0% | 0 | 0 | 4275 | 4100 |
| Tatung | 1700 | 95% | 0% | 5% | 1615 | 0 | 85 | 1100 |
| Samsung | 16000 | 8% | 5% | 80% | 1280 | 800 | 12800 | 15300 |
| LGE | 8300 | 0% | 92% | 4% | 0 | 7636 | 332 | 9000 |
| Hansol | 1000 | 0% | 60% | 20% | 0 | 600 | 200 | 700 |
| Hyundai | 1000 | 0% | 20% | 30% | 0 | 200 | 300 | 1000 |
| 12 Total | 59800 | | | | 15576 | 20318 | 20194 | 56175 |
| Others | 12200 | | | | | | | 12200 |
| Overall | 72000 | | | | 15576 | 20318 | 20194 | 56175 |
| M/S in 12 | | | | | 26.0% | 34.0% | 33.8% | |

Concept: (1) **to simplify suppliers in one customer** (1개 고객당 공급자를 단순화)
(2) major with high portion (above 80%) minor with low portion (below 20%)
(3) **less noise & price trouble** (잡음 및 가격관련 문제를 감소)          (소갑 제3-126호증)

---

▪ In order to have stable price it is necessary to have big difference of share and reasonable price gap between major & minor supplier.
▪ **At least US$0.5 pice gap between Major & minor supplier.** (주요&소규모 공급자간 최소 0.5달러의 가격차이를 둠)          (소갑 제3-126호증)

---

⑪ 2003년 7월 29일 다자회의

217          피심인들은 판매현황 및 생산라인 가동현황 관련정보를 교환하고 시장점유율 통제를 강화해야할 필요성에 대해 논의하였다. 특히 한 개의 고객에 대해 피심인들이 합의가격보다 저가로 공급할 경우 전체 CDT 시장가격에 영향을 미치는 구조를 알 수 있다. 즉, LPD가 컴팔(Compal)에 대해 저가로 공급한 사실에 대해 중화영관도 LG전자와 필립스에 낮은 가격으로 공급할 것이라고 하였으며, 삼성전자도 컴팔향 가격을 인용하여 삼성 SDI에 가격인하 압력을 가한 사실이 있었다.

LPD는 Compal이 HP 프로젝트에 제시한 견적가를 $40.5라고 주장했음. ITC, Glare/Mpr2 및 canceling coil과의 가격차를 모두 고려한다면 위 가격은 현재의 시장 가격보다 크게 낮은 수준이 아님. CPT는 glare가 (가격 인하에서) $2만 고려해야 한다고 주장함 canceling coil은 가격 인하 요인으로 사용되어서는 안 된다는 점은 이미 수 차례 논의된 사항이라고 비판함. 이 방법으로 계산한 가격은 AOC의 가격과 비교되는 수준인 $44임. **이 가격이 시장 가격이라면, CPT는 위 가격을 견적가로 LGE/PHS에 제시할 것임.** SDI 역시 이에 대해 상당히 불쾌해 했으며 한국에서 오랫동안 이에 대해 비난하였음. 아마도, **SEC는 SDI로부터 동일한 대우를 받기 위해 Compal 가격을 사용해 온 것으로 보임.** LPD는 결국 가격 인상을 시도하고 차후 다시 보고하겠다고 밝힘.          (소갑 제3-127호증)

218          또한, 삼성전자향 판매와 관련하여, 삼성 SDI는 도시바가 중화영관의 가격지

원으로 삼성전자에 대한 공급이 원활히 된 데 대해 고맙게 생각하고 있음을 중화영관 참가자에게 알려주었다. 또한, 중화영관의 삼성전자향 판매 점유율을 7%로 상향 조정에 대해서는 차주 실무진회의에서 7% 점유율을 달성할 수 있도록 합의하였다.

> TSB는 9월 내내 생산을 계속할 것임. SEC 공급을 12월 동안 계속할 것임. 그러므로 **CPT 의 가격 지원으로 SEC에 대한 공급이 원활하게 된 것에 대해 감사함.** CPT의 7% 점유율 요청과 관련해, 다음 주 실무진회의에서 공장별, 모델별로 할당량을 정하는 계획을 제안해 CPT가 7% 점유율을 달성할 수 있도록 할 것임.       (소갑 제3-127호증)

219    그리고 피심인들은 2003년 3분기까지 중화영관은 말레이시아 소재 공장의 1 개 라인, 삼성 SDI는 한국 소재 공장의 1개 생산라인을 폐쇄하기로 합의하였다. 또한, 2003년도 하반기 주요 고객사별 점유율을 합의한 사실이 있다.

| 2H '03 M/S Adjustment (finalized by TPE Working Level MTG) | | | | | |
|---|---|---|---|---|---|
| M/S% | CPT | LPD | SDI | Others | Total |
| SEC | 7% | 3% | 82% | 8% | 100% |
| LGE | – | 96% | 2% | 2% | 100% |
| Hyundai | – | 20% | 50% | 30% | 100% |
| Hansol | – | 40% | 20% | 40% | 100% |
| 2H Total | 9.7M(28.7%) | 11.5M(34.1%) | 12.6M(37.3%) | 3.6M | 37.4M |

220    이 회의는 서울 삼성 SDI 사무실에서 개최된 관리자급 CDT 다자회의로서 중화영관의 춘-쳉 예와 삼성 SDI의 이△△, LPD의 CDT 영업-마케팅 담당 임직원 들이 참석하였다. 이는 중화영관의 'CDT 시장보고서', 삼성 SDI 이△△의 업무수첩, 회의당시 배포자료에 의해 확인된다.

⑫ 2003년 8월 28일 다자회의

221    이 회의에서 2003년 하반기에 합의된 각 사별 시장점유율(삼성 SDI 37.3%, LPD 34.1%, 중화영관 28.7%) 이행여부를 점검한 결과, 삼성 SDI는 0.5% 초과, LPD 와 중화영관은 각각 0.1%, 0.4%가 미달된 것에 대해 참가자들은 2004년 판매계획과 관련하여 2003년도에 달성하기로 했던 물량에 미치지 못했거나 초과한 부분을 반영 하여 점유율을 가감하기로 합의하였다. 또한, 피심인들은 시장조사기관 및 각 사의 시장분석자료를 바탕으로 예측된 2004년도의 수요에 맞추기 위해 각 사별 판매량을

할당하기로 하고 그에 따라 2003년 3분기중 생산라인 폐쇄계획에 합의하였다. 동 생산라인 폐쇄계획과 관련하여, LPD의 생산라인 폐쇄계획 확정을 위해 삼성 SDI가 지속적으로 압력을 가하기로 하였음을 알 수 있다.

| M; % | 2003 | | | 2004 판매계획 –<br>판매목표 +  '03년<br>달성하지 못한 차이 |
|---|---|---|---|---|
| | 판매목표 | 달성할 수 있는<br>수량 | 차이 | |
| CPT(27.8%) | 16.8 | X | A=X−16.8 | 14.5+A |
| LPD(34.0%) | 20.6 | Y | B=Y−20.6 | 17.7+B |
| SDI(38.2%) | 23.1 | Z | C=Z−23.1 | 19.9+C |
| 기타 | 6.5 | | | 2 |
| 합계 | | | | 54 |

<div align="right">(소갑 제3−129호증)</div>

| Company | '02.End | '03.Mar | | '03.Jun | | 03.3Q | | Capa. |
|---|---|---|---|---|---|---|---|---|
| | | Lines# | Shutdown<br>Line | Lines# | Shutdown<br>Line | Lines# | Shutdown<br>Line | Per line |
| CPT | 11 | 10 | Taiwan:<br>1Line | 9 | Malaysia:<br>1Line | 8.0 | Malaysia:<br>1Line | 200K/m |
| LPD | 11.5 | 11.5 | | 10.5 | Huafei:<br>1Line<br>Wales:<br>1Line<br>Changsa:+1Line | 9.5 | ? | 200K/m |
| SDI | 11.5 | 11.5 | | 9.5 | Korea:<br>1Line | 8.5 | Korea:<br>1Line | 240K/m |
| Total | 34 | 33 | | 29 | | 26 | | |

LPD 후아페이의 라인 중단계획은 내부부서간에 의견교환이 진행되고 있으나 LG그룹, PH그룹, 그리고 중국본토의 현지 벤처 동업자가 연관되어 있기 때문에 다루기가 매우 어렵다. **SDI는 지속적으로 압력을 가할 것이다.** <div align="right">(소갑 제3−130호증)</div>

⑬ 2003년 9월 24일 다자회의

<sup>222</sup>          이 회의에서 LPD측 참가자는 이전 회의에서 합의된 규칙에 따라 17″CDT 판매가격을 정할 것임을 다른 참가자들에게 알렸으며, 17″CDT 제품의 세부사양별 가격차이에 대해서도 합의하였다. 또한, 피심인들은 합의사항에서 이탈하는 저가 공급사례에 관해 정보를 공유하고 시장가격혼란을 초래하는 저가수주를 자제하기로 하였다. 이는 중화영관의 'CDT 시장검토'자료 및 회의자료에 의해 확인된다.

> ○LPD는 17" 일반 튜브는 막 개발이 완료되었으며, 비용 절감액은 약 US $3(DY는 약 US$1)이라고 설명하였다. 10월에 대량생산에 들어갈 수 있다. 제시된 가격은 이전 회의에서 합의된 규칙을 따를 것이며, 이는 구모델의 가격보다 오직 US $1 낮은 가격이다.
> ○ITC와 N-ITC[37]간의 가격 차이 :  LPD는 17" ITC와 N-ITC간의 가격 격차를 당초$1.5에서 $0.5로 줄일 것을 제안하였다. 그러나 US $1의 격차를 갑자기 줄이는 것은 고객에 대해서 실제로는 가격 인상이므로, 실행에 어려움이 있을것인가? SDI는 다음 달 주문량이 여전히 최대치이므로, 우리가 먼저 고객에게 US $1 인상에 대해 통지한다면 이는 성공할 수 있을지 모른다고 시사하였다. 10월에 실행을 시작하기로 결정되었다.

<div align="right">(소갑 제3-131호증)</div>

> 마지막으로, 회의 의장은 모두가 저가로 OEM 현장 주문을 확보하려는 시도를 하지 말 것을 촉구했으며, 이러한 행위는 시장 가격 혼란을 초래할 뿐이라고 말하였다.

<div align="right">(소갑 제3-131호증)</div>

⑭ 2003년 10월경 다자회의

223          이 회의에서 삼성 SDI는 중화영관이 삼성전자에게 저가로 공급한 행위가 자사에 대한 가격인하 압력으로 미칠 수 있음을 우려하였고, 이에 대해 중화영관은 합의가격에서 이탈하지 않을 것을 약속하였다. 또한, CDT제품의 세부사양에 따라 발생하는 가격차이가 합의가격 실행을 방해한다고 판단하여 규격별 CDT제품의 세부사양별 가격차이를 표로 만들어 합의함으로써, 세부적인 가격차이에 대해서도 공동으로 가격을 책정하기로 한 사실을 알 수 있다. 차기 회의는 한국에서 LPD 주관하에 11월 26일 최고위급회의를 개최하기로 합의하였다. 이는 중화영관의 'CDT 시장검토'에 의해 확인된다.

> SDI는 17" FS N-ITC에 관한 SEC와 청화의 합의된 가격 및 납품 사항에 관하여 매우 우려하고 있다. SDI 및 SEC가 ITC 튜브 거래만 하고 있으므로, 만약 청화의 SEC에 대한 ITC 가격이 기준 가격보다 U$1.5 인하된다면 이는 SEC에 대한 가격 인하를 위한 또 다른 전술이라는데 의심할 여지가 없을 것이며, 이로 인해, SEC에 대한 SDI의 판매가격에 영향을 미칠 것이므로, 청화가 SEC에 대한 가격 차이를 U$0.5로 조정하거나 N-ITC의 납품을 하지 않을 것을 강력히 요청한다. 우리의 답변은 우리는 회의의 결의 사항에 따를 것이며, 우리는 이미 SEC에게 구두로 $1.5 차이가 $0.5로 감소될 것이라고 통보했으며, 합의된 가격으로부터 이탈하지 않을 것을 보장하였다.

<div align="right">(소갑 제3-133호증)</div>

---

37) ITC는 브라운관의 품질이 최적 상태가 되도록 순도 및 수렴도를 조정완료한 제품이며, N-ITC는 ITC 상태로 조정하지 않은 제품을 의미한다.

| 항목 | | 현재 가격 기준 | 신규 가격 기준 | 비고 |
|---|---|---|---|---|
| TCO→MPR2 (TCO 기준) | 15" | 0 | 0 | |
| | 17" | -1 | -0.5 | |
| | 17"F | -1 | -0.5 | |
| | 19" | -2 | -1 | |
| | 19"F | -2 | -1 | |
| MPR2→ 유광 /무반사 (MPR2 기준) | 15" | -2 | -1/0.5 | |
| | 17" | -2 ~3 | -1/0.5 | |
| | 17"F | -2 ~3 | -1/0.5 | |
| ITC→N-ITC (ITC 기준) | 15" | -1 | -0.5 | |
| | 17"/F | -1.5 | -1 | SEC 예외 - 0.5 |
| | 19"/F | -2 | -1.5 | |
| 주파수 | 15"(48K→57K) | +1 | +1 | |
| | 19"/F(95K→85K) | -2 ~3 | -1.5 | |

III. 최고위급 회의
 - 시기: 회의는 11/26 오후에 개최될 것이며 골프 타임은 11/27 오전이다.
 - 장소: 한국 제주도
 - LPD가 주최할 것임
주요 안건:
A. **3개사 및 각 주요 모니터 제조사에 대한 2004년 전 세계 시장 점유율 결정. (SEC/LG/AOC/PHS/EMC 등) 퍼센트.**
B. **시장 수요 상황 및 생산 라인 중단 시행 계획.**                     (소갑 제3-133호증)


⑮ 2003년 10월 28일 다자회의


224        피심인들은 2003년도 하반기에 각 사별로 합의한 시장점유율이 잘 이행되고 있는지를 표로 만들어 점검하고, 세부사양별 옵션가격도 합의하였다. 2004년도 전세계 시장규모와 관련하여 5천4백만대로 합의하고 주요 12대 고객외 나머지 고객의 수요량 3백만대를 제외한 5천1백만대에 대하여 차기 회의까지 고객별 시장점유율(안)을 제출받아 논의하기로 하였고, 차기 고위급 다자회의는 같은 해 11월 26일 제주도에서 개최하기로 하였다. 이는 중화영관과 삼성 SDI의 회의자료, 삼성 SDI의 이△△의 업무수첩 및 진술, 'CDT Glass Meeting 結果 報告'에 의해 확인된다.

답53) 동 회의에서도 각사별로 합의된 2003년도 시장점유율(SDI: 24.4%, LPD: 21.7%, 중화영관: 17.8%)이 회의개최당시 얼마나 잘 지켜지고 있는지를 점검하였습니다. … 또한, 동 회의에서는 옵션(option) 가격에 대한 논의도 있었는데, 참석자들은 코팅, DY부착여부, 주파수 등에 따른 가격차를 줄임으로써 가격이 인상되는 효과가 나타나도록 하자는 협의를 하였습니다.                                                      (소갑 제2-2호증)

⑯ 2003년 11월 12일 다자회의

225       피심인들은 '2003년도 각 사별 판매현황→전세계 CDT수요예측→시장점유율 할당 시뮬레이션→생산라인 폐쇄계획'순으로 논의하였고, 구체적으로 2004년도 시장 점유율 할당과 관련하여 2003년도 합의 점유율이었던 삼성 SDI 38.2%, LPD 34.0%, 중화영관 27.8%를 기준으로 실제 판매량을 반영한 뒤, 2004년도 점유율을 삼성 SDI 37.7%, LPD 34.0%, 중화영관 28.3%로 결정하였고, 시장의 예측수요에 맞춰 과잉공급 분을 해소하기 위해 2004년도 생산라인 폐쇄계획("Line Shut-down Schedule")에도 합의하였다. 이는 회의당시 배포자료에 의해 확인된다.

|  | Sales | Original Target | M/S | Reflect of Reality | M/S | Plan | M/S |
|---|---|---|---|---|---|---|---|
| Mpcs;% | Y2002 | Y2003 |  | Y2003 |  | Y2004 |  |
| CPT | 19.2 | 17.8 | 27.8 | 16.5 | 27.1 | 15.0 | 28.3 |
| LPD | 23.3 | 21.7 | 34.0 | 20.6 | 33.8 | 18.0 | 34.0 |
| SDI | 26.3 | 24.4 | 38.2 | 23.8 | 39.1 | 20.0 | 37.7 |
| 3sub-ttl | 68.8 | 63.9 | 100 | 60.9 | 100 | 53.0 | 100 |
| Others | 15.0 | 8.0 |  | 5.7 |  | 3.0 |  |
| Grand-ttl | 82.0 | 72.0 |  | 66.6 |  | 56.0 |  |

(소갑 제3-135호증)

⑰ 2003년 11월 26일∼27일간 다자회의

226       이 회의에서는 2003. 11. 12.자 직전 회의시 의견일치를 보지 못한 주요 고객 사(삼성전자, AOC, BenQ, 컴팔 등)들에 대한 점유율 할당을 논의하였고, 17″ 평면 CDT 가격과 관련하여 삼성전자를 비롯한 대형고객들의 주요 공급선으로 합의된 회 원사는 다른 회원사들의 공급가격보다 저렴한 가격으로 제안할 수 있게 하기 위해 고객사별로 각 사가 제시할 가격에 대해서 합의하였다. 이러한 사실은 회의개최계획 및 회의자료에 의해 확인된다.

| Unit: US$ | CPT | LPD | SDI | Remark |
|---|---|---|---|---|
| AOC | 47 | 47 | 48 | Agreed $0.5 price gap advantage is gone |
| LiteOn | 47.5 | No offer | 48.5 | Price gap advantage is gone |
| Philips | 49.5 | 49 | 48.5 | Though SDI offer the lowest price among all, but no order. LPD price under suspicion. |
| Proview | 48→47 | 47 | 48 | |
| SEC | 51.3→50 | 51.5 | | |
| Compal | No offer | 49.5 | 49 | |

<div align="right">(소갑 제3-137호증)</div>

⑱ 2003년 12월 2일 다자회의

227    피심인들은 회의개최 당시 판매현황 정보를 교환한 뒤 생산라인 축소에 대해 논의하면서 LPD는 늦어도 2004년 상반기까지 중국 후아페이의 5개 라인을 폐쇄하기로 결정하였음을 알려주었고, 삼성 SDI는 2003년 상반기에 수원 및 부산의 1개 생산라인 폐쇄사실과 2004년초 부산의 1개 생산라인을 폐쇄하고자 함을 발표하였다.

> ○LPD는 경영진이 2004년 1분기에, 늦어도 같은 해 **상반기에 후아페이의 5개 라인(각 라인 생산능력 약 80K/m)을 폐쇄하기로 결정했다**고 설명했다.
> ○SDI는 올 상반기에 이미 각각 **수원과 부산에서 생산 라인을 하나씩 폐쇄하였고** 3분기에 신규 TV 튜브 수요에 따라 센젠의 라인 1/2 개를 21''F CPT 생산용으로 전환하였다. … 현재 총 9개 라인이 있으며 내년 초에 TV 튜브 생산용 부산 라인 1개를 전환하거나 라인을 폐쇄하여 생산능력을 축소하려는 내부 계획이 있다.    (소갑 제3-138호증)

228    또한, 삼성 SDI가 2003년도 정해진 시장점유율을 초과한데 대해 2004년도 시장점유율은 초과분을 공제하는 방식으로 각 사별 시장점유율에 합의하였음이 확인되고, 각 고객사별 시장점유율 할당에도 아래와 같이 합의하였다. 피심인들은 옵션별 가격에도 합의함으로써 실질적인 가격인하 효과를 방지하고자 하였음을 알 수 있다. 이는 중화영관의 'CDT 시장보고서'에 의해 확인된다.

> 그러나 올해, SDI의 전체 실적은 **SDI의 할당량인39.1%를 초과하였다**. 이전의 제안에 따라 **SDI의 내년 판매 수량은 올해 초과 수량을 제한 것으로 해야 한다**. 이에 따라 수량은 다음 표에 명시된 바와 같이 **CPT 15M (28.3%), LPD 18M (33.9%), SDI 20M (37.8%)가 되었다**.
> <div align="right">(소갑 제3-138호증)</div>

| M/S % | CPT | LPD | SDI | 기타 | 합계 |
|-------|-----|-----|-----|------|------|
| SEC | 7% | 4% | 82% | 7% | 14,500 |
| LGE | – | 98% | 1% | 1% | 10,958 |
| 현대 | – | 20% | 55% | 25% | 717 |
| 한솔 | – | 40% | 10% | 50% | 461 |

[註: 한국업체 중심으로 편집]                                    (소갑 제3-138호증)

목적은 CDT 제조사들의 ITC 전환 비용을 지키는 것이다. LPD/SDI는 원칙적으로 이 목적에 동의하였으나 <u>SDI→SEC 및 LPD→LGE 공급제품은 주로 ITC 튜브다. 그러한 조치는 그룹 내 각 고객들에 대한 가격 인하에 준하는 것이다.</u> ... CPT는 내부 생산능력으로 처리할 수 없는 경우에도 B+D 튜브 형태로 판매하는 방법이 가능하고 따라서 이는 가격에는 영향을 미치지 않을 것이라고 강조하며 실행가능성을 검토해달라고 촉구했다.

(소갑 제3-138호증)

(10) 2004년도 경쟁자간 회합

<표 26>                    <u>2004년도 CDT 카르텔 회의개요</u>

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|------|----------|----------|--------|----------|
| 1 | 2004.1.27. | 현행 판매가격유지, 각사별 시장점유율 합의 및 이행점검 | 중화, SDI, LPD | 소갑 제3-139호증 2155쪽 소갑 제3-140호증 2181쪽 소갑 제4-54~5호증 |
| 2 | 2004.2.23. | 각사별 시장점유율 합의 및 이행점검 | 중화, SDI, LPD | 소갑 제4-56호증 3047쪽 소갑 제4-57호증 |
| 3 | 2004.3.2. ~3. | 각사별 시장점유율 합의 및 이행점검, 생산량 감축 | 중화, SDI, LPD | 소갑 제3-141호증 2180쪽, 2181쪽, 2184쪽 소갑 제4-58호증 3053쪽, 3054쪽, 3057쪽 |
| 4 | 2004.3.15. | 판매가격인상(10%인상 통지후 5% 인상) | 중화, SDI, LPD | 소갑 제4-61호증 3074쪽 소갑 제2-1호증 324쪽 |
| 5 | 2004.3.25. ~27. | 판매가격인상(모든고객, 모든기종: $2~3), 세부사양별 가격차이, 구체적 가격인상 계획 | 중화, SDI, LPD | 소갑 제3-142호증 2186쪽, 2192쪽 소갑 제3-143호증 2197쪽, 2200쪽 소갑 제4-62호증 3078쪽 |
| 6 | 2004.4.26. ~27. | 각사별 시장점유율 합의 및 이행점검, 기종별(15", 17", 19" CDT) 가격인상 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-144호증 2229쪽, 2234쪽 소갑 제3-145호증 2226쪽 소갑 제4-63호증 |
| 7 | 2004.5.6. | 4월 가격인상 점검 및 5월 인상계획(15", 17": $2, 19": $3), 6대거래선과 타거래선과의 가격차이($1) | 중화, SDI, LPD | 소갑 제4-64호증 3085쪽 |
| 8 | 2004.5.24. | 기종별 1차, 2차 가격인상 | 중화, SDI, LPD | 소갑 제4-65호증 3088쪽 소갑 제4-66~7호증 소갑 제3-146호증 2254쪽 |

| 9 | 2004.6.2. | 계열회사간 거래 및 일반 판매가격인상 | 중화, SDI, LPD | 소갑 제3-147호증 2257쪽 |
|---|---|---|---|---|
| 10 | 2004.6.28. ~29. | 3차 가격인상 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-148호증 2267쪽 |
| 11 | 2004.7.26. ~27. | 각사별 시장점유율 합의 및 이행점검, 현행 판매량 및 가격 유지, 비밀유지 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-149~50호증 소갑 제4-69호증 3105쪽 소갑 제4-68호증 |
| 12 | 2004.8.17. ~18. | 계열회사간 거래가격 유지, 현행가격 유지, 생산량 감축 | 중화, SDI, LPD | 소갑 제3-152호증 2300쪽 소갑 제3-151호증 소갑 제4-70호증 3115쪽 |
| 13 | 2004.9.21. | 각사별 시장점유율 합의 및 이행점검, 생산량 감축 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-153호증 2313쪽 소갑 제3-154~6호증 |
| 14 | 2004.10.26. | 각사별 시장점유율 합의 및 이행점검, 공급물량 감축, 현행 판매가격 유지 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-157호증 소갑 제4-71호증 3120쪽 |
| 15 | 2004.11. | 한국고객 대상 각사별 판매가격 | 중화, SDI, LPD | 소갑 제3-158호증 2356쪽 |
| 16 | 2004.11.15. | 비밀유지방안, 이전 합의사항 이행촉구, 각사별 시장점유율 합의 및 이행점검, 생산량 감축 | 중화, SDI, LPD | 소갑 제3-159호증 소갑 제3-160호증 2375쪽, 2378쪽, 2381쪽 |
| 17 | 2004.11.24. | 가격인하 방지방안 | 중화, SDI, LPD | 소갑 제3-161호증 소갑 제3-162호증 2406쪽, 2410쪽 |
| 18 | 2004.12.1. | 고객별 판매가격합의 및 점유율 할당 | 중화, SDI, LPD | 소갑 제3-163호증 2435쪽, 2439쪽 |
| 19 | 2004.12.29. | 고객별 판매가격합의 및 생산라인 폐쇄계획 | 중화, SDI, LPD | 소갑 제3-164호증 2452쪽, 2455쪽 소갑 제4-72호증 |

① 2004년 1월 27일 다자회의

229  이 회의에 피심인들은 판매현황 및 생산라인 가동현황 정보를 교환하고 가격을 유지하기로 합의하였음을 알 수 있고, 이전회의에서 합의한 2004년도 각 사별 시장점유율이 실제 판매량 대비 준수되고 있는지를 확인한 결과, 삼성 SDI와 LPD는 각각 0.5%, 1.2%를 초과하였고 중화영관은 1.7% 미달된 것으로 나타났다. 또한, 생산라인 감축합의와 관련하여 회의당시 각 사의 전세계 생산라인 수는 삼성 SDI 9개, LPD 11.5개, 중화영관은 8개 라인을 운용중이었으며 2004년 1분기에는 각각 7.5개, 8.5개, 7개 라인으로 감축하기로 합의되었음이 확인된다. 차기 회의는 같은 해 3월 2일 대만에서 LPD 주관으로 개최하기로 결정하였다. 이는 중화영관의 '해외출장보고서', 삼성 SDI 이△△의 업무수첩, 회의당시 프리젠테이션 자료 등에 의해 확인된다.

○ LPD는 아직도 사업이 손실을 내고 있으며, 모두 가격을 본래 상태로 유지하기를 희망한
다고 언급함. <u>SDI 역시 가격 유지의 중요성을 역설함</u>
○ 파트너들간 분위기는 매우 좋음. <u>원재료 가격상승을 고려하여 튜브가격은 당분간 유지되
어야 함.</u>                                                          (소갑 제3-139호증)

| company | Line Control Plan & Status | | | | | | |
|---------|--------|--------|-------|---------------|---------|------|---------------|
|         | 02.End | 03.Q 1 | 03.Q2 | 03.Q3 Target | Current | Gap | 04.Q1 Target |
| CPT | 11.0 | 10.0 | 9.0 | 8.0 | 8.0 | 0.0 | 7.0 |
| LPD | 11.5 | 11.5 | 10.5 | 9.5 | 11.5 | 2.0 | 8.5 |
| SDI | 11.5 | 11.5 | 9.5 | 8.5 | 9.0 | 0.5 | 7.5 |
| Total | 34.0 | 33.0 | 29.0 | 26.0 | 28.5 | | 23.0 |

② 2004년 2월 23일 다자회의

230      이 회의에서 피심인들은 이전회의에서 합의된 각 사별 시장점유율의 이행사
항을 점검한 결과 합의수치에 근접하여 의견 마찰이 없었으며, 같은 해 2월 26일까지
문제가 되는 거래선 판매수치를 재확인 후 조정하기로 합의하였고, 차기 회의를 같은
해 3월 2일~3월 3일간 LPD 사무실에서 개최하였다. 이는 삼성 SDI의 'DDM 실무미
팅 결과보고' 자료, 삼성 SDI 송▽▽의 일정표에 기재된 '2004.2.23. 14:00 3사 미팅
(LG)'에 의해 확인된다.

3. 미팅내용
 - <u>전체적으로 3사 공히 실적 호조이고, M/S역시 합의수치에 근접하여 큰 Noise 없었음</u>
 1) 1월 실적 및 2월 예상

| | CPT | LPD | SDI | TOTAL |
|---|---|---|---|---|
| 1월 실적 | 1,284 | 1,644 | 1,793 | 4,721 |
| M/S | 27.2% | 34.8% | 38.0% | |
| 2월 예상 | 1,370 | 1,694 | 1,900 | 4,964 |
| M/S | 27.6% | 34.1% | 38.3% | |

=>2/26까지 문제거래선 다시 확인후 조정키로 함 (AOC,EMC,SEC,COMPAL)
                                                          (소갑 제4-56호증)

③ 2004년 3월 2일~3일 다자회의

231      피심인들은 2004년도 합의된 각 사의 시장점유율(삼성 SDI 37.7%, LPD
34.0%, 중화영관 28.3%)을 기준으로 같은 해 1~2월간 판매실적이 얼만큼 차이가 있

는지를 상호 점검하였는데 그 결과 삼성 SDI와 LPD는 각각 0.3%, 0.4% 초과, 중화영관은 0.7% 미달로 확인되었다. 그리고 생산라인 감축합의("'04 Line Control Plan")와 관련하여 2004년 1분기중 각 사별 최적 생산라인을 유지하기 위해 일정 라인수를 추가로 감축하기로 합의하였다. 이와 같은 시장점유율, 생산량 감축 합의이후 피심인들은 수익률 감소를 방지하기 위해 2004년 2분기부터 CDT 가격을 인상하기로 합의하였다. 이는 중화영관 및 삼성 SDI의 프리젠테이션 자료, 삼성 SDI의 이△△이 작성한 'CDT Top Meeting(3/2)' 제하의 자료, 삼성 SDI 이△△의 업무수첩 등에 의해 확인된다.

| Mpcs;% | '04.Jan | | | '04.Feb | | | '04.Jan~Feb | | |
|---|---|---|---|---|---|---|---|---|---|
| | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 1.3 | 27.2% | −1.1% | 1.4 | 27.9% | −0.4% | 2.7 | 27.5% | −0.7% |
| LPD | 1.6 | 34.8% | 0.8% | 1.7 | 34.0% | 0.0% | 3.4 | 34.4% | 0.4% |
| SDI | 1.8 | 38.0% | 0.3% | 1.9 | 38.2% | 0.4% | 3.7 | 38.1% | 0.3% |
| 3sub-ttl | 4.7 | 100% | 0.0% | 5.0 | 100% | 0.0% | 9.8 | 100% | 0.0% |
| Others | 0.2 | | | 0.2 | | | 0.4 | | |
| Grand-ttl | 4.9 | | | 5.2 | | | 10.2 | | |

(소갑 제3-141호증)

| company | Additional Line Shutdown Plan(추가 생산라인 폐쇄 계획) | | | |
|---|---|---|---|---|
| | Factory | Schedule | Line Reduction | After # of Line |
| CPT | Fuzhou 1L | Q1.'04(?) | 1L | 7.0L |
| LPD | Nanjing 2.5L Changwon 0.5L | Q1,'04 Q1,'04 | 3L | 8.5L |
| SDI | Busan 1L Another 0.5L | Q1,'04(?) ? | 1.5L | 7.5L |

(소갑 제3-141호증)

So, to prevent from profit loss, CDT price has to be increase(d) from Q2, '04.

④ 2004년 3월 15일 다자회의

232   피심인들은 회의당시 판매량 정보를 교환하고, 가격인상에 대해 같은 해 4월 1일 선적분부터 가격을 인상하고 고객들에게는 공동으로 10%인상을 통보하고 5%인상을 관철시키기로 합의하였음을 알 수 있다. 이는 삼성 SDI 송▽▽의 업무수첩에 통하여 확인된다.

-중화의견 ①가격 낮추어도 CDT 시장감소를 막을 수 없다.
② 이번 기회를 놓치면 더 어렵다.
-LPD의견 ①가격인상
②가격인상후에 어떻게 decrease할 때 협조할 것인가?→이것을 피할 수 있는 방법 준비 要
③timing-wise: A.S.A.P.만이 할 수 있는 방법이다.
4. 가격인상방법
- <u>10%인상한다고 하고 5% 인상하자 (LPD)</u>
- <u>Everyone same time announce our customer.</u>
- <u>4月 1日 Shipment increase price</u>                    (소갑 제4-61호증)

답43) 가격인상 방법에 대한 합의도 있었는데, '10% 인상한다고 하고 5% 인상하자'는 내용은 10% 가격인상을 고객들에게 통보하나 실제로는 5%만 인상한다는 내용입니다. 'Everyone same time announce our customer'는 고객사들이 꺼려하는 가격인상통보시점을 참가사들간 동일하게 맞추자는 합의내용을 기록한 것입니다. 제 기억으로 2004년 당시 시장전반적으로 가격이 올라갈 것이라는 예상이 있었으므로 참가사들이 함께 가격을 인상하는 것이 그다지 어렵지는 않았던 분위기였습니다. 가격인상 시점과 관련하여 '4월 1일 Shipment increase price'는 4월 1일 선적분부터 인상하자는 논의내용을 기록한 것입니다.                    (소갑 제2-1호증)


⑤ 2004년 3월 25일~27일간 다자회의

233      피심인들이 모든 종류와 모든 크기의 CDT가격을 2~3달러 인상하기로 합의하고 가격인상에 성공하기 위해 공동으로 준비작업을 진행하기로 하였음을 알 수 있다. 피심인들은 6대 고객 및 기타 고객별로 15〞, 17〞, 19〞 CDT의 구체적 가격에 대하여 합의하였고, 6대 고객에 대해 주요 공급업자가 아닌 업체는 주요 공급업자보다 0.5달러 높은 가격을 제시하도록 하였으며, 신규 옵션가격도 합의하였음이 확인된다.

주요 재료의 가격인상과 유리공급의 긴축성을 고려하여, <b>우리는 모든 고객에 대하여 모든 종류와 모든 크기의 가격을 $2-3 인상할 계획이다.</b> 각 해당 계정관리자는 각 고객에 대한 가격설정제안서를 제출할 것이다. 또한 고객의 반응과 함께 경쟁 브랜드의 움직임을 예의 주시하여 이차 가격 인상 시도 기회를 잡을 것인가를 결정해야 한다. 시장상황에 대하여 언론에 시의 적절한 보도자료를 제출하는 것도 권한다.                    (소갑 제3-142호증)

**4월 1일 현재 신규 기준가는 조정될 것이다.**

| 크기 | | 튜브종류 | | 세계6대CDT모니터고객 | 기타고객 |
|------|------|--------|------|----------------|----------|
| 15" | 48K | MPR2 | B+D | 37 | 38 |
| 17"FS | | MPR2 | B+D | 44 | 45 |
| 17"RF | | MPR2 | B+D | 49 | 50 |
| 19"FS | 85K | MPR2 | B+D | 65 | 66 |
| 19"RF | 95K | TCO | B+D | 76 | 77 |

**6대 주요고객**은 AOC, 필립스, ECM, 라이트온, **SEC와 LGE**이다.
                    (소갑 제3-143호증, 제4-62호증)

6대 고객들에게 2등급 공급업자들은 $0.5 높은 가격을 제시하여야 한다. 이는 시장점유율을 안정시키기 위한 목적으로 대형 및 소형 고객 간 가격차이를 강조하기 위하여 기회를 활용하기 위한 것이다. 일련의 가격인상은 예고 없이 일어나는 것이기 때문에, **첫 번째 단계에서 가격은 단지 $2-3만이 상승할 것이다.** 우리는 또한 고객들에게 **잠재적 가격인상 2단계에 대하여 알려야 할 것이다.** 그래서 그들이 OEM고객들에게 전달할 수 있는 시간을 줘야 할 것이다. 더불어, **동시에 신규 옵션가격이 시행될 것이다.** 구체적 사항은 다음과 같다:

| 항목 | 크기 | 현재가 | 조정가 |
|------|------|--------|--------|
| *MPR2 → TCO* | 15" | 0 | 0 |
| | 17"/17"F | +1 | +0.5 |
| | 19"/19"F | +2 | +1 |
| *MPR2 →* *Glare/Anti-glare* | 15"/17"/17"F | -2 | -1/0.5 |
| [수기로 작성 : "B+D"] *N-ITC → ITC* | 15" | +1 | +0.5 |
| | 17"/17"F | +1.5 | +1 |
| | 19"/19"F | +2 | +1.5 |
| *Frequency* | 15" (48K→57K) | +1 | +1 |
| | 19"/F (95K→85K) | -2~3 | -1.5 |

234   그리고 회의당시 프리젠테이션 자료에 따르면 구체적인 시점별 가격인상 실행계획에도 합의하였음을 알 수 있다. 구체적으로 2004년 3월 29일에는 고객에게 공식 가격인상 통보를 하고, 같은 해 3월 30일~31일간 가격인상 보도자료를 배포하기로 하였다. 또한, 4월 1일~10일간 고객을 접촉하여 가격인상 배경 및 이유를 설명하고 이후 대만회의에서 이행상황을 점검하기로 하였다. 차기 고위급회의는 삼성 SDI 주관 중국 상해에서 2004. 4. 26.에 개최하기로 하였다. 이는 중화영관의 '해외출장 보고서', 삼성 SDI 이△△의 업무수첩 및 회의시 배포된 프리젠테이션 자료에 의해 확인된다.

```
Top Meeting Schedule
- Date: Apr. 26(16:00~18:30) Top meeting
        Apr. 27(morning) Green meeting
- Place: Shanghai, China
- Host: SDI                          (소갑 제3-142호증)
```

⑥ 2004년 4월 26일~27일 다자회의

235    피심인들은 회의당시 각사의 판매량 자료 및 증감현황 정보를 공유한 뒤, 2004년 각사별 할당 점유율이 준수되고 있는지를 실제 판매정보를 기초로 점검하였다. 그리고 15″, 17″, 19″ CDT의 2004년도 4월 가격인상 가이드라인과 삼성전자, LG전자를 비롯한 주요고객("1st Tier")에는 주력 공급사에 한하여 1달러 차의 저가 공급을 허용하기로 합의하였다. 또한, 새로운 옵션가격에 적용할 가격도 표로 만들어 공동으로 결정되었음이 확인된다. 이는 회의당시 배포된 프리젠테이션 자료, 삼성SDI 이△△의 업무수첩중 '4/26(월) CDT TOP MTG in Shanghai', 회의개최 전 참가자들간 교환 이메일 등에 의해 확인된다.

| Mpcs;% | '04.Q1 | | | '04. Apr | | |
|---|---|---|---|---|---|---|
| | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 4.1 | 27.7% | -0.6% | 1.3 | 27.6% | -0.7% |
| LPD | 5.4 | 34.4% | 0.4% | 1.6 | 33.2% | -0.7% |
| SDI | 5.7 | 37.9% | 0.2% | 1.8 | 39.2% | 1.4% |
| 3sub-ttl | 14.9 | 100% | 0.0% | 4.7 | 100% | 0.0% |
| Others | 0.7 | | | 0.2 | | |
| Grand-ttl | 15.7 | | | 4.9 | | |

(소갑 제3-144호증)

| Size | Type | SPEC. | 引上案 |
|---|---|---|---|
| 15" | CV | 48kHz, MPR, N-ITC | 38.0 |
| 17" | CV | MPR, N-ITC | 45.0 |
| 17" | SMF | MPR, N-ITC | 50.0 |
| 19" | CV | 85kHz, MPR, N-ITC | 66.0 |
| 19" | SMF | 95kHz[38]), TCO, N-ITC | 77.0 |

※ U$1 Favor for 1st Tier is allowed only for 1 Major vendor
* 1st Tier: SEC, AOC, LG, Philips, EMC, Lite-on          (소갑 제3-144호증)

---

38) 19″ 85khz, 19″ 95khz는 각각 19″ 모니터중 수평주파수가 최대 85 킬로헤르츠와 95 킬로헤르츠인 제품을 의미하며, 수평주파수는 수평라인을 1초당 몇 번 표시할 수 있는지를 나타내는 수치로서 높은 수평 주파수를 지원할수록 높은 기술이 적용된 제품이다.

⑦ 2004년 5월 6일 다자회의

*236*          피심인들은 같은 해 4월 가격인상여부 점검시 LPD는 삼성 SDI에 가

격인상 이행여부를 확인하였고, 이후 5월 가격인상에 대하여 논의한 후 피심인들은

15″와 17″CDT는 2달러 인상, 19″CDT는 3달러를 인상하고, 고객별 판매물량도

정하였으며 삼성전자, LG전자 포함 6대 거래선과 타 거래선은 1달러 가격차를 유지하

기로 합의하였다. 이는 삼성 SDI의 최훈이 작성한 회의결과보고서에 의해 확인된다.

> 3. 4월 및 5월 가격인상 관련
> (1) 4월 가격인상 Review
>  - LPD: Delta, Compal, AOC, <u>SEC에서 SDI가 가격인상을 지키지 않았다며</u> 구체적으로
>    하나하나 가격을 언급하며 당사에 Challenge
>  - SDI: 일부 거래선 旣 Open 된 L/C 가격 미변동, DFT/DF 가격차이를 설명하여 <u>실질적</u>
>    <u>으로 가격은 다 인상하였음을 설명</u>
> (2) 5월 가격인상
>  - LPD: <u>4월 가격인상때 SDI가 미준수 한 부분이 있음. 5월의 경우 SDI, CPT 인상여부를</u>
>    <u>보고 확실한 경우 인상하겠음.</u>
>  - CPT: 19″Flat의 가격인상은 어렵다. 19 "Flat 시장을 죽일 수 있음. 19″ FST의 경우
>    +2$ 인상하고, Flat은 유지하자.                                    (소갑 제4-64호증)

> ▶ 5월 가격인상 진행안
> ① 5월 가격인상 (15 "/17" +2$, 19 "+3$)
> ② 가격인상 수량
>  - CPT: 6대 거래선+BenQ, 5월물량 50%
>  - LPD: 6대 거래선, 5월물량 50%
>  - SDI: 6대 거래선+Delta, 5월물량 50%
> ③ 6대 거래선(SEC, AOC, PHS, LGE, Proview, L/on)과 他 거래선 가격차:$1
>                                                          (소갑 제4-64호증)

⑧ 2004년 5월 24일 다자회의

*237*          이 회의에서 삼성 SDI의 삼성전자향 가격인상전까지 LPD와 중화영관은 선

적을 중단하거나, 필립스 및 LG전자의 인상가격도 계열회사 보호를 위해 환급해줄

것을 논의하였다. 이에 대해 삼성 SDI는 최대한 조기에 가격인상을 약속하고 차기 가

격인상시에는 삼성전자향 가격을 먼저 인상하고 다른 고객에 대한 가격을 인상하기

로 합의하였다. 또한, 피심인들은 2004년도 각 사별로 할당된 시장점유율이 회의개최

시점에 준수되고 있는지를 표로 만들어 확인한 뒤 2004년 4월과 5월에 각각 인상하

기로 합의하였던 15″, 17″, 19″CDT 가격을 확인한 뒤 이행여부를 점검하였음을

알 수 있다. 이 는 삼성 SDI의 최훈이 이메일을 통해 본사에 보고한 회의결과보고, 삼성 SDI 송▽▽의 업무수첩, 삼성 SDI D/D(Digital Display) 영업본부에서 회의전 입장정리를 위해 작성한 준비자료인 'CDT Management Meeting (5/24)', 회의시 배포된 프리젠테이션 자료 등에 의해 확인된다.

---

3. **SEC 2차 가격인상 관련**
 - CPT: 6월 총 수량 90K중 미 출하수량 60K에 대한 SEC 신 P/O(6/11) 가격이 2차 인상 가격을 미 반영 → 6/14부터 선적중단
   **SDI에게는 2차 가격인상 조기해결 요청과 동시, LPD에게는 CPT와 같이 전면 선적중단 을 요청**
 - LPD: LGE의 시장조사에 의하면 SEC의 SET Street Price가 인상된 것 없음. 이에 의거 LPD 를 압박중임. **SEC 가격이 인상되지 않는다면 6/1 인상한 PHS, LGE 2차 인상가격을 Captive 고객보호차원에서 Pay Back 할 예정**
 - SDI: 6/15 강제마감 (15 "/17" +2$). **SEC와는 계속 협상 진행중으로 최대한 조기 해결 하겠음을 설명**

4. **3차 가격인상 관련**
 - 다만, SEC의 가격인상이 이루어지지 않는한 3차 가격인상은 어려움을 말하며, **3차 가격 인상부터는 SEC의 선 가격인상이후 타 거래선 가격인상을 추진하겠다고 밝힘**

(소갑 제4-65호증)

---

1. **1st, 2nd Price-up**

| Size | Type | SPEC. | Apr(A) | May(B) | Gap(B-A) |
|------|------|-------|--------|--------|----------|
| 15" | CV | 48kHz, MPR, N-ITC | 38.0 | 40.0 | 2.0 |
| 17" | CV | MPR, N-ITC | 45.0 | 47.0 | 2.0 |
| 17" | SMF | MPR, N-ITC | 50.0 | 52.0 | 2.0 |
| 19" | CV | 85kHz, MPR, N-ITC | 66.0 | 66.0 | – |
| 19" | SMF | 95kHz, TCO, N-ITC | 77.0 | 77.0 | – |

---

⑨ 2004년 6월 2일 다자회의

238    이 회의에서 중화영관측 참석자는 삼성 SDI와 LPD가 계열사에 공급하는 가격 인상을 지연하는 것이 합의를 지키지 않는 행위라고 비난한 후, 피심인들은 같은 해 7월 1일부터 15″ 및 17″CDT 제품가격을 상위 6개사에 대하여는 1달러, 기타 고객에는 2달러씩 인상하기로 합의하였다. 이는 중화영관의 이본느 윤이 작성한 'CDT 시장보고서'에 의해 확인된다.

> 3. **SDI와 LPD가 <u>그룹 내부 고객들에 대한 가격 인상을 지연하는 것에 대해,</u> 우리는 그러한 지연 행위가 <u>우리의 주요 고객들에 대한 불공정한 행위라는 점을 수 차례의 회의에서 지적하며 비난해왔다.</u>**
> 4. 수요 및 공급 상황을 분석해볼 때 시장은 계속해서 뜨거운 상태를 유지할 것으로 보이며 이는 가격 인상의 또 다른 기회이다. **3개사는 7월 1일을 이행일로 하는 것으로 공통된 입장을 취했다. 15″와 17″ 가격은 상위 6개사에 대해 $1, 다른 고객들에 대해서는 $2 인상될 예정**으로 이로서 1, 2 급 고객들 간의 차이가 더욱 커질 것이다. (소갑 제3-147호증)

⑩ 2004년 6월 28일~29일간 다자회의

239        피심인들은 2004년도 상반기에 이루어진 실제 판매량 정보를 취합하여 2004년도 시장점유율과의 격차를 표로 만들어 확인한 사실을 알 수 있다. 또한, 15″, 17″, 19″ CDT제품에 대해 같은 해 4월에 1차 가격인상 합의와 5월에 2차 가격인상 합의의 이행여부를 점검하고, 삼성 SDI가 삼성전자에 대한 2차 가격인상 실행이후 같은 해 7월 15일부터 15″, 17″ CDT제품 가격을 각각 1달러씩 인상하기로 합의하였다. 이는 회의당시 프리젠테이션자료에 의해 확인된다.

> 3. **3rd Price-up (3차 가격인상)**
>  - <u>Conclusion: Only increase 15", 17"F</u>
>   (Effects from July 15th after succeeded from SDI to SEC 2nd time price-up)
>  - Price Difference: 15" + U$1, 17"F + U$1                    (소갑 제3-148호증)

240        피심인들은 차기 CDT 관리자급 회의는 같은 해 7월 26일~27일간 중국 상해에서 삼성 SDI 주관으로, 최고위급 회의는 같은 해 8월 19일~20일간 중국 곤명에서 중화영관 주관으로 개최하기로 합의하였다.

⑪ 2004년 7월 26일~27일 다자회의

241        이 회의에서 삼성 SDI, LPD, 중화영관의 CDT 영업-마케팅 담당 임직원들은 이전 회의에서 합의한 바대로 양일간 관리자급 CDT 다자회의를 개최하였다. 또한 삼성 SDI의 'CDT Meeting 결과보고'에 따르면, 피심인들은 LCD 가격하락에 대비하여 당분간 CDT 판매가격을 당시수준으로 유지하고 2004년 8월 판매량도 6월 수준으로 유지할 것을 합의하였고, 동 모임이 반독점법 조사에 걸리지 않도록 유의할

것을 논의하였다. 이는 중화영관의 'CDT 시장보고'의 기재사항과 동일하다는 점에서도 합의사실이 입증된다. 이는 삼성 SDI 이△△의 업무수첩, 삼성 SDI 본사에 보고한 'CDT Meeting 결과보고', 중화영관의 'CDT 시장보고' 및 회의당시의 프리젠테이션 자료에 의해 확인된다.

---

**2) 合意事項**
- □ LCD 가격이 급격하게 하락하고 있으나, 가격인하를 하더라도 CDT 수요에 미치는 영향이 적음→LCD가격상황을 Watch하되 <u>당분간 현재가격수준 유지</u>
- □ <u>8월 판매량을 6월 수준으로 유지</u>
- □ Glass MTG가 Anti-Trust Law에(LCD조사 소문) 저촉되지 않도록 노력하도록 함

<div align="right">(소갑 제4-69호증)</div>

---

⑫ 2004년 8월 17일~18일간 다자회의

242    피심인들은 삼성 SDI와 LPD의 계열사간 거래가격이 낮은 데 대해 중화영관은 고객들로부터 가격인하 압박을 받을 것이며 다른 피심인들에게도 동일한 영향을 미칠 수 있으므로 공동으로 CDT 가격을 안정화하자는데 합의하였음이 확인된다. 이는 회의전 LPD 김◎◎이 장소변경을 통지한 이메일, 중화영관 춘-쳉 예가 작성한 '해외여행 복귀 보고서' 등에 의해 확인된다.

---

- ○ 2분기 가격 조정은 시장 가격을 합리적이고 균일하게 만들 수도 있었다. <u>그러나 SDI/LPD가 그룹 내부 고객들(즉, SEC/LGE)에게 시장 가격을 주장하지 않았다. 시장 가격과 비교했을 때 현재 가격은 개당 $2~3가 낮다.</u>
- ○ CPT 가격은 상대적으로 SDI/LPD 가격보다 높다. 시장이 하락할 때 고객들으로부터의 압박이 가장 클 것이다. 이익을 내기 위해 CPT는 시장 가격 안정화에 적절한 방식으로 힘쓸 것이다. <u>먼저 해야 할 일은 SDI/LPD로 하여금 그들의 생산량을 통제하도록 요청하는 것이다.</u> 그렇지 않으면 공급이 수요를 초과한 이후 가격을 유지하기 힘들 것이다.
- ○ <u>SEC가 손실을 보고 있기 때문에 CDT 가격 인하의 소문이 시장에 돌면, SDI는 분명 당해 가격을 크게 인하해 달라는 요청을 받을 것이고 SDI에 한층 더 영향을 미칠 것이다. 따라서 SDI는 가격 안정화를 최우선 과제로 삼자는데 동의한다.</u>

<div align="right">(소갑 제3-152호증)</div>

---

243    또한, 피심인들은 2004년 하반기와 2005년 가격조정방안을 논의하면서 2004년 8월에는 현재가격을 유지하고 9월이후 가격가이드라인을 조정하기로 하였다. 또한, 비수기 가격통제를 위해 주력 공급사가 주도하고 다른 피심인들이 따르는 방식을 취하며, 매주 가격점검을 하되 불이행시 벌칙제도를 도입하기로 한 사실이 확인된다. 그리고 피심인들은 생산량 감축이 필요하다는데 인식을 같이 하고 단기적인 수단으로는 조업일수 감소, 장기적으로는 생산라인을 폐쇄하기로 하였다. 이는 삼성 SDI의 프리젠

테이션 자료에서 확인된다.

```
IV. '04.2H~'05 Price Management
  V  Aug. '04: Stay current price (현재 가격 유지)
  V  From Sep. '04: Adjustment of Price Guide Line (가격가이드라인 조정)
  V  How to control in slow season
   – 1st Vendor takes initiative & 2nd/3rd vendor follow
   – Price audit by weekly(매주 가격감시) base through Taipei W/L MTG
   – set up penalty system (제재 시스템 설정)
V. Capacity control(생산량 통제):  Needed capacity control
  ·Short term(단기, ~'04.E): Working Day Reduction (조업일수 감소)
   (More 3~5 days off/month→23~25 days operating)
  ·Long term(장기, '05~): Line Shut Down (생산라인 폐쇄)          (소갑 제4-70호증)
```

⑬ 2004년 9월 21일 다자회의

244      피심인들은 2004년도 3분기까지 각사 판매자료를 기초로 이전에 합의한 각
사별 2004년도 점유율과의 차이정도를 상호 점검하였고, 생산량 감축에 대해서도
2004년 6월에 합의한 각 사별 생산라인수를 기준으로 2004년 4분기와 2005년 1분기
에 각각 각 사별로 1개의 생산라인을 추가로 감축하기로 합의하였다. 이는 2005년도
전세계 CDT 수요를 5천만대("50M")으로 가정하고 초과공급을 최소화하기 위해 인
위적으로 생산라인을 감축시키려는 의도에서 비롯된 것이다. 이는 회의당시의 프리젠
테이션 자료, 중화영관의 'CDT 시장보고서', 중화영관의 호텔 숙박영수증 및 한국출장
비 정산서류 등에 의해 확인된다.

•'04 Capacity control guideline review

| company | Plan & Current Status | | | | '04.Q4(C) | Gap(B-C) | '05.Q1(D) | Gap(B-D) |
|---|---|---|---|---|---|---|---|---|
| | '03 Top meeting(A) | Current(B) | Gap(B-A) | | | | | |
| CPT | 8.0 | 8.0 | 0.0 | ▶ | 7.0 | 1.0 | 6.0 | 2.0 |
| LPD | 9.5 | 9.5 | 0.0 | | 8.5 | 1.0 | 7.5 | 2.0 |
| SDI | 8.5 | 9.5 | 1.0 | | 8.5 | 1.0 | 7.5 | 2.0 |
| Total | 26.0 | 27.0 | 1.0 | | 24.0 | 3.0 | 21.0 | 6.0 |

•'05 Capacity control suggestion
 – reduce the CDT capacity among 3 makers to 50M in '05          (소갑 제3-153호증)

⑭ 2004년 10월 26일 다자회의

245      피심인들은 2004년 10월 각 사의 판매량이 각 사별로 할당된 시장점유율과
일치하는지 여부를 점검하였고, 향후 CDT시장에서의 각 사 점유율과 추가 생산라인

감축에도 합의할 것을 논의하였음이 확인된다. 또한, 2004년 11월부터 공급물량을 감소시키기로 합의하고, 판매가격은 연말까지 유지하기로 합의한 사실이 있다. 이는 회의당시 프리젠테이션 자료 및 삼성 SDI의 'CDT MTG 結果 報告'에 의해 확인된다.

---

2. 11月 前望 및 對應策
 – 이에 11월~ 各 社別 공급물량 감소합의(前月 對比 各 100K/月)
 ☞ 3社 Total 10월 5.5M→11월 5.2M→12월 4.8M→1월 4.5M
3. 販價 關聯 協議 事項
 – 년말 까지 판가 유지 합의                                      (소갑 제4-71호증)

---

⑮ 2004년 11월경 CDT 다자회의

246          피심인들은 회의당시 각 사의 주 고객에 대한 17″CDT 판매가격을 비교하였는데 이는 주 고객에 대해 각 사의 적용 가격간에 적정한 가격차가 존재하여야 하기 때문이다. 즉, 다른 회원사가 인정해준 주 고객에 대해서도 가격이 너무 낮게 적용되면 다른 회원사들에게 가격인하 압력으로 작용하기 때문이었다. 이는 중화영관의 회의결과보고서를 통해 확인된다.

| | SDI | LPD | CPT |
|---|---|---|---|
| 1. SEC 17" RF | $48.90 | $50.50 | $50.50 |

| | LPD | | |
|---|---|---|---|
| 3. PHS & LGE 17" RF | $50.00 | | |

(소갑 제3-158호증)

⑯ 2004년 11월 15일 다자회의

247          이 회의에서는 첫 번째 쪽 상단에 수기로 작성된 내용에서 피심인들은 위법사실을 인식하고 증거를 은폐하려는 노력을 하였음을 알 수 있다. 피심인들은 CDT 시장정보를 교환하고, 구체적으로 문제가 되는 고객별 판매수량 및 가격정보를 교환하였다. 특히, 삼성 SDI는 자신의 주고객인 프로뷰(Proview)에 대해 LPD가 판매를 확대한 것에 대해 논쟁한 사실이 있는데 이는 피심인들간의 특정 고객별로 주 공급자를 인정하는 (묵시적) 합의가 존재하였고, 사전에 상대방 협의없이 주고객에 판매를 확대할 경우 동일한 방식으로 보복을 가하는 카르텔 원칙(소위 'Matching Behavior')이 존재하였음을 알 수 있고, 2005년도 CDT시장에서의 각 사별 할당된 점유율을 확인하고 2004년말 또는 2005년 1월에 구체적인 생산라인 폐쇄계획을 실행하

기로 합의하였다. 이는 회의전 회의시간, 장소를 확인하기 위해 LPD의 한경섭이 다

른 참석자들에게 발송한 이메일 및 중화영관의 '사업보고서'에 의해 확인된다.

> 업계 동료와 회의를 하는 것은 자유 시장체계에 반한다는 점을 감안하면, 문서를 증거로
> 남기는 것은 적절하지 않다.                                           (소갑 제3-160호증)

> SDI에 통지하지 않고 LPD가 프로뷰 판매를 점차 확대한 것에 대하여, 이 행위는 판매 할당
> 에 관한 무언의 합의를 위반한 것이다. SDI는 유감을 표했고, LPD에 후속 조치 및 프로뷰
> 에 관한 향후 계획에 대해 설명해줄 것을 강력히 요구했다. LPD는 2005년 시장 수요가 ↓
> 이므로, 프로뷰와 관계를 유지했을 뿐이라고 주장하였다. 회사 정책에 관하여는 선택의 여
> 지가 없다. SDI는 여전히 불쾌해했으며, LPD 본사가 합당한 설명 및 후속 조치를 제시할
> 것을 계속해서 요청했다. 그렇지 않을 경우, SDI는 LPD 고객을 확보할 것이다.
>                                                                    (소갑 제3-160호증)

> 4. 2005년도 판매 할당은 48,500k의 총 수량을 바탕으로 할 것이다. 3개 제조사 판매 비율
>    은: CPT/LPD/SDI   28.5%/33.9%/37.6%.
> 5. 라인 폐쇄: 시장 약화가 예상보다 일찍 도래하여, 구체적인 폐쇄 계획은 생산 능력을 적
>    절히 통제하기 위하여 연말/2005년 1월에 시행되는 것이 좋을 것임이 틀림없다.
>                                                                    (소갑 제3-160호증)

⑰ 2004년 11월 24일 다자회의

248          피심인들은 구체적인 고객별 판매점유율을 할당하고 이행여부를 상호 점검

하였다. 특히, 피심인들은 삼성전자, LG전자를 포함한 6대 고객에 적용하는 판매가격

이 회원사별로 이전 합의가격과 차이가 발생하였음을 인지하고 삼성 SDI가 삼성전자

에 공급하는 가격을 기준으로 점차 인상해 나가기로 합의하였다. 또한, 중화영관의

셍-보 양은 LPD의 합의가격 이탈행위에 대해 동일한 방식으로 보복함으로써 LPD의

합의준수를 이끌어내는 전략에 대해 증거자료 보고서에 기재하고 있다. 이는 회의결

과를 참석자에게 배포한 이메일과 회의결과를 중화영관 셍-보 양이 정리한 'CDT 시

장보고서'에 의해 확인된다.

> 지난 세 차례 시행 속에서 합의 가격 인상의 결과, 대만 제조사들의 기준 가격은 한국 제조
> 사들의 기준 가격보다 높았다. CPT는 회의에서, 3개 제조사들에게 상위 6개 고객에 대한 기
> 준 가격은 대만 제조사들의 경쟁력을 보장하기 위해 동일한 수준으로 조정되어야 한다고 제
> 안하였다. 권고된 접근 방법은 대만 제조사들에 대한 가격을 SEC에 대한 SDI의 가격을 최
> 저 가격으로 하고, 그에 따라 인하하되, 시장 붕괴를 야기할 수 있는 일시적인 가격 하락을
> 방지하기 위해 통일된 기준 가격에 이를 때까지, 나누어서 점진적으로 조정하는 것이다.
> SDI/LPD는 상위 6개 고객에게 동일 가격을 제안하는데 대해 어떠한 우려도 없으며, 가격 수
> 준을 인상하고자 한다. 구체적 가격은 경영진 회의에서 결정될 것이다.   (소갑 제3-162호증)

> CDT M/S에 관한 3개 제조사의 묵시적 합의에 대해 LPD가 반복적으로 방해한 점에 관하여, CPT는 LGE와 거래함에 있어 소량의 저가 전략을 이용하여 대응하고, 이 기회를 통해서 자신의 그룹내부 고객을 통해 LPD의 실제 가격을 캐내기 위해 활용함과 동시에, 시장 가격을 훼손하는 LPD의 행위를 제지할 계획이다.                          (소갑 제3-162호증)

⑱ 2004년 12월 1월 다자회의

249         피심인들은 2004년도에 합의된 세 번의 가격인상 실행과정에서 피심인간 적용가격에 괴리가 발생하였고, 상위 6대 고객에 대한 기준가격을 동일하게 조정하기 위해 중화영관의 17″ CDT 기준가를 50달러로 맞추기로 합의한 사실이 확인된다. 또한, 피심인들은 6대 고객에 대한 2004년도 실제 인도분을 기초로 하여 2005년도에 적용할 각 고객별 할당 점유율에 합의하였다. 이에 따르면, 삼성전자의 경우 삼성 SDI 84%, 중화영관 12%, LPD 4%, LG전자는 LPD 96%, 삼성 SDI와 중화영관 각각 2%로 합의하였음을 알 수 있다. 이러한 사실은 중화영관의 '해외출장 복귀보고서'에 의해 확인된다.

> 지난 3번의 가격 인상이 비지속적으로 시행되면서 대만 제조사들의 기준 가격은 한국 고객들의 가격보다 높게 되었다. **CPT는 시장 내 대만 제조사 고객들의 경쟁력 및 공정성을 보장하기 위해 상위 6개 고객들을 위한 기준가가 동일한 수준이 되어야 한다고 제안했다.** 현 단계에서 SDI는 SEC를 위한 기준가격을 단 한차례 $49로 올렸고 이는 AOC/ 라이트온 같은 대만 제조사가 지불하는 $51보다 $2 낮은 것이다. 그러나 LPD/SDI는 12월이 가격 인하에 적절한 시기가 아니라고 생각하며 연말까지 현 가격을 유지하기를 바라고 있다. CPT는 내년 1월부터 시작하여 기준가를 월 $0.50씩 $50수준까지 인하하는 것으로 합의되었다.
>
> | 공식적인<br>기준 가격 | 17" (MPR, B+D) | SEC | EMC | LGE | PHS | AOC | L-On |
> |---|---|---|---|---|---|---|---|
> | | SDI | $48.9 | $51 | $51.5 | $51.5 | $52.5 | $51.5 |
> | | LPD | $49.5 | $51 | $50 | $50 | $51.5 | - |
> | | CPT | $49.5 | $50.5 | $51.5 | $51.5 | $51 | $51 |
>
>                                            (소갑 제3-163호증)

| 제조사 | 2004 실제 인도분 | | | | 2005 가정 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | CPT | LPD | SDI | Total | CPT | LPD | SDI | 총계 | |
| SEC | 9.3% | 2.4% | 88.3% | | 12% | 4% | 84% | | 노란색 부분은 3개 제조사가 다루고 있는 부분을 나타낸다. |
| | 1,407 | 383 | 13,461 | 15,251 | 1,572 | 524 | 11,006 | 13,102 | |
| AOC | 61.6% | 28.3% | 10.1% | | 74% | 24% | 2% | | |
| | 8,060 | 3,748 | 1,329 | 13,137 | 8,363 | 2,717 | 226 | 11,301 | |
| LGE | 0.0% | 99.9% | 0.1% | | 2% | 96% | 2% | | |
| | - | 9,784 | 7 | 8,794 | 169 | 8,110 | 169 | 8,448 | |
| 프로뷰 | 8.8% | 0.3% | 90.8% | | 8% | 5% | 87% | | |
| | 541 | 23 | 5,541 | 6,105 | 567 | 283 | 4,815 | 5,665 | |
| 필립스 | 10.2% | 88.1% | 1.7% | | 14% | 84% | 2% | | |
| | 500 | 4,252 | 55 | 4,807 | 574 | 8,442 | 82 | 4,098 | |
| 라이트온 | 98.8% | 0.0 | 1.2% | | 99% | 0 | 1% | | |
| | 2,620 | - | 30 | 2,650 | 1,683 | - | 17 | 1,700 | |
| 기타 | 25.0% | 35.6% | 39.4% | | 20% | 32.3% | 47.7% | | |
| | 1,350 | 2,193 | 3,232 | 6,775 | 678 | 1,094 | 1,616 | 3,388 | |
| 시장 점유율 & 총수량 | 24.7% | 34.8% | 40.4% | | 28.5% | 33.9% | 37.6% | | |
| | 14,478 | 20,382 | 23,654 | 58,514 | 13,605 | 16,166 | 17,931 | 47,702 | |

⑲ 2004년 12월 29일 다자회의

250    피심인들은 주요 6대 고객에 대한 현재 적용가격을 표로 만들어 비교하였고, 적용가격 변동가능성에 대해 논의한 후, 2005년 1월에도 2004년 12월 합의가격을 계속유지하기로 합의하였다. 그리고 생산라인 감축합의 실행을 상호 감시하기 위한 계획에 대해서도 합의가 이루어졌다. 즉, 삼성 SDI는 제이 정(Jay Jeong), J.H. 최, LPD는 J.H. 오, 김△△, 중화영관은 브루스 루(Bruce Lu), 에디 메이(Eddie Mei)를 감사인으로 선정하고 각 사의 여러지역 공장에서 매달 한번씩 상호 방문을 통해 감사를 실시하기로 하였다. 이는 중화영관의 'CDT 시장보고서'과 삼성 SDI 이△△의 USB에서 수거된 회의시 교환된 각 사별 판매량정보자료 및 생산라인 중단 감시계획에 의해 확인된다.

|  | CPT | LPD | SDI |
|---|---|---|---|
| AOC | $50 | $51 | $51.5 |
| EMC | $50.5 | $51 | $50.5 |
| SEC | $49.5 | $49.5 | $49 |
| PCE | $51 | $50 | $51.5 |
| LGE | -- | $50 | -- |
| LON | $50.5 | | $52.5 |

상기 내용은 6개 상위고객의 17"F 기준 가격이다. LPD는 주요 고객들의 각 주요 공급업체가 해당 고객의 기준가격 조정을 제안할 수 있으며, 그 경우 다른 2개 CDT 제조업체는 새로운 기준가격에 따라 자신의 가격을 조정할 수 있고, 가격 차이를 유지할 수 있다고 제안하였다. CPT와 SDI도 원칙적으로는 동의하였으나 이러한 합의는 실제 기준 가격을 전제로 수행되어야 한다.
**3개 제조회사는 12월 가격을 1월에도 유효하게 유지하기로 합의했으며,** 현재의 혼란스런 시장경향을 명확히 하기 위해 가능한 한 빨리 최고회의를 열기를 희망하였다.

(소갑 제3-164호증)

I. 라인 폐쇄 계획
CPT 대표: 브루스 루 (푸조우) 에디 메이 (푸조우), LPD 대표: J.H. Oh (센젠), J.S. Kim (서울), SDI 대표: 제이 정 (티안진), J.H. Choi (서울)
라인 폐쇄 계획에 관해, **각 회사는 1월 1일부터 계속 매월 책임지도록 2인의 감사인-주감사인 1인과 보조자 1인-을 배정하였다.**
**그들은 부정기적으로 서로의 공장을 방문하여 라인 폐쇄 상황을 검사한다.** 감사 작업을 위한 준비는 다음 표와 같다. ○는 주감사인, △는 보조자.

| 공장 | | CPT | LPD | SDI |
|---|---|---|---|---|
| CPT | 푸조우 | | △ | ○ |
| LPD | 구미 | △ | | ○ |
| | 창사 | ○ | | △ |
| | 난징 | △ | | ○ |
| SDI | 한국 | △ | ○ | |
| | 티안진 | △ | ○ | |
| | 센젠 | ○ | △ | |
| | 말레이시아 | ○ | △ | |
| | 브라질 | ○ | △ | |

(소갑 제3-164호증)

(11) 2005년도 경쟁자간 회합

<표 27>                      2005년도 CDT 카르텔 회의개요

| 연번 | 개최일시 | 합의내용 | 참석사 | 증거자료 |
|---|---|---|---|---|
| 1 | 2005.1.19. | 기종별 판매 가격가이드라인, 생산라인 폐쇄 및 감사계획 | 중화, SDI, LPD | 소갑 제2-1호증 326쪽 소갑 제3-165호증 2467쪽 소갑 제4-73호증 3129쪽 |
| 2 | 2005.2.24. | 가격인하폭(15": $1, 17/19": $2), 각사별 시장점유율 할당 및 이행점검, 생산라인 감축 | 중화, SDI, LPD | 소갑 제3-166호증 소갑 제3-167호증 2541쪽 소갑 제3-168호증 2522쪽, 2523쪽 소갑 제4-74호증 3135쪽 |
| 3 | 2005.3.29. | 현행 판매가격유지, 생산라인 감축 | 중화, SDI, | 소갑 제3-169~70호증 |

| | | | | |
|---|---|---|---|---|
| | ~30. | 및 감사계획, 주요-소규모 고객별 판매가격 | LPD | 소갑 제3-171호증 2546~7쪽<br>소갑 제4-75호증 3145쪽<br>소갑 제4-76호증 3148~9쪽 |
| 4 | 2005.4.13. | 고객별, 공급자별 판매가격 | 중화, SDI, LPD | 소갑 제3-172호증 2548쪽 |
| 5 | 2005.4.26. | 각사별 시장점유율 할당 및 이행점검 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-173~4호증<br>소갑 제3-175호증 2587쪽<br>소갑 제4-77호증 3157쪽 |
| 6 | 2005.5.24. | 현행 판매가격유지, 생산량 감축계획 | 중화, SDI, LPD (관리자급회의) | 소갑 제2-1호증 329쪽<br>소갑 제3-176~7호증<br>소갑 제4-78 및 4-80호증<br>소갑 제4-79호증 3161쪽 |
| 7 | 2005.6.28. | 현행 판매가격유지, 생산량 감축계획 | 중화, SDI, LPD (관리자급회의) | 소갑 제3-178~180호증<br>소갑 제4-81호증 3172쪽<br>소갑 제4-82호증 |
| 8 | 2005.7.20. | 정보교환, 최고위층 회의 개최계획 | 중화, SDI, LPD | 소갑 제4-83호증<br>소갑 제4-84호증 3186쪽<br>소갑 제4-85호증 |
| 9 | 2005.9.28. | 각사별 시장점유율 할당 및 이행점검, 판매가격인상 실행방법, 생산량 감축 | 중화, SDI, LPD (최고위급회의) | 소갑 제3-181호증 2625쪽<br>소갑 제3-182호증<br>소갑 제4-86 및 4-88호증<br>소갑 제4-87호증<br>3197쪽, 3199쪽 |
| 10 | 2005.11.2. | 판매가격 인상($ 1)합의 및 이행계획 | 중화, SDI, LPD | 소갑 제3-183호증 2641쪽 |
| 11 | 2005.11.21. | 이전 가격인상합의 이행여부 점검 | 중화, SDI, LPD (관리자급회의) | 소갑 제2-1호증 답59)<br>소갑 제3-184호증 2701쪽<br>소갑 제4-89~90호증 |
| 12 | 2005.12.20.~21. | 점유율할당 합의 이행점검 및 가격인하 자제 | 중화, SDI, LPD (관리자급회의) | 소갑 제1-1호증 295쪽<br>소갑 제2-1호증 332쪽<br>소갑 제3-185 및 187호증<br>소갑 제3-186호증 2709쪽<br>소갑 제4-91~92호증 |

① 2005년 1월 19일 다자회의

251     이 회의는 2004. 12. 15. LPD의 김□□이 2005. 1. 12.~19. 사이에 대만에서 관리자급 CDT 회의개최를 다른 참석자에게 제안하였다. 또한 2005. 1. 13. LPD의 정◇◇은 일정과 관련하여 1. 19. 오전 7시 30분부터 12시까지 골프모임을 갖고 오후 2시 30분부터 7시까지 대만의 하워드 플라자(Howard Plaza)호텔에서 관리자급 모임을 갖는 내용의 이메일을 참가자들에게 송부하였다. 또한, 1. 18. LPD의 정◇◇이 참가자들에게 송부한 이메일에 따르면, 동 카르텔 회의의 비밀유지를 위해 골프모임에는 각 사별 2명, 관리자급 모임에는 3명씩 인원수를 제한하기로 한 사실을 확인할 수 있다.

As for the participants to management meeting, I would like to explain what we previously consensused; We had better have the <u>limited attendants considering securing the confidentiality and the value of the management meeting.</u> (관리자급 회의의 가치와 비밀확보를 감안하여 참석자를 제한)
Therefore, the following is each companies' mutual understanding so far
<u>- Green meeting: 2 people per company(그린미팅: 회사당 2명)</u>
<u>- Meeting attendants: 3 people per company(회의참석자: 회사당 3명)</u>

(소갑 제3-165호증)

252　　　　　또한, 피심인들은 2005년 2월까지 아래의 새로운 가격 가이드라인에 따라 판매하기로 합의하였고, 생산라인 폐쇄계획 및 라인 폐쇄여부를 감사하기 위한 계획에도 합의하였음을 알 수 있다. 이는 삼성 SDI의 'G/S MTG 結果報告', 송▽▽의 진술에 의해 확인된다.

| 구분 | 기존 Guideline(A) | New Guideline(B) | (A)-(B) | 1Q 경영판가 |
|---|---|---|---|---|
| 15"MPR2, SKD | $39 | $38 | △$1 | $34.8 |
| 17"MPR2, SKD | $46 | $44 | △$2 | $41.9 |
| 17"Flat TCO, SKD | $51 | $49 | △$2 | $44.3 |
| 19"Flat TCO, SKD | $72 | $70 | △$2 | $63.7 |

**5. Capa control**
- Capa Control 계획을 F-Up하기 위한 Line Audit 강화
  ☞ 各社別 2명씩 <u>사전 Notice 없이, Free Pass로 라인 Audit 가능 합의</u>

| | 라인 현황 | Shut-Down Plan | |
|---|---|---|---|
| | 04년 末→05년 末 | ~05년 初 | ~05년 6월 |
| 중화 | 8개→6.5개 | 복주#1or2(1.0) | 복주#1or2(0.5) |
| LPD | 9.5개→7.5개 | 창원#2(1.0) | 화페이#1,#7(1.0) |
| SDI | 9.5개→7.5개 | 부산#1(0.5), 심천#1(0.5) | 수원(1.0) |

(소갑 제4-73호증)

답49-1) 동 회의에서는 판매가격과 관련하여 12월~1월까지 수요급감으로 인하여 각사별로 제각각 판가를 인하하여왔던 부분을 현실화 함으로써 2월까지는 각사별로 기인된 가격을 New Guide Line판가로 하기로 하였습니다. 구체적인 내용은 15인치 MPR2, SKD 규격의 경우 기존 $39에서 $1인하된 $38로 가격을 설정하였고, 17인치 MPR2, SKD 규격의 경우 $46에서 $2인하된 $44를 새로운 가격가이드라인으로 정했습니다. 17인치 Flat, TCO, SKD 규격은 $51에서 $2인하된 $49에 판매하기로 합의하였고 19인치 Flat, TCO, SKD 제품은 $72에서 $2인하된 $70에 판매하기로 하였습니다.
또한, 생산량 통제합의와 관련하여 각사별 2명씩 사전 통지 없이 프리패스(Free Pass)로 생산라인이 가동하고 있는지를 점검(Audit)하기로 합의하였던 것으로 기억합니다.

(소갑 제2-1호증)

② 2005년 2월 24일 다자회의

253    피심인들은 CDT 판매가격과 관련하여 15〞는 1달러, 17〞 및 19〞는 2달러씩 하향 조정하여 향후 적용하기로 합의하였고, 합의된 규격별 CDT 가격은 아래와 같이 15〞 38달러, 17〞FST 44달러, 17〞 49달러, 19〞 70달러 등이었다. 또한, 피심인들은 계열사간 거래가격이 너무 낮은지 여부에 대해 논의하고 생산라인 감축계획 및 집행에 관해서도 합의하였다. 이는 회의 개최전인 같은 해 2월 14일 LPD의 정◇◇의 이메일, 중화영관의 'CDT 시장보고'에 의해 확인된다.

> 시장 수요의 하락으로 인해, 각 제조업체는 주문을 확보하기 위해 서로 다른 고객에게 각자 가격을 인하하고 있다. 특히, 17〞평면이 가장 논란이 되는 제품이다. 시장에서 주요 사업자들 간 공정한 경쟁을 보장하기 위해서, **2월에 발표될 주요 6개 고객에 대한 가격 견적을 다시 결정하였다. 조정 후 가격은 15〞의 경우 $1, 17〞/19〞의 경우 $20이다.** 시장 상황이 여전히 불확실하므로 3월 가격 하락 여부에 대해서는 우선 현재 가격을 유지하고 고객 주문이나 시장점유율이 있을 경우 서로 연락한 후 결정하는 것으로 합의되었다.          (소갑 제3-168호증)

| USD | 사양 | 1월 전 기준가 | 2월 업데이트 신규 기준가 | 차이 |
|---|---|---|---|---|
| 15” | B+D, MPR2 | $39 | $38 | -$1 |
| 17”FST | B+D, MPR2 | $46 | $44 | -$2 |
| 17” | B+D, MPR2 | $51 | $49 | -$2 |
| 19” | B+D, TCO | $72 | $70 | -$2 |

(소갑 제3-168호증)

> ○ 각 제조업체는 표면적으로는 기준가를 기반으로 고객에 대한 가격을 조정하고 있다. 그러나, <u>SEC /필립스 고객으로부터 얻은 정보</u>에 의하면, 경쟁사의 실제 가격은 그룹 내부 거래로 인하여 모두 보다 더 인하된 낮은 수준의 가격이었다. SDI/LPD는 공개된 17" 기준가보다 최소한 $2-3이 낮은 그룹 내부 고객 가격을 제안하고 있다. 15"의 경우 가격 차이는 $4-5까지 될 수도 있다. 그럼에도 불구하고, CPT는 2위로서 현실 상황에서 벗어날 수 없으며, 그렇지 않으면 주문감소 추세를 가속화 할지도 모른다.
> ○ 조업정지 계획 및 집행: **이전 회의에서 채택된 결의에 따르면, 각 제조업체는 1월부터 1개의 생산라인을 정지시킬 것이다.** ... 현재, 고객들은 CDT의 심각한 과잉공급을 인식하고 계속해서 가격인하를 요구하고 있다. LPD는 회의에서 수급 불균형의 효과적 통제를 위해 2차 생산라인 조업정지의 실행을 앞당기자고 제안했다. (회의에서) **일시적으로 6월 전에 조업정지를 실시하는 것으로 결정되었다.**
>                                                    (소갑 제3-168호증)

254    그리고 회의당시 프리젠테이션 증거자료에 의하면, 이 회의 개최전 오전 8시부터 12시까지 팜 가든 골프클럽(Palm Garden)에서 골프모임을 갖고 오후 2시부터 오후 5시까지 대만의 매리어트호텔에서 CDT 다자회의가 개최되었음이 확인된다. 또

한, 참가자들은 이전에 합의한 각 사별 전세계 CDT 시장점유율과 2005년 1월 및 2월 현재 발생한 실제 판매량과의 차이를 확인하였음을 알 수 있다.

| 2005 | | 05.Jan | | | 05.Feb | | |
|---|---|---|---|---|---|---|---|
| Mpcs;% | Agreed M/S | Sales | M/S | M/S Gap | Sales | M/S | M/S Gap |
| CPT | 28.5% | 0.9 | 24.0% | −4.5% | 0.8 | 24.1% | −4.4% |
| LPD | 33.9% | 1.4 | 35.1% | 1.2% | 1.2 | 35.7% | 1.8% |
| SDI | 37.6% | 1.6 | 41.0% | 3.4% | 1.3 | 40.1% | 2.5% |
| 3sub-ttl | 100.0% | 3.9 | 100% | 0.0% | 3.2 | 100% | 0.0% |
| Others | | 0.1 | | | 0.1 | | |
| Grand-ttl | | 4.0 | | | 3.3 | | |

(소갑 제3-167호증, 제4-74호증)

③ 2005년 3월 29일~30일 다자회의

255           피심인들은 각 사의 판매동향 및 재고현황정보를 교환하였음을 알 수 있고, 2005년 2분기의 수요를 예측한 후 같은 해 4월에는 판매가격 유지를 합의하고 향후 월 2회 판매가격 위주의 협의를 진행하는 실무자급 회의를 강화하기로 하였음이 확인된다. 또한, 생산라인 감사를 강화하고 이전에 합의한 2단계 생산라인 감축안에 추가하여 1개 라인씩을 폐쇄하기로 합의하였다. 이는 삼성 SDI의 'G/S MTG 結果報告'에 의해 확인된다.

4. 販價 關聯 協議 事項
- 기본적으로 4월 판가 유지 합의
  ☞ 해결책으로 4월부터 대만실무 Meeting 강화(2回/月 판가위주협의)
5. Capa Control
- Capa Control 계획을 F-Up하기 위한 Line Audit 강화
  ☞ 4월부터 Notice없이, Free Pass로 라인 Audit 실시
- 기존 협의한 2nd Step Shut-Down外, 추가 1개라인 Shut-Down검토 합의

| 라인현황 | | Shut-Down Plan | |
|---|---|---|---|
| | 04년말→05년말 | 1st Step(1月) | 2nd Step(~6月) |
| 중화 | 8개→6.5개 | | |
| LPD | 9.5개→7.5개 | 各社別 완료 | 各社別 1개라인 외 추가 1개 검토 |
| SDI | 9.5개→7.5개 | | |

(소갑 제4-75호증)

256           그리고 피심인들은 2005년 각 사에 할당된 시장점유율이 준수되고 있는지를 확인하였으며, 생산량 통제합의와 관련하여 각 사의 감사 담당자를 지정한 후, 한

국과 중국에서 서로 하루전에 통보하고 자유롭게 상대방 공장가동여부를 확인할 것을 합의하였다. 또한, 15″, 17″, 19″규격별 CDT 가격도 기준가격, 소규모 판매자가 6대 고객에게 판매하는 가격, 6대 고객중 자신의 주고객에게 판매하는 가격을 세분하여 아래와 같이 합의하였다. 이는 중화영관의 회의일정을 통보 이메일, 중화영관의 'CDT 결과보고서', 중화영관과 삼성 SDI의 회의당시 프리젠테이션 자료 등에 의해 확인된다.



<소갑 제3-171호증, 제4-76호증>

| 크기 | 명세 | 6개 고객 제외 (시장 가격) | 소규모 -> 주요 6개사 | 주요 -> 주요 6개사 |
|---|---|---|---|---|
| 15" | 48KHz, N-ITC, MPR | U$39 | U$38.5 | U$38 |
| 17"FS | N-ITC, MPR | U$45 | U$44.5 | U$44 |
| 17"F | N-ITC, MPR | U$50 | U$49.5 | U$49 |
| 19"F | 95KHz, N-ITC, TCO | U$71 | U$70.5 | U$70 |

※ 주요 6개사: SEC, AOC, LGE, 프로뷰, 필립스, 라이트온

<소갑 제3-171호증, 제4-76호증>

④ 2005년 4월 13일 다자회의

257        이 회의에서 피심인들은 자신의 주 고객에 대한 15″, 17″CDT 판매가격을 다음과 같이 공개하였다. 이는 다른 피심인들이 주고객에게 적용하는 판매가격을 감안하여 자신의 판매가격을 맞게 조정하려는 의도에서 이루어진 것이다. 이는 중화영관 웨이-롱 루가 작성한 회의결과보고서에 의해 확인된다.

| 1.  SDI→SEC | |
|---|---|
| 15" | $36.90 |
| 17" FS | $43.40 |
| 17" RF | $45.90 |

| 2.  SDI→프로뷰 | | |
|---|---|---|
| 15" | $35.50 | bare 마이너스 $5 |
| 17" FS | $43.50 | bare 마이너스 $6.5 |
| 17" RF | $46.50 | bare 마이너스 $6.5 |

| 3.  LPD→LGE | |
|---|---|
| 15" | $36.50 |
| 17" FS | $41.60 |
| 17" RF | $46.50 |

| 4.  LPD→필립스 | |
|---|---|
| 15" | |
| 17" FS | $43.00 |
| 17" RF | $47.00 |

| 5.  CPT→AOC | | |
|---|---|---|
| 15" | $36.50 | |
| 17" FS | $43.00 | bare 마이너스 $6.5 |
| 17" RF | $47.50 | bare 마이너스 $6.5 |

| 6.  CPT→라이트온 | |
|---|---|
| 15" | $37.00 |
| 17" FS | $43.00 |
| 17" RF | $48.00 |

<div align="right">〈소갑 제3-172호증〉</div>

⑤ 2005년 4월 26일 다자회의

258    피심인들이 2005년도 합의한 시장점유율이 각 사별로 준수되고 있는지를 상호 점검하고, 생산량 감축합의의 실행여부 및 상호감사를 실시한 사실이 확인된다. 또한, 17″CDT 가격과 관련하여, 삼성전자, LG전자 등 6대 고객에게 적용한 가격을 공개하고 차기 실무자급 회의에서 고객별로 새로운 가격 가이드라인을 설정하기로 합의하였다. 이는 회의전 회의일정을 통보한 이메일, 중화영관의 'CDT 시장보고서', 회의당시 배포된 프리젠테이션 자료에 의해 확인된다.



<div align="right">〈소갑 제3-175호증, 제4-77호증〉</div>

⑥ 2005년 5월 24일 다자회의

259    피심인들은 판매가격과 관련하여 2005년 7월까지 이전 합의사항에 따르도록 합의하였고, 생산량 통제와 관련하여 같은 해 3분기까지 중화영관은 5개 라인, LPD와 삼성 SDI는 각각 6.5개 라인을 유지할 것을 합의하였음을 알 수 있고, 프리젠테이션 자료 및 참가자의 진술에 따르면 이전 관리자급 CDT 다자회의와 마찬가지로 각 사의 판매량정보 및 2005년 합의한 각 사별 점유율 달성여부를 점검하였다. 또한, 17″ CDT에 있어서 6대 고객별 주공급자의 판매가격을 공개함으로써 피심인들간에 적절한 가격차이를 유지하여 고객별 점유율을 유지하려고 하였음을 알 수 있다. 이는 삼성 SDI 송▽▽이 작성한 다이어리, 진술 및 'CDT G/S MTG 結果報告', 중화영관의 'CDT 시장보고서', 삼성 SDI와 중화영관의 프리젠테이션 자료 등에 의해 확인된다.

2. 販價 關聯 協議 事項
 - 7월까지 기본적인 판가 유지 합의
 - 6月 '판가인상' 제의했으나, 각사 '과잉 CAPA'로 부정적 반응
   ☞ '7월 인상'에 대해 6/末 再협의 예정
3. Capa Control
 - 3Q까지 3단계 추진 합의

|  | 라인현황 | Shut-Down Plan | | |
|---|---|---|---|---|
|  | 04년말 | 1단계 | 2단계 | 3단계 |
|  |  | ~1Q | ~2Q | ~3Q |
| 중화 | 8.0(4,000명) | 7.0(3,100명) | 6.0(2,600명) | 5.0(2,200명) |
| LPD | 9.5 | 8.5(창원△1) | 7.59(구미△1) | 6.5(화페이△1) |
| SDI(제출) | 9.5 | 8.5(부산/심천 各△0.5) | 8.0(마련△0.5) | 6.5(수원△1.5) |
| (실제) | 11.3 | 10.3(부산△1) |  |  |

(소갑 제4-79호증)

답54-1) 'Ⅰ. CDT Sales Update' 및 'Ⅱ. Market Share Reivew'순서에서는 회의개최시점 기준 각사의 CDT 판매량 자료를 확인하고 2005년도 합의된 각사별 시장점유율에서 얼마만큼 이탈하였는지 정도를 논의하였습니다. 합의된 점유율에서 이탈한 정도가 클 경우 이에 대해 회원사들은 그 이유를 상대방에게 설명하기도 했습니다. 'Ⅲ. Market Information'에서는 6대 고객(SEC, LGE, AOC, Lite-On, Proview, Philips)에 공급되는 17인치 일반/평면 모니터의 주 공급선 가격을 표로 만들고 향후 계속 유지할지 여부에 대해 논의하였습니다. 삼성SDI는 삼성전자(SEC), 프로뷰(Proview)와 주 거래선 관계가 있었고, LPD는 LG전자(LGE)와 필립스(Philips), 그리고 중화영관은 AOC와 라이트 온(Lite-on)과 주거래선 관계에 있었습니다. (소갑 제2-1호증)

⑦ 2005년 6월 28일 다자회의

260    피심인들이 각 사별 판매동향정보를 교환하고 판매가격과 관련하여 인상논의 후 2005년 7월까지 이전 합의가격을 유지하기로 하였고, 같은 해 하반기의 시장수요를 예측한 뒤 그에 맞춰 생산량을 통제하자는 합의에 이르렀음을 알 수 있다. 그리고 각 사별 15″, 17″, 19″ CDT의 월별 판매량 정보를 교환하여 전세계 공급량을 확인하였으며, 주요 고객별 판매량 정보도 교환하였음이 확인된다. 이후 이를 기초로 2005년 연간 합의된 점유율에서의 이탈여부도 점검하였고, 각 사의 CDT 생산라인 감축합의의 이행점검과 향후 감축계획에 대해서 합의하였다. 이는 중화영관령-유앤 윤의 달력에 기재된 내용과 'CDT 시장보고서' 및 삼성 SDI의 'G/S MTG 結果報告', 회의당시 배포된 프리젠테이션 자료에 의해 확인된다.

2. 販價 關聯 事項
 - 기본적으로 7월까지 판가 유지 합의
 - 일부 판가인상논의 있었으나, 하반기 'LCD Capa증가'에 따라 아직은 부정적 반응
5. Capa Control
 - 3Q까지 3단계 추진 합의

|  | 라인현황 | Shut-Down Plan | | |
|---|---|---|---|---|
|  | 04년말 | 1단계 | 2단계 | 3단계 |
|  |  | ~1Q | ~2Q | ~3Q |
| 중화 | 8.0(4,000명) | 7.0(3,100명) | 6.0(2,600명) | 5.0(2,200명) |
| LPD | 9.5 | 8.5(창원△1) | 7.59(구미△1) | 6.5(화페이△1) |
| SDI(제출) | 9.5 | 8.5(부산/심천 各△0.5) | 8.0(마련/수원 各△0.5) | 6.5(수원△1.0) |
| (실제) | 11.3 | 10.3(부산△1) |  |  |

(소갑 제4-81호증)

⑧ 2005년 7월 20일 다자회의

261    피심인들은 각 사의 판매동향 및 재고현황, 생산라인 가동현황 정보를 교환한 후, 2005년도 하반기에 생산라인 조정 필요성에 대한 합의를 위해 같은 해 8월 최고위층 모임('TOP MEETING')을 개최하기로 하였다. 이는 삼성 SDI 송▽▽의 일정표와 'G/S MTG 結果報告', 회의당시 프리젠테이션자료 등에 의해 확인된다.

5. TOP MEETING
 - 3社 下半期 수요회복 전망이 불투명해짐으로 업체/라인 구조조정 필요성 공감대 확산
 - 8月末 TOP MEETING을 통하여 구조조정 공감대 형성 및 대한 협의  (소갑 제4-84호증)

⑨ 2005년 9월 28일 다자회의

262        피심인들은 2006년도 시장점유율을 삼성 SDI 38.1%, LPD 34.4%, 중화영관 25.8%로 할당하기로 합의한 사실이 나타나 있다. 이는 2005년도 합의된 각사별 시장 점유율과 실제 달성치와의 차이를 반영하여 정한 수치이다. 그리고 2006년부터 각 사의 공존을 위해 고객별로 2개사만 공급함으로써 고객별 경쟁자수를 축소하는데도 합의하였다.

---

2. 06年 M/S Allocation
□ 06년 3社 Total33.4M 기준으로, SDI38%, LPD35%, 중화26% M/S 합의

| | 05년 M/S | | | 06년 M/S | |
|---|---|---|---|---|---|
| | 原합의 | 실제 | 차이 | 합의 | 물량 |
| SDI | 37.7% | 41.0% | +3.3% | **38.1%** | 12.8M |
| LPD | 34.0% | 34.4% | +0.4% | **34.8%** | 11.6M |
| CPT | 28.3% | 24.6% | △3.7% | **25.8%** | 8.6M |

☞ 06년부터 <u>3社의 共存을 위해 고객별 2Vendor System 도입</u>에 합의  (소갑 제4-87호증)

---

263        또한, 피심인들은 판매가격 인상방안에 대해서도 CDT 세부규격에 따른 가 격기준을 명확히 설정하고, 재고량을 최소화하며 가격인상 명분에 대해 고객사를 공 동으로 설득하고 고객사별 가격차의 균형을 유지하기로 하였다. 그리고 생산량 감축 합의와 관련하여 기존 합의내용에 추가하여 2006년 상반기까지 각 사별로 0.5∼1개 생산라인을 축소하기로 합의하였다.

---

□ 판가 인상실행 방법에 대한 3社 협의사항
① 가격결정에 대한 Process 定立
 ☞ Bare/ITC 等 가격기준이 부정확하여 모니터 업체와의 Nego時 불리
② CDT Maker 및 Supply 上 재고 최소화 실시
③ 가격인상 명분에 대한 모니터 업계의 사전 공감대 형성
 ☞ 가격하락에 의한 Supply-Chain 붕괴로 共滅 가능성에 대해 모니터 업체 설득
④ 모니터 업체별 가격 Balance 유지
 ☞ 現 가격이 낮은 업체(AOC)로부터 가격회복후, 점차 확대적용    (소갑 제4-87호증)

---

4. Capa Control
① 기존 협의한 계획外, 05년 1차로 <u>추가 0.5~1개 라인 Shut-Down</u> 합의
② 약속된 계획 이행을 F-Up 하기 위한 <u>각 사간 Line Audit</u> 강화    (소갑 제4-87호증)

---

264        또한, 삼성 SDI와 중화영관이 삼성전자向 판매물량을 대상으로 논쟁을 벌인

사실이 있는데, 중화영관이 삼성 SDI의 사전 승인없이 삼성전자향 판매량을 증가시키자 이에 대한 시정이 이루어지지 않으면 삼성 SDI는 중화영관의 주고객인 AOC 및 라이트온에 대해 저가공세로 중화영관 판매량을 위축시키겠다는 내용이 담겨있다.

> SDI는 CPT의 SEC 주문 확대에 대해 강력하게 항의했다. 또한 SDI는 긍정적 답변을 받지 못한다면, AOC/라이트온 및 주요 고객들과 관련하여 보복할 것이라고 위협했다. CPT는 SEC 주문을 늘리기 위해 미리 경쟁하지 않았다고 분명히 밝혔다. SEC가 미리 할당을 한 것이다.　　　　　　　　　　　　　　　　　　　　　　　(소갑 제3-181호증)

265　　　　이 회의는 대만에서 개최된 최고위급 CDT 다자회의로서, 삼성 SDI의 김▨▨, 박▨▨, LPD의 한 S.D. 이▨▨, 중화영관의 Mr. 종(Zhong), 징-송 루가 참석하였다. 이는 삼성 SDI 송▽▽의 일정표 내용과 'G/S MTG 結果報告', 중화영관의 'GSM 최상위 경영자 회의' 및 삼성 SDI와 중화영관의 프리젠테이션 자료에 의해 확인된다.

⑩ 2005년 11월 2일 다자회의

266　　　　이 회의에서 피심인들은 고객에 상관없이 현재 CDT 가격에서 1달러씩을 인상하기로 하였으며, 회원사별로 주요고객에게 가격인상을 통지하고 다른 피심인들은 그에 따르기로 합의한 사실이 있다. 또한, 저가공세로 다른 피심인의 주고객을 공격하는 행위에 대해서 논쟁을 벌인 사실도 있다. 이는 CDT 카르텔 회원사간에는 다른 피심인의 주고객은 저가로 공격하지 말자는 묵시적, 명시적 합의가 존재하였음을 알 수 있다. 이는 중화영관의 '접촉보고서'에 의해 확인된다.

> ○ 상기 이유 및 마스크 공급 문제 때문에 비용이 크게 늘어났다. 세 당사자들은 다음과 같은 현재 가격 기준에 대해 이해를 같이 하였다. 고객에 상관없이 가격을 @USD 1만큼 인상.
> 2. SDI가 이번 주 SEC/EMC에 대한 가격 인상을 공식 통지할 책임을 맡고, LPD/CPT는 위 가격 인상을 따를 것이다.
> 3. LPD 또한 그들의 그룹 내부 고객인 LGE/PHS에게 이번 주 내에 가격 인상을 통지할 것이라 약속하였다.
> 4. SDI가 저가로 라이트온을 괴롭히는 것에 대해, CPT는 심각한 반대 의사를 밝히고 원래 가격으로 복귀할 것을 요청하였다. 그렇지 않으면 SEC에 대해 협조할 수 없을 것이다.　　　　　　　　　　　　　　　　　　　　　　(소갑 제3-183호증)

⑪ 2005년 11월 21일 다자회의

267        피심인들은 이전 회의에서 합의한 모든 CDT가격의 1달러 인상합의의 실행여부를 참가자들은 상호 확인하였고, 이행이 의심스러운 피심인에 대해서는 추후 가격인상 실행의 약속을 확인하였음을 알 수 있다. 이는 삼성 SDI 송▽▽의 일정표 및 진술, 회의당시 프리젠테이션 자료, 중화영관의 'GSM 회의' 제목의 결과보고서에 의해 확인된다.

---

1. 본래, 세 당사자들은 모든 고객에 대해 공통된 이해를 갖고 있었다. 튜브 타입에 상관없이, 인도 가격을 11월부터 $1/PC 인상하자는 것이다. 그러나 CPT와 LPD 만이 AOC에 대한 가격을 실제로 인상하였다.  SDI가 가격 인상을 따르지 않은 점에 대해, 강한 불만이 있었다.
2. SDI는 주요 고객들을(AOC/SEC/프로뷰)에 대한 판매가격이 CPT/LPD 보다 높기 때문에 판매가격 인상에 대한 반발이 있었다고 반복해서 주장하였다. SDI는 활발한 논의 후, AOC 부분에 대해 가격 인상을 따르는 것에 동의하였다. 또한 SEC/프로뷰는 다음 주의 상품 납품부터 시작될 가격 인상을 위해 노력할 것이다. CPT와 LPD는 SDI의 성공 이후 이러한 조정을 따를 것이다.
3. 또한, LPD는 LGE가 11월 가격 인상에 대한 요청을 이미 수용하였다고 주장하였다.

(소갑 제3-184호증)

---

⑫ 2005년 12월 20일~21일간 다자회의

268        피심인들은 2005년도 상반기와 하반기의 각 사별 시장점유율을 평균하여 2005년도 전체 시장점유율을 계산한 뒤 이전에 합의한 점유율과 상호 비교하였음이 확인된다. 확인결과 2005년도의 피심인별 전세계 점유율은 중화영관 25.5%, LPD 33.5%, 삼성 SDI 41%로 나타났다. 또한, 아래와 같이 CDT 판매가격 경쟁을 하지 않기로 하는 합의하였다. 이는 삼성 SDI 송▽▽의 일정표 내용과 진술, 회의개최전 LPD의 김◻◻이 다른 참가자에게 발송한 회의일정 이메일, 중화영관의 '12월 기간 CDT GSM 회의' 및 진술, 삼성 SDI와 중화영관의 프리젠테이션 자료에 의해 확인된다.

---

I. 2005년 각 제조업체의 실제 M/S 결과

|  | 05년 상반기 | 05년 하반기 | 전체 |
|---|---|---|---|
| CPT | 23.9% | 27.4% | 25.5% |
| LPD | 35.5% | 31.1% | 33.5% |
| SDI | 40.6% | 41.5% | 41% |

III. 가격 보증:
CDT의 지속적인 수량 감소는 이미 돌이킬 수 없는 추세이다.  3개 제조업체들은 가격 하락이 수요를 창출할 수 없으며 상호 공격의 악순환만을 가져올 것이라고 상호간 이해하고 있다. 위 사업자들은 각자가 자제하여 가격 경쟁에 진입하지 않기를 바라고 있다.

(소갑 제3-186호증)

---

답60-1) 논의내용은 직전에 개최된 회의에 대해 진술한 내용과 거의 유사하게, 각사의 판매량을 점검하는 'CDT Sales Update', 판매실적이 기합의된 각사별 시장점유율과 일치하는지 여부를 확인하는 'Market Share Review', 시장상황 변화에 따라 향후 가격을 예측하고 시장 가격정보를 확인할 필요가 있는지를 토의한 'Market Information'순으로 진행되었습니다.

(소갑 제2-1호증)

답25-1) 우선 참가자들은 2005년도 각 사별 전세계 시장점유율이 합의대로 이행되고 있는지를 점검하였습니다. 참가자들은 중화영관, LPD 및 삼성SDI의 205년 상반기, 2005년 하반기 및 2005년 전체 시장점유율을 계산했습니다. 그 결과 2005년 전체 시장점유율은 삼성SDI가 41%, LPD가 33.5%, 중화영관이 25.5%로 집계되었습니다. 하지만, 당사는 타 참가자들의 비난을 피하기 위해 영업실적을 축소 보고했습니다. 회의보고서에 따르면 2005년 하반기 당사의 시장점유율은 실제로는 LPD의 시장점유율에 더 근접했습니다. ... 고객 수요가 급격히 하락하면서 2005년 시장점유율에 어느정도 변동이 있었지만, 회의 참가자들이 기존의 시장점유율을 유지하자고 합의하지 않았더라면 보다 급격한 점유율 변화가 있었을 것이라고 생각합니다. 또한, 당시 CDT 시장감축 상황에도 불구하고 가격하락을 통한 상호공격 자제 필요성에 대해 참석자들은 공감하였습니다.

(소갑 제1-1호증)

(12) 2006도 경쟁자간 회합

① 2006년 3월 13일~14일간 다자회의

269 피심인들이 각 사의 월별 판매량 및 점유율을 점검하고 이전에 합의한 2006년 할당 점유율과의 차이를 확인하였음을 알 수 있다. 또한, 2005년 9월 최고위급 CDT 다자회의에서 합의한 각 사의 생산량 통제 합의의 내용도 재확인하였다. 또한, 피심인들이 삼성전자향 공급물량을 합의하여 조정하고 이전 합의사항인 생산라인 폐쇄계획의 실행여부를 확인한 사실을 알 수 있다. 즉, 대만계 고객인 AOC에 대해 피심인들은 공급물량의 불균형 상황에 대해 논쟁을 벌인 후 중화영관과 LPD가 삼성전자향 물량을 줄이는 대가로 삼성 SDI가 AOC에 대한 사업을 중단하기로 하였다. 또한, LPD는 중국 화페이 공장의 폐쇄를, 삼성 SDI는 한국 수원 공장의 폐쇄 계획을 확인하여 주었다. 이는 중화영관의 징-송 루가 작성한 '방문보고서(GSM 회의)' 및 진술, 삼성 SDI 하●●의 '주요 토의사항' 제하의 결과보고서에 의해 확인된다.

---

1. 경쟁사 販賣動向 및 M/S
**2. 各社別 Capa Control**
□ '05.9月 Top 미팅時 3社 Capa Control 관련 협의완료
4. 3社 미팅 운영관련
□ 3社 회의 주최자(Chairman) 변경 ☞ '05年 SDI→'06年 CPT
□ 미팅 운영방안 ☞ 현재 1回/月 실시에서 분기 or 격월 진행
□ **보안강화 및 차기미팅 일정**
☞ 미팅 보안강화방안 및 차기회의일정(장소) 협의          (소갑 제4-93호증, 3223쪽)

---

○ SDI는 브라질의 지원을 원하는 AOC가 OPTVx20K의 주문을 공급하기만 하였다고 밝혔다. 이것은 SDI에게는 매우 불공정한 것이다. **SDI는 LPD가 SEC 주문을 포기하고 CPTF가 SEC에 대한 M/S를 대폭 줄이는 조건으로 AOC와의 사업을 완전히 중단하겠다고 제안하였다.** CPTF와 LPD는 모두 이에 대해 고려할 의사가 있다고 밝혔다.
III. 후아페이 공장
○ [LPD]의 후아페이는 CDT 생산이 5/E에 완전히 중단될 것으로 예상하였다.
V. 기타
○ SDI의 수원공장은 근래 CRT 생산을 완전히 중단될 것이다. (소갑 제3-188호증, 2722쪽)

---

답26-1) 이 회의는 제가 참석한 경쟁사와의 마지막 CDT 다자회로로 기억합니다. **이 회의에서는 삼성전자에 대한 판매분을 참가사간에 어떻게 분배할지가 논의되기도 하였습니다.** 먼저, 삼성SDI 측이 LPD와 당사가 저가로 AOC에게 CDT를 공급하고 있다고 비난했습니다. 그리고 LPD가 삼성전자에 대한 주문을 포기하고 중화영관이 삼성전자에 대한 판매 점유율을 줄이는 조건으로 AOC에 대한 판매를 중단하겠다고 밝혔습니다. 저는 당사가 이 제안을 고려할 용의가 있다고 삼성SDI 참가자에게 말했지만, 제안을 정중히 거절하기 위한 것이었습니다. 중화영관은 삼성전자에 대한 CDT 판매를 포기할 수 없었습니다. ... 또한, 회의 참가자들은 생산라인 폐쇄에 대한 자체 계획 상황을 점검했는데, 구체적으로 LPD 대표는 LPD가 2006년 5월말까지 중국 화페이 공장의 폐쇄를 계획하고 있다고 했고, 삼성SDI 대표는 SDI가 연말까지 한국 수원공장 폐쇄를 희망하고 있다고 했습니다.
                                                            (소갑 제1-1호증, 296쪽)

4) 실행사실

  가) 실행구조

270          이 사건 공동행위의 피심인들은 10년 이상 정기적으로 개최된 CDT 카르텔 회의를 통해 판매가격, 생산량 감축계획, 시장·고객별 시장점유율 할당 등을 합의하였으며, 합의사항을 한국 등 시장에서 실행한 사실이 있다.

271          카르텔 회의에서 합의된 사항은 각 참가그룹별 본사의 통제하에 실행되었다. CDT 카르텔회의 참석자들은 본사의 영업·마케팅 부서나 해외지사 임직원이라

하더라도 본사로부터 회의참가의 지시를 받고 회의내용에 대한 지침을 받았다. 또한, 회의종료후 해외지사 직원은 합의결과를 이메일 또는 결과보고서의 형태로 보고하였다. 합의방식에 따른 구체적 실행구조는 다음과 같다.

*272*        먼저, CDT 카르텔회의에서 사용된 판매가격고정 합의는 각 사의 본사 또는 지사소속 임직원간 이루어졌고, 합의결과에 따라 본사 및 지사는 차기 협상주기에 적용될 판매가격을 결정하였다. 고객과의 협상주기는 CDT의 경우 통상 월별로 판매가격 및 판매량의 협상이 이루어졌다. 판매가격 고정 합의는 다양한 형태로 나타났는데, i) 기종별 특정 가격(범위) 합의, ii) 최저가격 합의 iii) 세부사양별 가격격차 합의, iv) 품질차이를 고려한 피심인별 가격 합의, v) 가격인상(인하)폭 합의, vi) 주요고객과 소규모 고객간 가격격차 합의, vii) 이전 합의가격 유지 합의 등이 그것이다. 또한, 피심인들은 판매가격 고정 합의와 관련하여 고객에게 우선 통지할 회사를 정하고, 통지일자, 가격인상 이유 등 부대조건에도 합의하였다.

> 답10) 우선 가격에 대해 말씀드리면, 가격인상에 대한 합의, 최저가격(minimum, floor, bottom price)에 대한 합의도 있었습니다. 또한, 개별 고객에 대한 판매가격 합의도 있었는데 6대 고객들에 대한 주요(primary) 공급자들이 제안할 구체적 가격에 대한 합의도 있었고, 6대 고객들에게 제2차(secondary) 공급자들이 제안할 구체적 가격에 대한 합의도 존재하였으며, 6대 고객과 군소고객들에게 제안되는 가격의 차이에 대한 합의도 있었습니다. CDT 카르텔 회의에서는 가격인상을 고객에게 통보할 회사를 함께 정하고 가격인상 시점 및 고객에게 설명할 가격인상 배경 등에 대해서도 공동으로 결정하였습니다.
>
> (소갑 제1-1호증)

*273*        이상과 같이 합의된 판매가격은 거의 대부분의 회의에서 이행여부가 점검됨으로써 합의의 실행이 보장되었다. 피심인들을 대표하는 회의 참석자들은 이전 합의의 이행여부를 돌아가며 확인하였고, 각 사가 고객 또는 시장에서 취합한 정보에 근거하여 특정 회사의 판매량이 증가하였을 경우 비난의 대상이 되었다. CDT 카르텔 회의에서는 매번 각 사의 생산량, 판매량, 재고량 등의 증감 변동여부를 표로 만들어 확인하였는데 특히, 특정 고객에 대한 판매량의 증가는 저가판매의 유력한 증거로 인식되었다.

*274*        둘째, 이 사건 공동행위 초기단계에서 피심인들은 전체 생산량의 인위적 감축필요성에 대해 공감하고 생산량 감축을 위한 구체적 방안에 대해서도 합의가 이루

어졌다. 우선, 피심인들은 월별 조업중단일수에 합의하고 계획서를 상호 교환하였으며, 상대방 제조설비를 직접 방문하여 가동중단여부를 확인하는 방식으로 합의의 실행이 담보되었다. 감시방식도 사전통보 없이 불시에 상대 회사 공장을 방문하기로 합의하는 등 시간이 경과하면서 보다 치밀하게 발전하였다. 또한, 피심인들은 가동중단 합의도 속임수가 사용될 수 있고 감시비용이 소요되었기 때문에 각 사가 보유한 전세계 생산라인을 공동의 계획에 따라 폐쇄하는 합의를 하기도 하였다. 연간 폐쇄계획을 공동으로 수립하고 월별, 분기별로 합의실행여부가 점검되었다.

> 답10) 생산량에 대한 합의가 이루어졌는데, 전세계 CDT 수요를 예측한 후 CDT 가격하락 방지를 위하여 그에 맞도록 각 사별 공급량을 정했습니다. 카르텔 회원사들은 매달 조업중단계획을 회의 전에 의장사에 제출하고 회의에서는 조업중단일수를 정하였습니다. 또한, CDT 시장이 점차 축소되자 각 회원사의 전세계 CDT 공장에 있는 생산라인 자체를 폐쇄하기로 합의하였습니다. 생산량을 감축하기로 합의한 이유는 가격합의의 경우 제품별 세부사양이 상이하고 품질이 달라 합의이탈여부를 감시하기가 용이하지 않았기 때문입니다. 생산량 감축합의의 준수여부를 확인하기 위해 참가사들은 자신의 직원을 상대방 회사에 파견하여 직접 가동 중단여부, 라인 폐쇄여부를 감사하기도 하였습니다.          (소갑 제1-1호증)

275     셋째, 피심인들은 상호 경쟁을 회피하기 위하여 CDT 시장점유율 및 고객별 판매량 점유율 할당에도 합의한 사실이 있다. 각 사별로 점유율을 할당하게 될 경우 피심인들은 생산기술 및 영업활동에 있어서 경쟁을 할 유인이 사라지게 되므로, 시장 점유율 할당에도 합의하였다. CDT 시장점유율을 할당하기 위하여 피심인들은 이전 기간중 각 사의 판매량 자료에 기초하여 시장점유율에 합의하고 매 회의시마다 실제 판매량에 기초하여 합의사항 이행여부를 점검하였다. 대부분의 회의에서 합의실행이 원활히 진행되었고 합의된 점유율보다 많이 판매가 이루어진 피심인에게는 다음번 할당 점유율을 감소하는 등의 조정도 이루어졌다. 합의시마다 실제 판매량에 기초하여 점유율대로 판매가 이루어지지 않은 회원사에 보전해주기도 하고 시장점유율을 재조정하는 등의 방식으로 시장상황 변화에 따라 합의사항을 이행하기 위해 노력하였다.

> 답10) 그리고 시장점유율에 대해서도 합의하였는데, 전세계 CDT 시장에 공급할 각 회원사별 점유율과 주요 고객별 판매점유율도 합의하고 매 회의때마다 합의준수여부를 상호 점검하였습니다.                    (소갑 제1-1호증)

276     그리고 이 같은 방식은 고객별 판매량 점유율 할당 합의의 이행에도 유사하게 사용되었는데, 피심인들은 고객별로 주 공급사, 2차 공급사를 정하고 각자의 판매

점유율을 공동으로 설정하였다. 만약 점유율대로 판매가 이루어지지 않았을 경우 점유율을 재조정하거나 상호 언쟁을 벌여 합의사항대로 이행을 촉구하고 이에 대해 약속하는 방식으로 고객별 점유율 할당 합의가 실행될 수 있었다. 고객별 판매량 점유율을 할당할 경우, 각 사는 주 고객에 대해 다른 피심인들과 경쟁을 하지 않아도 되는 이점을 누렸다. 만약, 자신의 주 고객에 대해 다른 회사가 저가 공급을 하였을 경우 이 사실은 자신의 주문량이 감소하므로 감시하기가 용이하였고, 카르텔 회의에서 같은 방식을 사용하여 경쟁사에게 피해를 주겠다는 발언을 함으로써 상호간의 점유율 합의사항이 원활히 실행될 수 있었다.

> 답16) 합의사항을 이행하지 않고 있다는 정황이 발견한 회원사는 동일한 방법으로 합의사항을 준수하지 않음으로써 다른 회원사에게 피해를 줄 수 있다는 식의 공격적 발언을 하기도 했습니다.
> 답28) 'Penalty: ②Other 2 companies will attack trouble maker's major customers.'은 합의를 이행하지 않은 참석자에게 가할 벌칙을 제안한 것으로서... ②의 내용은 '합의에 따르지 않고 낮은 가격을 고객에게 제시하여 합의된 점유율을 지키지 않은 회사의 주고객에게 나머지 두회사가 낮은 가격을 제시하여 물량을 뺏어오도록 하자'는 내용입니다.
>
> (소갑 제2-1호증)

277   이상의 내용으로부터 피심인들은 CDT 카르텔 회의에서 합의사항을 효과적으로 실행하기 위해 다양한 합의방식을 사용하거나, 점검 및 제재 시스템을 마련하여 운용한 사실을 알 수 있다.


나) 합의의 실행여부


278   위 2. 가. 행위사실을 종합해 볼 때, 이 사건 공동행위는 10년 이상의 기간동안 최소 매월 1회 지속적으로 개최되는 카르텔 회의를 통해 이루어졌다. 각 회의를 통해 피심인들이 합의한 사항은 다음 회의에서 실행여부가 점검되었으며, 합의 이탈을 방지하기 위한 제재규칙이 제정되기도 하였다. 매회 카르텔 회의 참가자들의 진술이나 증거자료에 의하면, 이 사건 공동행위 피심인들이 매회 카르텔 회의에서 자신이 직접 실행사실을 공개하고 다른 피심인들로부터 실행여부를 확인받은 사실이 확인된다.

나. 관련 법규정

독점규제 및 공정거래에 관한 법률(2006. 4. 1. 법률 제7492호로 개정되기 전의 것)
제2조의 2 (국외행위에 대한 적용) 이 법은 국외에서 이루어진 행위라도 국내시장에 영향
을 미치는 경우에는 적용한다.<본조신설 2004. 12. 31>

제19조 (부당한 공동행위의 금지) ①사업자는 계약·협정·결의 기타 어떠한 방법으로도 다
른 사업자와 공동으로 부당하게 경쟁을 제한하는 다음 각호의 1에 해당하는 행위를 할 것
을 합의(이하 "부당한 공동행위"라 한다)하거나 다른 사업자로 하여금 이를 행하도록 하여
서는 아니된다.
1. 가격을 결정·유지 또는 변경하는 행위
2. (생 략)
3. 상품의 생산·출고·수송 또는 거래의 제한이나 용역의 거래를 제한하는 행위

다. 위법성 판단

 1) 위법성 성립요건

*279*        법 제19조 제1항의 부당한 공동행위가 성립하기 위해서는, 사업자가 법 제19조
   제1항 각 호의 1.의 행위에 대하여 다른 사업자와 계약·협정·결의 기타 어떠한 방법
   으로도 합의를 하고 이러한 합의가 부당하게 경쟁을 제한하여야 한다. 이러한 부당한
   공동행위가 국외에서 이루어진 경우라도 국내시장에 영향을 미치는 경우에는 이 법을
   적용한다.

 2) 위법성 요건 해당여부

 가) 합의의 존재여부

 (1) 합의의 의미

280        부당한 공동행위가 성립하려면 계약, 협정, 결의 기타 어떠한 방법으로든지 사업자간에 공동행위를 하기로 하는 합의가 있어야 한다. 부당한 공동행위를 인정하기 위한 합의는 계약, 협정 등과 같은 명시적 합의뿐만 아니라 사업자간의 양해와 같은 묵시적 합의까지 포함한다. 부당한 공동행위에 있어서의 합의는 사업자간의 의사의 연락을 의미하는 것으로서 명시적인 합의뿐만 아니라 묵시적인 합의 내지는 암묵의 요해에 그치는 경우도 포함한다.39)

281        법 제19조 제1항의 부당한 공동행위는 사업자가 다른 사업자와 공동으로 일정한 거래분야에서 경쟁을 실질적으로 제한하는 같은 항 각 호의 1에 해당하는 행위를 할 것을 합의함으로써 성립하는 것이므로, 합의에 따른 행위를 현실적으로 하였을 것을 요하는 것이 아니고, 또 어느 한쪽의 사업자가 당초부터 합의에 따를 의사도 없이 진의아닌 의사표시에 의하여 합의한 경우라고 하더라도 다른 쪽 사업자는 당해 사업자가 합의에 따를 것으로 신뢰하고 당해 사업자는 다른 사업자가 합의를 위와 같이 신뢰하고 행동할 것이라는 점을 이용함으로써 경쟁을 제한하는 행위가 되는 것은 마찬가지이므로 부당한 공동행위의 성립에 방해가 되지 않는다고 할 것이며, 위와 같은 합의는 어떠한 거래분야나 특정한 입찰에 참여하는 모든 사업자들 사이에서 이루어질 필요는 없고, 일부의 사업자들 사이에만 이루어진 경우에도 그것이 경쟁을 제한하는 행위로 평가되는 한 부당한 공동행위가 성립한다고 보아야 할 것이다.40)

282        한편, 사업자들이 경쟁을 제한할 목적으로 공동하여 향후 계속적으로 가격의 결정, 유지 또는 변경행위 등을 하기로 하면서, 그 결정주체, 결정방법 등에 관한 일정한 기준을 정하고, 향후 이를 실행하기 위하여 계속적인 회합을 가지기로 하는 등의 기본적인 원칙에 관한 합의를 하고, 이에 따라 위 합의를 실행하는 과정에서 수회에 걸쳐 회합을 가지고 구체적인 가격의 결정 등을 위한 합의를 계속하여 온 경우, 그 회합 또는 합의의 구체적인 내용이나 구성원에 일부 변경이 있더라도, 그와 같은 일련의 합의는 전체적으로 하나의 부당한 공동행위로 봄이 상당하다. 또한, 가격결정 등의 합의 및 그에 기한 실행행위가 있었던 경우 부당한 공동행위가 종료한 날은 그 합의가 있었던 날이 아니라 그 합의에 기한 실행행위가 종료한 날을 의미한다고 할

---

39) 서울고법 2001. 12. 11. 선고 2000누16830 판결 참조

40) 대법원 1999. 2. 23. 선고 98두15849 판결 참조

것이다.[41]

283        '기본원칙에 관한 합의를 하고 그 실행행위로서 각 가격담합을 계속하여 온 것으로 볼 수 있는지 여부'에 관하여는 최초 가격 담합시 장기적인 전망 속에서 가격담합을 계획하였다고 볼 만한 정황이 있는지, 각 가격담합이 주기적으로 일정한 시기마다 이루어졌는지, 각 가격담합에서 가격인상을 결정한 주체가 일정했는지, 각 가격담합으로 인한 효과가 차회 담합이 있을 때까지 지속되었는지, 직전의 담합에서 합의했던 가격을 기준으로 새로운 담합을 하였는지 등이 중요한 판단요소들이다[42]

  (2) 법 제19조 제1항 제1호에 해당하는 행위인지 여부

284        법 제19조 제1항 제1호에서 규정하는 "가격을 결정·유지 또는 변경하는 행위"라 함은 사업자가 다른 사업자와 공동으로 상품이나 용역의 가격을 결정·유지 또는 변경하는 행위를 말한다. 여기서 말하는 '가격'이란 사업자가 제공하는 상품 또는 용역의 대가, 즉 사업자가 거래의 상대방으로부터 반대급부로 받는 일체의 경제적 이익을 가리키는 것으로, 당해 상품이나 용역의 특성, 거래내용 및 방식 등에 비추어 거래의 상대방이 상품 또는 용역의 대가로서 사업자에게 현실적으로 지급하여야 하는 것이라면 그 명칭에 구애됨이 없이 당해 상품 또는 용역의 가격에 포함된다[43]

285        이러한 '가격결정행위'에서 말하는 가격은 반드시 거래가 이루어지는 최종가격자체일 것을 요하지 않으며 그와 같은 최종거래 가격을 결정하는 행위는 물론 최종가격을 결정하는데 필요한 요소를 결정하는 행위를 포괄하는 것으로서 최종가격은 물론 평균가격, 표준가격, 기준가격, 최고·최저가격 등 명칭여하를 불문한다[44]

286        2이상의 사업자가 법 제19조 제1항 각호에 해당하는 행위를 하고 있는 경우라 함은 비단 사업자들이 동일한 상품에 대하여 동일한 최종거래가격을 정하는 경우뿐만 아니라, 동일·유사한 상품에 대하여 평균가격, 표준가격, 기준가격, 최고·최저

41) 대법원 2006. 3. 24. 선고 2004두11275 판결 참조

42) 서울고등법원 2008. 8. 20. 선고 2007두2939 판결 참조

43) 대법원 2001. 5. 8. 선고 2000두10212 판결 참조

44) 대법원 2002. 6. 14. 선고 2000두8905 판결, 서울고등법원 2000. 10. 10. 선고 2000누1180 판결 참조

가격 등 가격결정의 기준을 정하는 행위, 가격인상·인하율(폭)을 정하는 행위, 이윤율, 할인율 등 가격의 구성요소에 대한 그 수준이나 한도를 정하는 행위 등을 모두 포함한다(서울고등법원 2007. 1. 17. 선고 2004누17060 판결). 또한, 가격가이드라인에 대한 공동설정 합의도 법 제19조 제1항 제1호 소정의 부당한 공동행위에 해당한다.[45]

287        따라서 위 2. 1. 가의 행위사실을 살펴본 바와 같이, 이 사건 피심인들은 CDT의 최저가격, 가격가이드라인, 판매가격범위, 판매가격의 인상 및 인하폭, 세부사양별 가격차 등을 합의하였고, 고객에게 통지할 가격인상사유, 고객별 통지담당자, 가격인상 통지시점 및 가격인상시점 등에 대해서도 합의하였으므로 법 제19조 제1항 제1호의 규정에 의한 '가격을 결정·유지 또는 변경하는 행위'에 해당된다.

  (3) 법 제19조 제1항 제3호에 해당하는 행위인지 여부

288        법 제19조 제1항 제3호에서 규정하는 "상품의 생산·출고·수송 또는 거래의 제한이나 용역의 거래를 제한하는 행위"라 함은 사업자 사이에 각 당사자의 생산량이나 판매량을 일정 수준으로 제한하거나 일정한 비율로 감축시킴으로써 가격의 유지 또는 인상을 도모하려는 것을 말한다. 시장점유율을 사전에 합의로 정할 경우에는 합의된 시장점유율을 유지하기 위해 참여사업자들의 상품 판매량이 시장점유율 수준에 맞춰 제한될 수 밖에 없으므로 상품의 생산, 출고 또는 거래를 제한하는 행위에 해당된다.[46]

289        따라서 위 2. 1. 가.의 행위사실을 살펴본 바와 같이, 이 사건 피심인들은 전세계 CDT 수요의 감소추세에 맞춰 과잉공급을 해소함으로써 가격하락을 방지하고자 하였고 이를 위해 CDT시장점유율을 업체별로 할당하거나 고객별 판매점유율을 할당하기로 합의하고 이를 실행하였다. 시장점유율을 사전에 합의로 정할 경우 합의된 시장점유율을 유지하기 위해 생산량이 시장점유율 수준에 맞춰 제한될 수 밖에 없고 궁극적으로 시장의 가격, 품질, 서비스에 의한 경쟁이 감소되는 결과가 초래되

---

45) 대법원 2002. 7. 12. 선고 2000두10311 판결 참조

46) 대법원 2001. 5. 8. 선고 2000두10212 판결, 서울고등법원 2000. 11. 16. 선고 99누6226 판결 참조

므로[47] 이러한 시장점유율 합의행위는 법 제19조 제1항 제3호의 규정에 의한 '상품의 생산을 제한하는 행위'에 해당된다. 또한, 피심인들은 생산량 감축을 위해 생산라인 가동 중단일수 및 생산라인 폐쇄계획에도 합의하고 생산공장의 교차방문을 통하여 가동중단여부를 직접 감시하고 상호간 실행여부를 점검·확인하였는 바, 이러한 행위는 법 제19조 제1항 제3호에 해당된다.

(4) 하나의 공동행위

290    사업자들이 부당한 공동행위의 기본적 원칙에 관한 합의를 하고 이를 실행하는 과정에서 수차례의 합의를 계속하여 온 경우는 물론, 그러한 기본적 원칙에 관한 합의 없이 장기간에 걸쳐 여러 차례의 합의를 해 온 경우에도 그 각 합의가 단일한 의사에 기하여 동일한 목적을 수행하기 위한 것으로서 단절됨이 없이 계속 실행되어 왔다면, 그 각 합의의 구체적인 내용이나 구성원 등에 일부 변경이 있었다고 할지라도, 특별한 사정이 없는 한 그와 같은 일련의 합의는 전체적으로 1개의 부당한 공동행위로 봄이 상당하다.[48]

291    위 2. 가.의 행위사실을 살펴본 바와 같이, 이 사건 피심인들이 공동행위 기간중 수많은 카르텔회의를 개최하고 구체적인 판매가격이나 시장점유율, 생산량 감축 등을 위해 합의를 계속하여 해 온 것이 사실인 바, 다음과 같은 점을 고려할 때 하나의 공동행위로 인정된다.[49]

292    첫째, 피심인들은 공동행위 기간에 걸쳐 CDT의 판매가격 안정(인상, 유지 또는 급격한 하락 방지)를 도모하고자 하였으며, 이 과정에서 시장수급상황을 조절하기 위해 필요한 시장점유율 할당, 생산량 감축에 합의하는 등 CDT 시장에서 상호

---

47) 대법원 2001. 5. 8. 선고 2000두10212 판결

48) 대법원 2008. 9. 25. 선고 2007두3756 판결 참조

49) 이 사건에서 1996년 11월 23일 최초 다자회의에서 기본합의가 형성되었다고 판단할 여지도 많다. 즉, 피심인들의 대표이사가 참석한 최고위급회의에서 생산현황 및 계획에 대한 정보교환과 판매가격 인하자제 및 가격합의, 생산량 감축에 대한 합의가 이루어졌으며 이러한 논의내용 및 합의방식은 이후 실무자급 카르텔회의를 통해 구체화되는 방식으로 중층적 카르텔 회의가 상호 연관성을 갖고 공동행위 기간에 걸쳐 지속되었다. 또한, 당시 회의에 참석하지 않은 타 경쟁사를 참가시키기로 합의함으로써 이러한 카르텔 회의를 상당기간 지속시킬 의도가 있었다는 점에서도 더욱 그러하다.

가격경쟁에 따른 공멸을 막고 사업성을 유지하기 위한 단일한 의사와 동일한 목적을
수행하기 위하여 카르텔 회의에 참여하였다.

293        둘째, 피심인들은 카르텔 회의의 목적을 달성하기 위하여 공동행위 기간에
걸쳐 단절됨이 없이 합의와 실행을 반복하였다. 이 과정에서 피심인들은 판매가격
뿐만 아니라 시장·고객별 점유율, 생산량 감축에 대하여 일관되게 합의와 실행이 이
루어졌으며, 카르텔 회의도 대표이사로부터 중간관리자, 실무자에 이르기까지 중층적
인 구조를 갖고 10여년의 기간동안 월 1회 이상 주기적으로 합의가 이루어지는 등
합의방식의 동질성도 지속적으로 유지되었다.

294        특히, 실제 이 사건 카르텔 회의는 매회 반복적, 정례적으로 합의하고 실행하
는 과정에서 단절됨이 없이 상호 의사연결성이 있었다. 즉, 각 카르텔회의에서 피심
인들은 각 사의 생산·판매현황, 향후 수요예측, 현행가격 등에 관한 정보를 교환한
후 이전 합의사항의 이행여부, 가격인상 합의의 실현가능성 등을 논의하였다. 또한, 새
로운 합의가격은 종전 합의가격을 기준으로 인상 또는 인하폭으로 설정되기도 하고 이
전 합의가격을 유지하기로 하는 합의를 하기도 하였다. 또한, 이전 합의가격의 실행사
실을 상호 점검한 사실도 각 카르텔 회의는 상호 의사연결성이 있었음을 알 수 있다.

295        그리고 시장점유율 할당합의도 각 사는 전년도 판매량 자료에 기초하여 각 사
별 연간 점유율을 합의한 후 각 분기마다 상황변화를 반영하여 재조정하였고 매 회
의에서는 판매량 자료에 기초하여 이전 합의가 이행되고 있는지를 점검하였다. 또한,
각각의 생산량 감축합의도 피심인들이 예측한 수요량에 맞춰 가격하락 방지를 위해
매 회의에서 지속적으로 생산량 감축합의를 하고 실행여부도 실제 상대회사를 방문
하여 조업중단여부를 직접 확인하는 방식을 계속해 온 사실이 확인되었다.

296        셋째, 회의참가 구성원도 공동행위 기간에 걸쳐 일부 변동은 있었으나 피심
인들을 주축으로 동일성이 유지된 점[50] 등을 고려할 때, 이 사건 공동행위는 하나의

---

50) 피심인 중 LPD는 당초 LG전자와 필립스 전자가 참여해 오다가 양사의 CRT 사업부문을 통합하여 조인트 벤처로
   LPD가 설립되면서 계속 참여한 것으로 이 사건 공동행위 관련 회의 참석자 등이 LPD 구성원으로 관련 회의에 참
   석하는 등 참석자의 동일성에 차이가 없다,

공동행위에 해당된다.

나) 경쟁제한성 판단

297      사업자들이 공동으로 가격을 결정하거나 변경하는 행위는 그 범위 내에서 가격결정을 감소시킴으로써 그들의 의사에 따라 어느 정도 자유로이 가격의 결정에 영향을 미치거나 미칠 우려가 있는 상태를 초래하게 되므로, 그와 같은 사업자들의 공동행위는 특별한 사정이 없는 한 부당하다고 볼 수 밖에 없다.[51]

298      한국시장을 포함한 아시아 시장 등의 판매량이나 시장점유율을 할당하고, 판매가격의 유지·결정 등을 합의한 결과 사업자간 경쟁이 실질적로 제한됨으로써 한국시장에서의 제품 수입·판매가격이 일반적인 요인에 의하여 결정되는 가격보다 더 높게 형성되고 유지되었다고 볼 수 밖에 없는 등 경쟁이 제한된다[52]

299      시장점유율을 사전에 합의로 정할 경우에는 합의된 시장점유율을 유지하기 위해 판매량이 시장점유율 수준에 맞춰 제한될 수 밖에 없고 이는 결국 해당제품 시장의 가격, 품질, 서비스에 의한 경쟁을 감소시키는 결과를 초래하는 점에 비추어볼 때 이러한 시장점유율 합의행위는 해당제품의 생산, 출고 또는 거래를 제한하는 행위로서 거래시장분야에서의 경쟁을 실질적으로 제한하는 법 제19조 제1항 제3호 소정의 부당한 공동행위에 해당된다.[53]

300      위 3. 가.의 행위사실을 살펴본 바와 같이, 피심인들의 이 사건 공동행위는 다음과 같은 점을 고려할 때, 경쟁제한 효과만 발생시키는 것이 명백한 경성 공동행위에 해당된다.[54]

---

51) 대법원 2009. 3. 26. 선고 2008두21058 판결 참조

52) 서울고법 2004. 11. 24. 선고 2003누9000 판결 참조

53) 대법원 2001. 5. 8. 선고 2000두10212 판결 참조

54) 공동행위 심사기준(개정 2009. 8. 12. 공정거래위원회 예규 제71호, IV. 공동행위의 위법성 심사)에 의하면, 가격, 산출량의 결정·제한이나 시장·고객의 할당 등은 성격상 경쟁제한 효과만 발생시키는 것이 명백한 경우로 보고 있다.

*301*         첫째, 이 사건 공동행위는 경쟁관계에 있는 피심인들이 카르텔회의를 통해 한국 및 기타 시장에 판매하는 CDT의 가격을 인위적으로 인상·유지하고 시장점유율 할당, 생산량 감축 등을 합의하여 실행한 행위로서 '가격', '생산량' 및 '시장할당' 등이 매개가 된 점에서 경쟁제한 이외에 다른 목적을 찾아볼 수 없는 행위에 해당된다.

*302*         둘째, 피심인들이 2002년경부터 CDT 시장에서 거의 100%를 점유하고 있는 등 절대적인 지배력을 갖고 있는 상황이라는 점에서 볼 때, 피심인들간의 CDT 가격 이나 생산량 합의는 시장을 독점화함으로써 경쟁을 완전히 배제시키는 효과가 발생 한다는 점이 명백하다. 피심인들은 CDT에서 평판디스플레이 패널로 수요가 전환됨 에 따라 시장규모가 위축되고 가격이 하락되는 시점에서 인하할 가격폭도 설정해 온 것은 피심인들이 경쟁을 촉진하고자 하는 의도를 가졌다고 볼 수도 없다. 가격합의 는 가격고정 또는 가격인상 합의만을 의미하는 것은 아니며 가격하락 추세속에 공동 의 인위적인 가격설정이 없었더라면 보다 가격하락이 신속이 진행되고 품질 또는 서 비스 등 비가격 경쟁이 촉진될 상황을 저해하는 가격관련 공동행위 일체를 의미하는 것이다.

*303*         셋째, 피심인들이 기본적으로 경쟁제한적 의도를 가지고 이 사건 공동행위에 참가하였다는 점도 명백하게 확인된다. 우선 카르텔회의에서 피심인들이 교환해 온 정보는 각 사의 생산 및 판매량, 생산라인 전환계획, 각사의 주문 및 재고현황, 각사 의 현행가격, 각사의 향후 가격책정계획 등의 정보로서 일반적으로 시장에서 공개적 으로 입수하기 어려운 것들이다.[55] 또한, 피심인들은 실제 카르텔 회의에서 상호 경 쟁을 하는 것이 모두를 공멸시킬 수 있으므로 자제하여야 한다는 논의를 지속하면서 합의를 도출하였다. 이 과정에서 피심인들은 카르텔회의에서 다른 사업자의 합의사 항 이행여부를 점검하였고 이를 위반하는 과도한 할인행위나 다른 회원사의 주문량 을 빼앗는 행위, 합의된 내용대로 생산량 및 판매량을 감축하지 않은 사실이 발견되 는 경우 합의사항 이행을 촉구하였다.

---

55) 실제 피심인들은 카르텔 회의에 대해 비밀을 유지하기 위해, 회의증거자료를 남기지 않을 것과 각 사별 회의 참석 자 수를 제한할 것을 합의한 사실, 회의자료나 결과보고서 등에 '비밀', '대외비' 등의 표시가 기재되어 있는 사실은 이를 뒷받침한다.

*304*　　　　　넷째, 이 사건 공동행위는 효율성을 증대시키는 경제적 효과와 관련성이 없다. 피심인들이 조직한 CDT 카르텔회의는 단순히 판매가격, 시장점유율 할당, 생산량 감축의 조정 및 합의를 위한 의사연락체계로서 생산, 판매, 구매, 연구개발 등 효율성을 증대시키는 경제적 통합에 해당되지 아니한다.

*305*　　　　　따라서, 피심인들이 CDT 시장에서의 판매가격, 생산량 제한, 시장할당 등의 결정은 개별 사업자들이 독자적으로 결정하여야 함에도 피심인들이 공동으로 CDT의 판매가격, 생산량 제한 등을 합의하여 결정한 행위로서 경쟁을 제한할 의도가 명백하고  CDT 시장에서의 사업자간 경쟁을 감소시키거나 소멸시키는 결과를 초래하는 것으로써 부당하게 경쟁을 제한하는 행위에 해당된다.

　3) 소결

*306*　　　　　피심인들의 CDT 판매가격 설정행위는 법 제19조 제1항 제1호의 규정에 위반되고, 생산량 감축 및 시장점유율 할당행위는 법 제19조 제1항 제3호의 규정에 위반된다.

　4. 처분

　가. 시정조치 및 과징금 부과

*307*　　　　　앞서 본 바와 같이, 피심인들은 국내 CDT 판매시장에서 거의 100% 시장점유율을 차지하고 있으며, 피심인들의 이 사건 공동행위는 시장에 미치는 경쟁제한효과 및 파급효과의 정도가 크다고 인정되므로 독점규제 및 공정거래에 관한 법률[56] 제22조 및 제55조의3, 같은 법 시행령[57] 제9조 및 제61조 제1항 관련 [별표2], '과징금

---

56) 2005.4.1. 시행 법(법률 제7315호) 부칙 제8조(부당한 공동행위의 과징금에 관한 경과조치)는 '이 법 시행 전의 행위로서 이 법 시행 전에 종료되거나 이 법 시행 이후에도 그 상태가 지속되는 행위에 대한 과징금의 적용에 있어서는 종전의 규정에 의한다.'라고 규정하고 있다. 또한, 2005.4.1. 시행 법 시행령(제18768호) 부칙 제4조(부당한 공동행위의 과징금에 관한 경과조치)는 '이 영 시행 전의 행위로서 이 영 시행 전에 종료되거나 이 영 시행 후에도 그 상태가 지속되는 행위에 대한 과징금의 적용에 있어서는 종전의 규정에 의한다.'라고 규정하고 있다. 한편, 이 사건 공동행위 기간은 1996. 11. 23.∼2006. 3. 14.이므로 법 제22조에 의한 과징금 부과는 2005. 4. 1. 시행 법률 제7315호로 개정되기 전의 것을 말한다. 이하 같다.

57) 2005. 4. 1. 대통령령 제18768호로 개정되기 전의 것을 말한다. 이하 같다.

부과 세부기준 등에 관한 고시'[58](이하 '과징금고시'라 한다) Ⅲ. 2. 다. (1)[59]의 규정에 의하여 과징금을 부과한다. 다만, 향후 법위반행위의 재발방지를 위한 시정명령은 심의일 현재 피심인들이 국내 CRT산업이 소멸하여 CDT 사업부문을 영위하지 아니하고 있고 시정조치의 실익이 없으므로 제외한다.

나. 과징금 산정

1) 기본과징금의 산정

가) 관련매출액

(1) 관련상품의 범위

308          이 사건 공동행위로 인해 직접 또는 간접적으로 영향을 받은 상품은 컴퓨터용 컬러모니터 브라운관(CDT)이다. 실제 합의대상이 된 14인치, 15인치, 17인치, 19인치 제품을 관련상품으로 획정한다.

(2) 위반행위의 시기 및 종기

309          피심인 삼성 SDI와 피심인 중화영관, 피심인 중화영관 말레이시아[60], 피심인 중화영관 푸조우의 경우, 이 사건 공동행위의 시기는 1996. 11. 23.로 본다. 같은 날 삼성 SDI, 피심인 삼성 SDI와 피심인 중화영관, 피심인 중화영관 푸조우 및 오리온은 각 사의 대표이사가 참석한 최고위급 CDT 카르텔회의를 개최하여 CDT 다자회의의 중요한 핵심요소인 생산현황 및 향후 계획과 관련된 정보를 교환하고, 생산량감축, 판매가격 인하자제, 다른 CRT 사업자들도 참여하도록 역할분담하기로 합의하였고, 그 이후 10년 이상 CDT 카르텔이 지속되었으므로 피심인 삼성 SDI와 피심인 중화영관, 피심인 중화영관 말레이시아, 피심인 중화영관 푸조우가 부당한 공동행위

---

58) 2005. 7. 13. 공정거래위원회 고시 제200-15호 부칙 제2항에 의하여 2004. 4. 1. 공정거래위원회 고시 제2004-7호를 적용한다.
59) 과징금고시 Ⅲ. 2. 다. (1)의 규정에 의하면, 부당한 공동행위에 대하여는 원칙적으로 과징금을 부과한다.
60) 앞서 본 각주 5) 및 각주 14) 참조

를 할 것을 합의한 날인 1996. 11. 23.을 이 사건 공동행위의 시기로 본다.

310          피심인 LPD의 경우 2001. 6. 30.을 이 사건 공동행위의 시기로 본다. 앞서 본 바와 같이, LPD는 LG전자와 필립스전자의 CRT 사업부문을 합작투자로 지주회사인 LPD 홀딩스에 의해 2001. 6. 11. 설립되었고, LPD는 LG전자로부터 같은 해 6. 30, 필립스전자로부터 같은 해 7. 1. 각각 CRT사업부문을 양도받았으며, 설립 후 최초로 2001. 7. 24. CDT 카르텔 회의에 참석하였으나, 모회사인 LG전자와 필립스전자부터 영업상 주요 물적·인적요소를 양도받은 점, 모회사가 이 사건 공동행위에 가담해 온 2001. 4. 19. 및 2001. 6. 27. 다자회의의 참석자와 규격별 판매가격, 생산라인 중단 등 합의사항에 대해 2001. 7. 24. 최초 참석회의에도 동일한 참석자와 판매가격 가이드라인 설정, 생산라인 중단유지 합의 등 동일한 담합이 계속되어 그 효과가 발생된 점 등을 고려할 때, 부당한 공동행위로 인한 경쟁제한 의도 및 효과의 연속성이 인정되므로 영업양수일인 2001. 6. 30.을 위반행위의 개시일로 본다.

311          한편, 부당한 공동행위가 종료한 날이라 함은 이러한 합의가 더 이상 존속하지 않게 된 날을 의미하고, 합의가 더 이상 존속하지 않게 되었다 함은 이러한 합의에 정해진 조건이나 기한이 있었는데 그 조건이 충족되거나 기한이 종료한 경우 또는 당해 사업자가 탈퇴하거나, 당사자 사이에 합의를 파기하기로 한 경우, 또는 사업자들이 합의에 의하여 인상한 가격을 다시 원래대로 환원하는 등 합의에 명백히 반하는 행위를 함으로써 더 이상 합의가 유지되고 있다고 인정하기 어려운 사정이 있는 경우 등이 이에 해당한다고 할 것이다.[61]

312          따라서 이 사건 공동행위의 종기는 2006. 3. 14.로 본다. 같은 날 이후 피심인들이 새로운 회합을 가졌다는 증거자료가 없고, 실제 공동행위가 더 이상 존속하였는지 여부가 불명확한 점, 피심인 중화영관의 대표이사가 경쟁사와 마지막 CDT 다자회의라고 진술한 점, 2006. 3. 14. 마지막 회의에서 피심인들은 중국, 한국 등의 공장폐쇄 계획, 생산라인 중단을 논의한 점, CDT 시장수요가 대폭 축소되고 평판 디스플레이 시장으로 급속히 전환되어 피심인들의 이 사건 공동행위가 더 이상 유지되고

---

61) 서울고법 2004. 11. 24. 선고 2003누9000 판결 참조

있다고 인정하기 어려운 사정이 있는 점 등을 고려하여 이 사건 공동행위의 종기는 2006. 3. 14.로 본다.

(3) 관련매출액 범위

313        관련매출액은 '위반사업자가 위반기간 동안 일정한 거래분야에서 판매한 상품이나 용역의 매출액 또는 이에 준하는 금액'을 의미한다.[62] 따라서, 삼성 SDI, 중화영관의 관련매출액은 1996. 11. 23.~2006. 3. 14.까지, LPD의 관련매출액은 2001. 6. 30.~2006. 3. 14.까지의 피심인들이 CDT제품을 한국으로 수출하거나 국내에 판매한 금액으로 한다. 단, 14″, 15″CDT제품은 공동행위의 전기간에 걸쳐 합의대상에 포함되었으나, 17″CDT제품은 1998. 7. 31. 카르텔 회의부터, 19″CDT제품은 1999. 1. 18. 카르텔 회의부터 담합 대상에 포함되었으므로 17″ 및 19″CDT제품은 이 시점부터 2006. 3. 14.까지 한국내 판매한 CDT제품의 금액을 관련매출액으로 한다.

나) 부과기준율

314        과징금고시 Ⅳ. 1. 다. (1). (가)[63]의 규정에 의하면, 위반행위의 중대성 정도별로 부과기준율을 정하도록 규정하고 있으므로 위반행위의 중대성 판단에 관한 운영지침 Ⅳ. 2. 다. (1) 관련 [별표3]에 따라 산정된 점수는 3.0점[64]이고 산정점수가 2.2점 이상인 경우는 매우 중대한 위반행위에 해당되어 부과기준율은 3.5%~5%이다. 다만 이 사건 담합기간중 CDT 판매가격의 하락폭 완화를 위해 유지해 온 점, 법위반행위의 대부분이 2004. 4월 과징금고시 시행전의 행위인 점, CDT시장의 급격한 변동 및 수요 급감에 따른 수익성 악화를 완화하기 위한 점 등을 고려하여 부과기준율

---

62) 시행령 제9조(과징금의 산정방법) 제1항

63) 과징금고시 Ⅳ. 1. 다. (1) 부당한 공동행위
(가) 관련매출액에 위반행위 중대성의 정도별 부과기준율을 곱하여 기본과징금을 산정한다.

| 중대성 정도 | 부과기준율 |
|---|---|
| 매우 중대한 위반행위 | 3.5 ~ 5.0% |

64) 과징금 부과시 관련매출액의 산정 및 위반행위의 중대성 판단에 관한 운영지침 Ⅳ. 2. 다. (1) 관련 [별표3]의 부당한 공동행위 세부평가기준에 따라 이 사건 위반행위의 내용: 0.5(비중)×3점(부가수준: 상)=1.5점, 위반행위의 정도 참작사항 중 시장점유율: 0.2(비중)×3점(부가수준:상)=0.6점, 위반행위의 파급효과: 0.3(비중)×3점(부가수준:상)=0.9점이고, 산정점수 합계는 1.5점+0.6점+0.9점=3점으로 2.2점 이상으로 매우 중대한 위반행위에 해당한다.

은 3.5%를 적용한다.

다) 기본과징금액

315      부과기준율에 따라 피심인별 기본과징금은 아래 <표 28>의 내용과 같다.

<표 28>                             기본과징금

(원)

| 피심인별 | 관련매출액 | 부과기준율 | 기본 과징금액 |
|---|---|---|---|
| 삼성 SDI | 2,079,129,417,703 | 3.5% | 72,769,529,619 |
| 엘피디(LPD) | 621,349,000,000 | 3.5% | 21,747,215,000 |
| 중화영관 | TWD 6,039,799,493<br>(232,592,678,475) | 3.5% | TWD 211,392,982<br>(8,140,743,746) |
| 중화영관 말레이시아 | TWD 89,488,243<br>(3,446,192,237) | 3.5% | TWD 3,132,088<br>(120,616,728) |
| 중화영관 푸조우 | TWD 79,677,374<br>(3,068,375,672) | 3.5% | TWD 2,788,708<br>(107,393,148) |
| 합계 | 2,939,585,664,087 | – | 102,885,498,241 |

* 중화영관 3사 매출액은 타이완달러(TWD)을 기준으로 위원회 합의일(2011.1.26) 현재
  한국외환은행 최초 고시 매매기준율(1 TWD=38.51원)을 적용하여 원화로 환산함

라) 의무적 조정과징금의 산정

316      피심인들은 의무적 조정사유가 없으므로 기본과징금을 의무적 조정과징금으로
  산정한다.

마) 임의적 조정과징금 산정

317           (1) 피심인들은 이 사건 공동행위에 이사 또는 그 이상에 해당하는 고위임
  원이 위반행위에 직접 참여한 사실이 인정되므로 과징금고시 IV. 3. 나.65)에 따라 의

---

65) 과징금고시 IV. 3. 나. 가중사유 및 비율
   (5) 위반사업자의 이사 또는 그 이상에 해당하는 고위 임원이 위반행위에 직접 관여한 경우 : 100분의 10이내

무적 조정과징금의 10%를 가중한다.

318        (2) 피심인 중화영관, 피심인 중화영관 말레이시아, 피심인 중화영관 푸조우는 2008년도와 2009년도, LPD[66]는 2007년도와 2008년도 연속으로 당기순이익이 적자이므로 과징금 고시 IV. 3. (다). (8). (나)[67]에 따라 의무적 조정과징금의 20%를 감경한다. 피심인별 임의적 조정과징금은 아래 <표 29>와 같다.

<표 29>        <u>임의적 조정과징금</u>

(원, %)

| 피심인 | 의무적 조정과징금 | 가중·감경율 | 조정금액 | 임의적 조정과징금 |
|---|---|---|---|---|
| 삼성 SDI | 72,769,529,619 | 10% | 7,276,952,961 | 80,046,482,580 |
| LPD | 21,747,215,000 | △10 | △2,174,721,500 | 19,572,493,500 |
| 중화영관 | TWD 211,392,982 (8,140,743,746) | △10 | TWD 21,139,298 (△814,074,374) | TWD 190,253,684 (7,326,669,372) |
| 중화영관 말레이시아 | TWD 3,132,088 (120,616,728) | △10 | TWD 313,208 (△12,061,672) | TWD 2,818,880 (108,555,056) |
| 중화영관 푸조우 | TWD 2,788,708 (107,393,148) | △10 | TWD 278,870 (△10,739,314) | TWD 2,509,838 (96,653,834) |
| 합 계 | | – | | 107,150,854,342 |

바) 부과과징금의 결정

319        (1) 피심인 엘피디(LPD)[68]는 2009. 6. 8. CRT 사업부문을 메르디안 솔라앤 디스플레이 컴퍼니 리미티드(Merdian Solar & Display Co. Ltd.)에게 양도하고 2009. 12. 10. 현재 폐업한 상태로써 자산이 15백만원에 불과하고 채무가 300억원 이상인 점 등을 고려할 때, 객관적으로 과징금을 납부할 능력이 없다고 인정되므로 과징금을 면제한다.

---

(6) 기타 위 (1) 내지 (5)의 사항에 준하는 사유가 있는 경우 : 100분의 10 이내

66) LPD는 2009년 CRT 사업과 자산을 양도하여 현재 사업을 영위하고 있지 않아 2009년도 사업보고서가 없으므로 2007년과 2008년도의 당기순이익 자료로 판단하였다.

67) 과징금고시 IV. 3. 다. (8)
    (가) 전년도 당기순이익이 적자인 경우: 100분의 10이내
    (나) 최근 2년 이상 당기순이익이 연속적자인 경우: 100분의 20이내

68) 모회사인 LPD 홀딩스(네덜란드 법인)는 파산신청하여 현재 청산절차가 진행중이다.

320　　　　　(2) 피심인 삼성 SDI, 피심인 중화영관, 피심인 중화영관 말레이시아, 피심인 중화영관 푸조우는 당해 CDT시장에서의 수요급감, 가격급락에 따른 산업의 구조조정으로 수익성이 악화된 점, 최근 3~4년간 당해 제품관련 당기순이익이 사실상 손실로 부당이득이 적은 점. 과거 3년간 법위반전력이 없고 법위반 재발방지를 위해 CP도입·시행하고 있는 점, 당해 시장·산업계의 경영상 어려움 등으로 감경한 기존 심결례가 있는 점, 국·내외시장 또는 산업의 객관적인 사정 또는 여건이 급격히 변화하여 CDT시장이 소멸한 점 등을 고려할 때, 임의적 조정과징금을 부과하는 것이 현저히 과중하다고 인정되어 과징금 고시 Ⅳ. 4. 가. (2).의 규정에 따라 위 피심인들에 대하여 임의적 조정과징금에서 70%를 감경한다. 다만, 과징금 고시 Ⅳ. 4. 마.의 규정에 따라 백만원 미만의 금액은 절사한다. 피심인별 부과과징금은 아래 <표 30>와 같다.

<표 30>　　　　　　　　　　　　　　부 과 과 징 금

(천원, %)

| 피심인 | 임의적 조정과징금 | 감면율 | 부과과징금 | 과징금 부과한도 | |
|---|---|---|---|---|---|
| | | | | 3년 평균 매출액의 5% | 3년 평균매출액 |
| 삼성 SDI | 80,046,482 | 70 | 24,013,944 | 276,998,000 | 5,539,965,000 |
| LPD | 19,572,493 | 100 | 0 | 42,371,000 | 847,437,000 |
| 중화영관 | 7,326,669 (TWD190,253,684) | 70 | 2,198,000 (TWD57,076,105) | 110,111,000 | 2,202,227,000 |
| 중화영관 말레이시아 | 108,555 (TWD2,818,880) | 70 | 32,566 (TWD845,664) | 19,981,000 | 399,636,000 |
| 중화영관 푸조우 | 96,653 (TWD 2,509,838) | 70 | 28,996 (TWD752,951) | 34,472,000 | 689,442,000 |

* 타이완달러(TWD)는 1 TWD=38.51원으로 산정금액임

5. 결론

321　　　　　피심인들의 위 2. 가. 행위는 법 제19조 제1항 제1호 및 제3호의 규정에 위반되므로, 과징금 납부명령에 대하여는 법 제22조의 규정을 적용하여 주문과 같이 의결한다.

공정거래위원회는 위와 같이 의결하였다.


2011년   3월   10일



의    장   위 원 장    김 동 수


주심위원    김 학 현


위    원    안 영 호


위    원    양 명 조


위    원    이 홍 권


위    원    전 성 훈


위    원    최 종 원