# Exhibit 71

# Czech Competition Office fines cathode ray tubes producers for price-fixing

**Resource type:** Legal Update: Archive

**Status:** Law stated as at 26-Aug-2010

**Jurisdiction:** Czech Republic

On 26 August 2010, the Czech Competition Office adopted a first instance decision imposing fines totalling CZK51,787,000 (approximately EUR2.1 million) on eight cathode ray tube producers. Fines were imposed on Chunghwa Picture Tubes Ltd, Technicolor SA (formerly Thomson SA), Panasonic Corporation, MT Picture Display Co Ltd and Toshiba Corporation. Company Samsung SDI Co Ltd was granted full immunity for being the first to provide the information about the cartel. Fines were not imposed on two other companies (Koninklijke Philips Electronics NV and LG Electronics) because the statutory time limit for their imposition had expired.

---

The full text of this resource is available through the following PLC service(s):

PLC EU Competition Law

PLC UK Law Department

**Your subscription does not currently include this service.**

To request a trial to this service, simply fill out a trial request form.

**REQUEST TRIAL**

Please feel free to contact us or your PLC Account Executive with any questions. Thank you for your interest in Practical Law Company.

**CONTACT US**

**Resource information**

**Resource ID:** 9-503-4180

**Law stated date:** 26-Aug-2010

**Products:**  PLC EU Competition Law, PLC UK Law Department

## Related content

### Legal Update: Archive

Czech Competition Office's decision to fine cathode ray tubes producers for price-fixing agreement confirmed (http://us.practicallaw.com/topic5-504-3271)

Copyright © 2012 Practical Law Publishing Limited and Practical Law Company, Inc. All Rights Reserved. Use of PLC websites and services is subject to the Terms of Use (http://us.practicallaw.com/2-383-6690) and Privacy Policy (http://us.practicallaw.com/8-383-6692). For further information visit http://www.practicallaw.com/us or call (646) 562-3400.