# Exhibit 77

**From:** 囍囗 [hoon@samsung.com]
**Sent:** Monday, April 11, 2005 12:56 AM
**To:** cesarjung@lgphilips-displays.com;yangsp@mail.cptt.com.tw;yunly@mail.cptt.com.tw;kenny.han@lgphilips-displays.com;samsong@samsung.com
**Subject:** Working Level Meeting

Dear All,

Thank you for your strong cooperation.

Based on management meeting result, we will have working level meeting as soon as possible.

However, everybody is very busy for many things.

This time SDI would like to call for meeting on 4/12 P.M 15:00.

Please let me know your availability.

Sorry for short notice.

Thank you and best regards,

Ricky (Hoon) Choi / 崔 勳

Manager / Samsung SDI Taipei Branch

Tel : (886)-2-2656-8303  Fax: (886)-2-2656-8330

Cel : (886)-932-210-353

E-mail : hoon@samsung.com

CONFIDENTIAL – GRAND JURY MATERIAL