# Exhibits 80 - 81

# Submitted Under Seal