# Exhibits 83 - 85

# Submitted Under Seal