# Exhibit 86

# CIVIL TRIAL MINUTES
## NORTHERN DISTRICT OF CALIFORNIA

Date: **5/31/12**

**The Honorable SUSAN ILLSTON**

**Clerk:** Tracy Kasamoto

**Court Reporter:** <u>Lydia Zinn</u> & Belle Ball

Case No. **MDL 7-1827 SI**   Case Name: *IN RE: TFT-LCD (FLAT PANEL ANTITRUST LITIGATION)*

Voir Dire: 5/14/12
Trial Began: 5/21/12   Trial Continued: 6/4/12 @ 9 a.m.

Trial Ended:

**Trial Motions Heard**:                                                                                          **Disposition**

1.

**Trial Witnesses/Other:**
 Testimony provided by the following trial witnesses: 1) Tomohito Amano, and 2) Brian Gray

**Verdict:**


**Disposition of Exhibits:**



5/11