# Exhibits 87 - 90

# Submitted Under Seal