# Exhibits 92 - 119

# Submitted Under Seal