1  Mario N. Alioto (56433)
   Lauren C. Russell (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
   2280 Union Street
3  San Francisco, CA  94123
   Telephone:     (415) 563-7200
4  Facsimile:     (415) 346-0679
   Email: malioto@tatp.com
5  Email:  laurenrussell@tatp.com

6  *Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

7

8

9

10

11              **UNITED STATES DISTRICT COURT**

12             **NORTHERN DISTRICT OF CALIFORNIA**

13               **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 14  IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC |
| 15 | MDL No. 1917 |
| 16 | **ERRATA TO THE DECLARATION OF JANET S. NETZ, PH.D., IN SUPPORT OF MOTION OF INDIRECT-PURCHASER PLAINTIFFS FOR CLASS CERTIFICATION** |
| 17  This Document Relates to: | |
| 18  ALL INDIRECT PURCHASER ACTIONS | Date:    TBD |
| 19 | Time:    TBD |
| 20 | Before: Hon. Charles A. Legge (Ret.)  Special Master |
| 21 | The Honorable Samuel Conti |
| 22 | |

23

24             **REDACTED PER COURT ORDER (D.E. 1512)**

25

26

27

28

ERRATA TO THE DECLARATION OF JANET S. NETZ, PH.D., IN SUPPORT OF MOTION OF INDIRECT-PURCHASER PLAINTIFFS FOR CLASS CERTIFICATION — MASTER FILE NO. CV-07-5944-SC, MDL NO. 1917

Confidential      ERRATA TO THE DECLARATION OF JANET S. NETZ, PH.D.      Page 1 of 1

Below are corrections to the Declaration that I submitted on October 1, 2012.

## I.  Changes to Exhibits:



## II. Changes to Declaration text:



I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. This declaration was executed on the 9th day of October 2012, at Ann Arbor, Michigan.

JANET S. NETZ

Subscribed and sworn to before me this ___ 9 ___ day of October 2012.

Notary Public

BRIAN PAUL ROSEWARNE
Notary Public, State of Michigan
County of Washtenaw
My Commission Expires May. 20, 2014
Acting in the County of _____

My commission expires: _____

# EXHIBIT ER-5
# HAS BEEN REDACTED IN FULL

# EXHIBITS ER-13 AND ER-14
# HAVE BEEN REDACTED IN FULL

# EXHIBITS ER-18 THROUGH ER-20
# HAVE BEEN REDACTED IN FULL

# EXHIBIT ER-36

# HAS BEEN REDACTED IN FULL