ALDO A. BADINI (257086)
JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT-PURCHASER ACTIONS | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF EVA W. COLE IN SUPPORT OF THE PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

- 1 -

I, Eva W. Cole, declare as follows:

1. I am an attorney with Winston & Strawn LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. I make this declaration pursuant to Civil Local Rule 79-5(d) to establish that the Errata to the Declaration of Robert D. Willig ("Errata"), submitted to the Court in connection with Defendants' Opposition to Indirect-Purchaser Plaintiffs' Motion for Class Certification, contains Confidential and Highly Confidential information and is sealable. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. No. 306).

3. On December 17, 2012, Defendants filed a joint administrative motion seeking leave to file under seal portions of their Opposition to Indirect-Purchaser Plaintiffs' Motion for Class Certification and supporting documents including the Declaration of Robert D. Willig ("Willig Declaration") (Dkt. No. 1489). Defendants' joint motion to seal was supported with declarations from counsel for seven defendant groups.[1] On December 27, 2012, the Court granted Defendants' joint motion to seal. Order Re Administrative Motions to File Under Seal (Dkt. No. 1523).

---

[1] Declaration of Eva W. Cole in Support of Administrative Motion to File Under Seal (Dkt. No. 1489-1); Declaration of Michelle Park Chiu in Support of Administrative Motion to File Under Seal (Dkt. No. 1491); Declaration of Hojoon Hwang in Support of Administrative Motion to File Under Seal (Dkt. No. 1494); Declaration of Tyler Cunningham in Support of Administrative Motion to File Under Seal (Dkt. No. 1495); the Declaration of Courtney Byrd in Support of Administrative Motion to File Under Seal (Dkt. No. 1489-1); the Declaration of Lucius B. Lau in Support of Administrative

4. On January 18, 2013, the Panasonic Defendants filed an Administrative Motion to Seal, and lodged conditionally under seal, portions of the following document, pursuant to Civil Local Rules 7-11 and 79-5(d):

- Errata to the Declaration of Robert D. Willig in Support of the Opposition Brief ("Errata") that contains information from documents that Defendants have designated "Confidential" or "Highly Confidential."

5. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by defendants as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in the Errata.

6. Upon information and belief, the Errata consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The Errata contains, cites to, and/or identifies confidential information about defendants' sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements and competitive positions. The Errata describes relationships with companies that remain important to the defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

7. The Errata quotes from or describes documents or information designated as "Confidential" or "Highly Confidential" by the defendants pursuant to the Stipulated Protective Order. As with the original Willig Declaration filed on December 17, 2012, I understand that the defendants consider any statements in the Errata purporting to summarize the exhibits or any other

---

Motion to File Under Seal (Dkt. No. 1490); Declaration of Charles Malaise in Support of Administrative Motion to File Under Seal (Dkt. No. 1493).

- 3 -

DECL. OF EVA W. COLE I/S/O
PANASONIC DEFENDANTS' MOTION TO SEAL

Case No. 07-5944 SC
MDL No. 1917

documents or information designated "Confidential" or "Highly Confidential" by the defendants confidential and proprietary. I am informed and believe that the defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in the Errata.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: January 18, 2013

By: /s/ *Eva W. Cole*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000

Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 5 -

DECL. OF EVA W. COLE I/S/O
PANASONIC DEFENDANTS' MOTION TO SEAL

Case No. 07-5944 SC
MDL No. 1917