ALDO A. BADINI (257086)
JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT-PURCHASER ACTIONS | Case No. 07-5944 SC<br>MDL. No. 1917<br><br>**[PROPOSED] ORDER GRANTING PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(c)** |

On January 18, 2013, Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co. Ltd. (collectively, "Panasonic Defendants") filed the Errata to the Declaration of Robert D. Willig in support of Defendants' Opposition to Indirect-Purchaser Plaintiffs' Motion for Class Certification ("Willig Errata").

- 2 –

With respect to this document, the Panasonic Defendants also filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(c) ("Motion to Seal") seeking leave to file this document, or portions thereof, under seal.

On January 18, 2013, the Panasonic Defendants filed the Declaration of Eva W. Cole in Support of the Motion to Seal.

After due consideration of the papers submitted, the Court's previously entered Protective Order, and the Court's file in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED with respect to those portions of the Willig Errata identified by the Panasonic Defendants in their supporting Declaration.

1.  The Clerk shall place in the public record the following document:

   i.  The redacted version of the Willig Errata as lodged by the Panasonic Defendants on January 18, 2013.

All other documents filed under seal by the Panasonic Defendants on January 18, 2013 shall remain under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO RECOMMENDED.**

Dated:_____          _____
                                                          Hon. Charles A. Legge
                                                          Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated:_____          _____
                                                          Hon. Samuel Conti
                                                          United States District Judge