IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MDL No. 1917
IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

No. C-07-5944 SC

Clerk's Notice

    Plaintiff is required to serve this notice on the Defendant or any party that has not yet appeared in this action.

    YOU ARE HEREBY NOTIFIED THAT Toshiba Defendant's Motion to Adopt in Part Special Master's Report and Recommendation Regarding the Toshiba Defendants' Motion to Compel Arbitration set for hearing on Friday, January 25, 2013 at 10:00 a.m. before the Honorable Samuel Conti is submitted for a decision on the pleadings.  Parties are hereby informed that there will be no appearance and no oral argument on this matter pursuant to Civil LR 7-1(b).

Dated:   January 23, 2013

                                                    By: _T. De Martini_
                                                  Courtroom Deputy Clerk to
                                                  U.S. District Judge Samuel Conti