Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

ALL DIRECT PURCHASER ACTIONS

Master File No. CV-07-5944-SC

MDL No. 1917

**DECLARATION OF MARKHAM SHERWOOD RE DISSEMINATION OF LG NOTICE TO CLASS MEMBERS AND REQUESTS FOR EXCLUSION**

I, Markham Sherwood, declare as follows:

1. I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi was hired by class counsel as the Settlement Administrator in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2 Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer protection class actions, and other similar matters. Gilardi specializes in designing, developing, analyzing, and implementing settlement administration plans that support due process. During the past 28 years Gilardi has administered class notice and class settlements in over 3,500 class actions, and has distributed more than $20 billion in assets.

3. Between May 16 and May 29, 2012 Gilardi received from Plaintiffs' Counsel eight files which included the names, and, where available, the addresses and electronic mail addresses of all class members identified by Defendants in this matter. Gilardi formatted the list for mailing purposes, removed duplicate records, removed known Defendant entities, researched company names lacking addresses and added addresses where found, and processed the names and addresses through the National Change of Address Database to update any addresses on file with the United States Postal Service ("USPS").

4. On November 27, 2012, Gilardi caused the LG Notice to be printed and mailed to the 16,601 unique names and addresses on the class list. Gilardi delivered the LG Notices to the United States Post Offices located in Santa Rosa, California. A true and correct copy of the LG Notice is attached hereto as Exhibit A.

5. On November 27, 2012, Gilardi caused the Notice to be electronically distributed to the 872 unique electronic mail addresses on the class list.

6. On or before June 7, 2012, Gilardi established a case-dedicated website at www.CRTDirectPurchaserAntitrustSettlement.com. There, potential class members can view and print copies of the CPT Settlement Agreement, the Philips Settlement Agreement, the Notice, and the Order Granting Settlement Class Certification and Preliminary Approval of Class Action

Settlements with CPT and Philips. Gilardi subsequently amended the landing page and added the Panasonic Class Notice, the Panasonic Settlement Agreement, the Order Granting Class Certification and Preliminary Approval of Class Action Settlement with Panasonic, the LG Class Notice, the LG Settlement Agreement, and the Order Granting Class Certification and Preliminary Approval of Class Action Settlement with LG. Class members can also view Frequently Asked Questions and obtain Gilardi's contact information.

7. On or before June 7, 2012, Gilardi activated a toll-free telephone number, 1-877-224-3063, through which callers are able to connect with a live customer service representative Monday through Friday from 7:00 a.m. to 5:00 p.m. Pacific Time. English and Spanish operators are available.

8. Through its in-house advertising agency, Larkspur Design Group, Gilardi caused the Summary Notice to be published in the national edition of the Wall Street Journal on November 23, 2012. A true and correct copy of the tear sheet provide by the Wall Street Journal is attached hereto as Exhibit B.

9. The postmark deadline for class members to be excluded from the LG Settlement Class was January 11, 2013. To date, Gilardi has received 23 timely requests for exclusion from the settlement. A report detailing the requests for exclusion received at Gilardi is attached hereto as Exhibit C.

10. The postmark deadline for class members to object to the LG Settlement was January 11, 2013. To date, Gilardi has received zero (0) objections to the settlement.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 24th day of January, 2013 at San Rafael, California.

MARKHAM SHERWOOD

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If You Bought A Cathode Ray Tube Product, A Class Action Settlement May Affect You.

Cathode Ray Tube (CRT) Products include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube such as Televisions and Computer Monitors

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

- A class action lawsuit that includes direct purchasers of CRT Products is currently pending.
- Plaintiffs claim that Defendants (listed below) and co-conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of Cathode Ray Tubes. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors. Plaintiffs allege that, as a result of the unlawful conspiracy involving cathode ray tubes, they and other direct purchasers paid more for CRT Products than they would have paid absent the conspiracy. Defendants deny Plaintiffs' claims.
- A Settlement has been reached with LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. The companies are together referred to as the "Settling Defendants."
- Your legal rights will be affected whether you act or don't act. This Notice includes information on the Settlement and the continuing lawsuit. Please read the entire Notice carefully.

**These Rights and Options – and deadlines to exercise them – are explained in this notice**

| | |
|---|---|
| You can object or comment on the Settlement | *see* Question 10 |
| You may exclude yourself from the Settlement | *see* Question 10 |
| You may go to a hearing and comment on the Settlement | *see* Question 14 |

- The Court in charge of this case still has to decide whether to approve the Settlement. The case against the Non-Settling Defendants (identified below) continues.

**WHAT THIS NOTICE CONTAINS**

**Basic Information** .......... **Page 2**

1. Why did I get this notice?
2. Who are the Defendant companies?
3. What is this lawsuit about?
4. Why is there a Settlement but the litigation is continuing?
5. What is a Cathode Ray Tube Product?
6. What is a class action?

**The Settlement Class** .......... **Page 3**

7. How do I know if I'm part of the Settlement Class?
8. What does the Settlement provide?
9. When can I get a payment?
10. What are my rights in the Settlement Class?
11. What am I giving up to stay in the Settlement Class?

**The Settlement Approval Hearing** .......... **Page 4**

12. When and where will the Court decide whether to approve the Settlement?
13. Do I have to come to the hearing?
14. May I speak at the hearing?

**The Lawyers Representing You** .......... **Page 4**

15. Do I have a lawyer in the case?
16. How will the lawyers be paid?

**Getting More Information** .......... **Page 4**

17. How do I get more information?

## BASIC INFORMATION

### 1. Why did I get this notice?

You or your company may have directly purchased Cathode Ray Tubes (CRTs) or certain products containing those tubes between March 1, 1995 and November 25, 2007. A direct purchaser is a person or business who bought a CRT, or a television or computer monitor containing a CRT directly from one or more of the Defendants, co-conspirators, affiliates, or subsidiaries themselves, as opposed to an intermediary (such as a retail store).

You have the right to know about the litigation and about your legal rights and options before the Court decides whether to approve the Settlement.

The notice explains the litigation, the settlement, and your legal rights.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is called *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The people who sued are called Plaintiffs and the companies they sued are called Defendants.

### 2. Who are the Defendant companies?

The Defendant companies include: LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., LP Displays International, Ltd. f/k/a LG.Philips Displays, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung SDI Co. Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., Tianjin Samsung SDI Co. Ltd., Samsung SDI Malaysia Sdn. Bhd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC., Toshiba America Information Systems, Inc., Toshiba America Electronics Components, Inc., Panasonic Corporation f/k/a Matsushita Electric Industrial, Ltd., Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing-Matsushita Color CRT Company, Ltd. (BMCC), Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi America, Ltd., Hitachi Asia, Ltd., Tatung Company of America, Inc., Chunghwa Picture Tubes Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., IRICO Group Corporation, IRICO Display Devices Co., Ltd., IRICO Group Electronics Co., Ltd., Thai CRT Company, Ltd., Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd., Daewoo International Corporation, Irico Group Corporation, Irico Group Electronics Co., Ltd., and Irico Display Devices Co., Ltd.

### 3. What is this lawsuit about?

The lawsuit alleges that Defendants and co-conspirators conspired to raise and fix the prices of CRTs and the CRTs contained in certain finished products for over ten years, resulting in overcharges to direct purchasers of those CRTs and certain finished products containing CRTs. The complaint describes how the Defendants and co-conspirators allegedly violated the U.S. antitrust laws by establishing a global cartel that set artificially high prices for, and restricted the supply of, CRTs and the televisions and monitors that contained them. Defendants deny Plaintiffs' allegations. The Court has not decided who is right.

### 4. Why is there a Settlement but the litigation is continuing?

Only some of the Defendants have agreed to settle the lawsuit. This notice concerns a settlement with LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. (This settlement also releases LP Displays International, Ltd. f/k/a LG.Philips Displays.) Plaintiffs have also reached three previous settlements with 1) Chunghwa Picture Tubes Ltd., and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., 2) Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda. and 3) Panasonic Corporation (f/k/a Matsushita Electric Industrial, Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (this settlement also releases Beijing-Matsushita Color CRT Company, Ltd.) which are awaiting final approval from the Court. The case is continuing against the remaining Non-Settling Defendants. Additional money may become available in the future as a result of a trial or future settlements, but there is no guarantee that this will happen.

### 5. What is a Cathode Ray Tube Product?

For the purposes of the Settlement, Cathode Ray Tube Products means Cathode Ray Tubes of any type (e.g. color display tubes, color picture tubes and monochrome display tubes) and finished products which contain Cathode Ray Tubes, such as Televisions and Computer Monitors.

### 6. What is a class action?

In a class action, one or more people, called class representatives, sue on behalf of people who have similar claims. All these people are members of the class, except for those who exclude themselves from the class.

If the Plaintiffs obtain money or benefits as a result of a trial or future settlement, you will be notified about those settlements, if any, at that time. Important information about the case will be posted on the website, **www.CRTDirectPurchaserAntitrustSettlement.com** as it becomes available. Please check the website to be kept informed about any future developments.

## THE SETTLEMENT CLASS

### 7. How do I know if I'm part of the Settlement Class?

The Settlement Class includes:

All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or subsidiary or affiliate thereof, or any co-conspirator ("Settlement Class").

### 8. What does the Settlement provide?

This Settlement provides for a payment in the amount of $25,000,000 in cash to the Settlement Class. The Settling Defendants also agreed to cooperate with the Plaintiffs in providing certain information about the allegations in the complaint. In addition, the Settling Defendants' sales remain in the case for the purpose of computing damages against the remaining non-settling Defendants.

More details are in the Settlement Agreement, available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

### 9. When can I get a payment?

No money will be distributed to any Class Member yet. The lawyers will pursue the lawsuit against the Non-Settling Defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

Any future distribution of the Settlement Funds will be done on a *pro rata* basis. You will be notified in the future when and where to send a claim form. DO NOT SEND ANY CLAIMS NOW.

In the future, each class member's *pro rata* share of the Settlement Fund will be determined by computing each valid claimant's total CRT Product purchases divided by the total valid CRT Product purchases claimed. This percentage is multiplied to the Net Settlement Fund (total settlements minus all costs, attorneys' fees, and expenses) to determine each claimant's *pro rata* share of the Settlement Fund. To determine your CRT Product purchases, CRT tubes (CPT's and CDT's) are calculated at full value while CRT televisions are valued at 50% and CRT computer monitors are valued at 75%.

In summary, all valid claimants will share in the settlement funds on a *pro rata* basis determined by the CRT value of the product you purchased - tubes 100%, monitors 75% and televisions 50%.

### 10. What are my rights with regard to the Settlement Class?

**Remain in the Settlement Class**: If you wish to remain a member of the Settlement Class you do not need to take any action at this time.

**Get out of the Settlement Class**: If you wish to keep any of your rights to sue the Settling Defendants about the claims in this case, you must exclude yourself from the Settlement Class. You will not get any money from the settlement if you exclude yourself from the Settlement Class.

To exclude yourself from the Settlement Class, you must send a letter that includes the following:

- Your name, address and telephone number;
- A statement saying that you want to be excluded from *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, LG Settlement; and
- Your signature.

You must mail your exclusion request, postmarked no later than **January 11, 2013**, to:

CRT Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8090
San Rafael, CA 94912-8090
Tel: 877-224-3063

**Remain in the Settlement Class and Object**: If you have comments about, or disagree with, any aspect of the Settlement, you may express your views to the Court by writing to the address below. The written response needs to include your name, address, telephone number, the case name and number (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), a brief explanation of your reasons for objection, and your signature. The response must be postmarked no later than **January 11, 2013** and mailed to:

| COURT | INTERIM LEAD COUNSEL | COUNSEL FOR SETTLING DEFENDANTS |
|---|---|---|
| Honorable Charles A. Legge (Ret.)<br>JAMS<br>Two Embarcadero, Suite 1500<br>San Francisco, CA 94111 | Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111 | Douglas L. Wald<br>Wilson D. Mudge<br>Yong Sang Kim<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, NW<br>Washington, DC 20004 |

**11. What am I giving up to stay in the Settlement Class?**

Unless you exclude yourself from the Settlement Class, you can't sue the Settling Defendants (or any of the related entities that are released in the Settlement Agreement), or be part of any other lawsuit against these Settling Defendants about the legal issues in this case. It also means that all of the decisions by the Court will bind you. The "Release of Claims" includes any causes of actions asserted or that could have been asserted in the lawsuit, as described more fully in the Settlement Agreement. The Settlement Agreement is available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

**THE SETTLEMENT APPROVAL HEARING**

**12. When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Fairness Hearing at **10:00 a.m. on March 15, 2013**, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the class website for information. At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

**13. Do I have to come to the hearing?**

No. Interim Lead Counsel will answer any questions the Court may have, but you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

**14. May I speak at the hearing?**

If you want your own lawyer instead of Interim Lead Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance." The Notice of Appearance should include the name and number of the lawsuit (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), and state that you wish to enter an appearance at the Fairness Hearing. It also must include your name, address, telephone number, and signature. Your "Notice of Appearance" must be postmarked no later than **January 11, 2013**. You cannot speak at the Hearing if you previously asked to be excluded from the Settlement.

The Notice of Appearance must be sent to the addresses listed in Question 10.

**THE LAWYERS REPRESENTING YOU**

**15. Do I have a lawyer in the case?**

Yes. The Court has appointed the law firm of Saveri & Saveri, Inc. to represent you as "Interim Lead Counsel." You do not have to pay Interim Lead Counsel. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

**16. How will the lawyers be paid?**

Class Counsel are not asking for attorneys' fees at this time. At a future time, Interim Lead Counsel will ask the Court for attorneys' fees not to exceed one-third (33.3%) of this or any future Settlement Fund plus reimbursement of their costs and expenses, in accordance with the provisions of the Settlement Agreement. Interim Lead Counsel may also request that an amount be paid to each of the Class Representatives who helped the lawyers on behalf of the whole Class.

**GETTING MORE INFORMATION**

**17. How do I get more information?**

This Notice summarizes the lawsuit and the Settlement. You can get more information about the lawsuit and Settlement at **www.CRTDirectPurchaserAntitrustSettlement.com**, by calling 1-877-224-3063, or writing to CRT Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 808003, Petaluma CA 94975-8003. Please do not contact JAMS or the Court about this case.

Dated: November 13, 2012 BY ORDER OF THE COURT

# EXHIBIT B

ADVERTISEMENT

# Legal Notices

To advertise: 800-366-3975 or WSJ.com/classifieds

PUBLIC NOTICES

## LEGAL NOTICE

ATTENTION

CLASS ACTIONS

### If You Bought A Cathode Ray Tube ("CRT") or CRT Product, A Class Action Settlement May Affect You

CRT Products include Televisions or Computer Monitors that contain Cathode Ray Tubes. A settlement has been reached with a group of defendants in a class action lawsuit involving CRTs and CRT Products. This is the fourth settlement to date. "CRT" stands for "Cathode Ray Tube." "Cathode Ray Tube (CRT) Products" include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube such as Televisions and Computer Monitors.

**What is this lawsuit about?** The lawsuit alleges that Defendants and Co-Conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of CRTs. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors. Plaintiffs allege that, as a result of the unlawful conspiracy, they and other direct purchasers paid more for CRT Products than they would have absent the conspiracy. Defendants deny Plaintiffs' claims.

**Who's included in the settlement?** The Settlement includes all persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any defendant or subsidiary or affiliate thereof ("Settlement Class").

**Who are the Settling Defendants?** A Settlement has been reached with Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd. (collectively "Settling Defendants"). A complete list of Defendants is set out in the Long Form of Notice available at www.CRTDirectPurchaserAntitrustSettlement.com

**What does the Settlement provide?** The Settlement provides for the payment of $25,000,000 in cash, plus interest, to the Settlement Class. The Settling Defendants agreed to cooperate with the Plaintiffs in providing certain information about the allegations in the Complaint. Money will not be distributed to Class members at this time. The lawyers will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

**What are my rights?** If you wish to remain a member of the Settlement Class you do not need to take any action at this time. If you do not want to be legally bound by the Settlement, you must exclude yourself in writing by **January 11, 2013**, or you will not be able to sue, or continue to sue, the Settling Defendants about the legal claims in this case.

If you wish to comment on or disagree with any aspect of the proposed settlement, you must do so in writing no later than **January 11, 2013**. The Settlement Agreement, along with details on how to object to them, is available at **www.CRTDirectPurchaserAntitrustSettlement.com**. The U.S. District Court for the Northern District of California will hold a Fairness Hearing at **10:00 a.m. on March 15, 2013, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111**. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the class website for information.

The Court has appointed the law firm of Saveri & Saveri, Inc. to represent Direct Purchaser Class members as Interim Lead Class Counsel. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. You may appear at the hearing, but don't have to. We do not know how long these decisions will take. Please do not contact JAMS or the Court about this case.

**This is a Summary Notice.**
**For more details, call toll free 1-877-224-3063, visit www.CRTDirectPurchaserAntitrustSettlement.com, or write to CRT Direct Settlement, P.O. Box 808003, Petaluma, CA 94975**

BANKRUPTCIES

PUBLICATION NOTICE

THE WALL STREET JOURNAL.

NOTABLE COMMERCIAL PROPERTIES

EVERY WEDNESDAY

List Your Property Today
(800) 366-3975
sales.realestate@wsj.com
Place an ad at:
wsj.com/classifieds



© 2012 Dow Jones & Company, Inc. All Rights Reserved. DOWJONES

THE WALL STREET JOURNAL.

LEGAL NOTICES

ADVERTISE TODAY
(800) 366-3975
sales.legalnotices@wsj.com
Place an ad at: wsj.com/classifieds



© 2012 Dow Jones & Company, Inc. All Rights Reserved.

# EXHIBIT C




*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

**1) Unisys Corporation**
*801 Lakeview Drive Ste 100*
*Blue Bell, PA 19422*

**2) Costco Wholesale**
*Attn: James E. Pruitt*
*999 Lake Dr.*
*Issaquah, WA 98027-8990*

**3) Ayres Group**
*355 Bristol Street, Suite F*
*Costa Mesa, CA 92626*

**4) Jerry Laatsch**
*10550 Appomattox*
*Holly, MI 48442*

**5) Best Buy**
Best Buy Co., Inc.
Best Buy Purchasing, LLC
Best Buy Enterprise Services, Inc.
Best Buy Stores, L.P.
BestBuy.com, LLC
Magnolia Hi-Fi, Inc.

**6) Mivar di Carlo Vichi e C.S.A.S.**
*Via Bergognone, 65*
*20144 Milan*
*Italy*

**7) NECO Alliance LLC**
Aitoro Appliance Co., Inc.
Appliance Dealers Cooperative Inc.
Dynamic Marketing, Inc.
Intercounty Appliance Corp.
Nationwide of Connecticut, Inc.
New England Appliance & Electronics Group, Inc.

*620 Route 25A, Suite D*
*Mount Sinai, NY 11766*

**8) Tech Data Corporation**
Azlan European Finance Limited
Azlan GmbH
Azlan Group Limited
Azlan Limited



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

Azlan Logistics Limited
Azlan Overseas Holdings Ltd.
Azlan Scandinavia AB
Best'Ware France SA
Computer 2000 Distribution Ltd.
Computer 2000 Publishing AB
Datatechnology Datech Ltd.
Datech 2000 Ltd.
ETC Africa SAS
ETC BV
ETC Metrologie Sarl
Expander Express AB
Expander Informatic AB
Expander Technical AB
Frontline Distribution Ltd.
Frontline Distribution (Ireland) Ltd.
Hakro-Ooseterberg-Nijkerk B.V.
Horizon Technical Services (UK) Limited
Horizon Technical Services AB
Hotlamps Limited
ISI Distribution Limited
Managed Training Services Limited
Maneboard Ltd
Maverick Presentation Products Limited
ProDesk N.V
Quadrangle Technical Services Limited
Screen Expert Limited UK
SDG BV
Specialis Distribution Group (SDG) Limited
TD Brasil, Ltda
TD Facilities, Ltd. (Partnership)
TD Fulfillment Services, LLC
TD Tech Data AB
TD Tech Data Portugal Lda
TD United Kingdom Acquisition Limited
Tech Data (Netherlands) B.V.
Tech Data (Schweiz) GmbH
Tech Data bvba/sprl
Tech Data Canada Corporation
Tech Data Chile S.A.
Tech Data Colombia S.A.S.
Tech Data Corporation ("TDC")
Tech Data Denmark ApS
Tech Data Deutschland GmbH
Tech Data Distribution s.r.o.
Tech Data Education, Inc.



***Cathode Ray Tubes Antitrust Litigation***
**Requests For Exclusion Received (LG Settlement)**

Tech Data Espana S.L.U.
Tech Data Europe GmbH
Tech Data Europe Services and Operations, S.L.
Tech Data European Management GmbH
Tech Data Finance Partner, Inc.
Tech Data Finance SPV, Inc.
Tech Data Financing Corporation
Tech Data Finland OY
Tech Data Florida Services, Inc.
Tech Data France Holding Sarl
Tech Data France SAS
Tech Data GmbH & Co OHG
Tech Data Information Technology GmbH
Tech Data Global Finance LP
Tech Data International Sárl
Tech Data Italia s.r.l.
Tech Data Latin America, Inc.
Tech Data Ltd
Tech DataLuxembourg Sárl
Tech Data Management GmbH
Tech Data Marne SNC
Tech Data Mexico S. de R.L. de C.V.
Tech Data Midrange GmbH
Tech Data Mobile Acquisition Limited
Tech Data Mobile Austria GmbH
Tech Data Mobile Cooperatief W.A.
Tech Data Mobile Limited
Tech Data Nederland B.V.
Tech Data Norge AS
Tech Data Operations Center, SA
Tech Data Österreich GmbH
Tech Data Peru S.A.C.
Tech Data Polska Sp.z.o.o.
Tech Data Product Management, Inc.
Tech Data Resources, LLC
Tech Data Service GmbH
Tech Data Servicios, S. de R.L. de C.V.
Tech Data Strategy GmbH
Tech Data Tennessee, Inc.
Tech Data Uruguay S.A.
Triade Holding B.V.
Triade Rosenmeier Electronics AS

*5350 Tech Data Drive*
*Clearwater, FL 33760*




*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

**9) Tweeter Entities and Affiliates**

Tweeter Newco, LLC
Tweeter Opco, LLC
Tweeter Intellectual Property, LLC
Tweeter Tivoli, LLC
Tweeter Home Entertainment Group, Inc.
Sound Advice, Inc d/b/a Sound Advice and Showcase Home Entertainment
Hifi Buys Incorporated
Tweeter Etc.
Douglas TV & Appliance, Inc
Douglas Audio Video Centers, Inc.
United Autio Centers, Inc
Sumarc Electronics Incorporated d/b/a NOW! Audio Video
Bryn Mawr Radio and Television, Inc.
The Video Scene, Inc. d/b/a Big Screen City
Hillcrest High Fidelity, Inc d/b/a/ Hillcrest Audio
DOW Stereo/Video, Inc
Home Entertainment of Texas, Inc
SMK Marketing, Inc. d/b/a/ Audio Video Systems
Sound Advice of Arizona, Inc.
New England Autio Co., Inc.
NEA Deleware, Inc.
THEG USA L.P.
Showcase Home Entertainment

*Schultz Agency Services, LLC*
*c/o Schultze Asset Management, LLC*
*3000 Westchester Avenue, Suite 204*
*Purchase, NY 10577*

**10) Interbond Corporation of America**

d/b/a BrandsMart USA

*3200 SW 42nd St.*
*Hollywood, FL 33312*

**11) MARTA Cooperative of America, Inc.**

*515 East Carefree Hwy #1140*
*Phoenix, AZ 85085*

**12) Electrograph Systems, Inc.**

Electrograph Systems, Inc
International Computer Graphics, Inc.
ActiveLight, Inc.
CineLight Corporation
Manchester Technologies, Inc.



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

Machester Equipment Co. Inc.
Champion Vision, Inc.
Coastal Office Products, Inc.
Electrograph Technologies Corp.

*53 Lakeside Drive*
*Rockville Ctr., NY 11570*

**13) ABC Appliance, Inc.**
d/b/a ABC Warehouse
*1 West Silverdone Industrial Park*
*Pontiac, MI 48342*

**14) CompuCom Systems, Inc.**
7171 Forest Lane
Dallas, TX 75230
*CompuCom Systems, Inc.*
*7171 Forest Lane*
*Dallas, TX 75230*

**15) Apple, Inc**
Apple Inc.
Apple Operations
Apple Operations Europe (f/k/a Apple Computer Limited)
Apple Operations Europe (f/k/a Apple Computer Limited) (Singapore branch)
Apple Computer International
Apple Computer Inc.

*1 Infinite Loop*
*Cupertino, CA 95014*

**16) Office Depot, Inc.**
Office Depot Asia Holding Limited
Office Depot BA SAS (f.k.a. Guilbert France S.AS.)
Office Depot BVBA (f.k.a. Guilbert Belgium BVBA)
Office Depot Brasil Limitada (inactive)
Office Depot Brasil Participacoes Limitad
Office Depot Centro America, SA de CV
Office Depot Chile Limitada (inactive)
Office Depot Cyprus Limited (f.k.a Claigan Ltd.)
Office Depot Delaware Overseas Finance No. 1, LLC (f.k.a Office Depot Delaware Overseas Finance No. 1, Inc.)
Office Depot de Mexico SA de CV
Office Depot Deutschland GmbH (f.k.a Guilbert Deutschland GmbH)
Office Depot France SNC (f.k.a Office Depot France SAS)
Office Depot Hungary Kft (f.k.a Elso Iroda Superstore Kft.)



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

Office Depot, Inc.
Office Depot International BVBA
OD International (Luxembourg) Finance
Office Depot, B.V. (formerly Guilbert Netherland BV)
Office Depot Cooperatief W.A.
Office Depot Europe B.V.
Office Depot Europe Holdings Ltd.
Office Depot GmbH + Switzerland
Office Depot Holding GmbH + Switzerland
Office Depot Holdings Ltd.
Office Depot Holdings 2 Ltd.
Office Depot Holdings 3 Ltd.
Office Depot, Inc.
Office Depot International B.V.
Office Depot International (UK) Ltd.
Office Depot Ireland Limited (f.k.a Guilbert Ireland Ltd)
Office Depot (Israel) Ltd.
Office Depot Italia S.r.l.
Office Depot Japan Limited
Office Depot Korea Limited (f.k.a Best Office Co., Ltd.)
Office Depot Latin American Holdings B.V.
Office Depot MDF SNC
Office Depot NA B.V.
Office Depot N.A. Shares Services LLC
Office Depot Netherland B.V. (f.k.a Office Depot International, B.V.) (f.k.a Viking Direct (Holdings) B.V.)
Office Depot Network Technology Ltd.
Office Depot (Operations) Holding B.V. (f.k.a Guilbert Trademarks B.V.)
Office Depot Overseas Limited
Office Depot Overseas Holding Limited
Office Depot Overseas 2 Limited
Office Depot Poland Sp Z.O.o. (f.k.a Fontinalis)
Office Depot Private Limited
Office Depot Procurement and Sourcing (Schenzhen) Company Ltd. Or translated: Office Depot Merchandising (Shenzhen) Company Ltd.
Office Depot Puerto Rico, LLC
Office Depot SAS (f.k.a Guilbert SAS)
Office Depot Service Center SRL
Office Depot Service - und BeteiligungsGmbH&Co.KG
Office Depot s.r.o. (f.k.a Papririus s.r.o.)
Office Depot S.L. (f.k.a Guilbert Espana S.L.)
Office Depot Tokumei Kumiai
Office Depot UK Limited (f.k.a Guilbert UK Ltd)
Office Depot - Viking Holdings B.V.
2300 South Congress LLC
4Sure.com, Inc.
AGE Kontor & Data AB



***Cathode Ray Tubes Antitrust Litigation***

**Requests For Exclusion Received (LG Settlement)**

AsiaEC.com Limited
BizDepot, LLC (inactive)
Centro de Apoyo Caribe SA de CV
Centro de Apoyo SA de CV
Computers4Sure.com, Inc.
Curry's Limited
Deo Deo Tokumei Kumiai
eOffice Planet India Private Limited
Erial BQ S.A.
Europa S.A.S.
Gosta Hansson & Co AB
Guibert Beteiligungsholding GmbH
Guilbert International B.V.
Guilbert Luxembourg S.AR.L.
Guilbert UK Holdings Ltd
Guilbert UK Pension Trustees Ltd
HC Land Company LLC
Helge Dahnberg AB + Sweden
Heteyo Holdings B V.
Hutter GmbH
Japan Office Supplies, LLC
Kontorsfackhandlarna Stockholm AB + Sweden
Kontorsgruppen i Sverige AB + Sweden
NEWGOH Immobilienverwaltung GmbH
Neighborhood Retail Development Fund, LLC (inactive)
Niceday Distribution Centre Ltd
North American Card and Coupon Services, LLC
Notus Aviation, Inc.
OD Acquisition Canada ULC
OD Aviation, Inc.
OD Colombia Ltda
OD El Salvador, Ltda. De C.V.
OD France, LLC
ODV France, LLC
ODG Caribe SA de CV (f.k.a Urguguay Cia. Papelera, SA de CV)
OD Guatemala y Compania. Limitada
OD Honduras S de RL
OD International, Inc.
OD International Holdings CV
OD International (Luxembourg) Holdings S.A.R.L.
OD International (Luxembourg) Participation S.A.R.L.
OD Management SNC
OD Medical Solutions LLC
OD of Texas, LLC (f.k.a OD of Texas Inc.)
ODPanamaSA
OD S.N.C.



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

ODST, LLC (inactive)
OD Tressorerie (f.k.a om S.N.C)
Office 1 Ltd
Office 1 (1995) Ltd
Office Club, Inc.
OfficeSupplies.com, Inc.
Office Town, Inc. (inactive)
Papirius Kft.
Pappersnabben i Malmo AB + Sweden
Patitucci Ltd.
Reliable Uk Ltd
Ritma AB + Sweden
S.A.R.L.
Servicios Administrativos Office Depot SAdeCV
Servicios y Material De Escritorio S.L.
Solutions4Sure.com, Inc.
Stitching Office Depot Charity for Children
Swinton Avenue Trading Limited, Inc.
Viking Direct B.V.
Viking Direct (Holdings) Limited
Viking Direct (Ireland) Limited (f.k.a Viking Direct (Ireland) Limited; then Office Depot International (Ireland) Limited -new change effective as of 912004
Viking Direct S.A.R.L.
Viking Direkt GesmbH
Viking Finance (Ireland) Limited
Viking Office Products, Inc.
Viking Office Products KK
Viking Office Products S.r.l. (f.k.a Viking Direct Srl)
VOP (Ireland) Limited
VPC System S.r.l. (inactive)

*6600 N. Military Trail*
*Boca Raton, FL 33496*

**17) Sharp Corporation**

Sharp Electronics Corporation
Sharp Manufacturing Company of America
Sharp Electronics Manufacturing Company of America

*22-22 Nagaike-Cho*
*Abeno-Ku*
*Osaka, JAPAN 545-8522*
*Attn: Tetsuhiro Horiuchi*
*and*
*Sharp Electronics Corporation*
*Sharp Plaza*



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

*Mahwah, NJ 07495*
*Attn: Kevin A. Fox*

**18) Circuit City Stores, Inc. Liquidating Trust**
*Jonathan J. Ross*
*SUSMAN GODFREY L.L.P.*
*1000 Louisiana Street, Suite 5100*
*Houston, Texas 77002*

*Counsel for Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.*

**19) Target Corporation**
*1000 Nicollet Mall*
*Minneapolis, MN 55403*

**20) ViewSonic Corporation**
ViewSonic Corporation
*381 Brea Canyon Road*
*Walnut, CA 91789*

ViewSonic International Corporation
*9F, No. 192, Lien Chen Road*
*Chung Ho, 235, Tapiei, Taiwan*

ViewSonic Display Limited
*Level 28, Three Pacific Place*
*1 Queen's Road East, Hong Kong*

ViewSonic Hong Kong Limited
*c/o Kai Tak Commercial Building*
*161 Connaught Road Central*
*Rooms 1905-8, 19th Floor*
*Hong Kong*

**21) Sears**
Sears, Roebuck and Co.
Sears Holdings Corporation
Sears Holdings Management Corporation
Kmart Corporation
Kmart Management Corporation
Kmart Holdings Corporation

*3333 Beverly Road*
*Hoffman Estates, IL 60179*



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

**22) Dell, Inc.**

1397639 Ontario, Inc
26eme Avenue SAS
881229 Alberta ULC
Abu Dabi Branch of PSC Healthcare Software, Inc.
Active Concepts Inc.
Active Concepts PTY
Aelita Software Branch, Moscow
Aelita Software Branch, St. Petersburg
Aelita Software Corporation
Aelita Software Limited (UK)
Alienware Corporation
Alienware Corporation (Pacific Rim), Pty Ltd.
Alienware Labs Corporation
Alienware Latin America, S.A (Renamed Dell Costa Rica SA)
Alienware Limited
AppAssure Technologies Inc
ASAP Software Express Inc.
Aventail Europe Ltd
Aventail LLC
BakBone Software GmbH
BakBone Software India Pvt. Ltd.
BakBone Software Ltd.
BakBone Software Ltd. Russia Branch
BakBone Software SARL
BakBone Software, Inc.
Bearing Point Management Consulting (Shanghai) Ltd.
Boomi, Inc
Bracknell Boulevard (Block C) L.L.C.
Bracknell Boulevard (Block D) L.L.C.
Bracknell Boulevard Management Company Limited
Branch of Dell (Free Zone Company L.L.C.)
Canada Branch of Perot Systems Corporation
Change Base Ltd
Charonware s.r.o
Clerity Solutions, Inc.
Coldspark, Inc.
Compellent Technologies France Sarl
Compellent Technologies Germany GmbH
Compellent Technologies Inc.
Compellent Technologies International Ltd.
Compellent Technologies Italy Srl
Compellent Technologies Netherlands BV
Corporacion Dell de Venezuela SA
Credant Technologies International, Inc
Credent Technologies Belgium, Inc.



***Cathode Ray Tubes Antitrust Litigation***
**Requests For Exclusion Received (LG Settlement)**

Credent Technologies GmbH
Credent Technologies, Inc.
Credent Technologiesm UK (Branch of Credent Technologies, Inc.)
CSCAN Acquisition Corp.
DCC Executive Security Inc.
Dell (Chengdu) Company Limited
Dell (China) Company Limited
Dell (China) Company Limited, Beijing Branch
Dell (China) Company Limited, Beijing Liaison Office
Dell (China) Company Limited, Chengdu Branch
Dell (China) Company Limited, Chengdu Liaison Office
Dell (China) Company Limited, Dalian Branch
Dell (China) Company Limited, Guangzhou Branch
Dell (China) Company Limited, Guangzhou Liaison Office
Dell (China) Company Limited, Hangzhou Liaison Office
Dell (China) Company Limited, Nanjing Liaison Office
Dell (China) Company Limited, Shanghai Branch
Dell (China) Company Limited, Shanghai Liaison Office
Dell (China) Company Limited, Shenzhen Liaison Office
Dell (China) Company Limited, Xiamen Branch
Dell (PS) BV (f.k.a. Perot Systems Nederland B.V.)
Dell (Switzerland) GmbH
Dell (Xiamen) Company Limited
Dell (Xiamen) Company Limited, Dalian Branch
Dell A.B.
Dell A.S.
Dell A/S
Dell America Latina Corp
Dell America Latina Corp., Argentina Branch
Dell Asia B.V.
Dell Asia Holdings Pte. Ltd.
Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office)
Dell Asia Pacific Sdn.
Dell Asia Pacific Sdn. Philippines Representative Office
Dell Asia Pte. Ltd.
Dell Asset Revolving Trust
Dell Asset Securitization GP L.L.C.
Dell Asset Securitization Holding L.P.
Dell Australia Pty. Limited
Dell B.V.
Dell B.V., Taiwan Branch
Dell Canada, Inc.
Dell Columbia Inc.
Dell Columbia Inc., Columbia Branch
Dell Computadores do Brasil Ltda.
Dell Computer (Proprietary) Ltd



***Cathode Ray Tubes Antitrust Litigation***
**Requests For Exclusion Received (LG Settlement)**

Dell Computer de Chile Ltda.
Dell Computer EEIG
Dell Computer Holdings L.P.
Dell Computer International (II) - Comercio de Computadores Sociedade Unipessoal Lda
Dell Computer S.A.
Dell Computer Services de Mexico SA de CV
Dell Computer spol. Sro
Dell Conduit Funding L.P.
Dell Conduit GP L.L.C.
Dell Corporation Limited
Dell Corporation Limited - Northern Ireland Place of Business
Dell DFS Canada Inc.
Dell DFS Corporation
Dell DFS Holdings Kft.
Dell DFS Holdings L.L.C.
Dell DFS Ltd
Dell DFS Ltd. - Spain Branch
Dell Direct
Dell Distribution (EMEA) Limited External Company (Ghana) [renamed Dell Emerging Markets]
Dell Distribution Maroc (Succ)
Dell Emerging Market (EMEA) Ltd (Russia Representitive Office)
Dell Emerging Markets (EMEA) Limited
Dell Emerging Markets (EMEA) Limited - Egypt Representative Office
Dell Emerging Markets (EMEA) Limited - Representative Office
Dell Emerging Markets (EMEA) Limited - Representative Office (Jordan)
Dell Emerging Markets (EMEA) Limited - Representative Office (Rebublic of Croatia)
Dell Emerging Markets (EMEA) Limited (Kazikhstan Representative Office)
Dell Emerging Markets (EMEA) Limited (Uganda Representative Office)
Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet - Rep.Office
Dell Emerging Markets (EMEA) Limited Representative Office - Lebanon
Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bulgaria)
Dell Equipment Funding L.P.
Dell Equipment GP L.L.C.
Dell Export Sales Corporation
Dell Federal Systems Corporation
Dell Federal Systems GP L.L.C.
Dell Federal Systems L.P.
Dell Federal Systems LP L.L.C.
Dell Financial Services L.L.C.
Dell Funding L.L.C.
Dell FZ - LLC
Dell FZ - LLC -- Bahrain Branch
Dell FZ - LLLC -- Qatar Branch
Dell Gesm.b.H.
Dell Global B.V.
Dell Global B.V., Singapore Branch



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

Dell Global Business Center Sdn. Bhd.
Dell Global BV (Bangladesh Representative Office)
Dell Global BV (Indonesia Representative Office)
Dell Global BV (Pakistan Liaison Office)
Dell Global BV (Philippines Representative Office)
Dell Global BV (Sri-Lanka Representative Office)
Dell Global BV (Vietnam Representative Office), renamed Dell Global BV (Hanoi Representative Office)
Dell Global Holdings II B.V.
Dell Global Holdings III B.V.
Dell Global Holdings III L.P.
Dell Global Holdings IV L.L.C
Dell Global Holdings IX L.L.C
Dell Global Holdings L.L.C
Dell Global Holdings Ltd.
Dell Global Holdings VI L.L.C
Dell Global Holdings VII L.L.C
Dell Global Holdings VIII L.L.C
Dell Global International BV
Dell Global Procurement Malaysia Sdn. Bhd.
Dell Global Pte. Ltd.
Dell GmbH
Dell Guatemala Ltda.
Dell Halle GmbH
Dell Honduras S de RL de CV
Dell Hong Kong Limited
Dell Hungary Technology Solutions Trade LLC
Dell III -- Comercio de Computadores, Unipessoal LDA
Dell India (Sales & Marketing) Private Limited
Dell India Private Ltd.
Dell Information Technology (Hunan) Company Limited
Dell Information Technology (Kunshan) Company Limited
Dell International Holdings I L.L.C.
Dell International Holdings IX B.V.
Dell International Holdings Kft.
Dell International Holdings SAS
Dell International Holdings VIII B.V.
Dell International Holdings X B.V.
Dell International Holdings XII Cooperatoef U.A.
Dell International Inc.
Dell International L.L.C.
Dell International Services India Private Limited (f.k.a. Perot Systems TSI (India) Private Limited)
Dell International Services SRL
Dell Internatonal Services Philippines Inc.
Dell Japan Inc.
Dell L.L.C.
Dell Marketing Corporation



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

Dell Marketing GP L.L.C.
Dell Marketing L.P.
Dell Marketing LP L.L.C.
Dell Mexico, S.A. de C.V.
Dell N.V.
Dell New Zealand Limited
Dell Panama S. de R.L.
Dell Peru, SAC
Dell Procurement (Xiamen) Company Limited
Dell Procurement (Xiamen) Company Limited, Shanghai Branch
Dell Procurement (Xiamen) Company Limited, Shenzhen Liaison Office
Dell Product and Process Innovation Services Corp.
Dell Products
Dell Products (Europe) B.V.
Dell Products (Poland) Sp. Z o.o
Dell Products Corporation
Dell Products GP L.L.C.
Dell Products L.P.
Dell Products LP L.L.C.
Dell Products Manufacturing Ltd.
Dell Protective Services Inc.
Dell Puerto Rico Corp.
Dell Quebec Inc.
Dell Receivables Corporation
Dell Receivables GP L.L.C.
Dell Receivables LP
Dell Receivables LP L.L.C.
Dell Research
Dell Revolver Company L.P.
Dell Revolver Funding L.L.C.
Dell Revolver GP L.L.C.
Dell S.A.
Dell S.A.
Dell S.p.A.
Dell s.r.o.
Dell SA
Dell Sales Malaysia Sdn Bhd
Dell SAS
Dell Services (China) Company Limited
Dell Services Federal Government, Inc. (fka Perot Systems Government Services, Inc)
Dell Services GmbH (FKA. Perot Systems (Germany) GmbH)
Dell Services S.r.L.
Dell Singapore Pte. Ltd.
Dell Solutions (UK) Ltd.
Dell Sp.z.o.o.
Dell Taiwan B.V.



***Cathode Ray Tubes Antitrust Litigation***
**Requests For Exclusion Received (LG Settlement)**

Dell Taiwan B.V., Taiwan Branch
Dell Technology & Solutions (Nigeria) Limited
Dell Technology & Solutions Israel Ltd.
Dell Technology & Solutions Ltd. (Formerly Original Solutions Limited)
Dell Technology Products and Services S.A
Dell Technology Services Inc. S.R.L.
Dell Teknoloji Limited Serketi
Dell Trinidad and Tobago Limited
Dell USA Corporation
Dell USA GP L.L.C.
Dell USA LP
Dell USA LP L.L.C.
Dell World Trade Corporation
Dell World Trade GP L.L.C.
Dell World Trade L.P.
Dell World Trade LP L.L.C.
DFS BV
DFS Equipment Holdings, L.P.
DFS Equipment Remarketing LLC
DFS Funding L.L.C.
DFS-SPV L.L.C.
DIH IX CV
DIH VI CV
DIH VII CV
DIH VIII CV
EqualLogic Japan Company Limited
Fastlane Technologies Corporation
Fastlane Technologies UK
Force10 International, Ltd.
Force10 Networks (Shanghai) Ltd.
Force10 Networks Australia Pty. Ltd.
Force10 Networks Germany (Branch)
Force10 Networks Global, Inc.
Force10 Networks Hong Kong (Branch)
Force10 Networks India Pvt. Ltd.
Force10 Networks International, Inc.
Force10 Networks KK
Force10 Networks Korea YH
Force10 Networks Ltd.
Force10 Networks Malaysia (Branch)
Force10 Networks Singapore Pvt. Ltd.
Force10 Networks Spain (Rep Branch)
Force10 Networks, Inc.
Fresh Dew Investments Ltd.
Fvision Acquisition Corp
Gale Networks Private Limited



***Cathode Ray Tubes Antitrust Litigation***
**Requests For Exclusion Received (LG Settlement)**

Gale Technologies, Inc.
Imceda Software Australia Pty, Ltd.
Imceda Software Inc
Imceda Technologies Pty, Ltd.
InSIte One, Inc.
Invirtus, Inc.
Lecco Technology (UK) Limited
Lecco Technology Inc.
Lecco Technology, Inc. (USA)
License Technologies Group, Inc.
LLC Dell Ukraine
Lumenare Networks Mauritius Ltd.
Magnum Technologies, Inc.
Make Technologies Inc.
Messagewise
Muritia Investments Ltd
NetPro Computing Canada, Inc.
NetPro Computing France, Inc
NetPro Computing Germany, Inc.
NetPro Computing UK, Inc.
NetPro Computing, Inc.
NetPro Engineering, Inc.
NetPro Europe Branch
NetPro Europe, Inc.
NetPro France Branch
NetPro Germany Branch
NetPro UK Branch
Ocarina Networks India Pvt. Ltd.
OptiGrowth Capital Sarl
Oy Dell A.B.
PacketTrap Networks, Inc.
PassGo Technologies Ltd
PassGo Technologies Trustees Ltd
Perot Systems (Malaysia) Sdn. Bhd.
Perot Systems (Shanghai) Consulting Co., Limited
Perot Systems (Singapore) Pte. Ltd.
Perot Systems (Switzerland) GmbH
Perot Systems (UK) Ltd.
Perot Systems Application Solutions Inc.
Perot Systems B.V.
Perot Systems Communications Services, Inc.
Perot Systems Corporation
Perot Systems Europe Limited
Perot Systems Government Healthcare Solutions, Inc.
Perot Systems Government Services, Inc.
Perot Systems Government Solutions, Inc.



*Cathode Ray Tubes Antitrust Litigation*
**Requests For Exclusion Received (LG Settlement)**

Perot Systems Healthcare Solutions, Inc.
Perot Systems Holdings Pte. Ltd.
Perot Systems Investments B.V.
Perot Systems Revenue Cycle Solutions, Inc.
Perot Systems TSI (Bermuda) Ltd.
Perot Systems TSI (Hungary) Liquidity Management LLC
Perot Systems TSI (Mauritius) Pvt. Ltd.
Perot Systems TSI (Middle East) FZ-LLC
Perot Systems TSI (Netherlands) B.V.
PrSM Corporation
PSC GP Corporation
PSC Healthcare Software, Inc.
PSC LP Corporation
PSC Management Limited Partnership
PSM Holdings 1, Inc.
PSM Holdings 2, Inc
PT Dell Indonesia
Q.S.I. Quest Software Israel Limited
QSFT India Private Ltd. Inc.
QSFT Svenska AB
QSS Group, Inc
Quest Acquisition Corporation
Quest Holding Company, LLC
Quest Holdings Sarl
Quest Java Support Center, BV
Quest New Zealand Ltd
Quest Public Sector Inc.
Quest Scandanavia AS
Quest Software (UK) Ltd.
Quest Software (Zhuhai) Ltd.
Quest Software Beijing Company Limited
Quest Software Belgium
Quest Software Canada, Inc.
Quest Software Company Limited
Quest Software Espana, SL
Quest Software France Sarl
Quest Software Gmbh
Quest Software Greater China Limited
Quest Software Int'l Limited
Quest Software Italia Srl
Quest Software Japan Ltd
Quest Software Korea Ltd.
Quest Software Limited (Lecco HK)
Quest Software Mexico S. de R.L. de C.V.
Quest Software Netherlands B.V.
Quest Software Norge S/A



***Cathode Ray Tubes Antitrust Litigation***
**Requests For Exclusion Received (LG Settlement)**

Quest Software Pty, Ltd.
Quest Software Sales Sdn Bhd
Quest Software Singapore Pty Limited
Quest Software Switzerland Gmbh
Quest Software, Inc.
Quest Software, Ltd.
QuickCyckem Inc.
Safari I, Inc.
Safari II GP LLC
Safari II, Inc.
Safari Limited II LP
Safari Limited Partnership
ScriptLogic Australia
ScriptLogic Corporation
Secure Works Holding Corp.
Secure Works Inc.
Secure Works UK Ltd.
Secure Works UK Ltd. - Finland Branch
Smarsh CRM Service, Inc.
Smarsh Inc.
SonicWALL AG
SonicWALL BV
SonicWALL BV - Australia Branch
SonicWALL BV - Beijing Rep. Office
SonicWALL BV - Belgium Branch
SonicWALL BV - Canada Branch
SonicWALL BV - Dubai Branch
SonicWALL BV - France Branch
SonicWALL BV - Germany Branch
SonicWALL BV - Hong Kong Branch
SonicWALL BV - India Branch
SonicWALL BV - Ireland Branch
SonicWALL BV - Japan Branch
SonicWALL BV - Korea Branch
SonicWall BV - Singapore Branch
SonicWALL BV - Spain Branch
SonicWALL BV - Sweden Branch
SonicWALL BV - Taiwan Branch
SonicWALL BV - UK Branch
SonicWALL Infosecurity Private Limited
SonicWALL Mexico, S de RL de CV
SonicWall Services Private Limited
SonicWALL Shanghai Limited
SonicWALL, Inc.
Surgient, Inc
Symlabs Espana, S.L.



***Cathode Ray Tubes Antitrust Litigation***
**Requests For Exclusion Received (LG Settlement)**

Symlabs Inc.
Symlabs S.A. Portugal
Transaction Applications Group Inc.
Trellia Networks, Inc.
Turin Networks India Pvt. Ltd.
Turin Networks International, Inc.
TXZ Holding Company Limited
Vintela Australia Pty., Ltd
Vintela Pty, Ltd.
Vintela, Inc.
VirtualFabrix Inc.
Visioncore
Vkernel Corp.
Wedgetail Communications Inc.
Wyse Australia Pty. Ltd Australia
Wyse International, Inc.
Wyse Technology (Beiging) Co. Ltd China
Wyse Technology (Canada) Ltd.
Wyse Technology (UK), LTD
Wyse Technology Gmbh Germany
Wyse Technology Holdings (Cayman) Ltd.
Wyse Technology Inc.
Wyse Technology International B.V.
Wyse Technology KK Japan
Wyse Technology Ltd Taiwan
Wyse Technology SA France
Wyse Technology Sales & Marketing India Private Ltd.
Wyse Technology Singapore Pte Ltd
Wyse Technology China (HK) Ltd.
Wyse Technology S.A de C.V.
Wyse Technology Software Development India Private Ltd.

*One Dell Way*
*Round Rock, TX 78682*

**23) P.C. Richard & Son Long Island Corporation**

P.C Ricard & Son Long Island Corporation
A.J. Richard & Sons, Inc.;
P.C Ricard & Son, LLC;
P.C. Richard Service Company;
Alfred Reliable Appliances, Inc.;
Reliable Richard's Service Corp.;
AGP Services Corp.;
Two Guys Ventures Corp.;
A.J. Staten Island, LLC;
P.C. Deer Park, LLC;



***Cathode Ray Tubes Antitrust Litigation***
**Requests For Exclusion Received (LG Settlement)**

P.C. 185 Price Parkway, LLC;
P.C. 1574, Inc.;
P.C. 1574 Milford LLC;
P.C. Lawrenceville, LLC;
P.C. Brick 70, LLC;
P.C. Richard & Son Connecticut, LLC

*150 Price Parkway*
*Farmingdale NY 11735*