IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 </br> Case No. C-07-5944-SC </br> ORDER GRANTING PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d) |
| This Order Relates To: </br>    INDIRECT-PURCHASER ACTIONS | |

Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co. Ltd. (collectively, "Panasonic Defendants") filed two Administrative Motions to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d). ECF Nos. 1535 ("Mot. to Seal Errata to Willig Decl."), 1537 ("Mot. to Seal Add'l Errata to Willig Decl"). For good cause shown, Panasonic Defendants' Motion to Seal is GRANTED.

IT IS SO ORDERED.

Dated: January 28, 2013

_____
UNITED STATES DISTRICT JUDGE