Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail:  rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com

*Counsel for Plaintiff Sears Roebuck & Co.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>Judge:  Hon. Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.)<br><br>**NOTICE OF APPEARANCE** |
| This Document Relates to:<br><br>ALL CASES | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD IN THIS ACTION:

   PLEASE TAKE NOTICE that Richard Alan Arnold, William J. Blechman and Kevin J. Murray of Kenny Nachwalter, P.A. hereby appear as counsel for Plaintiff Sears Roebuck and Co., in the above-captioned matter.

Dated: January 29, 2013          BY:   /s/ William J. Blechman
                                        Richard Alan Arnold
                                        William J. Blechman
                                        Kevin J. Murray
                                        KENNY NACHWALTER, P.A.
                                        201 S. Biscayne Blvd., Suite 1100
                                        Miami, Florida  33131
                                        Tel:     (305) 373-1000
                                        Fax:    (305) 372-1861
                                        E-mail:   rarnold@knpa.com
                                                    wblechman@knpa.com
                                                    kmurray@knpa.com

**CERTIFICATE OF SERVICE**

I hereby certify that on Tuesday, January 29, 2013, I electronically filed this Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ William J. Blechman
William J. Blechman

446990.1

---