IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. C-07-5944 SC<br><br>Clerk's Notice |

Plaintiff is required to serve this notice on any party that has not yet appeared in this action.

YOU ARE HEREBY NOTIFIED THAT Defendant's Motion to Certify Order for Interlocutory Appeal set for hearing on February 8, 2013 at 10:00 a.m. before the Honorable Samuel Conti is submitted for a decision on the pleadings. Parties are hereby informed that there will be no appearance and no oral argument on this matter pursuant to Civil LR 7-1(b).

Dated:   February 4, 2013

By: T. De Martini
Courtroom Deputy Clerk to
U.S. District Judge Samuel Conti