Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
Ryan Zagare, Esquire
Jalaine Garcia, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail: rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com

*Counsel for Plaintiff Sears Roebuck and Co.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates to:<br><br>ALL CASES | NOTICE OF WITHDRAWAL AND SUBSITUTION OF COUNSEL AND [PROPOSED] ORDER |

PLEASE TAKE NOTICE that Sears Roebuck and Co. and Kmart Corp. ("collectively Sears") hereby substitutes Richard Alan Arnold, William J. Blechman, Kevin J. Murray, Ryan Zagare and Jalaine Garcia of the law firm of Kenny Nachwalter, P.A., 201 S. Biscayne Blvd., Suite 1100, Miami, Florida 33131, as counsel for Sears Roebuck and Co. and Kmart Corp. in the above-captioned matter in place of Jason C. Murray, Jerome Murphy and Astor Heaven of the law firm of Crowell & Moring, LLP.

Plaintiffs Sears Roebuck and Co. and Kmart Corp. hereby substitute their counsel and attorneys of record as follows:

---

1
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL                                                    MDL No. 1917

| | | |
|---|---|---|
| Former counsel: | | Jason C. Murray<br>Jerome Murphy<br>Astor Heaven<br>Crowell & Moring LLP<br>515 South Flower Street<br>40th Floor<br>Los Angeles, CA 90071<br>Tel:  (213) 622-4750<br>Fax: (213) 622-2690<br>E-mail: jmurray@crowell.com<br>         jmurphy@crowell.com<br>         aheaven@crowell.com |
| New counsel: | | Richard Alan Arnold<br>William J. Blechman<br>Kevin J. Murray<br>Ryan Zagare<br>Jalaine Garcia<br>Kenny Nachwalter, P.A.<br>201 S. Biscayne Boulevard<br>Suite 1100<br>Miami, Florida 33131<br>Tel:  (305) 373-1000<br>Fax: (305) 372-1861<br>E-mail: rarnold@knpa.com<br>         wblechman@knpa.com<br>         kmurray@knpa.com<br>         rzagare@knpa.com<br>         jgarcia@knpa.com |

Please update service lists and direct all future filings, discovery and correspondence to Richard Alan Arnold, William J. Blechman, Kevin J. Murray, Ryan Zagare and Jalaine Garcia.

The undersigned parties consent to the above substitution of counsel.

DATED: February 5, 2013            SEARS ROEBUCK AND CO. (including KMART CORP.)

By: _____
Title: Assistant General Counsel

DATED: February 5, 2013            CROWELL & MORING, LLP

By: Jason C. Murray / with permission 2/4/13  wJB
    Jason C. Murray

---

2
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL                MDL No. 1917

DATED: February 5 2013      KENNY NACHWALTER, P.A.

By: _____
    William J. Blechman

*Counsel for Plaintiff Sears Roebuck and Co.*

**Attestation:** The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

The above substitution of counsel is approved and IT IS SO ORDERED.

DATED: _____, 2013   _____
                               HONORABLE SAMUEL CONTI
                               UNITED STATES DISTRICT JUDGE

## DECLARATION OF SERVICE

I hereby certify that on Tuesday, February 05, 2013, I electronically filed this Notice of Withdrawal and Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

_____
William J. Blechman

447670.1