H. Lee Godfrey
Kenneth S. Marks
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com

Attorneys for Alfred H. Siegel, as Trustee of
the Circuit City Stores, Inc. Liquidating Trust

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI, LTD.; et al.,<br><br>Defendants. | No. C-07-5944 SC<br>Individual No. C 11-05502 SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF JOHNNY W. CARTER**<br><br>JURY TRIAL DEMANDED |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Johnny W. Carter, of the Law Firm of Susman Godfrey L.L.P., hereby appears in this action as additional counsel on behalf of plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.  Plaintiff respectfully requests that all pleadings and other documents be addressed to and served upon Johnny W. Carter using the contact information set forth below.

>Johnny W. Carter
>Susman Godfrey L.L.P.
>1000 Louisiana, Suite 5100
>Houston, Texas 77002-5096
>Telephone: 713-651-9366
>Facsimile: 713-654-6666
>Email: jcarter@susmangodfrey.com

1

NOTICE OF APPEARANCE OF JOHNNY W. CARTER
MASTER FILE NO.:  MDL 1917
CASE NO. C 11-05502 SC

2575732v1/012325

Dated: February 5, 2013

              SUSMAN GODFREY LLP
              1000 Louisiana, Suite 5100
              Houston, Texas 77002-5096
              Telephone:  (713) 651-9366
              Facsimile:   (713) 654-6666

By:  /s/ Johnny W. Carter
      Johnny W. Carter
      jcarter@susmangodfrey.com

*Attorneys for Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

2

NOTICE OF APPEARANCE OF JOHNNY W. CARTER
MASTER FILE NO.:  MDL 1917
CASE NO. C 11-05502 SC

2575732v1/012325