# Attachment A

## CRT LITIGATION

| Deadline | Current Schedule | Agreed-Upon Dates | Disputed Dates |
|---|---|---|---|
| Hearing on Indirect Class Cert Motion | TBD | TBD | |
| Mediation – Direct Class | | | March 15, 2013 (On or Before) |
| Expert Reports due for all Plaintiffs | April 23, 2013 | October 23, 2013 | |
| Expert Reports due for all Defendants | May 23, 2013 | November 22, 2013 | |
| Rebuttal Expert Reports due for all Plaintiffs | June 24, 2013 | January 31, 2014 | |
| Close of Expert Discovery | August 30, 2013 | March 3, 2014 | |
| Close of Fact Discovery | August 30, 2013 | March 3, 2014 | |
| Deadline for Filing Dispositive Motions | September 18, 2013 | April 15, 2014 | |
| Deadline for Filing Oppositions to Dispositive Motions | November 1, 2013 | June 2, 2014 | |
| Deadline for Filing Replies in Support of Dispositive Motions | December 1, 2013 | July 2, 2014 | |
| Hearing on Dispositive Motions | December 20, 2013 | July 18, 2014 | |
| Mediation Deadline | August 8, 2013 | July 31, 2014 | |
| Deadlines for Filing Motions in Limine and other Pretrial Motions | January 15, 2014 | August 15, 2014 | |
| Deadline for Transferring Cases to Original Courts | January 15, 2014 | August 15, 2014 | |
| Deadline for Settlement Conference | January 15, 2014 | August 15, 2014 | |
| Deadline to Meet and Confer re Pretrial Order | January 22, 2014 | August 22, 2014 | |
| Deadline to Exchange Exhibit and Witness Lists | January 29, 2014 | August 29, 2014 | |
| Deadline for Filing Pretrial Order and Jury Instructions | January 29, 2014 | August 29, 2014 | |
| Deadline for Filing Oppositions to Motions in Limine | January 29, 2014 | August 29, 2014 | |
| Deadline for Filing Replies in Support of Motions in Limine | February 12, 2014 | September 12, 2014 | |
| Hearing on Motions in Limine | February 26, 2014 | September 26, 2014 | |
| Final Pretrial Conference | March 5, 2014 | October 6, 2014 | |
| Trial(s) Begin | April 14, 2014 | October 20, 2014* | |

- The dates above apply to the action of the California Attorney General only insofar as the close of fact discovery on Defendants, the date of the expert report due from Plaintiffs, and mediation is concerned.