# Attachment B

Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

## JAMS

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-5944 SC<br>MDL No. 1917<br>JAMS Reference No. 1100054618 |
| CRAGO, INC., et al., | |
| Plaintiffs, | **[PROPOSED] REVISED SCHEDULING ORDER** |
| vs. | |
| CHUNGHWA PICTURE TUBES, LTD., et al., | |
| Defendants. | |
| This Document Relates to ALL CASES | |

| | |
|---|---|
| [March 15, 2013 | Last day for Mediation -- Direct Class] |
| October 23, 2013 | Last day for Directs, Indirects, State Attorneys General, and Direct Actions Plaintiffs to serve expert reports on merits |
| November 22, 2013 | Last day for Defendants to serve expert reports on merits |
| January 31, 2014 | Last day for Directs, Indirects, State Attorneys General, and Direct Action Plaintiffs to serve rebuttal expert reports on merits |

| # | Date | Event |
|---|---|---|
| 1 | March 3, 2014 | Close of fact and expert discovery |
| 2 | April 15, 2014 | Last day to file dispositive motions |
| 3 | June 2, 2014 | Last day to file oppositions to dispositive motions |
| 4 | July 2, 2014 | Last day for dispositive motions replies |
| 5 | July 18, 2014 | Hearing on dispositive motions |
| 6 | July 31, 2014 | Mediation |
| 7-8 | August 15, 2014 | Last day for actions filed outside of ND Cal. to be returned to courts in which originally filed |
| 9 | August 15, 2014 | Last day for settlement conference |
| 10-11 | August 15, 2014 | Last day for filing motions in limine and other non-dispositive pretrial motions |
| 12 | August 22, 2014 | Last day to meet and confer re pretrial order |
| 13-14 | August 29, 2014 | Parties must exchange proposed exhibits and witness lists |
| 15-16 | August 29, 2014 | Last day for filing pretrial order, agreed set of jury instructions and verdict forms |
| 17 | August 29, 2014 | Last day for filing oppositions to motions in limine |
| 18 | September 12, 2014 | Last day for filing motions in limine reply briefs |
| 19 | September 26, 2014 | Hearing on motions in limine |
| 20 | October 6, 2014 | Final pretrial conference |
| 21 | October 20, 2014* | Trial(s) |

\* The dates above apply to the action of the California Attorney General only insofar as the close of fact discovery on Defendants, the date of the expert report due from Plaintiffs, and mediation is concerned.

**IT IS SO ORDERED.**

DATED: _____

                                              Hon. Samuel Conti
                                              United States District Judge