FRANK D. POND (Bar No. 126191)
GAVIN D. WHITIS (Bar No. 184133)
gwhitis@pondnorth.com
DANA L. BURCH (Bar No. 224713)
dburch@pondnorth.com
POND NORTH LLP
350 South Grand Avenue, Suite 3300
Los Angeles, CA  90071
Telephone:  (213) 617-6170
Facsimile:  (213) 623-3594

Attorneys for Plaintiffs
Sears, Roebuck and Co. and
Kmart Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No:  No. 07-cv-5944-SC MDL No. 1917 |
| | **NOTICE OF APPEARANCE** |
| This Document Relates to: ALL CASES | Judge:            Hon. Samuel Conti Special Master:   Hon. Charles H. Legge (Ret.) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that Gavin D. Whitis of Pond North LLP hereby appears as

counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corporation in the above-captioned matter.

Dated:  February 8, 2013            POND NORTH LLP

By:     /s/  *Gavin D. Whitis*
GAVIN D. WHITIS
Attorneys for Plaintiffs
Sears Roebuck and Co. and Kmart Corp.

4328-9999:997305.1

MDL No. 1917

**PROOF OF SERVICE**

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 100 Spear Street, Suite 1200, San Francisco, CA 94105.

On February 8, 2013, I served the following document(s): **NOTICE OF APPEARANCE** on the interested parties in this action as follows:

**ALL PARTIES APPEARING IN THIS ACTION**

☐     I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at San Francisco, California.

☐     By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☒     By E-Service: I electronically served the above document(s) via ECF/PACER.

☐     By Personal Service: I caused to be delivered by courier **Nationwide Legal Express,** such envelope by hand to the offices of the above addressee(s).

☐     By Personal Service: I delivered such envelope by hand to the offices of the addressee(s).

☐     By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: February 8, 2013

☐     (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒     (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jeffrey Pilchard
4328-9999

PROOF OF SERVICE