Gavin D. Whitis, Esquire
POND NORTH LLP
100 Spear Street
Suite 1200
San Francisco, CA 94105
Tel:   (415) 217-1240
Fax:   (415) 644-0578
E-mail: gwhitis@pondnorth.com

*Counsel for Plaintiff Sears Roebuck and
Co. and Kmart Corp.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates to:<br><br>ALL CASES | **NOTICE OF WITHDRAWAL AND SUBSITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Sears Roebuck and Co. and Kmart Corp. ("collectively Sears") hereby substitutes Gavin D. Whitis of the law firm of Pond North LLP, 100 Spear Street, Suite 1200, San Francisco, CA 94105, as counsel for Sears Roebuck and Co. and Kmart Corp. in the above-captioned matter in place of Jason C. Murray, Jerome Murphy and Astor Heaven of the law firm of Crowell & Moring, LLP.

Plaintiffs Sears Roebuck and Co. and Kmart Corp. hereby substitute their counsel and attorneys of record as follows:

| | | |
|---|---|---|
| 1 | | |
| 2 | Former counsel: | Jason C. Murray |
| 3 | | Jerome Murphy |
| | | Astor Heaven |
| | | Crowell & Moring LLP |
| 4 | | 515 South Flower Street |
| | | 40th Floor |
| 5 | | Los Angeles, CA 90071 |
| | | Tel: (213) 622-4750 |
| 6 | | Fax: (213) 622-2690 |
| | | E-mail: jmurray@crowell.com |
| 7 | | jmurphy@crowell.com |
| | | aheaven@crowell.com |
| 8 | | |
| | New counsel: | Gavin D. Whitis, Esquire |
| 9 | | Pond North LLP |
| | | 100 Spear Street |
| 10 | | Suite 1200 |
| | | San Francisco, CA 94015 |
| 11 | | Tel: (415) 217-1240 |
| | | Fax: (415) 644-0578 |
| 12 | | E-mail: gwhitis@pondnorth.com |

Please update service lists and direct all future filings, discovery and correspondence to Gavin D. Whitis.

The undersigned parties consent to the above substitution of counsel.

DATED: February __, 2013

SEARS ROEBUCK AND CO. (including KMART CORP.)

By: _____
Title: Assistant General Counsel

DATED: February __, 2013

CROWELL & MORING, LLP

By: Jason C. Murray /with permission
    Jason C. Murray              GW 2-6-13

---

DATED: February 8, 2013        POND NORTH LLP

By: _____
     Gavin D. Whitis

*Counsel for Plaintiff Sears Roebuck and Co. and Kmart Corp.*

**Attestation**: The filer of this document attests that the concurrence of the other signatory thereto has been obtained.

## DECLARATION OF SERVICE

I hereby certify that on Friday, February 08, 2013, I electronically filed this Notice of Withdrawal and Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

_____
Gavin D. Whitis

446290.1

---

3

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL        MDL No. 1917

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 100 Spear Street, Suite 1200, San Francisco, CA 94105.

On February 8, 2013, I served the following document(s): **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** on the interested parties in this action as follows:

## ALL PARTIES APPEARING IN THIS ACTION

☐ I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at San Francisco, California.

☐ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above-referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☒ By E-Service: I electronically served the above document(s) via ECF/PACER.

☐ By Personal Service: I caused to be delivered by courier **Nationwide Legal Express,** such envelope by hand to the offices of the above addressee(s).

☐ By Personal Service: I delivered such envelope by hand to the offices of the addressee(s).

☐ By Facsimile Machine: The document was transmitted by facsimile transmission to the number(s) indicated and was reported as complete and without error.

Executed: February 8, 2013

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jeffrey Pilchard
4328-9999