David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:     206.359.8000
Facsimile:     206.359.9000

Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:     415.344.7120
Facsimile:     415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>    Case No. 3:11-06397-SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>HITACHI LTD., et al.,<br><br>                    Defendants. | Individual Case No.:  3:11-CV-06397-SC<br><br>**NOTICE OF CHANGE IN COUNSEL FOR COSTCO WHOLESALE CORPORATION**<br><br>[CIV. L.R. 5-1(C)(2)(C)] |

NOTICE OF CHANGE IN COUNSEL FOR COSTCO WHOLESALE CORPORATION
CASE NO. 3:07-cv-05944; 3:11-cv-06397-SC

1 | **TO THE CLERK OF COURT, ALL PARTIES, AND THEIR ATTORNEYS OF**
2 | **RECORD**:
3 |     Please take notice pursuant to Civil L.R. 5-1(c)(2)(C) that Noah G. Purcell, one of the
4 | attorneys of record for Plaintiff Costco Wholesale Corporation ("Costco"), is unavailable further
5 | to represent Plaintiff in this matter and therefore withdraws as counsel of record. Perkins Coie
6 | LLP remains counsel of record for Costco.

Dated: February 8, 2012

Respectfully submitted,

PERKINS COIE LLP

By: /s/ David J. Burman
    David J. Burman (admitted *pro hac vice*)

Attorneys for Plaintiff
Costco Wholesale Corporation

LEGAL25788384

1

NOTICE OF CHANGE IN COUNSEL FOR COSTCO WHOLESALE CORPORATION
CASE NO. 3:07-cv-05944; 3:11-cv-06397-SC