Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
James Almon, Esquire
Ryan C. Zagare, Esquire
Jalaine Garcia, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:    (305) 372-1861
E-mail: rarnold@knpa.com
            wblechman@knpa.com
            kmurray@knpa.com
            jalmon@knpa.com
            rzagare@knpa.com
            jgarcia@knpa.com

*Counsel for Plaintiff Sears Roebuck and Co.
and Kmart Corp.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>Judge:  Hon. Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.) |
| This Document Relates to:<br><br>ALL CASES | **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, William J. Blechman, an active member in good standing of the bar of the State of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sears Roebuck and Co. and Kmart Corp. in the above-entitled action.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

---

APPLICATION FOR ADMISSION
ATTORNEY *PRO HAC VICE*                                        1                                        CASE NO: 07-5944-SC
                                                                                                        MDL No. 1917

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Gavin D. Whitis, Esquire (184133)
> Pond North LLP
> 100 Spear Street
> Suite 1200
> San Francisco, CA 94105
> Tel:   (415) 217-1240
> Fax:   (415) 644-0578
> E-mail: gwhitis@pondnorth.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 11, 2013

*[signature]*

William J. Blechman
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail: wblechman@knpa.com

446990.1
APPLICATION FOR ADMISSION
ATTORNEY PRO HAC VICE     2     CASE NO: 07-5944-SC     MDL No. 1917