Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
James Almon, Esquire
Ryan C. Zagare, Esquire
Jalaine Garcia, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
E-mail: rarnold@knpa.com
          wblechman@knpa.com
          kmurray@knpa.com
          jalmon@knpa.com
          rzagare@knpa.com
          jgarcia@knpa.com

**Counsel for Plaintiff Sears Roebuck and Co.**
**and Kmart Corp.**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC <br> MDL No. 1917 |
| This Document Relates to: <br><br> ALL CASES | Judge:  Hon. Samuel Conti <br> Special Master:  Hon. Charles A. Legge (Ret.) <br><br> **APPLICATION FOR ADMISSION OF** <br> **ATTORNEY *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Richard Alan Arnold, an active member in good standing of the bar of the State of Florida, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Sears Roebuck and Co. and Kmart Corp. in the above-entitled action.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2.      I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3.      An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action.  The name, address and telephone number of that attorney is:

> Gavin D. Whitis, Esquire (184133)
> Pond North LLP
> 100 Spear Street
> Suite 1200
> San Francisco, CA  94105
> Tel:     (415) 217-1240
> Fax:     (415) 644-0578
> E-mail: gwhitis@pondnorth.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  February 11, 2013

> Richard Alan Arnold
> KENNY NACHWALTER, P.A.
> 201 S. Biscayne Boulevard
> Suite 1100
> Miami, Florida  33131
> Tel:     (305) 373-1000
> Fax:     (305) 372-1861
> E-mail: rarnold@knpa.com

448468.1