Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
James Almon, Esquire
Ryan C. Zagare, Esquire
Jalaine Garcia, Esquire
KENNY NACHWALTER, P.A.
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail: rarnold@knpa.com
         wblechman@knpa.com
         kmurray@knpa.com
         jalmon@knpa.com
         rzagare@knpa.com
         jgarcia@knpa.com

*Counsel for Plaintiff Sears Roebuck and Co. and Kmart Corp.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| This Document Relates to:<br><br>ALL CASES | |

Ryan C. Zagare, an active member in good standing of the bar of the State of Florida, whose business address and telephone number is Kenny Nachwalter, P.A., 201 S. Biscayne Boulevard, Suite 1100, Miami, Florida 33131; Tel:  (305) 373-1000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sears Roebuck and Co. and Kmart Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 12, 2013



IT IS SO ORDERED
Judge Samuel Conti

448431.1

(Proposed)
ORDER GRANTING APPLICATION FOR
ADMISSION ATTORNEY *PRO HAC VICE*

2

CASE NO: 07-5944-SC
MDL No. 1917