Hon. Charles A. Legge (Ret.)
JAMS
Two EmbarcaderoCenter, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917<br>JAMS Ref. No. 1100054618 |
| CRAGO, INC., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>        Defendants. | **REPORT AND RECOMMENDATIONS REGARDING SCHEDULING CHANGES**<br><br>**ERRATA RE: ATTACHMENTS** |
| This Document Relates to ALL CASES | |

1