1 | Terry Gross, terry@gba-law.com (103878)
2 | Adam C. Belsky, adam@gba-law.com (147800)
  | Monique Alonso, monique@gba-law.com (127078)
3 | Sarah Crowley, sarah@gba-law.com (273663)
  | GROSS BELSKY ALONSO LLP
4 | One Sansome Street, Suite 3670
  | San Francisco, CA 94104
5 | Tel: (415) 544-0200
  | Fax: (415) 544-0201

6 | Attorneys for Plaintiff
7 | ORION HOME SYSTEMS LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| This document relates to: | **NOTICE OF APPEARANCE** |
| ALL ACTIONS | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel hereby appear in the above-captioned action on behalf of Plaintiff Orion Home Systems LLC:

> Terry Gross, terry@gba-law.com (SBN 103878)
> GROSS BELSKY ALONSO LLP
> One Sansome Street, Suite 3670
> San Francisco, CA 94104
> Tel: (415) 544-0200
> Fax: (415) 544-0201

Dated: February 12, 2013          GROSS BELSKY ALONSO LLP

                                  By: /s/ Terry Gross
                                        TERRY GROSS

                                  Attorneys for Plaintiff
                                  ORION HOME SYSTEMS LLC

1

**NOTICE OF APPEARANCE; Case No. CV-07-5944-SC**

**MDL No. 1917**

# CERTIFICATE OF SERVICE

**IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**
**Case No. CV-07-5944-SC**
**MDL No. 1917**

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, One Sansome Street, Suite 3670, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **NOTICE OF APPEARANCE**

**XX**   **By ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2013 at San Francisco, California.

/s/ Jessica Dean
JESSICA DEAN