H. Lee Godfrey
Kenneth S. Marks
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone:  (713) 651-9366
Facsimile:   (713) 654-6666
lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com

Attorneys for Alfred H. Siegel, as Trustee of
the Circuit City Stores, Inc. Liquidating Trust

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>HITACHI, LTD.; et al.,<br><br>Defendants. | No. C-07-5944 SC<br>Individual No. C 11-05502 SC<br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE OF JOHN LAHAD**<br><br>JURY TRIAL DEMANDED |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT John Lahad, of the Law Firm of Susman Godfrey L.L.P., hereby appears in this action as additional counsel on behalf of plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.  Plaintiff respectfully requests that all pleadings and other documents be addressed to and served upon John Lahad using the contact information set forth below.

> John Lahad
> Susman Godfrey L.L.P.
> 1000 Louisiana, Suite 5100
> Houston, Texas 77002-5096
> Telephone: 713-651-9366
> Facsimile: 713-654-6666
> Email: jlahad@susmangodfrey.com

1

2

Dated: February 19, 2013

3

4
                         SUSMAN GODFREY LLP
                         1000 Louisiana, Suite 5100

5
                         Houston, Texas 77002-5096
                         Telephone:  (713) 651-9366

6
                         Facsimile:   (713) 654-6666

7

8
                         By:   /s/ John Lahad
                              John Lahad

9
                              jlahad@susmangodfrey.com

10
                         *Attorneys for Alfred H. Siegel, as Trustee of the*
                         *Circuit City Stores, Inc. Liquidating Trust*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                      2

28
                                NOTICE OF APPEARANCE OF JOHN LAHAD
                                  MASTER FILE NO.:  MDL 1917
                                     CASE NO. C 11-05502 SC

2590887v1/012325