| | |
|---|---|
| 1 | Jason C. Murray (CA Bar No. 169806) |
| | CROWELL & MORING LLP |
| 2 | 515 South Flower St., 40th Floor |
| | Los Angeles, CA 90071 |
| 3 | Telephone: 213-443-5582 |
| | Facsimile: 213-622-2690 |
| 4 | Email: jmurray@crowell.com |
| 5 | Jerome A. Murphy (*pro hac vice*) |
| | CROWELL & MORING LLP |
| 6 | 1001 Pennsylvania Ave. NW |
| | Washington, DC 20004 |
| 7 | Telephone: 202-624-2985 |
| | Facsimile: 213-628-5116 |
| 8 | Email: jmurphy@crowell.com |

*Counsel for Plaintiff Target Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C-07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. CV 11-5514 | **NOTICE OF APPEARANCE BY JEROME A. MURPHY** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jerome A. Murphy of Crowell & Moring LLP hereby appears in this action as additional counsel on behalf of plaintiff Target Corporation. Plaintiff respectfully requests that all pleadings and other documents be served upon Jerome A. Murphy using the contact information set forth below.

Jerome A. Murphy
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: 202-624-2985
Facsimile: 213-628-5116
Email: jmurphy@crowell.com

-1-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF APPEARANCE;
CASE NO. CV 11-5514 MDL NO. 1917

DCACTIVE-22307481.1

Dated: February 20, 2013

Respectfully submitted,

_____/s/ Jerome A. Murphy_____
Jerome A. Murphy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: 202-624-2985
Facsimile: 213-628-5116
Email: jmurphy@crowell.com

*Counsel for Target Corporation*

-2-

CROWELL
& MORING LLP
ATTORNEYS AT LAW

NOTICE OF APPEARANCE;
CASE NO. CV 11-5514; MDL 1917

DCACTIVE-22307481.1