Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: *Target et. al. v. Chunghwa Picture Tubes, Ltd. et al.,* No. 11-cv-5514 | **STIPULATION OF DISMISSAL** |

WHEREAS, Plaintiffs Old Comp Inc. and Good Guys, Inc. (collectively "Plaintiffs") initially filed a Complaint against Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") in November 2011 and subsequently filed an amended Complaint in January 2012;

WHEREAS, BMCC filed an Answer to Plaintiffs' Complaint on September 14, 2012;

WHEREAS, Plaintiffs opted out of the Indirect Purchaser Plaintiff Settlement Class regarding settlement with Defendant Chunghwa Picture Tubes, Ltd. in January 2012 (the "Settlement");

NOW, THEREFORE, IT IS WHEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. Plaintiffs shall dismiss all of their claims against BMCC, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

CROWELL & MORING LLP
ATTORNEYS AT LAW

**Error! Unknown document property name.**

2.   BMCC acknowledges that this dismissal shall not affect, nor will BMCC rely upon this dismissal to seek to prevent, Plaintiffs' inclusion in any future litigation or settlement classes in the above-captioned litigation, and this dismissal does not affect, nor will BMCC rely upon this dismissal to seek to prevent, Plaintiffs' right to seek inclusion in the Settlement.

3.   Each party shall bear its own costs and attorneys' fees.

4.   This stipulation does not affect the rights or claims of any other plaintiff against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated:  February 25, 2013                    /s/ Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com

*Counsel for Plaintiffs Old Comp Inc., Good Guys, Inc.*

Dated:  February 25, 2013                    /s/ Richard Snyder

Richard Snyder (admitted *pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
Email: richard.snyder@freshfields.com
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Tel: (202) 777-4655
Fax: (202) 777-4555

*Attorney for Defendant Bejing Matsushita Color CRT Co. Ltd.*

1  **IT IS SO ORDERED.**

2  Dated: _____, 2013

     _____
     Samuel Conti, United States District Judge

7  _____