1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   David Martinez, Bar No. 193183
3  DMartinez@rkmc.com
   Jill S. Casselman, Bar No. 266085
4  JSCasselman@rkmc.com
   2049 Century Park East, Suite 3400
5  Los Angeles, CA  90067-3208
   Telephone: 310-552-0130
6  Facsimile: 310-229-5800

7  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Elliot S. Kaplan, Bar No. 53624
8  ESKaplan@rkmc.com
   Laura E. Nelson, Bar No. 231856
9  LENelson@rkmc.com
   800 LaSalle Avenue
10 2800 LaSalle Plaza
   Minneapolis, MN 55402
11 Telephone: 612-349-8500
   Facsimile: 612-339-4181

12 Attorneys for Plaintiffs
13 BEST BUY CO., INC.; BEST BUY PURCHASING LLC;
   BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY
14 STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA
   HI-FI, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| BEST BUY CO., INC.; et al.<br>Plaintiffs,<br>v.<br>HITACHI, LTD, et al.<br>Defendants. | Individual Case No. No. 11-cv-05513 SC<br><br>The Honorable Samuel Conti<br><br>**NOTICE OF APPEARANCE OF JILL S. CASSELMAN** |

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944-SC                                    NOTICE OF APPEARANCE OF JILL S. CASSELMAN
60662542.1

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jill S. Casselman hereby enters her appearance in the above-entitled action on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, Inc.  The Court and counsel are requested to update their service lists with the undersigned's information as follows:

> Jill S. Casselman
> ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.
> 2049 Century Park East, Suite 3400
> Los Angeles, CA  90067-3208
> Telephone: 310-552-0130
> Facsimile:   310-229-5800
> Email: jscasselman@rkmc.com

Respectfully submitted,

DATED:  February 27, 2013          ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:   /s/ Jill S. Casselman
    Roman M. Silberfeld
    David Martinez
    Jill S. Casselman
    Laura E. Nelson

**ATTORNEYS FOR PLAINTIFFS**
**BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; MAGNOLIA HI-FI, INC.**

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944-SC         - 2 -         NOTICE OF APPEARANCE OF JILL S. CASSELMAN
60662542.1