1  Christopher M. Curran (*pro hac vice*)
   ccurran@whitecase.com
2  George L. Paul (*pro hac vice*)
   gpaul@whitecase.com
3  Lucius B. Lau (*pro hac vice*)
   alau@whitecase.com
4  **WHITE & CASE** LLP
5  701 Thirteenth Street, N.W.
   Washington, DC  20005
6  Telephone:  (202) 626-3600
   Facsimile:  (202) 639-9355
7
8  *Counsel to Toshiba Corporation,*
   *Toshiba America, Inc., Toshiba America*
9  *Information Systems, Inc., Toshiba America*
   *Consumer Products, L.L.C., and Toshiba*
10 *America Electronic Components, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF BIJAL V. VAKIL** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following attorney, who has previously entered an appearance as counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively, the "Toshiba Entities"), hereby withdraws his appearance and requests to be removed from the service list in the above-captioned matter.

Bijal V. Vakil
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: + 1 650-213-0300
Fax:  + 1 650-213-8158
bvakil@whitecase.com

PLEASE TAKE FURTHER NOTICE that all other attorneys at the firm of White & Case LLP who are currently listed as counsel of record will continue to represent the Toshiba Entities, shall remain as counsel of record and should not be removed from the service list.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | **WHITE & CASE** |
| 3 | DATED:  February 28, 2013 |
| 4 | By:  /s/ Lucius B. Lau |
|   | Christopher M. Curran (*pro hac vice*) |
| 5 | ccurran@whitecase.com |
|   | George L. Paul (*pro hac vice*) |
| 6 | gpaul@whitecase.com |
|   | Lucius B. Lau (*pro hac vice*) |
| 7 | alau@whitecase.com |
|   | 701 Thirteenth Street, N.W. |
| 8 | Washington, DC  20005 |
| 9 | tel.: (202) 626-3600 |
|   | fax: (202) 639-9355 |

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*