ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Elizabeth D. Le, Bar No. 216182
EDLe@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:     310-552-0130
Facsimile:     310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan, Bar No. 53624
ESKaplan@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402
Telephone:     612-349-8500
Facsimile:     612-339-4181

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY
PURCHASING LLC; BEST BUY ENTERPRISE
SERVICES, INC.; BEST BUY STORES, L.P.;
BESTBUY.COM, L.L.C.; and MAGNOLIA HI-
FI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| | Individual Case No. 11-cv-05513 SC |
| BEST BUY CO., INC.; et al. | The Honorable Samuel Conti |
| Plaintiffs,<br>v. | **NOTICE OF CHANGE OF COUNSEL** |
| HITACHI, LTD, et al. | |
| Defendants. | |

Case No. 11-CV-05513 SC
Master Case No. 07-CV-05944-SC
60663110.1

NOTICE OF CHANGE OF COUNSEL

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
ATLANTA

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
ATLANTA

1    TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that effective March 1, 2013, I, Elizabeth D. Le, will no

3  longer be with the law firm of Robins, Kaplan, Miller & Ciresi L.L.P., and will no longer

4  be representing Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy

5  Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi,

6  Inc. in the above-referenced action.

7    Please update service lists and address all correspondence, notices, e-notices and

8  pleadings pertaining to this matter accordingly.

9

10    Respectfully submitted,

11   DATED:  March 1, 2013    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

12    By:    /s/   Elizabeth D. Le

13    Roman M. Silberfeld
      David Martinez
14    Elizabeth D. Le
      Laura E. Nelson

15   **ATTORNEYS FOR PLAINTIFFS
16   BEST BUY CO., INC.; BEST BUY
     PURCHASING LLC; BEST BUY
17   ENTERPRISE SERVICES, INC.; BEST BUY
     STORES, L.P.; BESTBUY.COM, L.L.C.;
18   MAGNOLIA HI-FI, INC.**

19

20

21

22

23

24

25

26

27

28