IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d) |

The Indirect-Purchaser Plaintiffs filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d).  ECF No. 1585 (moving to seal errata to the reply brief in support of the Indirect-Purchaser Plaintiffs' motion for class certification).  For good cause shown, the Indirect-Purchaser Plaintiffs' Motion to Seal is GRANTED.

IT IS SO ORDERED.

Dated: March 4, 2013

_____
UNITED STATES DISTRICT JUDGE