Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: 202-624-2985
Facsimile: 213-628-5116
Email: jmurphy@crowell.com

*Counsel for Plaintiff Target Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE BY ASTOR H. L. HEAVEN** |
| *Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. CV 11-5514 | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Astor H.L. Heaven of Crowell & Moring LLP hereby appears in this action as additional counsel on behalf of plaintiff Target Corporation. Plaintiff respectfully requests that all pleadings and other documents be served upon Astor H.L. Heaven using the contact information set forth below.

Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: 202-624-2985
Facsimile: 213-628-5116

-1-

DCACTIVE-22307481.1

Email: aheaven@crowell.com

Dated: March 4, 2013

Respectfully submitted,

    /s/ Astor H.L. Heaven
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: 202-624-2985
Facsimile: 213-628-5116
Email: jmurphy@crowell.com

*Counsel for Target Corporation*

CROWELL & MORING LLP
ATTORNEYS AT LAW

NOTICE OF APPEARANCE;
CASE NO. CV 11-5514; MDL 1917

DCACTIVE-22307481.1