

Direct Line
(305) 381-7472
E-Mail
wblechman@knpa.com

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

March 5, 2013

Hon. Charles A. Legge                  *Via E-mail*
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA  94111

    Re:    ***In re Cathode Ray Tube (CRT) Antitrust Litigation***
            ***Case No: 07-5944-SC, MDL 1917***
            ***Document Related to All Direct Action Plaintiff Actions***

Dear Judge Legge:

    We write on behalf of the Direct Action Plaintiffs ("DAPs") to submit the accompanying proposed Order denying Defendants' motion to dismiss the DAPs' federal antitrust claims.  As defense counsel noted in their February 28, 2013 letter, the parties conferred but were unable to agree on the form of the proposed Order.

    At oral argument, the parties agreed that Judge Conti's Order of November 29, 2012 requires the denial of Defendants' motion to dismiss the DAPs' federal antitrust claims.  Thus, the DAPs submit a proposed order that simply denies Defendants' motion in accordance with Judge Conti's Order.

    In contrast, Defendants' proposed Order is worded in a confusing fashion, contains editorial characterizations of both side's positions, and sets forth Judge Conti's ruling incorrectly.  Critically, the last sentence of Defendants' proposed Order reads: "It Is Hereby Ordered that the Motion is Granted."  But, in fact, to be consistent with Judge Conti's November 29, 2012 ruling, the order should be that the motion is *denied* – as Defendants acknowledge earlier in their proposed Order.

TEXAS OFFICE
ONE CONGRESS PLAZA
111 CONGRESS AVENUE, SUITE 1060
AUSTIN, TEXAS 78701
TELEPHONE 512.480.8023
FACSIMILE 512.480.8037

WASHINGTON SATELLITE OFFICE
1101 PENNSYLVANIA AVENUE, N.W., 6TH FLOOR
WASHINGTON, D.C. 20004-2436
TELEPHONE 202.756.4373
FACSIMILE 202.756.7323

**Hon. Charles A. Legge**  March 5, 2013
Page 2

As such, the DAPs request that Your Honor adopt the DAPs' proposed Order as the Special Master's Report and Recommendation on Defendants' motion.

Respectfully submitted,

William J. Blechman
*On behalf of Direct Action Plaintiffs and Counsel for Sears Roebuck & Co. and Kmart Corporation*

WJB:mb

Attachment

450423.1

KENNY NACHWALTER, P.A.