**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br>_____<br><br>This Document Relates to:<br><br>DIRECT ACTION PLAINTIFF ACTIONS<br>_____ | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS DIRECT ACTION PLAINTIFFS' FEDERAL CLAIMS** |

**PROPOSED ORDER**

The Court hereby ORDERS AND ADJUDGES as follows:

For the reasons stated in the Court's November 29, 2012 Order Granting in Part and Denying in Part Defendants' Joint Motion for Summary Judgment in the Direct Purchaser Class Action Cases [Dkt. No. 1470],

**IT IS HEREBY ORDERED** that the Defendants' Motion to Dismiss the Direct Action Plaintiffs' federal claims is **DENIED**.

**IT IS SO RECOMMENDED.**

Dated: _____          _____
                                  Hon. Charles A. Legge
                                  Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated: _____          _____
                                  Hon. Samuel Conti
                                  United States District Judge