Christopher M. Curran (*pro hac vice*)
ccuran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

Jeremy K. Ostrander (SBN 233489)
jostrander@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA  94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

*Counsel to Defendants Toshiba Corporation,
Toshiba America, Inc., Toshiba America Consumer
Products, L.L.C., Toshiba America Information Systems, Inc.,
and Toshiba America Electronic Components, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS | Master File No.:  3:07-cv-05944 SC <br><br> MDL No. 1917 <br><br> **NOTICE OF APPEARANCE** |

1  PLEASE TAKE NOTICE that Jeremy K. Ostrander hereby appears in this action as counsel
2  on behalf of defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer
3  Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic
4  Components, Inc., and requests that all pleadings and other documents be served upon him as
5  follows:

Jeremy K. Ostrander (SBN 233489)
**WHITE & CASE** LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158
Email: jostranderl@whitecase.com

Dated: March 8, 2013                                  **WHITE & CASE** LLP

By: /s/ Jeremy K. Ostrander
Jeremy K. Ostrander (SBN 233489)
jostrander@whitecase.com
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., and Toshiba America Electronic Components, Inc.*

**CERTIFICATE OF SERVICE**

On March 8, 2013, I caused a copy of NOTICE OF APPEARANCE to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 2, 2008.

>         */s/ Jeremy K. Ostrander*
>         Jeremy K. Ostrander

Master File No. 3:07-cv-05944 SC          NOTICE OF APPEARANCE
MDL No. 1917