Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | [PROPOSED] REPORT AND RECOMMENDATION RE: MODIFICATION OF SECTION VII.A. OF ORDER RE DISCOVERY AND CASE MANAGEMENT PROTOCOL (DEPOSITION INTERPRETERS) |

To the Honorable Samuel Conti, United States District Judge:

Plaintiffs have informed the Special Master by letter that certain Defendants have employed the services of a single interpreter not only to translate foreign language testimony at a given witness's deposition, but also to assist that same witness and his counsel to prepare for the deposition, outside the presence of Plaintiffs' counsel. Plaintiffs have objected to this practice as raising the appearance of impropriety as to impartiality of and conflict of interest by said interpreter.

Having carefully considered the letters and other submissions of Plaintiffs and certain Defendants, as well as oral arguments by counsel at a telephonic hearing held on February 7, 2013, the Special Master hereby recommends that the April 3, 2012 Order Re: Discovery and Case Management Protocol be amended to add the following sentence at the end of Section VII.A. of the Discovery and Case Management Protocol:

"Any interpreter hired to act as the official interpreter at a deposition shall be prohibited from participating in the preparation or counseling of that witness in conjunction with that deposition."

//
//
//

DATED: February 21, 2013

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

The Report and Recommendations are Accepted and Ordered / ~~Denied / Modified.~~

DATED: March 12, 2013

_____
Hon. Samuel Conti
United States District Judge

[PROPOSED] **REPORT AND RECOMMENDATION RE: MODIFICATION OF SECTION VII.A. OF ORDER RE DISCOVERY AND CASE MANAGEMENT PROTOCOL**