1 | Jason C. Murray (CA Bar No. 169806)
  | CROWELL & MORING LLP
2 | 515 South Flower St., 40th Floor
  | Los Angeles, CA 90071
3 | Telephone: 213-622-4750
  | Facsimile: 213-622-2690
4 | Email: jmurray@crowell.com

5 | *Counsel for Plaintiffs*

6

7 | UNITED STATES DISTRICT COURT

8 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

9

10

11 | In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C-07-5944 SC

12 | | MDL No. 1917

13 | | **STIPULATION OF DISMISSAL**

14 | This Document Relates To:

15 | *Target et. al. v. Chunghwa Picture Tubes, Ltd. et al.,* No. 11-cv-5514

16

17    WHEREAS, Plaintiffs Old Comp Inc. and Good Guys, Inc. (collectively "Plaintiffs")

18 initially filed a Complaint against Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC")

19 in November 2011 and subsequently filed an amended Complaint in January 2012;

20    WHEREAS, BMCC filed an Answer to Plaintiffs' Complaint on September 14, 2012;

21    WHEREAS, Plaintiffs opted out of the Indirect Purchaser Plaintiff Settlement Class

22 regarding settlement with Defendant Chunghwa Picture Tubes, Ltd. in January 2012 (the

23 "Settlement");

24    NOW, THEREFORE, IT IS WHEREBY STIPULATED AND AGREED by and among

25 the undersigned counsel, on behalf of their respective clients, as follows:

26    1.    Plaintiffs shall dismiss all of their claims against BMCC, without prejudice,

27 pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

Stipulation Of Dismissal

**Error! Unknown document property name.**

2.      BMCC acknowledges that this dismissal shall not affect, nor will BMCC rely upon this dismissal to seek to prevent, Plaintiffs' inclusion in any future litigation or settlement classes in the above-captioned litigation, and this dismissal does not affect, nor will BMCC rely upon this dismissal to seek to prevent, Plaintiffs' right to seek inclusion in the Settlement.

3.      Each party shall bear its own costs and attorneys' fees.

4.      This stipulation does not affect the rights or claims of any other plaintiff against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated: February 25, 2013

        /s/ Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com

*Counsel for Plaintiffs Old Comp Inc., Good Guys, Inc.*

Dated: February 25, 2013

        /s/ Richard Snyder

Richard Snyder (admitted *pro hac vice*)
Freshfields Bruckhaus Deringer US LLP
Email: richard.snyder@freshfields.com
701 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
Tel: (202) 777-4655
Fax: (202) 777-4555

*Attorney for Defendant Bejing Matsushita Color CRT Co. Ltd.*



UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
03/14/2013
IT IS SO ORDERED
Judge Samuel Conti

-2-    Stipulation Of Dismissal