GUIDO SAVERI (Bar No. 22349)
  guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
  rick@saveri.com
CADIO ZIRPOLI (Bar No. 179108)
  cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone:   (415) 217-6810
Facsimile:   (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE DEADLINE FOR COURT-ORDERED MEDIATION** |
| This Document Relates to:<br><br>DIRECT PURCHASER PLAINTIFFS' ACTIONS | |

07-CV-5944 SC

SMRH:408168097.1

1  It is hereby stipulated by and between the Direct Purchaser Plaintiffs ("DPPs") and the undersigned defendants ("Defendants") in this action as follows:

WHEREAS, on March 13, 2013, this Court entered its Revised Scheduling Order (Dkt. No. 1595) setting March 15, 2013 as the direct class's last day for mediation;

WHEREAS, given the parties' schedules and the available dates provided by the mediator, that the earliest date the mediation between the DPPs and Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "SEC") could be scheduled was March 19, 2013;

WHEREAS, given the parties' schedules and the available dates provided by the mediator, that the earliest date the mediation between the DPPs and Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc. ("Hitachi") could be scheduled was March 26, 2013;

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned DPPs and Defendants that: (1) the last day for mediation between the DPPs and SDI and SEC be extended by four days to March 19, 2013; and (2) that the last day for mediation between the DPPs and Hitachi be extended by eleven days to March 26, 2013.

DATED: March 15, 2013          SAVERI & SAVERI, INC.

By: /s/ Guido Saveri
GUIDO SAVERI (SBN 22349)
E-mail: guido@saveri.com
R. ALEXANDER SAVERI (SBN 173102)
E-mail: rick@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

SMRH:408168097.1

By: /s/ Gary L. Haling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

By: /s/ Ian Simmons
IAN SIMMONS
E-mail: isimmons@omm.com
BENJAMIN G. BRADSHAW
E-mail: bbradshaw@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5163
Facsimile: (202) 383-5414

*Counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

By: /s/ Scott A. Stempel
SCOTT A. STEMPEL (pro hac vice)
E-mail: sstempel@morganlewis.com
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
J. CLAYTON EVERETT, JR. (pro hac vice)
E-mail: jeverett@morganlewis.com
**MORGAN, LEWIS BOCKIUS LLP**
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of March, 2013, at San Francisco, California.

/s/ R. Alexander Saveri

IT IS SO RECOMMENDED.

DATED: March 18, 2013

_____
Hon. Charles A Legge
Special Master

IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.

DATED: March 18, 2013

_____
Hon. Samuel A. Conti
UNITED STATES DISTRICT JUDGE

crt.589

SMRH:408168097.1

4

07-CV-5944 SC