1  Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
3  San Francisco, California 94111
Telephone:     (415) 788-8200
4  Facsimile:     (415) 788-8208
Email: staylor@tcolaw.com
5  Email: jpatchen@tcolaw.com

6
Kenneth A. Gallo (*pro hac vice to be submitted*)
7  Joseph J. Simons (*pro hac vice to be submitted*)
Craig A. Benson (*pro hac vice to be submitted*)
8  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
9  Washington, DC  20006-1047
Telephone:     (202) 223-7300
10  Facsimile:     (202) 223-7420
Email: kgallo@paulweiss.com
11  Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com
12
*Attorneys for Sharp Electronics Corporation,*
13  *Sharp Electronics Manufacturing Company of America, Inc.*

14
**UNITED STATES DISTRICT COURT**
15
**NORTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17  IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 |
| 18 | MDL No. 1917 |
| This Document Relates To: | |
| 19 | **ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| *Sharp Electronics Corporation, Sharp Electronics* | |
| 20  *Manufacturing Company of America, Inc., v.* | |
| *Hitachi, Ltd. et al.*, Case No.  3:13-cv-1173 EDL. | |
| 21 | |

22

23

24

25

26

27

28

TAYLOR & CO.
LAW OFFICES, LLP

1    Pursuant to Civil Local Rule 3-12 of this Court, Sharp Electronics Corporation and Sharp

2  Electronics Manufacturing Company of America, Inc. ("Plaintiffs"), submit this Administrative

3  Motion to consider whether the action captioned *Sharp Electronics Corporation, Sharp*

4  *Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd., et al.*, Case No.  3:13-cv-

5  1173 EDL (the "Sharp Action"), filed March 15, 2013, and currently pending in the Northern

6  District of California and assigned to the Honorable Elizabeth D. Laporte, should be related to *In*

7  *re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917).

8    Civil Local Rule 3-12(a) states that an action is related to another when the actions

9  "concern substantially the same parties, property, transaction or event" and it "appears likely that

10  there will be an unduly burdensome duplication of labor and expense or conflicting results if the

11  cases are conducted before different Judges."  The Sharp Action meets Local Rule 3-12's criteria

12  for relatedness.  It is an antitrust action filed against certain defendants also named in MDL No.

13  1917.  Both actions involve allegations that defendants conspired to fix the prices of Cathode Ray

14  Tubes ("CRTs") and seek the same form of relief under Section 1 of the Sherman Act, Sections 4

15  and 16 of the Clayton Act, and the laws of California and other states.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

TAYLOR & CO.
LAW OFFICES, LLP

Given the closely related nature of these cases, each involving substantially similar questions of law and fact, there will potentially be an unduly burdensome duplication of labor and expense and/or conflicting rulings if the Sharp Action is not deemed related to MDL No. 1917. Accordingly, Plaintiffs respectfully request that the Sharp Action be deemed related to MDL No. 1917 and reassigned to the Honorable Samuel Conti.

Dated:  March 20, 2013                    By: */s/ Jonathan A. Patchen*

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*pro hac vice to be submitted*)
Joseph J. Simons (*pro hac vice to be submitted*)
Craig A. Benson (*pro hac vice to be submitted*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

TAYLOR & CO.
LAW OFFICES, LLP

- 2 -
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED
Case No. 3:10-cv-01064 SI; MDL No. 1827