Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*pro hac vice to be submitted*)
Joseph J. Simons (*pro hac vice to be submitted*)
Craig A. Benson (*pro hac vice to be submitted*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., v. Hitachi, Ltd. et al.*, Case No.  3:13-cv-1173 EDL. | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**DECLARATION OF JONATHAN A. PATCHEN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF JONATHAN A. PATCHEN IN SUPPORT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED:  Case No. 3:10-cv-01064 SI; MDL No. 1827

I, JONATHAN A. PATCHEN, declare as follows:

1. I am an attorney and partner with Taylor & Company Law Offices, LLP, litigation counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Sharp") in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, I could and would testify competently to all of the matters contained herein. I submit this declaration in support of Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related.

2. Attached hereto as Exhibit A is a copy of the Complaint filed on March 15, 2013, in *Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-1173 EDL (the "Sharp Action").

3. The Sharp Action is an antitrust action filed against certain defendants also named in *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917). Both actions involve allegations that defendants conspired to fix the prices of Cathode Ray Tubes ("CRTs") and seek the same form of relief under Section 1 of the Sherman Act, Sections 4 and 16 of the Clayton Act, and the laws of California and other states.

4. A stipulation pursuant to Civil Local Rule 7-11(a) could not be obtained because defendants in the Sharp Action have not yet appeared.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 20th day of March, 2013, in San Francisco, California.

                         */s/ Jonathan A. Patchen*
                         JONATHAN A. PATCHEN

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF JONATHAN A. PATCHEN IN SUPPORT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES ARE RELATED: Case No. 3:10-cv-01064 SI; MDL No. 1827