1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., v. Hitachi, Ltd. et al.*, Case No. 3:13-cv-1173 EDL. | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

(PROPOSED) ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12
TO CONSIDER WHETHER CASES SHOULD BE RELATED

Having considered the Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12 filed by Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Plaintiffs"), and the papers and pleadings on file, and good cause appearing, the Court HEREBY GRANTS the motion.

IT IS HEREBY ORDERED that the case captioned *Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-1173 EDL, filed March 15, 2013, and currently pending in the Northern District of California and assigned to the Honorable Elizabeth D. Laporte, is deemed related to the above-captioned matter and is assigned to the undersigned Judge.

IT IS HEREBY FURTHER ORDERED that pursuant to Local Civil Rule 3-12(f)(3), the Clerk of the Court shall notify the parties in the above-captioned matter, the Honorable Elizabeth D. Laporte, and the parties in *Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd., et al.*, Case No. 3:13-cv-1173 EDL, of this Order.

DATED: _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE