1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

9
10

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., v. Hitachi, Ltd. et al.*, Case No. 3:13-cv-1173 EDL. | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

(PROPOSED) ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12
TO CONSIDER WHETHER CASES SHOULD BE RELATED

1  Having considered the Administrative Motion to Consider Whether Cases Should be
2  Related Pursuant to Civil Local Rule 3-12 filed by Sharp Electronics Corporation and Sharp
3  Electronics Manufacturing Company of America, Inc. ("Plaintiffs"), and the papers and
4  pleadings on file, and good cause appearing, the Court HEREBY GRANTS the motion.

5  IT IS HEREBY ORDERED that the case captioned *Sharp Electronics Corporation,*
6  *Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd., et al.*, Case No.
7  3:13-cv-1173 EDL, filed March 15, 2013, and currently pending in the Northern District of
8  California and assigned to the Honorable Elizabeth D. Laporte, is deemed related to the above-
9  captioned matter and is assigned to the undersigned Judge.

10  IT IS HEREBY FURTHER ORDERED that pursuant to Local Civil Rule 3-12(f)(3), the
11  Clerk of the Court shall notify the parties in the above-captioned matter, the Honorable Elizabeth
12  D. Laporte, and the parties in *Sharp Electronics Corporation, Sharp Electronics Manufacturing*
13  *Company of America, Inc. v. Hitachi, Ltd., et al.*, Case No.  3:13-cv-1173 EDL, of this Order.

17  DATED: _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

- 2 -
(PROPOSED) ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12
TO CONSIDER WHETHER CASES SHOULD BE RELATED