Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*pro hac vice to be submitted*)
Joseph J. Simons (*pro hac vice to be submitted*)
Craig A. Benson (*pro hac vice to be submitted*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc., v. Hitachi, Ltd. et al.*, Case No.  3:13-cv-1173 EDL. | Case No. 07-cv-5944 (SC)<br><br>MDL No. 1917<br><br>**PROOF OF SERVICE RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

TAYLOR & CO.
LAW OFFICES, LLP

PROOF OF SERVICE RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED:  Case No. 3:10-cv-01064 SI; MDL No. 1827

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355, San Francisco, California 94111.

On March 20, 2013, I served true copies of the following document(s) described as

1. **ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **DECLARATION OF JONATHAN A. PATCHEN RE: ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

3. **[PROPOSED] ORDER RE: ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local District Rule(s), the foregoing documents were served on all Parties and Interested Parties to the case captioned above: In re: Cathode Ray Tube (CRT) Antitrust Litigation, United States District Court, Northern District of California Case No. 3:07-cv-05944 (SC), by the court via NEF and hyperlink to the documents identified above.

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 20, 2013, at San Francisco, California.

*/s/ Pauline Berkes*
Pauline Berkes

TAYLOR & CO.
LAW OFFICES, LLP

1.

PROOF OF SERVICE RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case No. 3:10-cv-01064 SI; MDL No. 1827

**SERVICE LIST**
**Case No. 07-cv-05944 (SC)**

| | |
|---|---|
| MERIDIAN SOLAR & DISPLAY CO., LTD.<br>184 Gongdan-Dong Kumi Ksb<br>South Korea | PT.MT PICTURE DISPLAY INDONESIA<br>Kawasan EJIP Industrial Park Plot 3-G<br>Bekasi 17550, Desa Sukaresmi,<br>Kecamatan Cikarang Selatan,<br>Kabupaten Bekasi, Republic of Indonesia |
| LG.PHILIPS DISPLAYS HOLDING B.V.<br>Zwaanstraat 2A<br>Eindhoven, 5651 CA<br>The Netherlands | TOSHIBA DISPLAY DEVICES (THAILAND) COMPANY, LTD.<br>142 Moo 5 Bangkadi Industrial Estate<br>Tivanon Road, Pathurn Thani<br>Thailand 12000 |
| LG.PHILIPS DISPLAYS INTERNATIONAL B.V.<br>Postbus 3<br>5600 AA Eindhoven<br>The Netherlands | VIDEOCON INDUSTRIES, LTD.<br>14, KM Stone<br>Chitegaon, Aurangabad 431005, India |
| MATSUSHITA ELECTRONIC CORPORATION (MALAYSIA) SDN BHD.<br>Lot 1, Persiaran Tengku Ampuan Section 21, Shah Alam Industrial Site<br>Shah Alam Malaysia 40000 | TECHNOLOGIES DISPLAYS AMERICAS LLC<br>1778 Carr Road Ste 4B<br>Calexico, California 92231 |
| SAMSUNG SDI (HONG KONG), LTD.<br>8/F., Central Plaza 18 Harbour Road<br>Wanchai, Hong Kong | TECHNOLOGIES DISPLAYS MEXICANA, S.A. DE C.V.<br>Calz. Robledo Industrial Colorad<br>Mexicali, B.C. 21384, Mexico |

2.
PROOF OF SERVICE RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED:  Case No. 3:10-cv-01064 SI; MDL No. 1827