BRUCE L. SIMON (Bar No. 96241)
  bsimon@pswlaw.com
AARON M. SHEANIN (Bar No. 214472)
  asheanin@pswlaw.com
**PEARSON, SIMON & WARSHAW, LLP**
44 Montgomery Street, Suite 2450
San Francisco, California 94104
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008

P. JOHN BRADY
  jbrady@stklaw.com
DANIEL D. OWEN
  dowen@stklaw.com
**SHUGHART THOMSON & KILROY, P.C.**
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
Telephone: (816) 421-3355
Facsimile:  (816) 374-0509

*Attorneys for Plaintiff and the Proposed Direct Purchaser Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO.. 07-cv-5944 SC<br><br>MDL NO.  1917<br><br>**NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESSES** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the law firm of Pearson, Simon, Warshaw & Penny, LLP hereby advises the Court and all parties in this matter that as of March 18, 2013, the firm's new name is:

854110.1

NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDESSES

**PEARSON, SIMON & WARSHAW, LLP**

The address, telephone and facsimile numbers remain the same.  The e-mail addresses for the attorneys in this matter have been changed as follows:

    Bruce L. Simon        bsimon@pswlaw.com

    Aaron M. Sheanin     asheanin@pswlaw.com

DATED: March 21, 2013        **PEARSON, SIMON & WARSHAW, LLP**

By:  */s/ Bruce L. Simon*
        BRUCE L. SIMON
Attorneys for Plaintiff and the Proposed Direct Purchaser Class

854110.1

2

NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDESSES