ALDO A. BADINI (257086)
JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT-PURCHASER ACTIONS | Case No. 07-5944 SC<br>MDL. No. 1917<br><br>**[PROPOSED] ORDER GRANTING PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(c)** |

On March 25, 2013, Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co. Ltd. (collectively, "Panasonic Defendants") filed the following documents:

(1) Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Strike the

Proposed Expert Testimony of Dr. Janet S. Netz;

(2) Declaration of Eva W. Cole in Support of Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz ("Cole Reply Declaration");

(3) Exhibits 1 through 7 attached to the Cole Reply Declaration; and

(4) Rebuttal Declaration of Professor Robert D. Willig in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz ("Willig Rebuttal Declaration").

With respect to these documents, the Panasonic Defendants also filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(c) ("Motion to Seal") seeking leave to file these documents, or portions thereof, under seal.

On March 25, 2013, the Panasonic Defendants filed the Declaration of Eva W. Cole in Support of the Motion to Seal.

After due consideration of the papers submitted, the Court's previously entered Protective Order, and the Court's file in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED with respect to those portions of Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz, the Cole Reply Declaration and Exhibits and the Willig Rebuttal Declaration identified by Panasonic Defendants in the Declaration of Eva W. Cole in Support of the Motion to Seal.

1. The Clerk shall place in the public record the following documents:

   i. The redacted version of Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz as lodged by Panasonic Defendants on March 25, 2013;

- 2 –

      ii. The redacted versions of the Cole Reply Declaration as lodged by Panasonic Defendants on March 25, 2013;

      iii. The redacted version of Exhibits 1 through 7 attached to the Cole Reply Declaration as lodged by Panasonic Defendants on March 25, 2013; and

      iv. The redacted version of the Willig Rebuttal Declaration as lodged by Panasonic Defendants on March 25, 2013.

All other documents filed under seal by the Panasonic Defendants on March 25, 2013 shall remain under seal.

    IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO RECOMMENDED.**

Dated:_____        _____
                                                                        Hon. Charles A. Legge
                                                                          Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated:_____        _____
                                                                       Hon. Samuel Conti
                                                                   United States District Judge