1  Hon. Charles A. Legge (Ret.)
   JAMS
2  Two Embarcadero Center, Suite 1500
3  San Francisco, CA 94111
   Telephone: (415) 774-2644
4  Fax: (415) 982-5287
   Special Master
5

6

7

8                     UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11 | IN RE: CATHODE RAY TUBE (CRT) | Master File No. 3:07-cv-05944-SC
12 | ANTITRUST LITIGATION           | MDL No. 1917

13 |                                 | **[PROPOSED] REPORT AND**
   | This Document Relates to:       | **RECOMMENDATION RE: DIRECT**
14 |                                 | **ACTION PLAINTIFFS' MOTION FOR**
   | *Electrograph Systems, Inc., et al. v. Hitachi,* | **LEAVE TO FILE AMENDED**
15 | *Ltd., et al.*, No. 11-cv-01656; | **COMPLAINTS**

16 | *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v.*
17 | *Hitachi, Ltd., et al.*, No. 11-cv-05502;

18 | *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

19 | *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;
20 |

21 | *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

22 | *Office Depot, Inc. v. Hitachi Ltd., et al.*, No.
23 | 11-cv-06276;

24 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;
25

26

27  [PROPOSED] REPORT AND RECOMMENDATION RE: DIRECT ACTION
    PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
28  Case No. 3:07-05944-SC
    MDL No. 1917