1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Eric J. Weiss (admitted *pro hac vice*)
   Nicholas H. Hesterberg (admitted *pro hac vice*)
3  **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:     206.359.8000
   Facsimile:     206.359.9000
6
7  Joren Bass, Bar No. 208143
   JBass@perkinscoie.com
8  **PERKINS COIE LLP**
   Four Embarcadero Center, Suite 2400
9  San Francisco, CA  94111-4131
   Telephone:     415.344.7120
10 Facsimile:     415.344.7320
11
   Attorneys for Plaintiff Costco Wholesale Corporation
12
13              UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA
15              SAN FRANCISCO DIVISION
16
17 IN RE: CATHODE RAY TUBE (CRT)          Master File No. 3:07-cv-05944-SC
   ANTITRUST LITIGATION                   MDL No. 1917
18
19 This Document Relates to:              **DECLARATION OF ERIC J. WEISS IN
                                          SUPPORT OF DIRECT ACTION
   *Electrograph Systems, Inc., et al. v. Hitachi,*  **PLAINTIFFS' NOTICE OF MOTION
20 *Ltd., et al.*, No. 11-cv-01656;       AND MOTION FOR LEAVE TO FILE
                                          AMENDED COMPLAINTS**
21 *Alfred H. Siegel, as Trustee of the Circuit
   City Stores, Inc. Liquidating Trust v.*  Date: May 1, 2013 (tentative)
22 *Hitachi, Ltd., et al.*, No. 11-cv-05502;  Time: 9:30 a.m. (tentative)
                                          Place: JAMS Resolution Center, Two
23 *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et*  Embarcadero Center, Suite 1500
   *al.*, No. 11-cv-05513;                Judge: Honorable Samuel Conti
24                                         Special Master: Hon. Charles A. Legge (Ret.)
25 *Target Corp, et al. v. Chunghwa Picture
   Tubes, Ltd., et al.*, No. 11-cv-05514;
26
27 DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS'
   MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
28 Case No. 3:07-05944-SC
   MDL No. 1917

1

2   *Interbond Corporation of America v.*
    *Hitachi, et al.*, No. 11-cv-06275;

3

4   *Office Depot, Inc. v. Hitachi Ltd., et al.*, No.
    11-cv-06276;

5   *CompuCom Systems, Inc. v. Hitachi, Ltd., et*
    *al.*, No. 11-cv-06396;

6

7   *Costco Wholesale Corporation v. Hitachi,*
    *Ltd., et al.*, No. 11-cv-06397;

8   *P.C. Richard & Son Long Island Corp., et*
    *al, v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

9

10  *Schultze Agency Services, LLC, et al. v.*
    *Hitachi, Ltd., et al.*, No. 12-cv-02649.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS'
    MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
28  Case No. 3:07-05944-SC
    MDL No. 1917

I, Eric J. Weiss, declare as follows:

1.      I am an attorney with Perkins Coie LLP, and we represent Plaintiff Costco Wholesale Corporation in this litigation.  I am admitted to practice law in the states of Washington, Wisconsin, and Illinois and am admitted to appear *pro hac vice* in this action pursuant to Pretrial Order No. 1, Dkt. 230 (Apr. 4, 2008).  I make this Declaration in support of the Direct Action Plaintiffs' Motion For Leave To Amend their Complaints.  I am over the age of 18 and competent to testify to the matters in this Declaration.  I make this Declaration based on my personal knowledge.

2.      Prompted by the IPPs' motion for leave to amend, the Direct Action Plaintiffs began targeted reviews of the Defendants' document productions for evidence of Thomson, Videocon, and Mitsubishi's participation in the conspiracy.

3.      During this review, Plaintiffs discovered evidence that Thomson attended dozens of meetings with its competitors, including several Glass Meetings and multiple bilateral meetings.  At these meetings, Thomson discussed such things as CRT prices, production, revenues, volumes, demand, inventories, estimated sales, plant shutdowns, customer allocation, and new product development and agreed on prices and supply levels for CRTs.

4.      Plaintiffs also discovered evidence that Mitsubishi participated in multiple bilateral meetings with its competitors.  At these meetings, Mitsubishi discussed such things as CRT prices, production, revenues, volumes, demand, inventories, estimated sales, plant shutdowns, customer allocation, and new product development, and agreed on prices and supply levels for CRTs.

5.      Attached hereto as Exhibit A is a true and correct copy of the European Commission's December 5, 2012, press release titled "Antitrust: Commission fines producers of TV and computer monitor tubes €1.47 for two decade-long cartels" that was printed from http://europa.eu/rapid/press-release_IP-12-1317_en.pdf on March 25, 2013, by me or under my direction.

1

DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
Case No. 3:07-05944-SC
MDL No. 1917

1        6.      Attached hereto as Exhibit B is a true and correct copy of excerpts of Technicolor

2 SA's 2011 Annual Report that was printed from

3 http://www.technicolor.com/uploads/investor_documents/technicolor_2011_annual_report.pdf on

4 March 25, 2013 by me or under my direction.

5        7.      Pursuant to Local Rule 10-1, attached hereto as Exhibit C is a redline version of

6 the proposed Amended Complaint of Costco Wholesale Corp.

7        8.      Pursuant to Local Rule 10-1, attached hereto as Exhibit D is a redline version of

8 the proposed Amended Complaint of Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy

9 Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, LLC.

10        9.      Pursuant to Local Rule 10-1, attached hereto as Exhibit E is a redline version of

11 the proposed Amended Complaint of Interbond Corporation of America, d/b/a BrandsMart USA.

12        10.      Pursuant to Local Rule 10-1, attached hereto as Exhibit F is a redline version of

13 the proposed Amended Complaint of Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc.

14 Liquidating Trust.

15        11.      Pursuant to Local Rule 10-1, attached hereto as Exhibit G is a redline version of

16 the proposed Amended Complaint of CompuCom Systems, Inc.

17        12.      Pursuant to Local Rule 10-1, attached hereto as Exhibit H is a redline version of

18 the proposed Amended Complaint of Electrograph Systems, Inc., and Electrograph Technologies

19 Corp.

20        13.      Pursuant to Local Rule 10-1, attached hereto as Exhibit I is a redline version of the

21 proposed Amended Complaint of Office Depot, Inc.

22        14.      Pursuant to Local Rule 10-1, attached hereto as Exhibit J is a redline version of the

23 proposed Amended Complaint of P.C. Richard & Son Long Island Corporation; MARTA

24 Cooperative of America, Inc.; and ABC Appliance, Inc., d/b/a ABC Warehouse.

25        15.      Pursuant to Local Rule 10-1, attached hereto as Exhibit K is a redline version of

26 the proposed Amended Complaint of Sears, Roebuck and Co. and Kmart Corp.

2

27 DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
28 Case No. 3:07-05944-SC
MDL No. 1917

16.     Pursuant to Local Rule 10-1, attached hereto as Exhibit L is a redline version of the proposed Amended Complaint of Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC.

17.     Pursuant to Local Rule 10-1, attached hereto as Exhibit M is a redline version of the proposed Amended Complaint of Target Corp. and RadioShack Corp.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: March 26, 2013                    /s/ Eric J. Weiss_____
                                          Eric J. Weiss

---

3

DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
Case No. 3:07-05944-SC
MDL No. 1917