David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:    206.359.8000
Facsimile:    206.359.9000

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:    415.344.7120
Facsimile:    415.344.7320

Attorneys for Plaintiff Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | **DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**<br><br>Date: May 1, 2013 (tentative)<br>Time: 9:30 a.m. (tentative)<br>Place: JAMS Resolution Center, Two Embarcadero Center, Suite 1500<br>Judge: Honorable Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
Case No. 3:07-05944-SC
MDL No. 1917

1
2   *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;
3
4   *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;
5   *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;
6
7   *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;
8   *P.C. Richard & Son Long Island Corp., et al, v. Hitachi, Ltd., et al.*, No. 12-cv-02648;
9
10  *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
28  Case No. 3:07-05944-SC
    MDL No. 1917

I, Eric J. Weiss, declare as follows:

1. I am an attorney with Perkins Coie LLP, and we represent Plaintiff Costco Wholesale Corporation in this litigation. I am admitted to practice law in the states of Washington, Wisconsin, and Illinois and am admitted to appear *pro hac vice* in this action pursuant to Pretrial Order No. 1, Dkt. 230 (Apr. 4, 2008). I make this Declaration in support of the Direct Action Plaintiffs' Motion For Leave To Amend their Complaints. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration based on my personal knowledge.

2. Prompted by the IPPs' motion for leave to amend, the Direct Action Plaintiffs began targeted reviews of the Defendants' document productions for evidence of Thomson, Videocon, and Mitsubishi's participation in the conspiracy.

3. During this review, Plaintiffs discovered evidence that Thomson attended dozens of meetings with its competitors, including several Glass Meetings and multiple bilateral meetings. At these meetings, Thomson discussed such things as CRT prices, production, revenues, volumes, demand, inventories, estimated sales, plant shutdowns, customer allocation, and new product development and agreed on prices and supply levels for CRTs.

4. Plaintiffs also discovered evidence that Mitsubishi participated in multiple bilateral meetings with its competitors. At these meetings, Mitsubishi discussed such things as CRT prices, production, revenues, volumes, demand, inventories, estimated sales, plant shutdowns, customer allocation, and new product development, and agreed on prices and supply levels for CRTs.

5. Attached hereto as Exhibit A is a true and correct copy of the European Commission's December 5, 2012, press release titled "Antitrust: Commission fines producers of TV and computer monitor tubes €1.47 for two decade-long cartels" that was printed from http://europa.eu/rapid/press-release_IP-12-1317_en.pdf on March 25, 2013, by me or under my direction.

6. Attached hereto as Exhibit B is a true and correct copy of excerpts of Technicolor SA's 2011 Annual Report that was printed from http://www.technicolor.com/uploads/investor_documents/technicolor_2011_annual_report.pdf on March 25, 2013 by me or under my direction.

7. Pursuant to Local Rule 10-1, attached hereto as Exhibit C is a redline version of the proposed Amended Complaint of Costco Wholesale Corp.

8. Pursuant to Local Rule 10-1, attached hereto as Exhibit D is a redline version of the proposed Amended Complaint of Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, LLC.

9. Pursuant to Local Rule 10-1, attached hereto as Exhibit E is a redline version of the proposed Amended Complaint of Interbond Corporation of America, d/b/a BrandsMart USA.

10. Pursuant to Local Rule 10-1, attached hereto as Exhibit F is a redline version of the proposed Amended Complaint of Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.

11. Pursuant to Local Rule 10-1, attached hereto as Exhibit G is a redline version of the proposed Amended Complaint of CompuCom Systems, Inc.

12. Pursuant to Local Rule 10-1, attached hereto as Exhibit H is a redline version of the proposed Amended Complaint of Electrograph Systems, Inc., and Electrograph Technologies Corp.

13. Pursuant to Local Rule 10-1, attached hereto as Exhibit I is a redline version of the proposed Amended Complaint of Office Depot, Inc.

14. Pursuant to Local Rule 10-1, attached hereto as Exhibit J is a redline version of the proposed Amended Complaint of P.C. Richard & Son Long Island Corporation; MARTA Cooperative of America, Inc.; and ABC Appliance, Inc., d/b/a ABC Warehouse.

15. Pursuant to Local Rule 10-1, attached hereto as Exhibit K is a redline version of the proposed Amended Complaint of Sears, Roebuck and Co. and Kmart Corp.

1  16. Pursuant to Local Rule 10-1, attached hereto as Exhibit L is a redline version of the proposed Amended Complaint of Schultze Agency Services, LLC, on behalf of Tweeter Opco, LLC, and Tweeter Newco, LLC.

17. Pursuant to Local Rule 10-1, attached hereto as Exhibit M is a redline version of the proposed Amended Complaint of Target Corp. and RadioShack Corp.

I declare under penalty of perjury under the laws of the United States and the state of Washington that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: March 26, 2013                     /s/ Eric J. Weiss_____
                                          Eric J. Weiss

3
DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
Case No. 3:07-05944-SC
MDL No. 1917