Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;<br><br>*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; | **[PROPOSED] REPORT AND RECOMMENDATION RE: DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** |

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corp., et al, v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

[PROPOSED] REPORT AND RECOMMENDATION RE: DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
Case No. 3:07-05944-SC
MDL No. 1917

To the Honorable Samuel Conti, United States District Judge:

This matter came before the Special Master on the Direct Action Plaintiffs' ("Plaintiffs") Motion for Leave to File Amended Complaints. Having carefully considered the briefs and other submissions of Plaintiffs and Defendants, as well as oral arguments by counsel at the hearing, the Special Master makes the following findings and recommendations:

1. Given that the Ninth Circuit grants motions for leave to amend with "extreme liberality" (*Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003), and because Defendants will not suffer any undue prejudice, the Special Master recommends that the Court grant Plaintiffs' motion for leave to amend the complaint to add the following new defendants: Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.); Mitsubishi Electric Corp.; Mitsubishi Digital Electronics America, Inc.; and Mitsubishi Electric & Electronics, USA, Inc. (and, in the case of Plaintiff Costco Wholesale Corp., to add as defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.); to add as a non-party co-conspirator Videocon Industries, Ltd. (and, in the case of Costco Wholesale Corp., to add as non-party co-conspirators Panasonic Corp.; Panasonic Corp. of North America; MT Picture Display Co., Ltd.; Matsushita Electronic Corp. (Malaysia) Sdn Bhd.; and Panasonic Consumer Electronics Co.); and to assert additional, perfunctory allegations relevant to *American Pipe,* Cross-Jurisdictional, and Government Action Tolling.

2. Plaintiffs are directed to file their amended complaints, copies of which are attached hereto as Exhibits A-K, within one week of the date of this order.

1

[PROPOSED] REPORT AND RECOMMENDATION RE: DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
Case No. 3:07-05944-SC
MDL No. 1917

DATED:_____    _____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

The Report and Recommendations are Accepted and Ordered / Denied / Modified.

DATED:_____    _____
Hon. Samuel Conti
United States District Judge

2
[PROPOSED] REPORT AND RECOMMENDATION RE: DIRECT ACTION
PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
Case No. 3:07-05944-SC
MDL No. 1917