Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone:  (415) 774-2644
Fax:  (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

Master File No. 3:07-cv-05944-SC
MDL No. 1917

This Document Relates to:

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

[PROPOSED] REPORT AND
RECOMMENDATION RE: DIRECT
ACTION PLAINTIFFS' MOTION FOR
LEAVE TO FILE AMENDED
COMPLAINTS

1

2    *Costco Wholesale Corporation v. Hitachi,
Ltd., et al.*, No. 11-cv-06397;

3

4    *P.C. Richard & Son Long Island Corp., et
al, v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

5    *Schultze Agency Services, LLC, et al. v.
Hitachi, Ltd., et al.*, No. 12-cv-02649.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [PROPOSED] REPORT AND RECOMMENDATION RE: DIRECT ACTION
PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
28   Case No. 3:07-05944-SC
MDL No. 1917

1    To the Honorable Samuel Conti, United States District Judge:

2    This matter came before the Special Master on the Direct Action Plaintiffs' ("Plaintiffs")

3    Motion for Leave to File Amended Complaints.  Having carefully considered the briefs and other

4    submissions of Plaintiffs and Defendants, as well as oral arguments by counsel at the hearing, the

5    Special Master makes the following findings and recommendations:

6    1.    Given that the Ninth Circuit grants motions for leave to amend with "extreme

7    liberality" (*Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003), and

8    because Defendants will not suffer any undue prejudice, the Special Master recommends that the

9    Court grant Plaintiffs' motion for leave to amend the complaint to add the following new

10   defendants:  Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson

11   Consumer Electronics, Inc.); Mitsubishi Electric Corp.; Mitsubishi Digital Electronics America,

12   Inc.; and Mitsubishi Electric & Electronics, USA, Inc. (and, in the case of Plaintiff Costco

13   Wholesale Corp., to add as defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.;

14   Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co.,

15   Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd.); to add as a non-

16   party co-conspirator Videocon Industries, Ltd. (and, in the case of Costco Wholesale Corp., to

17   add as non-party co-conspirators Panasonic Corp.; Panasonic Corp. of North America; MT

18   Picture Display Co., Ltd.; Matsushita Electronic Corp. (Malaysia) Sdn Bhd.; and Panasonic

19   Consumer Electronics Co.); and to assert additional, perfunctory allegations relevant to *American*

20   *Pipe,* Cross-Jurisdictional, and Government Action Tolling.

21   2.    Plaintiffs are directed to file their amended complaints, copies of which are

22   attached hereto as Exhibits A-K, within one week of the date of this order.

23

24

25

26

27

28

1

1    DATED:_____          _____
                                                          Hon. Charles A. Legge
2                                                    United States District Judge (Ret.)
                                                            Special Master
3
     The Report and Recommendations are Accepted and Ordered / Denied / Modified.
4

5    DATED:_____          _____
                                                          Hon. Samuel Conti
6                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26
                                                            2
27   [PROPOSED] REPORT AND RECOMMENDATION RE: DIRECT ACTION
     PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
28   Case No. 3:07-05944-SC
     MDL No. 1917