ALDO A. BADINI (257086)
JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT-PURCHASER ACTIONS | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF EVA W. COLE IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF DR. JANET S. NETZ** |

**DOCUMENT SUBMITTED PARTIALLY UNDER SEAL AND CHAMBERS COPY**

- 1 -

DECL. OF EVA W. COLE I/S/O DEFENDANTS' REPLY
MEMORANDUM OF LAW I/S/O DEFENDANTS' MOTION TO STRIKE
THE PROPOSED EXPERT TESTIMONY OF DR. JANET S. NETZ

Case No. 07-5944 SC
MDL No. 1917

I, Eva W. Cole, declare as follows:

I am an attorney with Winston & Strawn LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. I make this declaration in support of Defendants' Reply Memorandum of Law in Support of Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz.

1. Attached hereto as Exhibit 1 is a true and correct copy of the entire transcript of the November 15, 2012 and March 15, 2013 deposition of Dr. Janet S. Netz, the Indirect-Purchaser Plaintiffs' expert witness.

2. Attached hereto as Exhibit 2 is a true and correct DVD copy of the November 15, 2012 videotaped deposition testimony of Dr. Janet S. Netz.

3. Attached hereto as Exhibit 3 is a true and correct DVD copy of the March 15, 2013 videotaped deposition testimony of Dr. Janet S. Netz.

4. Attached hereto as Exhibit 4 is a true and correct copy of ███████████████████████████████████████████████████████████████████████

5. Attached hereto as Exhibit 5 is a true and correct copy of ███████████████████████████████████████████████████████████████████████

6. Attached hereto as Exhibit 6 is a true and correct copy of ███████████████████████████████████████████████████████████████████████

7. Attached hereto as Exhibit 7 is a true and correct copy of the entire transcript of the January 24, 2013 deposition of Professor Robert D. Willig, Defendants' expert witness.

DECL. OF EVA W. COLE I/S/O DEFENDANTS' REPLY
MEMORANDUM OF LAW I/S/O DEFENDANTS' MOTION TO STRIKE
THE PROPOSED EXPERT TESTIMONY OF DR. JANET S. NETZ

Case No. 07-5944 SC
MDL No. 1917

DATED: March 25, 2013   By:   /s/ Eva W. Cole

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 3 -

DECL. OF EVA W. COLE I/S/O DEFENDANTS' REPLY MEMORANDUM OF LAW I/S/O DEFENDANTS' MOTION TO STRIKE THE PROPOSED EXPERT TESTIMONY OF DR. JANET S. NETZ

Case No. 07-5944 SC
MDL No. 1917