# Exhibits 1-7
## Submitted Under Seal