Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com


Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 202-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation*,
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF APPEARANCE BY KENNETH A. GALLO** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC | |

- 1 -

NOTICE OF APPEARANCE BY KENNETH A. GALLO:
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Kenneth A. Gallo of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters an appearance in this action *pro hac vice* as additional counsel on behalf of Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. Plaintiffs respectfully request that all pleadings and other documents be served upon Kenneth A. Gallo using the contact information below.

> Kenneth A. Gallo
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 2001 K Street, NW
> Washington, DC 20006-1047
> Telephone: (202) 223-7300
> Facsimile: (202) 223-7420
> Email: kgallo@paulweiss.com

Respectfully submitted,

DATED: March 27, 2013

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo (*Pro Hac Vice*)

Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: 202-223-7300
Facsimile: 202-223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc.*

- 2 -

NOTICE OF APPEARANCE BY KENNETH A. GALLO:
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173