Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation,*
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC | Case No. 07-cv-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE BY JOSEPH J. SIMONS** |

- 1 -

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Joseph J. Simons of Paul, Weiss, Rifkind, Wharton & Garrison LLP hereby enters an appearance in this action *pro hac vice* as additional counsel on behalf of Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.  Plaintiffs respectfully request that all pleadings and other documents be served upon Joseph J. Simons using the contact information below.

Joseph J. Simons
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: jsimons@paulweiss.com

Respectfully submitted,

DATED:  March 27, 2013          By: /s/ Joseph J. Simons
                                    Joseph J. Simons (*Pro Hac Vice*)

                                    Kenneth A. Gallo (*Pro Hac Vice*)
                                    Craig A. Benson (*Pro Hac Vice*)
                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
                                    2001 K Street, NW
                                    Washington, DC  20006
                                    Telephone: 202-223-7300
                                    Facsimile: 202-223-7420
                                    Email: kgallo@paulweiss.com
                                    Email: jsimons@paulweiss.com
                                    Email: cbenson@paulweiss.com

                                    *Attorneys for Plaintiffs Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc.*

- 2 -