Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 202-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation*,
*Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **PROOF OF SERVICE** |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC | |

- 1 -
PROOF OF SERVICE
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.
                                                              CIVIL ACTION NO.: C 13 1173

                                    V.                        Plaintiff

Hitachi, Ltd.; et al.,

                                                              Defendant

## AFFIDAVIT OF SERVICE

State of Indiana       )
County of Marion       ) ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of Indiana

That on 3/19/2013 at 1:35 PM at **10330 N Meridian St., Indianapolis, IN 46290**

deponent served a(n) **Summons in a Civil Action and Complaint, Order Setting Initial Case Management Conference and ADR Deadlines , San Francisco Division Packet of Information**

on **Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.)** , a domestic corporation,

by delivering thereat a true copy of each to **Randall Bennett** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

Description of Person Served:
Gender : Male
Skin : White
Hair : Black
Age : 36 - 50 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.
Other :

Sworn to before me this
21st day of March, 2013

_____
NOTARY PUBLIC

Malita J Funk, Notary Public
Comm#635677, Expires 5/24/2020
County of Johnson, State of Indiana

_____
Jack E. Sandlin