*(Stipulating Parties Listed on Signature Pages)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** |

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

1   WHEREAS, on March 26, 2013, the undersigned Direct Action Plaintiffs ("DAPs")

2   moved the Court for leave to file amended complaints ("Amended Complaints") to add

3   Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer

4   Electronics, Inc.) (together, "Thomson") and Mitsubishi Electric Corp.; Mitsubishi Digital

5   Electronics America, Inc.; and Mitsubishi Electric & Electronics, USA, Inc. (together,

6   "Mitsubishi") as defendants; to add Videocon Industries, Ltd. ("Videocon") as a non-party co-

7   conspirator; and to assert additional allegations relating to *American Pipe*, Cross-Jurisdictional,

8   and Government Action tolling (Dkt. 1609);

9   WHEREAS, plaintiff Costco Wholesale Corporation also moved the Court for leave to

10  amend its complaint to add as defendants Samsung SDI Co., Ltd.; Samsung SDI America, Inc.;

11  Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co.,

12  Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd. (together,

13  "Samsung SDI") and to add as non-party co-conspirators Panasonic Corp.; Panasonic Corp. of

14  North America; MT Picture Display Co., Ltd.; Matsushita Electronic Corp. (Malaysia) Sdn Bhd.;

15  and Panasonic Consumer Electronics Co. (together, "Panasonic").

16  IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs and

17  the existing Defendants in the above-captioned actions (the "Defendants"), as follows:

18  1.   Defendants do not oppose the DAPs' motion for leave to file Amended Complaints for the

19  purpose of adding as defendants Thomson and Mitsubishi, adding as non-party co-conspirator

20  Videocon, and asserting additional allegations regarding *American Pipe*, Cross-Jurisdictional, and

21  Government Action tolling, but expressly reserve all of their legal claims, rights, and defenses

22  related to DAPs' proposed Amended Complaints and all other prior complaints filed by DAPs in

23  this action.

24  2.   Defendants do not oppose Costco Wholesale Corporation's motion for leave to file an

25  Amended Complaint for the purpose of adding Panasonic as a non-party co-conspirator; Costco

26  Wholesale Corporation agrees that Panasonic is not a named defendant in the *Costco Wholesale*

27  *Corporation v. Hitachi, Ltd., et al.* action; Panasonic does not agree that it was a co-conspirator

28  and expressly reserves all legal claims, rights, and defenses related to DAPs' proposed Amended

---

1    Complaints and all other prior complaints filed by DAPs in this action.

2        3.   Samsung SDI will be separately opposing Costco Wholesale Corporation's motion for

3    leave to file an Amended Complaint for the purpose of adding as defendants Samsung SDI Co.,

4    Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil

5    Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI

6    (Malaysia) Sdn. Bhd.

7        4.   The Parties agree that Defendants' motions to dismiss and for judgment on the pleadings

8    as to the DAPs' claims (Dkt. 1316, 1317, 1319, 1320 and related briefing) shall be deemed

9    responsive to the Amended Complaints and that the resolution thereof shall be binding on the

10   Amended Complaints to the extent applicable.

11       5.   By virtue of this stipulation, no party waives any previously asserted defenses, pending

12   motions or appellate rights it may have as of the date of this stipulation with respect to DAPs'

13   prior complaints or any previously-filed motions to dismiss those complaints.

14       6.   The undersigned parties jointly and respectfully request that the Court enter this

15   stipulation as an order.

16   DATED: April 9, 2013

17                                                  WINSTON & STRAWN LLP

18                                                  By: /s/ Jeffrey L. Kessler
                                                    JEFFREY L. KESSLER (*pro hac vice*)
19                                                  E-mail: JKessler@winston.com
                                                    A. PAUL VICTOR (*pro hac vice*)
20                                                  E-mail: PVictor@winston.com
                                                    ALDO A. BADINI (SBN 257086)
21                                                  E-mail: ABadini@winston.com
                                                    EVA W. COLE (*pro hac vice*)
22                                                  E-mail: EWCole@winston.com
                                                    MOLLY M. DONOVAN
23                                                  E-mail: MMDonovan@winston.com
                                                    **WINSTON & STRAWN LLP**
24                                                  200 Park Avenue
                                                    New York, NY 10166
25                                                  Telephone: (212) 294-6700
                                                    Facsimile: (212) 294-4700
26
                                                    STEVEN A. REISS (*pro hac vice*)
27                                                  E-mail: steven.reiss@weil.com
                                                    DAVID L. YOHAI (*pro hac vice*)
28

---

STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT ACTION                    Case No. 07-5944
PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS                     MDL NO. 1917

E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG (SBN 184950)
E-mail: Hojoon.Hwang@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, California  94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
E-mail: William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
E-mail: Jonathan.Altman@mto.com

1  BETHANY W. KRISTOVICH (SBN 241891)
   E-mail: Bethany.Kristovich@mto.com
2  **MUNGER, TOLLES & OLSON LLP**
   355 South Grand Avenue, Thirty-Fifth Floor
3  Los Angeles, CA 90071-1560
   Telephone:  (213) 683-9100
4  Facsimile:  (213) 687-3702

5  *Attorneys for Defendants LG Electronics, Inc.; LG, LG*
   *Electronics USA, Inc.; and LG Electronics Taiwan*
6  *Taipei Co., Ltd.*

7  SHEPPARD MULLIN RICHTER & HAMPTON

8  By: /s/ Gary L. Halling_____
   GARY L. HALLING (SBN 66087)
9  E-mail: ghalling@sheppardmullin.com
   JAMES L. MCGINNIS (SBN 95788)
10 E-mail: jmcginnis@sheppardmullin.com
   MICHAEL W. SCARBOROUGH, (SBN 203524)
11 E-mail: mscarborough@sheppardmullin.com
   **SHEPPARD MULLIN RICHTER & HAMPTON**
12 Four Embarcadero Center, 17th Floor
   San Francisco, California  94111
13 Telephone:  (415) 434-9100
   Facsimile:  (415) 434-3947
14
   *Attorneys for Defendants Samsung SDI America, Inc.;*
15 *Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.*
   *BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung*
16 *SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and*
   *Tianjin Samsung SDI Co., Ltd.*
17
   O'MELVENY & MYERS LLP
18
   By: /s/ Ian Simmons_____
19 IAN SIMMONS (*pro hac vice*)
   E-mail: isimmons@omm.com
20 BENJAMIN G. BRADSHAW (SBN 189925)
   E-mail: bbradshaw@omm.com
21 **O'MELVENY & MYERS LLP**
   1625 Eye Street, NW
22 Washington, DC 20006
   Telephone: (202) 383-5300
23 Facsimile: (202) 383-5414

24 *Attorneys for Defendants Samsung Electronics Co., Ltd.*
   *and Samsung Electronics America, Inc.*
25
   WHITE & CASE LLP
26
   By: /s/ Lucius B. Lau_____
27 CHRISTOPHER M. CURRAN (*pro hac vice*)
   E-mail: ccurran@whitecase.com
28 LUCIUS B. LAU (*pro hac vice*)

---

STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT ACTION     Case No. 07-5944
PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS        MDL NO. 1917

E-mail: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
E-mail: defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
JON V. SWENSON (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
E-mail: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
E-mail: joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
Rachel S. Brass (SBN 219301)
Email: rbrass@gibsondunn.com
Joel S. Sanders (SBN 107234)
Email: jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200

Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) as to the Target Am. Compl., P.C. Richard Compl., Tweeter Compl., CompuCom Compl., Interbond Compl., Costco Compl., Office Depot Compl. and Best Buy Compl. only*

PERKINS COIE LLP

By: /s/ David J. Burman
DAVID J. BURMAN (admitted *pro hac vice*)
Email: DBurman@perkinscoie.com
CORI G. MOORE (admitted *pro hac vice*)
Email: CGMoore@perkisncoie.com
ERIC J. WEISS (admitted *pro hac vice*)
Email: EWeiss@perkinscoie.com
NICHOLAS H. HESTERBERG (admitted *pro hac vice*)
Email: NHesterberg@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

JOREN BASS (Bar No. 208143)
Email: JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno
PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com
JENNIFER MILICI
Email: jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
Email: ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs and
Attorneys for Plaintiffs Electrograph Systems, Inc.,
Electrograph Technologies, Corp., Office Depot, Inc.,
Compucom Systems, Inc., Interbond Corporation of
America, P.C. Richard & Son Long Island Corporation,
Marta Cooperative of America, Inc., ABC Appliance,
Inc., Schultze Agency Services LLC on behalf of Tweeter
Opco, LLC and Tweeter Newco, LLC*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Roman M. Silberfeld
ROMAN M. SILBERFELD (SBN 62783)
Email: RMSilberfeld@rkmc.com
DAVID MARTINEZ (SBN 193183)
Email: DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy
Purchasing LLC, Best Buy Enterprise Services, Inc.,
Best Buy Stores, L.P., Bestbuy.com, L.L.C., and
Magnolia Hi-Fi, LLC*

SUSMAN GODFREY L.L.P.

By: /s/ Kenneth S. Marks

---

H. LEE GODFREY
Email: lgodfrey@sumangodfrey.com
KENNETH S. MARKS
Email: kmarks@susmangodfrey.com
JONATHAN J. ROSS
Email: jross@susmangodfrey.com
JOHNNY W. CARTER
Email: jcarter@susmangodfrey.com
DAVID M. PETERSON
Email: dpeterson@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

PARKER C. FOLSE III
Email: pfolse@susmangodfrey.com
RACHEL S. BLACK
Email: rblack@susmangodfrey.com
JORDAN CONNORS
Email: jconnors@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee*
*of the Circuit City Stores, Inc. Liquidating Trust*

CROWELL & MORING LLP

By: /s/ Jason C. Murray
JASON C. MURRAY (CA Bar No. 169806)
Email: jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

JEROME A. MURPHY (*pro hac vice*)
E-mail: jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)
Email: aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.

1

Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

2

3

*Counsel for Target Corp. and RadioShack Corp.*

4

KENNY NACHWALTER, P.A.

5

6

By: /s/ Richard Alan Arnold
RICHARD ALAN ARNOLD
Email: rarnold@knpa.com
WILLIAM J. BLECHMAN
Email: wblechman@knpa.com
KEVIN J. MURRAY
Email: kmurray@knpa.com
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

7

8

9

10

11

12

13

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*

14

15

16

PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18

Dated: _____   _____
                                                                Hon. Charles A. Legge
                                                    United States District Judge (Ret.)
                                                                Special Master

19

20

Dated: _____   _____
                                                                Hon. Samuel Conti
                                                    United States District Judge

21

22

23

24

25

26

27

28