IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. Case No. 3:07-cv-5944 SC |
| | **[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE** |
| This Document Relates To: | Date: May 1, 2013 |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al., No. 11-cv-01656;* | Time: 9:30 a.m. |
| | JAMS: Two Embarcadero Center Suite 1500 |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al., No. 11-cv-05502;* | Judge: Honorable Samuel Conti |
| | Special Master: Hon. Charles A. Legge (Ret.) |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513;* | |
| *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-05514;* | |
| *Interbond Corporation of America v. Hitachi Ltd, et al., No. 11-cv-06275;* | |
| *Office Depot, Inc. v. Hitachi Ltd., et al., No 11-cv-0627;* | |
| *CompuCom Systems, Inc. v. Hitachi Ltd., et al., No. 11-cv-06396;* | |
| *Costco Wholesale Corporation v. Hitachi Ltd., et al., No. 11-cv-06397;* | |
| *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi Ltd., et al., No. 12-cv-02648;* | |
| *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al., No. 12-cv-02649.* | |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO INTERVENE**

The Motion of Mitsubishi Electric US, Inc. ("MEUS") and Mitsubishi Digital Electronics Americas, Inc. ("MDEA"), (collectively "Proposed Intervenors") for leave to intervene in the above-entitled actions in order to file instanter their Opposition to Direct Action Plaintiffs' Motion for Leave To File Amended Complaints ("Plaintiffs' Motion for Leave To Amend") having come before the Court and good cause appearing therefore,

**IT IS HEREBY RECOMMENDED** that the Proposed Intervenors' Motion for Leave To Intervene for the limited purpose of opposing the Plaintiffs' Motion for Leave To Amend is **GRANTED**, and MEUS and MDEA are authorized to oppose Plaintiffs' Motion for Leave To Amend as intervenors.

DATED: April___, 2013          _____
                               Hon. Charles A. Legge
                               Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER**

DATED: April ___, 2013         _____
                               Hon. Samuel A. Conti
                               U.S. District Court Judge