Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California  90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Molly M. Powers (*pro hac vice to be filed*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:     (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
mpowers@jenner.com

*Attorneys for Proposed Intervenors*
*Mitsubishi Electric US, Inc. and*
*Mitsubishi Digital Electronics Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 3:07-cv-5944 SC |
| This Document Relates To: | **MITSUBISHI ELECTRIC'S MOTION TO SHORTEN TIME** |
| *Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al., No. 11-cv-01656;* | Date: May 1, 2013<br>Time: 9:30 a.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge: Honorable Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al., No. 11-cv-05502;* | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513;* | |
| *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-05514;* | |
| *Interbond Corporation of America v. Hitachi Ltd, et al., No. 11-cv-06275;* | |
| *Office Depot, Inc. v. Hitachi Ltd., et al., No 11-cv-0627;* | |

*CompuCom Systems, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

**MOTION TO SHORTEN TIME**

Mitsubishi Electric US, Inc. ("MEUS") and Mitsubishi Digital Electronics Americas, Inc. ("MDEA") (collectively, "Mitsubishi Electric") respectfully move this Court to shorten time for the hearing on Mitsubishi's Motion for Leave to Intervene, filed April 9, 2013. Mitsubishi Electric seeks leave to intervene in the above-titled action for the limited purpose of opposing the Direct Action Plaintiffs' Motion for Leave to File Amended Complaints ("Motion to Amend"), which proposes to add MEUS and MDEA as additional defendants.

Mitsubishi Electric respectfully requests that this Court waive Civil Local Rule 7-2(a) and permit Mitsubishi Electric's Motion to Intervene be heard on May 1, 2013, at 9:30 a.m. Pursuant to Civil Local Rule 7-2(a), "all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after service of the motion." On April 8, 2013, counsel for the Direct Action Plaintiffs informed counsel for Mitsubishi Electric that the Direct Action Plaintiffs would not oppose this motion. (Decl. of Michael T. Brody in Support of Mitsubishi Electric's Motion to Shorten Time and Motion to Intervene, Ex. A.) Mitsubishi Electric filed a Motion to Intervene on April 9, 2013. Allowing Mitsubishi Electric to present their Motion to Intervene at the May 1, 2013 hearing would, if granted, permit Mitsubishi Electric to be heard on its Opposition to the Motion to Amend at that time.

For the foregoing reasons, Mitsubishi Electric respectfully requests that the Court permit Mitsubishi Electric to present their Motion to Intervene on May 1, 2013.

| | |
|---|---|
| Dated:  April 9, 2013 | Respectfully Submitted, |
| | By: /s/ Terrence J. Truax |
| | Terrence J. Truax |
| Brent Caslin (Cal. Bar. No. 198682) | Terrence J. Truax (*pro hac vice*) |
| JENNER & BLOCK LLP | Michael T. Brody (*pro hac vice*) |
| 633 West Fifth Street | Molly M. Powers (*pro have vice to be filed*) |
| Suite 3600 | JENNER & BLOCK LLP |
| Los Angeles, California  90071 | 353 North Clark Street |
| Telephone:  (213) 239-5100 | Chicago, Illinois 60654-3456 |
| Facsimile:   (213) 239-5199 | Telephone: (312) 222-9350 |
| bcaslin@jenner.com | Facsimile: (312) 527-0484 |
| | ttruax@jenner.com |
| | mbrody@jenner.com |
| | mpowers@jenner.com |

*Attorneys for Proposed Intervenors Mitsubishi Electric US, Inc. and Mitsubishi Digital Electronics Americas, Inc.*