IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>This Document Relates To:<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al., No. 11-cv-01656;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al., No. 11-cv-05502;*<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513;*<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-05514;*<br><br>*Interbond Corporation of America v. Hitachi Ltd, et al., No. 11-cv-06275;*<br><br>*Office Depot, Inc. v. Hitachi Ltd., et al., No 11-cv-0627;*<br><br>*CompuCom Systems, Inc. v. Hitachi Ltd., et al., No. 11-cv-06396;*<br><br>*Costco Wholesale Corporation v. Hitachi Ltd., et al., No. 11-cv-06397;*<br><br>*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi Ltd., et al., No. 12-cv-02648;*<br><br>*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al., No. 12-cv-02649.* | Case No. Case No. 3:07-cv-5944 SC<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO INTERVENE**<br><br>Date:    May 1, 2013<br>Time:   9:30 a.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge:  Honorable Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.) |

### [PROPOSED] ORDER GRANTING MOTION TO SHORTEN TIME

The Motion of Mitsubishi Electric US, Inc. ("MEUS") and Mitsubishi Digital Electronics Americas, Inc. ("MDEA"), to shorten time for the purpose of intervening in the above-entitled action to oppose the Direct Action Plaintiffs' Motion for Leave to Amend Complaints ("Plaintiffs' Motion for Leave to Amend"), adding MEUS and MDEA as defendants having come before the Court and good cause appearing therefore,

**IT IS HEREBY ORDERED** that MEUS's and MDEA's Motion to Shorten Time is **GRANTED** and MEUS and MDEA are authorized to intervene in this action to oppose Plaintiffs' Motion for Leave to Amend as intervenors, which has a hearing date set for May 1, 2013.

DATED: April ___, 2013    _____
                                                    Hon. Charles A. Legge
                                                    Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER**

DATED: April ___, 2013    _____
                                                    Hon. Samuel A. Conti
                                                    U.S. District Court Judge