Brent Caslin (Cal. Bar. No. 198682)
JENNER & BLOCK LLP
633 West Fifth Street
Suite 3600
Los Angeles, California  90071
Telephone:  (213) 239-5100
Facsimile:   (213) 239-5199
bcaslin@jenner.com

Terrence J. Truax (*pro hac vice*)
Michael T. Brody (*pro hac vice*)
Molly M. Powers (*pro hac vice to be filed*)
JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654-3456
Telephone:   (312) 222-9350
Facsimile:    (312) 527-0484
ttruax@jenner.com
mbrody@jenner.com
mpowers@jenner.com

*Attorneys for Proposed Intervenors Mitsubishi Electric US, Inc. and Mitsubishi Digital Electronics Americas, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 3:07-cv-5944 SC |
| This Document Relates To:<br><br>*Electrograph Systems, Inc. et al. v. Hitachi, Ltd., et al., No. 11-cv-01656;*<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al., No. 11-cv-05502;*<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al., No. 11-cv-05513;*<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al., No. 11-cv-05514;*<br><br>*Interbond Corporation of America v. Hitachi Ltd, et al., No. 11-cv-06275;* | **DECLARATION OF MICHAEL T. BRODY IN SUPPORT OF MITSUBISHI ELECTRIC'S MOTION TO SHORTEN TIME AND MOTION TO INTERVENE**<br><br>Date:    May 1, 2013<br>Time:   9:30 a.m.<br>JAMS: Two Embarcadero Center,<br>            Suite 1500<br>Judge:  Honorable Samuel Conti<br>Special Master: Hon. Charles A. Legge<br>                          (Ret.) |

*Office Depot, Inc. v. Hitachi Ltd., et al., No 11-cv-0627;*

*CompuCom Systems, Inc. v. Hitachi Ltd., et al., No. 11-cv-06396;*

*Costco Wholesale Corporation v. Hitachi Ltd., et al., No. 11-cv-06397;*

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi Ltd., et al., No. 12-cv-02648;*

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al., No. 12-cv-02649.*

## DECLARATION OF MICHAEL T. BRODY

I, Michael T. Brody, declare as follows:

1. I am a partner at the law firm of Jenner & Block, counsel for proposed intervenors Mitsubishi Electric US, Inc. ("MEUS") and Mitsubishi Digital Electronics Americas, Inc. ("MDEA") (collectively, "Mitsubishi Electric"). I make this declaration in support of Mitsubishi Electric's Motion to Shorten Time. I testify to the following facts based on my personal knowledge.

2. The Direct Action Plaintiffs have filed a Motion for Leave to File Amended Complaints, which they have scheduled for presentation to this Court at a hearing on May 1, 2013.

3. Mitsubishi Electric has moved to intervene in order to permit Mitsubishi Electric to present its Opposition to Direct Action Plaintiffs' Motion for Leave to File Amended Complaints at the hearing on May 1, 2013.

4. On April 8, 2013, I spoke with Eric Weiss, counsel for the Direct Action Plaintiffs, via telephone, to ask whether plaintiffs would oppose Mitsubishi's Motion for Leave to Intervene and its Motion to Shorten Time. Mr. Weiss informed me the Direct Action Plaintiffs did not intend to oppose Mitsubishi's Motion for Leave to Intervene or its Motion to Shorten Time.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  April 9, 2013                                          Respectfully Submitted,

                   By: /s/ Michael T. Brody
                      Michael T. Brody