Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.:   (310) 712-6600
Fax:   (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.:   (650) 461-5600
Fax:   (650) 461-5700

Attorneys for Intervenor Thomson
Consumer Electronics, Inc. and
Thomson S.A. (Specially Appearing)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] REPORT AND RECOMMENDATION DENYING DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**<br><br>Date:   May 1, 2013<br>Time:   9:30 a.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>[OPPOSITION; AND DECLARATION OF LAURA KABLER OSWELL FILED CONCURRENTLY HEREWITH] |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* v. *Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al.* v. *Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Office Depot, Inc.* v. *Hitachi Ltd., et al.*, No. 11-cv-06276; | |

| | |
|---|---|
| 1 | *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06396; )<br>) |
| 2 | ) |
| 3 | *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397; )<br>) |
| 4 | )<br>*P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02648; and )<br>) |
| 5 | ) |
| 6 | )<br>*Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02649. )<br>) |
| 7 | ) |

To the Honorable Samuel Conti, United States District Judge:

On March 26, 2013, Plaintiffs filed their Motion for Leave to File Amended Complaints (Dkt. No. 1609) (the "Motion to Amend"). In the Motion to Amend, Plaintiffs seek to add Thomson Consumer Electronics, Inc. and Thomson S.A. (collectively, "Thomson") as defendants in this action. On April 9, 2013, Thomson Consumer Electronics. Inc. moved to intervene and, with Thomson S.A., specially appearing, filed Thompson's Opposition to the Motion to Amend.

Having carefully considered the briefs and other submissions of the parties, as well as oral arguments by counsel at the hearing, the Special Master recommends that the Motion to Amend should be DENIED as to Thomson.

DATED:_____                    _____

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

The Report and Recommendations are Accepted and Ordered / Denied / Modified.

DATED:_____                    _____

Hon. Samuel Conti
United States District Judge