Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

Attorneys for Intervenor Thomson Consumer Electronics, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **NOTICE OF MOTION AND MOTION OF THOMSON CONSUMER ELECTRONICS, INC. TO INTERVENE** |
| *Electrograph Systems, Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-01656; | Date: May 1, 2013<br>Time: 9:30 a.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* v. *Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Best Buy Co., Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-05513; | [OPPOSITION TO MOTION TO AMEND; ADMINISTRATIVE MOTION TO SHORTEN TIME; DECLARATION OF LAURA KABLER OSWELL; AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH] |
| *Target Corp, et al.* v. *Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Office Depot, Inc.* v. *Hitachi Ltd., et al.*, No. 11-cv-06276; | |

SULLIVAN & CROMWELL LLP

| | |
|---|---|
| *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06396; | ) ) ) |
| *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397; | ) ) ) |
| *P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02648; and | ) ) ) ) |
| *Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02649. | ) ) ) |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on May 1, 2013 at 9:30 a.m. or as soon thereafter as this matter may be heard, before the Honorable Charles A. Legge (Ret.) at the office of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California, movant Thomson Consumer Electronics, Inc. ("Thomson Consumer"), will and hereby does, move this Court for leave to intervene in the above-titled action for the limited purpose of opposing the Direct Action Plaintiffs' ("Plaintiffs") Motion for Leave to File Amended Complaints, which proposes to add Thomson Consumer as a defendant.

Thomson Consumer seeks the Court's permission to file the Opposition to Direct Action Plaintiffs' Motion for Leave to File Amended Complaints filed concurrently herewith. Thomson Consumer also seeks the Court's permission to appear and present argument at the hearing scheduled for this matter on May 1, 2013. Thomson Consumer files herewith an Administrative Motion for an Order Shortening Time to permit this Motion to be heard on that date.

In support of this Motion, Thomson Consumer relies upon this Notice of Motion and Motion, the Memorandum of Points and Authorities below, all pleadings and files herein, and all other matters as may be presented to the Court at the hearing.

On April 8, 2013, David Burman at Perkins Coie LLP, counsel to Costco Wholesale Corporation, informed Thomson Consumer's counsel that Plaintiffs would not oppose this motion. (Declaration of Laura Kabler Oswell in Support of Thomson Consumer's Motion to Intervene ¶ 2.)

Dated: April 9, 2013                         Respectfully submitted,

                /s/ Robert A. Sacks
                Robert A. Sacks (SBN 150146)
                sacksr@sullcrom.com
                SULLIVAN & CROMWELL LLP
                1888 Century Park East, Suite 2100
                Los Angeles, California 90067
                Tel.: (310) 712-6600
                Fax: (310) 712-8800

                Laura Kabler Oswell (SBN 241281)
                oswelll@sullcrom.com
                SULLIVAN & CROMWELL LLP
                1870 Embarcadero Road
                Palo Alto, California 94303

Tel.: (650) 461-5600
Fax: (650) 461-5700

Attorneys for Intervenor Thomson
Consumer Electronics, Inc.

-2-

MOTION TO INTERVENE
Case No. CV-07-5944-SC

**MEMORANDUM OF POINTS AND AUTHORITIES**

On March 26, 2013, Plaintiffs filed their Motion for Leave to File Amended Complaints (Dkt No. 1609) (the "Motion to Amend"), which seeks to add Thomson Consumer and its parent company Thomson S.A. as defendants. The Motion to Amend is scheduled to be heard on May 1, 2013.

Thomson Consumer is entitled to intervene "as of right" to oppose the Motion to Amend under Federal Rule of Civil Procedure 24(a) because: (1) this motion is timely; (2) Thomson Consumer has significant and protectable interests relating to the property or transaction which is the subject of the action and Plaintiffs' proposed amendment; (3) Thomson Consumer is so situated that the disposition of the action without its participation may, as a practical matter, impair or impede its ability to protect its interest; and (4) Thomson Consumer's interests are inadequately represented by the parties to the action. *See* Fed. R. Civ. P. 24(a); *California ex rel. Lockyear* v. *United States*, 450 F.3d 436, 440 (9th Cir.2006); *see also Beckman Indus., Inc.* v. *Int'l Ins. Co.*, 966 F.2d 470, 472-73 (9th Cir. 1992) (parties may intervene for purpose of opposing motions); *LG Elecs. Inc.* v. *Q-Lity Computer Inc.*, 211 F.R.D. 360, 364 (N.D. Cal. 2002) (same).

*First*, this motion is timely because it was filed at the first relevant opportunity and within the time allowed to oppose the Motion to Amend, and it will not cause prejudice to any party. *See United States ex rel. McGough* v. *Covington Techs. Co.*, 967 F.2d 1391, 1394 (9th Cir. 1992) (motion was timely when filed within time to appeal final judgment); *Hildes* v. *Andersen*, No. 08-0008, 2010 WL 2836769, at *6 (S.D. Cal. July 19, 2010) (motion was timely when filed within time to oppose motion for leave to amend); *VFD Consulting, Inc.* v. *21st Servs., 21st Holdings, LLC*, No. 04-2165, 2005 WL 1115870, at *4-5 (N.D. Cal. May 11, 2005).

*Second*, Thomson Consumer has a significant, protectable interest because they will become defendants in the above-captioned matter with attendant costs and potential liability if the Motion to Amend is granted. *See Hildes*, 2010 WL 2836769, at *6 (intervenor had significant, protectable interest where it would be added as a defendant); *VFD Consulting*, 2005 WL 1115870, at *4-5 (same).

*Third,* and relatedly, the disposition of the Motion to Amend without Thomson Consumer's participation would, of course, prevent Thomson Consumer from arguing the undue prejudice that would result from its addition as a defendant in this matter.

*Fourth*, the current parties in the litigation are not able to adequately protect Thomson Consumer's interest in this matter.  As a party that has never been a defendant in this action, Thomson Consumer has a very specific interest in opposing the Motion to Amend and in avoiding being added to this matter for the first time.  That interest cannot be adequately argued by parties who are current defendants.  *See Hildes*, 2010 WL 2836769, at *6 (non-party intervenor had appreciably different incentives to oppose motion to amend than existing parties did).

Each of these factors weighs in favor of allowing Thomson Consumer to intervene for the limited purpose of opposing the Motion to Amend.  Moreover, Plaintiffs' counsel informed Thomson Consumer's counsel that they would not oppose intervention by Thomson Consumer.  (Declaration of Laura Kabler Oswell in Support of Thomson Consumer's Motion to Intervene ¶ 2.)  Accordingly, Thomson Consumer should be permitted to intervene to oppose the Motion to Amend.[1]

Dated:  April 9, 2013                               Respectfully submitted,

 /s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax:  (650) 461-5700

Attorneys for Intervenor Thomson Consumer Electronics, Inc.

---

[1]  In the alternative, the Court should exercise its discretion to permit Thomson Consumer to intervene pursuant to Fed. R. Civ. P. 24(b) for the reasons discussed herein.