Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

Attorneys for Intervenor Thomson Consumer Electronics, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC <br><br> MDL No. 1917 <br><br> **DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF MOTION OF THOMSON CONSUMER ELECTRONICS, INC. TO INTERVENE** |
| This Document Relates to: <br><br> *Electrograph Systems, Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-01656; <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* v. *Hitachi, Ltd., et al.*, No. 11-cv-05502; <br><br> *Best Buy Co., Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-05513; <br><br> *Target Corp, et al.* v. *Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; <br><br> *Office Depot, Inc.* v. *Hitachi Ltd., et al.*, No. 11-cv-06276; | Date: May 1, 2013 <br> Time: 9:30 a.m. <br> JAMS: Two Embarcadero Center, Suite 1500 <br> Judge: Hon. Samuel Conti <br> Special Master: Hon. Charles A. Legge (Ret.) <br><br> [MOTION TO INTERVENE AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH] |

| | |
|---|---|
| 1 | *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06396; )<br>) |
| 2 | ) |
| 3 | *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397; )<br>) |
| 4 | )<br>*P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02648; and )<br>) |
| 5 | ) |
| 6 | *Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02649. )<br>) |
| 7 | ) |

I, Laura Kabler Oswell declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of California, and associated with the firm of Sullivan & Cromwell LLP, counsel to Thomson Consumer Electronics, Inc. ("Thomson Consumer"). I submit this Declaration in support of Thomson Consumer's Motion to Intervene (the "Motion").

2. On April 8, 2013, I contacted David Burman at Perkins Coie LLP, counsel to Costco Wholesale Corporation, via telephone to ask whether the Direct Action Plaintiffs would oppose the Motion. Mr. Burman informed me that the Direct Action Plaintiffs would not oppose the Motion. Executed this 9th day of April 2013, at Palo Alto, California

    /s/ Laura Kabler Oswell
    Laura Kabler Oswell