Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

Attorneys for Intervenor Thomson Consumer Electronics, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC <br><br> MDL No. 1917 <br><br> **[PROPOSED] REPORT AND RECOMMENDATION GRANTING MOTION OF THOMSON CONSUMER ELECTRONICS, INC. TO INTERVENE** <br><br> Date: May 1, 2013 <br> Time: 9:30 a.m. <br> JAMS: Two Embarcadero Center, Suite 1500 <br> Judge: Hon. Samuel Conti <br> Special Master: Hon. Charles A. Legge (Ret.) <br><br> [MOTION TO INTERVENE AND DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF MOTION TO INTERVENE FILED CONCURRENTLY HEREWITH] |
| This Document Relates to: <br><br> *Electrograph Systems, Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-01656; <br><br> *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* v. *Hitachi, Ltd., et al.*, No. 11-cv-05502; <br><br> *Best Buy Co., Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-05513; <br><br> *Target Corp, et al.* v. *Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; <br><br> *Office Depot, Inc.* v. *Hitachi Ltd., et al.*, No. 11-cv-06276; | |

1  *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06396;

2  

3  *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397;

4  *P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02648; and

5  

6  *Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02649.

TO THE HONORABLE SAMUEL CONTI, UNITED STATES DISTRICT JUDGE:

On April 9, 2013, Thomson Consumer Electronics, Inc. ("Thomson Consumer") filed its Motion to Intervene. In the Motion to Intervene, Thomson Consumer seeks the Court's permission to intervene in the above-titled action for the limited purpose of opposing the Direct Action Plaintiffs' ("Plaintiffs") Motion for Leave to File Amended Complaints (Dkt. No. 1609), which proposes to add Thomson Consumer as a defendant in this action.

Having carefully considered the briefs and other submissions of the parties, as well as oral arguments by counsel at the hearing, the Special Master recommends that the Motion to Intervene should be GRANTED.

DATED:_____          _____

                                          Hon. Charles A. Legge
                                    United States District Judge (Ret.)
                                              Special Master

The Report and Recommendations are Accepted and Ordered / Denied / Modified.

DATED:_____          _____

                                              Hon. Samuel Conti
                                            United States District Judge