Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.:  (650) 461-5600
Fax:  (650) 461-5700

Attorneys for Intervenor Thomson Consumer Electronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.  07-5944-SC<br><br>MDL No. 1917<br><br>**ADMINISTRATIVE MOTION OF THOMSON CONSUMER ELECTRONICS, INC. TO SHORTEN TIME ON ITS MOTION TO INTERVENE**<br><br>Date:  May 1, 2013<br>Time:  9:30 a.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge:  Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>[OPPOSITION TO MOTION TO AMEND; MOTION TO INTERVENE; DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF ADMINISTRATIVE MOTION; AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH] |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* v. *Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al.* v. *Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Office Depot, Inc.* v. *Hitachi Ltd., et al.*, No. 11-cv-06276; | |

| | |
|---|---|
| *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06396; | ) ) ) |
| *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397; | ) ) ) |
| *P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02648; and | ) ) ) ) |
| *Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02649. | ) ) ) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rules 6-3 and 7-11, Thomson Consumer Electronics, Inc. ("Thomson Consumer") seeks an order to shorten time for the hearing on Thomson Consumer's Motion to Intervene, filed concurrently herewith (the "Motion to Intervene").  Thomson Consumer seeks leave to intervene in the above-titled action for the limited purpose of opposing the Direct Action Plaintiffs' ("Plaintiffs") Motion for Leave to File Amended Complaints (Dkt. No. 1609) (the "Motion to Amend"), which proposes to add Thomson Consumer as a defendant in the above-captioned actions.

Thomson Consumer respectfully requests that the hearing date on the Motion to Intervene be set for May 1, 2013, the same date as Plaintiffs' Motion to Amend, so that, if the Motion to Intervene is granted, Thomson Consumer can be heard on its opposition to the Motion to Amend at that hearing.

On April 8, 2013, David Burman at Perkins Coie LLP, counsel to Costco Wholesale Corporation, informed Thomson Consumer's counsel that Plaintiffs would not oppose this administrative motion. (Declaration of Laura Kabler Oswell in Support of Thomson Consumer's Administrative Motion to Shorten Time ¶ 2.)

Dated:  April 9, 2013                                     Respectfully submitted,

 /s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.:    (650) 461-5600
Fax:    (650) 461-5700

Attorneys for Intervenor Thomson Consumer Electronics, Inc.