1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Rory P. Culver (SBN 271868)
   culverr@sullcrom.com
3  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Tel.:  (310) 712-6600
5  Fax:  (310) 712-8800

6  Laura Kabler Oswell (SBN 241281)
   oswelll@sullcrom.com
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Tel.:  (650) 461-5600
9  Fax:  (650) 461-5700

10 Attorneys for Intervenor Thomson
   Consumer Electronics, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] REPORT AND RECOMMENDATION GRANTING THOMSON CONSUMER ELECTRONICS, INC.'S ADMINISTRATIVE MOTION TO SHORTEN TIME**<br><br>Date:  May 1, 2013<br>Time:  9:30 a.m.<br>JAMS: Two Embarcadero Center, Suite 1500<br>Judge:  Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>[ADMINISTRATIVE MOTION TO SHORTEN TIME AND DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF ADMINISTRATIVE MOTION FILED CONCURRENTLY HEREWITH] |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* v. *Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al.* v. *Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Office Depot, Inc.* v. *Hitachi Ltd., et al.*, No. 11-cv-06276; | |

1  *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06396;
2  
3  *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397;
4  *P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02648; and
5  
6  *Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02649.
7  
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO THE HONORABLE SAMUEL CONTI, UNITED STATES DISTRICT JUDGE:

On April 9, 2013, Thomson Consumer Electronics, Inc. ("Thomson Consumer") filed its Administrative Motion to Shorten Time. Thomson Consumer seeks an order setting the hearing on its Motion to Intervene for May 1, 2013, the same date as the hearing set for the Direct Action Plaintiffs' Motion for Leave to File Amended Complaints (Dkt. No. 1609) (the "Motion to Amend"), which proposes to add Thomson Consumer as a defendant in this action. Thomson Consumer seeks leave to intervene in the above-titled action for the limited purpose of opposing the Motion to Amend.

Having carefully considered the submissions of the parties, the Special Master recommends that:

1. The Administrative Motion to Shorten Time should be GRANTED;
2. Thomson Consumer's Motion to Intervene should be set for hearing on May 1, 2013 at 9:30 a.m. before the Honorable Charles A. Legge (Ret.) at the office of JAMS, Two Embarcadero Center, Suite 1500, San Francisco, California

DATED:_____         _____

Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

The Report and Recommendations are Accepted and Ordered / Denied / Modified.

DATED:_____         _____

Hon. Samuel Conti
United States District Judge