SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
TYLER M. CUNNINGHAM, Cal. Bar No. 243694
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:  415-434-9100
Facsimile:  415-434-3947
E-mail:   ghalling@sheppardmullin.com
          jmcginnis@sheppardmullin.com
          mscarborough@sheppardmullin.com
          tcunningham@sheppardmullin.com

Attorneys for Real Parties in Interest
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF TYLER M. CUNNINGHAM IN SUPPORT OF REAL PARTY IN INTEREST SAMSUNG SDI'S OPPOSITION TO PLAINTIFF COSTCO'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| This Document Relates to:<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 | |

I, Tyler M. Cunningham, do hereby declare as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel for Real Parties in Interest Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; and Samsung SDI (Malaysia) Sdn. Bhd. (collectively, "SDI") in this action. I make this declaration in support of SDI's Opposition to Plaintiff Costco's Motion for Leave to File Amended Complaint. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. I am informed and believe that approximately 14 cases have been filed by direct action plaintiffs ("DAPs") in this consolidated multi-district litigation. Some, but not all, of these DAPs named SDI as a defendant when they first filed their cases.

3. I am informed and believe that defendants in *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 ("Costco case"), have propounded discovery requests to Plaintiff Costco Wholesale Corp. ("Costco"), including requests for production of documents, requests for admission, and interrogatories. SDI has not participated in that discovery.

4. I am informed and believe that defendants in the Costco case have filed at least one motion seeking to compel arbitration. SDI did not participate in that motion.

5. I am informed and believe that, on December 7, 2012, defendants in the Costco case deposed Costco's corporate representative on a variety of issues under Federal Rule of Civil Procedure 30(b)(6), including topics related to pricing, cost, distribution channels and documentation. SDI did not participate in that deposition.

6. At my request and under my direction, Sheppard Mullin staff reviewed the docket in this consolidated, multi-district litigation to determine the average amount of time needed to resolve motions to dismiss. Based on that review, I am informed and believe that the average amount of time needed to resolve motions to dismiss in this litigation is 205 days.

1  
2     I declare under penalty of perjury of the laws of the United States that the foregoing is true
3 and correct.
4  
5     Executed on April 9, 2013 at San Francisco, California.
6  
7  
8                                                       */s/ Tyler M. Cunningham*
9                                                         TYLER M. CUNNINGHAM
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28