Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 202-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC | **PROOF OF SERVICE OF TECHNOLOGIES DISPLAYS AMERICAS LLC** |

- 1 -
PROOF OF SERVICE
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.

CIVIL ACTION NO  C 13 1173

V.

*Plaintiff*

Hitachi, Ltd.; et al.,

*Defendant*

## AFFIDAVIT OF SERVICE

State of California }
County of Imperial  } ss

The undersigned, being duly sworn, deposes and says,

Deponent is not a party herein, is over 18 years of age and resides in the state of California

That on **4/1/2013** at **4:52 PM** at **1778 Carr Road, Suite 4b, Calexico, California**

deponent served a(n) **Summons in a Civil Action and Complaint, Order Setting Initial Case Management Conference and ADR Deadlines , San Francisco Division Packet of Information**

on **Technologies Displays Americas LLC**, a domestic limited liability company,

by delivering thereat a true copy of each to **Javier Carillo** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **Authorized Agent** thereof

Description of Person Served
Gender  Male
Skin    Brown
Hair    Brown
Age     36 - 50 Yrs
Height  5' 4" - 5' 8"
Weight  161-200 Lbs
Other   Glasses

Sworn to before me this 4/3/13

NOTARY PUBLIC
ROSIE G MORALES

ROSIE G MORALES
Commission # 1944087
Notary Public - California
Imperial County
My Comm Expires Aug 11, 2015

Julie Dillon
#201160000005