```
 1  BAKER BOTTS L.L.P.
    Jon V. Swenson (SBN 233054)
 2  1001 Page Mill Road
    Building One, Suite 200
 3  Palo Alto, CA 94304
    Telephone: (650) 739-7500
 4  Facsimile:  (650) 739-7699
    Email: jon.swenson@bakerbotts.com
 5
    BAKER BOTTS L.L.P.
 6  John M. Taladay (*pro hac vice*)
    Joseph Ostoyich  (*pro hac vice*)
 7  Andreas Stargard (*pro hac vice*)
    1299 Pennsylvania Avenue, N.W.
 8  Washington, D.C. 20004-2400
    Telephone: (202) 639-7700
 9  Facsimile:  (202) 639-7890
    Email: john.taladay@bakerbotts.com
10  Email: joseph.ostoyich@bakerbotts.com
    Email: andreas.stargard@bakerbotts.com
11
    *Attorneys for Defendant Koninklijke Philips Electronics N.V.*
12  *and Philips Electronics North America Corporation*
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
|---|---|
|  | MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING TIFFANY B GELOTT'S APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

TIFFANY B. GELOTT, an active member in good standing of the bar of the State of Massachusetts, whose business address and telephone number is:

> Tiffany B. Gelott
> Email: tiffany.gelott@bakerbotts.com
> BAKER BOTTS L.L.P.
> 1299 Pennsylvania Ave., N.W.
> Washington, D.C. 20004
> Telephone: (202) 639-7766
> Facsimile:  (202) 508-9333

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Services of papers upon and communication with co-counsel designed in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE