MILBERG LLP
Paul Novak
One Kennedy Square
777 Woodward Avenue, Suite 890
Detroit, MI  48226
Telephone: (313) 309-1760
Facsimile:  (313) 447-2038

MILBERG LLP
Elizabeth McKenna
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Attorneys for Plaintiffs Ryan Rizzo and Travis Burau*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Case No. CV-07-5944 ) MDL Docket No. 1917 ) |
| This document relates to: | ) Honorable Samuel Conti ) |
| ALL ACTIONS | ) **NOTICE OF WITHDRAWAL OF** ) **COUNSEL** ) |

PLEASE TAKE NOTICE that Jeff S. Westerman and Peter Safirstein, former attorneys of Milberg LLP and former attorneys for Plaintiffs Ryan Rizzo and Travis Burau, are hereby withdrawn as counsel for Plaintiffs in the above-captioned litigation and further request that their names be removed from the Electronic Case Filing list of recipients.  Milberg LLP continues to serve as counsel for Plaintiffs through attorneys Paul Novak and Elizabeth McKenna, who request that all future correspondence and papers in this action continue to be directed to them.

DATED:  April 16, 2013

Respectfully submitted,

MILBERG LLP
PAUL F. NOVAK

*/s/ Paul F. Novak*
PAUL F. NOVAK
MILBERG LLP
One Kennedy Square
777 Woodward Avenue, Suite 890
Detroit, MI  48226
Telephone: (313) 309-1760
Facsimile:  (313) 447-2038

MILBERG LLP
Elizabeth McKenna
One Pennsylvania Plaza, 49th Floor
New York, NY  10119
Telephone: (212) 594-5300
Facsimile:  (212) 868-1229

*Attorneys for Plaintiffs Ryan Rizzo and Travis Burau*

NOTICE OF WITHDRAWAL OF COUNSEL
Case No. CV-07-5944
MDL Docket No. 1917

1  MILBERG LLP
   Paul Novak
2  One Kennedy Square
   777 Woodward Avenue, Suite 890
3  Detroit, MI 48226
   Telephone: (313) 309-1760
4  Facsimile: (313) 447-2038

5  MILBERG LLP
   Elizabeth McKenna
6  One Pennsylvania Plaza, 49th Floor
   New York, NY 10119
7  Telephone: (212) 594-5300
   Facsimile: (212) 868-1229
8
   *Attorneys for Plaintiffs Ryan Rizzo and Travis*
9  *Burau*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Case No. CV-07-5944 ) MDL Docket No. 1917 ) |
| _____ | ) Honorable Samuel Conti ) |
| This document relates to: | ) **CERTIFICATE OF SERVICE** |
| ALL ACTIONS | ) ) |

I, Paul F. Novak, attorney at Milberg LLP hereby certify that:

On April 16, 2013, a copy of the foregoing NOTICE OF WITHDRAWAL OF COUNSEL was served by the USDC/NDCA CM/ECF System on all interested parties registered for E-filing.

By: */s/ Paul F. Novak*
    Paul F. Novak