David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

Attorneys for Plaintiff Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | **DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**<br><br>Date: May 1, 2013 (tentative)<br>Time: 9:30 a.m. (tentative)<br>Place: JAMS Resolution Center, Two Embarcadero Center, Suite 1500<br>Judge: Honorable Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

1
2 *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;
3
4 *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;
5 *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;
6
7 *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;
8 *P.C. Richard & Son Long Island Corp., et al, v. Hitachi, Ltd., et al.*, No. 12-cv-02648;
9
10 *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27 DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
28 Case No. 3:07-05944-SC
MDL No. 1917

```
```
Case3:07-cv-05944-SC Document1639 Filed04/16/13 Page3 of 3

I, Eric J. Weiss, declare as follows:

1. I am an attorney with Perkins Coie LLP, and we represent Plaintiff Costco Wholesale Corporation in this litigation. I am admitted to practice law in the states of Washington, Wisconsin, and Illinois and am admitted to appear *pro hac vice* in this action pursuant to Pretrial Order No. 1, Dkt. 230 (Apr. 4, 2008). I make this Declaration in support of the Direct Action Plaintiffs' Reply in Support of Their Motion for Leave to File Amended Complaints. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration based on my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the November 20, 2012, 30(b)(6) Notice of Deposition served on Costco by Defendant Philips Electronics North America Corporation and in conjunction with all defendants.

3. The Direct Action Plaintiffs moved for leave to amend their complaints within one month after locating and reviewing documents directly implicating Thomson and Mitsubishi in the CRT conspiracy.

DATED: April 16, 2013         /s/ Eric J. Weiss_____
                              Eric J. Weiss

1
DECLARATION OF ERIC J. WEISS IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS
Case No. 3:07-05944-SC
MDL No. 1917