Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
Phone (202) 624-2599
Fax (202) 628-5116
Email: jmurphy@crowell.com
       aheaven@crowell.com

*Counsel for Plaintiff RadioShack Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. C-07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Target Corp. v. Chunghwa Picture Tubes, Ltd., et al.,* Case No. CV 11-5514 | **PLAINTIFF RADIOSHACK'S NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff RadioShack Corporation ("RadioShack")  hereby voluntarily dismisses this action without prejudice as to Defendants Chunghwa Picture Tubes, Ltd.; Chunghwa Picture Tubes (Malaysia); Tatung Company Of America, Inc.; Irico Group Corporation; Irico Group Electronics Co., Ltd.; Irico Display Devices Co., Ltd.; LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd.; LP Displays International Ltd.; Hitachi, Ltd.; Hitachi Displays, Ltd.; Hitachi America, Ltd.; Hitachi Asia, Ltd.;

Hitachi Electronic Devices (USA), Inc.; Shenzhen SEG Hitachi Color Display Devices, Ltd.; Panasonic Corporation; Panasonic Corporation Of North America; Mt Picture Display Co., Ltd.; Koninklijke Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronica Ltda.; Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI America, Inc.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) Sdn. Bhd.; Samtel Color Ltd.; Thai Crt Co., Ltd.; Toshiba Corporation; Toshiba America, Inc.; Toshiba America Consumer Products, LLC; Toshiba America Electronic Components, Inc.; Toshiba America Information Systems, Inc. The aforementioned Defendants have not filed an answer to RadioShack's Complaint nor have they filed a motion for summary judgment.

Dated: April 17, 2013

Respectfully submitted

/s/ Jason C. Murray
Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
Phone (202) 624-2599
Fax (202) 628-5116
Email: jmurphy@crowell.com
aheaven@crowell.com

*Counsel for RadioShack Corporation*

-2-