Hon. Charles A. Legge (Ret.)
JAMS
Two EmbarcaderoCenter, Suite 1500
San Francisco, CA94111
Telephone: (415) 774-2644
Fax: (415) 982-5287
Special Master

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | **MDL No. 1917**<br>**JAMS Ref. No. 1100054618** |
| This Document Relates to:<br>ALL INDIRECT PURCHASER CLASS ACTION CASES<br>and<br>ALL DIRECT ACTION CASES | **REQUEST FOR TEMPORARY APPOINTMENT OF SPECIAL MASTER** |

To the Honorable Samuel Conti, United State District Court Judge:

      The undersigned Special Master Charles A. Legge respectfully requests that the Court appoint Mr. Martin Quinn Esq. as a temporary Special Master to perform the functions of the Special Master with respect to two motions now pending:

1. The Indirect Purchaser Plaintiffs' Motion for Class Certification, including Defendants' Motion to Exclude the Opinions of Plaintiffs' Expert in that motion, presently scheduled for hearing on April 29, 2013.

2. Motions for Leave to Add New Parties to Several of the Direct Action Complaints, presently scheduled for hearing on May 1, 2013

The reason for the request is that the Special Master was taken ill on April 10, 2013, and he has been advised by his doctors that he will not be able to resume full time duties until mid-June 2013. The above two motions cannot be heard by the Special Master and reports and recommendations made to your Honor until <u>after</u> mid-June. The Special Master believes that the most he is able to do in the Cathode Ray Tube litigation before mid-June is to complete a report and recommendation on the already <u>submitted</u> motion of Defendants to dismiss the Direct Action complaints, which he believes can be completed by approximately May 1, 2013 if he does not also have to hear and consider the above two motions.

Mr. Quinn is an attorney licensed to practice in the courts of California. He is a member of the panel of arbitrators and mediators at JAMS in San Francisco. He is an experienced arbitrator, and he has handled numerous court reference matters for the courts of the Northern District of California.

The Special Master is advised that this proposed temporary appointment of Mr. Quinn has the approval of the attorneys representing the Direct Purchaser Class Plaintiffs, the Indirect Purchaser Class Plaintiffs, and the Direct Action Plaintiffs. However, the Special Master and the Court have today been advised by counsel for the Defendants that they disagree with this recommended action. As set forth in the letter to the Court of April 18, 2013 from Mr. James McGinnis, Defendants state that they would prefer to postpone the pending motions until the undersigned is able to hear and conclude them. The Special Master is of the opinion that such a postponement would result in the suspension of all three of the motions discussed above, and that he could not devote adequate attention to the motions until after mid-June. The Special Master is concerned that such a postponement of these three major motions to a time when they can all be considered by him, would cause undue delay to the schedules of the case and the Court.

It is therefore recommended that the Court appoint Mr. Martin Quinn Esq. as a temporary Special Master to perform the functions of the Special Master for the two motions listed above.

Mr. Quinn should also have the authority to resolve other matters that might arise in connection with the matters presently pending before the Special Master until he returns to full time duty.

Respectfully submitted,

DATED: April 18, 2013

_____
Hon. Charles Legge (Ret.)
Special Master

Approved/~~Disapproved/Modified~~

DATED: April 19, 2013

_____
Hon. Samuel Conti
United States District Judge

3