IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> This Order Relates To: <br><br> ALL INDIRECT PURCHASER CLASS ACTION CASES <br><br> and <br><br> ALL DIRECT ACTION CASES | MDL No. 1917 <br><br> Case No. C-07-5944-SC <br><br> NOTICE OF INTENTION TO APPOINT A TEMPORARY SPECIAL MASTER |

The Court hereby gives notice pursuant to Federal Rule of Civil Procedure 53(b)(1) that it intends to appoint Mr. Martin Quinn, Esq. as temporary Special Master. The reason for this appointment is the temporary incapacity due to illness of the serving Special Master, the Hon. Charles A. Legge (Ret.). The Court intends to grant Mr. Quinn all the rights and authority presently granted to Judge Legge, but only until Judge Legge is able to resume his duties. It is the Court's intention that Mr. Quinn, if appointed, proceed with the pending hearings on the motions now calendared for April 29 and May 1.

1   Any party wishing to be heard regarding this appointment
2   should file papers with the Court within two business days of this
3   Order's signature date.  The Court will make a determination on the
4   appointment of the interim Special Master without oral argument per
5   Civil Local Rule 7-1(b).

7   IT IS SO ORDERED.

9   Dated: April 19, 2013



10   UNITED STATES DISTRICT JUDGE