Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-622-4750
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
Phone (202) 624-2500
Fax (202) 628-5116
Email: jmurphy@crowell.com
      aheaven@crowell.com

*Counsel for Plaintiff RadioShack Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates To: | **STIPULATION OF DISMISSAL** |
| *Target et. al. v. Chunghwa Picture Tubes, Ltd. et al.,* No. 11-cv-5514 | |

     WHEREAS, Plaintiff RadioShack Corporation ("RadioShack") initially filed a Complaint against Defendant Beijing Matsushita Color CRT Co., Ltd. ("BMCC") in November 2011 and subsequently filed an amended Complaint in January 2012;

     WHEREAS, BMCC filed an Answer to RadioShack's Complaint on September 14, 2012;

     WHEREAS, RadioShack opted out of the Indirect Purchaser Plaintiff Settlement Class regarding settlement with Defendant Chunghwa Picture Tubes, Ltd. in January 2012 (the

"Settlement");

NOW, THEREFORE, IT IS WHEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. RadioShack shall dismiss all of its claims against BMCC, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. BMCC acknowledges that this dismissal shall not affect, nor will BMCC rely upon this dismissal to seek to prevent, RadioShack's inclusion in any future litigation or settlement classes in the above-captioned litigation, and this dismissal does not affect, nor will BMCC rely upon this dismissal to seek to prevent, RadioShack's right to seek inclusion in the Settlement.

3. Each party shall bear its own costs and attorneys' fees.

4. This stipulation does not affect the rights or claims of any other plaintiff against any other defendant or alleged co-conspirator in the above-captioned litigation.

**IT IS SO STIPULATED.**

Dated:  April 22, 2013

/s/ Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone:  213-622-4750
Facsimile:  213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
Phone (202) 624-2500
Fax (202) 628-5116
Email: jmurphy@crowell.com
          aheaven@crowell.com

*Counsel for Plaintiff RadioShack Corporation*

Dated:  April 22, 2013

/s/ Richard Snyder

| | |
|---|---|
| 1 | Richard Snyder (admitted *pro hac vice*) |
| 2 | Freshfields Bruckhaus Deringer US LLP |
|   | Email: richard.snyder@freshfields.com |
| 3 | 701 Pennsylvania Avenue NW, Suite 600 |
|   | Washington, DC 20004 |
| 4 | Tel: (202) 777-4655 |
|   | Fax: (202) 777-4555 |

*Attorney for Defendant Bejing Matsushita Color CRT Co. Ltd.*

**IT IS SO ORDERED.**

Dated: _____, 2013

_____
Samuel Conti, United States District Judge