Martin Quinn
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone: (415) 982-5267
Fax: (415) 982-5287

SPECIAL MASTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**AFFIDAVIT OF SPECIAL MASTER**<br>**[Rule 53(b)(3)]** |

I, Martin Quinn, declare under penalty of perjury that I have reviewed the list of parties and counsel and am aware of the general nature of the case, and know of no facts or circumstances that would constitute a ground under 28 U.S.C. §455 to disqualify me from acting as temporary Special Master in this case in accordance with the terms of appointment of Hon. Charles A. Legge (Ret.).

Dated:  April 22, 2013

_____
Martin Quinn

Subscribed and sworn to before me under the laws of the State of California

_____
Notary Public

K. CLERICI
Commission No. 1945106
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires AUGUST 19, 2015