1  *STIPULATING PARTIES AND COUNSEL*
2  *LISTED ON SIGNATURE PAGES*

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN FRANCISCO DIVISION**

11

| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | |
| *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC | **STIPULATION AND [PROPOSED] ORDER REGARDING THE COMPLAINT IN THE SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ACTION** |

- 1 -

1    Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Sharp Electronics

2    Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively,

3    "Plaintiffs") and the undersigned Defendants have conferred by and through their counsel and,

4    subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

5    WHEREAS, on March 15, 2013, Plaintiffs filed a Summons and Complaint in the

6    Northern District of California, *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, Case No.

7    13-cv-1173 (the "Sharp Summons" and the "Sharp Complaint," respectively);

8    WHEREAS, on March 20, 2013, Plaintiffs filed an Administrative Motion

9    Pursuant to Civil L.R. 3-12 To Consider Whether Cases Should Be Related, identifying *Sharp*

10   *Electronics Corp., et al. v. Hitachi, Ltd., et al.* as related to *In re Cathode Ray Tube (CRT)*

11   *Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917);

12   WHEREAS, on March 26, 2013, this Court entered an Order finding that *Sharp*

13   *Electronics Corp., et al. v. Hitachi, Ltd., et al.* is related to *In re Cathode Ray Tube (CRT)*

14   *Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917).

15   WHEREAS, the undersigned Defendants named in the Sharp Complaint

16   ("Defendants") have not yet been formally served with process;

17   IT IS HEREBY STIPULATED AND AGREED by and between counsel for the

18   undersigned Plaintiffs and Defendants, as follows:

19   1.    Each of the undersigned Defendants shall be deemed served with the

20   Sharp Summons and Complaint as of the date of execution of this Stipulation.

21   2.    The Sharp Complaint asserts similar causes of action alleged by the

22   following Direct Action Plaintiff complaints: *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381

23   (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

24   (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-

25   02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-

26   02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396

27   (N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D.

28

STIPULATION AND [PROPOSED] ORDER REGARDING                    Case No. 07-5944
THE COMPLAINT IN THE SHARP ELECTRONICS CORP., ET AL. ACTION    MDL No. 1917

Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Mar. 10, 2011); and *Tech Data Corporation, et al. v. Hitachi, Ltd. et al.*, Case No. 8:12-cv-02795 (M.D. Fla.) (Dec. 11, 2012).

3.      The Sharp Complaint seeks damages based on an alleged conspiracy to fix, raise, maintain, and/or stabilize prices for CRTs, as set forth in the Sharp Complaint; the Sharp Complaint does not assert any claims that Defendants have combined and conspired to fix, raise, maintain or stabilize the prices of products containing CRTs ("CRT Finished Products").

4.      On August 17, 2012, Defendants filed motions to dismiss and for judgment on the pleadings with respect to the following Direct Action Plaintiff complaints (the "Dispositive Motions"): *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); and *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Mar. 10, 2011).  (Dkt. Nos. 1316, 1317, 1319).

5.      Pending the resolution of the Dispositive Motions, the undersigned Defendants do not need to answer or otherwise respond to the Sharp Complaint.  Once the Honorable Samuel Conti rules on the Dispositive Motions, the parties agree to set a reasonable

1   deadline for Defendants' answers and/or a reasonable briefing schedule for Defendants' motions

2   to dismiss Sharp's Complaint.

3           6.      The undersigned parties jointly and respectfully request that the Court

4   enter this stipulation as an order.

5

6   Dated: April 23, 2013

7                           TAYLOR & COMPANY LAW OFFICES, LLP

8                           By: ___/s/ Craig A. Benson_____
                            Kenneth A. Gallo (*Pro Hac Vice*)
9                           Joseph J. Simons (*Pro Hac Vice*)
                            Craig A. Benson (*Pro Hac Vice*)
10                          **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
                            2001 K Street, NW
11                          Washington, DC 20006
                            Telephone: (202) 223-7356
12                          Facsimile: (202) 204-7356
                            Email: kgallo@paulweiss.com
13                          Email: jsimons@paulweiss.com
                            Email: cbenson@paulweiss.com

14                          Stephen E. Taylor (SBN 058452)
                            Jonathan A. Patchen (SBN 237346)
15                          **TAYLOR & COMPANY LAW OFFICES, LLP**
                            One Ferry Building, Suite 355
16                          San Francisco, California 94111
                            Telephone: (415) 788-8200
17                          Facsimile: (415) 788-8208
                            Email: staylor@tcolaw.com
18                          Email: jpatchen@tcolaw.com

19
                            *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp*
20                          *Electronics Manufacturing Company of America, Inc.*

21

22  Dated: April 23, 2013   MORGAN, LEWIS & BOCKIUS LLP

23                          By: ___/s/ Kent M. Roger_____
                            Kent M. Roger (SBN 95987)
24                          Michelle Park Chiu (SBN 248421)
                            **MORGAN, LEWIS & BOCKIUS LLP**
25                          One Market, Spear Street Tower
                            San Francisco, CA 94105-1126
26                          Telephone: (415) 442-1000
                            Facsimile: (415) 442-1001
27                          Email: kroger@morganlewis.com
                            Email: mchiu@morganlewis.com

28
                                            - 4 -

J. Clayton Everett, JR. (*Pro Hac Vice*)
Scott A. Stempel (*Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
Email: jeverett@morganlewis.com
Email: sstempel@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Dated: April 23, 2013        WINSTON & STRAWN LLP

By: ___/s/ Jeffrey L. Kessler_____
Jeffrey L. Kessler (*Pro Hac Vice*)
A. Paul Victor (*Pro Hac Vice*)
Eva W. Cole (*Pro Hac Vice*)
Molly M. Donovan (*Pro Hac Vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
Email: jkessler@winston.com
Email: pvictor@ winston.com
Email: ewcole@winston.com
Email: mmdonovan@winston.com

Steven A. Reiss (*Pro Hac Vice*)
David L. Yohai (*Pro Hac Vice*)
Adam C. Hemlock (*Pro Hac Vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com
Email: david.yohai@weil.com
Email: adam.hemlock@weil.com

Gregory D. Hull (SBN 57367)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: greg.hull@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita*

- 5 -

*Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

Dated: April 23, 2013          MUNGER, TOLLES & OLSON LLP

By: \_/s/ Hojoon Hwang_____
Hojoon Hwang (SBN 184950)
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail: Hojoon.Hwang@mto.com

William D. Temko (SBN 098858)
Jonathan E. Altman (SBN 170607)
Bethany W. Kristovich (SBN 241891)
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: William.Temko@mto.com
E-mail: Jonathan.Altman@mto.com
E-mail: Bethany.Kristovich@mto.com

*Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

Dated: April 23, 2013          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: \_\_\_/s/ Gary L. Halling_____
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael Scarborough (SBN 203524)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: ghalling@sheppardmullin.com
Email: jmcginnis@sheppardmullin.com
Email: mscarborough@sheppardmullin.com

*Attorneys for Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Hong Kong), Ltd.*

Dated: April 23, 2013          WHITE & CASE LLP

- 6 -

By: __/s/ Christopher M. Curran_____
Christopher M. Curran (*Pro Hac Vice*)
Lucius B. Lau (*Pro Hac Vice*)
Dana E. Foster (*Pro Hac Vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
E-mail: ccurran@whitecase.com
E-mail: alau@whitecase.com
E-mail: defoster@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,

IT IS SO ORDERED.

DATED: _____     _____
                                                              HONORABLE SAMUEL CONTI
                                                              UNITED STATES DISTRICT COURT JUDGE

- 7 -

**E-FILER'S ATTESTATION**

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the Stipulation And [Proposed] Order Regarding the Complaint in the Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Action.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: April 23, 2013                              /s/ Craig A. Benson
                                         _____
                                                  CRAIG A. BENSON

STIPULATION AND [PROPOSED] ORDER REGARDING                     Case No. 07-5944
THE COMPLAINT IN THE SHARP ELECTRONICS CORP., ET AL. ACTION    MDL No. 1917