IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER APPOINTING TEMPORARY <u>SPECIAL MASTER</u> |
| ALL INDIRECT PURCHASER CLASS ACTION CASES | |
| and | |
| ALL DIRECT ACTION CASES | |

On April 19, 2013, the Court gave notice pursuant to Federal Rule of Civil Procedure 53(b)(1) that it intends to appoint Mr. Martin Quinn, Esq. as temporary Special Master in the above-captioned case. ECF No. 1645 ("Apr. 19 Order"). The reason for this appointment is the temporary incapacity due to illness of the serving Special Master, the Hon. Charles A. Legge (Ret.). The Court gave all parties two business days after the April 19 Order to file briefs regarding the Court's intentions, and stated its intention to decide the matter on the papers under Civil Local Rule 7-1(b). <u>Id.</u>

Counsel for all defendants in the indirect purchaser litigation and some of the direct action cases filed a letter after the April 19 Order. ECF No. 1648. The letter stated that those defendants are amenable to the appointment of an interim Special Master given the circumstances. Id. It also recommended that Mr. Quinn be given "the benefit of whatever time and procedures he needs to give full and proper consideration to the very important motions being presented to him." Id. Counsel also proposed a conference call with Mr. Quinn to discuss scheduling matters. Id.

The Court agrees with counsel on these points. The parties should confer with Mr. Quinn about scheduling matters. Mr. Quinn as interim Special Master will have the capacity to ensure that all parties are heard on these pending matters, and that the schedule for this case proceeds according to plan and without unnecessary delay.

Per Rule 53, the Court is satisfied that the parties have been given an opportunity to be heard, and that, per Mr. Quinn's affidavit, there are no concerns about his qualifications in this case. The Court grants Mr. Quinn all of the rights and authority presently granted to Judge Legge, but only until Judge Legge is able to resume his duties. Mr. Quinn should proceed with pending hearings.

IT IS SO ORDERED.

Dated: April 24, 2013

UNITED STATES DISTRICT JUDGE