*STIPULATING PARTIES AND COUNSEL
LISTED ON SIGNATURE PAGES*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC | Case No. 07-cv-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE COMPLAINT IN THE SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.'S ACTION** |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Plaintiffs") and the undersigned Defendants have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on March 15, 2013, Plaintiffs filed a Summons and Complaint in the Northern District of California, *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, Case No. 13-cv-1173 (the "Sharp Summons" and the "Sharp Complaint," respectively);

WHEREAS, on March 20, 2013, Plaintiffs filed an Administrative Motion Pursuant to Civil L.R. 3-12 To Consider Whether Cases Should Be Related, identifying *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.* as related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917);

WHEREAS, on March 26, 2013, this Court entered an Order finding that *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.* is related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917).

WHEREAS, the undersigned Defendants named in the Sharp Complaint ("Defendants") have not yet been formally served with process;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendants, as follows:

1. Each of the undersigned Defendants shall be deemed served with the Sharp Summons and Complaint as of the date of execution of this Stipulation.

2. The Sharp Complaint asserts similar causes of action alleged by the following Direct Action Plaintiff complaints: *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D.

Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Mar. 10, 2011); and *Tech Data Corporation, et al. v. Hitachi, Ltd. et al.*, Case No. 8:12-cv-02795 (M.D. Fla.) (Dec. 11, 2012).

3. The Sharp Complaint seeks damages based on an alleged conspiracy to fix, raise, maintain, and/or stabilize prices for CRTs, as set forth in the Sharp Complaint; the Sharp Complaint does not assert any claims that Defendants have combined and conspired to fix, raise, maintain or stabilize the prices of products containing CRTs ("CRT Finished Products").

4. On August 17, 2012, Defendants filed motions to dismiss and for judgment on the pleadings with respect to the following Direct Action Plaintiff complaints (the "Dispositive Motions"): *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); and *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Mar. 10, 2011). (Dkt. Nos. 1316, 1317, 1319).

5. Pending the resolution of the Dispositive Motions, the undersigned Defendants do not need to answer or otherwise respond to the Sharp Complaint. Once the Honorable Samuel Conti rules on the Dispositive Motions, the parties agree to set a reasonable

deadline for Defendants' answers and/or a reasonable briefing schedule for Defendants' motions to dismiss Sharp's Complaint.

6. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

Dated: April 23, 2013

TAYLOR & COMPANY LAW OFFICES, LLP

By: __/s/ Craig A. Benson_____
Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7356
Facsimile: (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
**TAYLOR & COMPANY LAW OFFICES, LLP**
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

Dated: April 23, 2013

MORGAN, LEWIS & BOCKIUS LLP

By: __/s/ Kent M. Roger_____
Kent M. Roger (SBN 95987)
Michelle Park Chiu (SBN 248421)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: kroger@morganlewis.com
Email: mchiu@morganlewis.com

|   |   |
|---|---|
| 1 | J. Clayton Everett, JR. (*Pro Hac Vice*) |
|   | Scott A. Stempel (*Pro Hac Vice*) |
| 2 | **MORGAN, LEWIS & BOCKIUS LLP** |
|   | 1111 Pennsylvania Avenue, NW |
| 3 | Washington, DC 20004 |
|   | Telephone: (202) 739-3000 |
| 4 | Facsimile: (202) 739-3001 |
|   | Email: jeverett@morganlewis.com |
| 5 | Email: sstempel@morganlewis.com |

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Dated: April 23, 2013      WINSTON & STRAWN LLP

By: __/s/ Jeffrey L. Kessler_____
Jeffrey L. Kessler (*Pro Hac Vice*)
A. Paul Victor (*Pro Hac Vice*)
Eva W. Cole (*Pro Hac Vice*)
Molly M. Donovan (*Pro Hac Vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-4698
Facsimile: (212) 294-4700
Email: jkessler@winston.com
Email: pvictor@ winston.com
Email: ewcole@winston.com
Email: mmdonovan@winston.com

Steven A. Reiss (*Pro Hac Vice*)
David L. Yohai (*Pro Hac Vice*)
Adam C. Hemlock (*Pro Hac Vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com
Email: david.yohai@weil.com
Email: adam.hemlock@weil.com

Gregory D. Hull (SBN 57367)
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: greg.hull@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita*

- 5 -

STIPULATION AND [PROPOSED] ORDER REGARDING                Case No. 07-5944
THE COMPLAINT IN THE SHARP ELECTRONICS CORP., ET AL. ACTION        MDL No. 1917

*Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*

Dated: April 23, 2013     MUNGER, TOLLES & OLSON LLP

By: __/s/ Hojoon Hwang_____
Hojoon Hwang (SBN 184950)
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail: Hojoon.Hwang@mto.com

William D. Temko (SBN 098858)
Jonathan E. Altman (SBN 170607)
Bethany W. Kristovich (SBN 241891)
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: William.Temko@mto.com
E-mail: Jonathan.Altman@mto.com
E-mail: Bethany.Kristovich@mto.com

*Attorneys for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

Dated: April 23, 2013     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: ___/s/ Gary L. Halling_____
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael Scarborough (SBN 203524)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: ghalling@sheppardmullin.com
Email: jmcginnis@sheppardmullin.com
Email: mscarborough@sheppardmullin.com

*Attorneys for Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Hong Kong), Ltd.*

Dated: April 23, 2013     WHITE & CASE LLP

By: __/s/ Christopher M. Curran__
Christopher M. Curran (*Pro Hac Vice*)
Lucius B. Lau (*Pro Hac Vice*)
Dana E. Foster (*Pro Hac Vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
E-mail: ccurran@whitecase.com
E-mail: alau@whitecase.com
E-mail: defoster@whitecase.com

*Attorneys for Toshiba Corporation, Toshiba America, Inc., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

DATED: __04/24/2013__           _____
                                HONORABLE SAMUEL CONTI
                                UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti]

**E-FILER'S ATTESTATION**

I, Craig A. Benson, am the ECF user whose ID and password are being used to file the Stipulation And [Proposed] Order Regarding the Complaint in the Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s Action.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

Dated: April 23, 2013                                    /s/ Craig A. Benson
                                                                        CRAIG A. BENSON