# Exhibit 1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE STEVEN GANZ** |
| ALL INDIRECT PURCHASER ACTIONS | |

I, STEVEN GANZ, declare as follows:

1. I am a named indirect purchaser plaintiff in this Cathode Ray Tube antitrust suit. I also have been proposed to be a class representative.

2. I have personal knowledge of the matters set forth below, and if I was called to testify about these matters I could and would do so.

3. As of the date of my deposition in this matter, I had not seen the cathode ray tubes inside the products on which I base my claims. After my deposition, I had the backs removed from my products. The process of removing the backs did not require any specialized training or equipment and was quick and straightforward. Once the backs were removed, the cathode ray tubes and the labels on those tubes were readily apparent to me and easy to see. I then took pictures of the tubes and the labels on those tubes.

4. Attached to this Declaration as Exhibit A are photographs of the cathode ray tubes inside the products on which I base my claims and the labels on those tubes. I understand that the tubes inside those products are defendant-manufactured tubes.

I declare under the penalty of perjury under the laws of the state of California that the statements in this Declaration are truthful and accurate.

Dated: February 11, 2013        By: _____

# EXHIBIT A





