# Exhibit 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE BARRY KUSHNER** |
| ALL INDIRECT PURCHASER ACTIONS | |

I, BARRY KUSHNER, declare as follows:

1. I am a named indirect purchaser plaintiff in this Cathode Ray Tube antitrust suit. I also have been proposed to be a class representative.

2. I have personal knowledge of the matters set forth below, and if I was called to testify about these matters I could and would do so.

3. As of the date of my deposition in this matter, I had not seen the cathode ray tubes inside the products on which I base my claims. After my deposition, I had pictures taken of the inside of those products.

4. Attached to this Declaration as Exhibit A are photographs of the cathode ray tubes inside the products on which I base my claims and the labels on those tubes. I understand that the tubes inside those products are defendant-manufactured tubes.

I declare under the penalty of perjury under the laws of the state of Minnesota that the statements in this Declaration are truthful and accurate.

Dated: February 12, 2013     By: _____Barry Kushner_____

# EXHIBIT A



**TOSHIBA**  A80JZH50X01  (VW)

LR63755  ℞ E105827  Made in the USA from US and Imported Components

EIA 455

X-RAY WARNING: When picture tubes are operated at very high voltage and when personal exposure is prolonged at close range, special shielding precautions against x-ray radiation may be needed.

CAUTION: HIGH VACUUM PICTURE TUBE IS DANGEROUS TO HANDLE. REFER SERVICING TO QUALIFIED SERVICE PERSONNEL.

WARNING: THIS CATHODE RAY TUBE EMPLOYS INTEGRAL IMPLOSION PROTECTION. REPLACE WITH A CATHODE RAY TUBE OF THE SAME TYPE NUMBER FOR CONTINUED SAFETY.

AVERTISSEMENT: CE TUBE CATHODIQUE EST ÉQUIPÉ D'UN DISPOSITIF INTÉGRÉ DE PROTECTION CONTRE L'IMPLOSION. REMPLACER PAR UN TUBE DE MÊME MODÈLE POUR NE PAS COMPROMETTRE LA SÉCURITÉ.

CAUTION: YOKE IS PERMANENTLY BONDED TO THE PICTURE TUBE. DO NOT ATTEMPT TO SEPARATE YOKE FROM PICTURE TUBE. REPLACE ONLY WITH SAME TYPE INTEGRAL YOKE-PICTURE TUBE ASSEMBLY.

4LE732A1

2313842 1125