# Exhibit 3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE JANET ACKERMAN** |

I, JANET ACKERMAN, declare as follows:

1. I am a named indirect purchaser plaintiff in this Cathode Ray Tube antitrust suit. I also have been proposed to be a class representative.

2. I have personal knowledge of the matters set forth below, and if I was called to testify about these matters I could and would do so.

3. As of the date of my deposition in this matter, I had not seen the cathode ray tubes inside the product on which I base my claims. After my deposition, I had pictures taken of the inside of that product.

4. Attached to this Declaration as Exhibit A are additional photographs of the product on which I base my claims as well as photographs of the cathode ray tube inside that product and the label on that tube. I understand that the tube inside that product is a defendant-manufactured tube.

I declare under the penalty of perjury under the laws of the state of New York that the statements in this Declaration are truthful and accurate.

Dated: February 11, 2013 By: Janet Ackerman

# EXHIBIT A

| ORION | W66MAF183X 81 | 56 | L | S |
|---|---|---|---|---|

X RAY WARNING : Do not operate this tube above the maximum voltage ratings
Such abnormal operation may produce X Radiation, which may be a health hazard.
CAUTION : High vacuum tube is dangerous to handle. Refer servicing to qualified service personnel.

注意：このブラウン管は補強方式を採用しております。万一、ブラウン管交換の場合は防爆安全性能を保つため、同じ型名のブラウン管をご使用下さい。

WARNING : THIS CATHODE RAY TUBE EMPLOYS INTEGRAL IMPLOSION PROTECTION. REPLACE WITH A CATHODE RAY TUBE OF THE SAME TYPE NUMBER FOR CONTINUED SAFETY.

AVERTISSEMENT : CE TUBE CATHODIQUE EST ÉQUIPÉ D'UN DISPOSITIF INTÉGRÉ DE PROTECTION CONTRE L'IMPLOSION. REMPLACER PAR UN TUBE DE MÊME MODÈLE POUR NE PAS COMPROMETTRE LA SÉCURITÉ.

注意：本产品为防爆型显像管，替换时，为防止X射线损伤，保証管子的防爆安全性，请使用同一型号的产品

Eigensichere kathodenstrahlröhre nach Anlarge III Röntgenverordnung

E118951

LR99654

126131

MADE IN MALAYSIA 馬來西亞製造

MANUFACTURE EN MALAYSIA

MT Picture Display (M) Sdn. Bhd.

R