# Exhibit 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | DECLARATION OF ZSOLT TOLGYESI |
| ALL INDIRECT PURCHASER ACTIONS | |

I, ZSOLT TOLGYESI, declare as follows:

1. I work for Mary Kirkpatrick, one of the Plaintiffs' lawyers and proposed class representative Margaret Slagle's individual lawyer in this Cathode Ray Tube antitrust suit.

2. I have personal knowledge of the matters set forth below, and if I was called to testify about these matters I could and would do so.

3. As of the date of her deposition in this matter, Ms. Slagle had not seen the cathode ray tubes inside the products on which she bases her claims.

4. After Ms. Slagle's deposition, Ms. Kirkpatrick, who has one of Ms. Slagle's products on which she bases her claims in her possession, asked me to remove the back of Ms. Slagle's product and take pictures of the inside of that product. I accomplished this task quickly and easily, removing four standard screws and sliding the back off of the product. The cathode ray tube and the label on that tube were readily apparent to me and easy to see.

5. Attached to this Declaration as Exhibit A are the photographs that I took of the product in Ms. Kirkpatrick's possession on which Ms. Slagle bases her claims, the cathode ray tube inside that product, and the label on that tube. I understand that the tube inside that product is a defendant-manufactured tube.

I declare under the penalty of perjury under the laws of the state of Vermont that the statements in this Declaration are truthful and accurate.

Dated: February 6, 2013          By: _____

2
DECLARATION OF ZSOLT TOLGYESI
CASE NO. CV-07-5944 SC

# EXHIBIT A





