# Exhibit 5

# A79ECK262X54
# R31GYWH

EIA 312   WNA   MADE IN USA
                BSI CERT 8313

E31254   CSA-LR22773   S07022

"WARNING: THIS CATHODE RAY TUBE EMPLOYS INTEGRAL IMPLOSION PROTECTION. REPLACE WITH A CATHODE RAY TUBE OF THE SAME TYPE NUMBER FOR CONTINUED SAFETY."

"ADVERTISSEMENT: CE TUBE CATHODIQUE EST ÉQUIPÉ D'UN DISPOSITIF INTÉGRÉ DE PROTECTION CONTRE L'IMPLOSION. REMPLACER PAR UN TUBE DE MÊME MODÈLE POUR



DEPOSITION EXHIBIT 417 Comeaux 10/15/12