# Exhibit 7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
|---|---|
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE KERRY LEE HALL** |
| ALL INDIRECT PURCHASER ACTIONS | |

I, KERRY LEE HALL, declare as follows:

1. I am a named indirect purchaser plaintiff in this Cathode Ray Tube antitrust suit. I also have been proposed to be a class representative.

2. I have personal knowledge of the matters set forth below, and if I was called to testify about these matters I could and would do so.

3. As of the date of my deposition in this matter, I had not seen the cathode ray tube inside the product on which I base my claims. After my deposition, I removed the back from my product. I accomplished this task quickly and easily, removing four standard screws and sliding the back off of the product. Once I removed the back, the cathode ray tube and the label on that tube were readily apparent to me and easy to see. I then took pictures of the tube and the label on the tube.

4. Attached to this Declaration as Exhibit A are photographs of the back of the product on which I base my claims as well as the cathode ray tube inside that product and the label on that tube. I understand that the tube inside the product on which I base my claim is a defendant-manufactured tube.

I declare under the penalty of perjury under the laws of the state of Maine that the statements in this Declaration are truthful and accurate.

Dated: February 10, 2013         By: /s/ Kerry Lee Hall

DECLARATION OF PROPOSED CLASS REPRESENTATIVE KERRY LEE HALL
CASE NO. CV-07-5944 SC

# EXHIBIT A





