# Exhibit 8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: ALL INDIRECT PURCHASER ACTIONS | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE LISA REYNOLDS** |

I, LISA REYNOLDS, declare as follows:

1. I am a named indirect purchaser plaintiff in this Cathode Ray Tube antitrust suit. I also have been proposed to be a class representative.

2. I have personal knowledge of the matters set forth below, and if I was called to testify about these matters I could and would do so.

3. As of the date of my deposition in this matter, I had not seen the cathode ray tubes inside the products on which I base my claim. After my deposition, I had pictures taken of the inside of those products.

4. Attached to this Declaration as Exhibit A are photographs of the cathode ray tubes inside two of the products on which I base my claims and the labels on those tubes. I understand that these tubes were manufactured by Thomson who I also understand is a named co-conspirator in this suit.

I declare under the penalty of perjury under the laws of the state of Michigan that the statements in this Declaration are truthful and accurate.

Dated: February 8, 2013     By: *Lisa Reynolds*

# EXHIBIT A







