# Exhibit 9





EXHIBIT 382
10/15/12

CRT000919