# Exhibit 10

Circuit City Stores, Inc.
Store 788
DAYTONA BEACH, FL 32114
(904) 252-9882                          20:40:24 09/01/01

Sold to:                                Ticket
DAVID ROOKS                             0766028980923
(386) 760-8897
3051 S ATLANTIC AVE      2004
DAYTONA BEACH, FL 32118-4982

CUSTOMER COPY                           Orig Date 09/01/01

| Salesperson | Trans# | Register | Cashier |
|---|---|---|---|
| S P PAIZ | 0766028980959 | 02 | 041180 |

| Item | Model | Description | Tax | Amount |
|---|---|---|---|---|
| 1 SL | 1 EAN CT36HX41 | 31" ANI ARGBT | Y | 2,133.99 |
| 2 PJ+ | PAN CT36HX41 | Price Adjustment | Y | 61.00- |
| 3 SL | 1 ESP Contract | Service Plan | Y | 359.98 |
| 4 SE | THC TP44 | TV BASE 12" 120 | Y | 99.97 |

** OPEN BOX **

|  |  |
|---|---|
| Total Taxable | $ 2,559.95 |
| Sales Tax | $ 153.60 |
| TOTAL PURCHASE | $ 2,713.55 |
| VCA | $ 36.04- |
| BALANCE | $ 0.00 |

Item

2 PAN CT36HX41 has been adjusted to reflect our
  Commitment to our Low Price Guarantee.
1 The Extended Service Contract for Home service for the
  PAN CT36HX41 starts 09/01/01 and expires 09/01/06.
4 THC TP44, Tag Number 0766213397
  This product was a store display model or a customer
  return that has been previously opened and may have been
  serviced to ensure your satisfaction. It carries the
  same warranty coverage as a factory sealed item.

Return Policy
Most merchandise may be exchanged or refunded within 30
days of purchase. Computers and related merchandise may
be exchanged or refunded within 14 days of purchase.
Computers and related merchandise that are returned opened
or in a non-factory sealed box are subject to a 15% open
box fee unless exchanged for the exact same item.
Merchandise purchased as Open Box is not subject to the 15%
open box fee.
See store for additional details.

Shop with us online at CircuitCity.com

** This sales receipt and the accompanying terms and
   conditions constitute your WARRANTY CONTRACT.
CM 14 DAY HOLD ON ALL CHECKS          NOW HIRING FOR

COMPUTERS!!

For repair service call (888) 333-2333



EXHIBIT 11/30/12

CRT 595
Rooks



Circuit City Stores, Inc.
Store 766
DAYTONA BEACH, FL 32114
(904) 252-9882                                    19:48:08  09/01/01

---

Sold to:                                          Ticket
DAVID ROOKS                                       076602980923
(386) 760-8697
3051 S ATLANTIC AVE        2004
DAYTONA BEACH, FL 32118-4982

CUSTOMER COPY                                     Orig Date 09/01/01
REPRINT

| Salesperson | Trans# | Register | Cashier |
|---|---|---|---|
| S.P.PAIZ | 076602980926 | 25 | 120104 |

| Item | Qty | Model | Description | Tax | Amount |
|---|---|---|---|---|---|
| 1 SL | 1 | PAN CT36HX41 | 31" AND LARGER T | Y | 2,133.99 |
| 2 SL | 1 | ESP Contract | Service Plan | Y | 359.99 |
| 3 SL | 1 | THC TP44 | TV BASE 121-125 | Y | 99.97 |

** OPEN BOX **

Total Taxable          $  2,593.95
Sales Tax              $    155.64
TOTAL PURCHASE         $  2,749.59
BALANCE                $      0.00

Item

** THIS IS NOT AN ORIGINAL TICKET - REPRINT
 1 The Extended Service Contract for Home service for the
   PAN CT36HX41 starts  09/01/01 and expires  09/01/06.
 3 THC TP44, Tag Number 0766213397
   This product was a store display model or a customer
   return that has been previously opened and may have been
   serviced to ensure your satisfaction. It carries the
   same warranty coverage as a factory sealed item.

Return Policy
Most merchandise may be exchanged or refunded within 30
days of purchase. Computers and related merchandise may
be exchanged or refunded within 14 days of purchase.
Computers and related merchandise that are returned opened
or in a non-factory sealed box are subject to a 15% open
box fee unless exchanged for the exact same item.
Merchandise purchased as Open Box is not subject to the 15%
open box fee.
See store for additional details.

Shop with us online at CircuitCity.com

** This sales receipt and the accompanying terms and
   conditions constitute your WARRANTY CONTRACT.
CM 14 DAY HOLD ON ALL CHECKS         NOW HIRING FOR

 COMPUTERS!!!

                      For repair service call: (888) 333-2335

REPRINT



Circuit City Stores, Inc.
Store 766
DAYTONA BEACH, FL 32114
(904) 252-9882                    19:48:08  09/01/01

Sold to:                          Ticket
DAVID ROOKS                       - 076602980923
(386) 760-8697
3051 S ATLANTIC AVE      2004
DAYTONA BEACH, FL 32113-4982

CUSTOMER COPY                     Orig Date 09/01/01
REPRINT

Salesperson              Trans#      Register   Cashier
S.P.PAIZ                 076602980926     25     120104
Item  Qty Model          Description     Tax    Amount
        TAG #: 0766213397
        THC TP44
        OPEN BOX
        PAID

