# Exhibit 11





SHARP CORPORATION
MARKETED BY:
SHARP ELECTRONICS CORPORATION
SHARP PLAZA, MAHWAH, NEW JERSEY 07430-2135
Model No.   13K-M100
120 VOLTS AC   60Hz   69   WATTS
MANUFACTURED:   DECEMBER 1998
SERIAL NO.   937873
MADE IN MALAYSIA

M100APE

UL®
LISTED 882B
TV RECEIVER







**Panasonic**
VIDEO PRODUCT
130 CBI
MANUFACTURED   FEBRUARY 2002
MODEL NO.   PV-C1332W
120V AC 60Hz   69W

Distributed by Matsushita Electric
Corporation of America, Secaucus,
NJ 07094
Made in Indonesia

(LSQL1324) ①

UL
LISTED JC38
E150940

CAUTION   AVIS

MODEL NO. PV-C1332W

SERIAL NO. B2IA71397

**Panasonic**

VIDEO PRODUCT
130 CBI
MANUFACTURED   FEBRUARY 2002

MODEL NO.   PV-C1332W

120V AC 60Hz   69W

UL
LISTED 3C38
E150940

Distributed by Matsushita Electric
Corporation of America, Secaucus,
NJ 07094
Made in Indonesia

(LSQL1324) ①

CAUTION   AVIS

RISK OF ELECTRIC SHOCK | RISQUE DE CHOC ÉLECTRIQUE





**Panasonic**
VIDEO PRODUCT
130 CBI
MANUFACTURED   FEBRUARY 2002
MODEL NO.   PV-C1332W
120V AC 60Hz   69W

Distributed by Matsushita Electric
Corporation of America, Secaucus,
NJ 07094
Made in Indonesia

(LSQL1324) ①

UL
LISTED 3C38
E150090

CAUTION

AVIS

MODEL NO.  PV-C1332W

SERIAL NO.  B2IA70082



