# Exhibit 12

Page 1 of 4

**Al Guttman**

From: "Dell Inc." <SMB_OnlineOrder_Resolution@Dell.com>
To: <LAWSUITES@ATT.NET>
Sent: Monday, March 20, 2006 5:55 PM
Subject: Dell Order Confirmation - 881079786



**DELL** Small Business

# Thank you
for your recent purchase.

| Desktops | Notebooks | Printers | Software & Peripherals | Service & Support |

ORDER PROGRESS



**Make the most of your system with our online classes!**
Includes courses such as Wireless Networking, Microsoft® Office XP, QuickBooks and more

We'd like to thank you again for your order. Below you will find your order details.

**Track Your Order**

To track your order and view your order details, visit Order Status.

**Customer number:** 65289009

**Order number(s):** 881079786

**Estimated shipping date[1]:** Friday, March 24, 2006

**Online Support**
Customer Care
Rebate Information
Technical Support
Warranty Information
Contact Us

**Experience Dell**
Exclusive E-mail Savings
Shop Software & Peripherals
Learn about Dell's Award-Winning Service and Support

**Your Purchase Information**

**Payment Method:**
Pay with one credit/debit card online

**Bill To:**
Alvin Guttman
Lawsuites@att.net

**Shipping/Handling Method:**
3-5 Day Delivery

**Ship To:**
Alvin Guttman
Lawsuites@att.net



3/20/2006

910 17th Street, NW 800  
washington, DC 20006  
(301) 6067239 (work)

910 17th Street, NW 800  
washington, DC 20006  
(301) 6067239 (work)

**Order Details**
Order detail - order placed 2006-03-20 22:35:55

**Dimension 1100 P4**  
**Intel® Pentium® 4 Processor**   Qty: 1  
**(2.80GHz, 533 FSB), Genuine**   Unit Price: **$877.00**  
**Windows® XP Professional**

| Component | Description | Code | Ref |
|---|---|---|---|
| Processor | Intel® Pentium® 4 Processor (2.80GHz, 533 FSB) | WP285B | [221-9743] |
| Memory | 512MB DDR SDRAM at 400MHz | 512M4 | [311-5384] |
| Keyboard | Dell USB Keyboard | EK | [310-5324] |
| Monitors | 17 inch E773 (16 inch viewable) Conventional CRT | E773 | [320-4544] |
| Video Cards | Integrated Intel® Extreme Graphics 2 | IV | [430-3900] |
| Internal Hard Drives | 80GB Ultra ATA/100 7200RPM Hard Drive | 80 | [340-3274] |
| Floppy Drive | 3.5 in Floppy Drive | FD | [341-2759] |
| Operating System | Genuine Windows® XP Professional | WPXP | [412-0688] [412-0721] [420-4838] [420-4927] [420-5477] [420-5789] [463-2282] |
| Mouse | Dell® 2-button USB mouse | SM | [310-6264] |
| Network Interface | Integrated 10/100 Ethernet | IN | [430-0441] |
| Modem | No Modem Requested | N | [313-3607] |
| Document Management | Adobe® Acrobat® Reader 6.0 | AAREAD | [412-0705] |
| CD or DVD Drives – Read, Write and Store Data | Single Drive: 48x CD-RW Drive | 48CDRW | [313-4094] [420-5787] |
| Sound | Integrated 2.0 Channel Audio | IS | [313-2758] |
| Speakers | No speakers (Speakers are required to hear audio from your system) | N | [313-2198] |
| Productivity Software Pre-Installed | Microsoft Office Basic - Includes Word, Excel and Outlook email | BASIC | [412-0448] [412-0860] |
| Security Software Pre-Installed | No Security Subscription | NS2 | [412-0650] |
| Digital Music | Musicmatch by Yahoo! Music - Basic music software | MMBASE | [412-0613] |
| Digital Photography | Photo Album ™ SE Basic | DPS | [412-0645] [412-0359] |
| Dell Service & Support Plans | 1 Year On-site Economy Plan | B111Y29 | [950-9797] [960-6380] [960-7430] [961-9268] [983-2207] |
| Onsite System Setup | No Onsite System Setup | NOINSTL | [900-9987] |
| Internet Access Service | 6 Months of America Online Membership Included | AOLSMB | [412-0586] [412-0687] |
| Mail-In Rebate | None | NONE | [464-5005] |
| Miscellaneous | Dimension 1100 | 11P4MIN | [464-6100] |
| Financial Software Pre-Installed | No QuickBooks package selected- Includes limited use trial | QBSSP | [420-5136] |
| Operating System Re-Installation CD | PC Restore recovery system by Symantec | PCR | [464-5503] |
| Purchase Intent | Purchase is not intended for resale. | NOT4SEL | [462-4506] |

Get $100 instantly off your

3/20/2006

CRT000908

Dimension 1100!  
Expires on 2006-03-24 05:59:59          - $100.00

ADDITIONAL DISCOUNTS AND COUPONS

Small Business customers receive  
FREE 3-5 day Shipping on select  
Systems and Servers! A $24          - $66.00  
handling charge will apply  
Expires on 2006-05-04 11:30:00

| | |
|---|---|
| **Sub-Total** | **$777.00** |
| **Shipping Discount** | -$66.00 |
| **Shipping** | $ 24.00 |
| **Tax** | $46.06 |
| **Total** | **$847.06** |

Important Things to Know

- Dell cannot be responsible for pricing or other errors, and reserves the right to cancel any orders arising from such errors. All sales are subject to Dell's Terms and Conditions of Sale located at http://www.dell.com/terms unless you have a separate agreement with Dell.
- Each order number represents a separate purchase and will be shipped and submitted for payment authorization separately. Consequently, some software and peripherals (including, but not limited to, monitors, scanners and printers) may be shipped to you separately from your system. Each order is subject to approval by Dell.
- If your method of payment was a credit card, a charge for the amount above was submitted to your card issuer and will be charged when your system or item ships.
- If your order contains downloadable software, you will receive an email with a link. This email should arrive to you in approximately 10 to 30 minutes. The email link will direct you to our download site. Click the link and follow the instructions to begin the download process.
- You can also contact us by sending an e-mail to SMB_onlineorder_resolution@dell.com, we will respond within 2 business hours. Or call 1-877-284-3355, option 4, Monday-Friday, 7 a.m. - 8 p.m. CST.

Thanks again for choosing Dell. We appreciate your business.

Sincerely,

**Dell Small Business**

3/20/2006

CRT000909

Case 4:07-cv-05944-JST   Document 1654-13   Filed 04/25/13   Page 5 of 6







**DELL**

SHIP DATE: 23MAR06
30.90 LBS 1 OF 2

SHIP TO:
ATTN: ALVIN M GUTTMAN
PHONE: 3016062239
LAWSUITES@ATI.NET
910 17TH STREET, NW 800
WASHINGTON DC 20006

MD 200 0-89

UPS Ground
1Z E72 A78 42 1154 0936

Signature Required

W20JNF ZP91 2881079786

JNFZP91   SERVICE TAG

**EXHIBIT**
369
10/11/10 lba

CRT000911