# Exhibit 13

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE BRIAN LUSCHER** |
| ALL INDIRECT PURCHASER ACTIONS | |

1    I, BRIAN LUSCHER, declare as follows:

2    1.    I am a named indirect purchaser plaintiff in this Cathode Ray Tube antitrust suit.

3  I also have been proposed to be a class representative.

4    2.    I have personal knowledge of the matters set forth below, and if I was called to

5  testify about these matters I could and would do so.

6    3.    As of the date of my deposition in this matter, I had conducted a thorough search

7  for all documents related to the purchase of my Philips television from Costco in Tempe,

8  Arizona on August 15, 2001.  The only document I was able to locate during that search was the

9  receipt for the Philips television.  Subsequent to my deposition and in connection with preparing

10  to move to a new house, I located four additional documents, including the manual for my

11  Philips television.  I had not found these four documents previously because they were in a

12  mislabeled box in my home.

13    4.    Attached to this Declaration as Exhibit A are the four documents related to my

14  Philips television that I found in the mislabeled box in my home.  The model number

15  (27RF70S125) and serial number (60293698) of my Philips television are handwritten on page

16  52 of the manual.  I personally wrote both numbers in the manual around the time that I

17  purchased the television in 2001.

18    I declare under the penalty of perjury under the laws of the state of Arizona that the

19  statements in this Declaration are truthful and accurate.

20  Dated: February 8 , 2013         By: _Brian Musch_

21

22

23

24

25

26

27

28

DECLARATION OF PROPOSED CLASS REPRESENTATIVE BRIAN LUSCHER
CASE NO. CV-07-5944 SC

# EXHIBIT A

**IMPORTANT**

**RETURN**

It Takes a Moment To

# PROTECT YOUR INVESTMENT.

Congratulations on investing in a Philips product. It's an important and intelligent decision that's sure to reward you for many years to come. To ensure you'll get all of the privileges and protection that come with your purchase, please complete your Warranty Registration Card within the next ten days.

## SIMPLY MAIL THE CARD BELOW TO RECEIVE ALL OF THESE BENEFITS TO WHICH YOU'RE ENTITLED.

### WARRANTY VERIFICATION
Your prompt registration verifies your right to protection under the terms and conditions of your warranty.

### OWNER CONFIRMATION
Your completed Warranty Registration Card serves as confirmation of ownership in the event of product loss or theft.

### MODEL REGISTRATION
Returning the attached card right away guarantees you'll receive all information and special offers for which your purchase makes you eligible. So please act today!

**www.philipsusa.com**

**DETACH AND MAIL PORTION BELOW.**

CRT001000



# Your Television's Directions for Use



## Read this manual first!

Congratulations on purchasing this Philips product.
We've included everything you need to get started.
If you have any problems, Philips Representatives can
help you get the most from your new product by explaining:
- Hookups,
- First Time Setup, and
- Feature Operation.

Do not attempt to return this product to the store.

### For fast help, call us first!
### 1-800-531-0039

Thank you for making Philips a part of your home!

Let's make things better.

 PHILIPS

3121 235 20301

CRT001009

# LIMITED WARRANTY

## COLOR TELEVISION

90 Days Free Labor
One Year Free Replacement of Parts (Two Years Free Replacement on Color Picture Tube)
This product can be repaired in-home.

### WHO IS COVERED?

You must have proof of purchase to receive warranty service. A sales receipt or other document showing that you purchased the product is considered proof of purchase.

### WHAT IS COVERED?

Warranty coverage begins the day you buy your product. *For 90 days thereafter,* all parts will be repaired or replaced free, and labor is free. From 90 days to one year from the day of purchase, all parts will be repaired or replaced free, but you pay for all labor charges. From one to two years from the day of purchase, you pay for the replacement or repair of all parts except the picture tube, and for all labor charges. After two years from the day of purchase, you pay for the replacement or repair of all parts, and for all labor charges.

All parts, including repaired and replaced parts, are covered only for the original warranty period. When the warranty on the product expires, the warranty on all replaced and repaired parts also expires.

### WHAT IS EXCLUDED?

Your warranty does not cover:
- labor charges for installation or setup of the product, adjustment of customer controls on the product, and installation or repair of antenna systems outside of the product.
- product repair and/or part replacement because of misuse, accident, unauthorized repair or other cause not within the control of Philips Consumer Electronics Company.
- reception problems caused by signal conditions or cable or antenna systems outside the unit.
- a product that requires modification or adaptation to enable it to operate in any country other than the country for which it was designed, manufactured, approved and/or authorized, or repair of products damaged by these modifications.
- incidental or consequential damages resulting from the product. (Some states do not allow the exclusion of incidental or consequential damages, so the above exclusion may not apply to you. This includes, but is not limited to, prerecorded material, whether copyrighted or not copyrighted.)
- a product used for commercial or institutional purposes.

### WHERE IS SERVICE AVAILABLE?

Warranty service is available in all countries where the product is officially distributed by Philips Consumer Electronics Company. In countries where Philips Consumer Electronics Company does not distribute the product, the local Philips service organization will attempt to provide service (although there may be a delay if the appropriate spare parts and technical manual(s) are not readily available).

### MAKE SURE YOU KEEP...

Please keep your sales receipt or other document showing proof of purchase. Attach it to this owner's manual and keep both nearby. Also keep the original box and packing material in case you need to return your product.

### BEFORE REQUESTING SERVICE...

Please check your owner's manual before requesting service. Adjustments of the controls discussed there may save you a service call.

### TO GET WARRANTY SERVICE IN U.S.A., PUERTO RICO OR U.S. VIRGIN ISLANDS...

Contact a Philips factory service center (see enclosed list) or authorized service center to arrange repair.

(In U.S.A., Puerto Rico and U.S. Virgin Islands, all implied warranties, including implied warranties of merchantability and fitness for a particular purpose, are limited in duration to the duration of this express warranty. But, because some states do not allow limitations on how long an implied warranty may last, this limitation may not apply to you.)

### TO GET WARRANTY SERVICE IN CANADA...

Please contact Philips at:

1-800-661-6162 (French speaking)
1-800-363-7278 (English speaking)

(In Canada, this warranty is given in lieu of all other warranties. No other warranties are expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose. Philips is not liable under any circumstances for any direct, indirect, special, incidental or consequential damages, howsoever incurred, even if notified of the possibility of such damages.)

### REMEMBER...

Please record the model and serial numbers found on the product below. Also, please fill out and mail your warranty registration card promptly. It will be easier for us to notify you if necessary.

MODEL # *27 RF70 S125*

SERIAL # *60293698*

*Bgt : 8/15/01      Amex*

*This warranty gives you specific legal rights. You may have other rights which vary from state/province to state/province.*

**Philips Consumer Electronics Company, P.O. Box 2976, Longview, Texas 75606, (903) 242-4800**

Printed in U.S.A.

CRT001060



Instructions for use



Let's make things better.

PHILIPS

CRT001061

# *Quick Use and Setup Guide*



*Let's make things better.*

 PHILIPS

## TABLE OF CONTENTS

**Getting Started**
Warning/Important Notice . . . . . . . . . . . . .1
    Basic Cable Television Connection . . . . . . .1
Basic Antenna Television Connection . . . . . . . . . . . .1
Basic VCR/Accessory Device Connection . . . . . . . .1
Basic Television Operation . . . . . . . . . . . . . . . . . . .2
Basic Remote Control Operation . . . . . . . . . . . . . .2

How to Use the Installation Features . . . . . . . . . .3-4
Using the Language Control . . . . . . . . . . . . . . . . .3
Setting the Tuner Mode Control . . . . . . . . . . . . . . .3
How to Automatically Program Channels . . . . . . .3
How to Add and Delete Channels . . . . . . . . . . . .4
How to Name (Label) Channels . . . . . . . . . . . . . .4
How to set the AutoChron™ Feature (Clock) . . . . . .4

## IMPORTANT

**NOTE: This owner's manual is used with several different television models. Not all features (and drawings) discussed in this manual will necessarily match those found with your television set. This is normal and does not require you contacting your dealer or requesting service.**

**WARNING: TO PREVENT FIRE OR SHOCK HAZARD DO NOT EXPOSE THIS UNIT TO RAIN OR EXCESSIVE MOISTURE.**

## BASIC TELEVISION CONNECTIONS

### CABLE TV

**CABLE INPUT/CONVERTER**

*Your Cable TV input into your home may be a single (75 ohm) cable or a converter box installation. In either case, the connection to the TV is very easy. Just put the threaded end of the cable signal to the TV's antenna plug and screw it down finger tight.*

**NOTE:** The connecting cable for the converter is supplied by the cable TV company.

**BEGIN**
① **If your Cable TV signal is a single, round cable** (75 ohm), then you're ready to connect to the TV.
**If you have a cable converter box,** connect the cable TV signal to the cable signal IN(put) plug on the converter.

② **Connect the cable TV** cable to the ANTENNA/CABLE plug on the TV.
**If you have a cable converter box,** connect the OUT(put) plug from the converter to the 75Ω (ohm) plug on the TV.



**SMART HELP**

Remember to set the TV for the type signal to which you've just connected (see the "Tuner" section on page 3).

To select only the channel numbers on your cable system, see "Auto Program" (page 3). If you use a cable converter box, set the TV to the same channel as the converter's CH 3/4 switch (on the back of the converter).

### ANTENNA

**COMBINATION UHF/VHF**

*A combination antenna receives normal broadcast channels (VHF 2–13 and UHF 14–69). Your connection is easy because there is only one 75Ω (ohm) antenna plug on the back of your TV, and that's where the antenna goes.*

**BEGIN**
① **If your antenna has a round cable** (75 ohm) on the end, then you're ready to connect it to the TV.
**If your antenna has flat, twin-lead wire** (300 ohm), you first need to attach the antenna wires to the screws on a 300- to 75-ohm adapter.

② **Push the round end** of the adapter (or antenna) onto the 75Ω (ohm) plug on the back of the TV. If the round end of the antenna wire is threaded, screw it down finger tight.

**NOTE:** For homes with separate UHF and VHF antennas, you will need an optional combiner to connect to the TV.



**SMART HELP**

Remember, be sure to set the TV for the type of signal to which you've connected (see the "Tuner" section on page 3).

To set the TV to select only the channel numbers in your area, see how to "Program" or "Add" channels in memory on page 3 ("Auto Program" section).

Contact your dealer, or call our Parts Information Center at 1-800-851-8885 to order the following accessories:
• 300Ω (ohm) to 75Ω (ohm) adapter
• Combination VHF/UHF antenna.



### TV TO VCR

**BASIC CONNECTION**

*Follow the steps to the right to connect a basic antenna or cable TV signal to a VCR, and then the VCR to the TV. For information on other hookups (possible when cable/descrambler boxes are included), refer to the owner's manuals for the VCR and the cable converter.*

**BEGIN**
① **Connect your antenna or cable TV signal to the IN FROM ANT(enna)** plug on the VCR.

② **Connect the OUT TO TV plug on the VCR to the** 75Ω (ohm) plug on the TV (connecting cable supplied with the VCR).

③ **Refer to the owner's manual** included with your VCR for other possible connections and TV/VCR operating details.




3121 233 41291
CRT001089

1