Exhibits 14 – 15
<u>Redacted in Full</u>

(Per Court Order D.E. 1577)