Exhibits 19 – 22
<u>Redacted in Full</u>

(Per Court Order D.E. 1577)