ALDO A. BADINI (257086)
JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917 |
| This Document Relates to:<br><br>INDIRECT-PURCHASER ACTIONS | **DECLARATION OF EVA W. COLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION OF INDIRECT-PURCHASER PLAINTIFFS FOR CLASS CERTIFICATION AND MOTION TO STRIKE** |

<u>DOCUMENT SUBMITTED PARTIALLY UNDER SEAL</u>

<u>AND CHAMBERS COPY</u>

- 1 -

I, Eva W. Cole, declare as follows:

I am an attorney with Winston & Strawn LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. I make this declaration in support of Defendants' Memorandum of Points and Authorities in Opposition to Motion of Indirect Purchaser Plaintiffs for Class Certification.

1. Attached hereto as Exhibit 1 are true and correct copies of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the deposition of Dr. Janet S. Netz, the indirect-purchaser plaintiffs' expert witness.

3. Attached hereto as Exhibit 3 are true and correct copies of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

4. Attached hereto as Exhibit 4 are true and correct copies of excerpts from the transcript of the deposition of Kyung Tae Kwon, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for defendant LG Electronics, Inc.

5. Attached hereto as Exhibit 5 are true and correct copies of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

6. Attached hereto as Exhibit 6 are true and correct copies of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

7. Attached hereto as Exhibit 7 are true and correct copies of

8. Attached hereto as Exhibit 8 is a true and correct copy of

9. Attached hereto as Exhibit 9 are true and correct copies of

10. Attached hereto as Exhibit 10 is a true and correct copy of

11. Attached hereto as Exhibit 11 are true and correct copies of

12. Attached hereto as Exhibit 12 is a true and correct copy of

- 3 -

13. Attached hereto as Exhibit 13 is a true and correct copy of ▮▮▮

14. Attached hereto as Exhibit 14 are true and correct copies of ▮▮▮

15. Attached hereto as Exhibit 15 are true and correct copies of ▮▮▮

16. Attached hereto as Exhibit 16 is a true and correct copy of ▮▮▮

17. Attached hereto as Exhibit 17 is a true and correct copy of ▮▮▮

18. Attached hereto as Exhibit 18 are true and correct copies of ▮▮▮

19. Attached hereto as Exhibit 19 is a true and correct copy of ▮▮▮

- 4 -

DECL. OF EVA W. COLE I/S/O DEFENDANTS' OPP'N
TO CLASS CERTIFICATION AND MOTION TO STRIKE

Case No. 07-5944 SC
MDL No. 1917

20. Attached hereto as Exhibit 20 is a true and correct copy of ███████
███████████████████████████████████████████████████████████████
███████████████████████████████████

21. Attached hereto as Exhibit 21 are true and correct copies of ███████
███████████████████████████████████████████████████████████████
███████████████████████

22. Attached hereto as Exhibit 22 are true and correct copies of ███████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

23. Attached hereto as Exhibit 23 is a true and correct copy of ███████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███

24. Attached hereto as Exhibit 24 are true and correct copies of ███████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

25. Attached hereto as Exhibit 25 is a true and correct copy of ███████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████

26. Attached hereto as Exhibit 26 is a true and correct copy of ███████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████

- 5 -

27. Attached hereto as Exhibit 27 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

28. Attached hereto as Exhibit 28 are true and correct copies of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

29. Attached hereto as Exhibit 29 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Louise Wood (New York).

30. Attached hereto as Exhibit 30 are true and correct copies of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

31. Attached hereto as Exhibit 31 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

32. Attached hereto as Exhibit 32 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

33. Attached hereto as Exhibit 33 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

34. Attached hereto as Exhibit 34 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

35. Attached hereto as Exhibit 35 is a true and correct copy of

36. Attached hereto as Exhibit 36 is a true and correct copy of

37. Attached hereto as Exhibit 37 is a true and correct copy of

38. Attached hereto as Exhibit 38 is a true and correct copy of

39. Attached hereto as Exhibit 39 is a true and correct copy of

40. Attached hereto as Exhibit 40 is a true and correct copy of

DECL. OF EVA W. COLE I/S/O DEFENDANTS' OPP'N
TO CLASS CERTIFICATION AND MOTION TO STRIKE

Case No. 07-5944 SC
MDL No. 1917

41. Attached hereto as Exhibit 41 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

42. Attached hereto as Exhibit 42 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

43. Attached hereto as Exhibit 43 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

44. Attached hereto as Exhibit 44 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

45. Attached hereto as Exhibit 45 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

46. Attached hereto as Exhibit 46 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

47. Attached hereto as Exhibit 47 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

48. Attached hereto as Exhibit 48 are true and correct copies of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

49. Attached hereto as Exhibit 49 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

50. Attached hereto as Exhibit 50 is a true and correct copy of a July 27, 2001 email from Tomoko Kouno bearing the bates numbers HDP-CRT00049107 through HDP-CRT00049108, and that was produced in this litigation by defendant Hitachi Displays, Ltd.

51. Attached hereto as Exhibit 51 are true and correct copies of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

52. Attached hereto as Exhibit 52 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Gloria Comeaux (Nevada).

53. Attached hereto as Exhibit 53 are true and correct copies of excerpts from the transcript of the deposition of Alvin Guttman, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for indirect-purchaser plaintiff Lawyers' Choice Suites, Inc. (District of Columbia).

54. Attached hereto as Exhibit 54 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

55. Attached hereto as Exhibit 55 are true and correct copies of excerpts from the transcript of the deposition of Yoon Suk Lee, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for defendant LG Electronics, Inc.

- 9 -

56. Attached hereto as Exhibit 56 are true and correct copies of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

57. Attached hereto as Exhibit 57 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Daniel Riebow (Hawaii).

58. Attached hereto as Exhibit 58 are true and correct copies of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

59. Attached hereto as Exhibit 59 is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

60. Attached hereto as Exhibit 60 is a true and correct copy of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

61. Attached hereto as Exhibit 61 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Barry Kushner (Minnesota).

62. Attached hereto as Exhibit 62 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Gary Hanson (North Dakota).

63. Attached hereto as Exhibit 63 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Lisa Reynolds (Michigan).

64. Attached hereto as Exhibit 64 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Margaret Slagle (Vermont).

DECL. OF EVA W. COLE I/S/O DEFENDANTS' OPP'N
TO CLASS CERTIFICATION AND MOTION TO STRIKE

Case No. 07-5944 SC
MDL No. 1917

65. Attached hereto as Exhibit 65 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Kerry Lee Hall (Maine).

66. Attached hereto as Exhibit 66 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Janet Ackerman (New York).

67. Attached hereto as Exhibit 67 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Albert Crigler (Tennessee).

68. Attached hereto as Exhibit 68 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Jeffrey Figone (California).

69. Attached hereto as Exhibit 69 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Samuel Nasto (Nevada).

70. Attached hereto as Exhibit 70 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Brian Luscher (Arizona).

71. Attached hereto as Exhibit 71 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Steven Ganz (California).

72. Attached hereto as Exhibit 72 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff David Rooks (Florida).

73. Attached hereto as Exhibit 73 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Patricia Andrews (North Carolina).

74. Attached hereto as Exhibit 74 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Terry Jenkins (Mississippi).

75. Attached hereto as Exhibit 75 are true and correct copies of excerpts from the transcript of the deposition of indirect-purchaser plaintiff Brigid Terry (Wisconsin).

DECL. OF EVA W. COLE I/S/O DEFENDANTS' OPP'N
TO CLASS CERTIFICATION AND MOTION TO STRIKE

Case No. 07-5944 SC
MDL No. 1917

76. Attached hereto as Exhibit 76 are true and correct copies of excerpts from the transcript of the deposition of Tony McKee, who was designated as a Fed. R. Civ. P. 30(b)(6) witness for indirect-purchaser plaintiff Southern Office Supply, Inc. (Kansas).

77. Attached hereto as Exhibit 77 is a true and correct copy of a page of an instruction for use booklet for a Philips Magnavox Color Television bearing the bates number CRT000381 through CRT000415, and that was produced in this litigation by indirect-purchaser plaintiffs.

78. Attached hereto as Exhibit 78 is Samsung Exhibit B21, an excerpt of indirect-purchaser plaintiff Frank Warner's responses to defendant Samsung SDI Ltd. Co.'s First Set of Interrogatories, dated September 7, 2011.

79. Attached hereto as Exhibit 79 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

80. Attached hereto as Exhibit 80 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

81. Attached hereto as Exhibit 81 is a true and correct copy ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

82. Attached hereto as Exhibit 82 is a true and correct copy of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

DECL. OF EVA W. COLE I/S/O DEFENDANTS' OPP'N
TO CLASS CERTIFICATION AND MOTION TO STRIKE

Case No. 07-5944 SC
MDL No. 1917



83. Attached hereto as Exhibit 83 is a true and correct copy of

84. Attached hereto as Exhibit 84 is a true and correct copy of

85. Attached hereto as Exhibit 85 is a true and correct copy of

86. Attached hereto as Exhibit 86 is a true and correct copy of

87. Attached hereto as Exhibit 87 is a true and correct copy of

88. Attached hereto as Exhibit 88 are true and correct copies of

- 13 -

DECL. OF EVA W. COLE I/S/O DEFENDANTS' OPP'N
TO CLASS CERTIFICATION AND MOTION TO STRIKE

Case No. 07-5944 SC
MDL No. 1917

89. Attached hereto as Exhibit 89 is a true and correct copy of ▮▮▮
▮▮▮
▮▮▮
▮▮▮

90. Attached hereto as Exhibit 90 is a true and correct copy of ▮▮▮
▮▮▮
▮▮▮
▮▮▮

DATED: December 17, 2012          By: ___/s/ Eva W. Cole___

JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000

- 14 -

DECL. OF EVA W. COLE I/S/O DEFENDANTS' OPP'N
TO CLASS CERTIFICATION AND MOTION TO STRIKE

Case No. 07-5944 SC
MDL No. 1917

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Facsimile: (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 15 -

DECL. OF EVA W. COLE I/S/O DEFENDANTS' OPP'N
TO CLASS CERTIFICATION AND MOTION TO STRIKE

Case No. 07-5944 SC
MDL No. 1917