# Exhibits 1-3

# Submitted Under Seal