# Exhibit 4

Page 1

1           UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
2              SAN FRANCISCO DIVISION
3     _____
                                      )
4     IN RE: CATHODE RAY TUBE (CRT)   )
      ANTITRUST LITIGATION            )
5     _____) No. 07-cv-05944 SC
      This Document Relates to:       ) MDL No. 1917
6     ...(continuing caption page 2)  )
                                      )
7     _____
8        SUPERIOR COURT OF THE STATE OF CALIFORNIA
            CITY AND COUNTY OF SAN FRANCISCO
9     _____
                                      )
10    STATE OF CALIFORNIA, et al.,    )
                                      )
11                 Plaintiffs,        )
                                      ) No. CGC-11-515784
12           v.                       )
                                      )
13    SAMSUNG SDI, INC., CO., LTD,    )
      et al.,                         )
14                 Defendants.        )
      _____)
15
16              HIGHLY CONFIDENTIAL
17          DEPOSITION OF LG ELECTRONICS
18               KYUNG TAE KWON
19           San Francisco, California
20            Friday, July 13, 2012
21                  Volume I
22    Reported by:
      SUZANNE F. BOSCHETTI
23    CSR No. 5111
24
25

Page 53

| | | |
|---|---|---|
| 1 | if it also referred to TVs.  If I can find the | 11:24:12 |
| 2 | document, I can explain it better. | 11:24:17 |
| 3 | Q    Did LG Electronics Inc. calculate the | 11:24:23 |
| 4 | relationship between its total costs and selling | 11:24:26 |
| 5 | price for each model of CRTs? | 11:24:30 |
| 6 | A    Yes. | 11:24:48 |
| 7 | Q    Now, when a -- when a CRT was manufactured | 11:24:49 |
| 8 | and transferred to a related subsidiary or affiliate | 11:24:53 |
| 9 | of LG Electronics engaged in the manufacture of | 11:24:59 |
| 10 | either televisions or computer monitors, how was the | 11:25:07 |
| 11 | CRT price to the related subsidiary or affiliate | 11:25:10 |
| 12 | determined? | 11:25:14 |
| 13 | MR. MUDGE:  Object to the form. | 11:25:14 |
| 14 | THE WITNESS:  There -- there were prices | 11:26:10 |
| 15 | that LG Electronics charged to the external | 11:26:14 |
| 16 | companies for its CRTs.  And to my recollection, I | 11:26:19 |
| 17 | believe the prices of CRTs we charged was at around | 11:26:29 |
| 18 | 95 percent of the prices that we charged externally | 11:26:35 |
| 19 | during the past three months. | 11:26:40 |
| 20 | BY MR. SPECKS: | 11:27:22 |
| 21 | Q    All right.  Let's switch over at this | 11:27:22 |
| 22 | point.  Let's talk about CRT televisions. | 11:27:24 |
| 23 | With respect to the manufacture of CRT | 11:27:29 |
| 24 | televisions from 1995 through 2007, what were the | 11:27:33 |
| 25 | primary material components of a CRT television? | 11:27:38 |

|    |                                                              | Page 71  |
|----|--------------------------------------------------------------|----------|
| 1  | to the sales and the related transactions were left          | 01:11:50 |
| 2  | in the M system, and most of them I believe would            | 01:11:57 |
| 3  | have been left in the M system. However, the data            | 01:12:03 |
| 4  | related to the uncollected bond or the data relating         | 01:12:10 |
| 5  | to the accounting would have been transferred to ERP         | 01:12:14 |
| 6  | system.                                                      | 01:12:19 |
| 7  | Q    All right. When did this changeover occur               | 01:12:23 |
| 8  | from the M system to the ERP system?                         | 01:12:26 |
| 9  | A    Are you referring to LG USA?                            | 01:12:40 |
| 10 | Q    Yes.                                                    | 01:12:44 |
| 11 | A    It was probably in 2009 for LG USA.                     | 01:12:50 |
| 12 | Q    Tell me, what are the major cost, material              | 01:13:19 |
| 13 | cost components for manufacture of a CRT computer            | 01:13:24 |
| 14 | monitor?                                                     | 01:13:30 |
| 15 | A    The material cost for CRT for monitor                   | 01:14:48 |
| 16 | includes the CDT tube, front cabinet, back cover.            | 01:14:55 |
| 17 | And on the bottom we have tilt swivel which moves            | 01:15:00 |
| 18 | left and right, and inside there is a main board             | 01:15:07 |
| 19 | which is a circuit board. And we have power board            | 01:15:14 |
| 20 | just like TV, but you can think of it as TV                  | 01:15:20 |
| 21 | components minus tuner from TV. Of course, the tube          | 01:15:27 |
| 22 | that is used in monitors are different types of              | 01:15:34 |
| 23 | tubes that are used in the case of TV. TV uses TPT,          | 01:15:38 |
| 24 | but monitor uses CDT.                                        | 01:15:45 |
| 25 | Q    Approximately what percentage of the total              | 01:15:53 |