# Exhibits 5-28

# Submitted Under Seal