# Exhibits 30-49

# <u>Submitted Under Seal</u>