# Exhibit 50

**From:** Tomoko Kouno

**Sent:** Fri, 27 Jul 2001 01:12:41 GMT

**To:** Kouzou Hirano; Yoshie Kojima; Wataru Echigo; Eisuke Arai; Takashi Ishimura; TOSHIYA KIMURA; Takeshi Mori; Hironori Kondou; Yoshimichi Shibuya; Hajime Wakabayashi; Tadashi Yamada; Yukihiro Satou; Junichi Oowada; Kazuhiro Sakashita; Tatsuhiko Ueda; Hitoshi Sekiguchi; Issei Togawa; atsuhiko.tokinosu; ISHIBASHI; Anthony Cornish; fujita-mitsuhisa; Taisuke Kaise; TOMOYUKI KATSUTA; enya; Kazuaki Kumakura; takashi.motose; Norio Aoki; Genichi Watanabe; Gareth Thomas; Myrddin Jones; koba; Tetsuya Karasawa; Akira Inoue; Kiyoshi Kubo; Nobuaki Itou; Masaru Takami; Sakae Someya; Masaaki Tatsuke; Tsutomu Satou; W.b. Wang; Yoshiyuki Uchida

**Subject:** USA: UPDATE 1-Hitachi exits conventional PC display tube market.

fyi

USA: UPDATE 1-Hitachi exits conventional PC display tube market.
By Eric Auchard

07/26/2001
Reuters English News Service
(C) Reuters Limited 2001.

NEW YORK, July 26 (Reuters) - Hitachi Ltd., Japan's biggest electronics maker, on Thursday said it will exit the conventional desktop computer display tube business, citing sluggish PC demand and a shift to new displays.

In a statement issued late on Thursday in Tokyo, Hitachi said it will halt production of cathode ray tubes (CRT) used to make finished computer displays, and close plants employing 770 workers in Sakura City, Japan, 950 in Singapore and 1,670 in Johore, Malaysia.

Hitachi said it is reviewing its options on the sale of the cathode ray tube business, which generated 59 billion yen, or about US$470 million in revenue during its fiscal year ended March, 2001, the company said.

"The sluggishness of the desktop PC market has reduced demand for CRTs for PC monitors, leading to a sharp fall in prices," the company said in a statement.

Gerry Corbett, a spokesman for Hitachi America said that the decision by parent Hitachi Ltd. of Japan to depart from the tube business would have no effect on Hitachi's on-going computer monitor business in the United States or worldwide.

Hitachi America produces both cathode ray tube and flat-panel computer displays but relies on tubes from a different manufacturer based in China for the CRT tubes, the U.S. spokesman said. It produces flat panel displays itself.

**CONFIDENTIAL**                                                                                              HDP-CRT00049107

The monitor business is sizable but not as large as the tube business, Corbett said. Hitachi does not break out revenue for the business as a whole.

Hitachi Ltd. added that it expected future demand for computer screens to shift to so-called Liquid Crystal Display (LCD) monitors and that as a result "there are no prospects for growth of the monitor CRT market."

Hitachi said its Display Group had sought to make the business cost-competitive by shifting production overseas to lower-cost manufacturing plants and moving to a product line-up of higher value products such as flat-face and large size screens.

"However, it was determined that any radical improvement in profitability would be difficult to achieve, leading to the decision to pull out of the monitor CRT business," Hitachi said.

The diversified electronics maker said in future it would concentrate its efforts in this area on flat panel displays, particularly Thin Film Transistor (TFT) LCDs that include a cutting-edge technology it calls Super TFT.

LCDs rely on rod-shaped molecules, which when twisted, offer better contrast and wider viewing angles than older, bulkier cathode ray tube technology.

Super TFT offers still higher picture quality and a wide viewing angle. They are well-suited for moving picture images.

In Tokyo, Hitachi shares closed down 12 yen, or 1.13 percent, at 1050 yen in Thursday trading. Shares of Hitachi's American Depositary Receipts (ADRs) fell 77 cents, or nearly 1 percent, to $84.60 on the New York Stock Exchange.

Copyright ウ 2000 Dow Jones & Company, Inc. All Rights Reserved.

--
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Tomoko,Kono
Hitachi, LTD. Displays Group
mail:kouno-tomoko@mobara.hitachi.co.jp(office)
(from Hitachi Business International)
PHS : 070-6204-4237
(03)4226-4825(DI)
河野 朋子

CONFIDENTIAL                                                                                              HDP-CRT00049108