# Exhibit 51

## Submitted Under Seal