# Exhibit 52

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4                       ---o0o---

 5

 6   In Re: CATHODE RAY TUBE (CRT)   )
     ANTITRUST LITIGATION,           )
 7                                   )
                   Plaintiff,        )
 8   _____) Case No.
                                   )  07-5944 Sc
 9                                   ) MDL No. 1917
     This Document Relates to:       )
10                                   )
     ALL ACTIONS,                    )
11   _____)

12

13

14

15        VIDEOTAPED DEPOSITION OF GLORIA COMEAUX

16              MONDAY, OCTOBER 15, 2012

17

18

19

20

21

22

23

24

25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

```
 1      Q.   And why did you want to represent the
 2  people of Nevada?
 3      A.   Because they are probably shocked like I
 4  am, not knowing about what's going on.
 5      Q.   And what do you mean by "what's going on"?
 6      A.   Because, like, I have a lot of friends
 7  that bought TVs during that time, and --
 8      Q.   Uh-huh.
 9      A.   -- they was thinking they was getting a
10  good deal, too, like I did.
11      Q.   Uh-huh.
12      A.   And then come to find out later from my
13  lawyer, we really wasn't getting a good deal.
14      Q.   Uh-huh.  And what do you mean by you
15  weren't getting a good deal?
16      A.   Because I am thinking because I bought it
17  on sale that, you know, this is a really great
18  deal.
19      Q.   And now you don't think that you did, you
20  got a good deal; is that right?
21      A.   Not from understanding from my lawyers, I
22  didn't.
23      Q.   Okay.  And without going into the content
24  of what your lawyers told you, because that's
25  privileged, why don't you think you got a good deal
```

30

GLORIA COMEAUX

```
         1       Q.   Okay.  When you bought your television,
         2  was the manufacturer of the CRT inside the
         3  television important to you, knowing who that is?
         4       A.   At that particular time?
10:42    5       Q.   Yeah.
         6       A.   I didn't know.
         7       Q.   Okay.  You didn't know who manufactured
         8  the CRT inside the Sanyo television?
         9       A.   No.
10:42   10       Q.   Okay.  Do you know who the manufacturer of
        11  the CRT is now?
        12       A.   No.
        13       Q.   Is it Sanyo, do you know?
        14       A.   No, only what my lawyer tell me.
10:42   15       Q.   So you didn't think about who made the CRT
        16  inside the television when you were purchasing the
        17  TV, right?
        18       A.   No.
        19       Q.   Okay.  Was the fact that the TV had a CRT
10:42   20  inside it, was that fact important to you when you
        21  bought the television?
        22       A.   No.
        23       Q.   Okay.  Did you think about purchasing
        24  televisions with different technologies, like an
10:43   25  LCD or a plasma TV, when you bought the television?
```

41

|   |   |
|---|---|
| 1 | A.   Because my lawyer said so. |
| 2 | Q.   Do you have any understanding about why |
| 3 | Sanyo is a defendant in this case other than what |
| 4 | your lawyer told you? |
| 10:55  5 | A.   No. |
| 6 | Q.   Do you allege in your complaint that Sanyo |
| 7 | wrongfully fixed the prices of televisions? |
| 8 | A.   Say that to me again, please. |
| 9 | Q.   Sure.  I'll rephrase it. |
| 10:56 10 | Do you allege in your complaint in this |
| 11 | case -- you're the -- you're one of the plaintiffs, |
| 12 | correct? |
| 13 | A.   Yes. |
| 14 | Q.   So do you allege in your complaint that |
| 10:56 15 | Sanyo engaged in price-fixing on the -- on this |
| 16 | television that they -- that you purchased? |
| 17 | A.   That's what my lawyer said. |
| 18 | Q.   Okay.  So would you agree with me that if |
| 19 | Sanyo, who manufactured the TV, if they did not |
| 10:56 20 | participate in the conspiracy described in your |
| 21 | complaint, then you don't have a claim, would you |
| 22 | agree with that? |
| 23 | MR. PAPALE:  I am going to have to object |
| 24 | to that question.  That calls for legal |
| 10:57 25 | speculation.  This -- and it lacks foundation. |

52

GLORIA COMEAUX

|  |  |  |
|---|---|---|
|  | 1 | There's no indication that this witness |
|  | 2 | wrote the complaint or drafted any of the |
|  | 3 | allegations in the complaint. And you're asking |
|  | 4 | for a legal conclusion that's based upon a document |
| 10:57 | 5 | that this witness did not draft. |
|  | 6 | So my objection is there's no foundation, |
|  | 7 | calls for a legal conclusion. |
|  | 8 | Q.   BY MR. FOSTER:  Can you answer the |
|  | 9 | question, Ms. Comeaux? |
| 10:57 | 10 | A.   Will you repeat that question?  I'm sorry. |
|  | 11 | Q.   Yes, ma'am. |
|  | 12 | Would you agree that if Sanyo, the -- who |
|  | 13 | manufactured the TV that you're claiming damages |
|  | 14 | for, if they did not participate in the conspiracy |
| 10:57 | 15 | that's alleged in the complaint in this case, then |
|  | 16 | you personally don't have a claim? |
|  | 17 | A.   If they didn't participate in this? |
|  | 18 | Q.   Right. |
|  | 19 | A.   I guess not. |
| 10:58 | 20 | Q.   Okay.  And if you look back at the |
|  | 21 | picture, Ms. Comeaux, it looks like under where it |
|  | 22 | says "Sanyo Manufacturing Corp," there's an address |
|  | 23 | there, "3333 Sanyo Road, Forrest City, Arkansas." |
|  | 24 | Do you see that? |
| 10:58 | 25 | A.   Yes. |

53

GLORIA COMEAUX

BARKLEY
Court Reporters