# Exhibit 54

## Submitted Under Seal