# Exhibit 55

Page 1

1       UNITED STATES DISTRICT COURT
        NORTHERN DISTRICT OF CALIFORNIA
2            SAN FRANCISCO DIVISION
3   _____
                                   )
4   IN RE: CATHODE RAY TUBE (CRT)  )
    ANTITRUST LITIGATION           )
5   _____ ) No. 07-cv-05944 SC
    This Document Relates to:      ) MDL No. 1917
6   ...(continuing caption page 2) )
    _____ )
7
8      SUPERIOR COURT OF THE STATE OF CALIFORNIA
            CITY AND COUNTY OF SAN FRANCISCO
9   _____
                                   )
10  STATE OF CALIFORNIA, et al.,   )
                                   )
11              Plaintiffs,        )
                                   ) No. CGC-11-515784
12        v.                       )
                                   )
13  SAMSUNG SDI, INC., CO., LTD,   )
    et al.,                        )
14              Defendants.        )
    _____ )
15
16             HIGHLY CONFIDENTIAL
17         DEPOSITION OF LG ELECTRONICS
18                YUN SEOK LEE
19           San Francisco, California
20          Wednesday, July 11, 2012
21                  Volume I
22  Reported by:
    SUZANNE F. BOSCHETTI
23  CSR No. 5111
24
25

|  |  | Page 44 |
|---|---|---|
| 1 | itself. | 11:15:07 |
| 2 | Q    Well, when you say additional promotion, | 11:15:09 |
| 3 | what do you mean by that? | 11:15:12 |
| 4 | A    We were able to provide that promotion in | 11:15:32 |
| 5 | the form of sort of a volume rebate, so if the | 11:15:38 |
| 6 | customer were to purchase more, then the sales VP | 11:15:42 |
| 7 | was able to provide a small range of discounts like | 11:15:49 |
| 8 | one percent. | 11:15:55 |
| 9 | Q    All right.  But this -- this would have to | 11:16:00 |
| 10 | be approved by the vice president of sales? | 11:16:02 |
| 11 | MR. MUDGE:  Object to the form. | 11:16:11 |
| 12 | THE WITNESS:  Yes. | 11:16:13 |
| 13 | BY MR. SPECKS: | 11:16:13 |
| 14 | Q    Was there a schedule of volume rebates that | 11:16:14 |
| 15 | was used internally by the -- by the vice president | 11:16:17 |
| 16 | of sales? | 11:16:23 |
| 17 | A    About that I cannot quite recall.  From | 11:16:42 |
| 18 | what I heard verbally, there was a limit of | 11:17:08 |
| 19 | one percent rebate to operation budget out of the | 11:17:18 |
| 20 | entire sales amount annually where sales VP can | 11:17:23 |
| 21 | operate rebate. | 11:17:30 |
| 22 | Q    All right.  And how were -- how were | 11:17:32 |
| 23 | these -- how were rebates paid?  Were they paid | 11:17:35 |
| 24 | quarterly, annually?  How were they paid? | 11:17:38 |
| 25 | A    No.  If we were to receive the request, | 11:18:01 |