# Exhibit 56

## Submitted Under Seal