# Exhibit 57

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   In re:  CATHODE RAY TUBE (CRT) )
     ANTITRUST LITIGATION           )
 6                                  )
                                    )
 7   _____  ) Case No. 07-5944 SC
                                    )
 8   This Document Relates to:      ) MDL No. 1917
                                    )
 9   ALL ACTIONS                    )
     _____  )
10
```

15        Videotaped deposition of DANIEL RIEBOW, taken
16   on behalf of the Defendants, at 820 Mililani Street,
17   Suite 701, Honolulu, Hawaii, beginning at 10:06 a.m.
18   and ending at 12:59 p.m., on Tuesday, April 17, 2012,
19   before JOANNA B. BROWN, Certified Shorthand Reporter
20   No. 8570.

```
        1    A    I recall there were other televisions there.
        2    I assume I probably looked at them.  I have no direct
        3    recollection.
        4    Q    Did you go to any other stores besides the
11:56   5    Sears when you were shopping?
        6    A    Not that I recall.
        7    Q    Do you recall doing any kind of research
        8    before making the purchase?
        9    A    Not that I recall.
11:56  10    Q    You didn't look around to see if there was a
       11    better price somewhere, for instance?
       12    A    Again, going back to I was in stupid mode at
       13    the time, not that I recall.
       14    Q    Why did you buy the television from Sears as
11:57  15    opposed to any other store?
       16    A    At the time, Sears was the closest location
       17    that carried TVs combined with the fact that Sears has
       18    good return policies.
       19    Q    Any other reason?
11:57  20    A    Not that I recall.
       21    Q    Could you have bought the TV at any other
       22    store?
       23    A    I believe I could have.
       24    Q    Where?
11:57  25    A    I'm sorry.  I'm not recalling the names of
```

71

Daniel Riebow

BARKLEY
Court Reporters