# Exhibits 58-60

# Submitted Under Seal