# Exhibit 61

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                         ---oOo---
 5
 6   In Re: CATHODE RAY TUBE (CRT)   )
     ANTITRUST LITIGATION,           )
 7                                   )
                      Plaintiff,     )
 8   _____  )   Case No.
                                     )   07-5944 Sc
 9                                   )   MDL No. 1917
     This Document Relates to:       )
10                                   )
     ALL ACTIONS,                    )
11   _____  )
12
13
14
15          VIDEOTAPED DEPOSITION OF BARRY KUSHNER
16                  FRIDAY, MARCH 2, 2012
17
18
19
20
21
22
23
24
25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

Barry Kushner

BARKLEY
Court Reporters

```
        1    television an important feature to you?
        2         A.   Of course.
        3         Q.   How so?
        4         A.   We wanted to get a good, clear picture,
09:13   5    good color, and the one I saw did that at my
        6    cousin's house.
        7         Q.   Was the brand of the CRT inside the
        8    television an important feature to you?
        9         A.   No.
09:13  10         Q.   At the time of your purchase in 1996, did
       11    you know what company manufactured the CRT inside
       12    the television?
       13         A.   No.
       14         Q.   Do you know today what company
09:14  15    manufactured the CRT inside your Toshiba
       16    television?
       17         A.   No.
       18         Q.   Was the fact that the product contained a
       19    CRT important to you when you purchased it?
09:14  20         A.   No.
       21         Q.   Did you consider purchasing other products
       22    containing different technologies?
       23              MR. GRALEWSKI:  Object to the form of the
       24    question.  Lacks foundation.  Vague and ambiguous.
09:14  25              THE WITNESS:  Answer?
```

22

Barry Kushner

BARKLEY
Court Reporters

```
     1    Toshiba television was manufactured by someone
     2    other than a defendant or an alleged coconspirator?
     3             MR. GRALEWSKI:  Object to the form of the
     4    question.  Calls for speculation.  Lacks
09:41  5    foundation.
     6             THE WITNESS:  Possible.
     7        Q.   BY MS. DONOVAN:  Do you know the price
     8    that Toshiba paid for the CRT inside your
     9    television?
09:42 10        A.   No.
    11        Q.   Do you know where the CRT inside your
    12    television was manufactured?
    13        A.   No.
    14        Q.   Do you know where the Toshiba television
09:42 15    was manufactured?
    16        A.   No.
    17        Q.   And do you know where Toshiba obtained the
    18    CRT inside your television?
    19        A.   No.
09:42 20        Q.   And if asked by your counsel, would you be
    21    willing to open your television to determine if it
    22    contains a CRT manufactured by a defendant in this
    23    case and/or to determine the size of the CRT
    24    contained in your television?
09:42 25        A.   Yes.
```

46

```
            1        A.   Yes, yes.
            2        Q.   And he said he couldn't do anything to
            3   lower the price?
            4        A.   He said it was already the lowest price,
09:53       5   yeah.
            6        Q.   Was the television brand important to you
            7   at the time?
            8        A.   Not really.
            9        Q.   Is there any reason you ended up selecting
09:53      10   a television with Philips' brand?
           11        A.   I went on the salesperson's recommendation
           12   that that was a good TV for the price.
           13        Q.   Did the salesperson say anything about the
           14   CRT contained within the television?
09:54      15        A.   Not to my knowledge.
           16        Q.   Were there any television brands that you
           17   would not consider purchasing at that time?
           18        A.   I don't think so.
           19        Q.   Was the brand of the CRT inside the
09:54      20   television important to you?
           21        A.   No.
           22        Q.   Did you know at the time what company
           23   manufactured the CRT inside the Philips television?
           24        A.   I did not.
09:54      25        Q.   Do you know today what company
```

55

```
 1   manufactured the CRT inside the Philips television?
 2        A.   I do not.
 3        Q.   Did you consider purchasing televisions
 4   containing technologies other than a CRT, such as
 5   plasma or LCD?
 6             MR. GRALEWSKI:  Object to the form of the
 7   question.  Lacks foundation.
 8             THE WITNESS:  No, I did not.
 9        Q.   BY MS. DONOVAN:  Is there a reason why
10   not?
11             MR. GRALEWSKI:  Same objection.
12             THE WITNESS:  I am not sure that it was
13   available at the time in that size.  I don't know.
14   Never occurred to me.
15        Q.   BY MS. DONOVAN:  I believe you testified
16   that at the time you purchased the Philips
17   television, you wanted a color TV with a remote
18   control, best picture quality possible at the best
19   price?
20        A.   Uh-huh, correct.
21        Q.   Other than the Philips television that you
22   ended up purchasing, were there televisions, other
23   Philips televisions or other televisions of
24   different brands that had those same features?
25        A.   Same features, yes, sure.
```