# Exhibit 62

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4                       ---oOo---
 5
 6   In Re: CATHODE RAY TUBE (CRT)    )
         ANTITRUST LITIGATION,        )
 7                                    )
                  Plaintiff,          )
 8   _____  )  Case No.
                                      )  07-5944 Sc
 9                                    )  MDL No. 1917
     This Document Relates to:        )
10                                    )
     ALL ACTIONS,                     )
11   _____  )
12
13
14
15         VIDEOTAPED DEPOSITION OF GARY HANSON
16                  FRIDAY, MAY 4, 2012
17
18
19
20
21
22
23
24
25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

```
 1              MR. GRALEWSKI:  Sure, that's fine.
 2              MR. BALLARD:  That's fine.
 3              MR. GRALEWSKI:  So why don't you hold up
 4    for the video camera when he said "turn to the last
 5    page."  That was the last page, correct, Counsel?
 6              MR. BALLARD:  That's correct.
 7              MR. GRALEWSKI:  I think that's fine unless
 8    you want to document any other way.
 9              MR. BALLARD:  That's fine.
10              MR. GRALEWSKI:  Thank you, Counsel.
11                 (Reporter marked Exhibit No. 131 for
12                  identification.)
13         Q.   BY MR. BALLARD:  So you have been handed
14    Exhibit 131.  This is another set of photos that
15    were handed to me by Mr. Gralewski shortly before
16    the deposition, six photos here.  Who took these
17    photos?
18         A.   My attorney.
19         Q.   And what is your understanding of what
20    these photos depict?
21         A.   This is the Toshiba television noted in
22    the response under 1-B, and this, the last two
23    pictures depict the CRT within that television.
24         Q.   Where were these photos taken?
25         A.   In my attorney's office.
```

63

```
 1      Q.   And you said earlier that this TV lives on
 2  your kitchen counter?
 3      A.   Correct.
 4      Q.   So how did your TV get from your kitchen
 5  counter to your attorney's office?
 6      A.   I brought it there.
 7      Q.   And why did you do that?
 8           MR. GRALEWSKI:  Again, you can answer the
 9  question, but you are not to reveal any
10  communications with counsel.
11           THE WITNESS:  To indicate that the
12  television and the monitor were still in my
13  possession.
14      Q.   BY MR. BALLARD:  Why was it important to
15  indicate that?
16           MR. GRALEWSKI:  Same instruction.
17           THE WITNESS:  I don't know.
18      Q.   BY MR. BALLARD:  When were these photos
19  taken?
20      A.   Wednesday.  Today's Friday.  Wednesday.
21      Q.   This Wednesday?
22      A.   Yes.
23      Q.   May 2nd --
24      A.   Correct.
25      Q.   -- 2012, correct?
```

64

Gary Hanson

BARKLEY
Court Reporters

```
         1        A.   Correct.
         2        Q.   And when were the photos, Dell photos we
         3   just looked at, when were those taken?
         4        A.   Same time.
10:58    5        Q.   If you look at the last photo in this set,
         6   what is this a photo of?
         7        A.   That is a photo of the CRT in the
         8   television.
         9        Q.   And does this label here have any
10:58   10   significance?
        11        A.   Which label?
        12        Q.   Do any of these labels have any
        13   significance?
        14        A.   Other than identifying the CRT, I don't
10:58   15   know.
        16        Q.   Can you tell me what part of this label
        17   identifies the CRT?
        18        A.   I'm assuming the large label that has the
        19   name "Orion" on it.
10:59   20        Q.   What does Orion mean?
        21        A.   The manufacturer of the CRT, in my best
        22   guess.
        23        Q.   What is that guess based on?
        24             MR. GRALEWSKI:  You can answer the
10:59   25   question if you have your own independent
```

65

Gary Hanson

BARKLEY
Court Reporters

```
 1  the TVs that does have a CRT in it?
 2       A.  Because I witnessed it taken apart and saw
 3  the CRT within.
 4       Q.  I'm talking about the -- I am not talking
 5  about the Toshiba TV that we just talked about.
 6  For those other TVs, the RCA TVs, have you ever
 7  opened those to see if they have a CRT in them?
 8       A.  No, I have not.
 9       Q.  Do you know who manufactured the CRTs that
10  you think are contained in those TVs?
11       A.  No, I do not.
12       Q.  Are you aware that there were other
13  manufacturers of CRTs other than the named
14  defendants in this case?
15       A.  I do not know all of the manufacturers of
16  CRTs, no.
17       Q.  So you're not sure whether there may have
18  been other manufacturers of CRTs other than the
19  companies listed in the complaint?
20           MR. GRALEWSKI:  Object to the form.
21  Misstates testimony.
22           THE WITNESS:  I don't know for sure.
23       Q.  BY MR. BALLARD:  Isn't it possible that
24  the CRT that you believe is contained in these two
25  RCA TVs, that that CRT was manufactured by someone
```

```
                1   who was not named as a defendant in the complaint?
                2           MR. GRALEWSKI:  Object to the form.  Lacks
                3   foundation.  Calls for speculation.  Compound.
                4           You can answer.
        11:03   5           THE WITNESS:  I don't know.
                6       Q.  BY MR. BALLARD:  You don't know what?
                7       A.  If it's possible that those TVs contain
                8   other CRTs.
                9       Q.  Do you have any documentation that would
        11:03  10   tell us who made the CRTs in those TVs?
               11       A.  No, I do not.
               12           MR. GRALEWSKI:  And you're referring to
               13   the two RCA TVs, correct, Counsel?
               14           MR. BALLARD:  That's correct.
        11:04  15           MR. GRALEWSKI:  Thank you.
               16       Q.  BY MR. BALLARD:  What about -- we looked
               17   at photos of one of the monitors, Dell monitors
               18   that you purchased.  What about the other monitor,
               19   have you ever opened that to see if there's a CRT
        11:04  20   in it?
               21       A.  No, I have not.
               22       Q.  So you don't know who made the CRT in that
               23   monitor?
               24       A.  I do not know.
        11:04  25       Q.  And you don't have any documentation that
```

Gary Hanson

BARKLEY
Court Reporters