# Exhibit 63

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4                          ---o0o---
 5
 6   In Re: CATHODE RAY TUBE (CRT)    )
     ANTITRUST LITIGATION,            )
 7                                    )
                     Plaintiff,       )
 8   _____  )    Case No.
                                      )    07-5944 SC
 9                                    )    MDL No. 1917
     This Document Relates to:        )
10                                    )
     ALL ACTIONS,                     )
11   _____  )
12
13
14
15
16
17         VIDEOTAPED DEPOSITION OF LISA REYNOLDS
18                 FRIDAY, APRIL 13, 2012
19
20
21
22
23
24
25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

```
        1        Q.   And how did you receive the product?
        2        A.   Took it home.
        3        Q.   You took it home with you?
        4        A.   Uh-huh.  Yes, excuse me.
09:39   5        Q.   How do you know that your television
        6   contained a CRT?
        7        A.   It seems obvious the way the TV is.
        8        Q.   Obvious how so?
        9        A.   The way the TV is built, that it is the
09:40  10   older-style TV that's deep.
       11        Q.   Did you ever open the TV to confirm that
       12   it had a CRT inside of it?
       13        A.   No.
       14        Q.   Did you ever read any technical
09:40  15   specifications of the television to confirm that
       16   there was a CRT contained in your television?
       17        A.   I don't remember.
       18        Q.   Do you know who manufactured the CRT
       19   contained in your first JVC television?
09:40  20        A.   No.
       21        Q.   Do you know how much JVC paid for the CRT
       22   contained in that television?
       23        A.   No.
       24        Q.   Do you know when they purchased the CRT
09:40  25   that went into that television?
```

37

```
 1      Q.   Have you read any technical specifications
 2  related to the television that state that it
 3  contains a CRT?
 4      A.   I usually read everything that comes with
 5  a new purchase.
 6      Q.   Okay.  But do you recall reading something
 7  that stated that the television contained a CRT?
 8      A.   No.
 9           MR. GRALEWSKI:  Just for the record, I
10  just want to clarify.  When counsel asks you
11  questions, you are not permitted as part of your
12  answer to tell her what you and your attorneys
13  spoke about, or what your attorneys told you.
14           THE WITNESS:  Okay.
15           MR. GRALEWSKI:  Okay.
16           THE WITNESS:  Thank you.
17      Q.   BY MS. BYRD:  I believe you stated that
18  the second television was also a JVC; is that
19  correct?
20      A.   Yes.
21      Q.   Do you know where the manufacturer of your
22  television purchased the CRT that was contained
23  inside?
24      A.   No.
25      Q.   Do you know who manufactured the CRT that
```

47

Lisa Reynolds

BARKLEY
Court Reporters

```
           1    was inside of your second television?
           2         A.    No.
           3         Q.    Do you know whether the CRT contained in
           4    your television was manufactured by a defendant in
  09:51   5    this litigation?
           6         A.    Yes.
           7         Q.    And how do you know that?
           8         A.    Because my attorneys have told me so.  Am
           9    I allowed to say that.
  09:51  10               MR. GRALEWSKI:  I should have interposed
          11    an objection.  To the extent you can answer that
          12    question based on your knowledge, you can answer.
          13    But otherwise, you are instructed not to disclose
          14    any communications with counsel.
  09:51  15               THE WITNESS:  Okay.
          16         Q.    BY MS. BYRD:  So Ms. Reynolds, I believe
          17    that you just stated that you know that the CRT
          18    contained in your second JVC television was
          19    manufactured by one of the defendants in this
  09:52  20    action; is that right?
          21         A.    I believe it to be true.
          22         Q.    And why do you believe it to be true?
          23               MR. GRALEWSKI:  Same instruction.  To the
          24    extent you can answer based on your own knowledge,
  09:52  25    you can.  But you're instructed not to disclose any
```

48