# Exhibit 64

# Exhibit 64

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4                          ---o0o---
 5
 6    In Re: CATHODE RAY TUBE (CRT)    )
      ANTITRUST LITIGATION,            )
 7                                     )
                        Plaintiff,     )
 8    _____  )   Case No.
                                       )   07-5944 Sc
 9                                     )   MDL No. 1917
      This Document Relates to:        )
10                                     )
      ALL ACTIONS,                     )
11    _____  )
12
13
14
15
16         VIDEOTAPED DEPOSITION OF MARGARET SLAGLE
17                  TUESDAY, MARCH 20, 2012
18
19
20
21
22
23
24
25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | A. Yes.                                                  |
|       | 2  | Q. Okay. Do you know who manufactured the                |
|       | 3  | television?                                              |
|       | 4  | A. As far as I know, it was Magnavox. No, I              |
| 09:30 | 5  | guess.                                                   |
|       | 6  | Q. Is Magnavox a defendant in this case?                 |
|       | 7  | A. Not that I'm aware of. I am not sure.                 |
|       | 8  | There's several defendants in the case.                  |
|       | 9  | Q. Do you know whether or not Magnavox is a              |
| 09:30 | 10 | defendant?                                               |
|       | 11 | A. I think it is, but I'm not sure.                      |
|       | 12 | Q. Okay. Do you know who manufactured the                |
|       | 13 | CRT tube within the Magnavox television?                 |
|       | 14 | A. No.                                                   |
| 09:31 | 15 | Q. How big is the television?                            |
|       | 16 | A. About like that. I don't remember how                 |
|       | 17 | many inches it was. I know it fit my room.               |
|       | 18 | Q. Okay. But you don't know how many                     |
|       | 19 | inches -- generally televisions are measured --          |
| 09:31 | 20 | A. Geez, I have to look at that stuff that I             |
|       | 21 | submitted. I had a whole manual and stuff. It's          |
|       | 22 | in there.                                                |
|       | 23 | Q. Okay. We'll look at that in a minute.                 |
|       | 24 | This is not a memory test --                             |
| 09:31 | 25 | A. Okay.                                                 |

27

|       |    |             |
|-------|----|-------------|
|       | 1  | Q.   Yeah. |
|       | 2  | A.   I don't know. |
|       | 3  | Q.   Do you know whether the Sylvania |
|       | 4  | television has a CRT tube in it? |
| 09:55 | 5  | A.   It's the same objective appearance as the |
|       | 6  | Magnavox and is that technology. |
|       | 7  | Q.   Have you -- |
|       | 8  | A.   It wasn't a flat screen, so... |
|       | 9  | Q.   Have you done anything to confirm that the |
| 09:55 | 10 | Sylvania television has a CRT tube in it? |
|       | 11 | A.   No. |
|       | 12 | Q.   You haven't called Sylvania to make sure |
|       | 13 | or opened up the TV to make sure or done anything |
|       | 14 | else? |
| 09:55 | 15 | A.   No. |
|       | 16 | Q.   Do you know who manufactured the CRT that |
|       | 17 | you believe is in the Sylvania television? |
|       | 18 | A.   Do I know who manufactured, no. |
|       | 19 | Q.   And you believe you purchased it from |
| 09:55 | 20 | RadioShack? |
|       | 21 | A.   I believe, yes. |
|       | 22 | Q.   Same store -- |
|       | 23 | A.   I believe so. |
|       | 24 | Q.   -- where you purchased the Magnavox? |
| 09:55 | 25 | A.   Yeah. |

50

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | of the defendants that manufactured the CRT in your                |
|       | 2  | television?                                                        |
|       | 3  | A.   I just know it was manufactured by                            |
|       | 4  | Sylvania, that that was the...                                     |
| 10:42 | 5  | Q.   The television was manufactured by                            |
|       | 6  | Sylvania, right?                                                   |
|       | 7  | A.   Yeah.                                                         |
|       | 8  | Q.   But the CRT, you don't know who                               |
|       | 9  | manufactured --                                                    |
| 10:42 | 10 | A.   I don't.                                                      |
|       | 11 | (Reporter marked Exhibit No. 51 for                                |
|       | 12 | identification.)                                                   |
|       | 13 | (Discussion off the record.)                                       |
|       | 14 | THE VIDEOGRAPHER:  The time is now 10:45,                          |
| 10:43 | 15 | and we are going off the record.                                   |
|       | 16 | (Whereupon a recess was taken.)                                    |
|       | 17 | THE VIDEOGRAPHER:  The time is now 10:46,                          |
|       | 18 | and we are on the record.                                          |
|       | 19 | Q.   BY MR. BRADSHAW:  Ms. Slagle, we are back                     |
| 10:45 | 20 | on the record, and I would just remind you that you                |
|       | 21 | are still under oath.                                              |
|       | 22 | Do you understand that?                                            |
|       | 23 | A.   I do.                                                         |
|       | 24 | Q.   And the court reporter has handed you a                       |
| 10:45 | 25 | document that's marked as Exhibit 51.                              |

81

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | of -- for purposes of this litigation?                           |
|       | 2  | A.   Yes.                                                        |
|       | 3  | Q.   In looking at Exhibit 51, does anything in                  |
|       | 4  | Exhibit 51 give you any indication of who actually               |
| 10:46 | 5  | manufactured the CRT tube in the television?                     |
|       | 6  | A.   No.                                                         |
|       | 7  | Q.   And you don't know which entity                             |
|       | 8  | manufactured the tube in your television, correct?               |
|       | 9  | A.   No.                                                         |
| 10:47 | 10 | Q.   Going back to the Sylvania television --                    |
|       | 11 | when you purchased the product, is it your --                    |
|       | 12 | strike that.                                                     |
|       | 13 | Do you believe you've been damaged as a                          |
|       | 14 | result of your purchase of the Sylvania television?              |
| 10:47 | 15 | A.   Economically.                                               |
|       | 16 | Q.   In what way economically?                                   |
|       | 17 | A.   Well, if the allegations are correct,                       |
|       | 18 | there was price-fixing, and that makes the cost go               |
|       | 19 | up for the end consumer.                                         |
| 10:47 | 20 | Q.   What if the allegations are incorrect,                      |
|       | 21 | have you been damaged?                                           |
|       | 22 | MR. GRALEWSKI:  Object to the form of the                        |
|       | 23 | question.  Vague and ambiguous.  Calls for a legal               |
|       | 24 | conclusion.                                                      |
| 10:48 | 25 | THE WITNESS:  If the allegations are                             |

|  |  |
|---|---|
| 1 | Q. But you don't know whether or not you |
| 2 | would have been damaged economically in that |
| 3 | scenario? |
| 4 | MR. GRALEWSKI: Object to the form of the |
| 10:51 5 | question. Asked and answered. Incomplete |
| 6 | hypothetical. Lacks foundation. Vague and |
| 7 | ambiguous. Calls for legal and expert testimony. |
| 8 | THE WITNESS: I don't know. |
| 9 | Q. BY MR. BRADSHAW: And what about if the |
| 10:51 10 | CRT in your television was manufactured by a |
| 11 | company that is not alleged to have participated in |
| 12 | the price-fixing conspiracy, if that were the case, |
| 13 | have you been damaged economically by the purchase |
| 14 | of your television? |
| 10:52 15 | MR. GRALEWSKI: Object to the form. Vague |
| 16 | and ambiguous. Incomplete hypothetical. Lacks |
| 17 | foundation. Calls for legal and expert testimony. |
| 18 | THE WITNESS: I would assume no. |
| 19 | Q. BY MR. BRADSHAW: And what if the scenario |
| 10:52 20 | hypothetically speaking is one in which the |
| 21 | entities that purchased the CRT tubes, for whatever |
| 22 | reason, were not able to pass along any increase in |
| 23 | the price of those tubes, incorporate that price |
| 24 | into the price of the television in that scenario, |
| 10:53 25 | would you have been damaged economically by the |

Margaret Slagle

BARKLEY
Court Reporters