# Exhibit 65

1            UNITED STATES DISTRICT COURT

2           NORTHERN DISTRICT OF CALIFORNIA

3               SAN FRANCISCO DIVISION

4                   ---o0o---

5

6    In Re: CATHODE RAY TUBE (CRT)    )
     ANTITRUST LITIGATION,            )
7                                     )
                       Plaintiff,     )
8    _____ )    Case No.
                                      )    07-5944 Sc
9                                     )    MDL No. 1917
     This Document Relates to:        )
10                                    )
     ALL ACTIONS,                     )
11                                    )
     _____ )

12

13

14

15

16

17       VIDEOTAPED DEPOSITION OF KERRY LEE HALL

18            WEDNESDAY, MARCH 21, 2012

19

20

21

22

23

24

25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR

                        2

BARKLEY
Court Reporters

```
 1   CRT that you allege is inside your television?
 2        A.   Unless it was stated somewhere on the box
 3   or in the manual.
 4        Q.   Any other way?
 5        A.   If it was online, if there was a
 6   description of it online.
 7        Q.   Have you searched online to see if you
 8   could determine who manufactured your television?
 9        A.   No.
10        Q.   Have you searched online to see if you
11   could determine who manufactured the CRT that you
12   allege is inside your television?
13        A.   No.
14        Q.   Have you looked at the box or in the
15   manual to see if you could determine who
16   manufactured the CRT inside your television?
17        A.   No.
18        Q.   If the CRT that you allege is inside your
19   television was manufactured by a nondefendant like
20   Sony or Mitsubishi as you have mentioned, do you
21   still think that you would still have a claim in
22   this case?
23             MR. GRALEWSKI:  Object to the form.  Calls
24   for a legal opinion.  Lacks foundation.  Compound.
25        Q.   BY MR. FOSTER:  You can answer.
```

12:13  5
12:13 10
12:14 15
12:14 20
12:14 25

Kerry Lee Hall

BARKLEY
Court Reporters

 1     A.   No.

 2     Q.   Do you know where your television was

 3  manufactured?

 4     A.   Without reading through the manual or

 5  looking on the box, no.

 6     Q.   Do you know where the CRT that you allege

 7  is inside your television was manufactured?

 8     A.   No.

 9          MR. FOSTER:  Okay.  I am about to move to

10  a different subject.  I don't know whether you want

11  to take a break now or keep going.

12          MR. GRALEWSKI:  Can we go off the record

13  for a second?

14          MR. FOSTER:  Sure.

15          THE VIDEOGRAPHER:  The time is 12:16.  We

16  are off the record.

17               (Whereupon the noon recess was taken.)

18                    ---o0o---

19

20

21

22

23

24

25

                          114

Kerry Lee Hall

BARKLEY
Court Reporters