# Exhibit 66

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                 SAN FRANCISCO DIVISION

 4                       ---oOo---

 5

 6

 7
     In Re: CATHODE RAY TUBE (CRT)    )
 8   ANTITRUST LITIGATION,            )
                                      )
 9                   Plaintiff,       )
     _____)   Case No.
10                                    )   07-5944 Sc
                                      )   MDL No. 1917
11   This Document Relates to:        )
                                      )
12   ALL ACTIONS,                     )
     _____)
13

14

15

16

17   ·     VIDEOTAPED DEPOSITION OF JANET ACKERMAN

18             WEDNESDAY, MARCH 14, 2012

19

20

21

22

23

24

25   REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | Q.   Has anyone ever -- has anyone else opened                       |
|       | 2  | the TV to confirm that it contains a CRT?                            |
|       | 3  | A.   No.                                                             |
|       | 4  | Q.   Do you know if CRTs come in different                           |
| 09:28 | 5  | sizes?                                                               |
|       | 6  | A.   I don't know.                                                   |
|       | 7  | Q.   Do you know what size CRT's inside your                         |
|       | 8  | TV?                                                                  |
|       | 9  | A.   I don't know.                                                   |
| 09:28 | 10 | Q.   Do you know who manufactured your TV?                           |
|       | 11 | A.   Toshiba.                                                        |
|       | 12 | Q.   Do you know where the manufacturer                              |
|       | 13 | purchased the CRT that went into your product?                       |
|       | 14 | A.   I don't know.                                                   |
| 09:28 | 15 | Q.   Do you know where the Toshiba TV was                            |
|       | 16 | manufactured?                                                        |
|       | 17 | A.   I don't know.                                                   |
|       | 18 | Q.   Do you know who manufactured the CRT that                       |
|       | 19 | you believe is inside your Toshiba television?                       |
| 09:28 | 20 | A.   I don't know.                                                   |
|       | 21 | Q.   Do you know whether the TV contains a CRT                       |
|       | 22 | manufactured by a defendant in this action?                          |
|       | 23 | A.   I don't know.                                                   |
|       | 24 | Q.   Are you aware that there are other                              |
| 09:28 | 25 | manufacturers of CRTs besides the defendants?                        |

32

Janet Ackerman

BARKLEY
Court Reporters

```
            1        A.    I am not sure.
            2        Q.    Is it possible that the CRT you believe
            3   contained within your product was manufactured by
            4   someone other than the defendant?
09:29       5              MR. GRALEWSKI:  Object to the form of the
            6   question.  Lacks foundation.
            7              THE WITNESS:  I don't know.
            8        Q.    BY MS. FREDA:  And if asked by your
            9   counsel, would you be willing to open your TV to
09:29      10   see if it contains a CRT manufactured by a
           11   defendant in this case, and/or determine the size
           12   of the CRT contained in the television?
           13        A.    I don't even know how to open it.
           14   Somebody would have to do it, but I would have no
09:29      15   objection.
           16        Q.    Okay.  Let's mark the next exhibit as 35.
           17              (Reporter marked Exhibit No. 35 for
           18              identification.)
           19        Q.    BY MS. FREDA:  Ms. Ackerman, do you
09:30      20   recognize Exhibit 35?
           21        A.    Yes, it's the manual.
           22        Q.    This is the manual that you received in
           23   connection with the purchase --
           24        A.    Yes.
09:30      25        Q.    -- of your Toshiba television?
```

33

Janet Ackerman

BARKLEY
Court Reporters