# Exhibit 67

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE NORTHERN OF CALIFORNIA

 3                     SAN FRANCISCO DIVISION

 4

 5   IN RE:  CATHODE RAY TUBE (CRT)    )
     ANTITRUST LITIGATION,             ) Master File No.
 6                                     )
                                       ) 3:07-cv-05944 SC
 7   _____  )
                                       )
 8   THIS DOCUMENT RELATES TO:         )
                                       )
 9                                     )
     ALL INDIRECT PURCHASER ACTIONS    ) MDL No. 1917
10                                     )
     _____  )
11

12

13

14

15      VIDEOTAPED DEPOSITION OF ALBERT SIDNEY CRIGLER

16                          Held at

17              Branstetter, Stranch & Jennings

18                    Nashville, Tennessee

19

20                 Tuesday, October 23, 2012

21                   9:43 a.m. - 12:50 p.m.

22

23

24

25      REPORTED BY:  SANDRA LEE HOCKIN, CSR No. 7372
```

BARKLEY
Court Reporters

```
 1        Q.   Do you have any personal knowledge of who
 2   manufactured the CRT in this TV?
 3        A.   How do you mean "personal knowledge"?  I mean, I
 4   know that it was Philips.
 5        Q.   I don't want to know about any communications
 6   with your lawyers.
 7        A.   Okay.
 8        Q.   But aside from that, do you have any knowledge,
 9   any basis for knowing who made the CRT contained in this
10   TV?
11        A.   I can't think of -- no, I don't know.
12             (Defendants' Exhibit 513 marked for
13   identification.)
14   BY MR. BALLARD:
15        Q.   Sir, you've just been handed Exhibit 513.  This
16   is a series of photos I can represent that I received
17   from your lawyer, Mr. Gralewski, by e-mail last week.
18   And they are Bates stamped.  Wait a minute.  They are not
19   Bates stamped.
20             There's five photos here of what appear to be
21   the inside of a TV.  Is that right?
22        A.   Correct.
23        Q.   And are these photos of the inside of the Sharp
24   TV that we're talking about?
25        A.   They are.
```

64

BARKLEY
Court Reporters

1  been named in this lawsuit?

2      A.   Yes.

3      Q.   And if it turned out that the cathode ray tube

4  in this TV was manufactured by a company that did not

5  participate in the conspiracy that you're alleging in

6  this case, then you wouldn't have a claim for that TV,

7  would you?

8          MR. GRALEWSKI:  Object to the form, incomplete

9  hypothetical, lacks foundation.  Calls for a legal

10  conclusion.

11          THE WITNESS:  I suppose not.

12          MR. BALLARD:  Let's talk about the monitor.

13          (Defendants' Exhibit 514 marked for

14  identification.)

15  BY MR. BALLARD:

16      Q.   So I would like to ask you some questions about

17  the other purchase on which you're basing your claims in

18  this case, and that's this Gateway computer monitor.  Is

19  that right?

20      A.   Mm-hmm.

21      Q.   So you've just been handed Exhibit 514, and this

22  is another series of photos.  These ones are Bates

23  stamped.  The first page is CRT 1 and then 6, 7 and 8.

24  There's a gap there.  2, 3, 4, 5 are the Sharp photos

25  that we talked about earlier.

69

ALBERT SIDNEY CRIGLER

BARKLEY
Court Reporters

```
 1      A.    Correct.

 2      Q.    It was just sitting there?

 3      A.    Yes.

 4      Q.    When you donated it -- I mean, I know how that

 5   sometimes works, but I think it can vary.  Did you

 6   receive any kind of compensation for that?

 7      A.    I didn't.

 8      Q.    Did you receive a write-off on your taxes?

 9      A.    I didn't.  As far as I was concerned, they were

10   just doing me a favor to come pick all this stuff up.

11      Q.    Okay.  Do you know whether this monitor contains

12   a CRT -- contained a CRT?

13      A.    I actually -- I assume that it does, but I never

14   personally opened the back of it and checked to see for

15   myself, so...

16      Q.    Why do you assume that it does?

17      A.    Because my understanding is a TV like -- like

18   the monitors and TVs that they made, that are big and

19   bulky and heavy, all contain CRT tubes.

20      Q.    Okay.

21            MR. GRALEWSKI:  I don't want to interrupt your

22   questioning; but when it's convenient, I would like a

23   break.  I don't want to interrupt a line of questioning.

24            MR. BALLARD:  I think this line could probably

25   be done in about five minutes.
```

ALBERT SIDNEY CRIGLER

BARKLEY
Court Reporters

```
 1          MR. GRALEWSKI:  Thank you.  That's fine.
 2    BY MR. BALLARD:
 3       Q.  Did you believe this monitor had a CRT in it at
 4    the time you bought it?
 5       A.  No.  I didn't -- it wasn't on my radar.
 6       Q.  Okay.  Did you consider purchasing a monitor
 7    that uses a different kind of technology?
 8       A.  No.
 9       Q.  Why not?
10       A.  Like I said, it just wasn't -- wasn't something
11    I thought about at the time.  I mean, I'm not even sure
12    there were flat-panel monitors.  Maybe there were, but...
13       Q.  Okay.  You said that you assumed that there was
14    a CRT in this monitor.  Assuming that's correct, do you
15    know who manufactured the CRT?
16       A.  I don't.
17       Q.  And there's really nothing that you could do to
18    find out, is there, since you don't have that monitor
19    anymore?
20          MR. GRALEWSKI:  Object to the form, lacks
21    foundation.
22          THE WITNESS:  Not that I'm aware of.
23    BY MR. BALLARD:
24       Q.  Because you don't have any documents?
25       A.  Right.
```

89

ALBERT SIDNEY CRIGLER

BARKLEY
Court Reporters