# Exhibit 68

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN OF CALIFORNIA

3             SAN FRANCISCO DIVISION

4

5   IN RE:  CATHODE RAY TUBE (CRT)    )
    ANTITRUST LITIGATION,             ) Master File No.
6                                     )
                                      ) 3:07-cv-05944 SC
7   _____   )
                                      )
8   THIS DOCUMENT RELATES TO:         )
                                      )
9                                     )
    ALL INDIRECT PURCHASER ACTIONS    ) MDL No. 1917
10                                    )
    _____   )

11

12

13

14        VIDEOTAPED DEPOSITION OF JEFFREY FIGONE

15

16             Held at Winston & Strawn

17          101 California Street, 39th Floor

18             San Francisco, California

19

20             Friday, October 19, 2012

21             10:06 a.m. - 1:56 p.m.

22

23

24

25   REPORTED BY:  JAMES BEASLEY, RPR, CA CSR No. 12807

                            2

JEFFREY FIGONE

BARKLEY
Court Reporters

1    Samsung Exhibit B-3, Exhibit 505.

2            Is it still your best recollection that you

3    purchased that Sharp television in 1999 or 2000 at

4    Costco?

11:37  5    A.    Yes.

6    Q.    Does the Sharp television contain a CRT?

7    A.    Yes.

8    Q.    How do you know that?

9    A.    I was informed by my attorneys.

11:37 10    Q.    Independent of what your lawyers may have

11    told you, do you have any personal knowledge whether

12    that Sharp television contains a CRT?

13    A.    I know that large televisions do carry that

14    CRT.

11:38 15    Q.    Okay.  Specific to the Sharp television

16    set, do you have any personal knowledge whether the

17    particular Sharp television set that you purchased

18    in 1999 or 2000 contains a CRT?

19            MR. GRALEWSKI:  And I just want to remind

11:38 20    you that when you're answering the lawyer's

21    questions, you're instructed not to reveal any

22    communications that your -- you know, or any things

23    that your lawyers told you or you told your lawyers.

24            If you can answer questions setting aside

11:38 25    things that your lawyers and you talked about,

68

JEFFREY FIGONE

1    including myself, then you can answer, but don't

2    tell her things that you talked to your lawyers

3    about.

4           Why don't you read the question back to

11:38   5    him.

6           (Record read as follows:

7           Question:  "Specific to the Sharp

8           television set, do you have any

9           personal knowledge whether the

10          specific Sharp television set that you

11          purchased in 1999 or 2000 contains a

12          CRT?")

13          THE WITNESS:  At that time, no.

14   BY MS. DONOVAN:

11:39   15   Q.   At any time?

16   A.   No.

17   Q.   Do you still have the Sharp television set

18   today?

19   A.   No.

11:39   20   Q.   Do you have any documents, like an owner's

21   manual or something else, that would verify that the

22   Sharp television set you purchased in 1999 or 2000

23   contains a CRT or not?

24   A.   No.

11:39   25   Q.   Assuming for a moment that the Sharp

69

JEFFREY FIGONE

1    television set does contain a CRT --

2         A.    Uh-huh.

3         Q.    -- do you know who manufactured the CRT

4    inside the Sharp television?

11:39  5         A.    No.

6         Q.    Is it possible that the CRT was

7    manufactured by Sharp?

8            MR. GRALEWSKI:  Object to the form.  Calls

9    for speculation.

11:40  10          MS. DONOVAN:  You may answer.

11           THE WITNESS:  I don't know.

12  BY MS. DONOVAN:

13         Q.    Do you know where the CRT was manufactured?

14         A.    No.

11:40  15        Q.    Do you know where the CRT was first sold?

16         A.    No.

17         Q.    Is there any way for you to find out who

18    manufactured the CRT that you think was inside the

19    Sharp television?

11:40  20         MR. GRALEWSKI:  Object to the form.  Vague

21    and ambiguous.  Calls for a legal conclusion.

22           If you understand the question, you need to

23    answer.  Do you want the question read back to you?

24           THE WITNESS:  One more -- read back,

11:41  25    please.

JEFFREY FIGONE

BARKLEY
Court Reporters

1        Q.   Are there any labels, numbers, or dates on

2    that Panasonic television that we cannot see in

3    these photographs?

4        A.   Not that I know of.

12:46   5    Q.   Were there any labels, numbers, or dates on

6    the side panels of the Panasonic television you kept

7    in the kitchen that did not -- are not visible in

8    these photographs?

9        A.   Not that I know of.

12:46  10    Q.   What about the underside of the Panasonic

11   television?

12       A.   Not that I know of.

13       Q.   Does the Panasonic television that you kept

14   in the kitchen contain a CRT?

12:47  15    A.   From what I was explained to my attorneys,

16   yes.

17       Q.   Okay.   Independent of what your lawyers may

18   have told you, do you have any personal knowledge

19   that the Panasonic television you kept in the

12:47  20   kitchen contained a CRT?

21       A.   No.

22       Q.   Did you ever open the television?

23       A.   No.

24       Q.   Assuming that the Panasonic television

12:47  25   contains a CRT, do you know who manufactured the

95

BARKLEY
Court Reporters

1    CRT?

2         A.    No.

3               (Clarification by the reporter.)

4    BY MS. DONOVAN:

12:47  5    Q.    Assuming that the Panasonic television that

6    you kept in the kitchen contains a CRT, do you know

7    who manufactured that CRT?

8         A.    No.

9         Q.    Do you know when that CRT was manufactured?

12:47 10         A.    No.

11         Q.    Do you know where that CRT was first sold?

12         A.    No.

13         Q.    Are there any labels anywhere on the

14    Panasonic television you kept in the kitchen with

12:48 15    any information about the CRT?

16         A.    Not that I know of.

17         Q.    What are the dimensions of the Panasonic

18    television you kept in the kitchen?

19         A.    I'm assuming, looking at the picture, it

12:48 20    seems to be maybe a 12-inch.

21         Q.    That's based just on you looking at this

22    picture?

23         A.    Correct.

24         Q.    Do you have any other knowledge or

12:48 25    information about the dimensions of the Panasonic

96

JEFFREY FIGONE

BARKLEY
Court Reporters

 1    wholesaler or Internet company, to determine if you

 2    could purchase a cheaper TV elsewhere?

 3         A.    I don't believe I did.

 4         Q.    And to confirm, you do not own this

01:04    5    Panasonic television today, correct?

 6         A.    That's correct.

 7         Q.    Sometime after the start of this litigation

 8    and now, the television disappeared, but you're not

 9    sure what happened to it; is that correct?

01:04   10         A.    That's correct.

11         Q.    Okay.  Now I would like to shift focus to

12    what you think is the second Panasonic TV set that

13    was in your son's room.

14         A.    That's right.

01:04   15         Q.    And your interrogatory responses indicate

16    that you also purchased this Panasonic television in

17    2002 or 2003; is that your best recollection?

18         A.    Yes.

19         Q.    What is that recollection based on?

01:05   20         A.    My memory.

21         Q.    Do you have any documents or anything else

22    that could verify that you purchased the second

23    Panasonic television in 2002 or 2003?

24         A.    No, I don't.

01:05   25         Q.    Is it possible you purchased that

                              113

JEFFREY FIGONE

BARKLEY
Court Reporters

1    Q.    Do you remember if you compared the price

2    of this Panasonic unit to a comparable Sharp unit?

3    A.    I don't remember.

4    Q.    Did you shop around to see whether you

01:14  5    could purchase a cheaper TV/VCR unit at some

6    retailer other than Target?

7    A.    I don't believe at the time I did.

8    Q.    Did you shop around at wholesalers or

9    Internet companies or anywhere else?

01:15 10    A.    No.

11    Q.    And am I correct that you no longer own

12    this Panasonic television?

13    A.    That's correct.

14    Q.    But you did own it at the start of this

01:15 15    litigation?

16    A.    Yes.

17    Q.    So sometime between the start of this

18    litigation and now, this television disappeared, but

19    you don't know what happened to it?

01:15 20    A.    That's correct.

21    Q.    Other than what we've discussed, do you

22    know of any documents that could verify the date you

23    purchased the Panasonic television you kept in your

24    son's room, that it contains a CRT, the manufacturer

01:15 25    of the CRT, or the price you paid for that

124

JEFFREY FIGONE

BARKLEY
Court Reporters

```
 1    BY MS. DONOVAN:
 2         Q.    Has a class been certified in this case?
 3         A.    Yes.
 4         Q.    Are you obligated to preserve any documents
 5    or items in your possession that could potentially
 6    be relevant to this case?
 7         A.    Yes.
 8         Q.    Have you done that?
 9         A.    I don't really have any documents or
10    anything right now at this point in time.
11         Q.    Well, did you preserve the three
12    televisions that you're claiming damages for in this
13    case?
14         A.    No, I did not.
15         Q.    And why not?
16         A.    I wish I could tell you.  I really don't
17    know what I did with them.
18         Q.    Other than the three televisions, have you
19    failed to preserve any other documents that could
20    potentially be related to this case?
21         A.    Maybe I'm not understanding.  Are you
22    asking me if I do have other documents that I'm not
23    giving you?  I don't have any other documents.
24         Q.    Since the start of this case, have you
25    destroyed any documents that are potentially
```

129

JEFFREY FIGONE

BARKLEY
Court Reporters