# Exhibit 69

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN FRANCISCO DIVISION

 4                         ---o0o---

 5

 6    In Re: CATHODE RAY TUBE (CRT)    )
      ANTITRUST LITIGATION,            )
 7                                     )
                      Plaintiff,       )
 8    _____)   Case No.
                                       )   07-5944 Sc
 9                                     )   MDL No. 1917
      This Document Relates to:        )
10                                     )
      ALL ACTIONS,                     )
11    _____)

12

13

14

15        VIDEOTAPED DEPOSITION OF SAMUEL NASTO

16
                WEDNESDAY, MAY 16, 2012
17

18

19

20

21

22

23

24

25    REPORTER: BALINDA DUNLAP, CSR 10710, RPR, CRR, RMR
```

2

```
         1   50-inch Sony Bravia, is a CRT TV, but you're not
         2   positive; is that correct?
         3        A.   Correct.
         4        Q.   Do you have any other TVs at home?
10:29    5        A.   Yes.
         6        Q.   What other TVs do you have?
         7        A.   I have a 32-inch Visio television.
         8        Q.   Is that a CRT TV?
         9        A.   I don't believe so.
10:29   10        Q.   Why do you say that?
        11        A.   Because it is not big like the CRTs.
        12        Q.   It is a thin TV?
        13        A.   I am not a technology expert, so I am not
        14   positive that it's not, but I believe just like the
10:30   15   other television that it is not, but I can't be
        16   certain because I am not an expert.
        17        Q.   Do you still have that Panasonic 42-inch
        18   TV at home?
        19        A.   I do not.
10:30   20        Q.   What happened to that TV?
        21        A.   I had moved into a condo, and I just
        22   didn't have room for it.
        23        Q.   When did you move to your condo?
        24        A.   2005.
10:30   25        Q.   And you have been in the same condo since
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       |  1 | how thick it was?                                            |
|       |  2 |     MS. RUSSELL:  Objection; calls for   |
|       |  3 | speculation.                                                 |
|       |  4 |     THE WITNESS:  Not in inches.  I know -- |
| 10:47 |  5 | no, I really can't.  I don't recall what it is.              |
|       |  6 |     Q.   BY MR. KIM:  Do you know whether your |
|       |  7 | Panasonic TV has one CRT or multiple CRTs in it?             |
|       |  8 |     A.   I have no idea.                 |
|       |  9 |     Q.   So you did not open the TV to try to find |
| 10:48 | 10 | out if there was a CRT or multiple CRTs?                     |
|       | 11 |     A.   That's right.                   |
|       | 12 |     MS. RUSSELL:  Objection; asked and   |
|       | 13 | answered.                                                    |
|       | 14 |     Q.   BY MR. KIM:  You reviewed technical |
| 10:48 | 15 | specifications, as you said, online; is that right?          |
|       | 16 |     A.   Yes, sir.                       |
|       | 17 |     Q.   Did the technical specifications say |
|       | 18 | anything other than it is a CRT TV?                          |
|       | 19 |     A.   I don't remember what else, what the other |
| 10:48 | 20 | ones were.                                                   |
|       | 21 |     Q.   Do you know who manufactured the CRT or |
|       | 22 | CRTs in your TV?                                             |
|       | 23 |     A.   I do not.                       |
|       | 24 |     Q.   Do you know how much Panasonic paid for |
| 10:48 | 25 | the CRT or CRTs in your TV?                                  |

83