# Exhibit 71

**Steven Ganz**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


IN RE CATHODE RAY TUBE (CRT)          Master File No.
ANTITRUST LITIGATION                  07-5944 SC

                                      MDL NO. 1917

_____



VIDEOTAPED DEPOSITION OF STEVEN GANZ

April 4, 2012

9:04 a.m.


One Market, Spear Street Tower, 28th Floor

San Francisco, California




REPORTED BY:

Ingrid Skorobohaty


CSR No. 11669

Steven Ganz

1          A.    Yes.

2          Q.    Where did you shop around?

3          A.    Through the Sunday ads and probably Amazon.

4          Q.    And what features were important to you when

5    you were shopping around for this Dell computer system?

6          A.    Speed of the CPU, RAM, hard-drive space,

7    whether it had a video sound card.

8          Q.    What size was the monitor for the Dell

9    computer system?

10         A.    17-inch.

11         Q.    Do you know who manufactured the CRT that you

12   believe was inside the Dell computer monitor?

13         A.    I do not.

14         Q.    How about for the HP computer monitor?

15         A.    I do not.

16         Q.    Were you happy with your Dell computer system

17   purchase?

18         A.    Yes.

19         Q.    It performed according to what you believed it

20   should have performed?

21         A.    Yes.

22         Q.    And that includes -- your answer includes the

23   monitor?

24         A.    Yes.

25         Q.    Do you believe you paid a fair price for the

                                                            53

Steven Ganz

```
1          A.   Yes.

2          Q.   Do you know if the Philips television you

3     purchased contained a CRT?

4          A.   I assume so by its shape and size.

5          Q.   Did you open it to confirm that there was a

6     CRT inside of it?

7          A.   No.

8          Q.   Did you review any technical specifications

9     that indicate there is a CRT inside of it?

10         A.   No.

11         Q.   Do you know who would have manufactured the

12    CRT that you believe is inside your TV?

13         A.   I do not know.

14         Q.   Do you know if Hitachi manufactured the CRT

15    you believe is inside your TV?

16         A.   I do not know.

17         Q.   How about Samsung?

18         A.   I don't know.

19         Q.   Any other defendant in this case?

20         A.   I am not sure.

21         Q.   Are you aware that there are other

22    manufacturers of CRTs besides the companies that are

23    named as defendants in this case?

24         A.   Yes.

25         Q.   Is it possible that one of those other
```

59

**Steven Ganz**

```
1           Q.    A different television?

2           A.    Different.  We have two in our house.

3           Q.    And was the television that you replaced a

4     television containing a CRT?

5           A.    I assume so.

6           Q.    Do you know what brand that one was?

7           A.    I do not.  I don't even remember the TV at

8     all.

9           Q.    The Toshiba television that you purchased,

10    does it contain a CRT?

11          A.    Again, I assume so, by shape and size.

12          Q.    But you didn't open it up to confirm?

13          A.    I did not.

14          Q.    Did you review any technical specifications

15    that indicated it contained a CRT?

16          A.    No.

17          Q.    Do you know who manufactured the CRT that you

18    believe is inside the Toshiba television?

19          A.    No.

20                (Exhibit 73 marked)

21                MS. CHIU:  Q.  The court reporter has just

22    handed you a document that has been marked Exhibit

23    No. 73.  Do you recognize this document?

24          A.    I do.

25          Q.    And for the record, I'll just state that this
```

75

Steven Ganz

```
1          A.   I do not.

2          Q.   Do you believe that it was a defendant that

3     manufactured the CRT that you believe is inside this

4     Toshiba television?

5          A.   I assume so, but I do not know.

6          Q.   And you're aware that there are other

7     manufacturers of CRTs besides the defendants in this

8     case?

9          A.   Yes.

10              MR. GRALEWSKI:  Object to the form.  Asked and

11    answered.

12              MS. CHIU:  Q.  So it's possible that a

13    non-defendant manufactured the CRT that you believe is

14    contained in your Toshiba television?

15              MR. GRALEWSKI:  Object to the form.  Calls for

16    speculation.

17              THE WITNESS:  I do not know.  I mean,

18    possible, but I do not know.

19              MS. CHIU:  Q.  So it is possible?

20              MR. GRALEWSKI:  Object to the form.  Calls for

21    speculation, asked and answered.

22              THE WITNESS:  I do not know.

23              MS. CHIU:  Q.  Just to clarify, you're not

24    aware of who manufactured the CRT you believe is inside

25    the Toshiba television?
```

US Legal Support
888-575-3376

**Steven Ganz**

1          A.    I do not.

2          Q.    Do you know who manufactured the Toshiba

3     television?

4          A.    I do not know.

5          Q.    Do you know how much the television

6     manufacturer paid for the CRT you believe is inside of

7     it?

8          A.    I do not.

9          Q.    Do you know where the manufacturer purchased

10    the CRT you believe is inside of it?

11         A.    I do not.

12              (Exhibit 74 marked)

13              MS. CHIU:  Q.  So the court reporter has just

14    handed you a document that is marked as Exhibit No. 74.

15    Do you recognize this document?

16         A.    I do.

17         Q.·  And I'll just state for the record that this

18    document is Bates-labeled CRT000244 to 246.

19              Mr. Ganz, could you please identify this

20    document.

21         A.    These are photos I took of the TV in my

22    bedroom.

23         Q.    When you say "the TV," you mean the Toshiba

24    television?

25         A.    The Toshiba television, yes.

                                                            81

Steven Ganz

1    guilty to fixing prices, and Chunghwa has admitted to

2    doing so.

3              MS. CHIU:  Mr. Ganz, you --

4              MR. GRALEWSKI:  Counsel, before you proceed, I

5    want to withdraw my objections.  I understand that you

6    were asking about the Philips television first, and now

7    you're asking about the Toshiba, so I apologize and

8    withdraw my asked-and-answered objections.

9              MS. CHIU:  Q.  So Mr. Ganz, with respect to

10   the Toshiba television you purchased, you are not aware

11   whether Samsung manufactured the CRT that you believe is

12   inside the Toshiba television?

13             MR. GRALEWSKI:  Object to the form.  Asked and

14   answered.

15             THE WITNESS:  I do not know the manufacturer

16   of the CRT.

17         .·      MS. CHIU:  Q.  So you also don't know if

18   Chunghwa manufactured the CRT in the Toshiba TV?

19             MR. GRALEWSKI:  Same objection.

20             THE WITNESS:  Correct.

21             MS. CHIU:  Q.  Do you know what -- what do you

22   believe the Toshiba television should have cost?

23        A.   I do not have a fixed price.

24        Q.   I'm sorry?

25        A.   I do not have a price.  I do not know.

                                                        105