# Exhibit 72

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                 (SAN FRANCISCO DIVISION)

 3                                    )
     IN RE:  CATHODE RAY TUBE (CRT)   )
 4   ANTITRUST LITIGATION             )    Case No.
                                      )    07-5944 SC
 5   _____)
                                      )
     THIS DOCUMENT RELATES TO:        )    MDL No. 1917
 6                                    )
     INDIRECT PURCHASER ACTIONS       )
 7   _____)

 8
             SUPERIOR COURT OF THE STATE OF CALIFORNIA
 9              CITY AND COUNTY OF SAN FRANCISCO

10   _____
                                      )
     STATE OF CALIFORNIA, et al.,     )
11                                    )
                  Plaintiffs,         )
12                                    )    Case No.
     vs.                              )    CGC-11-51584
13                                    )
     SAMSUNG SDI, INC., CO., LTD.,    )
14   et al.,                          )
                                      )
15                Defendants.         )
     _____)
16

17   VIDEOTAPED
     DEPOSITION OF:        DAVID RANDALL ROOKS
18
     TAKEN ON BEHALF OF:   TOSHIBA DEFENDANTS
19
     DATE TAKEN:           FRIDAY, NOVEMBER 30, 2012
20
     TIME:                 9:10 A.M. - 2:57 P.M.
21
     PLACE:                20 NORTH ORANGE AVENUE
22                         SUITE 1600
                           ORLANDO, FLORIDA  32801
23
     TAKEN BEFORE:         NINETTE LONG, RPR, FPR, CLR
24                         AND NOTARY PUBLIC

25
```

```
 1      Q.   You don't know.
 2      A.   Yeah.  I don't know.
 3      Q.   Okay.  Can you identify the model number of
 4  the television you purchased?
 5      A.   If it's on the invoice.  That's the only way
 6  I'd be able to identify it, the model number.
 7      Q.   Okay.  So is that the only document you have
 8  that would refresh your recollection?
 9      A.   Yes.
10      Q.   Do you still have the Panasonic television?
11      A.   No.
12      Q.   Mr. Rooks, I'm going to hand you a document
13  that has been already marked as Exhibit 373.  So if you
14  could turn to the second page of this document where it
15  says Samsung Exhibit B34 at the top.
16      A.   Uh-huh.
17      Q.   Does this document look familiar to you?
18      A.   Yes.
19      Q.   Under No. 1, where it says CRT Product,
20  Panasonic Television Model CT36HX41, is that the model
21  number of your Panasonic television?
22      A.   If that's what it says on the invoice.
23      Q.   Okay.  Let's take a look at the invoice.
24           MS. NAIFEH:  So we don't have the copies yet,
25      do we, from --
```

DAVID RANDALL ROOKS

BARKLEY
Court Reporters

```
 1        Q.   Okay.  Were you concerned about -- what would
 2   happen after the extended warranty expired?
 3        A.   No.
 4        Q.   Okay.  Why not?
 5        A.   At that point in time, if we're talking about
 6   four years, you're talking about an average of $500 a
 7   year for a television set.  I was comfortable at that
 8   point in time with that.  And then if after four or five
 9   years I needed to get a new television set, then that
10   was fine.
11        Q.   Was the size of the television important?
12        A.   Yes.
13        Q.   Why?
14        A.   Bigger picture.
15        Q.   Were there other larger TVs you could have
16   bought?
17        A.   Yes.
18        Q.   And why didn't you buy those?
19        A.   Price.
20        Q.   Was the manufacturer of the cathode ray tube
21   important?
22        A.   No.
23        Q.   Do you know who manufactured the cathode ray
24   tube inside your television?
25        A.   No.
```