# Exhibit 73

**CERTIFIED COPY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


In Re:  CATHODE RAY TUBE        Master File No.

(CRT) ANTITRUST LITIGATION,    3:07-cv-05944 SC

                               MDL NO. 1917

_____

This Document Relates to:

ALL INDIRECT PURCHASER

ACTIONS


DEPOSITION OF PATRICIA ANDREWS

November 7, 2012


Jennifer J. Albert, RPR
✪ 347945

 

(310) 207-8000 Los Angeles    (415) 433-5777 San Francisco    (949) 955-0400 Irvine       (858) 455-5444 San Diego
(916) 922-5777 Sacramento     (408) 885-0550 San Jose         (760) 322-2240 Palm Springs  (951) 686-0606 Riverside
(818) 702-0202 Woodland Hills (212) 808-8500 New York City    (347) 821-4611 Brooklyn      (518) 490-1910 Albany
(516) 277-9494 Garden City    (914) 510-9110 White Plains     (312) 379-5566 Chicago       (702) 366-0500 Las Vegas
          +33 1 70 72 65 26 Paris        +971 4 8137744 Dubai        +852 3693 1522 Hong Kong

03:48  1        A.    No.

03:48  2        Q.    So you couldn't say which Toshiba

03:48  3  entity manufactured your television?

03:48  4        A.    No.

03:48  5        Q.    So for ease of reference during the

03:48  6  remainder of the deposition I'm going to refer

03:48  7  to your TV generally as the Toshiba television,

03:48  8  but you don't know which Toshiba entity

03:48  9  manufactured or sold your television; is that

03:48 10  correct?

03:48 11        A.    I don't recall.

03:48 12        Q.    Does your Toshiba television contain

03:48 13  a CRT?

03:48 14        A.    Yes.

03:48 15        Q.    And how do you know that?

03:49 16        A.    I saw it.

03:49 17        Q.    Okay.  So you've opened the product

03:49 18  to confirm that it contains a CRT?

03:49 19        A.    Yes.

03:49 20        Q.    And you did that personally?

03:49 21        A.    No.

03:49 22        Q.    You had someone do that?

03:49 23        A.    Yes.

03:49 24        Q.    And who did you have do that for

03:49 25  you?

                            43

BARKLEY
Court Reporters

```
03:49   1          A.    My attorney, Mr. Wyatt, sent someone
03:49   2    to do that.
03:49   3          Q.    Do you know who manufactured the CRT
03:49   4    inside of the Toshiba television?
03:49   5          A.    I don't know who the manufacturer is
03:49   6    specifically.
03:49   7          Q.    Okay.  Do you know where that CRT
03:49   8    was manufactured?
03:49   9          A.    No.
03:49  10          Q.    Do you know where that CRT was first
03:49  11    sold?
03:49  12          A.    No.
03:50  13          Q.    Do you know the dimensions of your
03:50  14    Toshiba television?
03:50  15          A.    27-inch.
03:50  16          Q.    And do you know the dimensions of
03:50  17    the CRT inside that Toshiba television?
03:50  18          A.    No.
03:50  19          Q.    Is your Toshiba television
03:50  20    high-definition; do you know?
03:50  21          A.    I don't know.
03:50  22          Q.    Is it a color television?
03:50  23          A.    Yes.
03:50  24          Q.    And was the Toshiba television new
03:50  25    when you purchased it?
```

44

BARKLEY
Court Reporters