# Exhibit 74

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION
                         ---
 4

 5   In Re:  CATHODE RAY TUBE (CRT) )
     ANTITRUST LITIGATION,          )
 6                   Plaintiff,     )
                                    ) Case No.
 7                                  ) 07-5944 SC
                                    ) MDL No. 1917
 8   _____)
                                    )
 9   This Document Relates to:      )
     ALL ACTIONS,                   )
10   _____)

11

12

13

14      VIDEOTAPED DEPOSITION OF CHARLES JENKINS

15            WEDNESDAY, NOVEMBER 14, 2012

16

17

18

19

20

21

22

23

24

25   REPORTER:  MELISSA MAGEE, CSR, RMR
```

```
10:04   1    what you're looking at when you watch the
10:04   2    television.
10:04   3         Q    Okay.  Can you just explain to me how
10:04   4    it's obvious?
10:04   5         A    Well, the CRT is the thing that the
10:04   6    picture is on, isn't it?
10:04   7         Q    Are you asking for clarification?
10:04   8         A    No.
10:04   9         Q    Okay.
10:04  10         A    But I -- no, I -- let's start over.
10:04  11    Ask me the first question one more time.
10:04  12         Q    Okay.  How did you know that your
10:04  13    television contained a CRT?
10:04  14         A    The CRTs are the ones with the curve
10:05  15    screen, and that's what it is.  That's what it
10:05  16    has on it.
10:05  17         Q    Okay.  So if I'm understanding you
10:05  18    correctly, it was based on the television's
10:05  19    external appearance?
10:05  20         A    Yes.
10:05  21         Q    Did you open the television to confirm
10:05  22    that there was a CRT inside of it?
10:05  23         A    No.  A man from Birmingham came
10:05  24    yesterday and took the back off and took
10:05  25    pictures of it.
```

44

CHARLES JENKINS

| | | | |
|---|---|---|---|
| 10:05 | 1 | Q | Okay. So you didn't open the |
| 10:05 | 2 | | television? |
| 10:05 | 3 | A | No. |
| 10:05 | 4 | Q | But it has been opened? |
| 10:05 | 5 | A | Yes. |
| 10:05 | 6 | Q | And who was the person that opened the |
| 10:05 | 7 | | television? |
| 10:05 | 8 | A | An associate of Mr. Methvin's came |
| 10:05 | 9 | | from Birmingham and did that to take the |
| 10:05 | 10 | | pictures that you have in your display there. |
| 10:05 | 11 | Q | Okay. And so the person that opened |
| 10:05 | 12 | | the television opened it for purposes of this |
| 10:05 | 13 | | litigation; is that correct? |
| 10:05 | 14 | A | Right. |
| 10:05 | 15 | Q | And before yesterday when the |
| 10:05 | 16 | | associate of Mr. Methvin's opened the |
| 10:05 | 17 | | television, you had never made any attempts to |
| 10:05 | 18 | | open your television? |
| 10:06 | 19 | A | No. |
| 10:06 | 20 | Q | Were you present when the attorney |
| 10:06 | 21 | | opened the television? |
| 10:06 | 22 | A | The attorney didn't open it. It was |
| 10:06 | 23 | | one of his associates. |
| 10:06 | 24 | Q | I'm sorry. Were you present when -- |
| 10:06 | 25 | A | Yes. |

CHARLES JENKINS

BARKLEY
Court Reporters