# Exhibit 75

**Brigid Terry**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

= = = = = = = = = = = = = = = = = = = = = = = = =

IN RE:  CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

                              Master File No.
                              CV-07-5944-SC
This Document Relates to:

                              MDL No. 1917

ALL INDIRECT PURCHASER ACTIONS

= = = = = = = = = = = = = = = = = = = = = = = = =

Deposition of:

BRIGID TERRY

Janesville, Wisconsin

October 17, 2012

Reported by:  Taunia Northouse, RDR, CRR

Brigid Terry

|    |   |                                                                |
|----|---|----------------------------------------------------------------|
| 1  |   | something or other -- "replace with a cathode ray              |
| 2  |   | tube of the same type for continued safety."                   |
| 3  |   | So I believe that this number refers to the                    |
| 4  |   | tube.  I don't think it was on the tube, but it                |
| 5  |   | refers to the tube.                                            |
| 6  | Q | Okay.  All right.                                              |
| 7  |   | MS. CHIU:  So let's go ahead and                               |
| 8  |   | mark the next photograph as Exhibit 432.                       |
| 9  |   | (Exhibit No. 432 marked for                                    |
| 10 |   | identification)                                                |
| 11 | Q | So, Ms. Terry, we've just handed you an exhibit                |
| 12 |   | that's been marked as Exhibit 432.  It's another               |
| 13 |   | photograph.  Have you seen this photograph before              |
| 14 |   | today?                                                         |
| 15 | A | I have.                                                        |
| 16 | Q | And did you take this picture?                                 |
| 17 | A | I did.                                                         |
| 18 | Q | Can you tell us what this picture is of?                       |
| 19 | A | My understanding is this is the tube.                          |
| 20 | Q | Okay.  And how do you know that?                               |
| 21 | A | It was described to me that when I opened the back             |
| 22 |   | of my television, that this is what a cathode ray              |
| 23 |   | tube would look like.                                          |
| 24 | Q | And who told you that?                                         |
| 25 | A | My attorney.  Or Molly Scott, the legal assistant,             |

46

Brigid Terry

```
 1         I think is the one who described that to me.
 2     Q   And that's in Mr. Mansfield's office; is that
 3         correct?
 4     A   Correct.
 5     Q   And from the picture there's nothing indicating
 6         that this is -- it doesn't say "Toshiba" or
 7         anything else on this picture?
 8     A   Not on this picture, no.
 9     Q   But you're telling us that you took the back off
10         the television that says Toshiba on the front and
11         that's what you saw inside?
12     A   Uh-huh, yes.  I'm so sorry, yes.
13     Q   You can set that one down.
14                 MS. CHIU:  So let's mark the next
15             photograph as Exhibit 433.
16                 (Exhibit No. 433 marked for
17                 identification)
18     Q   So, Ms. Terry, I've just handed you a photograph
19         that's been marked Exhibit 433.  Do you recognize
20         this document?
21     A   I do.
22     Q   Did you take this photograph?
23     A   I did.
24     Q   And what is it a photograph of?
25     A   This is a photograph of the sticker that is on the
```

47