# Exhibit 76

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2

 3

 4
                                          )
 5      IN RE CATHODE RAY TUBE (CRT)      )No. 07-5944-SC
        ANTITRUST LITIGATION              )MDL No. 1917
 6                                        )
                                          )
 7                                        )Judge:  Hon. Samuel
                                          )Conti
 8      This Document Relates to:         )
                                          )Special Master:
 9      INDIRECT PURCHASER ACTIONS        )Hon. Charles A. Legge
                                          )(Ret.)
10                                        )
                                          )
11

12

13

14                       D E P O S I T I O N

15

16         The videotape deposition of TONY McKEE taken on

17      behalf of the Defendants pursuant to the Federal Rules of

18      Civil Procedure before:

19                  RICK, J. FLORES, CSR
                    KELLEY, YORK & ASSOCIATES, LTD.
20                  515 South Main, Suite 105
                    Wichita, KS   67202
21

22      a Certified Shorthand Reporter of Kansas, at 419 North

23      Kansas Avenue, Liberal, Seward County, Kansas, on the

24      28th day of September, 2012, at 10:17 a.m.

25


                                  1
```

TONY McKEE

BARKLEY
Court Reporters

```
 1              THE WITNESS:  Okay.  You have
 2      asked --
 3              MR. GRALEWSKI:  Hold on a second,
 4      there's no question pending; okay?  So I just
 5      want to see if counsel on the phone has any
 6      questions.  Do either one of you on the phone
 7      have any questions?
 8              MR. HEIN:  I think they both
 9      said that they would not.
10              MR. MALAISE:  Chuck Malaise.  I
11      do not.
12              MR. McALLISTER:  This is Aaron
13      McAllister.  I don't have any questions.
14              CROSS-EXAMINATION
15  MR. GRALEWSKI:
16  Q.  I have a few questions for the witness.
17      Thank you for your time today.  Mr. McKee, we
18      just had a 15 minute break or so; correct?
19  A.  Yes.
20  Q.  And what did you do during that break?
21  A.  We went to where the monitors are stored,
22      removed the covers off of them, discovered
23      that they have CRT monitors, and the CRT
24      monitors were manufactured by people named in
25      the suit.
```

140

TONY McKEE

BARKLEY
Court Reporters