# Exhibit 78

—————————————— Produced on 9/7/11 ——————————————

**SAMSUNG EXHIBIT B21**

**PLAINTIFF FRANK WARNER**

1. **CRT PRODUCT:**
   a.  Compaq V720 computer monitor – S/N: 208CL26EC596
   b.  Pixie 15" computer monitor - S/N: czc00807130
   c.  Pixie 15" computer monitor - S/N: czc0807126
   d.  KDS 14" computer monitor – UPC: 0781257141028
   e.  KDS 17" computer monitor – UPC: 0088698200087
   f.  AOC Color Monitor CT720G – S/N: K1PN4CA871647

2. **DATE OF PURCHASE:**
   a.  After 2/02
   b.  10/23/00
   c.  10/23/00
   d.  3/18/98
   e.  4/5/99
   f.  Not available

3. **LOCATION of PURCHASE:**
   a.  Not available
   b.  Comp USA, 3539 Riverdale Road, Memphis, TN 38115
   c.  Comp USA, 3539 Riverdale Road, Memphis, TN 38115
   d.  Ingram Micro TLP, 3820 Micro Drive, Millington, TN 38053
   e.  Ingram Micro TLP, 3820 Micro Drive, Millington, TN 38053
   f.  Envision Peripherals, 47490 Seabridge Drive, Fremont, CA 94538

4. **PERSONS INVOLVED IN PURCHASES:**  Frank Warner (plaintiff)

5. **PRICE:**
   a.  Not available
   b.  $119.99
   c.  $119.99
   d.  $86.50
   e.  $222.50
   f.  Not available

6. **TAXES/FEES:**  The standard sales tax was applied to the purchases of the computer monitors.

7. **BUNDLE:**  None of the computer monitors were purchased as part of a bundle or system.

23

Produced on 9/7/11

8. **WARRANTIES:**  None other than any standard manufacturers' warranties.

9. **PURPOSE of PURCHASE:**  Mr. Warner purchased certain of the computer monitors for personal use and certain ones for use in connection with his business and not for resale.

See also CRT000104-105 and CRT000565-571.

24