# Exhibits 79-90

# Submitted Under Seal