David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:      206.359.8000
Facsimile:      206.359.9000

Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:      415.344.7120
Facsimile:      415.344.7320

Attorneys for Plaintiff
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC MDL No. 1917 |
| This document relates to: | Judge: Honorable Samuel Conti |
| Case No. C 11-6397 SC | Special Master: Hon. Charles A. Legge (Ret.) |
| COSTCO WHOLESALE CORPORATION, | **NOTICE OF APPEARANCE OF STEVEN D. MERRIMAN** |
| Plaintiff, | |
| v. | |
| HITACHI, LTD., et al., | |
| Defendants. | |

1   TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND ALL INTERESTED

2   PARTIES AND THEIR ATTORNEYS OF RECORD:

3          PLEASE TAKE NOTICE, pursuant to Pretrial Order No. 1 ¶¶ 5, 6 [Dkt. No. 230], that

4   Steven D. Merriman of Perkins Coie LLP, a member of the State Bar of Washington and admitted

5   to practice before the U.S. District Court for the Western District of Washington, is appearing as

6   counsel of record for Plaintiff Costco Wholesale Corporation.  Copies of all documents and

7   pleadings filed in this litigation are to be electronically served using the contact information

8   below.

9              Steven D. Merriman
              PERKINS COIE LLP
10             1201 Third Avenue, Suite 4900
              Seattle, WA 98101-3099
11             Telephone:  206.359.8000
              Facsimile:  206.359.9000
12             Email:  SMerriman@perkinscoie.com

13

14  DATED:  April 26, 2013              **PERKINS COIE LLP**

15                                      By: /s/    Steven D. Merriman
                                        Steven D. Merriman (admitted *pro hac vice*)
16                                      David J. Burman (admitted *pro hac vice*)
                                        Cori G. Moore (admitted *pro hac vice*)
17                                      Nicholas H. Hesterberg (admitted *pro hac vice*)
                                        Eric J. Weiss (admitted *pro hac vice*)
18                                      **PERKINS COIE LLP**
                                        1201 Third Avenue, Suite 4900
19                                      Seattle, WA 98101-3099
                                        Telephone:     206.359.8000
20                                      Facsimile:     206.359.9000

21                                      Joren Bass, State Bar No. 208143
                                        JBass@perkinscoie.com
22                                      **PERKINS COIE LLP**
                                        Four Embarcadero Center, Suite 2400
23                                      San Francisco, CA  94111-4131
                                        Telephone:     415.344.7120
24                                      Facsimile:     415.344.7320

25                                      Attorneys for Plaintiff
                                        COSTCO WHOLESALE CORPORATION
26  LEGAL26049187

27

28

                                        1
NOTICE OF APPEARANCE OF STEVEN D. MERRIMAN
Case No. 07-5944-SC; MDL No. 1917