1  David J. Burman (admitted *pro hac vice*)
   Cori G. Moore (admitted *pro hac vice*)
2  Nicholas H. Hesterberg (admitted *pro hac vice*)
   Steven D. Merriman (admitted *pro hac vice*)
3  Eric J. Weiss (admitted *pro hac vice*)
   **PERKINS COIE LLP**
4  1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099
5  Telephone:    206.359.8000
   Facsimile:    206.359.9000
6
   Joren Bass, State Bar No. 208143
7  JBass@perkinscoie.com
   **PERKINS COIE LLP**
8  Four Embarcadero Center, Suite 2400
   San Francisco, CA 94111-4131
9  Telephone:    415.344.7120
   Facsimile:    415.344.7320
10
   Attorneys for Plaintiff
11 COSTCO WHOLESALE CORPORATION

12              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
13                 SAN FRANCISCO DIVISION

14

15 | IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC
16 | | MDL No. 1917
17 | This document relates to: | Judge: Honorable Samuel Conti
18 | Case No. C 11-6397 SC | Special Master: Hon. Charles A. Legge (Ret.)
19 | COSTCO WHOLESALE CORPORATION, | **NOTICE OF APPEARANCE OF ERIC J. WEISS**
20 | Plaintiff, |
21 | v. |
22 | HITACHI, LTD., et al., |
23 | Defendants. |

24

25

26

27

28

NOTICE OF APPEARANCE OF ERIC J. WEISS
Case No. 07-5944-SC; MDL No. 1917

1 | TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND ALL INTERESTED
2 | PARTIES AND THEIR ATTORNEYS OF RECORD:
3 |   PLEASE TAKE NOTICE, pursuant to Pretrial Order No. 1 ¶¶ 5, 6 [Dkt. No. 230], that
4 | Eric J. Weiss of Perkins Coie LLP, a member of the State Bar of Washington and admitted to
5 | practice before the U.S. District Court for the Eastern District of Wisconsin, is appearing as
6 | counsel of record for Plaintiff Costco Wholesale Corporation. Copies of all documents and
7 | pleadings filed in this litigation are to be electronically served using the contact information
8 | below.

  Eric J. Weiss
  PERKINS COIE LLP
  1201 Third Avenue, Suite 4900
  Seattle, WA 98101-3099
  Telephone: 206.359.8000
  Facsimile: 206.359.9000
  Email: EWeiss@perkinscoie.com

DATED: April 26, 2013  **PERKINS COIE LLP**

By: /s/ Eric J. Weiss
Eric J. Weiss (admitted *pro hac vice*)
David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

Attorneys for Plaintiff
COSTCO WHOLESALE CORPORATION

LEGAL26050387