Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax (650) 461-5700

Attorneys for Defendant Thomson
Consumer Electronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT THOMSON CONSUMER ELECTRONICS, INC. TO RESPOND TO COMPLAINT** |
| *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | |

1  Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of
2  America, Inc.(collectively, "Sharp") enter into this Stipulation with Thomson Consumer Electronics, Inc.
3  (n/k/a Technicolor USA, Inc.) ("Thomson Consumer") concerning the matter entitled *Sharp Electronics*
4  *Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT)*
5  *Antitrust Litigation*, No. 07-cv-05944, by an Order of Judge Samuel Conti on March 26, 2013.

6  THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

7  WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of
8  California alleging antitrust violations by manufacturers, distributors and sellers of CRT and CRT
9  Products, captioned *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173 (the "Sharp
10 Complaint");

11 WHEREAS, on March 25, 2013, Sharp served Thomson Consumer with a copy of the
12 Sharp Complaint;

13 WHEREAS, counsel for Sharp and Thomson Consumer have agreed that Thomson
14 Consumer will answer, move, or otherwise respond to the Sharp Complaint on or before May 17, 2013;

15 NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(a), SHARP AND
16 THOMSON CONSUMER, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,
17 HEREBY STIPULATE AS FOLLOWS:

18 1. The deadline for Thomson Consumer to answer, move, or otherwise respond to the
19 Sharp Complaint shall be extended until May 17, 2013;

20 2. This Stipulation does not constitute a waiver by Thomson Consumer, or any entity
21 affiliated with Thomson Consumer, of any defense, including but not limited to the defenses of lack of
22 personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of
23 process.

24 IT IS SO STIPULATED.

25 Dated: May 1, 2013          By:   /s/ Robert A. Sacks
                                     Robert A. Sacks (SBN 150146)
26                                   Rory P. Culver (SBN 271868)
                                     SULLIVAN & CROMWELL LLP
27                                   1888 Century Park East, Suite 2100
                                     Los Angeles, California 90067
28

|  |  |
|---|---|
| 1 | Tel.: (310) 712-6600 |
| 2 | Fax: (310) 712-8800 |
| 3 | Laura Kabler Oswell (SBN 241281) |
|   | SULLIVAN & CROMWELL LLP |
|   | 1870 Embarcadero Road |
| 4 | Palo Alto, California 94303 |
|   | Tel.: (650) 461-5600 |
| 5 | Fax: (650) 461-5700 |
| 6 | *Attorneys for Defendant Thomson Consumer Electronics, Inc.* |

By: /s/ Craig A. Benson
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Tel.: (415) 788-8200
Fax: (415) 788-8808

Kenneth A. Gallo
Joseph J. Simons
Craig A. Benson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel.: (202) 223-7356
Fax: (202) 204-7356

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America*

Pursuant to General Order Section X-B, the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  May 1, 2013           /s/ Robert A. Sacks