1

*(Stipulating Parties Listed on Signature Pages)*

2

3

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

4

5

**In re: CATHODE RAY TUBE (CRT)**
**ANTITRUST LITIGATION**

Case No. 07-5944 SC

6

MDL No. 1917

7

This Document Relates to:

**STIPULATION AND [PROPOSED]**
**ORDER REGARDING SPECIAL**
**MASTER'S MAY 2, 2013 REPORT**
**AND RECOMMENDATION ON**
**MOTIONS TO DISMISS DIRECT**
**ACTION COMPLAINTS**

8

*Electrograph Systems, Inc., et al. v. Hitachi,*
*Ltd., et al.*, No. 11-cv-01656;

9

10

*Stoebner, et al. v. LG Electronics, et al.*, No.
11-cv-05381;

11

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

12

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*,
No. 11-cv-05513;

13

14

*Target Corp, et al. v. Chunghwa Picture Tubes,*
*Ltd., et al.*, No. 11-cv-05514;

15

*Interbond Corporation of America v. Hitachi,*
*et al.*, No. 11-cv-06275;

16

17

*Office Depot, Inc. v. Hitachi Ltd., et al.*,
No. 11-cv-06276;

18

*CompuCom Systems, Inc. v. Hitachi, Ltd.,*
*et al.*, No. 11-cv-06396;

19

20

*Costco Wholesale Corporation v. Hitachi, Ltd.,*
*et al.*, No. 11-cv-06397;

21

*P.C. Richard & Son Long Island Corporation,*
*et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

22

23

*Schultze Agency Services, LLC, et al. v.*
*Hitachi, Ltd., et al.*, No. 12-cv-02649.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

Case No. 07-5944
MDL NO. 1917

1       WHEREAS, on August 17, 2012, the undersigned Defendants jointly moved to dismiss

2 various claims asserted in the complaints filed by Direct Action Plaintiffs ("DAPs") (Dkt. Nos.

3 1317 & 1318);

4       WHEREAS, on August 17, 2012, Defendants Samsung Electronics Co., Ltd. and

5 Samsung Electronics America, Inc. (collectively the "Samsung Electronics Defendants") filed a

6 separate motion to dismiss DAPs' claims against those Defendants (Dkt. No. 1316);

7       WHEREAS, on August 17, 2012, Defendants Koninklijke Philips Electronics N.V. and

8 Philips Electronics North America Corporation (collectively the "Philips Defendants") filed a

9 separate motion to dismiss DAPs' claims against those Defendants (Dkt. No. 1319), which

10 Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei

11 Co. (collectively the "LG Electronics Defendants") joined on August 20, 2012 (Dkt. 1320);

12       WHEREAS, on September 28, 2012, DAPs filed papers opposing the Motions to Dismiss[1]

13 (Dkt. Nos. 1382, 1383, and 1384; *see also* Dkt. No. 1387);

14       WHEREAS, on October 26, 2012, Defendants filed reply papers in support of the Motions

15 to Dismiss (Dkt. Nos. 1418, 1419, 1420, 1421, and 1422);

16       WHEREAS, on February 14, 2013, Special Master Charles A. Legge heard argument on

17 the Motions to Dismiss;

18       WHEREAS, on May 2, 2013, Special Master Legge issued a Report and Recommendation

19 Regarding the Motions to Dismiss (Dkt. No. 1664) ("R&R");

20       WHEREAS, the Motions to Dismiss and subsequent R&R cover a large number of legal

21 issues that span both DAPs' federal claims and claims brought under the laws of 17 different

22 states;

23

24

---

[1]    As used herein, the term "Motions to Dismiss" refers collectively to the three motions
25 Defendants filed on August 17, 2012. Defendants sought judgment on the pleadings as to the
complaint in *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Dkt. No.
26 5) (Mar. 10, 2011), as Defendants have already filed answers to that complaint. For ease of
reference and consistency with Special Master Legge's approach, this Stipulation refers to the
27 three motions as "Motions to Dismiss."

28 STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON      2      Case No. 07-5944
MOTIONS TO DISMISS DIRECT ACTION      MDL NO. 1917
COMPLAINTS

1    WHEREAS, Defendants and DAPs (collectively "the Parties") intend to move to adopt or

2    object to various portions of the R&R;

3    WHEREAS, the Parties desire to set forth a streamlined process for moving to adopt and

4    objecting to the R&R that will avoid simultaneous, competing briefing on the same issues.

5    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs

6    and counsel for the Defendants in the above-captioned actions, as follows:

7                                        **FORM OF BRIEFING**

8    1.    The Parties shall file position statements as set forth below.  The position

9    statements shall be short and non-argumentative.

10   2.    Opening briefs will be limited to arguments in support of <u>objections</u> to portions of

11   the R&R;

12   3.    Arguments in support of adopting portions of the R&R will be reserved for the

13   Parties' responsive briefs.[2]

14                                       **BRIEFING SCHEDULE**

15   1.    The Parties' position statements will be filed on or before May 16, 2013;

16   2.    The Parties' opening briefs will be filed on or before May 31, 2013;

17   3.    Responsive briefs will be filed on or before June 28, 2013;

18   4.    Reply briefs will be filed on or before July 26, 2013.

19                                       **POSITION STATEMENTS**

20   The Parties shall set forth their positions on the portions of the R&R to which they intend

21   to object, and which portions of the R&R they intend to move to adopt.  To the extent the Parties'

22   position statements indicate that they intend to move to adopt a specific portion of the R&R, that

23   will be deemed a "motion to adopt" under the Court's orders setting forth the procedure for

24   moving to adopt a report and recommendation of the Special Master (*see, e.g.*, Dkt. Nos. 302,

25

26   _____

[2]    The Parties may file separate briefs to address the discrete issues raised in (i) the
27   Defendants' joint Motion to Dismiss, (ii) the Samsung Electronics Defendants' Motion to
Dismiss, and (iii) the Philips Defendants' and LG Electronics Defendants' Motions to Dismiss.

28   STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON          3               Case No. 07-5944
MOTIONS TO DISMISS DIRECT ACTION                           MDL NO. 1917
COMPLAINTS

446, 1298); the Parties need not file a separate motion to adopt, and instead may address arguments in support of adopting portions of the R&R in their respective responsive briefs.

***

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

Dated:  May 8, 2013                O'MELVENY & MYERS LLP

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
Email: kfeder@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
E-mail: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
E-mail: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
E-mail: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN
E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
E-mail: david.yohai@weil.com

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

4

Case No. 07-5944
MDL NO. 1917

| | |
|---|---|
| 1 | ADAM C. HEMLOCK (*pro hac vice*)<br>E-mail: adam.hemlock@weil.com |
| 2 | **WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue |
| 3 | New York, New York 10153-0119<br>Telephone: (212) 310-8000 |
| 4 | Facsimile: (212) 310-8007 |
| 5 | *Attorneys for Defendants Panasonic Corporation (f/k/a* |
| 6 | *Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display* |
| 7 | *Co., Ltd.* |
| 8 | MORGAN, LEWIS & BOCKIUS LLP |
| 9 | By: /s/ Kent M. Roger |
| 10 | KENT M. ROGER (SBN 95987)<br>E-mail: kroger@morganlewis.com<br>MICHELLE PARK CHIU (SBN 248421) |
| 11 | E-mail: mchiu@morganlewis.com<br>One Market, Spear Street Tower |
| 12 | San Francisco, California 94105-1126<br>Telephone: (415) 442-1000 |
| 13 | Facsimile: (415) 442-1001 |
| 14 | J. CLAYTON EVERETT, JR. (*pro hac vice*)<br>E-mail: jeverett@morganlewis.com |
| 15 | SCOTT A. STEMPEL (*pro hac vice*)<br>E-mail: sstempel@morganlewis.com |
| 16 | **MORGAN, LEWIS & BOCKIUS LLP**<br>111 Pennsylvania Avenue, NW |
| 17 | Washington, DC 20004<br>Telephone: (202) 739-3000 |
| 18 | Facsimile: (202) 739-3001 |
| 19 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi* |
| 20 | *Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 21 | |
| 22 | MUNGER, TOLLES & OLSON LLP |
| 23 | By: /s/ Hojoon Hwang |
| 24 | HOJOON HWANG (SBN 184950)<br>E-mail: Hojoon.Hwang@mto.com |
| 25 | 560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907 |
| 26 | Telephone: (415) 512-4000<br>Facsimile: (415) 512-4077 |
| 27 | WILLIAM D. TEMKO (SBN 098858)<br>E-mail: William.Temko@mto.com |
| 28 | |

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

5

Case No. 07-5944
MDL NO. 1917

JONATHAN E. ALTMAN (SBN 170607)
E-mail: Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
E-mail: Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

WHITE & CASE LLP

By: /s/ Lucius B. Lau
CHRISTOPHER M. CURRAN (*pro hac vice*)
E-mail: ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
E-mail: alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
E-mail: defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba*

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

6

Case No. 07-5944
MDL NO. 1917

*America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
JON V. SWENSON (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
E-mail: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
E-mail: joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
Rachel S. Brass (SBN 219301)
Email: rbrass@gibsondunn.com
Joel S. Sanders (SBN 107234)
Email: jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) as to the Target Am. Compl., P.C. Richard Compl., Tweeter Compl., CompuCom Compl., Interbond Compl., Costco Compl., Office Depot Compl. and Best Buy Compl. only*

PERKINS COIE LLP

By: /s/ David J. Burman

STIPULATION AND [PROPOSED] ORDER REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

7

Case No. 07-5944
MDL NO. 1917

DAVID J. BURMAN (*pro hac vice*)
Email: DBurman@perkinscoie.com
CORI G. MOORE (*pro hac vice*)
Email: CGMoore@perkisncoie.com
ERIC J. WEISS (*pro hac vice*)
Email: EWeiss@perkinscoie.com
NICHOLAS H. HESTERBERG (*pro hac vice*)
Email: NHesterberg@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

JOREN BASS (Bar No. 208143)
Email: JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno
PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com
JENNIFER MILICI
Email: jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
Email: ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

8

Case No. 07-5944
MDL NO. 1917

Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs and
Attorneys for Plaintiffs Electrograph Systems, Inc.,
Electrograph Technologies, Corp., Office Depot, Inc.,
Compucom Systems, Inc., Interbond Corporation of
America, P.C. Richard & Son Long Island
Corporation, Marta Cooperative of America, Inc., ABC
Appliance, Inc., Schultze Agency Services LLC on
behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: /s/ Roman M. Silberfeld
ROMAN M. SILBERFELD (SBN 62783)
Email: RMSilberfeld@rkmc.com
DAVID MARTINEZ (SBN 193183)
Email: DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy
Purchasing LLC, Best Buy Enterprise Services, Inc.,
Best Buy Stores, L.P., Bestbuy.com, L.L.C., and
Magnolia Hi-Fi, LLC*

SUSMAN GODFREY L.L.P.

By: /s/ Kenneth S. Marks
H. LEE GODFREY
Email: lgodfrey@sumangodfrey.com
KENNETH S. MARKS
Email: kmarks@susmangodfrey.com
JONATHAN J. ROSS
Email: jross@susmangodfrey.com
JOHNNY W. CARTER
Email: jcarter@susmangodfrey.com
DAVID M. PETERSON
Email: dpeterson@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

PARKER C. FOLSE III
Email: pfolse@susmangodfrey.com
RACHEL S. BLACK
Email: rblack@susmangodfrey.com

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

9

Case No. 07-5944
MDL NO. 1917

JORDAN CONNORS
Email: jconnors@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of
the Circuit City Stores, Inc. Liquidating Trust*

CROWELL & MORING LLP

By: /s/ Jason C. Murray
JASON C. MURRAY (CA Bar No. 169806)
Email: jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

JEROME A. MURPHY (*pro hac vice*)
E-mail: jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)
Email: aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Counsel for Target Corp.*

KENNY NACHWALTER, P.A.

By: /s/ Richard Alan Arnold
RICHARD ALAN ARNOLD
Email: rarnold@knpa.com
WILLIAM J. BLECHMAN
Email: wblechman@knpa.com
KEVIN J. MURRAY
Email: kmurray@knpa.com
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

*Counsel for Plaintiff Sears, Roebuck and Co. and
Kmart Corp.*

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

10

Case No. 07-5944
MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LINDQUIST & VENNUM P.L.L.P.

By: /s/ Jessica L. Meyer
Jessica L. Meyer (SBN: 249064)
Email: jmeyer@lindquist.com
James M. Lockhart (*pro hac vice*)
Email: jlockhart@lindquist.com
James P. McCarthy (*pro hac vice*)
Email: jmccarthy@lindquist.com
Kelly G. Laudon (*pro hac vice*)
Email: klaudon@lindquist.com
**LINDQUIST & VENNUM P.L.L.P.**
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

*Attorneys for Plaintiffs John R. Stoebner, as Chapter 7
Trustee for PBE Consumer Electronics, LLC and
Related Entities; and Douglas A. Kelley, as Chapter 11
Trustee for Petters Company, Inc. and Related Entities,
and as Receiver for Petters Company, LLC and Related
Entities*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                                      Hon. Samuel Conti
                                                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

11

Case No. 07-5944
MDL NO. 1917