*(Stipulating Parties Listed on Signature Pages)*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS** |

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381;

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

STIPULATION AND [PROPOSED] ORDER REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

Case No. 07-5944
MDL NO. 1917

1    WHEREAS, on August 17, 2012, the undersigned Defendants jointly moved to dismiss

2    various claims asserted in the complaints filed by Direct Action Plaintiffs ("DAPs") (Dkt. Nos.

3    1317 & 1318);

4    WHEREAS, on August 17, 2012, Defendants Samsung Electronics Co., Ltd. and

5    Samsung Electronics America, Inc. (collectively the "Samsung Electronics Defendants") filed a

6    separate motion to dismiss DAPs' claims against those Defendants (Dkt. No. 1316);

7    WHEREAS, on August 17, 2012, Defendants Koninklijke Philips Electronics N.V. and

8    Philips Electronics North America Corporation (collectively the "Philips Defendants") filed a

9    separate motion to dismiss DAPs' claims against those Defendants (Dkt. No. 1319), which

10   Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei

11   Co. (collectively the "LG Electronics Defendants") joined on August 20, 2012 (Dkt. 1320);

12   WHEREAS, on September 28, 2012, DAPs filed papers opposing the Motions to Dismiss[1]

13   (Dkt. Nos. 1382, 1383, and 1384; *see also* Dkt. No. 1387);

14   WHEREAS, on October 26, 2012, Defendants filed reply papers in support of the Motions

15   to Dismiss (Dkt. Nos. 1418, 1419, 1420, 1421, and 1422);

16   WHEREAS, on February 14, 2013, Special Master Charles A. Legge heard argument on

17   the Motions to Dismiss;

18   WHEREAS, on May 2, 2013, Special Master Legge issued a Report and Recommendation

19   Regarding the Motions to Dismiss (Dkt. No. 1664) ("R&R");

20   WHEREAS, the Motions to Dismiss and subsequent R&R cover a large number of legal

21   issues that span both DAPs' federal claims and claims brought under the laws of 17 different

22   states;

23

24

25   [1]    As used herein, the term "Motions to Dismiss" refers collectively to the three motions
       Defendants filed on August 17, 2012. Defendants sought judgment on the pleadings as to the
26     complaint in *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Dkt. No.
       5) (Mar. 10, 2011), as Defendants have already filed answers to that complaint. For ease of
27     reference and consistency with Special Master Legge's approach, this Stipulation refers to the
       three motions as "Motions to Dismiss."

28   STIPULATION AND [PROPOSED] ORDER
     REGARDING SPECIAL MASTER'S MAY 2,
     2013 REPORT AND RECOMMENDATION ON          2          Case No. 07-5944
     MOTIONS TO DISMISS DIRECT ACTION                      MDL NO. 1917
     COMPLAINTS

1   WHEREAS, Defendants and DAPs (collectively "the Parties") intend to move to adopt or

2   object to various portions of the R&R;

3   WHEREAS, the Parties desire to set forth a streamlined process for moving to adopt and

4   objecting to the R&R that will avoid simultaneous, competing briefing on the same issues.

5   IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs

6   and counsel for the Defendants in the above-captioned actions, as follows:

7   **FORM OF BRIEFING**

8   1.   The Parties shall file position statements as set forth below.  The position

9   statements shall be short and non-argumentative.

10   2.   Opening briefs will be limited to arguments in support of <u>objections</u> to portions of

11   the R&R;

12   3.   Arguments in support of adopting portions of the R&R will be reserved for the

13   Parties' responsive briefs.[2]

14   **BRIEFING SCHEDULE**

15   1.   The Parties' position statements will be filed on or before May 16, 2013;

16   2.   The Parties' opening briefs will be filed on or before May 31, 2013;

17   3.   Responsive briefs will be filed on or before June 28, 2013;

18   4.   Reply briefs will be filed on or before July 26, 2013.

19   **POSITION STATEMENTS**

20   The Parties shall set forth their positions on the portions of the R&R to which they intend

21   to object, and which portions of the R&R they intend to move to adopt.  To the extent the Parties'

22   position statements indicate that they intend to move to adopt a specific portion of the R&R, that

23   will be deemed a "motion to adopt" under the Court's orders setting forth the procedure for

24   moving to adopt a report and recommendation of the Special Master (*see, e.g.*, Dkt. Nos. 302,

25

26   _____

[2]   The Parties may file separate briefs to address the discrete issues raised in (i) the

27   Defendants' joint Motion to Dismiss, (ii) the Samsung Electronics Defendants' Motion to
Dismiss, and (iii) the Philips Defendants' and LG Electronics Defendants' Motions to Dismiss.

28   STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON          3          Case No. 07-5944
MOTIONS TO DISMISS DIRECT ACTION                              MDL NO. 1917
COMPLAINTS

1    446, 1298); the Parties need not file a separate motion to adopt, and instead may address

2    arguments in support of adopting portions of the R&R in their respective responsive briefs.

3                            \*\*\*

4        The undersigned Parties jointly and respectfully request that the Court enter this

5    stipulation as an order.

6

7        Dated:  May 8, 2013             O'MELVENY & MYERS LLP

8                           By: /s/ Ian Simmons

9                           IAN SIMMONS (*pro hac vice*)
                          Email: isimmons@omm.com

10                          BENJAMIN G. BRADSHAW (SBN 189925)
                          Email: bbradshaw@omm.com

11                          KEVIN D. FEDER (SBN 252347)
                          Email: kfeder@omm.com

12                          **O'MELVENY & MYERS LLP**
                          1625 Eye Street, NW

13                          Washington, DC 20006
                          Telephone: (202) 383-5300

14                          Facsimile: (202) 383-5414

15                          *Attorneys for Defendants Samsung Electronics Co.,*
                          *Ltd. and Samsung Electronics America, Inc.*

16

17                          WINSTON & STRAWN LLP

18                          By: /s/ Jeffrey L. Kessler
                          JEFFREY L. KESSLER (*pro hac vice*)

19                          E-mail: JKessler@winston.com
                          A. PAUL VICTOR (*pro hac vice*)

20                          E-mail: PVictor@winston.com
                          ALDO A. BADINI (SBN 257086)

21                          E-mail: ABadini@winston.com
                          EVA W. COLE (*pro hac vice*)

22                          E-mail: EWCole@winston.com
                          MOLLY M. DONOVAN

23                          E-mail: MMDonovan@winston.com
                          **WINSTON & STRAWN LLP**

24                          200 Park Avenue
                          New York, NY 10166

25                          Telephone: (212) 294-6700
                          Facsimile: (212) 294-4700

26                          STEVEN A. REISS (*pro hac vice*)

27                          E-mail: steven.reiss@weil.com
                          DAVID L. YOHAI (*pro hac vice*)
                          E-mail: david.yohai@weil.com

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON          4
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

ADAM C. HEMLOCK (*pro hac vice*)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG (SBN 184950)
E-mail: Hojoon.Hwang@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
E-mail: William.Temko@mto.com

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

5

Case No. 07-5944
MDL NO. 1917

1   JONATHAN E. ALTMAN (SBN 170607)
    E-mail: Jonathan.Altman@mto.com
2   BETHANY W. KRISTOVICH (SBN 241891)
    E-mail: Bethany.Kristovich@mto.com
3   **MUNGER, TOLLES & OLSON LLP**
    355 South Grand Avenue, Thirty-Fifth Floor
4   Los Angeles, CA 90071-1560
    Telephone: (213) 683-9100
5   Facsimile: (213) 687-3702

6   *Attorneys for Defendants LG Electronics, Inc.; LG, LG*
    *Electronics USA, Inc.; and LG Electronics Taiwan*
7   *Taipei Co., Ltd.*

8
    SHEPPARD MULLIN RICHTER & HAMPTON
9
    By: /s/ Gary L. Halling
10  GARY L. HALLING (SBN 66087)
    E-mail: ghalling@sheppardmullin.com
11  JAMES L. MCGINNIS (SBN 95788)
    E-mail: jmcginnis@sheppardmullin.com
12  MICHAEL W. SCARBOROUGH (SBN 203524)
    E-mail: mscarborough@sheppardmullin.com
13  **SHEPPARD MULLIN RICHTER & HAMPTON**
    Four Embarcadero Center, 17th Floor
14  San Francisco, California 94111
    Telephone: (415) 434-9100
15  Facsimile: (415) 434-3947

16  *Attorneys for Defendants Samsung SDI America, Inc.;*
    *Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.*
17  *BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung*
    *SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and*
18  *Tianjin Samsung SDI Co., Ltd.*

19
    WHITE & CASE LLP
20
    By: /s/ Lucius B. Lau
21  CHRISTOPHER M. CURRAN (*pro hac vice*)
    E-mail: ccurran@whitecase.com
22  LUCIUS B. LAU (*pro hac vice*)
    E-mail: alau@whitecase.com
23  DANA E. FOSTER (*pro hac vice*)
    E-mail: defoster@whitecase.com
24  **WHITE & CASE LLP**
    701 Thirteenth Street, N.W.
25  Washington, DC 20005
    Telephone: (202) 626-3600
26  Facsimile: (202) 639-9355

27  *Attorneys for Defendants Toshiba Corporation,*
    *Toshiba America Information Systems, Inc., Toshiba*
28
    STIPULATION AND [PROPOSED] ORDER
    REGARDING SPECIAL MASTER'S MAY 2,
    2013 REPORT AND RECOMMENDATION ON          6          Case No. 07-5944
    MOTIONS TO DISMISS DIRECT ACTION                      MDL NO. 1917
    COMPLAINTS

1    *America Consumer Products, L.L.C., and Toshiba*
     *America Electronic Components, Inc.*

2

3    BAKER BOTTS LLP

4    By: /s/ Jon V. Swenson
     JON V. SWENSON (SBN 233054)

5    1001 Page Mill Road
     Building One, Suite 200

6    Palo Alto, CA 94304
     Telephone: (650) 739-7500

7    Facsimile: (650) 739-7699
     E-mail: jon.swenson@bakerbotts.com

8

9    JOHN M. TALADAY (*pro hac vice*)
     E-mail: john.taladay@bakerbotts.com
     JOSEPH OSTOYICH (*pro hac vice*)

10   E-mail: joseph.ostoyich@bakerbotts.com
     **BAKER BOTTS LLP**

11   1299 Pennsylvania Ave., N.W.
     Washington, DC 20004-2400

12   Telephone: (202) 639-7700
     Facsimile: (202) 639-7890

13

14   *Attorneys for Defendants Koninklijke Philips*
     *Electronics N.V. and Philips Electronics North*

15   *America Corporation*

16   GIBSON, DUNN & CRUTCHER LLP

17   By: /s/ Rachel S. Brass
     Rachel S. Brass (SBN 219301)

18   Email: rbrass@gibsondunn.com
     Joel S. Sanders (SBN 107234)

19   Email: jsanders@gibsondunn.com
     Austin V. Schwing (SBN 211696)

20   **GIBSON, DUNN & CRUTCHER LLP**
     555 Mission Street, Suite 3000

21   San Francisco, California 94105
     Tel: (415) 393-8200

22   Fax: (415) 393-8306

23   *Attorneys for Defendant Chunghwa Picture Tubes, Ltd.*
     *and Chunghwa Picture Tubes (Malaysia) as to the*

24   *Target Am. Compl., P.C. Richard Compl., Tweeter*
     *Compl., CompuCom Compl., Interbond Compl., Costco*

25   *Compl., Office Depot Compl. and Best Buy Compl. only*

26

27   PERKINS COIE LLP

     By: /s/ David J. Burman

28

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON      7      Case No. 07-5944
MOTIONS TO DISMISS DIRECT ACTION                  MDL NO. 1917
COMPLAINTS

DAVID J. BURMAN (*pro hac vice*)
Email: DBurman@perkinscoie.com
CORI G. MOORE (*pro hac vice*)
Email: CGMoore@perkisncoie.com
ERIC J. WEISS (*pro hac vice*)
Email: EWeiss@perkinscoie.com
NICHOLAS H. HESTERBERG (*pro hac vice*)
Email: NHesterberg@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

JOREN BASS (Bar No. 208143)
Email: JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno
PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com
JENNIFER MILICI
Email: jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
Email: ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

8

Case No. 07-5944
MDL NO. 1917

1    Facsimile: (954) 356-0022

2    *Liaison Counsel for Direct Action Plaintiffs and*
     *Attorneys for Plaintiffs Electrograph Systems, Inc.,*
3    *Electrograph Technologies, Corp., Office Depot, Inc.,*
     *Compucom Systems, Inc., Interbond Corporation of*
4    *America, P.C. Richard & Son Long Island*
     *Corporation, Marta Cooperative of America, Inc., ABC*
5    *Appliance, Inc., Schultze Agency Services LLC on*
     *behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*
6

7    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

8    By: /s/ Roman M. Silberfeld
     ROMAN M. SILBERFELD (SBN 62783)
9    Email: RMSilberfeld@rkmc.com
     DAVID MARTINEZ (SBN 193183)
10   Email: DMartinez@rkmc.com
     **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
11   2049 Century Park East, Suite 3400
     Los Angeles, CA 90067-3208
12   Telephone: (310) 552-0130
     Facsimile: (310) 229-5800
13
     *Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy*
14   *Purchasing LLC, Best Buy Enterprise Services, Inc.,*
     *Best Buy Stores, L.P., Bestbuy.com, L.L.C., and*
15   *Magnolia Hi-Fi, LLC*

16

17   SUSMAN GODFREY L.L.P.

18   By: /s/ Kenneth S. Marks
     H. LEE GODFREY
19   Email: lgodfrey@sumangodfrey.com
     KENNETH S. MARKS
     Email: kmarks@susmangodfrey.com
20   JONATHAN J. ROSS
     Email: jross@susmangodfrey.com
21   JOHNNY W. CARTER
     Email: jcarter@susmangodfrey.com
22   DAVID M. PETERSON
     Email: dpeterson@susmangodfrey.com
23   **SUSMAN GODFREY L.L.P.**
     1000 Louisiana Street, Suite 5100
24   Houston, Texas 77002
     Telephone: (713) 651-9366
25   Facsimile: (713) 654-6666

26   PARKER C. FOLSE III
     Email: pfolse@susmangodfrey.com
27   RACHEL S. BLACK
     Email: rblack@susmangodfrey.com

28   STIPULATION AND [PROPOSED] ORDER
     REGARDING SPECIAL MASTER'S MAY 2,
     2013 REPORT AND RECOMMENDATION ON          9          Case No. 07-5944
     MOTIONS TO DISMISS DIRECT ACTION                      MDL NO. 1917
     COMPLAINTS

1 | JORDAN CONNORS
Email: jconnors@susmangodfrey.com
2 | **SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
3 | Seattle, Washington 98101-3000
Telephone: (206) 516-3880
4 | Facsimile: (206) 516-3883

5 | *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of
the Circuit City Stores, Inc. Liquidating Trust*

6 |

7 | CROWELL & MORING LLP

8 | By: /s/ Jason C. Murray
JASON C. MURRAY (CA Bar No. 169806)
9 | Email: jmurray@crowell.com
**CROWELL & MORING LLP**
10 | 515 South Flower St., 40th Floor
Los Angeles, CA 90071
11 | Telephone: (213) 443-5582
Facsimile: (213) 622-2690
12 |
JEROME A. MURPHY (*pro hac vice*)
13 | E-mail: jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)
14 | Email: aheaven@crowell.com
**CROWELL & MORING LLP**
15 | 1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
16 | Telephone: (202) 624-2500
Facsimile: (202) 628-5116
17 |
*Counsel for Target Corp.*
18 |

19 | KENNY NACHWALTER, P.A.

20 | By: /s/ Richard Alan Arnold
RICHARD ALAN ARNOLD
21 | Email: rarnold@knpa.com
WILLIAM J. BLECHMAN
22 | Email: wblechman@knpa.com
KEVIN J. MURRAY
23 | Email: kmurray@knpa.com
**KENNY NACHWALTER, P.A.**
24 | 201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
25 | Tel: (305) 373-1000
Fax: (305) 372-1861
26 |
*Counsel for Plaintiff Sears, Roebuck and Co. and
27 | Kmart Corp.*

28 | STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON        10        Case No. 07-5944
MOTIONS TO DISMISS DIRECT ACTION                            MDL NO. 1917
COMPLAINTS

LINDQUIST & VENNUM P.L.L.P.

By: /s/ Jessica L. Meyer
Jessica L. Meyer (SBN: 249064)
Email: jmeyer@lindquist.com
James M. Lockhart (*pro hac vice*)
Email: jlockhart@lindquist.com
James P. McCarthy (*pro hac vice*)
Email: jmccarthy@lindquist.com
Kelly G. Laudon (*pro hac vice*)
Email: klaudon@lindquist.com
**LINDQUIST & VENNUM P.L.L.P.**
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

*Attorneys for Plaintiffs John R. Stoebner, as Chapter 7*
*Trustee for PBE Consumer Electronics, LLC and*
*Related Entities; and Douglas A. Kelley, as Chapter 11*
*Trustee for Petters Company, Inc. and Related Entities,*
*and as Receiver for Petters Company, LLC and Related*
*Entities*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____05/09/2013_____    _____
                                                                    Judge Samuel Conti

United States District Judge

STIPULATION AND [PROPOSED] ORDER
REGARDING SPECIAL MASTER'S MAY 2,
2013 REPORT AND RECOMMENDATION ON
MOTIONS TO DISMISS DIRECT ACTION
COMPLAINTS

11

Case No. 07-5944
MDL NO. 1917