BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>               Plaintiff,<br><br>   v.<br><br>HITACHI, LTD., et al.,<br><br>               Defendants, | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**THE KONINKLIJKE PHILIPS ELECTRONICS N.V. AND PHILIPS ELECTRONICS NORTH AMERICA CORPORATION'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)** |

MDL 1917

THE PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

Pursuant to Civil Local Rules 7-11 and 79-5(d), Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"), by and through their counsel respectfully request an order permitting the Philips Defendants to file the following documents under seal:

- Memorandum and Points and Authorities In Support of the Philips Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration;

- Exhibit A to the Declaration of Erik T. Koons in Support of the Philips Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration ("Koons Decl.") - the Vendor Agreement dated July 31, 1995 between Costco and Philips Consumer Electronics Corp.;

- Exhibit B to the Koons Decl. - Costco's 1994 Standard Terms;

- Exhibit C to the Koons Decl. - Costco's 1997 Standard Terms;

- Exhibit D to the Koons Decl. - Costco's 2000 Standard Terms;

- Exhibit E to the Koons Decl. - Costco's 2004 Standard Terms;

- Exhibit G to the Koons Decl. - Excerpts from the December 7, 2012 Costo 30(b)(6) deposition of Geoffrey Shavey;

- Exhibit H to the Koons Decl. - Correspondence on January 10, 2013 from David Emanuelson, counsel for Philips Defendants, to Eric Weiss, counsel for Costco; and

- Exhibit M to the Koons Decl. - Correspondence on April 17, 2013 from Erik Koons, counsel for Philips Defendants, to Eric Weiss, counsel for Costco.

This motion is supported by the Declaration of Erik T. Koons in Support of the Philips Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), dated May 9, 2013.

Civil Local Rule 79-5 governs the filing under seal of an entire document upon a request that establishes that the document, or portions thereof, "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5(a). This Court's General Order No. 62 sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order . . . the submitting party must file and serve an Administrative Motion for a sealing order. . . ."

1. The Philips Defendants take no position whether the designated documents satisfy the requirements for sealing. Although the Philips Defendants' request is narrowly tailored to include only the information that may require confidentiality, it is Costco's burden to establish that the designated information is sealable. *See* Civil L. R. 79-5(d) ("Within 7 days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable . . . or must withdraw the designation of confidentiality.").

For these reasons, the Philips Defendants respectfully submit this motion pursuant to Civil Local Rule 79-5 and hereby notify Costco of its burden to establish that the Philips Defendants Memorandum of Points and Authorities In Support of Motion, in the Alternative to Dismissal, to Compel Arbitration and Exhibits A-E, G, H and M to Koons Decl. are sealable.

Dated: May 9, 2013

Respectfully submitted,

By: /s/ Jon Swenson
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Koons (*pro hac vice*)
**BAKER BOTTS L.L.P.**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.Koons@bakerbotts.com

***Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation***