1  BAKER BOTTS L.L.P.
   Jon V. Swenson (SBN 233054)
2  1001 Page Mill Road
   Building One, Suite 200
3  Palo Alto, CA 94304-1007
   Telephone: (650) 739-7500
4  Facsimile: (650) 739-7699
   Email: jon.swenson@bakerbotts.com
5
   BAKER BOTTS L.L.P.
6  John M. Taladay (*pro hac vice*)
   Joseph Ostoyich (*pro hac vice*)
7  Erik T. Koons (*pro hac vice*)
   Charles M. Malaise (*pro hac vice*)
8  1299 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2400
9  Telephone: (202) 639-7700
   Facsimile: (202) 639-7890
10 Email: john.taladay@bakerbotts.com
   Email: joseph.ostoyich@bakerbotts.com
11 Email: erik.koons@bakerbotts.com
   Email: charles.malaise@bakerbotts.com
12
   *Attorneys for Defendant Koninklijke Philips Electronics N.V., and*
13 *Philips Electronics North America Corporation*

14

**UNITED STATES DISTRICT COURT**
15 **NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
16

17 | In re: CATHODE RAY TUBE (CRT) | Case No. 07-5944 SC
   | ANTITRUST LITIGATION          | MDL No. 1917
18 |                                |
   | This Document Relates to:     | **DECLARATION OF ERIK T. KOONS IN**
19 |                                | **SUPPORT OF THE PHILIPS**
   | Case No. C 11-6397 SC         | **DEFENDANTS' ADMINISTRATIVE**
20 |                                | **MOTION TO FILE DOCUMENTS**
   | COSTCO WHOLESALE CORPORATION, | **UNDER SEAL PURSUANT TO CIVIL**
21 |                                | **LOCAL RULES 7-11 AND 79-5(d)**
   |         Plaintiff,            |
22 |                                |
   |    v.                         |
23 |                                |
   | HITACHI, LTD., et al.,        |
24 |                                |
   |         Defendants,           |
25

26

27

28
                                                                    MDL 1917

DECLARATION OF ERIK T. KOONS IN SUPPORT OF THE PHILIPS DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)

I, Erik T. Koons, hereby declare as follows:

1. I am a partner with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I submit this declaration in support of the Philips Defendants' Administrative Motion to File Documents Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), with which the Philips Defendants seek to file under seal the Memorandum of Points and Authorities In Support of the Philips Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration and Exhibits A-E, G, H, and M to the Declaration of Erik T. Koons in Support of the Philips Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration.

2. The documents or portions of the documents submitted under seal contain either (a) material designated by Costco pursuant to the Stipulated Protective Order (Dkt. 306, June 18, 2008) as "Confidential" or "Highly Confidential" or (b) analysis of, references to, or information taken directly from material designated by Costco pursuant to the Stipulated Protective Order as "Confidential" or "Highly Confidential."

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2013, in Washington, D.C.


/s/ Erik T. Koons
**Erik T. Koons**

DECLARATION OF ERIK T. KOONS IN SUPPORT OF THE PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)