BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V., and Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>HITACHI, LTD., et al.,<br><br>        Defendants, | **[PROPOSED] ORDER GRANTING THE PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

MDL 1917

[PROPOSED] ORDER GRANTING THE PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-(d)

1  Upon consideration of the Philips Defendants' Administrative Motion to File Documents
2  Under Seal Pursuant to Civil Local Rules 7-11 and 79-5(d), submitted in connection with the Philips
3  Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration, it is hereby
4  ORDERED that the Administrative Motion is hereby GRANTED; and it is further
5  ORDERED that the Clerk shall file under seal the Memorandum of Points and Authorities In
6  Support of the Philips Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration
7  and Exhibits A-E, G, H, and M attached to Erik T. Koons' Declaration in Support of the Philips
8  Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration..

Dated: _____, 2013

                                            **The Honorable Samuel Conti**
                                            **Northern District of California**

- 2 -  MDL 1917

[PROPOSED] ORDER GRANTING THE PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-(d)