BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HITACHI, LTD., et al.,<br><br>　　　　　Defendants, | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION** |

1  Upon consideration of the Philips Defendants' Motion, in the Alternative to Dismissal, to
2  Compel Arbitration and supporting Memorandum of Points and Authorities, it is hereby
3  ORDERED that the Philips Defendants' Motion to Compel Arbitration is GRANTED; and it
4  is further
5  ORDERED that this action for all claims by Costco is hereby dismissed, with prejudice, as to
6  Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation
7  (collectively, the "Philips Defendants"), with the exception of Costco's claims for co-conspirator or
8  joint and several liability based on Costco's purchase of products from defendants other than the
9  Philips Defendants; and it further
10 ORDERED that Costco Wholesale Corporation shall proceed in arbitration against the
11 Philips Defendants in accordance with the July 31, 1995 Vendor Agreement with Philips Electronics
12 North America Corporation.

IT IS SO RECOMMENDED

Dated: _____, 2013

_____
The Honorable Charles A. Legge (Ret.)
Special Master

IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER

Dated: _____, 2013

_____
The Honorable Samuel Conti
Northern District of California

MDL 1917

[PROPOSED] ORDER GRANTING THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO
DISMISSAL, TO COMPEL ARBITRATION