# EXHIBIT J

# Emanuelson, David

| | |
|---|---|
| **From:** | Weiss, Eric J.  (Perkins Coie) <EWeiss@perkinscoie.com> |
| **Sent:** | Monday, February 11, 2013 6:53 PM |
| **To:** | Emanuelson, David |
| **Cc:** | DRoberts2@omm.com; *Costco CRT; Phil Iovieno (piovieno@BSFLLP.com) |
| **Subject:** | RE: In re CRT Antitrust Litigation: Costco Document Production |
| **Attachments:** | CostcoCRT_000100001.pdf |

David,

Please find attached "CostcoCRT_000100001," which is responsive to your letter dated January 10, 2013.

Regards,
Eric

**Eric J. Weiss** | **Perkins Coie LLP** e
PHONE: 206.359.3456

---

**From:** david.emanuelson@bakerbotts.com [mailto:david.emanuelson@bakerbotts.com]
**Sent:** Thursday, January 10, 2013 9:37 AM
**To:** Weiss, Eric J. (Perkins Coie)
**Cc:** DRoberts2@omm.com
**Subject:** In re CRT Antitrust Litigation: Costco Document Production

Good morning Eric,

Hope you had a good holiday season and are having a good start to your year.  Please find the attached letter, which, as you will see, reflects a pivot in our discussions regarding Costco's document production.  We are happy to discuss this letter at your convenience.

Thanks,
Dave

**David T. Emanuelson**
Senior Associate | **Baker Botts L.L.P.**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
202.639.7843 (direct)
202.585.1018 (facsimile)
david.emanuelson@bakerbotts.com

**Confidentiality Notice:** The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.