Guido Saveri (22349)
guido@saveri.com
R. Alexander Saveri (173102)
rick@saveri.com
Geoffrey C. Rushing (126910)
grushing@saveri.com
Travis L. Manfredi (281779)
travis@saveri.com
SAVERI & SAVERI
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>**ALL DIRECT PURCHASER ACTIONS** | Master File No. CV- 07-5944-SC<br><br>MDL No. 1917<br><br>**DIRECT PURCHASER PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br><u>**ORAL ARGUMENT REQUESTED**</u><br><br>Date:  TBD<br>Time:  TBD<br>Judge: Hon. Charles A. Legge (Ret.)<br>            Special Master<br><br>The Honorable Samuel Conti |

1  **NOTICE OF MOTION AND MOTION**

2  **TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

3  **PLEASE TAKE NOTICE** that on a date and time to be determined by the Court, before the Honorable Charles A. Legge, Special Master, at JAMS, Two Embarcadero Center, Suite 1500, San Francisco, CA 94111, Direct Purchaser Plaintiffs will and hereby do move for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure.

Direct Purchaser Plaintiffs seek certification of the following class for damages pursuant to Federal Rule of Civil Procedure 23(b)(3):

> All persons and entities who between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or any subsidiary or affiliate thereof, or any co-conspirator. Excluded from the class are defendants, their parent companies, subsidiaries or affiliates, any co-conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action.

In addition, the Direct Purchaser Plaintiffs move for an order appointing Saveri & Saveri, Inc. as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g).

This motion is based on this "Notice of Motion and Motion," the supporting "Memorandum of Points and Authorities," the "Expert Report of Jeffrey J. Leitzinger, Ph.D," the "Declaration of R. Alexander Saveri," the "[Proposed] Order Granting Motion of Direct Purchaser Plaintiffs for Class Certification," all exhibits and appendices to such documents, any papers filed in reply, any argument as may be presented at the hearing, and all other papers and records on file in this matter.

Dated: May 14, 2013.

Respectfully submitted,

/s/ *Guido Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Travis L. Manfredi (281779)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel For Plaintiffs*

1  
2  
3  
4  
5  

Joseph W. Cotchett  
Steven N. Williams  
Adam J. Zapala  
Joanna W. LiCalsi  
COTCHETT, PITRE & McCARTHY, LLP  
840 Malcolm Road  
Burlingame, CA 94010  
Telephone: (650) 697-6000  
Facsimile: (650) 697-0577  

6  
7  
8  
9  
10  

Bruce L. Simon  
Aaron M. Sheanin  
PEARSON, SIMON, WARSHAW & PENNY LLP  
44 Montgomery Street, Suite 2450  
San Francisco, CA 94104  
Telephone:  (415) 433-9000  
Facsimile:  (415) 433-9008  

11  
12  
13  
14  

H. Laddie Montague, Jr.  
Ruthanne Gordon  
BERGER & MONTAGUE, P.C.  
1622 Locust Street  
Philadelphia, PA 19103  
Telephone: (800) 424-6690  
Facsimile: (215) 875-4604  

15  
16  
17  
18  

Michael P. Lehmann  
HAUSFELD LLP  
44 Montgomery Street, Suite 3400  
San Francisco, CA 94104  
Telephone:  (415) 633-1908  
Facsimile:  (415) 358-4980  

19  
20  
21  
22  

Gary Specks  
KAPLAN FOX  
423 Sumac Road  
Highland Park, IL 60035  
Telephone: (847) 831-1585  
Facsimile: (847) 831-1580  

23  
24  
25  
26  
27  
28  

Douglas A. Millen  
William H. London  
FREED KANNER LONDON & MILLEN  
2201 Waukegan Road  
Suite 130  
Bannockburn, IL 60015  
Telephone: (224) 632-4500  
Facsimile: (224) 632-4519

Eric B. Fastiff
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008


W. Joseph Bruckner
Elizabeth R. Odette
LOCKRIDGE GRINDAL NAUEN P.L.L.P
100 Washington Avenue S
Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile: (612) 339-0981

*Attorneys for Plaintiffs*