Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE ARCH ELECTRONICS, INC., IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| ALL DIRECT PURCHASER ACTIONS | |
| | The Honorable Charles A. Legge |

1      I, Steven R. Nusbaum, declare as follows:

2      1.     I am the President of Arch Electronics, Inc. ("Arch Electronics"), a proposed class

3 representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust*

4 *Litigation*, MDL No. 1917.

5      2.     Arch Electronics is a Pennsylvania corporation with its principal place of business

6 in 137 East Glenside Avenue, Glenside, PA, 19038.

7      3.     During the relevant period March 1, 1995 and November 25, 2007, as alleged in

8 paragraphs 12 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Arch

9 Electronics purchased CRT TV's directly from Defendants Matsushita Consumer Electronics Co.,

10 and Panasonic Consumer Electronics Co.

11      I declare under penalty of perjury under the laws of the United States that the foregoing is

12 true and correct.

13

14 Executed this 2nd day of May, 2013 at Glenside, PA.

15

16 *[signature]*

17 Steven R. Nusbaum

    On behalf of Arch Electronics, Inc.

18

19

20

21

22

23

24

25

26

27

28

- 1 -