Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE CRAGO, INC. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Charles A. Legge |

I, David M. Allen, declare as follows:

.1   I am the President Crago, Inc., d/b/a Dash Computers, Inc. ("Crago"), a proposed class representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation,* MDL No. 1917.

.2   Crago is a Kansas corporation with its principal place of business in Merriam, Kansas. Crago uses the trade name Dash Computers, Inc.

.3   During the relevant period March 1, 1995 and November 25, 2007, as alleged in paragraphs 11 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint,

1  Crago purchased one or more CRT monitors directly from one of the defendants and/or their
2  subsidiaries and suffered injury as a result of defendants' unlawful conduct.
3
   I declare under penalty of perjury under the laws of the United States that the foregoing is
4  true and correct.
5  Executed this 10th day of May, 2013 at Wyandotte County, KS.
6
7  _____
8  David M. Allen