Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE HAWEL A. HAWEL d/b/a CITY ELECTRONICS IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Charles A. Legge |

1  I, Hawel A. Hawel, declare as follows:

2  1. I am a proposed class representative dba City Electronics, in the direct purchaser

3  action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation,* MDL No. 1917.

4  2. City Electronics is a sole proprietorship with its business in Modesto, California.

5  3. During the relevant period March 1, 1995 and November 25, 2007, as alleged in

6  paragraph 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, City

7  Electronics purchased CRT products, including CRT(s)/CPT(s) from Defendants, including

8  Samsung and Toshiba.  We order CRTs and CRT products individually as needed for TV repairs.

9  via the internet, at the vendor's website, and/or over the phone.

10  I declare under penalty of perjury under the laws of the United States that the foregoing is

11  true and correct.

13  Executed this 10th day of May, 2013 at Modesto, California.

*[signature]*
Hawel A. Hawel

- 1 -

DECL. OF PROPOSED CLASS REP.
HAWEL A. HAWEL DBA CITY ELECTRONICS
ISO DIRECT PURCHASER
PLTFS.' MOT. FOR CLASS CERT.