Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF EUGENE J. MUCHNICK ON BEHALF OF PROPOSED CLASS REPRESENTATIVE NATHAN MUCHNICK, INC. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Charles A. Legge |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |

DECL. OF EUGENE J. MUCHNICK ON BEHALF OF PROPOSED CLASS REP. NATHAN MUCHNICK, INC. ISO DIRECT PURCHASER PLTFS.' MOT. FOR CLASS CERT. MDL NO. 1917

I, Eugene J. Muchnick, declare as follows:

1. I was the sole owner of Nathan Muchnick, Inc., a proposed class representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation,* MDL No. 1917.

2. Nathan Muchnick, Inc. was a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania.

3. During the relevant period March 1, 1995 and November 25, 2007, as alleged in paragraphs 16 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Nathan Muchnick, Inc. purchased televisions directly from Panasonic Consumer Electronics Company. Nathan Muchnick, Inc. made numerous purchases during the relevant period in connection with its retail electronics business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this ___/___ day of May, 2013 at Philadelphia, Pennsylvania.

_____

Kal5795224

- 1 -

DECL. OF EUGENE J. MUCHNICK ON BEHALF OF PROPOSED CLASS REP. NATHAN MUCHNICK, INC. ISO DIRECT PURCHASER PLTFS.' MOT. FOR CLASS CERT. MDL NO. 1917