Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE ORION HOME SYSTEMS, LLC IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Charles A. Legge |

I, Keith Stanze, declare as follows:

1. I am the President and CEO of Orion Home Systems, LLC ("Orion"), a proposed class representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation,* MDL No. 1917.

2. Orion is a limited liability corporation with its principal place of business in Eagan, Minnesota.

3. During the relevant period March 1, 1995 and November 25, 2007, as alleged in paragraphs 17 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Orion purchased a TV from LG Electronics USA, Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of May, 2013 at Eagan, Minnesota.

/s/ Keith Stanze