Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF PROPOSED CLASS REPRESENTATIVE PRINCETON DISPLAY TECHNOLOGIES, INC., IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Charles A. Legge |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |

DECL. OF PROPOSED CLASS REP.
ISO DIRECT PURCHASER
PLTFS.' MOT. FOR CLASS CERT.
MDL NO. 1917

I, Suprasad Baidyaroy, declare as follows:

1. I am the President of Princeton Display Technologies, Inc. ("PDT"), a proposed class representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation,* MDL No. 1917.

2. PDT is an S-corporation with its principal place of business in Princeton, New Jersey.

3. During the relevant period March 1, 1995 and November 25, 2007, as alleged in paragraphs 15 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, PDT purchased CDTs from Chung Hwa Picture Tubes and Samsung SDI, Malaysia.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of May, 2013 at Princeton, New Jersey.

*/s/ Suprasad Baidyaroy*