1  Guido Saveri (22349) guido@saveri.com
   R. Alexander Saveri (173102) rick@saveri.com
2  Geoffrey C. Rushing (126910) grushing@saveri.com
   Cadio Zirpoli (179108) cadio@saveri.com
3  SAVERI & SAVERI, INC.
   706 Sansome Street
4  San Francisco, CA 94111
   Telephone: (415) 217-6810
5  Facsimile: (415) 217-6813

6  *Interim Lead Counsel for the
   Direct Purchaser Plaintiffs*

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 | IN RE: CATHODE RAY TUBE ("CRT")     | MASTER FILE NO. 07-cv-5944 SC
   | ANTITRUST LITIGATION                |
14 |                                     | MDL No. 1917
15 |                                     | **DECLARATION OF PROPOSED CLASS
   | This Document Relates to:           | REPRESENTATIVE RADIO & TV
16 |                                     | EQUIPMENT, INC. IN SUPPORT OF
   | ALL DIRECT PURCHASER ACTIONS        | DIRECT PURCHASER PLAINTIFFS'
17 |                                     | MOTION FOR CLASS CERTIFICATION**
18 |                                     |
   |                                     | The Honorable Charles A. Legge
19

20

21

22

23

24

25

26

27

28

I, Bruce Holtan, declare as follows:

1. I am the President and CEO of Radio & TV Equipment, Inc. ("Radio & TV"), a proposed class representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation*, MDL No. 1917.

2. Radio & TV is a private corporation with its principal place of business in Fargo, North Dakota.

3. During the relevant period March 1, 1995 and November 25, 2007, as alleged in paragraphs 20 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Radio & TV purchased televisions containing CRTs from Hitachi.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __7__ day of May, 2013.

*Bruce Holtan, Pres.*
Radio & TV Equipment, Inc.
Bruce Holtan, President

- 1 -