Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL No. 1917 |
|---|---|
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF PHILLIP LAU, PRESIDENT OF PROPOSED CLASS REPRESENTATIVE ROYAL DATA SERVICES, INC. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Charles A. Legge |

469540-1

DECL. OF P. LAU PRES. OF
PROPOSED CLASS REP.
ROYAL DATA ISO DIRECT PURCHASER
PLTFS.' MOT. FOR CLASS CERT.

I, Phillip Lau, declare as follows:

1. I am the President of Royal Data Services, Inc. ("Royal Data"), a proposed class representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation*, MDL No. 1917.

2. Royal Data is a Hawaiian Corporation with its principal place of business in Honolulu, Hawaii.

3. During the relevant period March 1, 1995 to November 25, 2007, as alleged in paragraphs 21 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Royal Data purchased CRT Monitors from Tatung Company of America, Inc. Royal Data's purchases were all finished product CRT monitors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of May, 2013 at Honolulu, Hawaii.

Phillip Lau