Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **DECLARATION OF PROPOSED CLASS REPRESENTATIVE STUDIO SPECTRUM, INC. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Charles A. Legge |

I, Kenneth Buckowski, declare as follows:

1. I am the President of Studio Spectrum, Inc. ("Studio Spectrum"), a proposed class representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation,* MDL No. 1917.

2. Studio Spectrum is a California corporation with its principal place of business in Burbank, California.

3. During the relevant period March 1, 1995 and November 25, 2007, as alleged in paragraphs 22 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Studio Spectrum purchased CRT Products from an entity affiliated with Panasonic Corporation by the name of Panasonic Television and Broadcast Company ("Panasonic"). In particular, Studio Spectrum purchased a total of forty-six (46) Monitors from Panasonic during the period December 13, 1996 through May 15, 2003.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __2nd__ day of _____May_____, 2013 at ____Burbank, California.

_____Kenneth Buckowski_____

- 1 -

DECL. OF PROPOSED CLASS REP.
STUDIO SPECTRUM, INC. ISO DIRECT
PURCHASER
PLTFS.' MOT. FOR CLASS CERT.