Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF PROPOSED CLASS REPRESENTATIVE WETTSTEIN AND SONS, INC., D/B/A WETTSTEIN'S IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Charles A. Legge |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | |

I, Daniel J. Wettstein, declare as follows:

1. I am the President of Wettstein and Sons, Inc., d/b/a Wettstein's ("Wettstein's"), a proposed class representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation,* MDL No. 1917.

2. Wettstein's is a Wisconsin corporation with its principal place of business in La Crosse, Wisconsin.

3. During the relevant period from March 1, 1995 to November 25, 2007, as alleged in paragraphs 23 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Wettstein's purchased Color Display Tubes and Televisions from one or more of the Hitachi entities, Panasonic entities, and LG entities. Color Display Tubes were purchased by Wettstein's as part of its repair and service operations. Displays were purchased by Wettstein's for sale in its retail operation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of May, 2013 at 11:40 AM.

Daniel J. Wettstein