1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
|---|---|
| This Document Relates to: | MDL No. 1917 |
| ALL DIRECT PURCHASER ACTIONS | **[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1. Upon consideration of the Motion of Direct Purchaser Plaintiffs for Class Certification, and the materials filed and submitted herewith, and defendants' opposition thereto, the Court ORDERS as follows:

    1. The Motion of Direct Purchaser Plaintiffs for Class Certification is hereby GRANTED, and the following class is hereby certified for damages pursuant to Federal Rule of Civil Procedure 23(a) and 23(b)(3):

> All persons and entities who between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or any subsidiary or affiliate thereof, or any co-conspirator. Excluded from the class are defendants, their parent companies, subsidiaries or affiliates, any co-conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action.

    2. Saveri & Saveri, Inc. is designated and appointed as Class Counsel for the Direct Purchaser Plaintiffs.

    3. As soon as practicable after the entry of this Order, all parties shall meet and confer to develop a plan for dissemination of notice to the Class.

**IT IS SO RECOMMENDED.**

Dated: _____, 2013.

                                          Hon. Charles A. Legge
                                          SPECIAL MASTER

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated: _____, 2013.

                                          Hon. Samuel A. Conti
                                          UNITED STATES DISTRICT JUDGE