1 Guido Saveri (22349) guido@saveri.com
R. Alexander Saveri (173102) rick@saveri.com
2 Geoffrey C. Rushing (126910) grushing@saveri.com
Cadio Zirpoli (179108) cadio@saveri.com
3 SAVERI & SAVERI, INC.
706 Sansome Street
4 San Francisco, CA 94111
Telephone: (415) 217-6810
5 Facsimile: (415) 217-6813

6 *Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

7
Joseph M. Vanek *(Admitted Pro Hac Vice)*
8 David P. Germaine *(Admitted Pro Hac Vice)*
VANEK, VICKERS & MASINI, P.C.
9 55 W. Monroe St., Suite 3500
Chicago, Illinois 60613
10 Telephone: (312) 224-1500
11 Facsimile: (312) 224-1510
E-mail: jvanek@vaneklaw.com
12 E-mail: dgermaine@vaneklaw.com

13 *Counsel for Plaintiff, Meijer*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE ("CRT") ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | MASTER FILE NO. 07-cv-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF PROPOSED CLASS REPRESENTATIVE MEIJER IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>The Honorable Charles A. Legge |

DECL. OF PROPOSED CLASS REP.
MEIJER ISO DIRECT PURCHASER
PLTFS.' MOT. FOR CLASS CERT.
MDL NO. 1917

I, David DeMartra, declare as follows:

1. I am the Home Electronics Buyer for Meijer, Inc. and Meijer Distribution, Inc. ("Meijer"), a proposed class representative in the direct purchaser action *In re: Cathode Ray Tube ("CRT") Antitrust Litigation,* MDL No. 1917.

2. Meijer is a Michigan corporation with its principal place of business in Grand Rapids, Michigan.

3. During the relevant period March 1, 1995 and November 25, 2007, as alleged in paragraphs 15 and 85 of the Direct Purchaser Plaintiffs' Consolidated Amended Complaint, Meijer purchased a number of different television models containing CRTs from Panasonic, Phillips, Samsung & Toshiba.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of May, 2013 at Grand Rapids, Michigan.

_____
David DeMartra

- 1 -

DECL. OF PROPOSED CLASS REP.
MEIJER ISO DIRECT PURCHASER
PLTFS.' MOT. FOR CLASS CERT.
MDL NO. 1917