IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
Email: kfeder@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

(additional filing parties listed on signature pages)

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: **CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS** |

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

Case No. 07-5944
MDL NO. 1917

This Document Relates to:

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381;

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

2

Case No. 07-5944
MDL NO. 1917

Pursuant to Stipulation and the Court's May 9, 2013 Order (*see* Dkt. No. 1666) ("May 9 Order"), the undersigned Defendants and Direct Action Plaintiffs ("DAPs") hereby submit their respective position statements regarding the Special Master's May 2, 2013 Report and Recommendation on Defendants' Motions to Dismiss the Direct Action Complaints (*see* Dkt. No. 1664) ("R&R").[1]

As described in the Court's May 9 Order, to the extent the parties' position statements indicate that they intend to move to adopt a specific portion of the R&R, that will be deemed a "motion to adopt" under the Court's orders setting forth the procedure for moving to adopt a report and recommendation of the Special Master (*see, e.g.*, Dkt. Nos. 302, 446, 1298); the parties need not file a separate motion to adopt, and instead may address arguments in support of adopting portions of the R&R in their respective, forthcoming responsive briefs.

**POSITION STATEMENTS**

I. **Motions to Dismiss Federal Cause of Action**

    A. **Standing Under *Illinois Brick* Direct Purchaser Rule**

        1. <u>Defendants</u> intend to object to the Special Master's recommendation that Defendants' Motion to Dismiss be denied "to the extent the motion challenges the [DAPs'] right to proceed under the so-called 'owned or controlled' exception to *Illinois Brick*" (R&R at 5, ¶ 3). Defendants make this objection in order to preserve this issue for appeal. Defendants move to adopt the Special Master's recommendations as to the "cost-plus" and "co-conspirator" exceptions (R&R ¶¶ 1 & 2), and the Special Master's determinations that the issues of "the adequacy of" the DAPs' allegations regarding the owned-or-controlled exception and "whether [the DAPs] will be able to prove what is needed" to prevail under the owned-or-controlled exception are not currently before the Court (R&R ¶¶ 3 & 4).

---

[1] Defendants filed three Rule 12 motions on August 17, 2012 in the Direct Action Plaintiff cases, listed in the caption, above. For ease of reference and consistency with Special Master Legge's approach, this document refers interchangeably to all three motions as "Motions to Dismiss." Defendants technically sought judgment on the pleadings as to the complaint in *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Dkt. No. 5) (Mar. 10, 2011), as Defendants have already filed answers to that complaint. Defendants have not yet made motions to dismiss in the following DAP actions: *Tech Data Corp. et al. v. Hitachi, Ltd. et al.,* Case No. 3:13-cv-00157 (N.D. Cal); *Sharp Electronics Corp. et al. v. Hitachi, Ltd. et al.,* Case No. 13-cv-01173 (N.D. Cal.); and *Dell Inc. et al. v. Philips Electronics North America Corp., et al.,* Case No. 3:13-cv-02171 (N.D. Cal).

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

3

Case No. 07-5944
MDL NO. 1917

2. DAPs move to adopt the Special Master's recommendation that the Defendants' motion to dismiss the DAPs' federal claims be denied for the reasons set forth in the Court's order of November 29, 2012. (R&R at 4-5.) However, the DAPs also intend to object to certain aspects of the Special Master's recommended order concerning the Defendants' motion to dismiss their federal claims. (*Id.*)

II. **Motions to Dismiss State-Law Causes of Action**

   A. **Statutes of Limitation**

   1. <u>Defendants</u> intend to object to the Special Master's recommendation that Defendants' Motion to Dismiss based upon the applicable state statutes of limitation be denied. (R&R at 7.)

   2. <u>DAPs</u> move to adopt the Special Master's recommendation that the Defendants' motion to dismiss the DAPs' state law claims on statute of limitations grounds be denied. (R&R at 6-7.)

   B. **Prudential Standing**

   1. <u>Defendants</u> intend to object to the Special Master's recommendation that the Defendants' Motion to Dismiss on the grounds of lack of prudential standing be denied without prejudice. (R&R at 7-8.)

   2. <u>DAPs</u> move to adopt the Special Master's recommendation that the Defendants' motion to dismiss the DAPs' state law claims on "prudential standing" grounds be denied without prejudice. (R&R at 7-8.)

   C. **Due Process**

   1. <u>Defendants</u> intend to object to the Special Master's recommendation that the Defendants' Motion to Dismiss on the grounds of lack of due process be denied without prejudice. (R&R at 8-9.)

   2. <u>DAPs</u> move to adopt the Special Master's recommendation that the Defendants' motion to dismiss the DAPs' state law claims on due process grounds be denied without prejudice. (R&R at 8-9.)

   D. **Standing Under *Associated General Contractors***

   1. <u>Defendants</u> move to adopt the Special Master's recommendations that the DAPs' claims under the laws of the states of California, Illinois, Michigan, Arizona, and Washington be dismissed based on *Associated Gen. Contractors v. Cal. State Council of Carpenters*, 459 U.S. 519 (1983). (R&R at 9-11.)

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

4

Case No. 07-5944
MDL NO. 1917

2. <u>DAPs</u> intend to object to the Special Master's recommendations that the DAPs' claims under the California Cartwright Act, as well as the laws of the states of Illinois, Michigan, Arizona, and Washington, be dismissed, with leave to amend, based on *Associated Gen. Contractors v. Cal. State Council of Carpenters*, 459 U.S. 519 (1983). (R&R at 9-11.)

III. **Other Motions to Dismiss Claims Under Certain States' Laws**

    A. **Consumer Protection Statutes of Massachusetts and Washington**

        1. <u>Defendants</u> move to adopt the Special Master's recommendations that the DAPs' claims arising under the consumer protection statutes of Massachusetts and Washington be dismissed without leave to amend. (R&R at 12.)

        2. <u>DAPs</u> intend to object to the Special Master's recommendations that the DAPs' claims arising under the consumer protection statutes of Massachusetts and Washington be dismissed without leave to amend. (R&R at 12.)

    B. **Common Law Unjust Enrichment Claims**

        1. <u>Defendants</u> move to adopt the Special Master's recommendation that the Defendants' Motion to Dismiss the DAPs' claims arising under the common laws of unjust enrichment be granted. (R&R at 12-13.)

        2. <u>DAPs</u> intend to object to the Special Master's recommendation that the DAPs' unjust enrichment claims be dismissed with leave to amend. (R&R at 12-13.)

    C. **California Restitution and Unjust Enrichment Claims**

        1. <u>Defendants</u> move to adopt the Special Master's recommendation that the DAPs' claims arising under California's laws for restitution or unjust enrichment be dismissed without leave to amend. (R&R at 13.)

        2. <u>DAPs</u> intend to object to the Special Master's recommendation that the DAPs' California restitution and unjust enrichment claims be dismissed without leave to amend. (R&R at 13.)

    D. **California Unfair Competition Law Claims**

        1. <u>Defendants</u> will not object to the Special Master's recommendation that the Defendants' Motion to Dismiss the DAPs' claims arising under California's Unfair Competition Law be denied. (R&R at 13.)

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

5

Case No. 07-5944
MDL NO. 1917

  2. <u>DAPs</u> move to adopt the Special Master's recommendation that Defendants' motion to dismiss the DAPs' California Unfair Competition Law claims be denied. (R&R at 13.)

 E. **Claims Under Nebraska, Nevada, and New York Law Prior to *Illinois Brick* Repealer Statutes**

  1. <u>Defendants</u> move to adopt the Special Master's recommendation that the DAPs' claims under Nebraska, Nevada, and New York law should be dismissed to the extent those claims are based on purchases pre-dating the effective date of those states' *Illinois Brick* repealer statutes (July 20, 2002; October 1, 1999; and December 23, 1998, respectively). (R&R at 13-14.)

  2. <u>DAPs</u> intend to object to the Special Master's recommendation that the DAPs' Nebraska and Nevada law claims based on purchases that pre-date the enactment of Illinois Brick repealer statutes in those states be dismissed. (R&R at 13.) The DAPs do not intend to object to the Special Master's recommendation that the DAPs' New York law claims based on purchases prior to December 23, 1998 be dismissed. (R&R at 13-14.)

IV. **Motions to Dismiss by Individual Defendants**

 A. **Philips Defendants, Joined by LG Electronics Defendants**

  1. <u>Philips Defendants</u> move to adopt the Special Master's report and recommendation that the DAPs' claims against Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation should be dismissed without leave to amend on the grounds that the DAPs' claims against the Philips Defendants are barred under the applicable statute of limitations. (R&R at 14-15.)

  2. <u>LG Electronics Defendants</u> move to adopt the Special Master's report and recommendation that the DAPs' claims against LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan-Taipei, Ltd. should be dismissed without leave to amend on the grounds that the DAPs' claims against the LGE Defendants are barred under the applicable statute of limitations. (R&R at 14-15.)

  3. <u>DAPs</u> intend to object to the Special Master's recommendations that the DAPs' claims against the Philips Defendants and the LGE Defendants[2] be dismissed on statute of limitations grounds without leave to amend. (R&R at 14-15.)

---

[2] The Philips Defendants are Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation and the LGE Defendants are LG Electronics, Inc. and LG Electronics USA, Inc.

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

6

Case No. 07-5944
MDL NO. 1917

B.  **Samsung Electronics Defendants**

    1.  <u>Samsung Electronics Defendants</u> move to adopt the Special Master's recommendation that the DAPs' claims against Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. be dismissed with leave to amend. (R&R at 16-17.)

    2.  <u>DAPs</u> intend to object to the Special Master's recommendation that the DAPs' claims against Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. be dismissed with leave to amend. (R&R at 16-17.)

Dated: May 16, 2013

O'MELVENY & MYERS LLP

By: /s/ Ian Simmons
IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
Email: kfeder@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
E-mail: JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
E-mail: PVictor@winston.com
ALDO A. BADINI (SBN 257086)
E-mail: ABadini@winston.com
EVA W. COLE (*pro hac vice*)
E-mail: EWCole@winston.com
MOLLY M. DONOVAN
E-mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

7

Case No. 07-5944
MDL NO. 1917

| | |
|---|---|
| 1 | STEVEN A. REISS (*pro hac vice*) |
| | E-mail: steven.reiss@weil.com |
| 2 | DAVID L. YOHAI (*pro hac vice*) |
| | E-mail: david.yohai@weil.com |
| 3 | ADAM C. HEMLOCK (*pro hac vice*) |
| | E-mail: adam.hemlock@weil.com |
| 4 | **WEIL, GOTSHAL & MANGES LLP** |
| | 767 Fifth Avenue |
| 5 | New York, New York 10153-0119 |
| | Telephone: (212) 310-8000 |
| 6 | Facsimile: (212) 310-8007 |
| 7 | |
| | *Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.* |
| 8 | |
| 9 | |
| 10 | MORGAN, LEWIS & BOCKIUS LLP |
| 11 | By: /s/ Kent M. Roger |
| | KENT M. ROGER (SBN 95987) |
| 12 | E-mail: kroger@morganlewis.com |
| | MICHELLE PARK CHIU (SBN 248421) |
| 13 | E-mail: mchiu@morganlewis.com |
| | One Market, Spear Street Tower |
| 14 | San Francisco, California 94105-1126 |
| | Telephone: (415) 442-1000 |
| 15 | Facsimile: (415) 442-1001 |
| 16 | J. CLAYTON EVERETT, JR. (*pro hac vice*) |
| | E-mail: jeverett@morganlewis.com |
| 17 | SCOTT A. STEMPEL (*pro hac vice*) |
| | E-mail: sstempel@morganlewis.com |
| 18 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 111 Pennsylvania Avenue, NW |
| 19 | Washington, DC 20004 |
| | Telephone: (202) 739-3000 |
| 20 | Facsimile: (202) 739-3001 |
| 21 | *Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* |
| 22 | |
| 23 | |
| 24 | MUNGER, TOLLES & OLSON LLP |
| 25 | By: /s/ Hojoon Hwang |
| | HOJOON HWANG (SBN 184950) |
| 26 | E-mail: Hojoon.Hwang@mto.com |
| | 560 Mission Street, Twenty-Seventh Floor |
| 27 | San Francisco, California 94105-2907 |

| 28 | DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS | 8 | Case No. 07-5944 MDL NO. 1917 |

| | |
|---|---|
| 1 | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| 2 | |
| | WILLIAM D. TEMKO (SBN 098858) |
| 3 | E-mail: William.Temko@mto.com |
| | JONATHAN E. ALTMAN (SBN 170607) |
| 4 | E-mail: Jonathan.Altman@mto.com |
| | BETHANY W. KRISTOVICH (SBN 241891) |
| 5 | E-mail: Bethany.Kristovich@mto.com |
| | **MUNGER, TOLLES & OLSON LLP** |
| 6 | 355 South Grand Avenue, Thirty-Fifth Floor |
| | Los Angeles, CA 90071-1560 |
| 7 | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| 8 | |
| | *Attorneys for Defendants LG Electronics, Inc.; LG,* |
| 9 | *LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.* |
| 10 | |
| 11 | SHEPPARD MULLIN RICHTER & HAMPTON |
| 12 | By: /s/ Gary L. Halling |
| | GARY L. HALLING (SBN 66087) |
| 13 | E-mail: ghalling@sheppardmullin.com |
| | JAMES L. MCGINNIS (SBN 95788) |
| 14 | E-mail: jmcginnis@sheppardmullin.com |
| | MICHAEL W. SCARBOROUGH (SBN 203524) |
| 15 | E-mail: mscarborough@sheppardmullin.com |
| | **SHEPPARD MULLIN RICHTER & HAMPTON** |
| 16 | Four Embarcadero Center, 17th Floor |
| | San Francisco, California 94111 |
| 17 | Telephone: (415) 434-9100 |
| | Facsimile: (415) 434-3947 |
| 18 | |
| | *Attorneys for Defendants Samsung SDI America, Inc.;* |
| 19 | *Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung* |
| 20 | *SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.* |
| 21 | |
| 22 | WHITE & CASE LLP |
| 23 | By: /s/ Lucius B. Lau |
| | CHRISTOPHER M. CURRAN (*pro hac vice*) |
| 24 | E-mail: ccurran@whitecase.com |
| | LUCIUS B. LAU (*pro hac vice*) |
| 25 | E-mail: alau@whitecase.com |
| | DANA E. FOSTER (*pro hac vice*) |
| 26 | E-mail: defoster@whitecase.com |
| | **WHITE & CASE LLP** |
| 27 | 701 Thirteenth Street, N.W. |

28 DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

9

Case No. 07-5944
MDL NO. 1917

Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

BAKER BOTTS LLP

By: /s/ Jon V. Swenson
JON V. SWENSON (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
E-mail: john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
E-mail: joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass
Rachel S. Brass (SBN 219301)
Email: rbrass@gibsondunn.com
Joel S. Sanders (SBN 107234)
Email: jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) as to the Target Am. Compl., P.C. Richard Compl., Tweeter*

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

10

Case No. 07-5944
MDL NO. 1917

*Compl., CompuCom Compl., Interbond Compl., Costco Compl., Office Depo Compl. and Best Buy Compl. only*

PERKINS COIE LLP

By: /s/ David J. Burman
DAVID J. BURMAN (*pro hac vice*)
Email: DBurman@perkinscoie.com
CORI G. MOORE (*pro hac vice*)
Email: CGMoore@perkisncoie.com
ERIC J. WEISS (*pro hac vice*)
Email: EWeiss@perkinscoie.com
NICHOLAS H. HESTERBERG (*pro hac vice*)
Email: NHesterberg@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

JOREN BASS (Bar No. 208143)
Email: JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Philip J. Iovieno
PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
ANNE M. NARDACCI
Email: anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com
JENNIFER MILICI
Email: jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

11

Case No. 07-5944
MDL NO. 1917

| | |
|---|---|
| 1 | Facsimile: (202) 237-6131 |
| 2 | STUART SINGER |
| | Email: ssinger@bsfllp.com |
| 3 | **BOIES, SCHILLER & FLEXNER LLP** |
| | 401 East Las Olas Blvd., Suite 1200 |
| 4 | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 356-0011 |
| 5 | Facsimile: (954) 356-0022 |
| 6 | *Liaison Counsel for Direct Action Plaintiffs and* |
| | *Attorneys for Plaintiffs Electrograph Systems, Inc.,* |
| 7 | *Electrograph Technologies, Corp., Office Depot, Inc.,* |
| | *Compucom Systems, Inc., Interbond Corporation of* |
| 8 | *America, P.C. Richard & Son Long Island* |
| | *Corporation, Marta Cooperative of America, Inc., ABC* |
| 9 | *Appliance, Inc., Schultze Agency Services LLC on* |
| | *behalf of Tweeter Opco, LLC and Tweeter Newco, LLC* |
| 10 | |
| 11 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| 12 | By: /s/ Roman M. Silberfeld |
| | ROMAN M. SILBERFELD (SBN 62783) |
| 13 | Email: RMSilberfeld@rkmc.com |
| | DAVID MARTINEZ (SBN 193183) |
| 14 | Email: DMartinez@rkmc.com |
| | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| 15 | 2049 Century Park East, Suite 3400 |
| | Los Angeles, CA 90067-3208 |
| 16 | Telephone: (310) 552-0130 |
| | Facsimile: (310) 229-5800 |
| 17 | |
| | *Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy* |
| 18 | *Purchasing LLC, Best Buy Enterprise Services, Inc.,* |
| | *Best Buy Stores, L.P., Bestbuy.com, L.L.C., and* |
| 19 | *Magnolia Hi-Fi, LLC* |
| 20 | |
| | SUSMAN GODFREY L.L.P. |
| 21 | |
| | By: /s/ Kenneth S. Marks |
| 22 | H. LEE GODFREY |
| | Email: lgodfrey@sumangodfrey.com |
| 23 | KENNETH S. MARKS |
| | Email: kmarks@susmangodfrey.com |
| 24 | JONATHAN J. ROSS |
| | Email: jross@susmangodfrey.com |
| 25 | JOHNNY W. CARTER |
| | Email: jcarter@susmangodfrey.com |
| 26 | DAVID M. PETERSON |
| | Email: dpeterson@susmangodfrey.com |
| 27 | **SUSMAN GODFREY L.L.P.** |

| 28 | DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS | 12 | Case No. 07-5944 MDL NO. 1917 |

1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

PARKER C. FOLSE III
Email: pfolse@susmangodfrey.com
RACHEL S. BLACK
Email: rblack@susmangodfrey.com
JORDAN CONNORS
Email: jconnors@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*


CROWELL & MORING LLP

By: /s/ Jason C. Murray
JASON C. MURRAY (CA Bar No. 169806)
Email: jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

JEROME A. MURPHY (*pro hac vice*)
E-mail: jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)
Email: aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Counsel for Target Corp.*


KENNY NACHWALTER, P.A.

By: /s/ Richard Alan Arnold
RICHARD ALAN ARNOLD
Email: rarnold@knpa.com
WILLIAM J. BLECHMAN
Email: wblechman@knpa.com
KEVIN J. MURRAY

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

13

Case No. 07-5944
MDL NO. 1917

| | |
|---|---|
| 1 | Email: kmurray@knpa.com |
| | **KENNY NACHWALTER, P.A.** |
| 2 | 201 S. Biscayne Blvd., Suite 1100 |
| | Miami, FL 33131 |
| 3 | Tel: (305) 373-1000 |
| | Fax: (305) 372-1861 |
| 4 | |
| 5 | *Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.* |
| 6 | |
| 7 | LINDQUIST & VENNUM P.L.L.P. |
| 8 | By: /s/ Jessica L. Meyer |
| | Jessica L. Meyer (SBN: 249064) |
| | Email: jmeyer@lindquist.com |
| 9 | James M. Lockhart (*pro hac vice*) |
| | Email: jlockhart@lindquist.com |
| 10 | James P. McCarthy (*pro hac vice*) |
| | Email: jmccarthy@lindquist.com |
| 11 | Kelly G. Laudon (*pro hac vice*) |
| | Email: klaudon@lindquist.com |
| 12 | **LINDQUIST & VENNUM P.L.L.P.** |
| | 4200 IDS Center |
| 13 | 80 South Eighth Street |
| | Minneapolis, MN 55402 |
| 14 | Telephone: (612) 371-3211 |
| | Facsimile: (612) 371-3207 |
| 15 | |
| 16 | *Attorneys for Plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and Related Entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receiver for Petters Company, LLC and Related Entities* |

DEFENDANTS' AND DIRECT ACTION PLAINTIFFS' POSITION STATEMENTS REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

14

Case No. 07-5944
MDL NO. 1917