Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 202-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. C 07-5944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **PROOF OF SERVICE RE: THOMSON SA (N/K/A TECHNICOLOR SA)** |
| *Sharp Electronics Corp.*, et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | |

**S.C.P.**
**P. MAZE**
**J.C. MOLINA**

*Associated Huissiers*

2 place Bonaventure Leca
BP 95
92130 ISSY LES MOULINEAUX

Tel.: 01.46.44.94.25
Fax: 01.46.44.03.32
Email: maze.molina@orange.fr

Website:
www.huissier-justice-92.com

Bank details:
Dedicated account
Deposit
Bank: 40031
Branch: 00001
Account No.: 0000363119U
Code: 39

IBAN:
FR81 4003 1000 0100 0036 3119 U39
BIC: CDCGFRPP

**WRIT**
*OFFICIAL COPY*

REFERENCES TO BE
USED:
MD: 13979 - PAT

| Article 6 | 50.00 |
| --- | --- |
| | ------ |
| W/o Tax | 50.00 |
| 19.6% V.A.T. | 0.00 |
| | ------ |
| W/tax | 50.00 |

## SERVICE AND DELIVERY OF A FOREIGN WRIT

Regulation (EC) n° 1393/2007 of the European Parliament and of the Council
of November 13, 2007

In the year TWO THOUSAND THIRTEEN and on APRIL TWENTY-NINTH

We, S.C.P. Pascal MAZE et Jean Christophe MOLINA, Associated Huissiers,
residing in ISSY LES MOULINEAUX, domiciled at 2, Place Bonaventure
Leca, through one of them the undersigned, represented by one of them,

ON:

**Société THOMSON (TECHNICOLOR SA)**
1-5, rue Jeanne d'Arc
92130 ISSY LES MOULINEAUX
        For whom a copy of this writ was delivered as stated in the attached
        certificate of service

AT THE REQUEST OF:

APS INTERNATIONAL LTD – APS INTERNATIONAL PLAZA – Diane K.
MYERS – 7800 Glenroy Road – MINNEAPOLIS – MINNESOTA 55439-
3122 – U.S.A.
                        Electing address for service at our practice

I AM SERVING UPON YOU AND DELIVERING TO YOU A COPY

of various documents related to a civil case filed before the District Court for
the Northern District of California (UNITED STATES)

Said documents include, in particular:
Annex A titled Summons in a civil case
Annex B titled Summons in a civil case

The writ was drawn up in the following language: English
The writ is accompanied by a translation into French

Please be advised that you may refuse to receive this document at the time it is
served upon you or send it back to me within one week from the date appearing
on top of the writ, if it is not drawn up in or accompanied by a translation into
one of the following languages:
a) a language understood by the recipient or
b) the French language (official language of the requested Member State).

In case of a personal service, I informed you verbally of the above.

If the writ is a summons: you must appear personally at this hearing or be duly
represented by an attorney. If you fail to do so, a judgment may be rendered
for the relief demanded in the complaint.

If the writ is a legal ruling: the author of an abuse of process or dilatory appeal
could be condemned to paying a civil fine and paying an indemnity to the other
party.

This service is made upon you pursuant to the provisions of Regulation (EC)
n° 1393/2007 of the European Parliament and of the Council of 11/11/2007 on
the service or notification in member states of judicial and extra-judicial
documents in civil or commercial matters.

**S.C.P.**

MD: 13979

Writ: 6083

**P. MAZE**
**J.C. MOLINA**

Associated Huissiers

2 place Bonaventure Leca
BP 95
92130 ISSY LES MOULINEAUX

Tel.: 01.46.44.94.25
Fax: 01.46.44.03.32
Email: maze.molina@orange.fr

Website:
www.huissier-justice-92.com

Bank details:
Dedicated account
Deposit
Bank:   40031
Branch: 00001
Account No.: 0000363119U
Code: 39

IBAN:
FR81 4003 1000 0100 0036 3119 U39
BIC: CDCGFRPP

WRIT

OFFICIAL COPY

REFERENCES TO BE
USED:
MD: 13979 - PAT

COST OF WRIT

| Article 6 | 50.00 |
|---|---|
| | ------ |
| W/o Tax | 50.00 |
| 19.6% V.A.T. | 0.00 |
| | ------ |
| W/tax | 50.00 |

## METHOD OF SERVICE
### (ON A CORPORATION)

Requesting party: APS INTERNATIONAL, APS INTERNATIONAL
PLAZA - LTD

Title of served document: SERVICE OF FOREIGN WRIT

Date of service:  April 29. 2013

Adressee: Société THOMSON (TECHNICOLOR SA),
1-5 rue Jeanne d`Arc 92130 ISSY LES MOULINEAUX

The writ was delivered by a sworn clerk, who spoke to Mrs. LOPEZ
Angélique, Mail Department, per her statements, met on site, who
declared that she was authorized to receive the copy.

A notice of visit, dated, indicating the nature of the writ, the requesting
party and the name of the person who received the copy, was left on
site.

The letter specified by Article 658, Code of Civil Procedure, containing
a copy of the writ, was sent within the legal time limit.

This 2-page writ is not subject to tax and the copy includes 243 pages.

All statements related to service are certified by the Huissier.

[ ] P. MAZE    [ ] J.C. MOLINA

*[Huissier's signature and stamp]*

Case Name:  Sharp Electronics Corporation  v  Hitachi, Ltd.
Defendant:  Thomson SA now known as Technicolor SA
Court Case No.:  3:13-cv-01173-EDL

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1)   that the request has been executed*

- the (date)  _____ *April 29, 2013* _____

- at (place, street, number)  *1-5 Rue Jeanne d'Arc  92130  Issy les Moulineaux* _____

- in one of the following methods authorised by article 5-

[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

[ ]  (b)  in accordance with the following particular method*: _____

[ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*

The documents referred to in the request have been delivered to:

- (identity and description of person)  *Mrs. LOPEZ Angélique* _____

- relationship to the addressee (family, business or other):
                              *Employee in the Mail Department* _____

2)   that the document has not been served, by reason of the following facts*:
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

**LIST OF DOCUMENTS:** Summary of the Document to Be Served, Summons in a Civil Action with Attachment A, Complaint and Jury Demand, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order Re Case Management Conference, Standing Order Magistrate Judge Elizabeth D. Laporte, Standing Order for All Judges, Welcome to the U.S. District Court [Guidelines], Notice of Assignment of Case to a United States Magistrate Judge for Trial with attached forms Consent/Declination to Proceed, Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California, Pretrial Order No. 1, Related Case Order, Order Appointing Special Master, Translations

Annexes

Documents returned:

*Second original of writ of service of a*
*foreign document* _____

                          Done at  *Issy les Moulineaux*    the  *May 2, 2013*
                          In appropriate cases, documents establishing the service:
                          Signature and/or stamp.

                          Société Civile Professionnelle
                          Pascal MAZE – Jean-Christophe MOLINA
                          Associated Huissiers
                          2, Place Bonaventure Leca
                          92130 Issy les Moulineaux
                          Tel: 01 46 44 94 25 – Fax: 01 46 44 03 22
                                              *[Signature]*

*   Delete if inappropriate.                    2

267889 - 3

**S.C.P.**
**P. MAZE**
**J.C. MOLINA**

*Huissiers de Justice associés*

2, place Bonaventure Leca
BP 95
92130 ISSY LES MOULINEAUX

Tél. : 01 46 44 94 25
Fax : 01 46 44 03 32
Email : maze.molina@orange.fr

Site Internet :
www.huissier-justice-92.com

Références bancaires :

Compte Affecté

Caisse des dépôts
Banque : 40031
Agence : 00001
N° cpte : 0000363119U
Clé : 39

IBAN :
FR81 4003 1000 0100 0036 3119 U39
BIC : CDCGFRPP

---

**ACTE**
**D'HUISSIER**
**DE**
**JUSTICE**

*PREMIÈRE EXPÉDITION*

---

RÉFÉRENCES A
RAPPELER
MD:13979 - PAT

---

| Article 6 | 50,00 |
|---|---|
| H.T. | 50,00 |
| Tva 19,6% | 0,00 |
| T.T.C | 50,00 |

---

# SIGNIFICATION ET REMISE D'UN ACTE EN PROVENANCE DE L'ETRANGER

Règlement (CE) no 1393/2007 du Parlement européen et du Conseil du 13 novembre 2007

L'AN DEUX MILLE TREIZE ET LE VINGT NEUF AVRIL

Nous, S.C.P. Pascal MAZE et Jean Christophe MOLINA, Huissier de Justice Associés, à la résidence d'ISSY LES MOULINEAUX, demeurant 2, Place Bonaventure Leca, par l'un d'eux soussigné. représentée par l'un d'eux

À :

Société THOMSON (TECHNICOLOR SA)
1-5, rue Jeanne d'Arc
92130 ISSY LES MOULINEAUX
Pour qui la copie du présent a été remise comme indiqué au Procès Verbal de Signification ci après annexé.

À LA DEMANDE DE :

APS INTERNATIONAL LDT- APS INTERNATIONAL PLAZA - Diane K. MYERS - 7800 Glenroy Road MINNEAPOLIS - MINNESOTA 55439-3122 - U.S.A
Elisant domicile en notre Etude

JE VOUS SIGNIFIE ET VOUS LAISSE COPIE

De divers documents concernant l'engagement d'une action civile devant le Tribunal de district de la Californie du Nord (ETATS-UNIS).

Lesdits documents comprenant notamment :
Une annexe A ayant pour titre Assignation dans une action civile
Une annexe B ayant pour titre Assignation dans une action civile

L'acte est établi dans la langue suivante : anglais
L'acte est accompagné d'une traduction en français

Je vous informe que vous pouvez refuser de recevoir le présent acte au moment de la signification ou en me le retournant dans un délai d'une semaine à compter de la date portée en-tête du présent acte, si celui-ci n'est pas rédigé ou accompagné d'une traduction dans l'une des langues suivantes:
a) une langue comprise du destinataire ou
b) le française (langue officielle de l'Etat membre requis).

En cas de remise à personne, je vous ai indiqué verbalement l'information ci-dessus.

Si l'acte est une convocation en justice : Vous devez comparaître à cette audience ou vous y faire valablement représenter. A défaut, vous vous exposez à ce qu'une décision soit rendue contre vous sur les seuls éléments fournis par votre adversaire.

Si l'acte est une décision de justice : L'auteur d'un recours abusif ou dilatoire peut être condamné au paiement d'une amende civile et au paiement d'une indemnité à l'autre partie.

La présente signification vous est faite conformément aux dispositions du règlement (CE) n.1393/2007 du Parlement européen et du Conseil du 13.11.2007 relatif à la signification et à la notification dans les Etats membres des actes judiciaires et extrajudiciaires en matière civile et commerciale.



MD:13979                                                                                   Acte : 6083

346

**S.C.P.**
**P. MAZE**
**J.C. MOLINA**

Huissiers de Justice associés
––––––
2, place Bonaventure Leca
BP 95
92130 ISSY LES MOULINEAUX

Tél. : 01 46 44 94 25
Fax : 01 46 44 03 32
Email : maze.molina@orange.fr

Site Internet :
www.huissier-justice-92.com

Références bancaires :

Compte Affecté

Caisse des dépôts
Banque : 40031
Agence : 00001
N° cpte : 0000363119U
Clé : 39

IBAN :
FR81 4003 1000 0100 0036 3119 U39
BIC : CDCGFRPP

ACTE
D'HUISSIER
DE
JUSTICE

PREMIERE EXPEDITION

REFERENCES A RAPPELER
MD:13979 - PAT

COUT DE L'ACTE
Article 6        50,00
                -------
H.T.             50,00
Tva 19,6%         0,00
                -------
T.T.C            50,00

MD:13979                                                      Acte : 6083

## MODALITES DE REMISE DE L'ACTE
### (A PERSONNE MORALE)

**Requérant :** APS INTERNATIONAL,APS INTERNATIONAL PLAZA - LDT

**Titre de l'acte signifié :** une SIGNIFICATION ACTE ETRANGER

**Date de signification :** 29 avril 2013

**Destinataire : Société THOMSON (TECHNICOLOR SA)**, 1-5, rue Jeanne d'Arc 92130 ISSY
LES MOULINEAUX

Cet acte a été  signifié par Clerc assermenté, parlant à Madame LOPEZ Angélique, service courrier,
ainsi déclaré, rencontré(e) dans les lieux, qui a déclaré être habilité(e) à recevoir la copie.

Un avis de passage, daté, mentionnant la nature de l'acte, le requérant et le nom de la personne ayant
reçu copie a été laissé sur place.

La lettre prévue à l'article 658 du Code de Procédure Civile, contenant copie de l'acte a été adressée
dans le délai légal.

Le présent acte non soumis à taxe fiscale comporte 2 feuilles dont 243 à la copie

Les mentions relatives à la signification sont visées par l'Huissier de Justice.

[ ] P. MAZE        [ ] J.C. MOLINA





6083

Case Name: Sharp Electronics Corporation v. ...chi, Ltd.
Defendant: Thomson SA now known as Technicolor SA
Court Case No.: 3:13-cv-01173-EDL

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention.*

1)   that the document has been served*
*1.*   *que la demande a été exécutée*
    - the (date)
    - *le (date)*    29 Avril 2013
    - at (place, street, number)
    - *à (localité, rue numéro)*    1 - 5 Rue Jeanne d'Arc 92130 Issy les Moulineaux

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
    [ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        *a)*  *selon les formes légales (article 5, alinéa premier, lettre a).*
    [ ]  (b)  in accordance with the following particular method*:
        *b)*  *selon la forme particulière suivante:* _____

    [ ]  (c)  by delivery to the addressee, who accepted it voluntarily.*
        *c)*  *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)*    Madame LOPEZ Angelique

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*    employée service courrier

2)   that the document has not been served, by reason of the following facts*:
*2.*   *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

_____

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to Be Served, Summons in a Civil Action with Attachment A, Complaint and Jury Demand, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order Re Case Management Conference, Standing Order Magistrate Judge Elizabeth D. Laporte, Standing Order for All Judges, Welcome to the U.S. District Court [Guidelines], Notice of Assignment of Case to a United States Magistrate Judge for Trial with attached forms Consent/Declination to Proceed, Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California, Pretrial Order No. 1, Related Case Order, Order Appointing Special Master,
Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

Second original signification acte etranger

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

_____

*  Delete if inappropriate.
  *Rayer les mentions inutiles.*

Done at
*Fait à*   Issy les Moulineaux, the
               *le*   2 Mai 2013

Signature and/or stamp.
*Signature et/ou cachet.*

2

**Société Civile Professionnelle**
Pascal MAZE – Jean-Christophe MOLINA
Huissiers de Justice Associés
2, Place Bonaventure Leca
92130 Issy les Moulineaux
Tél : 01 46 44 94 25 – Fax : 01 46 44 03 32

APPLICANT IS AUTHORIZED TO SERVE JU⎯ ⎯L PROCESS UNDER THE UNITED STATES FEDER⎯ ⎯ILES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE ⎯ THE STATE OF:  California

## REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Diane K. Myers<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: DMyers@CivilActionGroup.com | MINISTERE DE LA JUSTICE<br>(Bureau de l'Entraide judiciare intl)<br>13, place Vendôme<br>Paris Cedex 01<br><br>75042<br>France |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en le priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*    __Thomson SA now known as Technicolor SA__
    __1-5 Rue Jeanne d'Arc, 92130 Issy-les-Moulineaux, France__
        Tel:

[ ]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)  selon les formes légales (article 5, alinéa premier, lettre a).*

[X]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)  selon la forme particuliére suivante (article 5, alinéa premier, lettre b):En remettant les documents à un huissier, qui se chargera de les signifier à un cadre administratif, un agent gérant ou tout autre agent autorisé à accepter des documents légaux pour le compte du Défendeur.  Le Défendeur ne doit pas avoir l'option de refuser la signification.  Un chèque d'un montant de 50.00 euro pour couvrir les honoraires de l'huissier est inclus.*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents *(See reverse side for complete list)
*Enumération des pièces*

Summary of the Document to Be Served
Summons in a Civil Action with Attachment A
Complaint and Jury Demand
Order Setting Initial Case Management Conference
and ADR Deadlines
Standing Order Re Case Management Conference
Standing Order Magistrate Judge Elizabeth D.
Laporte / Standing Order for All Judges
Welcome to the U.S. District Court [Guidelines]
Notice of Assignment of Case to a United States
Magistrate Judge for Trial with attached forms
Consent/Declination to Proceed

APS International Plaza
7800 Glenroy Road

Done at    Minneapolis, MN 55439    , the
*Fait à* Minneapolis, Minnesota, U.S.A.    , *le*  4-12-13

Signature and/or stamp.
*Signature et/ou cachet.*

Diane K Myers

(Formerly OBD-116 which was formerly LAA-116,    USM-94
both of which may still be used)    (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

267889 - 3

Case Name:  Sharp Electronics Corporation v.  ...chi, Ltd.
Defendant:  Thomson SA now known as Technicolor SA
Court Case No.:  3:13-cv-01173-EDL

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served***
*1.   que la demande a été exécutée*
- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

_____

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
   [  ]  **(a)**  **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
      *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
   [  ]  **(b)**   **in accordance with the following particular method*:**
      *b)   selon la forme particulière suivante:* _____

   [  ]  **(c)**   **by delivery to the addressee, who accepted it voluntarily.***
      *c)   par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* _____

_____

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

_____

2)   **that the document has not been served, by reason of the following facts*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to Be Served, Summons in a Civil Action with Attachment A, Complaint and Jury Demand, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order Re Case Management Conference, Standing Order Magistrate Judge Elizabeth D. Laporte, Standing Order for All Judges, Welcome to the U.S. District Court [Guidelines], Notice of Assignment of Case to a United States Magistrate Judge for Trial with attached forms Consent/Declination to Proceed, Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California, Pretrial Order No. 1, Related Case Order, Order Appointing Special Master, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

Done at _____ , the _____
*Fait à* _____ , *le* _____

Signature and/or stamp.
*Signature et/ou cachet.*

_____

*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2



267889 - 3