GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696,
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DIRECT PURCHASER ACTION | CASE NO. 3:07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S JOINDER IN PART IN DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

Chunghwa Picture Tubes, Ltd. ("CPT") hereby joins in part in the Direct Purchaser Plaintiffs' ("Plaintiffs") Administrative Motion To Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) (Dkt. No. 1673). The Plaintiffs seek to file under seal, *inter alia*, Plaintiffs' Memorandum in Support of Direct Purchaser Plaintiffs' Motion for Class Certification ("Plaintiffs' Memorandum"), as well as Exhibits 31, 42, and 63 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class Certification ("Saveri Declaration"). For the reasons set forth below and in the Declaration of Ryan Chung filed concurrently herewith, CPT respectfully requests that the Court enter an order sealing these documents.

1

DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S JOINDER IN PART IN DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL, CASE NO. 3:07-CV-5944 SC, MDL NO. 1917

Gibson, Dunn & Crutcher LLP

**Exhibits 31 and 42 to the Saveri Declaration and Related Portions of Plaintiffs' Memorandum**

Exhibits 31 and 42 to the Saveri Declaration, submitted under seal, consist of excerpts from the transcripts of the depositions of Chih Chun ("C.C.") Liu and Sheng Jen ("S.J.") Yang taken in this action. Declaration of Ryan Chung ("Chung Decl.") ¶ 2. Plaintiffs' Memorandum, also submitted under seal, contains long direct quotations from, as well as detailed, substantive summaries of, this deposition testimony. *Id.* ¶ 4.

These documents and the related portions of Plaintiff's Memorandum should remain under seal. Mr. Liu's and Mr. Yang's deposition testimony is designated by CPT as "Highly Confidential" pursuant to the Stipulated Protective Order entered in this case (Dkt. Nos. 306 & 1142). Chung Decl. ¶ 3. The deposition testimony attached to the Saveri Declaration, and as excerpted and summarized in Plaintiffs' Memorandum, contains confidential, nonpublic, proprietary and highly sensitive business information. *Id.* For example, it contains descriptions of CPT's internal practices and procedures related to sales, pricing, and customer relations. *Id.* Mr. Liu and Mr. Yang also testified to the details of the internal decisionmaking process at CPT for various strategic business issues and CPT's operations. *Id.* Thus, disclosure of this information would undermine CPT's business relationships, cause it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage. *Id.* ¶ 8.

Good cause therefore exists to keep Exhibits 31 and 42 to the Saveri Declaration and the related portions of Plaintiff's Memorandum under seal.

**Exhibits 63 to the Saveri Declaration and Related Portions of Plaintiffs' Memorandum**

Exhibit 63 to the Saveri Declaration, submitted under seal, is a document purporting to be Mr. Yang's Statement to the Japan Fair Trade Commission (April 8–9, 2008) and a certified translation (the "JFTC Statement"). Chung Decl. ¶ 2. Plaintiffs' Memorandum contains excerpts and detailed, substantive summaries of this document. *Id.* ¶ 4.

This document and the related portions of Plaintiff's Memorandum should remain under seal. The Japan Fair Trade Commission treats witness statements obtained in its investigations as confidential. Etsuko Hara & Hideto Ishida, "Japan: Cartels," *The Asia-Pacific Antitrust Review 2013*

2

DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S JOINDER IN PART IN DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL, CASE NO. 3:07-CV-5944 SC, MDL NO. 1917

Gibson, Dunn & Crutcher LLP

1  (explaining that the JFTC does not disclose evidence that it obtains from non-public sources

2  including witness statements).  As a matter of comity, this Court should afford this document the

3  same treatment.  *Cf. F. Hoffman-La Roche, Ltd. v. Empagran, S.A.*, 542 U.S. 155, 164, 169 (2004).

4       In addition, the purported JFTC Statement attached to the Saveri Declaration, and as

5  excerpted and summarized in Plaintiffs' Memorandum, contains confidential, nonpublic, proprietary

6  and highly sensitive business information.  *Id.*  For example, it contains descriptions of CPT's

7  internal practices and procedures related to sales, pricing, and customer relations.  *Id.* It also includes

8  details of the internal decisionmaking process at CPT for various strategic business issues and CPT's

9  operations.  *Id.*  Disclosure of this information would undermine CPT's business relationships, cause

10  it harm with respect to its competitors and customers, and put CPT at a competitive disadvantage.  *Id.*

11  ¶ 8.

12       Good cause therefore exists to keep Exhibit 63 of the Saveri Declaration and the related

13  portions of Plaintiff's Memorandum under seal.

14  **Statements Regarding the United States Department of Justice**

15       Plaintiffs' Memorandum contains statements regarding Chunghwa's interactions with the

16  United States Department of Justice ("DOJ").  Chung Decl. ¶ 5.  Such information is treated as

17  confidential by the DOJ as a matter of policy.  *See* U.S. Department of Justice, Antitrust Division,

18  *Frequently Asked Questions Regarding The Antitrust Division's Leniency Program And Model*

19  *Leniency Letters,* Nov. 19, 2008.  CPT has made no public disclosures of its leniency status.  This

20  portion of Plaintiff's Memorandum should therefore remain under seal.

21       Accordingly, Chunghwa respectfully requests that this Court enter an order sealing the above-

22  identified portions of Plaintiffs' Memorandum and Exhibits 31, 42, and 63 to the Saveri Declaration.

23  Dated: May 21, 2011

24       GIBSON, DUNN & CRUTCHER LLP
     RACHEL S. BRASS

25

26       By:    /s/ Rachel S. Brass

27       Attorneys for Defendant
     CHUNGHWA PICTURE TUBES, LTD

28

Gibson, Dunn & Crutcher LLP

3

DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S JOINDER IN PART IN DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL, CASE NO. 3:07-CV-5944 SC, MDL NO. 1917