GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
RBrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696,
ASchwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: 415.393.8200
Facsimile: 415.393.8306

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DIRECT PURCHASER CLASS ACTION | CASE NO. 3:07-CV-5944 SC<br><br>MDL NO. 1917<br><br>**DECLARATION OF RYAN CHUNG IN SUPPORT OF DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S JOINDER IN PART IN DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |

I, Ryan Chung, hereby declare as follows:

1. I am currently employed by Chunghwa Picture Tubes, Ltd. ("Chunghwa"), as Chief Director. I have personal knowledge of the matters stated herein and if called to do so, I could and would competently testify to the facts stated below. This declaration is submitted in support of Chunghwa's joinder in part to the Direct Purchaser Plaintiffs' Administrative Motion To Seal Documents Pursuant To Civil Local Rules 7-11 And 79-5(d) (Dkt. No. 1673).

2. I have reviewed the following documents submitted under seal to this Court in connection with the Direct Purchaser Plaintiffs' Motion for Class Certification:

- Direct Purchaser Plaintiffs' Memorandum in Support of Direct Purchaser Plaintiffs' Motion for Class Certification ("Plaintiffs' Memorandum").
- Excerpts from the transcript of the deposition of Chih Chun ("C.C.") Liu taken in this action, attached as Exhibit 31 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class Certification ("Saveri Declaration").
- Excerpts from the transcript of the deposition of Sheng Jen ("S.J.") Yang taken in this action, attached as Exhibit 42 to the Saveri Declaration.
- A document purporting to be Mr. Yang's Statement to the Japan Fair Trade Commission (April 8–9, 2008) and a certified translation (the "JFTC Statement"), attached as Exhibit 63 to the Saveri Declaration.

3. Mr. Liu's and Mr. Yang's deposition testimony attached as Exhibits 31 and 42 to the Saveri Declaration is designated by Chunghwa as "Highly Confidential" pursuant to the Stipulated Protective Order entered in this case (Dkt. Nos. 306 & 1142).

4. Plaintiffs' Memorandum contains excerpts and detailed, substantive summaries of the deposition testimony of Mr. Liu and Mr. Yang, as well as Mr. Yang's JFTC Statement, identified above. These excerpts and detailed summaries appear at the following locations in Plaintiffs' Memorandum, listed by page and line number:

- Deposition testimony of Mr. Liu: 7:10-8:11; 8:18-20; 9:8-11:3; 13:10 & n.32; 14:17-15:1 & n.35; 16:1-4; 27:5-8.
- Deposition testimony of Mr. Yang: 16:11-17:2.
- Mr. Yang's JFTC Statement: 63: 9:3-4; 16:10-17:2.

5. Plaintiffs' Memorandum contains statements regarding Chunghwa's interactions with the United States Department of Justice. These statements appear at the following location, listed by page and line number: 5:3-4.

6. Mr. Liu's and Mr. Yang's deposition testimony attached to the Saveri Declaration and excerpted and summarized in Plaintiffs' Memorandum contains confidential, nonpublic, proprietary and highly sensitive business information. It contains descriptions of Chunghwa's internal practices and procedures related to sales, pricing, and customer relations. Mr. Liu and Mr. Yang also testified

to the details of the internal decisionmaking process at Chunghwa for various strategic business issues and Chunghwa's operations.

7. A document purporting to be Mr. Yang's JFTC Statement attached to the Saveri Declaration and excerpted and summarized in Plaintiffs' Memorandum contains confidential, nonpublic, proprietary and highly sensitive business information. It contains descriptions of Chunghwa's internal practices and procedures related to sales, pricing, and customer relations. It also includes details of the internal decisionmaking process at Chunghwa for various strategic business issues and Chunghwa's operations.

8. Disclosure of above-identified deposition testimony, documents, excerpts, and summaries would undermine Chunghwa's business relationships, cause it harm with respect to its competitors and customers, and put Chunghwa at a competitive disadvantage.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing statements are true and correct.

Executed this 22 th day of May 2013, at Taoyuan, Taiwan.

By: *Ryan Chung*