# PROOF OF SERVICE

I, Christine Fujita, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.  On May 21, 2013, I served the following document:

**DEFENDANT CHUNGHWA PICTURE TUBES, LTD.'S JOINDER IN PART IN DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D)**

on the parties stated below, by the following means of service:

☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**:  On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

**SEE ATTACHED SERVICE LIST**

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document was printed on recycled paper, and that this Certificate of Service was executed by me on May 21, 2013, at San Francisco, California.

                                                    /s/Christine A. Fujita
                                                     Christine A. Fujita

Gibson, Dunn & Crutcher LLP

## Service List

| | |
|---|---|
| Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, CA 94111<br>415-217-6810<br>Fax: 415-217-6813<br><br>**Counsel for Direct Purchaser Plaintiffs** | Mario N. Alioto<br>Lauren C. Russell<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>415 563-7200<br>Fax: 415 346-0679<br><br>**Counsel for Indirect Purchaser Plaintiffs** |
| Philip J. Iovieno<br>Anne M. Nardacci<br>Boies, Schiller & Flexner LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Telephone: (518) 434-0665<br>Email: piovieno@bsfllp.com<br>          anardacci@bsfllp.com<br><br>**Liaison Counsel for Direct Action Plaintiffs** | Satu Correa<br>Assistant Attorney General<br>Office of the Attorney General – Antitrust Division<br>State of Florida<br>PL-01, The Capitol<br>Tallahassee, Florida 32399<br>Telephone: (850) 414-3300<br>Email: Satu.Correa@myfloridalegal.com<br><br>**State Attorney Generals**<br>**State of Florida** |
| Emilio E. Varanini<br>Deputy Attorney General<br>State of California<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>Email: Emilio.varanini@doj.ca.gov<br><br><br><br><br><br>**State Attorney Generals**<br>**State of California** | Terry Calvani<br>Richard S. Snyder<br>Kate S. McMillan<br>Christine Laciak<br>Freshfields Bruckhaus Deringer US LLP<br>701 Pennsylvania Avenue, NW, Suite 600<br>Washington, DC 20004<br>(202) 777-4505<br>Fax:  (202) 777-4555<br>Email: terry.calvani@freshfields.com<br>          richard.snyder@freshfields.com<br>          Kate.mcmillan@freshfields.com<br>          Christine.Laciak@freshfields.com<br><br>**Counsel for Beijing-Matsushita Color CRT Company, Ltd.** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF SERVICE – MDL 1917

| | |
|---|---|
| Kent Michael Roger<br>Scott A. Stempel<br>Michelle Park Chiu<br>J. Clayton Everett<br>Morgan Lewis & Bockius LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>(415) 442-1140<br>Fax:  (415) 442-1001<br>Email: kroger@morganlewis.com<br>         sstempel@morganlewis.com<br>         mchiu@morganlewis.com<br>         jeverett@morganlewis.com<br><br>**Counsel for Hitachi, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., Hitachi Electronic Devices (USA), Inc., and Hitachi Displays, Ltd.** | Lucius B. Lau<br>Dana E. Forster<br>White & Case<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Fax:  (202) 639-9355<br>Email: alau@whitecase.com<br>         deforster@whitecase.com<br><br>**Counsel for Toshiba Corporation, Toshiba America Electronics Components, Inc., Toshiba America Information Systems, Inc., Toshiba America, Inc., Toshiba America Consumer Products, L.L.C.** |
| Joseph R. Tiffany, II<br>Pillsbury Winthrop Shaw Pittman LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4644<br>Fax:  (650) 233-4545<br>Email: joseph.tiffany@pillsburylaw.com<br><br>**Counsel for IRICO Group Corporation, IRICO Display Devices Co., Ltd.** | Hojoon Hwang<br>William D. Temko<br>Jonathan E. Altman<br>Munger, Tolles & Olson LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Email: Hojoon.hwang@mto.com<br>         William.temko@mto.com<br>         Jonathan.altman@mto.com<br><br>**Counsel for LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.** |

| | |
|---|---|
| Jeffrey Kessler<br>Molly M. Donovan<br>James F. Lerner<br>Eva W. Cole<br>Winston & Strawn LLP<br>200 Park Ave<br>New York, NY 10166<br>Telephone: (212) 294-4698<br>Email: JKessler@winston.com<br>      MMDonovan@winston.com<br>      Jlerner@winston.com<br>      EWCole@winston.com<br><br>David L. Yohai<br>david.yohai@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>**Counsel for Defendants Panasonic Corporation, Panasonic Corp. of North America, and MT Picture Display Co., Ltd** | John M. Taladay<br>Andreas Stargard<br>Baker Botts L.L.P.<br>1299 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004-2400<br>Telephone: (202) 639-7700<br>Fax: (202) 639-7890<br>Email: john.taladay@bakerbotts.com<br>      andreas.stargard@bakerbotts.com<br><br>**Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda.** |
| Ian Simmons<br>Ben Bradshaw<br>O'Melveny & Myers LLP<br>1625 Eye St. NW<br>Washington, D.C. 20006<br>Telephone: (202) 383-5300<br>Fax: (202) 383-5414<br>Email: isimmons@omm.com<br>      bbradshaw@omm.com<br><br><br><br>**Counsel for Samsung Electronics Co. Ltd., Samsung Electronics America, Inc.** | Gary L. Halling<br>James L. McGinnis<br>Michael Scarborough<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Fax: (415) 434-3947<br>Email: ghalling@smrh.com<br>      jmcginnis@sheppardmullin.com<br>      mscarborough@smrh.com<br><br>**Counsel for Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.** |

| | |
|---|---|
| Terrence A. Callan<br>Pillsbury Winthrop Shaw Pittman, LLP<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880<br>Tel: (415) 983-1000<br>Fax: (415) 983-1200<br>Email: Terrence.callan@pillsburylaw.com<br><br>**Counsel for Defendants IRICO Display Devices Co., Ltd., IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.** | Michael R. Lazerwitz<br>Cleary Gottlieb Steen & Hamilton LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 9000<br>Washington, DC 20006<br>Tel: (202) 974-1500<br>Fax: (202) 974-1999<br>Email: mlazerwitz@cgsh.com<br><br>**Counsel for Defendant LP Displays International, Ltd.** |