ALDO A. BADINI (257086)
JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: ewcole@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL. No. 1917 |
| This Document Relates to: | |
| DIRECT PURCHASER ACTIONS | **DECLARATION OF EVA W. COLE IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| | [re Panasonic Documents] |

- 1 -

DECL. OF EVA W. COLE
ISO DPPS' MOTION TO SEAL
Case No. 07-5944 SC
MDL NO. 1917

I, Eva W. Cole, declare as follows:

       1.     I am an attorney with Winston & Strawn LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. I make this declaration pursuant to Civil Local Rule 79-5(d) to establish that certain documents containing Confidential or Highly Confidential information and submitted to the Court in connection with Direct Purchaser Plaintiffs' Motion for Class Certification and the memorandum in support thereof ("Class Certification Motion") are sealable. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

       2.     On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On May 14, 2013, Direct Purchaser Plaintiffs filed an Administrative Motion to Seal (Dkt. 1673), and lodged conditionally under seal the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

    a.     Portions of the Memorandum in Support of Direct Purchaser Plaintiffs' Motion for Class Certification that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential";

    b.     Portions of the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class Certification that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential";

    c.     Exhibits 1, 17–62, 64–80, 83, 85–104, and 106–136 to the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion for Class

- 2 -

Certification that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential"; and

    d.      Portions of the Expert Report of Jeffrey J. Leitzinger, Ph.D.

    3.      Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal, pursuant to the Stipulated Protective Order, certain documents and information designated by the Panasonic Defendants as "Confidential" or "Highly Confidential" and attached to the Saveri Declaration, and all references to any such documents and information in the Class Certification Motion, the Saveri Declaration, and the Leitzinger Report and its exhibits.

    4.      Upon information and belief, the documents and information referred to in and/or attached to the Leitzinger Report and its exhibits consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information. The documents contain, cite, and/or identify confidential information about the Panasonic Defendants' sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements and competitive positions. The documents and information describe relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

    5.      Attached as Exhibit 98 to the Saveri Declaration is a document produced by the Panasonic Defendants bearing Bates numbers MTPD-0423675–77, and a purported certified translation of that document bearing Bates numbers MTPD-0423675E–77E.

    6.      Upon information and belief, the document appearing in Exhibit 98 of the Saveri Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The document contains, cites, and/or identifies confidential

- 3 -

information about the Panasonic Defendants' sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements and competitive positions. This document describes relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

7.     Attached as Exhibit 121 to the Saveri Declaration is a document produced by the Panasonic Defendants bearing Bates number MTPD-0580726, and a purported certified translation of that document bearing Bates number MTPD-0580726E.

8.     Upon information and belief, the document appearing in Exhibit 121 of the Saveri Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The document contains, cites, and/or identifies confidential information about the Panasonic Defendants' sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements and competitive positions. This document describes relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

9.     Attached as Exhibit 133 to the Saveri Declaration is a document produced by the Panasonic Defendants bearing Bates numbers MTPD-0038856–59, and a purported certified translation of that document bearing Bates numbers MTPD-0038856E–59E.

10.     Upon information and belief, the document appearing in Exhibit 133 of the Saveri Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The document contains, cites, and/or identifies confidential

- 4 -

DECL. OF EVA W. COLE
ISO DPPS' MOTION TO SEAL
Case No. 07-5944 SC
MDL NO. 1917

1    information about the Panasonic Defendants' sales processes, business practices, internal practices,

2    negotiating tactics, confidential business and supply agreements and competitive positions. This

3    document describes relationships with companies that remain important to the Panasonic

4    Defendants' competitive position. I am informed and believe that this is sensitive information and

5    public disclosure of this information presents a risk of undermining the Panasonic Defendants'

6    business relationships, would cause it harm with respect to its competitors and customers, and would

7    put the Panasonic Defendants at a competitive disadvantage.

8          11.    Attached as Exhibit 134 to the Saveri Declaration is a document produced by

9    the Panasonic Defendants bearing Bates numbers MTPD-0497049–50, and a purported certified

10    translation of that document bearing Bates numbers MTPD-0497049E–50E.

11          12.    Upon information and belief, the document appearing in Exhibit 134 of the

12    Saveri Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and

13    highly sensitive business information. The document contains, cites, and/or identifies confidential

14    information about the Panasonic Defendants' sales processes, business practices, internal practices,

15    negotiating tactics, confidential business and supply agreements and competitive positions. This

16    document describes relationships with companies that remain important to the Panasonic

17    Defendants' competitive position. I am informed and believe that this is sensitive information and

18    public disclosure of this information presents a risk of undermining the Panasonic Defendants'

19    business relationships, would cause it harm with respect to its competitors and customers, and would

20    put the Panasonic Defendants at a competitive disadvantage.

21          13.    Attached as Exhibit 135 to the Saveri Declaration is a document produced by

22    the Panasonic Defendants bearing Bates numbers MTPD-0492286–89, and a purported certified

23    translation of that document bearing Bates numbers MTPD-0492286E–89E.

24          14.    Upon information and belief, the document appearing in Exhibit 135 of the

25    Saveri Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and

26    highly sensitive business information. The document contains, cites, and/or identifies confidential

DECL. OF EVA W. COLE
ISO DPPS' MOTION TO SEAL
Case No. 07-5944 SC
MDL NO. 1917

1  information about the Panasonic Defendants' sales processes, business practices, internal practices,

2  negotiating tactics, confidential business and supply agreements and competitive positions.  This

3  document describes relationships with companies that remain important to the Panasonic

4  Defendants' competitive position.  I am informed and believe that this is sensitive information and

5  public disclosure of this information presents a risk of undermining the Panasonic Defendants'

6  business relationships, would cause it harm with respect to its competitors and customers, and would

7  put the Panasonic Defendants at a competitive disadvantage.

8           15.    The Class Certification Motion, the Saveri Declaration, and the Leitzinger

9  Report and its exhibits quote from or describe documents or information designated as

10 "Confidential" or "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated

11 Protective Order, including but not limited to Saveri Declaration Exhibits 98, 121, 133, 134, and

12 135.  As with the exhibits themselves, I understand that the Panasonic Defendants consider any

13 statements in the Class Certification Motion, the Saveri Declaration, and the Leitzinger Report and

14 its exhibits purporting to describe or summarize the exhibits or any other documents or information

15 designated "Confidential" or "Highly Confidential" by the Panasonic Defendants confidential and

16 proprietary.  I am informed and believe that the Panasonic Defendants have taken reasonable steps to

17 preserve the confidentiality of information of the type contained, identified, or cited to in Saveri

18 Declaration Exhibits 98, 121, 133, 134, and 135, and referenced in the Class Certification Motion,

19 the Saveri Declaration, and the Leitzinger Report and its exhibits.

20         I declare under penalty of perjury under the laws of the United States of America that the

21 foregoing is true and correct.

22 DATED: May 21, 2013                    By:    _/s/ Eva W. Cole_____

23

24                                        JEFFREY L. KESSLER (*pro hac vice*)
                                          Email: jkessler@winston.com
25                                        A. PAUL VICTOR (*pro hac vice*)
                                          Email: pvictor@winston.com
26                                        ALDO A. BADINI (257086)
                                          Email: abadini@winston.com

27                                              - 6 -

28

EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of
North America, MT Picture Display Co., Ltd., and
Panasonic Corporation (f/k/a Matsushita Electric
Industrial Co., Ltd.)*

- 7 -

DECL. OF EVA W. COLE
ISO DPPS' MOTION TO SEAL
Case No. 07-5944 SC
MDL NO. 1917