1  GUIDO SAVERI (Bar No. 22349)
   Email: guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
   Email: rick@saveri.com
3  CADIO ZIRPOLI (Bar No. 179108)
   Email: cadio@saveri.com
4  SAVERI & SAVERI, INC.
   706 Sansome Street
5  San Francisco, California 94111
   Telephone: (415) 217-6810
6  Facsimile: (415) 217-6913

7  *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs Class*
8
   IAN SIMMONS (pro hac vice)
9  Email: isimmons@omm.com
   BENJAMIN G. BRADSHAW (SBN 189925)
10 Email: bbradshaw@omm.com
   KEVIN D. FEDER (SBN 252347)
11 Email: kfeder@omm.com
   O'MELVENY & MYERS LLP
12 1625 Eye Street, NW
   Washington, DC 20006
13 Telephone: (202) 383-5300
   Facsimile: (202) 383-5414
14
   *Attorneys for Defendants Samsung Electronics*
15 *Co., Ltd. and Samsung Electronics America, Inc.*

16
                  IN THE UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18
                        SAN FRANCISCO DIVISION
19

20

21 | IN RE: CATHODE RAY TUBE (CRT)  | Case No. 3:07-cv-05944 SC
   | ANTITRUST LITIGATION           |
22 |                                | MDL No. 1917
   |                                |
23 | This Document Relates To:      | **STIPULATION OF DISMISSAL OF**
   |                                | **DEFENDANTS SAMSUNG**
24 | DIRECT PURCHASER ACTIONS       | **ELECTRONICS COMPANY, LTD.**
   |                                | **AND SAMSUNG ELECTRONICS**
25 |                                | **AMERICA, INC.**

26

27

28

---

STIPULATION OF DISMISSAL                                3:07-cv-05944 SC
                                                        MDL 1917

1  WHEREAS, there is pending in the United States District Court for the Northern District
2  of California a multidistrict consolidated proceeding comprised of actions brought on behalf of
3  purported purchasers of cathode ray tube ("CRT") products, captioned as *In re: Cathode Ray*
4  *Tube (CRT) Antitrust Litigation*, Case No 3:07-cv-05944 SC (MDL No 1917) (the "MDL
5  Proceedings"); and

6  WHEREAS, Direct Purchaser Plaintiffs ("DPPs") filed complaints, which have
7  subsequently been consolidated as the Consolidated Amended Complaint [Dkt. No. 436]
8  ("Complaint"), that lists Samsung Electronics Company, Ltd. ("SEC") and Samsung Electronics
9  America, Inc. ("SEAI") among the defendants; and

10  WHEREAS, the Complaint asserts certain claims under various states' laws against SEC
11  and SEAI based on an alleged conspiracy to fix the prices of CRTs from March 1, 1995 to
12  November 25, 2007 ("DPPs' CRT Claims"); and

13  WHEREAS, DPPs have agreed to dismiss SEC and SEAI from its Complaint without
14  prejudice under certain conditions set forth in a separately executed tolling agreement;

15  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
16  undersigned counsel, on behalf of their respective clients, as follows:

17  1.  DPPs voluntarily dismiss all of the DPPs' CRT Claims against SEC and SEAI,
18  without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

19  2.  Each party shall bear their own costs and attorney fees, and the parties shall not
20  pursue any sanctions against each other or their counsel so long as the DPP CRT Claims remain
21  dismissed.

22  3.  This Stipulation does not alter in any way the separately executed, written tolling
23  agreement between DPPs and Defendants SEC and SEAI.

24  4.  This stipulation does not affect the rights or claims of DPPs against any other
25  defendant or alleged co-conspirator in this litigation.

26  5.  SEC and SEAI acknowledge and agree that DPP's may serve discovery on them
27  pursuant to Fed. R. Civ. P. 30, 31, 33, and 34 rather than Fed. R. Civ. P. 45; SEC and SEAI further
28  agree that if they produce discovery to any party in the action, they will produce that discovery to

1  DPPs; the Parties will meet and confer in good faith in an attempt to narrow any future discovery and
2  minimize burdens.
3  **IT IS SO STIPULATED.**
4
5  Dated:  May 22, 2013
6                                                                 SAVERI & SAVERI, INC.
7                                                                 By: */s/ R. Alexander Saveri*
                                                                   GUIDO SAVERI (Bar No. 22349)
                                                                   Email: guido@saveri.com
8                                                                  R. ALEXANDER SAVERI (Bar No. 173102)
                                                                   Email: rick@saveri.com
9                                                                  CADIO ZIRPOLI (Bar No. 179108)
                                                                   Email: cadio@saveri.com
10                                                                 **SAVERI & SAVERI, INC.**
                                                                   706 Sansome Street
11                                                                 San Francisco, California 94111
                                                                   Telephone: (415) 217-6810
12                                                                 Facsimile: (415) 217-6913
13                                                                 *Interim Lead Counsel for the*
                                                                   *Direct Purchaser Plaintiffs Class*
14
15
16  Dated:  May 22, 2013                                           O'MELVENY & MYERS LLP
17                                                                 By:
                                                                   IAN SIMMONS (*pro hac vice*)
                                                                   Email: isimmons@omm.com
18                                                                 BENJAMIN G. BRADSHAW (SBN 189925)
                                                                   Email: bbradshaw@omm.com
19                                                                 KEVIN D. FEDER (SBN 252347)
                                                                   Email: kfeder@omm.com
20                                                                 **O'MELVENY & MYERS LLP**
                                                                   1625 Eye Street, NW
21                                                                 Washington, DC 20006
                                                                   Telephone: (202) 383-5300
22                                                                 Facsimile: (202) 383-5414
23                                                                 *Attorneys for Defendants Samsung Electronics*
                                                                   *Co., Ltd. and Samsung Electronics America,*
24                                                                 *Inc.*
25      **Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this**
26  **document has been obtained from the signatories.**
27
28

3

STIPULATION OF DISMISSAL                                                           3:07-cv-05944 SC
                                                                                   MDL 1917