BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile:  (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich  (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile:  (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V., and*
*Philips Electronics North America Corporation*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)** |
| DIRECT PURCHASER ACTIONS | |
| | **[Philips Defendants]** |

I, Charles M. Malaise, hereby declare as follows:

1.      I am an associate with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips Electronics N.V. ("KPE") and Philips Electronics North America Corporation ("PENAC") (collectively, the "Philips Defendants").  I make this declaration in support of the Direct Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1673) (the "Motion to Seal").

2.      I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3.      On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4.      The Philips Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5.      On May 14, 2013, the Direct Purchaser Plaintiffs filed the motion to Seal in which they asked this Court to seal the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(d):

      a.      Portions of the Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Support of Motion of Direct Purchaser Plaintiffs for Class Certification that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential;"

      b.      Expert Report of Jeffrey J. Leitzinger, Ph.D. ("Leitzinger Report") that contains quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential;" and

      c.      Portions of Declaration of R. Alexander Saveri in Support of Motion of Direct Purchaser Plaintiffs for Class Certification (the "Saveri Declaration") that contain quotations or information from documents that Defendants have designated "Confidential" or "Highly Confidential."

2

MDL 1917

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF
DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) ) - NO. 07-5977-SC

6.      Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, the following documents or portions of documents should be maintained under seal and redacted from the Leitzinger Report:

      a.    Attached as Exhibit 2 to the Leitzinger Report are the materials the Leitzinger Report relied upon that include excerpts from the transcript of the Rule 30(b)(6) deposition of KPE and PENAC that has been designated "Highly Confidential" pursuant to the Stipulated Protective Order.

      b.    Attached as Exhibit 2 to the Leitzinger Report are the materials the Leitzinger Report relied upon that contain quotations or information from documents produced by the Philips Defendants in this litigation with the bates numbers PHLP-CRT-014823, PHLP-CRT-051982-52085, and EIN0017699-18075 that the Philips Defendants have designated as "Confidential" pursuant to the Stipulated Protective Order.

      c.    Portions of the Leitzinger Report that contain, cite, or identify information or quotations from the above-mentioned exhibits or bates-labeled documents.

7.      Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, the following documents or portions of documents should be maintained under seal and redacted from the Saveri Declaration:

      a.    Attached as Exhibit 23 to the Saveri Declaration is Koninklijke Philips Electronics N.V.'s Supplemental Responses and Objections to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5, dated March 21, 2012 that the Philips Defendants have designated "Highly Confidential" pursuant to the Stipulated Protective Order.

      b.    Attached as Exhibit 68 to the Saveri Declaration is a document produced

3

MDL 1917

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF
DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) ) - NO. 07-5977-SC

by the Philips Defendants in this litigation with bates numbers
EIN0017706 through EIN0017707 that the Philips Defendants have
designated "Highly Confidential" pursuant to the Stipulated Protective
Order.

    c.    Portions of the Saveri Declaration that contain, cite, or identify information
or quotations from the above-mentioned exhibits or bates-labeled
documents.

8.    Pursuant to Civil Local Rules 7-11 and 79-5(d), this Court's General Order No. 92, Electronic Filing of Documents Under Seal, effective May 10, 2010, and the Stipulated Protective Order, the portions of the Memorandum of Points and Authorities In Support of Motion of Direct Purchaser Plaintiffs for Class Certification that contain, cite, or identify information or quotations from any of the above-mentioned exhibits or bates-labeled documents should be maintained under seal and redacted from the Memorandum of Points and Authorities In Support of Motion of Direct Purchaser Plaintiffs for Class Certification.

9.    Each of the documents quoted and discussed in Exhibit 2 to the Leitzinger Report and appearing in full as Exhibits 23 and 68 to the Saveri Declaration has been designated by the Philips Defendants as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order because they contain confidential, nonpublic, and highly sensitive business information.  They contain confidential, non-public information about the Philips Defendants' sales practices, business and supply agreements, and competitive positions.  The documents describe relationships with companies - including customers and vendors - that remain important to the Philips Defendants' competitive positions.  Publicly disclosing this sensitive information presents a risk of undermining the Philips Defendants' relationships, would cause harm with respect to the Philips Defendants' competitors and customers, and would put the Philips Defendants at a competitive disadvantage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MDL 1917

1

2          Executed this 22nd day of May, 2013 in Washington, D.C.

3

4

5                                          _____

6                                          Charles M. Malaise

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHARLES M. MALAISE IN SUPPORT OF
DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(D) ) - NO. 07-5977-SC

1

**CERTIFICATE OF SERVICE**

2

On May 22, 2013, I caused a copy of "DECLARATION OF CHARLES M. MALAISE

3

IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO

4

SEAL PURSUANT TO CIVIL LOCAL RULES 7-1 AND 79-5(d)" to be electronically filed via

5

the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the

6

Court's order of September 29, 2008.

7

8

9

_____

10

Charles M. Malaise

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28