Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax (650) 461-5700

Attorneys for Defendant Thomson S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION RE EXTENSION OF TIME FOR DEFENDANT THOMSON S.A. TO RESPOND TO COMPLAINT** |
| *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | |

1  Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of
2  America, Inc. (collectively, "Sharp") enter into this Stipulation with Thomson S.A. (n/k/a Technicolor
3  S.A.).  This Stipulation pertains to *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-
4  01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-05944 by an
5  Order of Judge Samuel Conti on March 26, 2013.  AS SET FORTH IN THIS STIPULATION, THE
6  PARTIES STIPULATE AND AGREE AS FOLLOWS:
7  WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of
8  California (the "Sharp Action"), alleging antitrust violations by manufacturers, distributors and sellers of
9  CRTs and CRT Products, which has been captioned *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*,
10 No. 13-cv-01173;
11 WHEREAS, on April 29, 2013, Sharp purported to serve Thomson S.A. with a copy of
12 the summons and complaint in the Sharp Action;
13 WHEREAS, counsel for Sharp and Thomson S.A. have agreed that Thomson S.A. will
14 answer, move, or otherwise respond to the Sharp Complaint on or before July 3, 2013;
15 NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(a), SHARP AND
16 THOMSON S.A., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY
17 STIPULATE AS FOLLOWS:
18 1.  The deadline for Thomson S.A. to answer, move, or otherwise respond to the
19 complaint in the Sharp Action shall be extended until July 3, 2013;
20 2.  This Stipulation does not constitute a waiver by Thomson S.A. of any defense,
21 including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction,
22 improper venue, sufficiency of process or service of process.
23 IT IS SO STIPULATED.

24 Dated:  May 24, 2013          By:   /s/ Robert A. Sacks
                                       Robert A. Sacks (SBN 150146)
25                                     Rory P. Culver (SBN 271868)
                                       SULLIVAN & CROMWELL LLP
26                                     1888 Century Park East, Suite 2100
                                       Los Angeles, California 90067
27                                     Tel.: (310) 712-6600
                                       Fax: (310) 712-8800
28

SULLIVAN
&
CROMWELL LLP

STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
Case No. CV-07-5944-SC

|   |   |   |
|---|---|---|
| 1 |  | Laura Kabler Oswell (SBN 241281) |
| 2 |  | SULLIVAN & CROMWELL LLP |
|   |  | 1870 Embarcadero Road |
| 3 |  | Palo Alto, California 94303 |
|   |  | Tel.: (650) 461-5600 |
| 4 |  | Fax: (650) 461-5700 |

*Attorneys for Defendant Thomson S.A.*

By:   /s/ Craig A. Benson
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Tel.: (415) 788-8200
Fax: (415) 788-8808

Kenneth A. Gallo
Joseph J. Simons
Craig A. Benson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel.: (202) 223-7356
Fax: (202) 204-7356

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to General Order Section X-B, the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated:  May 24, 2013              /s / Robert A. Sacks

---

SULLIVAN & CROMWELL LLP

-2-
STIPULATION RE EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT
Case No. CV-07-5944-SC