Michael P. Kenny, Esq.
mike.kenny@alston.com
Debra D. Bernstein, Esq.
debra.bernstein@alston.com
Rodney J. Ganske, Esq.
rod.ganske@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DELL INC. and DELL PRODUCTS L.P., <br><br> Plaintiffs, <br><br> v. <br><br> HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI AMERICA, LTD.; HITACHI ASIA, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; SHENZHEN SEG HITACHI COLOR DISPLAY DEVICES, LTD.; IRICO GROUP CORPORATION; IRICO GROUP ELECTRONICS CO., LTD.; IRICO DISPLAY DEVICES CO., LTD.;  LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; LG ELECTRONICS TAIWAN TAIPEI CO., LTD.; LP DISPLAYS INTERNATIONAL LTD.; MITSUBISHI ELECTRIC CORPORATION; MITSUBISHI DIGITAL ELECTRONICS AMERICA, INC.; MITSUBISHI ELECTRIC & ELECTRONICS, USA, INC.; KONINKLIJKE PHILIPS ELECTRONICS N.V.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; PHILIPS ELECTRONICS INDUSTRIES (TAIWAN), LTD.; PHILIPS DA | Master File No. 3:07-cv-05944-SC <br><br> MDL No. 1917 <br><br> Individual Case No. 3:13-cv-02171-SC <br><br> **DELL'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FIRST AMENDED COMPLAINT** |

| | |
|---|---|
| AMAZONIA INDUSTRIA ELECTRONICA LTDA.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SAMSUNG SDI MEXICO S.A. DE C.V.; SAMSUNG SDI BRASIL LTDA.; SHENZHEN SAMSUNG SDI CO., LTD.; TIANJIN SAMSUNG SDI CO., LTD.; SAMSUNG SDI (MALAYSIA) SDN. BHD.; SAMTEL COLOR LTD.; THAI CRT CO., LTD.; TECHNICOLOR SA; THOMSON SA; TECHNICOLOR USA, INC.; THOMSON CONSUMER ELECTRONICS, INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA CONSUMER PRODUCTS, LLC; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC. | |
| Defendants. | |

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's General Order No. 62, effective May 10, 2010, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Dell") hereby move to file under seal portions of Dell's First Amended Complaint, which it is filing as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1). The following paragraphs are submitted under seal: 206, 207, 208, 209, and 210.

Civil Local Rule 79-5 governs the filing under seal of entire documents or portions of documents that contain material that is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L. R. 79-5 (a)-(c). This Court's General Order No. 62, Electronic Filing of Documents Under Seal, effective May 10, 2010, sets forth procedures applicable to the filing of sealed documents in civil cases. Civil Local Rule 79-5(d) provides: "If a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order . . . ."

In compliance with Local Rule 79-5(d), Dell submits this Administrative Motion because its First Amended Complaint contains: (a) material designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly Confidential"; and (b) analysis of, references to, or information taken directly from material designated by a Defendant pursuant to a Protective Order as "Confidential" or "Highly Confidential." *See id.*

1  Dell seeks to file the above material under seal in good faith in order to comply with the
2 Protective Order in this action and the applicable Local Rules. Because certain Defendants and various
3 third parties contend that the material they have designated is confidential in nature, it is their burden
4 to establish that the designated information is sealable. Civil L.R. 79-5(d); *see Kamakana v. City of*
5 *Honolulu*, 447 F.3d 1172, 1178-1180 (9th Cir. 2006). Dell leaves it to this Court's discretion to
6 determine whether the above material should be filed under seal, but files this administrative motion in
7 order to comply with the Protective Order entered in this action because its First Amended Complaint
8 contains information designated by Defendants as "Confidential" or "Highly Confidential."

9  WHEREFORE, Dell respectfully submits this administrative motion pursuant to the Protective
10 Order and Civil Local Rule 79-5 and hereby notifies the parties of their burden to establish that the
11 designated material is sealable.

12 Date: May 28, 2013

Respectfully submitted,

By:  /s/ Michael P. Kenny
Michael P. Kenny, Esq. (GA Bar No. 415064)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (GA Bar No. 054998)
debra.bernstein@alston.com
Rodney J. Ganske, Esq. (GA Bar No. 283819)
rod.ganske@alston.com
Matthew D. Kent, Esq. (GA Bar No. 526272)
matthew.kent@alston.com
Elizabeth Jordan, Esq. (GA Bar No. 415161)
elizabeth.jordan@alston.com
Melissa Mahurin Whitehead, Esq. (GA Bar No. 667932)
melissa.whitehead@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

By:  /s/ James M. Wagstaffe
James M. Wagstaffe, Esq. (SBN 95535)
wagstaffe@kerrwagstaffe.com
**Kerr & Wagstaffe LLP**
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

3