# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and not a party to this action. I am employed by Alston & Bird LLP in the County of Fulton, State of Georgia. My business address is 1201 West Peachtree Street, Atlanta, GA 30309-3424.

On May 28, 2013, I served upon the interested party(ies) in this action the following document(s):

**DELL'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FIRST AMENDED COMPLAINT**

☑ BY ELECTRONIC MAIL (AS INDICATED BELOW)

and

☑ BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

**DELL'S FIRST AMENDED COMPLAINT (UNREDACTED, LODGED UNDER SEAL)**

☑ BY ELECTRONIC MAIL (AS INDICATED BELOW)

### SEE ATTACHED SERVICE LIST

Executed on May 28, 2013, at Atlanta, Georgia.

*/s/ Michael P. Kenny*
Michael P. Kenny, Esq.

---

CERTIFICATE OF SERVICE                    MASTER FILE NO. 3:07-CV-05944-SC
                                          MDL NO. 1917 │ IND. CASE NO. 3:13-cv-02171-SC

*In re: Cathode Ray Tube (CRT) Antitrust Litigation – MDL No. 1917*

**SERVICE LIST**

| | |
|---|---|
| John Taladay<br>john.taladay@bakerbotts.com<br>BAKER BOTTS LLP<br>The Warner 1299 Pennsylvania Ave.<br>NW Washington, D.C. 20004-2400 Tel: (202) 639-7909 Fax: (202)639-1165<br><br>*Counsel for Defendants Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda.* | Hojoon Hwang<br>hojoon.hwang@mto.com<br>William D. Temko<br>William.temko@mto.com<br>Jonathan E. Altman<br>jonathan.altman@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>Tel: (415) 512-4000<br><br>*Counsel for Defendants LG Electronics, Inc., LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co., Ltd.* |
| Lucius B. Lau<br>alau@whitecase.com<br>Dana E. Foster<br>defoster@whitecase.com<br>WHITE & CASE, LLP<br>701 13th Street, N.W.<br>Washington, DC 20005<br>Tel: (202) 626-3600<br>Fax: (202) 639-9355<br><br>*Counsel for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.* | Terrence A. Callan<br>Terrence.callan@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880<br>Tel: (415) 983-1000<br>Fax: (415) 983-1200<br><br>Joseph R. Tiffany, II<br>joseph.tiffany@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>Telephone: (650) 233-4644<br>Fax: (650) 233-4545<br><br>*Counsel for Defendants IRICO Display Devices Co., Ltd., IRICO Group Corporation, and IRICO Group Electronics Co., Ltd.* |
| Kent M. Roger<br>Kroger@morganlewis.com<br>Scott A. Stempel<br>sstempel@morganlewis.com<br>Michelle Park Chiu<br>mchiu@morganlewis.com<br>MORGAN LEWIS & BOCKIUS, LLP<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br><br>*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.* | James L. McGinnis<br>jmcginnis@sheppardmullin.com<br>Michael Scarborough<br>MScarborough@sheppardmullin.com<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>Four Embarcadero Center , 17th Floor<br>San Francisco, CA 94111<br>Tel: (415) 434-9100<br>Fax: (415) 434-3947<br><br>*Counsel for Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.* |

| | |
|---|---|
| Michael R. Lazerwitz<br>mlazerwitz@cgsh.com<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 9000<br>Washington, DC 20006<br>Tel: (202) 974-1500<br>Fax: (202) 974-1999<br><br>*Counsel for Defendant LP Displays International, Ltd.* | Robert A. Sacks<br>sacksr@sullcrom.com<br>Rory P. Culver<br>culverr@sullcrom.com<br>SULLIVAN & CROMWELL LLP<br>1888 Century Park East<br>Los Angeles, California 90067<br>Tel: (310) 712-6600<br>Fax: (310) 712-8800<br><br>Laura Kabler Oswell<br>oswelll@sullcrom.com<br>SULLIVAN & CROMWELL LLP<br>1870 Embarcadero Road<br>Palo Alto, California 94303<br>Tel.: (650) 461-5600<br>Fax: (650) 461-5700<br><br>*Counsel for Thomson Consumer Electronics, Inc.* |
| Brent Caslin<br>bcaslin@jenner.com<br>JENNER & BLOCK LLP<br>633 West Fifth Street<br>Suite 3600<br>Los Angeles, California 90071<br>Telephone: (213) 239-5100<br>Facsimile: (213) 239-5199<br><br>Terrence J. Truax<br>ttruax@jenner.com<br>Michael T. Brody<br>mbrody@jenner.com<br>Molly M. Powers<br>mpowers@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, Illinois 60654-3456<br>Telephone: (312) 222-9350<br>Facsimile: (312) 527-0484<br><br>*Counsel for Mitsubishi Electric Corp., Mitsubishi Electric US, Inc. and Mitsubishi Digital Electronics Americas, Inc.* | Mario N. Alioto<br>Lauren C. Russell<br>Trump, Alioto, Trump & Prescott, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>415 563-7200<br>Fax: 415 346-0679<br><br>*Counsel for Indirect Purchaser Plaintiffs* |

| Philip J. Iovieno<br>Piovieno@bsfllp.com<br>Anne M. Nardacci<br>anardacci@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>10 North Pearl Street, 4th Floor<br>Albany, NY 12207<br>Tel: (518) 434-0600<br>Fax: (518) 434-0665<br><br>*Liaison Counsel for Direct Action Plaintiffs* | Guido Saveri<br>R. Alexander Saveri<br>Geoffrey C. Rushing<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, CA 94111<br>415-217-6810<br>Fax: 415-217-6813<br><br>*Counsel for Direct Purchaser Plaintiffs* |
|---|---|