Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

Attorneys for Defendant Thomson
Consumer Electronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE** |
| *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | [DECLARATION OF LAURA KABLER OSWELL FILED CONCURRENTLY HEREWITH] |

1  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Sharp Electronics Corp. and
2  Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") and
3  Defendant Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc.) ("Thomson
4  Consumer") have conferred by and through their counsel and enter into this Stipulation
5  pertaining to *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173, which was
6  related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-05944, by an Order of
7  Judge Samuel Conti on March 26, 2013.
8  SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND
9  AGREE AS FOLLOWS:
10  WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District
11  of California alleging antitrust violations by manufacturers, distributors and sellers of CRTs and
12  CRT Products, captioned *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173
13  (the "Sharp Complaint");
14  WHEREAS, on March 25, 2013, Sharp served Thomson Consumer with a copy
15  of the Sharp Complaint;
16  WHEREAS, Sharp and Thomson Consumer stipulated that Thomson Consumer
17  would answer, move or otherwise respond to the Sharp Complaint on or before May 17, 2013, a
18  copy of which was filed on May 1, 2013 (Docket #1663);
19  WHEREAS, Thomson Consumer filed a motion to dismiss the Sharp Complaint
20  on May 17, 2013 (Docket #1677) (the "Motion to Dismiss");
21  WHEREAS Sharp's opposition to the Motion to Dismiss and Thomson
22  Consumer's reply are currently due on May 31, 2013 and June 7, 2013 respectively;
23  WHEREAS, on May 22, 2013, counsel for Thomson Consumer and counsel for
24  Sharp agreed to extend the deadline for Sharp to file its opposition to the Motion to Dismiss until
25  June 21, 2013 and to extend the deadline for Thomson Consumer to file a reply to Sharp's
26  opposition to the Motion to Dismiss until July 9, 2013;
27  NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND THOMSON
28

1  CONSUMER, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD,
2  HEREBY STIPULATE AS FOLLOWS:
3      1.    The deadline for Sharp to file an opposition to the Motion to Dismiss shall
4  be extended until June 21, 2013.
5      2.    The deadline for Thomson Consumer to file a reply to Sharp's opposition
6  to the Motion to Dismiss shall be extended until July 9, 2013.
7      IT IS SO STIPULATED.

Dated:  May 29, 2013    By:  /s/ Robert A. Sacks

Robert A. Sacks (SBN 150146)
Rory P. Culver (SBN 271868)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

*Attorneys for Defendant Thomson Consumer Electronics, Inc.*

Dated:  May 29, 2013    By:  /s/ Craig A. Benson

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Tel.: (415) 788-8200
Fax: (415) 788-8808

Kenneth A. Gallo
Joseph J. Simons
Craig A. Benson
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel.: (202) 223-7356
Fax: (202) 204-7356

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

-2-

1 | Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of
2 | this document has been obtained from each of the above signatories.

4 | Dated:  May 29, 2013          /s/ Robert A. Sacks

6 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

8 | Dated:  _____, 2013

-3-

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE
Case No. CV-07-5944-SC