1   Robert A. Sacks (SBN 150146)
    sacksr@sullcrom.com
2   Rory P. Culver (SBN 271868)
    culverr@sullcrom.com
3   SULLIVAN & CROMWELL LLP
    1888 Century Park East, Suite 2100
4   Los Angeles, California 90067
    Tel.: (310) 712-6600
5   Fax: (310) 712-8800

6   Laura Kabler Oswell (SBN 241281)
    oswelll@sullcrom.com
7   SULLIVAN & CROMWELL LLP
    1870 Embarcadero Road
8   Palo Alto, California 94303
    Tel.: (650) 461-5600
9   Fax (650) 461-5700

10  Attorneys for Defendant Thomson
    Consumer Electronics, Inc.

11

12                      **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                       **SAN FRANCISCO DIVISION**

15

16  IN RE:  CATHODE RAY TUBE (CRT)       )    Master File No. 3:07-5944-SC
    ANTITRUST LITIGATION                 )
                                         )    MDL No. 1917
17                                       )
    ─────────────────────────────────── )
18                                       )    **DECLARATION OF LAURA KABLER**
    This Document Relates to:            )    **OSWELL IN SUPPORT OF STIPULATION**
                                         )    **AND [PROPOSED] ORDER EXTENDING**
19                                       )    **BRIEFING SCHEDULE**
    *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd.* )
20  *et al.*, No. 13-cv-01173.           )    [STIPULATION AND [PROPOSED]
                                         )    ORDER EXTENDING BRIEFING
21                                       )    SCHEDULE FILED CONCURRENTLY
                                         )    HEREWITH]
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25                                       )
                                         )
26                                       )
                                         )
27  ───────────────────────────────────

28

1   I, Laura Kabler Oswell declare under penalty of perjury as follows:

2           1.      I am a member of the Bar of the State of California, and associated with the firm

3   of Sullivan & Cromwell LLP, counsel to Thomson Consumer Electronics, Inc. ("Thomson Consumer").

4   I submit this Declaration in support of Thomson Consumer's Stipulation and Proposed Order Extending

5   the Briefing Schedule in relation to Thomson Consumer's motion to dismiss the complaint filed by

6   Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc. (collectively,

7   "Sharp") on March 15, 2013 (the "Sharp Complaint").

8           2.      On May 1, 2013, Sharp and Thomson Consumer stipulated that Thomson

9   Consumer would answer, move or otherwise respond to the Sharp Complaint on or before May 17,

10   2013.

11           3.      On May 17, 2013, Thomson Consumer filed a motion to dismiss the Sharp

12   Complaint (the "Motion to Dismiss").

13           4.      On May 22 2013, I contacted Craig Benson and Kira Davis at Paul Weiss, counsel

14   to Sharp, via e-mail in order to agree on an extended schedule for the filing of Sharp's opposition to

15   Thomson Consumer's Motion to Dismiss and Thomson Consumer's reply to that opposition.  As a result

16   of those communications, Mr. Benson and I agreed that the deadline for Sharp to file an opposition to

17   the Motion to Dismiss would be extended from May 31, 2013 to June 21, 2013, and that the deadline for

18   Thomson Consumer to file a reply to Sharp's opposition would be extended from June 7, 2013 to July 9,

19   2013.

20                          [remainder of page left intentionally blank]

21

22

23

24

25

26

27

28

OSWELL DECLARATION IN SUPPORT OF ORDER EXTENDING BRIEFING SCHEDULE
Case No. CV-07-5944-SC

1        5.       The hearing on the Motion to Dismiss is currently listed for July 23, 2013 at 1:00

2   pm before the Honorable Charles A. Legge and the parties do not anticipate that the requested

3   extensions to the briefing schedule would affect that hearing date.

4   Executed this 29th day of May 2013, at Palo Alto, California.

5                                    /s/ Laura Kabler Oswell
                                       Laura Kabler Oswell
6

7        Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

8   document has been obtained from the above signatory.

9

10  Dated:  May 29, 2013                    /s/ Robert A. Sacks

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SULLIVAN
&
CROMWELL LLP

-2-
OSWELL DECLARATION IN SUPPORT OF ORDER EXTENDING BRIEFING SCHEDULE
Case No. CV-07-5944-SC