1  GUIDO SAVERI (Bar No. 22349)
   Email: guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
   Email: rick@saveri.com
3  CADIO ZIRPOLI (Bar No. 179108)
   Email: cadio@saveri.com
4  **SAVERI & SAVERI, INC.**
   706 Sansome Street
5  San Francisco, California 94111
   Telephone: (415) 217-6810
6  Facsimile: (415) 217-6913

7  *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs Class*
8

9  IAN SIMMONS (*pro hac vice*)
   Email: isimmons@omm.com
10 BENJAMIN G. BRADSHAW (SBN 189925)
   Email: bbradshaw@omm.com
11 KEVIN D. FEDER (SBN 252347)
   Email: kfeder@omm.com
12 **O'MELVENY & MYERS LLP**
   1625 Eye Street, NW
13 Washington, DC 20006
   Telephone: (202) 383-5300
14 Facsimile: (202) 383-5414

15 *Attorneys for Defendants Samsung Electronics*
   *Co., Ltd. and Samsung Electronics America, Inc.*
16

17 (*Additional Stipulating Parties Listed on Signature Pages*)

18
                    **UNITED STATES DISTRICT COURT**
19                  **NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN FRANCISCO DIVISION**
20

21                                              Case No. 07-5944 SC

22 **In re: CATHODE RAY TUBE (CRT)**            MDL No. 1917
   **ANTITRUST LITIGATION**
23                                              **STIPULATION REGARDING DIRECT**
                                                **PURCHASER CLASS**
24 This Document Relates to:                    **CERTIFICATION BRIEFING**

25 DIRECT PURCHASER ACTION                      Special Master: Hon. Charles A. Legge

26

27

28

STIPULATION REGARDING DIRECT
PURCHASER CLASS CERTIFICATION                                      Case No. 07-5944
BRIEFING                                                           MDL NO. 1917

Case3:07-cv-05944-SC Document1671 Filed05/10/13 Page2 of 5

WHEREAS, on December 28, 2012, the Court entered an Order that Direct Purchaser Plaintiffs' ("DPPs") motion for class certification, expert report(s) and other supporting materials would be due on the first business day 90 days after the Court's ruling on Defendants' Motion to Certify the Court's Summary Judgment Order for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (*see* Dkt. No. 1515);

WHEREAS, the Court handed down its ruling on Defendants' § 1292(b) Motion on February 13, 2013 (*see* Dkt. No. 1569);

WHEREAS, by virtue of the Court's December 28, 2012 Order, DPPs' class certification briefing will be due on May 14, 2013;

WHEREAS, DPPs and the undersigned Defendants have met and conferred regarding a reasonable briefing schedule and page limits for class certification briefing in the Direct Purchaser Plaintiff case;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DPPs and counsel for the Defendants in the above-captioned actions, as follows:

### BRIEFING SCHEDULE

1. Defendants' opposition to DPPs' forthcoming motion for class certification shall be due 90 days after DPPs file their motion for class certification;

2. DPPs' reply in support of their forthcoming motion for class certification shall be due 60 days after Defendants' opposition thereto is filed;

3. Following the submission of briefing, the parties will confer with the Special Master regarding the setting of an appropriate hearing date.

### BRIEFING PAGE LIMITS

1. DPPs' class certification brief shall be limited to no more than 40 pages;

2. Defendants' opposition brief shall be limited to no more than 40 pages;

3. DPPs' reply brief shall be limited to no more than 25 pages.

\* \* \*

The undersigned Parties jointly and respectfully request that the Court enter this stipulation as an order.

| | |
|---|---|
| Dated: May 10, 2013 | SAVERI & SAVERI, INC. |
| | By: /s/ R. Alexander Saveri |
| | GUIDO SAVERI (Bar No. 22349) |
| | Email: guido@saveri.com |
| | R. ALEXANDER SAVERI (Bar No. 173102) |
| | Email: rick@saveri.com |
| | CADIO ZIRPOLI (Bar No. 179108) |
| | Email: cadio@saveri.com |
| | **SAVERI & SAVERI, INC.** |
| | 706 Sansome Street |
| | San Francisco, California 94111 |
| | Telephone: (415) 217-6810 |
| | Facsimile: (415) 217-6913 |
| | |
| | *Interim Lead Counsel for the* |
| | *Direct Purchaser Plaintiffs Class* |
| | |
| | O'MELVENY & MYERS LLP |
| | |
| | By: /s/ Ian Simmons |
| | IAN SIMMONS (*pro hac vice*) |
| | Email: isimmons@omm.com |
| | BENJAMIN G. BRADSHAW (SBN 189925) |
| | Email: bbradshaw@omm.com |
| | KEVIN D. FEDER (SBN 252347) |
| | Email: kfeder@omm.com |
| | **O'MELVENY & MYERS LLP** |
| | 1625 Eye Street, NW |
| | Washington, DC 20006 |
| | Telephone: (202) 383-5300 |
| | Facsimile: (202) 383-5414 |
| | |
| | *Attorneys for Defendants Samsung Electronics Co.,* |
| | *Ltd. and Samsung Electronics America, Inc.* |
| | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | By: /s/ Kent M. Roger |
| | KENT M. ROGER (SBN 95987) |
| | E-mail: kroger@morganlewis.com |
| | MICHELLE PARK CHIU (SBN 248421) |
| | E-mail: mchiu@morganlewis.com |
| | One Market, Spear Street Tower |
| | San Francisco, California 94105-1126 |
| | Telephone: (415) 442-1000 |
| | Facsimile: (415) 442-1001 |

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of May, 2013, at San Francisco, California.

/s/ R. Alexander Saveri

**PURSUANT TO STIPULATION, IT IS SO RECOMMENDED.**

Dated: May 29, 2013

Hon. Charles A. Legge
Special Master

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Samuel Conti
United States District Judge