IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>  COSTCO WHOLESALE CORPORATION,<br><br>        Plaintiff,<br>  v.<br><br>HITACHI LTD., et al.,<br><br>        Defendants. | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>ORDER DENYING PHILIPS DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d) |

On May 9, 2013, the Philips Defendants filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d). ECF No. 1667 ("Philips Mot."). The Philips Defendants filed their motion under Local Rule 79-5(d), which in this case requires them to file certain documents under seal because Plaintiff Costco Wholesale Corporation ("Costco") marked them confidential per this case's protective order. Rule 79-5(d) gave Costco seven days after the Philips Motion's filing to file a declaration establishing that the designated documents meet the requirements for sealing. Costco did not file the required declaration.

///

Accordingly, per Local Rule 79-5(d), the Court DENIES the Philips Motion. The Court STAYS this order for fifteen days after its signature date to allow Costco time to file a declaration, if it so chooses. If that date passes, the Philips Defendants are to file the documents as part of the public record per Local Rule 79-5(d).

IT IS SO ORDERED.

Dated: May 29, 2013

_____
UNITED STATES DISTRICT JUDGE