IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Order Relates To:<br><br>   INDIRECT-PURCHASER ACTIONS | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d) |

On May 14, 2013, the Direct Purchaser Plaintiffs ("DPP") filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d). ECF No. 1673 ("DPP Mot."). Local Rule 79-5(d) requires plaintiffs to move to file under seal documents containing confidential information, after which the defendants who designated such information as confidential will have seven days to file declarations explaining why the material should be sealed. In response to the DPP Motion, the SDI Defendants, the Hitachi Defendants, Defendant Chunghwa Picture Tubes, Ltd., the Panasonic Defendants, the Philips Defendants, and the Toshiba Defendants and all filed declarations under Rule 79-5(d).[1]

---

[1] Respectively, these declarations appear as follows: ECF Nos. 1680 ("SDI Decl."), 1682 ("Hitachi Decl."), 1684 ("Chunghwa Decl.", 1685 ("Panasonic Decl."), 1688 ("Philips Decl."), 1689 ("Toshiba Decl.").

1   For good cause shown, and having considered the aforementioned
2   Defendants' declarations, the Court GRANTS the DPP Motion.

4   IT IS SO ORDERED.

6   Dated:  May 29, 2013            
7                                   UNITED STATES DISTRICT JUDGE