*(Stipulating Parties Listed on Signature Pages)*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER ENLARGING DIRECT ACTION PLAINTIFFS' TIME TO FILE OPENING BRIEFS REGARDING PORTIONS OF SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATIONS ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS SPECIFIC TO SAMSUNG ELECTRONICS COMPANY, LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.** |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |
| *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | |
| *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276; | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396; | |
| *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397; | |
| *P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648; | |
| *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649. | |

1   WHEREAS, there is pending in the United States District Court for the Northern District
2   of California a multidistrict consolidated proceeding comprised of actions brought on behalf of
3   purported purchasers of cathode ray tube ("CRT") products, captioned as *In re: Cathode Ray*
4   *Tube (CRT) Antitrust Litigation*, Case No 3:07-cv-05944 SC (MDL No 1917) (the "MDL
5   Proceedings"); and

6   WHEREAS, Direct Action Plaintiffs ("DAPs") filed complaints[1] ("Complaints"), that list
7   Samsung Electronics Company, Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEAI")
8   among the defendants; and

9   WHEREAS, the Complaints assert certain claims under federal and various states' laws
10  against SEC and SEAI based on an alleged conspiracy to fix the prices of CRTs from March 1,
11  1995 to November 25, 2007 ("DAPs' CRT Claims");

12  WHEREAS, Special Master Charles A. Legge recommended that the Complaints against
13  SEC and SEAI be dismissed with leave to amend on May 2, 2013 ("Report and
14  Recommendations") [Dkt. No. 1664]; and

15  WHEREAS, on May 9, 2013, this Court entered an order granting the parties' Stipulation
16  Regarding Special Master's May 2, 2013 Report and Recommendations on Motions to Dismiss
17  Direct Action Complaints [Dkt. No. 1666], requiring that opening briefs in support of objections
18  to portions of the Report and Recommendations be filed on or before May 31, 2013;

19  WHEREAS, SEC and SEAI have agreed to grant DAPs an additional 7 days to file
20  opening briefs in support of their objections, if any, to portions of the Report and
21  Recommendations specific to SEC and SEAI;

---

[1] Specifically, this Stipulation relates to the following complaints: *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) [Dkt. No. 1] (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) [Dkt. No. 9] (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011); and *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) [Dkt. No. 5] (Mar. 10, 2011).

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the
2   undersigned counsel, on behalf of their respective clients, that subject to the Court's approval, the
3   time for DAPs to file their opening briefs in support of their objections, if any, to portions of the
4   Report and Recommendation specific to SEC and SEAI is extended to and including June 7,
5   2013.  This stipulation is entered into without waiver of any parties' respective rights, claims, or
6   defenses.

7   **IT IS SO STIPULATED.**

9   Dated:  May 30, 2013             O'MELVENY & MYERS LLP

10                                  By: /s/ Ian Simmons
                                    IAN SIMMONS (*pro hac vice*)
11                                  Email: isimmons@omm.com
                                    BENJAMIN G. BRADSHAW (SBN 189925)
12                                  Email: bbradshaw@omm.com
                                    KEVIN D. FEDER (SBN 252347)
13                                  Email: kfeder@omm.com
                                    **O'MELVENY & MYERS LLP**
14                                  1625 Eye Street, NW
                                    Washington, DC 20006
15                                  Telephone: (202) 383-5300
                                    Facsimile: (202) 383-5414
16
                                    *Attorneys for Defendants Samsung*
17                                  *Electronics Co., Ltd. and Samsung*
                                    *Electronics America, Inc.*
18

19   Dated:  May 30, 2013             BOIES, SCHILLER & FLEXNER LLP

20                                  By: /s/ Philip J. Iovieno
                                    PHILIP J. IOVIENO
21                                  Email: piovieno@bsfllp.com
                                    ANNE M. NARDACCI
22                                  Email: anardacci@bsfllp.com
                                    **BOIES, SCHILLER & FLEXNER LLP**
23                                  10 North Pearl Street, 4th Floor
                                    Albany, NY 12207
24                                  Telephone: (518) 434-0600
                                    Facsimile: (518) 434-0665
25
                                    WILLIAM A. ISAACSON
26                                  Email: wisaacson@bsfllp.com
                                    JENNIFER MILICI
27                                  Email: jmilici@bsfllp.com
                                    **BOIES, SCHILLER & FLEXNER LLP**
28                                  5301 Wisconsin Ave. NW, Suite 800

3

| | |
|---|---|
| 1 | Washington, D.C. 20015 |
| | Telephone: (202) 237-2727 |
| 2 | Facsimile: (202) 237-6131 |
| 3 | STUART SINGER |
| | Email: ssinger@bsfllp.com |
| 4 | **BOIES, SCHILLER & FLEXNER LLP** |
| | 401 East Las Olas Blvd., Suite 1200 |
| 5 | Fort Lauderdale, FL 33301 |
| | Telephone: (954) 356-0011 |
| 6 | Facsimile: (954) 356-0022 |
| 7 | *Liaison Counsel for Direct Action* |
| | *Plaintiffs and Attorneys for Plaintiffs* |
| 8 | *Electrograph Systems, Inc., Electrograph* |
| | *Technologies, Corp., Office Depot, Inc.,* |
| 9 | *Compucom Systems, Inc., Interbond* |
| | *Corporation of America, P.C. Richard &* |
| 10 | *Son Long Island Corporation, Marta* |
| | *Cooperative of America, Inc., ABC* |
| 11 | *Appliance, Inc., Schultze Agency Services* |
| | *LLC on behalf of Tweeter Opco, LLC and* |
| 12 | *Tweeter Newco, LLC* |
| 13 | |
| 14 | PERKINS COIE LLP |
| 15 | By: /s/ David J. Burman |
| | DAVID J. BURMAN (*pro hac vice*) |
| | Email: DBurman@perkinscoie.com |
| 16 | CORI G. MOORE (*pro hac vice*) |
| | Email: CGMoore@perkisncoie.com |
| 17 | ERIC J. WEISS (*pro hac vice*) |
| | Email: EWeiss@perkinscoie.com |
| 18 | NICHOLAS H. HESTERBERG (*pro hac vice*) |
| | Email: NHesterberg@perkinscoie.com |
| 19 | **PERKINS COIE LLP** |
| | 1201 Third Avenue, Suite 4900 |
| 20 | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| 21 | Facsimile: 206.359.9000 |
| 22 | JOREN BASS (Bar No. 208143) |
| | Email: JBass@perkinscoie.com |
| 23 | **PERKINS COIE LLP** |
| | Four Embarcadero Center, Suite 2400 |
| 24 | San Francisco, CA 94111-4131 |
| | Telephone: 415.344.7120 |
| 25 | Facsimile: 415.344.7320 |
| 26 | *Attorneys for Plaintiff Costco Wholesale* |
| | *Corporation* |
| 27 | |
| 28 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |

4

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Roman M. Silberfeld<br>ROMAN M. SILBERFELD (SBN 62783)<br>Email: RMSilberfeld@rkmc.com |
| 3 | DAVID MARTINEZ (SBN 193183)<br>Email: DMartinez@rkmc.com |
| 4 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.]**<br>2049 Century Park East, Suite 3400 |
| 5 | Los Angeles, CA 90067-3208<br>Telephone: (310) 552-0130 |
| 6 | Facsimile: (310) 229-5800 |
| 7 | *Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise* |
| 8 | *Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC* |
| 9 | |
| 10 | SUSMAN GODFREY L.L.P. |
| 11 | By: /s/ Kenneth S. Marks<br>H. LEE GODFREY |
| 12 | Email: lgodfrey@sumangodfrey.com<br>KENNETH S. MARKS |
| 13 | Email: kmarks@susmangodfrey.com<br>JONATHAN J. ROSS |
| 14 | Email: jross@susmangodfrey.com<br>JOHNNY W. CARTER |
| 15 | Email: jcarter@susmangodfrey.com<br>DAVID M. PETERSON |
| 16 | Email: dpeterson@susmangodfrey.com<br>**SUSMAN GODFREY L.L.P.** |
| 17 | 1000 Louisiana Street, Suite 5100<br>Houston, Texas 77002 |
| 18 | Telephone: (713) 651-9366<br>Facsimile: (713) 654-6666 |
| 19 | |
| 20 | PARKER C. FOLSE III<br>Email: pfolse@susmangodfrey.com |
| 21 | RACHEL S. BLACK<br>Email: rblack@susmangodfrey.com |
| 22 | JORDAN CONNORS<br>Email: jconnors@susmangodfrey.com |
| 23 | **SUSMAN GODFREY L.L.P.**<br>1201 Third Avenue, Suite 3800 |
| 24 | Seattle, Washington 98101-3000<br>Telephone: (206) 516-3880 |
| | Facsimile: (206) 516-3883 |
| 25 | |
| 26 | *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc.* |
| 27 | *Liquidating Trust* |
| 28 | CROWELL & MORING LLP |

5

By: /s/ Jason C. Murray
JASON C. MURRAY (CA Bar No. 169806)
Email: jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

JEROME A. MURPHY (*pro hac vice*)
E-mail: jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)
Email: aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Counsel for Target Corp.*


KENNY NACHWALTER, P.A.

By: /s/ Richard Alan Arnold
RICHARD ALAN ARNOLD
Email: rarnold@knpa.com
WILLIAM J. BLECHMAN
Email: wblechman@knpa.com
KEVIN J. MURRAY
Email: kmurray@knpa.com
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

*Counsel for Plaintiff Sears, Roebuck and Co. and Kmart Corp.*


LINDQUIST & VENNUM P.L.L.P.

By: /s/ Jessica L. Meyer
Jessica L. Meyer (SBN: 249064)
Email: jmeyer@lindquist.com
James M. Lockhart (*pro hac vice*)
Email: jlockhart@lindquist.com
James P. McCarthy (*pro hac vice*)
Email: jmccarthy@lindquist.com
Kelly G. Laudon (*pro hac vice*)
Email: klaudon@lindquist.com
**LINDQUIST & VENNUM P.L.L.P.**
4200 IDS Center

| | |
|---|---|
| 1 | 80 South Eighth Street |
| 2 | Minneapolis, MN 55402<br>Telephone: (612) 371-3211<br>Facsimile: (612) 371-3207 |
| 3 | |
| 4 | *Attorneys for Plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and Related Entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receiver for Petters Company, LLC and Related Entities* |

**Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the signatories.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
Dated: _____

                    Hon. Samuel Conti
                    United States District Judge