Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page1 of 13

(*Stipulating Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

Case No. 07-5944 SC
MDL No. 1917

This Document Relates to:

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381;

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS**

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page2 of 13

WHEREAS, on August 17, 2012, the undersigned Defendants jointly moved to dismiss various claims asserted in the complaints filed by Direct Action Plaintiffs ("DAPs") (Dkt. Nos. 1317 & 1318);

WHEREAS, on September 28, 2012, DAPs filed papers opposing the Defendants' Joint Motion to Dismiss (Dkt. No. 1384);

WHEREAS, on October 26, 2012, Defendants filed reply papers in support of the Motions to Dismiss (Dkt. No. 1422);

WHEREAS, on February 14, 2013, Special Master Charles A. Legge heard argument on the Motions to Dismiss;

WHEREAS, on February 22, 2013, DAPs filed a letter brief to Special Master Legge (Dkt. No. 1580);

WHEREAS, on February 22, 2013, Defendants filed a letter brief to Special Master Legge (Dkt. No. 1581);

WHEREAS, on May 2, 2013, Special Master Legge issued a Report and Recommendation Regarding the Motions to Dismiss (Dkt. No. 1664) ("R&R");

WHEREAS, the Motion to Dismiss and subsequent R&R cover a large number of legal issues that span both DAPs' federal claims and claims brought under the laws of 17 different states;

WHEREAS, Defendants and DAPs (collectively "the Parties") intend to move to adopt or object to various portions of the R&R;

WHEREAS, the Local Rules of the United States District Court for the Northern District of California, Civil Local Rules 7-2 and 7-4, would otherwise govern the page limits for the opening briefs, the responsive briefs, and the reply briefs in connection with the parties' motions to adopt, and objections to, the R&R.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs and counsel for the Defendants in the above-captioned actions, as follows:

1. The Parties' opening briefs shall be limited to no more than 30 pages of text;

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

2

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page3 of 13

2. The Parties' responsive briefs shall be limited to no more than 45 pages of text;

3. The Parties' reply brief shall be limited to no more than 20 pages of text.

Respectfully submitted,

Dated: May 31, 2013

WHITE & CASE LLP

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

O'MELVENY & MYERS LLP

By: */s/ Ian Simmons*
IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
kfeder@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

3

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page4 of 13

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*

JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
PVictor@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Kent M. Roger*

KENT M. ROGER (SBN 95987)
kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

4

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page5 of 13

J. CLAYTON EVERETT, JR. (*pro hac vice*)
jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

MUNGER, TOLLES & OLSON LLP

By: */s/ Hojoon Hwang*

HOJOON HWANG (SBN 184950)
Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

WILLIAM D. TEMKO (SBN 098858)
William.Temko@mto.com
JONATHAN E. ALTMAN (SBN 170607)
Jonathan.Altman@mto.com
BETHANY W. KRISTOVICH (SBN 241891)
Bethany.Kristovich@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

5

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page6 of 13

SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Gary L. Halling*

GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

BAKER BOTTS LLP

By: */s/ Jon V. Swenson*

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com
JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

6

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page7 of 13

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Rachel S. Brass

Rachel S. Brass (SBN 219301)
rbrass@gibsondunn.com
Joel S. Sanders (SBN 107234)
jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) as to the Target Am. Compl., P.C. Richard Compl., Tweeter Compl., CompuCom Compl., Interbond Compl., Costco Compl., Office Depo Compl. and Best Buy Compl. only*

PERKINS COIE LLP

By: /s/ David J. Burman

DAVID J. BURMAN (*pro hac vice*)
DBurman@perkinscoie.com
CORI G. MOORE (*pro hac vice*)
CGMoore@perkisncoie.com
ERIC J. WEISS (*pro hac vice*)
EWeiss@perkinscoie.com
NICHOLAS H. HESTERBERG (*pro hac vice*)
NHesterberg@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

JOREN BASS (Bar No. 208143)
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

7

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page8 of 13

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Philip J. Iovieno*

PHILIP J. IOVIENO
piovieno@bsfllp.com
ANNE M. NARDACCI
anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
wisaacson@bsfllp.com
JENNIFER MILICI
jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: */s/ Roman M. Silberfeld*

ROMAN M. SILBERFELD (SBN 62783)
RMSilberfeld@rkmc.com
DAVID MARTINEZ (SBN 193183)
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

8

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page9 of 13

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

SUSMAN GODFREY L.L.P.

By: */s/ Kenneth S. Marks*

H. LEE GODFREY
lgodfrey@sumangodfrey.com
KENNETH S. MARKS
kmarks@susmangodfrey.com
JONATHAN J. ROSS
jross@susmangodfrey.com
JOHNNY W. CARTER
jcarter@susmangodfrey.com
DAVID M. PETERSON
dpeterson@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

PARKER C. FOLSE III
pfolse@susmangodfrey.com
RACHEL S. BLACK
rblack@susmangodfrey.com
JORDAN CONNORS
jconnors@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

CROWELL & MORING LLP

By: */s/ Jason C. Murray*

JASON C. MURRAY (CA Bar No. 169806)
jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

9

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page10 of 13

JEROME A. MURPHY (*pro hac vice*)
jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)
aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Target Corp. and RadioShack Corp.*

KENNY NACHWALTER, P.A.

By: */s/ Richard Alan Arnold*

RICHARD ALAN ARNOLD
rarnold@knpa.com
WILLIAM J. BLECHMAN
wblechman@knpa.com
KEVIN J. MURRAY
kmurray@knpa.com
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

LINDQUIST & VENNUM P.L.L.P.

By: */s/ Jessica L. Meyer*

Jessica L. Meyer (SBN: 249064)
jmeyer@lindquist.com
James M. Lockhart (*pro hac vice*)
jlockhart@lindquist.com
James P. McCarthy (*pro hac vice*)
jmccarthy@lindquist.com
Kelly G. Laudon (*pro hac vice*)
klaudon@lindquist.com
**LINDQUIST & VENNUM P.L.L.P.**
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

*Attorneys for Plaintiffs John R. Stoebner, as Chapter 7*

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

10

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page11 of 13

*Trustee for PBE Consumer Electronics, LLC and Related Entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receiver for Petters Company, LLC and Related Entities*

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

11

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page12 of 13

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________________ ______________________________

Hon. Samuel Conti
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

12

Case No. 07-5944
MDL NO. 1917

Case3:07-cv-05944-SC Document1705 Filed05/31/13 Page13 of 13

**CERTIFICATE OF SERVICE**

On May 31, 2013, I caused a copy of the "STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: *_/s/ Lucius B. Lau_*
Lucius B. Lau (*pro hac vice*)

STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

13

Case No. 07-5944
MDL NO. 1917