1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(*Joining Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |

This Document Relates to:

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381;

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

**JOINT APPENDIX OF RECORD REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS**

Date:          August 23, 2013
Time:          10:00 a.m.
Judge:        Hon. Samuel Conti
Special Master:  Hon. Charles A. Legge,
                 U.S. District Judge (Ret.)

JOINT APPENDIX OF RECORD REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

Case No. 07-5944
MDL NO. 1917

1

# TABLE OF CONTENTS

2

DOCUMENT 1:

3

    Defendants' Joint Notice of Motion and Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims and Memorandum of Law in Support

4

DOCUMENT 2:

5

    Appendix A to Defendants' Joint Notice of Motion and Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims and Memorandum of Law in Support

6

7

DOCUMENT 3:

8

    Appendix B to Defendants' Joint Notice of Motion and Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims and Memorandum of Law in Support

9

10

DOCUMENT 4:

11

    Appendix C to Defendants' Joint Notice of Motion and Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims and Memorandum of Law in Support

12

13

DOCUMENT 5:

14

    Direct Action Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims

15

DOCUMENT 6:

16

    Declaration of Philip J. Iovieno in Support of Direct Action Plaintiffs' Opposition to Defendants' Joint Motion To Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims and Exhibits Thereto

17

18

DOCUMENT 7:

19

    Defendants' Joint Reply Memorandum in Support of Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims

20

DOCUMENT 8:

21

    Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation's Notice of Motion and Motion to Dismiss and for Judgment on the Pleadings as to the Direct Action Plaintiffs' Claims and Memorandum of Points and Authorities in Support of Motion

22

23

DOCUMENT 9:

24

    Joinder of Defendants LG Electronics, Inc. and LG Electronics USA, Inc. in Motion to Dismiss Filed by Philips Defendants

25

DOCUMENT 10:

26

    Direct Action Plaintiffs' Opposition to Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation's Notice of Motion and Motion to Dismiss and for Judgment on the Pleadings as to the Direct Action Plaintiffs' Claims

27

28

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

Case No. 07-5944
MDL NO. 1917

DOCUMENT 11:

    Direct Action Plaintiffs' Response to LG Electronics, Inc. and LG Electronics USA, Inc.'s Joinder to Motion to Dismiss Filed by Philips Defendants

DOCUMENT 12:

    Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation's Reply Memorandum in Support of Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims

DOCUMENT 13:

    Joinder of Defendants LG Electronics, Inc. and LG Electronics USA, Inc. in Philips Defendants' Reply Memorandum in Support of Motion to Dismiss and for Judgment on the Pleadings as to Certain Direct Action Plaintiffs' Claims

DOCUMENT 14:

    February 14, 2013 Hearing Transcript on Defendants' Motions to Dismiss

DOCUMENT 15:

    Defendants' February 22, 2013 Letter in Response to *AT&T Mobility LLC v. AU Optronics Corp.*

DOCUMENT 16:

    Plaintiffs' February 22, 2013 Letter in Response to *AT&T Mobility LLC v. AU Optronics Corp.*

DOCUMENT 17:

    Report and Recommendations Regarding Defendants' Motion to Dismiss Direct Action Complaints

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

3

Case No. 07-5944
MDL NO. 1917

1

2                                                Respectfully submitted,

3   Dated:  May 31, 2013                         **WHITE & CASE LLP**

4
                                                 By: */s/ Lucius B. Lau*
5                                                CHRISTOPHER M. CURRAN (*pro hac vice*)
                                                 ccurran@whitecase.com
6                                                LUCIUS B. LAU (*pro hac vice*)
                                                 alau@whitecase.com
7                                                DANA E. FOSTER (*pro hac vice*)
                                                 defoster@whitecase.com
8                                                **WHITE & CASE LLP**
                                                 701 Thirteenth Street, N.W.
9                                                Washington, DC 20005
                                                 Telephone: (202) 626-3600
10                                               Facsimile: (202) 639-9355

11                                               *Attorneys for Defendants Toshiba Corporation,*
                                                 *Toshiba America Information Systems, Inc., Toshiba*
12                                               *America Consumer Products, L.L.C., and Toshiba*
                                                 *America Electronic Components, Inc.*
13

14                                               O'MELVENY & MYERS LLP

15                                               By: */s/ Ian Simmons*
                                                 IAN SIMMONS (*pro hac vice*)
16                                               isimmons@omm.com
                                                 BENJAMIN G. BRADSHAW (SBN 189925)
17                                               bbradshaw@omm.com
                                                 KEVIN D. FEDER (SBN 252347)
18                                               kfeder@omm.com
                                                 **O'MELVENY & MYERS LLP**
19                                               1625 Eye Street, NW
                                                 Washington, DC 20006
20                                               Telephone: (202) 383-5300
                                                 Facsimile: (202) 383-5414
21
                                                 *Attorneys for Defendants Samsung Electronics Co.,*
22                                               *Ltd. and Samsung Electronics America, Inc.*

23

24

25

26

27

28
    JOINT APPENDIX OF RECORD REGARDING
    SPECIAL MASTER'S MAY 2, 2013 REPORT                  4                    Case No. 07-5944
    AND RECOMMENDATION ON MOTIONS TO                                          MDL NO. 1917
    DISMISS DIRECT ACTION COMPLAINTS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
PVictor@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a
Matsushita Electric Industrial Co., Ltd.), Panasonic
Corporation of North America, MT Picture Display
Co., Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

5

1                  J. CLAYTON EVERETT, JR. (*pro hac vice*)
                 jeverett@morganlewis.com
2                  SCOTT A. STEMPEL (*pro hac vice*)
                 sstempel@morganlewis.com
3                  **MORGAN, LEWIS & BOCKIUS LLP**
                 111 Pennsylvania Avenue, NW
4                  Washington, DC 20004
                 Telephone: (202) 739-3000
5                  Facsimile: (202) 739-3001

6                  *Attorneys for Defendants Hitachi, Ltd., Hitachi*
                 *Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi*
7                  *Asia, Ltd., Hitachi America, Ltd., and Hitachi*
                 *Electronic Devices (USA), Inc.*
8

9                  MUNGER, TOLLES & OLSON LLP

10                  By: */s/ Hojoon Hwang*
                 HOJOON HWANG (SBN 184950)
11                  Hojoon.Hwang@mto.com
                 **MUNGER, TOLLES & OLSON LLP**
12                  560 Mission Street, Twenty-Seventh Floor
                 San Francisco, California 94105-2907
13                  Telephone: (415) 512-4000
                 Facsimile: (415) 512-4077
14

15                  WILLIAM D. TEMKO (SBN 098858)
                 William.Temko@mto.com
16                  JONATHAN E. ALTMAN (SBN 170607)
                 Jonathan.Altman@mto.com
17                  BETHANY W. KRISTOVICH (SBN 241891)
                 Bethany.Kristovich@mto.com
18                  **MUNGER, TOLLES & OLSON LLP**
                 355 South Grand Avenue, Thirty-Fifth Floor
19                  Los Angeles, CA 90071-1560
                 Telephone: (213) 683-9100
20                  Facsimile: (213) 687-3702

21                  *Attorneys for Defendants LG Electronics, Inc.; LG, LG*
                 *Electronics USA, Inc.; and LG Electronics Taiwan*
22                  *Taipei Co., Ltd.*

23

24

25

26

27

28

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

6

Case No. 07-5944
MDL NO. 1917

1      SHEPPARD MULLIN RICHTER & HAMPTON

2      By: */s/ Gary L. Halling*

3      GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)

4      jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)

5      mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**

6      Four Embarcadero Center, 17th Floor
San Francisco, California 94111

7      Telephone: (415) 434-9100
Facsimile: (415) 434-3947

8

9      *Attorneys for Defendants Samsung SDI America, Inc.;*
*Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.*

     *BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung*

10      *SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and*
*Tianjin Samsung SDI Co., Ltd.*

11

12      BAKER BOTTS LLP

13      By: */s/ Jon V. Swenson*
JON V. SWENSON (SBN 233054)

14      jon.swenson@bakerbotts.com
**BAKER BOTTS LLP**

15      1001 Page Mill Road
Building One, Suite 200

16      Palo Alto, CA 94304
Telephone: (650) 739-7500

17      Facsimile: (650) 739-7699
E-mail: jon.swenson@bakerbotts.com

18

19      JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com

20      JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com

21      **BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.

22      Washington, DC 20004-2400
Telephone: (202) 639-7700

     Facsimile: (202) 639-7890

23

24      *Attorneys for Defendants Koninklijke Philips*
*Electronics N.V. and Philips Electronics North*

     *America Corporation*

25

26

27

28

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

7

Case No. 07-5944
MDL NO. 1917

1    GIBSON, DUNN & CRUTCHER LLP

2    By: */s/ Rachel S. Brass*
     Rachel S. Brass (SBN 219301)
3    rbrass@gibsondunn.com
     Joel S. Sanders (SBN 107234)
4    jsanders@gibsondunn.com
     Austin V. Schwing (SBN 211696)
5    **GIBSON, DUNN & CRUTCHER LLP**
     555 Mission Street, Suite 3000
6    San Francisco, California 94105
     Tel: (415) 393-8200
7    Fax: (415) 393-8306

8    *Attorneys for Defendant Chunghwa Picture Tubes, Ltd.*
     *and Chunghwa Picture Tubes (Malaysia) as to the*
9    *Target Am. Compl., P.C. Richard Compl., Tweeter*
     *Compl., CompuCom Compl., Interbond Compl., Costco*
10   *Compl., Office Depo Compl. and Best Buy Compl. only*

11
     PERKINS COIE LLP
12
     By: */s/ David J. Burman*
13   DAVID J. BURMAN (*pro hac vice*)
     DBurman@perkinscoie.com
14   CORI G. MOORE (*pro hac vice*)
     CGMoore@perkisncoie.com
15   ERIC J. WEISS (*pro hac vice*)
     EWeiss@perkinscoie.com
16   NICHOLAS H. HESTERBERG (*pro hac vice*)
     NHesterberg@perkinscoie.com
17   **PERKINS COIE LLP**
     1201 Third Avenue, Suite 4900
18   Seattle, WA 98101-3099
     Telephone: 206.359.8000
19   Facsimile: 206.359.9000

20   JOREN BASS (Bar No. 208143)
     JBass@perkinscoie.com
21   **PERKINS COIE LLP**
     Four Embarcadero Center, Suite 2400
22   San Francisco, CA 94111-4131
     Telephone: 415.344.7120
23   Facsimile: 415.344.7320

24   *Attorneys for Plaintiff Costco Wholesale Corporation*

25

26

27

28

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO          8          Case No. 07-5944
DISMISS DIRECT ACTION COMPLAINTS                     MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Philip J. Iovieno*
PHILIP J. IOVIENO
piovieno@bsfllp.com
ANNE M. NARDACCI
anardacci@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

WILLIAM A. ISAACSON
wisaacson@bsfllp.com
JENNIFER MILICI
jmilici@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

STUART SINGER
ssinger@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022

*Liaison Counsel for Direct Action Plaintiffs and
Attorneys for Plaintiffs Electrograph Systems, Inc.,
Electrograph Technologies, Corp., Office Depot, Inc.,
Compucom Systems, Inc., Interbond Corporation of
America, P.C. Richard & Son Long Island
Corporation, Marta Cooperative of America, Inc., ABC
Appliance, Inc., Schultze Agency Services LLC on
behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: */s/ Roman M. Silberfeld*
ROMAN M. SILBERFELD (SBN 62783)
RMSilberfeld@rkmc.com
DAVID MARTINEZ (SBN 193183)
DMartinez@rkmc.com
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

Case No. 07-5944
MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

SUSMAN GODFREY L.L.P.

By: */s/ Kenneth S. Marks*
H. LEE GODFREY
lgodfrey@sumangodfrey.com
KENNETH S. MARKS
kmarks@susmangodfrey.com
JONATHAN J. ROSS
jross@susmangodfrey.com
JOHNNY W. CARTER
jcarter@susmangodfrey.com
DAVID M. PETERSON
dpeterson@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

PARKER C. FOLSE III
pfolse@susmangodfrey.com
RACHEL S. BLACK
rblack@susmangodfrey.com
JORDAN CONNORS
jconnors@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

CROWELL & MORING LLP

By: */s/ Jason C. Murray*
JASON C. MURRAY (CA Bar No. 169806)
jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

10

Case No. 07-5944
MDL NO. 1917

1  | JEROME A. MURPHY (*pro hac vice*)
   | jmurphy@crowell.com
2  | ASTOR H.L. HEAVEN (*pro hac vice*)
   | aheaven@crowell.com
3  | **CROWELL & MORING LLP**
   | 1001 Pennsylvania Avenue, N.W.
4  | Washington, D.C. 20004
   | Telephone: (202) 624-2500
5  | Facsimile: (202) 628-5116

6  | *Attorneys for Target Corp. and RadioShack Corp.*

7

8  | KENNY NACHWALTER, P.A.

9  | By: */s/ Richard Alan Arnold*
   | RICHARD ALAN ARNOLD
10 | rarnold@knpa.com
   | WILLIAM J. BLECHMAN
   | wblechman@knpa.com
11 | KEVIN J. MURRAY
   | kmurray@knpa.com
12 | **KENNY NACHWALTER, P.A.**
   | 201 S. Biscayne Blvd., Suite 1100
13 | Miami, FL 33131
   | Tel: (305) 373-1000
14 | Fax: (305) 372-1861

15 | *Attorneys for Plaintiffs Sears, Roebuck and Co. and*
   | *Kmart Corp.*

16

17 | LINDQUIST & VENNUM P.L.L.P.

18 | By: */s/ Jessica L. Meyer*
   | Jessica L. Meyer (SBN: 249064)
19 | jmeyer@lindquist.com
   | James M. Lockhart (*pro hac vice*)
20 | jlockhart@lindquist.com
   | James P. McCarthy (*pro hac vice*)
21 | jmccarthy@lindquist.com
   | Kelly G. Laudon (*pro hac vice*)
22 | klaudon@lindquist.com
   | **LINDQUIST & VENNUM P.L.L.P.**
23 | 4200 IDS Center
   | 80 South Eighth Street
24 | Minneapolis, MN 55402
   | Telephone: (612) 371-3211
25 | Facsimile: (612) 371-3207

26

27

28

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

11

Case No. 07-5944
MDL NO. 1917

*Attorneys for Plaintiffs John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and Related Entities; and Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and Related Entities, and as Receiver for Petters Company, LLC and Related Entities*

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

12

Case No. 07-5944
MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

On May 31, 2013, I caused a copy of the "JOINT APPENDIX OF RECORD REGARDING SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.


By:  */s/ Lucius B. Lau*
                Lucius B. Lau (*pro hac vice*)

JOINT APPENDIX OF RECORD REGARDING
SPECIAL MASTER'S MAY 2, 2013 REPORT
AND RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

13

Case No. 07-5944
MDL NO. 1917