# DOCUMENT 2

**APPENDIX A**

**DIRECT ACTION PLAINTIFFS' STATE-LAW ANTITRUST AND CONSUMER PROTECTION CLAIMS**

Best Buy:  Asserts state-law claims under the Minnesota Antitrust Act of 1971, Minn. Stat. Ann. §§ 325D.52 *et seq.*  Best Buy Compl. ¶¶ 243-249.

Circuit City:  Asserts state-law claims under the California Cartwright Act, Cal. Bus. & Prof. Code § 16720, California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200, *et seq.*, Restitution and Unjust Enrichment under California Law, Illinois Antitrust Act, 740 Ill. Comp. Stat. §§ 10/1 *et seq.*  Circuit City Compl. ¶¶ 242-266.

CompuCom:  Asserts state-law claims under the California Cartwright Act, Cal. Bus. & Prof. Code § 16720, California UCL, Cal. Bus. & Prof. Code §§ 17200, *et seq.*, New York Donnelly Act, N.Y. Gen. Bus. Law §§ 340 *et seq.*  CompuCom Compl. ¶¶ 236-258.

Costco:  Asserts state-law claims under the California Cartwright Act, Cal. Bus. & Prof. Code §§ 16700 *et seq.*, Washington Consumer Protection Act, Wash. Rev. Code § 19.86.030, Arizona Antitrust Act, Ariz. Rev. Stat. §§ 44-1401 *et seq.*, Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. Ann. §§ 501.201 *et seq.*, Illinois Antitrust Act, 740 Ill. Comp. Stat. §§ 10/1, *et seq.*  Costco Compl. ¶¶ 181-203.

Electrograph:  Asserts state-law claims under the California Cartwright Act, Cal. Bus. & Prof. Code § 16720, California UCL, Cal. Bus. & Prof. Code §§ 17200, *et seq.*, New York Donnelly Act, N.Y. Gen. Bus. Law §§ 340 *et seq.*, New York Unfair Competition Law, N.Y. Gen. Bus. Law § 349.  Electrograph Am. Compl. ¶¶ 250-281.

Interbond:  Asserts state-law claims under the FDUTPA, Fla. Stat. Ann. §§ 501.201 *et seq.*  Interbond Compl. ¶¶ 234-241.

Office Depot:  Asserts state-law claims under the FDUTPA, Fla. Stat. Ann. §§ 501.201 *et seq.*, California Cartwright Act, Cal. Bus. & Prof. Code § 16720, California UCL, Cal. Bus. & Prof. Code §§ 17200 *et seq.*  Office Depot Compl. ¶¶ 235-259.

P.C. Richard & Son:  Asserts state-law claims under the Arizona Antitrust Act, Ariz. Rev. Stat. §§ 44-1401 *et seq.*, Illinois Antitrust Act, 740 Ill. Comp. Stat. §§ 10/1 *et seq.*, Michigan Antitrust Reform Act, Mich. Comp. Laws Ann. §§ 445.771 *et seq.*, New York Donnelly Act, N.Y. Gen. Bus. Law §§ 340 *et seq.*  P.C. Richard Compl. ¶¶ 246-249.

Polaroid:  Asserts state-law claims under the Minnesota Antitrust Act of 1971, Minn. Stat. Ann. §§ 325D.49 *et seq.*, California Cartwright Act, Cal. Bus. & Prof. Code §§ 16720 *et seq.*, California UCL, Cal. Bus. & Prof. Code §§ 17200 *et seq.*, Unjust Enrichment and Disgorgement of Profits.  Polaroid Compl. ¶¶ 188-215.

Target:  Asserts state-law claims under the California Cartwright Act, Cal. Bus. & Prof. Code §§ 16720 *et seq.*, California UCL, Cal. Bus. & Prof. Code §§ 17200 *et seq.*, Arizona Antitrust Act, Ariz. Rev. Stat. §§ 44-1401 *et seq.*, FDUTPA, Fla. Stat. Ann. §§ 501.201 *et seq.*, Illinois Antitrust Act, 740 Ill. Comp. Stat. §§ 10/1 *et seq.*, Iowa Competition Law, Iowa Code Ann. §§ 553.1, *et seq.*; Kansas Restraint of Trade Act, Kan. Stat. Ann. §§ 50-101 *et seq.*, Massachusetts Antitrust Act, Mass. Gen. Laws Ann. ch. 93A §§ 2 *et seq.*, Michigan Antitrust Reform Act, Mich. Comp. Laws Ann. §§ 445.771 *et seq.*, Minnesota Antitrust Act of 1971, Minn. Stat. Ann. §§ 325D.50 *et seq.*, Mississippi Antitrust Act, Miss. Code Ann. §§ 75-21-1, *et*

Case 4:07-cv-05944-JST   Document 1707-2   Filed 05/31/13   Page 3 of 3
Case 3:07-cv-05944-SC   Document 1317-1   Filed 08/17/12   Page 2 of 2

-2-

*seq.*, Nebraska Junkin Act, Neb. Rev. Stat. §§ 59-801 *et seq.*, Nevada Unfair Trade Practices Act, Nev. Rev. Stat. §§ 598A *et seq.*, New Mexico Antitrust Act, N.M. Stat. Ann. §§ 57-1-1 *et seq.*, New York Donnelly Act, N.Y. Gen. Bus. Law §§ 340 *et seq.*, North Carolina Antitrust Act, N.C. Gen. Stat. §§ 75-1, *et seq.*, Wisconsin Antitrust Act, Wis. Stat. Ann. §§ 133.01, *et seq.*  Target Am. Compl. ¶¶ 253-283.

Tweeter:  Asserts state-law claims under the Massachusetts Antitrust Act, Mass. Gen. Laws Ann. ch. 93A §§ 2 *et seq.*  Tweeter Compl. ¶¶ 238-245.