# DOCUMENT 3

**APPENDIX B**

**STATUTE OF LIMITATIONS GROUNDS FOR DEFENDANTS' JOINT MOTION TO DISMISS
DIRECT ACTION PLAINTIFFS' COMPLAINTS[1]**

| Law | Statute of Limitations | Date Claim Accrued | Fraudulent Concealment Allegations | Date of Notice / Discovery | Filing Date | Claim Untimely? |
|---|---|---|---|---|---|---|
| *BEST BUY CO., INC., ET AL. v. HITACHI, LTD., ET AL.* Case No. 11-cv-05513 | | | | | | |
| Second Claim for Relief Violation of the Minnesota Antitrust Act of 1971 | | | | | | |
| Minn. Stat. Ann. §§ 325D.52, *et seq.* | 4 Years (Minn. Stat. Ann. § 325D.64) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 217, 221. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 223-235. | 11/8/2007 (Date of European Commission ("E.C.") announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| *SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. v. HITACHI, LTD., ET AL.* Case No. 11-cv-05502 | | | | | | |
| Second Claim for Relief Violation of the California Cartwright Act | | | | | | |
| Cal. Bus. & Prof. Code § 16720 | 4 Years (Cal. Bus. & Prof. Code § 16750.1) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 215, 220. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 222-234. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| Third Claim for Relief Violation of the California Unfair Competition Law | | | | | | |
| Cal. Bus. & Prof. Code §§ 17200 | 4 Years (Cal. Bus. & Prof. Code § 17208) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 215, 220. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 222-234. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |

---

[1] For the reasons explained in Defendants' moving papers, DAPs' allegations of fraudulent concealment cannot save their untimely state-law claims—even if the doctrine were to apply, which this Appendix assumes *arguendo*—and therefore Defendants do not address (and do not concede) whether each of the states at issue actually recognizes fraudulent concealment as a tolling doctrine.

1

| Law | Statute of Limitations | Date Claim Accrued | Fraudulent Concealment Allegations | Date of Notice / Discovery | Filing Date | Claim Untimely? |
|---|---|---|---|---|---|---|
| **Fifth Claim for Relief** ||||||||
| **Violation of the Illinois Antitrust Act** ||||||||
| 740 Ill. Comp. Stat. §§ 10/1, *et seq.* | 4 Years 740 Ill. Comp. Stat. § 10/7 | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 215, 220. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 222-234. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| *COMPUCOM SYSTEMS, INC. v. HITACHI, LTD., ET AL.* <br> Case No. 11-cv-06396 ||||||||
| **Second Claim for Relief** ||||||||
| **Violation of the California Cartwright Act** ||||||||
| Cal. Bus. & Prof. Code § 16720 | 4 Years (Cal. Bus. & Prof. Code § 16750.1) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 209, 214. | Alleges SOL tolled until November 2007, when DOJ investigation became public, and class action complaints filed. ¶ 216. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| **Third Claim for Relief** ||||||||
| **Violation of the California Unfair Competition Law** ||||||||
| Cal. Bus. & Prof. Code §§ 17200 | 4 Years (Cal. Bus. & Prof. Code § 17208) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 209, 214. | Alleges SOL tolled until November 2007, when DOJ investigation became public, and class action complaints filed. ¶ 216. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| **Fourth Claim for Relief** ||||||||
| **Violation of the New York Donnelly Act** ||||||||
| N.Y. Gen. Bus. Law §§ 340, *et seq.* | 4 Years (N.Y. Gen. Bus. Law § 340(5)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 209, 214. | Alleges SOL tolled until November 2007, when DOJ investigation became public, and class action complaints filed. ¶ 216. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |

| Law | Statute of Limitations | Date Claim Accrued | Fraudulent Concealment Allegations | Date of Notice / Discovery | Filing Date | Claim Untimely? |
|---|---|---|---|---|---|---|
| *COSTCO WHOLESALE CORPORATION v. HITACHI, LTD., ET AL.* Case No. 11-cv-06397 | | | | | | |
| **Second Claim for Relief** **Violation of the California Cartwright Act** | | | | | | |
| Cal. Bus. & Prof. Code §§ 16700, *et seq.* | 4 Years (Cal. Bus. & Prof. Code § 16750.1) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 159. | Alleges SOL tolled until "late November 2007," when investigations by the U.S. and other antitrust authorities "became widely reported." ¶ 160. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| **Third Claim for Relief** **Violation of the Washington Consumer Protection Act** | | | | | | |
| Wash. Rev. Code § 19.86.030 | 4 Years (Wash. Rev. Code § 19.86.120) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 159. | Alleges SOL tolled until "late November 2007," when investigations by the U.S. and other antitrust authorities "became widely reported." ¶ 160. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| **Fourth Claim for Relief** **Violation of the Arizona Antitrust Act** | | | | | | |
| Ariz. Rev. Stat. §§ 44-1401, *et seq.* | 4 Years (Ariz. Rev. Stat. § 44-1410(b)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 159. | Alleges SOL tolled until "late November 2007," when investigations by the U.S. and other antitrust authorities "became widely reported." ¶ 160. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| **Fifth Claim for Relief** **Violation of the Florida Deceptive and Unfair Trade Practices Act** | | | | | | |
| Fla. Stat. Ann. §§ 501.201, *et seq.* | 4 Years (Fla. Stat. Ann. § 95.11(3)(f)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 159. | Alleges SOL tolled until "late November 2007," when investigations by the U.S. and other antitrust authorities "became widely reported." ¶ 160. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |

| Law | Statute of Limitations | Date Claim Accrued | Fraudulent Concealment Allegations | Date of Notice / Discovery | Filing Date | Claim Untimely? |
|---|---|---|---|---|---|---|
| | | | **Sixth Claim for Relief** | | | |
| | | | Violation of the Illinois Antitrust Act | | | |
| 740 Ill. Comp. Stat. §§ 10/1, *et seq.* | 4 Years (740 Ill. Comp. Stat. § 10/7(2)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 159. | Alleges SOL tolled until "late November 2007," when investigations by the U.S. and other antitrust authorities "became widely reported." ¶ 160. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| | | | *INTERBOND CORPORATION OF AMERICA v. HITACHI, LTD, ET AL.* | | | |
| | | | Case No. 11-cv-06275 | | | |
| | | | **Second Claim for Relief** | | | |
| | | | Violation of the Florida Deceptive and Unfair Trade Practices Act | | | |
| Fla. Stat. Ann. §§ 501.201, *et seq.* | 4 Years (Fla. Stat. Ann. § 95.11(3)(f)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 207, 212. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 214-226. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| | | | *OFFICE DEPOT, INC. v. HITACHI, LTD, ET AL.* | | | |
| | | | Case No. 11-cv-06276 | | | |
| | | | **Second Claim for Relief** | | | |
| | | | Violation of the Florida Deceptive and Unfair Trade Practices Act | | | |
| Fla. Stat. Ann. §§ 501.201, *et seq.* | 4 Years (Fla. Stat. Ann. § 95.11(3)(f)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 208, 213. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 215-227. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| | | | **Third Claim for Relief** | | | |
| | | | Violation of the California Cartwright Act | | | |
| Cal. Bus. & Prof. Code § 16720 | 4 Years (Cal. Bus. & Prof. Code § 16750.1) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 208, 213. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 215-227. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |

4

| Law | Statute of Limitations | Date Claim Accrued | Fraudulent Concealment Allegations | Date of Notice / Discovery | Filing Date | Claim Untimely? |
|---|---|---|---|---|---|---|
| **Fourth Claim for Relief** | | | | | | |
| **Violation of the California Unfair Competition Law** | | | | | | |
| Cal. Bus. & Prof. Code §§ 17200 | 4 Years (Cal. Bus. & Prof. Code § 17208) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 208, 213. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 215-227. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| ***P.C. RICHARD & SON LONG ISLAND CORPORATION, ET AL. v. HITACHI, LTD., ET AL.*** | | | | | | |
| **Case No. 12-cv-02648** | | | | | | |
| **Second Claim for Relief** | | | | | | |
| **Violation of State Antitrust Laws** | | | | | | |
| Ariz. Rev. Stat. §§ 44-1401, *et seq.* | 4 Years (Ariz. Rev. Stat. § 44-1410(b)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 213, 218. | Alleges SOL tolled until November 2007, when DOJ investigation became public, and class action complaints filed. ¶ 220-232. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| 740 Ill. Comp. Stat. §§ 10/1, *et seq.* | 4 Years (740 Ill. Comp. Stat. § 10/7(2)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 213, 218. | Alleges SOL tolled until November 2007, when DOJ investigation became public, and class action complaints filed. ¶ 220-232. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| Mich. Comp. Laws Ann. §§ 445.771, *et seq.* | 4 Years (Mich. Comp. Laws Ann. § 445.781) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 213, 218. | Alleges SOL tolled until November 2007, when DOJ investigation became public, and class action complaints filed. ¶ 220-232. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| N.Y. Gen. Bus. Law §§ 340, *et seq.* | 4 Years (N.Y. Gen. Bus. Law § 340(5)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 213, 218. | Alleges SOL tolled until November 2007, when DOJ investigation became public, and class action complaints filed. ¶ 220. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |

*TARGET CORP., ET AL. v. CHUNGHWA PICTURE TUBES, LTD. ET AL.*
Case No. 11-cv-05514

| Law | Statute of Limitations | Date Claim Accrued | Fraudulent Concealment Allegations | Date of Notice / Discovery | Filing Date | Claim Untimely? |
|---|---|---|---|---|---|---|
| **Second Claim for Relief** | | | | | | |
| **Violation of the California Cartwright Act** | | | | | | |
| Cal. Bus. & Prof. Code § 16720 | 4 Years (Cal. Bus. & Prof. Code § 16750.1) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| **Third Claim for Relief** | | | | | | |
| **Violation of State Antitrust and Unfair Competition Laws** | | | | | | |
| Cal. Bus. & Prof. Code §§ 17200, *et seq.* | 4 Years (Cal. Bus. & Prof. Code § 17208) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| Ariz. Rev. Stat. §§ 44-1401, *et seq.* | 4 Years (Ariz. Rev. Stat. § 44-1410(b)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| Fla. Stat. Ann. §§ 501.201, *et seq.* | 4 Years (Fla. Stat. Ann. § 95.11(3)(f)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| 740 Ill. Comp. Stat. §§ 10/1, *et seq.* | 4 Years (740 Ill. Comp. Stat. § 10/7(2)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| Iowa Code Ann. §§ 553.1, *et seq.* | 4 Years (Iowa Code Ann. § 553.16) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |

| Law | Statute of Limitations | Date Claim Accrued | Fraudulent Concealment Allegations | Date of Notice / Discovery | Filing Date | Claim Untimely? |
|---|---|---|---|---|---|---|
| Kan. Stat. Ann. §§ 60-501, et seq. | 3 Years (Kan. Stat. Ann. § 60-512(2)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. |
| Mass. Gen. Laws Ann. ch. 93A §§ 2, et seq. | 4 Years (Mass. Gen. Laws Ann. ch. 260 § 5A) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| Mich. Comp. Laws Ann. §§ 445.771, et seq. | 4 Years (Mich. Comp. Laws Ann. § 445.781) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| Minn. Stat. Ann. §§ 325D.50, et seq. | 4 Years (Minn. Stat. Ann. § 325D.64) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| Miss. Code Ann. §§ 75-21-1, et seq. | 3 Years (Miss. Code Ann. § 15-1-49) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. |
| Neb. Rev. Stat. §§ 59-801, et seq. | 4 Years (Neb. Rev. Stat. § 25-206) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| Nev. Rev. Stat. §§ 598A, et seq. | 4 Years (Nev. Rev. Stat. § 598A.220) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |

| Law | Statute of Limitations | Date Claim Accrued | Fraudulent Concealment Allegations | Date of Notice / Discovery | Filing Date | Claim Untimely? |
|---|---|---|---|---|---|---|
| N.M. Stat. Ann. §§ 57-1-1, *et seq.* | 4 Years (N.M. Stat. Ann. § 57-1-12) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| N.Y. Gen. Bus. Law §§ 340, *et seq.* | 4 Years (N.Y. Gen. Bus. Law § 340(5)) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| N.C. Gen. Stat. §§ 75-1, *et seq.* | 4 Years (N.C. Gen. Stat. § 75-16.2) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 226, 231. | Alleges SOL has been tolled for all claims. No dates specified. ¶¶ 233-245. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |
| *SCHULTZE AGENCY SERVICES, LLC ON BEHALF OF TWEETER OPCO, LLC AND TWEETER NEWCO, LLC v. HITACHI, LTD, ET AL.* Case No. 12-cv-02649 | | | | | | |
| **Second Claim for Relief** Violation of the Massachusetts Antitrust Act | | | | | | |
| Mass. Gen. Laws Ann. ch. 93A §§ 2, *et seq.* | 4 Years (Mass. Gen. Laws Ann. ch. 260 § 5A) | Unspecified dates of purchase of CRT Products from 3/1/1995-11/25/2007. ¶¶ 1, 9, 211, 216. | Alleges SOL tolled until November 2007, when DOJ investigation became public, and class action complaints filed. ¶ 218-230. | 11/8/2007 (Date of E.C. announcement of investigation into CRT industry.) | 11/14/2011 | Yes. Any claim arising from purchases prior to 11/14/2007 is untimely. |