# DOCUMENT 4

# APPENDIX C

## DIRECT ACTION PLAINTIFFS' CLAIMS THAT FAIL TO ALLEGE SUFFICIENT CONTACTS WITH RELEVANT STATES

| Plaintiff | State-law claim | Citation to Deficiency in Complaint |
|---|---|---|
| **Complaints That Do Not Allege Purchases of CRT Products In Relevant States** | | |
| Magnolia Hi-Fi, Inc. ("MHF") | Minnesota | Best Buy Compl. ¶ 21. |
| Costco Wholesale Corp. ("Costco") | Arizona<br>Florida<br>Illinois | Costco Compl. ¶¶ 13-14. |
| John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC, Douglas A. Kelley, as Chapter 11 Trustee for Petters Company ("Polaroid") | California | Polaroid Compl. ¶ 9. |
| **Complaints That Contain Insufficient Allegations Of Purchases Of CRT Products In Relevant States** | | |
| Alfred H. Siegel, as trustee of Circuit City Stores, Inc. Liquidating Trust ("Circuit City") | California | Circuit City Compl. ¶¶ 9; 21. |
| Circuit City | Illinois | Circuit City Compl. ¶¶ 9; 22. |
| Compucom Systems, Inc. ("Compucom") | New York | CompuCom Compl. ¶¶ 11; 16; 18. |
| Electrograph Systems, Inc. and Electrograph Technologies Corp. ("Electrograph") | California | Electrograph Compl. ¶¶ 15-16. |
| Electrograph | New York | Electrograph Compl. ¶¶ 15-16. |
| Office Depot, Inc. ("Office Depot") | California | Office Depot Compl. ¶¶ 17-19. |
| Polaroid Plaintiffs | Minnesota | Polaroid Compl. ¶¶ 18; 21. |
| Target Corp. ("Target") | Arizona<br>California<br>Florida<br>Illinois<br>Iowa<br>Kansas<br>Michigan<br>New York<br>North Carolina<br>Wisconsin | Target Am. Compl. ¶¶ 16-18; 268; 275; 269; 270; 271; 272; 273; 281-83. |

| Plaintiff | State-law claim | Citation to Deficiency in Complaint |
|---|---|---|
| Sears, Roebuck, and Co. ("Sears") | Arizona<br>California<br>Florida<br>Massachusetts<br>Michigan<br>Minnesota<br>Mississippi<br>Nevada<br>New Mexico<br>New York<br>North Carolina<br>Wisconsin | Target Am. Compl. ¶¶ 19-22; 268-70; 274-77; 279; 280-83. |
| Sears | Nebraska | Target Am. Compl. ¶ 278. |
| Kmart Corp. ("Kmart") | California<br>Florida<br>Illinois<br>Minnesota<br>Nebraska<br>Nevada<br>North Carolina | Target Am. Compl. ¶¶ 19-22; 268; 270-71; 276; 278-79; 282. |
| Old Comp, Inc. ("Old Comp") (formerly known as CompUSA) | California<br>Illinois | Target Am. Compl. ¶¶ 23-24; 25-27; 268; 271. |
| Radioshack Corp. ("Radioshack") | California<br>Massachusetts<br>Mississippi | Target Am. Compl. ¶¶ 35-37; 268; 274; 277. |