# DOCUMENT 6

Philip J. Iovieno
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC (N.D. Cal.)<br><br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656<br><br>*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502<br><br>*Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513<br><br>*Target Corp., et al. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275<br><br>*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276<br><br>*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396<br><br>*Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397<br><br>*P.C. Richard and Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648<br><br>*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649 | Case No. 11-cv-01656 SC<br>Case No. 11-cv-05381 SC<br>Case No. 11-cv-05502 SC<br>Case No. 11-cv-05513 SC<br>Case No. 11-cv-05514 SC<br>Case No. 11-cv-06275 SC<br>Case No. 11-cv-06276 SC<br>Case No. 11-cv-06396 SC<br>Case No. 11-cv-06397 SC<br>Case No. 12-cv-02648 SC<br>Case No. 12-cv-02649 SC<br><br>**DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF DIRECT ACTION PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS AND FOR JUDGMENT ON THE PLEADINGS AS TO CERTAIN DIRECT ACTION PLAINTIFFS' CLAIMS** |

I, **PHILIP J. IOVIENO**, declare as follows:

1.     I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel for several of the Direct Action Plaintiffs ("DAPs") in this matter, including Schultze Agency Services, LLC ("Tweeter"), and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court.

2.     Attached hereto as Exhibit 1 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Hitachi, Ltd. by electronic mail on November 14, 2011.

3.     Attached hereto as Exhibit 2 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Hitachi Displays, Ltd. by electronic mail on November 14, 2011.

4.     Attached hereto as Exhibit 3 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Hitachi America, Ltd. by electronic mail on November 14, 2011.

5.     Attached hereto as Exhibit 4 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Hitachi Asia, Ltd. by electronic mail on November 14, 2011.

6.     Attached hereto as Exhibit 5 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Hitachi Electronic Devices (USA), Inc. by electronic mail on November 14, 2011.

7.     Attached hereto as Exhibit 6 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Shenzhen SEG Hitachi Color Display Devices, Ltd. by electronic mail on November 14, 2011.

8.     Attached hereto as Exhibit 7 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for IRICO Group Corporation by electronic mail on November 14, 2011.

9.      Attached hereto as Exhibit 8 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for IRICO Group Electronics Co., Ltd. by electronic mail on November 14, 2011.

10.     Attached hereto as Exhibit 9 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for IRICO Display Devices Co., Ltd. by electronic mail on November 14, 2011.

11.     Attached hereto as Exhibit 10 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for LG Electronics, Inc. by electronic mail on November 14, 2011.

12.     Attached hereto as Exhibit 11 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for LG Electronics USA, Inc. by electronic mail on November 14, 2011.

13.     Attached hereto as Exhibit 12 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for LG Electronics Taiwan Taipei Co., Ltd. by electronic mail on November 14, 2011.

14.     Attached hereto as Exhibit 13 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for LP Displays International Ltd. by electronic mail on November 14, 2011.

15.     Attached hereto as Exhibit 14 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Panasonic Corporation by electronic mail on November 14, 2011.

16.     Attached hereto as Exhibit 15 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Panasonic Corporation of North America by electronic mail on November 14, 2011.

17.     Attached hereto as Exhibit 16 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for MT Picture Display Co., Ltd. by electronic mail on November 14, 2011.

18.      Attached hereto as Exhibit 17 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Beijing Matsushita Color CRT Co., Ltd. by electronic mail on November 14, 2011.

19.      Attached hereto as Exhibit 18 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Koninklijke Philips Electronics N.V. by electronic mail on November 14, 2011.

20.      Attached hereto as Exhibit 19 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Philips Electronics North America Corporation by electronic mail on November 14, 2011.

21.      Attached hereto as Exhibit 20 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Philips Electronics Industries (Taiwan), Ltd. by electronic mail on November 14, 2011.

22.      Attached hereto as Exhibit 21 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Philips da Amazonia Industria Electronica Ltda. by electronic mail on November 14, 2011.

23.      Attached hereto as Exhibit 22 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Samsung Electronics Co., Ltd. by electronic mail on November 14, 2011.

24.      Attached hereto as Exhibit 23 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Samsung Electronics America, Inc. by electronic mail on November 14, 2011.

25.      Attached hereto as Exhibit 24 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Samsung SDI Co., Ltd. by electronic mail on November 14, 2011.

26.      Attached hereto as Exhibit 25 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Samsung SDI America, Inc by electronic mail on November 14, 2011.

27. Attached hereto as Exhibit 26 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Samsung SDI Mexico S.A. de C.V. by electronic mail on November 14, 2011.

28. Attached hereto as Exhibit 27 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Samsung SDI Brasil Ltda. by electronic mail on November 14, 2011.

29. Attached hereto as Exhibit 28 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Shenzhen Samsung SDI Co., Ltd. by electronic mail on November 14, 2011.

30. Attached hereto as Exhibit 29 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Tianjin Samsung SDI Co., Ltd. by electronic mail on November 14, 2011.

31. Attached hereto as Exhibit 30 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Samsung SDI (Malaysia) Sdn. Bhd. by electronic mail on November 14, 2011.

32. Attached hereto as Exhibit 31 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Samtel Color Ltd. by electronic mail on November 14, 2011.

33. Attached hereto as Exhibit 32 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Toshiba Corporation by electronic mail on November 14, 2011.

34. Attached hereto as Exhibit 33 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Toshiba America, Inc. by electronic mail on November 14, 2011.

35. Attached hereto as Exhibit 34 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Toshiba America Consumer Products, LLC by electronic mail on November 14, 2011.

36.     Attached hereto as Exhibit 35 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Toshiba America Electronic Components, Inc. by electronic mail on November 14, 2011.

37.     Attached hereto as Exhibit 36 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Toshiba America Information Systems, Inc. by electronic mail on November 14, 2011.

38.     Attached hereto as Exhibit 37 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Tatung Company of America, Inc. by electronic mail on November 14, 2011.

39.     Attached hereto as Exhibit 38 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Chunghwa Picture Tubes Ltd. by electronic mail on November 14, 2011.

40.     Attached hereto as Exhibit 39 is a true and correct copy of Tweeter's demand letter under Section 9 of Chapter 93A of the Massachusetts General Laws, which was sent to counsel for Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. by electronic mail on November 14, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of September, 2012, at Albany, New York.

_____/s/ Philip J. Iovieno_____
Philip J. Iovieno

Exhibit 1

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Hitachi, Ltd.
c/o Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 2

**BOIES, SCHILLER & FLEXNER LLP**

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Hitachi Displays, Ltd.
c/o Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi Displays, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 3

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

**Re:** **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi America, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
/s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 6

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Hitachi Asia, Ltd.
c/o Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi Asia, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 5

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Hitachi Electronic Devices (USA), Inc.
208 Fairforest Way
Greenville, SC 29607

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Hitachi Electronic Devices (USA), Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 6

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Shenzhen SEG Hitachi Color Display Devices, Ltd.
c/o Hitachi America, Ltd.
50 Prospect Avenue
Tarrytown, NY 10591

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Shenzhen SEG Hitachi Color Display Devices, Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

WWW.BSFLLP.COM

Exhibit 7

**B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P**

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

IRICO Group Corporation
No.1, Caihong Rd.
Xianyang City, Shaanxi Province 712021

      Re:      <u>Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9</u>

      Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

      Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, IRICO Group Corporation and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

      The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

      As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

      Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

      Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

                        Sincerely,
                         /s/
                        Philip J. Iovieno
                        *Counsel for SCHULTZE AGENCY*
                        *SERVICES, LLC on behalf of*
                        *TWEETER OPCO, LLC and*
                        *TWEETER NEWCO, LLC*

Exhibit 8

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

IRICO Group Electronics Co., Ltd.
No.1, Caihong Rd.
Xianyang City, Shaanxi Province 712021

Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, IRICO Group Electronics Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
    /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 9

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

IRICO Display Devices Co., Ltd.
No. 16, Fenghui South Road West, District High-tech Development Zone
Xi'an City, Shaanxi Province 710075

Re:   Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, IRICO Display Devices Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
/s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 10

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

LG Electronics, Inc.
c/o LG Electronics USA, Inc.
1000 Sylvan Ave.
Englewood Cliffs, NJ 0

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, LG Electronics, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 11

# B O I E S ,  S C H I L L E R  &  F L E X N E R  L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

LG Electronics USA, Inc.
1000 Sylvan Ave.
Englewood Cliffs, NJ 0

**Re:** **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, LG Electronics USA, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 12

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

LG Electronics Taiwan Taipei Co., Ltd.
c/o LG Electronics USA, Inc.
1000 Sylvan Ave.
Englewood Cliffs, NJ 0

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, LG Electronics Taiwan Taipei Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

 /s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 13

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

LP Displays International Ltd.
Corporate Communications, 6th Floor, ING Tower, 308 Des Voeux Road Central
Sheung Wan, Hong Kong

> **Re:** **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, LP Displays International Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,
   /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 14

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Panasonic Corporation
c/o Panasonic Corporation of North America
One Panasonic Way
Secaucus, NJ 0

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Panasonic Corporation and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

 /s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 15

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Panasonic Corporation of North America
One Panasonic Way
Secaucus, NJ 0

**Re:**    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Panasonic Corporation of North America and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 16

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

MT Picture Display Co., Ltd.
c/o Panasonic Corporation of North America
One Panasonic Way
Secaucus, NJ 0

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, MT Picture Display Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 17

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Beijing Matsushita Color CRT Co., Ltd.
c/o Panasonic Corporation of North America
One Panasonic Way
Secaucus, NJ 0

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Beijing Matsushita Color CRT Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 18

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Koninklijke Philips Electronics N.V.
c/o Philips Electronics North America Corporation
1251 Avenue of the Americas
NY, NY 0

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Koninklijke Philips Electronics N.V. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 19

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Philips Electronics North America Corporation
1251 Avenue of the Americas
NY, NY 0

**Re:**     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Philips Electronics North America Corporation and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 20

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Philips Electronics Industries (Taiwan), Ltd.
c/o Philips Electronics North America Corporation
1251 Avenue of the Americas
NY, NY 0

      Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

      Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

      Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Philips Electronics Industries (Taiwan), Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

      The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

      As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

      Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

      Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

                           Sincerely,
                            /s/
                           Philip J. Iovieno
                           *Counsel for SCHULTZE AGENCY*
                           *SERVICES, LLC on behalf of*
                           *TWEETER OPCO, LLC and*
                           *TWEETER NEWCO, LLC*

Exhibit 21

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Philips da Amazonia Industria Electronica Ltda.
c/o Philips Electronics North America Corporation
1251 Avenue of the Americas
NY, NY 0

Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Philips da Amazonia Industria Electronica Ltda. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

 /s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 22

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung Electronics Co., Ltd.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung Electronics Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

WWW.BSFLLP.COM

Exhibit 23

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY. NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Samsung Electronics America, Inc.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung Electronics America, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 24

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung SDI Co., Ltd.
c/o Samsung Electronics America, Inc.
105 Challenger Road, 6th Floor
Ridgefield Park, NJ 0

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
/s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 25

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:   Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI America, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

 /s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 26

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung SDI Mexico S.A. de C.V.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI Mexico S.A. de C.V. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 27

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung SDI Brasil Ltda.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI Brasil Ltda. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 28

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Shenzhen Samsung SDI Co., Ltd.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Shenzhen Samsung SDI Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 29

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY. NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Tianjin Samsung SDI Co., Ltd.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

> Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Tianjin Samsung SDI Co., Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 30

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samsung SDI (Malaysia) Sdn. Bhd.
c/o Samsung SDI America, Inc.
3333 Michelson Drive, Suite 700
Irvine, CA 92612

Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samsung SDI (Malaysia) Sdn. Bhd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 31

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Samtel Color Ltd.
52, Community Centre, New Friends Colony
New Delhi, 110065

Re:    **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Samtel Color Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
  /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 32

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Toshiba Corporation
c/o Toshiba America, Inc.
1251 Avenue of the Americas, Suite 4110
NY, NY 10020

Re:     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba Corporation and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 33

# BOIES, SCHILLER & FLEXNER LLP

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Toshiba America, Inc.
1251 Avenue of the Americas, Suite 4110
NY, NY 10020

Re:     Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba America, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
  /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 34

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Toshiba America Consumer Products, LLC
c/o Toshiba America, Inc.
1251 Avenue of the Americas, Suite 4110
NY, NY 10020

**Re:**   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba America Consumer Products, LLC and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,
  /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 35

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY. NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Toshiba America Electronic Components, Inc.
19900 MacArthur Boulevard, Suite 400
Irvine, CA 92612

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba America Electronic Components, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,
 /s/
Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*

Exhibit 36

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET ● 4TH FLOOR ● ALBANY, NY 12207 ● PH: 518.434.0600 ● FX: 518.434.0665

November 11, 2011

Toshiba America Information Systems, Inc.
9740 Irvine Blvd.
Irvine, CA 0

**Re:**     **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Toshiba America Information Systems, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 37

**B O I E S ,    S C H I L L E R    &    F L E X N E R    L L P**

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Tatung Company of America, Inc.
2580 East El Presidio Street
Long Beach, CA 90810-1119

      Re:      __Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9__

      Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

      Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Tatung Company of America, Inc. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

      The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

      As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

      Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

      Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

                  Sincerely,
                   /s/
                  Philip J. Iovieno
                  *Counsel for SCHULTZE AGENCY*
                  *SERVICES, LLC on behalf of*
                  *TWEETER OPCO, LLC and*
                  *TWEETER NEWCO, LLC*

Exhibit 38

Case 3:07-cv-05944-SC   Document 1384-2   Filed 09/28/12   Page 76 of 78

# B O I E S ,   S C H I L L E R   &   F L E X N E R   L L P

10 NORTH PEARL STREET • 4TH FLOOR • ALBANY, NY 12207 • PH: 518.434.0600 • FX: 518.434.0665

November 11, 2011

Chunghwa Picture Tubes Ltd.
c/o Tatung Company of America, Inc.
2580 East El Presidio Street
Long Beach, 90810-1119

Re:   **Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9**

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Chunghwa Picture Tubes Ltd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so-could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY
SERVICES, LLC on behalf of
TWEETER OPCO, LLC and
TWEETER NEWCO, LLC*

Exhibit 39

November 11, 2011

Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.
c/o Tatung Company of America, Inc.
2580 East El Presidio Street
Long Beach, CA 90810-1119

Re:     <u>Demand Pursuant to Mass. Gen. Laws. ch. 93A, §9</u>

Under the provisions of Massachusetts General Laws, Chapter 93A, Section 9, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby makes written demand for relief as outlined in that statute.

Beginning at a time presently unknown, but at least as early as March 1, 1995, and continuing thereafter at least up to and including November 25, 2007, Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. and others committed acts of unfair competition by engaging in a conspiracy to fix and stabilize the price of cathode ray tubes ("CRTs") in violation of Mass. Gen. Laws ch. 93A, § 2.

The aforesaid violation consisted, without limitation, of a continuing unlawful trust and concert of action among Defendants and their co-conspirators, the substantial terms of which were to fix, raise, maintain and stabilize the price of CRTs.

As a result of this unfair or deceptive act or practice, CLAIMAINT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC has suffered injury or loss of money when it purchased products containing price-fixed LCD panels.

Therefore, CLAIMANT SCHULTZE AGENCY SERVICES, LLC on behalf of TWEETER OPCO, LLC and TWEETER NEWCO, LLC hereby demands payment for damages suffered as a result of the actions of the participants in the CRT price-fixing conspiracy.

Chapter 93A gives you the opportunity to make a good-faith response to this letter within thirty (30) days. Your failure to do so could subject you to treble damages, attorney's fees and costs.

Sincerely,

/s/

Philip J. Iovieno
*Counsel for SCHULTZE AGENCY*
*SERVICES, LLC on behalf of*
*TWEETER OPCO, LLC and*
*TWEETER NEWCO, LLC*