1  Philip J. Iovieno
   BOIES, SCHILLER & FLEXNER LLP
2  10 North Pearl Street, 4th Floor
   Albany, NY 12207
3  Telephone: (518) 434-0600
   Facsimile: (518) 434-0665
4  Email: piovieno@bsfllp.com

5  *Attorney for Schultze Agency Services, LLC
   on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to: | Case No. 11-cv-01656 SC |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656 | Case No. 11-cv-05381 SC |
| | Case No. 11-cv-05502 SC |
| *Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381 | Case No. 11-cv-05513 SC |
| | Case No. 11-cv-05514 SC |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502 | Case No. 11-cv-06275 SC |
| | Case No. 11-cv-06276 SC |
| *Best Buy Co., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513 | Case No. 11-cv-06396 SC |
| | Case No. 11-cv-06397 SC |
| *Target Corp., et al. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 | Case No. 12-cv-02648 SC |
| | Case No. 12-cv-02649 SC |
| *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275 | **DECLARATION OF PHILIP J. IOVIENO IN SUPPORT OF DIRECT ACTION PLAINTIFFS' OBJECTIONS TO REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' JOINT MOTION TO DISMISS DIRECT ACTION COMPLAINTS** |
| *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276 | |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396 | |
| *Costco Wholesale Corp. v. Hitachi, Ltd., et al.*, No. 11-cv-06397 | |
| *P.C. Richard and Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648 | |
| *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649 | |

I, **PHILIP J. IOVIENO**, declare as follows:

1. I am a partner at the law firm of Boies, Schiller & Flexner LLP, counsel for several of the Direct Action Plaintiffs ("DAPs") in this matter, including Schultze Agency Services, LLC ("Tweeter"), and I am licensed to practice law in the State of New York and admitted to practice *pro hac vice* before this Court.

2. Attached hereto as Exhibit A is a true and correct copy of Toshiba America Electronic Components, Inc.'s registration as it appears on the database of registered corporations maintained by the Secretary of the Commonwealth.

3. Attached hereto as Exhibit B is a true and correct copy of Toshiba America Information System, Inc.'s registration as it appears on the database of registered corporations maintained by the Secretary of the Commonwealth.

4. Attached hereto as Exhibit C is a true and correct copy of Hitachi America, Ltd.'s registration as it appears on the database of registered corporations maintained by the Secretary of the Commonwealth.

5. Attached hereto as Exhibit D is a true and correct copy of LG Electronics U.S.A., Inc.'s registration as it appears on the database of registered corporations maintained by the Secretary of the Commonwealth.

6. Attached hereto as Exhibit E is a true and correct copy of Panasonic Corporation of North America's registration as it appears on the database of registered corporations maintained by the Secretary of the Commonwealth.

7. Attached hereto as Exhibit F is a true and correct copy of Philips Electronics North America Corporation's registration as it appears on the database of registered corporations maintained by the Secretary of the Commonwealth.

8. Toshiba America Electronic Components, Inc. and Philips Electronics North America Corporation are the only corporations of the above referenced corporations that maintain a place of business in Massachusetts, according to the database. *See* Exh. A and F attached hereto, showing that Toshiba America Electronic Components, Inc. and Philips Electronics North

1  America Corporation maintain a place of business in Wakefield, Massachusetts and Andover,
2  Massachusetts, respectively.

3       9. None of the other 33 Defendants in this action are registered to do business in the
4  Commonwealth of Massachusetts, according to the database of registered corporations maintained
5  by the Secretary of the Commonwealth.

6       I declare under penalty of perjury that the foregoing is true and correct.

8  Executed this 31st day of May, 2013, at Albany, New York.

                              */s/ Philip J. Iovieno*
                              Philip J. Iovieno

DECLARATION OF PHILIP J. IOVIENO IN SUPPORT
OF DAPS' OBJECTIONS TO SPECIAL MASTER R&R - 3 -
RE DEFS JOINT MOTION TO DISMISS

Master File No. 3:07-5944-SC
MDL No. 1917