

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. Summary Screen**

Help with this form

[Request a Certificate]

| | |
|---|---|
| The exact name of the Foreign Corporation: | TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. |
| Entity Type: | Foreign Corporation |
| Identification Number: | 330795344 |
| Old Federal Employer Identification Number (Old FEIN): | 000838073 |
| Date of Registration in Massachusetts: | 03/20/2003 |
| The is organized under the laws of: | State: CA  Country: USA  on: Mar 11 1998 |
| Current Fiscal Month / Day: | 03 / 31 |

**The location of its principal office:**
No. and Street: 19900 MACARTHUR BLVD., STE 400
City or Town: IRVINE   State: CA   Zip: 92618   Country: USA

**The location of its Massachusetts office, if any:**
No. and Street: 401 EDGEWATER PLACE, SUITE 360
City or Town: WAKEFIELD   State: MA   Zip: 01880   Country: USA

**Name and address of the Registered Agent:**
Name: C T CORPORATION SYSTEM
No. and Street: 155 FEDERAL STREET STE 700
City or Town: BOSTON   State: MA   Zip: 02110   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT / CEO | HITOSHI OTSUKA | 19900 MACARTHUR BLVD., SUITE 400<br>IRVINE, CA 92612 USA | |
| CFO / VP | TAKANORI NAKAZAWA | 19900 MACARTHUR BLVD., SUITE 400<br>IRVINE, CA 92612 USA | |

| | | | |
|---|---|---|---|
| SENIOR VP | SHARDUL KAZI | 2590 ORCHARD PARKWAY<br>SAN JOSE, CA 95131 USA | |
| DIRECTOR | HITOSHI OTSUKA | 19900 MACARTHUR BLVD., SUITE 400<br>IRVINE, CA 92612 USA | |
| DIRECTOR | ICHIRO HIRATA | 1-1, SHIBAURA 1-CHOME<br>MINATO-KU, TOKYO, 105-8001 JPN | |
| ASSISTANT SECRETARY | GERARD V. CURTIN JR | 19900 MACARTHUR BLVD., SUITE 400<br>IRVINE, CA 92612 USA | |
| SVP, GENERAL COUNSE | JULIUS G CHRISTENSEN | 19900 MACARTHUR BLVD., SUITE 400<br>IRVINE, CA 92612 USA | |
| DIRECTOR | YOSHIHIDE FUJII | 1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles<br>of Organization or Amendments | | Total Issued<br>and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CNP | $0.00000 | 1,000 | $0.00 | 60 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| __ | Consent | __ | Manufacturer | __ | Confidential Data | __ | Does Not Require Annual Report |
| __ | Partnership | __ | Resident Agent | __ | For Profit | __ | Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
```

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved



Help



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. Summary Screen**

Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Foreign Corporation: | TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. |
| Entity Type: | Foreign Corporation |
| Identification Number: | 930994011 |
| Old Federal Employer Identification Number (Old FEIN): | |
| Date of Registration in Massachusetts: | 03/27/1989 |
| Date of Withdrawal: | 03/20/2003 |
| The is organized under the laws of: State: CA Country: USA on: Feb 9 1989 | |
| Current Fiscal Month / Day: 03 / 31 | Previous Fiscal Month / Day: 03 / 31 |

**The location of its principal office:**
No. and Street: 9775 TOLEDO WAY
City or Town: IRVINE   State: CA   Zip: 92718   Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:   State:   Zip:   Country:

**Name and address of the Registered Agent:**
Name: C T CORPORATION SYSTEM
No. and Street: 101 FEDERAL STREET
City or Town: BOSTON   State: MA   Zip: 02110   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | ROBERT BROWN | 9775 TOLEDO WAY,<br>IRVINE, CA USA | |
| TREASURER | KAZUO KONISHI | 9775 TOLEDO WAY,<br>IRVINE, CA USA | |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

| business entity stock is publicly traded: __ |
|---|

| The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue: |
|---|

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles<br>of Organization or Amendments<br>*Num of Shares    Total Par Value* | Total Issued<br>and Outstanding<br>*Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. ||||

| __ Consent | __ Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
|---|---|---|---|
| __ Partnership | __ Resident Agent | __ For Profit | __ Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
```

[View Filings]    [New Search]

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

Help