

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**TOSHIBA AMERICA INFORAMTION SYSTEM, INC. Summary Screen**

Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Foreign Corporation: | TOSHIBA AMERICA INFORAMTION SYSTEM, INC. |
| Entity Type: | Foreign Corporation |
| Identification Number: | 330338017 |
| Date of Registration in Massachusetts: | 04/05/1989 |
| The is organized under the laws of: | State: CA   Country: USA   on: 02/09/1989 |
| Current Fiscal Month / Day: 03 / 31 | Previous Fiscal Month / Day: 00 / 00 |

**The location of its principal office:**
No. and Street: 9740 IRVINE BLVD.
City or Town: IRVINE   State: CA   Zip: 92718   Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:   State:   Zip:   Country:

**Name and address of the Registered Agent:**
Name: C T CORPORATION SYSTEM
No. and Street: 155 FEDERAL STREET STE 700
City or Town: BOSTON   State: MA   Zip: 02110   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | MARK SIMONS | 9740 IRVINE BLVD<br>IRVINE, CA 92618 USA | |
| VICE PRESIDENT | JACK MILLIKEN | 9740 IRVINE BLVD<br>IRVINE, CA 92618 USA | |
| VICE PRESIDENT | TSUTOMU KAGAWA | 9740 IRVINE BLVD<br>IRVINE, CA 92618 USA | |

| | | | |
|---|---|---|---|
| VICE PRESIDENT | DAVID HARSHMAN | 9740 IRVINE BLVD<br>IRVINE, CA 92618 USA | |

| business entity stock is publicly traded: __ |
|---|

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles<br>of Organization or Amendments | | Total Issued<br>and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CNP | $0.00000 | 1,000 | $0.00 | 44 |

| __ Consent | __ Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
|---|---|---|---|
| __ Partnership | **X** Resident Agent | __ For Profit | __ Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
```

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

Help