

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**HITACHI AMERICA,LTD. Summary Screen**

Help with this form

[Request a Certificate]

| | |
|---|---|
| **The exact name of the Foreign Corporation:** | HITACHI AMERICA,LTD. |
| **Entity Type:** | Foreign Corporation |
| **Identification Number:** | 131896069 |
| **Date of Registration in Massachusetts:** | 11/28/1978 |
| **The is organized under the laws of:** State: NY  Country: USA  on: 11/03/1959 | |
| **Current Fiscal Month / Day:** 03 / 31 | **Previous Fiscal Month / Day:** 00 / 00 |

**The location of its principal office:**
No. and Street: 50 PROSPECT AVE
City or Town: TARRYTOWN    State: NY    Zip: 10591    Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:    State:    Zip:    Country:

**Name and address of the Registered Agent:**
Name: PRENTICE-HALL CORPORATION SYSTEM, INC., THE
No. and Street: 84 STATE ST.,
City or Town: BOSTON    State: MA    Zip: 02109    Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | KENSUKE OKA | 50 PROSPECT AVE<br>TARRYTOWN, NY 10591 USA | |
| SECRETARY | TILLIE LIM | 50 PROSPECT AVENUE<br>TARRYTOWN, NY 10591 USA | |
| VICE PRESIDENT | HIROKI TSUKIMORI | 50 PROSPECT AVE<br>TARRYTOWN, NY 10591 USA | |

| | | | |
|---|---|---|---|
| VICE PRESIDENT | ASHISH SANGHRAJKA | 1000 MARINA BLVD.<br>BRISBANE, CA 94005 USA | |
| ASSISTANT TREASURER | ATSUSHI ONO | 1000 MARINA BLVD.<br>BRISBANE, CA 94005 USA | |
| SVP | HIROSHI OBARA | 900 HITACHI WAY<br>CHULA VISTA, CA 91914 USA | |
| VICE PRESIDENT | LEVENT ARABACI | 1000 MARINA BLVD<br>BRISBANE, CA 94005 USA | |
| VICE PRESIDENT | TAKASHI TSUJIURA | 50 PROSPECT AVE<br>TARRYTOWN, NY 10591 USA | |
| VICE PRESIDENT | PATRICK BARRETT | 50 PROSPECT AVE<br>TARRYTOWN, NY 10591 USA | |
| VICE PRESIDENT | NORIHIRO SUZUKI | 750 CENTRAL EXPWY<br>SANTA CLARA, CA 95050 USA | |
| VICE PRESIDENT | ERIYOSHI KONNO | 50 PROSPECT AVE<br>TARRYTOWN, NY 10591 USA | |
| ASSISTANT SECRETARY | YUKIKO NIIMI | 50 PROSPECT AVE<br>TARRYTOWN, NY 10591 USA | |
| DIRECTOR | ALAN NEUWIRTH ESQ. | 101 PARK AVENUE<br>NEW YORK, NY 10178 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CNP | $0.00000 | 2,000 | $0.00 | 1,347 |

| | | | |
|---|---|---|---|
| __ Consent | __ Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
| __ Partnership | __ Resident Agent | __ For Profit | __ Merger Allowed |



**Note: There is additional information located in the cardfile that is not available on the system.**

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

View Filings | New Search

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

Help