

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**LG ELECTRONICS U.S.A, INC. Summary Screen**

Help with this form

[Request a Certificate]

| | |
|---|---|
| The exact name of the Foreign Corporation: | LG ELECTRONICS U.S.A, INC. |
| Entity Type: | Foreign Corporation |
| Identification Number: | 132950311 |
| Old Federal Employer Identification Number (Old FEIN): | 000000000 |
| Date of Registration in Massachusetts: | 05/02/1995 |
| The is organized under the laws of: | State: DE   Country: USA   on: 08/07/1978 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |

**The location of its principal office:**
No. and Street: 1000 SYLVAN AVE.
City or Town: ENGLEWOOD CLIFFS   State: NJ   Zip: 07632   Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:   State:   Zip:   Country:

**Name and address of the Registered Agent:**
Name: PRENTICE-HALL CORPORATION SYSTEM, INC., THE
No. and Street: 84 STATE ST.,
City or Town: BOSTON   State: MA   Zip: 02109   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | SEOGWON PARK | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |
| TREASURER | JEONG SOO PARK | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |

| | | | |
|---|---|---|---|
| SECRETARY | RICHARD C. WINGATE | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |
| CFO | SOOHAN BAE | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |
| CONTROLLER | JAEYOUN KIM | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |
| VP OF OPERATIONS | AUGUSTINE SHIM | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |
| DIRECTOR | SEOGWON PARK | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |
| DIRECTOR | AUGUSTINE SHIM | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |
| DIRECTOR | SOOHAN BAE | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share<br>Enter **0** if no Par | Total Authorized by Articles<br>of Organization or Amendments | | Total Issued<br>and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CNP | $0.00000 | 40,000 | $0.00 | 32,884 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| __ | Consent | __ | Manufacturer | __ | Confidential Data | __ | Does Not Require Annual Report |
| __ | Partnership | __ | Resident Agent | __ | For Profit | __ | Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
```

View Filings    New Search

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved



Help