

# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**LG ELECTRONICS U.S.A, INC. Summary Screen**

Help with this form

Request a Certificate

**The exact name of the Foreign Corporation:** LG ELECTRONICS U.S.A, INC.

**Entity Type:** Foreign Corporation

**Identification Number:** 132950311

**Old Federal Employer Identification Number (Old FEIN):** 000000000

**Date of Registration in Massachusetts:** 05/02/1995

**The is organized under the laws of:** State: DE   Country: USA   on: 08/07/1978

**Current Fiscal Month / Day:** 12 / 31     **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office:**
No. and Street:    1000 SYLVAN AVE.
City or Town:    ENGLEWOOD CLIFFS     State: NJ     Zip: 07632     Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:

City or Town:     State:     Zip:     Country:

**Name and address of the Registered Agent:**
Name:    PRENTICE-HALL CORPORATION SYSTEM, INC., THE
No. and Street:    84 STATE ST.,
City or Town:    BOSTON     State: MA     Zip: 02109     Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | SEOGWON PARK | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |
| TREASURER | JEONG SOO PARK | 1000 SYLVAN AVENUE<br>ENGLEWOOD CLIFFS, NJ 07632 USA | |

| SECRETARY | RICHARD C. WINGATE | 1000 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 USA | |
| CFO | SOOHAN BAE | 1000 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 USA | |
| CONTROLLER | JAEYOUN KIM | 1000 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 USA | |
| VP OF OPERATIONS | AUGUSTINE SHIM | 1000 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 USA | |
| DIRECTOR | SEOGWON PARK | 1000 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 USA | |
| DIRECTOR | AUGUSTINE SHIM | 1000 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 USA | |
| DIRECTOR | SOOHAN BAE | 1000 SYLVAN AVENUE ENGLEWOOD CLIFFS, NJ 07632 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
| --- | --- | --- | --- | --- |
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CNP | $0.00000 | 40,000 | $0.00 | 32,884 |

__ Consent    __ Manufacturer    __ Confidential Data    __ Does Not Require Annual Report

__ Partnership    __ Resident Agent    __ For Profit    __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
```

[ View Filings ]    [ New Search ]

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved



Help