

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**PANASONIC CORPORATION OF NORTH AMERICA Summary Screen**

Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Foreign Corporation: | PANASONIC CORPORATION OF NORTH AMERICA |
| The name was changed from: | MATSUSHITA ELECTRIC CORPORATION OF AMERICA on 1/5/2005 |
| Entity Type: | Foreign Corporation |
| Identification Number: | 362786846 |
| Old Federal Employer Identification Number (Old FEIN): | 000045798 |
| Date of Registration in Massachusetts: | 11/24/1975 |
| The is organized under the laws of: | State: DE  Country: USA  on: 01/14/1974 |
| Current Fiscal Month / Day: 03 / 31 | Previous Fiscal Month / Day: 03 / 31 |

**The location of its principal office:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. and Street: | 1 PANASONIC WAY | | | | | | |
| City or Town: | SECAUCUS | State: | NJ | Zip: | 07094 | Country: | USA |

**The location of its Massachusetts office, if any:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| No. and Street: | | | | | | | |
| City or Town: | | State: | | Zip: | | Country: | |

**Name and address of the Registered Agent:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: | C T CORPORATION SYSTEM | | | | | | |
| No. and Street: | 155 FEDERAL ST., SUITE 700 | | | | | | |
| City or Town: | BOSTON | State: | MA | Zip: | 02110 | Country: | USA |

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| SECRETARY | ROBERT S MARIN | ONE PANASONIC WAY<br>SECAUCUS, NJ 07094 USA | |
| VICE PRESIDENT | PETER M. FANNON | ONE PANASONIC WAY<br>SECAUCUS, NJ 07094 USA | |

| | | | |
|---|---|---|---|
| TAX OFFICER | WILLIAM M. HIGGINS | ONE PANASONIC WAY SECAUCUS, NJ 07094 USA | |
| CEO/DIRECTOR | JOSEPH M. TAYLOR | ONE PANASONIC WAY SECAUCUS, NJ 07094 USA | |
| CFO/TREASURER | MICHAEL G. RICCIO | ONE PANASONIC WAY SECAUCUS, NJ 07094 USA | |
| DIRECTOR | SHIRO KITAJIMA | ONE PANASONIC WAY SECAUCUS, NJ 07094 USA | |
| DIRECTOR | FUMIO OHTSUBO | ONE PANASONIC WAY SECAUCUS, NJ 07094 USA | |
| DIRECTOR | EISUKE TSUYUZAKI | ONE PANASONIC WAY SECAUCUS, NJ 07094 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | Num of Shares | Total Par Value | Num of Shares |
| CWP | $10,000.00000 | 80,000 | $800,000,000.00 | 53,700 |

__ Consent          __ Manufacturer        __ Confidential Data      __ Does Not Require Annual Report

__ Partnership      __ Resident Agent      __ For Profit             __ Merger Allowed

**Note: There is additional information located in the cardfile that is not available on the system.**

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
```

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

Help