

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION Summary Screen**

Help with this form

[Request a Certificate]

| | |
|---|---|
| The exact name of the Foreign Corporation: | PHILIPS ELECTRONICS NORTH AMERICA CORPORATION |
| The name was changed from: | NORTH AMERICAN PHILIPS CORPORA on 6/8/1993 |
| Merged with | PURESPEECH, INC. on 12/31/1999 |
| Entity Type: | Foreign Corporation |
| Identification Number: | 131895219 |
| Date of Registration in Massachusetts: | 12/31/1987 |
| Date of Withdrawal: | 06/19/1997 |
| The is organized under the laws of: | State: DE Country: USA on: 10/16/1959 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |

**The location of its principal office:**

| | | | |
|---|---|---|---|
| No. and Street: | 100 EAST 42ND ST. | | |
| City or Town: | NEW YORK | State: NY | Zip: 10017 | Country: USA |

**The location of its Massachusetts office, if any:**

| | | | |
|---|---|---|---|
| No. and Street: | | | |
| City or Town: | | State: | Zip: | Country: |

**Name and address of the Registered Agent:**

| | | | |
|---|---|---|---|
| Name: | C T CORPORATION SYSTEM | | |
| No. and Street: | 101 FEDERAL STREET | | |
| City or Town: | BOSTON | State: MA | Zip: 02110 | Country: USA |

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | S.C. TUMMINELLO | 100 EAST 42ND ST.,NEW YORK, NY USA<br>100 EAST 42ND ST.,NEW YORK, NY USA | |

| | | | |
|---|---|---|---|
| TREASURER | WILLIAM CURRAN | 100 EAST 42ND ST.,NEW YORK, NY USA 100 EAST 42ND ST.,NEW YORK, NY USA | |

| business entity stock is publicly traded: __ |
|---|
| **The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:** |

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares    Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

| **X** Consent | **X** Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
|---|---|---|---|
| __ Partnership | **X** Resident Agent | **X** For Profit | __ Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

Help



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION Summary Screen**

Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Foreign Corporation: | PHILIPS ELECTRONICS NORTH AMERICA CORPORATION |
| Merged with | PURESPEECH, INC. on 12/31/1999 |
| Entity Type: | Foreign Corporation |
| Identification Number: | 133429115 |
| Old Federal Employer Identification Number (Old FEIN): | 000579793 |
| Date of Registration in Massachusetts: | 06/19/1997 |
| The is organized under the laws of: | State: DE   Country: USA   on: 08/06/1987 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |

**The location of its principal office:**
No. and Street: 3000 MINUTEMAN ROAD
City or Town: ANDOVER    State: MA    Zip: 01810    Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:    State:    Zip:    Country:

**Name and address of the Registered Agent:**
Name: CORPORATION SERVICE COMPANY
No. and Street: 84 STATE STREET
City or Town: BOSTON    State: MA    Zip: 02109    Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | GREGORY SEBASKY | 3000 MINUTEMAN ROAD<br>ANDOVER, MA 01810 USA | |
| TREASURER | DAVID A DRIPCHAK | 3000 MINUTEMAN ROAD<br>ANDOVER, MA 01810 USA | |

|  |  |  |  |
|---|---|---|---|
| SECRETARY | JOSEPH E INNAMORATI | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA |  |
| VICE PRESIDENT | RAYMOND C FLEMING | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA |  |
| SR VICE PRESIDENT | JOSEPH E INNAMORATI | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA |  |
| CHIEF EXECUTIVE OFFICER | GREGORY SEBASKY | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA |  |
| VICE PRESIDENT | PAUL CAVANAUGH | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA |  |
| SR VICE PRESIDENT | DAVID A DRIPCHAK | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA |  |
| DIRECTOR | JOSEPH E INNAMORATI | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA |  |
| DIRECTOR | GREGORY SEBASKY | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA |  |
| DIRECTOR | DAVID A DRIPCHAK | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA |  |

**business entity stock is publicly traded:** ___

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
|  |  | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CWP | $5.00000 | 10,000 | $50,000.00 | 1,237 |
| PWP | $1.00000 | 50,000 | $50,000.00 | 0 |

| ___ Consent | ___ Manufacturer | ___ Confidential Data | ___ Does Not Require Annual Report |
|---|---|---|---|
| ___ Partnership | **X** Resident Agent | ___ For Profit | ___ Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS



```
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
```

[ View Filings ]  [ New Search ]

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

Help