

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

**PHILIPS ELECTRONICS NORTH AMERICA CORPORATION Summary Screen**

Help with this form

---

Request a Certificate

**The exact name of the Foreign Corporation:** PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

**The name was changed from:** NORTH AMERICAN PHILIPS CORPORA on 6/8/1993

**Merged with** PURESPEECH, INC. on 12/31/1999

**Entity Type:** Foreign Corporation

**Identification Number:** 131895219

**Date of Registration in Massachusetts:** 12/31/1987

**Date of Withdrawal:** 06/19/1997

**The is organized under the laws of:** State: DE   Country: USA   on: 10/16/1959

**Current Fiscal Month / Day:** 12 / 31         **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office:**
No. and Street: 100 EAST 42ND ST.
City or Town: NEW YORK      State: NY      Zip: 10017      Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:           State:           Zip:           Country:

**Name and address of the Registered Agent:**
Name: C T CORPORATION SYSTEM
No. and Street: 101 FEDERAL STREET
City or Town: BOSTON      State: MA      Zip: 02110      Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|-------|------------------------|---------------------------|------------|
| PRESIDENT | S.C. TUMMINELLO | 100 EAST 42ND ST.,NEW<br>YORK, NY USA<br>100 EAST 42ND ST.,NEW<br>YORK, NY USA | |

5/22/13
Case 4:07-cv-05944-JST Document 1708-7 Filed 05/31/13 Page 2 of 5
The Commonwealth of Massachusetts William Francis Galvin Public Browse and Search

| TREASURER | WILLIAM CURRAN | 100 EAST 42ND ST.,NEW YORK, NY USA 100 EAST 42ND ST.,NEW YORK, NY USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments *Num of Shares* *Total Par Value* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

**X** Consent    **X** Manufacturer    __ Confidential Data    __ Does Not Require Annual Report

__ Partnership    **X** Resident Agent    **X** For Profit    __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**

```
ALL FILINGS
Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement
```

[ View Filings ]  [ New Search ]

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

[?]
Help



# The Commonwealth of Massachusetts
# William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## PHILIPS ELECTRONICS NORTH AMERICA CORPORATION Summary Screen

Help with this form

---

Request a Certificate

**The exact name of the Foreign Corporation:** PHILIPS ELECTRONICS NORTH AMERICA CORPORATION

**Merged with** PURESPEECH, INC. **on** 12/31/1999

**Entity Type:** Foreign Corporation

**Identification Number:** 133429115

**Old Federal Employer Identification Number (Old FEIN):** 000579793

**Date of Registration in Massachusetts:** 06/19/1997

**The is organized under the laws of:** State: DE   Country: USA  on:  08/06/1987

**Current Fiscal Month / Day:** 12 / 31      **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office:**
No. and Street:   3000 MINUTEMAN ROAD
City or Town: ANDOVER   State: MA   Zip: 01810   Country: USA

**The location of its Massachusetts office, if any:**
No. and Street:
City or Town:   State:   Zip:   Country:

**Name and address of the Registered Agent:**
Name:   CORPORATION SERVICE COMPANY
No. and Street:   84 STATE STREET
City or Town: BOSTON   State: MA   Zip: 02109   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|
| PRESIDENT | GREGORY SEBASKY | 3000 MINUTEMAN ROAD<br>ANDOVER, MA 01810 USA | |
| TREASURER | DAVID A DRIPCHAK | 3000 MINUTEMAN ROAD<br>ANDOVER, MA 01810 USA | |

| | | | |
|---|---|---|---|
| SECRETARY | JOSEPH E INNAMORATI | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA | |
| VICE PRESIDENT | RAYMOND C FLEMING | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA | |
| SR VICE PRESIDENT | JOSEPH E INNAMORATI | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA | |
| CHIEF EXECUTIVE OFFICER | GREGORY SEBASKY | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA | |
| VICE PRESIDENT | PAUL CAVANAUGH | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA | |
| SR VICE PRESIDENT | DAVID A DRIPCHAK | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA | |
| DIRECTOR | JOSEPH E INNAMORATI | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA | |
| DIRECTOR | GREGORY SEBASKY | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA | |
| DIRECTOR | DAVID A DRIPCHAK | 3000 MINUTEMAN ROAD ANDOVER, MA 01810 USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | | Total Issued and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| CWP | $5.00000 | 10,000 | $50,000.00 | 1,237 |
| PWP | $1.00000 | 50,000 | $50,000.00 | 0 |

| | | | |
|---|---|---|---|
| __ Consent | __ Manufacturer | __ Confidential Data | __ Does Not Require Annual Report |
| __ Partnership | **X** Resident Agent | __ For Profit | __ Merger Allowed |

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS



Amended Foreign Corporations Certificate
Annual Report
Annual Report - Professional
Application for Reinstatement

[ View Filings ]　　[ New Search ]

**Comments**

© 2001 - 2013 Commonwealth of Massachusetts
All Rights Reserved

Help