H. Lee Godfrey
Kenneth S. Marks
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
lgodfrey@susmangodfrey.com
kmarks@susmangodfrey.com
*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*
[additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC |
| | Case No. C 11-05502 SC |
| This Document Relates to: | MDL No. 1917 |
| ALFRED H. SIEGEL, AS TRUSTEE OF THE CIRCUIT CITY STORES, INC. LIQUIDATING TRUST, | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| Plaintiff, | |
| v. | The Honorable Samuel Conti |
| HITACHI, LTD.; et al., | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that David H. Orozco, formerly of Susman Godfrey L.L.P., 1901 Avenue of the Stars, Suite 950, Los Angeles, California, 90067, is no longer associated with Susman Godfrey L.L.P. and hereby withdraws as counsel of record for plaintiff. Plaintiff's counsel request that he be removed

from the case docket and the Notice of Electronic Filing System as indicated on the docket.   All other counsel of record for the plaintiff will remain the same.

Dated:  June 5, 2013                                By:      /s/ Jonathan J. Ross
                                                       H. Lee Godfrey
                                                       Kenneth S. Marks
                                                       Jonathan J. Ross
                                                       Johnny W. Carter
                                                       David M. Peterson
                                                       John Lahad
                                                       SUSMAN GODFREY L.L.P.
                                                       1000 Louisiana Street, Suite 5100
                                                       Houston, Texas 77002
                                                       Telephone:  (713) 651-9366
                                                       Facsimile:  (713) 654-6666
                                                       Email:   lgodfrey@sumangodfrey.com
                                                                           kmarks@susmangodfrey.com
                                                                           jross@susmangodfrey.com
                                                                           jcarter@susmangodfrey.com
                                                                           dpeterson@susmangodfrey.com
                                                                           jlahad@susmangodfrey.com

                                                       Parker C. Folse III
                                                       Rachel S. Black
                                                       Jordan Connors
                                                       SUSMAN GODFREY L.L.P.
                                                       1201 Third Avenue, Suite 3800
                                                       Seattle, Washington 98101-3000
                                                       Telephone:  (206) 516-3880
                                                       Facsimile:  (206) 516-3883
                                                       Email:   pfolse@susmangodfrey.com
                                                                           rblack@susmangodfrey.com
                                                                           jconnors@susmangodfrey.com

*Attorneys for plaintiff Alfred H. Siegel, solely in his capacity as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

2743740v1/012325