DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
E-mail: david.yohai@weil.com

GREGORY D. HULL (57367)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
E-mail: greg.hull@weil.com

JEFFREY L. KESSLER (*pro hac vice*)
EVA W. COLE (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
E-mail: jkessler@winston.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No.  3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY LUCIA FREDA** |

1    TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    **PLEASE TAKE NOTICE** that Lucia Freda is no longer associated with Weil, Gotshal & Manges LLP and is hereby withdrawn as counsel of record for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, "Panasonic Defendants"). The Panasonic Defendants request that Ms. Freda be removed from all applicable service lists, including for Notices of Electronic Filing. All other counsel of record for the Panasonic Defendants remain unchanged.

Dated: June 6, 2012                         WEIL, GOTSHAL & MANGES LLP

                                            By:   /s/ Adam C. Hemlock
                                                  Adam C. Hemlock

                                            *Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co.)*

No. 3:07-cv-05944 SC
MDL No. 1917                        2                      Notice of Withdrawal of Attorney Lucia Freda