SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
DYLAN I. BALLARD, Cal. Bar No. 253929
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:    ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              dballard@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>Individual Case No. 3:13-cv-02171-SC |
| This Document Relates to:<br><br>DELL INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>HITACHI, LTD., et al.,<br><br>        Defendants. | **DECLARATION OF DYLAN I. BALLARD IN SUPPORT OF DELL'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>[Samsung SDI Defendants] |

I, DYLAN I. BALLARD, declare as follows:

1. I am a member of the bar of the State of California and an associate with Sheppard, Mullin, Richter & Hampton LLP, counsel of record for defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") in these actions. I make this declaration in support of plaintiff Dell Inc.'s ("Dell") Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1691) ("Motion to Seal"). Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the matters set forth herein, and could and would testify competently to each of them.

2. SDI has disclosed or produced to the parties in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered on June 18, 2008 (Dkt. No. 306) (the "Protective Order").

3. On May 28, 2013, Dell filed the Motion to Seal requesting that the Court maintain under seal the following portions of Dell's First Amended Complaint: (i) page 46, line 18, through page 47, line 26, and (ii) page 48, lines 1 through 9. I have reviewed the unredacted version of Dell's First Amended Complaint that has been lodged with the Court, including the portions sought to be maintained under seal.

4. The portions of the Amended Complaint sought to be maintained under seal directly quote from and characterize documents that SDI has designated as either "Confidential" or "Highly Confidential" under the Protective Order. These documents refer to confidential, nonpublic, proprietary and highly sensitive business information about SDI's sales practices, business and supply agreements, and relationships with companies that remain important to SDI's competitive position, such that their public disclosure could irreparably harm SDI's business relationships and place SDI at a competitive disadvantage . Accordingly, the portions of the Amended Complaint referring to these documents should be maintained under seal.

-2-

1
2    I declare under penalty of perjury of the laws of the United States that the foregoing
3  is true and correct.
4
5    Executed on June 7, 2013 at San Francisco, California.
6
7                                    _____*/s/ Dylan I. Ballard*_____
                                          DYLAN I. BALLARD
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SMRH:408596768.1                                    BALLARD DECLARATION I/S/O DELL'S
                                                    ADMINISTRATIVE MOTION TO SEAL