Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to Individual Case No. 3:13-cv-02171-SC:<br><br>DELL INC. and DELL PRODUCTS L.P.,<br><br>            Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., et. al.<br><br>            Defendants | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DELL'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FIRST AMENDED COMPLAINT** |

I, Lucius B. Lau, hereby declare as follows:

1. I am Counsel with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America Electronic Components, Inc. ("TAEC") (collectively, the "Toshiba Defendants"). I make this declaration in support of Dell's Motion To File Under Seal First Amended Complaint Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. No. 1691) (the "Motion to File Under Seal").

2. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

3. On June 18, 2008, the Court issued a Stipulated Protective Order (Dkt. No. 306) (the "Stipulated Protective Order").

4. The Toshiba Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

5. On May 28, 2013, Plaintiffs Dell Inc. and Dell Products L.P. filed the Motion to File Under Seal (Dkt. No. 1691), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of Dell's Amended Complaint that contain information from documents that the Toshiba Defendants have designated as "Confidential" or "Highly Confidential." Specifically, Paragraphs 206 through 210 of Dell's Amended Complaint were, in whole or in part, lodged conditionally under seal.

6. Paragraphs 206 through 210 of Dell's Amended Complaint purport to describe, quote, or summarize information from Toshiba Defendants' and other Defendants' documents designated "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order.

7. Upon information and belief, the information and documents referred to in Dell's First Amended Complaint consist of, cite to, and/or identify confidential, non-

public, proprietary and highly sensitive business information. The documents contain confidential, non-public information about the Toshiba Defendants' sales practices, business and supply agreements, and competitive positions. The documents describe relationships with companies — including customers and vendors — that remain important to the Toshiba Defendants' competitive positions. Upon information and belief, publicly disclosing this sensitive information presents a risk of undermining the Toshiba Defendants' relationships, would cause harm with respect to the Toshiba Defendants' competitors and customers, and would put the Toshiba Defendants at a competitive disadvantage.

8.  I understand that the Toshiba Defendants consider any statements in Dell's First Amended Complaint purporting to summarize any documents or information designated "Confidential" or "Highly Confidential" by the Toshiba Defendants confidential and proprietary. I am informed and believe that the Toshiba Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Paragraphs 206 through 210 of Dell's First Amended Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of June, 2013, in Washington, D.C.

_____
Lucius B. Lau

## CERTIFICATE OF SERVICE

On June 7, 2013, I caused a copy of "DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DELL'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL FIRST AMENDED COMPLAINT" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

_____
Lucius B. Lau