MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER (SBN 095987)
kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
mchiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:    415.442.1000
Fax:    415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
SCOTT A STEMPEL (*pro hac vice*)
sstempel@morganlewis.com
J. CLAYTON EVERETT, JR. (*pro hac vice*)
jeverett@morganlewis.com
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Tel:    202.739.3000
Fax:    202.739.3001

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION _____ This Document Relates to:    DELL INC., et al.                                    Plaintiff,    v. HITACHI, LTD., et. al.                                    Defendants | Case No. 3:07-cv-05944-SC MDL No. 1917 Individual Case No. 3:13-cv-02171-SC **DECLARATION OF MICHELLE PARK CHIU IN SUPPORT OF DELL'S ADMINISTRATIVE MOTION TO SEAL** [Civil L.R. 79-5(d)] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DECL. OF MICHELLE PARK CHIU ISO
DPPS' MOTION TO SEAL                                        2

CASE NO. 3:07-CV-05944-SC
MDL NO. 1917
IND. CASE NO. 3:13-CV-02171-SC

DB2/ 24148788.1

I, Michelle Park Chiu, declare as follows:

1. I am an associate at the law firm of Morgan, Lewis & Bockius LLP, counsel for defendants Hitachi, Ltd. ("HTL"), Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) ("HDP"), Hitachi America, Ltd. ("HAL"), Hitachi Asia, Ltd. ("HAS"), and Hitachi Electronic Devices (USA), Inc. ("HED(US)") (collectively, the "Hitachi Defendants") and am licensed to practice law in the State of California and admitted to practice before this Court. I make this declaration pursuant to Civil Local Rule 79-5(d) to establish that certain documents containing Highly Confidential information and submitted to the Court in connection with Indirect Purchaser Plaintiffs' Motion for Class Certification and the Memorandum of Points and Authorities in Support Thereof ("Class Certification Motion") are sealable. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306).

3. The Hitachi Defendants have produced in this action certain documents and information designated as either "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order

4. On May 28, 2013, Dell Inc. and Dell Products L.P. (collectively, "Dell") filed an Administrative Motion to Seal (Dkt. 1691), and lodged conditionally under seal, pursuant to Civil Local Rules 7-11 and 79-5(d), portions of its First Amended Complaint that contain information from documents that Defendants have designated as "Confidential" or "Highly Confidential".

5. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Hitachi Defendants to provide the basis for the Court to maintain under seal any documents and information designated by the Hitachi Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order, and all references to those documents and information in paragraphs 206, 207, 208, 209, and 210 of Dell's First Amended Complaint. Although the Hitachi

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DECL. OF MICHELLE PARK CHIU ISO
DELL'S MOTION TO SEAL
DB2/ 24148788.1

3

CASE NO. 3:07-CV-05944-SC
MDL NO. 1917
IND. CASE NO. 3-13-CV-02171-SC

Defendants are unable to determine the specific documents that were referenced by Dell in the relevant paragraphs of the First Amended Complaint, to the extent Dell is relying upon documents and information marked as "Highly Confidential" by the Hitachi Defendants, those documents should be sealed.

6. Documents have been designated by the Hitachi Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order because they contain, cite to, and/or identify confidential, nonpublic, and highly sensitive business information. They contain, cite to, and/or identify confidential, non-public information about the Hitachi Defendants' sales processes, business practices, internal practices, negotiating tactics, confidential business and supply agreements and competitive positions. The documents describe relationships with companies - including customers and vendors - that remain important to the Hitachi Defendants' competitive positions. I am informed and believe that the information in such documents is sensitive and public disclosure presents a risk of undermining the Hitachi Defendants' business relationships, would cause them harm with respect to their competitors and customers, and would put the Hitachi Defendants at a competitive disadvantage. As with the documents themselves, I understand that the Hitachi Defendants consider any statements purporting to summarize documents designated "Highly Confidential" by the Hitachi Defendants confidential and proprietary. Therefore, such documents and statements should be sealed.

7. While not knowing which specific documents Dell relied on in paragraphs 206, 207, 208, 209, and 210 of its First Amended Complaint, it is likely that the documents contain information designated as "Highly Confidential" by the Hitachi Defendants. It is further likely that the Hitachi Defendants have taken reasonable steps to preserve the confidentiality of such documents and information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of June, 2013, at San Francisco, California.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DECL. OF MICHELLE PARK CHIU ISO
DELL'S MOTION TO SEAL
DB2/ 24148788.1

4

CASE NO. 3:07-CV-05944-SC
MDL NO. 1917
IND. CASE NO. 3-13-CV-02171-SC

|   |   |
|---|---|
|   | _/s/ Michelle Park Chiu_ |
|   | Michelle Park Chiu |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DECL. OF MICHELLE PARK CHIU ISO
DELL'S MOTION TO SEAL            5
DB2/ 24148788.1

CASE NO. 3:07-CV-05944-SC
MDL NO. 1917
IND. CASE NO. 3-13-CV-02171-SC