*(Stipulating Parties Listed on Signature Pages)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-5944 SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF DEFENDANTS SAMSUNG ELECTRONICS COMPANY, LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.** |

This Document Relates to:

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381;

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649;

*Tech Data Corp. v. Hitachi, Ltd,* No. 13-cv-00157.

1    WHEREAS, there is pending in the United States District Court for the Northern District

2  of California a multidistrict consolidated proceeding comprised of actions brought on behalf of

3  purported purchasers of cathode ray tube ("CRT") products, captioned as *In re: Cathode Ray*

4  *Tube (CRT) Antitrust Litigation*, Case No 3:07-cv-05944 SC (MDL No 1917) (the "MDL

5  Proceedings"); and

6    WHEREAS, Direct Action Plaintiffs ("DAPs") filed complaints[1] ("Complaints"), that list

7  Samsung Electronics Company, Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEAI")

8  among the defendants; and

9    WHEREAS, the Complaints assert certain claims under federal and various states' laws

10 against SEC and SEAI based on an alleged conspiracy to fix the prices of CRTs from March 1,

11 1995 to November 25, 2007 ("DAPs' CRT Claims");

12    WHEREAS, Special Master Charles A. Legge recommended that the Complaints against

13 SEC and SEAI be dismissed with leave to amend on May 2, 2013 ("Report and

14 Recommendations") [Dkt. No. 1664]; and

15    WHEREAS, DAPs have agreed to dismiss SEC and SEAI from their Complaints without

16 prejudice under certain conditions set forth in a separately executed tolling agreement;

17    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the

18 undersigned counsel, on behalf of their respective clients, as follows:

19    1.    DAPs voluntarily dismiss all of the DAPs' CRT Claims against SEC and SEAI,

---

[1] Specifically, this Stipulation relates to the following complaints: *Tech Data Corp. v. Hitachi, Ltd*, No. 13-cv-00157 (N.D. Cal.) [Dkt No. 1] (Dec. 11,2 012) ("Tech Data Compl."); *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) [Dkt. No. 1] (Nov. 7, 2011) ("Polaroid Compl."); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) [Dkt. No. 9] (Jan. 6, 2012) ("Target Am. Compl."); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011) ("P.C. Richard Compl."); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011) ("Tweeter Compl."); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011) ("CompuCom Compl."); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011) ("Interbond Compl."); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011) ("Costco Compl."); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011) ("Circuit City Compl."); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011) ("Office Depot Compl."); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) [Dkt. No. 1] (Nov. 14, 2011) ("Best Buy Compl."); and *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) [Dkt. No. 5] (Mar. 10, 2011) ("Electrograph Am. Compl.").

2

1   without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2   2.      Each party shall bear their own costs and attorney fees, and the parties shall not

3   pursue any sanctions against each other or their counsel so long as the DAP CRT Claims remain

4   dismissed.

5   3.      This Stipulation does not alter in any way the separately executed, written tolling

6   agreement between DAPs and Defendants SEC and SEAI.

7   4.      This stipulation does not affect the rights or claims of DAPs against any other

8   defendant or alleged co-conspirator in this litigation.

9   5.      SEC and SEAI acknowledge and agree that DAPs may serve discovery on them

10  pursuant to Fed. R. Civ. P. 30, 31, 33, and 34 rather than Fed. R. Civ. P. 45; SEC and SEAI

11  further agree that if they produce discovery to any party in the action, they will produce that

12  discovery to DAPs; the Parties will meet and confer in good faith in an attempt to narrow any

13  future discovery and minimize burdens.

14  6.      SEC and SEAI will not move the Court to adopt the Report and

15  Recommendations, and DAPs likewise will not lodge with the Court objections to the Report and

16  Recommendations with respect to SEC and SEAI.

17  **IT IS SO STIPULATED.**

18

19

20

21

22

23

24

25

26

27

28

3

1

Dated:  June 5, 2013                    O'MELVENY & MYERS LLP

2

By: /s/ Ian Simmons
3                                                   IAN SIMMONS (*pro hac vice*)
Email: isimmons@omm.com
4                                                   BENJAMIN G. BRADSHAW (SBN 189925)
Email: bbradshaw@omm.com
5                                                   KEVIN D. FEDER (SBN 252347)
Email: kfeder@omm.com
6                                                   **O'MELVENY & MYERS LLP**
1625 Eye Street, NW
7                                                   Washington, DC 20006
Telephone: (202) 383-5300
8                                                   Facsimile: (202) 383-5414

9                                                   *Attorneys for Defendants Samsung*
*Electronics Co., Ltd. and Samsung*
10                                                  *Electronics America, Inc.*

11
Dated:  June 5, 2013                    BOIES, SCHILLER & FLEXNER LLP
12
By: /s/ Philip J. Iovieno
13                                                  PHILIP J. IOVIENO
Email: piovieno@bsfllp.com
14                                                  ANNE M. NARDACCI
Email: anardacci@bsfllp.com
15                                                  **BOIES, SCHILLER & FLEXNER LLP**
10 North Pearl Street, 4th Floor
16                                                  Albany, NY 12207
Telephone: (518) 434-0600
17                                                  Facsimile: (518) 434-0665

18                                                  WILLIAM A. ISAACSON
Email: wisaacson@bsfllp.com
19                                                  JENNIFER MILICI
Email: jmilici@bsfllp.com
20                                                  **BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Ave. NW, Suite 800
21                                                  Washington, D.C. 20015
Telephone: (202) 237-2727
22                                                  Facsimile: (202) 237-6131

23                                                  STUART SINGER
Email: ssinger@bsfllp.com
24                                                  **BOIES, SCHILLER & FLEXNER LLP**
401 East Las Olas Blvd., Suite 1200
25                                                  Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
26                                                  Facsimile: (954) 356-0022

27                                                  *Liaison Counsel for Direct Action*
*Plaintiffs and Attorneys for Plaintiffs*
28                                                  *Electrograph Systems, Inc., Electrograph*

4

1 | *Technologies, Corp., Office Depot, Inc.,*
*Compucom Systems, Inc., Interbond*
2 | *Corporation of America, P.C. Richard &*
*Son Long Island Corporation, Marta*
3 | *Cooperative of America, Inc., ABC*
*Appliance, Inc., Schultze Agency Services*
4 | *LLC on behalf of Tweeter Opco, LLC and*
*Tweeter Newco, LLC, Tech Data*
5 | *Corporation, and Tech Data Product*
*Management, Inc.*

6

7 | PERKINS COIE LLP

8 | By: /s/ David J. Burman

9 | DAVID J. BURMAN (*pro hac vice*)
Email: DBurman@perkinscoie.com
CORI G. MOORE (*pro hac vice*)
10 | Email: CGMoore@perkisncoie.com
ERIC J. WEISS (*pro hac vice*)
11 | Email: EWeiss@perkinscoie.com
NICHOLAS H. HESTERBERG (*pro hac vice*)
12 | Email: NHesterberg@perkinscoie.com
**PERKINS COIE LLP**
13 | 1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
14 | Telephone: 206.359.8000
Facsimile: 206.359.9000

15
16 | JOREN BASS (Bar No. 208143)
Email: JBass@perkinscoie.com
**PERKINS COIE LLP**
17 | Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
18 | Telephone: 415.344.7120
Facsimile: 415.344.7320

19
20 | *Attorneys for Plaintiff Costco Wholesale*
*Corporation*

21
22 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

23 | By: /s/ Roman M. Silberfeld
ROMAN M. SILBERFELD (SBN 62783)
Email: RMSilberfeld@rkmc.com
24 | DAVID MARTINEZ (SBN 193183)
Email: DMartinez@rkmc.com
25 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.**
2049 Century Park East, Suite 3400
26 | Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
27 | Facsimile: (310) 229-5800

28 | *Attorneys For Plaintiffs Best Buy Co., Inc, Best*

5

*Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

SUSMAN GODFREY L.L.P.

By: /s/ Kenneth S. Marks
H. LEE GODFREY
Email: lgodfrey@sumangodfrey.com
KENNETH S. MARKS
Email: kmarks@susmangodfrey.com
JONATHAN J. ROSS
Email: jross@susmangodfrey.com
JOHNNY W. CARTER
Email: jcarter@susmangodfrey.com
DAVID M. PETERSON
Email: dpeterson@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

PARKER C. FOLSE III
Email: pfolse@susmangodfrey.com
RACHEL S. BLACK
Email: rblack@susmangodfrey.com
JORDAN CONNORS
Email: jconnors@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

CROWELL & MORING LLP

By: /s/ Jason C. Murray
JASON C. MURRAY (CA Bar No. 169806)
Email: jmurray@crowell.com
**CROWELL & MORING LLP**
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

JEROME A. MURPHY (*pro hac vice*)
E-mail: jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)

6

Email: aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Counsel for Target Corp.*


KENNY NACHWALTER, P.A.

By: /s/ Richard Alan Arnold
RICHARD ALAN ARNOLD
Email: rarnold@knpa.com
WILLIAM J. BLECHMAN
Email: wblechman@knpa.com
KEVIN J. MURRAY
Email: kmurray@knpa.com
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

*Counsel for Plaintiff Sears, Roebuck and Co.*
*and Kmart Corp.*


LINDQUIST & VENNUM P.L.L.P.

By: /s/ Jessica L. Meyer
Jessica L. Meyer (SBN: 249064)
Email: jmeyer@lindquist.com
James M. Lockhart (*pro hac vice*)
Email: jlockhart@lindquist.com
James P. McCarthy (*pro hac vice*)
Email: jmccarthy@lindquist.com
Kelly G. Laudon (*pro hac vice*)
Email: klaudon@lindquist.com
**LINDQUIST & VENNUM P.L.L.P.**
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

*Attorneys for Plaintiffs John R. Stoebner, as*
*Chapter 7 Trustee for PBE Consumer*
*Electronics, LLC and Related Entities; and*
*Douglas A. Kelley, as Chapter 11 Trustee for*
*Petters Company, Inc. and Related Entities, and*
*as Receiver for Petters Company, LLC and*
*Related Entities*

7

1      **Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this**

2   **document has been obtained from the signatories.**

3

4   PURSUANT TO STIPULATION, IT IS SO ORDERED.
    Dated: _____        _____

5          June 7, 2013                              Hon. Samuel Conti
                                              United States District Judge

STIPULATION OF DISMISSAL                                      3:07-cv-05944 SC
                                                             MDL 1917