(*Stipulating Parties Listed on Signature Pages*)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |

This Document Relates to:

*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;

*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381;

*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;

*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

**STIPULATION AND ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS**

STIPULATION AND ORDER REGARDING PAGE LIMITS OF OBJECTIONS TO AND MOTIONS TO ADOPT SPECIAL MASTER'S MAY 2, 2013 REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS

Case No. 07-5944 MDL NO. 1917

WHEREAS, on August 17, 2012, the undersigned Defendants jointly moved to dismiss various claims asserted in the complaints filed by Direct Action Plaintiffs ("DAPs") (Dkt. Nos. 1317 & 1318);

WHEREAS, on September 28, 2012, DAPs filed papers opposing the Defendants' Joint Motion to Dismiss (Dkt. No. 1384);

WHEREAS, on October 26, 2012, Defendants filed reply papers in support of the Motions to Dismiss (Dkt. No. 1422);

WHEREAS, on February 14, 2013, Special Master Charles A. Legge heard argument on the Motions to Dismiss;

WHEREAS, on February 22, 2013, DAPs filed a letter brief to Special Master Legge (Dkt. No. 1580);

WHEREAS, on February 22, 2013, Defendants filed a letter brief to Special Master Legge (Dkt. No. 1581);

WHEREAS, on May 2, 2013, Special Master Legge issued a Report and Recommendation Regarding the Motions to Dismiss (Dkt. No. 1664) ("R&R");

WHEREAS, the Motion to Dismiss and subsequent R&R cover a large number of legal issues that span both DAPs' federal claims and claims brought under the laws of 17 different states;

WHEREAS, Defendants and DAPs (collectively "the Parties") intend to move to adopt or object to various portions of the R&R;

WHEREAS, the Local Rules of the United States District Court for the Northern District of California, Civil Local Rules 7-2 and 7-4, would otherwise govern the page limits for the opening briefs, the responsive briefs, and the reply briefs in connection with the parties' motions to adopt, and objections to, the R&R.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DAPs and counsel for the Defendants in the above-captioned actions, as follows:

1.      The Parties' opening briefs shall be limited to no more than 30 pages of text;

STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS OF OBJECTIONS
TO AND MOTIONS TO ADOPT SPECIAL
MASTER'S MAY 2, 2013 REPORT AND
RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

2

Case No. 07-5944
MDL NO. 1917

1   2.  The Parties' responsive briefs shall be limited to no more than 45 pages of text;

2   3.  The Parties' reply brief shall be limited to no more than 20 pages of text.

Respectfully submitted,

Dated: May 31, 2013     **WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
CHRISTOPHER M. CURRAN (*pro hac vice*)
ccurran@whitecase.com
LUCIUS B. LAU (*pro hac vice*)
alau@whitecase.com
DANA E. FOSTER (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America Information Systems, Inc., Toshiba*
*America Consumer Products, L.L.C., and Toshiba*
*America Electronic Components, Inc.*

O'MELVENY & MYERS LLP

By: */s/ Ian Simmons*
IAN SIMMONS (*pro hac vice*)
isimmons@omm.com
BENJAMIN G. BRADSHAW (SBN 189925)
bbradshaw@omm.com
KEVIN D. FEDER (SBN 252347)
kfeder@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants Samsung Electronics Co.,*
*Ltd. and Samsung Electronics America, Inc.*

STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS OF OBJECTIONS
TO AND MOTIONS TO ADOPT SPECIAL
MASTER'S MAY 2, 2013 REPORT AND
RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

3

Case No. 07-5944
MDL NO. 1917

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WINSTON & STRAWN LLP

By: /s/ Jeffrey L. Kessler
JEFFREY L. KESSLER (*pro hac vice*)
JKessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
PVictor@winston.com
ALDO A. BADINI (SBN 257086)
ABadini@winston.com
EVA W. COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN
MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
mchiu@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS OF OBJECTIONS
TO AND MOTIONS TO ADOPT SPECIAL
MASTER'S MAY 2, 2013 REPORT AND
RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

4

Case No. 07-5944
MDL NO. 1917

1    J. CLAYTON EVERETT, JR. (*pro hac vice*)
     jeverett@morganlewis.com
2    SCOTT A. STEMPEL (*pro hac vice*)
     sstempel@morganlewis.com
3    **MORGAN, LEWIS & BOCKIUS LLP**
     111 Pennsylvania Avenue, NW
4    Washington, DC 20004
     Telephone: (202) 739-3000
5    Facsimile: (202) 739-3001

6    *Attorneys for Defendants Hitachi, Ltd., Hitachi*
     *Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi*
7    *Asia, Ltd., Hitachi America, Ltd., and Hitachi*
     *Electronic Devices (USA), Inc.*

8

9    MUNGER, TOLLES & OLSON LLP

10   By: */s/ Hojoon Hwang*
     HOJOON HWANG (SBN 184950)
11   Hojoon.Hwang@mto.com
     **MUNGER, TOLLES & OLSON LLP**
12   560 Mission Street, Twenty-Seventh Floor
     San Francisco, California 94105-2907
13   Telephone: (415) 512-4000
     Facsimile: (415) 512-4077
14
     WILLIAM D. TEMKO (SBN 098858)
15   William.Temko@mto.com
     JONATHAN E. ALTMAN (SBN 170607)
16   Jonathan.Altman@mto.com
     BETHANY W. KRISTOVICH (SBN 241891)
17   Bethany.Kristovich@mto.com
     **MUNGER, TOLLES & OLSON LLP**
18   355 South Grand Avenue, Thirty-Fifth Floor
     Los Angeles, CA 90071-1560
19   Telephone: (213) 683-9100
     Facsimile: (213) 687-3702
20
     *Attorneys for Defendants LG Electronics, Inc.; LG, LG*
21   *Electronics USA, Inc.; and LG Electronics Taiwan*
     *Taipei Co., Ltd.*
22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER
     REGARDING PAGE LIMITS OF OBJECTIONS
     TO AND MOTIONS TO ADOPT SPECIAL              5          Case No. 07-5944
     MASTER'S MAY 2, 2013 REPORT AND                         MDL NO. 1917
     RECOMMENDATION ON MOTIONS TO
     DISMISS DIRECT ACTION COMPLAINTS

1

SHEPPARD MULLIN RICHTER & HAMPTON

2

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)

3

ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)

4

jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)

5

mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**

6

Four Embarcadero Center, 17th Floor
San Francisco, California 94111

7

Telephone: (415) 434-9100
Facsimile: (415) 434-3947

8

9

*Attorneys for Defendants Samsung SDI America, Inc.;*
*Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.*
*BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung*

10

*SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and*
*Tianjin Samsung SDI Co., Ltd.*

11

12

BAKER BOTTS LLP

13

By: */s/ Jon V. Swenson*

14

JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com

15

**BAKER BOTTS LLP**
1001 Page Mill Road

16

Building One, Suite 200
Palo Alto, CA 94304

17

Telephone: (650) 739-7500
Facsimile: (650) 739-7699

18

E-mail: jon.swenson@bakerbotts.com

19

JOHN M. TALADAY (*pro hac vice*)
john.taladay@bakerbotts.com

20

JOSEPH OSTOYICH (*pro hac vice*)
joseph.ostoyich@bakerbotts.com

21

**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.

22

Washington, DC 20004-2400
Telephone: (202) 639-7700

23

Facsimile: (202) 639-7890

24

*Attorneys for Defendants Koninklijke Philips*
*Electronics N.V. and Philips Electronics North*

25

*America Corporation*

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS OF OBJECTIONS
TO AND MOTIONS TO ADOPT SPECIAL
MASTER'S MAY 2, 2013 REPORT AND
RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

6

Case No. 07-5944
MDL NO. 1917

1      GIBSON, DUNN & CRUTCHER LLP

2      By: /s/ Rachel S. Brass
       Rachel S. Brass (SBN 219301)
3      rbrass@gibsondunn.com
       Joel S. Sanders (SBN 107234)
4      jsanders@gibsondunn.com
       Austin V. Schwing (SBN 211696)
5      **GIBSON, DUNN & CRUTCHER LLP**
       555 Mission Street, Suite 3000
6      San Francisco, California 94105
       Tel: (415) 393-8200
7      Fax: (415) 393-8306

8      *Attorneys for Defendant Chunghwa Picture Tubes, Ltd.*
       *and Chunghwa Picture Tubes (Malaysia) as to the*
9      *Target Am. Compl., P.C. Richard Compl., Tweeter*
       *Compl., CompuCom Compl., Interbond Compl., Costco*
10     *Compl., Office Depo Compl. and Best Buy Compl. only*

11
       PERKINS COIE LLP
12
       By: /s/ David J. Burman
13     DAVID J. BURMAN (*pro hac vice*)
       DBurman@perkinscoie.com
14     CORI G. MOORE (*pro hac vice*)
       CGMoore@perkisncoie.com
15     ERIC J. WEISS (*pro hac vice*)
       EWeiss@perkinscoie.com
16     NICHOLAS H. HESTERBERG (*pro hac vice*)
       NHesterberg@perkinscoie.com
17     **PERKINS COIE LLP**
       1201 Third Avenue, Suite 4900
18     Seattle, WA 98101-3099
       Telephone: 206.359.8000
19     Facsimile: 206.359.9000

20     JOREN BASS (Bar No. 208143)
       JBass@perkinscoie.com
21     **PERKINS COIE LLP**
       Four Embarcadero Center, Suite 2400
22     San Francisco, CA 94111-4131
       Telephone: 415.344.7120
23     Facsimile: 415.344.7320

24     *Attorneys for Plaintiff Costco Wholesale Corporation*

25

26

27

28     STIPULATION AND [PROPOSED] ORDER
       REGARDING PAGE LIMITS OF OBJECTIONS
       TO AND MOTIONS TO ADOPT SPECIAL
       MASTER'S MAY 2, 2013 REPORT AND                    7                    Case No. 07-5944
       RECOMMENDATION ON MOTIONS TO                                            MDL NO. 1917
       DISMISS DIRECT ACTION COMPLAINTS

1                                  BOIES, SCHILLER & FLEXNER LLP

2                                  By: */s/ Philip J. Iovieno*
                                    PHILIP J. IOVIENO

3                                  piovieno@bsfllp.com
                                  ANNE M. NARDACCI

4                                  anardacci@bsfllp.com
                                  **BOIES, SCHILLER & FLEXNER LLP**

5                                  10 North Pearl Street, 4th Floor
                                  Albany, NY 12207

6                                  Telephone: (518) 434-0600
                                  Facsimile: (518) 434-0665

7

8                                  WILLIAM A. ISAACSON
                                  wisaacson@bsfllp.com

9                                  JENNIFER MILICI
                                  jmilici@bsfllp.com

10                                **BOIES, SCHILLER & FLEXNER LLP**
                                  5301 Wisconsin Ave. NW, Suite 800

11                                  Washington, D.C. 20015
                                  Telephone: (202) 237-2727

12                                  Facsimile: (202) 237-6131

13                                  STUART SINGER
                                  ssinger@bsfllp.com

14                                **BOIES, SCHILLER & FLEXNER LLP**
                                  401 East Las Olas Blvd., Suite 1200

15                                  Fort Lauderdale, FL 33301
                                  Telephone: (954) 356-0011

16                                  Facsimile: (954) 356-0022

17                                  *Liaison Counsel for Direct Action Plaintiffs and*
                                  *Attorneys for Plaintiffs Electrograph Systems, Inc.,*

18                                  *Electrograph Technologies, Corp., Office Depot, Inc.,*
                                  *Compucom Systems, Inc., Interbond Corporation of*

19                                  *America, P.C. Richard & Son Long Island*
                                  *Corporation, Marta Cooperative of America, Inc., ABC*

20                                  *Appliance, Inc., Schultze Agency Services LLC on*
                                  *behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

21

22                                  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

23                                  By: */s/ Roman M. Silberfeld*
                                  ROMAN M. SILBERFELD (SBN 62783)

24                                  RMSilberfeld@rkmc.com
                                  DAVID MARTINEZ (SBN 193183)

25                                  DMartinez@rkmc.com
                                  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

26                                  2049 Century Park East, Suite 3400
                                  Los Angeles, CA 90067-3208

27                                  Telephone: (310) 552-0130
                                  Facsimile: (310) 229-5800

28  STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS OF OBJECTIONS
TO AND MOTIONS TO ADOPT SPECIAL               8           Case No. 07-5944
MASTER'S MAY 2, 2013 REPORT AND                             MDL NO. 1917
RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

1

2     *Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and*

3     *Magnolia Hi-Fi, LLC*

4

5     SUSMAN GODFREY L.L.P.

6     By: */s/ Kenneth S. Marks*
      H. LEE GODFREY
      lgodfrey@sumangodfrey.com

7     KENNETH S. MARKS
      kmarks@susmangodfrey.com

8     JONATHAN J. ROSS
      jross@susmangodfrey.com

9     JOHNNY W. CARTER
      jcarter@susmangodfrey.com

10    DAVID M. PETERSON
      dpeterson@susmangodfrey.com

11    **SUSMAN GODFREY L.L.P.**
      1000 Louisiana Street, Suite 5100

12    Houston, Texas 77002
      Telephone: (713) 651-9366

13    Facsimile: (713) 654-6666

14    PARKER C. FOLSE III
      pfolse@susmangodfrey.com

15    RACHEL S. BLACK
      rblack@susmangodfrey.com

16    JORDAN CONNORS
      jconnors@susmangodfrey.com

17    **SUSMAN GODFREY L.L.P.**
      1201 Third Avenue, Suite 3800

18    Seattle, Washington 98101-3000
      Telephone: (206) 516-3880

19    Facsimile: (206) 516-3883

20    *Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

21

22    CROWELL & MORING LLP

23    By: */s/ Jason C. Murray*
      JASON C. MURRAY (CA Bar No. 169806)

24    jmurray@crowell.com
      **CROWELL & MORING LLP**

25    515 South Flower St., 40th Floor
      Los Angeles, CA 90071

26    Telephone: (213) 443-5582
      Facsimile: (213) 622-2690

27

28    STIPULATION AND [PROPOSED] ORDER
      REGARDING PAGE LIMITS OF OBJECTIONS
      TO AND MOTIONS TO ADOPT SPECIAL                9        Case No. 07-5944
      MASTER'S MAY 2, 2013 REPORT AND                          MDL NO. 1917
      RECOMMENDATION ON MOTIONS TO
      DISMISS DIRECT ACTION COMPLAINTS

JEROME A. MURPHY (*pro hac vice*)
jmurphy@crowell.com
ASTOR H.L. HEAVEN (*pro hac vice*)
aheaven@crowell.com
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Attorneys for Target Corp. and RadioShack Corp.*

KENNY NACHWALTER, P.A.

By: */s/ Richard Alan Arnold*
RICHARD ALAN ARNOLD
rarnold@knpa.com
WILLIAM J. BLECHMAN
wblechman@knpa.com
KEVIN J. MURRAY
kmurray@knpa.com
**KENNY NACHWALTER, P.A.**
201 S. Biscayne Blvd., Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861

*Attorneys for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.*

LINDQUIST & VENNUM P.L.L.P.

By: */s/ Jessica L. Meyer*
Jessica L. Meyer (SBN: 249064)
jmeyer@lindquist.com
James M. Lockhart (*pro hac vice*)
jlockhart@lindquist.com
James P. McCarthy (*pro hac vice*)
jmccarthy@lindquist.com
Kelly G. Laudon (*pro hac vice*)
klaudon@lindquist.com
**LINDQUIST & VENNUM P.L.L.P.**
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

*Attorneys for Plaintiffs John R. Stoebner, as Chapter 7*

STIPULATION AND [PROPOSED] ORDER
REGARDING PAGE LIMITS OF OBJECTIONS
TO AND MOTIONS TO ADOPT SPECIAL
MASTER'S MAY 2, 2013 REPORT AND
RECOMMENDATION ON MOTIONS TO
DISMISS DIRECT ACTION COMPLAINTS

10

Case No. 07-5944
MDL NO. 1917

1     *Trustee for PBE Consumer Electronics, LLC and*
      *Related Entities; and Douglas A. Kelley, as Chapter 11*
2     *Trustee for Petters Company, Inc. and Related Entities,*
      *and as Receiver for Petters Company, LLC and Related*
3     *Entities*

4

5     PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7     Dated:  _____June 7, 2013_____        _____

8                                                          Hon. Samuel Conti
                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    STIPULATION AND [PROPOSED] ORDER
      REGARDING PAGE LIMITS OF OBJECTIONS
      TO AND MOTIONS TO ADOPT SPECIAL           11        Case No. 07-5944
      MASTER'S MAY 2, 2013 REPORT AND                     MDL NO. 1917
      RECOMMENDATION ON MOTIONS TO
      DISMISS DIRECT ACTION COMPLAINTS