1  GUIDO SAVERI (Bar No. 22349)
   Email: guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
   Email: rick@saveri.com
3  GEOFFREY C. RUSHING (Bar No. 126910)
   Email: grushing@saveri.com
4  **SAVERI & SAVERI, INC.**
   706 Sansome Street
5  San Francisco, California 94111
   Telephone: (415) 217-6810
6  Facsimile: (415) 217-6913

7  *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs Class*
8

9  GARY L. HALLING (SBN 66087)
   E-mail: ghalling@sheppardmullin.com
10 JAMES L. MCGINNIS (SBN 95788)
   E-mail: jmcginnis@sheppardmullin.com
11 MICHAEL W. SCARBOROUGH (SBN 203524)
   E-mail: mscarborough@sheppardmullin.com
12 **SHEPPARD MULLIN RICHTER & HAMPTON**
   Four Embarcadero Center, 17th Floor
13 San Francisco, California 94111
   Telephone: (415) 434-9100
14 Facsimile: (415) 434-3947

15 *Attorneys for Defendants Samsung SDI America, Inc.;*
   *Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN.*
16 *BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung*
   *SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and*
17 *Tianjin Samsung SDI Co., Ltd.*

18 *(Additional Stipulating Parties Listed on Signature Pages)*

19
20                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN FRANCISCO DIVISION**
21

22 | | Case No. 07-5944 SC |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | MDL No. 1917 |
| | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF PLAINTIFF PAULA CALL D/B/A POWAY-RANCHO BERNARDO TV** |
| This Document Relates to: | |
| ALL DIRECT PURCHASER ACTIONS | |

1  WHEREAS, Plaintiff Paula Call d/b/a Poway-Rancho Bernardo TV ("Paula Call")—along with twelve other parties—was named as a Class Plaintiff in Direct Purchaser Plaintiffs' Consolidated Amended Complaint ("CAC") in the United States District Court for the Northern District of California against Defendants[1];

WHEREAS, Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc. (collectively "Hitachi") filed an Answer to the CAC on April 29, 2010;

WHEREAS, Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) Sdn Bhd.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co. Ltd.; and Tianjin Samsung SDI Co., Ltd. (collectively "SDI") filed an Answer to the CAC on April 29, 2010;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Direct Purchaser Plaintiffs and counsel for Hitachi and SDI in the above-captioned actions, as follows:

1. Paula Call shall dismiss all of her claims against Hitachi and SDI, without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2. All parties shall bear their own costs and attorney's fees;

---

[1] "Defendants" include: Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., Daewoo International Corporation, Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd., Hitachi, Ltd, Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Shenzhen SEG Hitachi Color Display Devices, Ltd., Irico Group Corporation, Irico Group Electronics Co., Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LG Electronics Taiwan Taipei Co., Ltd., Panasonic Corporation, f/k/a Matsushita Electric Industrial Co, Ltd., Electronic Corporation (Malaysia) Sdn Bhd., Panasonic Corporation of North America, Panasonic Consumer Electronics Co., Koninklijke Philips Electronics N.V., Philips Electronics Industries Ltd., Philips Electronics North America, Philips Consumer Electronics Co., Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung (Malaysia) Sdn Bhd., Samsung SDI Co., Ltd. f/k/a Samsung Display Device Company, Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., Tianjin Samsung SDI Co., Ltd., Samtel Color, Ltd., Tatung Company, Tatung Company of America, Inc., Thai CRT Company, Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Display Devices (Thailand) Company, Ltd., MT Picture Display Co., Ltd., f/k/a Matsushita Toshiba Picture Display Co., Ltd., and Beijing-Matsushita Color CRT Company, Ltd.

1     The undersigned Parties respectfully request that the Court enter this stipulation as an order.

Dated: June 7, 2013

SAVERI & SAVERI, INC.

By: /s/ R. Alexander Saveri
GUIDO SAVERI (Bar No. 22349)
Email: guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
Email: rick@saveri.com
GEOFFREY C. RUSHING (Bar No. 126910)
Email: grushing@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
KENT M. ROGER (SBN 95987)
E-mail: kroger@morganlewis.com
MICHELLE PARK CHIU (SBN 248421)
E-mail: mchiu@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

J. CLAYTON EVERETT, JR. (*pro hac vice*)
E-mail: jeverett@morganlewis.com
SCOTT A. STEMPEL (*pro hac vice*)
E-mail: sstempel@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Defendants Hitachi, Ltd., Hitachi
Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi
Asia, Ltd., Hitachi America, Ltd., and Hitachi
Electronic Devices (USA), Inc.*

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL OF PLAINTIFF PAULA CALL D/B/A    2    Case No. 07-5944
POWAY-RANCHO BERNARDO TV      MDL NO. 1917

SHEPPARD MULLIN RICHTER & HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
TYLER CUNNINGHAM (SBN 243694)
E-mail: tcunningham@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, R. Alexander Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of June, 2013, at San Francisco, California.

/s/ R. Alexander Saveri

**PURSUANT TO STIPULATION, IT IS SO RECOMMENDED.**

Dated: June 10, 2013

Hon. Charles A. Legge
Special Master

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Samuel Conti
United States District Judge