1  Counsel Listed On Signature Block

2

3

4

5

6

7

8

9

10                     **UNITED STATES DISTRICT COURT**

11                     **NORTHERN DISTRICT OF CALIFORNIA**

12                         **SAN FRANCISCO DIVISION**

13

14 | In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |

15 | | MDL No. 1917 |

16 | This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE DIRECT PURCHASER CLASS CERTIFICATION BRIEFING SCHEDULE** |

17 | ALL DIRECT PURCHASER ACTIONS | |

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, on May 14, 2013, Direct Purchaser Plaintiffs ("DPPs") lodged and served their Motion for Class Certification and the supporting Expert Report of Jeffrey J. Leitzinger, Ph.D.;

WHEREAS, on May 29, 2013, the Court entered a stipulated order (Dkt. No. 1695), which set forth the following schedule for DPPs' Motion for Class Certification:

- August 12, 2013 – Defendants' Opposition
- October 11, 2013 – DPPs' Reply;

WHEREAS, on May 8, 2013, Defendant Samsung SDI America, Inc. ("SDIA") served on DPPs interrogatories, document requests and requests for admission that, SDIA maintains, seek information and documents relevant to class certification issues, among other things ("SDIA's Discovery");

WHEREAS, DPPs have requested additional time to respond to SDIA's Discovery;

WHEREAS, DPPs and the undersigned Defendants have met and conferred regarding DPPs' requested extension and a reasonable corresponding extension of the class certification briefing;

WHEREAS, the parties hereby agree to meet and confer regarding any further potential adjustments to the pretrial schedule that may be necessitated in the future;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the DPPs and counsel for the undersigned Defendants in the above-captioned actions, as follows:

1. Defendants' opposition to DPPs' Motion for Class Certification shall be due on September 11, 2013;

2. DPPs' reply in support of their Motion for Class Certification shall be due on November 11, 2013;

3. Following submission of briefing, the parties will confer with the Special Master regarding the setting of an appropriate hearing date.

Dated: June 11, 2013

By:    */s/ Gary Halling*
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
TYLER M. CUNNINGHAM (SBN 243694)
tcunningham@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN, BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd.; and Tianjin Samsung SDI Co., Ltd.*


By:    */s/ Kent Roger*
KENT ROGER (SBN 95987)
kroger@morganlewis.com
Michelle Park Chiu (SBN 248421)
mchiu@morganlewis.com
**MORGAN, LEWIS & BROCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

*Attorneys for Defendants Hitachi, Ltd.; Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.); Hitachi Asia, Ltd.; Hitachi America, Ltd.; and Hitachi Electronic Devices (USA), Inc.*


By:    */s/ Guido Saveri*
Guido Saveri (SBN 41059) guido@saveri.com
R. Alexander Saveri (SBN 173102) rick@saveri.com
Cadio Zirpoli (SBN 179108) cadio@saveri.com
**SAVERI & SAVERI INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810

SMRH:408626331.2

2
STIPULATION AND [PROPOSED] ORDER RE DIRECT PURCHASER CLASS CERTIFICATION BRIEFING SCHEDULE

Facsimile: (415) 217-6813

*Lead Counsel for the Direct Purchaser Plaintiffs*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order No. 45, § X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

**IT IS SO RECOMMENDED**

DATED:  June __, 2013

_____
Hon. Charles A. Legge
United States District Judge (Ret.)
Special Master

**IT IS SO ORDERED**

DATED:  June __, 2013

_____
Hon. Samuel Conti
United States District Judge