1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV- 07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | |
| | **EXPERT REPORT OF JEFFREY J. LEITZINGER, PH.D.** |
| **ALL DIRECT PURCHASER ACTIONS** | |
| | Date:   TBD |
| | Time:   TBD |
| | Judge: Hon. Charles A. Legge (Ret.) Special Master |
| | The Honorable Samuel Conti |

# <u>REDACTED VERSION</u>

Highly Confidential
Subject to Protective Order

# TABLE OF CONTENTS

I.     Experience and Qualifications ................................................... 2

II.    Assignment and Summary of Conclusions ............................... 2

III.   CRT Industry Background ....................................................... 5

    A. Product Description ....................................................................... 5

    B. Product Varieties .......................................................................... 7

    C. The CRT Defendants .................................................................... 9

    D. Changes in CRT Demand over Time ............................................. 10

V.     Pricing Patterns among CRT Buyers ..................................... 22

VII.   Other Market Characteristics ................................................ 34

APPENDIX A.     CRT Manufacturers ............................................... 52



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

## I.   Experience and Qualifications

1.   My name is Jeffrey J. Leitzinger. I am an economist and a Managing Director at Econ One Research, Inc., an economic research and consulting firm with offices in Los Angeles, Sacramento, Houston, and Washington D.C. I have both master and doctoral degrees in economics from the University of California at Los Angeles and a bachelor's degree in economics from Santa Clara University. During the 33 years of my professional career, I have worked extensively on the analysis of markets and the assessment of allegations of anti-competitive conduct, including a number of antitrust conspiracy cases. I have testified on numerous occasions as an expert economist in State and Federal courts. A more detailed summary of my training, past experience and prior testimony is shown in **Exhibit 1.**

2.   In the course of preparing this report, my staff and I have reviewed discovery documents, depositions and publicly available materials (which are listed in **Exhibit 2**). Econ One is being compensated for the time I spend on this matter at my normal and customary rate of $675 per hour. Econ One is also being compensated for time spent by research staff on this project at their normal and customary hourly rates.

## II.   Assignment and Summary of Conclusions

3.   Plaintiffs allege that the defendants in the case ("Defendants")[1] and their co-conspirators[2] engaged in a price-fixing conspiracy for the purpose of fixing, raising, maintaining and/or stabilizing prices of cathode ray tubes ("CRTs") sold in the United States between March 1, 1995 and November 25, 2007 (the "Class Period"). Plaintiffs are direct purchasers of CRT products from the defendants. Plaintiffs' counsel propose a class of purchasers as follows:

---

[1] Defendants are: (1) Chunghwa Entities; (2) Orion Entities; (3) Hitachi Entities; (4) Irico Entities; (5) LG Electronics Entities; (6) LG Philips Display; (7) Panasonic Entities; (8) Philips Entities; (9) Samsung Entities; (10) Thai-CRT (11) Toshiba Entities (12) MT Picture Display Co., Ltd.; and (14) Beijing-Matsushita Color CRT Company, Ltd. See Appendix A.

[2] Plaintiffs allege that non-Defendants Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (together, "Thomson") and Mitsubishi Electric Corp.; Mitsubishi Digital Electronics America, Inc.; and Mitsubishi Electric & Electronics, USA, Inc. (together, "Mitsubishi") were also members of the alleged conspiracy.



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

> All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product[3] in the United States from any defendant or any subsidiary or affiliate thereof, or any co-conspirator. Excluded from the Class are Defendants, their parent companies, subsidiaries and affiliates, any co-conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action.

4.    I have been asked by plaintiffs' counsel to assume the existence of the alleged conspiracy and then form an opinion regarding two primary questions:

    i.   Whether there is evidence common to members of the proposed Class that is sufficient to prove widespread impact as a result of that alleged conspiracy; and

    ii.   Whether the total overcharges incurred by the proposed Class can be reasonably ascertained in a class-wide formulaic manner.

5.    The conspiracy in this case is alleged to have begun in 1995 and continued operating (at least in some fashion) through the commencement of the Department of Justice investigation of the industry in November 2007.  According to the Complaint, Defendants:

    i.   Established targets for minimum prices of various CRTs defined by size and application, as well as elevated market price levels for CRTs overall;

    ii.   Agreed to restrain output and capacity;

    iii.   Discussed and agreed upon prices as to specific customers; and

    iv.   Exchanged information on pricing, shipments, capacity, output, and production line status for CRTs.

6.    In the course of my work on this assignment, my staff and I have reviewed extensive data, documents and testimony developed through the course of discovery in this

---

[3] CRT products include CRTs, CRT TVs, and CRT monitors.



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

case.  A list of the materials we have reviewed is included as Exhibit 2.  Based upon my review and analysis of these materials, I have concluded that there is evidence common to members of the proposed Class that is sufficient to prove widespread impact. This evidence involves:

7.      I also have concluded that total overcharges incurred by the Class can be calculated in a formulaic manner.  In that regard, I present by way of illustration the kind of formulaic overcharge analysis that can be used in this case.

8.      I set forth the basis for these conclusions below. I understand that discovery has not yet been completed and that further evidence might emerge that is relevant to my analysis. I intend to consider additional evidence as it develops and may revise my conclusions or supplement their evidentiary basis as warranted by that evidence.



Highly Confidential
Subject to Protective Order

## III.  CRT Industry Background

9.    CRTs were the dominant technology used in televisions and computer monitors, automated teller machines, gaming devices, measuring instruments and electronic medical devices (collectively "display products") from the 1950s into the 2000s.[4] Since then, liquid crystal displays ("LCDs" or "TFT-LCDs") have supplanted CRTs in most display applications.[5]

### A.  Product Description

10.    A cathode ray tube ("CRT") is a funnel-shaped glass device which translates electronic video signals into visual images. The main components of a CRT are an electron gun assembly, a deflection system and a phosphor-coated screen, all encased in a large vacuum-filled glass bulb.[6]  The electron gun, placed at the rear end of the bulb, consists of a negatively charged cathode which emits electrons when heated and a positively charged anode which directs the electrons into a narrow beam and accelerates them towards the screen.[7]  The electron beam passes through a deflection

---

[4] For a brief history of CRT technology see EPA, "Computer Display Industry and Technology Profile," December 1998, pp.1 and 3-4, http://www.epa.gov/dfe/pubs/comp-dic/tech_reports/index.htm and Industry and U.S. International Trade Commission, "Industry & Trade Summary: Television Picture Tubes and Other Cathode-Ray Tubes," Publication 2877, May 1995, pp. 1 and 11, http://www.usitc.gov/publications/332/working_papers/pub2877.pdf. See also PHLP-CRT-051982-PHLP-CRT-052085 at 052057.

[5] Sakuma, Paul, "Flat panels drive old TVs from market," USA Today, October 22, 2006, http://www.usatoday.com/tech/products/gear/2006-10-22-crt-demise_x.htm; Hitachi, "Hitachi's Flat-panel TV Business Strategy," April 18, 2007, pp. 7 and 10, http://www.hitachi.com/IR-e/library/presentation/070418/070418.pdf;  PR Newswire, "Stanford Resources Experts Forecast Major Shifts in CRT monitor Marketplace," New York, October 2, 2001, http://www.prnewswire.com/news-releases/stanford-resources-expert-forecasts-major-shifts-in-crt-monitor-marketplace-73466017.html.

[6] For detailed descriptions and a schematic diagrams of the design and construction of CRTs see U.S. International Trade Commission, "Industry & Trade Summary: Television Picture Tubes and other Cathode-Ray Tubes," May 1995, pp. 1-2, http://www.usitc.gov/publications/332/working_papers/pub2877.pdf and EPA, "Computer Display Industry and Technology Profile," December 1998, pp. 12-13, http://www.epa.gov/dfe/pubs/comp-dic/tech_reports/index.htm.

[7] Polychromatic CRT tubes contain three electron guns, one for each color - red, green and blue; unlike monochromatic tubes that contain only one electron gun and produce a black-and-white image. See Fleischmann, Mark, "The Big Picture," Popular Science, November 1994, pp. 84 and 92. For overviews of CRT technology see Sheppard, Laurel M. and C. Cavette, "Cathode-Ray Tube," http://www.madehow.com/Volume-2/Cathode-Ray-Tube.html#b.



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

system that aims it vertically and horizontally, towards the right spot on the screen.[8] The screen is coated with phosphors which illuminate when the electron beam strikes. Images are produced as the incoming video signal generates electron beams of varying strengths that rapidly scan the screen up and down and back and forth, creating illumination patterns that the human eye recognizes as images.

### Figure 1: Elements of a CRT[9]



11.   This basic design of the CRT remained the same for over half a century, though technological progress and refinement of materials allowed the quality to improve over time. These improvements included reduced 'warm up' time and 'flicker', sharper images and bigger, flatter screens with minimum curvature. High definition televisions with scanning rates more than twice those of conventional systems became possible with improved electron gun design as well as new glass materials. Recent improvements include different form factors such as the 'Superslim' and 'Ultraslim' CRTs (introduced by LG Electronics and Samsung, respectively).[10]

---

[8] See PHLP-CRT-051982- PHLP-CRT-052085 at 052057.

[9] Quarkology.com, "9.4.A- Cathode Rays," http://www.quarkology.com/12-physics/94-ideas-implementation/94A-cathode-rays.html.

[10] CDRinfo, "LG Super-slim CRT set to change entry-level television market," http://lux.cdrinfo.com/Sections/News/Details.aspx?NewsId=13874; PR Newswire, "LG Philips Displays Brings SuperSlim Technology to the U.S. Market," January 6, 2005, http://www.prnewswire.com/news-releases/lgphilips-displays-brings-superslim-technology-to-the-us-market-53883862.html; Samsung,

*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

### B.  Product Varieties

of different characteristics. The two most important characteristics are the screen size and resolution. The screen size, defined as the diagonal distance measured in inches, determines the viewable area.  As depicted in Figure 2 and Figure 3 below, the most widely produced sizes for CPTs were 14, 20, 21, and 29 inches; for CDTs the most widely produced sizes were 14, 15 and 17 inches. These sizes accounted for about 70 percent of total CPT sales and about 80 percent of CDT sales during the class period.

---

"Samsung SDI Develops the "Ultra-slim and Flat CRT"," http://www.samsung.com/us/news/517.



Highly Confidential
Subject to Protective Order



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order



Highly Confidential
Subject to Protective Order

15.   CRTs were sold to electronics product manufacturers, primarily for the manufacture of computer monitors and televisions. These product manufacturers included original equipment manufacturers ("OEMs"), which sold finished products under their own brand name. Product manufacturers also included contract manufacturers ("CMs"), which made finished CRT products for other brand name sellers. There were two types of CMs, Electronics Manufacturing Services ("EMSs"), which made products according to their customers' designs and Original Design Manufacturers ("ODMs") such as TVP Technology,[13] which owned and developed the product design.[14] Defendants also sold CRTs to distributors such as TT Electronics,[15] which then resold them to smaller OEMs and CMs. Some members of the alleged conspiracy, including Hitachi, LG Electronics, Panasonic, Philips, Samsung, and Toshiba, also produced computer monitors or televisions incorporating the CRTs they manufactured.  These were sold mainly to retailers such as Best Buy, Fry's Electronics, Wal-Mart, Circuit City, and Sears.

### D. Changes in CRT Demand over Time

16.   CRT televisions were first introduced to the American public in 1939 at the World's Fair by RCA,[16] and color CRT televisions appeared in the 1950s.[17]  Until the latter part of the 1990s, CPTs were the dominant display technology used in televisions.  In

---

[13] Bloomberg, "Company Profile for TPV Technology Ltd. (903)," http://www.bloomberg.com/quote/903:HK/profile.

[14] See Weber, Austin, "Outsourcing's Alphabet Soup," Assembly Magazine, February 1, 2003, p.8, http://www.assemblymag.com/articles/82852-outsourcing-s-alphabet-soup (accessed 04/1/2013).

[15] TT Electronics, "About Us," http://www.ttelectronics.com/about/.

[16] Early Electronic Television, "The 1939 New York World's Fair," http://www.earlytelevision.org/worlds_fair.html.

[17] Early Television Museum, "Early Color Television," http://www.earlytelevision.org/color.html and Stephens, Mitchell, "History of Television," http://www.nyu.edu/classes/stephens/History%20of%20Television%20page.htm; McGinn, Kathleen, "The Story of Color Television," U.S. 1 Newspaper, November 14, 2001, http://161.58.97.168/200111/11114c01.html.



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

addition, CRT monitors became "the dominant method for interfacing with computers in the early to mid-1970's"[18] with the release of the Apple I and the Sol-20, "the first computers with factory video outputs in 1976."[19]  The CRT industry steadily grew through the end of the 20th century and in 1999 global CRT monitor sales peaked at almost $20 billion.[20]

17.    Over time, alternative display technologies have emerged and, by the end of the alleged conspiracy period, largely supplanted CRTs.  These alternatives included TFT-LCDs and Plasma Display Panels (PDPs).[21]  TFT-LCDs first emerged in the 1960's and began to be implemented in small portable devices such as digital watches and pocket calculators.[22] TFT-LCD technology quickly came to dominate the portable computer market because TFT-LCDs consume relatively little power and had a distinct advantage in terms of size and weight.[23] Technological advances allowed them to be manufactured in bigger sizes and to compete with CRT televisions and desktop computer monitors as early as the 1980's, but they remained relatively expensive for many years.[24]

---

[18] Edwards, Benj, "A Brief History of Computer Displays:The Glass Teletype," PCWorld, November 1, 2010, http://www.pcworld.com/article/209224/a_brief_history_of_computer_displays.html.

[19] Edwards, Benj, "A Brief History of Computer Displays: Composite Video Out," PCWorld, November 1, 2010, http://www.pcworld.com/article/209224/a_brief_history_of_computer_displays.html.

[20] PC TechGuide, "CRT Monitors," at p. 2, http://www.pctechguide.com/06crtmon.htm.

[21] Several other technologies have emerged, including Organic Light Emitting Diodes (OLEDs), Digital Light Processing (DLP), Field Emission Displays (FEDs) and Electronic Ink Displays; however, these are far less common. Gurki, J. and L. M. Quach, "Display Technology Overview," Lytica White Paper, July 1, 2005, pp. 1-37 at p. 33.

[22] Edwards, Benj, "A Brief History of Computer Displays: The Early LCD Era," PCWorld, November 1, 2010, http://www.pcworld.com/article/209224/a_brief_history_of_computer_displays.html.

[23] Pablo, Fuchs, "Scales are tilting in favour of TFT-LCDs," *Computer Dealer News*, Vol 18., No. 15 (August 16, 2002), pp. 19-20.

[24] Ibid.

[25] Reuters, "LCD price-fixing investigation grows," December 12, 2006, http://news.cnet.com/LCD-price-fixing-investigation-grows/2100-1047_3-6142839.html; Neowin Forums, "LCD Price-Fixing Probe Widens,"



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

19.     PDPs were also much thinner than CRT displays, at only 15-20 cm thick.[28] PDPs initially had an advantage over TFT-LCDs in being able to display high image-quality at large sizes.[29] However, PDPs were almost exclusively available in sizes above 34", consumed more power than both CRT and TFT-LCDs and had exceedingly fragile screens.[30]

20.     Over time, as TFT-LCD technology improved and became cheaper, CRT sales began to wane.[31] In 2005, even as overall TV sales grew dramatically, sales of "more analog-oriented, direct-view CRT TVs" were declining.[32] In December 2005, Matsushita Electric Ind. Co. Ltd. announced that it would shut down two of its CRT-producing subsidiaries.[33] In July 2006, Panasonic Taiwan announced a plan to completely stop manufacturing CRT TVs within three years.[34] In the fourth quarter of 2007,

---

December 12, 2006, http://www.neowin.net/forum/topic/520907-lcd-price-fixing-probe-widens/.

[28] Gurki, J. and L. M. Quach, "Display Technology Overview," Lytica White Paper, July 1, 2005, pp1-37, p. 26.

[29] Pitchford, Leanne, "Plasma Display Panels," Coalition for Plasma Science, 2004, p. 2.

[30] Gurki, J. and L. M. Quach, "Display Technology Overview," Lytica White Paper, July 1, 2005, pp. 1-37,  p. 26.

[31] See Semenza, Paul, "A New Chapter for the Display Market," Information Display, 2010, pp. 1-2, http://www.sidmembers.org/idonline/article.cfm?year=2010&issue=05&file=art8 and Fuchs, Pablo, "Scales are tilting in favour of TFT-LCDS," *Computer Dealer News*, Vol. 18., No. 15 (August 16, 2002), pp.19-20.

[32] Tarr, Greg, "Manufacturers Expecting Banner TV Year," Twice, July 11, 2005.

[33] EE Times-Asia, "MTPD to stop operations of two subsidiaries," December 02, 2005, http://www.eetasia.com/ART_8800398649_480700_NT_fdae735c.HTM.

[34] Chuang, Emily, "Panasonic Taiwan to halt CRT TV production in 2-3 years," DigiTimes,  July 31, 2006, http://www.digitimes.com/news/a20060731VL201.html.



Highly Confidential
Subject to Protective Order

shipments of TFT-LCD TVs surpassed CRT TV shipments, for the first time in the history of CRTs.[35]  In early 2008, Chunghwa Picture Tubes, Ltd. announced the shut-down of its CRT plants in mainland China.[36]

## IV.    Overview of the Alleged Conspiracy

### A. Organization and Operation

---

[35] Murph, Darren, "Worldwide TFT-LCD TV shipments surpass CRTs for first time ever," Engadget, February 19, 2008.

[36] EMSNow, "CPT closes CRT/CDT production lines in Mainland China" February 06, 2008, http://www.emsnow.com/newsarchives/archivedetails.cfm?ID=21702.

[38] Direct Purchaser Plaintiffs' Consolidated Amended Complaint, March 16, 2009 (Direct Amended Complaint), p. 2.



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

# Pages 14-37 SUBMITTED UNDER SEAL

Highly Confidential
Subject to Protective Order

# VIII. Class-Wide Overcharges

## A. Feasibility of Formulaic Overcharge Calculations

61.     One method of examining the effect of a price-fixing conspiracy, widely recognized in the economic literature,[113] is to compare pricing during the period in which the conspiracy operated to pricing beforehand and (or) afterwards.[114]  This is commonly referred to as a "before/after" analysis.  I believe that this kind of analysis can be used in this case to calculate the Class's overcharges in a formulaic manner.

62.     There are various methods of comparison that can be employed in before/after analysis.  In some cases, a simple comparison of price levels between periods in which the conspiracy operated with levels in which it did not operate may suffice.  In other cases, other market factors in addition to the conspiracy may impact prices during the period in question.  When that is likely, more sophisticated methods are used to isolate the effects of the conspiracy.

63.     One such method is to employ regression analysis to simultaneously estimate the market relationships between prices, market demand and supply variables and the presence of the conspiracy.  In essence, this kind of regression analysis provides an estimate of the impact of the alleged conspiracy on prices, holding constant the effects of other supply/demand factors.  Regression analysis of this sort (often referred to as "reduced form" models or modeling) is widely employed by economists.[115]

---

[113] For a review of well-established methods of economic analysis used to estimate damages in price-fixing litigation see: Connor, J. M., "Forensic economics: an introduction with special emphasis on price fixing," *Journal of Competition Law and Economics* 4.1 (2008): 31-59 and  Davis, P., and E. Garcés, *Quantitative techniques for competition and antitrust analysis*, Princeton: University Press, 2009, pp. 347-381. See also Rubinfeld D. L., "Antitrust Damages," Research Handbook on the Economics of Antitrust Law, Einer Elhauge editor, November 21, 2009.

[114] In some cases, data may not be available for periods of time either before or after the alleged conspiracy that are completely free from its effects.  However,  the available data may allow one to compare periods in which the alleged conspiracy was fully effective with periods in which it was only partially so, in which case one can estimate a lower bound on the overcharges created by the alleged conspiracy.

[115] See e.g., Nieberding, J. F., "Estimating Overcharges In Antitrust Cases Using A Reduced-Form Approach: Methods and Issues," *Journal of Applied Economics*, Vol. IX, No. 2 (Nov 2006), pp. 361-380; Chouinard, H. H., and J. M. Perloff, "Gasoline Price Differences: Taxes, Pollution Regulation, Mergers, Market Power, and

---



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

# **Page 39**
# **SUBMITTED**
# **UNDER SEAL**

Highly Confidential
Subject to Protective Order

67.     This method for estimating total overcharges is formulaic in nature.  It employs the transaction data provided by the Defendants, measures for changing supply and demand conditions (which are, of course, market-wide in nature) and a reduced form model specification (which the expert supplies based upon an understanding of this market, professional training and experience).  All of these elements are common and class-wide in nature.

68.     This method for estimating overcharges is feasible in this case.  There is transaction data reflecting prices; measures for other supply and demand factors that might influence prices are available; and there is nothing to suggest that standard approaches to reduced form modeling and estimation would not work in this case.  In order to demonstrate this feasibility, I have constructed a reduced form model and used it to estimate overcharges.  The results are preliminary and, inasmuch as final opinions about overcharges will be provided at the merits stage of this case, intended simply to demonstrate the feasibility of the approach.  I describe and present the results below.

# Pages 41-50
# SUBMITTED
# UNDER SEAL

Highly Confidential
Subject to Protective Order

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  This declaration was executed on the 14th day of May at Los Angeles, California.

_____

Jeffrey J. Leitzinger
May 14, 2013

Highly Confidential
Subject to Protective Order

### APPENDIX A.  CRT Manufacturers

85.   **Chunghwa Entities:** Chunghwa Picture Tubes, Ltd., or "Chunghwa PT," was established in 1971[134] by the Tatung Corporation and at one point was the largest domestic Taiwanese CRT manufacturing company.[135] Chunghwa Picture Tubes (Malaysia), or "Chunghwa Malaysia," is a Malaysian subsidiary of Chunghwa PT.[136]

86.   **Orion Entities:** Orion Electric Company, owned by the Daewoo group, was one of Korea's largest CRT manufactures until it filed for bankruptcy in 2004.[137] In 1995 approximately 85% of its one billion sales was in color picture tubes and color display tubes.[138] Orion Electric was involved in many joint-ventures including a joint-venture with Daewoo Electronics in French CRT manufacturer Daewoo-Orion Société Anonyme, or "DOSA."[139] Daewoo International Corporation, or "Daewoo International," is a Korean corporation[140] that manufactured CRT Products. Daewoo Electronics Corporation, formerly Daewoo Electronics Company, or "Daewoo Electronics" is a South Korean subsidiary of Daewoo International[141] and part of the Daewoo Group.[142] Daewoo Electronics, along with its subsidiaries and affiliates,

---

[134] See Chunghwa Picture Tubes, Ltd.,  "Company Profile," 2006, http://www.cptt.com.tw/cptt/english/index.php?option=com_content&task=view&id=13&Itemid=32.

[135] Pecht, M. and C.S. Lee,  "Flat Panel Displays: What's Going on in East Asia Outside Japan,"  pp. 2 and 16, http://www.calce.umd.edu/general/AsianElectronics/Articles/DISPLAY.htm.

[136]Chunghwa Picture Tubes, Ltd. and Subsidiaries, "Consolidated Financial Statements for the Six-Month Periods Ended June 30, 2005 and 2006 with Review Report of Independent Auditors (Unaudited)," August 21, 2006, p. 9, http://www.cptt.com.tw/cptt/chinese/backend/files/CPTQRen_06Q2con.pdf.

[137] Somers, Bailey, "Daewoo Granted Chapter 15 Protection," Law360, October 23, 2006, http://www.law360.com/articles/12214/daewoo-granted-chapter-15-protection.

[138] Pecht, M. and C. S. Lee,  "Flat Panel Displays: What's Going on in East Asia Outside Japan,"  p. 7, http://www.calce.umd.edu/general/AsianElectronics/Articles/DISPLAY.htm.

[139] Ibid.

[140] Daewoo, "Overview," http://www.daewoo.com/english/company/overview.jsp.

[141] Daewoo International Corporation, "Electronic Industry Division," http://www.daewoo.com/english/business/electronics.jsp?nav=2_2_4 and Daewoo International Corporation, "Electronic Industry Division Team and Item," http://www.daewoo.com/english/online/brand/item.jsp?d_id=11.

[142] Also includes Daewoo Electronics, Daewoo Telecom Company, Daewoo Corporation and Orion Electric Components Company.



Highly Confidential
Subject to Protective Order

manufactured and sold both CRTs and CRT Products.[143] In December 1995, Daewoo, along with Toshiba Corporation and other entities, formed P.T. Tosummit Electronic Devices Indonesia, or "TEDI," an Indonesian CRT manufacturer.[144]

87. **Hitachi Entities:** Hitachi, Ltd. is the Japanese parent company for Hitachi brand CRT Products. [145] Hitachi Displays was a Japanese subsidiary of Hitachi, Ltd. and formerly part of "Mobara Works of Hitachi, Ltd.," that manufactured CRT Products.[146] Hitachi America, Ltd. is an American subsidiary of Hitachi, Ltd. that sold and distributed CRT Products. [147] Hitachi Electronic Devices (USA), or "HEDUS," is an American subsidiary of Hitachi, Ltd. that manufactured CRT Products. [148] Hitachi Asia, Ltd., or "Hitachi Asia" is a Singaporean subsidiary of Hitachi that manufactured CRT Products.[149] Shenzhen SEG Hitachi Color Display Devices, Ltd., or "Hitachi Shenzhen," is a Chinese subsidiary of Hitachi, Ltd. that manufactured, sold and distributed CRT Products.[150]

88. **Irico Entities:** Irico Group Corporation or "IGC" is the Chinese parent company for several subsidiaries that manufactured CRTs and CRT Products, including Irico

---

[143] Pecht, M. and C. S. Lee,  "Flat Panel Displays: What's Going on in East Asia Outside Japan,"  p. 7, http://www.calce.umd.edu/general/AsianElectronics/Articles/DISPLAY.htm.

[144] Toshiba, "Toshiba's Joint Venture in Indonesia Starts Manufacturing Color Picture Tubes for TVs," June 24, 1996, http://www.toshiba.co.jp/about/press/1996_06/pr2401.htm ;Toshiba, "Toshiba Establishes Joint Venture in Indonesia to Manufacture and Market TV Color Picture Tubes," March 10, 1995, http://www.toshiba.co.jp/about/press/1995_03/pr1001.htm.

[145] Hitachi Displays, "History: from 1991 to Today," http://www.hitachi-displays.com/en/company/history/2012176_18547.html.

[146] Ibid.

[147] Hitachi in U.S.A., "Legacy Products,"  http://www.hitachi.us/products/legacy/.

[148] Hitachi America, Ltd., "Products and Services: Consumer Electronics," http://www.hitachi-america.us/.

[149] Hitachi, "Hitachi in Singapore," http://www.hitachi.com.sg/about/hitachi/index.html. Hitachi, "Hitachi to Withdraw from CRTs for PC Monitors," July 26, 2001, http://www.hitachi.com/New/cnews/E/2001/0726b/.

[150] Chinabidding.com, "Hitachi Subsidiary Sets Up Shenzhen Office," March 02, 2006, http://www.chinabidding.com/news.jhtml?method=detail&channelId=277&docId=528867; Businessweek, "Company Overview of Shenzhen SEG Hitachi Color Display Devices Co., Ltd.," http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=38948436.



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

Group Electronics Col, Ltd., or "IGE," and Irico Display Devices Co., Ltd., or "IDDC."[151]

89.   **LG Electronics Entities:** LG Electronics, Inc., or "LGE" a South Korean entity, is a leading global manufacturer of consumer electronics products including televisions, computers and home appliances. LGE also produces and sells CPTs and CDTs.[152] In 2001 LGEI partnered[153] 50/50 with Koninklijke Philips Electronics N.V. to create LG. Philips Displays, "LPD," which encompassed both founders' CRT production and sales activities.[154] LG. Philips Displays became the independent company LP Displays International, Ltd. on April 1, 2007.[155] LGE manufactured, sold and distributed CRTs and CRT Products, independently and through subsidiaries LG Electronics USA, or "LGEUSA," LG Electronics Taiwan Taipei Co., Ltd., or "LGETT," LP Displays International, Ltd., or "LP Displays."

90.   **Panasonic Entities:** Panasonic Corporation, known as Matsushita Electric Industrial Co, Ltd., or "MEI," until 2008[156], is a Japanese entity most known for its Panasonic brand.[157] It is also the primary owner of the CRT manufacturing company MT Picture Display Co., Ltd., or "MTPD," which began in 2003 as a joint venture with

---

[151] Irico Group Corporation, "About Irico," p. 4,
http://www.ch.com.cn/english/txt.jsp?urltype=tree.TreeTempUrl&wbtreeid=1459.

[152] PHLP-CRT-051982- PHLP-CRT-052085 at 52055-56

[153] PHLP-CRT-051982 - PHLP-CRT-052085 at 51998; A.A.M. Deterink,  "Trustee's First Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V.," March 1, 2006, pp. 6-8,
http://deterinklive.com/nl/download/?file=workspace/uploads/faillissementsverslagen/lg_verslag1en_0103 2006.pdf.

[154] PHLP-CRT-051982- PHLP-CRT-052085 at 51998 and 52008-52009; Businessweek, "Company Overview of LG Philips Displays Korea Co., Ltd.,"
http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=6453976.

[155] Businessweek, "Company Overview of LP Displays,"
http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=1492342; Tarr, Greg, "CRT Maker LG. Philips Displays Changes Names," Twice, March 16, 2007,
http://www.twice.com/news/crt-maker-lgphilips-displays-changes-name-0.

[156] Matsushita Electric Industrial Co., Ltd., "Form 6-K," June 02, 2008, p. 4.

[157] Panasonic, "Matsushita Electric (Panasonic) and TCL Holdings Sign Collaborative Agreement on Consumer Electronics," April 9, 2002, http://panasonic.net/ir/relevant/en020409-4/en020409-4.html.



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

Toshiba Corporation, but which MEI purchased entirely in 2007.[158] MEI sold and distributed CRT Products as well as CRTs.[159] Matsushita Electronics Corporation (Malaysia) Sdn Bhd., or "Matsushita Malaysia," is a Malaysian subsidiary of MTPD, that sold and distributed MEI-manufactured CRT Products.[160] Panasonic Corporation of North America, or "PCNA," is an American subsidiary of Panasonic Corporation that sold and distributed CRT Products.[161] Panasonic Consumer Electronics Co., or "PACEC," is an American division[162] of PCNA that sold and distributed CRT Products.[163]

91.    **Philips Entities:** Koninklijke Philips Electronics N.V., or "Royal Philips," is a Dutch electronics company, and co-owner[164] of LPD with LG Electronics, as described above. Royal Philips manufactured CRT Products before the joint venture with LG Electronics with CPT sales accounting for a majority of total CRT revenue.[165] Subsidiaries of Royal Phillips that manufactured, sold and distributed CRT Products include  Philips Electronics Industries Ltd., or "PEIL," Philips Electronics North America, or "Philips America,"  Philips Consumer Electronics Co., or "PCEC,"

---

[158] SEC, "Panasonic Corporation: Form 20-F," March 31, 2011, p. 25, http://www.sec.gov/Archives/edgar/data/63271/000119312511178201/d20f.htm#rom123323_46; Toshiba, "Closure of MT Picture Display (M) Sdn. Bhd.," IR News, July 26, 2006, http://www.toshiba.co.jp/about/ir/en/news/20060726.htm.

[159] See CHU00028441.01E- CHU00028446E at 28444E and 28446E.

[160] Toshiba, "Closure of MT Picture Display (M) Sdn. Bhd.," IR News, July 26, 2006, http://www.toshiba.co.jp/about/ir/en/news/20060726.htm.

[161] Panasonic USA, "Company Profile," http://www.panasonic.com/about/overview.asp.

[162] Businessweek, "Company Overview of Panasonic Consumer Electronics Company," http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=7827825.

[163] Panasonic USA, "Consumer Search Results: "CRT TVs"," http://shop.panasonic.com/search/?siteView=DEFAULT&q=crt%20tvs, accessed January 9, 2012.

[164] PHLP-CRT-051982 - PHLP-CRT-052085 at 51998; A.A.M. Deterink, "Trustee's First Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V.," March 1, 2006, pp. 6-8, http://deterinklive.com/nl/download/?file=workspace/uploads/faillissementsverslagen/lg_verslag1en_01032006.pdf.

[165] PHLP-CRT-051982-PHLP-CRT-052085 at 052004 and 052053.

---



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Philips Electronics Industries (Taiwan), Ltd., or "Philips Taiwan," and Philips da Amazonia Industria electronic Ltda., or "Philips Brazil."[166]

92.     **Samsung Entities:** Samsung Electronics Co., Ltd., or "SEC," is a South Korean company that  manufactured, sold and distributed of CRTs and CRT Products independently and through several subsidiaries including, Samsung Electronics America, Inc., or "SEAI," Samsung SDI (Malaysia) Sdn Bhd., or "Samsung Malaysia," Samsung SDI Co., Ltd., "Samsung SDI," Samsung SDI America, Inc., or "Samsung America,"  Samsung SDI Mexico S.A. de C.V., or "Samsung SDI Mexico," Samsung SDI Brazil Ltd., or "Samsung SDI Brazil," Shenzhen Samsung SDI Co., Ltd., or "Samsung SDI Shenzhen," and Tianjin Samsung SDI Co., Ltd., or "Samsung SDI Tianjin."[167]

93.     **Thai CRT:** Thai CRT Company, Ltd., or "Thai CRT," is a Thai CRT manufacturer, and, a subsidiary of Siam Cement Group.[168]

94.     **Toshiba Entities:** Toshiba Corporation, or "TC," is a Japanese CRT manufacturer and co-owner[169] of Matsushita Toshiba Picture Display Co., Ltd., as previously described. [170] Toshiba America, Inc., or "Toshiba America,"  Toshiba America Consumer Products LLC, or "TACP," Toshiba America Consumer Products, Inc., or "TACPI," Toshiba America Electronic Components, Inc., or "TAEP," and Toshiba

---

[166]  Koninklijke Philips Electronics N.V., "Form 20-F: Exhibit 8," December 31, 2011, pp. 1, 9, 13 and 15, http://www.sec.gov/Archives/edgar/data/313216/000095012311015455/u10449exv8.htm.

[167] Samsung Electronics Co., Ltd. and Subsidiaries, "Notes to the Consolidated Financial Statements,"2012 Quarter 1, pp. 14-18, http://www.samsung.com/us/aboutsamsung/ir/financialinformation/auditedfinancialstatements/downloads/consolidated/2012_con_quarter01_note.pdf . Samsung SDI, "Overseas Plants," http://www.samsungsdi.com/intro/c_7_2_1_5P.html.

[168] The Siam Cement Group, "Thai CRT Co., Ltd. (TCRT) Restructures Ownership," February 16, 2005, http://www.scg.co.th/en/04investor_governance/03_investors_news/detail.php?ContentId=28.

[169] Toshiba, "Closure of MT Picture Display (M) Sdn. Bhd.," IR News, July 26, 2006, http://www.toshiba.co.jp/about/ir/en/news/20060726.htm.

[170] Toshiba America, "Inside Toshiba," http://www.toshiba.com/tai/about_us.jsp; Block, Ryan, "Toshiba killing CRTs and analog tuners," Engadget, February 21, 2006, http://www.engadget.com/2006/02/21/toshiba-killing-crts-and-analog-tuners/; PHLP-CRT-051982-PHLP-CRT-052085 at 52068-52069.



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

America Information Systems, Inc., or "TAIP," are all American subsidiaries that manufactured, sold and distributed CRT Products.[171]  Toshiba Display Devices (Thailand) Company, Ltd., or "TDDT," is a Thai subsidiary of TC that sold and distributed CRT Products.[172]

95.   **Joint Ventures:** MT Picture Display Co., Ltd., formerly Matsushita Toshiba Picture Display Co., Ltd., or "MTPD," is a Japanese CRT manufacturer co-owned by Panasonic Corporation and Toshiba. [173] However, MTPD became a full subsidiary of MEI in 2007.[174] Beijing-Matsushita Color CRT Company, Ltd., or "BMCC," is a Chinese manufacturer of CRTs, founded as a joint venture between Panasonic and Beijing, People's Republic of China.[175]  LG. Philips Displays, or "LPD," was a joint venture between LGEI and Koninklijke Philips Electronics N.V. as described above. LG. Philips Displays became the independent company LP Displays International, Ltd. on April 1, 2007.[176]

---

[171] Toshiba America, "Inside Toshiba," http://www.toshiba.com/tai/about_us.jsp; Toshiba, "Toshiba in the Americas,"  http://www.toshiba.com/tai/americas/us.jsp.

[172] Toshiba, "Toshiba Display Devices (Thailand) Celebrates 7th Anniversary with Start of Full-Scale Manufacturing of Color Display Tubes," August 29, 1995, http://www.toshiba.co.jp/about/press/1995_08/pr2901.htm.

[173] Toshiba, "Closure of MT Picture Display (M) Sdn. Bhd.," IR News, July 26, 2006,http://www.toshiba.co.jp/about/ir/en/news/20060726.htm.

[174] Panasonic Corporation, "Panasonic Form 20-F," March 31, 2011, http://www.sec.gov/Archives/edgar/data/63271/000119312511178201/d20f.htm#rom123323_46, P. 24.

[175] Panasonic, "Panasonic History: 1987 Joint Venture Company Beijing established," http://http://panasonic.net/history/corporate/chronicle/1987-01.html.

[176] Businessweek, "Company Overview of LP Displays," http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=1492342; Tarr, Greg, "CRT Maker LG. Philips Displays Changes Names," Twice, March 16, 2007, http://www.twice.com/news/crt-maker-lgphilips-displays-changes-name-0.



*Expert Report of Jeffrey J. Leitzinger, Ph.D.*

**Exhibit 1**
**Page 1 of 10**



**Dr. JEFFREY J. LEITZINGER**
*Managing Director*
**Los Angeles, California**
**Tel: 213 624 9600**


**EDUCATION**

Ph.D., Economics, University of California, Los Angeles
M.A., Economics, University of California, Los Angeles
B.S., Economics, Santa Clara University

**WORK EXPERIENCE**

*Econ One Research, Inc.*, President, July 1997 to date
Founded *Econ One Research, Inc.,* 1997

*Micronomics, Inc.,* President and CEO, 1994-1997
*Micronomics, Inc.*, Executive Vice President, 1988-1994
Cofounded *Micronomics, Inc.*, 1988

*National Economic Research Associates, Inc. 1980-1988*
(Last position was Senior Vice President and member of the Board
of Directors)

*California State University, Northridge*, Lecturer, 1979-1980

**AREAS OF EXPERTISE**

Has offered expert testimony regarding:

- Competition economics

- Commercial damages

- Econometrics and statistics

- Intellectual property

- Valuation

**Dr. Jeffrey J. Leitzinger**
*Managing Director*                                             **Page 2 of 10**

## INVITED PRESENTATIONS

Developments in Antitrust Cases Alleging Delayed Generic Competition in the Pharmaceutical Industry, *American Antitrust Institute,* 5th Annual Future of Private Antitrust Enforcement Conference, December 2011.

Class Certification and Calculation of Damages, *American Bar Association*, Section of Antitrust Law and *International Bar Association*, 8th International Cartel Workshop, February 2010.

Class Certification Discussion and Demonstration, *American Bar Association,* Section of Antitrust Law, The Antitrust Litigation Course, October 2007.

Antitrust Injury and the Predominance Requirement in Antitrust Class Actions, *American Bar Association*, Houston Chapter, April 2007.

Class Certification Discussion and Demonstration, *American Bar Association,* Section of Antitrust Law, The Antitrust Litigation Course, October 2005.

What Can an Economist Say About The Presence of Conspiracy?, *American Bar Association,* Antitrust Law, The Antitrust Litigation Course, October 2003.

Lessons From Gas Deregulation, *International Association for Energy Economics,* Houston Chapter, December 2002.

A Retrospective Look at Wholesale Gas Industry Restructuring, *Center for Research in Regulated Industries*, 20th Annual Conference of the Advanced Workshop in Regulation and Competition, May 2001.

The Economic Analysis of Intellectual Property Damages, *American Conference Institute,* 6th National Advanced Forum, January 2001.

Law and Economics of Predatory Pricing Under Federal and State Law, *Golden State Antitrust and Unfair Competition Law Institute*, 8th Annual Meeting, October 2000.

Non-Price Predation--Some New Thinking About Exclusionary Behavior, *Houston Bar Association*, Antitrust and Trade Regulation Section, October 2000.

After the Guilty Plea:  Does the Defendant Pay the Price in the Civil Damage Action, *American Bar Association*, Section of Antitrust Law, 48th Annual Spring Meeting, April 2000.

Economics of Restructuring in Gas Distribution, *Center for Research in Regulated Industries*, 12th Annual Western Conference, July 1999.

A Basic Speed Law for the Information Superhighway, *California State Bar Association*, December 1998.

**Dr. Jeffrey J. Leitzinger**
*Managing Director*                                                      **Page 3 of 10**

## INVITED PRESENTATIONS (cont'd.)

Innovation in Regulation, *Center for Research in Regulated Industries*, 11th Annual Western Conference, July/September 1998.

Electric Industry Deregulation: What Does The Future Hold?, *Los Angeles Headquarters Association,* November 1996.

Why Deregulate Electric Utilities?, *National Association of Regulatory Utility Commissioners*, November 1995.

Restructuring U.S. Power Markets: What Can the Gas Industry's Experience Tell Us?, *National Association of Regulatory Utility Commissioners*, July 1995.

Natural Gas Restructuring: Lessons for Electric Utilities and Regulators, *International Association for Energy Economics*, May 1995.

Techniques in the Direct and Cross-Examination of Economic, Financial, and Damage Experts, *The Antitrust and Trade Regulation Law Section of the State Bar of California and The Los Angeles County Bar Association*, 2nd Annual Golden State Antitrust and Trade Regulation Institute, October 1994.

Demonstration: Deposition of Expert Witnesses and Using Legal Technology, *National Association of Attorneys General*, 1994 Antitrust Training Seminar, September 1994.

Direct and Cross Examination of Financial, Economic, and Damage Experts, *The State Bar of California, Antitrust and Trade Regulation Law Section,* May 1994.

Price Premiums in Gas Purchase Contracts, *International Association for Energy Economics,* October 1992.

Valuing Water Supply Reliability, *Western Economic Association,* Natural Resources Section, July 1992.

Transportation Services After Order 636: "Back to the Future" for Natural Gas, Seminar sponsored by Jones, Day, Reavis & Pogue, May 1992.

The Cost of An Unreliable Water Supply for Southern California, Forum presented by Micronomics, Inc., May 1991.

Market Definition: It's Time for Some "New Learning", *Los Angeles County Bar Association,* Antitrust and Corporate Law Section, December 1989.

Market Definition in Antitrust Cases: Some New Thinking, *Oregon State Bar,* Antitrust Law Section, March 1987.

**Dr. Jeffrey J. Leitzinger**
*Managing Director*                                                  **Page 4 of 10**

**INVITED PRESENTATIONS** (cont'd.)

Future Directions for Antitrust Activity in the Natural Gas Industry, *International Association of Energy Economists*, February 1987.

Information Externalities in Oil and Gas Leasing, *Western Economic Association Meetings*, Natural Resources Section, July 1983.

Economic Analysis of Offshore Oil and Gas Leasing, *Western States Land Commissioners Association*, December 1982.

**PUBLISHED ARTICLES**

"The Predominance Requirement for Antitrust Class Actions--Can Relevant Market Analysis Help?," American Bar Association, Section of Antitrust Law, *Economics Committee Newsletter*, Volume 7, No. 1, Spring 2007.

"Gas Line Economic?," *Petroleum News, Volume 11, No. 25,* June 2006.

"A Retrospective Look at Wholesale Gas: Industry Restructuring," *Journal of Regulatory Economics,* January 2002.

"Balance Needed in Operating Agreements as Industry's Center of Gravity Shifts to State Oil Firms," *Oil & Gas Journal*, October 2000.

"What Can We Expect From Restructuring In Natural Gas Distribution?" *Energy Law Journal*, January 2000.

"Gas Experience Can Steer Power Away from Deregulation Snags," *Oil & Gas Journal,* August 1996.

"Anatomy of FERC Order 636: What's out, What's in," *Oil & Gas Journal*, June 1992.

"Antitrust II – Future Direction for Antitrust in the Natural Gas Industry," *Natural Gas*, November 1987.

"Information Externalities in Oil and Gas Leasing," *Contemporary Policy Issues*, March 1984.

"Regression Analysis in Antitrust Cases:  Opening the Black Box," *Philadelphia Lawyer*, July 1983.

"Foreign Competition in Antitrust Law," *The Journal of Law & Economics*, April 1983.

**Dr. Jeffrey J. Leitzinger**
*Managing Director*                                                **Page 5 of 10**


## REGULATORY SUBMISSIONS

In the Matter of the Application of Southern California Gas Company Regarding Year Six (1999-2000) Under its Experimental Gas Cost Incentive Mechanism and Related Gas Supply Matters; A.00-06-023, Public Utilities Commission of the State of California, November 2001.

Sempra Energy and KN Energy, Incorporation; Docket No. EC99-48-000 (Affidavit and Verified Statement), Federal Energy Regulatory Commission, March/May 1999.

Rulemaking on the Commission's Own Motion to Assess and Revise the Regulatory Structure Governing California's Natural Gas Industry (Market Conditions Report), Public Utilities Commission of the State of California, July 1998.

In the Matter of the Application of Pacific Enterprises, Enova Corporation, et al. for Approval of a Plan of Merger Application No. A. 96-10-038, Public Utilities Commission of the State of California, August/October 1997.

In re: Koch Gateway Pipeline Company; Docket No. RP 97-373-000, Federal Energy Regulatory Commission, May/October 1997 and February 1998.

In the Matter of the Application of Sadlerochit Pipeline Company for a Certificate of Public Convenience and Necessity; Docket No. P-96-4, Alaska Public Utilities Commission, May 1996.

Public Funding of Electric Industry Research, Development, and Demonstration (RD&D) Under Partial Deregulation, California Energy Commission, January 1995.

NorAm Gas Transmission Company; Docket No. RP94-343-000, Federal Energy Regulatory Commission, August 1994/June 1995.

Natural Gas Vehicle Program; Investigation No. 919-10-029, California Public Utilities Commission, July 1994.

Transcontinental Gas Pipe Line Corporation; Docket No. RP93-136-000 (Proposed Firm-to-the-Wellhead Rate Design), Federal Energy Regulatory Commission, January 1994.

In re: Sierra Pacific's Proposed Nomination for Service on Tuscarora Gas Pipeline; Docket No. 93-2035, The Public Service Commission of Nevada, July 1993.

Employment Gains in Louisiana from Entergy-Gulf States Utilities Merger, Louisiana Public Utilities Commission, December 1992.

## REGULATORY SUBMISSIONS (cont'd.)

Employment Gains to the Beaumont Area from Entergy-Gulf States Utilities Merger, Texas Public Utilities Commission, August 1992.

Transcontinental Gas Pipe Line Corporation; Docket No. RS 92-86-000 (Affidavit regarding Transco's Proposed IPS Service), Federal Energy Regulatory Commission, June 1992.

In Re: Pipeline Service Obligations; Docket No. RM91-11-000; Revisions to Regulations Governing Self-Implementing Transportation Under Part 284 of the Commission's Regulations; Docket No. RM91-3-000; Revisions to the Purchased Gas Adjustment Regulations; Docket No. RM90-15-000, Federal Energy Regulatory Commission, May 1991.

In the Matter of Natural Gas Pipeline Company of America; Docket No. CP89-1281 (Gas Inventory Charge Proposal), Federal Energy Regulatory Commission, January 1990.

In the Matter of United Gas Pipeline Company, UniSouth, Cypress Pipeline Company; Docket No. CP89-2114-000 (Proposed Certificate of Storage Abandonment by United Gas Pipeline Company), Federal Energy Regulatory Commission, December 1989.

In the Matter of Tennessee Gas Pipeline Company; Docket No. CP89-470 (Gas Inventory Charge Proposal), Federal Energy Regulatory Commission, July 1989.

In the Matter of Take-Or-Pay Allocation Proposed by Mississippi River Transmission Corporation, Federal Energy Regulatory Commission, March 1988.

In the Matter of Natural Gas Pipeline Company of America: Docket No.RP87-141-000 (Gas Inventory Charge Proposal), Federal Energy Regulatory Commission, December 1987.

In the Matter of Application of Wisconsin Gas Company for Authority to Construct New Pipeline Facilities; 6650-CG-104, Public Service Commission, State of Wisconsin, August 1987.

Trans-Alaska Pipeline System: Docket Nos. OR 78-1-014 and OR 78-1-016 (Phase 1 Remand), Federal Energy Regulatory Commission, October 1983.

**Dr. Jeffrey Leitzinger**
**May 2009 – April 2013**

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 1. | Columbus Drywall & Insulation, Inc., et al. v. Masco Corporation, et al. | U.S. District Court, Northern District of Georgia, Atlanta Division | Civil Action No. 1:04-CV-3066-JEC | Deposition Deposition | November 2006 December 2009 | Plaintiff |
| 2. | City of San Antonio, Texas, et al. v. Hotels.com, L.P., et al. | United States District Court, Western District of Texas, San Antonio Division | Case No. SA-06-CV-381-OLG | Deposition Hearing Deposition Trial | March 2007 May 2007 August 2008 October 2009 | Plaintiff |
| 3. | Jim Hood, Attorney General ex rel. State of Mississippi v. Microsoft Corporation | Chancery Court of Hinds County, Mississippi, First Judicial District | Civil Action No. G2004-1542 | Deposition | May 2009 | Plaintiff |
| 4. | The State of Texas v. Merck & Co., Inc. | District Court, Travis County, Texas, 345th Judicial District | Docket No. D-1-GV-05-003021 | Deposition | July 2009 | Plaintiff |
| 5. | The State of California, ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al. | U.S. District Court, District of Massachusetts | MDL No. 1456 | Deposition | September 2009 | Plaintiff |
| 6. | Universal Delaware, Inc., et al., on behalf of themselves and all others similarly situated v. Comdata Corporation | U.S. District Court, Eastern District of Pennsylvania | Civil Action No. 07-1078-JKG | Deposition | October 2009 | Plaintiff |
| 7. | Sun-Rype Products Ltd. and Wendy Weberg v. Archer Daniels Midland Company, et al. | Supreme Court of British Columbia | Docket No. L051456 | Deposition | February 2010 | Plaintiff |

**Econ One Research, Inc.**
**Los Angeles, California**
**Page 8 of 10**

**Dr. Jeffrey Leitzinger**
**May 2009 – April 2013**

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date | On Behalf Of |
|---|---|---|---|---|---|
| 8. In Re: Flonase Direct Purchaser Antitrust Litigation | U.S. District Court, Eastern District of Pennsylvania | Case No. 2:08-CV-03149 | Deposition Deposition | March 2010 March 2012 | Plaintiff |
| 9. In Re: Wellbutrin XL Antitrust Litigation | U.S. District Court, Eastern District of Pennsylvania | Case No. 2:08-CV-2431 | Deposition Deposition Deposition | March 2010 April 2011 November 2011 | Plaintiff |
| 10. ConocoPhillips Petrozuata B.V., ConocoPhillips Hamaca B.V., ConocoPhillips Gulf of Paria B.V., and ConocoPhillips Company v. The Bolivarian Republic of Venezuela | The International Centre for Settlement of Investment Disputes | Case No. ARB/07/30 | Hearing | June 2010 | Respondent |
| 11. Mobil Cerro Negro, Ltd. v. Petróleos de Venezuela, S.A. and PDVSA Cerro Negro S.A. | The International Court of Arbitration of the International Chamber of Commerce | Case No. 15416/JRF | Hearing | September 2010 | Respondent |
| 12. CNA Holdings, Inc. and Celanese Americas Corporation v. Kaye Scholer, LLP and Robert A. Bernstein | U.S. District Court, Southern District of New York | No. 08 CV 5547 (NRB) | Deposition | December 2010 | Counterclaim-Defendant |
| 13. Neon Enterprise Software, LLC v. International Business Machines Corporation | U.S. District Court, Western District of Texas, Austin Division | No. 1:09-CV-00896-JRN | Deposition | April 2011 | Plaintiff |

Econ One Research, Inc.
Los Angeles, California
Page 9 of 10

**Dr. Jeffrey Leitzinger**
**May 2009 – April 2013**

| | Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date | On Behalf Of |
|---|---|---|---|---|---|---|
| 14. | State of Iowa v. Abbott Laboratories, et al. and The City of New York, et al. v. Abbott Laboratories, Inc., et al. | U.S. District Court, District of Massachusetts | No. 01-CV-12257-PBS | Deposition | May 2011 | Plaintiff |
| 15. | King Drug Company of Florence, Inc., et al. v. Cephalon, Inc., et al. | U.S. District Court, Eastern District of Pennsylvania | No. 06-CV-1791-MSG | Deposition | August 2011 | Plaintiff |
| 16. | Rochester Drug Co-Operative, Inc., at al. v. Braintree Laboratories | U.S. District Court, District of Delaware | Case No. 07-142 (SLR) | Deposition | October 2011 | Plaintiff |
| 17. | In Re: Wholesale Grocery Products Antitrust Litigation | U.S. District Court, District of Minnesota | Civil Action No. 09-md-02090 ADM/AJB | Deposition Hearing | December 2011 May 2012 | Plaintiff |
| 18. | Altana Pharma AG, and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd. | U.S. District Court, District of New Jersey | Civil Action No. 04-2355; 05-1966; 05-3920; 06-3672; 08-2877; (JLL) (CCC) on all | Deposition | June 2012 | Defendant |
| 19. | Apotex, Inc. and Apotex, Corp. v. Sanofi-Aventis, Sanofi-Synthelabo, Inc., Bristol-Myers Squibb Company and Bristol-Myers Squibb Sanofi Pharmaceuticals Holding Partnership | Circuit Court, Broward County, Florida, 17th Judicial Circuit | No. 11-001243 | Deposition Trial | July 2012 March 2013 | Plaintiff Plaintiff |

Econ One Research, Inc.
Los Angeles, California
Page 10 of 10

**Dr. Jeffrey Leitzinger**
**May 2009 – April 2013**

| Proceeding | Court/Commission/Agency | Docket or File | Deposition/ Trial/Hearing | Date | On Behalf Of |
|---|---|---|---|---|---|
| 20. In Re: AndroGel Antitrust Litigation | U.S. District Court, Northern District of Georgia | No. 1:09-MD-2084-TWT | Deposition | July 2012 | Plaintiff |
| 21. Tyco Healthcare Group LP, and Mallinckrodt, Inc. v. Pharmaceutical Holdings Corporation, et al. | U.S. District Court, District of New Jersey | Civil Action No. 07-CV-1299 (SRC)(MAS) | Deposition | August 2012 | Plaintiff |
| 22. Allergan, Inc., et al. v. Athena Cosmetics, Inc., et al. | U.S. District Court, Central District of California, Southern Division | Case No. SACV07-1316 JVS (RNBx); Case No. SACV09-0328 JVS (RNBx) | Deposition | February 2013 | Defendant |
| 23. Mylan Pharmaceuticals, Inc., et al. v. Warner Chilcott Public Limited Company, et al. | U.S. District Court, Eastern District of Pennsylvania | CIV No. 12-3824 | Deposition | April 2013 | Plaintiff |

# Exhibit 2
## (List of Materials Relied Upon)
# SUBMITTED
# UNDER SEAL