Guido Saveri (22349)
guido@saveri.com
R. Alexander Saveri (173102)
rick@saveri.com
Geoffrey C. Rushing (126910)
grushing@saveri.com
Travis L. Manfredi (281779)
travis@saveri.com
SAVERI & SAVERI
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>**ALL DIRECT PURCHASER ACTIONS** | Master File No. CV- 07-5944-SC<br><br>MDL No. 1917<br><br>**DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:   TBD<br>Time:   TBD<br>Judge:  Hon. Charles A. Legge (Ret.)<br>           Special Master<br><br>The Honorable Samuel Conti |

# <u>REDACTED VERSION</u>

I, R. ALEXANDER SAVERI, declare:

1.      I am the managing partner of Saveri & Saveri, Inc., which the Court has appointed to act as interim lead counsel on behalf of the Direct Purchaser Plaintiffs ("Plaintiffs") in this action. I have been involved in almost every aspect of this case since its inception. I submit this declaration in support of Direct Purchaser Plaintiffs' Motion for Class Certification. Except as otherwise noted, I make this declaration of my own personal knowledge, and if called upon to do so, could and would testify competently to the facts contained herein.

2.      Direct Purchaser Plaintiffs have settled with the following Defendants in the following amounts: Chunghwa Picture Tubes, Ltd. ("Chunghwa") ($10 million); Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips Da Amazonia Industria Electronica Ltda. (collectively, "Philips") ($15 million); Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd., (collectively, "Panasonic") ($17.5 million); LG Electronics, Inc.; LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd. (collectively, "LG") ($25 million); and Toshiba Corporation; Toshiba America Consumer Products, L.L.C.; Toshiba America Information Systems, Inc.; and Toshiba America Electronic Components, Inc. ($13.5 million).

3.      Except for the Toshiba settlement—which is pending—all have been finally approved. All require the settling defendants to cooperate with Plaintiffs against the remaining Defendants.

4.      I was a counsel of record in the *LCD* litigation. Several Defendants—or related companies—pleaded guilty and paid fines for participating in the LCD conspiracy, or received amnesty from the DOJ: Chunghwa ($65 million); Hitachi Displays, Ltd. ($31 million); LP Display Co., Ltd. ($400 million). ████████████████████████ In addition, the *LCD* jury returned a verdict against Defendant Toshiba Corp. in the amount of $87 million.

████████████████████████████████████

1         6.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of meeting notes ████

2   ██████████████ that were produced in this litigation and designated "Confidential" by

3   Defendant Chunghwa Picture Tubes, Ltd. (CHU00030916) and a certified translation

4   (CHU00030916E).

5         7.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the Transcript of the May

6   17, 2011 Hearing in *U.S. v. Samsung SDI, Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. May 17,

7   2011), which I obtained from the Court.

8         8.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Amended Plea Agreement

9   in *U.S. v. Samsung SDI, Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. May 17, 2011) (Dkt. No.

10   29), which I obtained from the Court's PACER website.

11         9.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the Transcript of the April

12   19, 2011 Hearing in *U.S. v. Samsung SDI, Co., Ltd.*, No. 3:11-cr-00162-WHA (N.D. Cal. April 19,

13   2011) (Dkt. No. 22), which I obtained from the Court's PACER website.

14         10.     Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the Indictment in *U.S. v.*

15   *Cheng Yuan Lin, a.k.a. C.Y. Lin*, No. 3:09-cr-0131-WHA (N.D. Cal. Feb. 10, 2009) (Dkt. No. 1),

16   which I downloaded from the United States Department of Justice's ("DOJ") website.

17         11.     Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the Indictment in *U.S. v.*

18   *Chung Cheng Yeh, a.k.a. Alex Yeh*, No. 3:10-cr-00231 (N.D. Cal. Mar. 30, 2010) (Dkt. No. 1),

19   which I downloaded from the DOJ's website.

20         12.     Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the Indictment in *U.S. v.*

21   *Seung-Kyu Lee, a.k.a. Simon Lee; Yeong-Ug Yang, a.k.a. Yeong-Wook Yang, a.k.a. Yong-Shu*

22   *Yang, a.k.a. Yong-Shu Liang, a.k.a. Young-UK Yang, a.k.a. Yeong-Eug Yang, a.k.a. Albert Yang;*

23   *and Jae-Sik Kim*, No. 3:10-cr-00817 (N.D. Cal. Nov. 9, 2010) (Dkt. No. 1), which I downloaded

24   from the DOJ's website.

25         13.     Attached hereto as <u>Exhibit 8</u> is a true and correct copy of the Indictment in *U.S. v.*

26   *Wen Jun Cheng, a.k.a. Tony Cheng*, No. 3:11-cr-00836 (N.D. Cal. Aug. 18, 2009) (Dkt. No. 1),

27   which I downloaded from the DOJ's website.

28         14.     Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a the DOJ Press Release,

1 │ *Former Executive Indicted for His Role in Two Cathode Ray Tube Price-Fixing Conspiracies*,

2 │ dated February 10, 2009, which I downloaded from the DOJ's website.

3 │      15.     Attached hereto as <u>Exhibit 10</u> is a true and correct copy of the European

4 │ Commission's Press Release, *Antitrust: Commission confirms sending Statement of Objections to*

5 │ *alleged participants in TV and computer monitor tube cartels*, dated November 26, 2009, which I

6 │ downloaded from the EU website.

7 │      16.     Attached hereto as <u>Exhibit 11</u> is a true and correct copy of the Japanese Fair Trade

8 │ Commission's ("JFTC") Press Release, *Cease-and-Desist Order and Surcharge Payment Orders*

9 │ *against Manufacturers of Cathode Ray Tubes for Televisions*, dated October 7, 2009, which I

10 │ obtained from the JFTC's website.

11 │      17.     Attached hereto as <u>Exhibit 12</u> is a true and correct copy of the Korean Fair Trade

12 │ Commission's ("KFTC") Press Release, *KFTC Fines 5 Color Display Tube Producers 26.2 Billion*

13 │ *Won for CDT International Cartel*, dated January 27, 2011, which I obtained from the KFTC's

14 │ website.

15 │      18.     Attached hereto as <u>Exhibit 13</u> is a true and correct copy of the KFTC's Decision No.

16 │ 2011-019, *Wrongful Joint Actions by the 5 Computer Color Monitor CDT Manufacturers*, dated

17 │ March 10, 2011, with a certified translation, marked as Deposition Exhibits 630 and 630E.

18 │      19.     Attached hereto as <u>Exhibit 14</u> is a true and correct copy of an article entitled *Czech*

19 │ *Competition Office fines cathode ray tubes producers for price-fixing*, by Practical Law Company

20 │ ("PLC"), dated August 26, 2010, which I obtained from the PLC website.

21 │      20.     Attached hereto as <u>Exhibit 15</u> is a true and correct copy of the Answer filed in this

22 │ action by LG Electronics, Inc; LG Electronics USA, Inc., and LG Electronics Taiwan Taipei Co.,

23 │ Ltd. to Direct Purchaser Plaintiffs' Consolidated Amended Complaint (Apr. 29, 2010) (Dkt. No.

24 │ 675).

25 │      21.     Attached hereto as <u>Exhibit 16</u> is a true and correct copy of the Special Verdict in *In*

26 │ *re LCD-TFT (Flat Panel) Antitrust Litig.*, No. M 07-1827 SI (July 3, 2012) (Dkt. No. 6061).

27 │      22.     Attached hereto as <u>Exhibit 17</u> is a true and correct copy of Defendant Beijing

28 │ Matsushita Color CRT Co., Ltd.'s Supplemental Responses and Objections to Direct Purchaser

1    Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and served on me in this action.

2          23.     Attached hereto as <u>Exhibit 18</u> is a true and correct copy of Defendant Hitachi

3    Display, Ltd.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories,

4    Nos. 4 and 5, dated February 10, 2012, and served on me in this action.

5          24.     Attached hereto as <u>Exhibit 19</u> is a true and correct copy of Defendant Hitachi

6    Electronic Devices (USA), Inc.'s Second Supplemental Response to Direct Purchaser Plaintiffs'

7    First Set of Interrogatories, Interrogatory No. 5, dated April 26, 2013, and served on me in this

8    action.

9          25.     Attached hereto as <u>Exhibit 20</u> is a true and correct copy of Defendant LG

10   Electronics Inc.'s Supplemental Response to Direct Purchaser Plaintiffs' First Set of

11   Interrogatories, Nos. 4 and 5, dated February 10, 2012, and served on me in this action.

12         26.     Attached hereto as <u>Exhibit 21</u> is a true and correct copy of Second Supplemental

13   Responses and Objections of Panasonic Corporation (F/K/A Matsushita Electric Industrial Co.,

14   Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated November 3, 2011, and

15   served on me in this action.

16         27.     Attached hereto as <u>Exhibit 22</u> is a true and correct copy of Third Supplemental

17   Responses and Objections of Panasonic Corporation (F/K/A Matsushita Electric Industrial Co.,

18   Ltd.) to Direct Purchaser Plaintiffs' First Set of Interrogatories, dated December 23, 2011, and

19   served on me in this action.

20         28.     Attached hereto as <u>Exhibit 23</u> is a true and correct copy of Defendant Koninklijke

21   Philips Electronics N.V.'s Supplemental Responses and Objections to Direct Purchaser Plaintiffs'

22   First Set of Interrogatories, Nos. 4 and 5, dated March 21, 2012, and served on me in this action.

23         29.     Attached hereto as <u>Exhibit 24</u> is a true and correct copy of Samsung SDI

24   Defendants' Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories,

25   Nos. 4 and 5, dated October 17, 2011, and served on me in this action.

26         30.     Attached hereto as <u>Exhibit 25</u> is a true and correct copy of Toshiba America

27   Consumer Products, L.L.C.'s Supplemental Objections and Responses to Interrogatory Five of

28   Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and served on me

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION: Master File No. CV-07-5944-SC

1    in this action.

2          31.     Attached hereto as Exhibit 26 is a true and correct copy of Toshiba America

3 Electronic Components, Inc.'s Supplemental Objections and Responses to Interrogatory Nos. Four

4 and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and

5 served on me in this action.

6          32.     Attached hereto as Exhibit 27 is a true and correct copy of Toshiba America

7 Information Systems, Inc.'s Supplemental Objections and Responses to Interrogatory Five of

8 Direct Purchaser Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and served on me

9 in this action.

10         33.     Attached hereto as Exhibit 28 is a true and correct copy of Toshiba Corporation's

11 Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser

12 Plaintiffs' First Set of Interrogatories, dated February 10, 2012, and served on me in this action.

13         34.     Attached hereto as Exhibit 29 is a true and correct copy of meeting notes

14 ███████████████ that were produced in this litigation and designated "Highly

15 Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086208–10) and a certified

16 translation (SDCRT-0086208E–10E), marked as Deposition Exhibits 652 and 652E.

17         35.     Attached hereto as Exhibit 30 is a true and correct copy of meeting notes

18 ████████████████████ that were produced in this litigation and designated "Confidential" by

19 Defendant Chunghwa Picture Tubes, Ltd. (CHU00028565–66) and a certified translation

20 (CHU00028565E–66E).

21         36.     Attached hereto as Exhibit 31 is a true and correct copy of excerpts from the

22 transcript of the deposition of Chih Chun ("C.C.") Liu taken in this action.

23         37.     Attached hereto as Exhibit 32 is a true and correct copy of meeting

24 ██████████████████████████████████ that were produced in this

25 litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

26 (CHU00028877–78) and a certified translation (CHU00028877E–78E), marked as Deposition

27 Exhibits 1318 and 1318E.

28         38.     Attached hereto as Exhibit 33 is a true and correct copy of meeting notes

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION: Master File No. CV-07-5944-SC

1  ▓▓▓▓▓▓▓▓▓▓▓ that were produced in this litigation and designated "Confidential" by

2  Defendant Chunghwa Picture Tubes, Ltd. (CHU00028396–97) and a certified translation

3  (CHU00028396E–97E), marked as Deposition Exhibits 1104 and 1104E.

4         39.     Attached hereto as <u>Exhibit 34</u> is a true and correct copy of meeting notes ▓▓▓

5  ▓▓▓▓▓▓▓▓▓ that were produced in this litigation and designated "Confidential" by

6  Defendant Chunghwa Picture Tubes, Ltd. (CHU00029185–88) and a certified translation

7  (CHU00029185E–88E), marked as Deposition Exhibits 1250 and 1250E.

8         40.     Attached hereto as <u>Exhibit 35</u> is a true and correct copy of meeting notes ▓▓▓

9  ▓▓▓▓▓▓▓▓▓ that were produced in this litigation and designated "Confidential" by

10  Defendant Chunghwa Picture Tubes, Ltd. (CHU00028791–93) and a certified translation

11  (CHU00028791E–93E), marked as Deposition Exhibits 1208 and 1208E.

12         41.     Attached hereto as <u>Exhibit 36</u> is a true and correct copy of meeting notes ▓▓▓

13  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that were produced in this

14  litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

15  (CHU00028463–64) and a certified translation (CHU00028463E–64E), marked as Deposition

16  Exhibits 1133 and 1133E.

17         42.     Attached hereto as <u>Exhibit 37</u> is a true and correct copy of an email ▓▓▓

18  ▓▓▓▓▓▓▓▓▓▓▓ that was produced in this

19  litigation and designated "Confidential" by Defendant Hitachi Displays, Ltd. (HDP-

20  CRT00056186–87) and a certified translation (HDP-CRT00056186E–87E).

21         43.     Attached hereto as <u>Exhibit 38</u> is a true and correct copy of an email ▓▓▓

22  ▓▓▓▓▓▓▓▓▓▓▓ that was produced in this

23  litigation and designated "Confidential" by Defendant Hitachi Displays, Ltd. (HDP-

24  CRT00049201–02) and a certified translation (HDP-CRT00049201E–02E).

25         44.     Attached hereto as <u>Exhibit 39</u> is a true and correct copy of meeting notes ▓▓▓

26  ▓▓▓▓▓▓▓▓▓ that were produced in this litigation and designated "Highly

27  Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086434–36) and a certified

28  translation (SDCRT-0086434E–36E).

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION: Master File No. CV-07-5944-SC

1      45.     Attached hereto as <u>Exhibit 40</u> is a true and correct copy of meeting notes ███

2   ████████████████████ that were produced in this litigation and designated "Highly

3   Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0088732–33) and a certified

4   translation (SDCRT-0088732E–33E), marked as Deposition Exhibits 680 and 680E.

5      46.     Attached hereto as <u>Exhibit 41</u> is a true and correct copy of an itinerary ███

6   ████████████████████████████████████████ that was produced

7   in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

8   (CHU00021268–71) and a certified translation (CHU00021268E–71E).

9      47.     Attached hereto as <u>Exhibit 42</u> is a true and correct copy of excerpts from the

10  transcript of the deposition of Sheng-Jen ("S.J.") Yang taken in this action.

11     48.     Attached hereto as <u>Exhibit 43</u> is a true and correct copy of meeting notes ███

12  ████████████████████ that were produced in this litigation and designated "Confidential" by

13  Defendant Chunghwa Picture Tubes, Ltd. (CHU00030855–68) and a certified translation

14  (CHU00030855E–68E), marked as Deposition Exhibits 1152 and 1152E.

15     49.     Attached hereto as <u>Exhibit 44</u> is a true and correct copy of meeting notes ███

16  ████████████████████████████████████ that were produced in this

17  litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

18  (CHU00028685–86) and a certified translation (CHU00028685E–86E).

19     50.     Attached hereto as <u>Exhibit 45</u> is a true and correct copy of a ████████

20  Powerpoint presentation ████████ that was produced in this litigation and designated

21  "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660383–94), marked as

22  Deposition Exhibit 1217.

23     51.     Attached hereto as <u>Exhibit 46</u> is a true and correct copy of a Powerpoint

24  presentation ████████████████ that was produced in this litigation and designated

25  "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00647932–43), marked as

26  Deposition Exhibit 1227.

27     52.     Attached hereto as <u>Exhibit 47</u> is a true and correct copy of a Powerpoint

28  presentation ████████████████ that was produced in this litigation and designated

7

"Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087934–37) and a certified

translation (SDCRT-0087934E–37E), marked as Deposition Exhibits 677 and 677E.

53.     Attached hereto as <u>Exhibit 48</u> is a true and correct copy of meeting notes ███

███████████████ that were produced in this litigation and designated "Confidential" by

Defendant Chunghwa Picture Tubes, Ltd. (CHU00031111–12) and a certified translation

(CHU00031111E–12E), marked as Deposition Exhibits 1170 and 1170E.

54.     Attached hereto as <u>Exhibit 49</u> is a true and correct copy of a Powerpoint

presentation ███████████████ that was produced in this litigation and designated

"Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660426–35).

55.     Attached hereto as <u>Exhibit 50</u> is a true and correct copy of meeting notes ███

████████████████████████████ that were produced in this

litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

(CHU00028385–87) and a certified translation (CHU00028385E–87E), marked as Deposition

Exhibits 1135 and 1135E.

56.     Attached hereto as <u>Exhibit 51</u> is a true and correct copy of a Powerpoint

presentation ███████████████ that was produced in this litigation and designated

"Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086706–21).

57.     Attached hereto as <u>Exhibit 52</u> is a true and correct copy of a Powerpoint

presentation ███████████████ that was produced in this litigation and designated

"Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087359–70).

58.     Attached hereto as <u>Exhibit 53</u> is a true and correct copy of a Powerpoint

presentation ███████████████ that was produced in this litigation and designated

"Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660408–18), marked as

Deposition Exhibit 1219.

59.     Attached hereto as <u>Exhibit 54</u> is a true and correct copy of a Powerpoint

presentation ███████████████ that was produced in this litigation and designated

"Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660373–82), marked as

Deposition Exhibit 1220.

8

1

60.     Attached hereto as <u>Exhibit 55</u> is a true and correct copy of a Powerpoint

2   presentation ███████████████████████ that was produced in this litigation and designated

3   "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087963–69), marked as

4   Deposition Exhibit 632.

5

61.     Attached hereto as <u>Exhibit 56</u> is a true and correct copy of a Powerpoint

6   presentation ██████████████████ that was produced in this litigation and designated

7   "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660671–80), marked as

8   Deposition Exhibit 1223.

9

62.     Attached hereto as <u>Exhibit 57</u> is a true and correct copy of a Powerpoint

10   presentation ██████████████████████ that was produced in this litigation and designated

11   "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0090258–66).

12

63.     Attached hereto as <u>Exhibit 58</u> is a true and correct copy of meeting notes ████

13   ████████████████ that were produced in this litigation and designated "Confidential" by

14   Defendant Chunghwa Picture Tubes, Ltd. (CHU00031006–09) and a certified translation

15   (CHU00031006E–09E), marked as Deposition Exhibits 1307 and 1307E.

16

64.     Attached hereto as <u>Exhibit 59</u> is a true and correct copy of meeting notes ████

17   ████████████████ that were produced in this litigation and designated "Highly Confidential"

18   by Defendant Samsung SDI Co., Ltd. (SDCRT-0087343–48) and a certified translation (SDCRT-

19   0087343E–48E).

20

65.     Attached hereto as <u>Exhibit 60</u> is a true and correct copy of meeting notes ████

21   ████████████████ that were produced in this litigation and designated "Confidential" by

22   Defendant Chunghwa Picture Tubes, Ltd. (CHU00030960–62) and a certified translation

23   (CHU00030960E–62E), marked as Deposition Exhibits 1158 and 1158E.

24

66.     Attached hereto as <u>Exhibit 61</u> is a true and correct copy of meeting notes ████

25   ████████████████ that were produced in this litigation and designated "Confidential" by

26   Defendant Chunghwa Picture Tubes, Ltd. (CHU00029152–54) and a certified translation

27   (CHU00029152E–54E), marked as Deposition Exhibits 717 and 717E.

28

67.     Attached hereto as <u>Exhibit 62</u> is a true and correct copy of meeting notes ████

9

1   ██████████████████ that were produced in this litigation and designated "Confidential" by

2   Defendant Chunghwa Picture Tubes, Ltd. (CHU00036390–91) and a certified translation

3   (CHU00036390E–91E), marked as Deposition Exhibits 1277 and 1277E.

4         68.    Attached hereto as <u>Exhibit 63</u> is a true and correct copy of ████████████

5   █████████████████████████████████████████████████████ and a

6   certified translation.

7         69.    Attached hereto as <u>Exhibit 64</u> is a true and correct copy of meeting notes ████

8   ██████████████████ that were produced in this litigation and designated "Confidential"

9   by Defendant Chunghwa Picture Tubes, Ltd. (CHU00031274–77) and a certified translation

10   (CHU00031274E–77E), marked as Deposition Exhibits 1199 and 1199E.

11         70.    Attached hereto as <u>Exhibit 65</u> is a true and correct copy of meeting notes ████

12   █████████████ that were produced in this litigation and designated "Confidential" by

13   Defendant Chunghwa Picture Tubes, Ltd. (CHU00029235–37) and a certified translation

14   (CHU00029235E–37E), marked as Deposition Exhibits 1142 and 1142E.

15         71.    Attached hereto as <u>Exhibit 66</u> is a true and correct copy of meeting notes ████

16   ████████████ that were produced in this litigation and designated "Confidential" by

17   Defendant Chunghwa Picture Tubes, Ltd. (CHU00124030–32) and a certified translation

18   (CHU00124030E–32E).

19         72.    Attached hereto as <u>Exhibit 67</u> is a true and correct copy of excerpts from the

20   transcript of the deposition of Jae In ("J.I.") Lee who was designated as a Fed. R. Civ. P. 30(b)(6)

21   witness for Defendant Samsung SDI Co., Ltd. taken in this action.

22         73.    Attached hereto as <u>Exhibit 68</u> is a true and correct copy of excerpts from a

23   document produced in this litigation by Philips (EIN0017705–06, 29, 47).

24         74.    Attached hereto as <u>Exhibit 69</u> is a true and correct copy of meeting notes ████

25   ████████████ that were produced in this litigation and designated "Confidential" by

26   Defendant Chunghwa Picture Tubes, Ltd. (CHU00028760–62) and a certified translation

27   (CHU00028760E–62E), marked as Deposition Exhibits 1117 and 1117E.

28         75.    Attached hereto as <u>Exhibit 70</u> is a true and correct copy of meeting notes ████

10

1   ███████████████████████ that were produced in this litigation and designated "Confidential" by

2   Defendant Chunghwa Picture Tubes, Ltd. (CHU00028725–27) and a certified translation

3   (CHU00028725E–27E), marked as Deposition Exhibits 1123 and 1123E.

4        76.   Attached hereto as <u>Exhibit 71</u> is a true and correct copy of meeting notes █████

5   ████████████████████████ that were produced in this litigation and designated "Highly Confidential"

6   by Defendant Samsung SDI Co., Ltd. (SDCRT-0086416–18) and a certified translation (SDCRT-

7   0086416EF–18EF). After the deposition in which it was first introduced, the parties agreed on

8   changes to the certified translation, and the document was submitted for re-certification; the

9   attached certified translation is the final, re-certified version.

10       77.   Attached hereto as <u>Exhibit 72</u> is a true and correct copy of meeting notes █████

11  ███████████████████████████ that were produced in this litigation and designated "Confidential" by

12  Defendant Chunghwa Picture Tubes, Ltd. (CHU00028613–14) and a certified translation

13  (CHU00028613E–14E), marked as Deposition Exhibits 1299 and 1299E (Deposition Exhibit

14  1299E was marked without the certification page; a copy of the complete certified translation

15  (including the certification page) is attached along with Deposition Exhibits 1299 and 1299E).

16       78.   Attached hereto as <u>Exhibit 73</u> is a true and correct copy of meeting notes █████

17  ████████████████████████ that were produced in this litigation and designated "Confidential" by

18  Defendant Chunghwa Picture Tubes, Ltd. (CHU00030421–24) and a certified translation

19  (CHU00030421E–24E).

20       79.   Attached hereto as <u>Exhibit 74</u> is a true and correct copy of meeting notes █████

21  ████████████████████████ that were produced in this litigation and designated "Confidential" by

22  Defendant Chunghwa Picture Tubes, Ltd. (CHU00660213–16) and a certified translation

23  (CHU00660213E–16E).

24       80.   Attached hereto as <u>Exhibit 75</u> is a true and correct copy of meeting notes █████

25  ████████████████████████ that were produced in this litigation and designated "Highly Confidential"

26  by Defendant Samsung SDI Co., Ltd. (SDCRT-0091656–59) and a certified translation (SDCRT-

27  0091656EF–59EF), marked as Deposition Exhibits 650 and 650EF. After the deposition in which it

28  was first introduced, the parties agreed on changes to the certified translation, and the document

1  was submitted for re-certification; the attached certified translation is the final, re-certified version.

2        81.    Attached hereto as <u>Exhibit 76</u> is a true and correct copy of meeting notes ████

3  ████████████████ that were produced in this litigation and designated "Confidential" by

4  Defendant Chunghwa Picture Tubes, Ltd. (CHU00030869–71) and a certified translation

5  (CHU00030869E–71E).

6        82.    Attached hereto as <u>Exhibit 77</u> is a true and correct copy of meeting notes ████

7  ████████ that was produced in this litigation and designated "Confidential" by Defendant

8  Chunghwa Picture Tubes, Ltd. (CHU00660198–99) and a certified translation (CHU00660198E–

9  99E).

10        83.    Attached hereto as <u>Exhibit 78</u> is a true and correct copy of meeting notes ████

11  ████████████ that were produced in this litigation and marked "Confidential" by

12  Defendant Chunghwa Picture Tubes, Ltd. (CHU00030449–57) and a certified translation

13  (CHU00030449E–57E), marked as Deposition Exhibits 1275 and 1275E.

14        84.    Attached hereto as <u>Exhibit 79</u> is a true and correct copy of meeting notes ████

15  ████████ that were produced in this litigation and marked "Confidential" by

16  Defendant Chunghwa Picture Tubes, Ltd. (CHU00031010–12) and a certified translation

17  (CHU00031010E–12E), marked as Deposition Exhibits 1163 and 1163E.

18        85.    Attached hereto as <u>Exhibit 80</u> is a true and correct copy of meeting notes ████

19  ████████ that were produced in this litigation and marked "Confidential" by

20  Defendant Chunghwa Picture Tubes, Ltd. (CHU00031142–47) and a certified translation

21  (CHU00031142E–47E), marked as Deposition Exhibits 1175 and 1175E.

22        86.    Attached hereto as <u>Exhibit 81</u> is a true and correct copy of the DOJ Press Release,

23  Department of Justice, Office of Public Affairs, *LG, Sharp, Chunghwa Agree to Plead Guilty, Pay*

24  *Total of $585 Million in Fines for Participating in LCD Price-Fixing Conspiracies*, dated

25  November 12, 2008, which I downloaded from the DOJ's website.

26        87.    Attached hereto as <u>Exhibit 82</u> is a true and correct copy of the DOJ Press Release,

27  Department of Justice, Office of Public Affairs, *Hitachi Displays Agrees to Plead Guilty and Pay*

28  *$31 Million Fine for Participating in LCD Price-Fixing Conspiracy*, dated March 10, 2009, which

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION: Master File No. CV-07-5944-SC

1     I downloaded from the DOJ's website.

2           88.     Attached hereto as Exhibit 83 is a true and correct copy of meeting notes ▮▮▮

3     ▮▮▮▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by

4     Defendant Chunghwa Picture Tubes, Ltd. (CHU00031240–47) and a certified translation

5     (CHU00031240E–47E), marked as Deposition Exhibits 1193 and 1193E.

6           89.     Exhibit 84 is intentionally omitted.

7           90.     Attached hereto as Exhibit 85 is a true and correct copy of meeting notes ▮▮▮

8     ▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and marked "Confidential" by

9     Defendant Chunghwa Picture Tubes, Ltd. (CHU00029245–47) and a certified translation

10    (CHU00029245E–47E), marked as Deposition Exhibits 1140 and 1140E.

11          91.     Attached hereto as Exhibit 86 is a true and correct copy of meeting notes ▮▮▮

12    ▮▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by

13    Defendant Chunghwa Picture Tubes, Ltd. (CHU00029147–51) and a certified translation

14    (CHU00029147E–51E).

15          92.     Attached hereto as Exhibit 87 is a true and correct copy of meeting notes ▮▮▮

16    ▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by

17    Defendant Chunghwa Picture Tubes, Ltd. (CHU00030809–14) and a certified translation

18    (CHU00030809E–14E), marked as Deposition Exhibits 1148 and 1148E.

19          93.     Attached hereto as Exhibit 88 is a true and correct copy of meeting notes ▮▮▮

20    ▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by

21    Defendant Chunghwa Picture Tubes, Ltd. (CHU00030679–83) and a certified translation

22    (CHU00030679E–83E), marked as Deposition Exhibits 1312 and 1312E.

23          94.     Attached hereto as Exhibit 89 is a true and correct copy of meeting notes ▮▮▮

24    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ that were produced in this

25    litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

26    (CHU00028400–01) and a certified translation (CHU00028400E–01E), marked as Deposition

27    Exhibits 1114 and 1114E.

28          95.     Attached hereto as Exhibit 90 is a true and correct copy of meeting notes ▮▮▮

13

1   ███████████████████ that were produced in this litigation and designated "Confidential" by

2   Defendant Chunghwa Picture Tubes, Ltd. (CHU00028746–48) and a certified translation

3   (CHU00028746E–48E), marked as Deposition Exhibits 1118 and 1118E.

4        96.    Attached hereto as <u>Exhibit 91</u> is a true and correct copy of meeting notes ████

5   ███████████████████ that were produced in this litigation and designated "Confidential" by

6   Defendant Chunghwa Picture Tubes, Ltd. (CHU00030701–04) and a certified translation

7   (CHU00030701E–04E), marked as Deposition Exhibits 1137 and 1137E.

8        97.    Attached hereto as <u>Exhibit 92</u> is a true and correct copy of meeting notes ████

9   ███████████████ that were produced in this litigation and designated "Confidential" by

10  Defendant Chunghwa Picture Tubes, Ltd. (CHU00030807–08, 15) and a certified translation

11  (CHU00030807E–08E, 15E), marked as Deposition Exhibits 1149 and 1149E.

12       98.    Attached hereto as <u>Exhibit 93</u> is a true and correct copy of meeting notes ████

13  ███████████████ that were produced in this litigation and designated "Confidential" by

14  Defendant Chunghwa Picture Tubes, Ltd. (CHU00029228–30) and a certified translation

15  (CHU00029228E–30E), marked as Deposition Exhibits 1144 and 1144E.

16       99.    Attached hereto as <u>Exhibit 94</u> is a true and correct copy of meeting notes ████

17  ███████████████████ that were produced in this litigation and designated "Confidential" by

18  Defendant Chunghwa Picture Tubes, Ltd. (CHU00029144–46) and a certified translation

19  (CHU00029144E–46E), marked as Deposition Exhibits 1262 and 1262E.

20      100.    Attached hereto as <u>Exhibit 95</u> is a true and correct copy of meeting notes ████

21  ███████████████ that were produced in this litigation and marked "Highly Confidential" by

22  Defendant Samsung SDI Co., Ltd. (SDCRT-0091353–63) and a certified translation (SDCRT-

23  0091353E–63E).

24      101.    Attached hereto as <u>Exhibit 96</u> is a true and correct copy of meeting notes ████

25  █████████████████ that were produced in this litigation and designated "Confidential" by

26  Defendant Chunghwa Picture Tubes, Ltd. (CHU00030559–62) and a certified translation

27  (CHU00030559E–62E), marked as Deposition Exhibits 1268 and 1268E.

28      102.    Attached hereto as <u>Exhibit 97</u> is a true and correct copy of a Powerpoint

presentation ████████████████ that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660626–32), marked as Deposition Exhibit 1222.

103.   Attached hereto as Exhibit 98 is a true and correct copy of meeting notes ████ ████████████ that were produced in this litigation and designated "Confidential" by Defendant MT Picture Display Co., Ltd. ("MTPD") (MTPD-0423675–77) and a certified translation (MTPD-0423675E–77E).

104.   Attached hereto as Exhibit 99 is a true and correct copy of meeting notes ████ ██████████████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030839–40) and a certified translation (CHU00030839E–40E), marked as Deposition Exhibits 1212 and 1212E.

105.   Attached hereto as Exhibit 100 is a true and correct copy of a ████████ report that was produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030985–90) and a certified translation (CHU00030985E–90E), marked as Deposition Exhibits 1316 and 1316E.

106.   Attached hereto as Exhibit 101 is a true and correct copy of meeting notes ████ ████████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030998) and a certified translation (CHU00030998E), marked as Deposition Exhibits 1317 and 1317E.

107.   Attached hereto as Exhibit 102 is a true and correct copy of meeting notes ████ ████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0090355–59) and a certified translation (SDCRT-0090355E–59E).

108.   Attached hereto as Exhibit 103 is a true and correct copy of meeting notes ████ ████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00071480–82) and a certified translation (CHU00071480E–82E).

15

109.    Attached hereto as <u>Exhibit 104</u> is a true and correct copy of a ███████ memo ████████████████████████████ that was produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086569–70), marked as Deposition Exhibit 667.

110.    <u>Exhibit 105</u> is intentionally omitted.

111.    Attached hereto as <u>Exhibit 106</u> is a true and correct copy of meeting notes ███ ████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030749–51) and a certified translation (CHU00030749E–51E), marked as Deposition Exhibits 1143 and 1143E.

112.    Attached hereto as <u>Exhibit 107</u> is a true and correct copy of meeting notes ███ ████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086593–96) and a certified translation (SDCRT-0086593E–96E).

113.    Attached hereto as <u>Exhibit 108</u> is a true and correct copy of ██████ meeting notes ████████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0087953–62) and a certified translation (SDCRT-0087953EF–62EF), marked as Deposition Exhibits 631 and 631EF. After the deposition in which it was first introduced, the parties agreed on changes to the certified translation, and the document was submitted for re-certification; the attached certified translation is the final, re-certified version.

114.    Attached hereto as <u>Exhibit 109</u> is a true and correct copy of meeting notes ███ ████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00578883–85) and a certified translation (CHU00578883E–85E).

115.    Attached hereto as <u>Exhibit 110</u> is a true and correct copy of meeting notes ███ ████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086675–81) and a certified translation (SDCRT-0086675E–81E).

16

116.    Attached hereto as Exhibit 111 is a true and correct copy of meeting notes ███████ ████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030888–93) and a certified translation (CHU00030888E–93E), marked as Deposition Exhibits 1154 and 1154E.

117.    Attached hereto as Exhibit 112 is a true and correct copy of meeting notes ███████ ████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00030899–903) and a certified translation (CHU00030899E–903E), marked as Deposition Exhibits 1155 and 1155E.

118.    Attached hereto as Exhibit 113 is a true and correct copy of meeting notes ███████ ████████████████████ that were produced in this litigation and designated "Highly Confidential" by Defendant Samsung SDI Co., Ltd. (SDCRT-0086557–60) and a certified translation (SDCRT-0086557E–60E).

119.    Attached hereto as Exhibit 114 is a true and correct copy of a ███████████████ email ████████████████████████████████████████ that was produced in this litigation by Defendant Toshiba Corporation (TSB-CRT-00041862–63) and a certified translation (TSB-CRT-00041862E–63E).

120.    Attached hereto as Exhibit 115 is a true and correct copy of meeting notes ███████ ████████████████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00028865–67) and a certified translation (CHU00028865E–67E), marked as Deposition Exhibits 1524 and 1524E.

121.    Attached hereto as Exhibit 116 is a true and correct copy of meeting notes ███████ ████████████████████ that were produced in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00031178–79) and a certified translation (CHU00031178E–79E), marked as Deposition Exhibits 1182 and 1182E.

122.    Attached hereto as Exhibit 117 is a true and correct copy of meeting notes ███████ ████████████████████ that were produced in this litigation and designated "Confidential" by

17

Defendant Chunghwa Picture Tubes, Ltd. (CHU00030731–33) and a certified translation
(CHU00030731E–33E), marked as Deposition Exhibits 1141 and 1141E.

123.    Attached hereto as <u>Exhibit 118</u> is a true and correct copy of meeting notes ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by
Defendant Chunghwa Picture Tubes, Ltd. (CHU00031183–85) and a certified translation
(CHU00031183E–85E).

124.    Attached hereto as <u>Exhibit 119</u> is a true and correct copy of meeting notes ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by
Defendant Chunghwa Picture Tubes, Ltd. (CHU00030831–34) and a certified translation
(CHU00030831E–34E).

125.    Attached hereto as <u>Exhibit 120</u> is a true and correct copy of meeting notes ▮▮▮▮▮
▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by
Defendant Chunghwa Picture Tubes, Ltd. (CHU00031254) and a certified translation
(CHU00031254E), marked as Deposition Exhibits 1211 and 1211E.

126.    Attached hereto as <u>Exhibit 121</u> is a true and correct copy of a spreadsheet ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮ that was produced in this litigation and designated "Confidential" by
Defendant MTPD (MTPD-0580726) and a certified translation (MTPD-0580726E).

127.    Attached hereto as <u>Exhibit 122</u> is a true and correct copy of meeting notes ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by
Defendant Chunghwa Picture Tubes, Ltd. (CHU00031051–55) and a certified translation
(CHU00031051E–55E), marked as Deposition Exhibits 1203 and 1203E.

128.    Attached hereto as <u>Exhibit 123</u> is a true and correct copy of meeting notes ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by
Defendant Chunghwa Picture Tubes, Ltd. (CHU00030787–94) and a certified translation
(CHU00030787E–94E), marked as Deposition Exhibits 1147 and 1147E.

129.    Attached hereto as <u>Exhibit 124</u> is a true and correct copy of meeting notes ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮ that were produced in this litigation and designated "Confidential" by
Defendant Chunghwa Picture Tubes, Ltd. (CHU00028589–90) and a certified translation

18

1    (CHU00028589E–90E), marked as Deposition Exhibits 1180 and 1180E.

2        130.    Attached hereto as <u>Exhibit 125</u> is a true and correct copy of meeting notes ███

3    ████████████████ that were produced in this litigation and designated "Confidential" by

4    Defendant Chunghwa Picture Tubes, Ltd. (CHU00031174–75) and a certified translation

5    (CHU00031174E–75E).

6        131.    Attached hereto as <u>Exhibit 126</u> is a true and correct copy of meeting notes ███

7    ████████████████ that were produced in this litigation and designated "Confidential" by

8    Defendant Chunghwa Picture Tubes, Ltd. (CHU00031180–81) and a certified translation

9    (CHU00031180E–81E), marked as Deposition Exhibits 1202 and 1202E.

10        132.    Attached hereto as <u>Exhibit 127</u> is a true and correct copy of meeting notes ███

11    ████████████████ that were produced in this litigation and designated "Confidential" by

12    Defendant Chunghwa Picture Tubes, Ltd. (CHU00036378–80) and a certified translation

13    (CHU00036378E–80E).

14        133.    Attached hereto as <u>Exhibit 128</u> is a true and correct copy of meeting notes ███

15    ████████████████ that were produced in this litigation and designated "Confidential" by

16    Defendant Chunghwa Picture Tubes, Ltd. (CHU00030720–27) and a certified translation

17    (CHU00030720E–27E), marked as Deposition Exhibits 1139 and 1139E.

18        134.    Attached hereto as <u>Exhibit 129</u> is a true and correct copy of meeting notes ███

19    ████████████████ that were produced in this litigation and designated "Confidential" by

20    Defendant Chunghwa Picture Tubes, Ltd. (CHU00028763–67) and a certified translation

21    (CHU00028763E–67E).

22        135.    Attached hereto as <u>Exhibit 130</u> is a true and correct copy of a Powerpoint

23    presentation ████████████████ that was produced in this litigation and designated

24    "Confidential" by Defendant Chunghwa Picture Tubes, Ltd. (CHU00660717–27), marked as

25    Deposition Exhibit 1198.

26        136.    Attached hereto as <u>Exhibit 131</u> is a true and correct copy of meeting notes ███

27    ████████████████ that were produced in this litigation and designated "Highly Confidential"

28    by Defendant Samsung SDI Co., Ltd. (SDCRT-0086672–74) and a certified translation (SDCRT-

19

1   0086672E–74E).

2       137.    Attached hereto as <u>Exhibit 132</u> is a true and correct copy of meeting notes █████

3   ████████████████████████████████████ that were produced

4   in this litigation and designated "Confidential" by Defendant Chunghwa Picture Tubes, Ltd.

5   (CHU00028705–06) and a certified translation (CHU00028705E–06E).

6       138.    Attached hereto as <u>Exhibit 133</u> is a true and correct copy of a meeting notes ████

7   ████████████ that were produced in this litigation and designated "Confidential" by

8   Defendant MTPD (MTPD-0038856–59) and a certified translation (MTPD-0038856E–59E),

9   marked as Deposition Exhibits 801 and 801E (other Bates-numbered documents that were marked

10  along with MTPD-0038856–59 as Deposition Exhibit 801 have been omitted).

11      139.    Attached hereto as <u>Exhibit 134</u> is a true and correct copy of a ███████ email

12  ███████████████████████████████████████████

13  ████████████ that was produced in this litigation and designated

14  "Confidential" by Defendant MTPD (MTPD-0497049–50) and a certified translation (MTPD-

15  0497049E–50E), marked as Deposition Exhibits 1416 and 1416E (other Bates-numbered

16  documents that were marked along with MTPD-0497049–50 as Deposition Exhibit 1416 and

17  MTPD-0497049E–50E as Deposition Exhibit 1416E have been omitted).

18      140.    Attached hereto as <u>Exhibit 135</u> is a true and correct copy of a ██████████

19  email ███████████████████████████████

20  ███ that was produced in this litigation and designated "Confidential" by Defendant MTPD

21  (MTPD-0492286–89) and a certified translation (MTPD-0492286E–89E), marked as Deposition

22  Exhibits 808 and 808E.

23      141.    Attached hereto as <u>Exhibit 136</u> is a true and correct copy of meeting notes ████

24  ████████████████████████████ that was produced in this litigation

25  and designated "Confidential" by Defendant Hitachi Displays, Ltd. (HDP-CRT00025646–47) and

26  a certified translation (HDP-CRT00025646E–47E).

27      142.    Attached hereto as <u>Exhibit 137</u> is a true and correct copy of Saveri & Saveri, Inc.'s

28  firm biography.

1

2          I declare under penalty of perjury under the laws of the United States that the foregoing is

3   true and correct. Executed this 14th day of May, 2013 at San Francisco, California.

4

5                                        _____ */s/ R. Alexander Saveri*_____
                                              R. Alexander Saveri
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF R. ALEXANDER SAVERI IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION: Master File No. CV-07-5944-SC