# EXHIBIT 13 (part 1)

# KFTC Decision (Certified Translation)



Exhibit 630 E
Wit Song
Date 12.12.12
Leslie Rockwood CSR RPR



consortra
translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                    www.consortra.com

STATE of NEW YORK        )
                         )          ss:
COUNTY of NEW YORK       )

### CERTIFICATE OF ACCURACY

This is to certify that the attached document, *"KFTC decision"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: September 25, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
25th day of September
2012.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

**Fair Trade Commission**

**Multi-party Meeting**

**Decision no. 2011-019**                    **March 10, 2011**

Case number: 2010Gukka2364

Case name: Wrongful joint actions by the 5 computer color monitor CDT manufacturers

Defendants: 1. Samsung SDI
        428-5 Gongse-dong, Giheung-gu, Yongin-si
        Representative Director: ○ ○ Choi
        Agent: Shin & Kim
        Attorneys at law: Jung Won Park, Min Ho Lee, Oh Tae Kwon
        Agent: Apex Law Firm
        Attorney at law: Jung Hee Kang

        2. LG Philips Display
        184 Gongdan 1-dong, Gumi-si
        (Delivery address: Kyungbuk Samil Law Firm 34-3 Songjeong-dong, Gumi-si)
        Temporary Representative Director: ○ ○ Kim

        3. Chunghwa Picture Tubes, Ltd.
        No. 1127 Heping Rd. Bade City, Taoyuan, 334, China (Taiwan)
        Representative Director: Lin Wei Shan

        4. Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.

Lot 1 Subang Hi-Tech Industrial Park Batu Tiga 40000 Shah Selangor, Malaysia
Representative Director: Kuang-Lang Chen

5. CPTF Optronics Co., Ltd.
No. 1 Xin Ye Road, Mawai Hi-Tech Development Zone, Fuzhou, China
Representative Director: Sheng-Chang Lin
The agent for the defendants 3 through 5: Yoon & Yang
Attorneys at law: Ho Il Yoon, Jae Yung Kim, Dong Young Han

**Text**

1. The defendant Samsung SDI, the defendant Chunghwa Picture Tubes, Ltd., the defendant Chunghwa Picture Tubes (Malaysia) Sdn. Bhd, and the defendant CPTF Optronics Co., Ltd. should pay the following fines to the government coffers.

A. Penalties

| | |
|---|---|
| (1) Defendant Samsung SDI: | 24,013,000,000 won |
| (2) Defendant Chunghwa Picture Tubes, Ltd.: | 2,198,000,000 won |
| (3) Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.: | 32,000,000 won |
| (4) CPTF Optronics Co., Ltd.: | 28,000,000 won |

B. Payment due date: Within the due date indicated in the penalty notification (60 days)

C. Place of payment: The Bank of Korea (Treasury Collecting Agency) or post office

**The Reasons**

1. The basic facts

A. The eligibility of the defendants

1        The defendant Samsung SDI Co., Ltd. (hereinafter referred to as "Samsung SDI" or "Samsung Electronic Tube[1]"), the defendant LG Philips Display (hereinafter referred to as "LPD"[2]), the defendant Chunghwa Pictures Limited (hereinafter referred to as "Chunghwa Pictures"), the defendant Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. (hereinafter referred to as "Chunghwa Pictures Malaysia"), and the defendant CPTF Optronics Company Limited (hereinafter referred to as "Chunghwa Pictures Tubes Fuzhou") produces and markets CDT (color display tube)[3] products, which are color monitor display tubes for computers and are companies as defined under Article 2.1 of the Law on the Regulation of Trusts and on Fair Transactions (revised to Law No. 7492 on April 1, 2006, hereinafter referred to as the "Law").

2        The defendant Samsung SDI and the defendant LPD are domestic companies who were established according to the laws of the Republic of Korea and whose principal offices are located in the Republic of Korea.  The defendant Chunghwa Picture Tubes which was established according to the laws of the Republic of China (Taiwan) and whose principal office is located in Taiwan, Chunghwa Picture Tubes Malaysia which was established according to the laws of Malaysia and whose principal office is located in Malaysia, and Chunghwa Picture Tubes Fuzhou which was established according to the laws of the People's Republic of China and whose principal office is located in the People's Republic of China, are foreign companies which were each established according to the laws of their respective countries and whose principal places of business are located in their respective countries.

3        In regard to the jurisdiction over foreign companies and in regard to their status as defendants, Article 2.1 of the Law merely states that "a business entity carries out manufacturing, service, or other business activities," not limiting the business entities that are subject to the Law to domestic companies.  Furthermore, Article 19.1 of the Law stipulates that the subject of violation is a "business entity," and doesn't limit such business entities to domestic companies.  Furthermore, according to Article 2.2 of the Law, "the Law applies to those actions that impact the domestic market regardless of whether such actions were carried out overseas."

---

[1] The defendant Samsung SDI was established as Samsung NEC in 1970.  In 1974, the company changed its name to Samsung Electronic Tube Industrial Inc.  In 1984, the company changed its name again to Samsung Electronic Tube Inc.  In November of 1999, the company changed its name to Samsung SDI.

[2] On March 30, 2010, the Kimchun branch of Daegu District Court appointed Mr. Kim, an attorney at law at Kyungbuk Samil, as the temporary representative director.  As a result, the address "Law firm Kyungbuk Samil 34-3 Songjung-dong, Gumi City" was included was included as one of the addresses to send documents related to this case.

[3] The term cathode ray tube (CRT), also known as the Braun tube, refers to both the computer color monitor CDT (color display tube) and the TV color monitor CPT (color picture tube).

4       Therefore, despite of the fact that some of the defendants that manufacture and market CDT products, which are cathode ray tubes for computer color monitors, were established according to the laws of foreign countries and have principal offices in foreign countries, the jurisdiction of the Law is acknowledged over foreign companies to the extent of the impact on the domestic market caused by any joint actions carried out with other companies overseas, so the Law applies accordingly.

5       Therefore, as can be seen in 3. A below, the defendants, which carried out wrongful joint actions such as setting the sales prices of the CDT products which are computer color monitor cathode ray tubes, from November 23, 1996 to March 14, 2006, allocating the market shares, and limiting the production volumes (hereinafter referred to as the "joint actions in this case"), thereby impacting the domestic market, are subject to the application of the Law in accordance with the stipulations of Article 2.1 and Article 2.2 of the Law.

B. The corporate structures of the defendants[4] and other relevant information

1) Chunghwa Picture Tubes Group

6       The defendant Chunghwa Picture Tubes[5] is the parent company of the Chunghwa Picture Tubes Group and the headquarters office is located in Taoyuan, Taiwan.  18.1% of the shares of the defendant Chunghwa Picture Tubes are owned by Chunghwa Electronics Investment Co (18.1%), 12.8% are owned by Tatung Company, and the rest are owned by the general public. During the joint action period, the defendant Chunghwa Picture Tubes marketed CDT products and parts to the whole world, but currently the company produces and markets TFT-LCD panels and related parts.

---

[4] Although Orion Electronics Co., Ltd. (hereinafter referred to only as "Orion") participated in the joint actions related to this case, the liquidation process started in July of 2003. After the company was dissolved on October 31, 2005, the dissolution registration was completed. Due to the fact that the statute of limitations expired, the company was excluded in the defendant list of this case. Both LG Electronics and Philips engaged in the CRT business before transferring their respective businesses to LPD. However, after transferring the CRT business to the defendant LPD on June 30, 2016 and July 1, 2001, respectively, these companies are no longer engaged in the CRT business, which is related to the joint actions in this case. Furthermore, neither of the companies has directly or indirectly dominated or participated in the decision making processes related to the pricing and production volume of LPD. On top of that, the statute of limitations for the actions taken by LG Electronics prior to June 30, 2001 and the actions taken by Philips prior to July 1, 2001 has expired. As a result, these two companies have been excluded from the defendant list.

[5] Hereinafter in this document, the term "Chunghwa Picture Tubes" refers to the corporate group that includes the "Chunghwa Picture Tubes" headquarters, "Chunghwa Picture Tubes Malaysia," and "Chunghwa Picture Tubes Fuzhou" unless the term "Chunghwa Picture Tubes" is specifically used to refer only to the headquarters office to the exclusion of the defendant Chunghwa Picture Tubes Malaysia and the defendant Chunghwa Picture Tubes Fuzhou. First, the directors and employees of the defendant Chunghwa Picture Tubes participated directly with the employees of the subsidiary companies in the cartel meetings to reach agreements or directed the subsidiary companies to carry out the agreements. Second, as we can see in the statement of Jason Liu in the attachment of the review report of this case dated May 14, 2008 (refer to page 267), due to the transfer of personnel within the Chunghwa Picture Tubes Group, the same people carried out the joint actions in this case on behalf of both the parent company and the subsidiary companies, reporting to both the Chunghwa Picture Tubes headquarters and other subsidiary companies. Third, in agreeing on the market shares during the joint action period of this case, other defendants regarded the Chunghwa Picture Tubes group as a single entity.

7       During the joint action period, the defendant Chunghwa Picture Tubes produced and marketed CDT products directly or through its subsidiary companies Chunghwa Picture Tubes Malaysia and Chunghwa Picture Tubes Fuzhou.  The defendant Chunghwa Picture Tubes Malaysia is a wholly-owned subsidiary of Chunghwa PT (Bermuda) Ltd., which is in turn wholly owned by the defendant Chunghwa Picture Tubes, and produced CDT products until 2003.  The defendant Chunghwa Picture Tubes Fuzhou is also wholly owned by Chunghwa Picture Tubes through Chunghwa PT (Labuan) Ltd. and Chunghwa PT (Bermuda) Ltd.[6]

2) Samsung SDI

8       The defendant Samsung SDI was established as Samsung NEC Co., Ltd. in 1970.  In 1974, the company changed its trade name to Samsung Electronic Tube Industrial Inc. and started to produce semiconductors.  In 1979, the company was listed in the Korean stock exchange.  In 1984, the company changed its trade name to Samsung Electronic Tube Inc. In November of 1999, the company again changed its trade name to Samsung SDI Co., Ltd.  The largest shareholder of Samsung SDI is Samsung Electronics Co., Ltd.,[7] which owns 19.68% of the shares.  The rest of the shares are owned by the general public.  The company currently produces such products as PDP's (plasma display panels), secondary batteries, and OLED's (organic lighting diodes).  During the joint action period of this case, Samsung SDI manufactured CDT products in its factory located in Suwon, Korea and in its factory located in Busan, Korea, marketing the CDT products to such domestic customers as Samsung Electronics, Daewoo Electronics, Hansol Electronics, Hyundai Electronics, and LG Electronics.  However, the Suwon factory closed in 2006 and the Busan factory closed in 2007.  Currently, the company doesn't produce CDT products anymore.



6

7 Hereinafter, the term "co. ltd." will be omitted when referring to companies.

3) LPD

9    LPD was established by LPD Holdings (LG Philips Displays Holdings B.V.), which is a holding company established in Eindhoven, the Netherlands, as a joint venture created when LG Electronics and Philips Electronics (Kninklijke Philips Electronics N.V.) transferred their CRT business units.  Since its founding, the company has been under the control of LPD Holdings.  LG Electronics transferred its CRT business unit to LPD on June 30, 2001 and Philips Electronics (Kninklijke Philips Electronics N.V.) transferred its CRT business unit to LPD on July 1, 2001.  Specifically, LPD Holdings, which was invested equally by LG Electronics and Philips Electronics, is the sole owner of LPD Investment (LG Philips Displays Investment B.V.).  LPD Sittard (LG Philips Displays Sittard B.V.) and LPD Stadskanaal (LG Philips Displays Stadskanaal B.V.) each own 50% of the shares of LPD.

10    LPD produced CDT's in the Gumi factory and in Changwon factory, which are all located in Korea, and sold these products to such customers as LG Electronics, Samsung Electronics, and Hansol Electronics.  In January of 2006, LPD Holdings started bankruptcy proceedings at a court in the Netherlands and is in the middle of a liquidation process.  LPD transferred its CRT production and marketing facilities to Merdian Solar & Display Co., Ltd, which is wholly owned by MGA Holding Corporation Limited, a company located in Hong Kong, and closed business on December 10, 2009. Currently, the company is not engaged in any specific business activities.

4) The financial information of the defendants

The financial related to the defendants is as shown in Table 1 below.

<Table 1>                    General information of the defendants

(1 million won, as of 2009)

| Classification | Chunghwa Picture Tubes | Chunghwa Picture Tubes Malaysia | Chunghwa Picture Tubes Fuzhou | Samsung SDI | LPD ('08)[8] |
|---|---|---|---|---|---|
| Capital | 5,954,641 | 263,632 | 330,001 | 240,681 | △584,125 |
| Sales | 1,745,415 | 174,831 | 150,145 | 3,550,584 | 422,965 |
| Ordinary income | △385,096 | △44,327 | △169,298 | 231,141 | 59,130 |
| Operating profit | △1,068,534 | △21,206 | △39,880 | 88,229 | 6,199 |
| Net income | △373,170 | △44,291 | △69,221 | 217,992 | △262,508 |

* Source: Information submitted by the defendants and data from the electronic disclosure system of the Financial Supervisory Service

2. The Market Structure and the Market Situation

      A. The related products

11     The CRT (cathode ray tube) is generally known as "Brawn tube" in Korean. The CRT is a vacuum tube which displays videos, diagrams, or texts with electronic beams and is used in color TV's and computer monitors. The CRT is a core display component which had been used widely before such flat panel displays as LCD's or PDP's became widespread.

12     The CRT is classified into the CDT or CPT depending on the usage. The CDT (color display tube) under this case is used in color monitors for computers and the CPT (color picture tube) is used in color monitors for TV's. The two products are different in the following ways;

13     First, in terms of product characteristics, the CDT is designed for the purpose of displaying mainly texts or still pictures. So, the CDT is excellent in terms of resolution and contrast, but is relatively inferior in terms of brightness. On the other hand, the CPT is excellent in terms of brightness because it is required to display moving pictures on TV, but is relatively inferior in terms of resolution and contrast. Due to such technological characteristics, the CDT and the CPT are not compatible. The product size is indicated in inches ("). The CDT sizes are standardized at 14", 15", 17", and 19". On the other hand, due to the fact that there are various performance criteria and designs for TV's depending on the manufacturer, the CPT sizes are very diverse, ranging from 6" to 36".

---

[8] LPD transferred its CRT business to another company on June 8, 2009 and is not engaged in any business activities. As a result, the 2008 data is provided here.

14       Also, depending on the curvature of the product surface, the CPT is classified into flat screen or curved screen. Although the flat screen is superior for displaying videos, the price is high. Also, the lower the reflection rate of the CRT, more advanced technology is required, so the price is higher. Also, depending on whether the deflection yoke (DY)[9] is attached or not, the CRT is classified into bare tube or integrated tube component (ITC). Due to the fact that some CRT customers wanted to purchase bare tubes onto which they can attach their own deflection yokes, the defendants produced and marketed two types of products.

<Diagram 1>                            The CRT Structure



<Diagram 2>                            CRT Classification

| Classification | CDT | CPT |
|---|---|---|
| Major use | Computer monitors | TV monitors |
| Structure | Dots applied (mask structure) | Stripes applied (mask structure) |
| Difference | • A spherical fluorescent substance is used to improve resolution<br>• Documents or diagrams are viewed up close<br>• The fluorescent substances are arranged so that the distance between the fluorescent substances is consistent in any direction | • For brightness, the fluorescent substance is formed vertically to use the fluorescent substance area broadly<br>• Moving pictures are viewed from a few meters away<br>• The short afterglow fluorescent substance is used |
| Characteristics | • Because the dot hole is small, resolution is high<br>• Brightness is low due to the large area being lighted<br>• There are afterglows | • Because the dot hole is broad, the resolution is low<br>• Because the lighting area is broad, brightness is high<br>• There are no afterglows |
| Size | 12"~28" | 6"~36" |

* Source: KIS Credit Information Service Industry Report (CRT), February 21, 2007

B. The general characteristics of the CRT industry

---

[9] This is the most important component of the CRT magnetic device. In order for the electronic signals transmitted as time series to be reproduced as video on the CRT, the electronic beams fired from the electronic gun should be two-dimensionally deflected. The device that is used here is the deflection yoke.

15      Due to the fact that the CRT is a core component of home TV's and computer monitors, the demand for the CRT is sensitive to the demands for these products. Actually, the demand for the CPT increases in even years when such international sports events as the Olympic Games and World Cup are held and the demand for the CDT increases during the school opening season. Due to the fact that the CRT is standardized, mass production is feasible. However, due to the requirement of large capital, production is carried out mainly by large corporations which have the necessary capital. Due to the fact that the strategic relationship with parts manufacturers is important for the industry, most CRT makers are vertically integrated with electronics producers and computer producers.

C. Changes in the CDT market situation

16      In the 2000's, the global CRT market has decreased in size with the growth of the flat panel display products such as the LCD, PDP, and OLED. With the growth in the notebook PC market, the demand for LCD monitors has accelerated, resulting in the rapid decrease in the CDT market. Furthermore, with the digitalization of broadcasting companies, the CRT TV sales decreased, especially in the advanced countries. In 1999, the CDT held 84% market share of the global computer monitor market. However, in 2004, the market share decreased to 40%. In 2003, the CPT held 95% of the global TV market. However, in 2006, the market share decreased to 75%.[10] However, due to the fact that it is possible to produce completely flat CRT's and that the high resolution technology became available, slim CRT TV's were launched. As a result the demand for low-end models such as premium CRT products is still present in the emerging countries such as Southeast Asian countries, Eastern Europe countries, and China where the diffusion level for PC's and TV's is low.

<Diagram 2>                    Changes in the Sales of the Global CDT Monitors          (10,000 units)

---

[10] Source: Display market research company iSuppli, Display Search report (December 19, 2006)



\* Source: Display Search 3Q of 2007

17      With the rapid growth of the flat display industry (e.g. LCD) in recent years, the demand for the CDT, which is the subject of this case, resulted in the downward pressure on the CDT price.

<Diagram 3>                          *Changes in the CDT price*                          (in dollars)

| Classification | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| CDT price | 56.08 | 51.98 | 45.97 | 45.06 | 48.54 |

\* Source: KIS Credit Information Service CRT Industry Report (February of 2008), Samsung SDI Business Report

<Diagram 3>                          Changes in the CDP Price (graph)



\* Source: KIS Credit Information Service CRT Industry Report (February of 2008)

D. The competitive situation in the global CDT market and in the Korean CDT market

18      Starting in the 1980's, the global CDT industry had been led by the Japanese companies such as Matsushita, Hitachi, Sony, and Toshiba, but the Japanese companies started to stop producing the CDT's in the late 1990's and in the early 2000's.  As a result, the defendants of this case started to supply the CDT products in the global market and in the Korean market.

19    As illustrated in Diagram 4 below, the defendants of this case have been supplying 85% of the CDT's in the global CDT market after 2002. Also, the domestic CDT cartel comprised of Samsung SDI, LPD (LG Electronics before July of 2001), and Orion (up until around 2003) has supplied at least 90% of the supplies in the Korean CDT market.

<Diagram 4>                              Global CDT market share by company

(%)

| Company\year | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|
| Samsung SDI | 33.5 | 39.0 | 42.0 | 43.8 |
| LPD | 28.1 | 30.7 | 32.1 | 32.2 |
| Chunghwa Picture Tubes | 22.9 | 23.6 | 22.1 | 22.8 |
| Subtotal | 84.5 | 93.3 | 96.2 | 98.8 |
| Others | 15.5 | 6.7 | 3.8 | 1.2 |
| Total | 100.0 | 100.0 | 100.0 | 100.0 |

* Source: Display Search, Stanford Resources Display Insight, Samsung SDI Business Report

20    The size of the global CDT market in 2002 was around 5 trillion won. However, the market size has been reduced continuously, and as a result the market size in 2005 was reduced to 1.8 trillion won. The Korean market experienced a similar trend. In 2000, the market size was 45 billion won, but the market size is estimated to have been reduced to around 50 billion won in 2005 due to such factors as the transfer of CDT monitor factories to other countries.

<Diagram 5>              Global CDT Market Size and Korean CDT Market Size

(Million won)

| Year | Global CDT market size | Korean CDT market size |
|---|---|---|
| 2002 | 5,344,794 | 452,000 |
| 2003 | 3,948,489 | 154,000 |
| 2004 | 3,199,409 | 130,000 |
| 2005 | 1,866,766 | 49,892 |

* Source: Data submitted by the defendants

E. The distribution structure of the CDT

21      The CDT, which is the product related to which the joint actions were carried out, has the following distribution structure: Raw materials producers → CDT producers, who are the defendants in this case → Computer monitor producers, who are the customers of the defendants → PC producers → Final consumers.  Most monitor producers deliver monitors to specific PC producers as OEM producers. Most CDT producers are Asian companies such as Korean companies and Taiwanese companies.  Most Taiwanese monitor suppliers provide monitors to American PC manufacturers such as Dell and HP and overseas PC manufacturers as OEM producers.

22      During the joint action period in this case, the CDT customers were classified into 6 major customers and 6 minor customers.  The 6 major customers as jointly recognized by the cartel participants in this case were South Korea's Samsung Electronics, LG Electronics, Philips, Lite-On, and 2 other companies.  Also, the 6 minor customers were South Korea's Hyundai Electronics and Hansol Electronics, Ben-Q, Compal, Delta, Tatung, and another company.

23      Generally, computer monitor producers transact with multiple CDT manufacturers.  The first reason is to induce price competition among the CDT manufacturers by maintaining relationships with multiple suppliers because computer monitor producers want to purchase CDT's at the lowest possible prices.  Second, due to the fact that these products are technologically standardized, these products can be used in monitors after conducting sample tests over a period of time regardless of the manufacturer. Lastly, the CDT customers want to have secondary and tertiary suppliers ready to supply them with the CDT products to prepare for the spike in demand.   As a result, they maintain relationships with multiple CDT manufacturers.

F. Price determination

24      The defendants in this case did not have list prices.  Rather, the price and quantity of the CDT's were determined based on a case-by-case negotiation with each customer.  The negotiations took place on a monthly basis to determine the price and quantity.  However, in the event that there was any imbalance between the supply and demand, negotiations could take place many times in a given month at the request of the party with the bargaining power.

25      The price negotiation processes of the defendants in this case proceeded similarly. First, before the price negotiation started, the sales and marketing directors of the headquarters office of each defendant group set up an internal target sales price based on the production capability, desired sales quantity, market price, and expected changes in the supply and demand situation.[11]

26      On the other hand, the price negotiation started when the customer provided the defendant with the purchase order (PO) which included the target price and the desired quantity. Each of the defendants used the price guideline established through the above process when negotiating with the customer. The final sales quantity and sales price were determined by taking into consideration the relationship with the customer, the inventory level, and the production plan. At this time, the sales manager at the overseas subsidiary company discussed with the director at the headquarters office. For major customers, volume discounts were sometimes applied. On the other hand, the employees at the overseas subsidiary company sometimes had the power to determine the sales price for small-scale orders within the bounds of the price range preapproved by the final price decision maker at the headquarters office.

3. Wrongful Joint Actions

A. Actions

1) Summary of the joint actions in this case

27      The defendants in this case jointly set up the CDT sales price, allocated the CDT market share, and agreed on the limitation of production. In order to smoothly carry out such agreements, the defendants periodically exchanged confidential sales information. The joint actions in this case occurred at least from November 23, 1996 to March 14, 2006. During this period, the defendants periodically held multi-party cartel meetings. These meetings were referred to as "CDT glass meetings." However, when the number of the companies in the cartel changed due to such occurrences as bankruptcies or joint ventures, these meetings were referred to as "5-party meetings" or "3-party meetings."

---

[11] During the routinely –held cartel meetings, the companies shared information regarding the above mentioned issues, jointly set the sales prices, and agreed to reduce production and set market shares. When setting the sales prices and deciding on the production level, the defendants took the agreements into consideration.

28      During such meetings, the defendants exchanged such sensitive sales information as each company's production capacity, operation rate, production plans, sales prices, customer demands, and customer reactions.  Based on such information, the defendants allocated production quotas to meet the CDT market's demand, jointly set up the sales prices, and periodically agreed to reduce production in order to maximize each company's profit.  At each meeting, the companies checked whether other companies adhered to the agreements reached during the previous meeting.

29      On the other hand, the cartel meetings were held at different levels, from the top level meetings to the working level meetings.  Specifically, during the top level meetings, CEO's or high-level directors participated to confirm the need for cooperation among the companies in the industry and the overall principle of cooperation.  Right below the top level meetings were the management level meetings during which the senior sales directors participated in order to agree on the allocation of market shares and on production cutbacks.  Lastly, during the working level meetings in which the sales and marketing people participated, detailed market information was exchanged and whether the agreements reached at the management levels were carried out.  These cartel meetings were held in various Asian countries such as South Korea, Taiwan, Malaysia, Indonesia, Thailand, Hong Kong, China, and Japan, and in various European countries.

30      The types of agreements reached at the cartel meetings can be classified broadly into three categories.  First, the defendants agreed on the sales prices.  The defendants jointly set the sales prices, the extent of increases (decreases) in the sales prices, and the minimum prices.  To carry out the above, the defendants exchanged information on the supply and demand in the CDT market, the customer reactions each company learned based on negotiations with the customers, and the price changes of the raw materials.  Furthermore, the defendants fixed target prices and agreed on the reasons for any price increases, even agreeing on which member company was to inform which customer on the reasons for the price increases.  The agreed prices could be adjusted by taking into consideration the differences in quality.  Sometimes, the price could be adjusted by reflecting the differences in product specifications.  Second, the defendants agreed on production reduction.  The defendants either agreed on the number of days production was to be stopped or jointly established a plan to close the production line.  *Furthermore, in order to effectively carry out the production reduction agreement, each company* designated auditors and agreed to allow these auditors to audit the production facilities.  Third, the defendants even agreed to allocate the market share for each customer.  The defendants agreed on the allocation of market share based on the sales volume of each company during the period prior to any given cartel meeting, thereby reducing competition and stabilizing the market shares.

31      Besides explicitly agreeing on the above, the defendants in this case agreed on many issues.  For example, the defendants hid evidences related to the agreements in order to maintain the cartel's discussions confidential.  Also, when disputes arose, the directors resolved the issues.  Furthermore, the defendants exchanged important information such as information pertaining to production, prices, and customer demands.  In the event that any agreement was not carried out, the company that failed to carry out the agreements was criticized or other companies implied the possibility of retaliation to prompt the member companies to carry out the agreements.  These implicit agreements were necessary for the explicit agreements to be carried out efficiently and these implicit agreements were reached as a matter of course as more cartel meetings were held.

2) The agreements

A) The basic principles and structure of the joint actions

(1) The motivation for the formation of the cartel

32      The defendants started to contact other defendants in 1995.  The companies that participated in the initial two-party meetings in the CDT industry's heyday exchanged CDT market information one on one.  Such information could have been acquired through market research companies or customer companies.  However, such information from competitors was more reliable.  Furthermore, as the exchange of information continued intermittently, the defendants ultimately started to jointly determine the sales quantity or sales price.

33      Specifically, during the multi-party meeting held on November 23, 1996 with the top level managers from Samsung Electronic Tube[12], Chunghwa Picture Tubes, and Orion present, the participants agreed on the basic principles of the cartel, namely "collectively reducing production in order to resolve the excess supply of the CDT's" and "refraining from reducing the prices which would lead to cut-throat competition."  From then on, the defendants started to share other companies' confidential sales information, thereby jointly determining the sales prices and the production volumes in order to maximize profit.

---

[12] The company name Samsung Electronic Tube is to be used when describing any actions carried out by the defendant before the company changed its name to Samsung SDI in November of 1999.

<Table 6> The statement of President OOO Jing of Chunghwa Picture Tubes made on May 14, 2008

Answer (1) I think that even if the information disclosed in the CDT multi-party meetings was not always accurate, such information helped all the participants. The information obtained through the CDT multi-party meetings was each company's confidential sales information not disclosed in the marketplace. **I believed that such information allowed us to prevent the price from falling further, ensuring that we receive a higher price.**

(Evidence *sogap* 1-1, page 275 of the review report)

(2) The participants in the cartel meetings[13]

34      During the period in which the joint actions in this case were carried out, the participants in the cartel meetings from Chunghwa Picture Tubes Group were Representative Director C. Y. Lin, Vice-president C. C. Liu, S. J. Yang, Jason Liu, Tony Chien, Tony Cheng, Alex Ye, Michael Du, Christina Tsie, Edward Cheng, and Yvonne Ling-Yuan. The participants from Samsung SDI were Representative Director Sohn, Vice-president Kim, Mr. Ra, Mr. Lee, Mr. Kim, Mr. Song, and so on. The participants from LPD were Director Yang, Vice-president Choi, Mr. Park, Mr. Koh, Mr. Jeon, and so on.

(3) The structure of the cartel meetings

35      The cartel meetings in this case can be classified into the top level meetings which were held each quarter or semi-annually, the management level meetings which were held monthly, and the working level meetings which were held monthly as well. The CEO's or CRT business unit heads participated in the top level meetings to reach high-level agreements. During the management level meetings, the directors from each company participated in order to reach specific agreements on such areas as the market share and the reduction in production volume.

---

[13] Among the directors and employees belonging to the Chunghwa Picture tubes group, C. Y. Lien worked as the representative director of Chunghwa Picture tubes from 1983 to May of 2007, C. C. Liu worked as the sales and marketing vice-president of Chunghwa Picture Tubes from 2000 to 2005, S. J. Sheng worked as a senior managing director of Chunghwa Picture tubes from 1997 to June of 2007, and Jason Liu worked as a sales manager of Chunghwa Picture Tubes Malaysia from September of 1994 to November of 1998, worked as a CDT sales manager of Chunghwa Picture Tubes Fuzhou from 1998 to November of 2001, worked as the vice-president of Chunghwa Picture Tubes in 2006, and worked as the president of Chunghwa Picture Tubes Fuzhou from July of 2006 to May of 2007. Among the Samsung SDI directors and employees, Mr. Sohn worked as the representative director of Samsung Electronic Tube from January of 1996 to January of 1999 and Mr. Kim worked as a senior managing director (headquarters head) for Samsung Electronic Tube and Samsung SDI from February of 1998 to March of 2001, worked as the vice-president of Digital Display from March of 2001 to February of 2002, and worked as the vice-president of Samsung SDI from March of 2002 to February of 2003. Among the directors and employees belonging to LPD, Mr. Yang worked as a registered director of LPD from February of 2002 to September 22 of 2006, and Mr. Choi worked as a CRT managing director from July of 2001 to January of 2003, and worked as the CPO vice-president from February of 2004 to January for 2006.

In the working level meetings, specific sales related information to be provided to the top level meetings or management level meetings was exchanged.  Furthermore, whether the agreements of the previous meetings had been carried out was checked during the working level meetings.  The above facts can be confirmed by a statement made by a participant in the cartel meetings.

<Table 7> The statement of General Manager Song of Samsung SDI made on June 18 and June 19 of 2009

Answer (2) **The cartel meetings were broadly classified into the top meetings, management meetings, and working level meetings.**
First, in the top level meetings, the CDT sales heads (senior managing directors) participated and these meetings were held each quarter, in principle.  During these meetings, the issues that had been agreed on at the management level meetings were shared and the participants could grasp the CDT industry trend.  Below the top level meetings were the management level meetings participated by the sales team heads (managing directors).  These meetings played the most important part for the cartel.  These cartels were supposed to be held each month, in principle.  In many cases, these meetings were held along with the "green meetings" at hotels or resorts that had a golf course.  Below the management level meetings were the working level meetings.  The sales managers who worked in the Taiwan branch office of each company participated in such meetings.  These meetings were held each month and each company's office in the downtown Taipei was used as the meeting place.  The working level meetings were held 1 week prior to the management level meetings to support the management level meetings.

(Evidence <em>sogap</em> 2-1, page 304 of the review report)

(4) How the cartel meetings were held

A company was designated as the "presiding company" over a period of from 6 months to 12 months.  The presiding company was responsible for such administrative tasks as selecting the meeting dates and places and making hotel and transportation reservations.  Also, the directors from the presiding company presided over the cartel meetings.  The meeting information was exchanged at the working level, and such information was provided mainly via emails or telephone.

<Table 8> _The statement of President Jason Liu of Chunghwa Picture Tubes made on May 14, 2008_

Answer (3) The company entrusted with the responsibility of acting as the presiding company was in charge of gathering the related information.  For example, when Samsung SDI was the presiding company in 2005, Samsung SDI gathered and edited such information for the most part.  Until March of 2006, Chunghwa Picture Tubes was the presiding company, so the company carried out such tasks.                          (Evidence <em>sogap</em> 1-1, page 275 of the review report)

<Table 9> The statement of General Manager Song of Samsung SDI made on June 18 and June 19 of 2009

> Answer (3) In contrast to the working level meetings which were conducted relatively freely, the management level meetings were conducted with prepared meeting materials. In the management meetings, the participants took turns to act as the chairman. In most cases, the chairman was responsible for making reservations for the meeting room, gold course, room and board, and transportation as well as for presiding over the meeting.
>
> (Evidence Sogap 2-1, page 307 of the review report)

37      The cartel meetings were conducted in English and the presentation materials used during the meetings were exchanged and confirmed by the sales and marketing people before being distributed. The market information to be exchanged among the participants or issues to be agreed upon were either projected on the wall or prepared on a whiteboard by the chairman. The participants confirmed the issues to be agreed on before reaching any agreement.

<Table 10> _The statement of General Manager Song of Samsung SDI made on June 18 and June 19 of 2009_

> Answer (2) For this, Yvonne of Chunghwa Picture Tubes provided a standardized excel spreadsheet to each of the participants and requested the participants to fill the new sales data after the previous meeting in the respective columns. Yvonne then participated in the working level meeting following the management level meeting, projecting the Excel data on the wall with a projector for the participants to confirm whether the agreed-upon market shares were being adhered to well, and if there were any discrepancies, explanations were provided and the participants discussed about future adjustments.
>
> Answer (5) There were no separate documents to verify that agreements were reached. Discussions were carried out during the working level meetings. Then, at the management level meeting participated by the sales team heads, the details of the agreements to be kept by the participating companies were discussed and confirmed and the participants expressed their agreements either explicitly or implicitly.
>
> (Evidence Sogap 2-1, page 306 and page 309 of the review report)

38      During the collusion period in this case, the cartel meetings proceeded in a set pattern. First, when a meeting started, during the "market update" session, the member companies presented sensitive information such as information on the production volume, operational capability, sales volume, sales price, negotiations with their customers and so on. Then, the member companies compared the global demand and supply to review whether the agreement to increase the price could be implemented effectively. Afterwards, the member companies checked other member companies regarding whether the agreements of the previous meeting were being carried out properly. After confirming with any companies that were being suspected of not carrying out the agreements based on the information from the customers or market, either the breaching companies promised to adhere to the agreements or actions were taken against the breaching companies.

<Table 11> Statement of General Manager Song of Samsung SDI made on June 18 and June 19 of 2009

Answer 13) During the management level meeting, the sales volume of each model for each company was checked first. The next session was the "M/S Review" session, during which the companies checked whether the market shares which had been agreed at the beginning of the year were being adhered to properly. The next session was the Line Control Plan or Lone Shut-Down Schedule session during which the companies discussed about whether CDT factories located across the globe either stopped or close production lines according to the plan. Also, on several occasions during the meeting, the companies agreed on the standard price for each model. The major CDT monitors were 14 inch, 15 inch, 17 inch, and 19 inch models. The companies agreed on the standard prices based on the major specifications of each model (e.g. coating, DY integration, mask materials, etc.)

(Evidence Sogap 2-1, page 307 of the review report)

39      Also, in order to increase the price or minimize the price drop, the defendants allocated the market share for each company or agreed to reduce the production volume. In order to match the supply artificially to the overall demand, the companies agreed to allocate the amount of supply to be reduced by each company and to allocate the sales volume for each major customer. Furthermore, in order to ensure that the agreements would be carried out, the companies agreed on how to specifically audit the member companies.

<Table II> Statement of General Manager Lee of Samsung SDI made on July 7 and July 8 of 2009

Answer 14) In order to maintain the sales prices at a certain level, the excess supply had to be resolved. For this, the companies agreed to jointly control the supply. So, during the early 2000's, the companies submitted the monthly closing days to stop operation on specific number of days, to notify the designated personnel in other companies, and to allow these people to actually visit the companies to check whether the agreements were being implemented. I visited competitors' factors on line audits in the first half of 1999. Also, I remember that the people from Chunghwa Picture Tubes and LPD visited our company.        (Evidence Sogap 2-2, page 308 of the review report)

40      Lastly, during the AOB (any other business) session, the participants decided on the next meeting's date and place before ending the meeting.

(5) Details of the agreements

41      During the cartel meetings, in order to avoid competition, the defendants allocated the global CDT market or market share for each customer. Furthermore, the defendants agreed to reduce production volume in order to prevent the price from decreasing due to excess supply. In addition, the defendants agreed on fixing the price in order to carry out the above agreements effectively. In the case of the sales price agreement, such specific agreements as prohibiting the sale of defective products, which could have an adverse effect on the market prices, and synchronizing the price increases were included.

42      Specifically, the "market share allocation" agreement comprised of such details as the allocation of the global CDT market share based on the sales volume in the previous year, the allocation of a market share for a specific customer, and the designation of a major supplier and a secondary supplier for each customer.  The "production volume reduction" agreement was comprised of the agreement on the number of operational days per month, the agreement to close production lines located across the globe, and the agreement on the audit system to directly confirm the production line stoppage in order to check whether the above agreements were being carried out.

<Table 12> The statement of President Jason Liu of Chunghwa Picture Tubes made on May 14, 2008

Answer 10) Broadly, agreements were made on the price, production, and market share.  First, regarding the price, agreements on the price increases and on the minimum, floor, or bottom prices were made.  Also, agreements were made on the sales prices to individual customers.  For instance, agreements on the specific prices to be offered to the 6 major customers by the primary suppliers were made.  In addition, agreements on the specific prices to be offered to the 6 major customers by the secondary suppliers were made.  Furthermore, agreements on the differences in price between the 6 major customers and small customers were made.  During the CDT cartel meetings, the companies determined which companies were to notify to the customers of any price increases and jointly determined the timing of any price increase and the reasons behind the price increase.

Also, the companies agreed on the market shares.  For instance, the market shares of the global CDT market and the market shares of the participating companies for each major customer as well as the market shares for each major customer were agreed.  During each meeting, the companies checked whether the agreements were adhered to.  The market shares were sometimes allocated to each company based on the global sales in the previous year or previous quarter.  Sometimes, market share were allocated to the companies for a particular customer.  The market shares were allocated based on the global market, so the meeting participants could effectively maintain the agreed prices.

Lastly, agreements were made on the production volume.  First, the global CDT demand was projected.  Then, in order to prevent the CDT prices from falling, each participating company was allocated production volume according to the projected demand.  The companies participating in the CDT meetings exchanged the monthly production stoppage plans before the start of each meeting.  During the meeting, the number of stoppage days was decided for each company.  Furthermore, as the CDT market was gradually decreasing, the multi-party glass meeting participants agreed to close some of the production lines located across the globe voluntarily.  The companies agreed to reduce production because it was not easy to determine whether price agreements were followed by the companies.  Sometimes, in order to check whether the production reduction agreements were being followed, the participating companies sent their employees to other companies to directly audit whether these companies stopped production or closed lines.

(Evidence Sogap 1-1, page 273 of the review report)

<Table 13> The statement of General Manager Lee of Samsung SDI made on July 7 and July 8 of 2009

Answer 19) Although the B products made up less than 1% of the total production, the companies agreed to "stop the sale of B products" because these products had an adverse effect on the overall market prices.  The companies agreed not to recognize any "buffer period" because if any buffer period was allowed for each customer after reaching an agreement on the price, those companies who carried out prices increases first could incur damages.  Therefore, it was agreed by the companies to immediately increase the price.    (Evidence Sogap 2-2, page 344 of the review report)

(6) Implementation of the agreements and sanctions against the breaching companies

43      For the purpose of limiting competition, the defendants in this case met periodically during the joint action period in order to agree on major issues such as the sales prices of the CDT products and the production volumes.

The implementation of the agreements was checked mutually in the following meeting. Sometimes, some member companies provided information on the production volume and sales volume which was different from the actual information. However, this was tantamount to presenting to other cartel participants that they were adhering to the agreements. All the member companies disclosed whether they were adhering to the agreements based on the expectation that other member companies would carry out the agreements as well. In conclusion, we can see that all the cartel members carried out their agreements as expected.

<Table 14> The statement of President Jason Liu of Chunghwa Picture Tubes made on May 14, 2008

| |
|---|
| Answer 11) I think that the sales prices and production volumes disclosed by the companies CDT glass meeting participants during the multi-party meetings were sometimes inaccurate prior to 2005. In order to give the impression to other participants that that they were adhering to the agreements, the participants tended to disclose their sales prices a little higher than the actual prices and the production volumes or sales volumes a little lower than the actual production volumes or sales volumes, and as the meetings continued, the participants took this into consideration. Chunghwa Picture Tubes sometimes knew that based on the customer information or information gathered from the market, the information disclosed by the companies participating in the glass meetings were inaccurate. However, the multi-party participants disclosed more accurate information through discussions or arguments during the meetings and reconfirmed their intention to adhere to the agreements. Sometimes, differences were narrowed through higher level meetings (i.e. top level meetings or management level meetings). <br><br> (Evidence Sogap 1-1, page 274 of the review report) |

44      Also, the member companies took several measures in order to prevent cheating by the participating companies. Regarding the agreement to fix the sales price, in order to simplify the implementation of the agreed-upon price, the price differences due to different specifications and the price differences due to the transaction conditions were taken into consideration. Regarding the agreement to reduce production volume, auditors from each company could visit other companies' production facilities without prior notification to check whether the operation was being reduced as agreed. Also, in the event that any company breached the market share allocation agreement, the participants declared to the breaching company that they would take back the market share against the breaching company's major customers in the same manner. In most cases, the member company that was found out to have lowballed promised to prevent the reoccurrence. Also, in the event that the annual market share allocation agreement was not carried out, the market shares of the breaching companies were deducted during the meeting to determine each company's market share in the following year.

(7) The cartel's areas of influence

45      The joint actions in this case had anticompetitive influences in all the areas where the CDT products were sold, either directly or indirectly.

The cartel in this case agreed on the target price by customer and by model, allocated market shares based on the total sales volume, allocated the sales volume of each producer for each customer, allocated major customers, and agreed on production reduction. Many computer manufacturers in South Korea such as Samsung Electronics, LG Electronics, Hyundai Electronics, and Hansol Electronics were the cartel's customers. In addition, the major participants in the cartel were South Korean companies such as Samsung SDI and LPD. Furthermore, we can confirm that the cartel meetings were frequently held in South Korea.

<Table 15> The statement of President Jason Liu of Chunghwa Picture Tubes made on May 14, 2008

Answer 15) The range of the CDT multi-party agreements was global. In addition to the agreements, there were always discussions about the production volumes from the factories throughout the world including Korea and about the sales volumes. Also, the corporations located in Korea, namely Samsung Electronics and LG Electronics were among the 6 major customers discussed during the CDT multi-party meetings. Therefore, I think that these companies influenced the Korean market in carrying out the agreements reached through the CDT multi-party meetings.

(Evidence Sogap 1-1, page 276 of the review report)

(8) The principle of confidentiality

46      The defendants in this case endeavored to hide their collusion. First, the meeting reports were titled as "Visitation Report," "Market Information Exchange," or "Return-from-abroad Trip Report" in order to keep the agreements with the competitors confidential. Also, either "secret" or "confidential" was written on the defendants' cartel documents and meeting reports. Furthermore, in order to ensure that the purpose of the collusion would not be disclosed outside, other meeting names were used or the meeting places were changed.

<Table 16> The statement of President Jason Liu of Chunghwa Picture Tubes made on May 14, 2008

Answer 22-1) Also, the participants faced difficult situations in negotiating with customers when the discussion details sometimes leaked outside as the glass meetings progressed. So, the companies discussed about how to keep the meetings and the agreements of the meetings confidential. Also, I now believe that some of the participants were concerned about potential penalties related to the violation of the antitrust regulations. Mr. Jerry Lin of Philips proposed to other companies not to prepare meeting logs and to limit the number of participants from each company to 2 to 3 people, and the participants agreed.                 (Evidence Sogap 1-1, page 292 of the review report)

<Table 17> The statement of General Manager Lee of Samsung SDI made on July 7 and July 8 of 2009

> Answer 5) .... GSM stands for glass standardized meeting. The participants used this term not only because the term didn't disclose the characteristics of the meetings but also because the name somewhat conformed to the meetings' purpose, which was to "standardize." (Evidence Sogap 2-2, page 337 of the review report)

47    Also, even during cartel meetings, in order to ensure that no evidence would be left behind, the participants agreed not to leave any records pertaining to the discussions. Furthermore, in order to ensure that only the minimum number of people would know the existence of such meetings, the companies agreed to limit the number of participants in a given meeting to 2 people from each company.

(9) The joint action period and the termination date

48    For the defendant Samsung SDI, the defendant Chunghwa Picture Tubes, the defendant Chunghwa Picture Tubes Malaysia, and the defendant Chunghwa Picture Tubes Fuzhou, the joint action period commenced on November 23, 1996. For the defendant LPD, the starting date was June 30, 2001.

49    In the case of the defendant Samsung SDI, the defendant Chunghwa Picture Tubes, the defendant Chunghwa Picture Tubes Malaysia[14], and the defendant Chunghwa Picture Tubes Fuzhou, on November 23, 1996, the representative directors participated in the top level meeting. Thereafter, for the next 10 years, the companies exchanged information on the production situation and future plans, agreed on production reduction, and agreed to refrain from lowering the sales prices at the CDT cartel meetings. Therefore, November 23, 1996 should be regarded as the starting date of the violations for the defendant Samsung SDI, the defendant Chunghwa Picture Tubes, the defendant Chunghwa Picture Tubes Malaysia, and the defendant Chunghwa Picture Tubes Fuzhou.

50    The defendant LPD participated in the CDT cartel meeting for the first time on July 24, 2001 after being established on June 11, 2001. However, the company was transferred the CRT business unit from LG Electronics on June 30, 2001 and the CRT business unit from Philips Electronics on July 1, 2001. Since it should be acknowledged that the parent companies' intention to limit competition by participating in the wrongful joint actions was continued by LPD and the effects of the parent companies' prior actions can be attributed to LPD, June 30, 1001, which is the day on which the CRT business was transferred from LG Electronics, should be considered as the starting date of the violations.

---

[14] Although it is not clear whether the representatives from the defendant Chunghwa Picture Tubes participated in this meeting, as we reviewed in footnote 5), the directors and employees of Chunghwa Picture Tubes participated in the cartel meetings to reach agreements or directed the subsidiary companies to carry out the details of the agreements. Furthermore, as we can see in the statement (refer to page 267) of Jason Liu dated May 14, 2008, which is an attachment to the review report of this case, due to the transfer of personnel within the Chunghwa Picture Tubes group, the same people worked for both the parent company and the subsidiary companies to carry out the joint actions in this case or reported to the Chunghwa Picture Tubes headquarters office and subsidiary companies related to the joint actions. Therefore, even in the case of the defendant Chunghwa Picture Tubes Malaysia, November 23, 1996 should be regarded as the starting date of the joint actions in this case.

The defendants held discussions just on the Korean market at least 9 times in 1997, 19 times in 1998, 23 times in 1999, 9 times in 2000, 11 times in 2001, 9 times in 2002, 18 times in 2003, 19 times in 2004, and 12 times in 2005, continuing to hold cartel meetings through the years.

51      Due to the fact that it is not clear when the violations were no longer being perpetrated and that there is no evidence related to the agreements, the day on which the defendants held the last meeting, which is March 3, 2006, is regarded as the termination date of this case; as the CDT market was rapidly transitioning into the flat display panel market, the demand for the CDT's decreased substantially and the cartel meetings were no longer held afterwards.

3) The agreements and the specific details of the implementation

A) The agreements of the competitors prior to November 23, 1996

52      Even before November 23, 1996, when the joint actions in this case started, the competitors producing and marketing the CDT's exchanged the CDT market information through two-party meetings (Evidences Sogap 3-1 to Sogap 3-8).  During such meetings which started to be held from around September of 1995, Chunghwa Picture Tubes, LG Electronics, and Samsung Electronic Tube exchanged such information as each company's production situation, order situation, and sales prices.

53      Through such two-party meetings, the defendants could understand that by sharing their market information, they could increase profit by reducing uncertainties related to the future actions of the competitors and customers relative to participating in the market individually.  However, it is judged that the irregular two-party meetings held by the companies prior to November 23, 1996 didn't culminate in any decision to limit competition.

...

B) The meetings among the competitors in 1996

<Table 18>                    Summary of the CDT Cartel Meetings in 1996[15]

| Year | Date | Agreements | Participants (meeting level) | Evidences |
|------|------|------------|------------------------------|-----------|

---

[15] Hereinafter in the annual cartel meeting summaries, Chunghwa Picture Tubes is denoted as "Chunghwa," Samsung SDI ["Samsung Electronic Tube (SDD)" prior to November of 1999] is denoted as "SDI," LG Philips Display is denoted as "LPD," LG Electronics is denoted as "LG," Philips Electronics is denoted as "Philips," and Orion Electronics is denoted as "Orion."

| 1 | 11.23. 1996 | Production cutbacks, refraining from sales price decreases | Chunghwa, SDI, Orion (top level meeting) | Evidence Sogap 3-9, page 469 and page 471 of the review report |
|---|---|---|---|---|
| 2 | 11.25. 1996 | 14" floor price ($76) | Chunghwa, SDI, Hitachi | Evidence Sogap 3-10, Page 495 of the review report |
| 3 | 11.26. 1996 | Sales price difference ($0.5) | Chunghwa, SDI | Evidence Sogap 3-11, page 505, page 506, and page 508 of the review report |
| 4 | 12.28. 1996 | Floor price agreement confirmation | Chunghwa, SDI | Evidence Sogap 3-12, page 523 of the review report |

The multi-party meeting held on November 23, 1996

54    This meeting was the high level meeting in which the representative director from each company participated. In the meeting, Chunghwa Picture Tubes, Samsung Electronic Tube, and Orion provided other companies with information on the production of each CDT product by size and future plans. Furthermore, the representative directors agreed to reduce the CDT production volume, to refrain from reducing the sales prices, and to maintain the price difference of 2 dollars between the ITC and the B+D[16]. In addition, the participants in this meeting agreed to induce other CRT companies to participate. Specifically, it was agreed that Chunghwa Picture Tubes would bring in Philips, Orion would bring in Toshiba, and Samsung Electronic Tube would brining in LG Electronics and Hitachi. We can see that their intention was to make it impossible for the customers to substitute the suppliers by including all the CDT suppliers in the cartel in this case. In this meeting, Chairman C. Y. Lin, C. C. Liu, and Jason Liu of Chunghwa Picture Tubes, 5 people from Samsung Electronic Tube including President Sohn, and 2 people from Orion including President Um participated.[17] This can be confirmed in the "Visiting Report"

All the manufacturers agreed that the excess supply of the CDT's was serious. **Chairman Lin of CPT[18] proposed to overcome the difficulties of 1997 by reducing the production level and temporarily reduce or defer line expansion plans. Both SDD and Orion agreed to the proposal.** We explained that **continuing to reduce the prices I the midst of the cut-throat competition was not good for the CRT factories or monitor manufacturers.**
The price difference between ITC and B+D was supposed to be USD 2 and there was consensus among the companies regarding this.                                    (Evidence Sogap 3-9)

Furthermore, Orion proposed that various CRT companies participate in the next meeting to engage in honest conversations and to prepare to solve problems together. CPT confirmed that it would invite PH and Orion confirmed that it would invite TSB. SDD was responsible for inviting LG and HTC.                                              (Evidence Sogap 3-9)

---

[16] Refers to the bare tube without the deflection yolk attached.
[17] C.Y. Lin was the representative director of Chunghwa Picture Tubes from 1983 to May of 2007. Mr. Sohn worked as Samsung SDD's representative director from January of 1996 to January of 1999.
[18] The acronym "CPT" in the evidential documents could mean either the color picture tube, which is the product subject to collusion, or Chunghwa Picture Tubes Co., Ltd., a defendant, depending on the context.

The multi-party meeting on November 25, 1996

55      As agreed in the meeting of November 23, 1996, Samsung Electronic Tube invited Hitachi to
participate in the multi-party meeting of November 25 of the same year. In the meeting, the defendants
agreed to refrain from engaging in price competition for the CDT products and to set the minimum price
of the 14 inch CDT at 76 dollars. Also, in response to the criticism of Samsung Electronic Tube and
Hitachi that the 15 inch CDT price of Chunghwa Picture Tubes is too low, impacting the market price
adversely, the company promised to adjust the price. The participants in this meeting were Mr. Ra of
Samsung Electronic Tube, Kimura and Sakashita of Hitachi, and Chi-Chun Liu of Chunghwa Picture Tubes.
We can confirm this from Chunghwa Picture Tube's "Visiting Report."

---

The prices could be decreased to increase sales. However, if the prices drop too much, sales will not
increase. Rather, the manufacturers will continue to decrease the prices, resulting in cut-throat
competition. In order to prevent the CDT prices from freefalling, the HTC should contact each CRT
factory and continue to discuss.

We hope that the floor price of the 14" tubes will be maintained at USD 76 (S/S ITD[1]). The price
difference between ITC and B+D could be based on USD 2 for the CPT. (USD 3 for the Korean
manufacturers and USD 4 for the Japanese manufacturers.) I think that reconciliation could be
reached easily because the CPT could be changed to USD 3 through the SDD.

Sales price of 15" products: Both HEDS and SDD think that CPT's external estimated price of USD
115 strongly disrupts the market. (The market price offered by HEDS is USD 120 and SDD is offering
USD 118.) We said explained that we launched our products late and that our prices had to be
rather low because we were not as competitive, asking for their understanding and stating that we
would adjust the prices according to the circumstances.

...                                                        (Evidence Sogap 3-10)

---

The two-party meeting on November 26, 1996

56      During this meeting, the defendants checked each company's minimum sales price applied in
early October and the sales prices applied to different purchase quantities. In the meeting, Chunghwa
Picture Tubes stated that Samsung Electronic Tube was applying the same special price for large orders
to those customers with small orders, requesting that the price difference of at least 1 dollar be
maintained between Samsung Electronic Tube and Chunghwa Picture Tubes. After discussions, in order
to avoid the start of a price competition, Samsung Electronic Tube agreed to maintain the price
difference of at least 0.5 dollars. The defendants agreed that Chunghwa Picture Tubes would inform the
agreed-upon minimum 14 –inch price to Hitachi and Philips and Samsung Electronic Tube would inform
the same information to Toshiba and Orion. In the meeting, Mr. Ra, Mr. Ha, Mr. Lee, and M. S. Lee of
Samsung Electronic Tube and Chi-Chun Liu, Cheng, and Michael Du of Chunghwa Picture Tubes
participated. This can be confirmed with Chunghwa Picture Tube's "Customer Contact Report."

---

[19] S/S is a type of DY (saddle/saddle). ITO stands for Indium Tin Oxide and refers to the coating Braun tube screen
coating material for non-reflecting gap lines.

CPT disclosed the **confirmed floor price in early October** first.

**14" MPRII[2]/ITC USD 80.00**

**14" SS/ITC USD 76.00**

Up to now, CPT has followed the guidelines.

The offer prices in accordance with the customer orders are as follows:

100K→USD 76, 80K→77, 60K→78, 50K-79                                (Evidence Sogap 3-11)

---

Continuing to reduce the prices will result in more losses for the CRT manufacturers. As a result, CPT intends to maintain the current price floors under the condition that unsound competition will be stopped. So, we requested SDD to maintain the offer prices to the customers while maintaining the price difference of at least 1.00/PC with the CPT.

Although the current situation is the buyer's market, price reduction doesn't have any positive effect on increasing orders. Furthermore, if the CRT manufacturers do not maintain their sales prices, leaving the customers to reduce the prices, revenues will decline and losses will mount.
If SDD forces CPT to lower its prices by maintaining the same prices, another vicious competition will start. Mr. Ra finally agreed to maintain the price difference of at least USD 0.5/PC and to use the light on/EMC.                                                (Evidence Sogap 3-11)

---

Also, CPT was to inform the 14" price floors to HTC/PH and SDD was to provide that information to TSB/GS/Orion. All the companies agreed to keep consistency and to maintain the price difference of USD 0.5 ~ USD 1.00/PC with CPT.                                (Evidence Sogap 3-11)

The two-party meeting on December 18, 1996

...

57      In this meeting, the two companies reconfirmed that they would maintain the prices they agreed on November 26, 1996. Also, the two companies confirmed the other company's sales prices obtained from the customers in order to check whether the agreements had been carried out. Also, Chunghwa Picture Tubes threatened that in the event that Samsung Electronic Tube hides price reductions, the price competition could start. Based on the above, it can be inferred that the two companies implicitly had agreed to refrain from carrying out aggressive sales activities on the other company's major customers. In the meeting, Samsung SDD's Mr. Ha, Mr. Lee, M. S. Lee, and others and Chunghwa Picture Tube's Chi-Chun Liu, Wen-chun Cheng, and Ching-wien Du participated. This can be confirmed with Chunghwa Picture Tube's "Customer Contact Report."

---

[20] The term MPRII is the international unit stipulated in Sweden which indicates the interception of harmful electronic waves generated by electronic products.

> **CPT agreed to maintain the MPRI price of USD 80.00 and normal price of 76.00** during the two-party meeting on November 26, 1996.
>
> If SDD asserts to compete by fully utilizing its production capacity, which is not conducive to profit, CPT will apply greater production capacity pressure to the Taiwanese customers and **will take more irrational measures in Korea in order to prevent SDD from establishing any bridgehead.** **Mr. Ha of SDD should transmit this information to the headquarters office in Korea.**   (Evidence Sogap 3-12)

(3) The meetings among the competitors in 1997

<Table 19>                    Summary of the CDT Cartel Meetings in 1997

| Year | Date held | Agreement details | Participants | Evidences |
|---|---|---|---|---|
| 1 | 1.28. 1997 | Maintain the price floors (14": $64, 15": $98) Reduce the number of operational days | Chunghwa, SDI, Orion, Philips | Evidence Sogap 3-15, page 554 and page 559 of the review report |
| 2 | 2.24. 1997 | Notify price increases and reduction plans | Chunghwa, SDI/Chunghwa, LG | Evidence Sogap 3-16, Evidence Sogap 3-16-1 Evidence Sogap 3-17, Page 589 of the review report |
| 3 | 2.25. 1997 | Price floors (14": $67, 15": $100) Reduce the number of operational days, maintain the market shares | Chunghwa, SDI, LG, Philips | Evidence Sogap 3-18 Evidence Sogap 3-19 Page 593 of the review report |
| 4 | 2.27. 1997 | How to implement the previous agreements | Chunghwa, Toshiba | Evidence Sogap 3-20 , Page 605 of the review report |
| 5 | 3.12. 1997 | Maintain the previously-agreed prices | Chunghwa, SDI, LG, Orion, Philips, Hitachi, Matsushita | Evidence Sogap 3-21 Evidence Sogap 3-22, Page 611, page 613, and page 615 of the review report |
| 6 | 3.19. 1997 | 14" and 15" CDT price increases for each company and the implementation dates | Chunghwa, SDI, Orion, Philips | Evidence Sogap 3-23 Page 627, page 628 of the review report |
| 7 | 3.26. 1997 | 14" and 15" CDT prices increases for each company and the implementation dates. Prices differences for based on detailed specifications | Chunghwa, SDI, Philips | Evidence Sogap 3-24 Page 640 and page 642 of the review report |
| 8 | 4.7. 1997 | Increase of $5 for the 17" CDT's | Chunghwa, Toshiba | Evidence Sogap 3-25 Page 649 and page 652 of the review report |
| 9 | 4.23. 1997 | Confirmation of the previously-agreed prices, price increases for 14" and 15" CDT's in the Korean market | Chunghwa, Matsushita, / Chunghwa, SDI, Orion, Philips | Evidence Sogap 3-26-9, page 661, page 673, page 675, page 687, and page 688 of the review report |
| 10 | 5.2. 1997 | Agreement on the price increases for the 14" and 15" CDT's | Chunghwa, SDI | Evidence Sogap 3-30, Page 689 and page 690 of the review report |
| 11 | 5.9. 1997 | The minimum prices (14": $71, 15": 4105) and maintain the price volume for each customer | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap 3-31 Page 696, page 698, and page 700 of the review report |

| 12 | 5.16. 1997 | Maintain the previously-agreed prices | Chunghwa, SDI, LG | Evidence Sogap 3-32 Page 710 of the review report |
| 13 | 5.20. 1997 | Maintain the previously-agreed prices, maintain the differences in prices among the defendants and increase the prices in Korea | Chunghwa, SDI, LG, Philips | Evidence Sogap 3-33 Page 723, page 725 of the review report |
| 14 | 6.5. 1997 | Measures to induce breaching companies to cooperate | Chunghwa, SDI | Evidence Sogap 3-34 Page 734 of the review report |
| 15 | 7.8. 1997 | Refrain from competition. Price of 14" ($62), mutually adjust the price | Chunghwa, SDI | Evidence Sogap 3-35 Page 739 and page 741 of the review report |
| 16 | 7.18. 1997 | Floor prices (14": $60, 15": $90) How the overseas subsidiary companies is to implement | Chunghwa, SDI | Evidence Sogap 3-36 Page 747 and page 749 of the review report |
| 17 | 8.1. 1997 | How to maintain confidentiality | Chunghwa, SDI | Evidence Sogap 3-37 Page 764 of the review report |
| 18 | 8.18. 1997 | Check whether the agreements were carried out | Chunghwa, SDI | Evidence Sogap 3-38 Page 772 and page 774 of the review report |
| 19 | 10.9. 1997 | Exchange information on the current sales prices | Chunghwa, SDI, Philips | Evidence Sogap 3-39 Page 787 of the review report |
| 20 | 10.20. 1997 | Refrain from reducing prices, control production, and maintain the price floor | Chunghwa, SDI | Evidence Sogap 3-40 Page 795 of the review report |
| 21 | 10.30. 1997 | Minimum prices (14": $58, 15": $75) | Chunghwa, SDI, Philips | Evidence Sogap 3-41 Page 805 and page 807 of the review report |
| 22 | 11.7. 1997 | Check the intention of the companies to carry out the agreements | Chunghwa, Matsushita | Evidence Sogap 3-42 |
| 23 | 11.20. 1997 | Contact more, agree on the floor price for 14" ($58) | Chunghwa, SDI, LG, Philips | Evidence Sogap 3-43 Page 892 and page 832 of the review report |

The multi-party meeting on January 28, 1997

In this meeting, the defendants agreed to maintain the minimum price (per each customer) by reducing the number of operational days, reasoning that reducing the price in order to increase the market share results only in the reduction in the CDT industry's overall profit. Also, the meeting results were provided to LG Electronics, which had not participated in this meeting, encouraging the company to carry out the agreements of the CRT suppliers. We can see that the defendants shared information on each company's operational days, inventory situation, and production cost data in order to effectively respond to price decreases and to reach effective price agreements, thereby controlling the supply in line with the CDT demand by establishing future plans based on the above information. In the meeting, Mr. Ra of Samsung Electronic Tube, Mr. Yoo of Philips, Mr. Moon of Orion, and Chi-Chun Liu, Yoo-shuen Lin, and Ching-wien Du of Chunghwa Picture Tubes participated. This can be confirmed with Chunghwa Picture Tube's "Customer Contact Report."

If the CDT prices continue to decline, we will only feel that the demand/orders are decreasing more and more. Therefore, it is mandatory to make the customers understand the results of the CDT decisions. **In order for all the people in the CDT industry maintain the floor prices based on the agreements at the same time dealing with the customers' price reduction demands, the number of operational days should be temporarily reduced.** (Evidence Sogap 3-15)

Currently, HTC is providing the customers (MPRII) 14" at 64.00/pc. Therefore, in order for us to maintain our market share, we should follow the above price and **should confirm this price as the final price. Major customers: 64.00 dollars, mid-sized customers: 65.50 dollars, small customers: 67.00 dollars. The final price for the 15" MPRII will be 98 USD. Major customers: 98.00 dollars, mid-sized customers: 100.00 dollars, small customers: 102-103 dollars**

**The meeting participants agreed to maintain the February sales prices as the minimum prices.** The meeting results were transmitted to LG and requested the company to do its best to persuade HTC to support our minimum price resolution. (Evidence Sogap 3-15)

The two two-party meetings on February 24, 1997

59      During this meeting, the participants reconfirmed the agreements reached during the meeting held on January 28, 1997, checked whether the agreements such as the reduction in the number of operational days had been carried out, and compared the supply prices of each customer in order to carry out the agreed-upon prices smoothly. Also, the companies agreed to notify to the customers of their plans to reduce production and to increase the prices in the second half of the year. In this meeting, Chi-Chun Liu, Yoo-shuen Lin, and Chin-yuen Du of Chunghwa Picture Tubes, Mr. Lee and Mr. Lee of Samsung Electronic Tube and Mr. Lee of LG Electronics agreed on the CDT prices and on the reduction of the number of operational days. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

First, Director Lee talked about the issues related to the agreements reached during the CPT/PH/SDD/Orion meeting held on January 28, 1997. **(1) Reduction in the number of operational days (2) Decision on the minimum prices: 14" USD 60.00 (S/S), USD 64.00 (MPRII) (3) Refraining from offering lower prices to take market shares from other suppliers.**

Currently, CPT and SDD, which are the major 14" suppliers, notified all the customers that they started to reduce production in order to maintain the balance between supply and demand. There is a possibility that the price of the 14" CDT will go up in the 2nd half when there is a shortage.

(Evidence Sogap 3-17)

60      Also, the fact that all the participating companies carried out the agreement to reduce the number of operational days, one of the agreements reached in the previous meeting, can be confirmed by a newspaper article of that time period ("CRT companies to reduce production," February 18, 1997, Korea Economic Daily).

The multi-party meeting on February 25, 1997

61    During this meeting, the participants agreed on four points. First, the companies agreed on the minimum prices for the 14 inch CDT and the 15 inch CDT. Second, Samsung Electronic Tube was to announce the increase in price of the 14 inch CDT and Chunghwa Picture Tubes was to announce the price increase for the 15 inch CDT, with the price increases to take effect from April 1, 1997. Third, the participants agreed to reduce the number of operational days. Lastly, the participants agreed to maintain the market shares for each customer. The participants in the meeting were C. Y. Lin of Chunghwa Picture Tubes, Mr. Yoon and Mr. Ra of Samsung Electronic Tube, Mr. Lin of LG Electronics, and Cheng of Philips. This can be confirmed with Chunghwa Picture Tube's "Customer Contact Report" and Samsung SDD's "Meeting data on CRT manufacturers' production volumes and demands summarized in a table format."

---

The minimum prices of the 14" CDT MRPII: 67 dollars/unit, S/S: 63.50/unit
Minimum price of the 15" CDT MPRI: 100.00/PC
The 14" size price increase was published by SEC (sic) and afterwards CPT announced the price increase for the 15" size CDT. The 14"/15" CDT prices will increase April 1 of '97.
Each manufacturer should reduce the number of production days in order to control the production volume.
In order to maintain the original market shares, each manufacturer should refrain from using any price increases as an opportunity to take away other manufacturers' market shares.

(Evidence Sogap 3-18)

---

The two-party meeting of February 27, 1997

62    We can confirm that during this meeting, the CDT manufacturers confirmed the agreement to increase the prices of the 14" CDT's and discussed about the plan to increase the CDT prices (to be implemented by Samsung, Chunghwa Picture Tubes, and Toshiba, in that order) and about contacting Toshiba and Hitachi to implement the details of the agreements. This can be confirmed with Chunghwa Picture Tube's "Customer Contact Report."

---

CPT also stated that currently most CDT manufacturers agreed to increase the 14" price. After SDD announces its price increase (14": MPRII 67), CPT will immediately its 15" CPT to USD 100. TSB stated that it is very happy to hear the news and that it would follow the measures.

CPT stated that most CDT manufacturers agreed on these measures. However, HTC still has not expressed its opinion. We requested TSB to request HTC to provide more support.

(Evidence Sogap 3-20)

---

The multi-party meeting on March 12, 1997

63    During this meeting, the defendants disclosed and compared such information as the production volume, number of operational days, and inventory level between February and April of 1997 in order to determine whether each company maintained the appropriate amount of supply.

In addition, the companies agreed to increase the minimum price of the 14" CDT to 67 dollars and the minimum price of the 15" CDT to 100 dollars, agreeing further on the order of notifications of the price increases and the method of notifications. Also, the companies exchanged opinions regarding whether the previously agreed-upon prices were implemented and confirmed that Chunghwa Picture Tubes had not sold its CDT products more than 5 dollars below the customers' offer prices, as the company had agreed in the previous meeting. In the meeting, directors and employees from 7 CDT manufacturers including Mr. Ha, Mr. Lee, and Mr. Lee of Samsung Electronic Tube, Mr. Lee of LG Electronics, Mr. Moon of Orion, Huan Lung of Philips, Jian Lung Jang of Hitachi, Yue Hao Jang of Matsushita, and Tony Chen and David Ross of Chunghwa Picture Tubes participated. This can be confirmed by the memos of the participants from Chunghwa Picture Tubes and by the "Contact Report" prepared after the meeting.

|  | February | | March | | April | | |
|  | Production | Production days | Production | Production days | Production | Production days | Inventory |
|---|---|---|---|---|---|---|---|
| PH | 460 | 23 | 54 | 27 | 440 | 22 | 60 |
| CPT 14" | 602 | 12 | 698 | 16 | | | 550 |
| 15" | 161 | 12 | 250 | 16 | | | 450 |
| SDD | 900 | 22 | 1030 | 24 | 1030 | 24 | 500 |
| LG | | 21-22 | 550 | 24 | 550 | 24 | 150 |
| DW | 280 | 22 | 320 | 23 | 350 | 24 | 500 |
| MEC | 70 | | 70-80 | | 70-80 | | |

14": They will start to make overall adjustments starting April 10. **The manufacturers reached the following conclusion after discussing carefully.**
**Maintain the minimum prices      MPRII: USD 67.00/pc**
**                                 S/S 63.50/pc**
SDD will distribute an official written notification stating the price increase starting April 10 to the customers (effective from the shipping date). Other companies will follow suit.
15" **The minimum price will be adjusted starting April 10. 67KHz/MPRII USD 100.00/pc**
CPT will take the lead in notifying the price increases to the customers. Other manufacturers will
follow suit.                                                    (Evidence Sogap 3-22)

I reviewed **each manufacturer's sales prices that should be applied when selling to customers and then requested each manufacturer to disclose its books so that each manufacturer could maintain its sales territory.**

The customers demanded 8-10 dollars, but CPT strongly refused. However, **5 dollars is the amount previously agreed.**                                     (Evidence Sogap 3-22)

The multi-party meeting on March 19, 1997

64      This meeting was a multi-party working level meeting held for the purpose of discussing about the prices of the 14" and 15" CDT's and their production volumes. The defendants prepared the following table which contains information on the minimum CDT prices by customer and by specification and checked whether the agreements had been carried out.

Also, the defendants agreed to maximize profit by increasing the price further (5 dollars), reasoning that if the increase were too small (2 to 3 dollars), the customers would just ignore the increase. In order to ensure that the agreed-upon prices could be applied effectively, the defendants agreed to provide the details of the agreements to those companies that didn't participate in the meeting. Furthermore, the companies agreed to strengthen communication in order to smoothly carry out the price increases. In addition, by acknowledging the quality differences among the companies, the companies agreed that the price difference of 3 dollars be maintained between Chunghwa Picture Tubes and Samsung Electronic Tube/Philips/LG Electronics for the 15 inch CDT. The participants in this meeting include Mr. Lee, M. S. Lee, and Otto Lee of Samsung Electronic Tube, Milan Baran and Cheng of Philips, Mr. Moon of Orion, Mr. Ahn of LG Electronics, and Chi-Chun Liu of Chunghwa Picture Tubes. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

1. 14" CDT: The minimum CDP prices and implementation dates for each company:

| Classification | March | Starting April 1 | Starting May 1 |
|---|---|---|---|
| CPT | USD 67 | 67 | 72 |
| SDD | 64 | 67 | 72 |
| PH | 64 | 67 | 72 |
| LG | 64 | 67 | 72 |
| Orion | 63 | 65 | 70 |

2. 15" CDT (57KHZ[3] MPRI): the minimum prices and implementation dates for each company:

| Classification | March | Starting April 1 | Starting May 1 |
|---|---|---|---|
| CPT | USD 98 | 102 | 107 |
| SDD | 102 | 105 | 110 |
| PH | 100 | 105 | 110 |
| LG | 100 | 105 | 110 |
| Orion | 98 | 100 | 105 |

The April CPT/SDD price increase letter was sent to all the customers. Also, PH, LG, and Orion followed suit. The manufacturers will apply the new prices on the supplies to be delivered starting April 1, in principle. (Evidence Sogap 3-23)

When considering that the increase in the CPT price was only USD 2-3/pc, some customers will in turn pressure their customers to bear the price increase, but answered that they would not be able to transfer the actual price increase to their customers. Therefore, <u>they **proposed to increase the price increase.** Their reasoning is that the CDT manufacturers will gain more that way.</u>
<u>**The price increase of about $2 to $3 is not enough. The price increase should be at least $5.**</u>
(Evidence Sogap 3-23)

---

[21] KHZ: Indicates frequency and means kilohertz.

Each of the meeting participants should inform <u>TSB/MEC[4] about the 15" size prices. (CPT will contact them.)</u>

CPT wants to maintain the difference of USD 5.00/pc reached during the previous discussion in regard to the price difference for the 15" CDT with SDD/PH/LG. However, **the manufacturers disclosed about their concerns that they would lose orders, and agreed only to the difference of USD 3.00/pc.**

The companies should strengthen their communication in order to carry out the price increases smoothly.

Despite of the fact that SDD/LG offered the minimum price of USD 64.00/pc, they could not obtain orders. Therefore, <u>the companies should stop watching others and should immediately increase their prices.</u>                                                                 (Evidence Sogap 3-23)

The multi-party meeting on March 26, 1997

The defendants found out that their plan to increase the prices was not going smoothly due to Hitachi's failure to increase its sales prices as agreed. So, in April and May of the same year, the defendants notified the Japanese manufacturers about the agreements and agreed to persuade the Japanese manufacturers to carry out the agreements. Based on the above, we can see that the defendants adjusted the details of the agreements by taking into consideration the market situation in the event that the agreed-upon prices could not be applied readily. Also, the companies prepared a table showing the price differences among the different CDT specifications in order to ensure that the agreements would be carried out precisely and to prevent any breaches of the agreements. In addition, the participants confirmed the principle of the cartel, which was to maintain profitability by successfully increasing the prices based on mutual trust. In the meeting, Mr. Ra and Mr. Ha of Samsung Electronic Tube, Mr. Chung of Philips, and Chi-Chun Liu, Shen-jen Yang, and Ching-Wien of Chunghwa Picture Tubes participated. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

<u>A common understanding should be reached regarding the price increase of the 15" CDT.</u> The decision by SDD/PH/CPT to increase their prices should be notified to the Japanese manufacturers to push the Japanese manufacturers to follow the decision<u>. The companies decided to modify the sales prices of the 15" CDT starting April 1.</u>

| Classification | March | **Starting April 1** | **Starting May 1** |
|---|---|---|---|
|  | USD |  |  |
| SDD | 102.00 | USD 105.00 | USD 110.00 |
| PH | 100.00 (PH, Jin) | USD 102.00 | USD 110.00 |
|  | 103.00 (Others) | USD 104 (target 105) |  |
| CPT | 98.00 | USD 101-102 | USD 107.00 |

Regarding the price increase for the 14" CDT, the meeting participants said that all customers basically accepted the price increase and that there were no real problems.                    (Evidence Sogap 3-24)

---

[22] TSB refers to Toshiba and MEC refers to Matsushita Electronics.

The price differences for each tube type

|  | SDD | CPT |
|---|---|---|
| 15 MPRII | 105 | 101-102 |
| 15 ASC | -2.00 | -2.00 |
| 15 w/o coil | -2.00 | -2.50 |
| 14 MPRII | 67.00 | 67.00 |
| 14 ASC | -2.00 | -2.00 |
| 14 w/o coil | -2.00 | -1.50 |

In additional to continued production reduction, whenever any frictions related to customer dissatisfaction or order quantity occur, **all should adhere to mutual trust and communicate honestly and seriously in order to find the mutually-beneficial way and to increase the prices successfully so that future profitability can be ensured**.                                      (Evidence Sogap 3-24)

The two-party meeting on April 7, 1997

66      In this meeting, Chunghwa Picture Tubes was informed that Toshiba would increase the price of the 17" CDT by 15 dollars starting May of the same year and that one of the major customers for Toshiba's 15"MNN neck product was Samsung Electronics. From these facts, the defendants provided information related to the agreements reached in multi-party meetings at the two-party meeting and urged the implementation of such agreements. Also, we can confirm that a few of the customers subject to the implementation of the cartel agreements were Korean companies. Also, in regard to the plans to increase the prices of the 14" and 15" CDT's agreed in the previous meeting, Toshiba disclosed to Chunghwa Picture Tubes that it would increase the prices according to the agreements. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

CDT confirmed to increase the price to USD 15/pc (The current 17" sales price is at least USD 215.00/pc)
Currently, the manor customers of the 15" MNN neck are Japanese and Korean customers and about 50k/m is for Korea's Samsung                                      (Evidence Sogap 3-25)

Mr. Pu Yong checked TSB's 14"/15" CDT price increases and said that he wanted to see the results and that he would follow the market price. **Also, TSB decided to increase the 15" CDT price by 7"% starting May.** Namely, the sales price will increase from USD 105/pc to USD 112/pc

(Evidence Sogap 3-25)

The two-party meeting and the multi-party meeting on April 23, 1997

67      We can see that the purpose of the two-party meeting between Matsushita and Chunghwa Picture Tubes held on April 23, 1997 was to completely carry out the CDT price agreements by preventing any companies from breaching the agreements. This can be confirmed in the "Visiting Report" prepared by Ching-wien Du of Chunghwa Picture Tubes.

The major purpose of this trip is to explain to the MEC employees about the current price increases for the 14"/15" CDT's and the background to the current prices of SDD/PH/CPT/LG/TSB and to persuade the MEC employees to agree with other companies so that they will support the actual price increase measures, thereby making the CDT price increases more perfect and satisfactory.

(Evidence Sogap 3-26)

68     In the multi-party meeting held on the same day, the defendants compared each company's production volume and inventory level. Afterwards, the companies reconfirmed the minimum prices of the 14" CDT in April and May.

| | Production | | | Inventory | |
|---|---|---|---|---|---|
| | April | May | March | April | May |
| CPT | >700K | <700K | 650K-700K | 400-500K | 400-500K |
| PH | 450K | 450K | 70K | 170K | 120K |
| SDD | 850K | 850K | 600K | 850K | 750K |
| Orion | 300K | 300K | 500K | 350K-380K | 350K |

Regarding the 14" MPRRII, the meeting participants agreed to keep the April/May prices as follows: (minimum price)

| | April | May |
|---|---|---|
| 14" MPRII | USD 67.0/pc | USD 72.0/pc |

15"MPRII: The companies decided that the standard price to strive for is USD 110.00/pc.

(Evidence Sogap 3-26)

69     Also, the defendants discussed about the CDT sales prices in the Korean market. They were very sensitive to any price increases in the Korean market. The reason was that non-Korean customers referred to the sales prices in Korea to demand price discounts to the Cartel participants so that the prices in the Korean market had to increase by the same margin as in other countries. So, Chunghwa Picture Tubes and Philips asserted that the previous agreements had to be carried out in Korea as well. So, Mr. Ra of Samsung Electronic Tube sent a letter related to the price increases. In order to quickly agree on the prices in May of the same year, the companies decided to hold the meeting which had been scheduled to be held on May 19-20 earlier on May 6-7. In this meeting, the marketing directors and employees from four companies including Mr. Ra, Mr. Ha, Mr. Lee, M.S. Lee, and Mr. Otto of Samsung Electronic Tube, Mr. Song of Philips, Mr. Moon of Orion, and Chi-Chun Liu, Shen-jen Yang, and Ching-wien Du of Chunghwa Picture Tubes participated. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

> **The 14"/15" CDT sales prices in the Korean market:**
> If the 14"/15" CDT prices in Korea do not increase, this will lead to the deterioration of competiveness among the Taiwanese companies, and will vehemently resist any CDT price increase. In order to prevent failure due to the above situation, CPT/PH prompted SDD/Orion to adjust the prices in Korea at the same speed. Mr. Ra asserted that an official letter had already been sent to PH and that the company is continuing to endeavor to work with LG/Orion.
> [Memo written in a different font:] Mr. Ra asserted that the CRT manufacturers had discussed with PH (Korea) on March 23 regarding price increase in Korea.
> Also, the LG people will not be able to attend the top level meeting which was originally scheduled to be held between May 8 and May 10, so the meeting will be rescheduled to be held on May 19-May 20. However, CPT proposed to schedule the meeting earlier on May 6-May 7, reasoning that it would be better to decide on the May prices as soon as possible.
>
> (Evidence Sogap 3-26)

70      In regard to the implementation of the agreed-upon prices, Chunghwa Picture Tubes sent a letter written on the company's letter head paper to Samsung Electronic Tube on April 29, 1997 to prompt the faithful implementation of the agreements ("we do not wish to see any withdrawn attitude to destroy the understanding[23]"). In response, Samsung Electronic Tube sent a letter ("Why do we have to dig our own grave under this situation?"[24]) written on the company's letter head paper on May 2 of the same year in order to resolve Chunghwa Picture Tube's misunderstanding.

The two-party agreement on May 2, 1997

71      During this meeting, Samsung Electronic Tube and Chunghwa Picture Tubes agreed to increase the prices of the CDT products. Also, as discussed in the previous meeting, the Chunghwa Picture Tube's participants strongly urged Samsung Electronic Tube to increase it monitor prices in Korea because whether Chunghwa Picture Tubes could increase the prices of its products depended directly on the domestic prices in Korea. This can be confirmed in Chunghwa Picture Tube's "Visiting Report."

> This time, it was CPT's turn to announce and lead the 14"/15" CDT price increases. At this stage, any price increases could lead to order decreases in the short term, but in order for the operations to normalize, price increases are mandatory.
>
> **As long as CPT and SDD maintain their position staunchly, the price increases will occur. SDD agreed to such a point of view and agreed to increase the prices.**              (Evidence Sogap 3–

---

[23] "With all the efforts working together these days, we do not wish to see any withdrawn attitude to destroy the understanding and this difficult task. By this last minute determination to prop up price increase action, all of us could attain the goal. I believe I should be most beneficial for SDD to comply with the agreement of increasing the price step by step...."

[24] "Why do we have to dig our own grave under this situation? Please make it sure that there is no doubt about our efforts to increase the price."

Regarding the price increase issue, **CPT strongly requested SDD to increase the monitor prices in Korea to prevent the deterioration of Taiwanese companies' competitiveness** (Evidence Sogap 3-30)

The multi-party meeting on May 9, 1997

72    In this meeting, Director Liu of Chunghwa Picture Tubes explained about the agreements reached during the top level meeting of April 23 and about the effective date (May 1), and the participants expressed agreement. Also, the defendants prepared a table as follows to indicate the sales volume by customer and agreed to maintain the market share.

Director Liu first explained to the meeting participants that the top management's decisions were as follows: Minimum price for 14" MPR II: 72 dollars/unit. 15" MPR II: 105 dollars/unit. Effective May 1

(Evidence Sogap 3-31)

|  | Quantity | CPT | SDD | PH | LG | Orion |
|---|---|---|---|---|---|---|
| Acer | 115 | 65 | 10 |  |  |  |
| Action | 17 |  | 14 | 2 |  |  |
| AOC | 85 | 40 |  | 8 |  | 35 |
| Bridge | 11 | 1.5 |  |  |  | 10.5 |
| Compal | 34 | 18 |  |  |  |  |
| CTX | 27 | 4 | 2 |  | 3 |  |
| Delta | 17 | 7 |  |  |  |  |
| EMC | 37 | - | 22 | 10 |  |  |
| Punai | 15 | 15 |  | 0.5 |  |  |
| GVC | 43 | 7 | 7 |  | 6 | 23 |
| KFC | 32 | 5 | 5 |  | 1 | 4 |
| LED | 9 | 1 |  |  | 8 |  |
| Light-on | 85 | 72 |  |  | 12 |  |
| MAG | 18 | 9 |  | 3 |  |  |
| MITAC | 9 |  | 5 |  | 2 |  |

Right now, everybody has to cooperate with each other.  It is necessary for us to withstand for one more month and ignore the sales prices of HTC (Hitachi) **while not losing customers/market share to other manufacturers.**  This is the only way that the endeavors of the top level meetings will bear fruit.
(Evidence Sogap 3-31)

73    The defendants posed questions about the low sales prices, checked other companies' prices and reconfirmed the sales prices, and then agreed to refrain from selling the products at low prices to meet customer demands.

According to the order situation information from AOC, CPT expressed strong dissatisfaction to Mr. Moon of Orion that AOC is offering 200 dollars, <u>which is lower than CPT's price, in order to take CPT's existing market share.</u>

CPT posed questions regarding SDD/LG's passive behaviors to their customers such as GVC/KFC/LED and regarding their failure to adhere to the minimum price level in April.  <u>After SDD's explanations and LG's adamant denial, **the meeting participants from PH/SDD/LG/Orion agreed to set the minimum 14" MRPII price at 72.0 dollars/unit starting May.**</u>

The customers' statements should not be taken at face value.  **Also, we should not hesitate to increase the sales prices.  We should refrain from offering low prices to obtain small orders to ensure that the efforts of all the companies will not have been in vain.**

(Evidence Sogap 3-31)

74      This meeting was a working level meeting which was held in order for the participants to agree on such issues as the CDT prices, market shares, and prohibition against lowballing.  Mr. Kim and Mr. Ha of Samsung Electronic Tube, Mr. Lim of LG Electronics, Mr. Moon of Orion, Mr. Cheng of Philips, Director Liu of Chunghwa Picture Tubes, and 3 other people participated in the meeting.  This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

The multi-party agreement on May 16, 1997

75      During this meeting, the defendants checked whether the agreed prices of each customer were being carried out properly.  Also, the companies discussed about how to effectively respond jointly to the price decreases carried out by Hitachi.  In addition, the companies agreed to faithfully carry out the agreements reached during the previous top level meeting.

Mr. Ha repeatedly mentioned that he had notified the price increases to the customers first.
Therefore, Mr. Lim <u>thinks that the **originally-agreed minimum prices of 15"**</u>
**MPRII-105.0/pc. And 14"MPRI-72.00/unit should be offered to all the customers**<u>, that these prices should be retried for 1 to 2 months, and that HTC should be continuously persuaded to increase the sales prices.</u>

Director Liu summarized that before new decisions should be made, the comprehensive opinions of all the meeting participants should be included in the report to be submitted to the top management and that **everyone should follow the original decisions of the top management.**

CPT entrusted LG the responsibility to ensure that all the members will follow the implementation decisions based on mutual trust.  Also, CPT requested LG to participate in all working level meetings in order to strengthen cooperation based on mutual trust.                    (Evidence Sogap 3-32)

The multi-party meeting on May 20, 1997

76      During this meeting, the defendants reconfirmed the agreements of the top level meeting.  Then, the companies exchanged each company's production volume and inventory situation.  Afterwards, the companies discussed about increasing the sales prices in Korea.

Then, the participants agreed on the sales prices of the 14" and 15" CDT's, setting the price differences among the companies. Chunghwa Picture Tubes and Philips then urged the Korean companies to increase the domestic sales prices. In response, Samsung Electronic Tube confirmed that it had requested LG Electronics and Orion to increase their prices, openly criticizing Orion and LG Electronics which had offered low prices.

According to the agreements of the top level meeting on May, 1997, **the minimum prices should be adhered to and the prices should not be lowered to take away other companies' orders**

(Evidence Sogap 3-33)

Also, due to the fact that the Korean manufacturers' prices have not increased, CPT/HP complained about the sales prices of the 14"/15" CDT's in Korea. **Mr. Ra said that SDD had already notified price increases to the customers** and demanded LG/Orion to follow the price increases requests by increasing the prices above the agreed levels.
I said that the most problematic customers were Orion/LG, and added that Orion's prices were the lowers.
I requested 48KMZ-100 dollars to other LG people for 15" products, further requesting to maintain 64KMZ-103 dollars.                                                                 (Evidence Sogap 3-33)

77      Also, the defendants agreed on the minimum prices and the sales prices based on customer size for the 14" and 15" CDT's. Furthermore, the companies agreed that the price difference for the 15" CDT between Chunghwa Picture Tubes and Samsung Electronic Tube/Philips would be set at 3 dollars. This is the reconfirmation of the agreement reached in the meeting on May 9 in order for Chunghwa Picture Tubes to maintain its market share in the 15" CDT market.

14" CDT: Maintain the previously-agreed prices **in accordance with decision reached at the top level meeting: 14" MPRII-72.00 dollars/pc**
- **Major customers – 100.00 dollars/unit in May of 97, June of 97: 100 dollars/unit**
- **Medium and small customers – May of '97: 102.00 dollars/unit. June of '97: 102 dollars/unit**
**The price difference between CPT and SDD/PH** will be maintained at 3 dollars/unit according to the top level meeting and will not be discussed further.                        (Evidence Sogap 3-33)

78      In this meeting, Mr. Ra and Mr. Ha from Samsung SDI, Mr. Song and another person from Philips, Charles Lou from LG Electronics, Chi-Chun Liu, Wen-chun Cheng, and Ching-Wien from Chunghwa Picture Tubes, and other people participated. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

The two-party meeting on June 5, 1997

79      During this meeting, the implementation of the previous price agreements was checked and those who hadn't implemented the agreements were confirmed, and how to further cooperate was discussed.

Also, the Chunghwa Picture Tubes' participants expressed their dissatisfaction that the company had incurred damages due to the Korean CRT manufacturers' failure to increase the prices in Korea as agreed, urging the Korean companies to increase their prices in the Korean market. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

Therefore, **they (SDD) continued to request CPT to support the price agreements and disclosed that they were willing to understand CPT's position and to help CPT.**
In order to compete, Orion offered lower prices than contract prices and as a result took away substantial orders from CPT. ... LG also took away orders by frequently offering lower prices than the contract prices. HEDS' expected 14" CDT production situation is unclear.
SDD's President Sohn proposed to have another meeting and invited the people who were related to the future discussions. (Evidence Sogap 3-34)

---

The local 14"/15" CDT prices in Korea could not increase simultaneously, only causing the Taiwanese manufacturers to lose their competitiveness further. (Evidence Sogap 3-34)

The two-party meeting on July 8, 1997

80      The defendants agreed to refrain from competing with each other regarding the 14" CDT price and quantity, to maintain the price difference between major customers and small-scale customers, and to check with the other company when customers would propose low prices. Regarding the 15" CDT, Chunghwa Picture Tubes informed Samsung Electronic Tube that its sales price was not different from the sales prices of Samsung Electronic Tube, Philips, and LG Electronics in contrast to the previous agreement, and the two companies agreed to adjust the price to in line with the price of Samsung Electronic Tube. Samsung SDD's Mr. Ha and Chunghwa Picture Tube's Ching-wien Du and Ling-Yoon Cheng participated in this meeting. This can be confirmed in Chunghwa Picture Tube's "Visiting Report."

...

President Ha said that the current SDD price for 14" follows the price of CPT entirely. He agreed that **there was no reason for CPT and SDD to compete** on price for the 14" CDT. That is because competition between the two companies would just cause damages to the companies without increasing orders/market share.
In response to CPT's proposal to **maintain the price at USD 62.00/pc (MPRII),** President Ha expressed his intention to cooperate. Also, he agreed that a price difference between major customers and small customers was needed.
Samsung agreed to take similar measures on prices, so we should follow suit. Also, if we have any suspicions about each other's prices, we should check each other to prevent the customers from cheating us. (Evidence Sogap 3-35)

---

CPT explained to Mr. Ha again that there was no difference between the current CPT's 15" price and the prices of SDD/PH/LG. (USD 1~2.00/pc)
In addition, CPT will adjust the price within 1 to 2 months to match the SDD price.
(Evidence Sogap 3-35)

The two-party meeting on July 18

81      During this meeting, the two companies confirmed whether the rumors surrounding the prices of the 14" and 15" CDT's were true and agreed on the new sales prices. First, in regard to the 14" CDT, Samsung SDD's Mr. Ha proposed to lead the market price jointly with Chunghwa Picture Tubes. Then, the two companies agreed on the prices to be applied to other customers. In addition, the two companies agreed to transmit the agreements to the respective overseas subsidiary companies.

> **Mr. Ha agreed that the market prices of the 14" CDT could be jointly led by CPT/SDD.**
> Both sides agreed to set the **14" CDT prices** as follows:
> Major customers: Brand P / Brand A / Brand I: <u>60.00/pc</u>.  Others: <u>62~64.00/pc</u>
> Director Liu mentioned about CPT's sincerity in maintaining the current prices and requested **today's conclusions to the headquarters/Malaysia factory/Hong Kong subsidiary** so that they could follow the conclusions.
>
> (Evidence Sogap 3-36)

82      In addition, regarding the 15" CDT, the two companies compared the prices differences that occurred according to product specifications based on the standard specification (64KHZ/MRPII) to ensure that the agreed-upon prices would be applied. Furthermore, the two companies agreed to cooperate with Philips to set the minimum price at 90 dollars.

> Both sides clearly stated again that the **price differences for the various tube types** were as follows:
> Base: 64KHZ/MRPII
>
> |        | CPT    | SDD    |
> | ------ | ------ | ------ |
> | No ASC | -2.00  | -2.00  |
> | No coil | -2.50 | -2.00  |
> | 48KHZ  | -2.00  | -2.00  |
> | Glare[7] | -2.00 | -2.00  |
> | Total  | -8.50  | -8.00  |
>
> As long as SDD/PH/CPT cooperate, the minimum 15" CDT price could be maintained at USD 90.00/pc.
> CPT will contact PH again to cooperate in such efforts.         (Evidence Sogap 3-36)

83      The purpose of this meeting was to agree on the prices and production volumes of the 14" and 15" CDT's.  Mr. Ha and 2 other people from Samsung Electronic Tube and Chi-Chun Liu and Ching-Wien of Chunghwa Picture Tubes participated.   This can be confirmed in Chunghwa Picture Tube's "Visiting Report."

---

[25] "Due to the fact that people watch computer monitors more closely than TV monitors, the specifications on the effects on the body are more detailed.  The monitors without any liquid applied on the glass are referred as glare monitors.  Those monitors with the coating on the glass are referred to as non-glare monitors.  The CDT monitors with the coated glass are high-end monitors." (Evidence Sogap 2-1 answer 6)

The two-party meeting on August 1, 1997

84    In this meeting, the two companies exchanged information on factory production volumes and sales data for each customer. In addition, the companies agreed to keep the cartel meetings confidential. This can be confirmed in Chunghwa Picture Tube's "Visiting Report."

> We have to continue to maintain contact points to exchange information. However, except to respond carefully to deal with excessive competition, we should exchange information only orally and should never provide any written information.                                    (Evidence Sogap 3-37)

The two-party meeting on August 18, 1997

85    The two companies exchanged the production data and production line conversion plans of the factories located across the globe and checked whether the previous agreements had been implemented. Specifically, the participants checked whether the other company's sales price information obtained from the market or customers was correct. Regarding the sales prices of the products to Samsung Electronics, Samsung Electronic Tube confirmed that the prices offered to Samsung Electronics were about 2 to 3% lower than the market prices. The meeting participants were Mr. Ra and 3 others from Samsung Electronic Tube and Chieng-wien Lin and 2 others from Chunghwa Picture Tubes. This can be confirmed in Chunghwa Picture Tube's "Visiting Report."

> When CPT asserted that the current 14"/15" CDT prices of SDD are 58.00/pc and USD 84.00/pc respectively based on reliable evidences obtained from customers, Mr. Ra responded that his company's lowest 14" CDT price was USD 59.00/pc. CPT pointed out that when Director Liu had visited SDD in July, Mr. Ha had promised to staunchly defend the minimum price of USD 60.00/pc. He continued that even if it was necessary to adjust the lower price due to the changes in the market situation, SDD had to notify CPT about that for CPT to review the price.                    ···
> In regard to the fact that the 15" CDT price is USD 84.00/pc, Mr. Ha strongly denied that his company had never offered such a price. Mr. Ha said that that price was only the price demanded by Light-on and further stated that SDD had not acquiesced to the company's demand.        (Evidence Sogap 3-38)

> President Lin requested Mr. Ra to provide him with the prices used for internal transactions. However, Mr. Ra just said that the prices are about 2 to 3% lower than the market prices.
>
>                                                                        (Evidence Sogap 3-38)

The multi-party meeting on October 9, 1997

86    In order to find out whether the excess supply of specific CDT products exerted any downward pressure on the prices, the defendants exchanged information on the production volume of each of the production lines located across the globe and information on the line conversion plans.

Also, the participants agreed to differentiate between major customers and small-scale customers in terms of price and confirmed that there would be no additional price decreases per the decision of the top management. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

The minimum 14" price is USD 58.00/pc. If possible, the price should be increased to about USD 1-2/pc. However, the price increase should be determined based on the price difference with the 15" CDT. Mr. Lin of PH said that although their minimum 14"/15" CDT prices are USD 57.00/79.00, **the top management had already decided not to decrease the 14"/15" CDT prices further.** Also, he said that the 14" CDT price would be adjusted to at least USD 58.00/pc.

For the 3 manufacturers, the minimum 15" prices are USD 78-80/pc. SDD asserted that it wants to maintain the minimum price at USD 80.00/pc. ... Also, they will not decrease the price further.

17" CDT sales prices: The minimum PH price is USD 170.00/pc and the minimum SDD price is USD 175.00/pc.                                                                  (Evidence Sogap 3-39)

The two-party meeting on October 20, 1997

87        This meeting was a two-party meeting in which the CEO from each company participated. During the meeting, the two companies agreed on the principles of refraining from competition through *more close cooperation to prevent price decreases and controlling the production level to maximize profit.* In order to carry out the above principles, the two companies agreed at the working level to work closely, including notifying to customers uniformly. In order to refrain from price competition in the 14" and 15" CDT product categories and to reach price agreements, CEO Sohn, Mr. Kim, Mr. Ha, and others from Samsung Electronic Tube and CEO Chieng-wien Lin, Chi-Chun Liu, Shen-jen Yang, and Ching-wien Du from Chunghwa Picture Tubes participated. This can be confirmed in Chunghwa Picture Tube's "Visiting Report."

President Lin **emphasized that it was a good opportunity for all the companies to stop decreasing their prices.**

The CDT manufacturers need to send the message to product suppliers and monitor manufacturers that the **CDT manufacturers do not have the ability to decrease the prices any longer and that in order to stabilize the price level the CDT manufacturers will not decrease the prices** next year.

It is more advisable to **all the companies to cooperate to control the production volume** rather than decreasing our prices and engaging in cut-throat competition. In order to pursue more healthy had profitable business, we have to maintain the prices.

In order to strengthen communication, **the companies should visit other companies more frequently**. Thanks to President Lin's extensive explanations about the fact that there is no way to increase customer demand by engaging in price competition and about the fact that it would be more profitable for both companies to cooperate, **CEO Sohn of SDD agreed on the spot to strongly defend the price floor.** Also, he asked everyone to communicate more and to cooperate wholeheartedly.

(Evidence sogap 3-40)

The multi-party meeting on October 30, 1997

88     Chunghwa Picture Tubes invited Samsung Electronic Tube and Philips in order to jointly check Hitachi, which was decreasing product prices, and to carry out the price agreements effectively. Specifically, the defendants agreed to adjust prices before offering estimates to customers and reconfirmed their intention to maintain the minimum price of 58 dollars for the 14" CDT and the minimum price of 75 dollars for the 15" CDT, which had been agreed in the previous meeting. The meeting participants were Mr. Ha and Mr. Lee from Samsung Electronic Tube and Chi-Chun Liu, Shen-jen Yang, and Ching-Wien of Chunghwa Picture Tubes. This can be confirmed by Chunghwa Picture Tube's "Customer Contact Report."

> **In order to strengthen mutual trust to "maintain the prices" and to understand other companies' thoughts and methods,** CPT invited PH/SDD to the meeting held at SDD Taipei.
> CPT requested SDD to review prices with CPT and use CPT to price as the reference price before offering any prices to small and medium customers.                                   (Evidence Sogap 3-41)

> SDD believes that in order to ensure the current **minimum 14" CDT price**, the price of the 15" MPRII should not drop below **USD 75.00/pc.**
> They maintain the minimum (14") price of **USD 58.00/pc.**                    (Evidence Sogap 3-41)

The multi-party meeting on November 21, 1997

89     This meeting was held in order for the companies to confirm the market rumors and then to agree on the next month sales prices and to jointly notify the customers that the prices would increase due to the supply shortage.  First, the defendants contacted frequently amongst themselves to agree to check the sales prices in advance.  Then, they agreed to maintain the price of the 14" CDT at 58 dollars, further agreeing to notify the customers of supply shortages.  According to the data that shows the CDT manufacturers' production plans, although 24 production lines were planned to be operated, the companies agreed to prevent the sales prices from falling by notifying the customers that only 21.5 lines were in operation.

> Regarding the rumor surrounding the current price decisions, **the participants agreed to contact frequently and to check all areas to make sure to prevent being cheated by the customers.**
> All the manufacturers agreed to **maintain the 14" price at 58.00 dollars/unit.**
>                                             (Evidence Sogap 3-43)

CPT: 5 lines (Should be 5.5 lines).        SDD: 4 lines

PH: 2 lines (Should be 3 lines)        Orion: 1 line

LG: 2 lines (There is 0.5 line at US Zenith and will operate a line in July of '98 in Great Britain.)

HEDS: 2 lines        Toshiba: 2 lines        MEC: 1 line

Sony: 2 lines        NEC: 0.5 line (TECO's 0.5 line will be added)

Total: 21.5 lines (Actually should be 24 lines)        (Evidence Sogap 3-43)

---

All manufacturers **agreed to announce to the monitor manufacturers to that there would be a supply shortage for 14"/15" next year to maintain the price level.**

We should be able to notify the customers that the supply will be tight to prevent the prices from automatically dropping.        (Evidence Sogap 3-43)

---

90        In order to agree on the CDT prices to be applied in December of the same year, the directors and employees[8] of Samsung Electronic Tube, LG Electronics, Philips, and Chunghwa Picture Tubes participated.  The participants were Mr. Ha of the Taiwan subsidiary of Samsung Electronic Tube, Mr. Park and Mr. M. M. Park of LG Electronics, Siuri Lin of Philips, and Chi-Chun Liu, Shen-jen Yang, and Ching-wien Du of Chunghwa Picture Tubes.  This can be confirmed by Chunghwa Picture Tube's "Customer Contact Report."

(4) The meetings held by the competitors in 1998

<Table 20>        The summary of the CDT Cartel Meetings in 1998

| Year | Date held | Agreement details | Participants | Evidences |
|---|---|---|---|---|
| 1 | 1.5. 1998 | Maintain the 14"-15" CDT price difference | Chunghwa, SDI | Evidence Sogap 3-44, page 843 of the review report |
| 2 | 1.14. 1998 | Minimum prices (14": $58, 15": $73~74). Establish an audit system | Chunghwa, SDI/Chunghwa, Toshiba | Evidence Sogap 3-45 Page 852 and page 861 of the review report |
| 3 | 1.19. 1998 | Increase the 17" CDT prices | Chunghwa, Matsushita | Evidence Sogap 3-47 Page 870 of the review report |
| 4 | 3.4. 1998 | Decrease production / Minimum prices (14": $53.15, 15": $65) | Chunghwa, LG/Chunghwa, SDI, Philips, Orion | Evidence Sogap 3-48~9 Page 879 and page 891 of the review report |
| 5 | 3.25. 1998 | Amount of decrease ($0.5~1.0/pc), price stabilization | Chunghwa, SDI | Evidence Sogap 3-50 Pages 900~902 of the review report |
| 6 | 3.30. 1998 | Price guidelines (14": $50, 15": $63) | Chunghwa, SDI, LG, Orion | Evidence Sogap 3-51 Page 912 of the review report |
| 7 | 4.14. 1998 | Production reduction, price maintenance | Chunghwa, SDI | Evidence Sogap 3-52 Page 920 of the review report |

---

[26] Although the companies which participated in the cartel meeting are clear based on the evidence related to this meeting, some of the participants could not be identified, so no participant names were indicated for some of the participating companies as a result.

| 8 | 5.18. 1998 | Sales prices (14": $46, 15" $56) | Chunghwa, Orion | Evidence Sogap 3-53 Page 928 and page 932 of the review report |
| 9 | 6.1. 1998 | Price reduction, prevention of price drop | Chunghwa, SDI, Orion | Evidence Sogap 3-54 Pages 942~943 of the review report |
| 10 | 7.9. 1998 | Confirmation of the intention to maintain the cooperative relationship | Chunghwa, LG | Evidence Sogap 3-55 Page 956 of the review report |
| 11 | 7.18. 1998 | Termination of sales of B products, 1st and 2nd price increases, application of different prices for major customers and other customers, production reduction, implementation of the audit system to check adherence to agreements | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap 4-1, page 2738 Evidence Sogap 2-2, page 344 |
| 12 | 7.31. 1998 | Reduce 17" production by 25%, maintain the price of $93 | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap 4-2 Page 2741 of the review report |
| 13 | 8.21. 1998 | Check whether the price increase agreement is being implemented, Check increases in price for products from SDD to SEC | Chunghwa, Hitachi | Evidence Sogap 3-56 Page 967 and page 969 of the review report |
| 14 | 9.2. 1998 | Production reduction for 14", 15", and 17" and price increase plans | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap 4-3 Page 2746 of the review report |
| 15 | 10.9. 1998 | Number of production reduction days and measures to check implementation | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap 2-2, page 346 Evidence Sogap 4-5, page 2751 of the review report |
| 16 | 10.20. 1998 | Sales prices (maintain the price of 14", increase the price of 17") | Chunghwa, "SDI, LG, Orion, Philips | Evidence Sogap 4-6, page 2760 of the review report |
| 17 | 11.4. 1998 | Measures to check the implementation of price reduction | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap 4-7, page 2764 of the review report |
| 18 | 11.23. 1998 | Maintain the current sales prices | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap 4-8, page 2767 of the review report |
| 19 | 11.28~29. 1998 | Increase the sales price of 17" by $5 | Chunghwa, SDI, LG, Orion, Thai CRT | Evidence Sogap 4-9, page 2769 of the review report |

The meeting on January 5, 1998

91    During this meeting, the defendants continued to discuss about the necessity of maintaining the price difference between the 14" CDT and the 15" CDT. The reason was that in the event that the price gap between the two products narrowed, the demand for 14" CDT's would be transferred to the 15" CDT, thereby reducing the profit level. Also, in regard to the sales prices applied to Samsung Electronics, a Korean customer, Samsung Electronic Tube confirmed to Chunghwa Picture Tubes that Samsung Electronic Tube had never supplied Samsung Electronics the products at lower prices. The meeting participants were Mr. Ha of Samsung Electronic Tube and another person from Samsung Electronic Tube and Chi-Chun Liu, Shen-jen Yang, and Ling-yun Cheng of Chunghwa Picture Tubes. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

> If the price difference between 14" and 15" narrows to USD 10.00 for SDD, inevitably substantial portion of the 14" demand will shift to 15". Then, the entire market will actively push for change.
>
> (Evidence Sogap 3-44)

Regarding the rumor that the Korean manufacturers started dumping their products at low prices due to the substantial depreciation of the Korean currency, SDD stated that the product orders were adequate and that there was no need to hurriedly decrease the prices.  In the case of SEC, as the products started to be imported through CDT and TSB, the payments have to be made in dollars, so the import prices are still high.  As a result, SEC could not substantially decrease the prices, and there was no statement that SEC was dumping its products.                    (Evidence Sogap 3-44)

The two two-party meetings held on January 14, 1998

92      During this meeting, Mr. Lee of Samsung Electronic Tube inquired to Ling-yun Cheng about the possibility of a price drop due to the reduction in orders and Chunghwa Picture Tubes confirmed its intention to maintain the price level.  On the same day, Toshiba's Hamano, Oshima, and Yang-chang Lee and Chunghwa Picture Tube's Chieng-wien Lin and Ching-wien Du discussed about drawing up common guidelines for the CDT manufacturers and setting up an audit system. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

Assistant Vice-president Lee expressed his concern about price decreases due to the decrease in orders for CPT [Chunghwa Picture Tube]'s 14" products. I answered that we were not taking any actions to reduce the **price of the 14" CDT** and that we would **maintain the minimum price at USD 58.** I hope that both sides will be able to reach an agreement.  We **plan** to reduce the **price of 15" from** USD 74~74 to **USD 73~74.**                    (Evidence Sogap 3-45)

For such a reason, he proposed to organize an international CDT industry association during this visit. The member companies had to maintain representatives in Korea, Japan, and Taiwan in order to meet in the above meeting, to prepare common guidelines appropriate for the circumstances, and to prepare an audit system to audit the actual activities of each member.

                                              (Evidence Sogap 3-46)

The two-party meeting on January 19, 1998

93      During this meeting, the defendants confirmed that except for Hitachi, the CDT manufacturers had increased the 17" CDT prices starting January 16 of the same year in accordance with the previous agreement. Also, Chunghwa Picture Tubes confirmed that in the event that other CDT manufacturers agree to increase their prices by the same level as the Japanese products, the company would follow suit. During this meeting, He-wi Ahn and 2 others from Matsushita and Chi-Chun Liu and Sheng-jen of Chunghwa Picture Tubes participated. This can be confirmed in Chunghwa Picture Tube's "Visiting Report."

> *Even if some companies mess around, if the demand is still strong, such actions will not impact the* overall situation. Except for Hitachi Singapore, which was acting independently, **all the manufacturers in Japan, Korea, and China increased their 17" prices at this time.**
> If the conclusion reached by all the companies is CF Med (confirmed), CPT will definitely follow this.
> (Evidence Sogap 3-37)

The two-party meeting and the multi-party meeting held on March 4, 1998

94      During this meeting, the defendants agreed to control production and inspect the details of the agreements in order to improve the market situation marked by excess supply and further agreed to hold more meetings in the future in order to check in advance uncertainties related to the prices. In order to discuss on stabilizing the CDT prices, Mr. Cho and 4 others from LG Electronics and Chi-Chun Liu and 2 others from Chunghwa Picture Tubes participated. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

> It was stated that the current CPT business was very difficult, the excess supply in the overall market was serious, **and that the price decrease issue had to be strictly resolved based on production control by all the companies.** (... It was explained that the agreed production control would not be effective without strict supervision.)
> Mr. Cho said **that he wanted to contact frequently and exchange information** and stated that any rumors in the market could be mutually confirmed. (Evidence Sogap 3-48)

95      On the same day, Mr. Ra and 3 others from Samsung Electronic Tube, Jung Lin of Philips, Mr. Moon of Orion, and Shen-jen Yang and 2 others from Chunghwa Picture Tubes held a multi-party meeting to agree on the CDT prices. The defendants checked the customer demands and the market supply and demand situation, and then discussed about the sales prices of the 14", 15", and 17" CDT's to be applied jointly. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

> Mr. Ra said that he wanted the participants to use the following prices as the minimum prices for the 14"/15" CDT's.
> **14" – USD 53.0/pc**               **15" – 65.0/pc**
> Mr. Ra wanted SDD and LG to maintain the USD 130.0/pc level. (Evidence Sogap 3-49)

The two-party meeting on March 25, 1998

96      Chunghwa Picture Tubes worried about the strong downward pressure on the CDT prices from the Taiwanese monitor manufacturers as a result of the enhanced price competitiveness of the Korean monitor manufacturers due to the depreciation of the Korean currency. During this meeting, Mr. Ra of Samsung Electronic Tube proposed that all the CDT manufacturers should jointly endeavor to reduce the price decrease.

Chunghwa Picture Tubes expressed that the company wanted Samsung Electronic Tube to transfer some of the supplies sold to Samsung Electronics to Chunghwa Picture Tubes and discussed about such a possibility. From this, we can see that the quantity of sales to Samsung Electronics depended on the market situation and the supply prices and that the purpose of the adjustment of order quantities among the competitors was to avoid competition, thereby avoiding decreases in prices.

97     Lastly, the defendants agreed to hold a top level meeting between the two companies with the CEO from each company present and to hold a multi-party working level meeting including the participants from the two companies, Philips, and LG Electronics, on March 30 of the same year. Samsung SDD's Mr. Ra and another person and Chunghwa Picture Tube's Chi-Chun Liu, Shang-jen Yang, and Ching-wien Du participated in this meeting in order to discuss about how the CDT manufacturers could carry out joint actions effectively.  This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

---

Due to the enhanced competitiveness of the Korean monitor producers as a result of the depreciation of the Korean won...  The Taiwanese producers will exert pressure to reduce the price level to USD 60.0/pc in order to maintain competitiveness against the Korean companies.
Mr. Ra said that <u>he wanted **all the companies to cooperate to limit the price decrease to about USD 0.5~1.0** in order to prevent the business situation from deteriorating further.</u>

(Evidence Sogap 3-50)

---

Director Liu said that <u>if SDD could transfer 5% of the orders (transfer orders from SEC),</u> in other word, (namely, SDD's production utilization rate decreases to about 75%), CPT could provide supplies at better prices. He continued that if the CPT production line utilization rate continued this way, <u>the need to compete for orders would subside in the current market.  Also, he said that this would contribute to the stabilization of the price level.</u>

(Evidence Sogap 3-50)

---

<u>CEO Sohn of SDD will visit Taiwan in mid-April.</u>  I hope that on he will have an opportunity to exchange opinions with CEO Lin regarding the market information and industry situation.
Also, <u>the working level employees of PH/LG/CPT/SDD were invited to SDD's Taipei office on March 30, '98 at 2:00 PM to exchange information on the market situation and on the price information.  I hope that a consensus will be reached regarding the price level.</u>                    (Evidence Sogap 3-50)

---

The multi-party meeting on March 30, 1998

98     The purpose of this meeting was to exchange information on the CDT prices in order to refrain from engaging in CDT price competition. During this meeting, the participants agreed that the price differences between Chunghwa Picture Tubes and other participants for the 15" CDT and the 14" CDT should be adjusted to 2 dollars and 3 dollars, respectively.  Also, the participants discussed about setting the minimum price of the 14" CDT at 50 dollars and the minimum price of the 15" CDT at 63 dollars.

The four companies including Samsung Electronic Tube, LG Electronics, Orion, and Chunghwa Picture Tubes held this meeting in the Samsung Electronic Tube meeting room in Taiwan. During this meeting, the companies agreed on the prices of the CDT prices. The participants from each company were Mr. Ra, Mr. Ha, and another person from Samsung SDD's Taiwanese subsidiary company, Mr. Lim and another person from LG Electronics' Taiwanese subsidiary company, Mr. Moon of Orion, and Shen-jen Yang and another person from Chunghwa Picture Tubes. This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

In order to prepare **April price guidelines to prevent the CDT prices from decreasing exorbitantly due to excessive price competitio**n, the people from CPT/PH/LG/Orion and other related people were invited.
CPT's proposal to **adjust the price difference to USD 2.00/USD 3.00 to reduce 14"/15"** was welcomed by everyone. SDD also promised to follow this action. Mr. Ha said that SDD wanted to maintain the April 14" price level above USD 50.00/pc and the April 15" price level above 63.0/pc.

(Evidence Sogap 3-15)

The two-party meeting on April 14, 1998

99     This top level meeting was held in Taiwan with Representative Director Sohn from Samsung SDD's headquarters office, Mr. Ra, the head of the Taiwanese subsidiary company, and 4 others and Representative Director Chieng-wien Lin and 4 others participating in order to reconfirm the principle of agreeing on the CDT prices and to strengthen cooperation. During the meeting, the two companies' representative directors agreed to maintain the price level by reducing the production level as follows. Also, from the information contained in the evidential materials, we can see that on Saturday of April 14 of 1998 when this meeting was held, the Korean CDT manufacturers LG Electronics and Orion agreed to hold a multi-party meeting in Korea to agree on the prices. Also, according to the statement made by Mr. Ra of Samsung Electronic Tube, we can see that the Taiwanese subsidiary company of Samsung Electronic Tube was carrying out the agreements reached with the competitors in accordance with the directives of the headquarters office. This can be confirmed in the "Visiting Report" indicated as "confidential" prepared by one of the participants from Chunghwa Picture Tubes.

**If the CDT manufacturers cooperate to reduce the utilization rate to adjust to the market demand** during the offseason, maintaining the price level will not be difficult. However, if all the companies increase the utilization rate, some companies will no longer be able to exist. Also, price wars will not be avoided.

(Evidence Sogap 3-52)

CEO Sohn said that he would invite LG and Orion this Saturday in order to find ways to maintain the identical CDT price for everyone's benefit by discussing about the current market situation.

(Evidence Sogap 3-52)

Also, **President Ra** said that **he had been dispatched to Taiwan in order to do his best to maintain the price level.** He wanted to have a dinner meeting with President Lin every month in order to discuss about the market situation and to exchange opinions.

(Evidence Sogap 3-52)

The two-party meeting on May 18, 1998

100     During this meeting, Chunghwa Picture Tubes, Philips, and Samsung Electronic Tube agreed to set the sales price of the 14" CDT at 46 dollars and the sales price of the 15"CDT at 56 dollars, as they had discussed on the previous Tuesday.  Also, the defendants confirmed to adhere to the agreements and to draw up a system to check adherence to the agreements.  The meeting participants were Mr. Moon and Mr. Kang of Orion and Chi-Chun Liu, Shen-jen Yang, and Ching-wien Du of Chunghwa Picture Tubes.  This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

Director Liu explained that based on the results of the meeting held between President Lin of CPT, Mr. David Zhang of PH, and Mr. Ra of SDD, there would be no price decreases for the **14"/15" CDT's and the May prices would be strictly maintained as follows: 14" MPRII: USD 46.0/pc, 15" MPRII: USD 56.0/pc** (If any special prices were offered to the major customers, such prices have to be maintained, but no further price decreases should be allowed.)                                    (Evidence Sogap 3-53)

Therefore, everyone should be faithful in maintaining the prices.  If we hear from the customers that SDD and PH are competing in price in secret in violation of the resolution, this information should be provided to CPT.  Then, CPT will appeal to SDD and PH.                          (Evidence Sogap 3-53)

The multi-party meeting on June 1, 1998

101     The sales directors and employees from the 4 companies who participated in this meeting agreed to reduce production as follows in order to jointly maintain the CDT prices, which were falling due to the reduction in market size. On Saturday of the previous week, the Korean CDT manufacturers had held a meeting to agree on prices, had planned to discuss further on production cutbacks, and had planned to meet with Mr. Kim of Samsung Electronic Tube, Chunghwa Picture Tubes, and Philips on June 3 and June 8 to inform them of the details of the agreements.  The meeting participants were Mr. Ra, Mr. Ha, and another person from Samsung SDD's Taiwanese subsidiary company, Mr. Moon and another person from Orion, and Chi-Chun Liu and 2 other people from Chunghwa Picture Tubes.  This can be confirmed in Chunghwa Picture Tube's "Customer Contact Report."

In order to solve the current situation in which the CDT prices are continuing to drop, all the manufacturers have to not only maintain their prices but also **reduce the production level to change the market situation characterized by excess supply to allow the prices to rebound.**
Also, Mr. Ha of SDD and Mr. Moon of Orion believe that the only way to succeed is for the top management to start to decide on **additional cooperative measures** to reduce production to change the supply and demand situation regardless of the utilization rate (different from the current situation in which production naturally decreases due to the slow market)                          (Evidence Sogap 3-54)

> Last Saturday, **SDD, LG, Orion, and other manufacturers held a meeting and have already reached a common understanding regarding the price guidelines**. Today (June 1, 1998), the companies will have a meeting at 2 t to continue to reach agreements on production reduction.
> SDD's Mr. Lin Kim (top business unit director) will visit Taiwan on June 2, 1998 and will meet directly with Mr. Lin on June 3 and with Mr. David Jang of PH on June 8 to explain about the resolution and to discuss about it.                                                                    (Evidence Sogap 3-54)

The two-party meeting on July 9, 1998

102      According to Chunghwa Picture Tube's Customer Contact Report below, we can see that 15" and 17" products started to become major products instead of 14" and 15" products. Also, while the Japanese manufacturers were cutting back their production, Chunghwa Picture Tubes, Samsung Electronic Tube, LG Electronics, and Philips confirmed with each other that they could jointly influence the market prices, agreeing to check each other in order to prevent any of the four companies from breaching the details of the agreements.

> **The other companies that can impact the market are CPT, PH, SDD, and LG.**  As long as these 4 manufacturers cooperate on the price policy, we will be able to lead the market.
> He wanted to be able to communicate with L"G employees fact to face in the future.  If LG heard the rumor that CPT is offering low prices, you can ask CPT to confirm the rumor.  If a close cooperative relationship can be formed, they will be able to lead CPT in the right business direction to ensure profitability.                                                                    (Evidence Sogap 3-55)

The multi-party meeting on July 18, 1998

103      This meeting was a multi-party meeting held by the sales directors and employees of Samsung Electronic Tube, Chunghwa Picture Tubes, LG Electronics, Philips, and Orion in order to agree on the CDT prices in Korea.  According to the report prepared by Mr. Lee of Samsung Electronic Tube titled "The Results of the 7th (July 18) CDT Industry Meeting" and inferring from the statements made by the participants, the following can be confirmed.

> Sales of **B products that can distort the market prices should be stopped.**
> **The prices should be increased for all customers starting August 1** of the same year.
> **The 2nd price increase should be implemented within October** of the same year.
> Different prices should be applied for major customers and other customers.
> **Production should be cut back**
> The details of the agreements should be provided to the Japanese companies
> **A system to check whether the companies are implementing the agreement should start (production volume: once a month, price: once a week)**                                     (Evidence Sogap 4-1)

Answer 19) "Sales stop of class B" among the agreement is below 1% in the output, but sales are to be stopped because, in the case that the goods of class B are to be distributed in the market as honest goods, it has an adverse effect on the overall market price. The agreement that does not acknowledge "Buffer Period" means that it was agreed to increase the price immediately because the company that implemented the price increase first can be damaged in the case that puts a grace period by customers after the agreement on a price increase is obtained.

Additionally, we had come to an agreement to review the second price increase around Oct., and I remember that actually at the time after the agreement the price was increased. We had come to an agreement "to apply Bottom price that is already agreed to main customers and to apply the increased price of 1~2 dollar with comparison to Bottom price to the other customers," and this means an agreement that applies the bottom price (the minimum agreed price) to main customers to which a lot of quantity is supplied but applies a slightly higher price with comparison to the bottom price to the customers that are not main customers to their own. ...

Looking the information that estimated the demand/supply of third quarter in 1998, the total supply quantity of five companies that were participated in the meeting of cartel was 3,920K and the total supply quantity of Japanese companies was 3,500K, and we had underwent a process that reduce and adjust by the five(5) companies that participated in the meeting of cartel in order to meeting the remaining demand quantity after deducting the supply quantity part of Japanese companies after estimating the total demand quantity in order to adjust the supply quantity jointly. (Evidence Sogap Number 2-2)

□ Multi-party meeting on July 31, 1998

104     This meeting is a multi-party meeting for the price increase agreement of CDT that is conducted in the office of Philips Taiwan as agreed in the previous meeting by the executives and staff in charge of CDT sales of Samsung Electronic Tube, Chunghwa Picture Tubes, LG Electronics, Philips, Orion, and according to "the result report of 8[th] (July 31) meeting of CDT business circles" made by ** Lee of Samsung Electronic Tube, who participated in the time of meeting, the fact of agreement to the following is confirmed.

**Agreement of reducing the production of 17" CDT: 25% is reduced during third quarter, 1998**
**Maintaining the price of 17" as 93 dollars**
**Price is increased to the case that the shipping is also delayed without exception**
**Prohibition of class B sales**               (Evidence Sogap Number 4-2)

105     Additionally, it is a fact that the defendants compared the production ability, production plan, size of reducing production by each company by making the following table and came to an agreement pertaining to the reduction of output. This is applied to the act that reduces the output of each company artificially by adjusting to the CDT demand in order to prevent price decrease because of an oversupply. According to the following 17" CDT reduction agreement, it is possible to know that the production ability (capability) of five companies in the third quarter 1998 was 5.4 million unit but the real production was adjusted to 3.7million unit, and they have come to an agreement to hold a meeting of hands-on staff class, respectively, in Taiwan on Sept. 2 and in Seoul on Sept. 20 of the same year.

| | CAPA | Original Production Plan | Reduce Production | Production Plan (Unit: 1,000) |
|---|---|---|---|---|
| SDD | 1,800 | 1,500 | △60 | 1,440 |
| LG | 1,830 | 800 | △30 | 770 |
| Orion | 100 | 10 | - | 10 |
| Chunghwa | 900 | 810 | △30 | 780 |
| Philips | 840 | 800 | △30 | 770 |
| Total sum | 5,470 | 3,920 | △150 | 3,770 |

□ Two-party meeting on Aug. 21, 1998

106  In the two-party meeting between Hitachi and Chunghwa Picture Tubes, Liu of Chunghwa Picture Tubes had confirmed that the CDT manufacturers of China and Korea had succeeded in a price increase (as in following) according to the previous agreement, and indicated that there was a plan to increase the price again around October of the same year.

> Director Liu **confirmed** that the manufacturers of China and Korea had **adjusted the price from the first quarter to Aug. successfully, as in the following.**
> 14" MPRE        USD 50.0
> 15" MPRE        USD 60.0
> 17" MPRE        USD 93.0
>  TCD            USD 96.0
>
> Additionally, there is an intention to increase the price again in October due to market development and because the current price is barely maintained with the level of price that does not incur a loss. (These can decide the range of price increase in late August or early September.)
> (Evidence Sogap Number 3-56)

107     The fact of a mutual confirmation as to whether or not Samsung Electronic Tube had increased the price targeting Samsung Electronics as the agreement is confirmed from the written contents of "(3) the other" clause of customer contact report of Chunghwa Picture Tubes, and consequently it is possible to know that Samsung Electronics is included in carrying out the objective among CDT manufacturers.

> Therefore, he has a question as to whether or not SDD had already increased the SEC price. Mr. Jang said the main concern that he is considering is that Taiwanese manufacturers do not have the largest loss because of a small action of Korean manufacturers after this one-time CDT price increase. Based on several meetings, Director Liu explained that the position of SDD regarding the price increase is very strong. Additionally, he said that he would raise an objection and request to confirm to SDD about the matter of the increase in the SEC price. Both of the parties agreed to pay attention to the deployment of the market situation and to maintain information exchange. (Evidence Sogap Number 3-56)

□ Multi-party meeting on Sept. 2, 1998

108  In this meeting, the defendants, in the same year, agreed to the reduction plan of fourth-quarter output and confirmed it by making the quantity of reduction by each company with the following table. It is a fact that it was to be carried out from November of the same year. Also, the participants agreed to maintain the price of 14″ with 52 dollars, which was increased by three dollars, the price of 15″ with 65 dollars for an increase of five dollars, and maintain the price of 17″ with the same price from Oct. 1, 1998 after grasping the information of increase request by each company with relevance to the price-increase plan by the standard. This meeting was held in Taiwan by the executives and staff in charge of sales and marketing of five CDT manufacturers such as Samsung Electronic Tube, Chunghwa Picture Tubes, LG Electronics, Philips, Orion, etc. This is confirmed by the "Record of meeting result (Sept. 2, 1998)" of * * Lee, Samsung Electronic Tube.

| <Capacity Reduction of Q4> | | | Original | Adjustment | Balance | Remarks |
|---|---|---|---|---|---|---|
| 14″ | | LG | 250 | 200 | 50 | |
| | | Philips | 420 | 370 | 50 | |
| | | Chunghwa | 1450 | 1420 | 30 | |
| | | SDD | 1090 | 1060 | 30 | ☞Japanese companies also need to reduce their Capacity of 17″ Reduction Q'ty ≒ 200K/4Q |
| | | Total | 3210 | 3050 | 160 | |
| 17″ | | LG | 1440 | 1360 | 80 | |
| | | Philips | 750 | 710 | 40 | |
| | | Chunghwa | 1210 | 1140 | 70 | ☞The capacity reduction start from Nov. 1998 |
| | | SDD | 1710 | 1620 | 90 | |
| | | | 105 | 105 | 0 | |
| | | Total | 5215 | 4935 | 280 | |

| <Price Increasing System> | Original Request | | | Agreement |
|---|---|---|---|---|
| | 14″ | 15″ | 17″ | |
| CPT | 5 | 6~7 | 4 | ☞Agreement 14″: 3USD↑ = 52USD |
| Orion | 2~3 | 5 | Follow | 15″: 5USD↑ = 65USD |
| Samsung | Zero | 5 | Zero | 17″: "Zero" |
| Philips | Follow | 5 | ? | From Oct. 1, 1998 |
| LG | Follow | 6~7 | ? | |

□ Multi-party meeting on Oct. 9, 1998

109     The defendants confirmed the success or failure of the second price increase that was agreed in the previous meeting, and they discussed the reduction scenario that Philips had prepared as the center. This imparted a strong signal about the price increase to customers, specifically through the easy implementation and establishment of the reduction plan, that monitoring is possible and that the reduction and composition of sales product is decided by each company, while the price guideline should be kept.

Additionally, it was agreed that 1) the part of excess supply should be the target of reduction after comparing demand/supply, 2) adjust days of operation with a reduction method but to reduce five days in the total CDT plants, including overseas plants, on Dec. 1998, and seven days on Jan. and Feb., 1999 with relevance to the reduction scenario. This made it possible to confirm whether or not to carry out the agreement by making up the monitoring team to comprise several regions, including Korea.

---

Answer 23) In the same meeting they shared the reduction background and reduction scenario for the reduction agreement, and agreed to stop the operation days of the total CDT plants, including overseas plant, for five days in Dec. 1998 and to stop seven days in Jan. and Feb. 1999. Additionally, it was agreed to make up a monitoring team by region and to submit a reduction plan for the effective carrying out.                                              (Evidence Sogap Number 2-2)

---

   1)  Reduction background
☐ Easy Implement G Monitoring
☐ Sending Strong Signal
☐ Start Exercise G Fine by Each Company
☐ Product Mix Manage by Each Company
However, Price Guideline Stick Follow                              (Evidence Sogap Number 4-5)

---

   2)  Reduction scenario
☐ Reduce the part of excess supply by comparison of demand/supply
☐ Reduce by adjusting the operation days
☐ Dec. 1998: Reduction for five days (total CDT plant, including overseas plant)
☐ Two months of Jan. and June, 1999: Reduction for seven days
3) Action item
☐ Make-up of Monitoring Team by region (Korea, Taiwan, Malaysia, China, England, Austria, Mexico)
                                              (Evidence Sogap Number 4-5)

110     Executives and staff in charge of sales and marketing of five CDT manufacturers such as Samsung Electronic Tube, Chunghwa Picture Tubes, LG Electronics, Philips, Orion, etc., participated in the meeting. This is confirmed by "the data of meeting result of CDT business circles" made by * * Lee of Samsung Electronic Tube.

☐ Multi-party meeting on Oct. 20, 1998

111     In this meeting, the executives and staff in charge of sales and marketing of five CDT manufacturers such as Samsung Electronic Tube, Chunghwa Picture Tubes, LG Electronics, Philips, Orion, etc. held a multi-party meeting in Taiwan and agreed to the output reduction of CDT product and sales-price increase. According to the data of "meeting result of CDT business circles (Oct. 20)" that is made by * * Lee of Samsung Electronic Tube, with relevance to the sales price, the defendants agreed to maintain the price of 14", and to increase the price of 17" by going along with the five companies when Japanese company increases, and it is possible to know that Samsung Electronic Tube was to deliver the meeting result to Matsushita.

2. Agreement
1) **Price increase of 14"**: ☞The price of 14" CDT shall be maintained as the present (52$)
2) Opinion to the Japan's price increase of 17": Initially, in the case that there is a price increase in Japan, the price shall be increased by going along with the five companies. The opinion of five companies shall be delivered by Samsung (to Matsushita).
3) Indication of the price in 1999 (the first half): ☞The price of the first half of 1999 shall be maintained as the present price.

(Evidence Sogap Number 4-6)

□ Multi-party meeting on Nov. 4, 1998

112  This meeting is a multi-party meeting that was held in Taiwan by the executives and staff in charge of sales and marketing of five CDT manufacturers such as Samsung Electronic Tube, Chunghwa Picture Tubes, LG Electronics, Philips, Orion, etc., and confirmed CDT reduction plan that was agreed in the previous meeting and whether or not of carrying out of mutual checking system again, and there is a fact that exchanged the sales price information. According to the data of business diary that * * Lee of Samsung Electronic Tube made the meeting result with memoirs, the fact that it was agreed to make up a monitoring team comprising several regions, including Korea, and to carry it out was confirmed in the meeting.

● ACTION (Regional monitoring team -> Malaysia, Mexico, Austria nk, China, tail***, Korea
-set up monitoring team, to do it the implementation

(Evidence Sogap Number 4-7)

□ Multi-party meeting on Nov. 23, 1998

113  There is a fact that the executives and staff in charge of sales and marketing of five CDT manufacturers such as Samsung Electronic Tube, Chunghwa Picture Tubes, LG Electronics, Philips, Orion, etc. held multi-party meeting in Taiwan and discussed about the present condition and sales price of each company. According to the e-mail data that an employee of Samsung Electronic Tube who participated in the meeting at the time sent the report of meeting result, it is a report of Taiwanese cartel meeting result, and it is possible to know the fact that reported the CDT meeting result that was held in Taiwan and a fact to maintain the present price until adjustment by the top-level meeting.

The following is the report of meeting result of five CDT companies that was held in Taiwan on Nov. 23. "Now in the state of a very severe and difficult situation because the sales quantity of 14" has been dramatically, rapidly reduced, but the situation will not improve with the decrease of price. Therefore, **the current price shall be kept until there will be a separate adjustment by the top-level meeting, even though the situation is difficult."**

(Evidence Sogap Number 4-8)

□ Multi-party meeting on Nov. 28~29, 1998

114    In this meeting, the executives and staff in charge of sales and marketing of five CDT manufacturers, namely Samsung Electronic Tube, Chunghwa Picture Tubes, LG Electronics, Philips, Orion etc. held a multi-party meeting in Korea for the agreement of CDT price increase, and according to the data of "CDT business circles meeting result (Nov. 28, 29)" that * * Lee of Samsung Electronic Tube, who participated in the meeting, personally made up for the internal report, it is possible to know there was an agreement that the defendants were to hold a top-level meeting once per quarter and were to held the next management level meeting in Taiwan on Jan. 20, 1999 and were to increase five dollars following Japanese business circles with relevance to the price of 17" CDT, and were to establish the reduction plan of the first quarter of 1999.

---

Top-level meeting: One time per quarter, the next top-level meeting: Early Mar. Chunghwa (Malaysia)

The next management meeting: Jan. 20 (Taiwan)

Case of 17 inch price increase

Agreement: <u>The five companies are to increase 5\$ within one month in the case that Japanese company is to increase the price as of Dec. 1, 1998.</u>

The five companies also <u>discussed again to increase the price within one month but within 5\$ on the premise of the increase of Japanese company.</u>

At the time of top-level meeting, not only 14" but also the reduction plan for the first quarter of 1999 should be established through information exchange to demand/capability/real production of first quarter of 1999, and it was operated with a practical meeting through the attendance of staff in charge.

(Evidence Sogap Number 4-9)

---

(5) Meeting among competitors, 1999

<Table 21>        Outline of CDT cartel meeting during the period of 1999

| Serial Number | Date of opening | Agreement | Attended company | Evidence data |
|---|---|---|---|---|
| 1 | Jan. 13, 1999 | Increase of 17" price and time(Jan. 16) | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-58 p.983 of evaluation report |
| 2 | Jan. 18, 1999 | Confirm the success of 17" price increase, reduction of output, the minimum price of 19" (\$185), maintaining the gap of sales price (\$10) among defendants | Chunghwa, SDI, LG, Orion, Philips | p.347 of Evidence Sogap Number 2-2 p. 1002, p. 1006 of Evidence Sogap Number 3-59 Evidence Sogap Number 4-10 p. 2773~5 of evaluation report |
| 3 | Feb. 10, 1999 | Include 19" in the object of agreement, output reduction | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-60 p. 1023, p. 1027 of evaluation report |
| 4 | Mar. 1, 1999 | Output reduction, keeping confidential | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-61 p. 1045, p. 1047, p. 1056 of evaluation report |
| 5 | Mar. 5~6, 1999 | Days operated (25 days operated), increase the price of 17" \$5 | Chunghwa, SDI, LG, Orion, Philips | p.348 of Evidence Sogap Number 2-2 Evidence Sogap Number 4-10-1 p. 2777 of evaluation report |
| 6 | Mar. 15, 1999 | Increase the price of 17", plan of operation stop | Chunghwa, SDI, LG, Orion, Philips | p.348 of Evidence Sogap Number 2-2 Evidence Sogap Number 3-63 p. 1103~4 of evaluation report Evidence Sogap Number 4-11 |

| 7 | Apr. 10, 1999 | Monitoring plan of refraining from selling with low price, production reduction | Chunghwa, SDI, Philips | Evidence Sogap Number 4-12<br>p. 1781 of evaluation report |
| 8 | Apr. 14, 1999 | Sales price (17": $98, 19": $185),<br>Days of operating plant | Chunghwa, SDI, LG, Orion, Philips | p.349 of Evidence Sogap Number 2-2<br>p. 1118 of Evidence Sogap Number 3-64<br>Evidence Sogap Number 4-14<br>p. 2794 of evaluation report |
| 9 | Apr. 28, 1999 | Plan of operation stop | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 4-15<br>p. 2803 of evaluation report |
| 10 | May 12, 1999 | Sales price, plan of production reduction | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-65<br>Evidence Sogap Number 4-16 |
| 11 | June 23, 1999 | Sales price (15": $5 increase, 17": $95, 19": $170), plan of operation stop | Chunghwa, SDI, LG, Orion, Philips<br>(Top-level meeting) | p. 1149, p. 1156, p. 1160 of Evidence Sogap Number 3-67<br>p. 2813, p. 2817 of evaluation report<br>Evidence Sogap Number 4-19 |
| 12 | July 23, 1999 | Price increase, plan of operation stop | Chunghwa, SDI, LG, Orion, Philips<br>(Top-level meeting) | Answer 39) of Evidence Sogap Number 2-2<br>p. 1183, p. 1185, p. 1187 of Evidence Sogap Number 3-68<br>Evidence Sogap Number 4-20<br>p. 2826 of evaluation report<br>Evidence Sogap Number 4-21 |
| 13 | July 28, 1999 | Sales price (17": $92~93), price increase in Korea market, plan of operation stop | Chunghwa, SDI, LG, Orion, Philips | p. 1210 of Evidence Sogap Number 3-70<br>Evidence Sogap Number 4-22<br>p. 2850~1 of evaluation report |
| 14 | Aug. 4, 1999 | Confirm the carrying out of price increase and operation stop agreement | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-71<br>p. 1223, p. 1226, p. 1227 of evaluation report |
| 15 | Aug. 10, 1999 | Maintaining sales price and keeping confidential | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-72<br>p. 1240 of evaluation report |
| 16 | Aug. 20, 1999 | Maintaining the sales price of 14", 15"", 17", 19",<br>Plan of operation stop | Chunghwa, SDI, LG, Orion, Philips<br>(Top-level meeting) | p. 1250 of Evidence Sogap Number 3-73<br>p. 2854 of Evidence Sogap Number 4-23<br>Evidence Sogap Number 4-24<br>p. 2859 of evaluation report |
| 17 | Sept. 2, 1999 | Price increase in the Korean market | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-74<br>p. 1260, p. 1263 of evaluation report |
| 18 | Sept. 20, 1999 | Price increase of 15", price increase of 17", plan of operation stop | Chunghwa, SDI, LG, Orion, Philips<br>(Top-level meeting) | p. 1281 of Evidence Sogap Number 3-75<br>Evidence Sogap Number 3-76<br>Evidence Sogap Number 4-26<br>Answer 41) of Evidence Sogap Number 2-2 |
| 19 | Sept. 28, 1999 | Agreement of supply quantity matching to the demand quantity of the whole world | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-77<br>p. 1337 of evaluation report |
| 20 | Oct. 13, 1999 | Output reduction, maintaining the minimum price | Chunghwa, SDI, LG, Orion, Philips<br>(Top-level meeting) | p. 1351, p. 1357 of Evidence Sogap Number 3-78<br>Evidence Sogap Number 3-79 |
| 21 | Nov. 9, 1999 | Confirming the result of agreement performance | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-80<br>p. 1385 of evaluation report |
| 22 | Nov. 26, 1999 | Green meeting | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-81<br>p. 1385 of evaluation report |

| 23 | Dec. 22, 1999 | Maintaining the current sales price | Chunghwa, SDI, LG, Orion, Philips | Evidence Sogap Number 3-82 p. 1397 of evaluation report |
|----|------|------|------|------|

☐ Multi-party meeting on Jan. 13, 1999

115    In this meeting, the defendants discussed about the detailed plan of price increase of 17" CDT that was scheduled from Jan. 16, the same year, and then decided to increase the price on schedule. The participants of the meeting were the executives and staff in charge of sales and marketing such as Mr. * * Ha of Samsung Electronic Tube and plus one person, Frank Shao of Philips, Mr. * * Mun of Orion, Mr. Park of LG Electronics, Wen-Chun Cheng, Chun-Mey Sie of Chunghwa Picture Tubes, etc. This is confirmed by the "visit report" of Chun-Mey Sie of Chunghwa Picture Tubes.

> There is a **need to strengthen the effort for the price increase of 17"** by several manufacturers. For example, SDD did not give an official written notice to its customer. We hope that SDD shall have a basis such as something that specifically matches the rate with several manufacturers when customers are doing price negotiation with DEM.
> The result of progress that a variety of manufacturers achieved in the price increase of 17" CDT: [Underline with memoirs] **Several manufacturers showed a smooth progress and will increase the price from Jan. 16.**                                         (Evidence Sogap Number 3-58)

☐ Multi-party meeting on Jan. 18, 1999

116    The defendants confirmed the case of price increase of 17" CDT that is the previous agreement, and agreed to the output reduction of 14" CDT, and discussed the production quantity and price that is to be applied to the first quarter 1999 after reviewing CDT supply and demand of the whole world in 1998.

> Answer 29) In the same meeting, confirmed that "the total companies has completed the price increase successfully with relevance to the case of price increase of 17-inch," as was agreed in the previous meeting, and agreed to sale the normal standard price of 19"(the minimum price) with $185 that is decreased 10% in comparison to the price of Japanese company and to get $10 more for the price of short length in comparison to the normal price.                          (Evidence Sogap Number 2-2)

117    First, the defendants confirmed that all of defendants increased the price successfully as the agreement with relevance to the agreement that is to increase the price of 17" CDT two days after the opening of the meeting. Such information is confirmed also in the data of "case of 17-inch" price increase => All the companies completed the price increase successfully" that is listed in the report of meeting result of Samsung Electronic Tube.

> SDD: All of the customers of SDD accepted the price increase on 17".
> L/G: The price increase on 17" was achieved smoothly.
> Orion: Most of the 17" is for internal supply, and the quantity for external sales is very small. The customers also did not refuse the price increase.
> Result of the price increase of 17" CDT: It was progressed smoothly. Each manufacturer increased the price after Jan. 16. [Underline with memoirs]
>
> (Evidence Sogap Number 4-10)

118     Second, Discussion that is related to 14" CDT was made with China as the center regionally, the defendants agreed to reduce all of the output of each CDT plant for the price stabilization.

> SDD: Mr. D. Y. Kim also added that the output was already reduced in order to stabilize the price of 14". In order to promote the price increase of CDT, in the case of necessary, must reduce all of the output, and even must close the production line. [Under with memoirs]          (Evidence Sogap Number 3-59)

119     Third, with relevance to the price of 19" CDT, the defendants agreed to the suggestion of Samsung Electronic Tube that established $185 as the lowest price, and agreed to increase the price of short tube $10 in comparison to the normal price, and to get for the product of Chunghwa Picture Tubes with cheap of %10 in comparison to the agreed price.

> SDD urged to each manufacturers to observe the lowest price of TCO[27], $185 in the meeting. In addition, SDD requested to CPT to follow the market after the launch of 19", and to maintain the price gap below $10. [Under with memoirs]
>
> (Evidence Sogap Number 3-59)

> Normal standard price of 19"(The minimum price): 185USD (0.260, TCO)
> Short length: Normal price + $10          (Evidence Sogap Number 4-10)

120     Finally, the participants decided to hold the next working level meeting in Taiwan on Feb. 10 the same year and to hold the next top-level meeting on Mar. 5~6 the same year together with golf meeting after discussing to attempt the price increase again in 2/4 quarter 1999.

> Mr. David (of Philips) showed that the opportunity of price increase must be got again in 2/4 quarter. Mr. David requested, in order to achieve the control of a more improved production ability than that of 1998, to each manufacturer to make an effort together continuously for the reduction of output. President Lin of CPT said that he hopes everybody can maintain the price together.
>
> (Evidence Sogap Number 3-59)

---

[27] TCO: It is a more strengthened regulation for electronic wave block than MPRII and its base is a numerical value that is measured at the point of 30cm of monitor surroundings.

1) The next meeting
□ Working level meeting                    □ Top-level meeting
Date: Feb. 10 14:00                        Management meeting: Mar. 5, 1999 14:00~
Place: SDD Taiwan branch                     Green meeting: Mar. 6, 1999
Agenda: Demand/supply 1999
                                             (Evidence Sogap Number 4-10)

121   This meeting is a multi-party meeting that was held in Taiwan and five companies such as Samsung Electronic Tube, LG Electronics, Orion, Philips, Chunghwa Picture Tubes, etc., attended. This is confirmed by the "contact report" of Chunghwa Picture Tubes and the data of "meeting result CDT business circles (Jan. 18, 1999)" of Samsung Electronic Tube.

□ Multi-party meeting on Feb. 10, 1999

122   In this meeting, the defendants agreed to adjust the sales quantity by cooperating in advance for the maintaining and increase of sales price according to the expanding market of 19" CDT. And decided to do the best in order to maintain the balance of market's demand and supply, after exchanging the *forecast information with relevance to the supply quantity and demand quantity of CDT in order to* adjust the output in order the CDT supply does not exceed demand.

The thing that he (Mr. Ha of Samsung Electronic Tube) fears was the thing that if several manufacturers enter into the market of 19" one by one and the control of price and production ability is not improved, the decreasing speed of the sales price of 19" will not be slower than that of 17" of last year. ...**There is no need for several manufacturers to suggest too low a sales price. They should avoid anything that affects the future price trend of 19"**.
Mr. Lin (of Philips) discussed 19" as a main title of the next information exchange meeting and **agreed with Mr. Ha on the suggestion to include 19-inch as the formal discussion title of top-level meeting at first time from the next meeting**, which was to be held in CPTM.
                                                                    (Evidence Sogap Number 3-60)

Mr. Lin **appealed to do the utmost in order to maintain the balance of market's demand and supply** by telling several manufacturers to think of something that make progress in terms of a production-line change.
**The total sum of CDT supply quantity 1999** (including Japanese manufacturers, for which the supply estimates is 27.9M on the basis of a load factor 70%) **shall be 104.1M. The output of the five CMT manufacturers will be 76.2M.**                                (Evidence Sogap Number 3-60)

123   * * Ha, * * Lee of Samsung Electronic Tube, Mr. Park of LG Electronics plus one person, Mr. Mun of Orion plus one person, Mr. Jerry Lin of Philips plus one person, Wen-Chun Cheng of Chunghwa Picture Tubes plus one person attended. This is confirmed by the "visit report" for the internal report of Chunghwa Picture Tubes.

□ Multi-party meeting on Mar. 1, 1999

124     The information on the delivery quantity and expected order quantity for February of the same year was disclosed to the public in this meeting, there is a fact that Chunghwa Picture Tubes and Philips complained that Korean manufacturer should report the whole sales quantity of Korea, etc., to the thing that the Korean manufacturers reported only information on delivery quantity to Taiwanese customer. From this it is possible to know that the purpose of the cartel of this case is the control of output and artificial maintenance and an increase in the price of CDT product that is supplied to the whole world. Also, a member company (LG electronics), in which the days of production reduction was lacking, promised to supplement henceforward with discussing about the issue that the agreement of output reduction is performed well. In order to secure the effectiveness of output reduction agreement performance, Mr. Lin of Philips showed that he was to personally visit the production lines of the participants.

125     Additionally, the defendants discussed the matter of difficulties in the performance of the agreement because the information that was agreed at the time of the CDT meeting had been leaked to customers, so it was decided to maintain security to the agreement of CDT meeting thoroughly. Finally, the participants decided to hold the next CDT meeting at Chunghwa Picture Tubes, in Taiwan, at 2:00 p.m. on Mar. 8 of the same year.

Korean manufacturers reported only the sum quantity that was actually delivered to Taiwanese customer. **CPT and PH respectively claimed that Korean manufacturers also should report the total sales quantity of the world.**

(Evidence Sogap Number 3-61)

Looking fast performance of CPT than another participated manufacturers and a bigger output reduction rate than another manufacturers in production reduction, Mr. Lin expressed admiration to the wisdom and devotion of our arbiter for the stabilization of demand and supply in the CDT market. However, **LG announced that it was ready to supplement the continuous lack days of production reduction on the following months (April to June).** Mr. Lin said he would check in detail the plan of production reduction of production line of several manufacturers by investing time personally from Mar. (Underline with memoirs)

(Evidence Sogap Number 3-61)

He asked several participants to pay attention and to confirm whether or not the information had been leaked by the staff in charge of sales of several manufacturers. **Regardless of it, the communication path with customer with relevance to such information must be controlled.**
Date of the next CDT regular meeting-
It is scheduled to be held at Taoyuan on Mar. 8 (Wednesday) 2:00PM

(Evidence Sogap Number 3-61)

126     The executives and staff in charge of sales and marketing such as * * Yun of Samsung Electronic Tube, Me. Song of LG Electronics, Justin Park of Orion, Jerry Lin of Philips, Ching-Yuan Du, Chun-Mey Sie of Chunghwa Picture Tubes, etc., participated in the meeting for the agreement of CDT output reduction and price increase. This is confirmed by the "visit report" of Chunghwa Picture Tubes.

(5) Multi-party meeting on Mar. 5~6, 1999

127     The defendants decided to reduce 10% of the CDT output from April 1999 and to check it by making up a monitoring team, and agreed to increase the sales price at least five dollars to 17" from May 1999, and that Philips takes charge of the role of single window in order to induce the participation of agreement of Japanese companies, and that the next management level meeting is to be held by the supervision of Orion on April 14.

> Answer 31) The same meeting was the first top-level meeting of CDT business circles that was held according to the result of agreement on Nov. 28, 1998 and held in a hotel that has a golf course and is located in Malaysia. I remember that around four people respectively including the representative director level of five companies such as Chunghwa Picture Tubes, LG Electronics, Philips Electronics, Orion Electric, etc., participated in the same meeting.
> In the same meeting, "to adjust the operation day with 25 days in order to reduce the output of 17" CDT 10% on the next month (April, 1999) and "to increase the sales price five dollars from May 1999" and "to induce the participation of agreement performance by unifying the communication window with Japanese company to Philips" and "to answer within 24 hours in the case of mutual problem rise", etc., was agreed. Additionally, exchanged and shared the present condition with relevance to the sales of each company, market information, etc.                    (Evidence Sogap Number 2-2)

> 1.   Main agreements
> 1)   Reduction of 17" CDT 10% in April 1999 (Operation of 25 days)
> ➔   Adjust/check the production by submitting the reduction plan (operation plan of 25 days) by each company and by making up a separate monitoring team.
> 2)   Increase the price minimum five dollars from May, 1999 (MPRII base $98 -> $103)
> 3)   Making the communication window with Japanese company to be unified into Philips and transfer the mood of business circles and induce participation.
> 5)   Submit results regarding all items/problems within 24 hours. (Evidence Sogap Number 4-10-1)

128     This meeting was held in Malaysia from Mar. 5 to Mar. 6 and was a meeting that the executives and staff including CEO of each company such as Chairman * Son, managing director * Kim, * * Kim, * * Lee, * * Park of Samsung Electronic Tube, vice chairman * * Jo, * * Jeon, * * Go of LG Electronics, Chairman Young Nam Kim, managing director * * Mun, * * Gang, * * Kim of Orion, Jang David of Philips, president Chieng-Yuan Lin, director Chi-Chun Liu, Ching-Yuan Du of Chunghwa Picture Tubes, etc., participated. This is confirmed by the data of internal report of Chunghwa Picture Tubes and Samsung Electronic Tube and the statement of * * Lee of Samsung Electronic Tube.

□ Multi-party meeting on Mar. 15, 1999

129    The defendants confirmed a fact that transferred to Hitachi and Mitsubishi through Philips as previously agreed and requested a support because the cooperation of Japanese companies is necessary condition with relevance to the price increase of 17" on May the same year. Additionally, a fact that the headquarters of Samsung Electronic Tube disclosed the price increase to Samsung Electronics as the agreement of CDT cartel participants was disclosed to the public. Also, submitted the plan of operation stop of 17" CDT by production plant of each company and agreed by making it with a table.

> Mr. Ha of SDD said that if the price increase cannot succeed to get a support from Japanese manufacturers it would not succeed. Mr. Lin answered that Mr. David Chang disclosed the agreement of Malaysia to HTC/MEC and requested support.
> **Mr. Ha asserted that the headquarters of SDD had disclosed the information to the price increase to SEC. SEC also disclosed to customers that the price is to be increased again.**
>
> (Evidence Sogap Number 3-63)

> Answer 32)  In the same meeting, a specific schedule for the reduction plan in April 1999 that was agreed in the previous management level meeting was established and a plan for mutual monitoring was established. Each participant distributed the plan of operation stop that the present line conditions of the whole world's CDT plants that each company possesses and the days of operation stop were indicated to another participant in the meeting. Additionally, the present condition of sales by model of each company at the time was confirmed. Since then, on Mar. 31, 1999, our Korean company as well as LG Electronics and Orion Electric sent the result of discussion with fax to C. C. Liu, M. Du of Chunghwa Picture Tubes, Jerry Lin of Philips after discussing the reduction plan and mutual checking plan in April 1999.                                          (Evidence Sogap Number 2-2)

Unit: Kpcs

| Company | Plant | Line | Non business day | Total output | 990210 Output that is planned in 2/4 quarter |
|---|---|---|---|---|---|
| CPT | Taoyuan Yangmei Malaysia | 2 2 2 | 4/4, 4/5, 4/18, 4/24, 4/25 4/4, 4/5, 4/18, 4/24, 4/25 4/10, 4/11, 4/28, 4/29, 4/30 | 810 | 2240 |
| SDD | Suwon Busan | 2 2 | 4/4, 4/11, 4/18, 4/25, 4/26 4/4, 4/11, 4/18, 4/25, 4/26 | 640 | 2100 |
| LG | Gumi Changwon Wales | 3 1 1 | 4/4, 4/11, 4/17, 4/18, 4/25 4/4, 4/11, 4/17, 4/18, 4/25 4/4, 4/11, 4/17, 4/18, 4/25 | 630 | 2040 -> 1850 |
| Orion | Gumi | 1 | 4/4, 4/18, 4/27, 4/28, 4/29, 4/30 | 70 | 430 |
| PH | Chupei Dapon Lebring | 1 3 1 | Refer to annexed paper for detailed information | 278 | 950 |

(Evidence Sogap Number 3-63)

130     In this meeting, * * Ha, * * Lee of Samsung Electronic Tube, Mt. * * Lim plus 3 people of LG Electronics, Mr. * * Mun plus one person of Orion, Jerry Lin plus one person of Philips, Yuan-Chun Cheng plus one person of Chunghwa Picture Tubes participated. This is confirmed by the meeting result report of Chunghwa Picture Tubes, the internal report and reduction plan of Samsung Electronic Tube and the statement of * * Lee.

□ Multi-party phone conference on April 10, 1999

131    In the meeting, Chi-Chun Liu of Chunghwa Picture Tubes requested to * * Kim to stop the sales of low price of LG Electronics, and decided to confirm in the other party's plant by making up monitoring manpower after agreeing the closing days of production line and decided to cooperate mutually.

---

Chunghwa
-There is a concern of market price confusion because LG is offering the price of 15" by decreasing $3~4 relative to the market price. -> Samsung is also wanted to block it.
Philips
-**Gratitude to the monitoring open of Samsung's Busan plant**: Thank you for Samsung's active cooperation to the monitoring of Philips in difficulties and anticipate the participation of LG (Gumi plant's open).

(Evidence Sogap Number 4-12)

---

132    In the meeting, * * Kim of Samsung Electronic Tube, Chi-Chun Liu of Chunghwa Picture Tubes , Jerry Lin of Philips checked the performance of agreement with relevance to CDT price and output reduction through phone conference. This is confirmed by the office e-mail data that * * Lee of Samsung Electronic Tube reported the result of the phone call internally.

□ Multi-party meeting on April 14, 1999

133    The defendants agreed the sales price after discussing the price gap by the detailed specification of 17" CDT and decided to promote the price increase on around July of the same year, and decided to maintain the existing agreed price (185 dollars) for the price of 19" CDT because the market situation is not good.

---

Answer 33)   In the same meeting, it was agreed to "promote the price increase of 17-inch" CDT that was agreed to be increased from May 1999 on around July again," and "to maintain the price of 19" CDT with the present level but discuss it the next meeting again," "to make holiday at least five days for the CDT plant operation on May 1999."
CDT product has a variety of standard, and typically there is a gap of about three dollars in price according to the quality of coating even though in the same model. Outside of that, we discussed standard by departmentalizing it in order to reduce the price gap that is occurred according to model that each company produces even in the performance with the agreed standard price category because production cost gap was occurred according to frequency, dot, quality of material of mask etc. After meeting, in April 1999, I grasped the monitor manpower of other company and date, location and informed it to the Busan and Suwon plants of our company and took a step so that the mutual checking of whether or not plant operation stop is to be realized smoothly.

(Evidence Sogap Number 2-2)

---

Agreed price by 17" specification
-107Ω MPRII $98.0
-Non-including of aluminum tape 105Ω $99.0
-Including of aluminum tape 105Ω $101.0[28]

(Evidence Sogap Number 3-64)

---

[28] Including/non-including of aluminum tape. According to whether or not attach aluminum tape for helping the discharge of static to the outskirt of coated product, difference occurs in sales price as well.

-67-    Translation of Korean Fair Trade Commission Multi-Party Meeting Decision No. 2011-019

-The price increase of 17" CDT that was agreed to be increased from May was decided to promote re-increase (around July) looking later condition.
-In the case of 19" CDT price: Maintain the current level ($185) but discuss again at the meeting on May.

(Evidence Sogap Number 4-14)

134     Also, the defendants agreed to make holiday five days of operation days on May the same year, and to operate during 26 days and decided to submit the operation plan by production line of the whole world in the meeting that is scheduled to be held in Taiwan on April 28. Finally, the defendants decided the next management level meeting and the opening date and place of top-level meeting, and this is confirmed in the report of Samsung Electronic Tube as the following.

□ Operation days on May, 1999: 26 days (holyday during five days)
**Submission of plan at the meeting in Taiwan on April 28 (Including line/present condition of production of 2Q, 3Q 1999).**
**In the case that there is a change I line operation, inform to each company in advance through fax etc.**
□ The next top/management meeting
Management meeting: May 21 09:30 ~ Chunghwa Taoyan plant
Top-level meeting: Jun 25/26 (Supervision of LG Electronics)         (Evidence Sogap Number 4-14)

135     In the meeting, the executives and staff in charge of CDT of Samsung Electronic Tube, LG Electronics, Orion, Philips, Chunghwa Picture Tubes participated and agreed to the sales price and days of production operation. This is confirmed by the internal report of Samsung Electronic Tube and Chunghwa Picture Tubes, the business diary and statement of * * Lee of Samsung Electronic Tube.

□ Mutual checking whether or not the stop of production line on April 18, 1999

136     There is a fact that the participants of this case's joint action visited personally the other party's production facility in order to confirm whether or not the reduction plan is performed as the previous agreement. This is confirmed in the data of "case of monitoring schedule notice on April 18th" of Samsung Electronic Tube.

1.   **Monitoring to our company**
□ Busan plant
Manpower: Chunghwa Michael Du(Marketing manager)
Time: 08:00 ~ 09:00 arrival and monitoring
   09:00 ~ Movement to Changwon plant of LG
2.   **Monitoring to other company**
□ Monitoring schedule of Chunghwa Malaysia plant
Schedule and line; Both days of April 17/18 (#5 line)
Manpower of our company: Manager Jae Gyeong Kim of production technology department, manager Jae Young Shin

(Evidence Sogap Number 4-15)

□ Multi-party meeting on Apr. 28, 1999

)

137  In the meeting, it was agreed to reduce the output jointly in order to prevent a price decrease after forecasting the demand and supply quantity of the CDT market, and it was promised to make a closing schedule table of the whole world's production facility of each company and to carry out during May. The participants in the meeting were * * Yun of Samsung Electronic Tube, Mr. Lee plus two people of LG Electronics, Mr. * * Mun plus one person of Orion, Mr. Frank Shao plus one person of Philips, Chi-Chun Liu plus two people of Chunghwa Picture Tubes. This is confirmed by the report of the meeting results for the internal report of Samsung Electronic Tube and Chunghwa Picture Tubes. (Evidence Sogap Number 3-65, Number 4-16)

□ Multi-party meeting on May 12, 1999

138    The defendants shared the information on the sales quantity and sales price of each company and discussed the setting of the sales price, and it has been confirmed that Chunghwa Picture Tubes, Philips, Orion, Samsung Electronic Tube agreed on the sales price to the customer ADC that is selling CDT. Additionally, the minimum price with $50 was agreed upon in the case of selling to the other customer besides ADC, and meanwhile it was agreed as the internal transaction with 48 dollars (a decrease of two dollars). It is possible to know that the transaction price among the affiliates was also the joint-action agreement object of this case.

| Sales price of ADC MPR2 | NOR[29] | SKD[30] | | |
|---|---|---|---|---|
| Chunghwa Picture Tubes | $50 | $48 | $47 | O/A TERM |
| PHIL/SDD | $49 | $47 | $46 | L/C OR COD |
| The other customer: MPR2 $50(RMB520) is the minimum price. (However, the internal transaction is permitted in the case of the $2 decrease.) | | | | |
| | | (Evidence Sogap Number 4-17) | | |

139    In the meeting, * * Kim, Mr. * * Yun of Samsung Electronic Tube, Jerry Lin, Rosa Hu, Frank Shao of Philips, Mr. * * Jo of Orion, Mr. Lin, Mr. Park, Mr. Ru of LG Electronics, Ching-Yuan Du, Chung-Cheng Ye and Chun-Mei Sie participated and agreed to the adjustment of production days for the output reduction after exchanging information on output and sales price. This is confirmed by the data of "result report of competitor working meeting" made by * * Yun of Samsung Electronic Tube.

□ Multi-party meeting on June 23, 1999

140    In the meeting, the defendants exchanged information on customer response, condition of demand and supply, etc., that each company had collected in order to confirm whether or not the conditions of price increase of CDT by model had been prepared.

---

[29] NOR: This means "normal." It refers not to a slim model but to a model of the maximum length.
[30] SKD: This is the abbreviation of Semi-Complete Knock-Down and refers to the product in the state of the temporary adjustment of ITC.

*They also discussed the output reduction and the present condition of price increase of each company, etc.*

---

CPT emphasized that <u>the production line of 17" should be reduced by an average of 12 days</u> in several plants in June. Additionally, the customer demand with relevance to 15"/14" is stable. It is thought that Q3 is the optimum period for the price increase of 15".

With relevance to the pricing of Japanese manufacturers, it is said that <u>Mr. Kim personally visited HTC(J) in order to understand the present condition with relevance to pricing and production/sales.</u>

Mr. Jo of LG said that <u>the demand of 15"exceeded already supply, and LG hopes to increase the price through this opportunity, but</u> on the other hand, there is a concern that it can be an opportunity to Japanese companies to start the production of 15" CDT again in the case that the price of 15" CDT is to be increased over $70.                    (Evidence Sogap Number 3-67)

---

141   And agreed to increase the sales price of 15" CDT 5 dollars from Aug. 1 the same year and Samsung Electronic Tube decided to notice the agreement to Toshiba and to request the performance of it. In the case of 17" CDT, it was agreed to sell with 95 dollars on the base of MPRII, and agreed to maintain the price of 19" CDT with 170 dollars. On the other hand, agreeing the price of 14", 15", 17" CDT and agreed the internal transaction price ("Internal price") separately, and Additionally, agreed to the operation day's adjustment of 17" CDT and also to build a hot line that can communicate among competitors within 24 hours.

---

[15"] Result: <u>At the end of extensive discussion, the price of 15" CDT is to be increased $5 from Aug. 1.</u> Additionally, Mr. Kim of SDD would send a notice to TSB and request to abide by such decision.

[17"] After having detailed review with manufacturers, Mr. David concluded as the following: 1. <u>17" MPRII - $95, TCD $96</u> (The price difference reduced to $1); This will put an end to the problem that customers choose as they like to their advantage.

[19"] Mr. David of Philips concluded temporarily to the price condition of 19" as the following: The market price of 19" CDT decreased. <u>Several manufacturers must maintain the price of $170 for a while.</u>

                    (Evidence Sogap Number 3-67)

---

3. Main agreement

1) With relevance to price adjustment

□ 14" price: Applied as of Aug. 1

-Internal price: $2 gap

□ 15" price: Applied as of Aug. 1

-Bottom price: $67 (internal price: $65)

□ 17" price

-Reference price: $98

-Actual price: $95 (MPRII base, <u>including internal price</u>)

2) Operation days adjustment of 17" CDT on July

-July: Confirm whether or not "the closing of 5 days + additional 1 day of closing" at the meeting in Taiwan on June 30.

3) Composition of hot line: Replay within 24 hours (selecting staff in charge by each company)

                    (Evidence Sogap Number 4-18)

---

142    Additionally, with relevance to the operation stop for output reduction, the defendants agreed to reduce the operation days by 12 days during July ~ Aug., including the reduction of 5 days during July the same year. And it was agreed to hold the next top-level meeting on Aug. 20 the same year, and the management-level meeting on July 23 the same year in Taiwan from 9:30 a.m.

| |
|---|
| **Result:** According to the recommendation of Korean manufacturers, a foreign announcement is scheduled to state that there will be a **reduction of total 12 days in July ~ Aug., including a five-day reduction in July**.                                    (Evidence Sogap Number 3-67) |

| |
|---|
| 4) The next top level/management-level meeting schedule<br>-Top-level meeting: It is postponed from July 24 to Aug. 20<br>-Management-level meeting: July 23 09:30 ~ (Taiwan)                         (Evidence Sogap Number 4-18) |

143    In the meeting, * Kim plus three people of Samsung Electronic Tube, * * Jo plus three people of LG Electronics, * * Mun plus three people of Orion, Jerry Lin plus one person of Philips, C. Y. Lin plus three people of Chunghwa Picture Tubes participated. This is confirmed by the "report of business meeting" of Chunghwa Picture Tubes and the data of "management-level meeting result of CDT 5 companies (June 23)," information that is listed in the business diary of * * Lee, etc.

□ Multi-party meeting on July 23, 1999

144    In the meeting, it was progressed with the order that "to check mutually whether or not the result that is agreed in the previous meeting is performed," "to agree to the price increase of 14-inch, 15-inch CDT," "to agree to the quantity of production reduction necessary in order to increase the price jointly and arbitrarily after forecasting the demand and supply of the CDT market." The defendants also confirmed the agreed price by model that was to be applied from Aug. 1 the same year and checked whether or not the progress of price increase was working.

| |
|---|
| Agenda<br>Review of last meeting<br>Market update - 17" Japanese movement - 14"/15" price-up<br>19" pricing position<br>Supply and demand<br>Output (or capacity) control<br>A.D.B.                                          (Evidence Sogap Number 4-20) |

| |
|---|
| -Price adjustment: Applied on Aug. 1<br>**14": $52, the price increase work is progressing smoothly**<br>**15": $70 (Bottom price: $67), the price increase work is progressing smoothly**<br>**17": Official $98, Bottom $95 (TCD: $96)**                         (Evidence Sogap Number 4-20) |

145    It is a fact that, at the meeting, Orion and Samsung Electronic Tube referred to the following with relevance to the market sales in Korea. Moreover, it is possible to know that this was openly discussed in the meeting at the time because there is a need that the sales price to the demanding company in Korea should be decided as agreed for the smooth realization of agreement of the same cartel organized among the main CDT manufacturers worldwide.

That is, Chi-Chun Liu of Chunghwa Picture Tubes expressed discontent to the fact that the domestic demand price of Orion had not increased, which was because it would affect the planned price increase of Chunghwa Picture Tubes, which provides to demanding Korean companies.

146    Additionally, it is possible to know that the side of Samsung Electronics had a position that the external purchase rate must be expanded by 40% to the rate that is provided to Samsung Electronics from Samsung Electronic Tube, and from this it is confirmed that the quantity of Samsung Electronic Tube that is provided to Samsung Electronics is not a thing to be decided in advance but was variable according to the market situation and supply price.

> OEC showed that Korean customers are still strongly resistant to the price increase to the 15" product for Korean domestic demand . . . . Moreover, Director Liu think that Taiwan manufacturers has doubt that the reason that Korean monitor manufacturers cannot increase the price is because it was impossible to increase the sales price of CDT in the [Korean] domestic demand market . . . .
> Mr. * Kim and D. Y. Kim of SDD said the supply quantity from SDD to SEC was merely 60% of the demand level of SEC. (Originally the internal group transaction is decided at the level of 70%). SEC already raised a complaint to top-level management that 40% of SEC demand quantity must be met with an external purchase.                                    (Evidence Sogap Number 3-68)

147    The defendants agreed to implement a production stop of at least seven days in August of the same year, and decided to send the stop plan of each company's production line to Rosa of Philips one week prior to the end of the month with relevance to the procedure for the production reduction. According to the agreement result of the meeting Samsung Electronic Tube sent the plan of production day's adjustment to Rosa of Philips on July 29, 1999. Finally, the participants decided to hold a multi-party meeting together with golf in Korea on Aug. 20 of the same year.

> Finally, the resolution that carries out the production stop of at least seven days in Aug. had come true.
>                                                         (Evidence Sogap Number 3-68)
> Output (or Capacity) Control Principle
> Earlier notice —stop plan send to Rosa 1 week before month-end          (Evidence Sogap Number 3-69)

> Green meeting (a.m.: meeting; p.m.: golf) on Aug. 20 will be held in Korea as agreed previously.
>                                                         (Evidence Sogap Number 3-68)

148    The meeting was a top-level meeting for the CDT price increase and the agreement of output reduction, and * Kim, * * Kim, * * Ha, * * Lee of Samsung Electronic Tube, * * Choi, * * Jeon, Joney Song (* * Song), * * Go of LG Electronics, * * Mun, * * Gang of Orion, Chang David, Lin Jerry, Rosa Hu of Philips, Chieng-Yuan Lin, Chichun Liu, Wen-Chun Cheng, Ching-Yuan Du of Chunghwa Picture Tubes participated.

This fact is confirmed by "visit report" of Chunghwa Picture Tubes, the meeting result report that has the title of "Meeting Agenda" of Samsung Electronic Tube, the meeting data at the time of Chunghwa Picture Tubes and Samsung SDI, the statement of * * Lee of Samsung Electronic Tube, etc.

□ Multi-party meeting on July 28, 1999

149     In the meeting, the defendants discussed an adjustment of the price of 17" CDT to match the *market situation and a thing that the price increase of 15" CDT in Korea must be come true immediately*, and it is confirmed in the information on report of the Chunghwa Picture Tubes side that there was a structure that whether or not the price increase of 15" CDT in Korean market would affect the agreement performance of other defendants. In response to the discontent suggestion of other defendants, Samsung Electronic Tube, LG Electronics, Orion, Korean companies promised to increase the price immediately.

---

1.  Summary of working meeting
1)  **Adjust the price of 17" practically: The level of $92~93**
2)  The price of Taiwanese 15" was increased most but the price increase of Korean companies was not completed so discontent is rising high
3)  The price decrease of 17" is to be decided at the time of working meeting of next week after top level report (Aug. 4 14:00, Dowon plant, Chunghwa)          *(Evidence Sogap Number 4-22)*

---

Director Liu said that because Korean companies occupy a considerable market share at the time worldwide, **if the price increase is not progressed successfully in Korean market then it will certainly produce a big increase in the current price**. Additionally, according to the current understanding, a variety of manufacturers announced the price increase, but the price increase was not accepted. Director Liu wanted that all of the other <u>manufacturers that participated in the meeting should request to Korean manufacturers to accept the price increase.</u> [Underline with memoirs] Otherwise, the big action of price increase of Taiwanese manufacturers is also affected. <u>Along with this, **the order of Taiwanese manufacturers can also go to Korean manufacturers**.</u> [Underline with memoirs] Orion/PH, Additionally, it was thought that the price increase of Korean manufacturers was not certain until now, but if SEC accepts the price increase then the other Korean manufacturers will follow it. **Several manufacturers agreed to ask the headquarters of their company to progress the same procedure strongly for the price increase of Korean manufacturers.**          *(Evidence Sogap Number 3-70)*

---

5. Strong discontent to the delay of price increase of 15" of Korean manufacturers
**➔ Immediate increase promise of Korean manufacturers**          *(Evidence Sogap Number 4-22)*

---

150     Additionally, for the workable agreement price setting, opened the production quantity, sales quantity, the inventory of each company by the public standard on July and Aug., 1999 and exchanged it after producing a table, and each company submitted the present condition of the production line stop of August the same year.

Also, it is a fact that the defendants also agreed to the detailed procedure for mutual checking of whether or not the production line stopped.

| | July | | | | Aug. | | | |
|---|---|---|---|---|---|---|---|---|
| | 14″ | 15″ | 17″ | 19″ | 14″ | 15″ | 17″ | 19″ |
| | P/S/I | P/S/I | P/S/I | P/S/I | P/S/I | P/S/I | P/S/I | P/S/I |
| SDD | 280/290/30 | 810/830/80 | 650/670/60 | 90/90/- | 300/310/- | 860/850/- | 700/710/- | 90/90/- |
| PH | 65/50/- | 420/340/290 | 260/280/180 | 35/20/60 | 35/45/- | 310/420/- | 310/340/- | 40/30/- |
| CPT | 330/370/130 | 880/950/130 | 650/620/140 | 14/18/16 | 340/280/- | 1000/1000/- | 650/650/- | 20/25/- |
| Orion | 90/80/30 Underline with memoirs | 335/330/40 | 130/135/75 | | 60/90/- Underline with memoirs | 345/365/20 | 125/145/55 | 10/5/5 |
| LG | 90/95/0 | 600/620/130 | 580/540/200 | 75/70/40 | 0/10/. | 550/650/. | 550/530/. | 70/60/. |

Date of production stop of 17″ CDT to the production line of several manufacturers in August: Several manufacturers reported the date of production stop as the attached paper. There was a need for manufacturers to verify the inspection plan, and a need to send it to PH for an edition before Friday. Additionally, manufacturers must notify employees who are doing visits/preparation and must indicate the time of the plant visit in detail two days prior to the performance of inspection.

(Evidence Sogap Number 3-80)

151    Five companies of Samsung Electronic Tube, LG Electronics, Orion, Philips, Chunghwa Picture Tubes participated in the meeting. This is confirmed by the "visit report" of Chunghwa Picture Tubes and "result report of competitor working meeting on July 28th" of Samsung Electronic Tube.

□ Multi-party meeting on Aug. 4, 1999

152    The defendants checked mutually whether or not the progress of price increase of 14″ and 15″ CDT on Aug. 14, 1999, as agreed in the previous meeting, was occurring. Particularly, Samsung Electronic Tube and Orion Electric of Korea increased the transaction price between affiliates successfully, and it is known that the purpose that the defendants increased the price at the same time was to maximize the profit without violating the other party's market share. It is also known that the purpose of the same meeting was to cope with the consumer jointly by refraining from competition in terms of price and quality among the defendants and the CDT manufacturer, and opened the fact to the public that they mutually requested to stop the act that suggested a lower price than the agreed price, and reduced output for the maintenance of the agreed price. Samsung Electronic Tube, LG Electronics, Orion, Philips, Chunghwa Picture Tubes participated in the meeting. This is confirmed through the "contact report" of Chunghwa Picture Tubes.

It was mentioned that **with relevance to the price increase of 14"/15"** that started in August, generally speaking, it was progressing effectively with all the manufacturers. All of Mr. Yun of SDD and Mr. Mun of Orion argued, in the case of their **internal transaction (SEC and Orion)**, SDD and Orion progressed the price increase effectively because there is their own ultimate will regardless of whether or not the other party neglects to implement the CRT cost difference of five dollars in a timely manner. **Mr. Yun requested to PH to progress an immediate price increase with D/W through Mr. Millan Baton of PH**. (Mr. Yun referred to that the price was progressed to 67 dollars smoothly in the case of SDD. The price to other Korean customer was also increased to 67-68 dollars.)
All of manufacturers **urged to avoid violating the market share of other companies surely by applying the price increase at the same time.**

(Evidence Sogap Number 3-71)

SDD suggested holding a quasi-top-level meeting in SDD Taipei on the next Tuesday (Aug. 10) 02:00 p.m. in order to prevent the manufacturers are to be taken to the rumor of market and to prevent the customers apply a strategy that makes the situation to be out from the control range by using the low price of Japan. **This is an intention to make sure promptly the pricing of 17" CDT that all of manufacturers can follow.**

(Evidence Sogap Number 3-71)

Manager Cheng of CPT requested to Orion that "Do not compete to the order of 17" with customer who is not the original (14"/15") Taiwanese customer. This is **to prevent general practices that cause confusion by suggesting a slightly lower price than that of other manufacturers** with the reason being the low quality of Orion. Additionally, manager Cheng said that **CPT stopped the operation of 2 lines to maintain the fixed price** (an average of 12 days' closing).

(Evidence Sogap Number 3-71)

□ Multi-party meeting on Aug. 10, 1999

153    During the meeting, the defendants confirmed the price increase in Korea with relevance to 15" CDT and agreed the sales price of 17" CDT again, and decided to maintain the secret to the fact of the same meeting to customers more thoroughly. Samsung Electronic Tube, LG Electronics, Orion, Philips, Chunghwa Picture Tubes participated in the meeting. This is confirmed by the "visit report" of Chunghwa Picture Tubes.

When Chunghwa Picture Tubes **asked whether or not the same price increase in Korea market, Samsung SDI accepted it, including Samsung Electronics, Hyundai, Daewoo**, and even said it would take a little time to shift the price increase from the monitor companies to PC manufacturers.
**Mr. Mun of Orion** urged that **the price increase of 15" in Korea market was successful. Philips** pointed out that the price increase to Samsung Electronics, Daewoo Electronics had not yet been performed and said it would not ship without the acceptance of a new price.
Jerry Lin of Philips suggested to use **the lowest price of 17" to $93, and Samsung Electronic Tube and LG Electronics agreed.**

(Evidence Sogap Number 3-72)

□ Multi-party meeting on Aug. 20~22, 1999 and inspection of production line

154    The defendants checked the situation of performance of the agreement in the previous meeting, and set the agreed price after confirming whether or not the price increase of CDT according to the market situation and discussed also about the control plan of supply quantity. Moreover, it has been confirmed that they checked the performance condition of agreed price of CDT by standard and agreed on the sales price that was to be applied henceforth.

---

Agenda
Review of last meeting
Market update
-14"/15" price increase - 17" price development - 19" status
Capacity (or output) control
Glass supply and demand update
Green meeting
A.O.B.

(Evidence Sogap Number 4-24)

---

□ 1. Agenda
14"/15" price increase – Oppose to the additional price increase
**17"** price development – **Maintain the level of $93.** It is necessary to maintain the piece even though the days of closing would have to be adjusted.
**19"** status: Difficulty continues according to the delay in demand recovery, but **maintain the agreed price level.**

(Evidence Sogap Number 4-23)

---

155    Looking at the contents of the related meeting result report of Chunghwa Picture Tubes, the defendants confirmed the fact of price increase to consumers in Korea, and decided the place and date that the next meeting would be held after agreeing on the sales price by standard and days of operation stop. Additionally, it has been confirmed that * Kim of Samsung Electronic Tube delivered the discussions with relevance to the setting of the sales price, which was done together with Matsushita management before the opening of the meeting to other participants. It is a fact that on Aug. 22, 1999, two days after the above meeting, Ching-Yuan Du and Chu Ciangguo of Chunghwa Picture Tubes visited the Gumi plant of LG, the Suwon plant of Samsung Electronic Tube and Gumi plant of Orion, and confirmed personally whether or not the stop of production line as agreed during the previous meeting.

---

According to OEC, it said that customers are still resistant to the price increase of 15" tube of Daewoo. However, **OEC reduced the supply quantity 20% by sticking to the position.** SDD said that the increase in the supply quantity to Daewoo was successful. Orion got requests to stick to the position of price increase by mobilizing all means for success.
In order to prevent the continuous decrease of market price, all **agreed to maintain the lowest price of 93 dollars** [in the case of **17" CDT**].
The participants agreed to **maintain the price of [19" CDT] with 160 dollars and 150 dollars** and must keep an eye on the change of market demand continuously.
The participants in the meeting said that **the period of 17" tube production stop should be at least five days in September** in order to guarantee the price level effectively.
It was agreed that the next glass meeting is to be held at Taoyuan plant, CPT on Sept. 20 at 9:30 a.m.
Mr. * Kim explained the result of meeting with top MEC management.

(Evidence Sogap Number 3-73)

---

156      The meeting was a top-level CDT multi-party meeting, and * Kim, * * Kim, * * Lee, * * Ha of Samsung Electronic Tube, * * Choi, * * Jeon, * * Go of LG Electronics, * Mun, * * Jo, * * Gang, * * Kim of Orion, David Chang, J.M. Smith, Jerry Lin, Jae Ho Bae of Philips, Chieng-Yuan Lin, Chi-Chun Liu, Ching Yuan Du of Chunghwa Picture Tubes participated. This is confirmed by the result report that has the title of "top-level/management meeting  (Aug. 20)" of Samsung Electronic Tube, the "visit report" of Chunghwa Picture Tubes, the meeting data of Samsung SDI at the time, etc.

□ Multi-party meeting on Sept. 2, 1999

157      In the meeting, the defendants showed that they were well familiar with the fact that the sales price that Korean CDT manufacturers are applying to the demanding companies in Korea has an important effect on the profit of other participants as well. That is, in the case that Samsung Electronic Tube cannot increase the price as agreed to Samsung Electronics, affiliate, it was concerned that a large customer, including Samsung Electronics, becomes to request the price decrease to other companies that are participating in the cartel. Additionally, with relevance to sales quantity, the defendants were reluctant to change the market share that was maintained by customer at the time, and this is because that in the case that Samsung Electronic Tube provides to Samsung Electronics over the fixed rate, it then affects to Toshiba, other supplier, and if Toshiba provides the remaining quantity to other customer then competition is to be triggered among the total CDT manufacturers. * * Yun of Samsung Electronic Tube, * * Lim, * * Song of LG Electronics, * * Mun of Orion, Jerry Lin of Philips, Chi-Chun Liu, Wen-Chun Cheng, Ching-Yuan Du, Chun-Mei Si of Chunghwa Picture Tubes participated in the meeting. This is confirmed by the "visit report" of Chunghwa Picture Tubes.

b) [* mark with memoirs] <u>Price increase issue of 15" in Korea</u>
CPT and PH inquired respectively to Orion whether or not Orion increased the price successfully to Korean monitor manufacturers such as D/W. Director Liu said as follows that the message that we got through the transaction with Korean customers such as D/W, Hyundai was that **they would not purchase if we increase the price.** <u>**If Korean CRT manufacturers cannot increase the price successfully to the Korean monitor manufacturers, it will affect severely to the Taiwanese monitor manufacturers, particularly**</u> in the off-season (when supply exceeds demand). They will worry about suffering difficulty as a result of being deprived of orders to the large-scale system manufacturers. Ultimately, it will be impossible for Taiwanese manufacturers experience pressure from our price increase. <u>**I hope that Korean CRT manufacturers will face such matters and quickly eliminate the rumor in the market that the price increase of 15" in Korea will not yet come true.**</u>

(Evidence Sogap Number 3-74)

CPT – Director Liu inquired as to why the decrease part of supply to D/W was not changed to an increase of supply to SEC. Mr. Yun replied as follows: it is not difficult to increase the supply to SEC, but a lot of problems may be caused. For example, such increase will directly affect the Japanese manufacturer (TSB), and this will make TSB switch to the Taiwanese manufacturer or other customers for SEC supply.

(Evidence Sogap Number 3-74)

☐ Multi-party meeting on Sept. 20, 1999

158     This meeting was progressed with the order of "checking whether or not the performance of the agreement of the previous meeting" -> "checking the market situation and demand and supply quantity of the whole world" -> "agreement of the price increase" -> "agreement of output control" etc., and the defendants decided to maintain the previous agreed price for 14″ CDT after sharing information with relevance to the market situation and the response of customer that were collected respectively. In 15″ CDT, the fact that the increase of five dollars that is the previous agreement was come true successfully and the fact that Korean manufacturers increased the price to Korean customers were confirmed. Additionally, agreed to decrease the price of 17″ CDT in order to promote the demand relocation to the 17″ CDT, and decided to stop the production line of 17″ CDT during at least seven days in October of the same year with relevance to output control, and decided to report the plan of production stop by Chunghwa Picture Tubes on Sept. 28 of the same year 2:00 p.m. This meeting is a top-level meeting that was held in Taoyuan, Taiwan, and * Kim, * * Kim, * * Lee, * * Ha of Samsung Electronic Tube, * * Choi, * * Jeon, * * Lim, * * Go of LG Electronics, * * Jo, Jimmy Kim, * * Gang, * * Gang, * * Mun of Orion, Jim Smith, Jerry Lim, Losa Hu of Philips, Chieng-Yuan Lin, Chi-Chun Liu, Wen-Chun Cheng, Sheng-Jen Yang, Ching-Yuan Du of Chunghwa Picture Tubes participated. This is confirmed by the "visit report" of Chunghwa Picture Tubes, the business diary of * * Lee and statement of Samsung Electronic Tube, meeting data that was distributed at the time of meeting, etc.

1.  14″: Must pay close attention to the problem that increases the price of 14″ henceforward. Mr. * Kim of SDD also agreed to it. Therefore the price increase of 14″ was not considered in this meeting.
2.  15″: Market demand to 15″ tube is maintained strongly. All of manufacturers are still in good state at present production and sales quantity and revealed that the price of Aug. also increased without problem according to the agreed price. All of manufacturers are believe that the demand to 15″ product is to be weak from Dec., President Lin also revealed that the price of 15″ tube would be increased, and would decrease the price of 17″ tube slightly from August in order to narrow the price gap between two products and promote that the market demand is to be moved to 17″. ...All of SDD/LG/Orion revealed that they increased the price to Korean Manufacturers according to the agreed price.
3.  17″: With relevance to the control of production ability of 17″ in October, all of PH/SDD/CPT suggested that there is a need for production line to be stopped during at least seven days... Additionally, LG and Orion prepared the agreement to stop production during seven days at first time after a long discussion. ..Additionally, it was decided that the report to the plan of production stop that each manufacturer does would be done in CPT on Sept. 28 at 2:00 p.m.

(Evidence Sogap Number 3-75)

☐ Multi-party meeting on Sept. 28, 1999

159    During the meeting, the defendants opened the predictive value of each company's supply quantity and demand quantity of the whole world 2000 to the public and exchanged opinions to the market situation, and then estimated the demand quantity of CDT monitor by standard as the following, and agreed to stop the production line of 17" CDT that is the main items at the time during seven days in October 1999 in order to adjust the production quantity according to it. Explaining concretely, because the total demand of the year 2000 is forecasted with 111,500,000("111.5M") the defendants decided the supply quantity with 117,000,000("117.15M") according to it and agreed the operation rate by inch. * * Kim, * * Yun of Samsung Electronic Tube, * * Jeon, Mr. Park, * * Go of LG Electronics, * * Mun, * * Gang, * * Kim of Orion, Jerry Lin, Losa Hu, Li Mei of Philips, Wen-Chun Cheng, Ching-Yuan Du, Chun-Mei Ci of Chunghwa Picture Tubes participated. This is confirmed by the "contact report" of Chun-Mei Ci of Chunghwa Picture Tubes.

---

Each manufacturer agreed **to use the quantity of 111.5M as the criteria of total demand quantity of C-monitor 2000.** Demand situation prospect by each size is as the following:
14" 6.35M (5.7%), 15" 43.15M (38.7%), 17" 51.3M (46%), 19" 8.35M (7.5%), 21" 2.35M (2.1%)
Scheduled production quantity by size 2000 of 5 manufacturers **will follow the operation plan of 14"/15" 90%, 17"/19" 85%** according to the prospect of market demand. The prospect of the total output of 5 manufacturers 2000 is 91.15M, and 14" is 5.25M, 15" is 37.0M, 17" is 41.65M, and 19" is 7.25M among the total.
**Supply/demand 2000**
**5 manufacturers & Japan supply = 91.25M + 26M = 117.15M**
Manufacturers agreed to reduce production to 17" continuously through the line stop during 7 days in October. ... Manufacturers must suggest the inspection plan to each other in order to promote the inspection performance of each manufacturer.                    (Evidence Sogap Number 3-77)

---

□ Multi-party meeting on Oct. 13, 1999

160    In the meeting, the discussion was progressed with the following order: 1. market update; 2. 17" price problem; 3. demand/supply 2000; 4. Other problems; and with relevance to "market update," it is possible to know that the defendants discussed that the price of CDT in Korea is not performed as the agreed price, and arrived at the result of urging the performance in order to correct it and meanwhile reducing the output because other companies are consequently suffering damage. Also, with relevance to the price problem of 17" CDT, there is a fact that the defendants agreed to the suggestion of Chieng-Yuan Lin of Chunghwa Picture Tubes to interrogate the responsibility to a seceder and to find solution at top-level meeting after pointing out the previously agreed price was not abided by, and deciding the agreed price at top-level meeting henceforward and reviewing the market price actually by working employees.

This meeting is a CDT top-level meeting, and * * Lee of Samsung Electronic Tube, Mr. Lin, Mr. Charles Lu of LG Electronics, * * Mun of Orion, Jerry Lin, Limei Liu of Philips, Chieng-Yuan Lin, Chi-Chun Liu, Ching-Yuan Du, Chun-Mei Sie of Chunghwa Picture Tubes participated. This is confirmed by the "contact report" of Chunghwa Picture Tubes and the meeting data at the time.

There was suspicion as to whether or not **the CDT price in Korea** was the rational price [Underline with memoirs] that is agreed by each manufacturer. If not so, the actual situation was that the CDT price of Taiwanese monitor manufacturers is **higher than the price of Korean monitor manufacturers. Mr. Lin said with a disappointed image that "**I hope that the glass meeting will not be a destructive factor that induces a loss in the market competitiveness of Taiwanese manufacturers.**" At the same time as the chairperson of the glass meeting, I could not acknowledge the fact that it was impossible to stabilize the original delivery quantity that was supplied to local customers in Korea by Philips.
b) CPT: **Some production line must be stopped for a long period** . . . . However, because of the above factors (the strong situation of Korean monitor manufacturers) that Jerry pointed out, the sales expansion is not so much admirable with a continuous disturbance situation because of an unknown low-price attack that is suggested to Taiwanese monitor manufacturers. In order to contribute to the market price stabilization, CPT has been reducing the production of 17" the maximum for quite a long time. **Each manufacturer must strictly abide by the minimum price.**    (Evidence Sogap Number 3-78)

It was revealed that working employees must review the market price situation actually every meeting and must find the actual price when an abnormal point is appeared after arriving at the result in top level to price problem. **The destroyer will be investigated thoroughly. The problem will be reviewed in the top-level meeting in order to find a solution.**
Manufacturers expressed agreement to the request of president Lin. Additionally, they decided unanimously to review and discuss once again the actual price of 17" at CPT tomorrow (Oct. 14 17:00 p.m.) by director Liu of CPT, Mr. Lin or Mr. Park of LG, Mr. Ha of SDD, Mr. Lin of PH, Mr. Mun of Orion, etc.

(Evidence Sogap Number 3-78)

□ Multi-party meeting on Nov. 9, 1999[31]

160   The defendants exchanged information on the sales price and quantity of CDT by standard of Oct. and Nov. 1999, and confirmed the point that they enjoyed profit because of the same cartel meeting and decides to strengthen contact by holding a timely cartel meeting during the off-season, and decided to hold a meeting including golf (green meeting) at Chunghwa Picture Tubes of Taoyuan, Taiwan on Nov. 22 the same year. In the meeting, * * Ha, * * Yun of Samsung SDI, * * Lim, Mr. Charles Lu of LG Electronics, Milan Baran of Philips, Chi-Chun Liu, Ching-Yuan Du of Chunghwa Picture Tubes participated. This is confirmed by the "visit report" of Chunghwa Picture Tubes.

---

[31] Samsung Electronic Tube exchanged its company name with Samsung SDI on Nov. 1999, so it is listed as Samsung SDI in the evidence data after this meeting.

Review the practice method of weekly working level meeting. **Each manufacturer revealed that all had enjoyed this year's sales because of the success of glass meeting. According to this, the weekly meeting must be held in a timely manner.** The next meeting was tentatively scheduled to be held on Nov. 22.

1. Schedule: Meeting in morning, green meeting in afternoon
2. Place: CPT Taoyuan plant. For the place of green meeting, CPT will hold at this time and will prepare for it.

(Evidence Sogap Number 3-80)

☐ Meeting on Nov. 26, 1999

162    The meeting is a CDT top level multi-party meeting and golf meeting that was held at Taoyuan, Taiwan, and top level executives and staff in charge of CDT of Samsung SDI, LG Electronics, Orion, Philips, Chunghwa Picture Tubes participated. This is confirmed by the document that was made by Philips that conducted the meeting at the time for the confirmation of whether or not participation to other participating companies before meeting.

☐ Multi-party meeting on Dec. 22, 1999

163    In the meeting, the defendants exchanged mutually the closed business information such as the delivery quantity and the price and the current condition of inventory by standard, by customer, and discussed to refrain from the low price attack among defendants and agreed to maintain the present price. Additionally, they looked for the consent of applicable company in advance in the case of expanding the supply quantity to the existing customers of other defendants, and decided to adjust the price downward only in the case of not affecting to other member company in the case of supplying CDT to one customer by plural supplier. Such agreement was done for the purpose of the participants of the meeting to prevent the decrease of CDT price and to maintain the market share by the member company artificially by adjusting the supply quantity of adequate amount. Working-level employees of Samsung SDI, Philips, Orion, LG Electronics, Chunghwa Picture Tubes participated in the meeting. This is confirmed by the "visit report" of Chunghwa Picture Tubes.