# EXHIBIT 14

# Czech Competition Office fines cathode ray tubes producers for price-fixing

**Resource type:** Legal Update: archive

**Status:** Law stated as at 26-Aug-2010

**Jurisdiction:** Czech Republic

On 26 August 2010, the Czech Competition Office adopted a first instance decision imposing fines totalling CZK51,787,000 (approximately EUR2.1 million) on eight cathode ray tube producers. Fines were imposed on Chunghwa Picture Tubes Ltd, Technicolor SA (formerly Thomson SA), Panasonic Corporation, MT Picture Display Co Ltd and Toshiba Corporation. Company Samsung SDI Co Ltd was granted full immunity for being the first to provide the information about the cartel.  Fines were not imposed on two other companies (Koninklijke Philips Electronics NV and LG Electronics) because the statutory time limit for their imposition had expired.

---

The full text of this resource is available through the following PLC service(s):

- ☐ Competition

- ☐ PLC EU Competition Law

- ☐ PLC UK Law Department

**Your subscription does not currently include this service.**

To request a trial to this service, simply fill out a trial request form.

**REQUEST TRIAL**

Please feel free to contact us or your PLC Account Executive with any questions. Thank you for your interest in Practical Law Company.

**CONTACT US**

## Resource information

**Resource ID:** 9-503-4180

**Law stated date:** 26-Aug-2010

**Products:** Competition, PLC EU Competition Law, PLC UK Law Department

# Related content

### Topics

Cartels (http://us.practicallaw.com/1-103-1161)

### Legal Update: archive

Czech Competition Office's decision to fine cathode ray tubes producers for price-fixing agreement confirmed
(http://us.practicallaw.com/topic5-504-3271)

# EXHIBIT 15

Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Marie L. Fiala (SBN 79676)
mfiala@sidley.com
Ryan M. Sandrock (SBN 251781)
rsandrock@sidley.com
Robert B. Martin, III (SBN 235489)
rbmartin@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, California 94104
Telephone:        (415) 772-1200
Facsimile:        (415) 772-7400

Attorneys For Defendants
LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and
LG ELECTRONICS TAIWAN TAIPEI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944 SC |
| | MDL No. 1917 |
| _____ | |
| This Document Relates To: | **ANSWER OF LG ELECTRONICS, INC; LG ELECTRONICS USA, INC., AND LG ELECTRONICS TAIWAN TAIPEI CO., LTD. TO DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| DIRECT PURCHASER ACTIONS | |
| _____ | |

Defendant LG ELECTRONICS, INC.; LG ELECTRONICS USA, INC.; and LG

ELECTRONICS TAIWAN TAIPEI CO., LTD. (together, "the LG Entities"), through undersigned

counsel, hereby answer the allegations contained in Direct Purchaser Plaintiffs' ("Plaintiffs")

Consolidated Amended Complaint ("Complaint"). Except as otherwise stated below, the LG

Entities are without sufficient knowledge or information to form a belief concerning the truth of the

allegations in the Complaint that are directed toward other defendants. The LG Entities deny all

allegations contained in the Complaint (including headings and captions) not specifically admitted in

this Answer.

## LG ENTITIES' ANSWERS

1. The LG Entities admit that Plaintiffs purport to bring this action on behalf of themselves individually and on behalf of a class. The remainder of Paragraph 1 consists of Plaintiffs' characterization of their purported claims and Plaintiffs' explanation of terminology, to which no response is required. The LG Entities specifically object to Plaintiffs' definition of "CRT Products," because this definition includes products at different levels of the production chain and creates confusion since certain companies, including LG Electronics, Inc., do not manufacture and sell cathode ray tubes, while other defendants (including LG Electronics USA, Inc. and LG Electronics Taiwan Taipei Co., Ltd.) do not manufacture either cathode ray tubes or Finished Products (such as televisions or computer monitors). The LG Entities admit that cathode ray tubes are used in a number of products, including, but not limited to, televisions and computer monitors. To the extent that any remaining allegations in Paragraph 1 are deemed to require a response, they are denied.

2. The LG Entities object to the first sentence of Paragraph 2 to the extent it suggests that there exists a unified or monolithic CRT industry or market. There are multiple and separate CRT manufacturers and markets and Plaintiffs' reference to the "CRT industry" or the "CRT market" creates confusion and ambiguity in this paragraph and wherever such phrases are used in the Complaint. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of any remaining allegations contained in Paragraph 2 and on that basis deny those allegations.

3. To the extent that the allegations contained in Paragraph 3 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 3 are directed to the LG Entities, they are denied.

4. To the extent that the allegations contained in Paragraph 4 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 4 are directed to the LG Entities, they are denied.

5. To the extent that the allegations contained in Paragraph 5 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 5 are directed to the LG Entities, they are denied.

6. To the extent that the allegations contained in Paragraph 6 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 6 are directed to the LG Entities, they are denied.

7. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 and on that basis deny those allegations.

8. Paragraph 8 consists of Plaintiffs' characterization of their purported claims, to which no response is required. To the extent the allegations in Paragraph 8 may be deemed to require a response, they are denied.

9. The allegations of Paragraph 9 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

10. The allegations of Paragraph 10 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

11. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 and on that basis deny those allegations.

12. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 and on that basis deny those allegations.

13. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 and on that basis deny those allegations.

14. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and on that basis deny those allegations.

15. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and on that basis deny those allegations.

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

16. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 and on that basis deny those allegations.

17. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 and on that basis deny those allegations.

18. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 and on that basis deny those allegations.

19. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and on that basis deny those allegations.

20. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 and on that basis deny those allegations.

21. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 and on that basis deny those allegations.

24. The allegations in Paragraph 24 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and on that basis deny those allegations.

25. The allegations in Paragraph 25 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and on that basis deny those allegations.

26. The allegations in Paragraph 26 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and on that basis deny those allegations.

27. The allegations in Paragraph 27 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and

2    on that basis deny those allegations.

3         28. The allegations in Paragraph 28 are not directed at the LG Entities and therefore no

4    response is required.  To the extent a response is required, the LG Entities lack knowledge or

5    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and

6    on that basis deny those allegations.

7         29. The allegations in Paragraph 29 are not directed at the LG Entities and therefore no

8    response is required.  To the extent a response is required, the LG Entities lack knowledge or

9    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and

10   on that basis deny those allegations.

11        30. The allegations in Paragraph 30 are not directed at the LG Entities and therefore no

12   response is required.  To the extent a response is required, the LG Entities lack knowledge or

13   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 and

14   on that basis deny those allegations.

15        31. The allegations in Paragraph 31 are not directed at the LG Entities and therefore no

16   response is required.  To the extent a response is required, the LG Entities lack knowledge or

17   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 and

18   on that basis deny those allegations.

19        32. The allegations in Paragraph 32 are not directed at the LG Entities and therefore no

20   response is required.  To the extent a response is required, the LG Entities lack knowledge or

21   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 and

22   on that basis deny those allegations.

23        33. The allegations in Paragraph 33 are not directed at the LG Entities and therefore no

24   response is required.  To the extent a response is required, the LG Entities lack knowledge or

25   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and

26   on that basis deny those allegations.

27

28

34. The allegations in Paragraph 34 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 and on that basis deny those allegations.

35. The allegations in Paragraph 35 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to any truth of the allegations contained in Paragraph 35 and on that basis deny those allegations.

36. The allegations in Paragraph 36 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 and on that basis deny those allegations.

37. The allegations in Paragraph 37 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 and on that basis deny those allegations.

38. The allegations in Paragraph 38 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and on that basis deny those allegations.

39. The allegations in Paragraph 39 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and on that basis deny those allegations.

40. The allegations in Paragraph 40 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and

2    on that basis deny those allegations.

3        41. LG Electronics, Inc. ("LGEI") admits the allegations contained in the first sentence of

4    Paragraph 1. LGEI admits that before July 2001, LGEI spun off its CRT manufacturing and sales

5    operations to a separate company which, effective July 2001, became part of a newly-formed entity

6    known as LG.Philips Display Holding B.V. ("LPD"). This new entity – called LPD – was formed as

7    a Dutch joint venture company with Koninklijke Philips Electronics N.V. (sometimes referred to as

8    "Royal Philips"). In 2006, LPD went through a corporate restructuring and was renamed "LP

9    Displays". The LG Entities deny the remaining allegations contained in Paragraph 41.

10       42. LG Electronics USA, Inc. ("LGEUSA") admits the allegations contained in the first

11   sentence of Paragraph 42 and denies the remaining allegations contained in that paragraph.

12       43. LG Electronics Taiwan Taipei Co., Ltd. ("LGETT") admits the allegations contained in

13   the first sentence of Paragraph 43 and denies the remaining allegations contained in that paragraph.

14       44. The allegations in Paragraph 44 are not directed at the LG Entities and therefore no

15   response is required. To the extent a response is required, the LG Entities lack knowledge or

16   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and

17   on that basis deny those allegations.

18       45. Paragraph 45 consists of Plaintiffs' explanation of terminology, to which no response is

19   required. The LG Entities object to Plaintiffs' definition of "LG Electronics" because LP Displays is

20   an entity separate from the LG Entities, thereby making it impossible for the LG Entities to respond

21   precisely to the Complaint. Therefore, for purposes of this Answer, the LG Entities interpret "LG

22   Electronics," as used in the Complaint, as referring solely to the LG Entities. The LG Entities deny

23   any and all allegations in the Complaint that the LG Entities directed or are responsible for any

24   conduct by LPD. To the extent that any remaining allegations in Paragraph 45 are deemed to require

25   a response, they are denied.

26       46. The allegations in Paragraph 46 are not directed at the LG Entities and therefore no

27   response is required. To the extent a response is required, the LG Entities lack knowledge or

28

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 and on that basis deny those allegations.

47. The allegations in Paragraph 47 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 and on that basis deny those allegations.

48. The allegations in Paragraph 48 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 and on that basis deny those allegations.

49. The allegations in Paragraph 49 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 and on that basis deny those allegations.

50. The allegations in Paragraph 50 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 and on that basis deny those allegations.

51. The allegations in Paragraph 51 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 and on that basis deny those allegations.

52. The allegations in Paragraph 52 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 and on that basis deny those allegations.

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

53. The allegations of Paragraph 53 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 and on that basis deny those allegations.

54. The allegations in Paragraph 54 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 and on that basis deny those allegations.

55. The allegations in Paragraph 55 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 55 and on that basis deny those allegations.

56. The allegations of Paragraph 56 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 and on that basis deny those allegations.

57. The allegations of Paragraph 57 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 and on that basis deny those allegations.

58. The allegations in Paragraph 58 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and on that basis deny those allegations.

59. The allegations in Paragraph 59 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and on that basis deny those allegations.

60. The allegations in Paragraph 60 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and on that basis deny those allegations.

61. The allegations in Paragraph 61 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and on that basis deny those allegations.

62. The allegations in Paragraph 62 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and on that basis deny those allegations.

63. The allegations in Paragraph 63 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 and on that basis deny those allegations.

64. The allegations in Paragraph 64 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 and on that basis deny those allegations.

65. The allegations in Paragraph 65 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and on that basis deny those allegations.

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

66. The allegations in Paragraph 66 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and on that basis deny those allegations.

67. The allegations in Paragraph 67 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 and on that basis deny those allegations.

68. The allegations in Paragraph 68 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 and on that basis deny those allegations.

69. The allegations in Paragraph 69 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 and on that basis deny those allegations.

70. The allegations in Paragraph 70 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 and on that basis deny those allegations.

71. The allegations in Paragraph 71 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 and on that basis deny those allegations.

72. The allegations in Paragraph 72 are not directed at the LG Entities and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and on that basis deny those allegations.

73. The allegations in Paragraph 73 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 and on that basis deny those allegations

74. The allegations in Paragraph 74 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 and on that basis deny those allegations.

75. The allegations in Paragraph 75 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 and on that basis deny those allegations.

76. The allegations in Paragraph 76 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 and on that basis deny those allegations.

77. The allegations in Paragraph 77 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 and on that basis deny those allegations.

78. The allegations in Paragraph 78 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 and on that basis deny those allegations.

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

79. The allegations in Paragraph 79 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and on that basis deny those allegations.

80. The allegations in Paragraph 80 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and on that basis deny those allegations.

81. To the extent that the allegations contained in Paragraph 81 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 81 are directed to the LG Entities, they are denied.

82. Paragraph 82 consists of Plaintiffs' characterization of their Complaint, to which no response is required. To the extent the allegations in Paragraph 82 may be deemed to require a response, they are denied.

83. The allegations of Paragraph 83 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

84. To the extent that the allegations contained in Paragraph 84 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 84 are directed to the LG Entities, they are denied.

85. The LG Entities deny that the class described in Paragraph 85 is proper. Paragraph 85 consists of Plaintiffs' characterization of their Complaint, to which no response is required. To the extent the allegations in Paragraph 85 may be deemed to require a response, they are denied.

86. Paragraph 86 consists of Plaintiffs' characterization of their Complaint, to which no response is required. To the extent the allegations in Paragraph 86 may be deemed to require a response, they are denied.

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER**
**PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

87. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and on that basis deny those allegations.

88. The allegations of Paragraph 88 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

89. The allegations of Paragraph 89 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

90. The allegations of Paragraph 90 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

91. The allegations of Paragraph 91 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

92. The allegations of Paragraph 92 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

93. The allegations of Paragraph 93 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

94. The allegations of Paragraph 94 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

95. The allegations of Paragraph 95 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

96. To the extent that the allegations contained in Paragraph 96 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 96 are directed to the LG Entities, they are denied.

97. To the extent that the allegations contained in Paragraph 97 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 97 are directed to the LG Entities, they are denied.

98. To the extent that the allegations contained in Paragraph 98 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 98 are directed to the LG Entities, they are denied.

99. The LG Entities admit that Paragraph 99 purports to contain descriptions of CRT technology. The LG Entities deny that Paragraph 99 describes CRT technology completely and accurately. The LG Entities deny the remaining allegations contained in Paragraph 99.

100. The LG Entities admit that Paragraph 100 purports to contain descriptions of CRT technology. The LG Entities deny that Paragraph 100 describes CRT technology completely and accurately. The LG Entities deny the remaining allegations contained in Paragraph 100.

101. The LG Entities deny the allegations contained in Paragraph 101.

102. The LG Entities admit that Paragraph 102 purports to contain descriptions of CRT technology. The LG Entities deny that Paragraph 102 describes CRT technology completely and accurately, and further deny that advancements to CRT technology after the advent of color CRTs were only incremental or insubstantial. The LG Entities deny the remaining allegations contained in Paragraph 102.

103. The LG Entities admit that Paragraph 103 purports to contain descriptions of CRT technology. The LG Entities deny that Paragraph 103 describes CRT technology completely and accurately. The LG Entities deny the remaining allegations contained in Paragraph 103.

104. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 and on that basis deny those allegations.

105. The LG Entities admit that Paragraph 105 purports to contain descriptions of CRT technology. The LG Entities deny that Paragraph 105 describes CRT technology completely and accurately. The LG Entities deny the remaining allegations contained in Paragraph 105.

106. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 and on that basis deny those allegations.

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

107. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 and on that basis deny those allegations.

108. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 108 and on that basis deny those allegations.

109. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 and on that basis deny those allegations.

110. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 and on that basis deny those allegations.

111. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 and on that basis deny those allegations.

112. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 and on that basis deny those allegations.

113. The LG Entities deny the allegations contained in subclause (a) of Paragraph 113.  The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 113 and on that basis deny those allegations.

114. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 and on that basis deny those allegations.

115. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 and on that basis deny those allegations.

116. The allegations in Paragraph 116 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 and on that basis deny those allegations.

117. The allegations in Paragraph 117 are not directed at the LG Entities, and therefore no response is required.  To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 and on that basis deny those allegations.

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

118. The LG Entities admit that Hitachi, Ltd. and LG Electronics Inc. formed a joint venture in 2000 for the development, design and marketing of optical disk drives. The LG Entities deny the remaining allegations contained in Paragraph 118.

119. The allegations in Paragraph 119 are not directed at the LG Entities, and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 and on that basis deny those allegations.

120. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 and on that basis deny those allegations.

121. The allegations in Paragraph 121 are not directed at the LG Entities, and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 and on that basis deny those allegations.

122. To the extent that the allegations contained in Paragraph 122 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 122 are directed to the LG Entities, they are denied.

123. To the extent that the allegations contained in Paragraph 123 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 123 are directed to the LG Entities, they are denied.

124. To the extent that the allegations contained in Paragraph 124 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 124 are directed to the LG Entities, they are denied.

125. To the extent that the allegations contained in Paragraph 125 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

1    of the allegations contained in Paragraph 125 and on that basis deny those allegations.  To the extent

2    that the allegations contained in Paragraph 125 are directed to the LG Entities, they are denied.

3        126. To the extent that the allegations contained in Paragraph 126 are directed to other

4    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

5    of the allegations contained in Paragraph 126 and on that basis deny those allegations.  To the extent

6    that the allegations contained in Paragraph 126 are directed to the LG Entities, they are denied.

7        127. To the extent that the allegations contained in Paragraph 127 are directed to other

8    defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

9    of the allegations contained in Paragraph 127 and on that basis deny those allegations.  To the extent

10   that the allegations contained in Paragraph 127 are directed to the LG Entities, they are denied.

11       128. To the extent that the allegations contained in Paragraph 128 are directed to other

12   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

13   of the allegations contained in Paragraph 128 and on that basis deny those allegations.  To the extent

14   that the allegations contained in Paragraph 128 are directed to the LG Entities, they are denied.

15       129. To the extent that the allegations contained in Paragraph 129 are directed to other

16   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

17   of the allegations contained in Paragraph 129 and on that basis deny those allegations.  To the extent

18   that the allegations contained in Paragraph 129 are directed to the LG Entities, they are denied.

19       130. To the extent that the allegations contained in Paragraph 130 are directed to other

20   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

21   of the allegations contained in Paragraph 130 and on that basis deny those allegations.  To the extent

22   that the allegations contained in Paragraph 130 are directed to the LG Entities, they are denied.

23       131. To the extent that the allegations contained in Paragraph 131 are directed to other

24   defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

25   of the allegations contained in Paragraph 131 and on that basis deny those allegations.  To the extent

26   that the allegations contained in Paragraph 131 are directed to the LG Entities, they are denied.

27

28

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER**
**PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

132. To the extent that the allegations contained in Paragraph 132 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 132 are directed to the LG Entities, they are denied.

133. To the extent that the allegations contained in Paragraph 133 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 133 are directed to the LG Entities, they are denied.

134. The LG Entities deny the allegations contained in Paragraph 134.

135. The LG Entities deny the allegations contained in Paragraph 135.

136. The LG Entities deny the allegations contained in Paragraph 136.

137. The LG Entities deny the allegations contained in Paragraph 137.

138. The LG Entities deny the allegations contained in Paragraph 138.

139. The LG Entities deny the allegations contained in Paragraph 139.

140. The LG Entities deny the allegations contained in Paragraph 140.

141. The LG Entities deny the allegations contained in Paragraph 141.

142. The LG Entities deny the allegations contained in Paragraph 142.

143. The LG Entities deny the allegations contained in Paragraph 143.

144. The LG Entities deny the allegations contained in Paragraph 144.

145. The LG Entities deny the allegations contained in Paragraph 145.

146. The LG Entities deny the allegations contained in Paragraph 146.

147. The LG Entities deny the allegations contained in Paragraph 147.

148. The LG Entities deny the allegations contained in Paragraph 148.

149. The LG Entities deny the allegations contained in Paragraph 149.

150. The LG Entities deny the allegations contained in Paragraph 150.

151. The LG Entities deny the allegations contained in Paragraph 151.

152. The LG Entities deny the allegations contained in Paragraph 152.

153. The LG Entities deny the allegations contained in Paragraph 153.

154. The first sentence of Paragraph 154 consists of Plaintiffs' characterization of their Complaint, to which no response is required. To the extent a response is required, the LG Entities deny those allegations. To the extent that the remainder of the allegations contained in Paragraph 154 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 and on that basis deny those allegations. To the extent that the remainder of the allegations contained in Paragraph 154 are directed to the LG Entities, they are denied. In addition, the LG Entities specifically deny that any individual employed by Defendant LPD—a company separate and autonomous from the LG Entities—attended meetings, participated in discussions, or entered agreements with competitors regarding price or output on behalf of or at the direction of any of the LG Entities. The LG Entities also deny that any individual employed by LPD reported to any of the LG Entities the results of any such meetings or discussions.

155. The allegations in Paragraph 155 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 and on that basis deny those allegations.

156. The allegations in Paragraph 156 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 and on that basis deny those allegations.

157. The allegations in Paragraph 157 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 and on that basis deny those allegations.

158. The allegations in Paragraph 158 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or

1    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158

2    and on that basis deny those allegations.

3        159. The allegations in Paragraph 159 are not directed at the LG Entities and therefore no

4    response is required.  To the extent a response is required, the LG Entities lack knowledge or

5    information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159

6    and on that basis deny those allegations.

7        160. The LG Entities deny the allegations contained in Paragraph 160.

8        161. The LG Entities deny the allegations contained in Paragraph 161.

9        162. The allegations in Paragraph 162 are not directed at the LG Entities and therefore no

10   response is required.  To the extent a response is required, the LG Entities lack knowledge or

11   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162

12   and on that basis deny those allegations.

13       163. The allegations in Paragraph 163 are not directed at the LG Entities and therefore no

14   response is required.  To the extent a response is required, the LG Entities lack knowledge or

15   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163

16   and on that basis deny those allegations.

17       164. The allegations in Paragraph 164 are not directed at the LG Entities and therefore no

18   response is required.  To the extent a response is required, the LG Entities lack knowledge or

19   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164

20   and on that basis deny those allegations.

21       165. The allegations in Paragraph 165 are not directed at the LG Entities and therefore no

22   response is required.  To the extent a response is required, the LG Entities lack knowledge or

23   information sufficient to form a belief as to the truth of the allegations contained in Paragraph 165

24   and on that basis deny those allegations.

25       166. The allegations in Paragraph 166 are not directed at the LG Entities and therefore no

26   response is required.  To the extent a response is required, the LG Entities lack knowledge or

27

28

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 and on that basis deny those allegations.

167. The allegations in Paragraph 167 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 and on that basis deny those allegations.

168. The allegations in Paragraph 168 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 and on that basis deny those allegations.

169. The allegations in Paragraph 169 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 and on that basis deny those allegations.

170. The allegations in Paragraph 170 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 and on that basis deny those allegations.

171. The allegations in Paragraph 171 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 and on that basis deny those allegations.

172. The allegations in Paragraph 172 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 and on that basis deny those allegations.

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

173. The allegations in Paragraph 173 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 and on that basis deny those allegations.

174. The allegations in Paragraph 174 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 and on that basis deny those allegations.

175. The allegations in Paragraph 175 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 and on that basis deny those allegations.

176. To the extent that the allegations contained in Paragraph 176 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 176 are directed to the LG Entities, they are denied.

177. The LG Entities deny the allegations contained in Paragraph 177.

178. To the extent that the allegations contained in Paragraph 178 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 178 are directed to the LG Entities, they are denied.

179. To the extent that the allegations contained in Paragraph 179 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 179 are directed to the LG Entities, they are denied.

180. To the extent that the allegations contained in Paragraph 180 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

of the allegations contained in Paragraph 180 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 180 are directed to the LG Entities, they are denied.

181. To the extent that the allegations contained in Paragraph 181 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 181 are directed to the LG Entities, they are denied.

182. The allegations in Paragraph 182 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 and on that basis deny those allegations.

183. The allegations in Paragraph 183 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 and on that basis deny those allegations.

184. The allegations in Paragraph 184 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 and on that basis deny those allegations.

185. The allegations in Paragraph 185 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 and on that basis deny those allegations.

186. The allegations in Paragraph 186 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 and on that basis deny those allegations.

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

187. The allegations in Paragraph 187 are not directed at the LG Entities and therefore no response is required. To the extent a response is required, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 and on that basis deny those allegations.

188. To the extent that the allegations contained in Paragraph 188 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 188 are directed to the LG Entities, they are denied.

189. The LG Entities lack knowledge or information sufficient to form a belief as to the allegations contained in Paragraph 189 and on that basis deny those allegations.

190. The LG Entities deny the allegations contained in Paragraph 190.

191. To the extent that the allegations contained in Paragraph 191 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 191 are directed to the LG Entities, they are denied.

192. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 and on that basis deny those allegations.

193. To the extent that the allegations contained in Paragraph 193 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 193 are directed to the LG Entities, they are denied.

194. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 and on that basis deny those allegations.

195. The LG Entities deny the allegations contained in Paragraph 195.

196. To the extent that the allegations contained in Paragraph 196 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER**
**PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

of the allegations contained in Paragraph 196 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 196 are directed to the LG Entities, they are denied.

197. To the extent that the allegations contained in Paragraph 197 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 197 are directed to the LG Entities, they are denied.

198. The LG Entities deny the allegations contained in Paragraph 198.

199. The LG Entities deny the allegations contained in Paragraph 199.

200. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegation contained in the first sentence of Paragraph 200 regarding Plaintiffs' actual knowledge, and on that basis, the LG Entities deny that allegation. The LG Entities deny the remaining allegations contained in Paragraph 200.

201. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 and on that basis deny those allegations.

202. To the extent that the allegations contained in Paragraph 202 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 202 are directed to the LG Entities, they are denied.

203. The LG Entities deny the allegations contained in Paragraph 203.

204. The LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 204 and on that basis deny those allegations. To the extent that the remaining allegations contained in Paragraph 204 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 and on that basis deny those allegations. To the extent that the remaining allegations contained in Paragraph 204 are directed to the LG Entities, they are denied.

205. To the extent that the allegations contained in Paragraph 205 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 205 are directed to the LG Entities, they are denied.

206. To the extent that the allegations contained in Paragraph 206 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 206 are directed to the LG Entities, they are denied.

207. To the extent that the allegations contained in Paragraph 207 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 207 are directed to the LG Entities, they are denied.

208. To the extent that the allegations contained in Paragraph 208 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 208 are directed to the LG Entities, they are denied.

209. To the extent that the allegations contained in Paragraph 209 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 209 are directed to the LG Entities, they are denied.

210. To the extent that the allegations contained in Paragraph 210 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 210 are directed to the LG Entities, they are denied.

211. To the extent that the allegations contained in Paragraph 211 are directed to other defendants, the LG Entities lack knowledge or information sufficient to form a belief as to the truth

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

of the allegations contained in Paragraph 211 and on that basis deny those allegations. To the extent that the allegations contained in Paragraph 211 are directed to the LG Entities, they are denied.

212. The allegations of Paragraph 212 contain conclusions of law to which no response is required. To the extent that the allegations are deemed to require a response, they are denied.

213. The LG Entities hereby incorporate by reference their responses to the above allegations as set forth above.

214. The LG Entities deny the allegations contained in Paragraph 214.

215. The LG Entities deny the allegations contained in Paragraph 215.

216. The LG Entities deny the allegations contained in Paragraph 216.

217. The LG Entities deny the allegations contained in Paragraph 217.

218. The LG Entities deny the allegations contained in Paragraph 218.

219. The LG Entities deny the allegations contained in Paragraph 219.

220. The LG Entities deny the allegations contained in Paragraph 220.

221. The LG Entities deny the allegations contained in Paragraph 221.

222. The LG Entities deny the allegations contained in Paragraph 222.

## RESPONSE TO PRAYER FOR RELIEF AND JURY DEMAND

The paragraphs of the Complaint following the headers "Prayer for Relief" and "Jury Trial Demanded" do not require a response. To the extent that those paragraphs require a response, the LG Entities deny that Plaintiffs are entitled to any of the relief requested in the Prayer for Relief.

## AFFIRMATIVE DEFENSES

Without conceding that it bears the burden of proof as to any of these defenses, the LG Entities allege the following affirmative defenses to the allegations set forth in the Complaint:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted because Plaintiffs' claims are ambiguous, vague, and/or unintelligible; because Plaintiffs have failed to alleged fraud or fraudulent concealment with sufficient particularity; and/or because Plaintiffs have failed to allege

conspiracy with sufficient particularity. The LG Entities aver that Plaintiffs' claims do not describe the events or legal theories with sufficient particularity to permit the LG Entities to ascertain all defenses that may exist.

SECOND DEFENSE

The claims set forth in the Complaint are barred by the statute of limitations.

THIRD DEFENSE

Without conceding the existence of any conspiracy, Plaintiffs' claims are barred because the LG Entities effectively withdrew from any alleged conspiracy.

FOURTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs have failed to state a claim for injunctive relief insofar as Plaintiffs seek to enjoin alleged events that have already transpired without the requisite showing of threatened harm or continuing harm, and/or because Plaintiffs have available an adequate remedy at law.

FIFTH DEFENSE

The conduct alleged by Plaintiffs in the Complaint to form the basis of certain of Plaintiffs' claims has not had a direct, substantial, and reasonably foreseeable effect on trade or commerce with the United States. The Court therefore lacks subject matter jurisdiction.

SIXTH DEFENSE

Plaintiffs' claims are barred because the Court lacks personal jurisdiction over LGETT.

SEVENTH DEFENSE

Plaintiffs' claims for any foreign purchases, if any, are barred because Plaintiffs have failed to allege facts sufficient to support a claim under the Foreign Trade Antitrust Improvement Act, 15 U.S.C. § 6a and/or *Hartford Fire Ins. Co. v. California*, 509 U.S. 764 (1993).

EIGHTH DEFENSE

Plaintiffs' claims and claims of any putative class members are barred, in whole or in part, to the extent that they did not purchase CRT products directly from defendants, because they are

29

indirect purchasers and barred from maintaining an action under 15 U.S.C. § 15(a) for alleged injuries in that capacity.

<u>NINTH DEFENSE</u>

Plaintiffs' claims are barred because Plaintiffs lack standing to sue for the injuries alleged in the Complaint, including without limitation, Plaintiffs' assertion of claims beyond those expressly assigned to them.

<u>TENTH DEFENSE</u>

Plaintiffs and any putative class members are barred from recovery of any damages because of and to the extent of their failure to mitigate damages, or alternatively any claimed injury or damage has been offset by benefits received by Plaintiffs with respect to the challenged conduct.

<u>ELEVENTH DEFENSE</u>

Plaintiffs' claims and the claims of any putative class members for damages are barred because Plaintiffs have suffered no injury or damages as a result of the matters alleged in the Complaint, or alternatively, because the alleged damages, if any, are speculative and because of the impossibility of ascertaining and allocating those alleged damages.

<u>TWELFTH DEFENSE</u>

Any injuries or damages Plaintiffs and any putative class members may have suffered were not caused, either actually or proximately, by the acts and omissions of the LG Entities.

<u>THIRTEENTH DEFENSE</u>

Any injuries or damages Plaintiffs and any putative class members may have suffered were caused solely and proximately by the acts and omissions of others. The acts of others constitute intervening or superseding causes of harm, if any, suffered by Plaintiffs.

<u>FOURTEENTH DEFENSE</u>

Plaintiffs' claims are barred to the extent injuries alleged in the Complaint, which the LG Entities deny, were contributed to by the statements, acts, and/or omissions of Plaintiffs and/or third parties or entities, other than the LG Entities.

**ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

FIFTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs acquiescence and/or confirmation of any and all conduct and/or omissions alleged as to the LG Entities.

SIXTEENTH DEFENSE

Plaintiffs' claims are barred to because Plaintiffs have not suffered actual, cognizable injury of the type antitrust laws are intended to remedy.

SEVENTEENTH DEFENSE

Plaintiff's claims and the claims of any putative class members are barred by the doctrines of waiver, estoppel, unclean hands, unjust enrichment and/or laches.

EIGHTEENTH DEFENSE

To the extent that any actionable conduct occurred, Plaintiffs' claims and claims of any putative class members against the LG Entities are barred because all such conduct would have been committed by individuals acting *ultra vires*.

NINETEENTH DEFENSE

Plaintiffs' claims and the claims of any putative class members against the LG Entities are barred to the extent that they have agreed to arbitration or chosen a different forum for the resolution of their claims.

TWENTIETH DEFENSE

Plaintiffs' claims and the claims of any putative class members are barred, in whole or in part, because they cannot be maintained as a class action and/or because the named plaintiffs are not proper class representatives.

TWENTY-FIRST DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the remedies sought are unconstitutional, contrary to public policy, or are otherwise unauthorized.

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

## TWENTY-SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, because any action taken by or on behalf of the LG Entities was justified, constituted bona fide business competition and was taken in pursuit of its own legitimate business and economic interests, and is therefore privileged.

## TWENTY-THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, for failure to join indispensable parties.

## TWENTY-FOURTH DEFENSE

Plaintiffs' claims are barred because the actions of the LG Entities did not lessen competition in the relevant market.

## TWENTY-FIFTH DEFENSE

The LG Entities, without admitting the existence of any contract, combination or conspiracy in restraint of trade as alleged in the Complaint, aver that the matters about which Plaintiffs complain resulted in increased output and lower prices for CRT products.

## TWENTY-SIXTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs did not detrimentally rely on any alleged deceptive trade conduct as alleged in the Complaint.

## TWENTY-SEVENTH DEFENSE

Without admitting that Plaintiffs are entitled to recover damages in this matter, the LG Entities are entitled to set off from any recovery Plaintiffs may obtain against the LG Entities by any other Defendants who have settled, or do settle, Plaintiffs' claims in this matter.

## TWENTY-EIGHTH DEFENSE

Any award of attorneys' fees, based upon the conduct alleged in the Complaint, is not allowed under applicable federal or state law.

## TWENTY-NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the alleged conduct of the LG Entities that are the subject of the Complaint were caused by, due to, based upon, or in response to

directives, laws, regulations, policies, and/or acts of governments, governmental agencies and entities, an/or regulatory agencies, and such is non-actionable or privileged.

### THIRTIETH DEFENSE

LGEI, LGUSA, and LGETT are separate and autonomous companies from LPD, and thus are not liable for Plaintiffs' damages resulting from LPD's actions.

### THIRTY-FIRST DEFENSE

Plaintiffs' claims are barred to the extent that they are based on conduct beyond the territorial reach of the laws or courts of the United States.

### **RESERVATION OF DEFENSES AND AFFIRMATIVE DEFENSES**

The LG Entities adopts by reference any additional applicable defenses pleaded by any other Defendant in this action. The LG Entities have not knowingly or intentionally waived any applicable defenses and explicitly reserve the right to assert any additional defenses and affirmative defenses as this action proceeds. The LG Entities further reserve the right to amend their Answer and/or defenses accordingly, and/or to delete defenses that it determines are not applicable as this action proceeds.

WHEREFORE, the LG Entities pray as follows:

1. That the Plaintiffs take nothing by way of the Complaint, and the action be dismissed with prejudice;

2. That judgment be entered in favor of the LG Entities and against Plaintiffs with respect to all causes of action in the Complaint.

3. That the Court award the LG Entities their attorneys' fees and all other costs reasonably incurred in defense of this action; and

4. That the Court award such other relief as it may deem just and proper.

ANSWER OF LGE ENTITIES' TO DIRECT PURCHASER
PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

Dated: April 29, 2010

SIDLEY AUSTIN LLP

By: /s/ Samuel R. Miller
Samuel R. Miller
Attorneys For Defendants
LG ELECTRONICS, INC.; LG
ELECTRONICS USA, INC.; and
LG ELECTRONICS TAIWAN TAIPEI CO.,
LTD.

SF1 1570014v.4

# EXHIBIT 16

FILED

JUL X 3 2012

**RICHARD W. WIEKING**
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: TFT-LCD (FLAT PANEL) ANTITRUST
LITIGATION

No. M 07-1827 SI
MDL No. 1827

**SPECIAL VERDICT**

_____/

This Order Relates To:

    Direct-Purchaser Plaintiff Class Actions

_____/

We the jury unanimously find as follows on the questions submitted to us:

**Question 1:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that Toshiba knowingly participated in a conspiracy to fix, raise, maintain or stabilize the prices of TFT-LCD panels?



    Yes                     No

If your answer to this question is "Yes," please answer the next question. If your answer to this question is "No," please go to the end of the verdict form, and sign and date it where indicated.

**Question 2:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involved TFT-LCD panels and/or finished products (notebook computers, computer monitors and televisions containing TFT-LCD panels) imported into the United States?

<u>     ✓     </u>       <u>         </u>
  Yes                    No

If your answer to this question is "Yes," please answer the next question. If your answer to this question is "No," please go to Question 4.

**Question 3:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involving imported TFT-LCD panels and/or finished products (notebook computers, computer monitors and televisions containing TFT-LCD panels) produced substantial intended effects in the United States?

<u>     ✓     </u>       <u>         </u>
  Yes                    No

Please answer the next question.

**Question 4:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that the conspiracy involved conduct which had a direct, substantial and reasonably foreseeable effect on trade or commerce in the United States?

<u>     ✓     </u>       <u>         </u>
  Yes                    No

If your answer to either Question 3 or Question 4 is "Yes," please answer the next question. If your answer to both Question 3 and Question 4 is "No," please go to the end of the verdict form, and sign and date it where indicated.

*United States District Court*
*For the Northern District of California*

**Question 5:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that members of the Panel Class were injured as a result of the conspiracy in which Toshiba knowingly participated?

Yes ✓        No _____

If your answer to this question "Yes," please answer the next question. If your answer to this question is "No," please go to Question 7.

**Question 6:** What was the amount of damages the plaintiffs proved, by a preponderance of the evidence and in accordance with the instructions given to you, that members of the Panel Class suffered as a result of that injury?

$ 17,000,000
(Please fill in a dollar amount total)

Please answer the next question.

**Question 7:** Did plaintiffs prove, by a preponderance of the evidence and in accordance with the instructions given to you, that members of the Finished Product Class were injured as a result of the conspiracy in which Toshiba knowingly participated?

Yes ✓        No _____

If your answer to this question "Yes," please answer the next question. If your answer to this question is "No," please go to the end of the verdict form, and sign and date it where indicated.

**Question 8:** What was the amount of damages the plaintiffs proved, by a preponderance of the evidence and in accordance with the instructions given to you, that members of the Finished Product Class suffered as a result of that injury?

$ 70,000,000
(Please fill in a dollar amount total)

United States District Court
For the Northern District of California

3

Date: 3 July 2012

FOREPERSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28