BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik T. Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendant Koninklijke Philips Electronics N.V., and Philips Electronics North America Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>Case No. C 11-6397 SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                Plaintiff,<br><br>  v.<br><br>HITACHI, LTD., et al.,<br><br>                Defendants, | Case No. 07-5944 SC<br>MDL No. 1917<br><br>**DECLARATION OF ERIK T. KOONS IN SUPPORT OF THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION** |

DECLARATION OF ERIK T. KOONS IN SUPPORT OF THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION

I, Erik T. Koons, hereby declare as follows:

1. I am a partner with the law firm of Baker Botts L.L.P., counsel for Defendants Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation (collectively, the "Philips Defendants"). I make this declaration in support of the Philips Defendants' Motion, in the Alternative to Dismissal, to Compel Arbitration.

2. On February 11, 2013, Costco produced a copy of an executed Vendor Agreement dated July 31, 1995 between Costco and Philips Consumer Electronics Corp. (the "Vendor Agreement") as CostcoCRT_0001000013-14 in *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-5944 SC, MDL No. 1917 (N.D. Cal.) ("CRT MDL"). Attached hereto as Exhibit A is a true and correct copy of the Vendor Agreement.

3. At all times from the consummation of the Vendor Agreement to the present, Philips Consumer Electronics Company was a division within Philips Electronics North America Corporation. The Vendor Agreement incorrectly identifies this division as Philips Consumer Electronics Corp.

4. On February 11, 2013, Costco produced a copy of the May 1994 PriceCostco Standard Terms as CostcoCRT_00010000224-230 in the CRT MDL. Attached hereto as Exhibit B is a true and correct copy of the 1994 Standard Terms.

5. On February 11, 2013, Costco produced a copy of the 1997 Costco Wholesale Standard Terms as CostcoCRT_00010000219-223 in the CRT MDL. Attached hereto as Exhibit C is a true and correct copy of the 1997 Standard Terms.

6. On February 11, 2013, Costco produced a copy of the 2000 Costco Wholesale Standard Terms as CostcoCRT_00010000213-217 in the CRT MDL. Attached hereto as Exhibit D is a true and correct copy of the 2000 Standard Terms.

7. On February 11, 2013, Costco produced a copy of the 2004 Costco Wholesale Standard Terms as CostcoCRT_00010000205-212 in the CRT MDL. Attached hereto as Exhibit E is a true and correct copy of the 2004 Standard Terms.

8. On May 15, 2012, Defendants Philips Electronics North America Corporation and Toshiba America Electronic Components, Inc. served their First Set of Requests for Production to Plaintiff Costco Wholesale Corporation ("Document Requests"). Attached hereto as Exhibit F is a true and correct copy of the May 15, 2012 Document Requests.

9. On December 7, 2012, Geoffrey Shavey was deposed as the Costco Wholesale Corporation 30(b)(6) witness. Attached hereto as Exhibit G are true and correct copies of excerpts from that deposition.

10. On January 10, 2013, David Emanuelson, counsel for the Philips Defendants, sent a letter to Eric Weiss, counsel for Costco, requesting that Costco immediately search for and produce all Vendor Agreements, or any other agreements containing an arbitration provision that Costco had with any Defendant relating to the purchase of products incorporating CRTs during the 1995-2007 time period. Attached hereto as Exhibit H is a true and correct copy of Mr. Emanuelson's January 10, 2013 letter.

11. On January 18, 2013 Eric Weiss, counsel for Costco, sent a letter to David Emanuelson, counsel for the Philips Defendants, acknowledging that Costco would search for and produce non-privileged Vendor Agreements and related documents as requested in Mr. Emanuelson's January 10, 2013 letter and the Document Requests. Attached hereto as Exhibit I is a true and correct copy of Mr. Weiss's January 18, 2013 letter.

12. On February 11, 2013, Eric Weiss, counsel for Costco, emailed David Emanuelson, counsel for the Philips Defendants, producing various Vendor Agreements and related documents. Attached hereto as Exhibit J is a true and correct copy of Mr. Weiss's February 11, 2013 email.

13. On April 9, 2013, I sent a letter to Eric Weiss, counsel for Costco, requesting that Costco consent to file a joint motion dismissing Costco's claims against the Philips Defendants on the basis that all such claims are subject to mandatory arbitration pursuant to the Vendor Agreement between Costco and PENAC. Attached hereto as Exhibit K is a true and correct copy of the April 9, 2013 letter.

DECLARATION OF ERIK T. KOONS IN SUPPORT OF THE PHILIPS DEFENDANTS' MOTION, IN THE ALTERNATIVE TO DISMISSAL, TO COMPEL ARBITRATION

14. On April 16, 2013, Eric Weiss, counsel for Costco, sent an email requesting that the Philips Defendants identify the agreements that they rely on to support their claim of arbitration rights. Attached hereto as Exhibit L is a true and correct copy of Mr. Weiss's April 16, 2013 email.

15. On April 17, 2013, I sent an email to Eric Weiss, counsel for Costco, identifying authority supporting the Philips Defendants' arbitration rights. Attached hereto as Exhibit M is a true and correct copy of the April 17, 2013 email.

16. On April 19, 2013, Eric Weiss, counsel for Costco, sent an email stating that Costco would not stipulate to a joint motion dismissing Costco's claims against the Philips Defendants. Attached hereto as Exhibit N is a true and correct copy of Mr. Weiss's April 19, 2013 email.

17. On April 22, 2013, I had a teleconference with Eric Weiss, counsel for Costco, regarding Costco's refusal to stipulate to the dismissal of Costco's claims against the Philips Defendants and to clarify whether Costco would oppose any effort by the Philips Defendants to arbitrate the claims asserted against them by Costco. Mr. Weiss stated that Costco opposed the arbitration of its claims against the Philips Defendants..

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2013, in Washington, D.C.

/s/ Erik T. Koons
Erik T. Koons