# EXHIBIT A

[UNREDACTED VERSION]

Philips     12721-00

~~36300~~    MP

Date: __7-31__, 19__95__

Vendor A/P No. _____

Dept. No. __24__

## VENDOR AGREEMENT (BASIC)

__Philips Consumer Electronics Corp.__ ("Vendor") and both The Price Company and Costco Wholesale Corporation (both referred to as "PriceCostco") agree that:

A. **Agreement Documents**. All sales and deliveries of all products by Vendor to PriceCostco (or other purchaser under paragraph C below), and all purchase orders by PriceCostco to Vendor, will be covered by and subject to the terms of each of the following documents (collectively the "Agreement Documents"):

- This Vendor Agreement;

- The attached PriceCostco Standard Terms, as they may be amended from time to time ("Standard Terms"); and

- Each Vendor Purchase Program Agreement, Item Agreement and special program agreement (such as on warehouse displays, promotions or rebates) that has been or will be signed between us.

B. **Inconsistency**. The above Agreement Documents collectively are an agreement between us, are part of this Vendor Agreement and are incorporated herein by reference. In case of any inconsistency between any Agreement Documents, the first such document in the above list will take priority over any document lower on the list.

C. **Purchaser**. Each purchase will be made in the trade name of "PriceCostco," but will be for the account of either The Price Company ("Price") or Costco Wholesale Corporation ("Costco") or both, or of affiliates or licensees that operate warehouse clubs and for whom Price and Costco act as purchasing agents. Price and Costco each hereby guaranty payment of each purchase, subject to the rights and liabilities under the Agreement Documents, irrespective of the entity for which the purchase is actually made hereunder.

D. **Insurance**. The insurance mentioned in the Standard Terms shall have minimum primary limits of $2,000,000 combined single limit, from an insurer approved by PriceCostco (Best's Rated B+, V or better). Vendor will provide PriceCostco a Vendor's Endorsement to such insurance specifically naming

-1-

Form A.4 (5/94)

CONFIDENTIAL     CostcoCRT_000100013

MP

<u>each of</u> PriceCostco, Inc., Price and Costco as additional insureds (1) within 30 days after executing this Agreement, and (2) within 30 days following any change in the insurance.

E. **Disputes**. Disputes shall be resolved under paragraphs 20 and 21 of the Standard Terms.

F. **Other Forms**. The Agreement Documents supersede all terms in Vendor's invoices and other forms, and all prior oral or written communications between us, for the matters covered in the Agreement Documents. No party is entering into these Agreement Documents in reliance on any oral or written promises, representations or understandings other than those in the Agreement Documents. The Agreement Documents can be amended only in a writing signed by an authorized official of each of us.

**THE PRICE COMPANY**
**COSTCO WHOLESALE CORPORATION**

By _____  8/2/95
    (Buyer)

By _____
    (GMM)

**VENDOR:**

By _____
    (Authorized Signature)

Gary M. Lafferty
(Print Name and Title)

-2-

Form A.4 (5/94)

CONFIDENTIAL                                                    CostcoCRT_000100014