# EXHIBIT C

[UNREDACTED VERSION]



December 2, 1997


Re: <u>Standard Terms</u>

Dear Vendor:

From time to time we update the Standard Terms to our Vendor Agreement to accurately reflect our business relationship with our vendors. Attached is our updated Standard Terms which replaces the old Standard Terms. For ease of review, the changes have been highlighted. You are not required to sign anything if you have already signed our Vendor Agreement. In the event you have any questions please contact your Costco representative.

Sincerely,

COSTCO WHOLESALE

*[signature]*
Dick DiCerchio
Sr. Executive VP/COO

Enclosure


*999 Lake Drive, Issaquah, Washington 98027 • 425/313-8100*

CONFIDENTIAL

CostcoCRT_000100219

Costco Wholesale STANDARD TERMS
*(1997)*

These terms and conditions ("Standard Terms") apply to every shipment and sale of merchandise from Vendor either to The Price Company ("Price") or Costco Wholesale Corporation ("Costco") or affiliates or licensees for whom Price and Costco act as purchasing agents ("Affiliate Purchasers"), unless otherwise agreed in writing signed by Price and Costco and by Vendor. Each purchase will be made in the trade name of "Costco Wholesale," (formerly referred to as "PriceCostco") but will be for the account of either Price or Costco or both, or of one of the Affiliate Purchasers. The term "Costco Wholesale" as used below means the entity or entities for which the purchase is being made.

1. **MERCHANDISE.** "Merchandise" includes all goods described in any PriceCostco or Costco Wholesale Purchase Order to Vendor and all packaging, instructions, warnings, warranties and other materials and services normally included with such Merchandise. Packing (including pallets) shall comply with all requirements of the carrier and Costco Wholesale, and its cost is included in the Merchandise's price. Pallets must be standard #1 quality, 4 way entry (40" x 48") made of GMA hardwood, and double runners or stringers are not acceptable.

2. **PURCHASE ORDERS.** Vendor may ship only against a written PriceCostco or Costco Wholesale purchase order ("Purchase Order"). A Purchase Order shall be considered an acceptance of any offer to sell by Vendor. Also, shipment in response to a Purchase Order is acceptance of the Purchase Order and of these Standard Terms. Except as specified in a written Purchase Order, projections, past purchasing history and representations about quantities to be purchased are not binding and Costco Wholesale shall not be liable for any act or expenditure (including expenditures for equipment, materials or packaging) by Vendor in reliance on them. The relationship between Costco Wholesale and Vendor is that of an independent contractor and Vendor agrees that it has not and shall not hold itself out as, nor shall Vendor be deemed to be, an agent of Costco Wholesale.

3. **P.O. & ITEM NUMBER.** Vendor shall mark all invoices, bills of lading, and packing lists to show legibly the complete PriceCostco or Costco Wholesale Purchase Order and Item number(s) to which they relate.

4. **DOCUMENTS.** Vendor shall comply with all billing, payment and document instructions in the Costco Wholesale Vendor Credit Information, as it may be revised from time to time. On the date any Merchandise is shipped, Vendor shall send to the "Bill To" address an original invoice which reflects Costco Wholesale's Purchase Order and accounts payable vendor number. The actual scale weights or approved shipping weights shall be shown on all bills of lading and other shipping documents which must accompany the Merchandise to the shipping destination.

5. **PRICE CHANGES.** The prices on Costco Wholesale's Purchase Order are not subject to any increase or additional charges because of increased cost, any change in law or any other reason. Also, Vendor must give Costco Wholesale thirty (30) days' advance written notice of any price change on future orders, if any.

6. **PAYMENT.** Unless otherwise agreed in writing, Costco Wholesale shall not be obligated to pay any invoice until thirty days after delivery is completed under paragraph 7 below. Vendor shall not assign or factor its account without prior written notice by Vendor to Costco Wholesale. Once the account has been assigned to a third-party, the assignment shall not be changed or discontinued without the prior written consent of both the Vendor and such third-party and prior written notice to Costco Wholesale.

7. **DELIVERY.** Except as otherwise stated in the Purchase Order, sales are on a delivered basis and Vendor's delivery of the Merchandise will occur and risk of loss will pass only when and to the extent conforming Merchandise has been received at the Costco Wholesale warehouse or depot designated in the Purchase Order and a Costco Wholesale employee has signed the bill of lading or other shipping document acknowledging that receipt. This applies even if Costco Wholesale arranges carriage, designates the carrier and/or pays the freight. However, if the Purchase Order designates an FOB sale with delivery to an ocean port or carrier for ocean shipment, the terms of sale and delivery will be FOB Vessel Incoterms 1990. All ocean shipments for Hawaii and Alaska are FOB Costco Wholesale. Vendor will be responsible for making all claims with the carrier for all losses or damages.

8. **LATE SHIPMENT.** Costco Wholesale may at any time cancel any shipment not actually received by Costco Wholesale by the "Ship To Arrive Date" shown on the applicable Purchase Order, without cost or further obligation to Costco Wholesale. Vendor shall notify Costco Wholesale immediately if any shipment will not occur in time to

arrive by the "Ship To Arrive Date". Vendor shall ship back orders and late shipments only to the extent authorized in writing by Costco Wholesale, and only on a freight prepaid basis at Vendor's expense.

9. **COMPLIANCE WITH LAWS.** Vendor warrants all Merchandise to be manufactured, processed, packaged, labeled, marked, tagged, tested, certified, weighed, inspected, shipped and sold in compliance with all applicable federal, state, provincial and local laws and regulations, including by way of example all laws and regulations relating to health, safety, environment, serial and identification numbers, labelling and country of origin designation; and including all FDA, toxic substances, OSHA and EPA regulations, Federal Meat Inspection Act or Poultry Products Inspection Act, or any other food safety statute; and the requirements of California Proposition 65. Vendor agrees to execute and furnish to Costco Wholesale on reasonable request, all certifications, guaranties and other documents regarding compliance with such laws and regulations.

10. **U.L.; CSA.** All electrical Merchandise must be approved by Underwriter's Laboratories, Inc. (and the appropriate agency such as CSA, CUL, Underwriters Laboratories of Canada or Wharnock Hershey if to be resold in Canada) and bear a certificate to that effect.

11. **ABILITY TO SELL.** Vendor warrants and represents to Costco Wholesale that the Merchandise and its resale will not infringe any patent, trademark, trade dress, trade name, copyright or other right; that the Merchandise is without defects and has adequate warnings and instructions; and that Vendor is not a party to any agreement or understanding, and that there is no other impediment or restriction that limits, prohibits or prevents Vendor from selling and delivering the Merchandise to Costco Wholesale or limits, prohibits or prevents Costco Wholesale from reselling the Merchandise to its members.

12. **REJECTION/MERCHANDISE RETURN.**

(a) Costco Wholesale at its option may, at any time, reject (or revoke acceptance of) and either return to the Vendor or hold at Vendor's risk and expense, any Merchandise, shipment or portion thereof that is non-conforming, or that is shipped contrary to Costco Wholesale's instructions, or that is in excess of the quantities covered by the Purchase Order, or that allegedly contains any defect or inadequate warnings or instructions, or allegedly violates any law, regulation, or court or administrative order, or allegedly infringes any patent, trade name, trade dress, trademark, copyright or other right;

(b) Payment of any invoice does not limit Costco Wholesale's right to reject or revoke acceptance. Vendor hereby assumes, and shall bear and pay, all risks and expenses of unpacking, examining, repacking, storing, holding and/or reshipping or returning any such Merchandise, and shall reimburse Costco Wholesale its net landed cost for such Merchandise as shown on the books of Costco Wholesale. In addition to any other remedies available to Costco Wholesale and in the event Vendor's payment terms include a cash discount, such discount is not refundable to Vendor upon return of Merchandise pursuant to this Section 12 in addition to any other remedies available to Costco Wholesale;

(c) In the event Costco Wholesale cancels any Purchase Order pursuant to Section 8, rejects any Merchandise due to its non-conformance pursuant to this Section 12, accepts customer returns pursuant to Section 13, or exercises its rights under Section 14, Costco Wholesale shall not be liable for any damages including consequential or incidental damages or lost profits or expenses incurred by Vendor as a result of such cancellation, rejection, acceptance or offset.

13. **CUSTOMER RETURNS.** Costco Wholesale may reject or revoke acceptance of any Merchandise returned by Costco Wholesale's customers for any reason stated in Section 12 above.

14. **REFUND; OFFSETS.** At Costco Wholesale's option, Vendor shall grant a full refund to Costco Wholesale or, if Costco Wholesale so elects, a credit or replacement with respect to any shipment, Merchandise or portion thereof that Costco Wholesale rejects or revokes acceptance; and Costco Wholesale may offset any such amounts against amounts Costco Wholesale owes to Vendor. Costco Wholesale may offset defective pallet charges and any rebates/incentive allowances and any other amounts owed by Vendor against amounts Costco Wholesale owes to Vendor. Costco Wholesale may at the end of a season hold back a reasonable reserve for future claims against amounts owed.

15. **INDEMNITY.** Vendor shall defend, hold harmless and indemnify Costco Wholesale and Costco Companies, Inc. from and against any and all claims, actions, liabilities, losses, fines, penalties, costs and expenses (including attorneys' fees) arising out of:

CONFIDENTIAL

CostcoCRT_000100221

(a) Any actual or alleged infringement of any patent, trademark, <u>trade name, trade dress,</u> copyright or other right relating to any Merchandise, or other <u>breach of these Standard Terms,</u>

(b) Any actual or alleged death of or injury to any person, damage to any property, or any other damage or loss, by whomsoever suffered, claimed to result in whole or in part from the Merchandise or any actual or alleged defect in such Merchandise, whether latent or patent, including any alleged failure to provide adequate warnings, labelling or instructions,

(c) Any actual or alleged violation of any law, statute or ordinance or any administrative order, rule or regulation relating to the Merchandise, or to its manufacture, shipment, labelling, use or sale, or any failure to provide a Material Safety Data Sheet ("MSDS") or certification, or

(d) Any act, activity or omission of Vendor, <u>or any of its employees, representatives or agents,</u> including activities on Costco Wholesale's premises and the use of any vehicle, equipment, fixture or material of Vendor in connection with any sale to or service for Costco Wholesale.

These indemnities and obligations of Vendor shall not be affected or limited in any way by Costco Wholesale's extension of warranties to its customers, or by any approval, specification, act or omission of Costco Wholesale. <u>Vendor shall have no obligation to defend, hold harmless and indemnify Costco Wholesale for Costco Wholesale's sole negligence or intentional acts.</u>

16. **INSURANCE.** Vendor shall obtain and maintain, at its expense, a policy or policies of general liability insurance and product liability ~~occurrence form~~ insurance with respect to the Merchandise, with a vendor's endorsement naming <u>Costco Companies, Inc.</u> (formerly known as PriceCostco, Inc.), The Price Company and Costco Wholesale Corporation as additional insureds, in such amounts, with such companies and containing such other provisions as Costco Wholesale may reasonably require. <u>For Vendors whose employees enter Costco Wholesale's Premises, Worker's Compensation in the mandated amount and automobile coverage in the amount of $300,000.00 combined single limit, (including owned, non-owned and hired vehicles) shall be required.</u> The coverage shall not be changed or terminated without at least thirty (30) days' prior written notice to Costco Wholesale.

17. **RECALLS.** In the event Merchandise is the subject of a recall (which includes safety notices), Vendor shall be responsible for the recall and for all expenses and losses incurred by <u>Costco Wholesale in recalling and shipping the Merchandise (and where applicable, any products with which the Merchandise has been packaged, consolidated or commingled),</u> including refunds to customers and Costco Wholesale's net landed cost of unsold Merchandise.

18. **TAXES.** Costco Wholesale's purchase is for resale unless Costco Wholesale otherwise states in writing. Vendor's pricing should be exclusive of all sales, use and like taxes. <u>If claiming the resale sales tax exemption, Costco Wholesale will provide Vendor with valid tax exemption (resale) certificates for those states where deliveries are to be made. Vendor's invoicing Costco Wholesale for any tax or fee shall constitute a warranty that Vendor is duly registered with the agency which levies the tax or fee.</u> If Vendor does not remit the tax or fee to the appropriate agency, and/or if the same tax or fee is subsequently assessed by the agency against Costco Wholesale, Vendor shall reimburse Costco Wholesale for all amounts of tax or fee Costco Wholesale has remitted to Vendor to date and Vendor shall defend, indemnify and hold harmless Costco Wholesale against all losses, penalties, interest and expenses (including attorneys' fees).

19. **OTHER REMEDIES.** The exercise of any remedy herein shall be without prejudice to any other right or remedy available to either party.

20. **DISPUTES AND ARBITRATION.** All claims and disputes that (1) are between Vendor and Costco Wholesale or its affiliates, Affiliate Purchasers, subsidiaries, parents and/or their employees, and (2) arise out of or relate to these Standard Terms or any agreement or transaction or ~~occurrence between Vendor and Costco Wholesale~~ or to their performance or breach (including any tort or statutory claim) ("Arbitrable Claims"), shall be arbitrated under the Commercial Arbitration Rules of the American Arbitration Association ("AAA"), in English at Seattle, Washington, before one neutral arbitrator who may be a national of any party and who shall be a member of the AAA's Large Complex Case Panel. All documents and information relevant to the claim or dispute in the possession of any party shall be made available to the other party not later than sixty (60) days after the demand for arbitration is served, and the arbitrator may permit such depositions or other discovery deemed necessary for a fair hearing. The hearing may not exceed two days. The award shall be rendered within 120 days of the demand. The arbitrator may award interim

and final injunctive relief and other remedies, but may not award punitive damages. No time limit herein is jurisdictional. Any award of the arbitrator (including awards of interim or final remedies) may be confirmed or enforced in any court having jurisdiction. Notwithstanding the above, Costco Wholesale or Vendor may bring court proceedings or claims against each other (i) solely as part of separate litigation commenced by an unrelated third party, or (ii) if not first sought from the arbitrator, solely to obtain in the state or federal courts in King County, Washington, temporary or preliminary injunctive relief or other interim remedies pending conclusion of the arbitration. In the case of contradiction between the provisions of this Section 20 and the Commercial Arbitration Laws of AAA, this Section shall prevail.

21. **VENUE; ATTORNEYS' FEES.** Vendor consents to the personal jurisdiction and venue of the federal and state courts in King County, Washington, for any court action or proceeding. The prevailing party in any arbitration or court action or proceeding shall be awarded its reasonable attorneys' fees, expenses and costs.

22. **GOVERNING LAW.** These Standard Terms and all agreements between Vendor and Costco Wholesale shall be governed by and construed according to the laws of the state of Washington.

23. **SEVERABILITY.** If any provision of these Standard Terms or of any agreement between Vendor and Costco Wholesale is held invalid or unenforceable, it shall be so held to the minimum extent required by law and all other provisions shall remain valid and enforceable.

24. **BAR CODES.** Vendor shall place on all Merchandise sold to Costco Wholesale an accurate Universal Product Code ("UPC") that complies with the written Costco Wholesale Uniform Product Code Requirements, as amended from time to time. Vendor will promptly supply Costco Wholesale with its 12 digit manufacturer assigned UPC number. If Vendor does not place an accurate UPC on any Merchandise, Costco Wholesale may assess Vendor a reasonable handling charge to cover its internal costs.

25. **CALIF. PROP. 65.** Vendor represents it is fully aware of, and agrees to comply with, California Proposition 65 (Calif. Health & Safety Code 25249.5-25249.12) and its implementing regulations (22 Calif. Admin. Code § 601), including the following:

(1) The Merchandise must not contain chemicals known to the State of California to cause cancer or reproductive toxicity; or, if they do,

(2) The quantity of the chemical in question is in compliance with the Federal and California standards, or the Merchandise must carry a warning label that complies with California law.

Vendor shall provide Costco Wholesale a current MSDS meeting the requirements of OSHA regulations and California Admin. Code, Title 8, § 5194, or a statement from the manufacturer that no MSDS is legally required for the Merchandise.

26. **OZONE LAWS; LABELS.** Vendor represents and certifies that:

(1) No Merchandise contains any foam or other substances ("Banned Substances") banned under regulations adopted by the U.S. Environmental Protection Agency ("EPA"); and

(2) The Merchandise either (a) does not contain and/or is not manufactured with the use of any Class I or Class II Ozone-Depleting Chemicals ("ODCs"), or (b) is properly labelled in full compliance with EPA regulations and other applicable laws and regulations; and

(3) The Merchandise is otherwise labelled in full compliance with other federal, state and local laws and regulations pertaining to product labelling.

27. **CHILD/FORCED PRISON LABOR LAWS.** Vendor represents and certifies that it and its subcontractors/suppliers will comply with all applicable local government regulations regarding minimum wage, living conditions, overtime, working conditions and child labor laws. Vendor further certifies and warrants that it and its subcontractors/suppliers do not use any form of forced prison labor and/or child labor under the age of 14 or the minimum age required by the local government, whichever is older.