# EXHIBIT M

[UNREDACTED VERSION]

## Malaise, Charles

**From:** Koons, Erik
**Sent:** Wednesday, April 17, 2013 3:42 PM
**To:** 'EWeiss@perkinscoie.com'
**Cc:** Taladay, John; Emanuelson, David; Malaise, Charles
**Subject:** RE: In re CRT Antitrust Litigation - Costco Wholesale Corp. v. Hitachi, Ltd. et. al.

Eric:

With respect to your question below, every Vendor Agreement that Costco had with any Philips entity, including Philips Electronics North America, incorporated by reference Costco's "Standard Terms."  These Standard Terms uniformly provide, at Paragraph 20, "DISPUTES AND ARBITRATION," that "all" claims and disputes that arise between the parties "shall be arbitrated."  The same Standard Terms, including the mandatory arbitration provision therein, were also attached to each of the Vendor Agreements produced that Costco executed with both Toshiba and Samsung.  As you are aware, based on the same arbitration provision contained in the Toshiba Vendor Agreements, the Court ordered that the claims Costco asserts in the Complaint were subject to mandatory arbitration.  Thus, without limiting our position, and in light of the potential for additional discovery, all available information supports Philips' position that it is entitled to enforce arbitration rights here.

Please let me know if you have any further questions.

Best regards,

Erik

Erik T. Koons
**BAKER BOTTS LLP**
The Warner

1299 Pennsylvania Avenue, NW
Washington, DC 20004
Direct: 202.639.7973
Cell: 202.297.9439
Fax: 202.585.1086
erik.koons@bakerbotts.com
www.bakerbotts.com

---

**From:** Weiss, Eric J. (Perkins Coie) [mailto:EWeiss@perkinscoie.com]
**Sent:** Tuesday, April 16, 2013 12:39 PM
**To:** Malaise, Charles
**Cc:** Koons, Erik; Taladay, John; Emanuelson, David
**Subject:** RE: In re CRT Antitrust Litigation - Costco Wholesale Corp. v. Hitachi, Ltd. et. al.

We are in receipt of your letter.  In order to better evaluate your request, would you please tell us on which of the agreements produced you rely in asserting that Philips is entitled to enforce arbitration rights here?

Regards,
Eric

**Eric J. Weiss** | **Perkins Coie** LLP
PHONE: 206.359.3456

---

**From:** charles.malaise@bakerbotts.com [mailto:charles.malaise@bakerbotts.com]
**Sent:** Tuesday, April 09, 2013 6:07 AM
**To:** Weiss, Eric J. (Perkins Coie)
**Cc:** erik.koons@bakerbotts.com; john.taladay@bakerbotts.com; david.emanuelson@bakerbotts.com
**Subject:** In re CRT Antitrust Litigation - Costco Wholesale Corp. v. Hitachi, Ltd. et. al.

Eric,

On behalf of Erik Koons, please find the attached letter.

Regards,

**Charles Malaise**
Associate | **Baker Botts L.L.P.**
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2400
202.639.1117 (direct)
202.585.1037 (fax)
charles.malaise@bakerbotts.com

**Confidentiality Notice:** The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

---

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department and IRS regulations, we inform you that, unless expressly indicated otherwise, any federal tax advice contained in this communication (including any attachments) is not intended or written by Perkins Coie LLP to be used, and cannot be used by the taxpayer, for the purpose of (i) avoiding penalties that may be imposed on the taxpayer under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or any attachments).

* * * * * * * * *

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.