Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*pro hac vice to be submitted*)
Joseph J. Simons (*pro hac vice to be submitted*)
Craig A. Benson (*pro hac vice to be submitted*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Koninklijke Philips Electronics N.V. et al.*, Case No. 13-cv-2776 (MEJ) | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1  Pursuant to Civil Local Rule 3-12 of this Court, Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Plaintiffs") submit this Administrative Motion to consider whether the action captioned *Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. v. Koninklijke Philips Electronics N.V., et al.*, Case No. 13-cv-2776, filed June 17, 2013, and currently pending in the Northern District of California and assigned to the Honorable Maria-Elena James (the "Sharp Action"), should be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917).

Civil Local Rule 3-12(a) states that an action is related to another when the actions "concern substantially the same parties, property, transaction or event" and it "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." The Sharp Action meets Local Rule 3-12's criteria for relatedness. It is an antitrust action filed against certain defendants also named in MDL No. 1917. Both actions involve allegations that defendants conspired to fix the prices of Cathode Ray Tubes ("CRTs") and seek the same form of relief under Section 1 of the Sherman Act, Sections 4 and 16 of the Clayton Act, and the laws of California and other states. Moreover, the allegations in this complaint are similar to those in an action filed by Plaintiffs in *Sharp Electronics Corporation, et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-1173 (N.D. Cal.), which was ordered related to MDL No. 1917 on March 26, 2013. *See* Related Case Order, Dkt. No. 15, Case No. 13-cv-1173 (N.D. Cal.) (Mar. 26, 2013).

Given the closely related nature of these cases, each involving substantially similar questions of law and fact, there will potentially be an unduly burdensome duplication of labor and expense and/or conflicting rulings if the Sharp Action is not deemed related to MDL

///
///
///
///

- 2 -

ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES ARE RELATED:  Case No. 07-cv-5944 (SC)

1 | No. 1917.  Accordingly, Plaintiffs respectfully request that the Sharp Action be deemed related
2 | to MDL No. 1917 and reassigned to the Honorable Samuel Conti.

4 | DATED:  June 18, 2013           By: */s/ Jonathan A. Patchen*

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*pro hac vice to be submitted*)
Joseph J. Simons (*pro hac vice to be submitted*)
Craig A. Benson (*pro hac vice to be submitted*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs*