1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Koninklijke Philips Electronics N.V. et al.*, Case No. 13-cv-2776 (MEJ) | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

Having considered the Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12 filed by Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc., and the papers and pleadings on file, and good cause appearing, the Court HEREBY GRANTS the motion.

IT IS HEREBY ORDERED that the action captioned *Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. v. Koninklijke Philips Electronics N.V., et al.*, Case No. 13-cv-2776, filed June 17, 2013, and currently pending in the Northern District of California and assigned to the Honorable Maria-Elena James, is deemed related to the above-captioned matter and is assigned to the undersigned Judge.

IT IS HEREBY FURTHER ORDERED that pursuant to Local Civil Rule 3-12(f)(3), the Clerk of the Court shall notify the parties in the above-captioned matter, the Honorable Maria-Elena James, and the parties in *Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. v. Koninklijke Philips Electronics N.V., et al.*, Case No. 13-cv-2776, of this Order.

DATED: _____   _____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE