1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Koninklijke Philips Electronics N.V. et al.*, Case No. 13-cv-2776 (MEJ) | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

- 2 -

1  Having considered the Administrative Motion to Consider Whether Cases Should
2  be Related Pursuant to Civil Local Rule 3-12 filed by Sharp Electronics Corporation and Sharp
3  Electronics Manufacturing Company of America, Inc., and the papers and pleadings on file, and
4  good cause appearing, the Court HEREBY GRANTS the motion.

5  IT IS HEREBY ORDERED that the action captioned *Sharp Electronics
6  Corporation and Sharp Electronics Manufacturing Company of America, Inc. v. Koninklijke
7  Philips Electronics N.V., et al.*, Case No. 13-cv-2776, filed June 17, 2013, and currently pending
8  in the Northern District of California and assigned to the Honorable Maria-Elena James, is
9  deemed related to the above-captioned matter and is assigned to the undersigned Judge.

10  IT IS HEREBY FURTHER ORDERED that pursuant to Local Civil Rule 3-
11  12(f)(3), the Clerk of the Court shall notify the parties in the above-captioned matter, the
12  Honorable Maria-Elena James, and the parties in *Sharp Electronics Corporation and Sharp
13  Electronics Manufacturing Company of America, Inc. v. Koninklijke Philips Electronics N.V., et
14  al.*, Case No. 13-cv-2776, of this Order.

16  DATED: _____       _____
17                                              HONORABLE SAMUEL CONTI
                                            UNITED STATES DISTRICT COURT JUDGE

- 2 -
(PROPOSED) ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12
TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case No. 07-cv-5944 (SC)