1  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone:  (415) 788-8200
4  Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
5  Email: jpatchen@tcolaw.com

6  Kenneth A. Gallo (*pro hac vice to be submitted*)
   Joseph J. Simons (*pro hac vice to be submitted*)
7  Craig A. Benson (*pro hac vice to be submitted*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
8  2001 K Street, NW
   Washington, DC  20006-1047
9  Telephone:  (202) 223-7300
   Facsimile:  (202) 223-7420
10 Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
11 Email: cbenson@paulweiss.com

12 *Attorneys for Sharp Electronics Corporation and*
   *Sharp Electronics Manufacturing Company of America, Inc.*
13

14             **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16               **SAN FRANCISCO DIVISION**

17                                               Case No. 07-cv-5944
   IN RE CATHODE RAY TUBE (CRT)
18 ANTITRUST LITIGATION                          MDL No. 1917

19 This Document Relates To:                     **PROOF OF SERVICE RE:**
                                                 **PLAINTIFFS' ADMINISTRATIVE**
20 *Sharp Electronics Corporation, Sharp Electronics*  **MOTION PURSUANT TO CIVIL**
   *Manufacturing Company of America, Inc. v.*   **LOCAL RULE 3-12 TO CONSIDER**
21 *Koninklijke Philips Electronics N.V. et al.*, Case No.  **WHETHER CASES SHOULD BE**
   13-cv-2776 (MEJ)                              **RELATED**
22

23

24

25

26

27

28
                              - 1 -

1      At the time of service, I was over 18 years of age and not a party to this action.  I am

2  employed in the County of San Francisco, State of California.  My business address is One Ferry

3  Building, Suite 355, San Francisco, California 94111.

4      On June 18, 2013, I served true copies of the following document(s) described as

5      **1.      ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO
           CONSIDER WHETHER CASES SHOULD BE RELATED;**

6

7      **2.      DECLARATION OF JONATHAN A. PATCHEN IN SUPPORT OF
           PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
           CASES SHOULD BE RELATED; and**

8

9      **3.      [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE
           MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

10  on the interested parties in this action as follows:

11  **BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**  Pursuant to
    controlling General Order(s) and Local District Rule(s), the foregoing documents were served on
12  all Parties and Interested Parties to the case captioned above: In re: Cathode Ray Tube (CRT)
    Antitrust Litigation, United States District Court, Northern District of California Case No. 3:07-
13  cv-05944 (SC), by the Court via NEF and hyperlink to the documents identified above.

14

15      I declare under penalty of perjury, under the laws of the United States of America, that

16  the foregoing is true and correct.

17      Executed on June 18, 2013, at San Francisco, California.

18

19                                                        */s/ Jonathan A. Patchen*
                                                           Jonathan A. Patchen
20

21

22

23

24

25

26

27

28
                                              - 2 -