Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*pro hac vice to be submitted*)
Joseph J. Simons (*pro hac vice to be submitted*)
Craig A. Benson (*pro hac vice to be submitted*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-5944 |
| | MDL No. 1917 |
| This Document Relates To: | **PROOF OF SERVICE RE: PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL LOCAL RULE 3-12 TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| *Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Koninklijke Philips Electronics N.V. et al.*, Case No. 13-cv-2776 (MEJ) | |

1    At the time of service, I was over 18 years of age and not a party to this action.  I am

2    employed in the County of San Francisco, State of California.  My business address is One Ferry

3    Building, Suite 355, San Francisco, California 94111.

4    On June 18, 2013, I served true copies of the following document(s) described as

5    **1.    ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 3-12 TO
              CONSIDER WHETHER CASES SHOULD BE RELATED;**

6

7    **2.    DECLARATION OF JONATHAN A. PATCHEN IN SUPPORT OF
              PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER
              CASES SHOULD BE RELATED; and**

8

9    **3.    [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE
              MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

10   on the interested parties in this action as follows:

11   **BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**  Pursuant to
     controlling General Order(s) and Local District Rule(s), the foregoing documents were served on

12   all Parties and Interested Parties to the case captioned above: In re: Cathode Ray Tube (CRT)
     Antitrust Litigation, United States District Court, Northern District of California Case No. 3:07-

13   cv-05944 (SC), by the Court via NEF and hyperlink to the documents identified above.

14

15   I declare under penalty of perjury, under the laws of the United States of America, that

16   the foregoing is true and correct.

17   Executed on June 18, 2013, at San Francisco, California.

18

19                                                    _____/s/ Jonathan A. Patchen_____
                                                            Jonathan A. Patchen
20

21

22

23

24

25

26

27

28

                                              - 2 -