Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com


Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.*, Case No.  3:13-cv-1173. | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**SHARP'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: July 23, 2013<br>Time:  1:00 p.m.<br>Place: JAMS,  Two Embarcadero Center, Suite 1500<br>Judge:  Hon. Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.) |

- 1 -

SHARP'S REQUEST FOR JUDICIAL NOTICE - Case No. 13 cv 1173, MDL No. 1917, Case No. 07 cv 5944

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201
3   Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of
4   America, Inc. ("Sharp") hereby request that this Court take judicial notice of the following
5   documents, true and correct copies of which are attached as exhibits to the Declaration of Craig
6   A. Benson in Support of Sharp's Request for Judicial Notice ("Benson Declaration").

- Exhibit 1:  Excerpts of 2010 Annual Report, Technicolor S.A. (Dkt. 1629-2, Exhibit D)
- Exhibit 2:  Thomson S.A. Form 20-F (February 2008) (Dkt. 1629-2, Exhibit E)
- Exhibit 3:  Declaration of Laura Oswell in Support of Intervenor Thomson Consumer Electronics Inc. and Thomson S.A. (Specially Appearing) (Dkt. 1629-1).

13  Under Federal Rule of Evidence 201, a court may take judicial notice of a fact
14  "not subject to reasonable dispute" that is "either (1) generally known within the territorial
15  jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to
16  sources whose accuracy cannot reasonably be questioned."  "[C]ourts must consider the
17  complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule
18  12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by
19  reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues*
20  *& Rights, Ltd.*, 551 U.S. 308, 322 (2007); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504
21  (9th Cir. 1986).  Each of the referenced exhibits are matters of public record and may be
22  judicially noticed pursuant to Rule 201.

23  Exhibits 1-3 to the Benson Declaration are public documents filed on the MDL
24  docket by a party to this litigation, Thomson Consumer Electronics, Inc.  *See* Dkt. No. 1629,
25  Case No. 07-cv-5944.  Because these documents are on file in this Court, judicial notice of these
26  documents is appropriate.  *See Harris v. County of Orange*, 682 F.3d 1126, 1131-32 (9th Cir.
27  2012) (courts may take judicial notice of "undisputed matters of public record . . . including
28  documents on file in federal or state courts").

For the foregoing reasons, Sharp respectfully requests that the Court take judicial notice of Exhibits 1-3, attached to the Benson Declaration.

DATED: June 21, 2013    By: /s/ *Craig A. Benson*

    Kenneth A. Gallo (*pro hac vice*)
    Joseph J. Simons (*pro hac vice*)
    Craig A. Benson (*pro hac vice*)
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    2001 K Street, NW
    Washington, DC 20006
    Telephone: (202) 223-7300
    Facsimile: (202) 204-7356
    Email: kgallo@paulweiss.com
    Email: jsimons@paulweiss.com
    Email: cbenson@paulweiss.com

    Stephen E. Taylor (SBN 058452)
    Jonathan A. Patchen (SBN 237346)
    TAYLOR & COMPANY LAW OFFICES, LLP
    One Ferry Building, Suite 355
    San Francisco, California 94111
    Telephone: (415) 788-8200
    Facsimile: (415) 788-8208
    Email: staylor@tcolaw.com
    Email: jpatchen@tcolaw.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*