Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.*, Case No.  3:13-cv-1173. | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**SHARP'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: July 23, 2013<br>Time:  1:00 p.m.<br>Place: JAMS,  Two Embarcadero Center, Suite 1500<br>Judge:  Hon. Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201 Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Sharp") hereby request that this Court take judicial notice of the following documents, true and correct copies of which are attached as exhibits to the Declaration of Craig A. Benson in Support of Sharp's Request for Judicial Notice ("Benson Declaration").

- Exhibit 1: Excerpts of 2010 Annual Report, Technicolor S.A. (Dkt. 1629-2, Exhibit D)
- Exhibit 2: Thomson S.A. Form 20-F (February 2008) (Dkt. 1629-2, Exhibit E)
- Exhibit 3: Declaration of Laura Oswell in Support of Intervenor Thomson Consumer Electronics Inc. and Thomson S.A. (Specially Appearing) (Dkt. 1629-1).

Under Federal Rule of Evidence 201, a court may take judicial notice of a fact "not subject to reasonable dispute" that is "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." "[C]ourts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). Each of the referenced exhibits are matters of public record and may be judicially noticed pursuant to Rule 201.

Exhibits 1-3 to the Benson Declaration are public documents filed on the MDL docket by a party to this litigation, Thomson Consumer Electronics, Inc. *See* Dkt. No. 1629, Case No. 07-cv-5944. Because these documents are on file in this Court, judicial notice of these documents is appropriate. *See Harris v. County of Orange*, 682 F.3d 1126, 1131-32 (9th Cir. 2012) (courts may take judicial notice of "undisputed matters of public record . . . including documents on file in federal or state courts").

1  For the foregoing reasons, Sharp respectfully requests that the Court take judicial

2  notice of Exhibits 1-3, attached to the Benson Declaration.

4  DATED:  June 21, 2013                    By: /s/  *Craig A. Benson*

6  Kenneth A. Gallo (*pro hac vice*)
   Joseph J. Simons (*pro hac vice*)
   Craig A. Benson (*pro hac vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   2001 K Street, NW
   Washington, DC  20006
   Telephone: (202) 223-7300
   Facsimile: (202) 204-7356
   Email: kgallo@paulweiss.com
   Email: jsimons@paulweiss.com
   Email: cbenson@paulweiss.com

   Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
   TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
   San Francisco, California 94111
   Telephone:  (415) 788-8200
   Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
   Email: jpatchen@tcolaw.com

   *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*