Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com


Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.*, Case No.  3:13-cv-1173. | Case No. 07-cv-5944<br><br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date: July 23, 2013<br>Time: 1:00 p.m.<br>Place: JAMS,  Two Embarcadero Center, Suite 1500<br>Judge:  Hon. Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.) |

- 1 -

I, CRAIG A. BENSON, hereby declare as follows:

1. I am an attorney with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. ("Sharp"). I am admitted *pro hac vice* to practice law before the U.S. District Court, in the Northern District of California.

2. I submit this Declaration in support of Sharp's Request for Judicial Notice, in support of Sharp's Opposition to Thomson Consumer Electronics, Inc.'s Motion to Dismiss. I have personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to the following facts.

3. Attached as Exhibit 1 to this Declaration is a true and correct copy of excerpts from Technicolor S.A.'s Annual Report for 2010 (Mar. 30, 2011).

4. Attached as Exhibit 2 to this Declaration is a true and correct copy of Technicolor S.A.'s Form 6-F (Feb. 15, 2008).

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of the Declaration of Laura Oswell in Support of Intervenor Thomson Consumer Electronics Inc. and Thomson S.A. (Specially Appearing) (Dkt. 1629-1).

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 21st day of June, 2013, at Washington, DC.

/s/ *Craig A. Benson*
CRAIG A. BENSON

- 2 -
DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S REQUEST FOR JUDICIAL NOTICE
Case No. 13 cv 1173, MDL No. 1917, Case No. 07 cv 5944