# EXHIBIT 3

|   |   |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
|   | sacksr@sullcrom.com |
| 2 | Rory P. Culver (SBN 271868) |
|   | culverr@sullcrom.com |
| 3 | SULLIVAN & CROMWELL LLP |
|   | 1888 Century Park East, Suite 2100 |
| 4 | Los Angeles, California 90067 |
|   | Tel.:   (310) 712-6600 |
| 5 | Fax:    (310) 712-8800 |
| 6 | Laura Kabler Oswell (SBN 241281) |
|   | oswelll@sullcrom.com |
| 7 | SULLIVAN & CROMWELL LLP |
|   | 1870 Embarcadero Road |
| 8 | Palo Alto, California 94303 |
|   | Tel.: (650) 461-5600 |
| 9 | Fax: (650) 461-5700 |
| 10 | Attorneys for Intervenor Thomson Consumer Electronics, Inc. and |
| 11 | Thomson S.A. (Specially Appearing) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944-SC |
|---|---|
|  | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF LAURA KABLER OSWELL IN SUPPORT OF OPPOSITION OF INTERVENOR THOMSON CONSUMER ELECTRONICS, INC. AND THOMSON S.A. (SPECIALLY APPEARING) TO DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** |
| *Electrograph Systems, Inc., et al.* v. *Hitachi, Ltd., et al.,* No. 11-cv-01656; |  |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* v. *Hitachi, Ltd., et al.,* No. 11-cv-05502; | Date:  May 1, 2013 |
| *Best Buy Co., Inc., et al.* v. *Hitachi Ltd., et al.,* No. 11-cv-05513; | Time:  9:30 a.m. |
|  | JAMS: Two Embarcadero Center, Suite 1500 |
|  | Judge: Hon. Samuel Conti |
| *Target Corp., et al.* v. *Chunghwa Picture Tubes, Ltd., et al.,* No. 11-cv-05514; | Special Master: Hon. Charles A. Legge (Ret.) |
|  | [OPPOSITION TO MOTION TO AMEND AND [PROPOSED] ORDER FILED CONCURRENTLY HEREWITH] |
| *Interbond Corporation of America* v. *Hitachi, Ltd., et al.,* No. 11-cv-06275; |  |

| | |
|---|---|
| *Office Depot, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06276; | ) ) ) |
| *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.,* No. 11-cv-06396; | ) ) ) ) |
| *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397; | ) ) ) ) |
| *P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02648; and | ) ) ) ) |
| *Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02649. | ) ) ) ) |

I, Laura Kabler Oswell declare under penalty of perjury as follows:

1. I am a member of the Bar of the State of California, and associated with the firm of Sullivan & Cromwell LLP, counsel to Intervenor Thomson Consumer Electronics, Inc. and Thomson S.A., which is specially appearing in this action (collectively, "Thomson"). I submit this Declaration in support of Thomson's Opposition to Direct Action Plaintiffs' Motion for Leave to File Amended Complaints.

2. Attached as Exhibit A hereto is a copy of the April 12, 2011 Order re: Indirect Purchaser Plaintiffs' Motion to File a Third Amended Consolidated Complaint in *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. 07-1827 (N.D. Cal.) (Dkt. No. 2641).

3. Attached as Exhibit B hereto is a copy of an excerpt from the transcript of the September 22, 2010 hearing in the case entitled *In re TFT-LCD (Flat Panel) Antitrust Litigation*, No. 07-1827 (N.D. Cal.).

4. Attached as Exhibit C hereto is a true and correct copy of excerpts from Technicolor S.A.'s Annual Report for 2010, filed with the Autorité des Marchés Financiers on March 30, 2011 and publicly available at http://www.technicolor.com/uploads/investor_documents/interactive_annual_report_2010.pdf.

5. Attached as Exhibit D hereto is a true and correct copy of excerpts from Technicolor S.A.'s Annual Report for 2011, filed with the Autorité des Marchés Financiers on March 27, 2012 and publicly available at http://www.technicolor.com/uploads/investor_documents/technicolor_2011_annual_report.pdf.

6. Attached as Exhibit E hereto is a true and correct copy of excerpts from Technicolor S.A.'s Form 6-F, filed with the United States Securities Exchange Commission on February 15, 2008 and publicly available on EDGAR.

Executed this 9th day of April 2013, at Palo Alto, California

    /s/ Laura Kabler Oswell
    Laura Kabler Oswell