MORGAN, LEWIS & BOCKIUS LLP
KENT M. ROGER, State Bar No. 095987
MICHELLE PARK CHIU, State Bar No. 248421
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kroger@morganlewis.com
mchiu@morganlewis.com

MORGAN, LEWIS & BOCKIUS, LLP
SCOTT A. STEMPEL (pro hac vice)
J. CLAYTON EVERETT, JR. (pro hac vice)
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
Email: sstempel@morganlewis.com
jeverett@morganlewis.com

Attorneys for Defendant
HITACHI, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**PROOF OF SERVICE** |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | |

# PROOF OF SERVICE BY ELECTRONIC MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105-1126.

On June 21, 2013, I served a copy of the within documents:

- THIRD PARTY THOMAS SCHMITT'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SUBPOENA COMMANDING PRODUCTION OF DOCUMENTS

by transmitting via electronic mail the document listed above to each of the person(s) set forth below.

| Attorney: | Attorney for: | Method of Service: |
|---|---|---|
| David J. Burman, Esq.<br>Cori G. Moore, Esq.<br>Nick Hesterberg, Esq.<br>Eric J. Weiss, Esq.<br>Joren Bass, Esq.<br>PERKINS COIE, LLP<br>DBurman@perkinscoie.com<br>JBass@perkinscoie.com<br>CGMoore@perkinscoie.com<br>NHesterberg@perkinscoie.com<br>EWeiss@perkinscoie.com | *Attorneys for Plaintiff Costco Wholesale Corporation* | Electronic Mail |
| Mario N. Alioto, Esq.<br>Lauren C. Russell, Esq.<br>TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>malioto@tatp.com<br>laurenrussell@tatp.com | *Interim Lead Counsel for the Indirect Purchaser Plaintiffs* | Electronic Mail |
| Guido Saveri, Esq.<br>R. Alexander Saveri, Esq.<br>Geoffrey C. Rushing, Esq.<br>Cadio Zirpoli, Esq.<br>SAVERI & SAVERI, INC.<br>guido@saveri.com<br>rick@saveri.com<br>grushing@saveri.com<br>cadio@saveri.com | *Interim Lead Counsel for Direct Purchaser Plaintiffs* | Electronic Mail |

| | | |
|---|---|---|
| Philip J. Iovieno, Esq.<br>Anne M. Nardacci, Esq.<br>Christopher V. Fenlon, Esq.<br>William A. Isaacson, Esq.<br>BOIES, SCHILLER & FLEXNER LLP<br>piovieno@bsfllp.com<br>anardacci@bsfllp.com<br>cfenlon@bsfllp.com<br>llaing@bsfllp.com | *Liaison Counsel for Direct Action Plaintiffs and Plaintiffs Electrograph Systems, Inc.; Electrograph Technologies Corp; Interbond Corporation of America; Office Depot, Inc.; Compucom Systems Inc.; Tweeter Opco, LLC; Schultze Agency Services, LLC on behalf of Tweeter Newco, LLC; ABC Appliance, Inc.; Marta Cooperative of American Inc., P.C.; Richard & Son Long Island Corporation* | Electronic Mail |
| Richard Alan Arnold, Esq.<br>William J. Blechman, Esq.<br>Kevin J. Murray, Esq.<br>James Almon, Esq.<br>Ryan C. Zagare, Esq.<br>Jalaine Garcia, Esq.<br>KENNY NACHWALTER, P.A.<br>rarnold@knpa.com<br>wblechman@knpa.com<br>kmurray@knpa.com<br>jalmon@knpa.com<br>rzagare@knpa.com<br>jgarcia@knpa.com | *Counsel for Plaintiffs Sears Roebuck & Co.; Kmart Corp.* | Electronic Mail |
| **Gavin D. Whitis**<br>POND NORTH LLP<br>100 Spear Street, Suite 1200<br>San Francisco, CA 94015<br>Telephone: (415) 217-1240<br>Facsimile (415) 644-0578<br>gwhitis@pondnorth.com | *Counsel for Plaintiffs Sears Roebuck & Co.; Kmart Corp.* | Electronic Mail |

| | | |
|---|---|---|
| Roman M. Silberfeld, Esq.<br>David A. Martinez, Esq.<br>Jill S. Casselman, Esq.<br>Laura E. Nelson, Esq.<br>ROBINS, KAPLAN, MILLER & CIRESI, LLP<br>rmsilberfeld@rkmc.com<br>dmartinez@rkmc.com<br>jscasselman@rkmc.com<br>lenelson@rkmc.com | *Counsel for Plaintiffs Best Buy Co., Inc.; Best Buy Enterprise Services, Inc.; Best Buy Purchasing, LLC; Best Buy Stores L.P.; BestBuy.com LLC; Magnolia Hi-Fi, Inc.* | Electronic Mail |
| Jason C. Murray, Esq.<br>Jeffrey H. Howard, Esq.<br>Jerome A. Murphy, Esq.<br>Astor H.L. Heaven, Esq.<br>CROWELL & MORING, LLP<br>jmurray@crowell.com<br>jhoward@crowell.com<br>jmurphy@crowell.com<br>aheaven@crowell.com | *Counsel for Plaintiff Target Corp.* | Electronic Mail |
| H. Lee Godfrey, Esq.<br>Kenneth S. Marks, Esq.<br>David M. Peterson, Esq.<br>John W. Carter, Esq.<br>Jonathan Jeffrey Ross, Esq.<br>John Lahad, Esq.<br>SUSMAN GODFREY, LLP<br>lgodfrey@susmangodfrey.com<br>kmarks@susmangodfrey.com<br>dpeterson@susmangodfrey.com<br>jcarter@susmangodfrey.com<br>jross@susmangodfrey.com<br>jlahad@susmangodfrey.com | *Counsel for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* | Electronic Mail |

PROOF OF SERVICE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| **James M. Lockhart, Esq.**<br>**Jessica Lynn Meyer, Esq.**<br>LINDQUIST & VENNUM, PLLP<br>jlockhart@lindquist.com<br>jmeyer@lindquist.com | *Counsel for Plaintiff John R. Stoebner, as Chapter 7 Trustee for PBE Consumer Electronics, LLC and related entities; Douglas A. Kelley, as Chapter 11 Trustee for Petters Company, Inc. and related entities, and as Receiver for Petters Company, LLC and related entities* | Electronic Mail |
| **Michael P. Kenny, Esq.**<br>**Debra D. Bernstein, Esq.**<br>**Rodney J. Ganske, Esq.**<br>ALSTON + BIRD, LLP<br>Mike.kenny@alston.com<br>Debra.bernstein@alston.com<br>Rod.ganske@alston.com | *Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* | Electronic Mail |
| **Douglas R. Young, Esq.**<br>FARELLA BRAUN + MARTEL LLP<br>Dyoung@fbm.com | *Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* | Electronic Mail |
| **Kimball R. Anderson, Esq.**<br>**WINSTON & STRAWN LLP**<br>Kanderson@winston.com | *Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* | Electronic Mail |
| **Stephen E. Taylor, Esq.**<br>**Jonathan A. Patchen, Esq.**<br>TAYLOR & COMPANY LAW OFFICES, LLP<br>staylor@tcolaw.com<br>jpatchen@tcolaw.com | *Counsel for Plaintiffs Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.* | Electronic Mail |

PROOF OF SERVICE

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| Kenneth A. Gallo, Esq.<br>Joseph J. Simons, Esq.<br>Craig A. Benson, Esq.<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON, LLP<br>kgallo@paulweiss.com<br>jsimons@paulweiss.com<br>cbenson@paulweiss.com | *Counsel for Plaintiffs Sharp Electronics Corporation; Sharp Electronics Manufacturing Company of America, Inc.* | Electronic Mail |
| Kamala D. Harris, Esq.<br>Mark Breckler, Esq.<br>Kathleen E. Foote, Esq.<br>Emilio E. Varanini, Esq.<br>California Office of the Attorney General<br>emilio.varanini@doj.ca.gov | *California Office of the Attorney General* | Electronic Mail |
| Jeffrey L. Kessler, Esq.<br>Eva W. Cole, Esq.<br>Molly Donovan, Esq.<br>Jennifer M. Stewart, Esq.<br>George W. Mustes, Esq.<br>A. Paul Victor, Esq.<br>Aldo A. Badini, Esq.<br>WINSTON & STRAWN, LLP<br>JKessler@winston.com<br>EWCole@winston.com<br>MMDonovan@winston.com<br>JStewart@winston.com<br>GMustes@winston.com<br>PVictor@winston.com<br>Abadini@winston.com | *Counsel for Defendants Panasonic Corporation; Panasonic Corporation of North America; MT Picture Display Co., Ltd.* | Electronic Mail |
| David L. Yohai, Esq.<br>David E. Yolkut, Esq.<br>Kevin B. Goldstein, Esq.<br>WEIL, GOTSHAL, & MANGES, LLP<br>david.yohai@weil.com<br>david.yolkut@weil.com<br>kevin.goldstein@weil.com | *Counsel for Defendants Panasonic Corporation; Panasonic Corporation of North America; MT Picture Display Co., Ltd.* | Electronic Mail |

| | | |
|---|---|---|
| Hojoon Hwang, Esq.<br>Jerome C. Roth, Esq.<br>William D. Temko, Esq.<br>Jonathan E. Altman, Esq.<br>Bethany W. Kristovich, Esq.<br>Laura K. Sullivan, Esq.<br>MUNGER, TOLLES & OLSON<br>Hojoon.Hwang@mto.com<br>Jerome.Roth@mto.com<br>William.Temko@mto.com<br>Jonathan.Altman@mto.com<br>Bethany.kristovich@mto.com<br>Laura.sullivan@mto.com | *Counsel for Defendants LG Electronics, Inc.; LG Electronics USA, Inc.; LG Electronics Taiwan Taipei Co., Ltd.* | Electronic Mail |
| John M. Taladay, Esq.<br>BAKER BOTTS L.L.P.<br>john.taladay@bakerbotts.com | *Counsel for Defendants Koninklijke Philips Electronics N.V.; Philips Electronics North America Corporation; Philips Electronics Industries (Taiwan), Ltd.; Philips da Amazonia Industria Electronica Ltda.* | Electronic Mail |
| Joseph R. Tiffany, II, Esq.<br>PILLSBURY WINTHROP SHAW PITTMAN, LLP<br>joseph.tiffany@pillsburylaw.com | *Counsel for Defendants IRICO Display Devices Co., Ltd.; IRICO Group Corporation; IRICO Group Electronics Co., Ltd.* | Electronic Mail |
| Joel S. Sanders, Esq.<br>Rachel S. Brass, Esq.<br>Austin V. Schwing, Esq.<br>GIBSON, DUNN & CRUTCHER<br>jsanders@gibsondunn.com<br>rbrass@gibsondunn.com<br>aschwing@gibsondunn.com | *Counsel for Defendants Chunghwa Picture Tubes, Ltd.; Chunghwa Picture Tubes (Malaysia) Sdn. Bhd.; and Tatung Company of America* | Electronic Mail |

| | | |
|---|---|---|
| Kate S. McMillan, Esq.<br>Christine Laciak, Esq.<br>Richard Snyder, Esq.<br>Terry Calvani, Esq.<br>Bruce C. McCulloch, Esq.<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>kate.mcmillan@freshfields.com<br>christine.laciak@freshfields.com<br>richard.snyder@freshfields.com<br>terry.calvani@freshfields.com<br>bruce.muculloch@freshfields.com | *Counsel for Defendants Beijing-Matsushita Color CRT Co., Ltd.* | Electronic Mail |
| Lucius B. Lau, Esq.<br>Dana E. Foster, Esq.<br>Jeremy K. Ostrander, Esq.<br>WHITE & CASE LLP<br>alau@whitecase.com<br>defoster@whitecase.com<br>jostrander@whitecase.com | *Counsel for Defendants Toshiba Corporation; Toshiba America, Inc.; Toshiba America Information Systems, Inc.; Toshiba America Consumer Products, L.L.C.; Toshiba America Electronic Components, Inc* | Electronic Mail |
| Michael R. Lazerwitz, Esq.<br>CLEARY GOTTLIEG STEEN & HAMPTON LLP<br>mlazerwitz@cgsh.com | *Counsel for Defendant LP Displays International, Ltd.* | Electronic Mail |
| Michael Tubach, Esq.<br>Ian Simmons, Esq.<br>Benjamin G. Bradshaw, Esq.<br>O'MELVENY & MYERS LLP<br>mtubach@omm.com<br>isimmons@omm.com<br>bbradshaw@omm.com | *Counsel for Defendants Samsung Electronics America, Inc.; Samsung Electronics Co., Ltd.* | Electronic Mail |

| | | |
|---|---|---|
| **James L. McGinnis, Esq.**<br>**Michael Scarborough, Esq.**<br>**Gary Halling, Esq.**<br>SHEPPARD MULLIN RICHTER & HAMPTON, LLP<br>jmcginnis@sheppardmullin.com<br>mscarborough@sheppardmullin.com<br>ghalling@sheppardmullin.com | *Counsel for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI Mexico S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co., Ltd.; Tianjin Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) Sdn. Bhd.* | Electronic Mail |

Executed on June 21, 2013, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Laura Walker