Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation,*
*Toshiba America, Inc., Toshiba America*
*Information Systems, Inc., Toshiba America*
*Consumer Products, L.L.C., and Toshiba America*
*Electronic Components, Inc.*

(Additional objecting defendants and counsel
listed on signature block)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC MDL No. 1917 |
| This Document Relates to: | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO ADOPT PORTIONS OF THE REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS** |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656; | |
| *Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381; | |
| *Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502; | Date:           August 23, 2013<br>Time:          10:00 a.m.<br>Judge:        Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge,<br>                    U.S. District Judge (Ret.) |
| *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | |

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

*CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

*Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

*P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

*Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned Defendants hereby request, pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of the following documents, true and correct copies of which are attached hereto:

- Exhibit A: Legislative Bill No. 1278, introduced to the 97th Legislature of Nebraska on January 23, 2002;

- Exhibit B: Introducer's Statement of Intent, Nebraska State Sen. Kermit A. Brashear, regarding Legislative Bill No. 1278, dated Feb. 27, 2002;

- Exhibit C: Committee Statement, Nebraska State Senate Committee on the Judiciary, regarding Legislative Bill No. 1278, dated Feb. 27, 2002;

- Exhibit D: Assembly Bill No. 108, Nevada Legislature, 70th Sess., dated Feb. 4, 1999;

- Exhibit E: Minutes of the Nevada State Senate Committee on Commerce and Labor, dated March 8, 1999;

- Exhibit F: Order, *Ferrell v. Wyeth-Ayerst Labs., Inc.*, No. 1:01-cv-00447-SSB-TSH (S.D. Ohio July 1, 2004); and

- Exhibit G: Minute Ruling, *Luscher v. Bayer A.G.*, No. CV-2004-014835 (Ariz. Super. Ct. Sept. 14, 2005).

This Court properly may take judicial notice of these documents pursuant to Federal Rule of Evidence 201. *See Aramark v. Service Employees*, 530 F.3d 817 (9th Cir. 2008) (court may take judicial notice of legislative materials); *Southern Union Co. v. Irvin*, 548 F.3d 1230, 1236 (9th Cir. 2008) (court may take judicial notice of report to state legislature);

*Sprint PCS Assets v. City of La Canada*, 435 F.3d 993, 997 & n.1 (9th Cir. 2006) (court may take judicial notice of legislative history and analysis of state legislative committee); *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) (court may take judicial notice of opinions from other courts); *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (court may take judicial notice of "matters of public record" in conjunction with motion to dismiss).

This request is based upon this Request, the pleadings and papers on file in this action, and such oral argument as this Court may entertain.

Respectfully submitted,

Dated:  June 28, 2013

**WHITE & CASE LLP**

By: */s/ Lucius B. Lau*
Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

WINSTON & STRAWN LLP

By: */s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER (*pro hac vice*)
jkessler@winston.com
ALDO A. BADINI (257086)
abadini@winston.com
A. PAUL VICTOR (*pro hac vice*)
pvictor@winston.com
EVA COLE (*pro hac vice*)
EWCole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
MMdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4692
Facsimile: (212) 294-4700

WEIL, GOTSHAL & MANGES LLP

STEVEN A. REISS (*pro hac vice*)
steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
adam.hemlock@weil.com
DAVID E. YOLKUT (*pro hac vice*)
david.yolkut@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION
TO ADOPT PORTIONS OF THE REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS'
MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1  GREGORY D. HULL (57367)
   greg.hull@weil.com
2  **WEIL, GOTSHAL & MANGES LLP**
3  201 Redwood Shores Parkway
   Redwood Shores, California 94065-1175
4  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
5

6  *Attorneys for Defendants Panasonic*
   *Corporation of North America, MT Picture*
7  *Display Co., Ltd. and Panasonic Corporation*
   *(f/k/a Matsushita Electric Industrial Co.)*
8

9  MORGAN, LEWIS & BOCKIUS LLP
10
11 By: */s/ Kent M. Roger*
   KENT M. ROGER (SBN 95987)
12 kroger@morganlewis.com
   MICHELLE PARK CHIU (SBN 248421)
13 mchiu@morganlewis.com
14 **MORGAN, LEWIS & BOCKIUS LLP**
   One Market, Spear Street Tower
15 San Francisco, California 94105-1126
   Telephone: (415) 442-1000
16 Facsimile: (415) 442-1001
17

18 J. CLAYTON EVERETT, JR. (*pro hac vice*)
   jeverett@morganlewis.com
19 SCOTT A. STEMPEL (*pro hac vice*)
20 sstempel@morganlewis.com
   **MORGAN, LEWIS & BOCKIUS LLP**
21 111 Pennsylvania Avenue, NW
   Washington, DC 20004
22 Telephone: (202) 739-3000
23 Facsimile: (202) 739-3001
24
25 *Attorneys for Defendants Hitachi, Ltd., Hitachi*
   *Displays, Ltd., Hitachi Asia, Ltd., Hitachi*
26 *America, Ltd., and Hitachi Electronic Devices*
   *(USA), Inc.*
27
28

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION
TO ADOPT PORTIONS OF THE REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS'
MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
HOJOON HWANG
Hojoon.Hwang@mto.com
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105
Telephone: (415) 512-4000
WILLIAM D. TEMKO
William.Temko@mto.com
JONATHAN E. ALTMAN
Jonathan.Altman@mto.com
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California  90071
Telephone: (213) 683-9100

*Attorneys for Defendants LG Electronics, Inc.;*
*LG, LG Electronics USA, Inc.,; and LG*
*Electronics Taiwan Taipei Co., Ltd.*

SHEPPARD MULLIN RICHTER &
HAMPTON

By: /s/ Gary L. Halling
GARY L. HALLING (SBN 66087)
ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH (SBN 203524)
mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER &**
**HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  (415) 434-9100
Facsimile:  (415) 434-3947

*Attorneys for Defendants*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

1    *Samsung SDI America, Inc. Samsung SDI Co.,*
     *Ltd.; Samsung SDI (Malaysia) SDN. BHD.;*
2    *Samsung SDI Mexico S.A. DE C.V.; Samsung SDI*
     *Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. And*
3    *Tianjin Samsung SDI Co., Ltd.*
4
5    BAKER BOTTS LLP
6
     By: */s/ Jon V. Swenson*
7    JON V. SWENSON (SBN 233054)
     jon.swenson@bakerbotts.com
8    **BAKER BOTTS LLP**
9    1001 Page Mill Road
     Building One, Suite 200
10   Palo Alto, CA 94304
     Telephone: (650) 739-7500
11   Facsimile: (650) 739-7699
12
13   John M. Taladay (*pro hac vice*)
     john.taladay@bakerbotts.com
14   Joseph Ostoyich (*pro hac vice*)
     joseph.ostoyich@bakerbotts.com
15   **BAKER BOTTS LLP**
16   1299 Pennsylvania Avenue N.W.
     Washington, DC 20004-2400
17   Telephone: (202) 639-7700
18   Facsimile: (202) 639-7890
19
     *Attorneys for Defendants Koninklijke Philips*
20   *Electronics N.V. and Philips Electronics North*
     *America Corporation*
21
22
23
24
25
26
27
28

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION
TO ADOPT PORTIONS OF THE REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS'
MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Rachel S. Brass*
Rachel S. Brass (SBN 219301)
rbrass@gibsondunn.com
Joel S. Sanders (SBN 107234)
jsanders@gibsondunn.com
Austin V. Schwing (SBN 211696)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Tel: (415) 393-8200
Fax: (415) 393-8306

*Attorneys for Defendant Chunghwa Picture Tubes, Ltd. and Chunghwa Picture Tubes (Malaysia) as to the Target Am. Compl., P.C. Richard Compl., Tweeter Compl., CompuCom Compl., Interbond Compl., Costco Compl., Office Depot Compl. and Best Buy Compl. only*

Pursuant to Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

*White & Case LLP*
*701 Thirteenth Street, NW*
*Washington, DC 20005*

DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO ADOPT PORTIONS OF THE REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917

## CERTIFICATE OF SERVICE

On June 28, 2013, I caused a copy of the "DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO ADOPT PORTIONS OF THE REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By:  _/s/ Lucius B. Lau_
Lucius B. Lau (*pro hac vice*)

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005