# Exhibit A

LB 1278                                                    LB 1278

LEGISLATURE OF NEBRASKA

NINETY-SEVENTH LEGISLATURE

SECOND SESSION

# LEGISLATIVE BILL 1278

FINAL READING

Introduced by Brashear, 4; Dierks, 40; D. Pederson, 42

Read first time January 23, 2002

Committee: Judiciary

A BILL

1   FOR AN ACT relating to monopolies and unlawful combinations; to
2       amend sections 59-806, 59-808 to 59-810, 59-812, 59-815,
3       59-816, 59-819 to 59-822, 59-824, 59-826 to 59-831,
4       59-1606 to 59-1611, 59-1614 to 59-1616, 59-1623, and
5       68-1035, Reissue Revised Statutes of Nebraska, section
6       59-823, Revised Statutes Supplement, 2000, and section
7       59-1803, Revised Statutes Supplement, 2001; to provide
8       for illegal overcharge or undercharge actions as
9       prescribed; to authorize indirect damages in certain
10      antitrust actions; to harmonize provisions; and to repeal
11      the original sections.
12  Be it enacted by the people of the State of Nebraska,

LB 1278

1       Section 1.   Section 59-806, Reissue Revised Statutes of

2  Nebraska, is amended to read:

3       59-806.   No corporation, joint-stock company, limited

4  liability company, or other association shall engage in business

5  within this state, a majority of whose stock is owned by or

6  controlled or held in trust for any manufacturing or other

7  corporation, which, in the course of its manufacture or production,

8  conducts its business, or any part thereof, in a manner which would

9  be prohibited by sections 59-801 to ~~59-828~~ 59-831 and section 11 of

10  this act if it were so conducted in the course of such business

11  within this state.

12       Sec. 2.   Section 59-808, Reissue Revised Statutes of

13  Nebraska, is amended to read:

14       59-808.   Any president, director, treasurer, officer,

15  corporator, partner, member, associate, or agent of such

16  corporation, joint-stock company, limited liability company, or

17  other association who does in its behalf anything prohibited by

18  sections 59-801 to ~~59-828~~ 59-831 and section 11 of this act or who

19  supports, votes for, aids and abets, or takes part in doing such

20  action by the corporation, joint-stock company, limited liability

21  company, or other association, or any instrumentality thereof,

22  shall be liable to the penalties by law provided.

23       Sec. 3.   Section 59-809, Reissue Revised Statutes of

24  Nebraska, is amended to read:

25       59-809.   No corporation, joint-stock company, limited

26  liability company, or other association which manufactures or

27  produces any article for sale or transportation within this state

28  and which does any of the acts or things prohibited to be done by

LB 1278

1  sections 59-801 to ~~59-828~~ 59-831 and section 11 of this act shall

2  engage in business within this state.

3  Sec. 4.  Section 59-810, Reissue Revised Statutes of

4  Nebraska, is amended to read:

5  59-810.  Any corporation, joint-stock company, limited

6  liability company, or other association which has been once

7  adjudged to have violated the provisions of sections 59-801 to

8  ~~59-828~~ 59-831 and section 11 of this act by the final judgment of

9  any court having jurisdiction of the question in any civil suit or

10  proceeding in which such corporation, joint-stock company, limited

11  liability company, or other association was a party, which

12  thereafter violates any of such sections or which fails to make the

13  returns herein required at the times specified shall no longer be

14  allowed to engage in business within this state.  Such prohibition

15  shall only be enforced after such corporation, joint-stock company,

16  limited liability company, or other association has been enjoined

17  against further engaging in such business on an information or suit

18  brought in a court of competent jurisdiction by the Attorney

19  General in behalf of this state.

20  Sec. 5.  Section 59-812, Reissue Revised Statutes of

21  Nebraska, is amended to read:

22  59-812.  Any corporation, joint-stock company, limited

23  liability company, or other association which is charged with

24  violating ~~any of the provisions of~~ sections 59-801 to ~~59-828~~ 59-831

25  and section 11 of this act and any president, director, treasurer,

26  officer, limited liability company member, or agent thereof may be

27  joined as a party in any proceeding, civil or criminal, to enforce

28  such sections.

LB 1278

1     Sec. 6.  Section 59-815, Reissue Revised Statutes of

2  Nebraska, is amended to read:

3     59-815.  Any corporation, joint-stock company, limited

4  liability company, or other association, and any president,

5  director, treasurer, officer, corporator, partner, member,

6  associate, or agent thereof who in its behalf engages in such

7  business in violation of sections 59-801 to ~~59-828~~ 59-831 and

8  <u>section 11 of this act</u> shall for each offense, in addition to such

9  penalty for contempt as the court in case of disobedience to its

10  lawful order may impose, be guilty of a Class IV felony.

11     Sec. 7.  Section 59-816, Reissue Revised Statutes of

12  Nebraska, is amended to read:

13     59-816.  Every president, treasurer, general manager,

14  agent, or other person usually exercising the powers of such

15  officers of any corporation, joint-stock company, limited liability

16  company, or other association who has himself or herself, in its

17  behalf, violated, united to violate, or voted for or consented to

18  the violation of ~~any of the provisions of~~ sections 59-801 to ~~59-828~~

19  <u>59-831 and section 11 of this act</u> shall thereafter be personally

20  liable for all the debts and obligations of any such corporation,

21  joint-stock company, limited liability company, or other

22  association created while such person holds such office or agency,

23  whether under the same or subsequent elections or appointments.

24     Sec. 8.  Section 59-819, Reissue Revised Statutes of

25  Nebraska, is amended to read:

26     59-819.  The several courts of record of this state

27  having equity jurisdiction are hereby invested with jurisdiction to

28  prevent and restrain all violations of sections 59-801 to ~~59-828~~

-4-

LB 1278

1  59-831 and section 11 of this act and especially the offering,

2  granting, giving, soliciting, accepting, or receiving any such

3  rebate, concession, or service by any person or persons and to

4  prevent or restrain any such joint-stock company, corporation,

5  limited liability company, association, or combination which has

6  solicited, accepted, or received any such rebate, concession, or

7  service or which has offered, granted, or given any special prices,

8  inducements, or advantages in order to restrict or destroy

9  competition in particular localities from engaging in commerce

10  within this state. Such proceedings may be by way of complaint

11  setting forth the cause of action and praying that the acts hereby

12  made unlawful shall be enjoined or otherwise prohibited. When the

13  parties complained of are duly notified of such complaint, the

14  court shall proceed as soon as may be to the hearing and

15  determination of the case, and upon such complaint and before final

16  decree the court may at any time make such temporary restraining

17  order or prohibition as shall be deemed just. The court may retain

18  jurisdiction of the ~~cause~~ case after the decree for the purpose of

19  such subsequent modification of the same as may be made to appear

20  equitable and just in the premises.

21      Sec. 9.  Section 59-820, Reissue Revised Statutes of

22  Nebraska, is amended to read:

23      59-820.  Whenever it shall appear to the court before

24  which any civil proceeding under sections 59-801 to ~~59-828~~ 59-831

25  and section 11 of this act shall be pending that the ends of the

26  justice require that other parties shall be brought before the

27  court, the court may cause them to be summoned whether they reside

28  in the county where the court is held or not, and subpoenas to that

-5-

LB 1278

LB 1278

1    end may be served in any county by the sheriff thereof.

2          Sec. 10.    Section 59-821, Reissue Revised Statutes of

3    Nebraska, is amended to read:

4          59-821.  Any person who ~~shall be~~ is injured in his or her

5    business or property by any other person or persons~~,~~ by a violation

6    of ~~reason of anything forbidden or declared to be unlawful by~~

7    sections 59-801 to ~~59-828~~ 59-831 and section 11 of this act,

8    whether such injured person dealt directly or indirectly with the

9    defendant, may bring a civil action in the district court ~~sue~~

10   ~~therefor in any court of record in this state,~~ in the county in

11   which the defendant or defendants reside or are found, without

12   respect to the amount in controversy, and shall recover actual

13   damages or liquidated damages in an amount which bears a reasonable

14   relation to the actual damages which have been sustained and which

15   damages are not susceptible of measurement by ordinary pecuniary

16   standards and the costs of suit, including a reasonable attorney's

17   fee.

18         Sec. 11.  In an illegal overcharge or undercharge case in

19   which claims are asserted by both parties who dealt directly with

20   the defendant and parties who dealt indirectly with the defendant

21   or any combination thereof:

22         (1) A defendant may prove, as a partial or complete

23   defense to a claim for damages under sections 59-801 to 59-831 and

24   this section, that the illegal overcharge or undercharge has been

25   passed on to others who are themselves entitled to recover so as to

26   avoid duplication of recovery of such damages; and

27         (2) The court may transfer and consolidate such claims,

28   apportion damages, and delay disbursement of damages to avoid

-6-

LB 1278

LB 1278

1 multiplicity of suits and duplication of recovery of damages and to

2 obtain substantial fairness.

3      Sec. 12.   Section 59-822, Reissue Revised Statutes of

4 Nebraska, is amended to read:

5      59-822.  The words person or persons, as used in sections

6 59-801 to ~~59-828~~ 59-831 and section 11 of this act, shall be deemed

7 to include all corporations, associations, limited liability

8 companies, combinations, or concerns whatsoever.

9      Sec. 13.   Section 59-823, Revised Statutes Supplement,

10 2000, is amended to read:

11      59-823.  When any suit in equity is brought in any court

12 under sections 59-801 to ~~59-828~~ 59-831 and section 11 of this act

13 in which the state is complainant, the Attorney General may file

14 with the clerk of such court a certificate that, in his or her

15 opinion, the case is of general public importance, a copy of which

16 certificate shall be immediately furnished by such clerk to the

17 judge of the court in which the case is pending.   Thereupon such

18 case shall be given precedence over others and in every way

19 expedited and be assigned for hearing at the earliest practicable

20 day. An appeal from the final decree of the court shall lie to the

21 Court of Appeals and shall be taken within thirty days after the

22 entry of such decree or final order or within thirty days after

23 entry of the order overruling a motion for a new trial in such

24 ~~cause~~ case.

25      Sec. 14.   Section 59-824, Reissue Revised Statutes of

26 Nebraska, is amended to read:

27      59-824.  In all prosecutions, hearings, and proceedings

28 under ~~the provisions of~~ sections 59-801 to ~~59-828~~ 59-831 and

-7-

LB 1278
LB 1278

1 section 11 of this act, whether civil or criminal, no person shall

2 be excused from attending and testifying, or from producing books,

3 papers, contracts, agreements, and documents before the courts of

4 this state, or in obedience to the subpoena of the same, on the

5 ground or for the reason that the testimony or evidence,

6 documentary or otherwise, required of him such person, may tend to

7 criminate him such person or subject him such person to a penalty

8 or forfeiture.

9     Sec. 15.   Section 59-826, Reissue Revised Statutes of

10 Nebraska, is amended to read:

11     59-826.  Whoever knowingly swears to a return or report

12 required by sections 59-801 to 59-828 59-831 and section 11 of this

13 act that is false in any material particular, or knowingly swears

14 to an answer to any of the requirements of said such sections that

15 is false in any material particular, shall be deemed guilty of

16 perjury, and punished as provided by the laws of this state in

17 reference to perjury.

18     Sec. 16.   Section 59-827, Reissue Revised Statutes of

19 Nebraska, is amended to read:

20     59-827.  Whoever shall knowingly prepare, or cause to be

21 prepared, a report, return, or answer required by sections 59-801

22 to 59-828 59-831 and section 11 of this act that is false, as

23 aforesaid, shall be guilty of subornation of perjury and punished

24 by law.

25     Sec. 17.   Section 59-828, Reissue Revised Statutes of

26 Nebraska, is amended to read:

27     59-828.   (1) It is hereby made the duty of the Attorney

28 General and the county attorney of each county under the direction

LB 1278

1    of the Attorney General to institute and prosecute such proceedings

2    as may be necessary to carry into effect ~~all of the provisions of~~

3    sections 59-801 to ~~59-828, PROVIDED, no~~ 59-831 and section 11 of

4    this act.   No person shall be prosecuted or be subjected to any

5    penalty or forfeiture for or on account of any transaction, matter,

6    or thing concerning which he or she may testify or produce

7    evidence, documentary or otherwise, in any proceeding, suit, or

8    prosecution under ~~said~~ such sections. No ~~, AND   PROVIDED   FURTHER,~~

9    ~~no~~ person testifying shall be exempt from prosecution or punishment

10   for perjury committed in so testifying.

11       (2)  It shall be lawful for any person to institute

12   proceedings pursuant to ~~the provisions of Chapter 59, article 8~~

13   sections 59-801 to 59-831 and section 11 of this act, at his or her

14   own expense and by his or her own attorney, but in the action so

15   brought by such person no recovery for costs and disbursements

16   shall be had against the state.

17       Sec. 18.   Section 59-829, Reissue Revised Statutes of

18   Nebraska, is amended to read:

19       59-829.  When any provision of sections 59-801 to 59-831

20   and section 11 of this act ~~59-821, 59-828, 59-829,~~ and sections

21   84-211 to 84-214 or any provision of Chapter 59 is the same as or

22   similar to the language of a federal antitrust law, the courts of

23   this state in construing such sections ~~59-821, 59-828, 59-829, and~~

24   ~~84-211 to 84-214 or any provision of Chapter 59~~ or chapter shall

25   follow the construction given to the federal law by the federal

26   courts.

27       Sec. 19.   Section 59-830, Reissue Revised Statutes of

28   Nebraska, is amended to read:

LB 1278

1       59-830.   No criminal  action  may  be  maintained  under

2 ~~Chapter   59~~ sections  59-801  to 59-831 and section 11 of this act

3 against any person,  corporation,  organization,  limited  liability

4 company,  or  association  for  acting  pursuant  to  and under the

5 authority of any state or federal law.  It is the purpose  of  this

6 section  to  reaffirm that a person may rely on the validity of any

7 state or federal law until declared invalid.

8       Sec. 20.   Section 59-831, Reissue  Revised  Statutes  of

9 Nebraska, is amended to read:

10       59-831.   When the Attorney General, on behalf of a state

11 agency or political subdivision, is authorized to investigate, file

12 suit, or otherwise take action in connection with violations  under

13 sections  59-801  to  ~~59-830~~ 59-831 and section 11 of this act, any

14 recovery of damages or costs by judgment, court decree,  settlement

15 in  or  out of court, or other final result shall be subject to the

16 following:

17       (1) Upon recovery of  damages  or  any  monetary  payment

18 except  criminal  penalties,  the  costs,  expenses,  or  billings

19 incurred by any  state  agency  or  political  subdivision  in  any

20 investigation  or  other  action  arising  out of a violation under

21 sections 59-801 to ~~59-830~~ 59-831 and section 11 of this  act  shall

22 be  sought  out in any judgment, court decree, settlement in or out

23 of court, or other final result.  Any  recovered  costs  shall  be

24 deposited by the Attorney General in the fund from which such costs

25 were expended; and

26       (2) When the Attorney General makes recovery pursuant to

27 sections 59-801 to ~~59-830~~ 59-831 and section  11  of this  act  on

28 behalf of  a  state  agency or political subdivision of any money,

LB 1278

1  funds, securities, or other things of value in the nature of  civil

2  damages  or other, except criminal penalties, whether such recovery

3  shall be by way of verdict, judgment, compromise, or settlement  in

4  or out of court, or other  final  disposition of  any case or

5  controversy, such money, funds, securities, or other  things of

6  value  shall  be deposited by the Attorney General in the fund from

7  which the funds which are being recovered were expended.

8         Sec. 21.  Section 59-1606, Reissue  Revised  Statutes  of

9  Nebraska, is amended to read:

10        59-1606.  (1) It shall be unlawful for any corporation to

11  acquire, directly or indirectly, the whole or any part of the stock

12  or    assets   of  another  corporation  when  the  effect  of  such

13  acquisition may be to substantially lessen competition or  tend  to

14  create a monopoly in any line of commerce.

15        (2)  This  section  shall not apply to corporations which

16  purchase such stock solely for investment and not using the same by

17  voting or otherwise to bring  about,  or  in  attempting  to  bring

18  about, the substantial lessening of competition; nor shall anything

19  contained  in  this  section prevent a corporation from causing the

20  formation of subsidiary corporations for the actual carrying on  of

21  their  immediate  lawful  business,  or  the natural and legitimate

22  branches or extensions thereof, or from owning and holding all or a

23  part of the stock of such subsidiary corporations, when the  effect

24  of such formation is not to substantially lessen competition.

25        (3)  In addition to any other remedy provided by ~~sections~~

26  ~~59-1601 to 59-1622~~ the Consumer Protection Act, the district  court

27  may  order  any corporation to divest itself of the stock or assets

28  held contrary to this section, in the manner and  within  the  time

-11-

LB 1278

1   fixed by such order.

2          Sec.  22.    Section 59-1607, Reissue Revised Statutes of
3   Nebraska, is amended to read:

4          59-1607.   The labor of a human being  shall  not  be  a
5   commodity  or  article of commerce.   Nothing contained in ~~sections~~
6   ~~59-1601 to 59-1622~~ the Consumer Protection Act shall  be  construed
7   to  forbid  the  existence and operation of labor, agricultural, or
8   horticultural organizations, instituted for the purposes of  mutual
9   help,  and  not having capital stock or conducted for profit, or to
10  forbid or restrain individual members of  such  organizations  from
11  lawfully carrying out the legitimate objects thereof.

12         Sec.  23.    Section 59-1608, Reissue Revised Statutes of
13  Nebraska, is amended to read:

14         59-1608.   (1) The Attorney General may bring an action in
15  the name of the state against any person to  restrain  and  prevent
16  the doing of any act prohibited by ~~sections 59-1601 to 59-1622, and~~
17  the  Consumer  Protection  Act.    The prevailing party may, in the
18  discretion of the court, recover the costs of such action including
19  a reasonable attorney's fee.

20         (2)  The  court  may  make  such  additional  orders   or
21  judgments  as may be necessary to restore to any person in interest
22  any money or property,  real  or  personal,  which  may  have  been
23  acquired  by  means  of  any  act prohibited in ~~sections 59-1601 to~~
24  ~~59-1622~~ the Consumer Protection Act.

25         Sec. 24.  Section 59-1608.01, Reissue Revised Statutes of
26  Nebraska, is amended to read:

27         59-1608.01.  In the enforcement of ~~sections  59-1601  to~~
28  ~~59-1622~~ the Consumer Protection Act, the Attorney General may bring

-12-

LB 1278

1   an action in the name of the state in the district court of the

2   county in which the alleged violator resides or has his or her

3   principal place of business or in Lancaster County.

4       Sec. 25.  Section 59-1608.02, Reissue Revised Statutes of

5   Nebraska, is amended to read:

6       59-1608.02.  When the Attorney General, on behalf of a

7   state agency or political subdivision, is authorized to

8   investigate, file suit, or otherwise take action in connection with

9   violations under ~~sections 59-1601 to 59-1623~~ the Consumer

10   Protection Act, any recovery of damages or costs by judgment, court

11   decree, settlement in or out of court, or other final result shall

12   be subject to the following:

13       (1) Upon recovery of damages or any monetary payment

14   except criminal penalties, the costs, expenses, or billings

15   incurred by any state agency or political subdivision in any

16   investigation or other action arising out of a violation under

17   ~~sections 59-1601 to 59-1623~~ the Consumer Protection Act shall be

18   sought out in any judgment, court decree, settlement in or out of

19   court, or other final result.  Any recovered costs shall be

20   deposited by the Attorney General in the fund from which such costs

21   were expended; and

22       (2) When the Attorney General makes recovery pursuant to

23   ~~sections 59-1601 to 59-1623~~ the Consumer Protection Act on behalf

24   of a state agency or political subdivision of any money, funds,

25   securities, or other things of value in the nature of civil damages

26   or other, except criminal penalties, whether such recovery shall be

27   by way of verdict, judgment, compromise, or settlement in or out of

28   court, or other final disposition of any case or controversy, such

LB 1278

LB 1278

1   money, funds, securities, or other things of value shall be

2   deposited by the Attorney General in the fund from which the funds

3   which are being recovered were expended.

4          Sec. 26.  Section 59-1609, Reissue Revised Statutes of

5   Nebraska, is amended to read:

6          59-1609.  Any person who is injured in his or her

7   business or property by a violation of sections 59-1602 to 59-1606,

8   whether such injured person dealt directly or indirectly with the

9   defendant, or any person so injured because he or she refuses to

10  accede to a proposal for an arrangement which, if consummated,

11  would be in violation of sections 59-1603 to 59-1606, may bring a

12  civil action in the district court to enjoin further violations, to

13  recover the actual damages sustained by him or her, or both,

14  together with the costs of the suit, including a reasonable

15  attorney's fee, and the court may in its discretion, increase the

16  award of damages to an amount which bears a reasonable relation to

17  the actual damages which have been sustained and which damages are

18  not susceptible of measurement by ordinary pecuniary standards;

19  PROVIDED, except that such increased award for violation of section

20  59-1602 shall not exceed one thousand dollars.  For the purpose of

21  this section, person shall include the counties, the

22  municipalities, and all political subdivisions of this state.

23         Whenever the State of Nebraska is injured by reason of a

24  violation of sections 59-1603 to 59-1606, it may sue therefor in

25  the district court to recover the actual damages sustained by it

26  and to recover the costs of the suit including a reasonable

27  attorney's fee.

28         Sec. 27.  In an illegal overcharge or undercharge case in

-14-

LB 1278                                                        LB 1278

1   which claims are asserted by both parties who dealt  directly  with

2   the  defendant  and parties who dealt indirectly with the defendant

3   or any combination thereof:

4              (1) A defendant may  prove,  as  a  partial  or  complete

5   defense  to  a claim for damages under sections 59-1602 to 59-1606,

6   that the illegal overcharge or undercharge has been  passed  on  to

7   others  who  are  themselves  entitled  to  recover  so as to avoid

8   duplication of recovery of such damages; and

9              (2) The court may transfer and consolidate  such  claims,

10  apportion damages,  and  delay  disbursement  of  damages to avoid

11  multiplicity of suits and duplication of recovery of damages and to

12  obtain substantial fairness.

13             Sec. 28.  Section 59-1610, Reissue  Revised  Statutes  of

14  Nebraska, is amended to read:

15             59-1610.   In  the  enforcement  of  ~~sections 59-1601 to~~

16  ~~59-1622~~ the Consumer  Protection  Act, the  Attorney  General  may

17  accept an assurance of discontinuance of any act or practice deemed

18  in violation of ~~sections 59-1601 to 59-1622~~ the Consumer Protection

19  Act, from  any  person who engages in, or who has engaged in, such

20  act or practice.  Any such assurance shall be  in  writing  and  be

21  filed with and subject to the approval of the district court of the

22  county  in  which  the  alleged  violator resides or has his or her

23  principal place of business, or in Lancaster County.

24             Such assurance of discontinuance shall not be  considered

25  an  admission  of a violation for any purpose, but proof of failure

26  to comply with the assurance of discontinuance shall be prima facie

27  evidence of a violation of ~~sections 59-1601 to 59-1622~~ the Consumer

28  Protection Act.

LB 1278

LB 1278

1      Sec. 29. Section 59-1611, Reissue Revised Statutes of
2   Nebraska, is amended to read:

3      59-1611.  (1) Whenever the Attorney General believes that
4   any person may be in possession, custody, or control of any
5   original or copy of any book, record, report, memorandum, paper,
6   communication, tabulation, map, chart, photograph, mechanical
7   transcription, or other tangible document or recording, wherever
8   situated, which he or she believes to be relevant to the subject
9   matter of an investigation of a possible violation of sections
10   59-1602 to 59-1606, he the Attorney General may, prior to the
11   institution of a civil proceeding thereon, execute in writing and
12   cause to be served upon such a person a civil investigative demand
13   requiring such person to produce such documentary material and
14   permit inspection and copying thereof. This , PROVIDED, that this
15   section shall not be applicable to criminal prosecutions.

16      (2) Each such demand shall:

17      (a) State the statute and section or sections thereof the
18   alleged violation of which is under investigation, and the general
19   subject matter of the investigation;

20      (b) Describe the class or classes of documentary material
21   to be produced thereunder with reasonable specificity so as fairly
22   to indicate the material demanded;

23      (c) Prescribe a return date within which the documentary
24   material shall be produced; and

25      (d) Identify the members of the Attorney General's staff
26   to whom such documentary material shall be made available for
27   inspection and copying.

28      (3) No such demand shall:

-16-

1        (a)  Contain  any requirement which  would  be  unreasonable

2   or  improper  if  contained  in  a subpoena duces tecum issued by a

3   court of this state; or

4        (b) Require the disclosure of  any  documentary  material

5   which  would  be privileged, or which for any other reason would not

6   be required by a subpoena duces tecum issued by  a  court  of  this

7   state.

8        (4) Service of any such demand may be made by:

9        (a) Delivering a duly executed copy thereof to the person

10  to  be  served,  or,  if such person is not a natural person, to any

11  officer of the person to be served;

12       (b) Delivering  a  duly  executed  copy  thereof  to  the

13  principal  place  of  business  in  this  state of the person to be

14  served; or

15       (c) Mailing by  certified  mail  a  duly  executed  copy

16  thereof addressed to the person to be served at the principal place

17  of  business  in  this  state,  or,  if such person has no place of

18  business in this state, to his or her principal office or place  of

19  business.

20       (5)  Documentary  material  demanded  pursuant  to  the

21  provisions of this section shall be  produced  for  inspection  and

22  copying  during  normal  business  hours at the principal office or

23  place of business of the person served, or at such other times  and

24  places  as may be agreed upon by the person served and the Attorney

25  General.

26       (6)  No  documentary  material  produced  pursuant  to  a

27  demand,  or  copies  thereof,  shall, unless otherwise ordered by a

28  district court for good cause shown, be produced for inspection  or

LB 1278

LB 1278

1    copying  by,  nor shall the contents thereof be disclosed to, other

2    than  an  authorized  employee of the Attorney General, without the

3    consent  of  the  person  who  produced  such  material, except ,

4    PROVIDED, that  under  such reasonable terms and conditions as the

5    Attorney General shall prescribe, the copies of  such  documentary

6    material  shall  be  available  for  inspection  and copying by the

7    person  who  produced  such  material or  any  duly  authorized

8    representative  of  such  person.  The  Attorney  General  or any

9    assistant attorney general may  use  such  copies  of  documentary

10   material  as  he  or she determines necessary in the enforcement of

11   sections 59-1601 to 59-1622 the Consumer Protection Act,  including

12   presentation  before  any  court, except , PROVIDED, that any such

13   material which contains trade secrets shall not be presented except

14   with the approval of the court in which  action  is  pending  after

15   adequate notice to the person furnishing such material.

16          (7)  At  any time before the return date specified in the

17   demand, or within twenty days after the  demand  has  been  served,

18   whichever  period  is shorter, a petition to extend the return date

19   for or to  modify  or  set  aside  a  demand  issued  pursuant  to

20   subsection (1) of this section, stating good cause, may be filed in

21   the  district  court  for Lancaster County, or in such other county

22   where the parties reside.  A petition by the  person  on  whom  the

23   demand  is  served,  stating  good  cause,  to require the Attorney

24   General or any person to perform any duty imposed by the provisions

25   of this section, and all  other  petitions  in  connection  with  a

26   demand, may be filed in the district court for Lancaster County, or

27   in the county where the parties reside.

28          (8)  Whenever  any  person fails to comply with any civil

-18-

LB 1278

1   investigative demand for documentary material duly served upon  him

2   or her under this section, or whenever satisfactory copying or

3   reproduction of any such material cannot be done  and  such  person

4   refuses  to surrender such material, the Attorney General may file,

5   in the district court of the county in which such person  resides,

6   is  found,  or  transacts  business,  and  serve upon such person a

7   petition for an order of such court for  the  enforcement  of  this

8   section, except that if such person transacts business in more than

9   one county such petition shall be filed in the county in which such

10  person maintains his or her principal place of business, or in such

11  other county as may be agreed upon by the parties to such petition.

12  Whenever  any petition is filed in the district court of any county

13  under this section, such court shall have jurisdiction to hear  and

14  determine the matter so presented and to enter such order as may be

15  required  to  carry  into  effect  the  provisions of this section.

16  Disobedience of any order entered under this section by  any  court

17  shall be punished as a contempt thereof.

18        Sec.  30.   Section 59-1614, Reissue Revised Statutes of

19  Nebraska, is amended to read:

20        59-1614.  Any person who  violates  section  59-1603  or

21  59-1604  or  the  terms  of  any  injunction  issued as provided in

22  ~~sections 59-1601 to 59-1622,~~  the  Consumer  Protection  Act  shall

23  forfeit  and  pay  a  civil  penalty  of  not more than twenty-five

24  thousand dollars.

25        Any person who violates section 59-1602 shall pay a civil

26  penalty of not more than two thousand dollars for  each  violation,

27  except  ~~,  PROVIDED,~~ that such penalty shall not apply to any radio

28  or television broadcasting station  which  broadcasts,  or  to  any

-19-

LB 1278

1  publisher,  printer,  or  distributor  of  any newspaper, magazine,

2  billboard,  or  other  advertising medium who publishes, prints, or

3  distributes advertising in good  faith  without  knowledge  of  its

4  false,  deceptive,  or  misleading character and no such good faith

5  publication,  printing,  or  distribution  shall  be  considered  a

6  violation of section 59-1602.

7        For the purpose of this section, the district court which

8  issues  any  injunction  shall  retain  jurisdiction, and the cause

9  shall be continued, and in such cases the Attorney  General  acting

10  in  the  name  of  the state may petition for the recovery of civil

11  penalties.

12        With  respect  to  violations  of  sections  59-1603  and

13  59-1604, the Attorney General, acting in the name of the state, may

14  seek recovery of such penalties in a civil action.

15        Sec.  31.    Section 59-1615, Reissue Revised Statutes of

16  Nebraska, is amended to read:

17        59-1615.  Upon petition by  the  Attorney  General,  the

18  court may, in its discretion, order the dissolution, or suspension

19  or forfeiture of franchise, of any corporation which ~~shall~~ ~~violate~~

20  violates  section 59-1603 or 59-1604 or the terms of any injunction

21  issued as provided in ~~sections~~  ~~59-1601~~  ~~to~~  ~~59-1622~~  the  Consumer

22  Protection Act.

23        Sec.  32.    Section 59-1616, Reissue Revised Statutes of

24  Nebraska, is amended to read:

25        59-1616.  Personal service of any process  in  an  action

26  under  ~~sections~~  ~~59-1601~~ ~~to~~ ~~59-1622~~ the Consumer Protection Act may

27  be made upon any person  outside  the  state  if  such  person  has

28  engaged  in conduct in violation of ~~sections~~ ~~59-1601~~ ~~to~~ ~~59-1622~~ the

-20-

LB 1278

LB 1278

1   act which has had impact in this state which ~~sections   59-1601   to~~

2   ~~59-1622   prohibit~~ the act prohibits.

3          Sec.  33.    Section 59-1623, Reissue Revised Statutes of

4   Nebraska, is amended to read:

5          59-1623.   Sections 59-1601 to 59-1622 and section  27  of

6   this act shall be known and ~~designated~~ may be cited as the Consumer

7   Protection Act.

8          Sec.  34.    Section 59-1803, Revised Statutes Supplement,

9   2001, is amended to read:

10          59-1803.   Issuance of a charitable gift annuity does  not

11   constitute:

12          (1)  Engaging  in  business as a trust company subject to

13   the Nebraska Trust Company Act;

14          (2) Engaging in the  business  of  insurance  subject  to

15   Chapter 44;

16          (3) Engaging in an act in violation of sections 59-801 to

17   59-831 and section 11 of this act;

18          (4)  Engaging  in  an  act  in  violation of the Viatical

19   Settlements Act; or

20          (5) Engaging in  an  act  in  violation  of  the  Uniform

21   Deceptive  Trade  Practices Act.   Conduct other than issuance of a

22   charitable gift annuity, including the marketing  of  a  charitable

23   gift  annuity,  is  not  exempt  from application of  the Uniform

24   Deceptive Trade Practices Act pursuant to this subdivision.

25          Sec. 35.  Section 68-1035, Reissue  Revised  Statutes  of

26   Nebraska, is amended to read:

27          68-1035.   Actions taken pursuant to sections 68-1029 to

28   68-1036 shall not be subject to the  Consumer  Protection  Act  and

LB 1278

1   sections 59-801 to ~~59-829~~ <u>59-831 and section 11 of this act</u>.  It is

2   the  intention  of  the  Legislature  that  vendors  and  contracts

3   complying with sections 68-1029 to 68-1036 shall be  exempted  from

4   the  application  of  federal antitrust laws.  Nothing contained in

5   sections  68-1029  to  68-1036  shall  prohibit  contracts  between

6   individual  vendors and the Department of Health and Human Services

7   Finance and Support.

8           Sec. 36.   Original sections 59-806,  59-808  to  59-810,

9   59-812, 59-815, 59-816, 59-819 to 59-822, 59-824, 59-826 to 59-831,

10  59-1606  to  59-1611,  59-1614  to  59-1616,  59-1623, and 68-1035,

11  Reissue  Revised  Statutes  of  Nebraska,  section  59-823,  Revised

12  Statutes  Supplement,  2000,  and section 59-1803, Revised Statutes

13  Supplement, 2001, are repealed.

-22-