Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
Dana E. Foster (*pro hac vice*)
defoster@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Attorneys for Defendants Toshiba Corporation, Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

(Additional objecting defendants and counsel listed on signature block)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Stoebner, et al. v. LG Electronics, et al.*, No. 11-cv-05381;<br><br>*Siegel v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513; | **DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date: August 23, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge, U.S. District Judge (Ret.) |

1. *Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;

2. *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;

3. *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

4. *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

5. *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

6. *P.C. Richard & Son Long Island Corporation, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

7. *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

## DECLARATION OF LUCIUS B. LAU

I, Lucius B. Lau, hereby declare as follows:

1. I am Counsel with the law firm of White & Case LLP, attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc. ("TAIS"), Toshiba America Consumer Products, L.L.C. ("TACP"), and Toshiba America Electronic Components, Inc. ("TAEC") (collectively, the "Toshiba Defendants"). I have personal knowledge of the facts set forth in this declaration and if called upon to do so I could and would testify competently to such matters.

2. Attached to the Request for Judicial Notice as Exhibit A is a true and correct copy of Legislative Bill No. 1278, introduced to the 97th Legislature of Nebraska on January 23, 2002.

3. Attached to the Request for Judicial Notice as Exhibit B is a true and correct copy of Introducer's Statement of Intent, Nebraska State Sen. Kermit A. Brashear, regarding Legislative Bill No. 1278, dated Feb. 27, 2002.

4. Attached to the Request for Judicial Notice as Exhibit C is a true and correct copy of Committee Statement, Nebraska State Senate Committee on the Judiciary, regarding Legislative Bill No. 1278, dated Feb. 27, 2002.

5. Attached to the Request for Judicial Notice as Exhibit D is a true and correct copy of Assembly Bill No. 108, Nevada Legislature, 70th Sess., dated Feb. 4, 1999.

6. Attached to the Request for Judicial Notice as Exhibit E is a true and correct copy of Minutes of the Nevada State Senate Committee on Commerce and Labor, dated March 8, 1999.

7. Attached to the Request for Judicial Notice as Exhibit F is a true and correct copy of Order, *Ferrell v. Wyeth-Ayerst Labs., Inc.*, No. 1:01-cv-00447-SSB-TSH (S.D. Ohio July 1, 2004).

8. Attached to the Request for Judicial Notice as Exhibit G is a true and correct copy of Minute Ruling, *Luscher v. Bayer A.G.*, No. CV-2004-014835 (Ariz. Super. Ct. Sept. 14, 2005).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of June, 2013, in Washington, D.C.

_____
Lucius B. Lau

DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
Case No. 07-5944 SC
MDL No. 1917
2

## CERTIFICATE OF SERVICE

On June 28, 2013, I caused a copy of the "DECLARATION OF LUCIUS B. LAU IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE" to be electronically filed via the Court's Electronic Case Filing System, which constitutes service in this action pursuant to the Court's order of September 29, 2008.

By: /s/ Lucius B. Lau
Lucius B. Lau (*pro hac vice*)

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DEFENDANTS' JOINT MOTION TO ADOPT PORTIONS OF THE REPORT AND RECOMMENDATIONS REGARDING DEFENDANTS' MOTIONS TO DISMISS DIRECT ACTION COMPLAINTS
Case No. 07-5944 SC
MDL No. 1917