# APPENDIX A

# SUMMARY OF ALLEGATIONS IN DIRECT ACTION PLAINTIFFS' COMPLAINTS

| Text of Allegation in Best Buy Complaint | Best Buy Compl Citation | Compu Compl. Citation | Costco Compl. Citation | Electrograph Compl. Citation | Interbond Compl. Citation | Office Depot Citation | Circuit City Compl. Citation | Stoebner Compl. Citation | PC Richard Compl. Citation | Target A, Compl. Citation | Tweeter Compl. Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| During the Relevant Period, Plaintiffs purchased CRT Products in the United States and elsewhere directly and indirectly from Defendants, and/or Defendants" subsidiaries and affiliates and/or any agents Defendants or Defendants' subsidiaries and affiliates controlled. Plaintiffs thus suffered damages as a result of Defendants" conspiracy, and bring this action to recover the overcharges paid for the CRT Products containing price-fixed CRTs it purchased during the Relevant Period. | 9 | 9 | 10 | 9 | 9 | 9 | 11 | -- | 9 | 9 | 9 |
| Defendant LP Displays International Ltd. f/k/a LGPD ("LP Displays'") is a Hong Kong company located at Corporate Communications, 6th Floor, ING Tower. 308 Des Voeux Road Central, Sheung Wan, Hong Kong. LP Displays is the successor entity to LGPD, which was created in 2001 as a 50/50 joint venture between Defendants LGEI and Royal Philips. In March 2007, LP Displays became an independent company. LP Displays is a leading supplier of | 40 | 35 | 32 | 49 | 34 | 35 | 38 | 32 | 40 | 46 | 38 |

| Text of Allegation in Best Buy Complaint | Best Buy Compl Citation | Compu Compl. Citation | Costco Compl. Citation | Electrograph Compl. Citation | Interbond Compl. Citation | Office Depot Citation | Circuit City Compl. Citation | Stoebner Compl. Citation | PC Richard Compl. Citation | Target A, Compl. Citation | Tweeter Compl. Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CRTs for use in television sets and computer monitors with annual sales for 2006 of over $2 billion and a market share of 27%. LP Displays announced in March 2007 that Royal Philips and LGEI would cede control over the company and the shares would be owned by financial institutions and private equity firms. During the Relevant Period, LP Displays manufactured, marketed, sold and/or distributed CRT Products, either directly or through its subsidiaries or affiliates, throughout the United States. | | | | | | | | | | | |
| Defendant Philips Electronics North America Corporation ("Philips America") is a Delaware corporation with its principal place of business located at 1251 Avenue of the Americas, New York, New York 10020-1104. Philips America is a wholly-owned and controlled subsidiary of Defendant Royal Philips. During the Relevant Period, Philips America manufactured, marketed, sold and/or distributed CRT Products, either directly or through its subsidiaries or affiliates, throughout the United States. Defendant Royal Philips dominated and controlled the finances, policies and affairs of Philips America relating to the antitrust | 47 | 42 | 35 | 56 | 41 | 42 | 45 | 28 | 47 | 60 | 45 |

| Text of Allegation in Best Buy Complaint | Best Buy Compl. Citation | Compu Compl. Citation | Costco Compl. Citation | Electrograph Compl. Citation | Interbond Compl. Citation | Office Depot Citation | Circuit City Compl. Citation | Stoebner Compl. Citation | PC Richard Compl. Citation | Target A, Compl. Citation | Tweeter Compl. Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| violations alleged in this Complaint. | | | | | | | | | | | |
| Defendant Philips Electronics Industries (Taiwan), Ltd. ("Philips Taiwan") is a Taiwanese company with its principal place of business located at I5F 3-1 Yuanqu Street, Nangang District, Taipei, Taiwan. Philips Taiwan is a subsidiary of Defendant Royal Philips. During the Relevant Period, Philips Taiwan manufactured, marketed, sold and/or distributed CRT Products, either directly or through its subsidiaries or affiliates, throughout the United States. Defendant Royal Philips dominated and controlled the finances, policies and affairs of Philips Taiwan relating to the antitrust violations alleged in this Complaint. | 48 | 43 | 36 | 57 | 42 | 43 | 46 | 29 | 48 | 61 | 46 |
| Defendant Philips da Amazonia Industria Electronica Ltda. ("Philips Brazil") is a Brazilian company with its principal place of business located at Av Torquato Tapajos 2236, 1 andar (parte 1), Flores, Manaus, AM 39048-660, Brazil. Philips Brazil is a wholly-owned and controlled subsidiary of Defendant Royal Philips. During the Relevant Period. Philips Brazil manufactured, marketed, sold and/or distributed CRT Products, either directly or through its subsidiaries or affiliates, throughout | 49 | 44 | 37 | 58 | 43 | 44 | 47 | 30 | 49 | 62 | 47 |

| Text of Allegation in Best Buy Complaint | Best Buy Compl. Citation | Compu Compl. Citation | Costco Compl. Citation | Electrograph Compl. Citation | Interbond Compl. Citation | Office Depot Citation | Circuit City Compl. Citation | Stoebner Compl. Citation | PC Richard Compl. Citation | Target A, Compl. Citation | Tweeter Compl. Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| the United States. Defendant Royal Philips dominated and controlled the finances, policies and affairs of Philips Brazil relating to the antitrust violations alleged in this Complaint. | | | | | | | | | | | |
| Defendants Royal Philips, Philips America, Philips Taiwan and Philips Brazil are collectively referred to herein as "Philips." | 50 | 45 | 38 | 59 | 44 | 45 | 48 | 31 | 50 | 63 | 48 |
| The CRT industry has several characteristics that facilitated a conspiracy, including market concentration, ease of information sharing, the consolidation of manufacturers, multiple interrelated business relationships, significant barriers to entry, heightened price sensitivity to supply and demand forces and homogeneity of products. | 94 | 90 | 72 | 100 | 88 | 89 | 92 | 86 | 94 | 108 | 92 |
| Because of common membership in trade associations, interrelated business arrangements such as joint ventures, allegiances between companies in certain countries and relationships between the executives of certain companies, there were many opportunities for Defendants to discuss and exchange competitive information. The ease of communication was facilitated by the use of meetings, telephone calls, e-mails and instant messages. Defendants took advantage of these opportunities to discuss, and agree upon, | 96 | 92 | 74 | 102 | 90 | 91 | 94 | 88 | 96 | 110 | 94 |

| Text of Allegation in Best Buy Complaint | Best Buy Compl Citation | Compu Compl. Citation | Costco Compl. Citation | Electrograph Compl. Citation | Interbond Compl. Citation | Office Depot Citation | Circuit City Compl. Citation | Stoebner Compl. Citation | PC Richard Compl. Citation | Target A, Compl. Citation | Tweeter Compl. Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| their pricing for CRTs as alleged below. | | | | | | | | | | | |
| Examples of the high degree of cooperation among Defendants in both the CRT Product market and other closely related markets include the following: a. The formation of the CRT joint venture LGPD in 2001 by Defendants LG Electronics and Philips; b. Defendants LG Electronics and Philips also formed LG.Philips LCD Co., Ltd. n/k/a LG Display Co., Ltd. in 1999 as a joint venture for the purpose of manufacturing TFT-LCD panels; c. The formation of the CRT joint venture MTPD in 2003 by Defendants Toshiba and Panasonic; d. Defendants Toshiba and Panasonic also formed Toshiba-Matsushita Display Technology Co., Ltd. as a joint venture for the purpose of manufacturing TFTLCD panels; e. In December 1995, Defendant Toshiba partnered with Orion and two other non- Defendant entities to form TEDl, which manufactured CRTs in Indonesia; f. Defendant Toshiba and Orion also signed a cooperative agreement relating to LCDs in 1995. Pursuant to the agreement, Daewoo produced STN-LCDs. and Toshiba, which had substituted its STN-LCD production with TFT-LCD | 100 | 96 | 78 | 106 | 94 | 95 | 98 | 93 | 100 | 114 | 98 |

| Text of Allegation in Best Buy Complaint | Best Buy Compl Citation | Compu Compl. Citation | Costco Compl. Citation | Electrograph Compl. Citation | Interbond Compl. Citation | Office Depot Citation | Circuit City Compl. Citation | Stoebner Compl. Citation | PC Richard Compl. Citation | Target A, Compl. Citation | Tweeter Compl. Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| production, marketed Daewoo's STN-LCDs globally through its network; g. Also in 1995, Defendant Toshiba entered into a technology transfer agreement with Defendant Chunghwa for large CPTs. | | | | | | | | | | | |
| In order to control and maintain profitability during declining demand for CRT Products, Defendants and their co-conspirators have engaged in a contract, combination, trust or conspiracy, the effect of which has been to raise, fix, maintain and/or stabilize the prices at which they sold CRTs to artificially inflated levels from at least March 1, 1995 through at least November 25. 2007. | 113 | 109 | 91 | 119 | 107 | 108 | 111 | 105 | 113 | 127 | 111 |
| Between at least 2001 and 2006, Defendant LP Displays (f/k/a LGPD) participated in at least 100 glass meetings at all levels. A substantial number of these meetings were attended by the highest ranking executives from LP Displays. Certain of these high level executives from LP Displays had previously attended meetings on behalf of Defendants LG Electronics and Philips. LP Displays also engaged in bilateral discussions with other Defendants. Through these discussions, LP Displays agreed on prices and supply levels for CRTs. | 145 | 141 | 123 | 151 | 139 | 140 | 143 | 136 | 145 | 159 | 143 |

| Text of Allegation in Best Buy Complaint | Best Buy Compl Citation | Compu Compl. Citation | Costco Compl. Citation | Electrograph Compl. Citation | Interbond Compl. Citation | Office Depot Citation | Circuit City Compl. Citation | Stoebner Compl. Citation | PC Richard Compl. Citation | Target A, Compl. Citation | Tweeter Compl. Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Between at least 1996 and 2001, Defendant Philips, through Royal Philips and Philips Taiwan, participated in at least 100 glass meetings at all levels. After 2001, Philips participated in the CRT conspiracy through its joint venture with LG Electronics, LGPD (n/k/a LP Displays). A substantial number of these meetings were attended by high level executives from Philips. Philips also engaged in numerous bilateral discussions with other Defendants. Through these discussions. Philips agreed on prices and supply levels for CRTs. Philips never effectively withdrew from this conspiracy. | 150 | 146 | 125 | 156 | 144 | 145 | 148 | 134 | 150 | 164 | 148 |
| The affirmative acts of Defendants alleged herein, including acts in furtherance of the conspiracy, were wrongfully concealed and carried out in a manner that precluded detection. As noted above. Defendants organized glass meetings to avoid detection, conducted bilateral meetings in secret and agreed at glass meetings to orchestrate the giving of pretextual reasons for their pricing actions and output restrictions. Defendants would coordinate and exchange in advance the texts of the proposed communications with customers containing these pretextual statements and would coordinate | 225 | 218 | 162 | 232 | 216 | 217 | 224 | 176 | 222 | 235 | 220 |

| Text of Allegation in Best Buy Complaint | Best Buy Compl Citation | Compu Compl. Citation | Costco Compl. Citation | Electrograph Compl. Citation | Interbond Compl. Citation | Office Depot Citation | Circuit City Compl. Citation | Stoebner Compl. Citation | PC Richard Compl. Citation | Target A, Compl. Citation | Tweeter Compl. Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| which co-conspirator would first communicate these pretextual statements to customers. | | | | | | | | | | | |
| Plaintiffs could not have discovered the alleged contract, conspiracy or combination at an earlier date by the exercise of reasonable diligence because of the deceptive practices and techniques of secrecy employed by Defendants and their co-conspirators to avoid detection of, and fraudulently conceal, their contract, conspiracy or combination. The contract, conspiracy or combination as herein alleged was fraudulently concealed by Defendants by various means and methods, including, but not limited to, secret meetings, surreptitious communications between Defendants by the use of the telephone or in-person meetings in order to prevent the existence of written records, discussion on how to evade antitrust laws and concealing the existence and nature of their competitor pricing discussions from non-conspirators (including customers). | 227 | 220 | 164 | 234 | 218 | 219 | 226 | 175 | 224 | 237 | 222 |
| Defendants also agreed at glass meetings and bilateral meetings to give pretextual reasons for price increases and output reductions to their customers. | 229 | 222 | 166 | 236 | 220 | 221 | 228 | 176 | 226 | 239 | 224 |

| Text of Allegation in Best Buy Complaint | Best Buy Compl Citation | Compu Compl. Citation | Costco Compl. Citation | Electrograph Compl. Citation | Interbond Compl. Citation | Office Depot Citation | Circuit City Compl. Citation | Stoebner Compl. Citation | PC Richard Compl. Citation | Target A, Compl. Citation | Tweeter Compl. Citation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| In addition, when several CRT manufacturers, including Defendant Philips and LG Electronics and Co-Conspirator Samsung, increased the price of CRTs in 2004, the price hike was blamed on a shortage of glass shells use for manufacturing CRT monitors. In justifying this price increase, a Deputy General Manager for an LG Electronics distributor in India stated. **[t]his shortage [of glass shells] is a global phenomena and every company has to increase the prices of CRT monitors in due course of time." | 232 | 225 | 170 | 239 | 223 | 224 | 231 | 160 | 229 | 242 | 227 |