KENT M. ROGER, State Bar No. 95987
MICHELLE PARK CHIU, State Bar No. 248421
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001
E-mail: kroger@morganlewis.com
　　　　 mchiu@morganlewis.com

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br><br>MDL No. 1917<br><br>**HITACHI DISPLAYS, LTD.'S (n/k/a JAPAN DISPLAY INC.) NOTICE OF NAME CHANGE AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7-1 AND CIVIL LOCAL RULE 3-16** |
|---|---|
| This Document Relates To:<br><br>ALL CASES | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HITACHI DISPLAYS, LTD.'S NAME CHANGE AND
CORPORATE DISCLOSURE STATEMENT
Case No. 3:07-cv-05944-SC; MDL No. 1917

DB2/ 24203838.1

PLEASE TAKE NOTICE that the name of Defendant Japan Display East, Inc. (f/k/a Hitachi Displays, Ltd.) changed to: Japan Display Inc. For purposes of this litigation, Defendant does not object and intends to be referred to as Hitachi Displays, Ltd. (n/k/a Japan Display Inc.) to avoid confusion.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding:

- The Innovation Network Corporation of Japan holds a majority of the outstanding shares of Japan Display Inc.
- Hitachi, Ltd., Sony Corporation, and Toshiba Corporation each hold less than ten percent of the outstanding shares of Japan Display Inc.
- Nomura Trust and Banking Co., Ltd., Japan Display Mochikabu-kai, and Japan Display Inc. executives and employees each hold less than one percent of the outstanding shares of Japan Display Inc.

Dated: July 1, 2013

Respectfully Submitted:

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Michelle Park Chiu*
      Michelle Park Chiu

Attorneys for Defendants HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24203838.1

1

HITACHI DISPLAYS, LTD.'S NAME CHANGE AND CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:07-CV-05944-SC; MDL NO. 1917