1  Guido Saveri (22349) guido@saveri.com
   R. Alexander Saveri (173102) rick@saveri.com
2  Geoffrey C. Rushing (126910) grushing@saveri.com
   Cadio Zirpoli (179108) cadio@saveri.com
3  Travis Manfredi (281779) travis@saveri.com
   SAVERI & SAVERI, INC.
4  706 Sansome Street
   San Francisco, CA 94111
5  Telephone: (415) 217-6810
   Facsimile (415) 217-6813
6
   *Interim Lead Counsel for the*
7  *Direct Purchaser Plaintiffs*

8                UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 | In re: CATHODE RAY TUBE (CRT)        | Master File No. CV-07-5944-SC
   | ANTITRUST LITIGATION                 |
13 |                                      | MDL No. 1917
   |                                      |
14 | This Document Relates to:            | **DECLARATION OF MARKHAM**
   |                                      | **SHERWOOD IN SUPPORT OF MOTION**
15 | ALL DIRECT PURCHASER ACTIONS         | **FOR FINAL APPROVAL OF CLASS**
   |                                      | **ACTION SETTLEMENT**
16

17

18

19

20

21

22

23

24

25

26

27

28

I, Markham Sherwood, declare as follows:

1.     I am employed by Gilardi & Co., LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California.  Gilardi was hired by class counsel as the Settlement Administrator in this matter.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2     Gilardi was formed in 1984 to assist attorneys with securities, antitrust, consumer protection class actions, and other similar matters.  Gilardi specializes in designing, developing, analyzing, and implementing settlement administration plans that support due process.  During the past 28 years Gilardi has administered class notice and class settlements in over 3,500 class actions, and has distributed more than $20 billion in assets.

3.     Between May 16 and May 29, 2012 Gilardi received from Plaintiffs' Counsel eight files which included the names, and, where available, the addresses and electronic mail addresses of all class members identified by Defendants in this matter.  Gilardi formatted the list for mailing purposes, removed duplicate records, removed known Defendant entities, researched company names lacking addresses and added addresses where found, and processed the names and addresses through the National Change of Address Database to update any addresses on file with the United States Postal Service ("USPS").

4.     On April 1, 2013, Gilardi caused the Toshiba Notice to be printed and mailed to the 16,618 unique names and addresses on the class list.  Gilardi delivered the Toshiba Notices to the United States Post Offices located in Santa Rosa, California.  A true and correct copy of the Toshiba Notice is attached hereto as Exhibit A.

5.     On April 1, 2013, Gilardi caused the Notice to be electronically distributed to the 872 unique electronic mail addresses on the class list.

6.     On or before June 7, 2012, Gilardi established a case-dedicated website at www.CRTDirectPurchaserAntitrustSettlement.com. There, potential class members can view and print copies of the CPT Settlement Agreement, the Philips Settlement Agreement, the Notice, and the Order Granting Settlement Class Certification and Preliminary Approval of Class Action Settlements with CPT and Philips. Gilardi subsequently amended the landing page and added the

1

1  Panasonic Class Notice, the Panasonic Settlement Agreement, the Order Granting Class
2  Certification and Preliminary Approval of Class Action Settlement with Panasonic, the LG Class
3  Notice, the LG Settlement Agreement, the Order Granting Class Certification and Preliminary
4  Approval of Class Action Settlement with LG, the Toshiba Class Notice, the Toshiba Settlement
5  Agreement, and the Order Granting Class Certification and Preliminary Approval of Class Action
6  Settlement with Toshiba.  Class members can also view Frequently Asked Questions and obtain
7  Gilardi's contact information.

8      7.     On or before June 7, 2012, Gilardi activated a toll-free telephone number, 1-877-
9  224-3063, through which callers are able to connect with a live customer service representative
10 Monday through Friday from 7:00 a.m. to 5:00 p.m. Pacific Time. English and Spanish operators
11 are available.

12     8.     Through its in-house advertising agency, Larkspur Design Group, Gilardi caused
13 the Summary Notice to be published in the national edition of the Wall Street Journal on April 5,
14 2013.  A true and correct copy of the tear sheet provide by the Wall Street Journal is attached
15 hereto as Exhibit B.

16     9.     The postmark deadline for class members to be excluded from the Toshiba
17 Settlement Class was May 16, 2013.  To date, Gilardi has received 23 timely requests for
18 exclusion from the settlement.  A report detailing the requests for exclusion received at Gilardi is
19 attached hereto as Exhibit C.

20     10.    The postmark deadline for class members to object to the Toshiba Settlement was
21 May 16, 2013.  To date, Gilardi has received zero (0) objections to the settlement.

22     I declare under penalty of perjury that the foregoing is true and correct, and that this
23 declaration was executed this 12th day of June, 2013 at San Rafael, California.

24
25                                   MARKHAM SHERWOOD
26
27
28
                                   2

# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

## If You Bought A Cathode Ray Tube Product,
## A Class Action Settlement May Affect You.

Cathode Ray Tube (CRT) Products include Cathode Ray Tubes and finished products that
contain a Cathode Ray Tube such as Televisions and Computer Monitors

*A Federal Court authorized this Notice. This is not a solicitation from a lawyer.*

- A class action lawsuit that includes direct purchasers of CRT Products is currently pending.

- Plaintiffs claim that Defendants (listed below) and co-conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of Cathode Ray Tubes. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors.  Plaintiffs allege that, as a result of the unlawful conspiracy involving cathode ray tubes, they and other direct purchasers paid more for CRT Products than they would have paid absent the conspiracy.  Defendants deny Plaintiffs' claims.

- A Settlement has been reached with Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. The companies are together referred to as the "Settling Defendants."

- Your legal rights will be affected whether you act or don't act.  This Notice includes information on the Settlement and the continuing lawsuit. Please read the entire Notice carefully.

### These Rights and Options – and deadlines to exercise them – are explained in this notice

| | |
|---|---|
| You can object or comment on the Settlement | *see* Question 10 |
| You may exclude yourself from the Settlement | *see* Question 10 |
| You may go to a hearing and comment on the Settlement | *see* Question 14 |

- The Court in charge of this case still has to decide whether to approve the Settlement. The case against the Non-Settling Defendants (identified below) continues.

### WHAT THIS NOTICE CONTAINS

**Basic Information** ......................................................................................................................... **Page 2**

    1.  Why did I get this notice?
    2.  Who are the Defendant companies?
    3.  What is this lawsuit about?
    4.  Why is there a Settlement but the litigation is continuing?
    5.  What is a Cathode Ray Tube Product?
    6.  What is a class action?

**The Settlement Class** ................................................................................................................... **Page 3**

    7.  How do I know if I'm part of the Settlement Class?
    8.  What does the Settlement provide?
    9.  When can I get a payment?
   10.  What are my rights in the Settlement Class?
   11.  What am I giving up to stay in the Settlement Class?

**The Settlement Approval Hearing** .............................................................................................. **Page 4**

   12.  When and where will the Court decide whether to approve the Settlement?
   13.  Do I have to come to the hearing?
   14.  May I speak at the hearing?

**The Lawyers Representing You** ................................................................................................... **Page 4**

   15.  Do I have a lawyer in the case?
   16.  How will the lawyers be paid?

**Getting More Information** ........................................................................................................... **Page 4**

   17.  How do I get more information?

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

**BASIC INFORMATION**

**1.      Why did I get this notice?**

You or your company may have directly purchased Cathode Ray Tubes (CRTs) or certain products containing those tubes between March 1, 1995 and November 25, 2007.  A direct purchaser is a person or business who bought a CRT, or a television or computer monitor containing a CRT directly from one or more of the Defendants, co-conspirators, affiliates, or subsidiaries themselves, as opposed to an intermediary (such as a retail store).

You have the right to know about the litigation and about your legal rights and options before the Court decides whether to approve the Settlement.

The notice explains the litigation, the settlement, and your legal rights.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is called *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917. The people who sued are called Plaintiffs and the companies they sued are called Defendants.

**2.      Who are the Defendant companies?**

The Defendant companies include: LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics Taiwan Taipei Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., LP Displays International, Ltd. f/k/a LG.Philips Displays, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung SDI Co. Ltd., Samsung SDI America, Inc.,  Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co. Ltd., Tianjin Samsung SDI Co. Ltd., Samsung SDI Malaysia Sdn. Bhd., Toshiba Corporation, Toshiba America Consumer Products, L.L.C., Toshiba America Information Systems, Inc., Toshiba America Electronic Components, Inc., Panasonic Corporation f/k/a Matsushita Electric Industrial, Ltd., Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing-Matsushita Color CRT Company, Ltd. (BMCC), Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., Hitachi America, Ltd., Hitachi Asia Ltd., Tatung Company of America, Inc., Chunghwa Picture Tubes Ltd., Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., IRICO Group Corporation, IRICO Display Devices Co., Ltd., IRICO Group Electronics Co., Ltd., Thai CRT Company, Ltd., Daewoo Electronics Corporation f/k/a Daewoo Electronics Company, Ltd., Daewoo International Corporation, Irico Group Corporation, Irico Group Electronics Co., Ltd., and Irico Display Devices Co., Ltd.

**3.      What is this lawsuit about?**

The lawsuit alleges that Defendants and co-conspirators conspired to raise and fix the prices of CRTs and the CRTs contained in certain finished products for over ten years, resulting in overcharges to direct purchasers of those CRTs and certain finished products containing CRTs.  The complaint describes how the Defendants and co-conspirators allegedly violated the U.S. antitrust laws by establishing a global cartel that set artificially high prices for, and restricted the supply of, CRTs and the televisions and monitors that contained them.  Defendants deny Plaintiffs' allegations.  The Court has not decided who is right.

**4.      Why is there a Settlement but the litigation is continuing?**

Only some of the Defendants have agreed to settle the lawsuit.  This notice concerns a settlement with Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.  Plaintiffs have also reached four previous settlements with 1) Chunghwa Picture Tubes Ltd., and Chunghwa Picture Tubes (Malaysia) Sdn. Bhd., 2) Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., and Philips da Amazonia Industria Electronica Ltda., 3) Panasonic Corporation (f/k/a Matsushita Electric Industrial, Ltd.), Panasonic Corporation of North America, and MT Picture Display Co., Ltd. (this settlement also releases Beijing-Matsushita Color CRT Company, Ltd.), and 4) LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Taiwan Taipei Co., Ltd. (this settlement also releases LP Displays International, Ltd. f/k/a LG.Philips Displays.)  The first three settlements have been finally approved by the Court.  The fourth with LG is currently awaiting final approval from the Court.  The case is continuing against the remaining Non-Settling Defendants.  Additional money may become available in the future as a result of a trial or future settlements, but there is no guarantee that this will happen.

**5.      What is a Cathode Ray Tube Product?**

For the purposes of the Settlement, Cathode Ray Tube Products means Cathode Ray Tubes of any type (e.g. color display tubes, color picture tubes and monochrome display tubes) and finished products which contain Cathode Ray Tubes, such as Televisions and Computer Monitors.

**6.      What is a class action?**

In a class action, one or more people, called class representatives, sue on behalf of people who have similar claims.  All these people are members of the class, except for those who exclude themselves from the class.

If the Plaintiffs obtain money or benefits as a result of a trial or future settlement, you will be notified about those settlements, if any, at that time. Important information about the case will be posted on the website, **www.CRTDirectPurchaserAntitrustSettlement.com** as it becomes available. Please check the website to be kept informed about any future developments.

**For More Information: Call 1-877-224-3063 or Visit www.CRTDirectPurchaserAntitrustSettlement.com**

**THE SETTLEMENT CLASS**

**7.    How do I know if I'm part of the Settlement Class?**

The Settlement Class includes:

All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any Defendant or subsidiary or affiliate thereof, or any co-conspirator ("Settlement Class").

**8.    What does the Settlement provide?**

This Settlement provides for a payment in the amount of $13,500,000 in cash to the Settlement Class.  The Settling Defendants also agreed to cooperate with the Plaintiffs in providing certain information about the allegations in the complaint.  In addition, the Settling Defendants' sales remain in the case for the purpose of computing damages against the remaining non-settling Defendants.

More details are in the Settlement Agreement, available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

**9.    When can I get a payment?**

No money will be distributed to any Class Member yet. The lawyers will pursue the lawsuit against the Non-Settling Defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

Any future distribution of the Settlement Funds will be done on a *pro rata* basis.  You will be notified in the future when and where to send a claim form.  DO NOT SEND ANY CLAIMS NOW.

In the future, each class member's *pro rata* share of the Settlement Fund will be determined by computing each valid claimant's total CRT Product purchases divided by the total valid CRT Product purchases claimed.  This percentage is multiplied to the Net Settlement Fund (total settlements minus all costs, attorneys' fees, and expenses) to determine each claimant's *pro rata* share of the Settlement Fund.  To determine your CRT Product purchases, CRT tubes (CPT's and CDT's) are calculated at full value while CRT televisions are valued at 50% and CRT computer monitors are valued at 75%.

In summary, all valid claimants will share in the settlement funds on a *pro rata* basis determined by the CRT value of the product you purchased - tubes 100%, monitors 75% and televisions 50%.

**10.    What are my rights with regard to the Settlement Class?**

<u>**Remain in the Settlement Class**</u>: If you wish to remain a member of the Settlement Class you do not need to take any action at this time.

<u>**Get out of the Settlement Class**</u>: If you wish to keep any of your rights to sue the Settling Defendants about the claims in this case, you must exclude yourself from the Settlement Class. You will not get any money from the settlement if you exclude yourself from the Settlement Class.

To exclude yourself from the Settlement Class, you must send a letter that includes the following:

- Your name, address and telephone number;
- A statement saying that you want to be excluded from *In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Toshiba Settlement; and
- Your signature.

You must mail your exclusion request, postmarked no later than **May 16, 2013**, to:

CRT Claims Administrator<br>
c/o Gilardi & Co. LLC<br>
P.O. Box 8090<br>
San Rafael, CA 94912-8090<br>
Tel: 877-224-3063

<u>**Remain in the Settlement Class and Object**</u>: If you have comments about, or disagree with, any aspect of the Settlement, you may express your views to the Court by writing to the address below. The written response needs to include your name, address, telephone number, the case name and number (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), a brief explanation of your reasons for objection, and your signature. The response must be postmarked no later than **May 16, 2013** and mailed to:

| COURT | INTERIM LEAD COUNSEL | COUNSEL FOR SETTLING DEFENDANTS |
|---|---|---|
| Honorable Charles A. Legge (Ret.)<br>JAMS<br>Two Embarcadero, Suite 1500<br>San Francisco, CA 94111 | Guido Saveri<br>R. Alexander Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111 | Christopher M. Curran<br>WHITE & CASE LLP<br>701 13th Street, N.W.<br>Washington, DC 20005 |

**11.      What am I giving up to stay in the Settlement Class?**

Unless you exclude yourself from the Settlement Class, you can't sue the Settling Defendants (or any of the related entities that are released in the Settlement Agreement), or be part of any other lawsuit against these Settling Defendants about the legal issues in this case. It also means that all of the decisions by the Court will bind you. The "Release of Claims" includes any causes of actions asserted or that could have been asserted in the lawsuit, as described more fully in the Settlement Agreement. The Settlement Agreement is available at **www.CRTDirectPurchaserAntitrustSettlement.com.**

THE SETTLEMENT APPROVAL HEARING

**12.      When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Fairness Hearing at **10 a.m. on July 22, 2013**, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the class website for information.  At this hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. After the hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

**13.      Do I have to come to the hearing?**

No. Interim Lead Counsel will answer any questions the Court may have, but you are welcome to come at your own expense. If you send an objection or comment, you don't have to come to Court to talk about it.  As long as you mailed your written objection on time, the Court will consider it. You may also pay another lawyer to attend, but it's not required.

**14.       May I speak at the hearing?**

If you want your own lawyer instead of Interim Lead Counsel to speak at the Final Approval Hearing, you must give the Court a paper that is called a "Notice of Appearance."  The Notice of Appearance should include the name and number of the lawsuit (*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917), and state that you wish to enter an appearance at the Fairness Hearing. It also must include your name, address, telephone number, and signature. Your "Notice of Appearance" must be postmarked no later than **May 16, 2013**. You cannot speak at the Hearing if you previously asked to be excluded from the Settlement.

The Notice of Appearance must be sent to the addresses listed in Question 10.

THE LAWYERS REPRESENTING YOU

**15.      Do I have a lawyer in the case?**

Yes. The Court has appointed the law firm of Saveri & Saveri, Inc. to represent you as "Interim Lead Counsel." You do not have to pay Interim Lead Counsel. If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

**16.      How will the lawyers be paid?**

Class Counsel are not asking for attorneys' fees at this time.  At a future time, Interim Lead Counsel will ask the Court for attorneys' fees not to exceed one-third (33.3%) of this or any future Settlement Fund plus reimbursement of their costs and expenses, in accordance with the provisions of the Settlement Agreement.  Interim Lead Counsel may also request that an amount be paid to each of the Class Representatives who helped the lawyers on behalf of the whole Class.

GETTING MORE INFORMATION

**17.      How do I get more information?**

This Notice summarizes the lawsuit and the Settlement. You can get more information about the lawsuit and Settlement at **www.CRTDirectPurchaserAntitrustSettlement.com,** by calling 1-877-224-3063, or writing to CRT Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 808003, Petaluma CA 94975-8003. Please do not contact JAMS or the Court about this case.

Dated: April 1, 2013                                          BY ORDER OF THE COURT

# EXHIBIT B

THE WALL STREET JOURNAL.    * * * *                                                                                         Friday, April 5, 2013 | B7

## TECHNOLOGY

# T-Mobile Slows Defections, Pushes Merger

BY THOMAS GRYTA

T-Mobile USA reported it slowed subscriber defections in the first quarter, a positive development as the company's bid to merge with MetroPCS Communications Inc. has been thrown into doubt.

The carrier has lost lucrative contract customers to bigger rivals AT&T Inc. and Verizon Wireless—last year alone it lost more than two million such customers.

But in the first quarter, T-Mobile said it lost a net 199,000 contract customers, compared with net losses of $515,000 for the previous quarter and $10,000 for the first quarter of 2012.

The company also said the percentage of customers canceling their contracts, known as churn, dropped to 1.9% in the quarter from 2.5% in the previous three months. It said the churn rate was the lowest since the second quarter of 2008.

Wall Street analysts agreed that the results were much

stronger than expected but had a mixed reading on the overall importance of the data.

Several analysts warned that the numbers were likely helped by customers waiting for Apple Inc.'s iPhone to launch at the carrier, which will happen next week.

Nomura Securities analyst Michael McCormack noted that wireless competition in the quarter was likely slow and may have also tempered any customer movement. He believes "it will be difficult for T-Mobile to show postpaid subscriber growth in a maturing industry."

The report comes as T-Mobile faces stiff opposition from major MetroPCS investors for combination with the pay-as-you-go wireless carrier. T-Mobile agreed last year to merge with MetroPCS, creating a publicly traded company of which T-Mobile parent Deutsche Telekom AG would own 74%. Shareholders will receive about $4 a share in cash and the remaining 26% in the newly merged company.



A shareholder vote is set for next week.

Two major MetroPCS shareholders have been vocal about opposing the deal—P. Schoenfeld Asset Management and Paulson & Co.—arguing for better terms or remaining independent.

The funds own more than 12%

of MetroPCS shares and say the resulting combination will leave investors with stock in an undercapitalized company and a high interest rate on excessive debt.

P. Schoenfeld Asset Management held a conference call for investors Thursday, reiterating its arguments against the deal and pushing for better terms for

## Fewer Defections

T-Mobile's net losses in contract customers, in thousands



'Preliminary
Source: the Company                                    The Wall Street Journal

MetroPCS shareholders. The first-quarter performance figures weren't addressed although officials from the fund contended that MetroPCS has outperformed T-Mobile.

T-Mobile has defended the terms of the deal and expressed confidence that the transaction will succeed in getting share-

holder approval.

Speculation has swirled that Deutsche Telekom would sweeten the terms of the deal since the influential advisory firm Institutional Shareholder Services Inc. said last week that it considered the terms unfavorable for shareholders.

In an interview, Deutsche Telekom spokesman Philipp Kornstadt denied the company is considering altering the deal's structure but noted that a final decision hadn't yet been made.

The complexity of the current terms, involving a stake in a private company and substantial debt to Deutsche Telekom, could leave several options for an altered deal or potentially an entirely new structure.

The prospect of a failed vote leaves Deutsche Telekom with another unsuccessful deal just 15 months after its effort to sell T-Mobile USA to AT&T for $39 billion fell apart under regulatory pressure.

—Archibald Preuschat
contributed to this article.

---

# What Is Facebook 'Home'?

Facebook's new Home software is an overhaul of Google Inc.'s Android mobile operating system. Here are answers to questions about Home:

**What is Facebook Home?**

The new software is more than a Facebook app—think of it as a skin built around the Android platform. Home replaces the smartphone's typical cover screen and instead populates Facebook content, such as photos, messages and status updates. Home still provides access to apps on the phone, but the experience is centered around Facebook.

**How is Home different from the Android interface?**

It boils down to two main features: "Cover Feed and "Chat Heads."

Cover Feed is the screen that appears when a user turns on the phone. Rather than simply showing a clock and a background photo, the Cover Feed displays photos and their captions from Facebook friends. Messages and status updates float on top. Users can swipe through the photos, double tap to "like" them or add comments.

Chat Heads is what Face-

an inbound message from someone—whether a text message or a Facebook message—the sender's Facebook profile photo appears on the screen in a small circle. Users can tap the photo to chat with that person, even when browsing the Web or in another app. More than one "chat head" can appear on the screen. The idea is to provide

Home will be available to download in Google's app store on April 12.

a simpler messaging experience without having to switch back and forth between apps.

Home also comes with a launch menu populated with a users' favorite apps and basic Android apps.

**Is this the "Facebook Phone?"**

Yes and no. Facebook Home is essentially a retooling of the entire smartphone experience on Android devices. In that sense, this is Facebook's version of a "phone"—but at the same time, Facebook hasn't built actual hardware.

example, developers can completely replace the digital keyboard on the phone.

**How do I get Facebook Home?**

Home will be available for download on April 12 in the Google Play store. However, it will initially only be available for certain Android phones: the HTC One X, HTC One X+ and forthcoming HTC One, as well as Samsung Electronics Co.'s Galaxy S III, Galaxy Note II and the forthcoming Galaxy S 4. HTC is also launching a new phone, the HTC First, which will sell for $99.99 at AT&T Inc. stores starting April 12.

Facebook said Home will eventually support more Android devices, including tablets. A slide at Thursday's event showed additional handset makers and partners including Sony Corp., Qualcomm Inc., Huawei Technologies Inc. and Lenovo Group Ltd.

**Is Home Available for the iPhone?**

No. Facebook said it is focusing on Android, characterizing Apple Inc.'s procedures as more restrictive.

—Matthew Lynley

---

ADVERTISEMENT

# Legal Notices

To advertise: 800-366-3975 or WSJ.com/classifieds

CLASS ACTIONS

LEGAL NOTICE

**If You Bought A Cathode Ray Tube ("CRT") or CRT Product, A Class Action Settlement May Affect You. CRT Products Include Televisions or Computer Monitors that contain Cathode Ray Tubes**

A settlement has been reached with a group of defendants in a class action lawsuit involving CRTs and CRT Products. This is the fifth settlement to date. CRT stands for "Cathode Ray Tube." "Cathode Ray Tube (CRT) Products" include Cathode Ray Tubes and finished products that contain a Cathode Ray Tube such as Televisions and Computer Monitors

**What is this lawsuit about?** The lawsuit alleges that Defendants and Co-Conspirators engaged in an unlawful conspiracy to fix, raise, maintain or stabilize the prices of CRTs. Plaintiffs further claim that direct purchasers of televisions and monitors that contain a cathode ray tube from the Defendants may recover for the effect that the cathode ray tube conspiracy had on the prices of televisions and monitors. Plaintiffs allege that, as a result of the unlawful conspiracy, they and other direct purchasers paid more for CRT Products than they would have absent the conspiracy. Defendants deny Plaintiffs' claims.

**Who's included in the settlement?** The Settlement includes all persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product in the United States from any defendant or subsidiary or affiliate thereof ("Settlement Class").

**Who are the Settling Defendants?** A Settlement has been reached with Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. (collectively "Toshiba" or "Settling Defendants"). A complete list of Defendants is set out in the Long Form of Notice available at www.CRTDirectPurchaserAntitrustSettlement.com.

**What does the Settlement provide?** The Settlement provides for the payment of $13,500,000 in cash to the Settlement Class. The Settling Defendants agreed to cooperate with the Plaintiffs in providing certain information about the allegations in the

Complaint. Money will not be distributed to Class members at this time. The lawyers will pursue the lawsuit against the other Defendants to see if any future settlements or judgments can be obtained in the case and then be distributed together, to reduce expenses.

**What are my rights?** If you wish to remain a member of the Settlement Class you do not need to take any action at this time. If you do not want to be legally bound by the Settlement, you must exclude yourself in writing by May 16, 2013, or you will not be able to sue, or continue to sue, the Settling Defendants about the legal claims in this case.

If you wish to comment on or disagree with any aspect of the proposed settlement, you must do so in writing no later than May 16, 2013. The Settlement Agreement, along with details on how to object, is available at www.CRTDirectPurchaserAntitrustSettlement.com. The U.S. District Court for the Northern District of California will hold a Fairness Hearing at 10:00 a.m. on July 23, 2013, at JAMS, Two Embarcadero, Suite 1500, San Francisco, CA 94111. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check the class website for information.

The Court has appointed the law firm of Saveri & Saveri, Inc. to represent Direct Purchaser Class members as Interim Lead Class Counsel. At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable and adequate. If there are objections or comments, the Court will consider them at that time. You may appear at the hearing, but don't have to. We do not know how long these decisions will take. We suggest you contact JAMS or the Court about this case.

This is a Summary Notice. For more details, call toll-free 1-877-224-3063, visit www.CRTDirectPurchaserAntitrustSettlement.com, or write to CRT Direct Settlement, P.O. Box 808060, Petaluma, CA 94975.

# EXHIBIT C



**Cathode Ray Tubes Antitrust Litigation**
**Requests For Exclusion Received (Toshiba Settlement)**

**1) Sharp Corporation**
Sharp Electronics Corporation
Sharp Manufacturing Company of America
Sharp Electronics Manufacturing Company of America

*22-22 Nagaike-Cho*
*Abeno-Ku*
*Osaka, JAPAN 545-8522*
*    and*
*Sharp Plaza*
*Mahwah, NJ 07495*

**2) Costco Wholesale Corporation \***

*999 Lake Dr*
*Issaquah, WA 98027*

**3) Best Buy**
Best Buy Co., Inc.
Best Buy Purchasing, LLC
Best Buy Enterprise Services, Inc.
Best Buy Stores, L.P.
BestBuy.com, LLC
Magnolia Hi-Fi, Inc.

*7601 Penn Avenue South*
*Richfield, MN 55423*

**4) Dell, Inc.**
1397639 Ontario, Inc
26eme Avenue SAS
881229 Alberta ULC
Abu Dabi Branch of PSC Healthcare Software, Inc.
Active Concepts Inc.
Active Concepts PTY
Aelita Software Branch, Moscow
Aelita Software Branch, St. Petersburg
Aelita Software Corporation
Aelita Software Limited (UK)
Alienware Corporation
Alienware Corporation (Pacific Rim), Pty Ltd.
Alienware Labs Corporation
Alienware Latin America, S.A (Renamed Dell Costa Rica SA)
Alienware Limited
AppAssure Technologies Inc
ASAP Software Express Inc.
Aventail Europe Ltd
Aventail LLC
BakBone Software GmbH

BakBone Software India Pvt. Ltd.
BakBone Software Ltd.
BakBone Software Ltd. Russia Branch
BakBone Software SARL
BakBone Software, Inc.
Bearing Point Management Consulting (Shanghai) Ltd.
BitKoo CA LLC
Bluefolder, Inc
Bolts Acq. Corp
Boomi, Inc
Bracknell Boulevard (Block C) L.L.C.
Bracknell Boulevard (Block D) L.L.C.
Bracknell Boulevard Management Company Limited
Branch of Dell (Free Zone Company L.L.C.)
Canada Branch of Perot Systems Corporation
Change Base Ltd
Charonware s.r.o
Clerity Solutions, Inc.
Coldspark, Inc.
Compellent Technologies France Sarl
Compellent Technologies Germany GmbH
Compellent Technologies Inc.
Compellent Technologies International Ltd.
Compellent Technologies Italy Srl
Compellent Technologies Netherlands BV
Corporacion Dell de Venezuela SA
Credant Technologies International, Inc
Credent Technologies Belgium, Inc.
Credent Technologies GmbH
Credent Technologies, Inc.
Credent Technologies UK
Credent Technologiesm UK (Branch of Credent Technologies, Inc.)
CSCAN Acquisition Corp.
DCC Executive Security Inc.
Dell (Chengdu) Company Limited
Dell (China) Company Limited
Dell (China) Company Limited, Beijing Branch
Dell (China) Company Limited, Beijing Liaison Office
Dell (China) Company Limited, Chengdu Branch
Dell (China) Company Limited, Chengdu Liaison Office
Dell (China) Company Limited, Dalian Branch
Dell (China) Company Limited, Guangzhou Branch
Dell (China) Company Limited, Guangzhou Liaison Office
Dell (China) Company Limited, Hangzhou Liaison Office
Dell (China) Company Limited, Nanjing Liaison Office
Dell (China) Company Limited, Shanghai Branch
Dell (China) Company Limited, Shanghai Liaison Office
Dell (China) Company Limited, Shenzhen Liaison Office
Dell (China) Company Limited, Xiamen Branch
Dell (PS) BV (f.k.a. Perot Systems Nederland B.V.)
Dell (Switzerland) GmbH
Dell (Xiamen) Company Limited
Dell (Xiamen) Company Limited, Dalian Branch
Dell A.B.
Dell A.S.
Dell A/S
Dell America Latina Corp
Dell America Latina Corp., Argentina Branch

Dell Asia B.V.
Dell Asia Holdings Pte. Ltd.
Dell Asia Pacific Sdn Bhd (Pakistan Liaison Office)
Dell Asia Pacific Sdn.
Dell Asia Pacific Sdn. Philippines Representative Office
Dell Asia Pte. Ltd.
Dell Asset Revolving Trust
Dell Asset Securitization GP L.L.C.
Dell Asset Securitization Holding L.P.
Dell Australia Pty. Limited
Dell B.V.
Dell B.V., Taiwan Branch
Dell Canada, Inc.
Dell Columbia Inc.
Dell Columbia Inc., Columbia Branch
Dell Computadores do Brasil Ltda.
Dell Computer (Proprietary) Ltd
Dell Computer de Chile Ltda.
Dell Computer EEIG
Dell Computer Holdings L.P.
Dell Computer International (II) - Comercio de Computadores Sociedade Unipessoal Lda
Dell Computer S.A.
Dell Computer Services de Mexico SA de CV
Dell Computer spol. Sro
Dell Conduit Funding L.P.
Dell Conduit GP L.L.C.
Dell Coroporation (Thailand) Co., Ltd.
Dell Corporation Limited
Dell Corporation Limited - Northern Ireland Place of Business
Dell DFS Canada Inc.
Dell DFS Corporation
Dell DFS Holdings Kft.
Dell DFS Holdings L.L.C.
Dell DFS Ltd
Dell DFS Ltd. - Spain Branch
Dell Direct
Dell Distribution (EMEA) Limited External Company (Ghana) [renamed Dell Emerging Markets]
Dell Distribution Maroc (Succ)
Dell Emerging Market (EMEA) Ltd (Russia Representitive Office)
Dell Emerging Markets (EMEA) Limited
Dell Emerging Markets (EMEA) Limited - Egypt Representative Office
Dell Emerging Markets (EMEA) Limited - Representative Office
Dell Emerging Markets (EMEA) Limited - Representative Office (Jordan)
Dell Emerging Markets (EMEA) Limited - Representative Office (Rebublic of Croatia)
Dell Emerging Markets (EMEA) Limited (Kazikhstan Representative Office)
Dell Emerging Markets (EMEA) Limited (Uganda Representative Office)
Dell Emerging Markets (EMEA) Limited Magyarorszagi Kereskedelmi Kepviselet - Rep.Office
Dell Emerging Markets (EMEA) Limited Representative Office - Lebanon
Dell Emerging Markets (EMEA) Limited Trade Representative Office (Bulgaria)
Dell Equipment Funding L.P.
Dell Equipment GP L.L.C.
Dell Export Sales Corporation
Dell Federal Systems Corporation
Dell Federal Systems GP L.L.C.
Dell Federal Systems L.P.
Dell Federal Systems LP L.L.C.
Dell Financial Services L.L.C.
Dell Funding L.L.C.

Dell FZ - LLC
Dell FZ - LLC -- Bahrain Branch
Dell FZ - LLLC -- Qatar Branch
Dell Gesm.b.H.
Dell Global B.V.
Dell Global B.V., Singapore Branch
Dell Global Business Center Sdn. Bhd.
Dell Global BV (Bangladesh Representative Office)
Dell Global BV (Indonesia Representative Office)
Dell Global BV (Pakistan Liaison Office)
Dell Global BV (Philippines Representative Office)
Dell Global BV (Sri-Lanka Representative Office)
Dell Global BV (Vietnam Representative Office), renamed Dell Global BV (Hanoi Representative Office)
Dell Global Holdings II B.V.
Dell Global Holdings III B.V.
Dell Global Holdings III L.P.
Dell Global Holdings IV L.L.C
Dell Global Holdings IX L.L.C
Dell Global Holdings L.L.C
Dell Global Holdings Ltd.
Dell Global Holdings VI L.L.C
Dell Global Holdings VII L.L.C
Dell Global Holdings VIII L.L.C
Dell Global Holdings X L.L.C
Dell Global International BV
Dell Global Procurement Malaysia Sdn. Bhd.
Dell Global Pte. Ltd.
Dell GmbH
Dell Guatemala Ltda.
Dell Halle GmbH
Dell Honduras S de RL de CV
Dell Hong Kong Limited
Dell Hungary Technology Solutions Trade LLC
Dell III -- Comercio de Computadores, Unipessoal LDA
Dell India (Sales & Marketing) Private Limited
Dell India Private Ltd.
Dell Information Technology (Hunan) Company Limited
Dell Information Technology (Kunshan) Company Limited
Dell International Holdings I L.L.C.
Dell International Holdings IX B.V.
Dell International Holdings Kft.
Dell International Holdings SAS
Dell International Holdings VIII B.V.
Dell International Holdings X B.V.
Dell International Holdings XII Cooperatoef U.A.
Dell International Inc.
Dell International L.L.C.
Dell International Services India Private Limited (f.k.a. Perot Systems TSI (India) Private Limited)
Dell International Services SRL
Dell Internatonal Services Philippines Inc.
Dell Japan Inc.
Dell L.L.C.
Dell Marketing Corporation
Dell Marketing GP L.L.C.
Dell Marketing L.P.
Dell Marketing LP L.L.C.
Dell Mexico, S.A. de C.V.
Dell N.V.

Dell New Zealand Limited
Dell Panama S. de R.L.
Dell Peru, SAC
Dell Procurement (Xiamen) Company Limited
Dell Procurement (Xiamen) Company Limited, Shanghai Branch
Dell Procurement (Xiamen) Company Limited, Shenzhen Liaison Office
Dell Product and Process Innovation Services Corp.
Dell Products
Dell Products (Europe) B.V.
Dell Products (Poland) Sp. Z o.o
Dell Products Corporation
Dell Products GP L.L.C.
Dell Products L.P.
Dell Products LP L.L.C.
Dell Products Manufacturing Ltd.
Dell Protective Services Inc.
Dell Puerto Rico Corp.
Dell Quebec Inc.
Dell Receivables Corporation
Dell Receivables GP L.L.C.
Dell Receivables LP
Dell Receivables LP L.L.C.
Dell Research
Dell Revolver Company L.P.
Dell Revolver Funding L.L.C.
Dell Revolver GP L.L.C.
Dell S.A.
Dell S.A.
Dell S.p.A.
Dell s.r.o.
Dell SA
Dell Sales Malaysia Sdn Bhd
Dell SAS
Dell Services (China) Company Limited
Dell Services Federal Government, Inc. (fka Perot Systems Government Services, Inc)
Dell Services GmbH (FKA. Perot Systems (Germany) GmbH)
Dell Services S.r.L.
Dell Singapore Pte. Ltd.
Dell Services Pte. Ltd. (f/k/a Perot Systems (Singapore) Pte. Ltd.)
DELL SOLUTIONS (UK) LTD
Dell Sp.z.o.o.
Dell Taiwan B.V.
Dell Taiwan B.V., Taiwan Branch
Dell Technology & Solutions (Nigeria) Limited
Dell Technology & Solutions Israel Ltd.
Dell Technology & Solutions Ltd. (Formerly Original Solutions Limited)
Dell Technology Products and Services S.A
Dell Technology Services Inc. S.R.L.
Dell Teknoloji Limited Serketi
Dell Trinidad and Tobago Limited
Dell USA Corporation
Dell USA GP L.L.C.
Dell USA LP
Dell USA LP L.L.C.
Dell World Trade Corporation
Dell World Trade GP L.L.C.
Dell World Trade L.P.
Dell World Trade LP L.L.C.

DFS BV
DFS Equipment Holdings, L.P.
DFS Equipment Remarketing LLC
DFS Funding L.L.C.
DFS-SPV L.L.C.
DIH IX CV
DIH VI CV
DIH VII CV
DIH VIII CV
DIH X CV
EqualLogic Japan Company Limited
Fastlane Technologies Corporation
Fastlane Technologies UK
Force10 International, Ltd.
Force10 Networks (Shanghai) Ltd.
Force10 Networks Australia Pty. Ltd.
Force10 Networks Germany (Branch)
Force10 Networks Global, Inc.
Force10 Networks Hong Kong (Branch)
Force10 Networks India Pvt. Ltd.
Force10 Networks International, Inc.
Force10 Networks KK
Force10 Networks Korea YH
Force10 Networks Ltd.
Force10 Networks Malaysia (Branch)
Force10 Networks Singapore Pvt. Ltd.
Force10 Networks Spain (Rep Branch)
Force10 Networks, Inc.
Fresh Dew Investments Ltd.
Fvision Acquisition Corp
Gale Networks Private Limited
Gale Technologies, Inc.
Imceda Software Australia Pty, Ltd.
Imceda Software Inc
Imceda Technologies Pty, Ltd.
Invirtus, Inc.
Lecco Technology (UK) Limited
Lecco Technology Inc.
Lecco Technology, Inc. (USA)
License Technologies Group, Inc.
LLC Dell Ukraine
Lumenare Networks Mauritius Ltd.
Magnum Technologies, Inc.
Make Technologies Inc.
Messagewise
Muretia Investments Ltd
NetPro Computing Canada, Inc.
NetPro Computing France, Inc
NetPro Computing Germany, Inc.
NetPro Computing UK, Inc.
NetPro Computing, Inc.
NetPro Engineering, Inc.
NetPro Europe Branch
NetPro Europe, Inc.
NetPro France Branch
NetPro Germany Branch
NetPro UK Branch
Ocarina Networks India Pvt. Ltd.

OptiGrowth Capital Sarl
Oy Dell A.B.
PacketTrap Networks, Inc.
PassGo Technologies Ltd
PassGo Technologies Trustees Ltd
Perot Systems (Malaysia) Sdn. Bhd.
Perot Systems (Shanghai) Consulting Co., Limited
Perot Systems (Singapore) Pte. Ltd.
Perot Systems (Switzerland) GmbH
Perot Systems (UK) Ltd.
Perot Systems Application Solutions Inc.
Perot Systems B.V.
Perot Systems Communications Services, Inc.
Perot Systems Corporation
Perot Systems Europe Limited
Perot Systems Government Healthcare Solutions, Inc.
Perot Systems Government Solutions, Inc.
Perot Systems Healthcare Solutions, Inc.
Perot Systems Holdings Pte. Ltd.
Perot Systems Investments B.V.
Perot Systems Revenue Cycle Solutions, Inc.
Perot Systems TSI (Bermuda) Ltd.
Perot Systems TSI (Hungary) Liquidity Management LLC
Perot Systems TSI (Mauritius) Pvt. Ltd.
Perot Systems TSI (Middle East) FZ-LLC
Perot Systems TSI (Netherlands) B.V.
PrSM Corporation
PSC GP Corporation
PSC Healthcare Software, Inc.
PSC LP Corporation
PSC Management Limited Partnership
PSM Holdings 1, Inc.
PSM Holdings 2, Inc
PSM Holdings 1, L.L.C.
PSM Holdings 2 L.L.C.
PT Dell Indonesia
Q.S.I. Quest Software Israel Limited
QSFT India Private Ltd. Inc.
QSFT Svenska AB
QSS Group, Inc
Quest Acquisition Corporation
Quest Holding Company, LLC
Quest Holdings Sarl
Quest Java Support Center, BV
Quest New Zealand Ltd
Quest Public Sector Inc.
Quest Scandanavia AS
Quest Software (UK) Ltd.
Quest Software (Zhuhai) Ltd.
Quest Software Beijing Company Limited
Quest Software Belgium
Quest Software Canada, Inc.
Quest Software Company Limited
Quest Software Espana, SL
Quest Software France Sarl
Quest Software Gmbh
Quest Software Greater China Limited
Quest Software Int'l Limited

Quest Software Italia Srl
Quest Software Japan Ltd
Quest Software Korea Ltd.
Quest Software Limited (Lecco HK)
Quest Software Mexico S. de R.L. de C.V.
Quest Software Netherlands B.V.
Quest Software Norge S/A
Quest Software Pty, Ltd.
Quest Software Public Sector Inc
Quest Software Sales Sdn Bhd
Quest Software Singapore Pty Limited
Quest Software Switzerland Gmbh
Quest Software, Inc.
Quest Software, Ltd.
QuickCyckem Inc.
QuikCycle Inc.
Safari I, Inc.
Safari II GP LLC
Safari II, Inc.
Safari Limited II LP
Safari Limited Partnership
ScriptLogic Australia
ScriptLogic Corporation
Secure Works Holding Corp.
Secure Works Inc.
Secure Works UK Ltd.
Secure Works UK Ltd. - Finland Branch
Smarsh CRM Service, Inc.
Smarsh Inc.
Software Ltd Russia Rep Office
SonicWALL AG
SonicWALL BV
SonicWALL BV - Australia Branch
SonicWALL BV - Beijing Rep. Office
SonicWALL BV - Belgium Branch
SonicWALL BV - Canada Branch
SonicWALL BV - Dubai Branch
SonicWALL BV - France Branch
SonicWALL BV - Germany Branch
SonicWALL BV - Hong Kong Branch
SonicWALL BV - India Branch
SonicWALL BV - Ireland Branch
SonicWALL BV - Japan Branch
SonicWALL BV - Korea Branch
SonicWALL BV - Singapore Branch
SonicWALL BV - Spain Branch
SonicWALL BV  - Sweden Branch
SonicWALL BV - Taiwan Branch
SonicWALL BV - UK Branch
SonicWALL Infosecurity Private Limited
SonicWALL L.L.C.
SonicWALL Mexico, S de RL de CV
SonicWall Services Private Limited
SonicWALL Shanghai Limited
SonicWALL, Inc.
Support Center, BV (pka Sitraka)
Surgient, Inc
Symlabs Espana, S.L.

Symlabs Inc.
Symlabs S.A. Portugal
Transaction Applications Group Inc.
Trellia Networks, Inc.
Turin Networks India Pvt. Ltd.
Turin Networks International, Inc.
TXZ Holding Company Limited
Vintela Australia Pty., Ltd
Vintela Pty, Ltd.
Vintela, Inc.
VirtualFabrix Inc.
Vizioncore
Vkernel Corp.
Wedgetail Communications Inc.
Wyse Australia Pty. Ltd Australia
Wyse International, Inc.
Wyse International, L.L.C.
Wyse Technology (Beiging) Co. Ltd China
Wyse Technology (Canada) Ltd.
Wyse Technology (UK), LTD
Wyse Technology Gmbh Germany
Wyse Technology Holdings (Cayman) Ltd.
Wyse Technology Inc.
Wyse Technology International B.V.
Wyse Technology KK Japan
Wyse Technology L.L.C.
Wyse Technology Ltd Taiwan
Wyse Technology SA France
Wyse Technology Sales & Marketing India Private Ltd.
Wyse Technology Singapore Pte Ltd
Wyse Technology China (HK) Ltd.
Wyse Technology S.A de C.V.
Wyse Technology Software Development India Private Ltd.

*One Dell Way*
*Round Rock, TX 78682*

**5) Circuit City Stores, Inc. Liquidating Trust**

*Jonathan J. Ross*
*SUSMAN GODFREY L.L.P.*
*1000 Louisiana Street, Suite 5100*
*Houston, Texas 77002*

*Counsel for Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust.*

**6) Unisys Corporation**

*801 Lakeview Drive Ste 100*
*Blue Bell, PA 19422*

**7)  Tech Data Corporation**

AKL Telecommunications GmbH
Azlan European Finance Limited
Azlan GmbH
Azlan Group Limited
Azlan Limited
Azlan Logistics Limited
Azlan Overseas Holdings Ltd.
Azlan Scandinavia AB

Battrex B.V.
Computer 2000 Distribution Ltd.
Computer 2000 Publishing AB
Datatechnology Datech Ltd.
Datech 2000 Ltd.
Expander Express AB
Expander Informatic AB
Expander Technical AB
Frontline Distribution Ltd.
Frontline Distribution (Ireland) Ltd.
Hakro-Ooseterberg-Nijkerk B.V.
Horizon Technical Services (UK) Limited
Horizon Technical Services AB
Hotlamps Limited
Managed Training Services Limited
Maneboard Ltd
Maverick Presentation Products Limited
ProDesk N.V
Quadrangle Technical Services Limited
Screen Expert Limited UK
TD Brasil, Ltda
TD Facilities, Ltd. (Partnership)
TD Fulfillment Services, LLC
TD Tech Data AB
TD Tech Data Portugal Lda
TD United Kingdom Acquisition Limited
Tech Data (Netherlands) B.V.
Tech Data (Schweiz) GmbH
Tech Data bvba/sprl
Tech Data Canada Corporation
Tech Data Chile S.A.
Tech Data Colombia S.A.S.
Tech Data Corporation ("TDC")
Tech Data Denmark ApS
Tech Data Deutschland GmbH
Tech Data Distribution s.r.o.
Tech Data Education, Inc.
Tech Data Espana S.L.U.
Tech Data Europe GmbH
Tech Data Europe Services and Operations, S.L.
Tech Data European Management GmbH
Tech Data Finance Partner, Inc.
Tech Data Finance SPV, Inc.
Tech Data Financing Corporation
Tech Data Finland OY
Tech Data Florida Services, Inc.
Tech Data France Holding Sarl
Tech Data France SAS
Tech Data GmbH & Co OHG
Tech Data Information Technology GmbH
Tech Data Global Finance LP
Tech Data International Sárl
Tech Data Italia s.r.l.
Tech Data Latin America, Inc.
Tech Data Ltd
Tech DataLuxembourg Sárl
Tech Data Management GmbH
Tech Data Marne SNC

Tech Data Mexico S. de R.L. de C.V.
Tech Data Midrange GmbH
Tech Data Nederland B.V.
Tech Data Norge AS
Tech Data Operations Center, SA
Tech Data Österreich GmbH
Tech Data Peru S.A.C.
Tech Data Polska Sp.z.o.o.
Tech Data Product Management, Inc.
Tech Data Resources, LLC
Tech Data Service GmbH
Tech Data Servicios, S. de R.L. de C.V.
Tech Data Strategy GmbH
Tech Data Tennessee, Inc.
Tech Data Uruguay S.A.
Triade Holding B.V.
Triade Rosenmeier Electronics AS

*5350 Tech Data Drive*
*Clearwater, FL 33760*

**8) Sysco Corporation**

*1390 Enclave Parkway*
*Houston, TX  77077*

**9) NECO Alliance LLC**
Aitoro Appliance Co., Inc.
Appliance Dealers Cooperative Inc.
Dynamic Marketing, Inc.
Intercounty Appliance Corp.
Nationwide of Connecticut, Inc.
New England Appliance & Electronics Group, Inc.

*620 Route 25A, Suite D*
*Mount Sinai, NY  11766*

**10) P.C. Richard & Son Long Island Corporation**
P.C. Richard & Son Long Island Corporation
A.J. Richard & Sons, Inc.
P.C Ricard & Son, LLC
P.C. Richard Service Company
Alfred Reliable Appliances, Inc.
Reliable Richard's Service Corp.
AGP Services Corp.
Two Guys Ventures Corp.
A.J. Staten Island, LLC
P.C. Deer Park, LLC
P.C. 185 Price Parkway, LLC
P.C. 1574, Inc.
P.C. 1574 Milford, LLC
P.C. Lawrenceville, LLC
P.C. Brick 70, LLC
P.C. Richard & Son Connecticut, LLC

*150 Price Parkway*
*Farmingdale, NY 11735*

**11) MARTA Cooperative of America, Inc**.

> *515 East Carefree Hwy #1140*
> *Phoenix, AZ 85085*

**12)  ABC Appliance, Inc.**
d/b/a ABC Warehouse
> *1 West Silverdone Industrial Park*
> *Pontiac, MI 48342*

**13)  Electrograph Systems, Inc.**
Electrograph Systems, Inc
International Computer Graphics, Inc.
ActiveLight, Inc.
CineLight Corporation
Manchester Technologies, Inc.
Machester Equipment Co. Inc.
Champion Vision, Inc.
Coastal Office Products, Inc.
Electrograph Technologies Corp.

> *53 Lakeside Drive*
> *Rockville Ctr., NY  11570*

**14)  CompuCom Systems, Inc.**

> *CompuCom Systems, Inc.*
> *7171 Forest Lane*
> *Dallas, TX 75230*

**15) Office Depot, Inc.**
1   Office Depot Asia Holding Limited
2   Office Depot BA SAS (f.k.a. Guilbert France S.AS.)
3   Office Depot BVBA (f.k.a. Guilbert Belgium BVBA)
4   Office Depot Brasil Limitada (inactive)
5   Office Depot Brasil Participacoes Limitad
6   Office Depot Centro America, SA de CV
7   Office Depot Chile Limitada (inactive)
8   Office Depot Cyprus Limited (f.k.a Claigan Ltd.)
9   Office Depot Delaware Overseas Finance No. 1, LLC (f.k.a Office Depot Delaware Overseas Finance No. 1, Inc.)
10  Office Depot de Mexico SA de CV
11  Office Depot Deutschland GmbH (f.k.a Guilbert Deutschland GmbH)
12  Office Depot France SNC (f.k.a Office Depot France SAS)
13  Office Depot Hungary Kft (f.k.a Elso Iroda Superstore Kft.)
14  Office Depot, Inc.
15  Office Depot International BVBA
16  OD International (Luxembourg) Finance
17  Office Depot, B.V. (formerly Guilbert Netherland BV)
18  Office Depot Cooperatief W.A.
19  Office Depot Europe B.V.
20  Office Depot Europe Holdings Ltd.
21  Office Depot GmbH + Switzerland
22  Office Depot Holding GmbH + Switzerland
23  Office Depot Holdings Ltd.
24  Office Depot Holdings 2 Ltd.
25  Office Depot Holdings 3 Ltd.
26  Office Depot International B.V.

27  Office Depot International (UK) Ltd.
28  Office Depot Ireland Limited (f.k.a Guilbert Ireland Ltd)
29  Office Depot (Israel) Ltd.
30  Office Depot Italia S.r.l.
31  Office Depot Japan Limited
32  Office Depot Korea Limited (f.k.a Best Office Co., Ltd.)
33  Office Depot Latin American Holdings B.V.
34  Office Depot MDF SNC
35  Office Depot NA B.V.
36  Office Depot N.A. Shares Services LLC
37  Office Depot Netherland B.V. (f.k.a Office Depot International, B.V.) (f.k.a Viking Direct (Holdings) B.V.)
38  Office Depot Network Technology Ltd.
39  Office Depot (Operations) Holding B.V. (f.k.a Guilbert Trademarks B.V.)
40  Office Depot Overseas Limited
41  Office Depot Overseas Holding Limited
42  Office Depot Overseas 2 Limited
43  Office Depot Poland Sp Z.O.o. (f.k.a Fontinalis)
44  Office Depot Private Limited
45  Office Depot Procurement and Sourcing (Schenzhen) Company Ltd. Or translated: Office Depot
        Merchandising (Shenzhen) Company Ltd.
46  Office Depot Puerto Rico, LLC
47  Office Depot SAS (f.k.a Guilbert SAS)
48  Office Depot Service Center SRL
49  Office Depot Service - und BeteiligungsGmbH&Co.KG
50  Office Depot s.r.o. (f.k.a Papririus s.r.o.)
51  Office Depot S.L. (f.k.a Guilbert Espana S.L.)
52  Office Depot Tokumei Kumiai
53  Office Depot UK Limited (f.k.a Guilbert UK Ltd)
54  Office Depot - Viking Holdings B.V.
55  2300 South Congress LLC
56  4Sure.com, Inc.
57  AGE Kontor & Data AB
58  AsiaEC.com Limited
59  BizDepot, LLC (inactive)
60  Centro de Apoyo Caribe SA de CV
61  Centro de Apoyo SA de CV
62  Computers4Sure.com, Inc.
63  Curry's Limited
64  Deo Deo Tokumei Kumiai
65  eOffice Planet India Private Limited
66  Erial BQ S.A.
67  Europa S.A.S.
68  Gosta Hansson & Co AB
69  Guibert Beteiligungsholding GmbH
70  Guilbert International B.V.
71  Guilbert Luxembourg S.AR.L.
72  Guilbert UK Holdings Ltd
73  Guilbert UK Pension Trustees Ltd
74  HC Land Company LLC
75  Helge Dahnberg AB + Sweden
76  Heteyo Holdings B V.
77  Hutter GmbH
78  Japan Office Supplies, LLC
79  Kontorsfackhandlarna Stockholm AB + Sweden
80  Kontorsgruppen i Sverige AB + Sweden
81  NEWGOH Immobilienverwaltung GmbH
82  Neighborhood Retail Development Fund, LLC (inactive)
83  Niceday Distribution Centre Ltd

**84** North American Card and Coupon Services, LLC
**85** Notus Aviation, Inc.
**86** OD Acquisition Canada ULC
**87** OD Aviation, Inc.
**88** OD Colombia Ltda
**89** OD El Salvador, Ltda. De C.V.
**90** OD France, LLC
**91** ODV France, LLC
**92** ODG Caribe SA de CV (f.k.a Urguguay Cia. Papelera, SA de CV)
**93** OD Guatemala y Compania. Limitada
**94** OD Honduras S de RL
**95** OD International, Inc.
**96** OD International Holdings CV
**97** OD International (Luxembourg) Holdings S.A.R.L.
**98** OD International (Luxembourg) Participation S.A.R.L.
**99** OD Management SNC
**100** OD Medical Solutions LLC
**101** OD of Texas, LLC (f.k.a OD of Texas Inc.)
**102** ODPanamaSA
**103** OD S.N.C.
**104** ODST, LLC (inactive)
**105** OD Tressorerie (f.k.a om S.N.C)
**106** Office 1 Ltd
**107** Office 1 (1995) Ltd
**108** Office Club, Inc.
**109** OfficeSupplies.com, Inc.
**110** Office Town, Inc. (inactive)
**111** Papirius Kft.
**112** Pappersnabben i Malmo AB + Sweden
**113** Patitucci Ltd.
**114** Reliable Uk Ltd
**115** Ritma AB + Sweden
**116** S.A.R.L.
**117** Servicios Administrativos Office Depot SAdeCV
**118** Servicios y Material De Escritorio S.L.
**119** Solutions4Sure.com, Inc.
**120** Stitching Office Depot Charity for Children
**121** Swinton Avenue Trading Limited, Inc.
**122** Viking Direct B.V.
**123** Viking Direct (Holdings) Limited
**124** Viking Direct (Ireland) Limited (f.k.a Viking Direct (Ireland) Limited; then Office Depot International (Ireland)
       Limited -new change effective as of 912004
**125** Viking Direct S.A.R.L.
**126** Viking Direkt GesmbH
**127** Viking Finance (Ireland) Limited
**128** Viking Office Products, Inc.
**129** Viking Office Products KK
**130** Viking Office Products S.r.l. (f.k.a Viking Direct Srl)
**131** VOP (Ireland) Limited
**132** VPC System S.r.l. (inactive)

*6600 N. Military Trail*
*Boca Raton, FL 33496*

**16) Sears**

Sears, Roebuck and Co.
Sears Holdings Corporation
Sears Holdings Management Corporation

Kmart Corporation
Kmart Management Corporation
Kmart Holdings Corporation

*3333 Beverly Road*
*Hoffman Estates, IL  60179*

**17) Interbond Corporation of America**
d/b/a BrandsMart USA

*3200 SW 42nd St.*
*Hollywood, FL 33312*

**18) Tweeter Entities and Affiliates**
Tweeter Newco, LLC
Tweeter Opco, LLC
Tweeter Intellectual Property, LLC
Tweeter Tivoli, LLC
Tweeter Home Entertainment Group, Inc.
Sound Advice, Inc d/b/a Sound Advice and Showcase Home Entertainment
Hifi Buys Incorporated
Tweeter Etc.
Douglas TV & Appliance, Inc
Douglas Audio Video Centers, Inc.
United Audio Centers, Inc
Sumarc Electronics Incorporated d/b/a NOW! Audio Video
Bryn Mawr Radio and Television, Inc.
The Video Scene, Inc. d/b/a Big Screen City
Hillcrest High Fidelity, Inc d/b/a/ Hillcrest Audio
DOW Stereo/Video, Inc
Home Entertainment of Texas, Inc
SMK Marketing, Inc. d/b/a/ Audio Video Systems
Sound Advice of Arizona, Inc.
New England Audio Co., Inc.
NEA Deleware, Inc.
THEG USA L.P.
Showcase Home Entertainment

*Schultz Agency Services, LLC*
*c/o Schultze Asset Management, LLC*
*3000 Westchester Avenue, Suite 204*
*Purchase, NY 10577*

**19) Mivar di Carlo Vichi e C.S.A.S.**
*Via Ambrogio da Fossano Bergognone, No. 65*
*20144 Milan*
*Italy*

**20) ViewSonic Corporation**
ViewSonic Corporation
*381 Brea Canyon Road*
*Walnut, CA  91789*

ViewSonic International Corporation
*9F, No. 192, Lien Chen Road*
*Chung Ho, 235, Tapiei, Taiwan*

ViewSonic Display Limited

*Level 28, Three Pacific Place*
*1 Queen's Road East, Hong Kong*

ViewSonic Hong Kong Limited
*c/o Kai Tak Commercial Building*
*161 Connaught Road Central*
*Rooms 1905-8, 19th Floor*
*Hong Kong*

**21) Target Corporation**
*1000 Nicollet Mall*
*Minneapolis, MN  55403*

**22) Apple, Inc**
Apple Inc.
Apple Operations
Apple Operations Europe (f/k/a Apple Computer Limited)
Apple Operations Europe (f/k/a Apple Computer Limited) (Singapore branch)
Apple Computer International
Apple Computer Inc.

*1 Infinite Loop*
*Cupertino, CA 95014*

**23) Hewlett-Packard Company**
Agilent Technologies, Inc.
Apollo Computer (Canada) Ltd.
Apollo Computer (UK) Ltd.
Apollo World Trade, Inc.
Arrendadora Hewlett-Packard S.A. de C.V.
Banque de Savoie S.A.
Bombini Investment N.V.
BT&D Technologies Ltd.
CB Pierre
China Hewlett-Packard (Shenzhen) Company, Ltd.
China Hewlett-Packard Company, Ltd.
CoCreate Software GmbH
CoCreate Software Ltd.
CoCreate Software, Inc.
Colorado Memory Systems Europe Ltd.
Compaq Canada Corp.
Compaq Computer (India) Private Ltd.
Compaq Computer (Proprietary) Ltd.
Compaq Computer (Schweiz) GmbH
Compaq Computer (Shanghai) Co. Ltd.
Compaq Computer (Thailand) Ltd.
Compaq Computer AB
Compaq Computer ApS
Compaq Computer Asia Pte. Ltd.
Compaq Computer Australia Pty. Ltd.
Compaq Computer B.V.
Compaq Computer BDG GmbH
Compaq Computer Carribbean, Inc.
Compaq Computer Corporation
Compaq Computer Corporation Malaysia Sdn. Bhd.
Compaq Computer d.o.o.
Compaq Computer Egypt Ltd.
Compaq Computer EPE

Compaq Computer Espana S.L.
Compaq Computer FZE
Compaq Computer Ireland Ltd.
Compaq Computer Isle of Man Ltd.
Compaq Computer K.K.
Compaq Computer Ltd.
Compaq Computer Manufacturing Ltd.
Compaq Computer Norway AS
Compaq Computer NWA SARL
Compaq Computer Philippines, Inc.
Compaq Computer Portugal, Ltda
Compaq Computer Romania SRL
Compaq Computer S.r.l.
Compaq Computer s.r.o
Compaq Computer Slovakia s.r.o.
Compaq Computer Spool z.o.o.
Compaq Computer Taiwan Ltd.
Compaq Computer Ticaret A.S.
Compaq Computer Vietnam Ltd.
Compaq Financial Services Arrendamento Mercantil S.A.
Compaq Latin America Corporation
Compaq S. de R.L. de C.V.
Compaq Technologies (Australia) Proprietary Ltd.
Compaq Trademark B.V.
Computer Insurance Company
Convex Computer (China) Inc.
Convex Computer AG
Convex Computer Australia Pty Ltd.
Convex Computer Australia Pty. Ltd.
Convex Computer B.V.
Convex Computer Barbados Ltd.
Convex Computer Canada Ltd.
Convex Computer Corporation
Convex Computer GmbH
Convex Computer Japan K.K.
Convex Computer Ltd.
Convex Computer Pte. Ltd.
Convex Computer S.p.A.
Convex International, Inc.
Convex S.A.
Convex S.p.A.
CP Pierre
CPQ Holdings, LLC
debis Systemhaus sfi GmbH
Digital Equipment China Ltd.
Edisa Hewlett-Packard S.A.
EEsof GmbH
EEsof K.K.
Eesof Pte. Ltd.
ElseWare Corporation
Enterpirse Integration Technologies Corporation
Ericsson Hewlett-Packard S.A.R.L.
Ericsson Hewlett-Packard Telecommunications AB
Fleet Systems, Inc.
Geneva Investments N.V.
Grupo Hewlett-Packard Latin America S.A. de C.V.
Grupo Latin America Hewlett-Packard S.A.
Hanover Asia Pacific Investments Ltd.

HCL Hewlett-Packard Ltd.
Heartstream, Inc.
Hewlett-Packard (Canada) Co.
Hewlett-Packard (Canada) Ltd.
Hewlett-Packard (China) Investment Co., Ltd.
Hewlett-Packard (China) Investment Ltd.
Hewlett-Packard (Egypt) Ltd.
Hewlett-Packard (India) Private Ltd.
Hewlett-Packard (India) Software Operation Pte. Ltd.
Hewlett-Packard (M) Sdn. Bhd.
Hewlett-Packard (Malaysia) Sdn. Bhd.
Hewlett-Packard (Manufacturing) Ltd.
Hewlett-Packard (Nigeria) Limited
Hewlett-Packard (Romania SRL)
Hewlett-Packard (Schweiz) AG
Hewlett-Packard (Schweiz) GmbH
Hewlett-Packard (Slovakia) s.r.o
Hewlett-Packard (South Africa) (Proprietary) Ltd.
Hewlett-Packard (Thailand) Limited
Hewlett-Packard (Thailand) Ltd.
Hewlett-Packard 1997 South Africa (Proprietary) Ltd.
Hewlett-Packard A/S
Hewlett-Packard AO
Hewlett-Packard AP (Hong Kong) Limited
Hewlett-Packard ApS
Hewlett-Packard Argentina S.A.
Hewlett-Packard Argentina S.R.L.
Hewlett-Packard Arrendamento Mercantil S.A.
Hewlett-Packard Asia Pacific Limited
Hewlett-Packard Asia Pacific Ltd.
Hewlett-Packard Asia Pacific Pte. Ltd.
Hewlett-Packard Australia Finance Ltd.
Hewlett-Packard Australia Group Holdings Pty Ltd.
Hewlett-Packard Australia Holdings Pty Ltd.
Hewlett-Packard Australia Ltd.
Hewlett-Packard Australia Pty. Ltd.
Hewlett-Packard Avantek Ltd.
Hewlett-Packard Belgium BVBA/SPRL
Hewlett-Packard Belgium S.A./N.V.
Hewlett-Packard Belgium S.P.R.L./B.V.B.A.
Hewlett-Packard Bermuda Enterprises, LLC
Hewlett-Packard Bilgisayer ve Olcum Sistemleri AS
Hewlett-Packard Brasil Ltda.
Hewlett-Packard Brasil S.A.
Hewlett-Packard Bulgaria EooD
Hewlett-Packard Canada (Realty)
Hewlett-Packard Canada Investment Inc.
Hewlett-Packard Caribe B.V.
Hewlett-Packard Caribe Ltd.
Hewlett-Packard Centre de Competence, SAS
Hewlett-Packard Centre De Competences, France
Hewlett-Packard Chesapeake Inc.
Hewlett-Packard Chile 2, Comercial Ltda
Hewlett-Packard Chile, comercial Ltda.
Hewlett-Packard Chile, S.A.
Hewlett-Packard Colombia Ltda.
Hewlett-Packard Commercial S.A.
Hewlett-Packard Company

Hewlett-Packard Computadores Ltda.
Hewlett-Packard Computer Products (Shanghai) Co., Ltd.
Hewlett-Packard Coordination Center C.V.B.A./S.C.R.L.
Hewlett-Packard Coordination Center S.C.R.L./C.V.B.A.
Hewlett-Packard Coordination Center SC
Hewlett-Packard Costa Rica Ltda.
Hewlett-Packard CRS (Austria) GmbH
Hewlett-Packard CRS (Spain), S.L.
Hewlett-Packard d.o.o Beograd
Hewlett-Packard d.o.o.
Hewlett-Packard d.o.o., druzba za tehnoloske resitve
Hewlett-Packard de Chile S.A.
Hewlett-Packard de Mexico S.A. de C.V.
Hewlett-Packard de Venezuela C.C.A.
Hewlett-Packard de Venezuela, C.A.
Hewlett-Packard de Venezuela, S.R.L.
Hewlett-Packard del Peru S.A.
Hewlett-Packard Delaware Capital, Inc.
Hewlett-Packard Delaware Funding, Inc.
Hewlett-Packard Delaware Holding, Inc.
Hewlett-Packard Delaware Investment, Inc.
Hewlett-Packard Delaware, Inc.
Hewlett-Packard Development Company, L.P.
Hewlett-Packard do Brasil S.A.
Hewlett-Packard East Africa Limited
Hewlett-Packard Ecuador 1 S.R.L.
Hewlett-Packard Ecuador CIA Ltda.
Hewlett-Packard Egypt Ltd.
Hewlett-Packard EMEA GmbH
Hewlett-Packard Equipment Leasing Ltd.
Hewlett-Packard Equity Investments Limited
Hewlett-Packard Erste B. GmbH
Hewlett-Packard Espanola S.L.
Hewlett-Packard Espanola S.A.
Hewlett-Packard Europa Holding GmbH & Co. KG
Hewlett-Packard Europe B.V.
Hewlett-Packard Europe Finance Ltd.
Hewlett-Packard European Distribution Operations Netherlands, Inc.
Hewlett-Packard Export Trade Co.
Hewlett-Packard Far East Pte. Ltd.
Hewlett-Packard Finance (Europe) Ltd.
Hewlett-Packard Finance Company
Hewlett-Packard Finance Ltd.
Hewlett-Packard Finance N.V.
Hewlett-Packard Financial Services (India) Private Limited
Hewlett-Packard Financial Services Canada Company
Hewlett-Packard Financial Services Company
Hewlett-Packard Financial Services Company (Ireland)
Hewlett-Packard France
Hewlett-Packard France Capital
Hewlett-Packard France Finance
Hewlett-Packard France SAS
Hewlett-Packard Ges.m.b.H.
Hewlett-Packard Global Trading, Inc.
Hewlett-Packard Globalsoft Limited
Hewlett-Packard GmbH
Hewlett-Packard Guatemala, Limitada
Hewlett-Packard Hellas

Hewlett-Packard Hellas EPE
Hewlett-Packard Hellas, LLC
Hewlett-Packard HK SAR Ltd.
Hewlett-Packard Holding B.V.
Hewlett-Packard Holding Espanola, S.L.
Hewlett-Packard Holding GmbH
Hewlett-Packard Holdings (M) Sdn. Bhd.
Hewlett-Packard Hong Kong Limited
Hewlett-Packard Hong Kong Ltd.
Hewlett-Packard Immobilien GmbH
Hewlett-Packard India Ltd.
Hewlett-Packard India Private Ltd.
Hewlett-Packard India Sales Private Limited
Hewlett-Packard Indigo B.V.
Hewlett-Packard Indigo Ltd.
Hewlett-Packard Inter-Americas
Hewlett-Packard International 1 S.R.L.
Hewlett-Packard International Bank Ltd.
Hewlett-Packard International Bank Public Limited Company
Hewlett-Packard International Pte. Ltd.
Hewlett-Packard International Sales Corporation B.V.
Hewlett-Packard International Sarl
Hewlett-Packard Inter-Services GmbH
Hewlett-Packard Investment Ltd.
Hewlett-Packard Ireland (Holdings) Ltd.
Hewlett-Packard Ireland Ltd.
Hewlett-Packard Isle of Man, Ltd.
Hewlett-Packard Israel Science Center Ltd.
Hewlett-Packard Italiana S.p.A.
Hewlett-Packard Italiana S.r.l.
Hewlett-Packard Japan Ltd.
Hewlett-Packard Japan, Ltd.
Hewlett-Packard Korea Ltd.
Hewlett-Packard Laboratories Israel, Ltd.
Hewlett-Packard Laboratories Japan, Inc.
Hewlett-Packard Leasing Ltd.
Hewlett-Packard Leman Sarl
Hewlett-Packard Little Falls, Inc.
Hewlett-Packard Ltd.
Hewlett-Packard Luxembourg Enterprises LLC
Hewlett-Packard Magyarorszag Kft.
Hewlett-Packard Malaysia Technology, Sdn. Bhd.
Hewlett-Packard Manufacturing Ltd.
Hewlett-Packard Medical Products (Qingdao) Ltd.
Hewlett-Packard Mexico S. de R.L. de C.V.
Hewlett-Packard Microwave Products (M) Sdn. Bhd.
Hewlett-Packard Middle East FZ LLC
Hewlett-Packard Nederland B.V.
Hewlett-Packard New Zealand
Hewlett-Packard New Zealand Ltd.
Hewlett-Packard Nigeria Ltd.
Hewlett-Packard Norge A/S
Hewlett-Packard OY
Hewlett-Packard Participacoes S.A.
Hewlett-Packard Penang Sdn. Bhd.
Hewlett-Packard Peru S.R.L.
Hewlett-Packard Philippines
Hewlett-Packard Philippines Corporation

Hewlett-Packard Pipeline Company
Hewlett-Packard Polska Sp. Z.o.o.
Hewlett-Packard Portugal Lda.
Hewlett-Packard Portugal Ltda
Hewlett-Packard Portugal Ltda.
Hewlett-Packard Portugal-Sistemas De Informatica E De Medida S.A.
Hewlett-Packard Product Leasing Ltd.
Hewlett-Packard Products C.V.
Hewlett-Packard Products CV 1, LLC
Hewlett-Packard Products CV 2, LLC
Hewlett-Packard Puerto Rico
Hewlett-Packard RE Ltd.
Hewlett-Packard Realisation
Hewlett-Packard S.A.
Hewlett-Packard s.r.o.
Hewlett-Packard Sales (Malaysia)
Hewlett-Packard SARL
Hewlett-Packard Services Sverige AB
Hewlett-Packard Servizi Finanziari S.p.A.
Hewlett-Packard Servizi Finanziari S.r.l.
Hewlett-Packard Shanghai Analytical Products Co., Ltd.
Hewlett-Packard SIA, Latvia
Hewlett-Packard Singapore (Private) Limited
Hewlett-Packard Singapore (Sales) Pte. Ltd.
Hewlett-Packard Singapore Holdings Pte. Ltd.
Hewlett-Packard Singapore Pte. Ltd.
Hewlett-Packard Singapore Vision Operation Pte. Ltd
Hewlett-Packard Slovakia s.r.o.
Hewlett-Packard South Africa (Proprietary) Ltd.
Hewlett-Packard South Africa (Pty) Ltd.
Hewlett-Packard Start B.V.
Hewlett-Packard Storage Products (M) Sdn. Bhd.
Hewlett-Packard Sverige AB
Hewlett-Packard Taiwan, Ltd.
Hewlett-Packard Technical B.V.
Hewlett-Packard Technology (Shanghai) Co. Ltd.
Hewlett-Packard Technology Licenses & Licensing Ltd.
Hewlett-Packard Teknoloji Cozumleri Limited Sirketi
Hewlett-Packard Trading (Shanghai) Co. Ltd.
Hewlett-Packard (Trading S.A.)
Hewlett-Packard United B.V.
Hewlett-Packard Vietnam, Ltd.
Hewlett-Packard West Indies Limited
Hewlett-Packard World Trade, Inc.
Hewlett-Packard Project Corporation
HP Computadores
HP CRS (Denmark) ApS
HP CRS (Finland) OY
HP CRS (France) SAS
HP CRS (Norway) A/S
HP CRS (Sweden) AB
HP CRS (Switzerland) GmbH
HP CRS (UK) Ltd.
HP Facilities Services (Malaysia) Sdn. Bhd.
HP Financial Services (Australia) Pty. Ltd.
HP Financial Services (Chile) Ltda.
HP Financial Services (Hong Kong) Limited
HP Financial Services (Japan) K.K.

HP Financial Services (New Zealand)
HP Financial Services (Singapore) Pte. Ltd.
HP Financial Services Argentina S.R.L.
HP Financial Services Arrendamento Mercantil S.A.
HP Financial Services Company (Korea)
HP Financial Services GmbH
HP Financial Services International Holdings Company
HP Financial Services Netherlands B.V.
HP Financial Services Poland Sp. Z.o.o.
HP Financial Services SPRL
HP Financial Services Venezuela, C.C.A.
HPDirect, Inc.
HPFS Global Holdings I, LLC
HPFS Leasing (Thailand) Co. Ltd.
HPFS Rental S.R.L.
HPQ Holdings, LLC
Hua Pu Information Technology Co. Ltd.
IDACOM Electronics
IDACOM Electronics GmbH
I-J Sight B.V.
Indigo America, Inc.
Inter Initia--Comercio Internacional E Servicos Ltda.
Leasametric GmbH
Leasametric S.A.
LGI Logistics Group International
Microsensor Technology, Inc.
NECSY Network Control Systems S.p.A.
Nihon VeriFone K.K.
Outerbay Technologies Inc.
OY Compaq Computer AB
P.T. Hewlett-Packard Berca Servisindo
P.T. Hewlett-Packard Finance Indonesia
Prolin Automation B.V.
Prolin Ltd.
Prolin Software Inc.
Prolin Software N.V.
PT Compaq Computer Indonesia
PT Hewlett-Packard Berca Servisindo
PT Hewlett-Packard Finance Indonesia
Rockland Technologies, Inc.
Runway Corporation N.V.
Servicios de Sistemas Hewlett-Packard S.A.
Shanghai Hewlett-Packard Co. Ltd.
Shanghai Hewlett-Packard Co., Ltd.
Shanghai Hewlett-Packard Company
Shinkawa YHP Corporation
Shinkawa YHP Corporation.
SYC Ltd.
Tall Tree Insurance Company
TECH Semiconductor Singapore Pte. Ltd.
Technologies et Participations Immobilieres
Technologies et Participations S.A.
Technologies et Participations SAS
Telstra Hewlett-Packard (R&D) Pty. Inc.
The Tall Tree Insurance Company
TimeCorp Systems, Inc.
Transaction Technology Pty. Ltd.
Trellis Software & Controls, Inc.

Triaton GmbH
Twinsoft SA
UAB Hewlett-Packard
VeriFone (Argentina) S.A.
VeriFone (Australia) Pty. Ltd.
VeriFone (South Africa) Pty. Ltd
VeriFone (UK) Ltd.
VeriFone B.V.
VeriFone do Brasil Ltda.
VeriFone Electronics (Kushan) Co., Ltd.
VeriFone Espana, S.A.
VeriFone Finance, Inc.
VeriFone GmbH
VeriFone Hong Kong Ltd.
VeriFone India Private Ltd.
VeriFone Ltd.
VeriFone North Asia Ltd.
VeriFone Pte. Ltd
VeriFone S.A.
VeriFone S.A. de C.V.
VeriFone S.r.l.
VeriFone Spol.z.o.o
VeriFone Taiwan Ltd.
VeriFone Technology Pte. Ltd.
VeriFone VeriGem, Inc.
VeriFone, Inc.
Versatest, Inc.
Video Products Group Inc.
W.W. Investment Holding Pte. Ltd.
W.W. Real Estate & Development Pte. Ltd.
W-Wide Offshore Ventures Pte. Ltd.
Yokogawa Analytical Systems, Inc.
ZAO Compaq Computers
ZAO Hewlett-Packard AO

*Crowell Moring*
*275 Battery Street, 23rd Floor*
*San Francisco, CA  94111*