IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>THIS ORDER PERTAINS TO ALL CASES. | MDL No. 1917<br><br>Case No. C-07-5944-SC<br><br>ORDER SETTING STATUS CONFERENCE |

Given the scale and history of this case, the Court finds it necessary to convene the principal parties and lawyers for a hearing on the progress of the case and the prospects for its efficient resolution.

All principal parties and lawyers are hereby ORDERED to appear before the undersigned at 10:00 AM on September 13, 2013, at the United States District Court for the Northern District of California, Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

No later than one week before the hearing date, the parties should file with the Court statements of no more than five pages, briefly discussing their positions in this case (e.g., whom they are suing or defending against, in which related or consolidated cases they are involved, and the postures of any relevant motions,

progress of settlement discussions, etc.).

Attendance is mandatory. Joint statements and court appearances are acceptable if the relevant parties agree to them. If a party believes it has a valid excuse for not being present and represented at the hearing, it should file a notice explaining the reasons for its absence, no later than one week before the hearing date. The Court will rule on these notices' sufficiency.

IT IS SO ORDERED.

Dated: July 2, 2013

_____
UNITED STATES DISTRICT JUDGE