ALDO A. BADINI (257086)
JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
EVA COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | **Case No. 07-5944 SC** |
| | **MDL No. 1917** |
| This Document Relates to: | **[DEFENDANTS' PROPOSED] ORDER REGARDING SPECIAL MASTER'S JUNE 20, 2013 REPORT AND RECOMMENDATIONS ON MOTIONS TO CERTIFY CLASS AND STRIKE EXPERT TESTIMONY** |
| ALL INDIRECT PURCHASER ACTIONS | |
| | Date:          TBD |
| | Time:          TBD |
| | Courtroom:  Hon. Samuel Conti |

1    WHEREAS, on October 1, 2012, interim lead counsel for the Indirect Purchaser Plaintiffs

2    (the "IPPs") filed a motion to certify twenty-two putative statewide classes;

3    WHEREAS, on December 17, 2012, defendants in the indirect purchaser action

4    ("Defendants") jointly filed papers under seal opposing the class certification motion;

5    WHEREAS, on December 17, 2012, Defendants also jointly filed, under seal, a motion to

6    strike the proposed testimony of the IPPs' expert witness, Dr. Janet S. Netz;

7    WHEREAS, on February 15, 2013, the IPPs filed reply papers under seal in further

8    support of their class certification motion;

9    WHEREAS, on February 15, 2013, the IPPs also filed papers under seal opposing the

10    motion to strike;

11    WHEREAS, on March 25, 2013, Defendants filed reply papers under seal in further

12    support of their motion to strike;

13    WHEREAS, on April 29, 2013, Special Master Martin Quinn heard arguments on both the

14    class certification motion and the motion to strike;

15    WHEREAS, on June 20, 2013, Special Master Quinn issued Report and

16    Recommendations regarding both the class certification motion and the motion to strike (the

17    "R&Rs");

18    WHEREAS, Defendants and the IPPs (collectively, "the Parties") intend to move to adopt

19    or object to the R&Rs;

20    WHEREAS, the Parties have met and conferred regarding briefing their motions to adopt

21    or object to the R&Rs and have agreed upon a briefing schedule for their opening and responsive

22    briefs;

23    WHEREAS, the Parties have been unable to agree upon the page limits that will apply to

24    their opening and responsive briefs and whether Defendants will be permitted to file a reply brief.

25    IT IS HEREBY ORDERED:

26    **FORM OF BRIEFING**

27    1.    The Parties may submit separate briefing on (i) the Report and Recommendation

28    regarding the class certification motion and (ii) the Report and Recommendation regarding the

1   motion to strike Dr. Netz's testimony.

2         2.     Defendants' opening briefs shall contain arguments in support of objections to the

3   R&Rs.

4         3.     The IPPs' responsive briefs shall contain arguments in support of adopting the

5   R&Rs and will be deemed a "motion to adopt" under the Court's orders setting forth the

6   procedure for moving to adopt a report and recommendation of the Special Master (*see, e.g.*, Dkt.

7   Nos. 302, 446, 1650); the IPPs need not file a separate motion to adopt.

8 **BRIEFING SCHEDULE**

9         4.     Defendants' opening briefs will be filed on or before July 22, 2013.

10        5.     The IPPs' responsive briefs will be filed on or before August 21, 2013.

11        6.     Defendants' reply briefs will be filed no later than thirty (30) days following the

12   date on which the IPPs file their responsive briefs.

13 **PAGE LIMITS**

14        7.     Defendants' opening briefs shall be limited to thirty pages.

15        8.     The IPPs' responsive briefs shall be limited to thirty pages.

16        9.     Defendants' reply briefs shall be limited to fifteen pages.

17

18   Dated:_____             _____

19                                 Hon. Samuel Conti
                           United States District Judge

20

21

22

23

24

25

26

27

28