Mario N. Alioto (56433)
Lauren C. Capurro (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile:  (415) 346-0679
Email: malioto@tatp.com
Email: laurenrussell@tatp.com

*Interim Lead Counsel for Indirect-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. CV-07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER ON PROCEDURES FOR OBJECTIONS TO REPORTS AND RECOMMENDATIONS ON CLASS CERTIFICATION AND MOTION TO STRIKE EXPERT TESTIMONY**<br><br>Date:         TBD<br>Time:        TBD<br>Courtroom:   Hon. Samuel Conti |
| This Document Relates to:<br><br>ALL INDIRECT-PURCHASER ACTIONS | |

[PROPOSED] ORDER ON OBJECTIONS TO REPORTS AND RECOMMENDATIONS ON CLASS
CERTIFICATION AND MOTION TO STRIKE EXPERT TESTIMONY
MDL No 1917—CASE NO. 3:07-cv-5944 SC

1      WHEREAS, on July 20, 2013, Special Master Quinn issued Reports and
2 Recommendations ("R&Rs") to grant Indirect Purchaser Plaintiffs ("Plaintiffs")' motion for class
3 certification, and to deny Defendants' motion to strike the expert testimony of Dr. Netz;

4      WHEREAS, Defendants intend to object to both Reports and Recommendations;

5      WHEREAS, Pursuant to this Court's June 18, 2012 Order Amending Order Appointing
6 Special Master (the "Amended Order") (Dkt. No. 1232), a party wishing to file objections to a
7 Special Master's Report and Recommendation must file such objections within fourteen (14)
8 days from the date the Report and Recommendation was filed on ECF, and responses are due
9 seven days from the filing of those objections;

10     WHEREAS, the parties have conferred and agreed: to an extension of the briefing
11 schedule contemplated by the Court's Amended Order; that separate briefing shall be submitted
12 for each of the R&Rs; and that Plaintiffs' responsive briefs will be deemed "motions to adopt"
13 under the Court's orders setting forth the procedure for moving to adopt a Report and
14 Recommendation of the Special Master; and

15     WHEREAS, the parties are unable to agree whether Defendants should be permitted to
16 file reply briefs in response to Plaintiffs' responsive briefs, or upon the page limits for opening
17 and responsive briefs, the Court rules as follows:

18     IT IS HEREBY ORDERED:

19     1.     The Court approves the parties' agreements on an extended briefing schedule.
20 Objections to the R&Rs shall be filed on or before July 22, 2013.  Responses shall be filed on or
21 before August 21, 2013.

22     2.     The Court further approves the parties' agreement that Plaintiffs' responsive briefs
23 will be deemed motions to adopt.

24     3.     Briefs in support of objections or responses shall not exceed 25 pages each,
25 pursuant to Civil Local Rule 7.4.

26 //

27
- 1 -
28 [PROPOSED] ORDER ON OBJECTIONS TO REPORTS AND RECOMMENDATIONS ON CLASS
CERTIFICATION AND MOTION TO STRIKE EXPERT TESTIMONY
MDL No 1917—CASE NO. 3:07-cv-5944 SC

//

4. The Court denies Defendants' request for leave to file replies to responsive briefs, and to file briefs in support of objections in excess of 25 pages.

**IT IS SO ORDERED**.

Dated: July __, 2013

_____

Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON OBJECTIONS TO REPORTS AND RECOMMENDATIONS ON CLASS
CERTIFICATION AND MOTION TO STRIKE EXPERT TESTIMONY
MDL No 1917—CASE NO. 3:07-cv-5944 SC