Case3:07-cv-05944-SC Document1761 Filed07/03/13 Page1 of 3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

This Document Relates to:

ALL INDIRECT-PURCHASER ACTIONS

Master File No. CV-07-5944-SC

MDL No. 1917

**ORDER ON PROCEDURES FOR OBJECTIONS TO REPORTS AND RECOMMENDATIONS ON CLASS CERTIFICATION AND MOTION TO STRIKE EXPERT TESTIMONY**

Date: TBD
Time: TBD
Courtroom: Hon. Samuel Conti

ORDER ON OBJECTIONS TO REPORTS AND RECOMMENDATIONS ON CLASS CERTIFICATION AND MOTION TO STRIKE EXPERT TESTIMONY
MDL No 1917—CASE NO. 3:07-cv-5944 SC

Case3:07-cv-05944-SC Document1761 Filed07/03/13 Page2 of 3

WHEREAS, on July 20, 2013, Special Master Quinn issued Reports and Recommendations ("R&Rs") to grant Indirect Purchaser Plaintiffs ("Plaintiffs")' motion for class certification, and to deny Defendants' motion to strike the expert testimony of Dr. Netz;

WHEREAS, Defendants intend to object to both Reports and Recommendations;

WHEREAS, Pursuant to this Court's June 18, 2012 Order Amending Order Appointing Special Master (the "Amended Order") (Dkt. No. 1232), a party wishing to file objections to a Special Master's Report and Recommendation must file such objections within fourteen (14) days from the date the Report and Recommendation was filed on ECF, and responses are due seven days from the filing of those objections;

WHEREAS, the parties have conferred and agreed: to an extension of the briefing schedule contemplated by the Court's Amended Order; that separate briefing shall be submitted for each of the R&Rs; and that Plaintiffs' responsive briefs will be deemed "motions to adopt" under the Court's orders setting forth the procedure for moving to adopt a Report and Recommendation of the Special Master; and

WHEREAS, the parties are unable to agree whether Defendants should be permitted to file reply briefs in response to Plaintiffs' responsive briefs, or upon the page limits for opening and responsive briefs, the Court rules as follows:

IT IS HEREBY ORDERED:

1. The Court approves the parties' agreements on an extended briefing schedule. Objections to the R&Rs shall be filed on or before July 22, 2013. Responses shall be filed on or before August 21, 2013.

2. The Court further approves the parties' agreement that Plaintiffs' responsive briefs will be deemed motions to adopt.

3. Briefs in support of objections or responses shall not exceed 25 pages each, pursuant to Civil Local Rule 7.4.

//

- 1 -

ORDER ON OBJECTIONS TO REPORTS AND RECOMMENDATIONS ON CLASS CERTIFICATION AND MOTION TO STRIKE EXPERT TESTIMONY
MDL No 1917—CASE NO. 3:07-cv-5944 SC

Case3:07-cv-05944-SC Document1761 Filed07/03/13 Page3 of 3

//

4. The Court denies Defendants' request for leave to file replies to responsive briefs, and to file briefs in support of objections in excess of 25 pages.

**IT IS SO ORDERED**.

Dated: July 3, 2013

Hon. Samuel Conti
UNITED STATES DISTRICT JUDGE

- 2 -

ORDER ON OBJECTIONS TO REPORTS AND RECOMMENDATIONS ON CLASS CERTIFICATION AND MOTION TO STRIKE EXPERT TESTIMONY
MDL No 1917—CASE NO. 3:07-cv-5944 SC