1  *STIPULATING PARTIES AND COUNSEL
   LISTED ON SIGNATURE PAGES*

2

3

4

5

6

7

8

9

10

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (SC) |
| | MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2776 | |
| | **STIPULATION AND [PROPOSED] ORDER REGARDING THE COMPLAINT IN THE SHARP ELECTRONICS CORPORATION AND SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC. ACTION** |
| SHARP ELECTRONICS CORPORATION and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC., | |
| Plaintiffs, | |
| v. | |
| KONINKLIJKE PHILIPS ELECTRONICS N.V., *et al.*, | |
| Defendants. | |

- 1 -

1            Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Sharp Electronics

2 Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively,

3 "Plaintiffs") and the undersigned Defendants have conferred by and through their counsel and,

4 subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

5            WHEREAS, on June 17, 2013, Plaintiffs filed a Summons and Complaint in the

6 Northern District of California, *Sharp Electronics Corp., et al. v. Koninklijke Philips Electronics*

7 *N.V., et al.*, Case No. 13-cv-2776 (the "Sharp Summons" and the "Sharp Complaint,"

8 respectively);

9            WHEREAS, on June 18, 2013, Plaintiffs filed an Administrative Motion Pursuant

10 to Civil L.R. 3-12 To Consider Whether Cases Should Be Related, identifying *Sharp Electronics*

11 *Corp., et al. v. Koninklijke Philips Electronics N.V., et al.* as related to *In re Cathode Ray Tube*

12 *(CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917);

13            WHEREAS, on June 21, 2013, this Court entered an Order finding that *Sharp*

14 *Electronics Corp., et al. v. Koninklijke Philips Electronics N.V., et al.* is related to *In re Cathode*

15 *Ray Tube (CRT) Antitrust Litigation*, Case No. 07-cv-5944-SC (MDL No. 1917);

16            WHEREAS, the undersigned Defendants named in the Sharp Complaint

17 ("Defendants") have not yet been formally served with process;

18            IT IS HEREBY STIPULATED AND AGREED by and between counsel for the

19 undersigned Plaintiffs and Defendants, as follows:

20            1.     Each of the undersigned Defendants shall be deemed served with the

21 Sharp Summons and Complaint as of the date of execution of this Stipulation.

22            2.     The Sharp Complaint asserts similar causes of action alleged by the

23 following Direct Action Plaintiff complaints: *Stoebner v. LG Electronics, Inc.,* No. 11-cv-05381

24 (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514

25 (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-

26 02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-

27 02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.,* No. 11-cv-06396

28

STIPULATION AND ORDER REGARDING                       Case No. 07-5944
THE COMPLAINT IN THE SHARP ELECTRONICS CORP., ET AL. ACTION       MDL No. 1917

(N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Mar. 10, 2011); *Tech Data Corporation, et al. v. Hitachi, Ltd. et al.*, Case No. 8:12-cv-02795 (M.D. Fla.) (Dec. 11, 2012); and *Sharp Electronics Corporation, et al. v. Hitachi Ltd., et al.*, Case No. 13-cv-1173 (N.D. Cal.) (Mar. 15, 2013).

3.      The Sharp Complaint seeks damages based on an alleged conspiracy to fix, raise, maintain, and/or stabilize prices for CRTs, as set forth in the Sharp Complaint; the Sharp Complaint does not assert any claims that Defendants have combined and conspired to fix, raise, maintain or stabilize the prices of products containing CRTs ("CRT Finished Products").

4.      On August 17, 2012, Defendants filed motions to dismiss and for judgment on the pleadings with respect to the following Direct Action Plaintiff complaints (the "Dispositive Motions"): *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); and *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Mar. 10, 2011).  (Dkt. Nos. 1316, 1317, 1319).

5.      Pending the resolution of the Dispositive Motions, the undersigned Defendants do not need to answer or otherwise respond to the Sharp Complaint.  Once the

1   Honorable Samuel Conti rules on the Dispositive Motions, the parties agree to set a reasonable

2   deadline for Defendants' answers and/or a reasonable briefing schedule for Defendants' motions

3   to dismiss Sharp's Complaint.

4            6.       The undersigned parties jointly and respectfully request that the Court

5   enter this stipulation as an order.

6

7   Dated:  June 28, 2013            TAYLOR & COMPANY LAW OFFICES, LLP

8                                    By: __/s/ Jonathan A. Patchen_____
                                     Stephen E. Taylor (SBN 058452)
9                                    Jonathan A. Patchen (SBN 237346)
                                     **TAYLOR & COMPANY LAW OFFICES, LLP**
10                                   One Ferry Building, Suite 355
                                     San Francisco, California 94111
11                                   Telephone:  (415) 788-8200
                                     Facsimile:  (415) 788-8208
12                                   Email: staylor@tcolaw.com
                                     Email: jpatchen@tcolaw.com

13                                   Kenneth A. Gallo (*Pro Hac Vice to be submitted*)
                                     Joseph J. Simons (*Pro Hac Vice to be submitted*)
14                                   Craig A. Benson (*Pro Hac Vice to be submitted*)
                                     **PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP**
15                                   2001 K Street, NW
                                     Washington, DC  20006
16                                   Telephone: (202) 223-7300
                                     Facsimile: (202) 204-7356
17                                   Email: kgallo@paulweiss.com
                                     Email: jsimons@paulweiss.com
18                                   Email: cbenson@paulweiss.com

19                                   *Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp*
                                     *Electronics Manufacturing Company of America, Inc.*
20

21

22   Dated:  June 28, 2013           BAKER BOTTS LLP

23                                   By:  __/s/ Jon Swenson_____
                                     JON V. SWENSON (SBN 233054)
24                                   **BAKER BOTTS LLP**
                                     1001 Page Mill Road
25                                   Building One, Suite 200
                                     Palo Alto, CA 94304
26                                   Telephone: (650) 739-7500
                                     Facsimile: (650) 739-7699
27                                   E-mail: jon.swenson@bakerbotts.com

28
                                         - 4 -
─────────────────────────────────────────────────────────────────
STIPULATION AND ORDER REGARDING                        Case No. 07-5944
THE COMPLAINT IN THE SHARP ELECTRONICS CORP., ET AL. ACTION    MDL No. 1917

JOHN M. TALADAY (*pro hac vice*)
JOSEPH OSTOYICH (*pro hac vice*)
ERIK T. KOONS (*pro hac vice*)
CHARLES M. MALAISE (*pro hac vice*)
TIFFANY GELOTT (*pro hac vice*)
**BAKER BOTTS LLP**
1299 Pennsylvania Ave., N.W.
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
E-mail: john.taladay@bakerbotts.com
E-mail: joseph.ostoyich@bakerbotts.com
E-mail: erik.koons@bakerbotts.com
E-mail: charles.malaise@bakerbotts.com
E-mail: tiffany.gelott@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. and
Philips Electronics North America Corporation*

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,

IT IS SO ORDERED.

DATED: ____July 3, 2013_____ _____
                                    HONORABLE SAMUEL CONTI
                                    UNITED STATES DISTRICT COURT JUDGE

- 5 -