*STIPULATING PARTIES AND COUNSEL
LISTED ON SIGNATURE PAGES*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 (SC) |
| | MDL No. 1917 |
| This Document Relates to: Individual Case No. 13-cv-2171 (SC) | **STIPULATION AND ORDER REGARDING THE FIRST AMENDED COMPLAINT IN THE DELL INC. AND DELL PRODUCTS L.P. ACTION** |
| DELL INC.; DELL PRODUCTS L.P., | |
| Plaintiffs, | |
| v. | |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION *et al.*, | |
| Defendants. | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Dell Inc. and Dell Products L.P. (collectively, "Plaintiffs") and the undersigned Defendants have conferred by and through their counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, on February 17, 2013, Plaintiffs filed a Summons (the "Dell Summons") and Complaint (the "Dell Complaint") in the Western District of Texas, *Dell Inc., et al. v. Philips Electronics North America Corp., et al.*, Case No. 13-cv-141 (the "Dell Action");

WHEREAS, on March 19, 2013, the Judicial Panel on Multidistrict Litigation issued a conditional transfer order pursuant to 28 U.S.C. §1407, transferring the Dell Action to the Northern District of California to be consolidated with MDL No. 1917, *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-5944-SC (the "MDL");

WHEREAS, on March 27, 2013, the automatic seven-day stay on the above-mentioned conditional transfer order was lifted;

WHEREAS, on May 13, 2013, the Dell action was transferred to the MDL;

WHEREAS, on May 28, 2013, Plaintiffs filed as a matter of course the First Amended Complaint (the "Dell Amended Complaint");

WHEREAS, the undersigned Defendants named in the Dell Amended Complaint ("Defendants") have not yet been formally served with process;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned Plaintiffs and Defendants, as follows:

1. Each of the undersigned Defendants shall be deemed served with the Dell Summons, Complaint, and Amended Complaint as of the date of execution of this Stipulation.

2. The Dell Amended Complaint asserts similar causes of action alleged by the following Direct Action Plaintiff complaints: *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396

(N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Mar. 10, 2011); and *Tech Data Corporation, et al. v. Hitachi, Ltd. et al.*, Case No. 8:12-cv-02795 (M.D. Fla.) (Dec. 11, 2012).

3. The Dell Amended Complaint seeks damages based on an alleged conspiracy to fix, raise, maintain, and/or stabilize prices for CRTs, as set forth in the Dell Amended Complaint; the Dell Amended Complaint does not assert any claims that Defendants have combined and conspired to fix, raise, maintain or stabilize the prices of products containing CRTs ("CRT Finished Products").

4. On August 17, 2012, Defendants filed motions to dismiss and for judgment on the pleadings with respect to the following Direct Action Plaintiff complaints (the "Dispositive Motions"): *Stoebner v. LG Electronics, Inc.*, No. 11-cv-05381 (N.D. Cal.) (Nov. 7, 2011); *Target Corp. v. Chunghwa Picture Tubes, Ltd.*, No. 11-cv-05514 (N.D. Cal.) (Jan. 6, 2012); *P.C. Richard & Son Long Island Corp. v. Hitachi, Ltd.*, No. 12-cv-02648 (N.D. Cal.) (Nov. 14, 2011); *Schultze Agency Servs., LLC v. Hitachi, Ltd.*, No. 12-cv-02649 (N.D. Cal.) (Nov. 14, 2011); *CompuCom Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-06396 (N.D. Cal.) (Nov. 14, 2011); *Interbond Corp. of Am. v. Hitachi, Ltd.*, No. 11-cv-06275 (N.D. Cal.) (Nov. 14, 2011); *Costco Wholesale Corp. v. Hitachi, Ltd.*, No. 11-cv-06397 (N.D. Cal.) (Nov. 14, 2011); *Siegel v. Hitachi, Ltd.*, No. 11-cv-05502 (N.D. Cal.) (Nov. 14, 2011); *Office Depot, Inc. v. Hitachi, Ltd.*, No. 11-cv-06276 (N.D. Cal.) (Nov. 14, 2011); *Best Buy Co., Inc. v. Hitachi, Ltd.*, No. 11-cv-05513 (N.D. Cal.) (Nov. 14, 2011); and *Electrograph Systems, Inc. v. Hitachi, Ltd.*, No. 11-cv-01656 (N.D. Cal.) (Mar. 10, 2011). (Dkts. 1316, 1317, 1319). Special Master Legge issued a Report and Recommendation regarding the Dispositive Motions on May 2, 2013 (the "Report

and Recommendation"). Direct Action Plaintiffs and Defendants are objecting to certain conclusions in the Report and Recommendation.

5. Pending the resolution of the Dispositive Motions by the Honorable Samuel Conti, the undersigned Defendants do not need to answer or otherwise respond to the Dell Amended Complaint. Once the Honorable Samuel Conti rules on the Dispositive Motions, the parties agree to set a reasonable deadline for Defendants' answers and/or a reasonable briefing schedule for Defendants' motions to dismiss Dell's Amended Complaint.

6. The undersigned parties jointly and respectfully request that the Court enter this stipulation as an order.

Dated: June 17, 2013          ALSTON & BIRD

By: /s/ Debra D. Bernstein
Michael P. Kenny, Esq. (admitted *pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein, Esq. (admitted *pro hac vice*)
debra.bernstein@alston.com
Rodney J. Ganske, Esq. (admitted *pro hac vice*)
rod.ganske@alston.com
Matthew D. Kent, Esq. (admitted *pro hac vice*)
matthew.kent@alston.com
Elizabeth Jordan, Esq. (admitted *pro hac vice*)
elizabeth.jordan@alston.com
Melissa Mahurin Whitehead, Esq. (admitted *pro hac vice*)
melissa.whitehead@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

James M. Wagstaffe, Esq.
wagstaffe@kerrwagstaffe.com
Kerr & Wagstaffe LLP
100 Spear Street, 18th Floor
San Francisco, California 94105-1576
Tel: (415) 371-8500
Facsimile: (415) 371-0500

*Attorneys for Plaintiffs Dell Inc. and Dell Products L.P.*

- 4 -
STIPULATION AND ORDER REGARDING THE FIRST AMENDED COMPLAINT IN THE
DELL INC., ET AL. ACTION, Case No. 13-cv-1173 (SC); MDL No. 1917

Dated: June 17, 2013      MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Kent M. Roger
Kent M. Roger (SBN 95987)
Michelle Park Chiu (SBN 248421)
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
Email: kroger@morganlewis.com
Email: mchiu@morganlewis.com

J. Clayton Everett, JR. (*Pro Hac Vice*)
Scott A. Stempel (*Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
Email: jeverett@morganlewis.com
Email: sstempel@morganlewis.com

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Dated: June 17, 2013      MUNGER, TOLLES & OLSON LLP

By: /s/ Hojoon Hwang
Hojoon Hwang (SBN 184950)
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail: Hojoon.Hwang@mto.com


William D. Temko (SBN 098858)
Jonathan E. Altman (SBN 170607)
Bethany W. Kristovich (SBN 241891)
**MUNGER, TOLLES & OLSON LLP**
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: William.Temko@mto.com
E-mail: Jonathan.Altman@mto.com
E-mail: Bethany.Kristovich@mto.com

*Attorneys for Defendants LG Electronics, Inc.; LG Electronics*

- 5 -
STIPULATION AND ORDER REGARDING THE FIRST AMENDED COMPLAINT IN THE
DELL INC., ET AL. ACTION, Case No. 13-cv-1173 (SC); MDL No. 1917

*USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

Dated: June 17, 2013  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ James L. McGinnis
_____
Gary L. Halling (SBN 66087)
James L. McGinnis (SBN 95788)
Michael Scarborough (SBN 203524)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4109
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
Email: ghalling@sheppardmullin.com
Email: jmcginnis@sheppardmullin.com
Email: mscarborough@sheppardmullin.com

*Attorneys for Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., and Tianjin Samsung SDI Co., Ltd.*

Dated: June 17, 2013  WHITE & CASE LLP

By: /s/ Christopher M. Curran
_____
Christopher M. Curran (*Pro Hac Vice*)
Lucius B. Lau (*Pro Hac Vice*)
Dana E. Foster (*Pro Hac Vice*)
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
E-mail: ccurran@whitecase.com
E-mail: alau@whitecase.com
E-mail: defoster@whitecase.com

*Attorneys for Toshiba Corporation, , Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.*

Dated: June 17, 2013  BAKER BOTTS L.L.P.

By: /s/ John M. Taladay
_____
John M. Taladay (*pro hac vice*)
Erik T. Koon (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
**BAKER BOTTS L.L.P.**
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

STIPULATION AND ORDER REGARDING THE FIRST AMENDED COMPLAINT IN THE
DELL INC., ET AL. ACTION, Case No. 13-cv-1173 (SC); MDL No. 1917

Email: john.taladay@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Counsel for Koninklijke Philips Electronics N.V. and Philips Electronics North America Corporation*

1
2
3  PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFORE,
4  IT IS SO ORDERED.
5
6  DATED: ___July 3, 2013          _____
7                                    HONORABLE SAMUEL CONTI
                                     UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 8 -
STIPULATION AND ORDER REGARDING THE FIRST AMENDED COMPLAINT IN THE
DELL INC., ET AL. ACTION, Case No. 13-cv-1173 (SC); MDL No. 1917