IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| THIS ORDER PERTAINS TO ALL CASES. | |
| | ORDER MODIFYING STATUS CONFERENCE |

On July 2, 2013, the Court ordered all parties to attend a status conference set for September 13, 2013. ECF No. 1758 ("Sept. 13 Order").

By this Order, the Court amends its September 13 Order to state that: (1) indirect purchaser class representatives should not attend the status conference, and (2) attendance is voluntary for indirect purchaser class counsel. In all other respects the September 13 Order is unchanged.

IT IS SO ORDERED.

Dated: July 3, 2013

UNITED STATES DISTRICT JUDGE