Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067
Tel: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

Attorneys for Specially Appearing
Defendant Thomson S.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.  3:07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF ADRIEN CADIEUX IN SUPPORT OF DEFENDANT THOMSON S.A.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| *Sharp Electronics Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-01173. | Date:  October 14, 2013<br>Time: 9:00 a.m.<br>Place: JAMS Resolution Center, Two Embarcadero Center, Suite 1500<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.)<br><br>[NOTICE OF MOTION AND MOTION TO DISMISS AND [PROPOSED] REPORT AND RECOMMENDATION GRANTING MOTION TO DISMISS FILED CONCURRENTLY HEREWITH] |

I, Adrien Cadieux, being duly sworn, declare and state as follows:

1. I make this declaration in support of Defendant Thomson S.A.'s (n/k/a Technicolor SA) motion to dismiss the complaint filed by Sharp on March 15, 2013 in *Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 3:07-cv-5944, MDL No. 1917. The statements contained in this declaration are based on my personal knowledge, my knowledge or review of various books and records of Thomson S.A., and consultation with various personnel of Thomson S.A. and Thomson Consumer Electronics, Inc.

2. I am currently the General Secretary of Thomson S.A. (n/k/a Technicolor SA). I have held this position since July 2012.

3. Based on my position and experience, I am extremely familiar with the corporate structure, activities, and finances of Thomson S.A.

4. Thomson S.A. is a French entity incorporated under the laws of France and having its principal place of business in Issy-Les-Moulineaux, France.

5. Thomson S.A. is a holding company.

6. Thomson S.A. has no operations in the United States.

7. Thomson S.A. does not have offices or employees in the United States and does not have a mailing address in the United States.

8. Thomson S.A. does not own, lease, or rent any property in the United States.

9. Thomson S.A. does not keep books and records in the United States.

10. Thomson S.A. does not pay taxes in the United States.

11. Thomson S.A. does not have a bank account in the United States.

12. Thomson S.A. has not appointed a registered agent for service of process in the United States.

13. Thomson S.A. is not registered as a foreign corporation to do business in the United States.

14. Thomson S.A. has never manufactured cathode ray tubes ("CRTs") or finished products containing CRTs in the United States or elsewhere.

15. Thomson S.A. has never marketed, sold, or distributed CRTs or finished products containing CRTs in the United States or elsewhere.

16. Thomson S.A. does not maintain any inventory of products in the United States.

17. Thomson Consumer Electronics, Inc. (n/k/a Technicolor USA, Inc., f/k/a Thomson, Inc.) ("Thomson Consumer") is a Delaware corporation having its principal place of business in Indianapolis, Indiana. Thomson Consumer is a wholly-owned subsidiary of Thomson S.A.

18. Thomson S.A. and Thomson Consumer maintain separate corporate structures, including separate boards of directors, separate management, separate offices and separate employees.

19. The finances of Thomson S.A. and Thomson Consumer are managed separately.

20. Thomson S.A. does not control the day-to-day activities of Thomson Consumer and has no involvement in the management, sales, marketing, or other corporate responsibilities of Thomson Consumer.

21. Thomson Consumer was responsible for the sales and marketing of CRTs in the United States and set the prices for CRTs in the United States.

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true.

Dated: June 28, 2013

By: Adrien Cadieux

Title: General Secretary, Thomson S.A.