1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Rory P. Culver (SBN 271868)
   culverr@sullcrom.com
3  SULLIVAN & CROMWELL LLP
   1888 Century Park East
4  Los Angeles, California 90067
   Tel: (310) 712-6600
5  Fax: (310) 712-8800

6  Laura Kabler Oswell (SBN 241281)
   oswelll@sullcrom.com
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Tel.: (650) 461-5600
9  Fax: (650) 461-5700

10 Attorneys for Specially Appearing
   Defendant Thomson S.A.

11

12                    **UNITED STATES DISTRICT COURT**

13                   **NORTHERN DISTRICT OF CALIFORNIA**

14                      **SAN FRANCISCO DIVISION**

15

16 IN RE:  CATHODE RAY TUBE        )    Master File No.  3:07-5944-SC
   (CRT) ANTITRUST LITIGATION      )
17                                 )    MDL No. 1917
                                   )
18 ─────────────────────────────── )
                                   )    **[PROPOSED] REPORT AND**
19 This Document Relates to:       )    **RECOMMENDATION GRANTING**
                                   )    **THOMSON S.A.'S MOTION TO**
                                   )    **DISMISS FOR LACK OF PERSONAL**
20                                 )    **JURISDICTION**
                                   )
21 *Sharp Electronics Corp., et al.* v.  )
   *Hitachi, Ltd., et al.*, No. 13-cv-01173. )  Date:  October 14, 2013
22                                 )    Time: 9:00 a.m.
                                   )    Place: JAMS Resolution Center,
23                                 )    Two Embarcadero Center, Suite 1500
                                   )    Judge: Hon. Samuel Conti
24                                 )    Special Master: Hon. Charles A. Legge (Ret.)
                                   )
25                                 )    [NOTICE OF MOTION AND MOTION TO
                                   )    DISMISS AND DECLARATION OF
                                   )    ADRIEN CADIEUX FILED
26                                 )    CONCURRENTLY HEREWITH]
                                   )
27                                 )
                                   )
28 ─────────────────────────────── )

SULLIVAN & CROMWELL LLP

[PROPOSED] REPORT AND RECOMMENDATION GRANTING MOTION TO DISMISS
CASE NO. CV-07-5944-SC

1    TO THE HONORABLE SAMUEL CONTI, UNITED STATES DISTRICT JUDGE:

2          Having carefully considered all of the papers filed in support of and in opposition

3    to specially appearing defendant Thomson S.A.'s Motion to Dismiss the Complaint of Plaintiffs

4    Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc. for

5    lack of personal jurisdiction (the "Motion"), and having entertained argument of counsel, the

6    Special Master recommends that:

7          The Motion should be GRANTED in its entirety and the Complaint should be

8    DISMISSED WITH PREJUDICE as to Thomson S.A.

9

10      DATED:_____         _____

                           Hon. Charles A. Legge
11                          United States District Judge
                             (Ret.)
12                            Special Master

13    The Report and Recommendation is Accepted and Ordered / Denied / Modified.

14
15      DATED:_____         _____

                           Hon. Samuel Conti
16                       United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28