# EXHIBIT A

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7343

WRITER'S DIRECT FACSIMILE
(202) 204-7343

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                    MARK F. MENDELSOHN
CRAIG A. BENSON                  ALEX YOUNG K. OH
PATRICK S. CAMPBELL              JOSEPH J. SIMONS
CHARLES E. DAVIDOW               ALEXANDRA M. WALSH
KENNETH A. GALLO                 BETH A. WILKINSON
JEH C. JOHNSON

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*               MEREDITH J. KANE*
ALLAN J. ARFFA*                  ROBERTA A. KAPLAN*
ROBERT A. ATKINS*                BRAD S. KARP*
JOHN F. BAUGHMAN*                JOHN C. KENNEDY*
LYNN B. BAYARD*                  ALAN W. KORNBERG
DANIEL J. BELLER*                DANIEL J. KRAMER*
MITCHELL L. BERG*                DAVID K. LAKHDHIR*
MARK S. BERGMAN                  STEPHEN P. LAMB*
BRUCE BIRENBOIM*                 JOHN E. LANGE*
H. CHRISTOPHER BOEHNING*         DANIEL J. LEFFELL*
ANGELO BONVINO*                  XIAOYU GREG LIU*
JAMES L. BROCHIN*                JEFFREY D. MARELL*
RICHARD J. BRONSTEIN*            MARCO V. MASOTTI*
DAVID W. BROWN*                  EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*              DAVID W. MAYO*
JESSICA S. CAREY*                ELIZABETH R. McCOLM*
JEANETTE K. CHAN*                WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*               TOBY S. MYERSON*
LEWIS R. CLAYTON                 CATHERINE NYARADY*
JAY COHEN                        JOHN J. O'NEIL
KELLEY A. CORNISH*               BRAD R. OKUN*
CHRISTOPHER J. CUMMINGS*         KELLEY D. PARKER*
DOUGLAS R. DAVIS*                MARC E. PERLMUTTER*
THOMAS V. DE LA BASTIDE III*     VALERIE E. RADWANER*
ARIEL J. DECKELBAUM*             CARL L. REISNER*
ALICE BELISLE EATON*             WALTER G. RICCIARDI*
ANDREW J. EHRLICH*               WALTER RIEMAN*
GREGORY A. EZRING*               RICHARD A. ROSEN*
LESLIE GORDON FAGEN              ANDREW N. ROSENBERG*
MARC FALCONE*                    JACQUELINE P. RUBIN*
ANDREW C. FINCH*                 RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*             JEFFREY D. SAFERSTEIN*
ROBERTO FINZI*                   JEFFREY B. SAMUELS*
PETER E. FISCH*                  DALE M. SARRO
ROBERT C. FLEDER*                TERRY E. SCHIMEK*
MARTIN FLUMENBAUM*               KENNETH M. SCHNEIDER*
ANDREW J. FOLEY*                 ROBERT B. SCHUMER*
HARRIS B. FREIDUS*               JAMES H. SCHWAB*
MANUEL S. FREY*                  JOHN M. SCOTT*
ANDREW L. GAINES*                STEPHEN J. SHIMSHAK*
MICHAEL E. GERTZMAN*             DAVID R. SICULAR*
PAUL D. GINSBERG*                MOSES SILVERMAN*
ADAM M. GIVERTZ*                 STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*          MARILYN SOBEL*
ROBERT D. GOLDBAUM*              AUDRA J. SOLOWAY*
NEIL GOLDMAN*                    TARUN M. STEWART*
ERIC S. GOLDSTEIN*               ERIC ALAN STONE*
ERIC GOODISON*                   AIDAN SYNNOTT*
CHARLES H. GOOGE, JR.*           ROBYN F. TARNOFSKY*
ANDREW G. GORDON*                MONICA K. THURMOND*
UDI GROFMAN*                     DANIEL J. TOAL*
NICHOLAS GROOMBRIDGE*            LIZA M. VELAZQUEZ*
BRUCE A. GUTENPLAN*              MARIA T. VULLO*
GAINES GWATHMEY, III*            LAWRENCE G. WEE*
ALAN S. HALPERIN*                THEODORE V. WELLS, JR.
JUSTIN G. HAMILL*                STEVEN J. WILLIAMS*
CLAUDIA HAMMERMAN*               LAWRENCE I. WITDORCHIC*
GERARD E. HARPER                 MARK B. WLAZLO*
BRIAN S. HERMANN*                JULIA T.M. WOOD
ROBERT M. HIRSH*                 JORDAN E. YARETT*
MICHELE HIRSHMAN*                KAYE N. YOSHINO*
MICHAEL S. HONG*                 TONG YU*
JOYCE S. HUANG*                  TRACEY A. ZACCONE*
DAVID S. HUNTINGTON*             T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

June 17, 2013

By Email

Robert A. Sacks
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067

*Sharp Electronics Corporation, et al. v. Hitachi, et al.*, No. 13-cv-1173 (MDL Docket
No. 07-cv-5944) (N.D. Cal.)

Dear Robert:

    Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc. (together "Sharp") are eager to proceed with discovery in this matter.

    Existing discovery orders in the MDL, including the Court's April 3, 2012 Order re Discovery and Case Management Protocol, contemplate coordinated discovery procedures that apply to all parties to the MDL.  *See* Dkt. 1128, Order re Discovery and Case Management Protocol at 14 ("Discovery in all actions transferred to this MDL proceeding shall be coordinated.").   The Court requires coordination of discovery requests and responses, *id.* at 14-15, and sharing of discovery materials between plaintiffs, *id.* at 15.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Robert A. Sacks 2

   Thomson Consumer Electronics, Inc. ("Thomson") has not been a defendant in the MDL previously, and thus the plaintiffs in the case have not sought discovery from Thomson. The conferences and discovery plans envisioned by Rule 26(d)(1) have already occurred in a coordinated fashion in the MDL with most parties. Sharp wishes to commence with written discovery vis-à-vis Thomson Consumer and other defendants with no further delay.

   We believe discovery is appropriate given the timing and the underlying MDL. We do not, however, wish to waste time if there will be a dispute about this. Accordingly, if it is Thomson's view that discovery between Sharp and Thomson is premature for any reason, please let us know promptly, so that Sharp may seek the Court's intervention as appropriate.

Very truly yours,

/s/

Craig A. Benson