# EXHIBIT C

# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-310-712-6600
FACSIMILE: 1-310-712-8800
WWW.SULLCROM.COM

*1888 Century Park East*
*Los Angeles, California 90067-1725*

NEW YORK • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

June 20, 2013

<u>Via E-mail</u>

Craig A. Benson,
    Paul, Weiss, Rifkind, Wharton & Garrison LLP,
        2001 K Street, NW,
            Washington, DC 20006-1047.

        Re:    <u>Sharp Electronics Corporation et al. v. Hitachi, et al., No. 13-cv-1173 (MDL Docket No. 07-cv-5944) ( N.D. Cal.)</u>

Dear Mr. Benson:

        We believe that discovery is premature while our motion to dismiss is pending. As you also note, Thomson Consumer has not been a defendant in these cases previously, and the prior Rule 26 conferences and discovery plans and events have occurred without Thomson Consumer's participation or consideration of its rights to defend your client's claims. Thus, we also believe that we will need to discuss a discovery schedule for this case that accounts for Thomson Consumer's rights to defend itself as a new defendant in a new case. We believe the first step should be a discovery conference between us, which we believe should occur promptly after the Court rules on Thomson Consumer's motion to dismiss, if the Court does not grant the motion.

                                        Sincerely,

                                        Robert A. Sacks