# EXHIBIT D

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS      (1927-1950)
JOHN F. WHARTON     (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(202) 223-7343

WRITER'S DIRECT FACSIMILE
(202) 204-7343

WRITER'S DIRECT E-MAIL ADDRESS
cbenson@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT
BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON
DAVID J. BALL                    MARK F. MENDELSOHN
CRAIG A. BENSON                  ALEX YOUNG K. OH
PATRICK S. CAMPBELL              JOSEPH J. SIMONS
CHARLES E. DAVIDOW               ALEXANDRA M. WALSH
KENNETH A. GALLO                 BETH A. WILKINSON
JEH C. JOHNSON

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*               MEREDITH J. KANE*
ALLAN J. ARFFA*                  ROBERTA A. KAPLAN*
ROBERT A. ATKINS*                BRAD S. KARP*
JOHN F. BAUGHMAN*                JOHN C. KENNEDY*
LYNN B. BAYARD*                  ALAN W. KORNBERG
DANIEL J. BELLER*                DANIEL J. KRAMER*
MITCHELL L. BERG*                DAVID K. LAKHDHIR
MARK S. BERGMAN                  STEPHEN P. LAMB*
BRUCE BIRENBOIM*                 JOHN E. LANGE*
H. CHRISTOPHER BOEHNING*         DANIEL J. LEFFELL*
ANGELO BONVINO*                  XIAOYU GREG LIU*
JAMES L. BROCHIN*                JEFFREY D. MARELL*
RICHARD J. BRONSTEIN*            MARCO V. MASOTTI*
DAVID W. BROWN*                  EDWIN S. MAYNARD*
SUSANNA M. BUERGEL*              DAVID W. MAYO*
JESSICA S. CAREY*                ELIZABETH R. McCOLM*
JEANETTE K. CHAN*                WILLIAM B. MICHAEL*
YVONNE Y. F. CHAN*               TOBY S. MYERSON*
LEWIS R. CLAYTON                 CATHERINE NYARADY*
JAY COHEN                        JOHN J. O'NEIL
KELLEY A. CORNISH*               BRAD R. OKUN*
CHRISTOPHER J. CUMMINGS*         KELLEY D. PARKER*
DOUGLAS R. DAVIS*                MARC E. PERLMUTTER*
THOMAS V. DE LA BASTIDE III*     VALERIE E. RADWANER*
ARIEL J. DECKELBAUM*             CARL L. REISNER*
ALICE BELISLE EATON*             WALTER G. RICCIARDI*
ANDREW J. EHRLICH*               WALTER RIEMAN*
GREGORY A. EZRING*               RICHARD A. ROSEN*
LESLIE GORDON FAGEN              ANDREW N. ROSENBERG*
MARC FALCONE*                    JACQUELINE P. RUBIN*
ANDREW C. FINCH*                 RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*             JEFFREY D. SAFERSTEIN*
ROBERTO FINZI                    JEFFREY B. SAMUELS*
PETER E. FISCH*                  DALE M. SARRO
ROBERT C. FLEDER*                TERRY E. SCHIMEK*
MARTIN FLUMENBAUM*               KENNETH M. SCHNEIDER*
ANDREW J. FOLEY*                 ROBERT B. SCHUMER*
HARRIS B. FREIDUS*               JAMES H. SCHWAB*
MANUEL S. FREY*                  JOHN M. SCOTT*
ANDREW L. GAINES*                STEPHEN J. SHIMSHAK*
MICHAEL E. GERTZMAN*             DAVID R. SICULAR*
PAUL D. GINSBERG*                MOSES SILVERMAN*
ADAM M. GIVERTZ*                 STEVEN SIMKIN*
SALVATORE GOGLIORMELLA*          MARILYN SOBEL*
ROBERT D. GOLDBAUM*              AUDRA J. SOLOWAY*
NEIL GOLDMAN*                    TARUN M. STEWART*
ERIC S. GOLDSTEIN*               ERIC ALAN STONE*
ERIC GOODISON*                   AIDAN SYNNOTT*
CHARLES H. GOOGE, JR.*           ROBYN F. TARNOFSKY*
ANDREW G. GORDON*                MONICA K. THURMOND*
UDI GROFMAN*                     DANIEL J. TOAL*
NICHOLAS GROOMBRIDGE*            LIZA M. VELAZQUEZ*
BRUCE A. GUTENPLAN*              MARIA T. VULLO*
GAINES GWATHMEY, III*            LAWRENCE G. WEE*
ALAN S. HALPERIN*                THEODORE V. WELLS, JR.
JUSTIN G. HAMILL*                STEVEN J. WILLIAMS*
CLAUDIA HAMMERMAN*               LAWRENCE I. WITDORCHIC*
GERARD E. HARPER*                MARK B. WLAZLO*
BRIAN S. HERMANN*                JULIA T.M. WOOD
ROBERT M. HIRSH*                 JORDAN E. YARETT*
MICHELE HIRSHMAN*                KAYE N. YOSHINO*
MICHAEL S. HONG*                 TONG YU*
JOYCE S. HUANG*                  TRACEY A. ZACCONE*
DAVID S. HUNTINGTON*             T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR

June 21, 2013

By Email

Robert A. Sacks
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067

*Sharp Electronics Corporation, et al. v. Hitachi, et al.*, No. 13-cv-1173 (MDL Docket No. 07-cv-5944) (N.D. Cal.)

Dear Robert:

    We received your letter dated June 20, 2013, responding to our letters from June 17 and June 20.

    We disagree that discovery is premature while Thomson Consumer's motion to dismiss is pending. Such a delay would prejudice Sharp's ability to prosecute its case.

    If your position is that Thomson Consumer will not participate in discovery until a discovery conference occurs, please let us know when you are available next week to have such a conference. Should any disputes that arise from that conference, we propose that we present them to the Special Master as quickly as possible, independently of the motion to dismiss.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Robert A. Sacks 2

Very truly yours,

/s/

Craig A. Benson