# EXHIBIT E

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

| | | |
|---|---|---|
| 2001 K STREET, NW<br>WASHINGTON, DC 20006-1047<br>TELEPHONE (202) 223-7300<br><br>LLOYD K. GARRISON  (1946-1991)<br>RANDOLPH E. PAUL  (1946-1956)<br>SIMON H. RIFKIND  (1950-1995)<br>LOUIS S. WEISS  (1927-1950)<br>JOHN F. WHARTON  (1927-1977)<br><br><br>WRITER'S DIRECT DIAL NUMBER<br>(202) 223-7343<br><br>WRITER'S DIRECT FACSIMILE<br>(202) 204-7343<br><br>WRITER'S DIRECT E-MAIL ADDRESS<br>cbenson@paulweiss.com | 1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064<br>TELEPHONE (212) 373-3000<br><br>UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA<br>NO. 7 DONGSANHUAN ZHONGLU, CHAOYANG DISTRICT<br>BEIJING 100020, PEOPLE'S REPUBLIC OF CHINA<br>TELEPHONE (86-10) 5828-6300<br><br>12TH FLOOR, HONG KONG CLUB BUILDING<br>3A CHATER ROAD, CENTRAL<br>HONG KONG<br>TELEPHONE (852) 2846-0300<br><br>ALDER CASTLE<br>10 NOBLE STREET<br>LONDON EC2V 7JU, U.K.<br>TELEPHONE (44 20) 7367 1600<br><br>FUKOKU SEIMEI BUILDING<br>2-2 UCHISAIWAICHO 2-CHOME<br>CHIYODA-KU, TOKYO 100-0011, JAPAN<br>TELEPHONE (81-3) 3597-8101<br><br>TORONTO-DOMINION CENTRE<br>77 KING STREET WEST, SUITE 3100<br>P.O. BOX 226<br>TORONTO, ONTARIO M5K 1J3<br>TELEPHONE (416) 504-0520<br><br>500 DELAWARE AVENUE, SUITE 200<br>POST OFFICE BOX 32<br>WILMINGTON, DE 19899-0032<br>TELEPHONE (302) 655-4410 | PARTNERS RESIDENT IN WASHINGTON<br>DAVID J. BALL          MARK F. MENDELSOHN<br>CRAIG A. BENSON     ALEX YOUNG K. OH<br>PATRICK S. CAMPBELL  JOSEPH J. SIMONS<br>CHARLES E. DAVIDOW  ALEXANDRA M. WALSH<br>KENNETH A. GALLO    BETH A. WILKINSON<br>JEH C. JOHNSON<br><br>PARTNERS NOT RESIDENT IN WASHINGTON<br>MATTHEW W. ABBOTT*     MEREDITH J. KANE*<br>ALLAN J. ARFFA*        ROBERTA A. KAPLAN*<br>ROBERT A. ATKINS*      BRAD S. KARP*<br>JOHN F. BAUGHMAN*      JOHN C. KENNEDY*<br>LYNN B. BAYARD*        ALAN W. KORNBERG<br>DANIEL J. BELLER       DANIEL J. KRAMER*<br>MITCHELL L. BERG*      DAVID K. LAKHDHIR<br>MARK S. BERGMAN        STEPHEN P. LAMB*<br>BRUCE BIRENBOIM*       JOHN E. LANGE*<br>H. CHRISTOPHER BOEHNING*  DANIEL J. LEFFELL*<br>ANGELO BONVINO*        XIAOYU GREG LIU*<br>JAMES L. BROCHIN       JEFFREY D. MARELL*<br>RICHARD J. BRONSTEIN* MARCO V. MASOTTI*<br>DAVID W. BROWN*        EDWIN S. MAYNARD*<br>SUSANNA M. BUERGEL*    DAVID W. MAYO*<br>JESSICA S. CAREY*      ELIZABETH R. McCOLM*<br>JEANETTE K. CHAN*      WILLIAM B. MICHAEL*<br>YVONNE Y. F. CHAN*     TOBY S. MYERSON*<br>LEWIS R. CLAYTON       CATHERINE NYARADY*<br>JAY COHEN              JOHN J. O'NEIL<br>KELLEY A. CORNISH*     BRAD R. OKUN*<br>CHRISTOPHER J. CUMMINGS*  KELLEY D. PARKER*<br>DOUGLAS R. DAVIS*      MARC E. PERLMUTTER*<br>THOMAS V. DE LA BASTIDE III*  VALERIE E. RADWANER*<br>ARIEL J. DECKELBAUM*   CARL L. REISNER*<br>ALICE BELISLE EATON*   WALTER G. RICCIARDI*<br>ANDREW J. EHRLICH*     WALTER RIEMAN*<br>GREGORY A. EZRING*     RICHARD A. ROSEN*<br>LESLIE GORDON FAGEN    ANDREW N. ROSENBERG*<br>MARC FALCONE*          JACQUELINE P. RUBIN*<br>ANDREW C. FINCH        RAPHAEL M. RUSSO*<br>BRAD J. FINKELSTEIN*   JEFFREY D. SAFERSTEIN*<br>ROBERTO FINZI          JEFFREY B. SAMUELS*<br>PETER E. FISCH*        DALE M. SARRO<br>ROBERT C. FLEDER*      TERRY E. SCHIMEK*<br>MARTIN FLUMENBAUM      KENNETH M. SCHNEIDER*<br>ANDREW J. FOLEY*       ROBERT B. SCHUMER*<br>HARRIS B. FREIDUS*     JAMES H. SCHWAB*<br>MANUEL S. FREY*        JOHN M. SCOTT*<br>ANDREW L. GAINES*      STEPHEN J. SHIMSHAK*<br>MICHAEL E. GERTZMAN*   DAVID R. SICULAR*<br>PAUL D. GINSBERG*      MOSES SILVERMAN*<br>ADAM M. GIVERTZ*       STEVEN SIMKIN*<br>SALVATORE GOGLIORMELLA*  MARILYN SOBEL*<br>ROBERT D. GOLDBAUM*    AUDRA J. SOLOWAY*<br>NEIL GOLDMAN*          TARUN M. STEWART*<br>ERIC S. GOLDSTEIN*     ERIC ALAN STONE*<br>ERIC GOODISON*         AIDAN SYNNOTT*<br>CHARLES H. GOOGE, JR.*  ROBYN F. TARNOFSKY*<br>ANDREW G. GORDON*      MONICA K. THURMOND*<br>UDI GROFMAN*           DANIEL J. TOAL*<br>NICHOLAS GROOMBRIDGE*  LIZA M. VELAZQUEZ*<br>BRUCE A. GUTENPLAN*    MARIA T. VULLO*<br>GAINES GWATHMEY, III*  LAWRENCE G. WEE*<br>ALAN S. HALPERIN*      THEODORE V. WELLS, JR.<br>JUSTIN G. HAMILL*      STEVEN J. WILLIAMS*<br>CLAUDIA HAMMERMAN*     LAWRENCE I. WITDORCHIC*<br>GERARD E. HARPER       MARK B. WLAZLO*<br>BRIAN S. HERMANN*      JULIA T.M. WOOD<br>ROBERT M. HIRSH*       JORDAN E. YARETT*<br>MICHELE HIRSHMAN*      KAYE N. YOSHINO*<br>MICHAEL S. HONG*       TONG YU*<br>JOYCE S. HUANG*        TRACEY A. ZACCONE*<br>DAVID S. HUNTINGTON*   T. ROBERT ZOCHOWSKI, JR.*<br><br>*NOT AN ACTIVE MEMBER OF THE DC BAR |

June 25, 2013

By Email

Robert A. Sacks
Sullivan & Cromwell LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067

> *Sharp Electronics Corporation, et al. v. Hitachi, et al.*, No. 13-cv-1173 (MDL Docket No. 07-cv-5944) (N.D. Cal.)

Dear Robert:

      I attach again a copy of my letter dated June 21, 2013.  Please provide dates and times you are available this week to have such a conference to discuss discovery deadlines.

      Recall that we accorded you the courtesy of extending the time for Thomson Consumer to respond to our complaint, which we served in mid-March.  We have indicated that we wish to proceed with discovery without delay.  You indicated in your prior letter that discovery should not proceed until we convene a discovery conference.  We disagree, but offered to participate in such a conference as an accommodation.  But we have not received any response from you providing a time to meet and discuss.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Robert A. Sacks 2

      We already have a hearing date of July 23 before the Special Master and can prepare any discovery-related disputes for that hearing.

      Thank you for your prompt response.

                       Very truly yours,

                       /s/

                       Craig A. Benson

Attachment