Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice* to be submitted)
Joseph J. Simons (*Pro Hac Vice* to be submitted)
Craig A. Benson (*Pro Hac Vice* to be submitted)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 202-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to: Individual Case No. 13-cv-2776<br><br>SHARP ELECTRONICS CORPORATION and SHARP ELECTRONICS MANUFACTURING COMPANY OF AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KONINKLIJKE PHILIPS ELECTRONICS N.V., *et al.*,<br><br>Defendants. | Case No. 07-5944 (SC)<br><br>MDL No. 1917<br><br>**PROOF OF SERVICE RE: ORION ENGINEERING & SERVICE, INC.** |

- 1 -
PROOF OF SERVICE
Case No. C 07-5944, MDL No. 1917; Case No. C 13-1173 (SC)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sharp Electronics Corporation; and Sharp Electronics Manufacturing Company of America, Inc.

Case No CV 13 2776

v.

Plaintiff

Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics; et al.,

Defendant

## AFFIDAVIT OF SERVICE

State of California }
County of Los Angeles } ss

The undersigned, being duly sworn, deposes and says,

Deponent is not a party herein is over 18 years of age and resides in the state of California

That on 6/19/2013 at 12:05 PM at 1055 W. 7th Street, Suite 2800, Los Angeles, CA 90017

deponent served a(n) **Summons In A Civil Action, Complaint And Jury Demand, Order Setting Initial Case Management Conference And ADR Deadlines, Administrative Motion Pursuant To Civil L.R. 3-12 To Consider Whether Cases Should Be Related, Declaration Of Jonathan A. Patchen In Support Of Plaintiffs' Administrative Motion To Consider Whether Cases Should Be Related With Exhibit A, [Proposed] Order Granting Plaintiffs' Administrative Motion To Consider Whether Cases Should Be Related, Proof Of Service Re: Plaintiffs' Administrative Motion Pursuant To Civil Local Rule 3-12 To Consider Whether Cases Should Be Related, Magistrate Judge's Jurisdiction In The Northern District Of California Brochure Sept. 2012**

on Orion Engineering & Service Inc. c/o Agent for Service: Sebong Hon, accepted by Alyse Bickings

deponent knew the person so served to be a person authorized to accept service

Description of Person Served
Gender Female
Skin White
Hair Black
Age 22 - 35 Yrs
Height 5' 4" - 5' 8"
Weight 100-130 Lbs
Other Glasses

State of California County of LOS ANGELES
Subscribed and sworn to (or affirmed) before me on this 20th day of JUNE, 2013 by GARY HANSEN
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature Rachael Bodnar
(Seal)

RACHAEL BODNAR
Commission # 1941118
Notary Public - California
Los Angeles County
My Comm Expires Jul 14, 2015

Sworn to before me this
_____
NOTARY PUBLIC

_____
Gary Hansen