Terry Calvani (53260)
Richard Sutton Snyder (*pro hac vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Email: terry.calvani@freshfields.com
Email: richard.snyder@freshfields.com
701 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004
Tel: (202) 777-4500
Fax: (202) 777-4555

*Attorneys for Defendant Beijing Matsushita Color CRT Co., Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No.: 3:07-cv-5944-SC<br>MDL NO. 1917 |
| This document relates to:<br>ALL ACTIONS | **NOTICE OF WITHDRAWAL OF ATTORNEY KATE S. MCMILLAN AS COUNSEL FOR BEIJING MATSUSHITA COLOR CRT CO., LTD.** |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Kate S. McMillan is withdrawing as counsel in the above-captioned matter as she will longer be associated with the firm of Freshfields Bruckhaus Deringer US LLP as of July 10, 2013. Freshfields Bruckhaus Deringer US LLP continues to serve as counsel for Beijing Matsushita Color CRT Co., Ltd.

DATED: July 10, 2013          **FRESHFIELDS BRUCKHAUS DERINGER US LLP**

                              By:   */s/ Richard Sutton Snyder*

                                    Richard Sutton Snyder