Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com


Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.  3:07-5944-SC <br><br> MDL No. 1917 <br><br> **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE** <br><br> [DECLARATION OF CRAIG A. BENSON FILED CONCURRENTLY HEREWITH] |
| This Document Relates to: <br><br> *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | |

Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") and Defendant Thomson S.A. (n/k/a Technicolor S.A.) enter into this Stipulation concerning the matter entitled *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-05944, by an Order of Judge Samuel Conti on March 26, 2013.

SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of California alleging antitrust violations by manufacturers, distributors and sellers of CRT and CRT Products, captioned *Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 13-cv-01173 (ECF 1, the "Sharp Complaint");

WHEREAS, on April 29, 2013, Sharp served Thomson S.A. with a copy of the Sharp Complaint;

WHEREAS, on May 24, 2013, Sharp and Thomson S.A. entered into a stipulation extending Thomson S.A.'s time to answer, move, or otherwise respond to the Sharp Complaint to July 3, 2013 (ECF 32, Docket # 1690);

WHEREAS, Thomson S.A. filed a motion to dismiss the Sharp Complaint on July 3, 2013 (ECF 36, Docket # 1765) (the "Motion to Dismiss");

WHEREAS, Sharp's opposition to the Motion to Dismiss and Thomson S.A.'s reply are currently due on July 17, 2013 and July 24, 2013, respectively; and

WHEREAS, on July 8, 2013, counsel for Thomson S.A. and counsel for Sharp agreed to extend the deadline for Sharp to file its opposition to the Motion to Dismiss until July 31, 2013 and to extend the deadline for Thomson S.A. to file a reply to Sharp's opposition to the Motion to Dismiss until August 14, 2013;

///

///

///

NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND THOMSON S.A., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Sharp to file an opposition to the Motion to Dismiss shall be extended until July 31, 2013.

2. The deadline for Thomson S.A. to file a reply to Sharp's opposition to the Motion to Dismiss shall be extended until August 14, 2013.

3. This Stipulation does not constitute a waiver by Thomson S.A. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

**IT IS SO STIPULATED.**

Dated: July 12, 2013            By:      /s/ Jonathan A. Patchen

    Stephen E. Taylor (SBN 058452)
    Jonathan A. Patchen (SBN 237346)
    TAYLOR & COMPANY LAW OFFICES, LLP
    One Ferry Building, Suite 355
    San Francisco, California 94111
    Telephone:  (415) 788-8200
    Facsimile:  (415) 788-8208
    Email: staylor@tcolaw.com
    Email: jpatchen@tcolaw.com

    Kenneth A. Gallo (*Pro Hac Vice*)
    Joseph J. Simons (*Pro Hac Vice*)
    Craig A. Benson (*Pro Hac Vice*)
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    2001 K Street, NW
    Washington, DC  20006-1047
    Telephone:  (202) 223-7300
    Facsimile:  (202) 223-7420

    *Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

By:  /s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Rory P. Culver (SBN 271868)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

*Attorneys for Defendant Thomson S.A.*

Pursuant to Local Rule 5-1(i), I attest that I am the ECF user whose ID and password are being used to file the above Stipulation and [Proposed] Order Re Extension of Briefing Schedule, and that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 12, 2013                           By: */s/ Jonathan A. Patchen*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE