David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:     206.359.8000
Facsimile:     206.359.9000

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:     415.344.7120
Facsimile:     415.344.7320

Attorneys for Plaintiff Costco Wholesale Corporation
[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275; | **DIRECT ACTION PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS** |

1 | *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;

2

3 | *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;

4 | *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;

5

6 | *P.C. Richard & Son Long Island Corporation, et al., v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

7

8 | *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

27 | CASE NO. 3:07-05944-SC    DIRECT ACTION PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT
MDL No. 1917    INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DIRECT
28 | LEGAL27188610.4    ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Direct Action Plaintiffs hereby move this Court, pursuant to Rule 53 of the Federal Rules of Civil Procedure and the Court's June 16, 2008, Order Appointing Special Master ("Appointment Order"), for an Order adopting the Interim Special Master's June 28, 2013, Report and Recommendation Regarding Direct Action Plaintiffs' Motion for Leave to File Amended Complaints ("June 28 Report and Recommendation"). Specifically, Interim Special Master Quinn recommended that the Court grant the Direct Action Plaintiffs' motion for leave to file amended complaints.

The Interim Special Master heard oral argument regarding the Direct Action Plaintiffs' motion on May 8, 2013. On June 28, 2013, the Interim Special Master issued his Report and Recommendation, conducting an extensive, well-reasoned analysis of the relevant law and concluding that (1) leave to amend shall be freely granted when justice so requires—a policy to be applied with extreme liberality; (2) the Direct Action Plaintiffs timely filed their motion for leave to amend; (3) none of the proposed defendants met their burden of showing that the Direct Action Plaintiffs unduly delayed filing the motions to amend; (4) none of the proposed defendants met their burden of showing that they would suffer any undue prejudice by allowing the proposed amendments; (5) Samsung SDI's futility argument is premature and is more appropriately determined on a motion to dismiss or for summary adjudication; (6) there was no opposition to adding Videocon as a non-party co-conspirator; (7) there was no opposition to adding the Panasonic entities as non-party co-conspirators in Costco's case; and (8) there was no opposition to adding facts pertinent to tolling and otherwise removing a few minor allegations from the Direct Action Plaintiffs' complaints.

The Interim Special Master therefore recommended that the Court grant the Direct Action Plaintiffs' motion for leave to file the amended complaints that were attached to the March 26, 2013, declaration of Eric J. Weiss as follows:

-1-

CASE NO. 3:07-05944-SC
MDL No. 1917
LEGAL27188610.4

DIRECT ACTION PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

1. To add the following new defendants: Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Mitsubishi Electric Corp., Mitsubishi Digital Electronics America, Inc. and Mitsubishi Electric & Electronics, USA, Inc.

2. To add as a non-party co-conspirator Videocon Industries, Ltd.

3. In the case of Costco only to add the following new defendants: Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brazil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., and Samsung SDI (Malaysia) Sdn. Bhd.

4. In the case of Costco only to add as non-party co-conspirators Panasonic Corp., Panasonic Corp. of North America, MT Picture Display, Co., Ltd., Matsushita Electronic Corp. (Malaysia) Sdn. Bhd. and Panasonic Consumer Electronics Co.

5. To add additional allegations relevant to *American Pipe*, cross-jurisdictional and Government Action tolling.

June 28 Report and Recommendation at 8–9.

Pursuant to paragraph 17 of the Appointment Order, the record relevant to this Motion consists of (1) this Notice of Motion and Motion; (2) the June 28 Report and Recommendation, with included a proposed order (Dkt. No. 1751); (3) Direct Action Plaintiffs' Motion for Leave to File Amended Complaints (Dkt. No. 1609) and accompanying declaration of Eric J. Weiss (Dkt. No. 1613) and exhibits (Dkt. Nos. 1610–11); (4) Opposition of Intervenor Thomson Consumer Electronics, Inc. and Thomson S.A. (Specially Appearing) to Direct Action Plaintiffs' Motion for Leave to File Amended Complaints and accompanying declaration of Laura Oswell and exhibits (Dkt. No. 1629); (5) Mitsubishi Electric's Notice of Motion and Motion for Leave to Intervene and Memorandum of Points and Authorities in Support Thereof (Dkt. No. 1625); (6) Mitsubishi Electric's Motion to Shorten Time (Dkt. No. 1626) and accompanying declaration of Michael Brody (Dkt. No. 1627); (7) Mitsubishi Electric's Opposition to Direct Action Plaintiffs' Motion for Leave to File Amended Complaints (Dkt. No. 1628); (8) Real Party in Interest Samsung SDI's Opposition to Plaintiff Costco's Motion for Leave to File Amended Complaint and accompanying declaration of Tyler M. Cunningham (Dkt. No. 1632); (9) Direct Action Plaintiffs' Reply in

-2-

CASE NO. 3:07-05944-SC
MDL No. 1917
LEGAL27188610.4

DIRECT ACTION PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

Support of Their Motion for Leave to File Amended Complaints (Dkt. No. 1638) and accompanying declaration of Eric J. Weiss (Dkt. No. 1639); and (10) the transcript of the May 8, 2013, proceedings before the Interim Special Master. Copies of these documents are attached to the accompanying declaration of Eric J. Weiss.

Accordingly, for the reasons set forth in the Interim Special Master's Report and Recommendation and the Direct Action Plaintiffs' motion and supporting documents, the Court should adopt the Interim Special Master's Report and Recommendation in its entirety.

DATED: July 12, 2013

/s/ David. J. Burman
David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: DBurman@perkinscoie.com
Email: CGMoore@perkisncoie.com
Email: EWeiss@perkinscoie.com
Email: NHesterberg@perkinscoie.com

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7120
Facsimile: 415.344.7320

*Attorneys for Plaintiff Costco Wholesale Corporation*

/s/ Philip J. Iovieno
Philip J. Iovieno
Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
10 North Pearl Street, 4th Floor

-3-

Albany, NY 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665
Email: piovieno@bsfllp.com
Email: anardacci@bsfllp.com

William A. Isaacson
Jennifer Milici
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C. 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: wisaacson@bsfllp.com
Email: jmilici@bsfllp.com

Stuart Singer
BOIES, SCHILLER & FLEXNER LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
Email: ssinger@bsfllp.com

*Liaison Counsel for Direct Action Plaintiffs and Attorneys for Plaintiffs Electrograph Systems, Inc., Electrograph Technologies, Corp., Office Depot, Inc., Compucom Systems, Inc., Interbond Corporation of America, P.C. Richard & Son Long Island Corporation, Marta Cooperative of America, Inc., ABC Appliance, Inc., Schultze Agency Services LLC on behalf of Tweeter Opco, LLC and Tweeter Newco, LLC*

/s/ Roman M. Silberfeld
Roman M. Silberfeld, (SBN 62783)
David Martinez, (SBN 193183)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800
Email: RMSilberfeld@rkmc.com
Email: DMartinez@rkmc.com

*Attorneys For Plaintiffs Best Buy Co., Inc, Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Bestbuy.com, L.L.C., and Magnolia Hi-Fi, LLC*

-4-

CASE NO. 3:07-05944-SC
MDL No. 1917
LEGAL27188610.4

DIRECT ACTION PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

/s/ Kenneth S. Marks
H. Lee Godfrey
Kenneth S. Marks
Jonathan J. Ross
Johnny W. Carter
David M. Peterson
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
Email: lgodfrey@sumangodfrey.com
Email: kmarks@susmangodfrey.com
Email: jross@susmangodfrey.com
Email: jcarter@susmangodfrey.com
Email: dpeterson@susmangodfrey.com

Parker C. Folse III
Rachel S. Black
Jordan Connors
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101-3000
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
Email: pfolse@susmangodfrey.com
Email: rblack@susmangodfrey.com
Email: jconnors@susmangodfrey.com

*Attorneys for Plaintiff Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust*

/s/ Jason C. Murray
Jason C. Murray (CA Bar No. 169806)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com

Jerome A. Murphy (*pro hac vice*)
Astor H.L. Heaven (*pro hac vice*)

-5-

CASE NO. 3:07-05944-SC
MDL No. 1917
LEGAL27188610.4

DIRECT ACTION PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

| | |
|---|---|
| 1 | CROWELL & MORING LLP |
| 2 | 1001 Pennsylvania Avenue, N.W. Washington, D.C. 20004 |
| 3 | Telephone: 202-624-2500 Facsimile: 202-628-5116 |
| 4 | E-mail: jmurphy@crowell.com aheaven@crowell.com |
| 5 | *Counsel for Target Corp.* |
| 6 | |
| 7 | /s/ Richard Alan Arnold |
| 8 | Richard Alan Arnold William J. Blechman |
| 9 | Kevin J. Murray KENNY NACHWALTER, P.A. |
| 10 | 201 S. Biscayne Blvd., Suite 1100 Miami, FL 33131 |
| 11 | Tel: 305-373-1000 Fax: 305-372-1861 |
| 12 | Email: rarnold@knpa.com Email: wblechman@knpa.com |
| 13 | Email: kmurray@knpa.com |
| 14 | |
| 15 | *Counsel for Plaintiffs Sears, Roebuck and Co. and Kmart Corp.* |

-6-

CASE NO. 3:07-05944-SC
MDL No. 1917
LEGAL27188610.4

DIRECT ACTION PLAINTIFFS' JOINT NOTICE OF MOTION AND MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS