1   David J. Burman (admitted *pro hac vice*)
    Cori G. Moore (admitted *pro hac vice*)
2   Eric J. Weiss (admitted *pro hac vice*)
3   Nicholas H. Hesterberg (admitted *pro hac vice*)
    **PERKINS COIE LLP**
4   1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
5   Telephone:     206.359.8000
    Facsimile:     206.359.9000
6
7   Joren Bass, Bar No. 208143
    JBass@perkinscoie.com
8   **PERKINS COIE LLP**
    Four Embarcadero Center, Suite 2400
9   San Francisco, CA  94111-4131
    Telephone:     415.344.7120
10  Facsimile:     415.344.7320
11
    Attorneys for Plaintiff Costco Wholesale Corporation
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO DIVISION

16
    IN RE: CATHODE RAY TUBE (CRT)        Master File No. 3:07-cv-05944-SC
17  ANTITRUST LITIGATION                 MDL No. 1917

18
                                         **DECLARATION OF ERIC J. WEISS IN**
19  This Document Relates to:            **SUPPORT OF DIRECT ACTION**
                                         **PLAINTIFFS' MOTION TO ADOPT**
20  *Electrograph Systems, Inc., et al. v. Hitachi,*   **INTERIM SPECIAL MASTER'S**
    *Ltd., et al.*, No. 11-cv-01656;     **REPORT AND RECOMMENDATION**

21  *Alfred H. Siegel, as Trustee of the Circuit*
    *City Stores, Inc. Liquidating Trust v.*
22  *Hitachi, Ltd., et al.*, No. 11-cv-05502;

23  *Best Buy Co., Inc., et al. v. Hitachi, Ltd., et*
    *al.*, No. 11-cv-05513;
24
    *Target Corp, et al. v. Chunghwa Picture*
25  *Tubes, Ltd., et al.*, No. 11-cv-05514;

26
    CASE NO. 3:07-05944-SC        DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION
27  MDL No. 1917                  PLAINTIFFS' MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT
    LEGAL272602862.1              AND RECOMMENDATION
28

1

2   *Interbond Corporation of America v.
Hitachi, et al.*, No. 11-cv-06275;

3

*Office Depot, Inc. v. Hitachi Ltd., et al.*, No.
4   11-cv-06276;

5   *CompuCom Systems, Inc. v. Hitachi, Ltd., et
al.*, No. 11-cv-06396;

6

*Costco Wholesale Corporation v. Hitachi,
7   Ltd., et al.*, No. 11-cv-06397;

8   *P.C. Richard & Son Long Island Corp., et
al, v. Hitachi, Ltd., et al.*, No. 12-cv-02648;

9

*Schultze Agency Services, LLC, et al. v.
10  Hitachi, Ltd., et al.*, No. 12-cv-02649.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  CASE NO. 3:07-05944-SC         DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION
MDL No. 1917            PLAINTIFFS' MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT
28  LEGAL272602862.1        AND RECOMMENDATION

1    I, Eric J. Weiss, declare as follows:

2        1.    I am an attorney with Perkins Coie LLP, and we represent Plaintiff Costco

3    Wholesale Corporation in this litigation.  I am admitted to practice law in the states of

4    Washington, Wisconsin, and Illinois and am admitted to appear *pro hac vice* in this action

5    pursuant to Pretrial Order No. 1, Dkt. 230 (Apr. 4, 2008).  I make this Declaration in support of

6    the Direct Action Plaintiffs' Motion to Adopt Interim Special Master's Report and

7    Recommendation Regarding Direct Action Plaintiffs' Motion for Leave to File Amended

8    Complaints.  I am over the age of 18 and competent to testify to the matters in this Declaration.  I

9    make this Declaration based on my personal knowledge.

10       2.    Attached hereto as Exhibit A is a true and correct copy of the June 28 Report and

11   Recommendation, with included a proposed order (Dkt. No. 1751).

12       3.    Attached hereto as Exhibit B is a true and correct copy of Direct Action Plaintiffs'

13   Motion for Leave to File Amended Complaints (Dkt. No. 1609) and accompanying declaration of

14   Eric J. Weiss (Dkt. No. 1613) and exhibits (Dkt. Nos. 1610–11).

15       4.    Attached hereto as Exhibit C is a true and correct copy of the Opposition of

16   Intervenor Thomson Consumer Electronics, Inc. and Thomson S.A. (Specially Appearing) to

17   Direct Action Plaintiffs' Motion for Leave to File Amended Complaints and accompanying

18   declaration of Laura Oswell and exhibits (Dkt. No. 1629).

19       5.    Attached hereto as Exhibit D is a true and correct copy of Mitsubishi Electric's

20   Notice of Motion and Motion for Leave to Intervene and Memorandum of Points and Authorities

21   in Support Thereof (Dkt. No. 1625).

22       6.    Attached hereto as Exhibit E is a true and correct copy of Mitsubishi Electric's

23   Motion to Shorten Time (Dkt. No. 1626) and accompanying declaration of Michael Brody (Dkt.

24   No. 1627).

25

26

27   CASE NO. 3:07-05944-SC          DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION
     MDL No. 1917                    PLAINTIFFS' MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT
28   LEGAL272602862.1                AND RECOMMENDATION

1

1    7.    Attached hereto as Exhibit F is a true and correct copy of Mitsubishi Electric's

2    Opposition to Direct Action Plaintiffs' Motion for Leave to File Amended Complaints (Dkt. No.

3    1628).

4    8.    Attached hereto as Exhibit G is a true and correct copy of Real Party in Interest

5    Samsung SDI's Opposition to Plaintiff Costco's Motion for Leave to File Amended Complaint

6    and accompanying declaration of Tyler M. Cunningham (Dkt. No. 1632).

7    9.    Attached hereto as Exhibit H is a true and correct copy of Direct Action Plaintiffs'

8    Reply in Support of Their Motion for Leave to File Amended Complaints (Dkt. No. 1638) and

9    accompanying declaration of Eric J. Weiss (Dkt. No. 1639).

10    10.    Attached hereto as Exhibit I is a true and correct copy of the transcript of the May

11    8, 2013, proceedings before the Interim Special Master.

12

13    DATED: July 12, 2013                    /s/ Eric J. Weiss_____

14                                            Eric J. Weiss

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 3:07-05944-SC          DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION
MDL No. 1917                    PLAINTIFFS' MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT
LEGAL272602862.1                AND RECOMMENDATION