David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Eric J. Weiss (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:     206.359.8000
Facsimile:     206.359.9000

Joren Bass, Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:     415.344.7120
Facsimile:     415.344.7320

Attorneys for Plaintiff Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC<br>MDL No. 1917<br><br>**DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION PLAINTIFFS' MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION** |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust v. Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp, et al. v. Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |

CASE NO. 3:07-05944-SC
MDL No. 1917
LEGAL272602862.1

DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION PLAINTIFFS' MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION

1
2   *Interbond Corporation of America v. Hitachi, et al.*, No. 11-cv-06275;
3
4   *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276;
5   *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396;
6
7   *Costco Wholesale Corporation v. Hitachi, Ltd., et al.*, No. 11-cv-06397;
8   *P.C. Richard & Son Long Island Corp., et al, v. Hitachi, Ltd., et al.*, No. 12-cv-02648;
9
10  *Schultze Agency Services, LLC, et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02649.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  CASE NO. 3:07-05944-SC         DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION
    MDL No. 1917                   PLAINTIFFS' MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT
28  LEGAL272602862.1               AND RECOMMENDATION

I, Eric J. Weiss, declare as follows:

1. I am an attorney with Perkins Coie LLP, and we represent Plaintiff Costco Wholesale Corporation in this litigation. I am admitted to practice law in the states of Washington, Wisconsin, and Illinois and am admitted to appear *pro hac vice* in this action pursuant to Pretrial Order No. 1, Dkt. 230 (Apr. 4, 2008). I make this Declaration in support of the Direct Action Plaintiffs' Motion to Adopt Interim Special Master's Report and Recommendation Regarding Direct Action Plaintiffs' Motion for Leave to File Amended Complaints. I am over the age of 18 and competent to testify to the matters in this Declaration. I make this Declaration based on my personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of the June 28 Report and Recommendation, with included a proposed order (Dkt. No. 1751).

3. Attached hereto as Exhibit B is a true and correct copy of Direct Action Plaintiffs' Motion for Leave to File Amended Complaints (Dkt. No. 1609) and accompanying declaration of Eric J. Weiss (Dkt. No. 1613) and exhibits (Dkt. Nos. 1610–11).

4. Attached hereto as Exhibit C is a true and correct copy of the Opposition of Intervenor Thomson Consumer Electronics, Inc. and Thomson S.A. (Specially Appearing) to Direct Action Plaintiffs' Motion for Leave to File Amended Complaints and accompanying declaration of Laura Oswell and exhibits (Dkt. No. 1629).

5. Attached hereto as Exhibit D is a true and correct copy of Mitsubishi Electric's Notice of Motion and Motion for Leave to Intervene and Memorandum of Points and Authorities in Support Thereof (Dkt. No. 1625).

6. Attached hereto as Exhibit E is a true and correct copy of Mitsubishi Electric's Motion to Shorten Time (Dkt. No. 1626) and accompanying declaration of Michael Brody (Dkt. No. 1627).

1

CASE NO. 3:07-05944-SC
MDL No. 1917
LEGAL272602862.1

DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION PLAINTIFFS' MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT AND RECOMMENDATION

7. Attached hereto as Exhibit F is a true and correct copy of Mitsubishi Electric's Opposition to Direct Action Plaintiffs' Motion for Leave to File Amended Complaints (Dkt. No. 1628).

8. Attached hereto as Exhibit G is a true and correct copy of Real Party in Interest Samsung SDI's Opposition to Plaintiff Costco's Motion for Leave to File Amended Complaint and accompanying declaration of Tyler M. Cunningham (Dkt. No. 1632).

9. Attached hereto as Exhibit H is a true and correct copy of Direct Action Plaintiffs' Reply in Support of Their Motion for Leave to File Amended Complaints (Dkt. No. 1638) and accompanying declaration of Eric J. Weiss (Dkt. No. 1639).

10. Attached hereto as Exhibit I is a true and correct copy of the transcript of the May 8, 2013, proceedings before the Interim Special Master.

DATED: July 12, 2013                     /s/ Eric J. Weiss
                                         Eric J. Weiss

2

CASE NO. 3:07-05944-SC    DECLARATION OF ERIC J. WEISS IN SUPPORT OF DIRECT ACTION
MDL No. 1917              PLAINTIFFS' MOTION TO ADOPT INTERIM SPECIAL MASTER'S REPORT
LEGAL272602862.1          AND RECOMMENDATION