1  Robert A. Sacks (SBN 150146)
   sacksr@sullcrom.com
2  Rory P. Culver (SBN 271868)
   culverr@sullcrom.com
3  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
4  Los Angeles, California 90067
   Tel: (310) 712-6600
5  Fax: (310) 712-8800

6  Laura Kabler Oswell (SBN 241281)
   oswelll@sullcrom.com
7  SULLIVAN & CROMWELL LLP
   1870 Embarcadero Road
8  Palo Alto, California 94303
   Tel.: (650) 461-5600
9  Fax: (650) 461-5700

10 Attorneys for Thomson Consumer Electronics, Inc.
   and Specially Appearing Defendant Thomson S.A.

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                           **SAN FRANCISCO DIVISION**

15

| | |
|---|---|
| 16  IN RE: CATHODE RAY TUBE ) <br> (CRT) ANTITRUST LITIGATION ) <br> 17                                       ) <br>                                          ) <br> 18 ─────────────────────────────── ) <br>                                          ) <br> 19  This Document Relates to:           ) <br>                                          ) <br> 20  *Electrograph Systems, Inc., et al.* v. ) <br>     *Hitachi, Ltd., et al.,* No. 11-cv-01656; ) <br> 21                                       ) <br>     *Alfred H. Siegel, as Trustee of the*  ) <br> 22  *Circuit City Stores, Inc. Liquidating* ) <br>     *Trust* v. *Hitachi, Ltd., et al.,* No. 11- ) <br> 23  cv-05502;                            ) <br>                                          ) <br> 24  *Best Buy Co., Inc., et al.* v. *Hitachi* ) <br>     *Ltd., et al.,* No. 11-cv-05513;     ) <br> 25                                       ) <br>     *Target Corp., et al.* v. *Chunghwa*   ) <br> 26  *Picture Tubes, Ltd., et al.,* No. 11-cv- ) <br>     05514;                               ) <br> 27                                       ) <br>     *Interbond Corporation of America* v. ) <br> 28  *Hitachi, Ltd., et al.,* No. 11-cv-06275; ) <br>                                          ) | Master File No. 3:07-5944-SC <br><br> MDL No. 1917 <br><br> **ADMINISTRATIVE MOTION TO FILE SUPPLEMENT TO JOINT APPENDIX UNDER SEAL** <br><br> Date: <br> Time: <br> Place: <br> Judge: Hon. Samuel Conti <br> Special Master: Hon. Charles A. Legge (Ret.) |

| | | |
|---|---|---|
| 1 | *Office Depot, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06276; | ) ) |
| 2 | *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06396; | ) ) ) |
| 3 | | ) |
| 4 | *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397; | ) ) ) |
| 5 | *P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02648; and | ) ) ) ) |
| 6 | | ) |
| 7 | *Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02649. | ) ) ) ) |
| 8 | | |

1    Pursuant to Civil Local Rules 7-11 and 79-5, and in accordance with this Court's
2 General Order No. 62, effective May 10, 2010, Specially Appearing Defendant Thomson S.A.
3 and Thomson Consumer Electronics, Inc. (collectively, "Thomson") hereby move to file under
4 seal portions of the Supplement to Joint Appendix of Record for Special Master's June 28, 2013
5 Report and Recommendation Regarding Direct Action Plaintiffs' Motion for Leave to File
6 Amended Complaints (the "Supplement").  Tab Number 9, the transcript of the May 8, 2013
7 hearing on Direct Action Plaintiffs' Motion for Leave to File Amended Complaints, has been
8 designated "Highly Confidential" and is submitted under seal.

9    Local Rule 79-5 governs the filing under seal of entire documents or portions of
10 documents that contain material that is "privileged or protectable as a trade secret or otherwise
11 entitled to protection under the law."  Civil L.R. 79-5(a)-(c).  "If a party wishes to file document
12 that has been designated confidential by another party pursuant to a protective order, or if a party
13 wishes to refer in a memorandum or other filing to information so designated by another party,
14 the submitting party must file and serve an Administrative Motion for a sealing order . . . ."
15 Civil L.R. 79-5(d).  General Order No. 62, Electronic Filing of Documents Under Seal, effective
16 May 10, 2010, sets forth further procedures applicable to the filing of sealed documents in civil
17 cases.

18    In compliance with Local Rule 79-5(d), Thomson submits this Administrative
19 Motion because the Supplement contains (a) material designated by a defendant pursuant to a
20 protective order as "Confidential" or "Highly Confidential"; and/or (b) analysis of, references to,
21 or information taken directly from material designated by a defendant pursuant to a protective
22 order as "Confidential" or "Highly Confidential."  *See id.*

23    Thomson seeks to file the above material under seal in good faith in order to
24 comply with the Protective Order in this action and the applicable Local Rules.  Because certain
25 defendants and various third parties contend that the material they have designated is
26 confidential in nature, it is their burden to establish that the designated information is sealable.
27 Civil L.R. 79-5(d); *see Kamakana v. City of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006).
28

1  Thomson leaves it to this Court's discretion to determine whether the above material should be
2  filed under seal.
3        WHEREFORE, Thomson respectfully submits this administrative motion
4  pursuant to the Protective Order and Civil Local Rule 79-5 and hereby notifies the parties of their
5  burden to establish that the designated material is sealable.

6  Dated: July 15, 2013                Respectfully submitted,

                                      /s/ Robert A. Sacks
                                      Robert A. Sacks (SBN 150146)
                                      Rory P. Culver (SBN 271868)
                                      SULLIVAN & CROMWELL LLP
                                      1888 Century Park East, Suite 2100
                                      Los Angeles, California 90067
                                      Tel.: (310) 712-6600
                                      Fax: (310) 712-8800

                                      Laura Kabler Oswell (SBN 241281)
                                      SULLIVAN & CROMWELL LLP
                                      1870 Embarcadero Road
                                      Palo Alto, California 94303
                                      Tel.: (650) 461-5600
                                      Fax: (650) 461-5700

                                      Attorneys for Thomson Consumer Electronics,
                                      Inc. and Specially Appearing Defendant
                                      Thomson S.A.