Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Rory P. Culver (SBN 271868)
culverr@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
oswelll@sullcrom.com
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

Attorneys for Thomson Consumer Electronics, Inc.
and Specially Appearing Defendant Thomson S.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE SUPPLEMENT TO JOINT APPENDIX UNDER SEAL** |
| *Electrograph Systems, Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-01656; | Date:<br>Time:<br>Place: |
| *Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* v. *Hitachi, Ltd., et al.*, No. 11-cv-05502; | Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| *Best Buy Co., Inc., et al.* v. *Hitachi Ltd., et al.*, No. 11-cv-05513; | |
| *Target Corp., et al.* v. *Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514; | |
| *Interbond Corporation of America* v. *Hitachi, Ltd., et al.*, No. 11-cv-06275; | |

1
2   *Office Depot, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06276;
3   *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06396;
4
5   *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397;
6   *P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02648; and
7
8   *Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.*, No. 12-cv-02649.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO THE HONORABLE SAMUEL CONTI, UNITED STATES DISTRICT JUDGE:

Having carefully considered all of the papers filed in support of and in opposition to Thomson Consumer Electronics, Inc. and Specially Appearing Defendant Thomson S.A.'s Administrative Motion to File Supplement to Joint Appendix Under Seal (the "Administrative Motion"), IT IS HEREBY ORDERED:

The Administrative Motion is GRANTED. The Clerk shall file under seal portions of the Supplement to Joint Appendix of Record for Special Master's June 28, 2013 Report and Recommendation Regarding Direct Action Plaintiffs' Motion for Leave to File Amended Complaints.

IT IS SO ORDERED.

Dated: _____

The Honorable Samuel Conti
United States District Judge

Dated: July 15, 2013                Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Rory P. Culver (SBN 271868)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

Attorneys for Thomson Consumer Electronics, Inc. and Specially Appearing Defendant Thomson S.A.