1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER BOTTS L.L.P.
Jon V. Swenson (SBN 233054)
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304-1007
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

BAKER BOTTS L.L.P.
John M. Taladay (*pro hac vice*)
Joseph Ostoyich (*pro hac vice*)
Erik Koons (*pro hac vice*)
Charles M. Malaise (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
Email: john.taladay@bakerbotts.com
Email: joseph.ostoyich@bakerbotts.com
Email: erik.koons@bakerbotts.com
Email: charles.malaise@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V., and Philips Electronics North America Corporation*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to: | **KONINKLIJKE PHILIPS ELECTRONICS N.V. (n/k/a KONINKLIJKE PHILIPS N.V.) NOTICE OF NAME CHANGE AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7-1 AND CIVIL LOCAL RULE 3-16** |
| ALL ACTIONS | |

KONINKLIJKE PHILIPS ELECTRONICS N.V (N/K/A KONINKLIJKE PHILIPS N.V) NOTICE OF NAME
CHANGE AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7-1 AND CIVIL
LOCAL RULE 3-16

PLEASE TAKE NOTICE that the name of Defendant Koninklijke Philips Electronics N.V changed to: Koninklijke Philips N.V. ("KPNV"). For purposes of this litigation, Defendant does not object to being referred to as Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V.) to avoid confusion.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Northern District of California Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities other than the parties themselves have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the proceeding:

1. KPNV is a Dutch corporation that is publicly traded on the Amsterdam and New York Stock Exchanges. No shareholder owns more than 10% of KPNV.

Dated: July 17, 2013                                    Respectfully Submitted:


By: /s/ Jon v. Swenson_____
Jon V. Swenson (SBN 233054)
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7500
Facsimile: (650) 739-7699
Email: jon.swenson@bakerbotts.com

*Attorneys for Defendants Koninklijke Philips Electronics N.V. (n/k/a Koninklijke Philips N.V.), and Philips Electronics North America Corporation*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2013, I electronically filed  Koninklijke Philips Electronics N.V (n/k/a Koninklijke Philips N.V) Notice of Name Change and Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7-1 and Civil Local Rule 3-16 with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.


/s/ Jon V. Swenson
Jon V. Swenson

KONINKLIJKE PHILIPS ELECTRONICS N.V (N/K/A KONINKLIJKE PHILIPS N.V) NOTICE OF NAME
CHANGE AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7-1 AND CIVIL
LOCAL RULE 3-16