William A. Isaacson (admitted *pro hac vice*)
Jennifer Milici (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave. NW, Suite 800
Washington, D.C.  20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
Email:  wisaacson@bsfllp.com
          jmilici@bsfllp.com

Philip J. Iovieno (admitted *pro hac vice*)
Anne M. Nardacci (admitted *pro hac vice*)
BOIES, SCHILLER & FLEXNER LLP
30 South Pearl Street
Albany, NY  12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
Email:  piovieno@bsfllp.com
          anardacci@bsfllp.com

Counsel for Plaintiffs ABC Appliance, Inc., CompuCom Systems, Inc., Electrograph Systems, Inc., Electrograph Technologies Corp., Interbond Corporation of America, MARTA Cooperative of America, Inc., Office Depot, Inc., P.C. Richard & Son Long Island Corporation, Schultze Agency Services, LLC, Tech Data Corp., and Tech Data Product Management, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-cv-05944-SC |
| | MDL No. 1917 |
| This Document Relates To: | |
| *Electrograph Systems, Inc., et al. v. Hitachi, Ltd., et al.*, No. 11-cv-01656 SC; | Case No. 11-cv-01656 SC |
| | Case No. 11-cv-06275 SC |
| | Case No. 11-cv-06276 SC |
| *Interbond Corporation of America v. Hitachi, Ltd., et al.*, No. 11-cv-06275 SC; | Case No. 11-cv-06396 SC |
| | Case No. 12-cv-02648 SC |
| | Case No. 12-cv-02649 SC |
| *Office Depot, Inc. v. Hitachi Ltd., et al.*, No. 11-cv-06276 SC; | Case No. 13-cv-00157 SC |
| | **NOTICE OF CHANGE OF ADDRESS** |
| *CompuCom Systems, Inc. v. Hitachi, Ltd., et al.*, No. 11-cv-06396 SC; | |
| | Hon. Samuel Conti |
| *P.C. Richard and Son Long Island Corp., et al. v. Hitachi, Ltd., et al.*, No. 12-cv-02648 SC; | |

1   *Schultze Agency Services, LLC v. Hitachi, Ltd., et al.*, No. 12-cv-02649 SC;

2

3   *Tech Data Corp., et al. v. Hitachi, Ltd., et al.*, No. 13-cv-00157 SC.

4

5

6

7

8   TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

9       **PLEASE TAKE NOTICE THAT** the address of the Albany, New York office of Boies,

10   Schiller & Flexner LLP has changed. Effective immediately, the new address is:

11

12   BOIES, SCHILLER & FLEXNER LLP
     30 South Pearl Street

13   Albany, New York 12207

14

15       Boies, Schiller & Flexner LLP respectfully requests that all pleadings and other documents

16   reflect this new address. Please note that the telephone and facsimile numbers, as well as e-mail

17   addresses, remain the same.

18

19   Dated: July 17, 2013                Respectfully submitted,

20

21                                         /s/ Philip J. Iovieno

22                                       Philip J. Iovieno (admitted *pro hac vice*)

23                                       *Counsel for Plaintiffs ABC Appliance, Inc., CompuCom Systems, Inc., Electrograph Systems, Inc., Electrograph*

24                                       *Technologies Corp., Interbond Corporation of America, MARTA Cooperative of America, Inc., Office Depot, Inc.,*

25                                       *P.C. Richard & Son Long Island Corporation, Schultze Agency Services, LLC, Tech Data Corp., and Tech Data*

26                                       *Product Management, Inc.*

27

28

NOTICE OF CHANGE OF ADDRESS                    1                    3:07-MD-05944-SC