SHEPPARD MULLIN RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GARY L. HALLING, Cal. Bar No. 66087
JAMES L. McGINNIS, Cal. Bar No. 95788
MICHAEL W. SCARBOROUGH, Cal. Bar No. 203524
MONA SOLOUKI, Cal. Bar No. 215145
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
E-mail:       ghalling@sheppardmullin.com
              jmcginnis@sheppardmullin.com
              mscarborough@sheppardmullin.com
              msolouki@sheppardmullin.com

Attorneys for Defendants
SAMSUNG SDI AMERICA, INC.,
SAMSUNG SDI CO., LTD.,
SAMSUNG SDI (MALAYSIA) SDN. BHD.,
SAMSUNG SDI MEXICO S.A. DE C.V.,
SAMSUNG SDI BRASIL LTDA.,
SHENZHEN SAMSUNG SDI CO., LTD. and
TIANJIN SAMSUNG SDI CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**NOTICE OF APPEARANCE** |
| This Document Relates to:<br><br>ALL ACTIONS | |

1  PLEASE TAKE NOTICE that Mona Solouki of the law firm Sheppard Mullin
2  Richter & Hampton LLP, 4 Embarcadero Center, 17th Floor, San Francisco CA 94111-4106,
3  hereby enters her appearance as counsel of record for defendants Samsung SDI America,
4  Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) Sdn. Bhd.; Samsung SDI Mexico
5  S.A. de C.V.; Samsung SDI Brasil Ltda.; Shenzhen Samsung SDI Co. Ltd.; and Tianjin
6  Samsung SDI Co., Ltd.

8  Dated:  July 19, 2013              Respectfully Submitted,

9                                     By:      /s/ Mona Solouki
                                       GARY L. HALLING (66087)
10                                     Email: ghalling@sheppardmullin.com
                                       JAMES L. McGINNIS (95788)
11                                     Email: jmcginnis@sheppardmullin.com
                                       MICHAEL W. SCARBOROUGH (203524)
12                                     Email: mscarborough@sheppardmullin.com
                                       MONA SOLOUKI, (215145)
13                                     Email: msolouki@sheppardmullin.com
                                       **SHEPPARD, MULLIN, RICHTER &**
14                                     **HAMPTON LLP**
                                       Four Embarcadero Center, 17th Floor
15                                     San Francisco, California 94111-4109
                                       Telephone: (415)-434-9100
16                                     Facsimile: (415)-434-3947

17                                     *Attorneys for Defendants Samsung SDI*
                                       *America, Inc., Samsung SDI Co., Ltd., Samsung*
18                                     *SDI (Malaysia) Sdn. Bhd., Samsung SDI*
                                       *Mexico S.A. de C.V., Samsung SDI Brasil Ltda.,*
19                                     *Shenzhen Samsung SDI Co. Ltd. and Tianjin*
                                       *Samsung SDI Co., Ltd.*