JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT-PURCHASER ACTIONS | Case No. 07-5944 SC<br><br>MDL. No. 1917<br><br>**DECLARATION OF MOLLY M. DONOVAN IN SUPPORT OF PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(c)** |

- 1 -

DECL. OF MOLLY M. DONOVAN
I/S/O PANASONIC DEFENDANTS' MOTION TO SEAL

Case No. 07-5944 SC
MDL No. 1917

I, Molly M. Donovan, declare as follows:

1. I am an attorney with Winston & Strawn LLP, attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. I make this declaration pursuant to Civil Local Rule 79-5(c) to establish that certain documents containing Confidential and Highly Confidential information summarized, cited to, or identified in Defendants' Joint Objections to the Report and Recommendation Regarding Indirect-Purchaser Plaintiffs' Motion for Class Certification and Defendants' Joint Objections to the Report and Recommendation Regarding Defendants' Motion to Strike Proposed Expert Testimony are sealable. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306).

3. In connection with the Indirect-Purchaser Plaintiffs' Motion for Class Certification, Defendants' Memorandum of Points and Authorities in Opposition to Motion of Indirect-Purchaser Plaintiffs for Class Certification, and Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz, on December 27, 2012, the Court granted three Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11, 79-5(c) and 79-5(d). *See* Dkt. 1523 (granting Dkts. 1386, 1401, and 1489).

4. On February 20, 2013, the Court granted the Indirect-Purchaser Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d) (Dkt. 1571) brought in connection with the Indirect-Purchaser Plaintiffs' Reply Brief in Support of their

Motion for Class Certification and Opposition to Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz. *See* Dkt. 1577.

5. On March 26, 2013, the Court granted the Panasonic Defendants' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(c) (Dkt. 1607) brought in connection with Defendants' Reply Memorandum of Law in Support of their Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz. *See* Dkt. 1612.

6. On July 22, 2013, the Panasonic Defendants filed an Administrative Motion to Seal, and lodged conditionally under seal, the following documents, or portions thereof, pursuant to Civil Local Rules 7-11 and 79-5(c):

(a) Portions of Defendants' Joint Objections to the Report and Recommendation Regarding Indirect-Purchasers Plaintiffs' Motion for Class Certification ("Objections to Class Certification R&R") that contain information from documents that parties have designated "Confidential" or "Highly Confidential"; and

(b) Portions of Defendants' Joint Objections to the Report and Recommendation Regarding Defendants' Motion to Strike Proposed Expert Testimony ("Objections to Motion to Strike R&R") that contain information from documents that parties have designated "Confidential" or "Highly Confidential."

7. Pursuant to Civil Local Rule 79-5(c), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents and information designated by the parties as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order. Upon information and belief, the sealed documents referred to and discussed in the Objections to Class Certification R&R and Objections to Motion to Strike R&R consist of, cite to, and/or identify confidential, nonpublic, proprietary and highly sensitive business information. These documents were previously sealed pursuant to the Court's orders of December

- 3 -

27, 2012 (Dkt. 1523), February 20, 2013 (Dkt. 1577), and March 26, 2013 (Dkt. 1612). Accordingly, all references to the sealed documents or any statements in the Objections to Class Certification R&R and Objections to Motion to Strike R&R purporting to summarize the sealed documents should be maintained under seal pursuant to this Court's orders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 22, 2013

By: /s/ *Molly M. Donovan*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway

- 4 -

Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*