JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>INDIRECT-PURCHASER ACTIONS | Case No. 07-5944 SC<br>MDL. No. 1917<br><br>**[PROPOSED] ORDER GRANTING PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(c)** |

On July 22, 2013, Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co. Ltd. (collectively, "Panasonic Defendants") filed the following documents:

(1) Defendants' Joint Objections to the Report and Recommendation Regarding Indirect Purchasers Plaintiffs' Motion for Class Certification; and

(2) Defendants' Joint Objections to the Report and Recommendation Regarding Defendants' Motion to Strike Proposed Expert Testimony.

With respect to these documents, the Panasonic Defendants also filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(c) ("Motion to Seal") seeking leave to file portions of these documents under seal.

On July 22, 2013, the Panasonic Defendants filed the Declaration of Molly M. Donovan in Support of the Motion to Seal.

After due consideration of the papers submitted, the Court's previously entered Protective Order, and the Court's file in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED with respect to portions of Defendants' Joint Objections to the Report and Recommendation Regarding Indirect Purchasers Plaintiffs' Motion for Class Certification and Defendants' Joint Objections to the Report and Recommendation Regarding Defendants' Motion to Strike Proposed Expert Testimony identified by the Panasonic Defendants in the Declaration of Molly M. Donovan in Support of the Motion to Seal.

1. The Clerk shall place in the public record the following documents:

   i. The redacted version of Defendants' Joint Objections to the Report and Recommendation Regarding Indirect Purchasers Plaintiffs' Motion for Class Certification as lodged by the Panasonic Defendants on July 22, 2013; and

   ii. The redacted version of Defendants' Joint Objections to the Report and Recommendation Regarding Defendants' Motion to Strike Proposed Expert Testimony as lodged by the Panasonic Defendants on July 22, 2013.

All other documents filed under seal by the Panasonic Defendants on July 22, 2013 shall remain

under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO RECOMMENDED.**

Dated:_____                    _____
                                                                                       Hon. Charles A. Legge
                                                                                          Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated:_____                    _____
                                                                                       Hon. Samuel Conti
                                                                                 United States District Judge

- 3 –