1  GUIDO SAVERI (Bar No. 22349)
   Email: guido@saveri.com
2  R. ALEXANDER SAVERI (Bar No. 173102)
   Email: rick@saveri.com
3  GEOFFREY C. RUSHING (Bar No. 126910)
   Email: grushing@saveri.com
4  **SAVERI & SAVERI, INC.**
   706 Sansome Street
5  San Francisco, California 94111
   Telephone: (415) 217-6810
6  Facsimile: (415) 217-6913

7  *Interim Lead Counsel for the*
   *Direct Purchaser Plaintiffs Class*
8

9  JOEL S. SANDERS (Bar. No. 107234)
   Email: jsanders@gibsondunn.com
10 **GIBSON, DUNN & CRUTCHER, LLP**
   555 Mission St., Suite 3000
11 San Francisco, CA 94105-2933
   Telephone: (415) 393-8200
12 Facsimile: (415) 393-8306

13 *Attorneys for Defendants*
   *Chunghwa Picture Tubes, Ltd.*
14

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND ESCROW AGREEMENT** |

STIPULATION AND [PROPOSED] ORDER TO
AMEND ESCROW AGREEMENT                                             Case No. 07-5944
                                                                   MDL NO. 1917

1  WHEREAS, Direct Purchaser Plaintiffs ("DPPs") and Chunghwa Picture Tubes, Ltd.
2  ("CPT") entered into a Settlement Agreement dated April 8, 2009 ("Settlement Agreement"),
3  which provides for the establishment of an escrow agreement;

4  WHEREAS, DPPs and CPT entered into an Escrow Agreement on July 27, 2009
5  ("Escrow Agreement") thereby appointing Union Bank, N.A. as "Escrow Agent".

6  WHEREAS, on October 19, 2012, the Court entered an Order Granting Final Approval of
7  Class Action Settlements with CPT and a Final Judgment of Dismissal with Prejudice as to
8  Defendants Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. and Chunghwa Picture Tubes, Ltd.
9  (Dkt. Nos. 1412 and 1414 respectively);

10  WHEREAS, the time to appeal from the Court's Order and Final Judgment has expired
11  and the settlement is now final as defined in paragraph 11 of the Settlement Agreement; and

12  WHEREAS, the DPPs and CPT desire to amend the terms of the Escrow Agreement to
13  remove CPT as a party to said Escrow Agreement.

14  IT IS HEREBY STIPULATED AND AGREED by and between counsel for the
15  undersigned parties that:

16  CPT shall no longer be a party to the Escrow Agreement and the signature of its
17  counsel shall no longer be required as an "Authorized Person".

Dated: July 19, 2013          SAVERI & SAVERI, INC.

By: /s/ Guido Saveri
GUIDO SAVERI (Bar No. 22349)
Email: guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
Email: rick@saveri.com
GEOFFREY C. RUSHING (Bar No. 126910)
Email: grushing@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs*

|  |  |
|---|---|
| 1 | GIBSON DUNN & CRUTCHER, LLP |
| 2 | By: /s/ Joel S. Sanders |
|  | JOEL S. SANDERS (Bar. No. 107234) |
| 3 | Email: jsanders@gibsondunn.com |
|  | **GIBSON, DUNN & CRUTCHER, LLP** |
| 4 | 555 Mission St., Suite 3000 |
|  | San Francisco, CA 94105-2933 |
| 5 | Telephone: (415) 393-8200 |
|  | Facsimile: (415) 393-8306 |
| 6 |  |
| 7 | *Attorneys for Defendants* |
|  | *Chunghwa Picture Tubes, Ltd.* |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Guido Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 19, 2013, at San Francisco, California.

/s/ Guido Saveri

**PURSUANT TO STIPULATION, IT IS SO RECOMMENDED.**

Dated: July 23, 2013

Hon. Charles A. Legge
Special Master

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Samuel Conti
United States District Judge

crt.600