Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Ave, Suite 450
East Palo Alto, California 94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@faegrebd.com

*Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL CASES | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

PLEASE TAKE NOTICE that Thomson S.A. (N/K/A Technicolor SA) and Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.) (collectively "Thomson") hereby substitute Calvin L. Litsey of the law firm Faegre Baker Daniels LLP, 1950 University Avenue, Suite 450, East Palo Alto, CA 94303, as counsel for Thomson in the above captioned matter in place of the law firm Sullivan & Cromwell LLP.

Defendants Thomson S.A. and Thomson Consumer Electronics, Inc. hereby substitute their counsel and attorneys of record as follows:

Former counsel:  Robert A. Sacks (SBN 150146)
Rory P. Culver (SBN 271868)
Sullivan & Cromwell LLP
1888 Century Park East
Los Angeles, CA 90067
Tel: (310) 712-6600
Fax: (310) 712-8800
sacksr@sullcrom.com
culverr@sullcrom.com

dms.us.52455648.01

| | |
|---|---|
| 1 | Laura Kabler Oswell (SBN 241281) |
| 2 | 1870 Embarcadero Road |
|   | Palo Alto, CA 94303 |
| 3 | Tel: (650) 461-5600 |
|   | Fax: (650) 461-5700 |
| 4 | oswelll@sullcrom.com |

5  New counsel:  Calvin L. Litsey
6  Faegre Baker Daniels LLP
   1950 University Ave, Suite 450
7  East Palo Alto, California 94303
   Tel:: (650) 324-6700
8  Fax: (650) 324-6701
   calvin.litsey@faegrebd.com
9

10  Please update service lists and direct all future filings to Calvin L. Litsey.

11  Dated: July 23, 2013                    THOMSON S.A.

12                                          By: _____
13                                          Title: General Secretary  Adrien Cochran

14  Dated: July 23, 2013                    THOMSON CONSUMER ELECTRONICS, INC.

15                                          By: Meyer Chnet
16                                          Title: SECRETARARY

17  Dated: July 22, 2013                    SULLIVAN & CROMWELL LLP

18                                          By: _____
19                                          Robert A. Sacks

20  Dated: July 23, 2013                    FAEGRE BAKER DANIELS LLP

21                                          By: _____
22                                          Calvin L. Litsey

23                                          *Attorneys For Defendants Thomson S.A. and*
                                            *Thomson Consumer Electronics, Inc.*
24

25  **Attestation**: The filer of this document attests that the concurrence of the other signatories hereto
26  has been obtained.

27
28

dms.us.52455648.01                          2

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER         No. 07-5944-SC; MDL No. 1917

1 | The above substitution of attorney is hereby approved and so ORDERED.

2 | DATED:_____

3 |                                      HONORABLE SAMUEL CONTI
                                     UNITED STATES DISTRICT COURT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

I hereby certify that on 7/23/13 I electronically filed this Notice of Withdrawal and Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system.

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1950 University Avenue, Suite 450, Palo Alto, California 94040.

On July 23, 2013, I served the following documents(s): **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** on the interested parties in this action as follows:

## ALL PARTIES APPEARING IN THIS ACTION

☐ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☑ By E-Service: I electronically served the above document(s) via ECF/PACER.

Executed on: July 23, 2013

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Stephanie Jefferson