| | |
|---|---|
| 1 | Robert A. Sacks (SBN 150146) |
| | sacksr@sullcrom.com |
| 2 | Rory P. Culver (SBN 271868) |
| | culverr@sullcrom.com |
| 3 | SULLIVAN & CROMWELL LLP |
| | 1888 Century Park East, Suite 2100 |
| 4 | Los Angeles, California 90067 |
| | Tel: (310) 712-6600 |
| 5 | Fax: (310) 712-8800 |
| 6 | Laura Kabler Oswell (SBN 241281) |
| | oswelll@sullcrom.com |
| 7 | SULLIVAN & CROMWELL LLP |
| | 1870 Embarcadero Road |
| 8 | Palo Alto, California 94303 |
| | Tel.: (650) 461-5600 |
| 9 | Fax: (650) 461-5700 |
| 10 | Attorneys for Thomson Consumer Electronics, Inc. |
| | and Specially Appearing Defendant Thomson S.A. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) ) ) ) ) | Master File No. 3:07-5944-SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER REGARDING ADMINISTRATIVE MOTION TO FILE SUPPLEMENT TO JOINT APPENDIX UNDER SEAL** |
| This Document Relates to:<br><br>*Electrograph Systems, Inc., et al.* v. *Hitachi, Ltd., et al.*, No. 11-cv-01656;<br><br>*Alfred H. Siegel, as Trustee of the Circuit City Stores, Inc. Liquidating Trust* v. *Hitachi, Ltd., et al.*, No. 11-cv-05502;<br><br>*Best Buy Co., Inc., et al.* v. *Hitachi Ltd., et al.*, No. 11-cv-05513;<br><br>*Target Corp., et al.* v. *Chunghwa Picture Tubes, Ltd., et al.*, No. 11-cv-05514;<br><br>*Interbond Corporation of America* v. *Hitachi, Ltd., et al.*, No. 11-cv-06275; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Date:<br>Time:<br>Place:<br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

1

2  *Office Depot, Inc.* v. *Hitachi, Ltd., et al.*, No. 11-cv-06276;

3  *CompuCom Systems, Inc.* v. *Hitachi, Ltd., et al.,* No. 11-cv-06396;

4

5  *Costco Wholesale Corporation* v. *Hitachi, Ltd., et al.*, No. 11-cv-06397;

6  *P.C. Richard & Son Long Island Corporation, et al.* v. *Hitachi, Ltd., et al.,* No. 12-cv-02648; and

7

8  *Schultze Agency Services, LLC, et al.* v. *Hitachi, Ltd., et al.,* No. 12-cv-02649.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO THE HONORABLE SAMUEL CONTI, UNITED STATES DISTRICT JUDGE:

Having carefully considered all of the papers filed in support of and in opposition to Thomson Consumer Electronics, Inc. and Specially Appearing Defendant Thomson S.A.'s Administrative Motion to File Supplement to Joint Appendix Under Seal (the "Administrative Motion"), IT IS HEREBY ORDERED:

The Administrative Motion is GRANTED. The Clerk shall file under seal portions of the Supplement to Joint Appendix of Record for Special Master's June 28, 2013 Report and Recommendation Regarding Direct Action Plaintiffs' Motion for Leave to File Amended Complaints.

IT IS SO ORDERED.

Dated: July 23, 2013

The Honorable Samuel Conti
United States District Judge

Dated: July 15, 2013

Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Rory P. Culver (SBN 271868)
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067
Tel.: (310) 712-6600
Fax: (310) 712-8800

Laura Kabler Oswell (SBN 241281)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
Tel.: (650) 461-5600
Fax: (650) 461-5700

Attorneys for Thomson Consumer Electronics, Inc. and Specially Appearing Defendant Thomson S.A.