Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Ave, Suite 450
East Palo Alto, California 94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@faegrebd.com

*Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL CASES | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

PLEASE TAKE NOTICE that Thomson S.A. (N/K/A Technicolor SA) and Thomson Consumer Electronics, Inc. (N/K/A Technicolor USA, Inc.) (collectively "Thomson") hereby substitute Calvin L. Litsey of the law firm Faegre Baker Daniels LLP, 1950 University Avenue, Suite 450, East Palo Alto, CA 94303, as counsel for Thomson in the above captioned matter in place of the law firm Sullivan & Cromwell LLP.

Defendants Thomson S.A. and Thomson Consumer Electronics, Inc. hereby substitute their counsel and attorneys of record as follows:

Former counsel:   Robert A. Sacks (SBN 150146)
                  Rory P. Culver (SBN 271868)
                  Sullivan & Cromwell LLP
                  1888 Century Park East
                  Los Angeles, CA 90067
                  Tel: (310) 712-6600
                  Fax: (310) 712-8800
                  sacksr@sullcrom.com
                  culverr@sullcrom.com

|   |   |
|---|---|
| 1 | Laura Kabler Oswell (SBN 241281) |
| 2 | 1870 Embarcadero Road |
|   | Palo Alto, CA 94303 |
| 3 | Tel: (650) 461-5600 |
|   | Fax: (650) 461-5700 |
| 4 | oswelll@sullcrom.com |

New counsel:  Calvin L. Litsey
Faegre Baker Daniels LLP
1950 University Ave, Suite 450
East Palo Alto, California 94303
Tel:: (650) 324-6700
Fax: (650) 324-6701
calvin.litsey@faegrebd.com

Please update service lists and direct all future filings to Calvin L. Litsey.

Dated: July 23, 2013           THOMSON S.A.

By: _____
Title: General Secretary   Adrien Cochran

Dated: July 23, 2013           THOMSON CONSUMER ELECTRONICS, INC.

By: _____
Title: SECRETARARY

Dated: July 22, 2013           SULLIVAN & CROMWELL LLP

By: _____
Robert A. Sacks

Dated: July 23, 2013           FAEGRE BAKER DANIELS LLP

By: _____
Calvin L. Litsey

*Attorneys For Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

**Attestation**: The filer of this document attests that the concurrence of the other signatories hereto has been obtained.

dms.us.52455648.01                    2

NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER — 07-5944-SC; MDL No. 1917

07/23/2013
IT IS SO ORDERED
Judge Samuel Conti