GUIDO SAVERI (Bar No. 22349)
Email: guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
Email: rick@saveri.com
GEOFFREY C. RUSHING (Bar No. 126910)
Email: grushing@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the*
*Direct Purchaser Plaintiffs Class*


JOEL S. SANDERS (Bar. No. 107234)
Email: jsanders@gibsondunn.com
**GIBSON, DUNN & CRUTCHER, LLP**
555 Mission St., Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendants*
*Chunghwa Picture Tubes, Ltd.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND ESCROW AGREEMENT** |

1    WHEREAS, Direct Purchaser Plaintiffs ("DPPs") and Chunghwa Picture Tubes, Ltd.

2   ("CPT") entered into a Settlement Agreement dated April 8, 2009 ("Settlement Agreement"),

3   which provides for the establishment of an escrow agreement;

4    WHEREAS, DPPs and CPT entered into an Escrow Agreement on July 27, 2009

5   ("Escrow Agreement") thereby appointing Union Bank, N.A.as "Escrow Agent".

6    WHEREAS, on October 19, 2012, the Court entered an Order Granting Final Approval of

7   Class Action Settlements with CPT  and a Final Judgment of Dismissal with Prejudice as to

8   Defendants Chunghwa Picture Tubes (Malaysia) Sdn. Bhd. and Chunghwa Picture Tubes, Ltd.

9   (Dkt. Nos. 1412 and 1414 respectively);

10    WHEREAS, the time to appeal from the Court's Order and Final Judgment has expired

11   and the settlement is now final as defined in paragraph 11 of the Settlement Agreement; and

12    WHEREAS, the DPPs and CPT desire to amend the terms of the Escrow Agreement to

13   remove CPT as a party to said Escrow Agreement.

14    IT IS HEREBY STIPULATED AND AGREED by and between counsel for the

15   undersigned parties that:

16    CPT shall no longer be a party to the Escrow Agreement and the signature of its

17    counsel shall no longer be required as an "Authorized Person".

18   Dated:  July 19, 2013              SAVERI & SAVERI, INC.

19                                      By: /s/ Guido Saveri
                                        GUIDO SAVERI (Bar No. 22349)
20                                      Email: guido@saveri.com
                                        R. ALEXANDER SAVERI (Bar No. 173102)
21                                      Email: rick@saveri.com
                                        GEOFFREY C. RUSHING (Bar No. 126910)
22                                      Email: grushing@saveri.com
                                        SAVERI & SAVERI, INC.
23                                      706 Sansome Street
                                        San Francisco, California 94111
24                                      Telephone: (415) 217-6810
                                        Facsimile: (415) 217-6913
25
                                        *Interim Lead Counsel for the*
26                                      *Direct Purchaser Plaintiffs*

27

28

GIBSON DUNN & CRUTCHER, LLP

By: /s/ Joel S. Sanders
JOEL S. SANDERS (Bar. No. 107234)
Email: jsanders@gibsondunn.com
**GIBSON, DUNN & CRUTCHER, LLP**
555 Mission St., Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Defendants*
*Chunghwa Picture Tubes, Ltd.*

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Guido Saveri, attest that concurrence in the filing of this document has been obtained from all signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed July 19, 2013, at San Francisco, California.

/s/ Guido Saveri

**PURSUANT TO STIPULATION, IT IS SO RECOMMENDED.**

Dated: _July 23, 2013_                    Charles A. Legge
                                          Hon. Charles A. Legge
                                          Special Master

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _07/23/2013_                       Samuel Conti
                                          Hon. Samuel Conti
                                          United States District Judge

crt.600