Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com


Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.  3:07-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE** |
| *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | [DECLARATION OF CRAIG A. BENSON FILED CONCURRENTLY HEREWITH] |

1    Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company
2 of America, Inc. (collectively, "Sharp") and Defendant Thomson S.A. (n/k/a Technicolor S.A.) enter
3 into this Stipulation concerning the matter entitled *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*,
4 No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-
5 05944, by an Order of Judge Samuel Conti on March 26, 2013.

6    SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND
7 AGREE AS FOLLOWS:

8    WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of
9 California alleging antitrust violations by manufacturers, distributors and sellers of CRT and CRT
10 Products, captioned *Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 13-cv-01173 (the "Sharp
11 Complaint");

12    WHEREAS, on April 29, 2013, Sharp served Thomson S.A. with a copy of the Sharp
13 Complaint;

14    WHEREAS, on May 24, 2013, Sharp and Thomson S.A. entered into a stipulation
15 extending Thomson S.A.'s time to answer, move, or otherwise respond to the Sharp Complaint to July 3,
16 2013 (Docket # 1690);

17    WHEREAS, Thomson S.A. filed a motion to dismiss the Sharp Complaint on July 3,
18 2013 (Docket # 1765) (the "Motion to Dismiss");

19    WHEREAS, on July 12, 2013, Sharp and Thomson S.A. entered into a stipulation
20 extending the deadline for Sharp to file its opposition to the Motion to Dismiss until July 31, 2013, and
21 to extend the deadline for Thomson S.A. to file a reply to Sharp's opposition to the Motion to Dismiss
22 until August 14, 2013 (Docket # 1771);

23    WHEREAS, on July 15, 2013, an order was entered granting the stipulation of Sharp and
24 Thomson S.A. extending the deadline for Sharp's opposition brief and Thomson S.A.'s reply brief
25 (Docket # 1775);

26    NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND
27 THOMSON S.A., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY
   STIPULATE AS FOLLOWS:

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

1. The deadline for Sharp to file an opposition to the Motion to Dismiss shall be extended until August 7, 2013.

2. The deadline for Thomson S.A. to file a reply to Sharp's opposition to the Motion to Dismiss shall be extended until August 21, 2013.

3. This Stipulation does not constitute a waiver by Thomson S.A. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

**IT IS SO STIPULATED.**

Dated: July 24, 2013            By:     /s/ Jonathan A. Patchen

Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

1                          By:    /s/ Calvin L. Litsey
2                                Calvin L. Litsey
                               FAEGRE BAKER DANIELS LLP
3                                1950 University Ave, Suite 450
                               East Palo Alto, California 94303
4                                Tel: (650) 324-6700
                               Fax: (650) 324-6701

5                                *Attorney for Defendant Thomson S.A.*

6

7        Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this

8 document has been obtained from each of the above signatories.

9 Dated: July 24, 2013                        /s/ Jonathan A. Patchen

10

11       PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13 Dated: _____, 2013