Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com


Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No.  3:07-cv-5944-SC |
| | MDL No. 1917 |
| This Document Relates to: | **DECLARATION OF CRAIG A. BENSON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE** |
| *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173. | |
| | [STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE  FILED CONCURRENTLY HEREWITH] |

I, Craig A. Benson, hereby declare under penalty of perjury as follows:

1. I am an active member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia and on March 20, 2013 was granted leave to appear *pro hac vice*. (Case No. 13-cv-1173, Docket # 12.) I am associated with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp").  I submit this Declaration in support of Sharp's Stipulation and Proposed Order Regarding Extension of Briefing Schedule in relation to Thomson S.A.'s Motion to Dismiss the complaint filed by Sharp on March 15, 2013 (the "Sharp Complaint").

2. On May 24, 2013, Sharp and Thomson S.A. stipulated that Thomson S.A. would answer, move, or otherwise respond to the Sharp Complaint on or before July 3, 2013.

3. On July 3, Thomson S.A. filed a motion to dismiss the Sharp Complaint (the "Motion to Dismiss").

4. On July 12, 2013, Sharp and Thomson S.A. entered into a stipulation agreeing that the deadline for Sharp's opposition to the Motion to Dismiss would be extended from July 17, 2013 to July 31, 2013, and that the deadline for Thomson S.A. to file a reply to Sharp's opposition would likewise be extended from July 24, 2013 until August 14, 2013.

5. On July 24, 2013, my colleague, Blaise Warren, contacted Kathy Osborn and Calvin Litsey, counsel to Thomson S.A., over e-mail regarding the schedule for the filing of Sharp's opposition to Thomson S.A.'s Motion to Dismiss and Thomson S.A.'s reply to that opposition. An extension was requested to allow for more time to draft a response due to unanticipated travel schedules. Jeffrey Roberts, an associate of Ms. Osborn and Mr. Litsey, informed Blaise Warren via telephone on the same day that Thomson S.A. agrees that the deadline for Sharp's opposition to the Motion to Dismiss would be extended by one week from July 31, 2013 to August 7, 2013, and that the deadline for Thomson S.A. to file a reply to Sharp's opposition would likewise be extended from August 14, 2013 until August 21, 2013.

1       6. The hearing on the Motion to Dismiss is currently scheduled for October 14, 2013 at 9:00 a.m. before the Honorable Charles A. Legge.  The parties do not anticipate that the requested extensions to the briefing schedule will affect this hearing date.

Executed this 24 day of July, 2013, at Washington, D.C.

                                  /s/  Craig A. Benson
                                  Craig A. Benson

     Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from the above signatory.

Dated:  July 24, 2013                     /s/ Jonathan A. Patchen

-3-
BENSON DECLARATION IN SUPPORT OF [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173