# EXHIBIT H

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER )**