# E<u>xhibit</u> J

**(L<small>odged</small> U<small>nder</small> S<small>eal</small> P<small>ursuant to</small> C<small>ivil</small> L<small>ocal</small> R<small>ule</small> 79-5 <small>and</small> S<small>tipulated</small> P<small>rotective</small> O<small>rder</small> )**