1 | Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
2 | TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
3 | San Francisco, California 94111
Telephone:  (415) 788-8200
4 | Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
5 | Email: jpatchen@tcolaw.com

6

7 | Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
8 | Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
9 | 2001 K Street, NW
Washington, DC  20006-1047
10 | Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
11 | Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
12 | Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and*
13 | *Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |
| | MDL No. 1917 |
| This Document Relates To: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| *Sharp Electronics Corp.*, et al. *v. Hitachi Ltd.*, et al., Case No. C 13-1173 (SC) | **(CIVIL LOCAL RULE 79-5(d))** |

1    Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and 79-5(d),
2 Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America,
3 Inc. ("Sharp") respectfully submit this Administrative Motion for a Sealing Order regarding Sharp's
4 concurrently filed Discovery Letter Brief and Exhibits F through J attached thereto.
5    Sharp's concurrently filed Discovery Letter Brief, and Exhibits F through J attached thereto,
6 discuss or contain information that has been designated by Defendants Toshiba Corporation, Panasonic
7 Corporation, and Samsung SDI Co., Ltd. as "Confidential" or "Highly Confidential" under the terms of
8 the Stipulated Protective Order entered in this case.  Case No. 07-cv-05944 ECF 306, amended at ECF
9 1142.  Pursuant to Civil Local Rule 79-5(d), a copy of Sharp's Discovery Letter Brief, and Exhibits F
10 through J attached thereto, will be lodged with the Court for *in camera* review, served on all parties, and
11 will be e-filed with the Court pending: (1) Defendants' submission, within seven days of the date of this
12 Administrative Motion, of a declaration establishing that the designated information is properly sealable,
13 (2) Defendants' submission of a narrowly tailored proposed sealing order, and (3) the Court's granting
14 of a Motion to Seal.
15    Pursuant to Civil Local Rule 79-5(d), within seven (7) days of the filing of the instant
16 Administrative Motion for Sealing Order Defendants, as the designating parties, are required to
17 (a) file a responsive declaration and proposed sealing order or (b) withdraw the designation of
18 confidentiality.  After expiration of that time period, Sharp is prepared to e-file as part of the public
19 record in this case a copy of its Discovery Letter Brief and Exhibits F through J attached thereto that
20 accurately reflect any redactions that Defendants may require in order to protect the content of any
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
   ///

-2-
PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (CIVIL L.R. 79-5(D))
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

1  properly sealable "Confidential" or "Highly Confidential" information, pursuant to the terms of the
2  Stipulated Protective Order entered in this case.
3
4  Dated:  July 26, 2013                    Respectfully submitted,

5                                           By:    /s/ Craig A. Benson

6                                                  Stephen E. Taylor (SBN 058452)
                                                   Jonathan A. Patchen (SBN 237346)
7                                                  TAYLOR & COMPANY LAW OFFICES, LLP
                                                   One Ferry Building, Suite 355
8                                                  San Francisco, California 94111
                                                   Telephone:  (415) 788-8200
9                                                  Facsimile:  (415) 788-8208
                                                   Email: staylor@tcolaw.com
10                                                 Email: jpatchen@tcolaw.com

11                                                 Kenneth A. Gallo (*Pro Hac Vice*)
                                                   Joseph J. Simons (*Pro Hac Vice*)
12                                                 Craig A. Benson (*Pro Hac Vice*)
                                                   PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
13                                                 2001 K Street, NW
                                                   Washington, DC  20006-1047
14                                                 Telephone:  (202) 223-7300
                                                   Facsimile:  (202) 223-7420
15
                                                   *Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp*
16                                                 *Electronics Manufacturing Company of America, Inc.*

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (CIVIL L.R. 79-5(D))
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173