Scott E. Poynter *(pro hac vice)*
Email: scott@emersonpoynter.com
Christopher D. Jennings *(pro hac vice)*
Email: cjennings@emersonpoynter.com
William T. Crowder
Email: wcrowder@emersonpoynter.com
Corey D. McGaha
Email: cmcgaha@emersonpoynter.com
EMERSON POYNTER LLP
The Rozelle-Murphy House
1301 Scott Street
Little Rock, Arkansas 72202
Telephone: (501) 907-2555
Facsimile: (501) 907-2556

John G. Emerson *(pro hac vice)*
Email: jemerson@emersonpoynter.com
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

*Attorney for Plaintiff Paula Call*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No.: 3:07-CV-5944 ) ) ) MDL NO. 1917 ) |
| This document relates to: ALL ACTIONS | ) **NOTICE OF CHANGE OF ADDRESS** ) ) ) |

1

TO THE CLERK OF THE ABOVE-CAPTIONED COURT AND TO ALL PARTIES HEREIN AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, EMERSON POYNTER LLP has moved its offices in Little Rock, Arkansas.  The firm's new mailing address for its Little Rock, Arkansas office is as follows:

**EMERSON POYNTER LLP**
**The Rozelle-Murphy House**
**1301 Scott Street**
**Little Rock, Arkansas 72202**
**Telephone: (501) 907-2555**
**Facsimile: (501) 907-2556**

Dated: July 29, 2013                    **EMERSON POYNTER LLP**

 /s/  Scott E. Poynter
Scott E. Poynter
Christopher D. Jennings
William T. Crowder
Corey D. McGaha
The Rozelle-Murphy House
1301 Scott Street
Little Rock, Arkansas 72202
Telephone: (501) 907-2555
Facsimile: (501) 907-2556

John G. Emerson
EMERSON POYNTER LLP
830 Apollo Lane
Houston, Texas 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

Attorneys for Plaintiff Paula Call

Scott E. Poynter (*pro hac vice*)
Email: scott@emersonpoynter.com
Christopher D. Jennings (*pro hac vice*)
Email: cjennings@emersonpoynter.com
William T. Crowder
Email: wcrowder@emersonpoynter.com
Corey D. McGaha
Email: cmcgaha@emersonpoynter.com
EMERSON POYNTER LLP
The Rozelle-Murphy House
1301 Scott Street
Little Rock, Arkansas 72202
Telephone: (501) 907-2555
Facsimile: (501) 907-2556

John G. Emerson (*pro hac vice*)
Email: jemerson@emersonpoynter.com
EMERSON POYNTER LLP
830 Apollo Lane
Houston, TX 77058
Telephone: (281) 488-8854
Facsimile: (281) 488-8867

***Attorney for Plaintiff Paula Call***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | ) Master File No.: 3:07-CV-5944 <br> ) <br> ) <br> ) MDL NO. 1917 <br> ) |
| This document relates to: | ) **CERTIFICATE OF SERVICE** <br> ) |
| ALL ACTIONS | ) <br> ) <br> ) |

3

## CERTIFICATE OF SERVICE

I, Scott E. Poynter, declare that I am over the age of eighteen (18) and not a party to the within action.  I am a partner in the law firm of Emerson Poynter LLP, The Rozelle-Murphy House, 1301 Scott Street, Little Rock, Arkansas 72202.

On July 29, 2013, I caused a copy of the **NOTICE OF CHANGE OF ADDRESS** to be electronically filed and served via the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also served a copy upon all counsel not registered via the ECF system by depositing the same in the U.S. mail, postage paid, on this date to all parties listed on the attached service list.

Dated:  July 29, 2013                    /s/  Scott E. Poynter
                                         Scott E. Poynter

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28