GUIDO SAVERI (Bar No. 22349)
Email: guido@saveri.com
R. ALEXANDER SAVERI (Bar No. 173102)
Email: rick@saveri.com
GEOFFREY C. RUSHING (Bar No. 126910)
Email: grushing@saveri.com
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, California 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6913

*Interim Lead Counsel for the
Direct Purchaser Plaintiffs Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION**<br><br>This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Case No. 07-5944 SC<br><br>MDL No. 1917<br><br>**[PROPOSED] ORDER APPROVING PAYMENT OF EXPENSES FROM SETTLEMENT FUND** |

WHEREAS, the Settlement Agreement between Direct Purchaser Plaintiffs and Chunghwa Picture Tubes, Ltd. provides that "....class counsel may submit an application or applications to the Court for distribution after settlement becomes final to them from the settlement fund and Chunghwa shall not oppose such application for . . .(ii) reimbursement of expenses and costs incurred, or to be incurred, in connection with prosecuting the Action";

WHEREAS, the Order Granting Final Approval of Class Action Settlements with CPT and Philips has become final; and

WHEREAS, Direct Purchaser Plaintiffs have submitted an application to the Court for distribution from the settlement fund;

IT IS HEREBY ORDERED that:

Interim Lead Counsel for the Direct Purchaser Plaintiffs may withdraw, in addition to the $500,000 previously authorized, up to $2 million from the Chunghwa Settlement Fund Escrow Account to pay expenses incurred or to be incurred in this litigation. The balance of the settlement fund shall remain in the escrow account, to be distributed upon further Court Order. Direct Purchaser Plaintiffs' Interim Lead Counsel shall provide the Court with an accounting of all expenses paid.

**IT IS SO RECOMMENDED.**

Dated: July 29, 2013

Hon. Charles A. Legge
Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated: _____

Hon. Samuel Conti
United States District Judge