Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 3:07-5944-SC<br><br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE**<br><br>[DECLARATION OF CRAIG A. BENSON FILED CONCURRENTLY HEREWITH] |
| This Document Relates to:<br><br>*Sharp Electronics Corp. et al. v. Hitachi, Ltd. et al.*, No. 13-cv-01173. | |

Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp") and Defendant Thomson S.A. (n/k/a Technicolor S.A.) enter into this Stipulation concerning the matter entitled *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-05944, by an Order of Judge Samuel Conti on March 26, 2013.

SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of California alleging antitrust violations by manufacturers, distributors and sellers of CRT and CRT Products, captioned *Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 13-cv-01173 (the "Sharp Complaint");

WHEREAS, on April 29, 2013, Sharp served Thomson S.A. with a copy of the Sharp Complaint;

WHEREAS, on May 24, 2013, Sharp and Thomson S.A. entered into a stipulation extending Thomson S.A.'s time to answer, move, or otherwise respond to the Sharp Complaint to July 3, 2013 (Docket # 1690);

WHEREAS, Thomson S.A. filed a motion to dismiss the Sharp Complaint on July 3, 2013 (Docket # 1765) (the "Motion to Dismiss");

WHEREAS, on July 12, 2013, Sharp and Thomson S.A. entered into a stipulation extending the deadline for Sharp to file its opposition to the Motion to Dismiss until July 31, 2013, and to extend the deadline for Thomson S.A. to file a reply to Sharp's opposition to the Motion to Dismiss until August 14, 2013 (Docket # 1771);

WHEREAS, on July 15, 2013, an order was entered granting the stipulation of Sharp and Thomson S.A. extending the deadline for Sharp's opposition brief and Thomson S.A.'s reply brief (Docket # 1775);

NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND THOMSON S.A., BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Sharp to file an opposition to the Motion to Dismiss shall be extended until August 7, 2013.

2. The deadline for Thomson S.A. to file a reply to Sharp's opposition to the Motion to Dismiss shall be extended until August 21, 2013.

3. This Stipulation does not constitute a waiver by Thomson S.A. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process.

**IT IS SO STIPULATED.**

Dated: July 24, 2013    By:    /s/ Jonathan A. Patchen

    Stephen E. Taylor (SBN 058452)
    Jonathan A. Patchen (SBN 237346)
    TAYLOR & COMPANY LAW OFFICES, LLP
    One Ferry Building, Suite 355
    San Francisco, California 94111
    Telephone: (415) 788-8200
    Facsimile: (415) 788-8208
    Email: staylor@tcolaw.com
    Email: jpatchen@tcolaw.com

    Kenneth A. Gallo (*Pro Hac Vice*)
    Joseph J. Simons (*Pro Hac Vice*)
    Craig A. Benson (*Pro Hac Vice*)
    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
    2001 K Street, NW
    Washington, DC 20006-1047
    Telephone: (202) 223-7300
    Facsimile: (202) 223-7420

    *Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

By: /s/ Calvin L. Litsey
Calvin L. Litsey
FAEGRE BAKER DANIELS LLP
1950 University Ave, Suite 450
East Palo Alto, California 94303
Tel: (650) 324-6700
Fax: (650) 324-6701

*Attorney for Defendant Thomson S.A.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 24, 2013                    /s/ Jonathan A. Patchen

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 25, 2013                    *Charles A. Legge*
                                        *Special Master*