1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11  In re: CATHODE RAY TUBE (CRT) ANTITRUST )   Case No. 07-5944 SC
    LITIGATION                              )   MDL. No. 1917
12  _____ )
13  This Document Relates to:                   **ORDER GRANTING PANASONIC DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(c)**
14  INDIRECT-PURCHASER ACTIONS
15

16      On July 22, 2013, Defendants Panasonic Corporation, Panasonic Corporation of North
17  America, and MT Picture Display Co. Ltd. (collectively, "Panasonic Defendants") filed the
18  following documents:
19
20      (1) Defendants' Joint Objections to the Report and Recommendation Regarding Indirect
21          Purchasers Plaintiffs' Motion for Class Certification; and
22      (2) Defendants' Joint Objections to the Report and Recommendation Regarding Defendants'
23          Motion to Strike Proposed Expert Testimony.
24      With respect to these documents, the Panasonic Defendants also filed an Administrative
25  Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(c) ("Motion to Seal")
26  seeking leave to file portions of these documents under seal.
27
28      On July 22, 2013, the Panasonic Defendants filed the Declaration of Molly M. Donovan in

Support of the Motion to Seal.

After due consideration of the papers submitted, the Court's previously entered Protective Order, and the Court's file in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the Motion to Seal is GRANTED with respect to portions of Defendants' Joint Objections to the Report and Recommendation Regarding Indirect Purchasers Plaintiffs' Motion for Class Certification and Defendants' Joint Objections to the Report and Recommendation Regarding Defendants' Motion to Strike Proposed Expert Testimony identified by the Panasonic Defendants in the Declaration of Molly M. Donovan in Support of the Motion to Seal.

1. The Clerk shall place in the public record the following documents:

   i. The redacted version of Defendants' Joint Objections to the Report and Recommendation Regarding Indirect Purchasers Plaintiffs' Motion for Class Certification as lodged by the Panasonic Defendants on July 22, 2013; and

   ii. The redacted version of Defendants' Joint Objections to the Report and Recommendation Regarding Defendants' Motion to Strike Proposed Expert Testimony as lodged by the Panasonic Defendants on July 22, 2013.

All other documents filed under seal by the Panasonic Defendants on July 22, 2013 shall remain under seal.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO ORDERED.**

Dated: July 29, 2013                              _____
                                                  Hon. Samuel Conti
                                                  United States District Judge

- 2 –

ORDER GRANTING PANASONIC DEFENDANTS' Case No. 07-5944 SC
ADMINISTRATIVE MOTION TO SEAL DOCUMENTS                    MDL No. 1917