Eliot A. Adelson (State Bar No. 205284)
James Maxwell Cooper (State Bar No. 284054)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: eadelson@kirkland.com
Email: max.cooper@kirkland.com

James H. Mutchnik, P.C. (*pro hac vice forthcoming)*
Kate Wheaton (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: jmutchnik@kirkland.com
Email: kate.wheaton@kirkland.com

Attorneys for Defendants
HITACHI, LTD., HITACHI ASIA, LTD., HITACHI
AMERICA, LTD., HITACHI ELECTRONIC DEVICES
(USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a
JAPAN DISPLAY INC.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | CASE NO. 3:07-CV-05944-SC |
| | MDL NO. 1917 |
| This Document Relates To:<br><br>ALL CASES | **HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA, LTD., HITACHI ELECTRONIC DEVICES (USA), INC. AND HITACHI DISPLAYS, LTD. (n/k/a JAPAN DISPLAY INC.) NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**<br><br>Hon. Samuel Conti |

1      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Eliot A. Adelson, James Maxwell Cooper, James H.

3   Mutchnik and Kate Wheaton of Kirkland and Ellis LLP, hereby appear in this action as additional

4   counsel on behalf of Defendants HITACHI, LTD., HITACHI ASIA, LTD., HITACHI AMERICA,

5   LTD., HITACHI ELECTRONIC DEVICES (USA), INC. and HITACHI DISPLAYS, LTD. (n/k/a

6   JAPAN DISPLAY INC.).

7      All future pleading and correspondence related to the above-captioned matter should be

8   served upon Kirkland & Ellis LLP at the addresses indicated below:

9

10           Eliot A. Adelson (State Bar No. 205284)
             James Maxwell Cooper (State Bar No. 284054)
11           KIRKLAND & ELLIS LLP
             555 California Street, 27th Floor
12           San Francisco, CA  94104
             Telephone: (415) 439-1400
13           Facsimile: (415) 439-1500
             Email: eadelson@kirkland.com
14           Email: max.cooper@kirkland.com

15           James H. Mutchnik, P.C. (*pro hac vice forthcoming*)
             Kate Wheaton (*pro hac vice forthcoming*)
16           KIRKLAND & ELLIS LLP
             300 North LaSalle
17           Chicago, Illinois  60654
             Telephone: (312) 862-2000
18           Facsimile: (312) 862-2200
             Email: jmutchnik@kirkland.com
19           Email: kate.wheaton@kirkland.com

20   DATED:  July 30, 2013

21                                              */s/ Eliot A. Adelson*
                                                Eliot A. Adelson
22

23                                              Attorneys for Defendants
                                                HITACHI, LTD., HITACHI ASIA, LTD.,
24                                              HITACHI AMERICA, LTD., HITACHI
                                                ELECTRONIC DEVICES (USA), INC. and
25                                              HITACHI DISPLAYS, LTD. (n/k/a JAPAN
                                                DISPLAY INC.)
26

27

28

HITACHI, LTD., ET AL.'S NOTICE OF APPEARANCE OF       2       CASE NO. 3:07-cv-05944-SC
ADDITIONAL COUNSEL