Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303 607 3500
Facsimile: +1 303 607 3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| This Document Relates to:<br><br>ALL CASES | Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

Pursuant to Civil L.R. 11-3, Kathy L. Osborn, an active member of the bar in the State of Indiana hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Thomson S.A. and Thomson Consumer Electronics, Inc. in the above-entitled action.

In support of this application, I certify an oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in the Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of that attorney is:

> Calvin L. Litsey
> Faegre Baker Daniels LLP
> 1950 University Avenue, Suite 450
> East Palo Alto, California 94303-2279
> Telephone: +1 650 324 6700
> Facsimile: +1 650 324 6701
> calvin.litsey@FaegreBD.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2013

By: /s/ Kathy L. Osborn
Kathy L. Osborn
FAEGRE BAKER DANIELS LLP

*Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

dms.us.52490749.01

2

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL          No. 07-5944-SC; MDL No. 1917

# PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1950 University Avenue, Suite 450, Palo Alto, California 94040.

On July 29, 2013, I served the following documents(s): **Application For Admission Of Attorney Pro Hac Vice** on the interested parties in this action as follows:

## ALL PARTIES APPEARING IN THIS ACTION

☐ By Overnight Service: I caused the above-referenced document(s) to be deposited in a box or other facility regularly maintained by the overnight courier, or I delivered the above referenced document(s) to an overnight courier service, for delivery to the above addressee(s).

☒ By E-Service: I electronically served the above document(s) via ECF/PACER.

Executed on: July 29, 2013

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Stephanie Jefferson