# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

    I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*KATHY LYNN OSBORN*

is a member of the bar of said Court since admission on *January 12, 2000*, and is in good standing therein.

    GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this _25th_ day of _July_, 20 _13_.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA