1  Calvin L. Litsey (SBN 289659)
   Faegre Baker Daniels LLP
2  1950 University Avenue, Suite 450
   East Palo Alto, CA  94303-2279
3  Telephone: +1 650 324-6700
   Facsimile: +1 650 324-6701
4  calvin.litsey@FaegreBD.com

5  Kathy L. Osborn (*pro hac vice*)
   Ryan M. Hurley (*pro hac vice*)
6  Faegre Baker Daniels LLP
   300 N. Meridian Street, Suite 2700
7  Indianapolis, IN  46204
   Telephone: +1 317-237-0300
8  Facsimile: +1 317-237-1000
   kathy.osborn@FaegreBD.com
9  ryan.hurley@FaegreBD.com
10

11  Jeffrey S. Roberts (*pro hac vice*)
    Faegre Baker Daniels LLP
12  3200 Wells Fargo
    1700 Lincoln Street
13  Denver, CO  80203
    Telephone: +1 303 607 3500
14  Facsimile:  +1 303 607 3600
15  jeff.roberts@FaegreBD.com

16  ***Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.***
17

18              **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20  **SAN FRANCISCO DIVISION** IN RE         | No. 07-cv-5944-SC
    CATHODE RAY TUBE (CRT)                    | MDL No. 1917
21  ANTITRUST LITIGATION                      |
                                              | **[Proposed]**
22                                            | **ORDER GRANTING APPLICATION FOR**
                                              | **ADMISSION OF ATTORNEY *PRO HAC***
23  This Document Relates to:                 | ***VICE***
24  ALL CASES

25

26       Kathy L. Osborn, an active member in good standing of the bar of the State of Indiana,

27  whose business address and telephone number is:

28

**Error! Unknown document property name.**
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL                    No. 07-5944-SC; MDL No. 1917

Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vic*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: _____

                                                                                   The Honorable Samuel Conti

**Error! Unknown document property name.**   2