# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Kevin S. Smith, Clerk of the Supreme Court of Indiana, do hereby certify that

*RYAN MICHAEL HURLEY*

is a member of the bar of said Court since admission on *October 18, 2004*, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this 25th day of *January*, 20 13.

KEVIN S. SMITH
CLERK, SUPREME COURT OF INDIANA



# Supreme Court
# State of Georgia

CAROL W. HUNSTEIN, CHIEF JUSTICE
HUGH P. THOMPSON, PRESIDING JUSTICE
ROBERT BENHAM
P. HARRIS HINES
HAROLD D. MELTON
DAVID E. NAHMIAS
KEITH R. BLACKWELL
    JUSTICES

STATE JUDICIAL BUILDING
Atlanta 30334

THÉRÈSE S. BARNES, CLERK
JEAN RUSKELL, REPORTER

January 29, 2013

I hereby certify that Ryan Michael Hurley, Esq., was admitted on the 9th day of March, 2004, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*Thérèse S. Barnes*, Clerk