1  Calvin L. Litsey (SBN 289659)
   Faegre Baker Daniels LLP
2  1950 University Avenue, Suite 450
   East Palo Alto, CA  94303-2279
3  Telephone: +1 650 324-6700
   Facsimile: +1 650 324-6701
4  calvin.litsey@FaegreBD.com

5  Kathy L. Osborn (*pro hac vice*)
   Ryan M. Hurley (*pro hac vice*)
6  Faegre Baker Daniels LLP
   300 N. Meridian Street, Suite 2700
7  Indianapolis, IN  46204
8  Telephone: +1 317-237-0300
   Facsimile: +1 317-237-1000
9  kathy.osborn@FaegreBD.com
   ryan.hurley@FaegreBD.com
10

11 Jeffrey S. Roberts (*pro hac vice*)
   Faegre Baker Daniels LLP
12 3200 Wells Fargo
   1700 Lincoln Street
13 Denver, CO  80203
14 Telephone: +1 303 607 3500
   Facsimile:  +1 303 607 3600
15 jeff.roberts@FaegreBD.com

16 ***Attorneys for Defendants Thomson S.A. and***
   ***Thomson Consumer Electronics, Inc.***
17

18              **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20 **SAN FRANCISCO DIVISION**

| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**[Proposed]**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
|---|---|
| This Document Relates to:<br><br>ALL CASES | |

26         Jeffrey S. Roberts, an active member in good standing of the bar of the State of Colorado,

27 whose business address and telephone number is:

28

**Error! Unknown document property name.**
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL            No. 07-5944-SC; MDL No. 1917

Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone:  +1 303 607 3500
Facsimile:   +1 303 607 3600
jeff.roberts@FaegreBD.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.;

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vic*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: _____

                     The Honorable Samuel Conti

**Error! Unknown document property name.**   2

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL    No. 07-5944-SC; MDL No. 1917