Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL ACTIONS | Case No: 3:07-cv-5944 SC    MDL No. 1917<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Samuel J. Sharp, an active member in good standing of the bar of the State of Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Toshiba America Consumer Products, LLC; Toshiba America Electronic Components, Inc; Toshiba America Information Systems, Inc; Toshiba America, Inc; and Toshiba Corporation, in the above-entitled action. My local co-counsel in this case is Bijal V. Vakil, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 701 13th St NW<br>Washington, DC 20005 | 3000 El Camino Real, 5 Palo Alto Square 9th Fl.<br>Palo Alto, CA 94306 |
| MY TELEPHONE # OF RECORD:<br>(202) 637-6285 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 213-0303 |
| MY EMAIL ADDRESS OF RECORD:<br>samuel.sharp@whitecase.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>bijal.vakil@whitecase.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 84429.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/19/13

_____
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Samuel J. Sharp___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 07/31/2013

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012