| | |
|---|---|
| 1 | Calvin L. Litsey (SBN 289659) |
| 2 | Faegre Baker Daniels LLP<br>1950 University Avenue, Suite 450 |
| 3 | East Palo Alto, CA  94303-2279<br>Telephone: +1 650 324-6700 |
| 4 | Facsimile: +1 650 324-6701<br>calvin.litsey@FaegreBD.com |
| 5 | Kathy L. Osborn (*pro hac vice*) |
| 6 | Ryan M. Hurley (*pro hac vice*)<br>Faegre Baker Daniels LLP |
| 7 | 300 N. Meridian Street, Suite 2700<br>Indianapolis, IN  46204 |
| 8 | Telephone: +1 317-237-0300<br>Facsimile: +1 317-237-1000 |
| 9 | kathy.osborn@FaegreBD.com<br>ryan.hurley@FaegreBD.com |
| 10 | |
| 11 | Jeffrey S. Roberts (*pro hac vice*) |
| 12 | Faegre Baker Daniels LLP<br>3200 Wells Fargo |
| 13 | 1700 Lincoln Street<br>Denver, CO  80203 |
| 14 | Telephone: +1 303 607 3500<br>Facsimile:  +1 303 607 3600 |
| 15 | jeff.roberts@FaegreBD.com |
| 16 | ***Attorneys for Defendants Thomson S.A. and*** |
| 17 | ***Thomson Consumer Electronics, Inc.*** |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br>ALL CASES | [~~Proposed~~]<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Kathy L. Osborn, an active member in good standing of the bar of the State of Indiana, whose business address and telephone number is:

**Error! Unknown document property name.**

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL          No. 07-5944-SC; MDL No. 1917

Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com

Having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vic*.  Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: __07/31/2013__   _____

The Honorable Samuel Conti

**Error! Unknown document property name.**  2

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL          No. 07-5944-SC; MDL No. 1917