Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 202-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation,
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al., Case No. 13-cv-1173 SC | Case No. 07-cv-5944 SC<br><br>MDL No. 1917<br><br>**PROOF OF SERVICE OF LG PHILLIPS DISPLAYS HOLDING BV** |

Sharp Electronics Corporation, et. al., Plaintiff(s)
vs.
Hitachi, Ltd., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171
CivilActionGroup.com

APS File: 267889-7

## AFFIDAVIT OF SERVICE ON A CORPORATION

Service in a foreign country pursuant to Article 10 of the Hague Service Convention

PAUL, WEISS, ET AL
Ms. Kimberley K. Allen
2001 K Street, NW
Washington, DC  20006-1047

Service of Process on:

--LG.Philips Displays Holding B.V.
Court Case No. 3:13-cv-01173-EDL

**Name of Server:** MR. F.M. VAARTEN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on the 29TH day of MAY, 20 13, at 10.00 o'clock A M

**Place of Service:** at KENNEDYPLEIN 201, city of EINDHOVEN, country NETHERLAND

**Documents Served:** the undersigned served the documents described as:

Summary of the Document to Be Served, Translation of the Summary of the Documents to be Served, Summons in a Civil Action with Attachments A and B, Complaint, Related Case Order, Order Appointing Special Master, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order Re Case Management Conference, Standing Order Magistrate Judge Elizabeth D. Laporte, Standing Order for All Judges, Pretrial Order #1, Welcome to the U.S. District Court [Guidelines], Notice of Assignment of Case to a United States Magistrate Judge for Trial with attached forms Consent/Declination to Proceed, Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**LG.Philips Displays Holding B.V.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MRS. M. TRIELING

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color WHITE; Hair Color DARK BLOND; Facial Hair NO
Approx. Age 32; Approx. Height 1,72 M; Approx. Weight 56 kilo

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Foreign Law:** Service also done under Rule: WETBOEK BURG. Rv. of Netherlands

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _____ day of _____, 20 _____

Signature of Server

Notary Public     (Commission Expires)

**APS International, Ltd.**

ACCS gerechtsdeurwaarders
Postbus 6099, 5600 HB Eindhoven
telefoon: 0031 (0)40 2595070
telefax  : 0031 (0)40 2595079
e-mail: h.janssen@accs.nl

L0600339 st

Today, **May twenty nine,
two thousand thirteen;**

*[stamp]* I, Franciscus Maria Vaarten, Esq., employed as a supplemental junior Process Server at the office of Henricus Gerardus Johannes Janssen, Process Server, located in Eindhoven and having an office in that city at the address Frederiklaan 10

at the request of:
1. the legal person according to foreign law **Sharp Electronics Corporation,** located in New York, USA,
2. the legal person according to foreign law **Sharp Electronics Manufacturing Company of America, Incorporated,** located in California, USA,
who for this case chooses as its legal residence the offices of attorney Stephan E. Taylor, Esq., (Taylor & Company Law Offices, LLP), One Ferry Building, Suite 335, San Francisco, California 94111, USA and also in Groenlo at the address Buitenschans 43 at the office of Process Server R.J. Soer, Process Servers & Collection and also in Eindhoven at the address Frederiklaan 10 at the office of Active Collecting Control & Services B.V.;

TO:

**A.A.M. Deterink, Esq., in his capacity as receiver in the bankruptcy of the** *private limited company* **LG Philips Displays Holding B.V., in that capacity residing at his office at 5611 ZT Eindhoven at the Kennedyplein 201, there serving my summons and leaving a copy of the document mentioned below and also of documents to be listed later, with:**

*[handwritten]* **Ms. M. Trieling, there employed**

SERVED:

a copy of a summons (together with a summary) to which contents herein is expressly referred, at the request of **Sharp Electronics Corporation** and **Sharp Electronics Manufacturing Company of America, Incorporated**, as filed with the Clerk of the United States District Court for the Northern District of California on March 15, 2013 by Stephen E. Taylor, attorney for the plaintiff in San Francisco, California, written in the English (American) language, containing a report of summons at the request of **Sharp Electronics Corporation** and **Sharp Electronics Manufacturing Company of America, Incorporated** mentioned above, based on what was expressed therein, with the requirement of the respondent to serve an answer to the attached documents or motion in accordance with Rule 12 of the Federal Rules of Civil Procedure to Stephen E. Taylor of the firm Taylor & Company Law Offices, LLP, at the address One Ferry Building, Suite 355, San Francisco, California 94111, USA **within 21 days after service** of the attached documents, not counting the day you received them; the respondent must also file this answer to the attached documents or motion in accordance with Rule 12 of the Federal Rules of Civil Procedure with the United States District Court for the Northern District of California;

[left margin pages 1 and 2]:

[Lion Logo]
**R.J. Soer**
**Process Server**

**Ms. S.J.J. Teselink**
*[blacked out]*
Junior Process Servers

**Ms. M.A.M. Dankbaar**
Attorney

Visiting Address:
**Buitenschans 43**
**Groenlo**

*[debit card payment logo]*

Mailing Address:
**Postbus 84**
**7140 AB Groenlo**

Office Hours:
08:30 a.m. – 12:30 p.m.
01:30 p.m. – 05:00 p.m.

Tel: **0544 – 461273**
Fax **0544 – 464253**

www.deurwaardersoer.nl
info@deurwaardersoer.nl

Third Party Bank Accounts:
RABOBANK
**31.64.79.551**
ABN – AMRO
**59.16.27.388**
POSTBANK
**44.56.741**

Account in Germany
Sparkasse
Westmünsterland
**51129765**
**BLZ.4015430**

VAT number NL0059.90.488B01

[Logo]
*dsn*
PROCESS SERVERS
COOPERATION
NETHERLANDS
www.gerechtelijk.nu

## WITH NOTIFICATION:

This service is performed to meet the requirements of the Law and to have legal effect;

The cost of this is € 76.46

| | | |
|---|---|---|
| Writ | : € | 60.69 |
| Out-of-Pocket Expenses, in accordance with Art. 9 Process Servers' Decree (Chamber of Commerce) | : € | 3.03 |
| Subtotal | : € | 63.72 |
| Surcharge (VAT) | : € | 12.74 |
| Total | : € | 76.46 |

*The Plaintiff cannot offset the sales tax she was charged based on the Sales Tax Act 1968, therefore the undersigned states that the above-mentioned expenses were increased by a percentage equal to the percentage stated in the above-mentioned law.*

*Herewith the undersigned declares that the above-mentioned expenses were made for the proper performance of the official acts and were necessary, and also that he does not have a direct or indirect interest in the enterprise or third party which bills the above-mentioned expenses.*

Supplemental Junior Process Server
[signature]



**R.J. SOER**
gerechtsdeurwaarder

mw. S.J.J. Teselink

t.k. gerechtsdeurwaarders

mw. M.A.M. Dankbaar
juriste

Bezoekadres:
**Buitenschans 43
Groenlo**


Correspondentie:
Postbus 84
7140 AB Groenlo

Kantooruren:
08.30 - 12.30 uur
13.30 - 17.00 uur

Tel. 0544 - 461273
Fax 0544 - 464253

www.deurwaardersoer.nl
info@deurwaardersoer.nl

derdenrekeningen:
RABOBANK
31.64.79.551
ABN-AMRO
59.16.27.388
ING BANK
44.56.741

rekening Duitsland:
Sparkasse
Westmünsterland
51129765
BLZ.40154530

BTW nr. NL0059.90.488B01



L0600339 st
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Heden, de *NEGENENTWINTIGSTE MEI*
tweeduizenddertien;

Heb ik, mr. Franciscus Maria Vaarten, als toegevoegd kandidaat-gerechtsdeurwaarder werkzaam ten kantore van Henricus Gerardus Johannes Janssen, gerechtsdeurwaarder te Eindhoven en aldaar kantoorhoudende aan de Frederiklaan 10

op verzoek van:
1. de rechtspersoon naar buitenlands recht **Sharp Electronics Corporation,** gevestigd te New York, USA,
2. de rechtspersoon naar buitenlands recht **Sharp Electronics Manufacturing Company of America, Incorporated,** gevestigd te Californië, USA,
voor deze zaak woonplaats kiezende ten kantore van de advocaat mr. Stephan E. Taylor (Taylor & Company Law Offices, LLP), One Ferry Building, Suite 335, San Francisco, California 94111, USA, alsmede te Groenlo aan de Buitenschans 43 ten kantore van de gerechtsdeurwaarder R.J. Soer Gerechtsdeurwaarders & Incasso en voorts te Eindhoven aan de Frederiklaan 10 ten kantore van Active Collecting Control & Services B.V;

A A N :

**mr. A.A.M. Deterink**, in zijn hoedanigheid van curator in het faillissement van *de besloten vennootschap LG.Philips Displays Holding B.V*, in die hoedanigheid woonplaats hebbende te zijnen kantore te **5611 ZT Eindhoven** aan het **Kennedyplein 201**, aldaar mijn exploit doende en afschrift dezes, alsmede van na te melden stukken, latende aan:

*MEVR. M. TRIELING* aldaar werkzaam

B E T E K E N D :

een afschrift van een dagvaarding (vergezeld van een samenvatting), naar de inhoud waarvan hierbij uitdrukkelijk wordt verwezen, ten verzoeke van **Sharp Electronics Corporation** en **Sharp Electronics Manufacturing Company of America, Incorporated**, ingediend op 15 maart 2013 bij de griffier van The United States District Court for the Northern District of California, door Stephen E. Taylor, advocaat van eisers te San Francisco, California, opgesteld in de Engelse (Amerikaans) taal, houdende relaas van dagvaarding op verzoek van **Sharp Electronics Corporation** en **Sharp Electronics Manufacturing Company of America, Incorporated** voornoemd, op de gronden als daarbij uitgedrukt, met de verplichting aan gerequireerde om aan Stephen E. Taylor van de firma Taylor & Company Law Offices, LLP op het adres One Ferry Building, Suite 355, San Francisco, California 94111, USA een antwoord te betekenen op de hieraan gehechte documenten of motie volgens Regel 12 van de Federal Rules of Civil Procedure **binnen 21 dagen na betekening** van de hieraan gehechte documenten, de dag dat u deze ontvangt niet meegerekend; de gerequireerde moet dit antwoord op de hieraan gehechte documenten of motie ook indienen bij de Federale Arrondissementsrechtbank voor het Noordelijke Arrondissement van Californië volgens Regel 12 van de Federal Rules of Civil Procedure;



**R.J. SOER**
gerechtsdeurwaarder

mw. S.J.J. Teselink

t.k. gerechtsdeurwaarders

mw. M.A.M. Dankbaar
juriste

Bezoekadres:
**Buitenschans 43
Groenlo**


Correspondentie:
**Postbus 84
7140 AB Groenlo**

Kantooruren:
08.30 - 12.30 uur
13.30 - 17.00 uur

Tel. **0544 - 461273**
Fax **0544 - 464253**

www.deurwaardersoer.nl
info@deurwaardersoer.nl

derdenrekeningen:
RABOBANK
**31.64.79.551**
ABN-AMRO
**59.16.27.388**
ING BANK
**44.56.741**

rekening Duitsland:
Sparkasse
Westmünsterland
**51129765**
BLZ.**40154530**

BTW nr. NL0059.90.488B01



MET AANZEGGING:

Geschiedende deze betekening ter voldoening aan de bepalingen der Wet en ten effecte rechtens;

De kosten dezes zijn € 76,46

| | | |
|---|---|---:|
| Exploit | : € | 60,69 |
| Verschotten ingevolge art. 9 Btag (KvK) | : € | 3,03 |
| Subtotaal | : € | 63,72 |
| Opslag (B.T.W.) | : € | 12,74 |
| Totaal | : € | 76,46 |

*Eises kan op grond van de Wet Omzetbelasting 1968 de hem in rekening gebrachte omzetbelasting niet verrekenen, derhalve verklaart ondergetekende opgemelde kosten te hebben verhoogd met een percentage gelijk aan het percentage genoemd in bovengenoemde wet*

*Hierbij verklaart ondergetekende dat bovenstaande verschotten zijn gemaakt voor de goede verrichting van de ambtshandelingen en noodzakelijk waren, alsmede dat hij geen rechtstreeks of middellijk belang heeft in de onderneming of derde die bovenstaande verschotten factureert.*

t.k.-deurwaarder.-

