IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CONFIDENTIAL – TO BE FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-5944 SC<br><br>MDL No. 1917 |
| THIS DOCUMENT RELATES TO:<br><br>ALL DIRECT PURCHASER ACTIONS | |

CORRECTED EXPERT REPORT OF JEFFREY J. LEITZINGER, PH.D.

August 1, 2013

Highly Confidential
Subject to Protective Order

## TABLE OF CONTENTS

I.   Experience and Qualifications ...................................................2

II.  Assignment and Summary of Conclusions ...............................2

III. CRT Industry Background ....................................................5

    A. Product Description ...........................................................5

    B. Product Varieties...............................................................7

    C. The CRT Defendants .........................................................9

    D. Changes in CRT Demand over Time ................................. 10

V.   Pricing Patterns among CRT Buyers ...................................22

VII. Other Market Characteristics.............................................34

APPENDIX A.   CRT Manufacturers .................................................52



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

## I.    Experience and Qualifications

1.      My name is Jeffrey J. Leitzinger. I am an economist and a Managing Director at Econ One Research, Inc., an economic research and consulting firm with offices in Los Angeles, Sacramento, Houston, and Washington D.C. I have both master and doctoral degrees in economics from the University of California at Los Angeles and a bachelor's degree in economics from Santa Clara University. During the 33 years of my professional career, I have worked extensively on the analysis of markets and the assessment of allegations of anti-competitive conduct, including a number of antitrust conspiracy cases. I have testified on numerous occasions as an expert economist in State and Federal courts. A more detailed summary of my training, past experience and prior testimony is shown in **Exhibit 1.**

2.      In the course of preparing this report, my staff and I have reviewed discovery documents, depositions and publicly available materials (which are listed in **Exhibit 2**). Econ One is being compensated for the time I spend on this matter at my normal and customary rate of $675 per hour. Econ One is also being compensated for time spent by research staff on this project at their normal and customary hourly rates.

## II.    Assignment and Summary of Conclusions

3.      Plaintiffs allege that the defendants in the case ("Defendants")[1] and their co-conspirators[2] engaged in a price-fixing conspiracy for the purpose of fixing, raising, maintaining and/or stabilizing prices of cathode ray tubes ("CRTs") sold in the United States between March 1, 1995 and November 25, 2007 (the "Class Period"). Plaintiffs are direct purchasers of CRT products from the defendants. Plaintiffs' counsel propose a class of purchasers as follows:

---

[1] Defendants are: (1) Chunghwa Entities; (2) Orion Entities; (3) Hitachi Entities; (4) Irico Entities; (5) LG Electronics Entities; (6) LG Philips Display; (7) Panasonic Entities; (8) Philips Entities; (9) Samsung Entities; (10) Thai-CRT (11) Toshiba Entities (12) MT Picture Display Co., Ltd.; and (14) Beijing-Matsushita Color CRT Company, Ltd. See Appendix A.

[2] Plaintiffs allege that non-Defendants Technicolor SA (f/k/a Thomson SA) and Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.) (together, "Thomson") and Mitsubishi Electric Corp.; Mitsubishi Digital Electronics America, Inc.; and Mitsubishi Electric & Electronics, USA, Inc. (together, "Mitsubishi") were also members of the alleged conspiracy.



Highly Confidential
Subject to Protective Order

> All persons and entities who, between March 1, 1995 and November 25, 2007, directly purchased a CRT Product[3] in the United States from any defendant or any subsidiary or affiliate thereof, or any co-conspirator. Excluded from the Class are Defendants, their parent companies, subsidiaries and affiliates, any co-conspirators, all governmental entities, and any judges or justices assigned to hear any aspect of this action.

4. I have been asked by plaintiffs' counsel to assume the existence of the alleged conspiracy and then form an opinion regarding two primary questions:

    i. Whether there is evidence common to members of the proposed Class that is sufficient to prove widespread impact as a result of that alleged conspiracy; and

    ii. Whether the total overcharges incurred by the proposed Class can be reasonably ascertained in a class-wide formulaic manner.

5. The conspiracy in this case is alleged to have begun in 1995 and continued operating (at least in some fashion) through the commencement of the Department of Justice investigation of the industry in November 2007. According to the Complaint, Defendants:

    i. Established targets for minimum prices of various CRTs defined by size and application, as well as elevated market price levels for CRTs overall;

    ii. Agreed to restrain output and capacity;

    iii. Discussed and agreed upon prices as to specific customers; and

    iv. Exchanged information on pricing, shipments, capacity, output, and production line status for CRTs.

6. In the course of my work on this assignment, my staff and I have reviewed extensive data, documents and testimony developed through the course of discovery in this

---

[3] CRT products include CRTs, CRT TVs, and CRT monitors.



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

case. A list of the materials we have reviewed is included as Exhibit 2. Based upon my review and analysis of these materials, I have concluded that there is evidence common to members of the proposed Class that is sufficient to prove widespread impact. This evidence involves:



7.      I also have concluded that total overcharges incurred by the Class can be calculated in a formulaic manner. In that regard, I present by way of illustration the kind of formulaic overcharge analysis that can be used in this case.

8.      I set forth the basis for these conclusions below. I understand that discovery has not yet been completed and that further evidence might emerge that is relevant to my analysis. I intend to consider additional evidence as it develops and may revise my conclusions or supplement their evidentiary basis as warranted by that evidence.

*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

## III.   CRT Industry Background

9.      CRTs were the dominant technology used in televisions and computer monitors, automated teller machines, gaming devices, measuring instruments and electronic medical devices (collectively "display products") from the 1950s into the 2000s.[4] Since then, liquid crystal displays ("LCDs" or "TFT-LCDs") have supplanted CRTs in most display applications.[5]

### A. Product Description

10.     A cathode ray tube ("CRT") is a funnel-shaped glass device which translates electronic video signals into visual images. The main components of a CRT are an electron gun assembly, a deflection system and a phosphor-coated screen, all encased in a large vacuum-filled glass bulb.[6] The electron gun, placed at the rear end of the bulb, consists of a negatively charged cathode which emits electrons when heated and a positively charged anode which directs the electrons into a narrow beam and accelerates them towards the screen.[7] The electron beam passes through a deflection

---

[4] For a brief history of CRT technology see EPA, "Computer Display Industry and Technology Profile," December 1998, pp.1 and 3-4, http://www.epa.gov/dfe/pubs/comp-dic/tech_reports/index.htm and Industry and U.S. International Trade Commission, "Industry & Trade Summary: Television Picture Tubes and Other Cathode-Ray Tubes," Publication 2877, May 1995, pp. 1 and 11, http://www.usitc.gov/publications/332/working_papers/pub2877.pdf. See also PHLP-CRT-051982-PHLP-CRT-052085 at 052057.

[5] Sakuma, Paul, "Flat panels drive old TVs from market," USA Today, October 22, 2006, http://www.usatoday.com/tech/products/gear/2006-10-22-crt-demise_x.htm; Hitachi, "Hitachi's Flat-panel TV Business Strategy," April 18, 2007, pp. 7 and 10, http://www.hitachi.com/IR-e/library/presentation/070418/070418.pdf; PR Newswire, "Stanford Resources Experts Forecast Major Shifts in CRT monitor Marketplace," New York, October 2, 2001, http://www.prnewswire.com/news-releases/stanford-resources-expert-forecasts-major-shifts-in-crt-monitor-marketplace-73466017.html.

[6] For detailed descriptions and a schematic diagrams of the design and construction of CRTs see U.S. International Trade Commission, "Industry & Trade Summary: Television Picture Tubes and other Cathode-Ray Tubes," May 1995, pp. 1-2, http://www.usitc.gov/publications/332/working_papers/pub2877.pdf and EPA, "Computer Display Industry and Technology Profile," December 1998, pp. 12-13, http://www.epa.gov/dfe/pubs/comp-dic/tech_reports/index.htm.

[7] Polychromatic CRT tubes contain three electron guns, one for each color - red, green and blue; unlike monochromatic tubes that contain only one electron gun and produce a black-and-white image. See Fleischmann, Mark, "The Big Picture," Popular Science, November 1994, pp. 84 and 92. For overviews of CRT technology see Sheppard, Laurel M. and C. Cavette, "Cathode-Ray Tube," http://www.madehow.com/Volume-2/Cathode-Ray-Tube.html#b.

---



Highly Confidential
Subject to Protective Order

system that aims it vertically and horizontally, towards the right spot on the screen.[8] The screen is coated with phosphors which illuminate when the electron beam strikes. Images are produced as the incoming video signal generates electron beams of varying strengths that rapidly scan the screen up and down and back and forth, creating illumination patterns that the human eye recognizes as images.

### Figure 1: Elements of a CRT[9]



11.    This basic design of the CRT remained the same for over half a century, though technological progress and refinement of materials allowed the quality to improve over time. These improvements included reduced 'warm up' time and 'flicker', sharper images and bigger, flatter screens with minimum curvature. High definition televisions with scanning rates more than twice those of conventional systems became possible with improved electron gun design as well as new glass materials. Recent improvements include different form factors such as the 'Superslim' and 'Ultraslim' CRTs (introduced by LG Electronics and Samsung, respectively).[10]

---

[8] See PHLP-CRT-051982- PHLP-CRT-052085 at 052057.

[9] Quarkology.com, "9.4.A- Cathode Rays," http://www.quarkology.com/12-physics/94-ideas-implementation/94A-cathode-rays.html.

[10] CDRinfo, "LG Super-slim CRT set to change entry-level television market," http://lux.cdrinfo.com/Sections/News/Details.aspx?NewsId=13874; PR Newswire, "LG Philips Displays Brings SuperSlim Technology to the U.S. Market," January 6, 2005, http://www.prnewswire.com/news-releases/lgphilips-displays-brings-superslim-technology-to-the-us-market-53883862.html; Samsung,



Highly Confidential
Subject to Protective Order

## B. Product Varieties



13.    The quality of the viewing experience generated by a CRT is determined by a number of different characteristics. The two most important characteristics are the screen size and resolution. The screen size, defined as the diagonal distance measured in inches, determines the viewable area.  As depicted in Figure 2 and Figure 3 below, the most widely produced sizes for CPTs were 14, 20, 21, and 29 inches; for CDTs the most widely produced sizes were 14, 15 and 17 inches. These sizes accounted for about 78 percent of total CPT sales and about 93 percent of CDT sales during the class period.

---

"Samsung SDI Develops the "Ultra-slim and Flat CRT"," http://www.samsung.com/us/news/517.



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

# Pages 8–9

# SUBMITTED

# UNDER SEAL

Highly Confidential
Subject to Protective Order

15.   CRTs were sold to electronics product manufacturers, primarily for the manufacture of computer monitors and televisions. These product manufacturers included original equipment manufacturers ("OEMs"), which sold finished products under their own brand name. Product manufacturers also included contract manufacturers ("CMs"), which made finished CRT products for other brand name sellers. There were two types of CMs, Electronics Manufacturing Services ("EMSs"), which made products according to their customers' designs and Original Design Manufacturers ("ODMs") such as TVP Technology,[13] which owned and developed the product design.[14] Defendants also sold CRTs to distributors such as TT Electronics,[15] which then resold them to smaller OEMs and CMs. Some members of the alleged conspiracy, including Hitachi, LG Electronics, Panasonic, Philips, Samsung, and Toshiba, also produced computer monitors or televisions incorporating the CRTs they manufactured.  These were sold mainly to retailers such as Best Buy, Fry's Electronics, Wal-Mart, Circuit City, and Sears.

### D. Changes in CRT Demand over Time

16.   CRT televisions were first introduced to the American public in 1939 at the World's Fair by RCA,[16] and color CRT televisions appeared in the 1950s.[17]  Until the latter part of the 1990s, CPTs were the dominant display technology used in televisions.  In

---

[13] Bloomberg, "Company Profile for TPV Technology Ltd. (903)," http://www.bloomberg.com/quote/903:HK/profile.

[14] See Weber, Austin, "Outsourcing's Alphabet Soup," Assembly Magazine, February 1, 2003, p.8, http://www.assemblymag.com/articles/82852-outsourcing-s-alphabet-soup (accessed 04/1/2013).

[15] TT Electronics, "About Us," http://www.ttelectronics.com/about/.

[16] Early Electronic Television, "The 1939 New York World's Fair," http://www.earlytelevision.org/worlds_fair.html.

[17] Early Television Museum, "Early Color Television," http://www.earlytelevision.org/color.html and Stephens, Mitchell, "History of Television," http://www.nyu.edu/classes/stephens/History%20of%20Television%20page.htm; McGinn, Kathleen, "The Story of Color Television," U.S. 1 Newspaper, November 14, 2001, http://161.58.97.168/200111/11114c01.html.



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

addition, CRT monitors became "the dominant method for interfacing with computers in the early to mid-1970's"[18] with the release of the Apple I and the Sol-20, "the first computers with factory video outputs in 1976."[19]  The CRT industry steadily grew through the end of the 20th century and in 1999 global CRT monitor sales peaked at almost $20 billion.[20]

17.   Over time, alternative display technologies have emerged and, by the end of the alleged conspiracy period, largely supplanted CRTs.  These alternatives included TFT-LCDs and Plasma Display Panels (PDPs).[21]  TFT-LCDs first emerged in the 1960's and began to be implemented in small portable devices such as digital watches and pocket calculators.[22] TFT-LCD technology quickly came to dominate the portable computer market because TFT-LCDs consume relatively little power and had a distinct advantage in terms of size and weight.[23] Technological advances allowed them to be manufactured in bigger sizes and to compete with CRT televisions and desktop computer monitors as early as the 1980's, but they remained relatively expensive for many years.[24]

---

[18] Edwards, Benj, "A Brief History of Computer Displays:The Glass Teletype," PCWorld, November 1, 2010, http://www.pcworld.com/article/209224/a_brief_history_of_computer_displays.html.

[19] Edwards, Benj, "A Brief History of Computer Displays: Composite Video Out," PCWorld, November 1, 2010, http://www.pcworld.com/article/209224/a_brief_history_of_computer_displays.html.

[20] PC TechGuide, "CRT Monitors," at p. 2, http://www.pctechguide.com/06crtmon.htm.

[21] Several other technologies have emerged, including Organic Light Emitting Diodes (OLEDs), Digital Light Processing (DLP), Field Emission Displays (FEDs) and Electronic Ink Displays; however, these are far less common. Gurki, J. and L. M. Quach, "Display Technology Overview," Lytica White Paper, July 1, 2005, pp. 1-37 at p. 33.

[22] Edwards, Benj, "A Brief History of Computer Displays: The Early LCD Era," PCWorld, November 1, 2010, http://www.pcworld.com/article/209224/a_brief_history_of_computer_displays.html.

[23] Pablo, Fuchs, "Scales are tilting in favour of TFT-LCDs," *Computer Dealer News*, Vol 18., No. 15 (August 16, 2002), pp. 19-20.

[24] Ibid.

[25] Reuters, "LCD price-fixing investigation grows," December 12, 2006, http://news.cnet.com/LCD-price-fixing-investigation-grows/2100-1047_3-6142839.html; Neowin Forums, "LCD Price-Fixing Probe Widens,"



Highly Confidential
Subject to Protective Order



19.     PDPs were also much thinner than CRT displays, at only 15-20 cm thick.[28] PDPs initially had an advantage over TFT-LCDs in being able to display high image-quality at large sizes.[29] However, PDPs were almost exclusively available in sizes above 34", consumed more power than both CRT and TFT-LCDs and had exceedingly fragile screens.[30]

20.     Over time, as TFT-LCD technology improved and became cheaper, CRT sales began to wane.[31]  In 2005, even as overall TV sales grew dramatically, sales of "more analog-oriented, direct-view CRT TVs" were declining.[32]  In December 2005, Matsushita Electric Ind. Co. Ltd. announced that it would shut down two of its CRT-producing subsidiaries.[33] In July 2006, Panasonic Taiwan announced a plan to completely stop manufacturing CRT TVs within three years.[34]  In the fourth quarter of 2007,

---

December 12, 2006, http://www.neowin.net/forum/topic/520907-lcd-price-fixing-probe-widens/.



[28] Gurki, J. and L. M. Quach, "Display Technology Overview," Lytica White Paper, July 1, 2005, pp1-37, p. 26.

[29] Pitchford, Leanne, "Plasma Display Panels," Coalition for Plasma Science, 2004, p. 2.

[30] Gurki, J. and L. M. Quach, "Display Technology Overview," Lytica White Paper, July 1, 2005, pp. 1-37,  p. 26.

[31] See Semenza, Paul, "A New Chapter for the Display Market," Information Display, 2010, pp. 1-2, http://www.sidmembers.org/idonline/article.cfm?year=2010&issue=05&file=art8 and Fuchs, Pablo, "Scales are tilting in favour of TFT-LCDS," *Computer Dealer News*, Vol. 18., No. 15 (August 16, 2002), pp.19-20.

[32] Tarr, Greg, "Manufacturers Expecting Banner TV Year," Twice, July 11, 2005.

[33] EE Times-Asia, "MTPD to stop operations of two subsidiaries," December 02, 2005, http://www.eetasia.com/ART_8800398649_480700_NT_fdae735c.HTM.

[34] Chuang, Emily, "Panasonic Taiwan to halt CRT TV production in 2-3 years," DigiTimes,  July 31, 2006, http://www.digitimes.com/news/a20060731VL201.html.

---

econ ONE

*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

shipments of TFT-LCD TVs surpassed CRT TV shipments, for the first time in the history of CRTs.[35] In early 2008, Chunghwa Picture Tubes, Ltd. announced the shutdown of its CRT plants in mainland China.[36]

# IV.   Overview of the Alleged Conspiracy

### A. Organization and Operation



---

[35] Murph, Darren, "Worldwide TFT-LCD TV shipments surpass CRTs for first time ever," Engadget, February 19, 2008.

[36] EMSNow, "CPT closes CRT/CDT production lines in Mainland China" February 06, 2008, http://www.emsnow.com/newsarchives/archivedetails.cfm?ID=21702.



[38] Direct Purchaser Plaintiffs' Consolidated Amended Complaint, March 16, 2009 (Direct Amended Complaint), p. 2.



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

# Pages 14–37

# SUBMITTED

# UNDER SEAL

Highly Confidential
Subject to Protective Order

## VIII. Class-Wide Overcharges

### A. Feasibility of Formulaic Overcharge Calculations

61.     One method of examining the effect of a price-fixing conspiracy, widely recognized in the economic literature,[113] is to compare pricing during the period in which the conspiracy operated to pricing beforehand and (or) afterwards.[114] This is commonly referred to as a "before/after" analysis. I believe that this kind of analysis can be used in this case to calculate the Class's overcharges in a formulaic manner.

62.     There are various methods of comparison that can be employed in before/after analysis. In some cases, a simple comparison of price levels between periods in which the conspiracy operated with levels in which it did not operate may suffice. In other cases, other market factors in addition to the conspiracy may impact prices during the period in question. When that is likely, more sophisticated methods are used to isolate the effects of the conspiracy.

63.     One such method is to employ regression analysis to simultaneously estimate the market relationships between prices, market demand and supply variables and the presence of the conspiracy. In essence, this kind of regression analysis provides an estimate of the impact of the alleged conspiracy on prices, holding constant the effects of other supply/demand factors. Regression analysis of this sort (often referred to as "reduced form" models or modeling) is widely employed by economists.[115]

---

[113] For a review of well-established methods of economic analysis used to estimate damages in price-fixing litigation see: Connor, J. M., "Forensic economics: an introduction with special emphasis on price fixing," *Journal of Competition Law and Economics* 4.1 (2008): 31-59 and Davis, P., and E. Garcés, *Quantitative techniques for competition and antitrust analysis*, Princeton: University Press, 2009, pp. 347-381. See also Rubinfeld D. L., "Antitrust Damages," Research Handbook on the Economics of Antitrust Law, Einer Elhauge editor, November 21, 2009.

[114] In some cases, data may not be available for periods of time either before or after the alleged conspiracy that are completely free from its effects. However, the available data may allow one to compare periods in which the alleged conspiracy was fully effective with periods in which it was only partially so, in which case one can estimate a lower bound on the overcharges created by the alleged conspiracy.

[115] See e.g., Nieberding, J. F., "Estimating Overcharges In Antitrust Cases Using A Reduced-Form Approach: Methods and Issues," *Journal of Applied Economics*, Vol. IX, No. 2 (Nov 2006), pp. 361-380; Chouinard, H. H., and J. M. Perloff, "Gasoline Price Differences: Taxes, Pollution Regulation, Mergers, Market Power, and


*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

# Page 39

# SUBMITTED

# UNDER SEAL

Highly Confidential
Subject to Protective Order

67.    This method for estimating total overcharges is formulaic in nature.  It employs the transaction data provided by the Defendants, measures for changing supply and demand conditions (which are, of course, market-wide in nature) and a reduced form model specification (which the expert supplies based upon an understanding of this market, professional training and experience).  All of these elements are common and class-wide in nature.

68.    This method for estimating overcharges is feasible in this case.  There is transaction data reflecting prices; measures for other supply and demand factors that might influence prices are available; and there is nothing to suggest that standard approaches to reduced form modeling and estimation would not work in this case. In order to demonstrate this feasibility, I have constructed a reduced form model and used it to estimate overcharges.  The results are preliminary and, inasmuch as final opinions about overcharges will be provided at the merits stage of this case, intended simply to demonstrate the feasibility of the approach.  I describe and present the results below.



---

[120] This quarterly averaged price is found by dividing total revenue by total quantity of shipments for a particular application-size-manufacturer combination. It makes sense to aggregate the transaction data to a quarterly level in this fashion because the data for several of the variables included in the regression analysis, such as LCD quantity, is only available on a quarterly basis.



# Pages 41–50

# SUBMITTED

# UNDER SEAL

Highly Confidential
Subject to Protective Order

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  This declaration was executed on the 1st day of August at Los Angeles, California.

_____
Jeffrey J. Leitzinger
August 1, 2013

*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

## APPENDIX A. CRT Manufacturers

85.   **Chunghwa Entities:** Chunghwa Picture Tubes, Ltd., or "Chunghwa PT," was established in 1971[134] by the Tatung Corporation and at one point was the largest domestic Taiwanese CRT manufacturing company.[135] Chunghwa Picture Tubes (Malaysia), or "Chunghwa Malaysia," is a Malaysian subsidiary of Chunghwa PT.[136]

86.   **Orion Entities:** Orion Electric Company, owned by the Daewoo group, was one of Korea's largest CRT manufactures until it filed for bankruptcy in 2004.[137] In 1995 approximately 85% of its one billion sales was in color picture tubes and color display tubes.[138] Orion Electric was involved in many joint-ventures including a joint-venture with Daewoo Electronics in French CRT manufacturer Daewoo-Orion Société Anonyme, or "DOSA."[139] Daewoo International Corporation, or "Daewoo International," is a Korean corporation[140] that manufactured CRT Products. Daewoo Electronics Corporation, formerly Daewoo Electronics Company, or "Daewoo Electronics" is a South Korean subsidiary of Daewoo International[141] and part of the Daewoo Group.[142] Daewoo Electronics, along with its subsidiaries and affiliates,

---

[134] See Chunghwa Picture Tubes, Ltd., "Company Profile," 2006, http://www.cptt.com.tw/cptt/english/index.php?option=com_content&task=view&id=13&Itemid=32.

[135] Pecht, M. and C.S. Lee, "Flat Panel Displays: What's Going on in East Asia Outside Japan," pp. 2 and 16, http://www.calce.umd.edu/general/AsianElectronics/Articles/DISPLAY.htm.

[136]Chunghwa Picture Tubes, Ltd. and Subsidiaries, "Consolidated Financial Statements for the Six-Month Periods Ended June 30, 2005 and 2006 with Review Report of Independent Auditors (Unaudited)," August 21, 2006, p. 9, http://www.cptt.com.tw/cptt/chinese/backend/files/CPTQRen_06Q2con.pdf.

[137] Somers, Bailey, "Daewoo Granted Chapter 15 Protection," Law360, October 23, 2006, http://www.law360.com/articles/12214/daewoo-granted-chapter-15-protection.

[138] Pecht, M. and C.S. Lee, "Flat Panel Displays: What's Going on in East Asia Outside Japan," p. 7, http://www.calce.umd.edu/general/AsianElectronics/Articles/DISPLAY.htm.

[139] Ibid.

[140] Daewoo, "Overview," http://www.daewoo.com/english/company/overview.jsp.

[141] Daewoo International Corporation, "Electronic Industry Division," http://www.daewoo.com/english/business/electronics.jsp?nav=2_2_4 and Daewoo International Corporation, "Electronic Industry Division Team and Item," http://www.daewoo.com/english/online/brand/item.jsp?d_id=11.

[142] Also includes Daewoo Electronics, Daewoo Telecom Company, Daewoo Corporation and Orion Electric Components Company.



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

manufactured and sold both CRTs and CRT Products.[143] In December 1995, Daewoo, along with Toshiba Corporation and other entities, formed P.T. Tosummit Electronic Devices Indonesia, or "TEDI," an Indonesian CRT manufacturer.[144]

87. **Hitachi Entities:** Hitachi, Ltd. is the Japanese parent company for Hitachi brand CRT Products. [145] Hitachi Displays was a Japanese subsidiary of Hitachi, Ltd. and formerly part of "Mobara Works of Hitachi, Ltd.," that manufactured CRT Products.[146] Hitachi America, Ltd. is an American subsidiary of Hitachi, Ltd. that sold and distributed CRT Products. [147] Hitachi Electronic Devices (USA), or "HEDUS," is an American subsidiary of Hitachi, Ltd. that manufactured CRT Products. [148] Hitachi Asia, Ltd., or "Hitachi Asia" is a Singaporean subsidiary of Hitachi that manufactured CRT Products.[149] Shenzhen SEG Hitachi Color Display Devices, Ltd., or "Hitachi Shenzhen," is a Chinese subsidiary of Hitachi, Ltd. that manufactured, sold and distributed CRT Products.[150]

88. **Irico Entities:** Irico Group Corporation or "IGC" is the Chinese parent company for several subsidiaries that manufactured CRTs and CRT Products, including Irico

---

[143] Pecht, M. and C. S. Lee, "Flat Panel Displays: What's Going on in East Asia Outside Japan," p. 7, http://www.calce.umd.edu/general/AsianElectronics/Articles/DISPLAY.htm.

[144] Toshiba, "Toshiba's Joint Venture in Indonesia Starts Manufacturing Color Picture Tubes for TVs," June 24, 1996, http://www.toshiba.co.jp/about/press/1996_06/pr2401.htm ;Toshiba, "Toshiba Establishes Joint Venture in Indonesia to Manufacture and Market TV Color Picture Tubes," March 10, 1995, http://www.toshiba.co.jp/about/press/1995_03/pr1001.htm.

[145] Hitachi Displays, "History: from 1991 to Today," http://www.hitachi-displays.com/en/company/history/2012116_18547.html.

[146] Ibid.

[147] Hitachi in U.S.A., "Legacy Products," http://www.hitachi.us/products/legacy/.

[148] Hitachi America, Ltd., "Products and Services: Consumer Electronics," http://www.hitachi-america.us/.

[149] Hitachi, "Hitachi in Singapore," http://www.hitachi.com.sg/about/hitachi/index.html. Hitachi, "Hitachi to Withdraw from CRTs for PC Monitors," July 26, 2001, http://www.hitachi.com/New/cnews/E/2001/0726b/.

[150] Chinabidding.com, "Hitachi Subsidiary Sets Up Shenzhen Office," March 02, 2006, http://www.chinabidding.com/news.jhtml?method=detail&channelId=277&docId=528867; Businessweek, "Company Overview of Shenzhen SEG Hitachi Color Display Devices Co., Ltd.," http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=38948436.



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

Group Electronics Col, Ltd., or "IGE," and Irico Display Devices Co., Ltd., or "IDDC."[151]

89. **LG Electronics Entities:** LG Electronics, Inc., or "LGE" a South Korean entity, is a leading global manufacturer of consumer electronics products including televisions, computers and home appliances. LGE also produces and sells CPTs and CDTs.[152] In 2001 LGEI partnered[153] 50/50 with Koninklijke Philips Electronics N.V. to create LG. Philips Displays, "LPD," which encompassed both founders' CRT production and sales activities.[154] LG. Philips Displays became the independent company LP Displays International, Ltd. on April 1, 2007.[155] LGE manufactured, sold and distributed CRTs and CRT Products, independently and through subsidiaries LG Electronics USA, or "LGEUSA," LG Electronics Taiwan Taipei Co., Ltd., or "LGETT," LP Displays International, Ltd., or "LP Displays."

90. **Panasonic Entities:** Panasonic Corporation, known as Matsushita Electric Industrial Co, Ltd., or "MEI," until 2008[156], is a Japanese entity most known for its Panasonic brand.[157] It is also the primary owner of the CRT manufacturing company MT Picture Display Co., Ltd., or "MTPD," which began in 2003 as a joint venture with

---

[151] Irico Group Corporation, "About Irico," p. 4, http://www.ch.com.cn/english/txt.jsp?urltype=tree.TreeTempUrl&wbtreeid=1459.

[152] PHLP-CRT-051982- PHLP-CRT-052085 at 52055-56

[153] PHLP-CRT-051982 - PHLP-CRT-052085 at 51998; A.A.M. Deterink, "Trustee's First Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V.," March 1, 2006, pp. 6-8, http://deterinklive.com/nl/download/?file=workspace/uploads/faillissementsverslagen/lg_verslag1en_0103 2006.pdf.

[154] PHLP-CRT-051982- PHLP-CRT-052085 at 51998 and 52008-52009; Businessweek, "Company Overview of LG Philips Displays Korea Co., Ltd.," http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=6453976.

[155] Businessweek, "Company Overview of LP Displays," http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=1492342; Tarr, Greg, "CRT Maker LG. Philips Displays Changes Names," Twice, March 16, 2007, http://www.twice.com/news/crt-maker-lgphilips-displays-changes-name-0.

[156] Matsushita Electric Industrial Co., Ltd., "Form 6-K," June 02, 2008, p. 4.

[157] Panasonic, "Matsushita Electric (Panasonic) and TCL Holdings Sign Collaborative Agreement on Consumer Electronics," April 9, 2002, http://panasonic.net/ir/relevant/en020409-4/en020409-4.html.



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

Toshiba Corporation, but which MEI purchased entirely in 2007.[158] MEI sold and distributed CRT Products as well as CRTs.[159] Matsushita Electronics Corporation (Malaysia) Sdn Bhd., or "Matsushita Malaysia," is a Malaysian subsidiary of MTPD, that sold and distributed MEI-manufactured CRT Products.[160] Panasonic Corporation of North America, or "PCNA," is an American subsidiary of Panasonic Corporation that sold and distributed CRT Products.[161] Panasonic Consumer Electronics Co., or "PACEC," is an American division[162] of PCNA that sold and distributed CRT Products.[163]

91.   **Philips Entities:** Koninklijke Philips Electronics N.V., or "Royal Philips," is a Dutch electronics company, and co-owner[164] of LPD with LG Electronics, as described above. Royal Philips manufactured CRT Products before the joint venture with LG Electronics with CPT sales accounting for a majority of total CRT revenue.[165] Subsidiaries of Royal Phillips that manufactured, sold and distributed CRT Products include  Philips Electronics Industries Ltd., or "PEIL," Philips Electronics North America, or "Philips America,"  Philips Consumer Electronics Co., or "PCEC,"

---

[158] SEC, "Panasonic Corporation: Form 20-F," March 31, 2011, p. 25, http://www.sec.gov/Archives/edgar/data/63271/000119312511178201/d20f.htm#rom123323_46; Toshiba, "Closure of MT Picture Display (M) Sdn. Bhd.," IR News, July 26, 2006, http://www.toshiba.co.jp/about/ir/en/news/20060726.htm.

[159] See CHU00028441.01E- CHU00028446E at 28444E and 28446E.

[160] Toshiba, "Closure of MT Picture Display (M) Sdn. Bhd.," IR News, July 26, 2006, http://www.toshiba.co.jp/about/ir/en/news/20060726.htm.

[161] Panasonic USA, "Company Profile," http://www.panasonic.com/about/overview.asp.

[162] Businessweek, "Company Overview of Panasonic Consumer Electronics Company," http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=7827825.

[163] Panasonic USA, "Consumer Search Results: "CRT TVs"," http://shop.panasonic.com/search/?siteView=DEFAULT&q=crt%20tvs, accessed January 9, 2012.

[164] PHLP-CRT-051982 - PHLP-CRT-052085 at 51998; A.A.M. Deterink, "Trustee's First Report in the bankruptcy of LG.Philips Displays Holding B.V. and LG.Philips Displays Netherlands B.V.," March 1, 2006, pp. 6-8, http://deterinklive.com/nl/download/?file=workspace/uploads/faillissementsverslagen/lg_verslag1en_0103 2006.pdf.

[165] PHLP-CRT-051982-PHLP-CRT-052085 at 052004 and 052053.



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

Philips Electronics Industries (Taiwan), Ltd., or "Philips Taiwan," and Philips da Amazonia Industria electronic Ltda., or "Philips Brazil."[166]

92. **Samsung Entities:** Samsung Electronics Co., Ltd., or "SEC," is a South Korean company that  manufactured, sold and distributed of CRTs and CRT Products independently and through several subsidiaries including, Samsung Electronics America, Inc., or "SEAI," Samsung SDI (Malaysia) Sdn Bhd., or "Samsung Malaysia," Samsung SDI Co., Ltd., "Samsung SDI," Samsung SDI America, Inc., or "Samsung America,"  Samsung SDI Mexico S.A. de C.V., or "Samsung SDI Mexico," Samsung SDI Brazil Ltd., or "Samsung SDI Brazil," Shenzhen Samsung SDI Co., Ltd., or "Samsung SDI Shenzhen," and Tianjin Samsung SDI Co., Ltd., or "Samsung SDI Tianjin."[167]

93. **Thai CRT:** Thai CRT Company, Ltd., or "Thai CRT," is a Thai CRT manufacturer, and, a subsidiary of Siam Cement Group.[168]

94. **Toshiba Entities:** Toshiba Corporation, or "TC," is a Japanese CRT manufacturer and co-owner[169] of Matsushita Toshiba Picture Display Co., Ltd., as previously described. [170] Toshiba America, Inc., or "Toshiba America,"  Toshiba America Consumer Products LLC, or "TACP," Toshiba America Consumer Products, Inc., or "TACPI," Toshiba America Electronic Components, Inc., or "TAEP," and Toshiba

---

[166] Koninklijke Philips Electronics N.V., "Form 20-F: Exhibit 8," December 31, 2011, pp. 1, 9, 13 and 15, http://www.sec.gov/Archives/edgar/data/313216/000095012311015455/u10449exv8.htm.

[167] Samsung Electronics Co., Ltd. and Subsidiaries, "Notes to the Consolidated Financial Statements,"2012 Quarter 1, pp. 14-18, http://www.samsung.com/us/aboutsamsung/ir/financialinformation/auditedfinancialstatements/download s/consolidated/2012_con_quarter01_note.pdf . Samsung SDI, "Overseas Plants," http://www.samsungsdi.com/intro/c_7_2_1_5P.html.

[168] The Siam Cement Group, "Thai CRT Co., Ltd. (TCRT) Restructures Ownership," February 16, 2005, http://www.scg.co.th/en/04investor_governance/03_investors_news/detail.php?ContentId=28.

[169] Toshiba, "Closure of MT Picture Display (M) Sdn. Bhd.," IR News, July 26, 2006, http://www.toshiba.co.jp/about/ir/en/news/20060726.htm.

[170] Toshiba America, "Inside Toshiba," http://www.toshiba.com/tai/about_us.jsp; Block, Ryan, "Toshiba killing CRTs and analog tuners," Engadget, February 21, 2006, http://www.engadget.com/2006/02/21/toshiba-killing-crts-and-analog-tuners/; PHLP-CRT-051982-PHLP-CRT-052085 at 52068-52069.



*Corrected Expert Report of Jeffrey J. Leitzinger, Ph.D.*

Highly Confidential
Subject to Protective Order

America Information Systems, Inc., or "TAIP," are all American subsidiaries that manufactured, sold and distributed CRT Products.[171]  Toshiba Display Devices (Thailand) Company, Ltd., or "TDDT," is a Thai subsidiary of TC that sold and distributed CRT Products.[172]

95.   **Joint Ventures:** MT Picture Display Co., Ltd., formerly Matsushita Toshiba Picture Display Co., Ltd., or "MTPD," is a Japanese CRT manufacturer co-owned by Panasonic Corporation and Toshiba.[173] However, MTPD became a full subsidiary of MEI in 2007.[174] Beijing-Matsushita Color CRT Company, Ltd., or "BMCC," is a Chinese manufacturer of CRTs, founded as a joint venture between Panasonic and Beijing, People's Republic of China.[175]  LG. Philips Displays, or "LPD," was a joint venture between LGEI and Koninklijke Philips Electronics N.V. as described above. LG. Philips Displays became the independent company LP Displays International, Ltd. on April 1, 2007.[176]

---

[171] Toshiba America, "Inside Toshiba," http://www.toshiba.com/tai/about_us.jsp; Toshiba, "Toshiba in the Americas," http://www.toshiba.com/tai/americas/us.jsp.

[172] Toshiba, "Toshiba Display Devices (Thailand) Celebrates 7th Anniversary with Start of Full-Scale Manufacturing of Color Display Tubes," August 29, 1995, http://www.toshiba.co.jp/about/press/1995_08/pr2901.htm.

[173] Toshiba, "Closure of MT Picture Display (M) Sdn. Bhd.," IR News, July 26, 2006,http://www.toshiba.co.jp/about/ir/en/news/20060726.htm.

[174] Panasonic Corporation, "Panasonic Form 20-F," March 31, 2011, http://www.sec.gov/Archives/edgar/data/63271/000119312511178201/d20f.htm#rom123323_46, P. 24.

[175] Panasonic, "Panasonic History: 1987 Joint Venture Company Beijing established," http://http://panasonic.net/history/corporate/chronicle/1987-01.html.

[176] Businessweek, "Company Overview of LP Displays," http://investing.businessweek.com/research/stocks/private/snapshot.asp?privcapId=1492342; Tarr, Greg, "CRT Maker LG. Philips Displays Changes Names," Twice, March 16, 2007, http://www.twice.com/news/crt-maker-lgphilips-displays-changes-name-0.

