**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER DENYING SHARP PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d) |
| <u>Sharp Electronics Corp., et al. v. Hitachi Ltd., et al.</u>, Case No. C 13-1173 (SC) | |

On July 26, 2013, Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively the "Sharp Plaintiffs") filed an Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d). ECF No. 1798 ("Sharp Mot."). Rule 79-5(d) requires the Sharp Plaintiffs to file certain documents under seal because Defendants Toshiba Corporation, Panasonic Corporation, and Samsung SDI Co., Ltd., marked them confidential per this case's protective order. Rule 79-5(d) gave those Defendants seven days from the Sharp Motion's filing date to file (1) a declaration establishing that the information designated in the Sharp Motion is properly

sealable, and (2) a narrowly tailored proposed sealing order. The Defendants have filed nothing.

Accordingly, per Local Rule 79-5(d), the Court DENIES the Sharp Motion. The Sharp Plaintiffs are to file their documents in the public record.

IT IS SO ORDERED.

Dated: August 6, 2013



UNITED STATES DISTRICT JUDGE

2