IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MDL No. 1917 |
| | Case No. C-07-5944-SC |
| This Order Relates To: | ORDER DENYING DEFENDANTS' REQUEST FOR A DAUBERT HEARING |
| ALL INDIRECT-PURCHASER ACTIONS | |

The parties in the above-captioned action are currently briefing their Objections to and Motions to Adopt the Interim Special Master's Report and Recommendations Regarding Defendants' Motion to Strike the Proposed Expert Testimony of Dr. Janet S. Netz. In a letter to the Court, Defendants jointly requested a Daubert hearing in connection with their Motion to Strike. ECF No. 1787. The Indirect-Purchaser Plaintiffs responded, stating that an additional hearing would be unnecessary. ECF No. 1796.

The Court declines to set an additional hearing on this matter. A hearing is not mandatory, and holding one would be inefficient and unproductive. The parties have already had a full

hearing before the Interim Special Master, the results of which are detailed in a Report and Recommendation and an uncommonly thorough record. Further, before their hearing, the parties agreed that no live testimony was necessary.

Finally, the parties have already disputed the schedule and briefing guidelines for this matter. ECF No. 1760. The Court resolved that issue weeks ago. ECF No. 1761. As stated then, the Court will consider this matter submitted after the parties complete their briefs.

IT IS SO ORDERED.

Dated: August 6, 2013

UNITED STATES DISTRICT JUDGE