1  Stephen E. Taylor (SBN 058452)
   Jonathan A. Patchen (SBN 237346)
2  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
3  San Francisco, California 94111
   Telephone:  (415) 788-8200
4  Facsimile:  (415) 788-8208
   Email: staylor@tcolaw.com
5  Email: jpatchen@tcolaw.com

6
   Kenneth A. Gallo (*Pro Hac Vice*)
7  Joseph J. Simons (*Pro Hac Vice*)
   Craig A. Benson (*Pro Hac Vice*)
8  PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
   2001 K Street, NW
9  Washington, DC  20006-1047
   Telephone:  (202) 223-7300
10 Facsimile:  (202) 223-7420
   Email: kgallo@paulweiss.com
11 Email: jsimons@paulweiss.com
   Email: cbenson@paulweiss.com
12
   *Attorneys for Sharp Electronics Corporation and*
13 *Sharp Electronics Manufacturing Company of America, Inc.*

14

15                    **UNITED STATES DISTRICT COURT**

16                    **NORTHERN DISTRICT OF CALIFORNIA**

17                        **SAN FRANCISCO DIVISION**

18 | In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-cv-05944 (SC) |

19 MDL No. 1917

20 This Document Relates To:                          **PLAINTIFFS' ADMINISTRATIVE
                                                       MOTION TO FILE UNDER SEAL**
21 *Sharp Electronics Corp.,* et al. *v. Hitachi Ltd.*, et al.,
   Case No. C 13-1173 (SC)                            **(CIVIL LOCAL RULE 79-5(d))**

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 5.2(e) and Civil Local Rules 7-11 and

2    79-5(d), Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of

3    America, Inc. (collectively, "Sharp") respectfully submit this Administrative Motion for a Sealing Order

4    regarding Sharp's concurrently filed Opposition to Thomson S.A.'s Motion to Dismiss for Lack of

5    Personal Jurisdiction and exhibits attached as Exhibits B through R, LL through SS, and UU (the "sealed

6    exhibits").

7    Sharp's concurrently filed Opposition to Thomson S.A.'s Motion to Dismiss for Lack of

8    Personal Jurisdiction and the sealed exhibits attached thereto, discuss or contain information that has

9    been designated by Toshiba Corporation, Panasonic Corporation, Chunghwa Picture Tubes, Ltd.,

10   Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., and Samsung SDI Co., Ltd. (the

11   "designating parties") as  "Confidential" or "Highly Confidential" under the terms of the Stipulated

12   Protective Order entered in this case.  Case No. 07-cv-05944 ECF 306, amended at ECF 1142.  Pursuant

13   to Civil Local Rule 79-5(d), a copy of Sharp's Opposition to Thomson S.A.'s Motion to Dismiss for

14   Lack of Personal Jurisdiction, and the sealed exhibits attached thereto, will be lodged with the Court for

15   *in camera* review, served on all parties, and will be e-filed with the Court pending: (1) Defendants'

16   submission, within seven days of the date of this Administrative Motion, of a declaration establishing

17   that the designated information is properly sealable, (2) Defendants' submission of a narrowly tailored

18   proposed sealing order, and (3) the Court's granting of a Motion to Seal.

19   Pursuant to Civil Local Rule 79-5(d), within seven (7) days of the filing of the instant

20   Administrative Motion for Sealing Order, the designating parties are required to

21   (a) file a responsive declaration and proposed sealing order or (b) withdraw the designation of

22   confidentiality.  After expiration of that time period, Sharp is prepared to e-file as part of the public

23   record in this case a copy of its Opposition to Thomson S.A.'s Motion to Dismiss for Lack of Personal

24   Jurisdiction and the sealed exhibits attached thereto that accurately reflect any redactions that

25   Defendants may require in order to protect the content of any properly sealable "Confidential" or

26   "Highly Confidential" information, pursuant to the terms of the Stipulated Protective Order entered in

27   this case.

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (CIVIL L.R. 79-5(D))
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173

1 Dated:  August 7, 2013                    Respectfully submitted,

2                                           By:     /s/ Craig A. Benson

3                                                   Stephen E. Taylor (SBN 058452)
                                                    Jonathan A. Patchen (SBN 237346)
4                                                   TAYLOR & COMPANY LAW OFFICES, LLP
                                                    One Ferry Building, Suite 355
5                                                   San Francisco, California 94111
                                                    Telephone:  (415) 788-8200
6                                                   Facsimile:  (415) 788-8208
                                                    Email: staylor@tcolaw.com
7                                                   Email: jpatchen@tcolaw.com

8                                                   Kenneth A. Gallo (*Pro Hac Vice*)
                                                    Joseph J. Simons (*Pro Hac Vice*)
9                                                   Craig A. Benson (*Pro Hac Vice*)
                                                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
10                                                  2001 K Street, NW
                                                    Washington, DC  20006-1047
11                                                  Telephone:  (202) 223-7300
                                                    Facsimile:  (202) 223-7420
12                                                  Email:  kgallo@paulweiss.com
                                                    Email:  jsimons@paulweiss.com
13                                                  Email:  cbenson@paulweiss.com

14                                                  *Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp
                                                    Electronics Manufacturing Company of America, Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (CIVIL L.R. 79-5(D))
Case No. 07-cv-5944, MDL No. 1917; Case No. 13-cv-1173