Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 204-7356
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Plaintiffs Sharp Electronics Corporation and*
*Sharp Electronics Manufacturing Company of America, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.*, Case No.  3:13-cv-1173. | Case No. 07-cv-5944<br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT PLAINTIFFS' OPPOSITION TO THOMSON S.A.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**<br><br>Date:  October 14, 2013<br>Time:  9:00 a.m.<br>Place:  JAMS,  Two Embarcadero Center, Suite 1500<br>Judge:  Hon. Samuel Conti<br>Special Master:  Hon. Charles A. Legge (Ret.)<br>**EXHIBITS B-R, LL-SS and UU HERETO LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5** |

- 1 -

I, CRAIG A. BENSON, hereby declare as follows:

1.      I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel for Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp").  I am admitted *pro hac vice* to practice law before the U.S. District Court in the Northern District of California.

2.      I submit this Declaration in support of Sharp's Opposition to Thomson S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction.  I have personal knowledge of the facts set forth herein.  If called as a witness, I could and would testify competently to the following facts.

3.      Attached as Exhibit A to this Declaration is a true and correct copy of *Antitrust: Commission Fines Producers of TV and Computer Monitor Tubes € 1.47 billion for Two Decade-Long Cartels,* European Commission Press Release, Dec. 5, 2012.

4.      Attached as Exhibit B to this Declaration is a true and correct copy of the original document and its certified translation produced by Samsung SDI on approximately June 18, 2010 with the custodian designation of K.C. Oh with Bates Numbers SDCRT-0006632 and SDCRT-0006632E.

5.      Attached as Exhibit C to this Declaration is a true and correct copy of excerpts from Samsung SDI's Supplemental Response to Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5 (Oct. 17, 2011).

6.      Attached as Exhibit D to this Declaration is a true and correct copy of excerpts from Toshiba America Electronic Components, Inc.'s ("TAEC") Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories (Feb. 10, 2012).

7.      Attached as Exhibit E to this Declaration is a true and correct copy of excerpts from Toshiba Corporation's Supplemental Objections and Responses to Interrogatory Nos. Four and Five of Direct Purchaser Plaintiffs' First Set of Interrogatories (Feb. 10, 2012).

8.      Attached as Exhibit F to this Declaration is a true and correct copy of excerpts from the Second Supplemental Responses and Objections of Panasonic Corporation of

1    North America, MT Picture Display Co., Ltd. and Panasonic Corporation to Direct Purchaser
2    Plaintiffs' First Set of Interrogatories (Nov. 3, 2011).
3           9.      Attached as Exhibit G to this Declaration is a true and correct copy of
4    excerpts from the Third Supplemental Responses and Objections of Panasonic Corporation of
5    North America, MT Picture Display Co., Ltd. and Panasonic Corporation to Direct Purchaser
6    Plaintiffs' First Set of Interrogatories (Dec. 23, 2011).
7           10.     Attached as Exhibit H to this Declaration is a true and correct copy of
8    excerpts from Hitachi Displays, Ltd.'s Supplemental Response to Direct Purchaser Plaintiffs'
9    First Set of Interrogatories, Interrogatory Nos. 4 and 5 (Feb. 10, 2012).
10          11.     Attached as Exhibit I to this Declaration is a true and correct copy of
11   excerpts from Hitachi Displays, Ltd.'s Second Supplemental Response to Direct Purchaser
12   Plaintiffs' First Set of Interrogatories, Interrogatory No. 5 (Apr. 12, 2013).
13          12.     Attached as Exhibit J to this Declaration is a true and correct copy of the
14   document produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of
15   Sean Collins with Bates Number TAEC-CRT-00116979.
16          13.     Attached as Exhibit K to this Declaration is a true and correct copy of the
17   original document and its certified translation produced by Panasonic Corporation on
18   approximately Oct. 21, 2011 with the custodian designation of Masaki Sanogawaya with Bates
19   Numbers MTPD-0576483 and MTPD-0576483E.
20          14.     Attached as Exhibit L to this Declaration is a true and correct copy of the
21   original document and its certified translation produced by Samsung SDI on approximately Sept.
22   19, 2011 with the custodian designation of Samsung SDI with Bates Numbers SDCRT-0086490
23   and SDCRT-0086490E.
24          15.     Attached as Exhibit M to this Declaration is a true and correct copy of the
25   document produced by Samsung SDI on approximately Sept. 19, 2011 with the custodian
26   designation of Samsung SDI with Bates Number SDCRT-0088604.
27   ///
28   ///

16.     Attached as Exhibit N to this Declaration is a true and correct copy of the original document and its certified translation produced by Chunghwa Picture Tubes, Ltd. on approximately Mar. 8, 2010 with Bates Numbers CHU00031136 and CHU00031136E.

17.     Attached as Exhibit O to this Declaration is a true and correct copy of the original document and its certified translation produced by Panasonic Corporation on approximately Oct. 17, 2011 with the custodian designation of Koichi Nishiyama with Bates Numbers MTPD-0426066 and MTPD-0426066E.

18.     Attached as Exhibit P to this Declaration is a true and correct copy of the original document and its certified translation produced by Samsung SDI on approximately Dec. 8, 2010 with Bates Numbers SDCRT-0002526 and SDCRT-0002526E.

19.     Attached as Exhibit Q to this Declaration is a true and correct copy of the original document and its certified translation produced by Samsung SDI on approximately Dec. 8, 2010 with Bates Numbers SDCRT-0002585 and SDCRT-0002585E .

20.     Attached as Exhibit R to this Declaration is a true and correct copy of the original document and its translation produced by Chunghwa Picture Tubes, Ltd. on approximately March 8, 2010 with Bates Number CHU00030040 and CHU00030040E.

21.     Attached as Exhibit S to this Declaration is a true and correct copy of excerpts from THOMSON multimedia S.A., Annual Report (Form 20-F) (June 30, 1999).

22.     Attached as Exhibit T to this Declaration is a true and correct copy of excerpts from the Declaration of Frederic Rose, *In re Petition of Frederic Rose* (Dkt. No. 3, Case No. 09-17355 (Bankr. S.D.N.Y. Dec. 16, 2009)).

23.     Attached as Exhibit U to this Declaration is a true and correct copy of excerpts from THOMSON S.A., Annual Report (Form 20-F) (May 30, 2003).

24.     Attached as Exhibit V to this Declaration is a true and correct copy of excerpts from the Brief for Plaintiff-Appellant Thomson S.A. in *Thomson S.A. v. Quixote Corp.*, 166 F.3d 1172 (Fed. Cir. 1999).

25.     Attached as Exhibit W to this Declaration is a true and correct copy of excerpts from Technicolor S.A., Annual Report (Form 20-F) (April 6, 2010).

26.     Attached as Exhibit X to this Declaration is a true and correct copy of *Digital Sales Lift Thomson SA*, Calgary Herald, Oct. 13, 2006 at D9.

27.     Attached as Exhibit Y to this Declaration is a true and correct copy of THOMSON multimedia S.A., Statement of Beneficial Ownership (Form 13D/A) (Feb. 8, 2000).

28.     Attached as Exhibit Z to this Declaration is a true and correct copy of excerpts from Technicolor S.A., Annual Report, (April 16, 2013).

29.     Attached as Exhibit AA to this Declaration is a true and correct copy of excerpts from THOMSON multimedia S.A., Annual Report (Form 20-F) (June 22, 2001).

30.     Attached as Exhibit BB to this Declaration is a true and correct copy of excerpts from THOMSON multimedia S.A., Annual Report (Form 20-F) (Mar. 29, 2002).

31.     Attached as Exhibit CC to this Declaration is a true and correct copy of excerpts from THOMSON S.A., Annual Report (Form 20-F) (June 29, 2004).

32.     Attached as Exhibit DD to this Declaration is a true and correct copy of excerpts from THOMSON S.A., Annual Report (Form 20-F) (June 3, 2005).

33.     Attached as Exhibit EE to this Declaration is a true and correct copy of excerpts from THOMSON S.A., Annual Report (Form 20-F) (May 12, 2006).

34.     Attached as Exhibit FF to this Declaration is a true and correct copy of excerpts from THOMSON S.A., Annual Report (Form 20-F) (May 11, 2007).

35.     Attached as Exhibit GG to this Declaration is a true and correct copy of excerpts from THOMSON S.A., Annual Report (Form 20-F) (Apr. 21, 2008).

36.     Attached as Exhibit HH to this Declaration is a true and correct copy of excerpts from THOMSON S.A., Annual Report (Form 20-F) (May 6, 2009).

37.     Attached as Exhibit II to this Declaration is a true and correct copy of excerpts from Technicolor, S.A., Annual Report (Mar. 30, 2011).

38.     Attached as Exhibit JJ to this Declaration is a true and correct copy of excerpts from Technicolor, S.A., Annual Report (Mar. 27, 2012).

///

///

1      39.     Attached as Exhibit KK to this Declaration is a true and correct copy of

2  Thomson Consumer Electronics, Inc.'s (and successors'), State of Delaware Annual Franchise

3  Tax Reports (1995-2012).

4      40.     Attached as Exhibit LL to this Declaration is a true and correct copy of the

5  document produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of

6  Sean Collins with Bates Number TAEC-CRT-00095077.

7      41.     Attached as Exhibit MM to this Declaration is a true and correct copy of

8  the document produced by TAEC on approximately Aug. 31, 2011 with the custodian

9  designation of Sean Collins with Bates Number TAEC-CRT-00090061.

10      42.     Attached as Exhibit NN to this Declaration is a true and correct copy of

11  the document produced by TAEC on approximately Aug. 31, 2011 with the custodian

12  designation of Sean Collins with Bates Number TAEC-CRT-00095072.

13      43.     Attached as Exhibit OO to this Declaration is a true and correct copy of

14  the document produced by TAEC on approximately Aug. 31, 2011 with the custodian

15  designation of Sean Collins with Bates Number TAEC-CRT-00086226.

16      44.     Attached as Exhibit PP to this Declaration is a true and correct copy of the

17  document produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of

18  Sean Collins with Bates Number TAEC-CRT-00094042.

19      45.     Attached as Exhibit QQ to this Declaration is a true and correct copy of

20  the document produced by TAEC on approximately Aug. 31, 2011 with the custodian

21  designation of Sean Collins with Bates Number TAEC-CRT-00095092.

22      46.     Attached as Exhibit RR to this Declaration is a true and correct copy of the

23  document produced by TAEC on approximately Aug. 31, 2011 with the custodian designation of

24  Sean Collins with Bates Number TAEC-CRT-00089696.

25      47.     Attached as Exhibit SS to this Declaration is a true and correct copy of the

26  document produced by Hitachi Electronic Devices (USA), Inc. ("HEDUS") on approximately

27  Dec. 16, 2011 with the custodian designation of Tom Heiser with Bates Number HEDUS-

28  CRT00162777.

1         48.     Attached as Exhibit TT to this Declaration is a true and correct copy of

2  *Thomson Cuts Earnings Forecast; Demand for TVs Slows*, Tech Europe, June 25, 2003, at 301.

3         49.     Attached as Exhibit UU to this Declaration is a true and correct copy of

4  the document produced by Panasonic Corporation on approximately December 14, 2010 with

5  Bates Number MTPD-0013835.

6

7         I declare under penalty of perjury, under the laws of the United States of America,

8  that the foregoing is true and correct.  Executed this 7th day of August, 2013, at Washington,

9  DC.

10

11                      */s/  Craig A. Benson*
                         Craig A. Benson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S REQUEST FOR JUDICIAL NOTICE
Case No. 13 cv 1173, MDL No. 1917, Case No. 07 cv 5944