# EXHIBIT V



## BRIEF FOR PLAINTIFF-APPELLANT THOMSON S.A.

IN THE

# United States Court of Appeals

## FOR THE FEDERAL CIRCUIT

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 9 1997.

JAN HORBALY
CLERK

———◆———

### Appeal No. 97-1485

———◆———

THOMSON S.A.,

*Plaintiff-Appellant,*

—v—

QUIXOTE CORPORATION and DISC MANUFACTURING, INC.,

*Defendants-Appellees.*

ON APPEAL FROM AN ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE IN 94-CV-83-LON
ENTERED JUNE 24, 1997

CHIEF JUDGE JOSEPH J. LONGOBARDI

George E. Badenoch
Richard L. Mayer
John Flock
Robert F. Perry
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

*Attorneys for Plaintiff-Appellant*
*THOMSON S.A.*

September 29, 1997

absent expert witness as if they were fact evidence that could be relied upon in their own right to support the verdict.

The four patents-in-suit cover optical storage products including digital audio compact discs ("CDs").[1]  The patents are based on a common disclosure which describes two different inventions used in CDs.  The '808, '183 and '725 patents claim an invention used by CDs for storing and playing back information, while the '743 patent claims an invention used by CDs to enable the disc player to follow the track.  Although both inventions are described in the same specification, they are separate and distinct, and there is no legal requirement that the Court reach the same decision on the representative claims for the two different inventions.

The prior invention defense with respect to both inventions was based on an optical video disc allegedly tested internally at a company in California called MCA Discovision Inc. ("MCA") in June 1972, two months before plaintiff's priority date.

2.     **Parties**

Plaintiff appellant, Thomson SA, is a large multi-national defense and consumer electronics firm with headquarters in France and a consumer electronics subsidiary that owns and operates the former consumer electronic business of General Electric Company and RCA in the United States.  *A 248-250 [Tr. 162-164]*.  Plaintiff does not make

---

[1]     The four patents are U.S. Patent Nos. 4,868,808 (the "'808 patent" -- *A 1414-1425), 4,196,183 (the "'183 patent" -- A 1426-1440), 4,175,725 (the "'725 patent"-- A 1441-1455)* and 5,182,743 (the "'743 patent" -- *A 1456-1465)*.

2

CDs, but it makes and markets CD players, and it successfully licensed the patents-in-suit to CD manufacturers until the decision below. Defendant-appellee, Quixote Corp. ("Quixote"), is a holding company in Chicago which until recently owned defendant-appellee Disc Manufacturing Inc. ("DMI"), a contract maker of video and audio compact discs.

### 3.     The Patented Inventions

The patents-in-suit describe and claim two important inventions in the field of optical storage discs. The first invention, the "reading invention," relates to the shape and arrangement of structures on the disc that enable storage and playback of information in a certain way. The second invention, the "tracking invention," relates to the shape and arrangement of structures on the disc that enable the reading light spot of the disc player to follow one optical track at a time during playback.

Plaintiff's patents are based on work by its inventor, Claude Tinet, in France in 1972. The original application for the patents was filed in France on August 25, 1972, and the parties agree that August 25, 1972 is plaintiff's priority date for purposes of the prior invention issues. *A 6 [Memorandum Opinion, footnote 4].* The U.S. application was filed a year later, but the patents did not issue until between 1989 and 1993, after extended prosecution.

#### a.     *The Reading Invention*

The common specification of the patents-in-suit teaches making an optical storage disc with a series of microscopic projections or depressions in the surface. These projections or depressions, referred to as "bumps" or "pits" at trial and hereafter, are aligned

3

## CONCLUSION

The District Court's decision denying plaintiff's motion for JMOL and/or new trial rests on an erroneous construction of the claims, and erroneous reliance on uncorroborated oral testimony to establish prior invention, and an erroneous treatment of the Slaten claim charts as if they were fact evidence. When the claims are properly construed, there is no evidence to support the jury's verdict that the alleged prior invention met all of the claim elements.

The portion of the judgment below that invalidated plaintiff's patents should be vacated, and the case remanded to the District Court with directions to enter judgment for plaintiff on the liability issues and for further proceedings on the damages issues.

Respectfully submitted.

George E. Badenoch
Kenyon & Kenyon
One Broadway
New York, New York 10004
(212) 425-7200

# EXHIBIT W

**As filed with the Securities and Exchange Commission on April 6, 2010**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 20-F

**(Mark One)**

**[ ] REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 for the fiscal year ended December 31, 2009**

**[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 for the transition period from _____ to _____**

**[ ] SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 date of event requiring this shell report**

**Commission File Number: 001-14974**



**(Exact name of Registrant as specified in its charter)**

| Not Applicable | Republic of France |
|---|---|
| **(Translation of Registrant's name into English)** | (Jurisdiction of incorporation or organization) |

**1-5, rue Jeanne d'Arc**
**92130 Issy-les-Moulineaux - France**
**(Address of principal executive offices)**

**Stéphane Rougeot**
**Chief Financial Officer**

**1-5, rue Jeanne d'Arc**
**92130 Issy-les-Moulineaux**
**France**
**Tel: +33 1 41 86 50 00**
**Fax: +33 1 41 86 56 22**

**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Name of each exchange on which registered: |
|---|---|
| Ordinary Shares, nominal value €0.10 per share, and American Depositary Shares, each representing one Ordinary Share | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act: None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None**

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock**

**as of the close of the period covered by the Annual Report:**
**Ordinary Shares, nominal value €3.75 per share: 269,890,028**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act: Yes [ ]     No [X]

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 Yes [ ]   No [X]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days: Yes [X]     No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [ ]     No [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer [ ]     Accelerated filer [X]     Non-accelerated filer [ ]

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing: U.S. GAAP [ ]

International Financial Reporting Standards as issued by the International Accounting Standards Board [X] Other [ ]

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow: Item 17 [ ]     Item 18 [ ]

If this is an Annual Report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act): Yes [ ]   No [X]

(APPLICABLE ONLY TO ISSUERS INVOLVED IN BANKRUPTCY PROCEEDINGS DURING THE PAST FIVE YEARS)

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Sections 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.  Yes [ ]     No [ ]

---

# CONTENTS

| | | | |
|---|---|---|---|
| **Forward-Looking Statements** | | | **6** |
| **Statements Regarding Competitive Position** | | | **7** |
| **Presentation of Financial Information** | | | **7** |
| **1.** | | **KEY INFORMATION AND RISK FACTORS** | **8** |
| | **1.1** | **Selected Financial Data** | **8** |
| | **1.2** | **Exchange Rate Information** | **11** |
| | **1.3** | **Risk Factors** | **12** |
| | | 1.3.1   Risk related to our debt restructuring | 12 |
| | | 1.3.2   Market Risk | 16 |
| | | 1.3.3   Risks related to business disposals | 17 |
| | | 1.3.4   Risks related to our activity | 17 |
| | | 1.3.5   Other risks | 21 |
| | **1.4** | **Litigation** | **23** |
| **2.** | | **INFORMATION ON THE COMPANY** | **24** |

Changes in assumptions underlying the carrying value of certain tangible and intangible assets, including as a result of changing market conditions, could result in impairment of such assets, including goodwill. We periodically review the carrying amounts of our tangible and intangible assets, including goodwill, to determine whether there is any indication that the carrying amount of those assets may not be recoverable. If any such indication exists, the recoverable amount of the asset is reviewed in order to determine the amount of the impairment, if any.

Goodwill and intangible assets with indefinite useful lives are reviewed annually for impairment using the recoverable amount of the assets or the cash generating units. Tangible and intangible assets with finite useful lives are reviewed using the future cash flow generated from the assets or the cash generating unit when changes in circumstances indicate that the carrying amount may not be recoverable. To determine the recoverable amounts of the cash generating units, we depend on certain key assumptions, including assumptions regarding budget and cash flow projections, growth rate projections and post-tax discount rates. For additional information on our impairment tests, see notes 3.3, 13 and 14 to our consolidated financial statements.

If management's estimates change, the estimate of the fair value of tangible and intangible assets could fall significantly and result in impairment. While impairment of tangible and intangible assets, including goodwill does not affect cash flows, it does result in a non-cash charge in the consolidated statements of operations, which could have a material adverse effect on our results of operations or financial position. Based on our impairment review during 2009, we recorded, mainly on discontinued operations, €138 million of impairment of goodwill, €140 million of impairment of intangible assets and €54 million of impairment on tangible assets. At December 31, 2009, we had €746 million of goodwill, €431 million of tangible assets and €456 million of intangible assets. Please refer to the section "Sensitivity of recoverable values" in Note 14 to our consolidated financial statements for a discussion of changes to certain parameters (namely the discount rate and cash flow predictions) that could reduce the recoverable value of certain cash-generating units below their book value and therefore result in the recording of a loss. Total goodwill sensitive to these hypothetical variations stands at €632 million out of a total goodwill of €746 million. The goodwill considered as sensitive relate to DVD Services for €320 million, Creation Services and Theatrical Services for €75 million and Connect for €237 million. The discounted cash flows (recoverable value) for these businesses were close to their book values as of December 31, 2009 (see note 14 of the Group's consolidated financial statements). Consequently, worse than anticipated market conditions would result in an impairment charge for the Group. Regarding specifically DVD Services, the strong seasonality of demand requires annual capacity production that is higher than the level of production: in 2009, we had an annual production capacity of approximately 2 billion DVDs compared to 1.1 billion DVD units sold. The related tangible assets were reviewed according to IAS 36 and there was no indication that a triggering event for impairment existed as of December 31, 2009.

No assurance can be given as to the absence of significant further impairment charges in future periods, particularly if market conditions deteriorate further.

**Insurance**

For further details on risk coverage by our insurance policies, please see section 2.4.3 "Insurance" in chapter 2 "Information about the Group and its activities" in this Annual Report.

**1.4    Litigation**

---

In the normal course of our business activities, we are involved in legal proceedings and are subject to tax, customs and administrative audits. We generally record a provision whenever a risk represents a contingent liability towards a third party and when the possible loss that may result can be estimated with sufficient accuracy.

The principal legal proceedings and governmental investigations in progress or envisaged, including certain claims and investigations relating to alleged anti-competitive conduct in connection with our former cathode ray tube business, are described in Note 37 to the Group's consolidated financial statements.

Except for the litigation described in Note 37 to our consolidated financial statements and the dispute with the holders of our TSS described in Chapter 1: Key Information and Risk Factors", section 1.3.1 "Risk related to our debt restructuring", there are no other governmental, judicial or arbitration proceedings, including any proceedings of which we are aware, that are currently pending or threatened, which could have, or had over the past 12 months, a material effect on the financial situation or profitability of the Company or the Group.

---

Table of Contents

# 2.   INFORMATION ON THE COMPANY

**2.1    History and Strategy of the Company**

---

**2.1.1    Company Profile**

*Legal and commercial name:*
Technicolor

*Registered office address:*
1-5, rue Jeanne d'Arc
92130 Issy-les-Moulineaux France
Tel.: +33 (0)1 41 86 50 00
Fax: +33 (0)1 41 86 58 59
E-mail: webmaster@technicolor.com

*Domicile, legal form and applicable legislation:* Technicolor is a French corporation (*société anonyme*) with a Board of Directors, governed by Title II of the French Commercial Code pertaining to corporations, by all laws and regulations pertaining to corporations, and its bylaws.

We are registered in the Register of Commerce and Companies (*Registre du Commerce et des Sociétés*) of Nanterre under No. 333 773 174 and our APE code, which identifies a company's type of business and activities, is 6420Z, corresponding to the business of corporate administration.

*Date of incorporation and length of life of the Company:* Technicolor (formerly Thomson) was formed on August 24, 1985. It was registered on November 7, 1985 for a term of 99 years, expiring on November 6, 2084.

*Fiscal year:* January 1 to December 31.

Technicolor provides a wide range of video technologies, systems, finished products and services to the Media & Entertainment ("M&E") industry. In 2009, Technicolor's activities were organized into three operating divisions, namely Entertainment Services, Connect and Technology. All other activities and corporate functions (unallocated) are presented within the "Other" segment. In fiscal year 2009, Technicolor generated €3,529 million of consolidated revenues. On December 31, 2009, the Group had 20,818 employees in more than 30 countries (including those in operations treated as discontinued).

### 2.1.2    Historical Background

Technicolor, formerly Thomson, has been contributing to the development of broadcasting technologies for more than 95 years. Technicolor now occupies leading positions worldwide in the supply of production, postproduction and distribution services for content creators, broadcasters and network operators.

The Group has been listed on NYSE Euronext Paris and the New York Stock Exchange since November 1999, when the French State, which owned 100% of share capital until the entry of a group of reference shareholders in December 1998, reduced its holding from 70.0% to 51.7%. The French State gradually reduced its interest until 2004. Since then, the French State has owned close to 2% of Technicolor's share capital.

**Change in Businesses**

In the 1980s and 90s, the "Thomson Group" combined consumer electronics businesses with specialized professional electronics activities. These two divisions were split in 1997, leaving only the consumer electronics and components businesses within the Thomson Multimedia organization, which was renamed Thomson in 2002 and Technicolor in January 2010. Over the last ten years, the Company has refocused on the media and entertainment industries, specializing in activities related to the creation, management and delivery of content.

This refocus has included a series of strategic transactions, including:

- The acquisition of Technicolor® in 2001;
- The acquisition of Philips' professional video equipment business in 2001;
- The acquisition of Grass Valley® in 2002;
- The acquisition of The Moving Picture Company (MPC) in 2004;
- The disposal of the Television business to TTE in 2004;
- The disposal of the Tubes business to Videocon in 2005;
- The disposal of the Videoglass business to Rioglass in 2005;
- The disposal of most of the Audio-Video and Accessories business to Audiovox in 2006 and 2007; and
- The disposal of the Skymaster business to Arques Industries in 2007.

24

Table of Contents

In 2009, the Group decided to refocus on content creation and delivery, and to dispose of businesses that do not fit into its new strategic framework: its professional broadcast & networks business (Grass Valley) and its Media Networks business (MN, mainly Premier Retail Networks and Screenvision). The Group also completed the exit of the retail telephony business, which it initiated in November 2008.

Technicolor's new scope of activity covers:

Please refer to Chapter 6: "Additional Information," section 6.7: "Organization of the Group – Legal Organization Chart as of December 31, 2009" for an organizational chart and a list of Technicolor's main subsidiaries.

## 2.4    Property, Plant and Equipment

### 2.4.1    Operating Facilities and Locations

We occupy, as an owner or tenant, a number of office buildings, manufacturing plants, and distribution and warehousing sites around the world. We are constantly reviewing our real estate needs in order to improve efficiency and minimize costs. During the 2009 financial year, we took a number of key actions to optimize our global real estate footprint. These actions have resulted in a reduced global real estate footprint from 19.9 million square feet at year-end 2008 to 14.4 million square feet at end-2009, a reduction of 28%.

The key actions taken to reduce our real estate footprint in 2009 included:

| Operating Facilities | Primary Activity | Type of Action |
|---|---|---|
| West Drayton (United Kingdom) | Film Processing (1) | Closure |
| Hollywood (CA, United States) | Office | Consolidation(5) |
| Camarillo (CA, United States) | Distribution (2) | Consolidation(5) |
| Burbank (CA, United States) | Office | Consolidation(5) |
| Memphis (TN, United States) (3) | Distribution | Closure |
| Genlis (France) | Manufacturing | Sale |
| Cergy (France) | Office | Closure |
| Weiterstadt (Germany) | Office | Sublease |
| Schifflange (Luxemburg) (4) | Replication (2) | Sale |

(1)    Activities housed in Theatrical Services.
(2)    Activities housed in DVD Services.
(3)    Distriplex Drive - five other distribution locations in Memphis remain.
(4)    Activities ceased in 2007.
(5)    Consolidation refers to a reduction of the number of square feet for a given site, or the reduction of the number of sites in a given location.

38

Table of Contents

Our organization operates various manufacturing, replication, film processing and distribution facilities in order to deliver products and services to our customers. In addition, we rely on external partners for manufacturing some of our finished products, particularly for Connect.

Our objective is to optimize the location and the organization of our operations, to reduce our production costs and working capital requirements, maximize the quality, flexibility and responsiveness of our products and services, while minimizing negative impacts that could affect the environment, or the health and safety of our employees and contractors.

39

Table of Contents

At the end of 2009 we occupied the following key facilities:

| Principal Operating Facilities | Primary Activity | Own/Lease | Square Feet |
|---|---|---|---|
| **Entertainment Services** | | | |
| Memphis (TN, United States) | Distribution | Lease | 3,428,534 |
| Livonia (MI, United States) | Distribution | Lease | 736,679 |
| Guadalajara (Mexico) | Replication | Own | 536,126 |
| Brampton (ON, Canada) | Distribution | Lease | 529,528 |
| Detroit (MI, United States) | Distribution | Lease | 480,000 |
| Redford (MI, United States) | Distribution | Lease | 477,918 |
| Piaseczno (Poland) | Replication | Own | 268,988 |

| Ontario (CA, United States) | Distribution | Lease | 226,160 |
|---|---|---|---|
| Bangalore (India) | Office | Lease | 185,093 |
| Milan (Italy) | Distribution | Lease | 180,147 |
| Mexico City (Mexico) | Distribution | Lease | 169,992 |
| North Hollywood (CA, United States) | Film Processing | Lease | 161,733 |
| Rugby (United Kingdom) | Distribution | Lease | 160,525 |
| Burbank (CA, United States) | Office | Lease | 159,059 |
| Camarillo (CA, United States) | Distribution | Lease | 157,200 |
| Hilversum (Netherlands) | Office | Lease | 148,821 |
| Chiswick (United Kingdom) | Office | Lease | 132,010 |
| Mirabel (QC, Canada) | Film Processing | Own | 130,152 |
| Wilmington (OH, United States) | Distribution | Lease | 121,594 |
| Rome (Italy) | Film Processing | Own | 120,981 |
| Hollywood (CA, United States) | Office | Lease | 114,953 |
| Montreal (QC, Canada) | Film Processing | Lease | 100,023 |
| Sydney (NSW, Australia) | Distribution | Lease | 92,812 |
| Oxnard (CA, United States) | Distribution | Lease | 89,807 |
| Coventry (United Kingdom) | Distribution | Own | 87,556 |
| Toronto (ON, Canada) | Office | Lease | 82,123 |
| Mexicali (Mexico) | Distribution | Lease | 76,826 |
| New York (NY, United States) | Office | Lease | 74,807 |
| Glendale (CA, United States) | Office | Lease | 71,270 |
| Bangkok (Thailand) | Film Processing | Own | 65,994 |
| London (United Kingdom) | Office | Lease | 64,357 |
| Saint-Cloud (France) | Office | Lease | 57,703 |
| Melbourne (VIC, Australia) | Distribution | Lease | 55,768 |
| Perivale (United Kingdom) | Office | Lease | 50,952 |
| **Connect** | | | |
| Angers (France) | Manufacturing | Own | 818,138 |
| Indianapolis (IN, United States) (1) | Office | Lease | 570,000 |
| Rennes (France) (2) | Office | Lease | 284,164 |
| Beijing (China) | Office | Lease | 143,985 |
| Manaus (AM, Brazil) | Manufacturing | Own | 50,001 |
| **Grass Valley** (3) | | | |
| Conflans (France) | Manufacturing | Lease | 198,693 |
| Kobe (Japan) | Office | Own | 170,464 |
| Nevada City (CA, United States) | Manufacturing | Lease | 150,353 |
| Weiterstadt (Germany) | Office | Lease | 102,083 |
| Breda (Netherlands) | Manufacturing | Lease | 80,285 |
| Turgi (Switzerland) | Manufacturing | Lease | 67,785 |
| Beaverton (OR, United States) | Office | Lease | 54,244 |

| **Corporate** | | | |
|---|---|---|---|
| Boulogne-Billancourt (France) (4) | Office | Lease | 280,488 |

(1) Shared with central functions
(2) Shared with Technology and Grass Valley
(3) Held with the intent of sale

(4) Corporate headquarters has transferred to Issy-les-Moulineaux, France, from January 1, 2010

40

Table of Contents

| Summary of Operating Facilities (1) | Square Feet | Percentage of Surface |
|---|---|---|
| Office (2) | 4,542,001 | 31.6% |
| Distribution (3) | 7,071,045 | 49.2% |
| Replication | 805,113 | 5.6% |
| Film Processing | 578,883 | 4.0% |
| Manufacturing | 1,365,255 | 9.5% |
| **TOTAL FOOTPRINT** | **14,362,299** | **100%** |

(1) We also lease 32 properties which are less than 50,000 square feet and the values of these are included in the summary table
(2) Includes office, Corporate research, Visual effects creative suites and Broadcast playout facilities
(3) Includes packaging

### Manufacturing, Replication, Film Processing and Distribution 2009

Our manufacturing, replication, film processing and distribution facilities accounted for 68% of our facilities space at the end of 2009. The location of each facility can be found in the table above.

Our respective business divisions have varying approaches to performing these activities; each is discussed in turn below.

### DVD Replication and Distribution

Our replication activities were all carried out in-house in 2009.

Global distribution and supply chain activities are provided in-house and through a network of contracted Third-Party Logistic Providers (3PLs). In markets where distributed unit volumes are sufficient, we complete all distribution and logistics activities in-house. In smaller markets, or where other considerations prevail, these activities are completed by 3PL's on our behalf. In North America, we distributed 100% in-house, in Europe about 50% in-house and about 50% by 3PL's and in Australia we outsource 100%.

### Film Processing

Bulk-printing services are offered to our customers for the release of film to cinemas for theatrical release. All our film processing is performed in-house.

### Set-Top Boxes, Gateways and Connected Devices

In 2009, we produced a total of about 25 million Gateways, Connected Devices and Set Top Boxes. Overall, around 15% of our total volume is manufactured in-house with the rest of our volumes being outsourced to partners in Asia and Eastern Europe.

The total in-house manufacturing and replication output for the Group can be found in the table below for 2009.

| In-house Manufacturing and Replication | Number of Units |
|---|---|
| **Entertainment Services** | |
| DVD Replication | 1.1 billion DVDs |
| Blu-ray™ Replication | 51 million Blu-ray™ |
| Film Processing | 3.8 billion feet of film |
| **Connect** | |
| Set-Top Boxes, Gateways and Connected Devices | 3.8 million units |

41

Table of Contents

### 2.4.2   Environmental Matters

As a global leader in providing a diverse range of video technologies, systems, equipment, and services to consumers and professionals in

*Directors' fees.*

(9)   *Extraordinary compensation for his work in searching for a new Chief Executive Officer.*
(10)  *Extraordinary compensation in respect of his services provided to handle the follow up of a dispute.*
(11)  *The term of office of Mr. Eddy Hartenstein expired on May 22, 2008. He was appointed to the position of advisor ("censeur") on July 23, 2008.*
(12)  *Mr. Marcel Roulet resigned from the Board of Directors effective as of October 12, 2008. He was appointed to the position of advisor ("censeur") for a period of 18 months at the Board of Directors' meeting held on October 15, 2008.*
(13)  *Compensation in the capacity of advisor in 2008 paid in 2009.*
(14)  *Compensation approved by the general shareholders' meeting of June 16, 2009 as a regulated agreement (related party transaction).*

### 4.1.5.5    Stock Options awarded to directors - Performance Shares

During 2008, no stock options were granted to the executive directors.

The details on the stock options granted to the executive directors during the previous years are presented below.

***Stock Options granted to Mr. Frederic Rose***

Mr. Frederic Rose waived the 1,000,000 stock options he had been granted by the Board of Directors held on July 23, 2008. They had been granted at an exercise price of €3.75 and they could be exercised only if requirements for both attendance and performance were met. The performance requirements were based on the consolidated EBITDA and the consolidated Free Cash Flow targets objectives, determined annually by the Board of Directors.

In addition, the Board of Directors decided on July 23, 2009 to grant Mr. Rose, during the second year of his term, 500,000 share stock options. These stock options have still not been granted.

***Stock Options granted to other directors***

Mr. Loïc Desmouceaux, the employee shareholder representative Director, has been granted the following stock options in his position as an employee of the Group:

**STOCK OPTIONS GRANTED TO MR. LOÏC DESMOUCEAUX** [*]

| Plan number and Shareholders Meeting's date | Plan no. 3<br>10/11/2000<br>Subscription options | Plan no. 6<br>10/05/2005<br>Subscription options | Plan no. 7<br>10/05/2005<br>Subscription options |
|---|---|---|---|
| Date of Board of Directors' meeting | September 22, 2004 | September 21, 2006 | December 14, 2007 |
| Number of options granted | 7,600 | 2,000 | 1,000 |

(*)  *For more information about these Stock Option plans, see section 4.3.4 of this chapter.*

***Other information concerning Stock Option plans or performance shares awarded to executive directors***

During 2009, no stock option previously awarded to the executive directors was exercised by the beneficiaries.

| Stock Options exercised during the fiscal year by each director (Table n° 5 of the AFEP-MEDEF recommendation) | None |
|---|---|

No performance shares were granted to executive officers in 2009.

94

Table of Contents

| Performance shares granted to each executive officer in 2009 (Table n° 6 of the AFEP-MEDEF recommendation) | None |
|---|---|
| Performance shares that became available for each executive officer in 2009 (Table n° 7 of the AFEP-MEDEF recommendation) | None |

## 4.2    Executive Committee

### 4.2.1    Members of the Executive Committee

As of the date hereof, the Executive Committee comprises seven members. The following table shows their responsibilities and year of appointment.

| Name of Executive Committee Member | Age | Responsibility | Appointed |
|---|---|---|---|
| Frederic Rose | 47 | Chief Executive Officer | 2008 |
| David Chambeaud | 42 | Human Resources & Sustainability | 2009 |

| | | | |
|---|---|---|---|
| Béatrix de Russé | 62 | Licensing | 2004 |
| Andrew Levido | 46 | Business Operations and Grass Valley | 2008 |
| Vince Pizzica | 46 | Strategy, Innovation and Connect | 2008 |
| Lanny Raimondo | 66 | Entertainment Services | 2001 |
| Stéphane Rougeot | 41 | Chief Financial Officer | 2008 |

For the functioning of the Executive Committee, see Chapter 8: "Internal and External Controls Procedures", section 8.1.2: "General control environment - Group management and decision - making processes".

**Biographies of Executive Committee members**

*Mr. Frederic Rose* took position as Chief Executive Officer starting September 1, 2008. For more information about his biography, please refer to paragraph 4.1.3.1 above.

*Mr. David Chambeaud* was appointed Head of Human Resources & Sustainability in July 2009. Previously and since 2005, he was Head of Sourcing for the Group. From 1995 to 2005, Mr. David Chambeaud occupied various functions within the Sourcing Management team based in France and Germany assuming regional or division responsibilities. He also worked within the Packaging Division of the Danone Group. David Chambeaud is a graduate of the EPSCI (*Ecole des practiciens du commerce international*), an international business school which is part of the ESSEC Group.

*Mrs. Béatrix de Russé* is Head of Intellectual Property and Licensing since February 2004. Prior to this and since 1999, she was Head of Licensing. From 1993 to 1999 she was successively Head of Licensing, then Head of Patents and Licensing for Thomson. From 1984 to 1992, Mrs. Béatrix de Russé was in charge of international contracts and Intellectual Property at Thomson Components and STMicroelectronics, where she specialized in Intellectual Property matters. From 1976 to 1983, she worked as an international attorney at the international division of Thales (former Thomson CSF). Mrs. Béatrix de Russé holds a Master's degree in law and DESS in International Trade law as well as a Master's degree in English and a CDCI diploma.

*Mr. Andrew Levido* is Head of Business Operations and Grass Valley. He was formerly in charge of operations at Alcatel-Lucent, overseeing the financial and operational performance of the EMEA and APAC regions. Mr. Andrew Levido has lived and worked in both Asia and Europe. He has held several senior positions with Alcatel, including COO for the APAC region, Country Leader for Hong Kong and Australasia, and General Manager of Alcatel's Integration and Services activities in Australasia. Mr. Andrew Levido has 20 years experience in the technology sector, working for a number of major companies including Siemens, GEC Plessey and Exicom. He holds a Bachelor of Engineering from the University of Technology, Sydney, and an MBA from Macquarie University.

*Mr. Vince Pizzica* is Head of Research and Innovation and Connect. Prior to joining Technicolor, Mr. Pizzica was advisor to the COO of Telstra on Mediacomms technology and prior to that was in charge of Technology, Strategy and Marketing at Alcatel-Lucent for the Europe, Africa and Asia region. Mr. Vince Pizzica has lived and worked in both Europe and Asia. Over a 25-year career in the telecoms industry, he has held a number of positions at Alcatel, Siemens and Telstra, including CTO for the APAC region at Alcatel-Lucent, General Manager of the Trusted Networks activity at Siemens in Australia and various roles in operations and technology at Telstra. Mr. Vince Pizzica holds a Bachelor of Engineering from the Institute of Engineers in Australia, and a Master of Telecoms & Info Systems from the University of Essex, U.K.

*Mr. Lanny Raimondo* is Head of Entertainment Services. He joined Thomson in 2001, when the Group acquired Technicolor. Mr. Lanny Raimondo has worked at Technicolor since 1994 and was appointed President and Chief Executive Officer of Technicolor Group in 1998, after having served as President of the Company's Home Entertainment business. Prior to that, Mr. Lanny Raimondo spent 16 years with Pirelli Cable Corporation where he managed large subsidiary companies in Great Britain, Canada and the U.S., holding the position of President and Chief Executive Officer of North American Group from 1985 to 1994. Mr. Raimondo is a graduate of Purdue University with a degree in electrical engineering.

Table of Contents

*Mr. Stéphane Rougeot* joined Technicolor as Chief Financial Officer in November 2008. Previously he worked for France Telecom – Orange Business Services beginning in 2003, initially within Equant as Head of Strategy and then as Head of Indirect Sales prior to becoming Group Controller in 2007. He had worked previously at Technicolor  where he was in charge of Investor Relations and then Corporate Communications from 1998 to 2003. He began his career at Total working in Africa and in Paris within Controlling, Project Financing and M&A. Mr. Stéphane Rougeot is a graduate of the IEP business school in Paris.

**Role of the Executive Committee.**

The Executive Committee meets under the direction of the CEO once per week, with an agenda determined collectively by its members. It examines questions relating to the activities of the Group. In this regard, it deals primarily with business activities, specific projects, following up on transactions and financial results, and the identification and assessment of risks.

**4.2.2    Executive Committee Compensation**

# EXHIBIT X

10/13/06 Calgary Herald (Can.) D9
2006 WLNR 26097701
Loaded Date: 10/14/2006

Calgary Herald (Canada)
Copyright 2006 Compiled from Herald News Services

October 13, 2006

Section: Calgary Business

**Digital sales lift Thomson SA**

**Thomson SA**, the world's largest supplier of television set-top boxes, said third-quarter **sales** rose 8.3 per cent as demand for **digital** decoders rose.

Revenue for the three months through Sept. 30 rose to 1.42 billion euros ($1.79 billion US), from 1.31 billion euros in the same period a year earlier, the Paris-based company said.

"Our operational programs are performing in line with our expectations and are also being expanded,' chief executive Frank Dangeard said. Shares rose 3.8 per cent to 13.16 euros ($16.50) on Euronext in Paris.

---- INDEX REFERENCES ---

COMPANY: DTS DISTRIBUIDORA DE TELEVISION DIGITAL SA; DIGITAL DOMAIN; DIGITAL CIRCUITS PVT LTD

INDUSTRY: (Electronics (1EL16); Consumer Electronics (1CO61); Cable Set Top Boxes (1CA79); Consumer Products & Services (1CO62); Telecom Consumer Equipment (1TE03))

REGION: (Europe (1EU83))

Language: EN

OTHER INDEXING: (DIGITAL) (Frank Dangeard; Revenue; Thomson SA)

KEYWORDS: (Business); (Statistics); (Brief)

EDITION: Final

Word Count: 87
10/13/06 CALGHERALD D9
END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT Y

```
>

-----BEGIN PRIVACY-ENHANCED MESSAGE-----
Proc-Type: 2001,MIC-CLEAR
Originator-Name: webmaster@www.sec.gov
Originator-Key-Asymmetric:
 MFgwCgYEVQgBAQICAf8DSgAwRwJAW2sNKK9AVtBzYZmr6aGjlWyK3XmZv3dTINen
 TWSM7vrzLADbmYQaionwg5sDW3P6oaM5D3tdezXMm7z1T+B+twIDAQAB
MIC-Info: RSA-MD5,RSA,
 T8orof6G7Awmn0C9fIg4KVrLi0QlyhezDPUNvL42iu9U1myipLMLoDMbjXtt63cl
 HS6b9NrmZXry6AemG5Jy/A==

<SEC-DOCUMENT>0000927946-00-000018.txt : 20000209
<SEC-HEADER>0000927946-00-000018.hdr.sgml : 20000209
ACCESSION NUMBER:              0000927946-00-000018
CONFORMED SUBMISSION TYPE:     SC 13D/A
PUBLIC DOCUMENT COUNT:         3
FILED AS OF DATE:              20000208

SUBJECT COMPANY:

        COMPANY DATA:
                COMPANY CONFORMED NAME:            GEMSTAR INTERNATIONAL GROUP LTD
                CENTRAL INDEX KEY:                 0000923282
                STANDARD INDUSTRIAL CLASSIFICATION: HOUSEHOLD AUDIO & VIDEO EQUIPMENT [3651]
                IRS NUMBER:                        980139962
                FISCAL YEAR END:                   0331

        FILING VALUES:
                FORM TYPE:          SC 13D/A
                SEC ACT:
                SEC FILE NUMBER:    005-50973
                FILM NUMBER:        526192

        BUSINESS ADDRESS:
                STREET 1:           135 NORTH LOS ROBLES AVE
                STREET 2:           STE 800
                CITY:               PASADENA
                STATE:              CA
                ZIP:                91101
                BUSINESS PHONE:     8187925700

        MAIL ADDRESS:
                STREET 1:           135 N LOS ROBLES AVE
                STREET 2:           STE 800
                CITY:               PASADENA
                STATE:              CA
                ZIP:                91101

FILED BY:

        COMPANY DATA:
                COMPANY CONFORMED NAME:            THOMSON MULTIMEDIA
                CENTRAL INDEX KEY:                 0001080259
                STANDARD INDUSTRIAL CLASSIFICATION: HOUSEHOLD AUDIO & VIDEO EQUIPMENT [3651]

        FILING VALUES:
                FORM TYPE:          SC 13D/A

        BUSINESS ADDRESS:
                STREET 1:           46 QUAI A LE GALLO
                STREET 2:           92100
                CITY:               BOULOGNEFRANCE
                STATE:              I0

        MAIL ADDRESS:
                STREET 1:           46 QUAI A LE GALLO
                CITY:               BOULOGNE FRANCE
                STATE:              I0
</SEC-HEADER>
<DOCUMENT>
<TYPE>SC 13D/A
<SEQUENCE>1
<DESCRIPTION>SC 13D/A
<TEXT>
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

SCHEDULE 13D

Under the Securities Exchange Act of 1934
(Amendment No. 1)

GEMSTAR INTERNATIONAL GROUP LIMITED
(Name of Issuer)

Ordinary Shares, par value $.01 per share
(Title or Class of Securities)

G-3788-V106
(CUSIP Number)

Philippe Andrau
THOMSON multimedia S.A.
46 Quai A. LeGallo
92100 Boulogne

FRANCE
331-4126-5174

(Name, Address and Telephone Number of Person
Authorized to Receive Notices and Communications)

October 3, 1999
(Date of Event Which Requires Filing of this Statement)

If the filing person has previously filed on Schedule 13G to report the
acquisition which is the subject of this Schedule 13D, and is filing this
schedule because of Rule 13d-1(b)(3) or (4), check the following box |_|.

Page 1 of 22

<PAGE>

CUSIP No.  G-3788-V106

1.      NAME OF REPORTING PERSON
        I.R.S. IDENTIFICATION NO. OF ABOVE PERSON (ENTITIES ONLY)

                THOMSON multimedia S.A.

2.      CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
                (a)        |_|
                (b)        |X|

3.      SEC USE ONLY

4.      SOURCE OF FUNDS

                WC

5.      CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
        PURSUANT TO ITEMS 2(d) OR 2(e) |_|

6.      CITIZENSHIP OR PLACE OF ORGANIZATION

                France

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH

```
        7.    SOLE VOTING POWER..................................None
        8.    SHARED VOTING POWER.........................12,307,464
        9.    SOLE DISPOSITIVE POWER.............................None
        10.   SHARED DISPOSITIVE POWER....................12,307,464

11.     AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

                12,307,464

12.     CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN
        SHARES  |_|

13.     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 11

                6.1%

14.     TYPE OF REPORTING PERSON
                CO
```

<PAGE>

```
CUSIP No.  G-3788-V106

1.      NAME OF REPORTING PERSON
        I.R.S. IDENTIFICATION NO. OF ABOVE PERSON (ENTITIES ONLY)

                Thomson S.A.

2.      CHECK THE APPROPRIATE BOX IF A MEMBER OF A GROUP
                        (a)       |_|
                        (b)       |X|

3.      SEC USE ONLY

4.      SOURCE OF FUNDS

                AF

5.      CHECK BOX IF DISCLOSURE OF LEGAL PROCEEDINGS IS REQUIRED
        PURSUANT TO ITEMS 2(d) OR 2(e) |_|

6.      CITIZENSHIP OR PLACE OF ORGANIZATION

                France

NUMBER OF SHARES BENEFICIALLY OWNED BY EACH REPORTING PERSON WITH

        7.    SOLE VOTING POWER..................................None
        8.    SHARED VOTING POWER.........................12,307,464
        9.    SOLE DISPOSITIVE POWER.............................None
        10.   SHARED DISPOSITIVE POWER....................12,307,464

11.     AGGREGATE AMOUNT BENEFICIALLY OWNED BY EACH REPORTING PERSON

                12,307,464

12.     CHECK BOX IF THE AGGREGATE AMOUNT IN ROW (11) EXCLUDES CERTAIN
        SHARES  |_|

13.     PERCENT OF CLASS REPRESENTED BY AMOUNT IN ROW 11

                6.1%

14.     TYPE OF REPORTING PERSON
                CO
```

<PAGE>

```
                        SCHEDULE 13D
                       AMENDMENT NO. 1
```

          The following information updates and revises the material contained in
the original  Schedule 13D report,  filed April 23, 1998 (the "Original 13D") by
THOMSON  multimedia S.A., a French societe anonyme (the "Company"),  relating to
the voting Ordinary Shares, par value $.01 per share (the "Ordinary Shares"), of
Gemstar  International  Group  Limited,  a British  Virgin  Islands  corporation
("Gemstar").

          Item 1.   Security and Issuer.

          This  Schedule  13D relates to the  Ordinary  Shares of  Gemstar,  with
principal  executive offices located at 135 North Los Robles Avenue,  Suite 800,
Pasadena, California 91101.

          Item 2.   Identity and Background.

          This  Schedule  13D is being  filed  jointly by the Company and Thomson
S.A., a French societe anonyme.  The Company's  principal  business involves the
manufacture and distribution of consumer  electronics  products.  The Company is
organized under the laws of France and has its principal executive offices at 46
Quai  A. Le Gallo,  92100  Boulogne,  France.  The  Company  is a  wholly-owned
subsidiary of Thomson S.A.

          Thomson  S.A.'s  principal  executive  offices  are  at  173 Boulevard
Haussmann  75008  Paris,  France.  Thomson  S.A.  principally  acts as a holding
company for the French government. All of the outstanding shares of Thomson S.A.
are owned by the French government.

          Schedules A, B, C and D respectively,  attached hereto and incorporated
herein by reference,  set forth the name,  business  address,  present principal
occupation or employment of the executive  officers and directors of the Company
and Thomson S.A. and the name,  principal business and address of any company or
organization in which such employment is carried on, and the citizenship of each
director,  executive  officer and controlling  person of the Company and Thomson
S.A.

          During the last five years, none of the Company, Thomson S.A. or any of
the persons named on the attached Schedules A, B, C or D has been convicted in a
criminal  proceeding  (excluding traffic violations or similar  misdemeanors) or
was a party  to a civil  proceeding  of a judicial  or  administrative  body of
competent jurisdiction as a result of which any such person was or is subject to
a judgment, decree or final order enjoining future violations of, or prohibiting
or mandating  activities subject to, federal or state securities laws or finding
any violation with respect to such laws.

                        Page 4 of 22


<PAGE>


Item 3.  Sources and Amount of Funds or Other Consideration.

          2,020,666  Ordinary  Shares were acquired by the Company as a result of
the merger of Starsight Telecast, Inc. ("Starsight"),  in which the Company held
shares, with a subsidiary of Gemstar on May 8, 1997 (the "Merger").  At the time
of the Merger,  the Company also held two warrants to purchase  Starsight shares
which were  converted into warrants to purchase  Ordinary  Shares as a result of
the Merger.  Each warrant entitled the Company to purchase an additional 606,200
Ordinary  Shares,  the first at a  purchase  price of  $12.30  per share and the
second at a purchase price of $16.50 per share.

          On February 12, 1998, the Company  purchased  600,000  Ordinary  Shares
from Viacom  International Inc.  ("Viacom")  at an aggregate price of $19,200,000
(equal to $32.00 per  Ordinary  Share)  pursuant  to a Letter  Agreement  dated
February 7, 1998, between the Company and Viacom (the "Letter  Agreement").  The
purchase was consummated using the Company's general corporate funds.

Item 4.  Purposes of Transaction.

          The shares reported were acquired in connection with the Merger and the
transaction described in Item 3 and are held for investment purposes.

          On October 4, 1999,  Gemstar,  TV Guide,  Inc., a Delaware  corporation
("TV  Guide") , and G  Acquisition  Subsidiary  Corp.,  a Delaware  corporation

("Sub"), entered into an Agreement and Plan of Merger (the "Merger Agreement"), pursuant to which upon consummation of the transactions contemplated therein, TV Guide will become a wholly owned subsidiary of Gemstar. Concurrently with the execution of the Merger Agreement, the Company entered into an agreement (the "Voting Agreement") pursuant to which the Company agreed to vote its shares in favor of the transactions contemplated by the Merger Agreement (including the issuance of Gemstar's Ordinary Shares in connection with the Merger and the redomestication of Gemstar from the British Virgin Islands to the State of Delaware) and against any inconsistent proposals or transactions. In addition, the Company granted an irrevocable proxy to certain officers of TV Guide and appointed such officers as its attorney-in-fact to vote all the shares beneficially owned by the Company in accordance with the provisions of the Voting Agreement. The Voting Agreement is attached hereto as Exhibit 99.1.

Although the Company may, from time to time, purchase and sell Ordinary Shares in public or private transactions, other than as described above and as contemplated by the Voting Agreement, neither the Company or Thomson S.A. has present plans or proposals which may relate to or would result in (a) the acquisition or disposition of additional securities of Gemstar; (b) an extraordinary corporate transaction, such as a merger, reorganization or liquidation, involving Gemstar or any of its subsidiaries; (c) a sale or transfer of a material amount of assets of Gemstar or any of its subsidiaries; (d) any change in the present Board of Directors or management of Gemstar, including any plans or proposals to change the number or term of directors or to fill any existing vacancies on the Board; (e) any material change in the present capitalization or dividend policy of Gemstar; (f) any other material change in Gemstar's business or corporate

Page 5 of 22

<PAGE>

structure; (g) changes in Gemstar's charter, by- laws or instruments corresponding thereto or other actions which may impede the acquisition of control of Gemstar by any person; (h) causing a class of securities of Gemstar to be delisted from a national securities exchange or to cease to be authorized to be quoted in an inter-dealer quotation system of a registered national securities association; (i) a class of equity securities of Gemstar becoming eligible for termination of a registration pursuant to section 12(g)(4) of the Securities Exchange Act of 1934, as amended; or (j) any action similar to any of those enumerated above.

Item 5. Interest in Securities of the Issuer.

The Company beneficially owns 12,307,464 Ordinary Shares, which represent approximately 6.1% of the Ordinary Shares of Gemstar outstanding on September 30, 1999, as reported on Gemstar's Form 10-Q report for the quarter ended as of September 30, 1999, with this number of Ordinary Shares outstanding adjusted for Gemstar's two-for-one stock split paid in December 1999. On January 30, 1998, the Company agreed to the cancellation of the first of the two warrants to purchase 606,200 Ordinary Shares in exchange for a payment from Gemstar of $12,807,700 or $21.13 per Ordinary Share. In January 1999, the Company exercised the remaining warrant for 606,200 Ordinary Shares, paying Gemstar $10,002,300 or $16.50 per Ordinary Share. In April and May of 1999, the Company sold Ordinary Shares of Gemstar in open market transactions on the New York Stock Exchange as follows:

| Date of Sale | Number of Ordinary Shares Sold | Price per Ordinary Share |
| - --------------- | ------------------ | -------------- |
| April 22, 1999 | 5,000 | $102.1250 |
| April 23, 1999 | 45,000 | 100.6000 |
| April 26, 1999 | 50,000 | 110.0000 |
| April 27, 1999 | 25,000 | 120.5375 |
| May 6, 1999 | 15,000 | 125.1000 |
| May 12, 1999 | 10,000 | 125.0000 |

In April 1999, Gemstar's Board of Directors approved a two-for-one stock split in the form of a stock dividend which was paid in May 1999 to shareholders of record as of May 14, 1999.

In November 1999, Gemstar's Board of Directors approved a second two-for-one stock split in the form of a stock dividend which was paid in December 1999 to shareholders of record as of November 29, 1999.

Page 6 of 22

<PAGE>


        The Company  shares  voting and  investment  power with  respect to all
shares reported with Thomson S.A. as the Company's majority shareholder. Thomson
S.A.,  as the  majority  shareholder  of the  Company,  may be  deemed to be the
beneficial  owner of all of the Ordinary Shares owned by the Company.

Item 6. Contracts, Arrangements, Understandings or Relationships with Respect to
Securities of the Issuer.

        The Company entered into the Voting Agreement on October 3, 1999.

Item 7. Material to be Filed as Exhibits.

        99.1    Voting Agreement dated October 3, 1999 between TV Guide, Inc.
                and THOMSON  multimedia  S.A.(The  number of Ordinary  Shares
                beneficially  owned by the Company as stated on Schedule 1 to
                the Voting  Agreement  does not  reflect  the sale of 150,000
                Ordinary  Shares by the  Company  in April and May of 1999 or
                the two-for-one stock split paid in December 1999.)

        99.2    Agreement  relating to filing of joint statements as required
                by Rule 13d-1(k).

                        Page 7 of 22


<PAGE>


                               SIGNATURE


        After reasonable  inquiry and to the best of my knowledge and belief, I
certify that the information  set forth in this statement is true,  complete and
correct.

Date:  February 7, 2000

                                THOMSON MULTIMEDIA S.A.


                                By:/s/ Jim Meyer
                                   Jim Meyer
                                   Senior Executive Vice
                                   President


                                THOMSON S.A.



                                By:/s/ Patrice Maynial
                                   Patrice Maynial
                                   Corporate Secretary




                        Page 8 of 22


<PAGE>


                            SCHEDULE A
                        THOMSON MULTIMEDIA S.A.
                          EXECUTIVE OFFICERS

```
<TABLE>
<CAPTION>
```

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT (Reported positions are with THOMSON multimedia S.A.) | CITIZENSHIP |
|------|------------------|---|---|
| <S> | <C> | <C> | <C> |
| Thierry Breton | 46 Quai A. LeGallo 92100 Boulogne France | Chairman of the Board and Chief Executive Officer | French |
| Patrice Maynial | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President, Corporate Secretary and Legal Counsel | French |
| Olivier Mallet | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President of Finance | French |
| Olivier Barberot | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President of Human Resources | French |
| Herve Hannebicque | 46 Quai A. LeGallo 92100 Boulogne France | Senior Vice President of Entrepreneurship | French |
| Christophe Ripert | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of SBU Europe | French |
| Jim Meyer | 10330 N. Meridian St. Indianapolis, IN USA | Senior Executive Vice President of SBUs Americas, Multimedia Products and New Media Services | American |
| Alain Carlotti | 1000 Toa Payoh North Singapore 31899 | Executive Vice President of SBU Asia | French |

Page 9 of 22

```
<PAGE>
```

| Al Arras | 10330 N. Meridian St. Indianapolis, IN USA | Executive Vice President of SBU Audio and Communications | American |
| Gilles Taldu | 46 Quai A. LeGallo 92100 Boulogne France | Executive Vice President of SBU Displays and Key Components | French |
| John Neville | 46 Quai A. LeGallo 92100 Boulogne France | Intellectual Property Coordination (Senior Executive Vice President) | American |
| Charles Dehelly | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of Operations Coordination | French |
| Frank Dangeard | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of Corporate Coordination | French |
| Michael O'Hara | 10330 N. Meridian St. Indianapolis, IN USA | Senior Vice President of SBU Americas | American |
| Enrique Rodriguez | 10330 N. Meridian St. Indianapolis, IN USA | Vice President of SBU Multimedia Products | Mexican |

```
</TABLE>
```

Page 10 of 22

```
<PAGE>
```

SCHEDULE B
THOMSON MULTIMEDIA S.A.
DIRECTORS

```
<TABLE>
<CAPTION>
```

| NAME | BUSINESS ADDRESS | PRINCIPAL OCCUPATION OR EMPLOYMENT | CITIZENSHIP |
|------|------------------|-----------------------------------|-------------|
| <S> | <C> | <C> | <C> |
| Thierry Breton | 46 Quai A. LeGallo 92100 Boulogne France | Chairman of the Board and Chief Executive Officer of THOMSON multimedia S.A. | French |
| Emmanuel Caquot | Le Bervil - 12 rue Villiot Digitip 3 75572 Paris Cedex 12 France | Section Head, French Department of Industry | French |
| Jacques-Louis Lions | 3, rue d'Anjou 75008 Paris France | Professor Emeritus at College de France | French |
| Stephane Pallez | 139 rue de Berry - Teledoc 227 75231 Paris Cedex 05 France | Deputy Director, French Department of Treasury | French |
| Marcel Roulet | 11, rue d'Anjou 75008 Paris France | Former Chairman and CEO of Thomson S.A., Former Chairman and CEO of France Telecom | French |
| Frank Dangeard | 46 Quai A. LeGallo 92100 Boulogne France | Senior Executive Vice President of THOMSON multimedia S.A., Senior Executive Vice President of Thomson S.A. | French |
| Pierre Cabanes | 173, Bd Haussmann 75008 Paris France | Senior Executive Vice President of Thomson S.A. | French |

Page 11 of 22

```
<PAGE>
```

| Jacques Dunogue | 54 rue de la Boelie 75008 Paris France | Secretary General, Alcatel S.A. | French |
| Eddy W. Hartenstein | 2230 East Imperial Highway El Segundo, CA 90245 USA | Corporate Senior Vice President of Hughes Electronics Corporation, President of DIRECTV | American |
| Bernard Vergnes | 92977 Paris Le Defense Cedex, France | Chairman of Microsoft, Europe | French |

| | | | |
|---|---|---|---|
| Iwao Shinohara | 7-1, Shiba 5-Chome<br>Minato-Ku Tokyo 108-<br>01 - Japan | Senior Vice President of<br>NEC Corporation | Japanese |
| Gerard<br>Meymarian | 46 Quai A. LeGallo<br>92100 Boulogne<br>France | General Manager, Europe<br>TV Profit Center,<br>THOMSON multimedia<br>S.A. | French |
| Jean de Rotalier | 46 Quai A. LeGallo<br>92100 Boulogne<br>France | Sales Planning Manager of<br>THOMSON multimedia<br>S.A. | French |
| Catherine<br>Cavallari | 46 Quai A. LeGallo<br>92100 Boulogne<br>France | Financial Controller of<br>THOMSON multimedia<br>S.A. | French |

</TABLE>

Page 12 of 22

<PAGE>

SCHEDULE C
THOMSON S.A.
EXECUTIVE OFFICERS

<TABLE>
<CAPTION>

| NAME | BUSINESS ADDRESS | PRINCIPAL<br>OCCUPATION OR<br>EMPLOYMENT | CITIZENSHIP |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Thierry Breton | 173 Boulevard<br>Haussmann, 75008<br>Paris, France | Chairman and Chief<br>Executive Officer of<br>Thomson S.A. | French |
| Pierre Cabanes | 173 Boulevard<br>Haussmann, 75008<br>Paris, France | Senior Executive Vice<br>President of Thomson S.A. | French |
| Frank Dangeard | 46 Quai A. LeGallo<br>92100 Boulogne<br>France | Senior Executive Vice<br>President of Thomson S.A. | French |
| Patrice Maynial | 46 Quai A. LeGallo<br>92100 Boulogne<br>France | Corporate Secretary of<br>Thomson S.A. | French |

</TABLE>

Page 13 of 22

<PAGE>

SCHEDULE D
THOMSON S.A.
DIRECTORS

<TABLE>
<CAPTION>

| NAME | BUSINESS ADDRESS | PRINCIPAL<br>OCCUPATION OR<br>EMPLOYMENT | CITIZENSHIP |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Thierry Breton | 46 Quai A. LeGallo<br>92100 Boulogne<br>France | Chairman of the Board and<br>Chief Executive Officer of<br>THOMSON multimedia<br>S.A. | French |

| | | | |
|---|---|---|---|
| Jean-Paul Gillyboeuf | 26, Bd. Victor 00460 Paris Armees France | Adjoint au Delegue General pour l'Armement Delegation Generale pour l'Armement (French government) | French |
| Jean-Pierre Noblanc | 31/33 rue de la Federation 75752 Paris, Cedex 15 France | Directeur aupres du President de CEA Industrie, charge des Composants President du Conseil de Surveillance de SGS-THOMSON (Semiconductor company) | French |
| Paul Hamon | 17, Boulevard Gaston-Birge BP 826 49808 Anges Cedex France | Operateur for Thomson Television Angers, a subsidiary of Thomson S.A. | French |
| Serge Bourget | 17, Boulevard Gaston-Birge BP 826 49808 Anges Cedex France | Analyste programmer, Thomson Television Angers, a subsidiary of Thomson S.A. | French |

Page 14 of 22

<PAGE>

| | | | |
|---|---|---|---|
| M. Didier Bureau | Le Bervil - 12 rue Villiot DIGITIP 3 75572 Paris Cedex 12 France | Ministere De L'Economie, Des Finances Et De L'Industrie - Secretariat A L'Industrie (French Government) | French |
| M. Michel Colin | 16, avenue de Saint-Cloud 78018 Versailles Cedex France | Tresoner Payeur General des Yvelines Tresorere Generale Des Yvelnes (French Government) | French |
| M. Jerome Haas | 139 rue de Bercy - Teledoc 227 75572 Paris Cedex 12 France | Sous-Directeur au Service des Participations a la Direction du Tresor Ministere De L'Economie, Des Finances Et De L'Industrie (French Government) | French |
| M. Guy de Monchy | 139 rue de Berch - Teledoc 653 75572 Paris Cedex 12 France | Chef de Service Direction de la Prevision Ministere De L'Economie, Des Finances Et De L'Industrie (French Government) | French |
| M. Marc Tessier | 7 Esplanada Henri de France 75907 Paris Cedex 165 France | President de FRANCE Television (television broadcasting company) | French |
| M. Thierry Aulagnon | 2 rue Pilet-Will 75009 Paris France | Directeur General du G.A.N. Direction Generale Deleguee Finances et Logistique | French |
| M. Bernard Larrouturou | Domaine de Voluceau Rocquencourt - BP 105 78153 Le Chesnay Cedex, France | President Directeur General de INRIA (French Government) | French |

Page 15 of 22

<PAGE>

| M. Guy de Panafieu | Bureau 59A64 - 68 route de Versailles BP 434 78434 Louveciennes Cedex, France | President Directeur General du Groupe BULL (computer equipment and information services company) | French |
| M Ervin Rosenberg | Direction des Grandes Entreprises 2 rue Laffitte 75450 Paris Cedex 09 | Membre du Cornite de Direction Generale de la B.N.P. (financial institution) | French |
| M. Jean-Marie Duboc | 46, Quai Alphonse Le Gallo 92100 Boulogne France | Representant des salaries Thomson Multimedia S.A. | French |
| M. Alain Rocoplan | Route de Dole 21110 Genlis France | Representant des salaries Thomson Tubes & Display | French |
| M. Gilles Bujot | Rue Du Gatinais BP 3 77167 Bagneaux Sur Long France | Representant des salaries Thomson Videoglass | French |
| M. Berirand Le Menestrel | 14 rue Saint-Dominque 00450 Paris Armees France | Controleur General des Armees Groupe de Controle des Services et des Industries d'Armement (French Government) | French |
| M. Thierry Colin | Tour Franatome Cedex 16 92084 Paris La Defense France | Commissaire aux Comptes titulaire Cabinet Mazars & Guerard (French Government) | French |
| M. Christian Chiarasini | 41 rue Ybry 92576 Neuilly Sur Seine Cedex, France | Commissaire aux Comptes titulaire Cabinet Barbier Frinault & Autres (French Government) | French |

Page 16 of 22

<PAGE>

| M. Patrick de Cambourg | Tour Framatome Cedex 16 92084 Paris La Defense France | Commissaire aux Comptes suppleant Cabinet Mazars & Guerard (French Government) | French |
| M. Alain Grosmahn | 41, rue Ybry 92576 Neuilly Sur Seine Cedex, France | Commissaire aux Comptes suppleant Cabinet Barbier Frinault & Autres (French Government) | French |

</TABLE>

Page 17 of 22

</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-99.1

```
<SEQUENCE>2
<DESCRIPTION>EXHIBIT 99.1
<TEXT>
```

Exhibit 99.1

October 3, 1999

TV Guide, Inc.
7140 S. Lewis Avenue
Tulsa, Oklahoma 74136-5422

Re:       Agreement of Principal  Stockholder  Concerning  Transfer and
          Voting of Shares of Gemstar International Group Limited

        The undersigned understands that TV Guide, Inc., A Delaware corporation
("TV Guide"), and Gemstar  International Group Limited, a British Virgin Islands
corporation ("Gemstar"), of which the undersigned is a stockholder, are prepared
to enter  into an  agreement  for the merger  (the  "Merger")  of G  Acquisition
Subsidiary  Corp., a Delaware  corporation  ("Sub"),  into TV Guide,  but that TV
Guide has  conditioned  its  willingness  to proceed  with such  agreement  (the
"Merger Agreement") upon receipt from the undersigned of assurances satisfactory
to TV Guide of the  undersigned's  support of and  commitment to the Merger.  In
order to  evidence  such  commitment  and to induce  TV Guide to enter  into the
Merger Agreement, the undersigned hereby represents and warrants to TV Guide and
agrees with TV Guide as follows:

        1.  Voting.  The  undersigned  will  vote or  cause  to be voted at any
meeting  of the  stockholders  of  Gemstar  and in any  action by consent by the
stockholders  of Gemstar all shares of capital  stock of Gemstar owned of record
or  beneficially  owned or held in any capacity by the  undersigned or under the
control of the undersigned in favor of the Merger and the issuance of the Parent
Common Stock in connection with the Merger and other  transactions  provided for
in or  contemplated  by the Merger  Agreement  (including the  domestication  of
Gemstar from the British Virgin  Islands to the State of Delaware),  and against
any inconsistent proposals or transactions.

        2. Ownership.  As of the date hereof,  Schedule 1 hereto sets forth the
shares  of  Parent  Common  Stock  owned  by the  undersigned  of  record  or
beneficially,  including  shares  issuable  upon the exercise or  conversion  of
options or convertible securities of Gemstar (collectively, the "Shares").

        3. No  Ownership  Interest.  Except as set forth in Section 1,  nothing
contained in this Voting  Agreement shall be deemed to vest in anyone other than
the undersigned any direct or indirect ownership or incidents of ownership of or
with respect to any Shares. All rights,  ownership and economic benefits of and
relating to the Shares  shall remain and belong to the  undersigned,  and no one
shall have any  authority to manage,  direct,  restrict,  regulate,  govern,  or
administer any of the policies or operations of Gemstar or exercise any power or
authority  to direct the voting of any of the Shares as a result of this  Voting
Agreement, except to the extent otherwise expressly provided herein.

                          Page 18 of 22

```
<PAGE>
```

        4.  Restrictions  on  Transfer.  During the period from the date of the
Merger  Agreement  and  continuing  until the earlier of (i) September 30, 2000;
(ii) the termination of the Merger Agreement pursuant to its terms; or (iii) the
Effective  Time (as defined in the Merger  Agreement),  the undersigned  will not
sell, transfer, pledge or otherwise dispose of any of the Shares or any interest
therein or agree to sell,  transfer,  pledge or otherwise  dispose of any of the
Shares or any interest therein, without your express written consent, unless the
transferee  of the  Shares  agrees in  writing  to be bound by the terms of this
Voting Agreement;  provided, however, that (x) the undersigned may, without your
consent,  sell up to 15%  of  the  Shares  owned,  in  the  aggregate,  by the
undersigned,  and (y) the  undersigned may pledge the Shares to secure bona fide
indebtedness or bona fide monetization transactions or to secure the obligations
of  a  person  in  connection  with  derivative  transactions  and  settlement

obligations thereunder (including, without limitation, puts, calls, collars, swaps, etc.) with respect to the Shares of Common Stock, provided that the terms of such derivative transaction permit cash settlement of a party's obligations thereunder and do not restrict our obligations to vote their pledged Shares in accordance with Section 1 hereof. The provisions of Section 5 of this Agreement shall not apply to Shares disposed of under clause (x) of the preceding sentence of this Section 4.

5.   Grant of Irrevocable Proxy; Appointment of Proxy.

(a) The undersigned hereby irrevocably grants to, and appoints, Peter Boylan and Joe Kiener, in their respective capacities as officers of TV Guide, any individual who hereafter shall succeed to any such office of TV Guide, and each of them individually, the undersigned's proxy and attorney-in-fact (with full power of substitution), for and in the undersigned's name, place and stead, to vote the Shares, or grant a consent or approval in respect of such Shares, in accordance with our covenants in Section 1 hereof.

(b) The undersigned represents that any proxies heretofore given in respect of the Shares are not irrevocable, and that all such proxies are hereby revoked.

(c) The undersigned hereby affirms that the irrevocable proxy set forth in this Section 5 is given in connection with the execution of the Merger Agreement, and that such irrevocable proxy is given to secure the performance of the undersigned's duties under this Agreement. The undersigned hereby further affirms that the irrevocable proxy is coupled with an interest an may under no circumstances be revoked. The undersigned hereby ratifies and confirms all that such irrevocable proxy may lawfully do or cause to be done by virtue hereof.

6. Termination. This letter agreement and the undersigned's obligations hereunder will terminate upon the earlier to occur of (i) the Effective Time as defined in the Merger Agreement; (ii) the date on which the Merger Agreement is terminated; or (iii) September 30, 2000.

Page 19 of 22

<PAGE>

7. Effective Date; Succession; Remedies. Upon your acceptance and execution of the Agreement, this letter agreement shall mutually bind and benefit you and the undersigned, any of the undersigned's heirs, successors and assigns any of your successors. You will not assign the benefit of this letter agreement other than to a wholly owned subsidiary. The undersigned agrees that in light of the inadequacy of damages as a remedy, specific performances shall be available to you, in addition to any other remedies you may have for the violation of this letter agreement.

8. Nature of Holdings; Shares. All references herein to our holdings of the Shares shall be deemed to include Shares held or controlled by any of us, individually, jointly (as community property or otherwise), or in any capacity, and shall extend to any securities issued to any of us in respect of the Shares.

9. Defined Terms. All capitalized terms used herein shall have the meaning ascribed to such term in the Merger Agreement, unless otherwise defined herein.

10. Specific Performance. The parties hereto agree that irreparable damage would occur in the event any provision of this Agreement was not performed in accordance with the terms hereof and that the parties shall be entitled to specific performance of the terms hereof, in addition to any other remedy at law or equity.

Very truly yours,

Principal Stockholder

THOMSON multimedia S.A.

By:   /s/ J.E. Meyer

Name: J.E. Meyer

```
                                        Its:  Senior Executive
                                              Vice President


ACCEPTED:
TV GUIDE, INC.


By:   /s/ Peter C. Boylan III
Name: Peter C. Boylan III
Its:  President

                          Page 20 of 22


<PAGE>



                      Schedule 1


Beneficial Owner                         Ordinary Shares Owned
- ----------------------                  ---------------------
THOMSON multimedia S.A.                        6,453,732



                          Page 21 of 22


</TEXT>
</DOCUMENT>
<DOCUMENT>
<TYPE>EX-99.2
<SEQUENCE>3
<DESCRIPTION>EXHIBIT 99.2
<TEXT>

                                                  EXHIBIT 99.2

                      AGREEMENT
```

        Each of the  undersigned  persons  hereby  agrees that any statement on
Schedule 13D,  including any  amendments  thereto,  filed by any of such persons
with the Securities and Exchange  Commission pursuant to Section 13(d) under the
Securities  Exchange  Act of 1934, as  amended,  in respect  of the  beneficial
ownership of equity securities of Gemstar International Group Limited.  shall be
deemed to be filed on behalf of each of such persons.

        IN WITNESS  WHEREOF,  this  Agreement  has been executed by the parties
hereto effective on the 7th day of February, 2000.

```
                              THOMSON S.A.


                              By:/s/Patrice Maynial
                                 Patrice Maynial
                                 Corporate Secretary




                              THOMSON MULTIMEDIA S.A.


                              By:/s/ Jim Meyer
                                 Jim Meyer
                                 Senior Executive Vice
                                 President




                          Page 22 of 22
```

```
</TEXT>
</DOCUMENT>
</SEC-DOCUMENT>
-----END PRIVACY-ENHANCED MESSAGE-----
```

# EXHIBIT Z



ANNUAL REPORT **2012**
including the Annual Financial Report

# 4.1 BOARD OF DIRECTORS

## 4.1.1 CORPORATE GOVERNANCE STRUCTURE

The Company is governed by a Board of Directors and a Chief Executive Officer. The Board of Directors has been chaired by Mr. Rémy Sautter since June 20, 2012. Mr. Rémy Sautter was appointed as Chairman by the Board of Directors on June 20, 2012, at the expiration of the term of Mr. Denis Ranque. Mr. Frederic Rose, who is also a Director, has been Chief Executive Officer since September 1, 2008.

In accordance with French law, the Chairman of the Board of Directors organizes and directs the activities of the Board of Directors, and reports thereon to the Shareholders' Meeting. He ensures the proper functioning of the Company's management bodies and in particular that the Directors are capable of performing their duties.

The Chief Executive Officer is vested with the broadest possible powers to act in any circumstances on behalf of the Company, subject to limitations imposed by the corporate purpose and those matters expressly reserved by law to the General Shareholders' Meeting and the Board of Directors. However, as an internal order measure, his powers are limited by the Internal Rules of the Board of Directors, which are described in paragraph 4.2.1.2 below.

## 4.1.2 COMPOSITION AND EXPERTISE OF THE BOARD OF DIRECTORS

As of the date of this Annual Report, the Board of Directors comprises nine directors, including one woman. Four Directors are non-French Directors and one has dual French/US citizenship. Mr. Didier Lombard is Lead Independent Director. In this capacity, Mr. Lombard chairs the Board in the event of the absence of the Chairman, as well as any meeting of the Board deciding matters relating to the Chairman (remuneration, evaluation of his performance, or renewal of his term of office) and directs the prevention of conflicts of interest. Mr. Loïc Desmouceaux, Director until December 19, 2012, was appointed as an Observer (*censeur*); he participates in Board meetings in an advisory capacity and represents employee shareholders.

### Independence of Directors

At its meeting on December 19, 2012, the Board of Directors reviewed the independence of its members according to the definition and criteria set forth in the Corporate Governance Code of Listed Companies issued by the *Association Française des Entreprises Privées* (AFEP) and the *Mouvement des Entreprises de France* (MEDEF) of April, 2010 (the "AFEP-MEDEF Corporate Governance Code") to which the Company adheres (see paragraph 4.2.1.1 below). According to this Code, "a Director is independent when he does not maintain a relationship of any kind whatsoever with the Company, its group or its management that may compromise the exercise of his free judgment".

Of the nine Directors, six are considered independent: Ms. Catherine Guillouard, Messrs. Rémy Sautter, Lloyd Carney, Bruce Hack, Hugues Lepic and Didier Lombard. The Board of Directors considered that the shareholding of M. Hugues Lepic (please refer to section 4.1.3.5 "Directors' shareholdings in the Company's registered capital" of this Chapter) does not hamper his free judgment. Those Directors not considered independent are Mr. Frederic Rose, Chief Executive Officer and Messrs. Alexander Slusky and David Fishman, who are both partners of Vector Capital, the main shareholder of the Company since July 16, 2012 (please refer to section 4.1.3.4. "Arrangements or agreements made with major shareholders, customers, suppliers or others pursuant to which the Board Members and Executive Committee members were selected" of this Chapter).

### Expertise of Board members

Messrs. Frederic Rose, Lloyd Carney, Didier Lombard and Alexander Slusky have acquired, through their professional experience in high technology companies, wide experience in technology and research. Messrs. Rémy Sautter and Bruce Hack share a high degree of professional experience in the Media & Entertainment sector. Ms. Catherine Guillouard has significant financial experience in international groups and Messrs. David Fishman and Hugues Lepic have considerable experience in business financing. Finally, Mr. Desmouceaux has been a Group employee since 1988 and has a deep knowledge of both the Company and the Media, Technology and Entertainment industry. The biographies setting forth the professional experience of the members of the Board are presented in paragraph 4.1.3.1 below.

The duration of the Directors' term of office is defined by the Company's bylaws and is set at three years. Directors may be re-elected and can be dismissed at any time by the Ordinary Shareholders' Meeting. Article 16 of the Company's bylaws provides that the term of office of the Chairman will automatically terminate when he reaches 70 years of age.

The Members of the Board of Directors have no family relationship with one another.

## Composition of the Board of Directors as of the date of the present Annual Report

| Name | Age | Main business address | Present position within the Company | Other positions | Start of term of office | Expiration of term of office | Audit Committee | Remuneration, Nomination and Governance Committee | Technology Committee | Amplify 2015 Committee |
|---|---|---|---|---|---|---|---|---|---|---|
| Rémy Sautter[1] | 68 | EDIRADIO/RTL 22 rue Bayard 75008 Paris | Director Chairman of the Board of Directors | President of the Supervisory Board of Ediradio/RTL | January 2006 | AGM* 2014 | | Member | | |
| Frederic Rose[2] | 50 | Technicolor 1-5 rue Jeanne d'Arc, 92130 Issy-les-Moulineaux | Director Chief Executive Officer | - | October 2008 | AGM* 2015 | | | | Member |
| Lloyd Carney[1] | 51 | Brocade San Jose, CA USA | Director | CEO of Brocade | June 2010 | AGM* 2013 | | | Chairman | |
| David Fishman[3] | 42 | Vector Capital Corporation 1209 Orange Street, Wilmington, DE 19801, USA | Director | Managing Director, Vector Capital Corporation | June 2012 | AGM* 2015 | Member | | | Member |
| Catherine Guillouard[1][5] | 48 | Rexel 189-193, bd Malesherbes, 75017 Paris | Director | CFO, Rexel[5] | February 2010 | AGM* 2014 | Member | | | |
| Bruce Hack[1] | 64 | 151 Central Park West 10C, New York, NY 10023 | Director | Director of companies | February 2010 | AGM* 2013 | Chairman | Member | | Member |
| Hugues Lepic[1][4] | 47 | Aleph Capital Partners LLP 14 St George Street, 3rd Floor, London W1S 1FE | Director | CEO, Aleph Capital Partners LLP. | December 2012 | AGM* 2014 | | | | |
| Didier Lombard[1] | 71 | c/o Technicolor 1-5 rue Jeanne d'Arc, 92130 Issy-les-Moulineaux | Director | Director of companies | May 2004 | AGM* 2013 | | | Member | Chairman |
| Alexander Slusky[3] | 45 | Vector Capital Corporation 1209 Orange Street, Wilmington, DE 19801, USA | Director | Founder and CEO of Vector Capital Corporation | June 2012 | AGM* 2015 | | Chairman | | Member |
| Loïc Desmouceaux[4] | 50 | Technicolor 1-5 rue Jeanne d'Arc, 92130 Issy-les-Moulineaux | Observer | Market Business Intelligence, Employee Shareholding | December 2012 | June 2014[4] | | | Member | |

\* Annual General Shareholders' Meeting.

(1) Independent Director.

(2) The directorship of Mr. Frederic Rose was renewed by the Combined Shareholders' Meeting of June 20, 2012 for a term of three years.

(3) For information about the conditions of Messrs. Fishman's and Slusky's appointments, see section 4.1.3.4 "Arrangements or agreements made with major shareholders, customers, suppliers or others pursuant to which the Board Members and Executive Committee members were selected" of this Chapter.

(4) Since the governance agreement entered into with Vector Capital (see section 4.1.3.4 below) provided for the appointment of a new independent Director to replace a non-independent director, Mr. Hugues Lepic was appointed Director in replacement of Mr. Loïc Desmouceaux by the Board of Directors on December 19, 2012. Mr. Loïc Desmouceaux was appointed Observer (censeur) for a renewable term of 18 months.

(5) Mrs. Guillouard was appointed as Group Senior Vice President, Chief Financial Officer and Group General Counsel of Rexel, effective at the latest May 6, 2013.-

## 4.1.3 OTHER INFORMATION ABOUT MEMBERS OF THE BOARD OF DIRECTORS

### 4.1.3.1 Biographies of Directors, functions and directorships held during the past five years

This section contains the biographies and information about the Directors and their directorships as of February 21, 2013.

### Rémy Sautter

Mr. Rémy Sautter has been Chairman of the Supervisory Board of Ediradio/RTL since 2000. From 1996 to 2000, he was Chief Executive Officer of CLT Multi Media and then of CLT-UFA Group (Luxembourg). From 1985 to 1996, he served as Vice-Chairman and Chief Executive Officer of Ediradio/RTL. From 1983 to 1985, he was Chief Financial Officer of Havas. Mr. Sautter graduated from the *Institut d'Études Politiques* of Paris and the *École Nationale d'Administration*.

#### Current Directorships:
IN FRANCE:

Chairman of the Supervisory Board of Ediradio/RTL*
Chairman and Chief Executive Officer of Société Immobilière Bayard d'Antin*,
Member of the Supervisory Board of Métropole Télévision – Groupe M6,
Director of PagesJaunes Groupe, SERC/FUN Radio*, SODERA/RTL2*, IP and IP Régions*.

OUTSIDE FRANCE:

Director of PARTNER Reinsurance Ltd. and TVI SA Belgique*.

*Companies belonging to RTL Group*

#### Directorships held during the past five years:
Chairman of the Board of Directors of FIVE and of SICAV Multimedia & Technologies,
Director of Taylor Nelson Sofres Ltd.,
Member of the Supervisory Board of Navimo.

### Frederic Rose

Mr. Frederic Rose is a Director and has been Chief Executive Officer since September 1, 2008. He also served as Chairman of the Board of Directors from April 27, 2009 to February 17, 2010.

Prior to joining Technicolor, Mr. Frederic Rose held various positions within Alcatel-Lucent, and was a member of that company's Executive Committee.

From 2007 to 2008, he was President of Alcatel-Lucent's Europe, Asia and Africa region. He was also President of the Asia Pacific Region and held the position of President of Alcatel Shanghai Bell, Alcatel-Lucent's flagship joint venture in China. Mr. Frederic Rose is a graduate of the Georgetown University School of Foreign Service and the Georgetown University Law Center.

#### Current Directorships:
OUTSIDE FRANCE:

Director and Vice-Chairman of Technicolor SFG Technology Co. Ltd.**,
Director of MediaNaviCo LLC.**,
Chairman of Technicolor USA, Inc**.

*** Companies belonging to Technicolor Group*

#### Directorships held during the past five years:
Director of Logica Plc,
Director of the Weinstein Company Holding LLC.,
Chairman of the Board of Directors of Technicolor SA from April 27, 2009 to February 17, 2010,
Director of Alcatel-Lucent Teletas Telekomunikasyon A.S., Alcatel Integracion y Servicios SA, Alcatel-Lucent China Investment Co. Ltd., Alcatel Japan Ltd., Alcatel-Lucent Singapore Pte Ltd., Alcatel Korea Ltd., Alcatel-Lucent Japan Ltd., Alcatel-Lucent Australia Limited, Taiwan International Standard Electronics Limited, Alcatel-Lucent New Zealand Limited, Alcatel Shanghai Bell Software Co. Ltd., Alcatel Shanghai Bell Co. Ltd.,
Vice-Chairman and Member of the Supervisory Board of Alcatel-Lucent Austria AG.,
Vice-Chairman of the Board of Directors of Zhejiang Bell Technology Co. Ltd., Alcatel (Chengdu) Communication System Co. Ltd., Alcatel Shanghai Bell Software Co. Ltd.,
Vice-Chairman and Chief Executive Officer of Alcatel-Lucent Shanghai Bell Co. Ltd.,

Chairman of the Board of Directors of Alcatel-Lucent Philippines Inc.,
Alcatel-Lucent China Investment Co. Ltd.

### Lloyd Carney

Mr. Lloyd Carney has been Chief Executive Officer of Brocade since January 2013. From 2007 to 2012, he was a Director and Chief Executive Officer of Xsigo Systems, which he sold in July 2012. Prior to that, he managed the Netcool division at IBM. This division provides IT and telecom infrastructure management tools to a variety of customers in enterprise computing, transportation, and wireless networking. When IBM acquired Micromuse, Mr. Carney was appointed Chairman and CEO of this company. Mr. Carney was COO at Juniper Networks, where he oversaw the sales, marketing, engineering, manufacturing, and customer service organizations. He also supervised three Nortel Networks divisions (Core IP Division, Wireless Internet Division, and Enterprise Data Division). Mr. Lloyd Carney is Chairman of the Lloyd and Carole Carney Foundation.

# 4.5 EXECUTIVE COMMITTEE

## 4.5.1 MEMBERS OF THE EXECUTIVE COMMITTEE

As of the date hereof, the Executive Committee comprises eight members. The following table shows their responsibilities and year of appointment.

| Name of Executive Committee Member | Age | Responsibility | Appointed |
|---|---|---|---|
| Frederic Rose | 50 | Chief Executive Officer | 2008 |
| David Chambeaud | 45 | Human Resources & Sustainability, Global Sourcing, Insurance and Security | 2009 |
| Béatrix de Russé | 65 | Intellectual Property & Licensing | 2004 |
| Gary Donnan | 54 | Technology & Research | 2010 |
| Vince Pizzica | 49 | Corporate Partnerships & Ventures | 2008 |
| Michel Rahier | 59 | Connected Home – VoIP/IPTV Operations Services & Transformation | 2011 |
| Lanny Raimondo | 69 | Entertainment Services | 2001 |
| Stéphane Rougeot | 44 | Chief Financial Officer & Group Strategy & Portfolio Management | 2008 |

## Biographies of Executive Committee Members

*Mr. Frederic Rose* has assumed the position of Chief Executive Officer since September 1, 2008. For more information about his biography, please refer to paragraph 4.1.3.1 above.

*Mr. David Chambeaud* is Head of Human Resources & Sustainability since July 2009. As an Executive Committee Member, he is also in charge of managing the Global Sourcing, Insurance and Security functions at the Group level. Previously and since 2005, he was heading the Sourcing function for the Group as Chief Procurement Officer. From 1995 to 2005, Mr. David Chambeaud occupied various functions within the Sourcing Management team based in France and Germany, assuming regional or divisional responsibilities for this function. He also worked within the Packaging Division of the Danone Group from 1992 to 1994. David Chambeaud is a graduate of the EPSCI (*École des practiciens du commerce international*), an international business school which is part of the ESSEC Group.

*Ms. Béatrix de Russé* is Head of Intellectual Property and Licensing since February 2004. Prior to this and since 1999, she was Head of Licensing. From 1993 to 1999 she was successively Head of Licensing, and then Head of Patents and Licensing for Thomson. From 1984 to 1992, Ms. Béatrix de Russé was in charge of international contracts and Intellectual Property at Thomson Components and STMicroelectronics, where she specialized in Intellectual Property matters. From 1976 to 1983, she worked as an international attorney at the international division of Thales (formerly Thomson CSF). Ms. Béatrix de Russé holds a Master's degree in law and *DESS* in International Trade law as well as a Master's degree in English and a

CDCI diploma. She was inducted in the IP Hall of Fame in 2012, a worldwide recognition of the strategic importance of IP at Technicolor.

*Mr. Gary Donnan* is Head of Technology & Research since June, 2010. Before joining Technicolor, Mr. Donnan held similar responsibilities at Alcatel in Research & Innovation, in addition to serving on the Alcatel France Executive Committee. Immediately prior to that role, he was the R&D Technical Director (3G) in Alcatel/Fujitsu (Evolium). During the previous 14 years, Mr. Gary Donnan worked in R&D operations in the fields of satellite & nuclear control systems, transmission systems, switching systems, and radio infrastructure. In addition to being co-Director of the Technology Business Group, Mr. Gary Donnan currently heads the Company's Technology, and Research organization – charged with promoting advanced technologies and services throughout the Company. He received his degrees in Computer Systems from the University of Ulster, Ireland.

*Mr. Vince Pizzica* is Head of Corporate Partnerships and Ventures since October, 2011. In addition, he directs the processes for the Technology Licensing activities of Technicolor, the MediaNavi venture and previously led Digital Delivery Business Group and the Strategy, Technology and Research corporate teams. Prior to joining Technicolor and over a 27-year career in the telecoms industry, Mr. Vince Pizzica spent 17 years at Telstra at various operation and technology positions, including as advisor to the COO of Telstra on Mediacomms technology. He also spent 7 years at Alcatel Lucent in charge of Technology, Strategy and Marketing for the EMEA and APAC region as well as CTO for the APAC region. Mr. Vince Pizzica holds a Bachelor of Engineering from the Institute of Engineers in Australia, and a Master of Telecoms & Info Systems from the University of Essex, U.K.

# EXHIBIT AA

01046390

As filed with the Securities and Exchange Commission on June 22, 2001

# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

RECD S.E.C.

JUN 2 2 2001

082

## FORM 20-F

(Mark One)

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(B) OR (G) OF THE SECURITIES EXCHANGE ACT OF 1934

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934
**For the fiscal year ended: December 31, 2000**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(D) OF THE SECURITIES EXCHANGE ACT OF 1934
**For the transition period from _____ to _____**

PROCESSED

JUL 1 2 2001

THOMSON
FINANCIAL

**Commission file number 0-3003**

# THOMSON multimedia
(Exact name of Registrant as specified in its charter)

| **Not applicable** | **Republic of France** |
|---|---|
| (Translation of Registrant's name into English) | (Jurisdiction of incorporation or organization) |

**46, quai A. Le Gallo**
**92100 BOULOGNE**
(Address of principal executive offices)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class to be so registered | Name of each exchange on which each class is to be registered |
|---|---|
| Common Stock, nominal value Euro 3.75 per share, and American Depository Shares, each representing one share of Common Stock | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:** None

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:** None

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:**
Common Stock, nominal value Euro 3.75 per share: 265,113,508

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days:

Yes ☒          No ☐

Indicate by check mark which financial statement item the Registrant has elected to follow:

Item 17 ☐      Item 18 ☒

Page 1

Page 1 of 223 Pages
Exhibit Index on Page 115

# ITEM 4 - INFORMATION ON THE COMPANY

## A – HISTORY AND DEVELOPMENT OF THE COMPANY

### Company profile

*Corporate name:* THOMSON multimedia S.A.

*Registered office address:* THOMSON multimedia
46, quai Alphonse-Le-Gallo
92100 Boulogne-Billancourt France
Tel. : 33 (0) 1 41 86 50 00
Fax : 33 (0) 1 41 86 58 59
E-mail : webmasterhq@thmulti.com

*Name and Address of agent for service of process in the U.S.:*
THOMSON multimedia, Inc.
10330 North Meridian Street
Indianapolis, IN 46290

*Legal form and applicable legislation:* a French corporation (*société anonyme*) with a Board of Directors, governed by the Commercial Code (*Livre II du Code de Commerce*) pertaining to corporations, and by all laws and regulations pertaining to corporations.

*Date of incorporation and length of life of the Company:* Thomson was formed on August 24, 1985; it was registered on November 7, 1985 for a term of 99 years, expiring on November 6, 2084.

*Corporate year:* from January 1 to December 31 of each year.

### General description of the Company

Thomson is a one of the major players in the market for technologies, systems, finished products and services around audio and video for consumers and professionals of the media industry. Thomson benefits from strong market positions in the United States and in Europe. The Group also has operations in Latin America, Eastern Europe and Asia, and it plans to continue to increase its presence in selected emerging markets in these regions.

Thomson carries out its activity through five divisions:
- Displays and Components and
- Consumer Products represent its traditional manufacturing and sales businesses;
- Patents and Licensing manages and develops its patent and licensing business;
- New Media Services aims to develop and provide consumers with interactive services supported by consumer electronic devices;
- and Digital Media Solutions, a new division, which commenced operations in 2001, is dedicated to providing products and services to the media and content industries.

The table below shows consolidated revenues of the Group for each division for the periods indicated. These consolidated figures exclude internal sales. Figures for Patents and Licensing exclude

*PRINCIPAL MANUFACTURING UNITS*

| | Location | Division |
|---|---|---|
| **Americas :** | | |
| | Marion (Indiana) | Displays and Components |
| | Circleville (Ohio) | Displays and Components |
| | Scranton (Pennsylvania) | Displays and Components |
| | Juarez (Mexico) | Consumer Products |
| | Belo Horizonte (Brazil) | Consumer Products |
| | Mexicali (Mexico, in a construction phase) | Displays and Components |
| **Europe :** | | |
| | Angers (France) | Consumer Products |
| | Bagneaux (France) | Displays and Components |
| | Anagni (Italy) | Displays and Components |
| | Piaseczno (Poland) | Displays and Components |
| | Zyrardow (Poland) | Consumer Products |
| **Asia :** | | |
| | Bangkok (Thailand) | Consumer Products |
| | Dongguan (China) | Consumer Products |
| | Nantao (China) | Displays and Components |
| | Foshan (China) | Displays and Components |

In order to optimize its assets, the Group sold its Boulogne and Indianapolis headquarters buildings in separate transactions in February and March 2000. In connection with these sales, the Group entered into office lease agreements with the owners to continue to use the buildings.

*Environment*

Thomson's operations are subject to extensive, evolving and increasingly stringent laws and regulations in a number of jurisdictions governing the release or discharge of various materials into the environment or otherwise relating to environmental protection or human health and safety. Compliance with current and future environmental laws and regulations may represent significant costs or could restrict the Group's ability to modify or expand its facilities or continue production.

A number of the Group's manufacturing sites have a long history of industrial use. As is typical for such businesses, soil and groundwater contamination has occurred at some sites and might occur or be discovered at other sites in the future. Disposal of wastes from manufacturing sites, which the Group established or acquired, exposes the Group to remedial costs. The Group has identified several sites where chemical contamination has required remedial or other significant restorative measures. Nevertheless, the Group considers that its potential liability with respect to contamination at these sites is not material and could not have a significant impact on its financial condition or result of operations.

Information regarding outstanding or potential environmental claims is included in note 24 to the consolidated financial statements.

Page 50

50

| Name | Main occupation | Date of appointment | Term of appointment [1] | Strategic Committee | Audit Committee | People and Organisation Committee |
|---|---|---|---|---|---|---|
| **Directors:** | | | | | | |
| Thierry Breton | Chairman-CEO of THOMSON multimedia | March 1997 | 2004 | Chairman | | Member |
| Pierre Lescure | Chairman, Anata S.A.S | June 1988 | 2004 | | | Member |
| Frank Dangeard | Senior Executive Vice-President, THOMSON multimedia | March 1999 | 2004 | | Member | Member |
| Jacques Dunogue | General Secretary, ALCATEL S.A. | March 1999 | 2004 | Member | Member | |
| Philippe de Fontaine-Vive | Nominated by the French Government, Deputy Director, French Department of Treasury | June 2000 | 2005 | | Chairman | |
| Eddy W. Hartenstein | Senior Executive Vice President, Hughes Electronics Corp., Chairman of DIRECTV | March 1999 | 2004 | Member | | Member |
| Michael Green | Chairman, Carlton Communications Plc | March 2001 | 2006 | | | |
| Jacques-Louis Lions ✝ | Professor Emeritus, Collège de France | March 1999 | 2005 | Member | | |
| Gerard Maymarian | Vice-President TV Profit Center Europe, THOMSON multimedia | October 1994 | 2002 (May) | | | |
| Jean de Rotalier | Sales Planning Manager, THOMSON multimedia | October 1994 | 2002 (May) | | | |
| Marcel Roulet | Former Chairman-CEO of Thomson S A., of France Telecom and of Thales | February 1999 | 2005 | | Member | Chairman |
| Iwao Shinohara | Senior Vice-President and member of the Board, NBC Corp. | September 1999 | 2004 | Member | Member | |
| Bernard Vergnes | Emeritus Chairman, Microsoft Europe | March 1999 | 2004 | Member | | Member |
| **Censors:** | | | | | | |
| Emmanuel Caquot | Director, French Ministry of Industry | (former Director, March 1999) November 2000 (censor) | 2002 (May) | Member | | |
| Didier Lombard | French Ambassador at large, International Investment | (former Director, March 1999) November 2000 (censor) | 2002 (May) | Member | | |

(1) Date of the shareholders' meeting convened to approve the accounts for the financial year ending
✝ Mr. Lions passed away on May 17, 2001

## EXECUTIVE COMMITTEE

In accordance with French law and Thomson's by-laws, the Chairman of the Board and Chief Executive Officer (Chairman & CEO) has full authority to manage the Company's affairs and to represent the Company before third parties.

Subject to the powers expressly reserved by law to the Shareholders' meetings, as well as to those specifically reserved by law to the Board of Directors, the Chairman is vested with the broadest powers to act on behalf of the Company with its corporate purpose in any and all circumstances.

Page 73

The tables below indicate the names of the members of the Executive Committee and their current responsibilities within the Group.

*Principal members of the Executive Committee*

| Name | Responsibility | Date appointed to the Executive Committee |
|------|----------------|-------------------------------------------|
| Thierry Breton | Chairman & CEO | March 1997 |
| Al Arras | Senior Executive Vice-President, Audio and ATLINKS | July 1997 |
| Frank Dangeard | Senior Executive Vice President, Corporate Coordination | July 1997 |
| Charles Dehelly | Senior Executive Vice-President, Operational Coordination, Business Performance | March 1998 |
| Jim Meyer | Senior Executive Vice-President, Digital Media Solutions | January 1997 |
| John Neville | Senior Executive Vice President, Patents and Licensing, New Media Services (acting) | January 1993 |

*Other members of the Executive Committee*

| Name | Responsibility | Date appointed to the Executive Committee |
|------|----------------|-------------------------------------------|
| Olivier Barberot | Senior Vice-President, Human Resources | July 1997 |
| Alain Carlotti | Executive Vice-President, Asia | January 1998 |
| Jean-Charles Hourcade | Senior Vice-President, Research and Innovation | February 2000 |
| Patrice Maynial | Senior Vice-President, Corporate Secretary and Legal Counsel | July 1997 |
| Eric Meurice | Executive Vice-President, Europe | February 2001 |
| Marc Meyer | Senior Vice-President, Communication and | February 2000 |

| | Entrepreneurship | |
|---|---|---|
| Mike O'Hara | Executive Vice-President, Americas | July 1999 |
| Lanny Raimondo | Executive Vice-President, Technicolor | March 2001 |
| Enrique Rodriguez | Executive Vice-President Multimedia Products | July 1999 |
| Gilles Taldu | Executive Vice-President, Displays and Components | February 1997 |
| Julian Waldron | Senior Vice President, Chief Financial Officer | June 2001 |

**MANAGEMENT BIOGRAPHIES**

*Principal Members of the Executive Committee*

**Thierry Breton** was appointed Chairman and Chief Executive Officer of THOMSON multimedia S.A. and Thomson S.A. in March 1997. From November 1993 to March 1997, Mr. Breton was a member of the Executive Committee of the Bull Group, a French computer and information technology company. He was appointed Vice-Chairman of the Bull Group in November 1995. From 1990 to March 1993, he was Chief Executive Officer of CGI, a French services development company. From 1986 to 1990, he was Chief Executive Officer of Futuroscope, a French theme park. From 1981 to 1986, he was Chief Executive Officer of Forma Systems, a systems analysis and software engineering firm. Mr. Breton is a graduate of Supelec Paris, and of the 46th session of IHEDN (French Institute for Higher National Defense Studies).

**Al Arras** was appointed Senior Executive Vice President, Audio and ATLINKS in March 2001. Since July 1997, he was Chief Operating Officer and Executive Vice President for Audio and ATLINKS. He is also responsible for the WIDE program since June 1999. From October 1995 to July 1997, Mr. Arras served as Vice President for Manufacturing Operations in January 1993 to October 1995, he was Vice President for Audio and Communications. Between 1980 and 1993, he held various management positions in the Audio Division as Vice President of the Audio Division, Vice President for Home Audio Systems, Hi-Fi General Manager, Business Development Manager for Audio & Communications, Audio Market Manager, Tape Manager, Market Development Manager and Product Manager. Mr. Arras is a graduate of Cornell University.

**Frank Dangeard** was appointed Senior Executive Vice President for Corporate Coordination in July 1997. He is also currently responsible for the THOMSON multimedia 2002 program. Mr. Dangeard was also appointed Senior Executive Vice President of Thomson S.A. in April 1997. From September 1989 to April 1997, Mr. Dangeard was a Managing Director of SBC Warburg, an investment bank, and from June 1995 to April 1997 he was also Chairman of the Board of SBC Warburg (France). He joined S.G. Warburg in 1989. From September 1986 to June 1989, he practiced law as an associate at Sullivan & Cromwell in New York and London. Mr. Dangeard is a graduate of the Ecole des Hautes Etudes Commerciales and the Institut d'Etudes Politiques de Paris. He also graduated from the Harvard Law School.

# EXHIBIT BB

02026729

As filed with the Securities and Exchange Commission on March 29, 2002

R.P.C.F.C.

MAR 2 9 2002

070

# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 20-F

(Mark One)

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the fiscal year ended: December 31, 2001**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the transition period from      to**

Commission file number 0-30030  *1-14974*

# THOMSON multimedia

(Exact name of Registrant as specified in its charter)

PROCESSED

APR 0 1 2002

THOMSON
FINANCIAL

| **Not applicable** | **Republic of France** |
|---|---|
| (Translation of Registrant's name into English) | (Jurisdiction of incorporation or organization) |

**46, quai Alphonse Le Gallo**
**92100 Boulogne Billancourt**
(Address of principal executive offices)

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class to be so registered | Name of each exchange on which each class is to be registered |
|---|---|
| Common Stock, nominal value € 3.75 per share, and American Depositary Shares, each representing one share of Common Stock ............................................................ | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act:**
None

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act:**
None

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:**
Common Stock, nominal value € 3.75 per share: 265,113,508

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days: Yes ☒      No ☐

Indicate by check mark which financial statement item the Registrant has elected to follow:
Item 17 ☐      Item 18 ☒

*Page 1 of 223 pages. Exhibit index on page 103.*

## ITEM 4 — INFORMATION ON THE COMPANY

### A — History and Development of the Company

#### Company Profile

Legal and Commercial name:                          THOMSON multimedia S.A.

Registered office address:                          THOMSON multimedia
                                                    46, quai Alphonse Le Gallo
                                                    92100 Boulogne-Billancourt France
                                                    Tel.: 33 (0) 1 41 86 50 00
                                                    Fax: 33 (0) 1 41 86 58 59
                                                    E-mail: webmasterhq@thmulti.com

Name and address of agent for service of process in the U.S.:

                                                    THOMSON multimedia, Inc.
                                                    10330 North Meridian Street
                                                    Indianapolis, IN 46290

Domicile, legal form and applicable legislation:  Thomson is a French corporation (société anonyme) with a Board of Directors, governed by the French Commercial Code (Livre II du Code de Commerce) pertaining to corporations and by all laws and regulations pertaining to corporations.

Date of incorporation and length of life of the Company:  Thomson was formed on August 24, 1985. It was registered on November 7, 1985 for a term of 99 years, expiring on November 6, 2084.

Fiscal year:  January 1 to December 31.

We provide a wide range of technologies, systems, finished products and services, with a particular focus on video, to consumers and professionals in the entertainment and media industries. In recent years we have expanded beyond our traditional consumer electronics activities to reposition ourselves as a solutions provider present on each link of the video chain. In fiscal year 2001, we generated net sales of € 10.5 billion. At December 31, 2001, we had approximately 64,000 employees in more than thirty countries.

### The Video Chain

The video chain covers the space over which video images are developed, distributed and accessed and across which the players in the entertainment and media industries interact. We rely upon our technological expertise, the breadth of our hardware and service offerings, the reputation and position of our brands and our network of leading partners to serve the needs of customers at each of the three key links in the video chain:

- *content development*, the first link and entry point in the video chain, comprises products and services that enable the capture, creation, post-production, preparation and management of multimedia content consisting of video images and associated sound and data. Customers are primarily film studios and other content creators as well as broadcasters. Their needs range from film colorization and digital post-production services, to digital broadcast equipment and systems integration.

- *content distribution*, the middle link in the chain, involves products and services that together enable content to be transmitted from the creator to the end-consumer for use typically in the movie theater or in the home. Key customers include film studios, software and game

14

14

audio products, VHS tapes and DVDs. Most of these manufacturing facilities are located in low-cost countries such as China, Mexico, Poland and Thailand, which gives us a competitive cost base. We intend to continue this strategy of manufacturing in low-cost countries for all of our divisions. We also operate plants in the United States and Western European countries such as France, Italy and the United Kingdom. At the end of 2001, more than 90% of our production facilities in North America, Europe and Asia were certified as ISO 9000, an international mark of service quality.

Consistent with our manufacturing strategy, the majority of goods produced at our North American plants are sold in North America, while our European plants produce goods destined primarily for the European market. However, our manufacturing operations are subject to regional currency fluctuations to the extent that products are manufactured in one country but sold in a country using a different currency. Our Asian plants produce goods for use in all markets. The depreciation of many Asian currencies since 1997 has reduced our manufacturing costs in these plants relative to selling prices.

The table below shows our significant manufacturing facilities by division. We own all of these facilities, except the Chinese facilities, which are on a long-term lease due to local legal requirements, and the Mexicali plant (construction and equipment) is financed through a synthetic lease. In addition, we entered into a sale-lease back transaction in 2001 through our Polish subsidiary which transfers ownership of tube manufacturing equipment. We also lease our Boulogne and Indianapolis office buildings. For more information on these leases, please see Note 23 to our consolidated financial statements.

### Principal Manufacturing Units

| Location | Division | Products |
| --- | --- | --- |
| **Americas:** | | |
| Marion (Indiana)[1] | Displays and Components | Tubes |
| Circleville (Ohio) | Displays and Components | Glass funnels, panels |
| Juarez (Mexico) | Consumer Products | Televisions |
| Camarillo (California) | Digital Media Solutions | DVD, CD & VHS videocassettes |
| Livonia (Michigan) | Digital Media Solutions | VHS videocassettes |
| North Hollywood (California) | Digital Media Solutions | Film |
| Belo Horizonte (Brazil) | Displays and Components | Guns |
| Mexicali (Mexico) | Displays and Components | Tubes |
| **Europe:** | | |
| Angers (France) | Consumer Products | Televisions |
| Bagneaux (France) | Displays and Components | Glass panels, funnels |
| Anagni (Italy) | Displays and Components | Tubes |
| Piaseczno (Poland) | Displays and Components | Tubes |
| Zyrardow (Poland) | Consumer Products | Televisions |
| West Drayton (UK) | Digital Media Solutions | Film |

On March 12, 2002, we issued convertible, exchangeable bonds due 2008 with an aggregate principle amount of approximately € 600 million. We describe our intended use of the proceeds of this offering in more detail below in "— Liquidity and Capital Resources."

## Outlook for 2002

In line with the yearly performances achieved over the past three years and consistent with our development strategy, our target is to achieve in 2002 double-digit growth in our net sales and operating income.

We intend to continue in 2002 the cost control measures we implemented in the second half of 2001. In this way we intend to maintain our focus on profitability while positioning ourselves to react to a market upturn.

We believe that we should benefit in 2002 from new internal and external growth initiatives, notably the development of our digital decoder activities and the development of our entertainment and media professionals client base through our Digital Media Solutions division. In order to continue the implementation of our repositioning strategy across the entire video chain, we intend to continue to make selective acquisitions in 2002. The acquisition of Grass Valley Group, Inc., announced in December 2001, closed on March 1, 2002. In February 2002 we announced the acquisition of Vidfilm International Digital, a California-based international supplier of digital post-production services with revenues under U.S. GAAP of approximately U.S. $50 million in 2001. In addition, we announced in February 2002 the proposed acquisition of Panasonic Disc Services, a subsidiary of Matsushita Electric, with DVD replication and distribution operations in the United States and Europe. In February 2002 we entered into a non-binding MOU for the acquisition of UGC's screen advertising business in France (Circuit A) and certain other screen advertising businesses in Europe from UGC and other third parties. Finally, we announced on March 12, 2002 the acquisition of Los Angeles, California-based Still in Motion, a privately held DVD compression and authoring service bureau for content creators. Still in Motion specializes in DVD compression, authoring, regionalization, menu designs and graphics. See also Note 27 to our consolidated financial statements for more information about recent events.

Please note, however, that we can give no assurance that we will be able to achieve these objectives, expectations and goals. Many factors, including market conditions, competitive factors such as pricing, uncertainties relating to future acquisitions, the factors described under "Risk Factors" and other factors could cause our actual results to differ materially from our goals. Please see "Forward-Looking Statements".

## Seasonality

Our net sales tend to be higher in the second half of the year than in the first half. This is due to increases in consumer purchases at the time of the year-end holidays. Our consolidated net sales in the second half of 2001 totaled € 5,799 million, representing 55% of our 2001 consolidated net sales, the same proportion as in 2000.

The impact of seasonality has tended to be higher at the operating income level, driven by the fact that fixed costs are spread relatively evenly over the year. Our consolidated operating income totaled € 412 million in the second half of 2001, or 65% of our 2001 consolidated operating income, compared with 69% in the last six months of 2000.

## Geographic breakdown of net sales

Based on net sales by destination (classified by the location of the customer), our most important markets are the United States and Europe, accounting for 53% and 29%, respectively, of net sales in 2001, for 53% and 26%, respectively, in 2000 and for 55% and 25%, respectively, in 1999. Asia accounted for 9% of our net sales by destination in 2001 compared with 11% in 2000

36

## ITEM 6 — DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES

### A — Directors and Senior Management

#### Board of Directors

Our management is entrusted to a Board of Directors, which has fifteen members, including thirteen Directors and two *Censeurs* (non-voting Board members). Members of the Board of Directors are appointed for five years, except Directors representing the employees and *Censeurs*, who are appointed for eighteen months. Members of the Board of Directors must hold at least one hundred shares and must resign at the age of seventy, except Directors representing the employees and *Censeurs*.

Among the thirteen Directors currently on our Board, one has been appointed by the French State, two have been elected as independent directors, three have been proposed by Thomson S.A., each of Alcatel, Carlton, DIRECTV, Microsoft and NEC has appointed one Director, pursuant to their original investment agreements in our company, and two have been elected by the employees. The appointment of the two *Censeurs* will be proposed to the shareholders at the next ordinary general shareholders' meeting scheduled to be held on May 3, 2002. The Board of Directors met nine times during 2001.

#### Board Committees

In March 1999, the Board of Directors formed three advisory committees:

- The Strategy Committee advises the Board of Directors on projects linked to our development (investments and competitiveness), the development of industrial partnerships and the review of draft strategic memoranda of understanding. The Strategy Committee met three times in 2001.

- The People and Organization Committee examines questions relating to the operation of the Board of Directors, management compensation, employee shareholding projects and profit-sharing incentive plans. The People and Organization Committee met three times in 2001.

- The Audit Committee supervises the quality of our accounting and financial statements as well as all control procedures. The Audit Committee met twice in 2001.

The following table shows the names of the members of the Board of Directors, their main occupations, the dates of their initial appointment and the expiration dates of their current term.

| Name | Principal Occupation or Employment | Initially Appointed to Board | Term Expires | Other business activities outside Thomson |
|---|---|---|---|---|
| **Directors** | | | | |
| Thierry Breton[(1)(3)] | Chairman and CEO, Thomson | March 1997 | 2004 | Chairman, Thomson S.A.; Director, AXA, Bouygues Telecom, Rhodia, Schneider Electric S.A., Dexia and la Poste (the French Postal Office) |
| Pierre Cabanes[(3)] | Chairman, Antée S.A.S. | June 1988 | 2004 | N/A |
| Frank Dangeard[(2)] | Vice Chairman of the Board and Senior Executive Vice President, Thomson | March 1999 | 2004 | N/A |

57

| Name | Principal Occupation or Employment | Initially Appointed to Board | Term Expires | Other business activities outside Thomson |
|---|---|---|---|---|
| Jacques Dunogué*[1][2] | President Europe, Middle East, Asia and India, ALCATEL | March 1999 | 2004 | Director, Alcatel C.I.T., Thalès S.A., Thirdspace and Nextream |
| Philippe de Fontaine-Vive[2] | Nominated by the French Government. Deputy Director, French Department of Treasury | June 2000 | 2005 | Director, Aéroports de Paris, Gaz de France, Réseaux Ferrés de France, AREVA, Euroméditerranée and RATP |
| Eddy W. Hartenstein[1][3] | Senior Executive Vice President, Hughes Electronics Corp. | March 1999 | 2004 | Director and Chairman, DIRECTV Enterprises Inc., DIRECTV International Inc., DIRECTV Merchandising Inc. and DIRECTV Operations, Inc.; Director, Pan Amsat and DIRECTV Latin America |
| Michael Green | Chairman, Carlton | March 2001 | 2006 | Director, ITV Digital Plc., Independent Television News Ltd. and GMTV Ltd. |
| Christian Blanc**[1] | Chairman Merrill Lynch France S.A. | June 2001 | 2005 | Director, CAPGEMINI Ernst & Young, Coface and JC Decaux |
| Gérard Meymarian | Vice-President TV High-End, Thomson | October 1994 | 2002 | N/A |
| Jean de Rotalier | Sales Planning Manager, Thomson | October 1994 | 2002 | N/A |
| Marcel Roulet[2][3] | Former Chairman-CEO of Thomson S.A., of France Télécom and of Thalès S.A. | February 1999 | 2005 | Director, Thalès S.A. (Thomson S.A. representative), Eurazéo, On-X et CVOIR; Chairman of the Supervisory Board, Pages Jaunes and Ginar Finances |
| Iwao Shinohara[1][2] | Executive Vice President, NEC | September 1999 | 2004 | N/A |
| Bernard Vergnes[1][3] | Emeritus Chairman, Microsoft Europe | March 1999 | 2004 | Director, SA France Finance and Technology |

58

| Name | Principal Occupation or Employment | Initially Appointed to Board | Term Expires | Other business activities outside Thomson |
|---|---|---|---|---|
| **Censeurs:** | | | | |
| Emmanuel Caquot[(1)] ............... | Director, French Ministry of Industry | November 2000 (former Director, March 1999) | 2002 | Director, INRIA, La Française des Jeux, SFP and Groupe des Écoles des Télécommunications |
| Didier Lombard[(1)] ..................... | French Ambassador-at-large, International Investment | November 2000 (former Director, March 1999) | 2002 | Chairman of International Investments, Agence Française; Director, la Poste (the French Postal Office), censeur, France Télécom |

\* *Mr. Dunogué resigned in February 2002 and has been replaced by Mr. Olivier Houssin. His appointment is to be approved at our next ordinary general shareholders' meeting.*

\*\* *Mr. Blanc's appointment in June 2001 is to be approved at our next ordinary general shareholders' meeting.*

*(1) Member of the Strategy Committee.*

*(2) Member of the Audit Committee.*

*(3) Member of the People and Organization Committee.*

### Executive Committee

In accordance with French law and our by-laws, the Chairman of the Board of Directors and Chief Executive Officer (Chairman and CEO) has full authority to manage the Company's affairs and to represent the Company before third parties.

Subject to the powers expressly reserved by law to shareholders' meetings, as well as to those specifically reserved by law to the Board of Directors, the Chairman and CEO is vested with the broadest powers to act on our behalf in respect of our corporate purpose in any and all circumstances.

The Executive Committee is composed of fifteen members and includes heads of key operational units. The Executive Committee meets every month.

The tables below indicate the names of the members of the Executive Committee, their current responsibilities within the Group and the dates of their initial appointment.

| Name | Responsibility | Initially appointed |
|---|---|---|
| **Principal members of the Executive Committee** | | |
| Thierry Breton ............................................. | Chairman and CEO | 1997 |
| Al Arras ...................................................... | Senior Executive Vice President, Audio and ATLINKS | 1997 |
| Frank Dangeard ......................................... | Senior Executive Vice President, Vice Chairman | 1997 |
| Charles Dehelly .......................................... | Senior Executive Vice President, Chief Operating Officer | 1998 |
| John Neville ................................................ | Senior Executive Vice President, Patents and Licensing, New Media Services (acting) | 1993 |
| Lanny Raimondo ......................................... | Senior Executive Vice President, Digital Media Solutions | 2001 |

59

| Name | Responsibility | Initially appointed |
|------|---------------|---------------------|
| **Other members of the Executive Committee** | | |
| Olivier Barberot | Senior Vice President, Human Resources | 1997 |
| Jean-Charles Hourcade | Senior Vice President, Research and Innovation | 2000 |
| Patrice Maynial | Senior Vice President, Corporate Secretary and Legal Counsel | 1997 |
| Eric Meurice | Executive Vice President, TV/Video | 2001 |
| Marc Meyer | Senior Vice President, Communication and Entrepreneurship | 2000 |
| Mike O'Hara | Executive Vice President, Consumer Products Marketing and Sales | 1999 |
| Enrique Rodriguez | Executive Vice President Broadband Access Products | 1999 |
| Gilles Taldu | Executive Vice President, Displays and Components | 1997 |
| Julian Waldron | Senior Vice President, Chief Financial Officer | 2001 |

### Management Biographies

*Principal Members of the Executive Committee*

**Thierry Breton** was appointed Chairman and Chief Executive Officer of THOMSON multimedia and Thomson S.A. in March 1997. From November 1993 to March 1997, Mr. Breton was a member of the Executive Committee of the Bull Group, a French computer and information technology company. He was appointed Vice-Chairman of the Bull Group in November 1995. From 1990 to March 1993, he was Chief Executive Officer of CGI, a French services development company. From 1986 to 1990, he was Chief Executive Officer of Futuroscope, a French theme park. From 1981 to 1986, he was Chief Executive Officer of Forma Systems, a systems analysis and software engineering firm. Mr. Breton is a graduate of *Supelec Paris*, and of the 46th session of IHEDN (French Institute for Higher National Defense Studies).

**Al Arras** was appointed Senior Executive Vice President, Audio and ATLINKS in March 2001. Since July 1997, he was Chief Operating Officer and Executive Vice President for Audio and ATLINKS. He has also been responsible for the Worldwide Internet Device and e-business, or WIDe, program, since June 1999. From October 1995 to July 1997, Mr. Arras served as Vice President for Manufacturing Operations in Asia. From January 1993 to October 1995, he was Vice President for Audio and Communications. Between 1980 and 1993, he held various management positions in the Audio Division as Vice President of the Audio Division, Vice President for Home Audio Systems, Hi-Fi General Manager, Business Development Manager for Audio and Communications, Audio Market Manager, Tape Manager, Market Development Manager and Product Manager. Mr. Arras is a graduate of Cornell University.

**Frank Dangeard** was appointed Vice Chairman of the Board Thomson in July 2001. He has been Senior Executive Vice President in charge of Corporate Coordination since 1997. Mr. Dangeard was also appointed Senior Executive Vice President of Thomson S.A. in April 1997. From September 1989 to April 1997, Mr. Dangeard was a Managing Director of SBC Warburg, an investment bank, and from June 1995 to April 1997 he was also Chairman of the Board of SBC Warburg (France). From September 1986 to June 1989, he practiced law as an associate at Sullivan & Cromwell in New York and London. Mr. Dangeard is a graduate of the *École des Hautes Études Commerciales* and the *Institut d'Études Politiques de Paris*. He also graduated from the Harvard Law School.