# EXHIBIT CC

As filed with the Securities and Exchange Commission on June 29, 2004

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

---

# FORM 20-F

**(Mark One)**

¨     **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

x     **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**for the fiscal year ended December 31, 2003**

¨     **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**for the transition period from _____ to _____**

**Commission File Number: 0-3003**

# THOMSON

**(Exact name of Registrant as specified in its charter)**

| **Not Applicable** | **Republic of France** |
|---|---|
| **(Translation of Registrant s name into English)** | **(Jurisdiction of incorporation or organization)** |

**46, quai Alphonse Le Gallo**

**92100 Boulogne-Billancourt**

**FRANCE**

**(Address of principal executive offices)**

**Securities registered or to be registered pursuant to Section 12 (b) of the Act:**

| **Title of each class:** | **Name of each exchange on which registered:** |
|---|---|
| Common Stock, nominal value  3.75 per share, and American Depositary Shares, each representing one share of Common Stock | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12 (g) of the Act: None**

**Securities for which there is a reporting obligation pursuant to Section 15 (d) of the Act: None**

**Indicate the number of outstanding shares of each of the issuer  s classes of capital or common stock as of the close of the period covered by the annual report:**

**Common Stock, nominal value   3.75 per share: 280,613,508**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days:   Yes  x   No  ¨

Indicate by check mark which financial statement item the Registrant has elected to follow:   Item 17  ¨   Item 18  x

and Thomson needs for optical components, is currently expected to generate significant scale benefits with the objective of allowing the Company to secure a better future for Thomson's optical components business. Under the terms of this agreement, Foxconn acquired Thomson's optical pick-up (OPU) manufacturing facilities in Nantou and Longhua, China, and related inventories valued at approximately 37 million. Going forward, Thomson Optical Systems will strengthen its activities on marketing and sales and R&D for optical products. The transaction closed on May 21, 2004, following the grant of the regulatory approvals.

*5. Repurchase of Tubes Manufacturing Equipment in Poland*

On March 31, 2004, Thomson Multimedia Polska repurchased tubes manufacturing equipment, which was previously leased for 138 million as described in Note 24 to our consolidated financial statements. Thomson has initially financed the acquisition with bank debt, which Thomson will repay in cash on May 4, 2005.

*6. Thomson-DIRECTV Set-top Boxes Agreement*

On May 12, 2004, Thomson announced a definitive agreement with the DIRECTV Group, Inc., the parent company of Hughes Network Systems, Inc. ("HNS"), for the long-term development and supply of digital satellite set-top boxes (STBs). As part of the transaction, Thomson will also acquire HNS' set-top box manufacturing assets.

Under the terms of the five-year supply agreement, Thomson will be involved in the technology development of new set-top box models during the contract period and will manufacture a full range of receivers including DIRECTV-brand high definition and digital video recorder (DVR) receivers, with an objective to deliver home receiving units that meet DIRECTV's pricing, quality and time-to-market objectives. DIRECTV will receive from Thomson US$250 million (206 million) cash upon close of the sale of HNS' set-top box manufacturing assets. In addition, the agreement includes incentives to DIRECTV based on revenues and set-top box order volume to Thomson over the next five years that could increase the amount paid to as much as US$400 million (330 million), including the up front amount. Thomson will be the lead supplier of DIRECTV System set-top receivers accounting for half of its needs.

The transaction closed on June 23, 2004.

**Seasonality**

Our net sales tend to be higher in the second half of the year than in the first half. This is due to increases in consumer purchases and more films released at the time of the year-end holidays. Our consolidated net sales in the second half of 2003 totaled 4,681 million, representing 55% of our 2003 consolidated net sales. This seasonality has been more pronounced in 2003 than in 2002 (51% of our consolidated sales in the second half) due to a stronger year-end peak season in 2003.

The impact of seasonality has tended to be higher at the operating income level, driven by the fact that fixed costs are spread relatively evenly over the year. Our consolidated operating income totaled 369 million in the second half of 2003, or 73% of our 2003 consolidated operating income, compared with 66% in the last six months of 2002.

**Geographic breakdown of net sales**

Based on net sales by destination (classified by the location of the customer), our most important markets are the United States and Europe, accounting for 45% and 35%, respectively, of net sales in 2003, for 51% and 31%, respectively, in 2002, and for 53% and 29%, respectively, in 2001. Asia accounted for 12% of our net sales by destination in 2003 compared with 10% in 2002 and 9% in 2001.

The following table shows the names of the members of the Board of Directors, their main occupations, the dates of their initial appointment and the expiration dates of their current term.

| Name | Principal Occupation or Employment | Appointed to Board | Term Expires | Other business activities outside Thomson |
|---|---|---|---|---|
| Frank Dangeard (1)(3) | Chairman of the Board of Thomson, Senior Executive Vice-President of France Télécom for Financial Rebalancing and Value Creation | March 2004 (Board member since March 1999) | 2008 | Director of Orange, Wanadoo and Equant |
| Christian Blanc (2)(4) | Deputy at the French Chamber of Deputies | June 2001 | 2005 | |
| Eric Bourdais de Charbonnière (2)(4) | Chairman of the Supervisory Board of Michelin | December 2003 | 2007 | Director of Cap Gemini, Coface, JC Decaux, and Carrefour<br><br>Member of the Supervisory Board of Oddo & Cie |
| Thierry Breton (1) | Chairman and CEO of France Télécom | May 2004 (Board member since March 1997) | 2008 | Director of CCF, ING<br><br>Honorary Chairman of Thomson<br><br>Chairman of the Board of TSA<br><br>Chairman of Orange<br><br>Director of Schneider Electric S.A. and Dexia (Belgian corporation)<br><br>Member of the Supervisory Board of AXA |
| Catherine Cavallari | Patents & Licensing Operations, Controlling Manager, Thomson | June 2002 | 2007 | N/A |
| Loïc Desmouceaux | Worldwide Prospective Marketing Manager, Thomson | May 2003 | 2008 | Director of Sellenium SA |
| Eddy W. Hartenstein (1)(3)(4) | Senior Executive Vice President of Hughes Electronics Corp. | May 2004 (Board member since March 1999) | 2008 | Chairman and CEO of DirecTV Enterprises Inc., DirecTV International Inc., DirecTV Merchandising Inc. and DirecTV Operations Inc. |
| Igor Landau (2)(4) | Chairman of the Executive Board (CEO) of Aventis | May 2004 (Board member since September 2002) | 2008 | Director of PanAmsat and DirecTV Latin America<br>Director of Essilor, CCF, Aventis Inc., Aventis Behring LLC, Aventis Pharma (UK) Investments Ltd, INSEAD, the Institut de Développement Industriel (IDI), Fisions Limited and Rhône-Poulenc AGCO Ltd<br><br>Member of the Consultative Committee of the Bank of France<br><br>Member of the Supervisory Board of Dresdner Bank AG |

| Name | Responsibility | Initially appointed |
|---|---|---|
| **Management Board** | | |
| Charles Dehelly | Chief Executive Officer | 2002 |
| Al Arras | Senior Executive Vice President, Audio/Video in charge of the integration of Thomson s TV business with the new entity TTE | 1997 |
| Lanny Raimondo | Senior Executive Vice President, Digital Content Solutions, Broadcast & Media Solutions and Network Services, in charge of the TARGET program | 2001 |
| Julian Waldron | Senior Executive Vice President, Chief Financial Officer | 2001 |
| Jean-Charles Hourcade | Executive Vice President, Technology Group (which includes Research & Innovation, Patents & Licensing, Integrated Circuits and Thomson Optical Systems) | 2000 |
| Ghislain Lescuyer | Executive Vice President, Broadband Access Products | 2003 |
| Michael D. O Hara | Executive Vice President, Consumer Solutions Businesses (which includes Audio/Video, Consumer Solutions (accessories) and Marketing and Sales Services) | 1999 |
| Didier Trutt | Executive Vice President, Displays & Components | 2003 |
| Marie-Ange Debon | Senior Vice President, Corporate Secretary and General Counsel | 2003 |
| Guy Léonard | Senior Vice President, Business Performance (which includes Cash/Spring, Sourcing and Thomson Information Services), in charge of Quality TQS program | 2003 |
| **Members of the Executive Committee**[*] | | |
| Tom Carson | Executive Vice President, Marketing & Sales Services | 2002 |
| Eric Meurice | Executive Vice President, Worldwide TV | 2001 |
| Jean-Philippe Collin | Senior Vice President, Integrated Circuits, Thomson Optical Systems | 2002 |
| Peter Ho I Chin | Senior Vice President, Sourcing | 2004 |
| Brad Kendall | Senior Vice President, Human Resources | 2004 |
| Quentin Lilly | Senior Vice President, Technicolor Home Entertainment Services | 2004 |
| Jean-Georges Micol | Senior Vice President, Corporate Communications | 2004 |
| Béatrix de Russé | Senior Vice President, IP and Licensing | 2004 |

[*] In addition to the members of the Management Board

91

# EXHIBIT DD

20-F 1 form20f.htm

As filed with the Securities and Exchange Commission on June 3, 2005

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

## FORM 20-F

(Mark One)

[ ]   **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

[X]   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**for the fiscal year ended December 31, 2004**

[ ]   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**
**for the transition period from to**

**Commission File Number: 001-14974**

# THOMSON

*(Exact name of Registrant as specified in its charter)*

| | |
|---|---|
| **Not Applicable** | **Republic of France** |
| (Translation of Registrant's name into English) | (Jurisdiction of incorporation or organization) |

**46, quai Alphonse Le Gallo**
**92100 Boulogne-Billancourt**
**FRANCE**
*(Address of principal executive offices)*

**Securities registered or to be registered pursuant to Section 12 (b) of the Act:**

| **Title of each class:** | **Name of each exchange on which registered:** |
|---|---|
| Common Stock, nominal value €3.75 per share, and American Depositary Shares, each representing one share of Common Stock | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12 (g) of the Act:**
None

**Securities for which there is a reporting obligation pursuant to Section 15 (d) of the Act:**
None

**Indicate the number of outstanding shares of each of the issuer's classes of capital**
**or common stock as of the close of the period covered by the annual report:**
Common Stock, nominal value €3.75 per share: 273,308,032

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15 (d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days: Yes [X] No [ ]

Indicate by check mark which financial statement item the Registrant has elected to follow:

Item 17 [ ] Item 18 [X]

TABLE OF CONTENTS

| Name | Principal Occupation or Employment | Appointed to Board | Term Expires | Other business activities outside Thomson |
|------|-----------------------------------|-------------------|--------------|------------------------------------------|
| Henry P. Vigil [1][4][8] | Senior Vice President "Strategy and Partnerships" of Microsoft Corporation | October 2003 | 2008* | |
| Thierry Breton (Board member until February 27, 2005) | Former Chairman and CEO of France Telecom until February 27, 2005, date of his nomination as French Minister of Economy, Finance and Industry | June 15, 1999 (Member of Board since March 1997) | | Until February 27, 2005: Chairman of Board of TSA and Orange, Board member of Schneider Electric SA and Dexia (Belgian law), member of Supervisory Board of AXA |
| Pierre Cabanes [1][8] (Board member until May 7, 2004) | Chairman of Antée SAS | June 1998 | | Manager of Groupement Foncier Agricole (GFA) |

(1)     Independent Director
(2)     Director whose term was renewed at the shareholders' meeting on May 10, 2005
(3)     Chairman of the Strategy Committee
(4)     Member of the Strategy Committee
(5)     Chairman of the Audit Committee
(6)     Member of the Audit Committee
(7)     Chairman of the Nomination, Remuneration and Governance Committee
(8)     Member of the Nomination, Remuneration and Governance Committee
*       Annual Ordinary Shareholders' Meeting

### Structure of the Board of Directors' Work

The preparation and organization of the Board of Directors' work is detailed in the Internal Board Regulations, adopted by the Board of Directors in early 2003. These regulations are updated regularly to take into account evolution of the Company and in the law, including the provisions of the French law on financial security (*Loi de sécurité financière*) of August 1, 2003 and those of the French ordinance No. 2004-604 dated June 24, 2004 reforming securities regulation. The Internal Board Regulations describe in particular the conditions by which the Board of Directors defines the Group's strategic objectives and its powers of oversight and verification.

The Board of Directors is supported in the performance of its work by the three committees: the Audit Committee, the Strategy Committee, and the Nomination, Remuneration and Governance Committee (formerly the Employee and Organization Committee). The Audit Committee, chaired by Eric Bourdais de Charbonnière, comprises four directors, all of whom are independent. The Strategy Committee was led until February 27, 2005 by Thierry Breton and comprises eight members. Frank E. Dangeard now chairs this Committee, which comprises seven members, but he is not a member of any other committee of the Board. The Nomination, Remuneration and Governance Committee, led by Marcel Roulet, is comprised of four members, all independent.

Each committee develops proposals, recommendations and opinions, as the case may be, within its respective field of competence. Each committee may accordingly initiate any study which may assist the Board's deliberations.

**107**

The Chairman of each committee sets the agenda of the meetings and communicates this agenda to the Chairman and Chief Executive Officer.

Proposals, recommendations and opinions issued by the committees are included in the minutes communicated by the Chairman of the Board of Directors to the Board members.

The role of the Audit Committee is described in its charter, which was established when the Audit Committee was first created and was amended in 2003 and 2005 to take into account legislative and regulatory changes in France and the United States.

### Work of the Board of Directors in 2004

SEC's rules. For a discussion of Thomson's plans to adopt a code of ethics, which satisfies the definition of "code of ethics" in Item 16B of Form 20-F, see Item 16B: "Code of Ethics".

### Executive Committee

On September 15, 2004, the Board of Directors approved Thomson's strategic plan that included strengthening management with the appointment of Frank E. Dangeard to the reunified function of Chairman and CEO.

The Executive Committee is the central management body of the Company. It encompasses 15 members (Chairman and CEO, Senior Executive Vice Presidents, and Executive Vice Presidents),

117

representing Thomson business units and support functions. The Executive Committee generally meets on a weekly basis to analyze and evaluate Group performance, make decisions and supervise operations.

Two operating committees of the Executive Committee have also been established to contribute to an effective decision-making process. The Investment Committee meets on an ad hoc basis to review and recommend all financial commitments to the Executive Committee for final approval. The Risk Committee generally meets every six weeks to aid the Executive Committee in the identification, anticipation, prevention and mitigation of financial, operational, and strategic risk to the business. Further, it serves as the vehicle through which results and findings of the Internal Audit Team are communicated to Senior Management.

Both committees submit all their conclusions and recommendations to the Executive Committee. The Investment Committee is chaired by the Chief Financial Officer, Julian Waldron, and the Risk Committee by John Neville, a senior officer of the Group and special advisor to the Chairman and Chief Executive Officer.

| Name of Executive Committee Member | Responsibility | Appointed |
|---|---|---|
| Frank E. Dangeard | Chairman and Chief Executive Officer | 2004 |
| Jean-Charles Hourcade | Senior Executive Vice President, Chief Technology Officer, Technology Division, in charge of the "Technologies" program | 2000 |
| Lanny Raimondo | Senior Executive Vice President, Services Division, in charge of the "Clients" program | 2001 |
| Didier Trutt | Senior Executive Vice President, Displays activity, in charge of the Process Transformation Initiative | 2003 |
| Julian Waldron | Senior Executive Vice President, Chief Financial Officer, in charge of the "Value Creation" program | 2001 |
| Tom Carson | Executive Vice President, in charge of the Program Office, as well as Marketing & Sales for Connectivity | 2002 |
| Marie-Ange Debon | Executive Vice President, Corporate Secretary and General Counsel | 2003 |
| Brad Kendall | Executive Vice President, Human Resources | 2004 |
| Ghislain Lescuyer | Executive Vice President, Access Platforms & Gateways | 2003 |
| Guy Léonard | Executive Vice President, Business Performance | 2003 |
| Quentin Lilly | Executive Vice President, Home Entertainment Services (DVD) | 2003 |
| Jean-Georges Micol | Executive Vice President, Communications & Public Affairs | 2004 |
| Mike D. O'Hara | Executive Vice President, Connectivity | 1999 |
| Béatrix de Russé | Executive Vice President, Intellectual Property and Licensing | 2004 |

| Marc Valentin | Executive Vice President, Broadcast & Networks (Grass Valley) | 2004 |

(1)   The divisions mentioned in this table indicate the position of each current Executive Committee member under the divisional structure effective January 1, 2005.

118

Thomson Group

### Biographies of Executive Committee Members

**Frank E. Dangeard** was appointed Chairman and CEO of Thomson on September 15, 2004. From September 2002 to September 2004, he was Senior Executive Vice President of France Telecom, and non-executive Chairman of Thomson. Mr. Dangeard joined Thomson in April 1997 as Senior Executive Vice President. He became a member of the Thomson Board in March 1999, and Vice-Chairman of the Board in July 2001. From September 1989 to April 1997, he was Managing Director of SG Warburg & Co. Ltd (later SBC Warburg) and from 1995, he was also Chairman of the Board of SBC Warburg (France). From September 1986 to June 1989, he was a lawyer at Sullivan & Cromwell in New York and London. Mr. Dangeard is a Board member of Orange and Equant (two companies in the France Telecom Group). He is also a Board Member of French Electricity Company "*Electricité de France*" (EDF). He graduated from the *école des Hautes Etudes Commerciales* (H.E.C.), the Paris Institut d'Études Politiques and from Harvard Law School. He is a member of the New York Bar.

**Jean-Charles Hourcade** is Senior Executive Vice President in charge of the Technology division and has been Chief Technology Officer since 2001. He is also in charge of the "Technologies" program. In 2000, Jean-Charles Hourcade was appointed Senior Vice President, Research and Innovation. Jean-Charles Hourcade served from 1995 to 2000 as Vice President Strategic Planning, Thomson-CSF, where he was in charge of Corporate Strategy, Strategic Alliances and Merger and acquisitions activities. He joined the Thomson CSF Group in February 1986, coming from the National Institute for Audiovisual where he worked as R&D engineer in computer graphics and special effects. During the following years, he served as Chairman and CEO of Thomson Digital Image (TDI), a company specialized in 3D Computer Graphics software and systems. Jean-Charles Hourcade is a graduate of the *École Polytechnique* and *École Nationale Supérieure des Télécommunications* in Paris. Mr. Hourcade is President of the RIAM, the French Network for Audiovisual and Multimedia Research.

**Lanny Raimondo** is Senior Executive Vice President, Services division, and in charge of the "Clients" program. From March to September 2001, he was Executive Vice President for Technicolor and has been responsible for our Technicolor business since then as Senior Executive Vice President. He is also responsible for overseeing Thomson's growth initiatives in digital imaging, screen advertising and digital cinema. Mr. Raimondo has worked at Technicolor since 1994 and was appointed President and Chief Executive Officer of Technicolor Group in 1998, after having served as President of the company's Home Entertainment business. Prior to that, Mr. Raimondo spent 16 years with Pirelli Cable Corporation where he managed large subsidiary companies in Great Britain, Canada and the U.S., holding the position of President and Chief Executive Officer of the North American Group from 1985 to 1994. Mr. Raimondo is a graduate of Purdue University with a degree in electrical engineering.

**Didier Trutt,** Senior Executive Vice President, Displays, is in charge of the "Process Transformation Initiative". He was appointed "Executive Vice President" in September 2003. He was previously Tubes Operations Vice President in charge of the whole industrial and sales activities for Europe, Asia and North America. From 1996 to 1999, as - Vice President of Manufacturing Operations for Television and Video in Europe, he was in charge of all manufacturing activities for the Television and Video European branch. In 1994, as General Manager DVBS, he launched the Digital Operations business in Europe. From 1987 to 1994, based in Asia, he was responsible for Thomson Television Thailand, and General Manager of Television and Video activities for all industrial sites in South East Asia. From 1984 to 1987, he was in charge of implementing Production Processes and coordinating manufacturing activities for Thomson Television Components France. Since 1992, Mr. Trutt has been Foreign Trade Adviser of France.

**Julian Waldron** was appointed Senior Executive Vice President, Chief Financial Officer in October 2002. He is also in charge of the "Value Creation" program. He joined Thomson in June 2001 as Senior Vice President, Chief Financial Officer. Prior to joining Thomson at his current position, he was Managing Director of UBS Warburg in London where he was co-Head of the European Equity Markets

119

Group, coordinating this business for all Europe. Mr. Waldron has spent over fourteen years with UBS Warburg where he occupied several positions of increasing responsibility. He is a graduate of Cambridge University.

**Tom Carson** was appointed Executive Vice President, Marketing & Sales for Connectivity in February 2004 and is in charge of the Program Office. From October 2002 to February 2004, he was Executive Vice President of Patents & Licensing. Prior to this, Mr. Carson held the position of Vice President Sales & Marketing Coordination and Americas Representative for Thomson's Displays and Components SBU. From 1998 to 2001, he managed Thomson's North American display operations as Vice President Americas Picture Tube Operations. From 1992 to 1998, Mr. Carson was General Manager Sales, Marketing and New Business Development for Thomson's North America Picture Tube Division. Prior to

the international division of Thalès (former Thomson CSF). Mrs. de Russé holds a Master's degree in law and DESS in International Trade law as well as a Master's degree in English and a CDCI diploma.

**Marc Valentin** was appointed Executive Vice President, in charge of Broadcast & Networks (Grass Valley) activity, a part of the Systems & Equipment division, in November 2004. Since 2001, Marc Valentin has managed the Thomson Broadcast & Media Solutions activity, including the integration of the former Philips Broadcast business and the Grass Valley Group into Thomson. Previously, Marc Valentin managed Thomson's European digital decoders division after having served as Chief of Staff to the Chairman and CEO. Before joining Thomson in 1995, Marc Valentin worked for the French Ministry of Finance for six years. During two of those years he served as an expatriate in Islamabad, Pakistan on bilateral financial relations. Marc Valentin holds an engineering degree from the *École Polytechnique* and is a graduate of the *École Nationale d'Administration* (ENA).

121

---

### B —Compensation of Directors and Principal Executive Officers

The following table sets forth the compensation and benefits in kind (excluding stock options) paid in 2004 by Thomson and its subsidiaries to its directors and other principal executive officers (excluding those paid to Directors representing the employees):

| (In euros) | Position | Director Fees [12] | Gross Compensation | Employer Charges |
|---|---|---|---|---|
| Frank E. Dangeard [1] | Chairman and CEO | 30,000 | 456,923[13] | 162,611 |
| Christian Blanc | Director | 24,000 | — | — |
| Eric Bourdais de Charbonnière [2] | Director | 2,575 | | |
| Catherine Cavallari [3] | Director, Employee Representative | — | — | — |
| Loïc Desmouceaux | Director, Employee Shareholder Representative | 14,575 | — | — |
| Eddy W. Hartenstein | Director | 18,000 | — | — |
| Igor Landau | Director | 20,000 | — | — |
| Pierre Lescure | Director | 29,000 | — | — |
| Didier Lombard [4] | Director | — | — | — |
| Gérard Meymarian | Director, Employee Shareholder Representative | 10,931 | — | — |
| Paul Murray [5] | Director | 10,170 | — | — |
| Jean de Rotalier [3] | Director, Employee Representative | — | — | — |
| Marcel Roulet | Director | 30,000 | — | — |
| David Roux [6] | Director | — | — | — |
| Henry P. Vigil [7] | Director | — | — | — |
| Charles Dehelly [8] | Chief Executive Officer | | 1,127,400 | 286,635 |
| Thierry Breton [9] | Director | 30,000 | — | — |
| Pierre Cabanes [10] | Director | 30,000 | — | — |
| Michael Green [11] | Director | 3,328 | — | — |

(1)  Frank E. Dangeard was appointed Chairman and CEO of the Company on September 15, 2004

(2)  Eric Bourdais de Charbonnière was appointed director on December 11, 2003

(3)  The director fees of directors representing employees were paid to their labor organizations

(4)  Didier Lombard was appointed director on May 7, 2004

(5)  Paul Murray was appointed director on June 12, 2003 as a replacement for Michael Green

(6)  David Roux was appointed director on September 15, 2004

(7)  Henry P. Vigil renounced the payment of his director fees

(8)  Charles Dehelly was Chief Executive Officer until September 15, 2004

(9)  Thierry Breton resigned from the Board of Directors on February 27, 2005

(10)  Pierre Cabanes was director until May 7, 2004

(11)  Michael Green was replaced by Paul Murray in 2003

(12)  Paid in 2004 for the 2003 fiscal year

(13)  In 2004, Frank E. Dangeard also received 435,000 stock options as part of Plan 3 in consideration for his renunciation of the options granted to him as part of Plans 1 and 2. See Item 7: "Major Shareholders and Related Party Transactions—Distribution of Share Capital—Stock Option Plans".

The general shareholders' meeting of Thomson held on May 7, 2004 set the annual amount of total director's fees at €450,000. As decided by the Board of Directors, directors' fees are distributed among the directors, depending on the directors' participation in the meetings of the Board of Directors and the Board Committees, of which they are members.

None of Thomson's directors have service contracts which provide for benefits upon termination of employment.

122

In 2004, the total compensation paid by the Company and by all companies of the Group to the members of the Executive Committee (see section "—Composition of the Executive Committee") increased to €8.08 million (excluding compensation related to a specific plan for certain managers of the Content and Networks division and including the variable component which has increased to €2.65 million). In 2003, the total paid to the managers of the Executive Committee had been €7.9 million (excluding compensation related to a specific plan for certain managers of the Content and Networks division and including the variable component of €2.38 million).

The total provided by the Group for the pensions and retirement and other similar benefits granted to these same principal managers amounted to €1.7 million in 2004 and €1.6 million in 2003.

In case of departure from the Company, Frank E. Dangeard, in the role of Chief Executive Officer, can receive an indemnity equal to fifteen months of compensation, depending on the decision of the Board of Directors, with a six months notice period.

On October 8, 2002, Thomson's Board of Directors approved an agreement to indemnify Charles Dehelly, in the event of involuntary departure from the Company, equal to twenty-one months of his annual compensation. In connection with this agreement, Thomson has incurred a charge of €2,048,711 in its 2004 consolidated financial statements.

In 2002 or 2003, no director or officer of the Company was granted or exercised stock options.

## C —Employees

### Thomson's workforce

At December 31, 2004, we employed approximately 49,000 people (temporary employees and trainees excluded), compared to approximately 58,400 employees in 2003, a decrease of 16%. The table below shows the total number of employees of our subsidiaries for the years indicated and provides a break-down by region.

| | 2002 | 2003 | 2004 |
|---|---|---|---|
| Europe [1] | 17,464 | 17,277 | 16,609 |
| North America | 14,405 | 13,073 | 12,992 |
| Asia-Oceania [2] | 20,268 | 17,015 | 12,842 |
| Other countries [3] | 12,967 | 11,034 | 6,636 |
| **Number of employees in consolidated subsidiaries** | **65,104** | **58,399** | **49,079** |
| Number of employees in companies accounted for using the equity method | 383 | 664 | 32,354 [4] |
| | | | |
| (1) Including employees based in Poland of: | 5,256 | 5,697 | 5,416 |
| (2) Including employees based in China of: | 17,195 | 13,454 | 10,609 |
| (3) Including employees based in Mexico of: | 11,974 | 10,048 | 5,647 |
| (4) Reflects essentially employees of TTE. | | | |

The above table includes all of our executives, non-executives and workers, including hourly employee. Temporary employees and trainees are excluded. We had 7,554 temporary employees as of December 31, 2004.

The decrease of employees in Thomson's consolidated subsidiaries employees from 2003 to 2004 resulted primarily from strategic business decisions (e.g., the creation of TTE and the relationship with Foxconn, both leading to the transfer of several production and development sites) and to certain restructuring activities. This decrease was offset in part by growth initiatives through acquisitions and expansions, as described below.

123

The decrease in Europe is mainly the result of the transfer of our European-based television assets to TTE in July 2004 (Poland, Germany and France), the transfer of the Financial Shared Services Center to Accenture (mainly in France and Poland), restructuring activities conducted in Italy, France and United Kingdom, and the closure of the VHS production lines in Milan, Italy and Madrid, Spain. Offsetting in part these

# EXHIBIT EE



FORM 20-F 2005



*images & beyond*

As filed with the Securities and Exchange Commission on May 12, 2006

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 20-F

**(Mark One)**

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
   **for the fiscal year ended December 31, 2005**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
   **for the transition period from _____ to _____**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
   **date of event requiring this shell report**

**Commission File Number: 001-14974**

# THOMSON

**(Exact name of Registrant as specified in its charter)**

### Not Applicable

**(Translation of Registrant's name
into English)**

### Republic of France

**(Jurisdiction of incorporation
or organization)**

**46, quai Alphonse Le Gallo
92100 Boulogne-Billancourt - France
(Address of principal executive offices)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Name of each exchange on which registered: |
|---|---|
| Common Stock, nominal value €3.75 per share, and American Depositary Shares, each representing one share of Common Stock | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act: None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None**

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock
as of the close of the period covered by the annual report:**

**Common Stock, nominal value €3.75 per share: 273,308,032**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act: Yes ☒    No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934: Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days: Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒    Accelerated filer ☐    Non-accelerated filer ☐

Indicate by check mark which financial statement item the Registrant has elected to follow: Item 17 ☐    Item 18 ☒

If this is an annual report, indicated by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐    No ☒

| *Sales in € millions* (except % data) | 2004 net sales at 2004 exchange rates | 2005 net sales at 2004 exchange rates | Exchange rate impact | 2005 net sales at 2005 exchange rates | Change in % at constant 2004 exchange rates | Change in % without adjusting for constant exchange rates |
|---|---|---|---|---|---|---|
| Continuing operations | 6,036 | 5,651 | 40 | 5,691 | (6.4) | (5.7) |
| *Of which:* | | | | | | |
| Services | 2,338 | 2,466 | 21 | 2,487 | 5.5 | 6.4 |
| Systems & Equipment | 2,109 | 2,337 | 17 | 2,355 | 10.8 | 11.7 |
| Technology | 498 | 545 | 1.4 | 546 | 9.4 | 9.6 |
| Corporate | 23 | 40 | 0.3 | 40 | 76.6 | 77.8 |
| Displays & CE Partnerships | 1,068 | 263 | 0.5 | 263 | (75.4) | (75.4) |

## Geographic breakdown of net sales

The table below sets forth our 2005 and 2004 net sales of continuing operations broken down by destination and classified by the location of the entity that invoices the customer. As illustrated below, our most important markets are the United States and Europe, each accounting for 44% of our 2005 net sales.

| Net sales of continuing operations by destination | 2005 | 2004 |
|---|---|---|
| United States | 44% | 48% |
| Europe | 44% | 42% |
| Asia | 5% | 4% |
| Others | 7% | 6% |

## Events Subsequent to December 31, 2005

### Acquisitions

On December 5, 2005, Thomson signed an agreement to acquire 33.3% of the issued and outstanding shares of Canopus Co., Ltd, a Japan-based leader in high definition desktop video editing software. The transaction was subject to governmental authorizations and satisfactory due diligence. The purchase price (Yen 3.8 billion equivalent to €27.5 million) was paid on January 26, 2006 partially in cash and by a delivery of 821,917 Thomson treasury shares. In parallel, Thomson launched a public tender offer for the remaining Canopus shares. The closing occurred on January 26, 2006, with Thomson acquiring control of 94.31% of Canopus for an additional consideration of Yen 8.3 billion (equivalent to an additional €60 million using the exchange rate of December 31, 2005). Canopus was fully consolidated starting from January 26, 2006.

On January 13, 2006, we re-enforced our network installation, playout and maintenance capabilities, through the acquisition of Convergent Media Systems for approximately $37 million (equivalent to €31 million using the exchange rate of December 31, 2005), subject to an increase by up to $7 million dependent upon the performance of the acquired company in

As of March 31, 2006, the Executive Committee comprises the following individuals:

| Name of Executive Committee Member [1] | Responsibility | Appointed |
|---|---|---|
| Frank E. Dangeard | Chairman and Chief Executive Officer | 2004 |
| Jean-Charles Hourcade | Senior Executive Vice President, Chief Technology Officer, co-head of Technology division, in charge of the "Technologies" program | 2000 |
| Ghislain Lescuyer | Senior Executive Vice President, Systems & Equipment division | 2003 |
| Lanny Raimondo | Senior Executive Vice President, Services division, in charge of the "Clients" program | 2001 |
| Didier Trutt | Senior Executive Vice President, Chief Operating Officer, in charge of the "Processes and Business Performance" programs | 2003 |
| Julian Waldron | Senior Executive Vice President, Chief Financial Officer, in charge of the "Value Creation" program | 2001 |
| Éric Bachellereau | Executive Vice President, Human Resources | 2005 |
| Marie-Ange Debon | Executive Vice President, Corporate Secretary and General Counsel | 2003 |
| Quentin Lilly | Executive Vice President, DVD Services | 2004 |
| Jean-Georges Micol | Executive Vice President, Communications & Public Affairs | 2004 |
| Mike D. O'Hara | Executive Vice President, Connectivity, Systems & Equipment division | 1999 |
| Béatrix de Russé | Executive Vice President, Intellectual Property and Licensing, Technology division | 2004 |
| Willy Shih | Executive Vice President, co-head of the Technology division | 2005 |
| Marc Valentin | Executive Vice President, Broadcast & Networks (Grass Valley), Systems & Equipment division | 2004 |

(1) Tom Carson ceased to be a member of the Executive Committee in March 2006.
   At the end of April 2006, Jacques Dunogue was appointed as Senior Executive Vice President in charge of the Systems & Equipment division.  Jacques Dunogue joins from Alcatel where he was a member of the Executive Committee and President of the Europe and South region.  Ghislain Lescuyer is appointed Senior Executive Vice President in charge of Corporate Strategy & Marketing.

**F**

The goodwill is mainly attributable to the anticipated future synergies within the Group.

The contribution to the Group of the acquired businesses for the period from their related acquisition dates to the year ended December 31, 2005 is the following:

| (in € millions) | Year ended December 31, 2005 |
|---|---:|
| Contribution in revenue | 222 |
| Contribution in profit from continuing operations before tax and finance costs | 15 |

In 2005 up until their related acquisition dates, these acquisitions had revenue of €299 million and a loss from continuing operations before tax and finance costs of €8 million.

## (b) Main disposals

• On February 28, 2005, Thomson transferred its tube production site at Anagni, Italy, to the Indian Group Videocon, a leader in consumer electronics in India, for a consideration of €10 and committed to recapitalize the sold company with €103 million in cash as of the transaction date and a further €85 million at the first anniversary date.

• On June 28, 2005, Thomson signed an agreement for the sale of its Tubes activities in China (Foshan and Dongguan sites), Mexico (Mexicali) and Poland (Piaseczno) as well as certain related research and development and sales, marketing and administrative functions, to the Indian group, Videocon.

Definitive agreement occurred on September 30, 2005. Thomson received a cash payment of €240 million for its Tubes activities and technology. Thomson has also invested €240 million in Videocon Industries, a company mainly active in oil and gas, consumer electronics products and consumer electronics components. This investment was effected in the form of Global Depositary Receipt listed on the Luxembourg Stock Exchange. The price is subject to adjustment clauses normal for this type of agreement.

The shareholder agreement between Thomson and certain shareholders of Videocon Industries, signed on September 30, 2005, provides certain rights and obligations among the parties, for so long as Thomson holds at least 3% of the outstanding shares of Videocon Industries. Thomson may not transfer any shares until September 30, 2008, subject to certain exceptions, which are notably i) Thomson may monetize or hedge the risk associated with the shares in accordance with customary market practice, or otherwise use the shares to support a financing, in each case so long as it retains title to the shares until September 30, 2008, ii) Thomson may enter into lending arrangements with respect to these shares, and iii) Thomson may sell up to 10% of its holding under various conditions.

The total impact of this disposal is a consolidated loss totalling €97 million (Refer to Note 11).

• On June 30, 2005, Thomson entered into an agreement under which the Spanish glass group Rioglass will take over its glass cathode ray tubes glass activity, Videoglass, located at Bagneaux-sur-Loing in France. Rioglass will set up a glass-conversion activity for the automotive industry on the site. Rioglass is specialized in glass parts for the car and transport industries.

The definitive agreement was entered into on December 23, 2005. Thomson is committed to certain future payments to Rioglass that have been recorded in Thomson 2005 consolidated financial statements. The total impact of this disposal is a consolidated loss amounting to €89 million (Refer to Note 11).

# EXHIBIT FF



**THOMSON**
*images & beyond*

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 20-F

**(Mark One)**

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
for the fiscal year ended December 31, 2006

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
for the transition period from _____ to _____

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
date of event requiring this shell report

**Commission File Number: 001-14974**

# THOMSON

**(Exact name of Registrant as specified in its charter)**

**Not Applicable**
(Translation of Registrant's name into English)

**Republic of France**
(Jurisdiction of incorporation or organization)

**46, quai Alphonse Le Gallo**
**92100 Boulogne-Billancourt - France**
**(Address of principal executive offices)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Name of each exchange on which registered: |
|---|---|
| Common Stock, nominal value €3.75 per share, and American Depositary Shares, each representing one share of Common Stock | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act: None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None**

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:**

**Common Stock, nominal value €3.75 per share: 273,871,296**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act: Yes ☒   No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934: Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days: Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐

Indicate by check mark which financial statement item the Registrant has elected to follow: Item 17 ☐   Item 18 ☒

If this is an annual report, indicated by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐   No ☒

---

**PRINCIPAL INDUSTRIAL FACILITIES**

---

| Division [1] | Products |
|---|---|
| **Services:** | |
| Pinckneyville (Illinois, USA) | DVD |
| Camarillo (California, USA) | DVD |
| Guadalajara (Mexico) | DVD |
| Mexico City (Mexico) | DVD |
| Memphis (Tennessee, USA) | DVD |
| Mexicali (Mexico) | DVD |
| Millenium Park (Michigan, USA) | DVD |
| Mirabel (Canada) | Film |
| New York (New York, USA) | Film |
| Montreal (Canada) | Film |
| North Hollywood (California, USA) | Film |
| Schifflange (Luxemburg) | DVD |
| Cwmbran (UK) | DVD |
| Piaseczno (Poland) | DVD |
| Coventry (UK) | DVD |
| Madrid (Spain) | Film |
| Rome (Italy) | Film |
| West Drayton (UK) | Film |
| Melbourne (Australia) | DVD |
| Sydney (Australia) | DVD |
| Bangkok (Thailand) | Film |
| **Systems:** | |
| Manaus (Brazil) | Decoders |
| Nevada City (California, USA) | Grass Valley |
| Rennes (France) | Grass Valley |
| Breda (The Netherlands) | Grass Valley |
| Weiterstadt (Germany) | Grass Valley |
| **Technology:** | |
| Batam (Indonesia) | Components |
| **Non-Core – Displays & CE Partnerships:** | |
| Genlis (France) | Manufacturing |
| Angers (France) | Manufacturing |
| **Discontinued Activities:** | |
| Dongguan (China) [2] | AVA, Access Products |

[1]   Facilities used by more than one division are listed according to their principal divisional affiliation.

[2]   This facility remains active but is included in our consolidated financial statements as assets held for sale as part of the AVA businesses.

## Geographic Breakdown of Net Sales

The table below sets forth our 2006, 2005 and 2004 net sales of continuing operations broken down by destination and classified by the location where the customer is invoiced. As illustrated below, our most important markets are North America and Europe, accounting respectively for 46% and 34% of our 2006 net sales.

| Net sales of continuing operations by destination | 2006 | 2005 | 2004 |
|---|---|---|---|
| North America | 46% | 49% | 52% |
| Europe | 34% | 33% | 34% |
| Asia | 10% | 11% | 11% |
| Others | 10% | 7% | 3% |

The table below sets forth our 2006, 2005 and 2004 net sales of continuing operations broken down by origin and classified by the location of the entity that invoices the customer. As illustrated below, our most important markets are North America and Europe, accounting respectively for 40% and 47% of our 2006 net sales.

| Net sales of continuing operations by origin | 2006 | 2005 | 2004 |
|---|---|---|---|
| North America | 40% | 44% | 49% |
| Europe | 47% | 43% | 41% |
| Asia | 6% | 5% | 4% |
| Others | 7% | 8% | 6% |

## Events Subsequent to December 31, 2006

Please see Note 38 to our consolidated financial statements for information on events subsequent to December 31, 2006.

## Critical Accounting Policies

Thomson's principal accounting policies are described in Note 2 to our consolidated financial statements. Certain of Thomson's accounting policies require the application of judgment by management in selecting appropriate assumptions for calculating financial estimates which inherently contain some degree of uncertainty. Management bases its estimates on historical experience and various other assumptions that are believed to be reasonable under the circumstances, the results of which form the basis for making judgments about the reported carrying values of assets and liabilities and the reported amounts of revenues and expenses. Actual results may differ from these estimates, while different assumptions or conditions may yield different results. Thomson's management believes the following to be the critical accounting policies and related judgments and estimates used in the preparation of its consolidated financial statements under IFRS.

## Tangible and Intangible Assets with Finite Useful Lives

The Group records intangible assets with finite useful lives (mainly customer relationships, software, development projects and certain rights on intellectual property acquired) relating to operations and to production facilities under "Intangible assets, net" and tangible fixed assets under "Property, plant and equipment" ("PPE"). Significant estimates and assumptions are required to decide (i) the expected useful lives of these assets for purposes of their depreciation and (ii) whether there is any impairment of their value requiring a write-down of their carrying amount. Estimates that are used to determine the expected useful lives of fixed assets are defined in the Group's accounting policies manual and are consistently applied throughout the Group.

For the year ended December 31, 2006, the Group recognized depreciation expense amounting to €183 million related to tangible fixed assets and amortization expense of €148 million for intangible assets with finite useful lives (these figures include depreciation expense booked in the loss from discontinued operations). As of December 31, 2006, the net carrying amount of PPE and intangible assets with finite useful lives amounted to €813 million and €804 million, respectively.

**PART I**

**ITEM 6**

Directors, Senior Management and Employees

As of March 31, 2007, the Executive Committee comprises the following individuals:

| Name of Executive Committee Member [1] | Responsibility | Appointed |
|---|---|---|
| Frank E. Dangeard | Chairman and Chief Executive Officer | 2004 |
| Jacques Dunogué | Senior Executive Vice President, Systems division | 2006 |
| Jean-Charles Hourcade | Senior Executive Vice President, Chief Technology Officer, Technology division | 2000 |
| Lanny Raimondo | Senior Executive Vice President, Services division | 2001 |
| Didier Trutt | Senior Executive Vice President, Chief Operating Officer | 2003 |
| Julian Waldron | Senior Executive Vice President, Chief Financial Officer | 2001 |
| Éric Bachellereau | Executive Vice President, Human Resources and Internal Communications | 2005 |
| Marie-Ange Debon | Executive Vice President, General Secretary | 2003 |
| Quentin Lilly | Executive Vice President, DVD Services, Services division | 2004 |
| Jean-Georges Micol | Executive Vice President, Marketing and Branding | 2004 |
| Béatrix de Russé | Executive Vice President, Intellectual Property and Licensing, Technology division | 2004 |

[1] *Mike O'Hara and Willy Shih ceased to be members of the Executive Committee in September 2006 and Ghislain Lescuyer ceased to be a member in December 2006. Marc Valentin ceased to be a member of the Executive Committee in February 2007.*

## Biographies of Executive Committee Members

*FRANK E. DANGEARD* was appointed Chairman and CEO of Thomson on September 15, 2004. From September 2002 to September 2004, he was Senior Executive Vice President of France Télécom, and non-executive Chairman of Thomson. Mr Dangeard joined Thomson (at the time Thomson Multimedia) in April 1997 as Senior Executive Vice President. He became a member of the Thomson Board in March 1999, and Vice Chairman of the Board in July 2001. From September 1989 to April 1997, he was Managing Director of SG Warburg & Co. Ltd (later SBC Warburg) and from 1995, he was also Chairman of the Board of SBC Warburg (France). From September 1986 to June 1989, he was a lawyer at Sullivan & Cromwell in

New York and London. Mr Dangeard is a Board Member of French Electricity Company *Électricité de France* (EDF), the mobile telecom operator Orange (France Télécom), Investment Bank Calyon (Crédit Agricole) and Symantec Corporation. He graduated from the *École des Hautes Études Commerciales* (H.E.C.), the Paris *Institut d'Études Politiques* and from Harvard Law School. He is a member of the New York Bar.

*JACQUES DUNOGUE* was appointed Senior Executive Vice President and head of the Systems division in May 2006. Before joining Thomson, Mr Dunogué was Executive Vice President of Alcatel, in charge of sales and local operations in Europe, the Middle East, Africa, India and Latin America. Within Alcatel since 1987, Jacques Dunogué held a number of management positions,

# EXHIBIT GG

# Technicolor (TCH)

1, RUE JEANNE D'ARC
92443 ISSY–LES–MOULI, I0 –
33–01–41–86–

# 20–F

**THOMSON FORM 20–F**
**Filed on 04/21/2008 – Period: 12/31/2007**
File Number 001–14974



**LIVEDGAR**® Information Provided by Thomson Reuters Westlaw, ©2011. All Rights Reserved.
800.669.1154
www.gsionline.com

As filed with the Securities and Exchange Commisson on April 21, 2008

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

# FORM 20–F

(Mark One)

☐    **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 for the fiscal year ended December 31, 2007**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 for the transition period from _____ to _____**

☐    **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 date of event requiring this shell report**

**Commission File Number: 001–14974**

# THOMSON

**(Exact name of Registrant as specified in its charter)**

**Not Applicable**             **Republic of France**

**(Translation of Registrant's name into English)**        **(Jurisdiction of incorporation or organization)**

**46, quai Alphonse Le Gallo**
**92100 Boulogne–Billancourt – France**
**(Address of principal executive offices)**

**Julian Waldron**
**Chief Executive Officer and Chief Financial Officer**
**Thomson**
**46, quai Alphonse Le Gallo**
**92100 Boulogne–Billancourt**
**France**
**Tel: +33 1 41 86 50 00**
**Fax: +33 1 41 86 56 22**
**(Name, Telephone, E–mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Name of each exchange on which registered: |
|---|---|
| Common Stock, nominal value €3.75 per share, and American Depositary Shares, each representing one share of Common Stock | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act: None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None**

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the Annual report:**

**Common Stock, nominal value €3.75 per share: 269 890 028**

Indicate by check mark if the registrant is a well–known seasoned issuer, as defined in Rule 405 of the Securities Act: Yes ☐ No ☒

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90

days: Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non–accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b–2 of the Exchange Act. (Check one):

Large accelerated filer ☒ Accelerated filer ☐ Non–accelerated filer ☐

Indicate by check mark which financial statement item the Registrant has elected to follow: Item 17 ☐ Item 18 ☒

If this is an Annual report, indicated by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act): Yes ☐ No ☒

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing: U.S. GAAP ☐ International Financial Reporting Standards as issued by the International Accounting Standards Board ☒ Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. Item 17 ☐ Item 18 ☐

During 2007, the process continued to achieve an exit for Thomson from the Audio–Video (AV) activities outside Europe (AV US/Rest of the World (ROW)) and the European Audio–Video and Accessories activities (AVA Europe). As a result of this process, at the end of December 2007, the AV US/ROW business, with the exception of some net assets/liabilities, were purchased by Audiovox, and some staff rehired by Audiovox. Thomson also assigned to Audiovox worldwide rights, against future payments, to the RCA brand within the field of use for AV products. The cash proceeds of this AV US/ROW sale (net of related restructuring costs and including expected trademark payments and liquidation of working capital) are expected to yield €40 million, of which $19 million (equivalent to €13 million) was paid in cash by Audiovox on closing of the transaction on December 31, 2007. Several offers for AVA Europe were considered during the second and third quarters of 2007 without achieving an acceptable solution from a social and economic perspective for the stakeholders. As a result, on October 16, 2007, Thomson announced that it would progress with closing the AVA Europe business, except for the Skymaster activities in Germany. For the latter entity, a sale and purchase transaction was signed with Arques Industries, a German company, and completed on December 31, 2007 for the transfer of all the shares in Skymaster to Arques Industries. The cash costs of shutting the AVA Europe activities, including the effect of the disposal of Skymaster, net of liquidation of working capital, are expected to be just over €30 million, including €11 million to recapitalize Skymaster (see Note 5 of our consolidated financial statements for further information). At the end of 2007, all Thomson's operational activities in the area of AVA have ceased and remaining actions are concentrated on the monetisation of working capital and other balance sheet items. The loss from discontinued activities of €241 million includes the gains and losses on the AVA disposals and closure referred to above. See Chapter 3: "Operating and Financial Review and Prospects", section 3.15: "Results of Operations for 2007 and 2006" and Note 11 to our consolidated financial statements.

## 2.3 Organizational Structure

Please refer to Chapter 6: "Additional Information", section 6.7: "Organizational Chart as of December 31, 2007" for an organizational chart and a list of Thomson's main subsidiaries.

## 2.4 Property, Plant and Equipment

### 2.4.1 Operating Facilities and Locations

We have an organization with various manufacturing and distribution operations in order to deliver products and services to our customers. In addition, we rely on outsourcing for manufacturing many of our finished products, particularly in the Systems Division.

Our objective is to optimize the location and the organization of our operations, to reduce our production costs, minimize our stock levels and our lead–times while minimizing negative impacts that could affect the environment, health and safety. Over the last few years, we have implemented an outsourcing policy for the manufacturing of a significant proportion of standardized products in order to focus our resources on the development of high–end products and services. At the end of 2007, we had facilities involved in the production and distribution of various products, as shown in the table below.

The table shows our principal operating facilities by division at the end of 2007. We own or lease all of these facilities. We also lease our office buildings in Boulogne, France and Indianapolis, Indiana, USA. For more information on our leases, see the discussion under Chapter 3: "Operating and Financial Review and Prospects", section 3.18: "Contractual Obligations and Commercial Commitments including Off–Balance Sheet Arrangements".

**Current Directorships:**

*Outside of France:*

Co–Chief Executive of Silver Lake;

Managing Director of Silver Lake Management Company, LLC, Silver Lake Partners Management Company, LLC, Silver Lake Management Company III, LLC, Silver Lake Technology Associates, LLC, Silver Lake Technology Associates II, LLC, and Silver Lake Technology Associates III LP;

Managing member of Silver Lake Group, LLC and Silver Lake Technology Management LLC;

Board member of Silver Lake Asia Limited, Silver Lake Europe Holdings Limited, Silver Lake Partners Limited, Silver Lake (Offshore) AIV GP Ltd., Silver Lake (Offshore) AIV GP II Ltd., Silver Lake (Offshore) AIV GP III Ltd. SLP Group GP, Ltd., Silver Lake New York Inc., Avaya Inc. and of Serena Software, Inc.

**Past Directorships held during the past five years:**

Board member of Symantec Corporation, Business Objects, eConnections, Inc, SubmitOrder, Inc., CB Cayman, Gartner, Inc., Network General Corporation, Network General Central Corporation, Network General Holdings Corporation, Seagate Technology, Crystal Decisions, Inc., UGS Capital Corporation, UGS Capital Corporation II, UGS Holdings, Inc., UGS Corp. and VERITAS Software.

Chairman of New SAC, Seagate Software Cayman Holdings, and Certance.

### Rémy Sautter

Rémy Sautter is Chairman of the Supervisory Board of Ediradio/ RTL since 2000. From 1996 to 2000, he was Chairman and Chief Executive Officer of CLT Multi Média and then of CLT–UFA Group (Luxembourg). From 1985 to 1996, he served as Vice Chairman and Chief Executive Officer of Ediradio/ RTL. From 1983 to 1985, he was Chief Financial Officer of Havas. Rémy Sautter is graduated from the *Institut d'Études Politique* of Paris and the *École Nationale d'Administration (ENA)*.

**Current Directorships:**

*In France:*

Chairman of the Supervisory board of Ediradio/RTL;

Chairman and CEO of Société Immobilière Bayard d'Antin;

Member of the Supervisory board of M6 and Navimo;

Board member of Pages Jaunes, SERC/FUN Radio, SODERA/RTL2, d'IP and IP Régions.

*Outside of France:*

Chairman of the Board of FIVE;

Board member of Taylor Nelson Sofres Ltd. PARTNER Reinsurance Ltd. and TVI S.A. Belgique.

**Past Directorships held during the past five years:**

Board member of Wanadoo and M6 Publicité.

Chairman of the Board of Directors of SICAV Multimédia & Technologies.

### Henry P. Vigil

Henry P. Vigil is Vice Chairman, Strategy and Partnership at Microsoft Corporation since January 1999. From January 1997 to January 1999, he was responsible for the development of Microsoft's digital TV strategy. From 1995 to 1997, he was General Manager of the Internet Commerce and Interactive Television Business Units. From 1990 to 1995, he served as Director of marketing for Desktop Applications of Microsoft Corporation. Henry P. Vigil earned an MBA from Stanford Graduate School of Business and a Bachelor of Arts degree in Philosophy from Stanford University.

**Current Directorships:**

*Outside of France:*

Senior Vice Président Strategy and Partnerships of Microsoft Corporation.

**Past Directorships held during the past five years:**

—

**Preparation and Organization of the Board of Directors' work**

The Group has implemented the principal recommendations regarding corporate governance for French companies, most notably as outlined in the Viénot Reports of 1995 and 1999 and in the Bouton Report of September 2002. These recommendations focus primarily on the composition of the Board of Directors and their committees, which should combine Director independence and expertise in the Company's businesses. The recommendations also focus on the functioning of the Board of Directors and establishing procedures to provide on-going and timely information in advance of Board Meetings. These recommendations were incorporated in the "Internal Board Regulations" (*Règlement Intérieur*) of the Board of Directors.

## Structure of the Board of Directors' Work

The preparation and organization of the Board of Directors' work is detailed in the Internal Board Regulations, which were updated on December 14, 2007. The Internal Board Regulations describe in particular the conditions by which the Board of Directors defines the Group's strategic objectives and its powers of oversight and verification.

In 2007, the Board of Directors was supported by three committees: the Audit Committee, the Strategy Committee, and the Nomination, Remuneration and Governance Committee. Each Committee develops proposals, recommendations and opinions, as the case may be, within its respective field of competence. Each committee may accordingly initiate any study which may assist the Board's deliberations. The Chairman of each committee sets the agenda of the Meetings and communicates this agenda to the Chairman and Chief Executive Officer. Proposals, recommendations and opinions are presented to the Board following each Committee meeting.

## Work of the Board of Directors in 2007

Each year, the Board of Directors fixes a calendar of its Meetings, as proposed by its Chairman, for the coming year.

This calendar sets the dates of the regular Board Meetings (*e.g.*, for the revenue results of the first and third quarters, full year and six month financial statements and the Meeting prior to the Annual General Shareholders' Meeting) and, on a tentative basis, the dates which Directors should reserve for additional Board Meetings.

In 2007, the Board of Directors met ten times with a member participation rate of 88%. The table below shows the participation rate of each Director.

| Director | Participation Rate |
|---|---|
| F.E. Dangeard | 100% |
| E. Bourdais de Charbonnière | 80% |
| F. de Carbonnel (1) | 100% |
| C. Cavallari (2) | 75% |
| L. Desmouceaux | 100% |
| E. Hartenstein | 70% |
| P. Lescure | 40% |
| D. Lombard | 100% |
| G. Meymarian | 90% |
| P. Murray | 100% |
| J. de Rotalier (2) | 100% |
| M. Roulet | 100% |
| D. Roux | 90% |
| R. Sautter | 90% |
| H. Vigil | 90% |

(1)    The participation rate is shown on a pro rata basis from the members' date of appointment on the Board, i.e. April 24, 2007.

(2)    The participation rate is shown on a pro rata basis from the members' date of appointment on the Board, i.e. June 13, 2007.

# Exhibit HH

20-F 1 thomson20f.htm 20-F

**As filed with the Securities and Exchange Commission on May 6, 2009**

# UNITED STATES

# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 20-F

**(Mark One)**

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 for the fiscal year ended December 31, 2008

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 for the transition period from _____ to _____

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 date of event requiring this shell report

**Commission File Number: 001-14974**

# THOMSON

**(Exact name of Registrant as specified in its charter)**

**Not Applicable**

**(Translation of Registrant's name into English)**

**Republic of France**

**(Jurisdiction of incorporation or organization)**

**46, quai Alphonse Le Gallo**

**92100 Boulogne-Billancourt - France**

**(Address of principal executive offices)**

**Stéphane Rougeot**

**Chief Financial Officer**

**Thomson**

**46, quai Alphonse Le Gallo**

**92100 Boulogne-Billancourt**

**France**

**Tel: +33 1 41 86 50 00**

**Fax: +33 1 41 86 56 22**

**(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Name of each exchange on which registered: |
|---|---|
| Common Stock, nominal value €3.75 per share, and American Depositary Shares, each representing one share of Common Stock | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act: None**

**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None**

**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the Annual Report:**

**Common Stock, nominal value €3.75 per share: 269,890,028**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act: Yes ☐  No ☒

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to section 13 or 15(d) of the Securities Exchange Act of 1934 Yes ☐  No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days: Yes ☒  No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its Corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit

and post such files). Yes ☐   No ☐

Indicate by check mark which financial statement item the Registrant has elected to follow: Item 17 ☐   Item 18 ☒

If this is an Annual Report, indicated by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act): Yes ☐   No ☒

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing: U.S. GAAP ☐

International Financial Reporting Standards as issued by the International Accounting Standards Board ☒   Other ☐

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow: Item 17 ☐
   Item 18 ☐

2008 FORM 20-F – THOMSON GROUP

## *Table of Contents*

| | Page |
|---|---|
| **1   Key Information and Risk Factors** | **5** |
| 1.1     Selected Financial Data | 6 |
| 1.2     Exchange Rate Information | 9 |
| 1.3     Risk Factors | 10 |
| 1.4     Litigation | 21 |
| **2   Information on the Company** | **23** |
| 2.1     History and Development of the Company | 24 |
| 2.2     Business Overview | 28 |
| 2.3     Organizational Structure | 42 |
| 2.4     Property, Plant and Equipment | 42 |
| **3   Operating and Financial Review and Prospects** | **49** |
| 3.1     Overview | 50 |
| 3.2     Key Economic Drivers | 51 |
| 3.3     Summary of Results | 51 |
| 3.4     Seasonality | 52 |
| 3.5     Effect of Exchange Rate Fluctuations | 53 |
| 3.6     Geographic Breakdown of Net Revenues | 54 |
| 3.7     Events Subsequent to December 31, 2008 | 55 |
| 3.8     Critical Accounting Policies | 56 |
| 3.9     Changes in Accounting Principles | 59 |
| 3.10     *Reserved* | 59 |
| 3.11     Changes in Scope of Consolidation in 2008 | 59 |
| 3.12     Notification of Participations Acquired in the Share Capital of French Companies in 2008 | 60 |
| 3.13     Changes in Scope of Consolidation in 2007 | 60 |
| 3.14     Notification of Participations Acquired in the Share Capital of French Companies in 2007 | 61 |
| 3.15     Results of Operations for 2008 and 2007 | 62 |
| 3.16     Results of Operations for 2007 and 2006 | 68 |
| 3.17     Liquidity and Capital Resources | 75 |
| 3.18     Contractual Obligations and Commercial Commitments including Off-Balance Sheet Arrangements | 79 |
| **4   Corporate governance and workforce** | **83** |
| 4.1     Directors | 84 |
| 4.2     Executive Committee | 107 |
| 4.3     Employees and Workforce | 109 |
| **5   Shareholders and Listings Information** | **117** |
| 5.1     Major Shareholders | 118 |
| 5.2     Related Party Transactions | 123 |
| 5.3     The Offer and Listing | 123 |
| **6   Additional Information** | **129** |
| 6.1     Share Capital and Voting Rights | 130 |
| 6.2     Memorandum and Articles of Association | 134 |
| 6.3     Material Contracts | 142 |

Back to Contents

# 4.2    Executive Committee

## 4.2.1    Members of the Executive Committee

As of March 31, 2009, the Executive Committee comprises seven members. The following table shows their responsibilities and year of appointment.

| Name of Executive Committee Member | Responsibility | Appointed |
|---|---|---|
| Frederic Rose | Chief Executive Officer | 2008 |
| Éric Bachellereau | Human Resources & CSR | 2005 |
| Béatrix de Russé | Licensing, Research & Innovation | 2004 |
| Andrew Levido | Business Operations and Thomson Connect [(*)] | 2008 |
| Vince Pizzica | Strategy, Technology & Marketing | 2008 |
| Lanny Raimondo | Technicolor Business Group | 2001 |
| Stéphane Rougeot | Chief Financial Officer | 2008 |

*(*) Formerly "Thomson Grass Valley"*

For the functioning of the Executive Committee, see Chapter 8: "Internal and external Controls Procedures", section 8.1.2: "General control environment - Group management and decision - making processes".

### Biographies of Executive Committee members

*Mr. Frederic Rose* took position as Chief Executive Officer starting September 1, 2008. For more information about his biography, please refer to paragraph 4.1.3.1 above.

*Mr. Éric Bachellereau* has been Head of Human Resources & CSR since January 2009. He joined Thomson as Head of Human Resources in September 2005. In 2004 and 2005, Mr. Éric Bachellereau was Senior Vice President in charge of Management Development of the Arcelor Group, and HR Director of the Stainless Steel Division in Paris and Luxembourg. Previously, he was Vice President for Thomson's Human Resources, in charge of Thomson TVAA and corporate functions worldwide from 1999 to January 2004. Mr. Éric Bachellereau was Vice President, Human Resources with Alcatel-Alsthom (89-99) and Human Resources manager with FNAC Paris (83-89). Mr. Éric Bachellereau holds a degree in social sciences from F. Rabelais University (Tours).

*Mrs. Béatrix de Russé* was appointed Head of Licensing, Research & Innovation in 2008, after holding the position of Head of Intellectual Property and Licensing since February 2004. Prior to this and since 1999, she was Head of Licensing. From 1993 to 1999 she was successively Head of Licensing, then Head of Patents and Licensing for Thomson. From 1984 to 1992, Mrs. Béatrix de Russé was in charge of international contracts and Intellectual Property at Thomson Components and STMicroelectronics, where she specialized in Intellectual Property matters. From 1976 to 1983, she worked as an international attorney at the international division of Thalès (former Thomson CSF). Mrs. Béatrix de Russé holds a Master's degree in law and DESS in International Trade law as well as a Master's degree in English and a CDCI diploma.

*Mr. Andrew Levido* is Head of Business Operations and Thomson Connect formerly "Thomson Grass Valley". He was formerly in charge of operations at Alcatel-Lucent, overseeing the financial and operational performance of the EMEA and APAC regions. Mr. Andrew Levido has lived and worked in both Asia and Europe. He has held several senior positions with Alcatel, including COO for the APAC region, Country Leader for Hong Kong and Australasia, and General Manager of Alcatel's Integration and Services activities in Australasia. Mr. Andrew Levido has 20 years experience in the technology sector, working for a number of major companies including Siemens, GEC Plessey and Exicom. He holds a Bachelor of Engineering from the University of Technology, Sydney, and an MBA from Macquarie University.

Back to Contents

*Mr. Vince Pizzica* is Head of Strategy, Technology & Marketing. Mr. Vince Pizzica was recently special advisor to the COO of Telstra on Mediacomms technology and prior to

At December 31, 2008, the Group had 199 consolidated subsidiaries, of which 168 were located outside France and 31 in France (see notes 5 and 40 to the Group's consolidated financial statements).

## 6.7.1   Parent Company

At December 31, 2008, Thomson SA ("the Parent Company") had 575 employees. It principally performs corporate activities (such as finance, communications, legal, human resources), most of which are located in France, although some of the corporate functions are decentralized to the United States and Asia.

## 6.7.2   Organization of the Group's Subsidiaries

The subsidiaries are organized based on the following principles:

- the organization of the Group's corporate entities does not strictly mirror the structure of its business segments, since one corporate entity may house business activities belonging to different segments;

- the Group's aim is to have one "parent" unit per country, as is already the case in the U.S., Italy, The Netherlands, Japan and Germany, while reorganizations are underway in Canada and are almost finalized in the U.K.;

- the Group combines, merges, sells and terminates subsidiaries as it deems necessary and when permitted by law.

## 6.7.3   Main flows between the Parent Company and the Group's subsidiaries

The Company centralizes a large part of external financing of the Group and advances the funds obtained to its subsidiaries through loans and current account contracts.

The Company also promotes consolidation of cash-pooling whenever the establishment of such structures is feasible. Thus, the Company directly or indirectly ensures the consolidation and the treasury financing of its main subsidiaries.

In addition, the Company provides administrative support and technical assistance services to the Group's subsidiaries and invoices such services through "management fees" contracts.

The Company also grants, through its fully-owned subsidiaries Thomson Licensing SAS and Technicolor Trademark Management SAS, rights to use its trademarks, patents and know-how to the Group's subsidiaries.

## 6.7.4   Principal Group Subsidiaries

The Group's principal subsidiaries as of December 31, 2008 are described below. They have been selected based on their contribution to the Group's net income, value of their assets, carrying amount of the investment held by the Group and the relevance of their business to the Group.

### Thomson Multimedia Sales International SAS and Gallo 8 (France)

At December 31, 2008, Thomson Multimedia Sales International SAS was directly owned by the Parent Company and Gallo 8 was indirectly owned by the Parent Company. Those subsidiaries function purely as a holding company.

Thomson Multimedia Sales International SAS and Gallo 8 are fully consolidated in the Group's consolidated financial statements (please refer to Note 40 in Chapter 10: "Thomson Consolidated Financial Statements").

### Thomson, Inc. (U.S.)

At December 31, 2008, Thomson Inc. was wholly-owned by the Parent Company. This subsidiary owns other U.S. subsidiaries active across all the Group's business divisions and itself houses activities, notably in the Thomson Grass Valley Division, and Corporate functions (please refer to Chapter 2: "Information on the Company", section 2.2: "Business Overview" for further information).

Thomson Inc. did not pay any dividend to the Parent Company in 2008.

Thomson Inc. is fully consolidated in the Group's consolidated financial statements (please refer to Note 40 in Chapter 10: "Thomson Consolidated Financial Statements").

### Thomson Telecom SAS (France)

At December 31, 2008, Thomson Telecom SAS was indirectly owned by the Parent Company. This subsidiary houses the bulk of the Access Products activities of the Thomson Grass Valley Division (for more information about this subsidiary's activities, please refer to Chapter 2: "Information on the Company", section 2.2.2: "Thomson Grass Valley, formerly Systems" for further information).

# EXHIBIT I I



technicolor

**2010**
ANNUAL
REPORT

# 2010 Annual Report



*Société anonyme* with a share capital of €174,846,625

Registered Office: 1-5, rue Jeanne d'Arc

92130 Issy-Les-Moulineaux

Nanterre Register of Commerce and Companies No. 333 773 174



This Registration document (*Document de Référence*) was filed with the *Autorité des Marchés Financiers* (AMF) on March 30, 2011, in accordance with Article 212-13 of the AMF General Regulations. It may be used in connection with a financial transaction provided it is accompanied by a transaction note (*note d'opération*) approved by the AMF. This document was prepared by the issuer and is the responsibility of the signatories thereof.

Copies of this registration document are available free of charge from Technicolor.

This registration document can also be consulted on the website of the AMF (French version only) (www.amf-france.org) and on the website of Technicolor (www.technicolor.com).

## 4.2   EXECUTIVE COMMITTEE

### 4.2.1 Members of the Executive Committee

As of the date hereof, the Executive Committee comprises nine Members. The following table shows their responsibilities and year of appointment.

| Name of Executive Committee Member | Age | Responsibility | Appointed |
|---|---|---|---|
| Frederic Rose | 48 | Chief Executive Officer | 2008 |
| Delphine Abellard | 47 | General Secretary and Legal | 2011 |
| David Chambeaud | 43 | Human Resources & Sustainability, Sourcing and Security | 2009 |
| Béatrix de Russé | 63 | Intellectual Property & Licensing | 2004 |
| Gary Donnan | 52 | Strategy, Technology & Research | 2010 |
| Chuck Parker | 40 | Chief Commercial Officer | 2011 |
| Vince Pizzica | 47 | Digital Delivery | 2008 |
| Lanny Raimondo | 67 | Entertainment Services | 2001 |
| Stéphane Rougeot | 42 | Chief Financial Officer, IT | 2008 |

#### BIOGRAPHIES OF EXECUTIVE COMMITTEE MEMBERS

*Mr. Frederic Rose* took position as Chief Executive Officer starting September 1, 2008. For more information about his biography, please refer to paragraph 4.1.3.1 above.

*Ms. Delphine Abellard* was appointed General Secretary & Legal on March 15, 2011. Previously and since 1998, she worked at Eurazeo, a listed investment company, where she was General Counsel and, since 2008, also Secretary to the Supervisory Board. From 1992 to 1998, she practised law as an attorney, mainly in the mergers and acquisitions department of Coudert Brothers, an American law firm in Paris. From 1988 to 1991, Delphine Abellard worked in Washington D.C. for Stewart & Stewart, a law firm specialized in Trade Law. Member of the Paris and New York Bars, she holds an MBA in Finance from Virginia Polytechnic Institute, a Master of Laws from Georgetown University and from Paris Panthéon-Sorbonne. She graduated from the *Institut d'Études Politiques* of Paris.

*Mr. David Chambeaud* was appointed Head of Human Resources & Sustainability in July 2009. Prior to this and since 1999, he is also in charge of managing Sourcing and Security at Group level. Previously and since 2005, he was Head of Sourcing for the Group. From 1995 to 2005, Mr. David Chambeaud occupied various functions within the Sourcing Management team based in France and Germany assuming regional or division responsibilities. He also worked within the Packaging Division of the Danone Group. David Chambeaud is a graduate of the EPSCI (*École des practiciens du commerce international*), an international business school which is part of the ESSEC Group.

*Ms. Béatrix de Russé* is Head of Intellectual Property and Licensing since February 2004. Prior to this and since 1999, she was Head of Licensing. From 1993 to 1999 she was successively Head of Licensing, then Head of Patents and Licensing for Thomson. From 1984 to 1992, Ms. Béatrix de Russé was in charge of international contracts and Intellectual Property at Thomson Components and STMicroelectronics, where she specialized in Intellectual Property matters. From 1976 to 1983, she worked as an international attorney at the international division of Thales (former Thomson CSF). Ms. Béatrix de Russé holds a Master's degree in law and DESS in International Trade law as well as a Master's degree in English and a CDCI diploma.

*Mr. Gary Donnan* is Head of Strategy, Technology & Research. Before joining Technicolor in October 2005, Mr. Donnan held similar responsibilities at Alcatel in Research & Innovation, in addition to serving on the Alcatel France Executive Committee. Immediately prior to that role, he was the R&D Technical Director (3G) in Alcatel/Fujitsu (Evolium). During the previous 14 years, Mr. Gary Donnan worked in R&D operations in the fields of satellite & nuclear control systems, transmission systems, switching systems, and radio infrastructure. In addition to leading Technicolor Research & Innovation, Mr. Gary Donnan currently heads the Company's Strategy, Technology, and Research organization – charged with promoting advanced technologies and services throughout the Company. He received his degrees in Computer Systems from the University of Ulster, Ireland.

*Mr. Chuck Parker* was appointed Chief Commercial Officer for Technicolor in January 2011, overseeing the company's global sales function. During the prior two years, Chuck was President of Technicolor's Digital Content Delivery division, which included Broadcast Services, Media Services, and the creation and launch of the MediaNavi business. Mr. Chuck Parker joined the Group in 1996 and since then has held several senior management positions including EVP International of the Home Entertainment Services division and Chief Information Officer. Before joining the Group, he was a Combat Arms Officer serving for the U.S. Army.  He holds an MBA from the University of Notre Dame, where he graduated with honors.

*Mr. Vince Pizzica* is Head of Digital Delivery since June 2010 after being head of Research and Innovation and Connect since 2008. Prior to joining Technicolor and over a 27–year career in the telecoms industry, Mr. Vince Pizzica spent 17 years at Telstra at various operation and technology positions including the advisor to the COO of Telstra on Mediacomms technology and he spent also 7 years at Alcatel Lucent in charge of Technology, Strategy and Marketing for the EMEA and APAC region as well as CTO for the APAC region. Mr. Vince Pizzica holds a Bachelor of Engineering from the Institute of Engineers in Australia, and a Master of Telecoms & Info Systems from the University of Essex, U.K.

*Mr. Lanny Raimondo* has been Head of Entertainment Services since September 2001. Mr. Lanny Raimondo has worked at Technicolor since 1994 and was appointed President and Chief Executive Officer of Technicolor Group in 1998, after having served as President of the

# EXHIBIT JJ



ANNUAL REPORT **2011**
including the Annual Financial Report



*Société anonyme* with a share capital of €223,759,083
Registered Office: 1-5, rue Jeanne d'Arc
92130 Issy-Les-Moulineaux
Nanterre Register of Commerce and companies No. 333 773 174

# ANNUAL REPORT **2011**



This Registration document *(Document de Référence)* was filed with the *Autorité des Marchés Financiers* (AMF) on March 27, 2012 in accordance with Article 212-13 of the AMF General Regulations. It may be used in connection with a financial transaction provided it is accompanied by a transaction note *(note d'opération)* approved by the AMF. This document was prepared by the issuer and is the responsibility of the signatories thereof.

This registration document can be consulted on the website of the AMF (French version only) (www.amf-france.org) and on the website of Technicolor (www.technicolor.com).

# 4.5   EXECUTIVE COMMITTEE

## 4.5.1   MEMBERS OF THE EXECUTIVE COMMITTEE

As of the date hereof, the Executive Committee comprises eight Members. The following table shows their responsibilities and year of appointment.

| Name of Executive Committee Member | Age | Responsibility | Appointed |
|---|---|---|---|
| Frederic Rose | 49 | Chief Executive Officer | 2008 |
| David Chambeaud | 44 | Human Resources & Sustainability, Sourcing and Security Broadcast Services & Media Services | 2009 |
| Béatrix de Russé | 64 | Intellectual Property & Licensing | 2004 |
| Gary Donnan | 53 | Technology & Research | 2010 |
| Vince Pizzica | 48 | Corporate Partnerships & Ventures | 2008 |
| Michel Rahier | 58 | Connected Home - VoIP/IPTV Operations Services & Transformation | 2011 |
| Lanny Raimondo | 68 | Entertainment Services | 2001 |
| Stéphane Rougeot | 43 | Chief Financial Officer Strategy & Portfolio Management | 2008 |

## Biographies of Executive Committee Members

*Mr. Frederic Rose* assumed the position of Chief Executive Officer starting September 1, 2008. For more information about his biography, please refer to paragraph 4.1.3.1 above.

*Mr. David Chambeaud* is Head of Human Resources & Sustainability since July 2009. As an Executive Committee Member, he is also in charge of managing: Broadcast Services and Media Services Divisions, and the Sourcing and Security functions at the Group level. Previously and since 2005, he was Head of Sourcing for the Group. From 1995 to 2005, Mr. David Chambeaud occupied various functions within the Sourcing Management team based in France and Germany, assuming regional or divisional responsibilities for this function. He also worked within the Packaging Division of the Danone Group from 1992 to 1994. David Chambeaud is a graduate of the EPSCI (*École des practiciens du commerce international*), an international business school which is part of the ESSEC Group.

*Ms. Béatrix de Russé* is Head of Intellectual Property and Licensing since February 2004. Prior to this and since 1999, she was Head of Licensing. From 1993 to 1999 she was successively Head of Licensing, and then Head of Patents and Licensing for Thomson. From 1984 to 1992, Ms. Béatrix de Russé was in charge of international contracts and Intellectual Property at Thomson Components and STMicroelectronics, where she specialized in Intellectual Property matters. From 1976 to 1983, she worked as an international attorney at the international division of Thales (former Thomson CSF). Ms. Béatrix de Russé holds a Master's degree in law and DESS in International Trade law as well as a Master's degree in English and a CDCI diploma.

*Mr. Gary Donnan* is Head of Technology & Research since June, 2010. Before joining Technicolor, Mr. Donnan held similar responsibilities at Alcatel in Research & Innovation, in addition to serving on the Alcatel France Executive Committee. Immediately prior to that role, he was the R&D Technical Director (3G) in Alcatel/Fujitsu (Evolium). During the previous 14 years, Mr. Gary Donnan worked in R&D operations in the fields of satellite & nuclear control systems, transmission systems, switching systems, and radio infrastructure. In addition to leading Technicolor Research & Innovation, Mr. Gary Donnan currently heads the Company's Technology, and Research organization – charged with promoting advanced technologies and services throughout the Company. He received his degrees in Computer Systems from the University of Ulster, Ireland.

*Mr. Vince Pizzica* is Head of Corporate Partnerships and Ventures since October, 2011. In addition, he directs the processes for the Technology Licensing activities of Technicolor, the MediaNavi venture and previously led Digital Delivery Business Group and the Strategy, Technology and Research corporate teams. Prior to joining Technicolor and over a 27-year career in the telecoms industry, Mr. Vince Pizzica spent 17 years at Telstra at various operation and technology positions, including as advisor to the COO of Telstra on Mediacomms technology. He also spent 7 years at Alcatel Lucent in charge of Technology, Strategy and Marketing for the EMEA and APAC region as well as CTO for the APAC region. Mr. Vince Pizzica holds a Bachelor of Engineering from the Institute of Engineers in Australia, and a Master of Telecoms & Info Systems from the University of Essex, U.K.