# Exhibit KK

## STATE OF DELAWARE
## ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER 2141204 | CORPORATION NAME THOMSON CONSUMER ELECTRONICS, INC. | | | | TAX YR. 1995 | PHONE NUMBER | | SCCTLLO |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE 10-20-87 | | RENEWAL/REVOCATION DATE | | DATE OF INACTIVITY | FROM / / | TO / / | |

| AUTHORIZED STOCK BEGIN DATE 10-20-87 | ENDING DATE | DESIGNATION OR STOCK CLASS COMMON | NO. OF SHARES 1,000 1,100 | PAR VALUE/SHARE 1.000000 | NO. SHARES ISSUED 1,005 | TOTAL GROSS ASSETS 2,015,478,000 | ASSET DATE 12/31/95 | ASSETS FOR REGULATED INVESTMENT CORPS JAN. 1st DEC. 31st |

| FRANCHISE TAX $ 30.00 | $50.00 PENALTY $ .00 | 1.5% MONTHLY INTEREST $ .00 | ANN. FILING FEE $ 20.00 | PREV CREDIT OR BALANCE $ .00 | PREPAID QRTY. PAYMENTS $ .00 |
| | | | | AMOUNT DUE | $ 50.00 |

9000010

THE CORPORATION TRUST COMPANY

CORPORATION TRUST CENTER

1209 ORANGE STREET

WILMINGTON          DE   19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
| A1414060 | $50.00 |

$50.00 PENALTY if not Received on or before
March 1.  Plus 1.5% interest per month.

2     030196     2141204     000005000 0     2

| NATURE OF BUSINESS | | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | |
|---|---|---|---|
| Manufacturing | | 10330 N. Meridian Street, Indianapolis, IN  46290 | |

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES**

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | Alain Prestat | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |
| 2. | Robert Campbell | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |
| 3. | Eric Charoy | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |
| 4. | Peter Herbel | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |
| 5. | Joseph Clayton | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |
| 6. | Guy Ivol | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |

**FOR BANK USE ONLY**

02/29/96 0077 28054 2141204 825972 89 01 01

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | President | Alain Prestat | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |
| 2. | VP & Secretary | William Marx | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X  *Frank N Scheer* | Manager, Tax Operations | 2/27/96 |

064023

# STATE OF DELAWARE
## 1996 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | PHONE NUMBER |
|---|---|---|---|
| 2141204 | THOMSON CONSUMER ELECTRONICS, INC. | | 317-587-3236 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL / REVOCATION DATE | DATE OF INACTIVITY: | FROM | TO |
|---|---|---|---|---|---|
| 35-1724835 | OCTOBER 20, 1987 | | | / / | / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE / SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 10/20/87 | | COMMON | 1,100 | 1.000000 | | | | Jan. 1st / Dec. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANNUAL FILING FEE | PREVIOUS CREDIT OR BALANCE | PREPAID QUARTERLY PAYMENTS |
|---|---|---|---|---|---|
| $ 30.00 | $ .00 | .00 | $ 20.00 | $ .00 | $ |

| AMOUNT DUE |
|---|
| $ 50.00 |

REGISTERED AGENT 9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| A1725985 | $50 |

$50.00 PENALTY if not Received on or before
March 1, 1997. Plus 1.5% interest per month.

2    030197    2141204    000005000 0    1

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE |
|---|---|
| Manufacturing | 10330 N. Meridian St, Indianapolis, IN 46290 |

**SEND INVOICE AND PAYMENT ONLY – NO ATTACHMENTS - NO ADDITIONAL PAGES**

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President | Alain Prestat | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |
| 2. VP/Secretary | William Marx | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |

02-27-97 0004 09009

FOR BANK USE ONLY 2141204#201 15 K1

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | William Marx | 10330 N. Meridian St., Indpls, IN 46290 | |
| 2. | Alain Prestat | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |
| 3. | Robert Campbell | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |
| 4. | Guy Ivol | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |
| 5. | Oliver Mallet | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |
| 6. | James Meyer | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X  Frank N Scheer | Manager, Tax Operations | 2/25/97 |

069813
SOSCT

# STATE OF DELAWARE
## 1997 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | | PHONE NUMBER |
|---|---|---|---|---|
| 2141204 | THOMSON CONSUMER ELECTRONICS, INC. | | | (317)587-3236 |

| | | | | DATE OF | FROM | TO |
|---|---|---|---|---|---|---|

| | INCORPORATION DATE | RENEWAL/REVOCATION DATE | | DATE OF INACTIVITY | / / | / / |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|
| 35-1724835 | OCTOBER 20, 1987 | PAR VALUE/SHARE | 1.000000 | | | JAN. 1st |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | | | DEC. 31st |
|---|---|---|---|---|---|---|---|
| 10-20-87 | | COMMON | 1,100 | 1.000000 | | | |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $     30.00 | $       .00 | $       .00 | $   20.00 | $        .00 | $ |

| | AMOUNT DUE |
|---|---|
| | $     50.00 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| A 2016392 | 50.00 |

2    030198    2141204    000005000 0    0

$50.00 PENALTY If not Received on or before
MAR 1, 1998 Plus 1.5% Interest per month.

| NATURE OF BUSINESS | | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | | |
|---|---|---|---|---|
| Manufacture | | 10330 N Meridian St., Indpls., IN 46290 | | |

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES**

| OFFICERS | | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|---|
| 1. | President | Thierry Breton | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |
| 2. | Secretary | John Kielty | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |

| DIRECTORS | | NAME | FOR BANK USE ONLY STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|---|
| 1. | Chairman | Thierry Breton | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |
| 2. | | John Kielty | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |
| 3. | | Robert Campbell | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |
| 4. | | James Meyer | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |
| 5. | | Baudouin de la Tour | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |
| 6. | | Guy Ivol | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X  *Frank N Scheer* | Manager, Tax Operations | 2/20/98 |

072353
SOSCT

# STATE OF DELAWARE
# 1998 ANNUAL FRANCHISE TAX REPORT

Case 4:07-cv-05944-JST   Document 1835-5   Filed 06/07/13   Page 8 of 42

DO NOT ALTER FILE NUMBER

| FILE NUMBER 2141204 | CORPORATION NAME THOMSON CONSUMER ELECTRONICS, INC. | PHONE NUMBER (317) 587-3236 |
|---|---|---|

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE OCTOBER 20, 1987 | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM / / | TO / / |
|---|---|---|---|---|---|

| AUTHORIZED STOCK BEGIN DATE 10-20-87 | ENDING DATE | DESIGNATION OR STOCK CLASS COMMON | NO. OF SHARES 1,000 | PAR VALUE/SHARE 1.000000 | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS JAN. 1st DEC. 31st |
|---|---|---|---|---|---|---|---|---|

| FRANCHISE TAX $ 30.00 | $50.00 PENALTY $ | 1.5% MONTHLY INTEREST $ | ANN. FILING FEE 20.00 | PREV CREDIT OR BALANCE $ | PREPAID QRTY. PAYMENTS $ |
|---|---|---|---|---|---|

AMOUNT DUE
$ 50.00

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. 2269419 | AMOUNT ENCLOSED $50.00 |
|---|---|

$50.00 PENALTY if not Received on or before
MAR 1, 1999 Plus 1.5% interest per month.

2    030199    2141204    000005000 0    9

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | |
|---|---|---|
| Manufacturing | 10330 N Meridian Street, Indianapolis, IN 46290 | |

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES**

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President | Thierry Breton | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |
| 2. Secretary | John Kielty | 10330 N Meridian St., Indpls, IN 46290 | Perpetual |

02-25-99 0027 03080                    21412648364 14 KI

**FOR BANK USE ONLY**

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. | Thierry Breton | 10330 N Meridian St, Indpls, IN 46290 | |
| 2. | John Kielty | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 3. | Randy Brown | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 4. | James Meyer | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 5. | Baudouin de la Tour | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 6. | Guy Ivol | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X _Erik Scheer_ | Manager, Tax Operations | 2-22-99 |

076236
SOSCT

# STATE OF DELAWARE
# 1999 ANNUAL FRANCHISE TAX REPORT

Case 4:07-cv-05944-JST   Document 1835-5   Filed 08/08/13   Page 10 of 42

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | PHONE NUMBER |
|---|---|---|
| 2141204 | THOMSON CONSUMER ELECTRONICS, INC. | (317) 587-3236 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM | TO |
|---|---|---|---|---|---|
| | OCTOBER 20, 1987 | | / / | / / | / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 10-20-87 | | COMMON | 1,000 | 1.000000 | | | | JAN. 1st / DEC. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 30.00 | $ | $ | $ 20.00 | $ | $ |

| AMOUNT DUE |
|---|
| $ 50.00 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 2417794 | 50.00 |

$50.00 PENALTY If not Received on or before
MAR 1, 2000 Plus 1.5% interest per month.

2    030100    2141204    000005000 0    7

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS (OUTSIDE OF DELAWARE) | |
|---|---|---|
| Manufacturing | 10330 Nixth Meridian Street, Indianapolis, IN 46290 | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. Chairman | Thierry Breton | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 2. | Baudouin de la Tour | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 3. | Olivier Mallet | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 4. | James E. Meyer | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 5. | | | |
| 6. | | | |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President & CEO | Thierry Breton | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 2. Asst. Secretary | Jay H. Wagner | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X _Frank Scheer_ | Manager, Tax Operations | 2/28/00 |

# STATE OF DELAWARE
## ANNUAL FRANCHISE TAX REPORT

SOS6A

| | | TAX YR. | PHONE NUMBER |
|---|---|---|---|
| DO NOT ALTER FILE NUMBER | CORPORATION NAME | 2000 | (317) 587-3236  SDOCNRP |

| FILE NUMBER | | | | | |
|---|---|---|---|---|---|
| 2141204 | THOMSON MULTIMEDIA INC. | | | | |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | | FROM     TO |
|---|---|---|---|---|---|
| | 10-20-1987 | | | | /  /        /  / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 10-20-1987 | | COMMON | 1,000 | 1.000000 | | | | JAN. 1st  DEC. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $     30.00 | $        .00 | $        .00 | $     20.00 | $              .00 | $              .00 |
| | | | | | AMOUNT DUE  $     50.00 |

9000010

THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON          DE  19801

**MAKE CHECK PAYABLE TO:**
**DELAWARE SECRETARY OF STATE**

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 2560109 | 50.00 |

```
2     030101   2141204     000005000 0    6
```

$50.00 PENALTY If not Received on or before
March 1.  Plus 1.5% interest per month.

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS, NO ADDITIONAL PAGES**

**NATURE OF BUSINESS**

manufacturing

**PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE**

10330 North Meridian Street, Indianapolis, IN 46290

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP. | DATE TERM EXPIRES |
|---|---|---|---|
| 1. Chairman | Thierry Breton | 10330 N. Meridian St, Indpls, IN 46290 | Perpetual |
| 2. | Baudouin de la Tour | 10330 N. Meridian St, Indpls, IN 46290 | Perpetual |
| 3. | Oliver Mallet | 10330 N. Meridian St, Indpls, IN 46290 | Perpetual |
| 4. | James E. Meyer | 10330 N. Meridian St, Indpls, IN 46290 | Perpetual |
| 5. | | | |
| 6. | | | |

**DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY**

02/27/01 12 40281 59 31

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President & CEO | Thierry Breton | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |
| 2. Asst. Secretary | Jay H. Wagner | 10330 N Meridian St, Indpls, IN 46290 | Perpetual |

**ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR)**

X _Erik Scheer_

**TITLE** Director, Tax Operations

**DATE** 2/23/01

077940
SOSCT

# STATE OF DELAWARE
Case 4:07-cv-05944-JST   Document 1835-5   Filed 08/01/13   Page 14 of 42
## 2001 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | PHONE NUMBER |
|---|---|---|---|
| 2141204 | THOMSON MULTIMEDIA INC. | | 317-587-3236 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM | TO |
|---|---|---|---|---|---|
| 35-1724835 | OCTOBER 20, 1987 | | | / / | / / |

| AUTHORIZED STOCK BEGIN DATE    ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS JAN. 1st DEC. 31st |
|---|---|---|---|---|---|---|---|
| 10-20-1987 | COMMON | 1,000 <br> 1,100 | 1.000000 | 1,005 | | | |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 30.00 | $ | $ | $ 20.00 | $ | $ |

| | | | | | AMOUNT DUE |
|---|---|---|---|---|---|
| | | | | | $ 50.00 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

MAKE CHECK PAYABLE TO:
DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 02667021 | 50.00 |

2     030102     2141204     000005000 0     5

$50.00 PENALTY If not Received on or before
MAR 1, 2002 Plus 1.5% Interest per month.

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES**

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OTHER THAN DELAWARE |
|---|---|
| Mfg. of consumer electronics | 10330 N. Meridian St., Indianapolis, IN 46290 |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. Thierry Breton | 10330 N. Meridian St., | Indianapolis, IN 46290 | Perpetual |
| 2. Al Arras | 10330 N. Meridian St., | Indianapolis, IN 46290 | Perpetual |
| 3. John A. Neville | 10330 N. Meridian St., | Indianapolis, In 46290 | Perpetual |
| 4. Michael D. O'Hara | 10330 n. Meridian St., | Indianapolis, IN 46290 | Perpetual |
| 5. Julian Waldron | 10330 N. Meridian St., | Indianapolis, IN 46290 | Perpetual |
| 6. | | | |

**DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY**

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. Frank N. Scheer | 10330 N. Meridian St., | Indianapolis, IN 46290 | Perpetual |
| 2. James T. Cullen | 10330 N. Meridian St., | Indianapolis, IN 46290 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X *Frank Scheer* | Director, Tax | 2/8/02 |

073163
SOSCT

# STATE OF DELAWARE
# 2002 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | | | | | PHONE NUMBER |  |
|---|---|---|---|---|---|---|---|---|
| 2141204 | THOMSON INC. | | | | | | 317-587-3236 | |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | | RENEWAL/REVOCATION DATE | | | DATE OF INACTIVITY | FROM / / | TO / / |
|---|---|---|---|---|---|---|---|---|
| 35-1724835 | OCTOBER 20, 1987 | | | | | / / | | |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 10-20-1987 | | COMMON | 1,000 | 1.000000 | | | | JAN. 1st |
| | | | 1,100 | | 1,005 | | | DEC. 31st |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 30.00 | $ | $ | $ 20.00 | $ | $ |
| | | | | | AMOUNT DUE $ 50.00 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

### MAKE CHECK PAYABLE TO:
### DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 02763964 | 50.00 |

$50.00 PENALTY If not Received on or before
MAR 1, 2003 Plus 1.5% interest per month.

2   030103   2141204   000005000 0   4

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES**

| NATURE OF BUSINESS | PRINCIPAL PLACE OF BUSINESS OR RESIDENCE (NO P.O. BOXES) |
|---|---|
| Mfg. of consumer electronics | 10330 N. Meridian St., Indianapolis, IN 46290 |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. Chairman | Charles Dehelly | 10330 N. Meridian St., Indianapolis, IN 46290 | Perpetual |
| 2. Director | Al Arras | 10330 N. Meridian St., Indianapolis, IN 46290 | Perpetual |
| 3. Director | John A. Neville | 10330 N. Meridian St., Indianapolis, IN 46290 | Perpetual |
| 4. Director | Michael D. O'Hara | 10330 N. Meridian St., Indianapolis, IN 46290 | Perpetual |
| 5. Director | Julian Waldron | 10330 N. Meridian St., Indianapolis, IN 46290 | Perpetual |
| 6. | | | |

**DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY**

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President | Michael D. O'Hara | 10330 N Meridian St., Indianapolis, IN 46290 | Perpetual |
| 2. Tax Director | Frank N. Scheer | 10330 N. Meridian St., Indianapolis, IN 46290 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X _Frank Scheer_ | Tax Director | 2/19/03 |

# STATE OF DELAWARE
## 2003 ANNUAL FRANCHISE TAX REPORT

001103
SOSCT

| FILE NUMBER | CORPORATION NAME | | | | | | | PHONE NUMBER |
|---|---|---|---|---|---|---|---|---|
| DO NOT ALTER FILE NUMBER | | | | | | | | 317-587-3236 |
| 2141204 | THOMSON INC. | | | | | | FROM | TO |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | | RENEWAL/REVOCATION DATE | | | DATE OF INACTIVITY | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 35-1724835 | OCTOBER 20, 1987 | | | | | | | |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | | JAN. 1st / DEC. 31st |
|---|---|---|---|---|---|---|---|---|
| 10-20-1987 | | COMMON | 1,000  1,100 | 1.000000 | 1,005 | | | |

| FRANCHISE TAX | $100.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $   35.00 | $ | $ | $   25.00 | $ | $ |
| | | | | | AMOUNT DUE $   60.00 |

### MAKE CHECK PAYABLE TO:
### DELAWARE SECRETARY OF STATE

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 02823144 | $60.00 |

2     030104     2141204     000006000 0     1

**$100.00 PENALTY** if not Received on or before
MAR 1, 2004 Plus 1.5% interest per month.

Case 4:07-cv-05944-JST   Document 4332-5   Filed 03/07/23   Page 19 of 42

| NATURE OF BUSINESS | | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | |
|---|---|---|---|
| Mfg. of consumer electronics | | 10330 N. Meridian St., Indianapolis, IN 46290-1976 | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1 Chairman | Charles Dehelly | 10330 N. Meridian St., Indianapolis, IN 46290-1976 | |
| 2 Director | Michael D. O'Hara | 10330 N. Meridian St., Indianapolis, IN 46290-1976 | Perpetual |
| 3 Director | John A Neville | 10330 N. Meridian St., Indianapolis, IN 46290-1976 | Perpetual |
| 4 Director | Al Arras | 10330 N. Meridian St., Indianapolis, IN 46290-1976 | Perpetual |
| 5 Director | Julian Waldron | 10330 N. Meridian St., Indianapolis, IN 46290-1976 | Perpetual |
| 6. | | | Perpetual |

DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1 President | Michael D. O'Hara | 10330 N. Meridian St., Indianapolis, IN 46290-1976 | Perpetual |
| 2 Tax Director | Frank Scheer | 10330 N. Meridian St., Indianapolis, IN 46290-1976 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X  _Frank N Scheer_ | TAX DIRECTOR | 2/12/04 |

# STATE OF DELAWARE
## 2004 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | PHONE NUMBER |
|---|---|---|---|
| 2141204 | THOMSON INC. | | 317-587-3236 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM | TO |
|---|---|---|---|---|---|
| 35-1724835 | OCTOBER 20, 1987 | | | / / | / / |

| AUTHORIZED STOCK BEGIN DATE | ENDING DATE | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| 10-20-1987 | | COMMON | 1,100 | 1.000000 | 1,005 | | | JAN. 1st |
| | | | | | | | | DEC. 31st |

| FRANCHISE TAX | $100.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 35.00 | $ | $ | $ 25.00 | $ | $ |
| | | | | | AMOUNT DUE |
| | | | | | $ 60.00 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

## MAKE CHECK PAYABLE TO:
## DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 0286529 | 60.00 |

$100.00 PENALTY if not Received on or before
MAR 1, 2005 Plus 1.5% Interest per month.

2    030105    2141204    000006000 0    0

Case 4:07-cv-05944-JST   Document 1835-5   Filed 08/07/13   Page 21 of 42

| NATURE OF BUSINESS | | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | |
|---|---|---|---|
| Manufacture of Consumer Electronics | | 10330 N Meridian Street, Indpls, IN 46290 | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1 Director | O.F. Raimondo | 10330 N. Meridian Street Indpls, IN 46290 | Perpetual |
| 2 Director | Tom Carson | 10330 N. Meridian Street Indpls, IN 46290 | Perpetual |
| 3 Director | Michael D. O'Hara | 10330 N. Meridian Street Indpls, IN 46290 | Perpetual |
| 4 Director | Julian Waldron | 10330 N. Meridian Street Indpls, IN 46290 | Perpetual |
| 5. | | | |
| 6. | | | |

**DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY**

```
85   20237  7      I   18CC    12
CRT 02/25/05
```

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. Tax Director | Frank Scheer | 10330 N. Meridian St., Indpls, IN 46290 | Perpetual |
| 2. President | Michael D. O'Hara | 10330 N. Meridian St. Indpls, IN 46290 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X   *Frank Scheer* | Tax Director | 2/17/05 |

066451

# STATE OF DELAWARE
## 2005 ANNUAL FRANCHISE TAX REPORT

DO NOT ALTER FILE NUMBER

| FILE NUMBER | CORPORATION NAME | | PHONE NUMBER |
|---|---|---|---|
| 2141204 | THOMSON INC. | | 317-587-3236 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY | FROM | TO |
|---|---|---|---|---|---|
| 35-1724835 | OCTOBER 20, 1987 | | / / | / / | / / |

| AUTHORIZED STOCK | | DESIGNATION OR STOCK CLASS | NO. OF SHARES | PAR VALUE/SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE | ASSETS FOR REGULATED INVESTMENT CORPS |
|---|---|---|---|---|---|---|---|---|
| BEGIN DATE | ENDING DATE | | | | | | | JAN. 1st |
| 10-20-1987 | | COMMON | 1,100 | 1.000000 | 1,005 | | | DEC. 31st |

| FRANCHISE TAX | $100.00 PENALTY | 1.5% MONTHLY INTEREST | ANN. FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| $ 35.00 | $ | $ | $ 25.00 | $ | $ |

| AMOUNT DUE |
|---|
| $ 60.00 |

REGISTERED AGENT  9000010
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

### MAKE CHECK PAYABLE TO:
### DELAWARE SECRETARY OF STATE

| CHECK NO. | AMOUNT ENCLOSED |
|---|---|
| 02593073 | 60.00 |

$100.00 PENALTY if not Received on or before
MAR 1, 2006 Plus 1.5% interest per month.

2    030106    2141204    000006000 0    9

Case 4:07-cv-05944-JST Document 1925-5 Filed 09/07/13 Page 23 of 42

**SEND INVOICE AND PAYMENT ONLY - NO ATTACHMENTS - NO ADDITIONAL PAGES**

| NATURE OF BUSINESS | | PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE | |
|---|---|---|---|
| Manufacture & Sale of Consumer Electronics | | 10330 N. Meridian Street, Indianapolis, IN 46290 | |

| DIRECTORS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. Director | O. F. Raimondo | 3233 Mission Oaks Blvd., Camarillo, CA 93012 | Perpetual |
| 2. Director | Tom Carson | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |
| 3. Director | Michael D. O'Hara | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |
| 4. Director | Julian Waldron | 46 Quai A. Le Gallo, 92648, Boulogne, Cedex France | Perpetual |
| 5. | | | |
| 6. | | | |

**DO NOT WRITE IN THIS SPACE - FOR BANK USE ONLY**

| OFFICERS | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|
| 1. President | Michael D. O'Hara | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |
| 2. Secretary | Charles Freeland | 10330 N. Meridian Street, Indianapolis, IN 46290 | Perpetual |

| ORIGINAL SIGNATURE (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| X _Frank Scheer_ | Tax Director | 2/24/06 |

# State of Delaware - Annual Franchise Tax Report

| FILE NUMBER | CORPORATION NAME | | | TAX YR. | PHONE NUMBER |
|---|---|---|---|---|---|
| 2141204 | THOMSON INC. | | | 2006 | 317/587-3236 |

| FEDERAL EMPLOYER ID NO. | INCORPORATION DATE | RENEWAL/REVOCATION DATE | DATE OF INACTIVITY |
|---|---|---|---|
| 351724835 | 1987/10/20 | | |

| FRANCHISE TAX | $50.00 PENALTY | 1.5% MONTHLY INTEREST | ANNUAL FILING FEE | PREV CREDIT OR BALANCE | PREPAID QRTY. PAYMENTS |
|---|---|---|---|---|---|
| 35.00 | 0.00 | 0.00 | 25.00 | 35.00 | 0.00 |

| NATURE OF BUSINESS | AMOUNT DUE | AMOUNT PAID |
|---|---|---|
| Sale of Consumer Electronics | 25.00 | 25.00 |

PRINCIPAL PLACE OF BUSINESS OUTSIDE OF DELAWARE

Indiana

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | TITLE | DATE |
|---|---|---|
| Frank Scheer | Director | 2007-02-20 |

| REGISTERED AGENT | | | ASSETS FOR REGULATED INVESTMENT CORPS | JAN. 1st. | DEC. 31st. |
|---|---|---|---|---|---|
| 9000010 | 302/658-7581 | 302/655-5049 | | | |

THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET

WILMINGTON        DE   19801

| AUTHORIZED STOCK BEGIN DATE  END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE | NO. SHARES ISSUED | TOTAL GROSS ASSETS | ASSET DATE |
|---|---|---|---|---|---|---|
| 87/10/20 | COMMON | 1,000 | 1.000000 | 1,000 | 3,227,694,178 | 2006/12/31 |

| OFFICER/DIRECTOR | NAME | STREET/CITY/STATE/ZIP | DATE TERM EXPIRES |
|---|---|---|---|

Dir O. F. Raimondo
3233 East Mission Oaks Blvd Camarillo CA 930120000 US Perpetua
Dir Donna Brown
10330 N. Meridian St Indianapolis IN 462900000 US Perpetua
Dir Julian Waldron
46 Quai A. Le Gallo 92648 Boulogne 000000000 FR Perpetua
Dir Frank Scheer
10330 N. Meridian St Indianapolis IN 462900000 US Perpetua
Officer Al Arras
10330 N. Meridian St Indianapolis IN 462900000 US Perpetua
Officer Meggan Ehret
10330 N. Meridian St Indianapolis IN 462900000 US Perpetua

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | | | TAX YR. |
|---|---|---|---|
| THOMSON INC. | | | 2007 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE | |
|---|---|---|---|
| 2141204 | 1987/10/20 | | |

**PRINCIPAL PLACE OF BUSINESS**
101 W. 103rd Street

**PHONE NUMBER**
317/587-3236

Indianapolis IN 46290 United States

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY

**AGENT NUMBER**
9000010

CORPORATION TRUST CENTER
1209 ORANGE STREET

WILMINGTON          DE 19801

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 1987/10/20 | | COMMON | 1,000 | 1.000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| Donna Brown | | |
| 101 W. 103rd Street | | President |
| Indianapolis IN 46290 United States | | |

**DIRECTORS     NAME          STREET/CITY/STATE/ZIP**

Donna Brown
101 W. 103rd Street
Indianapolis IN 46290 United States

Lisa Castor
101 W. 103rd Street
Indianapolis IN 46290 United States

O.F. Raimondo
3233 East Mission Oaks Blvd
Camarillo CA 93012 United States

Julian Waldron
46 Quai A. Le Gallo
Boulonge Billancourt 92648 FRANCE
===============================================================================
Total number of directors:4

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)          DATE          TITLE**

Frank Scheer

101 W. 103rd Street                                    Tax Director
                                    2008-02-19

Indianapolis IN 46290 United States

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| THOMSON INC. | 2008 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2141204 | 1987/10/20 | |

**PRINCIPAL PLACE OF BUSINESS**
101 W. 103rd Street                                        **PHONE NUMBER** 317/587-3236

Indianapolis IN 46290 United States

**REGISTERED AGENT**
THE CORPORATION TRUST COMPANY                              **AGENT NUMBER** 9000010

CORPORATION TRUST CENTER
1209 ORANGE STREET

WILMINGTON                    DE 19801

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 1987/10/20 | | COMMON | 1,000 | 1.000000 |

| OFFICER  NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| Donna Brown | | |
| 101 W. 103rd Street | | President |
| Indianapolis IN 46290 United States | | |

**DIRECTORS  NAME                          STREET/CITY/STATE/ZIP**

Donna Brown
101 W. 103rd Street
Indianapolis IN 46290 United States

Andrew Levido
46 Quai A. Le Gallo
Boulogne France 92648 FRANCE

O.F. Raimondo
3233 Easth Mission Oaks Blvd
Camarillo CA 93012 United States

Jill Boyce
2 Independence Way
Princeton NJ 08540 United States
=====================================================================
Total number of directors:4

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

**AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)                 DATE          TITLE**

Frank Scheer

101 W. 103rd Street                                        Tax Director
                                         2009-02-26

Indianapolsi IN 46290 United States

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| THOMSON INC. | 2009 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2141204 | 1987/10/20 | |

**PRINCIPAL PLACE OF BUSINESS**
101 W. 103RD STREET

**PHONE NUMBER**
317/587-3236

INDIANAPOLIS IN 46290 United States

**REGISTERED AGENT**
REGISTERED AGENT SOLUTIONS, INC.

**AGENT NUMBER**
9382750

32 W. LOOCKERMAN ST.
SUITE 201

DOVER                    DE 19904

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 1987/10/20 | | COMMON | 1,000 | 1.000000 |

| OFFICER | NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|---|
| JACQUELYN TAYOR-BOGGS | | | |

101 W. 103RD STREET                                    PRESIDENT

INDIANAPOLIS IN 46290 United States

**DIRECTORS        NAME              STREET/CITY/STATE/ZIP**
ANDREW LEVIDO
1, RUE JEANNE D'ARC
ISS-LES-MOULINEAUX 92443 FRANCE

O.F. RAIMONDO
3233 EAST MISSION OAKS BLVD
CAMARILLO CA 93012 United States

JEFF WIEDWALD
101 W. 103RD STREET
INDIANAPOLIS IN 46290 United States

========================================================================
Total number of directors:3

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| FRANK SCHEER | | |

101 W. 103RD STREET                                    TAX DIRECTOR
                          2010-02-11

INDIANAPOLIS IN 46290 United States

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| TECHNICOLOR USA, INC. | 2010 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2141204 | 1987/10/20 | |

**PRINCIPAL PLACE OF BUSINESS**
101 W. 103rd Street                                    **PHONE NUMBER** 317/587-3420

Indianapolis IN 46290 United States

**REGISTERED AGENT**
REGISTERED AGENT SOLUTIONS, INC.                      **AGENT NUMBER** 9382750

32 W. LOOCKERMAN ST.
SUITE 201

DOVER                    DE 19904

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 1987/10/20 | | COMMON | 1,000 | 1.000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| Jacquelyn Taylor-Boggs | | |
| 101 W. 103rd Street | | President |
| Indianapolis IN 46290 United States | | |

**DIRECTORS** NAME          STREET/CITY/STATE/ZIP
Gary Gutknecht
101 W. 103rd Street
Indianapolis IN 46290 United States

O.F. Raimondo
3233 E. Mission Oaks Blvd.
Camarillo CA 93012 United States

Vince Pizzica
1, Rue Jeanne D'Arc
Issy-les-Moulineaux 92443 FRANCE

=================================================================
Total number of directors:3

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR)          DATE          TITLE
Alfred de Lassence

1, Rue Jeanne D'Arc                                    Director of Tax
                              2011-02-16

Issy-les-Moulineaux 92443 FRANCE

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| TECHNICOLOR USA, INC. | 2011 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2141204 | 1987/10/20 | |

**PRINCIPAL PLACE OF BUSINESS**
101 W. 103RD STREET

**PHONE NUMBER**
317/587-3520

INDIANAPOLIS IN 46290 United States

**REGISTERED AGENT**
REGISTERED AGENT SOLUTIONS, INC.

**AGENT NUMBER**
9382750

1679 S. DUPONT HWY., SUITE 100

DOVER          DE 19901

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 1987/10/20 | | COMMON | 1,000 | 1.000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| JACQUELYN TAYLOR-BOGGS | | |
| 101 W. 103RD STREET | | PRESIDENT |
| INDIANAPOLIS IN 46290 United States | | |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| GARY GUTKNECHT | |
| 101 W. 103RD STREET | |
| INDIANAPOLIS IN 46290 United States | |
| | |
| VINCE PIZZICA | |
| 1, RUE JEANNE D'ARC | |
| ISSY-LES-MOULINEAUX 92443 FRANCE | |
| | |
| O.F. RAIMONDO | |
| 3233 E. MISSION OAKS BLVD | |
| CAMARILLO CA 93012 United States | |

===========================================================================
Total number of directors:3

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| STEVE ALLAMANNO | | |
| 101 W. 103RD STREET | | VP-US TAX |
| | 2012-02-14 | |
| INDIANAPOLIS IN 46290 United States | | |

# *State of Delaware*
# *Annual Franchise Tax Report*

| CORPORATION NAME | TAX YR. |
|---|---|
| TECHNICOLOR USA, INC. | 2012 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 2141204 | 1987/10/20 | |

**PRINCIPAL PLACE OF BUSINESS**  
101 W. 103RD STREET                                   **PHONE NUMBER** 317/587-3420

INDIANAPOLIS IN 46290 United States

**REGISTERED AGENT**  
REGISTERED AGENT SOLUTIONS, INC.                      **AGENT NUMBER** 9382750

1679 S DUPONT HWY STE 100

DOVER                    DE 19901

| AUTHORIZED STOCK | | DESIGNATION/ | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| BEGIN DATE | END DATE | STOCK CLASS | | |
| 1987/10/20 | | COMMON | 1,000 | 1.000000 |

| OFFICER          NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| STEPHEN ALLAMANNO | | |
| 101 W. 013RD STREET | | VP |
| INDIANAPOLIS IN 46290 United States | | |

| DIRECTORS          NAME | STREET/CITY/STATE/ZIP |
|---|---|
| MARY COLLIER | |
| 3233 E. MISSION OAKS BLVD | |
| CAMARILLO CA 93012 United States | |
| LANNY RAIMONDO | |
| 3233 E. MISSION OAKS BLVD | |
| CAMARILLO CA 93012 United States | |
| MEGGAN EHRET | |
| 101 W. 103RD STREET | |
| INDIANAPOLIS IN 46290 United States | |

==========================================================================
Total number of directors:3

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| STEPHEN ALLAMANNO | | |
| 101 W. 103RD STREET | 2013-02-25 | VP TAX |
| INDIANAPOLIS IN 46290 United States | | |

# EXHIBIT LL

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER)**

# EXHIBIT MM

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER)**

# EXHIBIT NN

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER)**

# EXHIBIT OO

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER)**

# EXHIBIT PP

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL
RULE 79-5 AND STIPULATED PROTECTIVE ORDER)**

# EXHIBIT QQ

### (LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER)

# Exhibit RR

**(Lodged Under Seal Pursuant to Civil Local Rule 79-5 and Stipulated Protective Order)**

# EXHIBIT SS

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER)**

# EXHIBIT TT

6/25/03 Tech Eur. 301
2003 WLNR 17220569
Loaded Date: 01/17/2009

Tech Europe
Copyright 2003 Europolitics

June 25, 2003

THOMSON CUTS EARNINGS FORECAST; DEMAND FOR TVS SLOWS.

Thomson SA, the biggest seller of televisions in the U.S., cut its earnings forecast on June 13, blaming deteriorating demand for its TVs and increasing competition from China. Paris-based Thomson said first-half operating profit will be as low as Euro 140 million (USD165 million), down from a forecast of more than Euro 200 million. The 2003 operating margin, or profit before interest and tax as a%age of sales, may be 6.5%, one percentage point lower than an April prediction, Chief Executive Officer Charles Dehelly said.

Thomson, which makes TVs under the RCA brand, is cutting 1,200 jobs in the U.S. partly by closing two tube-production lines in Indiana to save about Euro 50 million a year. More than half of Thomson's 2002 sales of Euro 10.2 billion came from the U.S., compared with 30% for rival Royal Philips Electronics NV.

Thomson, which sells products in more than 100 countries, produces 45% of its tubes in the U.S. Demand for its TVs has contracted by a quarter due to the availability of imported televisions, not imported tubes, Julian Waldron, chief financial officer, said on a conference call with analysts. "There's been a significant volume decline and price declines on top of that," Waldron said. "There's been a fairly brutal downshift."

Thomson sells its television components to local manufacturers in the U.S. Those manufacturers are seeing their market share reduced as Chinese-based companies are shipping in cheaper TVs, meaning less demand locally for tubes, Thomson spokesman Stephane Rougeot said. Thomson's RCA brand has a 15% shares of the U.S. TV market, and a 40% share of the tube market for TVs larger than 19 inches.

The French company is expanding in China to increase access to the world's largest and fastest-growing TV manufacturing market. It agreed in April to supply about 2 million tubes to the Sichuan Changhong Electric Co., China's biggest maker of televisions, and a second tube line will open in Foshan, in southeast China in the third quarter.

---- INDEX REFERENCES ---

COMPANY: THOMSON SA; KONINKLIJKE PHILIPS ELECTRONIC

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

Case 4:07-cv-05944-JST   Document 1835-5   Filed 08/07/13   Page 41 of 42

NEWS SUBJECT: (HR & Labor Management (1HR87); Layoffs (1LA48); Business Management (1BU42); Labor Relations (1LA21))

REGION: (China (1CH15); Far East (1FA27); Eastern Asia (1EA61); Asia (1AS61))

Language: EN

OTHER INDEXING: (RCA; ROYAL PHILIPS ELECTRONICS NV; SICHUAN CHANGHONG ELECTRIC CO; TV) (Charles Dehelly; Julian Waldron; Stephane Rougeot; Thomson; THOMSON CUTS EARNINGS; Thomson SA; TVs; Waldron) (France)

KEYWORDS: (Business, international); (High technology industry); (Forecasts, trends, outlooks); (Electronics industry)

COMPANY TERMS: THOMSON SA

Word Count: 400
6/25/03 TECHEURO 301
END OF DOCUMENT

© 2013 Thomson Reuters. No Claim to Orig. US Gov. Works.

# EXHIBIT UU

**(LODGED UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5 AND STIPULATED PROTECTIVE ORDER)**