PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW         WASHINGTON  DC 20006 1047
TELEPHONE (202) 223 7300

1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019 6064
TELEPHONE (212) 373 3000
FACSIMILE (212) 757 3990

UNIT 3601 FORTUNE PLAZA OFFICE TOWER A
NO 7 DONG SANHUAN ZHONGLU
CHAO YANG DISTRICT
BEIJING 100020
PEOPLE S REPUBLIC OF CHINA
TELEPHONE (86 10) 5828 6300

12TH FLOOR HONG KONG CLUB BUILDING
3A CHATER ROAD CENTRAL
HONG KONG
TELEPHONE (852) 2846 0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU U K
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2 2 UCHISAIWAICHO 2 CHOME
CHIYODA KU TOKYO 100 0011 JAPAN
TELEPHONE (81 3) 3597 8101

500 DELAWARE AVENUE SUITE 200
POST OFFICE BOX 32
WILMINGTON DE 19899 0032
TELEPHONE (302) 655 4410

CRAIG BENSON
PARTNER

TELEPHONE  (202) 223 7343
FACSIMILE   (202) 204 7343

E MAIL  cbenson@paulweiss com

July 26, 2013

**Via ECF and Email**

Filed in Public Record Pursuant
to Order at ECF 1831

Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111

> RE:  *In re CRT Antitrust Litigation*, Case No. 07-cv-5944, MDL No. 1917
> This Document Relates to: *Sharp Electronics Corporation, et al. v. Hitachi, Ltd.,
> et al.*, Case No. 13-cv-1173

Dear Special Master Legge:

　　　　We write on behalf of Plaintiffs Sharp Electronics Corporation and Sharp
Electronics Manufacturing Company of America, Inc. ("Sharp") to reply to Thomson
Consumer's July 19, 2013 opposition letter.

　　　　Thomson Consumer has not rebutted Sharp's fundamental arguments:
that delay of discovery is unnecessary, unduly prejudicial, and inefficient.  Instead,
Thomson Consumer argues that its motion to dismiss could dispose of the whole case and
that the Court can resolve that motion without discovery.  But discovery would, in fact,
address factual disputes underlying the motion to dismiss, as Sharp noted in its brief, *see*
Dkt. No. 34 at 16, and in its letter of July 5.  And even Thomson Consumer concedes
that, where there are such factual disputes, discovery would be appropriate.  *See*
Thomson Consumer Ltr. at 4.

　　　　Thomson Consumer's focus on the "dispositive" nature of the motion and
its undue focus on a two-part test ignores a critical third element.  Courts in the Ninth
Circuit generally stay discovery only when "convinced that a plaintiff will be unable to
state a claim for relief" after taking a "peek" at the merits.  *Huene v. U.S. Dept. of*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

*Treasury, I.R.S.*, No. 11-cv-2110, 2013 WL 417747, at *8 (E.D. Cal. Jan. 31, 2013); *see also F.T.C. v. AMG Servs., Inc.*, No. 12-cv-0536, 2012 WL 3730561 at *4 (D. Nev. Aug. 28, 2012); *Qwest Commc'ns Corp. v. Herakles, LLC*, No. 07-cv-0393, 2007 WL 2288299, at *3 (E.D. Cal. Aug. 8, 2007). Through this "peek" at the merits, the court can "determine whether there is any reasonable likelihood that plaintiffs can construct a claim," *Rutman Wine Co. v. E. & J. Gallo Winery*, 829 F.2d 729, 738 (9th Cir. 1987), all while balancing the need for efficient adjudication. *See Huene*, 2013 WL 417747 at *8 ("An overly lenient standard for granting motions to stay discovery due to pending dispositive motions would result in unnecessary delay in many cases."). As Sharp demonstrated in its initial letter, its claim here is meritorious.

Thomson Consumer is wrong when it suggests that the fact that this is an antitrust case alters or skews the analysis. To the extent the Supreme Court in *Twombly* acknowledged the costs of discovery in antitrust cases, it did so in the context of a plainly deficient complaint, one with no "reasonably founded hope that the [discovery] process will reveal relevant evidence" to support the plaintiffs' claims. *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 559 (2007) (internal quotations omitted). That is decidedly not the case here—as demonstrated by the fact that complaints virtually identical to Sharp's have survived *Twombly* scrutiny. *See In re Cathode Ray Tube Antitrust Litig.*, 738 F. Supp. 2d 1011, 1016-17 (N.D. Cal. 2010). And in any event, courts have rejected the contention that *Twombly* "support[s] a stay of discovery." *Mlejnecky v. Olympus Imaging Am., Inc.*, No. 10-cv-02630, 2011 WL 489743, at n.12 (E.D. Cal. Feb. 7, 2011); *In re Flash Memory Antitrust Litig.*, No. 07-cv-0086, 2008 WL 62278, at *3 (N.D. Cal. Jan. 4, 2008) ("The [*Twombly*] Court did not hold, implicitly or otherwise, that discovery in antitrust actions is stayed or abated until after a complaint survives a Rule 12(b)(6) challenge.").

For this reason, *Twombly* has not been a barrier to discovery in practice, nor should it be here. *See TriQuint Semiconductor, Inc. v. Avago Techs. Ltd.*, No. 09-cv-1531, Dkt. No. 77, Tr. at 13:13-14 (D. Ariz. Feb. 23, 2010) (declining to stay discovery on antitrust claims). Notably, discovery in antitrust cases is appropriate, as here, "where guilty pleas have already been entered in a parallel criminal case." *In re Graphics Processing Units Antitrust Litig.*, No. 06-cv-7417, 2007 WL 2127577, at *5 (N.D. Cal. July 24, 2007).

Finally, discovery is appropriate given the balance of the harms here. No Thomson entity has responded to discovery requests in this litigation, and we have no reason to believe that discovery from other defendants is a good substitute. For one thing, the existing record reveals that recipients were often told to destroy the documents after reading. *See, e.g.*, Ex. F (MTPD-0497049-53) ("*Extremely Sensitive / Destroy After Reading*"); Ex. G (MTPD-0486917-19) ("Destroy after reading"); Ex. H (SDCRT-0086563-66) ("Please dispose of this material after reading it."); Ex. I (MTPD-0492286-89) ("This type of communication may raise a cartel red flag. No forwarding please! Please delete after reading."); Ex. J (TSB-CRT-00041620-23) ("destroy after reading"). Moreover, some documents, like communications between Thomson Consumer and

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Thomson S.A. pertaining to the conspiracy, would not exist in any other defendants' files.   Here again, resolution of Thomson S.A.'s motion to dismiss for personal jurisdiction could depend on these documents, as Sharp alleges that Thomson Consumer participated in the conspiracy through Thomson S.A.

In short, the existing discovery is simply no substitute for full discovery against Thomson Consumer and does little to mitigate the prejudice to Sharp in staying discovery.  In contrast, there will be no prejudice to Thomson Consumer, as Sharp has demonstrated the merits of its complaint, and potential for wasted expense and effort on discovery is low.

For these reasons, Sharp requests that this Court order discovery to proceed against Thomson Consumer.

Respectfully submitted,

Craig A. Benson / kb

Craig A. Benson

cc:  Counsel for Thomson Consumer

# EXHIBIT F

**consortra** translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                    www.consortra.com

STATE of NEW YORK       )
                        )           ss:
COUNTY of NEW YORK      )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"MTPD-0497049 – MTPD-0497050"*, originally written in *Japanese* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: January 9, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____ day of __January__,
2013.

Notary Public

JAMES G MAMERA
Notary Public. State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

 Masaru Ohmori/tddt/th
2004/05/21 16:52

To   Hidetoshi Mitsunobu/tddt/th@ntdomain
cc
bcc
Subject: *Extremely Sensitive / Destroy After Reading * ASEAN Meeting
           (18May04)

------------------------forwarded by Masaru Ohmori/tddt/th On: 2004/5/21 14:50 ----------------

 Nishimura Kazutaka <kazutaka.nishimura@sel.mec.mei.co.jp> 2004/05/21 14:40:50

To: Tomoyuki Kawano <tomoyuki.kawano@sel.mec.mei.co.jp>, Nishi Yama <nishiyama@sel.mec.mei.co.jp>, Yasuo Tanako
      <yasuo.tanaka@sel.mec.mei.co.jp>, Masahio Sato@sel.mec.2mei.co.jp <masahiko.sato@sel.mec.mei.co.jp>, Katsumi
      Takagi <katsumi.takagi@sel.mec.mei.co.jp>, PAN19699 <PAN19699@sel.mec.mei.co.jp>, Yasuki Yamamoto
      <Yasuki.yamamoto@sel.mec.mei.co.jp>, Usuda Yukio <usuda.yukio@sel.mec.mei.co.jp>, Kazutaka Nishimura
      <kazutaka.nishimura@sel.mec.mei.co.jp>, PAN56548 <PAN56548@sel.mec.mei.co.jp>, PAN19460 <sel.mec.mei.co.jp>,
      koji.orita@mtpdj.mei.co.jp, kazuhiro.nishimaru@mtpdt.mei.co.jp, kazuteru.yasukawa@mtpdj.mei.co.jp,
      masaru.ohmori@mtpdt.mei.co.jp
cc:
Subject: *Extremely Sensitive / Destroy After Reading * ASEAN Meeting (18May04)

Kawano GM
Nishyama GM – Sanogawaya TL – Takagi TL – Sato TL
Tanaka GM – Yamamoto TL – Supervisor Usuda
(I) Yasukawa GM – Morita M
(M) Togawa GM
(T) Omori SM – Nishimaru M
BMCC Division Director Ueda
(14 individuals listed above)

I accompanied Yasukawa GM and Tomori GM to the ASEAN Small/Mid-Size Meeting on May 18
(Tuesday). I am reporting on the content.

There is no password protection, but please treat the substance as extremely sensitive, and do not
forward or save this message.
It is being sent only to the 14 individuals listed above.

Mr. Yasukawa, Mr. Tomori:
If you have anything to add, please do so.
If you do so, please remove the file attachment before sending.

END
Nishimura
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Kazutaka Nishimura
Marketing Team
Production & Sales Admin.Group,Corporate Operations Division
Matsushita Toshiba Picture Display Co.,Ltd.
1-1 Saiwai-cho, Takatsuki, Osaka 569-1193 Japan
TEL +81-72-682-7619(Sales Direct) EXT.5602
FAX +81-72-685-0345
E-mail: kazutaka.nishimura@sel.mec.mei.co.jp

*************************************************************** FC(18May04).xls  5-18-2004_ASEANMTG.doc

Confidential                                   MTPD-0497050E_Translation

2004-05-21

| | : UP |
|---|---|
| | : Down |

(Unit:KP)                                                              Ratio ( VS Capa)

| | | | MTG on 23.Apr.04 | | MTG on 18.May.04 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Capa(Kp/M) | 2Q04(kp/M) | 2Q04(kp/M) | 3Q04(kp/M) | 2Q04 | 3Q04 |
| SDI | SDI(M) | 14″/16″ | 400 | 400 | 400 | 400 | 100% | 100% |
| | | 15″F | 70 | 70 | 70 | 70 | 100% | 100% |
| | | 20″/21″ | 130 | 130 | 130 | 140 | 100% | 108% |
| | | 21″F | 230 | 220 | 220 | 220 | 96% | 96% |
| | | TTL | 830 | 820 | 820 | 830 | 99% | 100% |
| | SDI(Shenze | 21″/21″F | 250 | 250 | 250 | 250 | 100% | 100% |
| | SDI(Korea) | 21″F | 70 | 70 | 70 | 70 | 100% | 100% |
| | TTL | | 1,150 | 1,140 | 1,140 | 1,150 | 99% | 100% |
| LPD | LPD(I) | 14″ | 260 | 260 | 260 | 260 | 100% | 100% |
| | | 20″ | 240 | 240 | 240 | 240 | 100% | 100% |
| | | 21″ | | | | | | |
| | LPD(Korea) | 21″/21″F | 280 | 270 | 270 | 280 | 96% | 100% |
| | LPD(Chans | 21″/21″F | 410 | 410 | 410 | 410 | 100% | 100% |
| | TTL | | 1,190 | 1,180 | 1,180 | 1,190 | 99% | 100% |
| CPT | CPT(M) | 10″ | | | | | | |
| | | 14″ | 580 | 510 | 510 | 510 | 100% | 100% |
| | | 15″F | | 70 | 70 | 70 | | |
| | | 20″ | 160 | 160 | 160 | 160 | 100% | 100% |
| | | 21″R | 350 | 330 | 330 | 340 | 94% | 97% |
| | | 21″F | | | | | | |
| | TTL | | 1,090 | 1,070 | 1,070 | 1,080 | 98% | 99% |
| T-CRT | T-CRT | 14″ | 220 | 220 | 220 | 220 | 100% | 100% |
| | | 20″ | 90 | 90 | 90 | 90 | 100% | 100% |
| | | 21″R/21″F | 260 | 250 | 250 | 260 | 96% | 100% |
| | TTL | | 570 | 560 | 560 | 570 | 98% | 100% |
| MTPD | MTPD(I) | 14″ | 100 | 100 | 100 | 90 | 100% | 90% |
| | | 20″ | 100 | 100 | 100 | 100 | 100% | 100% |
| | | 21″ | 40 | 40 | 40 | 50 | 100% | 125% |
| | | TTL | 240 | 240 | 240 | 240 | 100% | 100% |
| | MTPD(T) | 15″F | 30 | 30 | 30 | 30 | 100% | 100% |
| | | 21″F | 300 | 240 | 240 | 220 | 100% | 100% |
| | | 25″F | | 60 | 60 | 80 | | |
| | | TTL | 330 | 330 | 330 | 330 | 100% | 100% |
| | MTPD(M) | 10″ | 30 | 30 | 30 | 10 | 100% | 33% |
| | | 15″F | | | | | | |
| | | 21″F | 310 | 220 | 220 | 300 | 71% | 97% |
| | | TTL | 340 | 250 | 250 | 310 | 74% | 91% |
| | DDI | 20″ | 180 | 20 | 20 | | 100% | 100% |
| | | 21″F | | 160 | 160 | 180 | | |
| | | TTL | 180 | 180 | 180 | 180 | 100% | 100% |
| | BMCC | 14″ | 220 | 220 | 220 | 220 | 100% | 100% |
| | | 21″R | 220 | 220 | 220 | 200 | 100% | 91% |
| | | 21″F | | | | | | |
| | | TTL | 440 | 440 | 440 | 420 | 100% | 95% |
| | G-TTL | | 1,530 | 1,440 | 1,440 | 1,480 | 94% | 97% |

| 5 Company TTL | | | 5,530 | 5,330 | 5,330 | 5,390 | 96% | 97% |
|---|---|---|---|---|---|---|---|---|

| | By size | S | 1,910 | 1,910 | 1,910 | 1,880 | 100% | 98% |
|---|---|---|---|---|---|---|---|---|
| | | M | 3,620 | 3,420 | 3,420 | 3,510 | 94% | 97% |
| | | TTL | 5,530 | 5,330 | 5,330 | 5,390 | 96% | 97% |

2004-4-23(Fri)

**3Q04 Price G/L**

| | Size | 18-May-04 3Q04 G/L | MTG Result on 23.Apr.04 L 1Q | 2Q | S 1Q | 2Q | T 1Q | 2Q | C 1Q | 2Q | M 1Q | 2Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Funai | 14 | $19.5 | $18.50 | $19.0(Apr) | $18.30 | $18.8(May) | $18.50 | – | $18.30 | $19.3(Apr) | $18.00 | $18.00 |
| | 20 | – | – | – | – | – | – | $35.00 | $33.50 | $34(Apr) | $34.00 | $32.00 |
| | 21 | | | | | | | | | | | |
| | 21PF | – | – | – | $45.00 | | | | – | – | – | $40.50 |
| JVC | 14 | $19.5 | $18.00 | $19.00 | $18.50 | $18.5($19Nego) | $18.50 | $18.50 | – | – | – | – |
| | 20 | | | | | | | | $36.50(ITC) | $36.5(ITC) | – | – |
| | 21 | – | – | – | $38(I) | $38(I) | $35.00 | $35.00 | – | – | – | – |
| | 21PF | | – | – | $46.00 | | $46.00 | | – | – | $45.00 | |
| Sanyo | 14 | $19.5 | $18.00 | $18.5(Apr) | – | – | – | – | – | – | $18.30 | $20.0(KIT) |
| | 20 | | $34.00 | $34.00 | – | – | | | | | – | |
| | 21 | | $35.00 | $35.00 | – | – | | | | | – | $37.50 |
| | 21PF | – | $51.50(ITC) | | | | – | | – | | $45.5(Bare) | |
| SREC | 14 | $19.0 | $18.00 | $18.5(May) | $18.00 | $18.5(May) | – | – | $18.00 | $18.5(Apr) | $18.00 | $18.5(May) |
| | 20 | – | | | $34.00 | $35(May) | – | – | | | $33.00 | $33.00 |
| | 21 | | $35.00 | $35.00 | $34.50 | $35(Nego) | | | $35.00 | $35.00 | – | |
| | 21PF | | $45.40 | | $46.80 | | – | | | | $46.00 | |
| Thomson | 14(ITC) | $23.5 | – | – | $20.80 | $22(Apr) | $21.50 | $22.50 | $21.00 | $22.0(Apr) | – | – |
| | 20 | – | – | – | – | – | $36.50 | $37.00 | $36.50 | $36.50 | – | – |
| | 21 | – | – | – | – | – | – | – | – | – | – | – |
| | 21PF(ITC) | – | $50.00 | – | – | – | – | – | – | – | – | – |
| World | 14(ITC) | $22.0 | – | – | – | – | $21.00 | $22.00 | $21.00 | $22.00 | – | – |
| | 20 | – | – | – | – | – | $36.00 | $36.00 | $36.00 | $36.00 | – | – |
| | 21 | – | – | – | – | – | $38.00 | $38.00 | – | | $49.00 | – |
| | 21PF | – | – | – | – | – | – | | $49.00 | – | – | – |
| Vestel | 14 | $23.5(G/L) $24.5(Target) | $22.50 | $22.50 | – | – | $21.50 FOB | $23.50 | $21.00 FOB | $22.50 | $21.50 FOB | $24.50 FOB |

MTPD-0497051/3Q04 Price guide line



**consortra** translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.                                    www.consortra.com

STATE of NEW YORK          )
                           )          ss:
COUNTY of NEW YORK         )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"MTPD-0497052 – MTPD-0497053,"* originally written in *Japanese* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: March 4, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
____ day of _____,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

<u>May 18, 2004 ASEAN MTG (Small and Mid-Size Units)</u>

Time: May 18, 2004 (Tuesday) 9:00 ~ 18:00
Location: Malaysia, Kuala Lumper
Attendees:

| | |
|---|---|
| SDI: | Mr. D. E. Lee (Sales, Malaysia), Mr. Kevin Park (Marketing, Korea) |
| LPD: | Mr. Il-Gyu Kang (CPT Export Team, LPD Korea), Mr. Edmond Park (Marketing Asia Pacific, Korea) |
| CPT | Mr. S. J. Yang (Assistant VP, Sales & Marketing, Taiwan), Mr. Chen Shih Ming (Director, Malaysia) |
| T-CRT | Mr. Montri (Senior Manager, Sales, Thailand), Mr. Sirichai (Manager, Sales) |
| MTPD | Mr. Yasukawa (Indonesia), Mr. Tomori (Malaysia), K. Nishimura (Takatsuki) |

Points
- Each company's operation status (2Q (April ~ June), 3Q (July ~ September)
  - ➢ Reference attached Excel file.
- 3Q (July ~ September) Price Guidelines

All companies were in agreement to raise the price on small tubes, but only MTPD supported a price increase on mid-size tubes.  There were discussions through the end of the day, but the small tube price guidelines was completed.

   - ➢ Reference attached Excel file.
   - ➢ Small tube
      - ✧ All were in agreement that the tight conditions would continue in the 3Q (July ~ September) because of the influence of things such as the glass supply shortage and the reduction in CPT lines (some shared lines will become specialized in CDT production lines).
      - ✧ Based on this, further price increases are possible, and the guideline was established for a $0.50~$1.00 increase compared to 2Q (April ~ June).  3Q price negotiation was agreed to be conducted.
      - ✧ There was a claim that MTPD failed to take actions in relation to Funai.  Furthermore, there was an opinion that further price increase should be made after MTPD's success.  MTPD explained that while the negotiations are currently conducted and no decision has been reached, current policy is to make the 14" and 20" prices in-line with other companies.
   - ➢ Mid-Size Tubes
      - ✧ Other than MTPD, the demand of mid-size tubes among the four other companies which participated in this meeting was balanced (there is a surplus in PF), and there is a difference with the situation at MTPD which is facing a tightness.
      - ✧ Other companies noted that the Chinese domestic market sales of mid-size units have been sluggish (since May), and their CPT surplus has been increasing.  The demand in China needs to be monitored continuously.
      - ✧ MTPD urged that, while there is an issue of the supply and demand balance with CPTs, each company must have been implementing the direct material costs, and the increase in direct material cost should be passed on to the price, but because of the above background, the agreement on the price increase of mid-size tube was failed to be obtained.
      - ✧ The situation is becoming more difficult because other companies are not raising prices of mid-size tubes.

Highly Confidential                                                              MTPD-0497052E_Translation

- ✧ CPT and T-CRT commented that AK tube quality level is sufficient for the Chinese market.  The two companies do not have development capabilities, so they appear to be having difficulty trying to figure out future strategies.
- ➢ Other Topics
  - ✧ Pricing to Orion (separately from CPT)
    - The content of the offer submitted to Orion by MTPD was informed to CPT on May 6. We requested to go along with us.
    - It was agreed to take action to make $48→$50 for 21" F.  This week there will be a telephone conference between Chairman Ohtake and [Chungwha's] Chairman.  We were informed that General Manger of CPT Sales will take action so that the negotiation will be conducted according to the content noted above in advance.  The result will be confirmed later.
    - CPT's current price on the 29" PF is $94 (ITC).  They said that due to the late start, they would like to make MTPD price -$1, but this transaction has just been started and, also, it would be difficult for [Chungwha] to bring up the price increase since they currently have only a small lot order for W/M (2~3kp/M).  However, the material price increase is said to be about $4, so they still have somewhat of a desire to raise the price. We told that we want to at least win a MIN$2, and they said the matter would be brought back for further examination.
  - ✧ SDI
    - Since MTPD won the order of all volume of the 2004 21" PF for Funai based on MNN/AK, to regain the transaction, they are progressing with the development of an MNN tube.

End
Nishimura

# EXHIBIT G



**consortra**
translations

100 Park Ave.16th Fl
NY, NY 10017

Toll-Free: **877-GO-CONSORTRA**
(877-462-6676)

Your legal translation partner.

www.consortra.com

STATE of NEW YORK    )
                     )    ss:
COUNTY of NEW YORK   )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"MTPD-0486917"*, originally written in *Japanese* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: March 4, 2013

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_4th_ day of _March_,
2013.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014



"kazuteru yasukawa"
<kazuteru_yasukawa@mtpdj.mei.co.jp>
August 02, 2004 13:51

To:     "Tomoyuki Kawano" <tomoyuki.kawano@sel.mec.mei.co.jp>,
        "Hirokazu Nishiyama" <nishiyama.harry@pas.mei.co.jp>,
        "Yasuo Tanaka" <MPAN8014.sel.mec.mei.co.jp>, "yasuhisa
        ootake" <yasuhisa_ootake@mtpdj.mei.co.jp>, "koji morita"
        <koji_morita@mtpdj.mei.co.jp>, "tomoharu inoue"
        <tomoharu_inoue@mtpdj.mei.co.jp>, "Masaru Ohmori"
        <masaru_ohmori@mtpdj.mei.co.jp>, "Kazuhiro Nishimaru"
        <kazuhiro_nishimaru@mtpdj.mei.co.jp>, "Yasuaki Tomori"
        <PAN56548@pas.mei.co.jp>
cc
bcc
Subject   Asia Meeting (mid and small size) Destroy after reading

Sending is restricted to the specified members listed below.

Takatsuki General Sales and Purchasing Department
Vice President Kawano, GM Nishiyama, GM Tanaka

MTPD (I) P Ootake, M Morita, M Inoue
MTPD (T) SM Ohmori, S Nishimaru
MTPD (M) GM [Tomori]

(See attached file: Saving strictly prohibited and destroy after reading July 2004.doc)



SavingStrictlyProhibitedDestroyAfterReadingJuly2004.doc

Confidential                                                              MTPD-0486917E_Translation

**consortra** translations

100 Park Ave.16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.

www.consortra.com

STATE of NEW YORK    )
                         )      ss:
COUNTY of NEW YORK   )

### _CERTIFICATE OF ACCURACY_

This is to certify that the attached document, _"MTPD-0486918 – MTPD-0486919,"_ originally written in _Japanese_ is, to the best of our knowledge and belief, a true, accurate, and complete translation into _English_.

Dated: March 4, 2013

_[signature]_

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____ day of _March_,
2013.

_[signature]_

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

Keeping Is Strictly Prohibited – Destroy After Reading

| | |
|---|---|
| Date & Time: | July 22, '04   ASEAN Meeting (Mid- & Small Models) |
| Location: | Singapore Conrad Hotel |
| Attending: | SDI Mr. Jaya (SDIM), 1 person (Marketing, Korea) |
| | LPD Mr. S. D. Lim (LPDI), Mr. Edmond Park (LPD Marketing) |
| | CPT Mr. S. J. Yang, Mr. Chen Shih Ming (Malaysia) |
| | T-CRT Mr. Motonari, Mr. Shirichai |
| | MTPD K. yasukawa |

Points

1.  Situation of Raising Prices

    Except for the 14 inch for SREC (3Q $18.5), up to $19, they were out in line.

    Expectations are that SREC also will be able to achieve $19 in 4Q.

    For any further price raising, without opinions specifically emerging from any company, it is a feeling of watching the situation.

2.  Production Trends

| | |
|---|---|
| SDI: | They dropped it to 280k due to shortage of glass bulbs in 14-inch 3Q. |
| | 15-inch demand increasing amounts in Samsung TV's   They increased it 70k ⇨ 100k. |
| LPDI: | Due to 14-inch glass bulb shortage from Samsung Corning, it stopped at July 30k. |
| CPT: | They had made 3Q's production to be 540k, but with the glass bulb shortage it turned out to be a shortage of 3Q total 100k. |
| | From the bulb makers it is being said that the total numbers are decided upon and they want a decision made at Chuka on whether they will make them CDT or CPT. |
| T-CRT: | They have 100k 14-inch panels that are dark tint but they have the headache that they can't get them used due a service problem even if they can get customer approval. |

From Funai, a requirement for 20-inch increased quantities has come in but they heard about other companies' situations.

Chuka is supplying 55k • month and T-CRT is 10k • month, but even though there are requests for increased quantities from Funai, both companies made it a reply of 0.

It seems that all the companies have an interest in the 21-inch PF iron mask, and are proceeding with development for the next fiscal year.

3.  4Q Demand Trends (Mid- & Small Models)

    Europe is entering the low season.  CIS is growing, and orders are in for through December.

    There is a little too much inventory of Chinese TV's but there is the trend of having inventory for the lunar New Year and they are looking at it that it will still grow.

    The Indonesian market is growing fast at about a 30% increase compared to last year.

    North America will enter into the shoulder season but the shortage situation continues due to there not being enough items because of Hari Raya.

4. Miscellaneous (heard about the anti-dumping problems from T-CRT Mr. Montri)

In Year 2002 the Thai government set up the Import/Export Control Division, and proceeded with investigations targeting 23 items (including CPT's).

With regard to CPT's, imported CPT's were 19 million US$ in FY2003, and based on 13 million coming in from Malaysia, the government embarked on the dumping.

From T-CRT, they warned the government that if it continues this way the TV set makers would go to another country but the fact was that they had already made up their mind, and it was made such that retracting the filing of the suit was not possible. The government itself could not file suit, so T-CRT was used.

In the future, it will take 6 months to firm up the figures but the situation is that currently they are sending letters of questions to Thai TV makers, Thai CPT makers, and Malaysian CPT makers.

T-CRT thinks that the dumping this time is not feasible but based on the reply contents of the letters of questions, they are fearing views emerging that have differed, and in these letters of questions, they are saying to each company that they want them to answer honestly.

And, for the figures that T-CRT is submitting to the government, they are making it possible to distribute them to each related company.

The meeting next time, is in Taiwan on September 17.

# EXHIBIT H



**consortra** translations

Your legal translation partner.

100 Park Ave. 16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

www.consortra.com

STATE of NEW YORK        )
                          )            ss:
COUNTY of NEW YORK       )

### *CERTIFICATE OF ACCURACY*

This is to certify that the attached document, *"SDCRT-0086563E – SDCRT-0086566"*, originally written in *Korean* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: July 12, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____ day of __July__,
2012.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

# 해외출장 경비 정산서

(일반)

| 입안 | 심의 | 결정 |
|---|---|---|
| 이순곤 | 송인환 | 송인환 |

| 보고서확인부서 | |
|---|---|

| 출장자 | 부서: CDT판매팀장 | | | | |
|---|---|---|---|---|---|
| | 급호: B3B―01    직위: 주임 | | 성명: 이순곤 | | 사원번호: 9611542 |
| 출장지 | 대 만 | | ◎ A지역 | ● B지역 | ◎ C지역 |
| 출장기간 | 1998년07월14일 ~ 1998년07월18일 | | (4박5일) | | |
| 출장목적 | 7월 ORDER 협의 및 19" T/R 입회 | | | | |

## 출장여비발생내역

| 구분 | 내역 | | | 화폐 | 현지화 | 환율 | 금액(원) |
|---|---|---|---|---|---|---|---|
| 교통비 | 해외출장시 시니19980714 버스  본사   김포공항 | | | KRW | 0.00 | 0.00 | 5,000 |
| 교통비 | 해외출장시 시니19980715 택시  대만사무소 필립스 | | | NTD | 1,200.00 | 39.50 | 47,400 |
| 교통비 | 해외출장시 시니19980716 택시  대만사무소 필립스 | | | NTD | 1,200.00 | 39.50 | 47,400 |
| 교통비 | 해외출장시 시니19980718 버스  대만사무소 CKS AIRPORT | | | NTD | 120.00 | 39.50 | 4,740 |
| 숙박비 | 숙박비 정산 | | | USD | 420.00 | 1,350.02 | 567,008 |
| 일당 | 일당 정산 | | | USD | 250.00 | 1,350.02 | 337,505 |
| 사용료 | 공항사용료 | | | NTD | 300.00 | 39.50 | 11,850 |
| 항공료 | SEL-TPE | | | KRW | 0.00 | 0.00 | 384,000 |
| 합계 | | | | | | | 1,404,903 |

1998년 08월 01일

상기 금액을 정히 영수함.

성명 :  이순곤   (인)

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation

SDCRT-0086256

---

CDT Industry (March of '99) Meeting Results

---

March 8, '99

Please dispose of this material after reading it.

1. Major agreements

**1)** **To reduce the production of 17" monitors in April of '99 (25-day operation)**
→ If necessary, reduce by 10% entirely in the 2nd quarter and then check monthly.
→ Submit production reduction plans (25-day operation plan) by next week and adjust/check the production by forming a separate monitoring team.

**2)** **To increase the price by at least $5 starting May of '99 (MPR II $98 → $103)**
→ Increase in the price of a material (glass) and increase in cost due to the appreciation of the dollar

**3)** **To integrate the communication lines with the Japanese companies (Philips) in order to transmit the industry atmosphere and to induce participation**
→ If the Japanese companies do not increase their prices, the CDT price of the 5 companies will be equal/greater than the CDT prices of the 5 Japanese companies, so the participation of the Japanese companies is important

**4)** **19" CDT prices**
- 0.26D TCO $185
- Chunghwa: 0.28D TCO $175, MPR II $170
- Short length: normal price + $10

5) It was agreed to reply to the results of all agenda/issues within 24 hours.

6) Next management meeting
- Date: April 14, '98 14:00 ~
- Held by: Orion
※ The date of the next top meeting will be decided at the next management meeting (Held by Philips)

**99000072**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0086563E_Translation

Please dispose of this material after reading it.

2. Market update

☐ Chunghwa
- 14": 150K units are produced per month and there is a possibility of recovery in demand
- 15": Very slow, production at the rate of 700-750K per month
- 17": Demand is very strong → Orders in April and May are OK
  600-650K/production forecast in March of '99
  → Demand reduction signal visible
  ※ Lite-on is reported to be offering 17" monitors in Europe for $155.


☐ SDD
- 17": The demand seems to have been decreasing since March (hunch)
- Demand is trending downward gradually.
  ※Hitachi production : 200K/98.11 →130K/'99.3→400K/2Q


☐ Orion
- 14": 0.5 line is being operated, but the line will stop operating 2 to 3 months later.
  → 15" mini neck production forecast
- 15": OK

☐ LG
- 17": Customers are aware that demand is decreasing and supply is increasing in the 2nd quarter, so caution (production reduction) is necessary
  1Q: OK, 2Q: watch out
- 19": March production is forecasted at 72-80K in March of '99
  ※ LG monitor production ('99): 7,500K

☐ Philips
- 14": Demand recovery signal
- 15": Soft
- 17": March is OK, April is manageable, 2Q: critical
- 19": 20-30K/March production → Philips' monitors are mostly for internal use

**99000073**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation          SDCRT-0086564E_Translation

Please dispose of this material after reading it.

3. Major agreements

1) Capacity expansion ('99)

> LG: 1 17" CDT line in Changwon (modified the medium CPT in 2Q of '99)
> CPT: 1 17" CDT line in Malaysia (modified the 14" CPT in 3Q of '99)
> Orion: 1 19" CDT line in Gumi (modified the CPT in 3Q of '99)
> SDD: Installed/modified 1 line in Tianjin and 0.5 line in Malaysia
> Philips: No installation/modification plan

2) Cathode ray tube supply/demand

☐ Overall, excess supply of 20-25% is expected. Especially, it is expected that the excess supply situation will worsen in the 2nd quarter of '99.

☐ Excess supply of 17"/19" CDT's and imbalance of models are worsening.

☐ In order to at least maintain the current price level or increase the price level, it is necessary to reduce production by at least 10% when taking the margin of 10% into consideration.

☐ In the 3rd quarter and 4th quarter, imbalances of models and excess supply are expected. However, due to the shortage of glass, there is a possibility that the excess supply situation will be alleviated.
→ In the next meeting, the preference/ranking of glass companies (CPT/CDT) will be reported by SDD.

3) Glass supply/demand

☐ The demand for CDT's was calculated as 94M and the demand for CPT's was calculated as 146M. The consumption rate for each model was calculated as 5-7%.

☐ When the cold repair plans are taken into consideration, balance of supply and demand is expected in the 1st half of '99 and a shortage of 10-15% is expected in the 2nd half.

**99000074**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0086565E_Translation

Please dispose of this material after reading it.

4. Miscellaneous agreements and information

1) 19" CDT prices

☐ Hitachi: $200 (Converted from yen basis to dollar basis)
MEC: $200 ↓ (S/L), which is the same price as the price of Hitachi's long length monitors.
※ LG/Philips offered 19" monitors below $300 (OEM).
※ MAG → Gateway (17"" $200 19" $285)

2) LG's low price offer for 15" CDT's
☐ Chunghwa complained strongly about LG's low price offer for 15" CDT's.
• A class customer such as Chuntex and ADI: $3-$5 down
• Medium scale customers such as KFC and GVC" $2 - $3 down
• Others: Delta
☐ LG denied strongly, stating that LG doesn't have any transactions with GVC.
→ Details of transactions(Taiwan Office) will be investigated, and it was agreed to maintain the current price level.

3) Miscellaneous

☐ The prices of 15" mini neck monitors (SDD): The prices differ depending on the customer by $1 to $2 dollars.  However, the same price will be applied to all customers 2 to 3 months from now.

☐ Chassis price (Philips)
• 14"/15": $30, 17": $40-$45, 19": $60-$65

☐ Price increase of LG monitors
• 15"/19": Completed the price increase negotiation with PC makers
• 17": Discussion in progress

                                                    - End –

※ Detailed supply/demand data is kept by Manager Jae In Lee (from Philips)

                                                    **99000075**

Highly Confidential
Subject to Protective Order
U.S.D.C. (N.D. Cal.) No. M-07-5944 SC
In re Cathode Ray Tube (CRT) Antitrust Litigation                    SDCRT-0086566E_Translation

# EXHIBIT I

# PARK
## IP TRANSLATIONS

January 9, 2013

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Japanese into English of the document with bates numbers range: MTPD-0492286 – MTPD-0492289.

_____

Abraham I. Holczer

Project Manager

Park Case # 35960



Nishimura, Kazuyuki

<nishimura.kazutaka@jp.panasonic.com>

2004/09/27 16:09

To  ˝?T?m?K?????@?]?T?L?A?2??i' J?@?1?÷˝ <sanogawaya.masaki@jp.panasonic.com>,
˝?R?K?@?V?"?S?A?A‰œ?@?M?a˝ <koga.shingo@jp.panasonic.com>, ˝?L?m?V?˝?@?A?†???A?O‰
o?@?a˝ <kinoshita.ayumu@jp.panasonic.com>, ˝?j?V???]?@?q???J?Y?A???R?@?O?e˝
<nishiyama.harry@jp.panasonic.com>, ˝?˝?J?M?@?J?c?˝?A???O?@???A˝
<takagi.katsumi@jp.panasonic.com>

cc  ˝?˝?i?J?@???X?l?A˝c' †?@?N?Y˝ <tanaka.yasuo005@jp.panasonic.com>,
???]???g?@???X?L?A?R?[?@?N?÷ <yamamoto.yasuki@jp.panasonic.com>, ˝?j?V???‰?
@?J?Y?˝?J?A?? 'o?@?a?F˝ <nishimura.kazutaka@jp.panasonic.com>, ˝?E?X?˝?@?†?L?l?A˝?"c?
@?K?¶˝ <usuda.yukio@jp.panasonic.com>, ˝?g???? ???X?A?L?A?E?X?@?N??˝
<tomori.yasuaki@jp.panasonic.com>, ˝?j?V?]?? ?J?Y?q???A???U?@?a?˝
<nishimaru.kazuhiro@jp.panasonic.com>, ˝???X?J?? ?J?Y?e???A?A?i?@?a?P˝
<yasukawa.kazuteru@jp.panasonic.com>, ˝?????˝ ?R?E?W?A?X˝c?@?˝_"n˝
<morita.koji@jp.panasonic.com>

bcc

Subject: China (M)'s status and Skills

All.
(I am) resending this since the (previous email) was converted into symbols.

We received the following information from CPT(M) Sales Director.
It looks like the inventory of 21FS China is excessive – is this because of over production prior to the National Day of the People's Republic of China?
It is also concerning that the European model is not doing well.

Just for your reference.
This type of communication may raise a cartel red flag.
No forwarding please!  Please delete after reading.

Nishimura

Forwarded by Nishimura, Kazutaka <nishimura.kazutaka@jp.panasonic.com>

---------------------- Original Message ----------------------
From:    maxim@cptm.com.my
To:      nishimura.kazutaka@jp.panasonic.com
Date:    Sat, 25 Sep 2004 09:22:04 +0800
Subject: RE: (K.Nishimura)TEST
--------------------------------------------------------------

Dear Mr. Nishimura,

Chunghwa is now very simple as follows:
We CPTM only produce CPT, lines situation would be:
Maximum Capacity, without considering P/O and Material's situation; and the
least holidays for maintainence only:

CONFIDENTIAL

MTPD-0492286E
Translation

```
#A  29" RP(PF) x 80k/m (Originally #1+#2 for small size CDT-->became #A for
29"RF)
#3  21"FS/21"RF x 180k/m
#4  21"FS x 190k/m~200k/m
#5  20" x180k/m~190k/m
#6/#7/#8 x 670k/m~580k/m (*I need to explain for the big range, our #8 is
240k/m but because our #6 & #7 lines are compatible for 10"FS/14"/15"RF,
capacity loss will take place when we do line switching from 14" to 10" or
from 15" to 14" etc.; #8 is 240k/m)
```

```
Market situation:
Current, 10" and 29" are very slow.
14"/15" are still demanded, but after November is pessimistic, especially
maybe drastically drop in December?
20" would be alright for this year.
21" is not so demanded even in Europe, especially Chines customers' stocks
are high due to mis-forecast for Q4 and Lunar New Year.
I am sorry that I do not have a clear figure, what is your opinion? Maybe
you understand more!!?
```

```
See you!
```

```
Best Regards
```

```
Maxim
```

```
----- Message from maxim@cptm.com.my on Sat, 25 Sep 2004 09:22:04 +0800 -----
```
        To: nishimura.kazutaka@jp.panasonic.co
            m

   Subject: RE: (K.Nishimura)TEST

Dear Mr. Nishimura,

Chunghwa is now very simple as follows:

We CPTM only produce CPT, lines situation would be:

Maximum Capacity, without considering P/O and Material's situation; and the least holidays for maintainence only:

#A  29" RP(PF) x 80k/m (Originally #1+#2 for small size CDT-->became #A for 29"RF)

#3  21"FS/21"RF x 180k/m

#4  21"FS x 190k/m~200k/m

#5  20" x180k/m~190k/m

#6/#7/#8 x 670k/m~580k/m (*I need to explain for the big range, our #8 is 240k/m but because our #6 & #7 lines are compatible for 10"FS/14"/15"RF, capacity loss will take place when we do line switching from 14" to 10" or from 15" to 14" etc.; #8 is 240k/m)

CONFIDENTIAL                                                                      MTPD-0492287E
                                                                                          Translation

Market situation:
Current, 10″ and 29″ are very slow.
14″/15″ are still demanded, but after November is pessimistic, especially maybe drastically drop in December?
20″ would be alright for this year.
21″ is not so demanded even in Europe, especially Chines customers' stocks are high due to mis-forecast for Q4 and Lunar New Year.

I am sorry that I do not have a clear figure, what is your opinion? Maybe you understand more!!?

See you!

Best Regards

Maxim

------Original Message-----
From: ?�截・M?? [mailto:nishimura.kazutaka@jp.panasonic.com]
Sent: Friday, September 24, 2004 11:43 AM
To: Maxim Chen - SAL
Subject: (K.Nishimura)TEST


Hi Maxim

Your e-mail was successfuly received.
My E-mail address is ″ nishimura.kazutaka@jp.panasonic.com ″.
By the way, could I exchange CPT & CDT line and capacity each other?
If you are OK, I will send you our line and capacity status.

Best regards

*********************************************************************
Kazutaka Nishimura
Marketing Team
Production & Sales Admin.Group,Corporate Operations Division
Matsushita Toshiba Picture Display Co.,Ltd.
1-1 Saiwai-cho, Takatsuki, Osaka 569-1193 Japan
TEL +81-72-682-7619(Sales Direct) EXT.5602

CONFIDENTIAL

MTPD-0492288E
Translation

FAX +81-72-685-0345
E-mail: nishimura.kazutaka@jp.panasonic.com(???????????。)
****************************************************************************

MTPD-0492289E
Translation

# EXHIBIT J



100 Park Ave. 16th Fl.
NY, NY 10017

Toll-free: 877-GO-CONSORTRA
877-462-6676

Your legal translation partner.

www.consortra.com

STATE of NEW YORK            )
                             )
COUNTY of NEW YORK           )

**_CERTIFICATE OF ACCURACY_**

This is to certify that the attached document, *"TSB-CRT-00041620 – TSB-CRT-00041623"*, originally written in *Japanese* is, to the best of our knowledge and belief, a true, accurate, and complete translation into *English*.

Dated: July 27, 2012

Seth Wargo
Consortra Translations

Sworn to and signed before ME this
_____day of _July_,
2012.

Notary Public

JAMES G MAMERA
Notary Public, State of New York
No. 01MA6157195
Qualified in New York County
Commission Expires Dec. 4, 2014

| From: | "yasuki2 yamamoto" <yasuki2.yamamoto@toshiba.co.jp> |
|---|---|
| To: | "michihiro yoshino" <michihiro.yoshino@dx.toshiba.co.jp>; <osamu.kawashima@toshiba.co.jp>; "kazuhiro nishimaru" <kazuhiro.nishimaru@dx.toshiba.co.jp>; "seiichi fukunaga" <seiichi.fukunaga@dx.toshiba.co.jp>; "takuya tsukuda" <takuya.tsukuda@dx.toshiba.co.jp>; "masahiro.tomita@toshiba.co.jp>; "keisuke wakiyama" <keisuke.wakiyama@dx.toshiba.co.jp>; "kazuya iizuka" <kazuya.iizuka@dx.toshiba.co.jp>; "norio fujita" <norio.fujita@dx.toshiba.co.jp>; "satoshi4 suzuki" <satoshi4.suzuki@dx.toshiba.co.jp>; "takuji kushiro" <takuji.kushiro@dx.toshiba.co.jp>; ""T.KAWANO TAEC (TAEC) 河""野 知行"" <000091040471@tg-mail.toshiba.co.jp>; "masahiko3 sato" <masahiko3.sato@dx.toshiba.co.jp>; "hideaki ooishi" <hideaki.ooishi@dx.toshiba.co.jp>; "naoyuki nogawa" <naoyuki.nogawa@dx.toshiba.co.jp>; "shinichiro tsuruta" <shinichiro.tsuruta@dx.toshiba.co.jp> |
| Cc: | "taketoshi shimoma" <taketoshi.shimoma@dx.toshiba.co.jp>; <yutaka.sakuraba@toshiba.co.jp>; ""T.OKADA（IDE）岡田 哲"" <000094090363@tg-mail.toshiba.co.jp>; <yukihiro1.kimura@toshiba.co.jp> |
| Sent: | Monday, May 15, 2000 4:29 AM |

Subject: LG CDT information (destroy after reading)

Today, I'm reporting below on the meeting we had.

Those present: Kane Hoshinori Electric Tubes 1 – OBU production 1 TEAM leader/head of department

        NOH LG Electric Japan vice-leader/OEM business team

TSB: (CD support) Yamamoto

(1)  LG CDT MONITOR market look. (Comparing with TSB)
    2000 (year)

|  | TSB | LG |
|---|---|---|
| 15 inch | 40mil | 36mil |
| 17 inch | 56 | 55 |
| 19 inch | 11 | 9 |
| Other | 11 | 10 |
| Total | 118 | 110 |
| Compared with last year | +16% | +10% |

While the trend is similar, the TSB is looking at a larger growth rate.

LG is thinking more pessimistically about the 15 inch demand.

(2)  LG manufacturing situation (CDT)

HIGHLY CONFIDENTIAL

15 inch (3 lines available) 600k/M (In that, the MIN is 30k/M)
17 inch (4.5 lines) 800k/M (Said this is the MAX)
19 inch (1 line) 150k/M (They said they want to make this 200k/M. With 1 line)

Overall, from February to May, due to sluggish orders, production was adjusted. 2-5 working days/M

(It looks like this is a matter of discussion between the 5 companies)

*17 inch FLAT is right now at 1 line, with an output of 100k/M

From one point, there is already a plan to produce one line. With manufacturing not catching up with satisfactory orders, the sales side has a strong push. However, they said the yield rate is 2/3 of general tubes.  (At this point in time, the pattern is that sales contacts are all company internal)

* 19 inch FLAT begins production now. The general tubes sales contacts are GATE WAY: 60k/M, HP and VIEW SONIC together: 20-30K/M, within Korea: 20-30K/M, exports 40-50K/M

For 19 inch orders, it looks like there is around 200K/M? It looks like they say they want to raise the production efficiency and somehow get 1 line to produce at 200K/M.

Regarding the cost, with awareness that the market price has hit $130, there was a statement that down to $120 there are absolutely no problems.

* Regarding 15 inch MIN, right now at a production of 30K/M. For the manufacturing side the productivity is dropping, the COST 29 is comparatively high, they don't want to produce it but they are being told by customers (ADI?) to, and are reluctantly doing so.  (As the production manager this is expected?)

As for the conversation about the 15 inch general cost, they made a comment that if the sales price drops to $60, it becomes an extremely difficult situation.

** Further, in regards to the Apple 15 inch matter, there is the following comment below that they'll try to arouse their interest.

Currently at LG, they are for the most part not producing any Apple 15 inch (IMAC) monitors. The reason is that LG gave the OEM to a Taiwan monitor producer (the same person was unclear if it was AOC, SHAMROCK or somewhere else).

In the beginning, it was LG bulbs, but according to APPLE's instructions, they changed to Chungwa bulbs. However, Chungwa bulbs were of bad quality, so they were told to change back to LG bulbs (by APPLE).

(3) Regarding glass shortage
   In regards to the comment about price, there was a very subtle expression, and I couldn't catch his real intentions, so I'm putting the comment below.

   Currently with CDT/CPT, the CPT-use has an occurrence of a glass shortage. However, the CDT-use doesn't have a shortage yet. However, the raise in price for both the CDT/CPT began underground, and it is already decided. (Details unknown)

   TET, SCKE, TEA, TEAL: please gather market info. - - - Information on the price rise.

   That is all.
   Yamamoto

HIGHLY CONFIDENTIAL