UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION <br><br> ——————————————————— <br> This document relates to: <br> ALL ACTIONS <br><br> ——————————————————— | ) <br> ) Case No: 3:07-cv-5944 SC    MDL No. 1917 <br> ) <br> ) **APPLICATION OF DIANA ARLEN** <br> ) **AGUILAR ALDAPE** FOR <br> ) **ADMISSION OF ATTORNEY** <br> ) **PRO HAC VICE** <br> ) (CIVIL LOCAL RULE 11-3) <br> ) <br> ) |

  I, _Diana Arlen Aguilar Aldape_, an active member in good standing of the bar of _the State of New York_, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd._, in the above-entitled action. My local co-counsel in this case is _Gregory D. Hull_, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Weil, Gotshal & Manges LLP <br> 767 Fifth Avenue, New York, NY 10153 | Weil, Gotshal & Manges LLP, 201 Redwood Shores Pkwy., Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 310-8000 | (650) 802-3000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| diana.aguilar@weil.com | greg.hull@weil.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _5142682_.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: August 7, 2013                                             _____
                                                                                      APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

  IT IS HEREBY ORDERED THAT the application of _Diana Arlen Aguilar Aldape_ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____                      _____
                                                                  SAMUEL CONTI
                                                                  UNITED STATES DISTRICT JUDGE