MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Counsel for Indirect Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** ) ) ) ) ) ) ) ) ) **This document relates to:** ) ) **ALL INDIRECT PURCHASER ACTIONS** ) ) ) ) | Master File No. 3:07-cv-5944 SC<br><br>MDL No. 1917<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br><br>The Honorable Samuel Conti<br>Special Master Charles A. Legge (Ret.) |

1

CASE NO. 3-07-cv-5944 SC
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1  Pursuant to Civil L.R. 3-12, Plaintiffs move for consideration whether the following action pending in the Northern District of California should be related to this proceeding: *Luscher, et al. v. Videocon Industries Limited, et al.,* Case No. 3:13-cv-03234 EDL.

These cases are related within the meaning of Civil L.R. 3-12(a) because all concern substantially the same parties and events, and because duplication of labor and expense or conflicting results are likely if the cases are conducted before different Judges. Each case was filed as a class action alleging price-fixing in the cathode ray tube industry, and plaintiffs in each case assert claims on behalf of indirect purchasers.

Dated: August 7, 2013                By:   /s/      *Mario N. Alioto*

MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

***Counsel for Indirect Purchaser Plaintiffs***