**COUNSEL LISTED ON SIGNATURE BLOCK**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Master File No. 3:07-cv-5944 SC |
| | MDL No. 1917 |
| | **STIPULATION AND [PROPOSED] ORDER RELATING ACTION** |
| **This document relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | The Honorable Samuel Conti |
| | Special Master Charles A. Legge (Ret.) |

**STIPULATION AND [PROPOSED] ORDER RELATING ACTION**

1

1  WHEREAS, the Indirect Purchaser Plaintiffs have filed a putative class action pending in the Northern District of California entitled *Luscher, et al. v. Videocon Industries Limited, et al.,* Case No. 3:13-cv-03234 EDL ("*Luscher*"), against Videocon Industries Limited, Technologies Displays Americas, LLC and Technologies Displays Mexicana, S.A. de CV, alleging violations of state antitrust, unfair competition and consumer protection laws relating to the cathode ray tube industry; and

WHEREAS, the parties agree that *Luscher* should be related to this proceeding (the "CRT MDL") because *Luscher* concerns substantially the same parties and events as those in the CRT MDL action, and duplication of labor and expense or conflicting results are likely if the cases are conducted before different Judges;

The parties stipulate that *Luscher* shall be related to *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL 1917, Master File No. 3:07-cv-5944 SC.

IT IS SO STIPULATED.

Dated: August 7, 2013                TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP

By: /s/  Mario N. Alioto
MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. CAPURRO, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA  94123
Telephone:  (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Counsel for Indirect Purchaser Plaintiffs*

**STIPULATION AND [PROPOSED] ORDER RELATING ACTION**
2

| | | |
|---|---|---|
| 1 | Dated: August 7, 2013 | MUNGER TOLLES & OLSON LLP |
| 2 | | By: */s/ Hojoon Hwang* |
| | | HOJOON HWANG (SBN ) |
| 3 | | E-mail: Hojoon.Hwang@mto.com |
| | | **MUNGER TOLLES & OLSON LLP** |
| 4 | | 560 Mission St., 27th Floor |
| | | San Francisco, CA 94105 |
| 5 | | Telephone: (415) 512-4009 |
| 6 | | Facsimile: (415) 471-3400 |

*Attorneys for Defendants LG Electronics, Inc.; LG, LG Electronics USA, Inc.; and LG Electronics Taiwan Taipei Co., Ltd.*

WINSTON & STRAWN LLP

Dated: August 7, 2013

By: */s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER (pro hac vice)
E:mail: JKessler@winston.com
A. PAUL VICTOR (pro hac vice)
E:mail: PVictor@winston.com
EVA COLE (pro hac vice)
E:mail: EWCole@winston.com
MOLLY M. DONOVAN
E:mail: MMDonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700

STEVEN A. REISS (pro hac vice)
E-mail: steven.reiss@weil.com
DAVID L. YOHAI (pro hac vice)
E-mail: david.yohai@weil.com
ADAM C. HEMLOCK (pro hac vice)
E-mail: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendants Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.), Panasonic Corporation of North America, MT Picture Display Co., Ltd*

**STIPULATION AND [PROPOSED] ORDER RELATING ACTION**

3

| | |
|---|---|
| Dated: August 7, 2013 | FRESHFIELDS BRUCKHAUS DERINGER US LLP |
| | By: */s/ Terry Calvani* |
| | TERRY CALVANI (SBN 53260) |
| | E-mail: terry.calvani@freshfields.com |
| | CHRISTINE LACIAK(Admitted Pro Hac Vice) |
| | E-mail: christine.laciak@freshfields.com |
| | RICHARD SNYDER (Admitted Pro Hac Vice) |
| | E-mail: richard.snyder@freshfields.com |
| | **FRESHFIELDS BRUCKHAUS DERINGER US LLP** |
| | 701 Pennsylvania Avenue NW, Suite 600 |
| | Washington, DC 20004 |
| | Telephone: (202) 777-4565 |
| | Facsimile: (202) 777-4555 |
| | |
| | *Attorneys for Beijing-Matsushita Color CRT Company, Ltd.* |
| Dated: August 7, 2013 | KIRKLAND & ELLIS LLP |
| | By: */s/ Eliot Adelson* |
| | ELIOT ADELSON (SBN 205284) |
| | E-mail: eliot.adelson@kirkland.com |
| | **KIRKLAND & ELLIS LLP** |
| | 555 California Street |
| | San Francisco, CA 94104 |
| | Telephone: (415) 439-1400 |
| | Facsimile: (415) 439-1500 |
| | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | By: */s/ Kent M. Roger* |
| | KENT M. ROGER (SBN 95987) |
| | E-mail: kroger@morganlewis.com |
| | MICHELLE PARK CHIU (SBN 248421) |
| | E-mail: mchiu@morganlewis.com |
| | **MORGAN, LEWIS & BOCKIUS LLP** |
| | One Market, Spear Street Tower |
| | San Francisco, California 94105-1126 |
| | Telephone: (415) 442-1000 |
| | Facsimile: (415) 442-1001 |
| | |
| | J. CLAYTON EVERETT, JR. (pro hac vice) |
| | E-mail: jeverett@morganlewis.com |
| | SCOTT A. STEMPEL (pro hac vice) |
| | E-mail: sstempel@morganlewis.com |

**STIPULATION AND [PROPOSED] ORDER RELATING ACTION**

| | |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 1111 Pennsylvania Avenue, NW |
| 2 | Washington, DC 20004 |
| | Telephone: (202) 739-3000 |
| 3 | Facsimile: (202) 739-3001 |

*Attorneys for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. (n/k/a Japan Display East, Inc.), Hitachi Asia, Ltd., Hitachi America, Ltd., and Hitachi Electronic Devices (USA), Inc.*

Dated: August 7, 2013                    SHEPPARD MULLIN RICHTER & HAMPTON

By: */s/ Gary L. Halling*
GARY L. HALLING (SBN 66087)
E-mail: ghalling@sheppardmullin.com
JAMES L. MCGINNIS (SBN 95788)
E-mail: jmcginnis@sheppardmullin.com
MICHAEL W. SCARBOROUGH, (SBN 203524)
E-mail: mscarborough@sheppardmullin.com
**SHEPPARD MULLIN RICHTER & HAMPTON**
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Attorneys for Defendants Samsung SDI America, Inc.; Samsung SDI Co., Ltd.; Samsung SDI (Malaysia) SDN. BHD.; Samsung SDI Mexico S.A. DE C.V.; Samsung SDI Brasil Ltda.; Shenzen Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd.*

Dated: August 7, 2013                    WHITE & CASE LLP

By: */s/ Christopher M. Curran*
CHRISTOPHER M. CURRAN (pro hac vice)
E-mail: ccurran@whitecase.com
GEORGE L. PAUL (pro hac vice)
E-mail: gpaul@whitecase.com
LUCIUS B. LAU (pro hac vice)
E-mail: alau@whitecase.com
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

**STIPULATION AND [PROPOSED] ORDER RELATING ACTION**

5

*Attorneys for Defendants Toshiba Corporation, Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

Dated: August 7, 2013                BAKER BOTTS LLP

By: */s/ John M. Taladay*
JOHN M. TALADAY
E-mail: john.taladay@bakerbotts.com
ERIC BERMAN
E-mail: eric.berman@bakerbotts.com
**BAKER BOTTS LLP**
1299 Pennsylvania Avenue, NW
Washington D.C. 20004-2400
Telephone: (202) 639-7700
Facsimile: (202) 639-7890

*Attorneys for Defendants Koninklijke Philips Electronics N.V. a/k/a Royal Philips Electronics N.V.; and Philips Electronics North America Corporation*

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the above signatories.

DATED:  August 7, 2013, 2013          By:/s/ *Lauren R. Capurro*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:_____          _____
                                                                    Hon. Samuel Conti
                                                         United States District Judge

**STIPULATION AND [PROPOSED] ORDER RELATING ACTION**
6