Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:  (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*pro hac vice*)
Joseph J. Simons (*pro hac vice*)
Craig A. Benson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP
2001 K Street, NW
Washington, DC  20006-1047
Telephone:  (202) 223-7300
Facsimile:  (202) 223-7420
Email: kgallo@paulweiss.com
Email: jsimons@paulweiss.com
Email: cbenson@paulweiss.com

*Attorneys for Sharp Electronics Corporation and
Sharp Electronics Manufacturing Company of America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In Re CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION** | Case No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**DECLARATION OF CRAIG A. BENSON IN SUPPORT OF SHARP'S OBJECTIONS TO ORDER OF SPECIAL MASTER LEGGE STAYING DISCOVERY**<br><br>DATE: None Set<br>TIME: None Set<br>COURTROOM: One, 17th Floor<br>JUDGE:  The Honorable Samuel Conti |
| This Document Relates to:<br><br>*Sharp Electronics Corporation, Sharp Electronics Manufacturing Company of America, Inc. v. Hitachi, Ltd. et al.*, Case No. 13-cv-1173 SC. | |

I, Craig A. Benson, hereby declare as follows:

1. I am an active member in good standing of the bars of the State of Maryland, the State of New York, and the District of Columbia and on March 20, 2013 was granted leave to appear *pro hac vice*. Dkt. No. 12. I am associated with the firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (collectively, "Sharp"). I submit this Declaration in support of Sharp's Objections to Order of Special Master Legge Staying Discovery. I have personal knowledge of the facts stated herein and could competently testify to these facts if called as a witness.

2. Attached as Exhibit 1 is a true and correct copy of Special Master Legge's Order Staying Discovery, No. 07-cv-5944, Dkt. No. 1820 (Aug. 1, 2013).

3. Attached as Exhibit 2 is a true and correct copy of Sharp's Discovery Letter Brief to Special Master Legge and supporting exhibits, No. 07-cv-5944, Dkt. No. 1766 (July 5, 2013).

4. Attached as Exhibit 3 is a true and correct copy of Thomson Consumer Electronics, Inc.'s Response Letter Brief, No. 07-cv-5944, Dkt. No. 1783 (July 19, 2013).

5. Attached as Exhibit 4 is a true and correct copy of Sharp's Reply Letter Brief and supporting exhibits, No. 07-cv-5944, Dkt. No. 1797 (July 26, 2013), as filed on the public docket at Dkt. No. 1836 (Aug. 8, 2013), pursuant to the Order Denying Sharp Plaintiffs' Administrative Motion to Seal Documents Pursuant to Civil Local Rules 7-11 and 79-5(d), Dkt No. 1831 (Aug. 6, 2013).

6. Attached as Exhibit 5 is a true and correct copy of excerpts from THOMSON S.A., Annual Report (Form 20-F) (May 11, 2007).

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 9th day of August, 2013 in Washington, DC.

*/s/ Craig A. Benson*

Craig A. Benson

- 2 -