# EXHIBIT 5

As filed with the Securities and Exchange Commission on May 11, 2007

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 20–F

(Mark One)

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

for the fiscal year ended December 31, 2006

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

for the transition period from _____ to _____

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

date of event requiring this shell report

Commission File Number: 001–14974

# THOMSON

(Exact name of Registrant as specified in its charter)

| Not Applicable | Republic of France |
|---|---|
| (Translation of Registrant's name into English) | (Jurisdiction of incorporation or organization) |

**46, quai Alphonse Le Gallo**
**92100 Boulogne–Billancourt – France**
**(Address of principal executive offices)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act:**

| Title of each class: | Name of each exchange on which registered: |
|---|---|
| Common Stock, nominal value €3.75 per share, and American Depositary Shares, each representing one share of Common Stock | New York Stock Exchange |

**Securities registered or to be registered pursuant to Section 12(g) of the Act: None**
**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: None**
**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock**
**as of the close of the period covered by the annual report:**
**Common Stock, nominal value €3.75 per share: 273,871,296**

Indicate by check mark if the registrant is a well–known seasoned issuer, as defined in Rule 405 of the Securities Act: Yes ☒ No ☐

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934: Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days: Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non–accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b–2 of the Exchange Act. (Check one):

Large accelerated filer ☒   Accelerated filer ☐   Non–accelerated filer ☐

Indicate by check mark which financial statement item the Registrant has elected to follow: Item 17 ☐ Item 18 ☒

If this is an annual report, indicated by check mark whether the registrant is a shell company (as defined in Rule 12b–2 of the Exchange Act). Yes ☐ No ☒

In 2004, Thomson had also entered into a receivables purchase and sale agreement with TTE, effective for up to two years, and assumed certain of TTE's restructuring costs up to a maximum of €33 million. Further, in 2004, Thomson granted TCL Multimedia (formerly TCL International) the option to acquire up to 2.5 million Thomson shares at a price of €18.12 per share, which expired unexercised in 2006.

The parties to the Combination Agreement and TTE also entered into a shareholders' agreement in 2004, which was cancelled and replaced in connection with the exercise by Thomson on August 10, 2005 of its option to convert its 33% holding in TTE, a private joint venture company, into a 29.32% interest in TCL Multimedia, listed on the Hong Kong Stock Exchange and substantially all of whose assets comprise its interest in TTE. The resulting shareholders' agreement between Thomson and TCL included undertakings not to compete with TTE's television business and restrictions (or "lock–up") on Thomson's ability to transfer its interest in TCL Multimedia for up to a period of five years from the closing date of the Combination Agreement.

Over the course of 2006, TTE encountered a very challenging market environment for its products and services, particularly in Europe, and initiated substantial restructuring efforts in response. To facilitate TTE's restructuring and evolution in Europe and to resolve certain financial and other issues under the existing contractual framework, Thomson entered into preliminary agreements in October 2006 with TCL Multimedia, TTE and its subsidiary, TTE Europe, which were implemented through definitive agreements executed in February 2007. Among other arrangements, these agreements provide for:

- a continuation of activities at Thomson's factory in Angers pursuant to its subcontracting relationship with TTE until 2008 (instead of 2009 as initially agreed in 2004) through the maintenance of substantially reduced TTE order levels. Thomson consequently announced the downsizing of the Angers site, as discussed above under "Displays & CE Partnerships—Non–Core";
- TTE's license to use the Thomson brand in respect of televisions to cease at end of 2008 for most of Europe. In addition, the license fees prepaid by TTE will be mostly reimbursed by Thomson, in line with the sharply decreasing television sales by TTE in Europe;
- a settlement of the amounts due pursuant to the receivables purchase and sale agreement referred to above and certain other receivables and payables.

In connection with these arrangements, the share transfer "lock–up" referred to above was released on October 12, 2006 and Thomson reduced its interest in TCL Multimedia to 19.32% on November 3, 2006. As a result, Thomson's interest in TCL Multimedia is no longer accounted under the equity method.

The expected financial effects of these recent changes in our contractual relationship with TCL Multimedia and TTE referred to above, together with the loss on sale of the interest sold on November 3, 2006 and the mark–to–market of our remaining interest in TCL Multimedia, are provided for in Thomson's 2006 results (see Item 5: "Operating and Financial Review and Prospects—Results of operations for 2006 and 2005").

## Displays

In the course of 2005, Thomson disposed of the bulk of its Displays activities, which were therefore treated as discontinued operations in the consolidated financial statements as of and for each of the years ended December 31, 2006, 2005 and 2004, as described below under "—Discontinued Operations". As a result, of our original Displays activities, only the Displays activities located at our Genlis facilities and the Torreon manufacturing site located in Mexico were reported as continued operations. In 2006, Thomson announced the restructuring of Genlis' Displays Development activity and manufacturing of guns and parts for CRTs and equipment activities.

## Discontinued Operations

In 2005, Thomson achieved the key steps in its disengagement from its Displays activity through the disposal of the following tubes manufacturing activities and related glass manufacturing operation. As a result, the assets specified below are treated as discontinued operations in consolidated financial statements as of and for the years ended December 31, 2006, 2005 and 2004:

On February 28, 2005, Thomson completed the transfer of its cathode–ray tube plant at Anagni, Italy to Eagle Corporation, an entity owned by the Videocon Group.

On September 30, 2005, Thomson completed the transfer of its tubes assembly assets in Poland, China and Mexico, a research laboratory in Italy and sale, marketing and administrative functions mainly in Boulogne, France to Eagle Corporation. Pursuant to the agreement entered into with the Videocon Group, Thomson also transferred to Videocon the preferential displays supply agreement entered into with TTE in August 2004. Upon completion of the transaction, Thomson received a payment of €240 million in cash from Eagle Corporation for Thomson's tubes activities and related technologies. Simultaneously, Thomson invested €240 million in Videocon Industries, an oil and gas company that is also active in the consumer electronic and consumer electronic components markets, through the subscription in a private placement of Global Depository Receipts (each representing one underlying share of Videocon Industries) ("GDRs") listed on the Luxembourg Stock

Exchange. Payment was made in full on September 30, 2005, while the GDR allocation was effected in two tranches: 28,650,000 GDRs on September 30, 2005 and 217,200 GDRs on December 21, 2005. All GDRs were purchased at a price of U.S.$10 each. Following this investment, Thomson held approximately 13.1% of the share capital of Videocon Industries. In connection with this investment, Thomson entered into a shareholders' agreement with Videocon Industries and its shareholders, which restricts Thomson's ability to transfer its interest in Videocon Industries for a period of three years, subject to certain exceptions. See Item 5: "Operating and Financial Review and Prospects—Evolution of division structure—Changes in scope of consolidation in 2005—Main disposals" for a description of these exceptions to the share transfer restrictions. Pursuant to those restrictions, Thomson sold a small number of shares in 2006 in two transactions, decreasing its holding to 11.8% by the year–end.

Back to contents

On December 23, 2005, Thomson completed the transfer of its glass manufacturing facility at Bagneaux–sur–Loing, France, to the Spanish group, Rioglass.

Thomson also announced on December 12, 2005, that it had decided to seek partners for its Audio/Video business, its Accessories business and its after sales businesses for both Europe and the United States within its former business unit, Connectivity. The perimeter of businesses included in the disposal process was enlarged in the first half of 2006 to include our retail terrestrial decoder business. As a result, those activities (together the "AVA" businesses) are reported as discontinued operations in our consolidated financial statements as of and for each of the years ended December 31, 2006, 2005 and 2004.

The disposal of our AVA businesses has progressed with the disposal of the North American Accessories business to Audiovox, which was announced on December 21, 2006 and completed on January 29, 2007. The proceeds from this disposal during 2007, combining purchase price and working capital, are estimated at around U.S.$ 70 million. The proposed disposal of the European AVA business to Oristano which was announced in October 2006 will not be completed. With the separation of the North American Accessories business from the North American AV business, Thomson is now remarketing the AVA Europe and AV North America businesses, with the intention of completing the disposal of these businesses as soon as possible in 2007.

In addition, Thomson sold to the Taiwanese company, Foxconn, its optical pick–up manufacturing activity in 2004. In 2005, Thomson agreed to transfer to the German company, Harman Becker, its remaining research and product development assets and employees in this business in the first quarter of 2006.

In 2006, Thomson also disposed of the following minor assets which are included in the discontinued operations perimeter:

- a cathode ray gun manufacturing plant located in Belo Horizonte, Brazil, to Cirubrás Indústria Médica Cirúrgica e Hospitaler Ltda, Terra e Teto Administraçao e Comercio Ltda, Colméia Indústria e Agropecuária do Norte S.A.;
- some minor residual Displays activities based at the Genlis facility to Metalis and Thomas Electronics; and
- Thomson's minority interest in Konka, a Chinese television manufacturer.

For a description of the financial implications resulting from these disposals, see Item 5: "Operating and Financial Review and Prospects—Results of Operations for 2006 and 2005—Profit (Loss) From Discontinued Operations" and "Operating and Financial Review and Prospects—Results of Operations for 2005 and 2004—Profit (Loss) From Discontinued Operations."

## Business Operations

Thomson has implemented a global Business Operations function focusing on improving the operational and financial performances of its divisions by deploying cross–divisional programs and optimizing certain global central functions, such as Sourcing. The programs the Group launched in 2004 to improve productivity and enhance overall performance produced good results in 2006, and this has led to the introduction of new initiatives. Currently six key programs are monitored at the Group level: Clients, Software, Product Introduction, Operations, Talent Management and the Process Transformation Initiative (PTI).