David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:   206.359.8000
Facsimile:   206.359.9000

Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:   415.344.7120
Facsimile:   415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>    Case No. 3:11-06397-SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                Plaintiff,<br><br>        v.<br><br>HITACHI LTD., et al.,<br><br>                Defendants. | Individual Case No.:  3:11-CV-06397-SC<br><br>**NOTICE OF PLAINTIFF COSTCO WHOLESALE CORPORATION REGARDING STATUS CONFERENCE** |

Pursuant to the Court's July 2, 2013 Order Setting Status Conference (Dkt. 1758), Plaintiff Costco Wholesale Corporation ("Costco") hereby notifies the Court that Costco's knowledgeable in-house counsel is unable to attend the September 13, 2013 Status Conference due to conflicting travel plans.  However, the undersigned outside counsel for Costco is available to represent Costco at the Status Conference.  Accordingly, Costco respectfully requests the Court's permission that Costco be excused from attending the Status Conference and that counsel from Perkins Coie LLP be permitted to represent Costco at the hearing.

Dated:  August 9, 2013

Respectfully submitted,

PERKINS COIE LLP

By: /s/ David J. Burman
   David J. Burman (admitted *pro hac vice*)

Attorneys for Plaintiff
Costco Wholesale Corporation

LEGAL27529903

1

COSTCO'S NOTICE REGARDING STATUS CONFERENCE
CASE NO. 3:07-cv-05944; 3:11-cv-06397-SC