Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
E-mail: rturken@bilzin.com; swagner@bilzin.com;
       mwidom@bilzin.com;

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail: ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION<br><br>_____<br>This Document Relates to Individual Case No. 13-CV-00157-SC<br><br>TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC.,<br><br>        Plaintiffs,<br>   vs.<br><br>HITACHI, LTD; *et al.*<br><br>        Defendants. | Master File No. 07-5944 SC (N.D. Cal.)<br><br>MDL No. 1917<br><br>**TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S NOTICE OF UNAVAILABILITY FOR STATUS CONFERENCE** |

Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc. ("Tech Data") file this Notice of Unavailability in connection with the Status Conference scheduled for September 13, 2013 and state as follows:

On July 2, 2013, the Court entered an Order Setting Status Conference ("Order") [D.E. 1758] requiring "the principal parties and lawyers to attend a hearing on the progress of the case and prospects for its efficient resolution." Order at 1. The Order sets the status conference for September 13, 2013 at 10:00 AM Pacific time and states that "[a]ttendance is mandatory." *Id.* at 1-2.

The Court further ordered that "if a party believes it has a valid excuse for not being present and represented at the hearing, it should file a notice explaining the reasons for its absence, no later than one week before the hearing date." *Id*. at 2.

The Jewish holiday of Yom Kippur begins at sundown on September 13, 2013. All members of Tech Data's legal team at the law firm of Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin") observe the Yom Kippur holiday. Bilzin and Tech Data, therefore, will not be able to attend the status conference in person given the travel time needed to return from San Francisco, California to Miami, Florida on September 13.

Tech Data and Bilzin are available to attend the status conference telephonically and request that the Court grant Bilzin and Tech Data permission to do so. Tech Data and Bilzin will coordinate and pay the costs associated with their telephonic appearance. If Tech Data and Bilzin are not permitted leave to appear telephonically at the Status Conference, Bilzin authorizes liaison counsel from Boies Schiller & Flexner LLP to speak on Tech Data's and Bilzin's behalf at the status conference.

For the aforementioned reasons, Tech Data respectfully requests that the Court excuse Tech Data and Bilzin from the September 13, 2013 hearing, or alternatively, grant Tech Data and Bilzin leave to appear telephonically. A proposed order for the Court's consideration is attached hereto as Exhibit A.

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

Dated: August 12, 2013

                                   Respectfully Submitted,

  /s/Scott N. Wagner
ROBERT W. TURKEN
SCOTT N. WAGNER
MITCHELL E. WIDOM
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone:  (305) 374-7580
Facsimile:  (305) 374-7593
E-mail:	rturken@bilzin.com
	swagner@bilzin.com
	mwidom@bilzin.com

STUART H. SINGER
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:	ssinger@bsfllp.com

WILLIAM A. ISAACSON
MELISSA WILLETT
BOIES, SCHILLER & FLEXNER
5301 Wisconsin Ave. NW, Suite 800
Washington, DC 20015
Telephone:  (202) 237-2727
Facsimile:  (202) 237-6131
E-mail:	wisaacson@bsfllp.com
	mwillett@bsfllp.com

PHILIP J. IOVIENO
BOIES, SCHILLER & FLEXNER
10 North Pearl Street, 4th Floor
Albany, NY 12207
Telephone:  (518) 434-0600
Facsimile:  (518) 434-0665
E-mail:	piovieno@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation and Tech Data Product Management, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing document was electronically served upon the parties and counsel of record through the Court's ECF system on August 12, 2013.

/s/Scott N. Wagner
Scott N. Wagner
*Attorney for Plaintiffs*
*Tech Data Corporation and*
*Tech Data Product Management, Inc.*

Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, Suite 2300
Miami, FL 33131-3456

TECH DATA'S NOTICE OF UNAVAILABILITY                    MASTER FILE NO. 07-5944 SC (N.D. CAL.)
FOR STATUS CONFERENCE                                           INDIVIDUAL CASE NO. 13-CV-00157 SC