Robert W. Turken
Scott N. Wagner
Mitchell E. Widom
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
1450 Brickell Avenue, Suite 2300
Miami, Florida 33131-3456
Telephone:  305-374-7580
Facsimile:  305-374-7593
E-mail:  rturken@bilzin.com; swagner@bilzin.com;
         mwidom@bilzin.com;

Stuart H. Singer
BOIES, SCHILLER, & FLEXNER LLP
401 East Las Olas Boulevard, Suite 1200
Fort Lauderdale, Florida 33301
Telephone: (954) 356-0011
Facsimile: (954) 356-0022
E-mail:  ssinger@bsfllp.com

*Counsel for Plaintiffs Tech Data Corporation
and Tech Data Product Management, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Master File No. 07-5944 SC (N.D. Cal.) |
| | MDL No. 1917 |
| This Document Relates to Individual Case No. 13-CV-00157-SC | |
| TECH DATA CORPORATION; TECH DATA PRODUCT MANAGEMENT, INC., | **[PROPOSED] ORDER REGARDING TECH DATA CORPORATION AND TECH DATA PRODUCT MANAGEMENT, INC.'S NOTICE OF UNAVAILABILITY FOR STATUS CONFERENCE** |
| Plaintiffs, vs. | |
| HITACHI, LTD; *et al.* | |
| Defendants. | |

The Court, having considered the Tech Data Corporation and Tech Data Product Management's ("Tech Data") Notice of Unavailability, and it appearing to the Court that there is good cause shown, the Court makes the following Order:

IT IS HEREBY ORDERED that the Tech Data and Bilzin are excused from attending the September 13, 2013 status conference due to the Yom Kippur Holiday.

IT IS FURTHER ORDERED that Tech Data and Bilzin [are/are not] authorized to appear telephonically for the status conference.

**IT IS SO ORDERED.**

Dated: _____, 2013.

_____
Hon. Samuel Conti
United States District Judge