JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br><br>MDL. No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al.* Case No. 13-cv-1173 | **DECLARATION OF MOLLY M. DONOVAN IN SUPPORT OF SHARP'S ADMINISTRATIVE MOTION TO SEAL DOCUMENTS PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(d)**<br><br>[re Panasonic Documents] |

- 1 -

DECL. OF MOLLY M. DONOVAN　　　　　　　　　　　　　　　　　　　　　　　　Case No. 07-5944 SC
I/S/O SHARP'S MOTION TO SEAL　　　　　　　　　　　　　　　　　　　　　　　　MDL NO. 1917

I, Molly M. Donovan, declare as follows:

1. I am an attorney with Winston & Strawn LLP, counsel for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.) (collectively, the "Panasonic Defendants") in these actions. I am a member of the bar of the State of New York and I am admitted to practice before this Court *pro hac vice*. Except for those matters stated on information and belief, about which I am informed and which I believe to be true, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. On June 18, 2008, the Court approved a "Stipulated Protective Order" in this matter (Dkt. 306). On July 26, 2013, Sharp filed an Administrative Motion to Seal (Dkt. 1834), and lodged conditionally under seal, the following documents pursuant to Civil Local Rules 7-11 and 79-5(d):

(a) Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc.'s (together, "Sharp") Opposition to Thomson S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 1835) ("Opposition Brief") that contains information from documents that the Panasonic Defendants have designated "Highly Confidential;"

(b) Exhibit F to the Declaration of Craig A. Benson in Support of Sharp's Opposition Brief ("Benson Declaration") that contains information from documents that the Panasonic Defendants have designated "Confidential;"

(c) Exhibit G to the Benson Declaration that contains information from documents that the Panasonic Defendants have designated "Confidential;"

(d) Exhibit K to the Benson Declaration that contains information from documents that the Panasonic Defendants have designated "Highly Confidential;"

- 2 -

DECL. OF MOLLY M. DONOVAN  
I/S/O SHARP'S MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

(e) Exhibit O to the Benson Declaration that contains information from documents that the Panasonic Defendants have designated "Highly Confidential;" and

(f) Exhibit UU to the Benson Declaration that contains information from documents that the Panasonic Defendants have designated "Highly Confidential."

3. Pursuant to Civil Local Rule 79-5(d), I make this declaration on behalf of the Panasonic Defendants to provide the basis for the Court to maintain under seal certain documents and information submitted to the Court in connection with Sharp's Opposition Brief that have been designated by the Panasonic Defendants as "Highly Confidential" pursuant to the Stipulated Protective Order. The Panasonic Defendants do not object to the filing of Exhibits F and G to the Benson Declaration, as well as any portion of the Opposition Brief purporting to discuss or summarize Exhibits F and G to the Benson Declaration in the public record.

4. Attached as Exhibit K to the Benson Declaration is an original document and its certified English translation produced by the Panasonic Defendants bearing the Bates numbers MTPD-0576483 and MTPD-0576483E.

5. Upon information and belief, the document appearing in full in Exhibit K to the Benson Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The document contains, cites, and/or identifies confidential information about the Panasonic Defendants' market analysis, business practices, and competitive position. The document describes relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

DECL. OF MOLLY M. DONOVAN                                              Case No. 07-5944 SC
I/S/O SHARP'S MOTION TO SEAL                                           MDL NO. 1917

6. Attached as Exhibit O to the Benson Declaration is an original document and its certified English translation produced by the Panasonic Defendants bearing the Bates numbers MTPD-0426066 to MTPD-0426067 and MTPD-0426066E to MTPD-0426067E.

7. Upon information and belief, the document appearing in full in Exhibit O to the Benson Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The document contains, cites, and/or identifies confidential information about the Panasonic Defendants' market analysis, business planning, internal practices, and competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

8. Attached as Exhibit UU to the Benson Declaration is an original document produced by the Panasonic Defendants bearing the Bates numbers MTPD-0013835 to MTPD-0013836.

9. Upon information and belief, the document appearing in full in Exhibit UU to the Benson Declaration consists of, cites to, and/or identifies confidential, nonpublic, proprietary and highly sensitive business information. The document contains, cites, and/or identifies confidential information about the Panasonic Defendants' business partnerships and competitive position. This document describes relationships with companies that remain important to the Panasonic Defendants' competitive position. I am informed and believe that this is sensitive information and public disclosure of this information presents a risk of undermining the Panasonic Defendants' business relationships, would cause it harm with respect to its competitors and customers, and would put the Panasonic Defendants at a competitive disadvantage.

DECL. OF MOLLY M. DONOVAN  
I/S/O SHARP'S MOTION TO SEAL

Case No. 07-5944 SC  
MDL NO. 1917

10. Sharp's Opposition Brief quotes from or describes documents or information designated as "Highly Confidential" by the Panasonic Defendants pursuant to the Stipulated Protective Order, including but not limited to Exhibits K, O and UU.  As with the exhibits themselves, I understand that the Panasonic Defendants consider any statements in the Opposition Brief purporting to summarize the exhibits or any other documents or information designated "Highly Confidential" by the Panasonic Defendants confidential and proprietary.  I am informed and believe that the Panasonic Defendants have taken reasonable steps to preserve the confidentiality of information of the type contained, identified, or cited to in Exhibits K, O, and UU to the Benson Declaration and referenced in the Opposition Brief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 13, 2013

By:     */s/ Molly M. Donovan*
JEFFREY L. KESSLER (*pro hac vice*)
Email: jkessler@winston.com
A. PAUL VICTOR (*pro hac vice*)
Email: pvictor@winston.com
ALDO A. BADINI (257086)
Email: abadini@winston.com
EVA W. COLE (*pro hac vice*)
Email: ewcole@winston.com
MOLLY M. DONOVAN (*pro hac vice*)
Email: mmdonovan@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400

STEVEN A. REISS (*pro hac vice*)
Email: steven.reiss@weil.com
DAVID L. YOHAI (*pro hac vice*)
Email: david.yohai@weil.com
ADAM C. HEMLOCK (*pro hac vice*)
Email: adam.hemlock@weil.com
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153-0119

Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

GREGORY D. HULL (57367)
Email: greg.hull@weil.com
**WEIL, GOTSHAL & MANGES LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

- 6 -

DECL. OF MOLLY M. DONOVAN
I/S/O SHARP'S MOTION TO SEAL

Case No. 07-5944 SC
MDL NO. 1917