JEFFREY L. KESSLER (*pro hac vice*)
A. PAUL VICTOR (*pro hac vice*)
ALDO A. BADINI (257086)
EVA W. COLE (*pro hac vice*)
MOLLY M. DONOVAN (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-7400
Email: jkessler@winston.com

STEVEN A. REISS (*pro hac vice*)
DAVID L. YOHAI (*pro hac vice*)
ADAM C. HEMLOCK (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: steven.reiss@weil.com

*Attorneys for Defendants Panasonic Corporation of North America, MT Picture Display Co., Ltd., and Panasonic Corporation (f/k/a Matsushita Electric Industrial Co., Ltd.)*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL. No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corporation, et al. v. Hitachi, Ltd., et al.* Case No. 13-cv-1173 | **[PROPOSED] ORDER SEALING DOCUMENTS** |

Having considered the parties' submissions regarding whether certain documents Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing Company of America, Inc. (together, "Sharp") lodged with the Court should be filed under seal, and good cause appearing:

IT IS HEREBY ORDERED that the following documents currently lodged with the Court pursuant to Civil Local Rule 79-5(d) shall be maintained under seal:

- 2 –

1. Sharp's Opposition to Thomson S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. No. 1835) ("Opposition Brief") that contains information from documents that the Panasonic Defendants have designated "Highly Confidential;"

2. Exhibit K to the Declaration of Craig A. Benson in Support of Sharp's Opposition Brief ("Benson Declaration") that contains information from documents that the Panasonic Defendants have designated "Highly Confidential;"

3. Exhibit O to the Benson Declaration that contains information from documents that the Panasonic Defendants have designated "Highly Confidential;" and

4. Exhibit UU to the Benson Declaration that contains information from documents that the Panasonic Defendants have designated "Highly Confidential."

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO RECOMMENDED.**

Dated:_____          _____
                                        Hon. Charles A. Legge
                                        Special Master

**IT IS SO ORDERED UPON THE RECOMMENDATION OF THE SPECIAL MASTER.**

Dated:_____          _____
                                        Hon. Samuel Conti
                                        United States District Judge