**United States District Court**
For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9                                    )  Case No. CV 07-5944 SC
                                     )
10   IN RE: CATHODE RAY TUBE (CRT)   )  ORDER REGARDING TECH DATA
     ANTITRUST LITIGATION            )  PLAINTIFFS' NOTICE OF
11                                   )  UNAVAILABILITY FOR STATUS
                                     )  CONFERENCE
12   This document relates to        )
     individual case no. 13-CV-00157 )
13   SC                              )
                                     )
14   TECH DATA CORPORATION; TECH DATA)
     PRODUCT MANAGEMENT, INC.,       )
15                                   )
            Plaintiffs,              )
16                                   )
        v.                           )
17                                   )
     HITACHI, LTD., et al.,          )
18                                   )
            Defendants.              )
19   _____)

20

21

22        The Court, having considered the Tech Data Corporation and

23   Tech Data Product Management's ("Tech Data") notice of

24   unavailability, ORDERS as follows:

25        Tech Data and its law firm, Bilzin, are excused from attending

26   the September 13, 2013 status conference due to the Yom Kippur

27   Holiday.

28        Tech Data and Bilzin are not authorized to appear

telephonically for the status conference.  Liason counsel should appear in their stead, as indicated in the notice of unavailability.

    IT IS SO ORDERED.

    Dated: August 13, 2013 

                       UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California