David J. Burman (admitted *pro hac vice*)
Cori G. Moore (admitted *pro hac vice*)
Nicholas H. Hesterberg (admitted *pro hac vice*)
Steven D. Merriman (admitted *pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:	206.359.8000
Facsimile:	206.359.9000

Joren Bass, State Bar No. 208143
JBass@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:	415.344.7120
Facsimile:	415.344.7320

Attorneys for Plaintiff
Costco Wholesale Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 3:07-cv-05944-SC<br>MDL NO. 1917 |
| This Document Relates to:<br><br>    Case No. 3:11-06397-SC<br><br>COSTCO WHOLESALE CORPORATION,<br><br>            Plaintiff,<br><br>        v.<br><br>HITACHI LTD., et al.,<br><br>            Defendants. | Individual Case No.: 3:11-CV-06397-SC<br><br>**NOTICE OF PLAINTIFF COSTCO WHOLESALE CORPORATION REGARDING STATUS CONFERENCE** |

1  Pursuant to the Court's July 2, 2013 Order Setting Status Conference (Dkt. 1758),
2  Plaintiff Costco Wholesale Corporation ("Costco") hereby notifies the Court that Costco's
3  knowledgeable in-house counsel is unable to attend the September 13, 2013 Status Conference
4  due to conflicting travel plans. However, the undersigned outside counsel for Costco is available
5  to represent Costco at the Status Conference. Accordingly, Costco respectfully requests the
6  Court's permission that Costco be excused from attending the Status Conference and that counsel
7  from Perkins Coie LLP be permitted to represent Costco at the hearing.

Dated: August 9, 2013        Respectfully submitted,

                             PERKINS COIE LLP


                             By: /s/ David J. Burman
                                 David J. Burman (admitted *pro hac vice*)

                             Attorneys for Plaintiff
                             Costco Wholesale Corporation

**IT IS SO ORDERED**
08/13/2013
Judge Samuel Conti

LEGAL27529903

1

COSTCO'S NOTICE REGARDING STATUS CONFERENCE
CASE NO. 3:07-cv-05944; 3:11-cv-06397-SC