1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC |
| | MDL No. 1917 |
| | Individual Case No. C 13-1173 (SC) |
| This Document Relates to:<br><br>SHARP ELECTRONICS CORP.,<br>   Plaintiff,<br>   v.<br>HITACHI, LTD., et al.,<br>   Defendants. | [PROPOSED] **ORDER GRANTING SHARP'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[re Samsung SDI documents] |

1    Plaintiff Sharp Electronics Corp. ("Sharp") filed an Administrative Motion to File
2  Under Seal pursuant to Civil Local Rule 79-5(d) (Dkt. No. 1834) ("Motion to Seal") related to its
3  Opposition to Thomson S.A.'s Motion to Dismiss for Lack of Personal Jurisdiction ("Opposition")
4  the supporting Declaration of Craig A. Benson ("Benson Declaration"), and the exhibits attached
5  thereto, all of which were lodged conditionally under seal on August 7, 2013 pursuant to the
6  Motion to Seal.  Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd., Samsung SDI
7  (Malaysia) Sdn. Bhd., Samsung SDI Mexico S.A. De C.V., Samsung SDI Brasil Ltda., Shenzen
8  Samsung SDI Co., Ltd. and Tianjin Samsung SDI Co., Ltd. (collectively the "Samsung SDI
9  Defendants") filed the Declaration of Tyler M. Cunningham ("Cunningham Declaration") in
10 support of Sharp's Motion to Seal, requesting a narrowly tailored order to maintain certain
11 documents and document excerpts under seal.
12    The documents at issue are: Benson Decl. Ex. B (SDCRT-0006632 to 33 and
13 SDCRT-0006632E to 33E);  *Id*. Ex. C (Samsung SDI Defendants' Supplemental Response to
14 Direct Purchaser Plaintiffs' First Set of Interrogatories, Nos. 4 and 5); *Id*. Ex. L (SDCRT-0086490
15 to 92 and SDCRT-0086490E to 92E); *Id*. Ex. P (SDCRT-0002526 to 28 and SDCRT-0002526E to
16 28E); *Id*. Ex. Q (SDCRT-0002585 to 87 and SDCRT-0002585E to 87E); and the portions of the
17 Opposition that quote from or describe Exhibits B, C, L, P or Q.
18    After due consideration of the papers submitted and the arguments of counsel, the
19 Court finds that the above materials, described in the Cunningham Declaration, contain proprietary
20 and sensitive business information, and a substantial probability exists that the Samsung SDI
21 Defendants would be competitively harmed if the materials were publicly disclosed.  The Court
22 also finds that the Samsung SDI Defendants have narrowly tailored this sealing request to only
23 those exhibits and references thereto necessary to protect their proprietary and sensitive business
24 information.  The Court thus finds compelling reasons to maintain under seal the materials
25 described in the Cunningham Declaration.
26    **IT IS THEREFORE ORDERED** that the following documents and document
27 excerpts shall be maintained under seal:
28

      a.     Benson Declaration Ex. B;

      b.     Benson Declaration Ex. C;

      c.     Benson Declaration Ex. L;

      d.     Benson Declaration Ex. P;

      e.     Benson Declaration Ex. Q;

      f.     the portions of the Opposition that quote from or describe Exhibits B, C, L, P or Q.

IT IS FURTHER ORDERED that, to maintain the effect of the seal under Civil Local Rule 79-5(f), the parties, their counsel, and their declarants shall not publicly disseminate or discuss any of the sealed documents or their contents absent further order of the Court.

**IT IS SO ORDERED.**

Dated: _____          _____
                                            HONORABLE SAMUEL CONTI
                                            UNITED STATES DISTRICT JUDGE