Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303 607 3500
Facsimile: +1 303 607 3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE**<br><br>[DECLARATION OF JEFFREY S. ROBERTS FILED CONCURRENTLY WITH]<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |
| This Document Relates to:<br><br>*Sharp Electronics Corp. et al. v. Hitachi, Ltd. Et al., No. 13-cv-01173* | |

1  Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing
2  Company of America, Inc. (collectively, "Sharp") and Defendant Thomson Consumer Electronics,
3  Inc. ("Thomson Consumer") enter into this Stipulation concerning the matter entitled *Sharp
4  Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No. 13-cv-01173, which was related to *In re Cathode
5  Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-05944, by an Order of Judge Samuel Conti on
6  March 26, 2013.
7  SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND
8  AGREE AS FOLLOWS:
9  WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of
10  California alleging antitrust violations by manufacturers, distributors and sellers of CRT and CRT
11  Products, captioned *Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 13-cv-01173 (the
12  "Sharp Complaint");
13  WHEREAS, on May 17, 2013, Thomson Consumer filed a Motion to Dismiss [Dkt.
14  No. 1677] the claims alleged against it in the Sharp Complaint pursuant to Fed. R. Civ. P. 12(b)(6);
15  WHEREAS, on July 5, 2013 Sharp filed a Letter Brief [Dkt. No. 1766] with Special
16  Master Legge requesting that it be permitted to commence discovery against Thomson Consumer
17  while the Motion to Dismiss pends;
18  WHEREAS, on July 19, 2013 Thomson Consumer filed a Response in Opposition to
19  Sharp's Letter Brief [Dkt. No. 1783] explaining why Thomson Consumer believed the Special
20  Master should deny Sharp's request and stay discovery until an Order is entered on its Motion to
21  Dismiss;
22  WHEREAS, on July 26, 2013 Sharp filed a Reply [Dkt. No. 1797] in support of its
23  Letter Brief;
24  WHEREAS, on August 1, 2013 the Special Master entered an Order Staying
25  Discovery [Dkt. No. 1820] pending Thomson Consumer's Motion to Dismiss;
26  WHEREAS, on August 9, 2013 Sharp filed its Objections to Special Master Legge's
27  Order Staying Discovery [Dkt. 1839];
28

WHEREAS, pursuant to the Order Amending Order Appointing Special Master [Dkt. No. 1232], the deadline for Thomson Consumer to file a response to Sharp's Objections to Special Master Legge's Order Staying Discovery is currently set for August 16, 2013;

NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND THOMSON CONSUMER, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Thomson Consumer to file a response to Sharp's Objections to Special Master Legge's Order Staying Discovery shall be extended until August 26, 2013.

**IT IS SO STIPULATED.**

Dated:  August 16, 2013           By:     /s/ Calvin L. Litsey

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701

calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303 607 3500
Facsimile:  +1 303 607 3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson S.A.
and Thomson Consumer Electronics, Inc.*

By:   /s/ Craig A. Benson
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: August 16, 2013

By:   /s/ Calvin L. Litsey

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 16, 2013