Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303 607 3500
Facsimile: +1 303 607 3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp. et al. v. Hitachi, Ltd. Et al., No. 13-cv-01173* | **DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF STIPULATION AND PROPOSED ORDER RE EXTENSION OF BRIEFING SCHEDULE**<br><br>[STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE FILED CONCURRENTLY HEREWITH] |

I, Jeffrey S. Roberts, hereby declare under penalty of perjury as follows:

1. I am an active member in good standing of the bar of the State of Colorado and on July 31, 2013 I was granted leave to appear *pro have vice* [Dkt. No. 1819]. I am an attorney with the firm Faegre Baker Daniels LLP, counsel to Defendants Thomson S.A. and Thomson Consumer Electronics, Inc. ("Thomson Consumer"). I submit this declaration in support of Thomson Consumer's Stipulation and Proposed Order regarding Extension of Briefing Schedule in relation to Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.'s (collectively, "Sharp's") Objections to Special Master Legge's Order Staying Discovery.

2. On March 15, 2013, Sharp filed its Complaint against Thomson Consumer and Thomson S.A.

3. On May 17, 2013, Thomson Consumer filed a Motion to Dismiss [Dkt. No. 1677] the claims alleged against it in the Sharp's Complaint pursuant to Fed. R. Civ. P. 12(b)(6). The Motion to Dismiss is fully briefed and awaiting a hearing. The hearing will be rescheduled pending a ruling from Judge Conti on pending appeals of the Special Master's orders on the motions to dismiss of other direct action defendants.

4. On August 9, 2013, Sharp filed its Objections to Special Master Legge's Order Staying Discovery against Thomson Consumer. No hearing on this matter is currently set.

5. On August 15, 2013 I contacted Blaise Warren and Craig Benson, both counsel for Sharp, by email and requested an extension of time for Thomson Consumer to file its response to Sharp's Objections to Special Master Legge's Order Staying Discovery necessitated by the fact that Thomson Consumer's attorneys are currently engaged in numerous depositions in an unrelated matter. That same day, I contacted Mr. Warren by telephone and further discussed the requested extension with him. Less than one hour later, Mr. Warren informed me by email that Sharp agrees that the deadline for Thomson Consumer to file its response would be extended from August 16, 2013 until August 26, 2013.

6. No party will be prejudiced by this brief extension of time for Thomson Consumer to file its response to Sharp's Objections to Special Master Legge's Order Staying Discovery, nor will this extension adversely impact the schedule of this case.

Executed this August 16, 2013 at Denver, Colorado.

/s/ Jeffrey S. Roberts

Jeffrey S. Roberts

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from the above signatory.

Dated: August 16, 2013

By:   /s/      Calvin L. Litsey