Guido Saveri (22349); guido@saveri.com
R. Alexander Saveri (173102); rick@saveri.com
Geoffrey C. Rushing (126910); grushing@saveri.com
Cadio Zirpoli (179108); cadio@saveri.com
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:   (415) 217-6810
Facsimile:    (415) 217-6813

*Interim Lead Counsel for the Direct Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | MASTER FILE NO. 07-cv-5944 SC |
| | MDL NO. 1917 |
| This Document Relates to: ALL DIRECT PURCHASER CLASS ACTIONS | **DIRECT PURCHASER PLAINTIFFS' STATEMENT OF AVAILABILITY FOR STATUS CONFERENCE** |

1  Direct Purchaser Plaintiffs ("DPPs") file this Statement of Availability in connection with
2  the Status Conference scheduled for September 13, 2013, and state as follows:
3  On July 2, 2013, the Court entered an Order Setting Status Conference ("Order") [Dkt. No.
4  1758] requiring "the principal parities and lawyers to attend a hearing on the progress of the case
5  and prospects for its efficient resolution." Order at 1. The Order sets the status conference for
6  September 13, 2013 at 10:00 am Pacific time and states that "[a]ttendance is mandatory." *Id.* at 1-
7  2.
8  The Court further ordered that "if a party believes it has a valid excuse for not being
9  present and represented at the hearing, it should file a notice explaining the reasons for its absence,
10 no later than one week before the hearing date." *Id.* at 2.
11 There are ten (10) named class Plaintiffs in the Direct Purchaser Class action who live in
12 different parts of the country, ranging from Hawaii, to New Jersey and throughout the Midwest.
13 According to the Court's order, it will be necessary for each of them to travel to San Francisco to
14 be present in court at a considerable expense.
15 The Jewish Holiday of Yom Kippur begins at sundown on September 13, 2013.  Two
16 named Class representatives, Arch Electronics ("Arch") and Nathan Muchnick ("Muchnick")
17 observe the Yom Kippur Holiday.  In order to make an appearance in San Francisco, both Arch
18 and Muchnick will be traveling such a distance that there will not be sufficient time needed to
19 return home from San Francisco on September 13, 2013 before sundown. Therefore, named
20 plaintiffs, Arch and Muchnick respectfully request that their appearance be excused for the
21 September 13, 2013 Status Conference.
22 In light of the Jewish Holiday, and the number of geographically dispersed class
23 representatives, DPPs' Counsel inquire, and request, whether it would be permissible to have only
24 two class representatives appear at the court hearing, who together with Interim Lead Class
25 Counsel, will have full authority to speak for the Direct Purchaser Class.
26
27
28

Since travel plans need to be made for those who will be required to be present, we respectfully request your Honor inform us whether our request to produce only two class representatives is permissible.

Dated:  August 16, 2013  Respectfully submitted,

By:   /s/ Guido Saveri
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco CA  94111
Telephone:  (415) 217-6810
Facsimile:   (415) 217-6813

*Interim Lead Counsel for Direct Purchaser Plaintiffs*