Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Telephone: +1 303 607 3500
Facsimile: +1 303 607 3600
jeff.roberts@FaegreBD.com

***Attorneys for Defendants Thomson S.A. and Thomson Consumer Electronics, Inc.***

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>*Sharp Electronics Corp. et al. v. Hitachi, Ltd. Et al., No. 13-cv-01173* | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE**<br><br>[DECLARATION OF JEFFREY S. ROBERTS FILED CONCURRENTLY WITH]<br><br>Judge: Hon. Samuel Conti<br>Special Master: Hon. Charles A. Legge (Ret.) |

1  Plaintiffs Sharp Electronics Corporation and Sharp Electronics Manufacturing
2  Company of America, Inc. (collectively, "Sharp") and Defendant Thomson S.A. enter into this
3  Stipulation concerning the matter entitled *Sharp Electronics Corp. et al.* v. *Hitachi, Ltd. et al.*, No.
4  13-cv-01173, which was related to *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. 07-cv-
5  05944, by an Order of Judge Samuel Conti on March 26, 2013.

6  SUBJECT TO THE COURT'S APPROVAL, THE PARTIES STIPULATE AND
7  AGREE AS FOLLOWS:

8  WHEREAS, on March 15, 2013, Sharp filed a complaint in the Northern District of
9  California alleging antitrust violations by manufacturers, distributors and sellers of CRT and CRT
10 Products, captioned *Sharp Electronics Corp., et al.* v. *Hitachi, Ltd., et al.*, No. 13-cv-01173 (the
11 "Sharp Complaint");

12 WHEREAS, on May 24, 2013, Sharp and Thomson S.A. entered into a stipulation
13 extending Thomson S.A.'s time to answer, move, or otherwise respond to the Sharp Complaint to
14 July 3, 2013 [Dkt. No. 1690];

15 WHEREAS, Thomson S.A. filed a Motion to Dismiss the Sharp Complaint on July
16 3, 2013 [Dkt. No. 1765] ("Motion to Dismiss");

17 WHEREAS, on July 12, 2013, Sharp and Thomson S.A. entered into a stipulation
18 extending the deadline for Sharp to file its opposition to the Motion to Dismiss until July 31, 2013,
19 and to extend the deadline for Thomson S.A. to file a reply to Sharp's opposition to the Motion to
20 Dismiss until August 14, 2013 [Dkt. No. 1771];

21 WHEREAS, on July 15, 2013, an order was entered granting the stipulation of Sharp
22 and Thomson S.A. extending the deadline for Sharp's opposition brief and Thomson S.A.'s reply
23 brief [Dkt. No. 1775];

24 WHEREAS, on July 24, 2013, Sharp and Thomson S.A. entered into a stipulation
25 further extending the deadline for Sharp to file its opposition to the Motion to Dismiss until August
26 7, 2013, and extending the deadline for Thomson S.A. to file a reply to Sharp's opposition to the
27 Motion to Dismiss until August 21, 2013 [Dkt. No. 1795];

28

1    WHEREAS, on July 29, 2013, an order was entered granting the stipulation of Sharp and Thomson S.A. extending the deadline for Sharp's opposition brief and Thomson S.A.'s reply brief [Dkt. No. 1806].

NOW, THEREFORE, PURSUANT TO LOCAL RULE 6-1(b), SHARP AND THOMSON CONSUMER, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. The deadline for Thomson S.A. to file a reply in support of its Motion to Dismiss shall be extended until August 28, 2013.

**IT IS SO STIPULATED.**

Dated:  August 16, 2013              By:     /s/ Calvin L. Litsey

Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701

calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303 607 3500
Facsimile:  +1 303 607 3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson S.A.
and Thomson Consumer Electronics, Inc.*

By:   /s/ Craig A. Benson
Stephen E. Taylor (SBN 058452)
Jonathan A. Patchen (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
Email: staylor@tcolaw.com
Email: jpatchen@tcolaw.com

Kenneth A. Gallo (*Pro Hac Vice*)
Joseph J. Simons (*Pro Hac Vice*)
Craig A. Benson (*Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Plaintiffs Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.*

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: August 16, 2013

By:   /s/ Calvin L. Litsey

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August _____, 2013     _____