Calvin L. Litsey (SBN 289659)
Faegre Baker Daniels LLP
1950 University Avenue, Suite 450
East Palo Alto, CA  94303-2279
Telephone: +1 650 324-6700
Facsimile: +1 650 324-6701
calvin.litsey@FaegreBD.com

Kathy L. Osborn (*pro hac vice*)
Ryan M. Hurley (*pro hac vice*)
Faegre Baker Daniels LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN  46204
Telephone: +1 317-237-0300
Facsimile: +1 317-237-1000
kathy.osborn@FaegreBD.com
ryan.hurley@FaegreBD.com

Jeffrey S. Roberts (*pro hac vice*)
Faegre Baker Daniels LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO  80203
Telephone: +1 303 607 3500
Facsimile:  +1 303 607 3600
jeff.roberts@FaegreBD.com

*Attorneys for Defendants Thomson S.A. and
Thomson Consumer Electronics, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | No. 07-cv-5944-SC MDL No. 1917 |
| This Document Relates to: *Sharp Electronics Corp. et al. v. Hitachi, Ltd. Et al., No. 13-cv-01173* | **DECLARATION OF JEFFREY S. ROBERTS IN SUPPORT OF STIPULATION AND PROPOSED ORDER RE EXTENSION OF BRIEFING SCHEDULE** [STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE FILED CONCURRENTLY HEREWITH] |

I, Jeffrey S. Roberts, hereby declare under penalty of perjury as follows:

1.      I am an active member in good standing of the bar of the State of Colorado and on July 31, 2013 I was granted leave to appear *pro have vice* [Dkt. No. 1819].  I am an attorney with the firm Faegre Baker Daniels LLP, counsel to Defendants Thomson S.A. and Thomson Consumer Electronics, Inc. ("Thomson Consumer").  I submit this declaration in support of Thomson S.A's Stipulation and Proposed Order regarding Extension of Briefing Schedule in relation to Thomson S.A.'s Reply in Support of its Motion to Dismiss for lack of personal jurisdiction the claims alleged against it in Sharp Electronics Corp. and Sharp Electronics Manufacturing Company of America, Inc.'s (collectively, "Sharp's") Complaint.

2.      On March 15, 2013, Sharp filed its Complaint against Thomson Consumer and Thomson S.A.

3.      On July 3, 2013, Thomson S.A. filed a Motion to Dismiss [Dkt. No. 1765] for lack of personal jurisdiction the claims alleged against it in Sharp's Complaint.

4.      By previous stipulations, Thomson S.A. and Sharp agreed to extend the deadline for Sharp to file its Opposition to the Motion to Dismiss until August 7, 2013.  (*See* Dkt. Nos. 1771 and 1795.)

5.      On August 7, 2013 Sharp filed its response to Thomson S.A.'s Motion to Dismiss, to which it attached hundreds of pages of exhibits.

6.      On August 15, 2013 I contacted Blaise Warren and Craig Benson, both counsel for Sharp, by email and requested an extension of time for Thomson S.A. to file its Reply in support of its Motion to Dismiss necessitated by the fact that: (1) many of Thomson S.A's attorneys are currently engaged in numerous depositions in an unrelated matter and (2) as is the custom in that country in the month of August, most Thomson S.A. employees who reside in France are currently on vacation, so Thomson S.A.'s attorneys have been unable to consult with them regarding the arguments raised in Sharp's Opposition.

7.      That same day, I contacted Mr. Warren by telephone and further discussed the requested extension with him.  Less than one hour later, Mr. Warren informed me by email that Sharp had

ROBERTS DECLARATION IN SUPPORT OF [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE

agreed to extend the deadline for Thomson S.A. to file its Reply from August 21, 2013 to August 28, 2013.

8.      The hearing on the Motion to Dismiss is currently scheduled for October 14, 2013 at 9:00 a.m. before the Honorable Charles A. Legge.  No party will be prejudiced by this brief extension of time for Thomson S.A. to file its Reply, nor should this extension adversely impact the hearing date. Executed this August 16, 2013 at Denver, Colorado.

/s/ Jeffrey S. Roberts

Jeffrey S. Roberts

Pursuant to Local Rule 5-1(i), the filer attests that the concurrence in the filing of this document has been obtained from the above signatory.

Dated: August 16, 2013

By:   /s/      Calvin L. Litsey

ROBERTS DECLARATION IN SUPPORT OF [PROPOSED] ORDER RE EXTENSION OF BRIEFING SCHEDULE